# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887

ALEJANDRO MENOCAL,
*et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

### NOTICE OF ENTRY OF APPERANCE AS COUNSEL FOR PLAINTIFFS
---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters an appearance as counsel for the above-named Plaintiffs.

Dated: October 23, 2014　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*s/ R. Andrew Free*
　　　　　　　　　　　　　　　　LAW OFFICE OF R. ANDREW FREE
　　　　　　　　　　　　　　　　Bank of America Plaza
　　　　　　　　　　　　　　　　414 Union St., Suite 900
　　　　　　　　　　　　　　　　Nashville, TN 37219
　　　　　　　　　　　　　　　　615.244.2202
　　　　　　　　　　　　　　　　Andrew@ImmigrantCivilRights.com

### Certificate of Service

I hereby certify that on this date I served a copy of the foregoing *Notice of Entry of Appearance of Counsel for Plaintiffs* on all counsel who have appeared for the parties using this Court's CM/ECF system.

Dated: October 23, 2014　　　　　　*s/ R. Andrew Free*