## RETURN OF SERVICE

Case No. 14-cv-02887-CBS

I, Jesse James Casias, the affiant, being duly sworn, say: that I am over the age of eighteen years and am not a party to the within action; and that I have served THE GEO GROUP, INC., a true and correct copy of the within Summons, together with Class Action Complaint for Unpaid Wages and Forced Labor; Civil Cover Sheet; Pilot Program to Implement the Direct Assignment or Civil Cases to Full Time Magistrate Judges; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; Consent Form Pursuant to Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges, by handing and delivering to CHRISTOPHER ANDERSON personally, as Administrative Assistant/Designee to Corporate Creations Network, Inc., as Registered Agent to THE GEO GROUP, INC., on October 24, 2014, at 3:42 P.M., at 3773 Cherry Creek Drive North, Unit 575, Denver, Colorado 80209. CHRISTOPHER ANDERSON being over the age of eighteen years.

Jesse James Casias
Private Process Server

STATE OF COLORADO    )
                     ) ss.
City & County of Denver )

Subscribed and sworn before me this October 27, 2014.

HELEN B. HAYS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19934008056
MY COMMISSION EXPIRES JUNE 3, 2017

Helen B. Hays
Notary Public
1177 Grant Street, Unit 104
Denver, CO 80203