## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-CBS

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    David R. DeMuro, of Vaughan & DeMuro, enters his appearance as co-counsel for Defendant in the above-entitled matter.

    Submitted October 31, 2014.

    VAUGHAN & DeMuro

    */s/ David R. DeMuro*
    David R. DeMuro
    3900 E. Mexico Ave., Suite 620
    Denver, Colorado 80210
    (303) 837-9200
    (303) 837-9400 fax
    Email:ddemuro@vaughandemuro.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brandt Milstein
brandt@milsteinlawoffice.com

Andrew Turner
aturner@laborlawdenver.com

Alexander Hood
alex@towardsjustice.org

Hans Meyer
hans@themeyerlawoffice.com

R.Andrew Free
Andrew@ImmigrantCivilRights.com

/s/David R. DeMuro
David R. DeMuro
3900 E. Mexico Ave., Suite 620
Denver, Colorado 80210
(303) 837-9200
(303) 837-9400 fax
Emails:ddemuro@vaughandemuro.com