## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-CBS

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Shelby A. Felton, of Vaughan & DeMuro, enters her appearance as co-counsel for Defendant in the above-entitled matter.

Submitted October 31, 2014.

                                                 VAUGHAN & DeMURO

                                                 */s/ Shelby A. Felton*
                                                 Shelby A. Felton
                                                 3900 E. Mexico Ave., Suite 620
                                                 Denver, Colorado 80210
                                                 (303) 837-9200
                                                 (303) 837-9400 fax
                                                 Email:sfelton@vaughandemuro.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following

Brandt Milstein
brandt@milsteinlawoffice.com

Andrew Turner
aturner@laborlawdenver.com

Alexander Hood
alex@towardsjustice.org

Hans Meyer
hans@themeyerlawoffice.com

R.Andrew Free
Andrew@ImmigrantCivilRights.com


/s/Shelby A. Felton
Shelby A. Felton
3900 E. Mexico Ave., Suite 620
Denver, Colorado 80210
(303) 837-9200
(303) 837-9400 fax
Emails:sfelton@vaughandemuro.com