# EXHIBIT A

# 5.8 Voluntary Work Program

## I. Purpose and Scope

This detention standard provides detainees opportunities to work and earn money while confined, subject to the number of work opportunities available and within the constraints of the safety, security and good order of the facility.

While not legally required to do so, ICE/ERO affords working detainees basic Occupational Safety and Health Administration (OSHA) protections.

This detention standard applies to the following types of facilities housing ERO detainees:

- Service Processing Centers (SPCs);

- Contract Detention Facilities (CDFs); and

- State or local government facilities used by ERO through Intergovernmental Service Agreements (IGSAs) to hold detainees for more than 72 hours.

*Procedures in italics are specifically required for SPCs, CDFs, and Dedicated IGSA facilities.* Non-dedicated IGSA facilities must conform to these procedures or adopt, adapt or establish alternatives, provided they meet or exceed the intent represented by these procedures.

Various terms used in this standard may be defined in standard "7.5 Definitions."

## II. Expected Outcomes

The expected outcomes of this detention standard are as follows (specific requirements are defined in "V. Expected Practices").

1. Detainees may have opportunities to work and earn money while confined, subject to the number of work opportunities available and within the constraints of the safety, security and good order of the facility.

2. Detainees shall be able to volunteer for work assignments but otherwise shall not be required to work, except to do personal housekeeping.

3. Essential operations and services shall be enhanced through detainee productivity.

4. The negative impact of confinement shall be reduced through decreased idleness, improved morale and fewer disciplinary incidents.

5. Detainee working conditions shall comply with all applicable federal, state and local work safety laws and regulations.

6. There shall be no discrimination regarding voluntary work program access based on any detainee's race, religion, national origin, gender, sexual orientation or disability.

7. The applicable content and procedures in this standard shall be communicated to the detainee in a language or manner the detainee can understand.

All written materials provided to detainees shall generally be translated into Spanish. Where practicable, provisions for written translation shall be

made for other significant segments of the population with limited English proficiency.

Oral interpretation or assistance shall be provided to any detainee who speaks another language in which written material has not been translated or who is illiterate.

## III. Standards Affected

This detention standard replaces "Voluntary Work Program" dated 12/2/2008.

This detention standard incorporates the requirements regarding detainees' assigned to work outside of a facility's secure perimeter originally communicated via a memorandum to all Field Office Directors from the Acting Director of U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) (11/2/2004).

## IV. References

American Correctional Association, *Performance-based Standards for Adult Local Detention Facilities*, 4th Edition: 4-ALDF-5C-06, 5C-08, 5C-11(M), 6B-02.

ICE/ERO *Performance-based National Detention Standards 2011:*

- "1.2 Environmental Health and Safety"; and
- "4.1 Food Service."

## V. Expected Practices

### A. Voluntary Work Program

Detainees who are physically and mentally able to work shall be provided the opportunity to participate in a voluntary work program. The detainee's classification level shall determine the type of work assignment for which he/she is eligible. Generally, high custody detainees shall not be given work opportunities outside their housing units/living areas. Non-dedicated IGSAs will have discretion on whether or not they will allow detainees to participate in the voluntary work program.

### B. Work Outside the Secure Perimeter

ICE detainees may not work outside the secure perimeter of non-dedicated IGSA facilities.

*In SPCs, CDFs, and dedicated IGSAs, low custody detainees may work outside the secure perimeter on facility grounds. They must be directly supervised at a ratio of no less than one staff member to four detainees. The detainees shall be within sight and sound of that staff member at all times.*

### C. Personal Housekeeping Required

Work assignments are voluntary; however, all detainees are responsible for personal housekeeping.

*Detainees are required to maintain their immediate living areas in a neat and orderly manner by:*

*1. making their bunk beds daily;*

*2. stacking loose papers;*

*3. keeping the floor free of debris and dividers free of clutter; and*

*4. refraining from hanging/draping clothing, pictures, keepsakes, or other objects from*

*beds, overhead lighting fixtures or other
furniture.*

## D. Detainee Selection

The facility administrator shall develop site-specific rules for selecting work detail volunteers. These site-specific rules shall be recorded in a facility procedure that shall include a voluntary work program agreement. The voluntary work program agreement shall document the facility's program and shall be in compliance with this detention standard.

*The primary factors in hiring a detainee as a worker shall be his/her classification level and the specific requirements of the job.*

1. *Staff shall present the detainee's name to the shift supervisor or the requesting department head.*

2. *The shift supervisor or department head shall review the detainee's classification and other relevant documents in the detainee's detention file.*

3. *The shift supervisor or department head shall assess the detainee's language skills because these skills affect the detainee's ability to perform the specific requirements of the job under supervision. To the extent possible, work opportunities shall be provided to detainees who are able to communicate with supervising staff effectively and in a manner that does not compromise safety and security.*

4. *Inquiries to staff about the detainee's attitude and behavior may be used as a factor in the supervisor's selection.*

*Staff shall explain the rules and regulations*

*as well as privileges relating to the detainee worker's status. The detainee shall be required to sign a voluntary work program agreement before commencing each new assignment. Completed agreements shall be filed in the detainee's detention file.*

## E. Special Details

Detainees may volunteer for temporary work details that occasionally arise. The work, which generally lasts from several hours to several days, may involve labor-intensive work.

## F. Discrimination in Hiring Prohibited

Detainees shall not be denied voluntary work opportunities on the basis of such factors as a detainee's race, religion, national origin, gender, sexual orientation or disability.

## G. Physically and Mentally Challenged Detainees

While medical or mental health restrictions may prevent some physically or mentally challenged detainees from working, those with less severe disabilities shall have the opportunity to participate in the voluntary work program in appropriate work assignments.

1. The selecting official must consider the precise limitations of a disabled individual before rejecting that individual for selected work assignments.

2. Expediency or convenience is insufficient justification to reject or "pigeonhole" a detainee who, with reasonable accommodation, can perform essential functions of the work assignment.

3. In disputed cases, the selecting official shall consult medical personnel to ascertain the detainee's suitability for a given project.

## H. Hours of Work

Detainees who participate in the volunteer work program are required to work according to a schedule.

The normal scheduled workday for a detainee employed full time is a maximum of 8 hours. Detainees shall not be permitted to work in excess of 8 hours daily, 40 hours weekly.

Unexcused absences from work or unsatisfactory work performance may result in removal from the voluntary work program.

## I. Number of Details in One Day

The facility administrator may restrict the number of work details permitted a detainee during one day.

*In SPCs, CDFs, and dedicated IGSAs a detainee may participate in only one work detail per day.*

## J. Establishing Detainee Classification Level

If the facility cannot establish the classification level in which the detainee belongs, the detainee shall be ineligible for the voluntary work program.

## K. Compensation

Detainees shall receive monetary compensation for work completed in accordance with the facility's standard policy.

The compensation is at least $1.00 (USD) per day. The facility shall have an established system that ensures detainees receive the pay owed them before being transferred or released.

## L. Removal of Detainee from Work Detail

A detainee may be removed from a work detail for such causes as:

1. unsatisfactory performance;

2. disruptive behavior, threats to security, etc.;

3. physical inability to perform the essential elements of the job due to a medical condition or lack of strength;

4. prevention of injuries to the detainee; and/or

5. a removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation or policy.

When a detainee is removed from a work detail, the facility administrator shall place written documentation of the circumstances and reasons in the detainee detention file.

Detainees may file a grievance to the local Field Office Director or facility administrator if they believe they were unfairly removed from work, in accordance with standard "6.2 Grievance System."

## M. Detainee Responsibility

The facility administrator shall establish procedures for informing detainee volunteers about on-the-job responsibilities and

reporting procedures.

The detainee is expected to be ready to report for work at the required time and may not leave an assignment without permission.

1. The detainee shall perform all assigned tasks diligently and conscientiously.

2. The detainee may not evade attendance and performance standards in assigned activities nor encourage others to do so.

3. The detainee shall exercise care in performing assigned work, using safety equipment and taking other precautions in accordance with the work supervisor's instructions.

4. In the event of a work-related injury, the detainee shall notify the work supervisor, who shall immediately implement injury-response procedures.

## N. Detainee Training and Safety

All detention facilities shall comply with all applicable health and safety regulations and standards.

The facility administrator shall ensure that all department heads, in collaboration with the facility's safety/training officer, develop and institute appropriate training for all detainee workers.

1. The voluntary work program shall operate in compliance with the following codes and regulations:

   a. Occupational Safety and Health Administration (OSHA) regulations;

   b. National Fire Protection Association 101 Life Safety Code; and

   c. International Council Codes (ICC).

   Each facility administrator's designee is responsible for providing access to complete and current versions of the documents listed above.

   The facility administrator shall ensure that the facility operates in compliance with all applicable standards.

2. Upon a detainee's assignment to a job or detail, the supervisor shall provide thorough instructions regarding safe work methods and, if relevant, hazardous materials, including:

   a. safety features and practices demonstrated by the supervisor; and

   b. recognition of hazards in the workplace, including the purpose for protective devices and clothing provided, reporting deficiencies to their supervisors (staff and detainees who do not read nor understand English shall not be authorized to work with hazardous materials).

   A detainee shall not undertake any assignment before signing a voluntary work program agreement that, among other things, confirms that the detainee has received and understood training from the supervisor about the work assignment.

   The voluntary work program agreement, which each detainee is required to sign prior to commencing each new assignment, shall be placed in the detainee's detention file.

3. For a food service assignment, medical

staff, in conjunction with the U.S. Public Health Service, shall ensure that detainees are medically screened and certified before undertaking the assignment.

4. The facility shall provide detainees with safety equipment that meets OSHA and other standards associated with the task performed.

5. The facility administrator shall ensure that the facility operates in compliance with all applicable standards.

## O. Detainee Injury and Reporting Procedures

The facility administrator shall implement procedures for immediately and appropriately responding to on-the-job injuries, including immediate notification of ICE/ERO.

If a detainee is injured while performing his/her work assignment:

1. The work supervisor shall immediately notify facility medical staff. In the event the accident occurs in a facility that does not provide 24-hour medical care, the supervisor shall contact the on-call medical officer for instructions.

2. First aid shall be administered as necessary.

3. Medical staff shall determine what treatment is necessary and where that treatment shall take place.

4. The work supervisor shall complete a detainee accident report and submit it to the facility administrator for review and processing and file it in the detainee's detention file and A-file.

ICE Detainee Handbook

## TABLE OF CONTENTS

| | | |
|---|---|---|
| A. | Introduction/Mission/Purpose | 2 |
| B. | Facility Address, Telephone Number, and Directions | 2 |
| C. | Rights and Responsibilities | 3 |

### SECTION 1 – INITIAL ADMISSION

| | | |
|---|---|---|
| A. | Detainee Phone Calls – Booking | 4 |
| B. | Booking | 4 |
| C. | Classification | 4 |
| D. | Housing and Uniforms | 4 |
| E. | Aurora Detention Center -  ID | 4 |
| F. | Property you may Take to the Dorm | 5 |
| G. | Personal Property Storage | 5 |
| H. | Money/Property Release | 5 |
| I. | Release of Funds | 5 |
| J. | Filling Claims | 5 |
| K. | Property Left Upon Discharge/Transfer | 5 |
| L. | Items Left for Detainees | 5 |
| M. | Return of your Money | 6 |
| N. | Money Transactions | 6 |
| O. | Orientation Video | 6 |
| P. | Pro Bono Immigration Law Video | 6 |
| Q. | Detainee Work Program (Voluntary) | 6 |
| R. | Detainee Dress Code | 6 |

### SECTION 2 – ACCESS TO COURT, ICE AND LAW LIBRARY

| | | |
|---|---|---|
| A. | Immigration Law Library Material | 6 |
| B. | Hours of Access | 7 |
| C. | Replacing Damaged Materials | 7 |
| D. | Supervision | 7 |
| E. | Updating Legal Materials | 7 |
| F. | Request for Additional Legal Materials | 7 |
| G. | Photocopying of Legal Documents | 7 |
| H. | Illiterate and Non-English Speaking Detainees | 7 |
| I. | Detainee Retention of Personal Legal Materials | 7 |
| J. | Law Library Access for Segregation/SMU | 7 |
| K. | Attorney Visitation | 8 |
| L. | Requests to Immigration and Courts | 8 |
| M. | Legal Communication | 8 |
| N. | Retaliation Prohibited | 8 |
| O. | Notary Public | 8 |
| P. | Envelopes and Stamps for Legal Documents | 8 |

### SECTION 3 – CORRESPONDENCE (MAIL), VISITATION, AND TELEPHONE ACCESS

| | | |
|---|---|---|
| A. | Correspondence (Mail) | 8 |
| B. | Special Correspondence | 8 |
| C. | Indigent detainees | 8 |
| D. | Incoming Mail | 9 |
| E. | Non – Legal Mail | 9 |
| F. | Legal Mail | 9 |
| G. | Change of Address | 9 |
| H. | Limitations on Publication | 9 |
| I. | Outgoing Mail | 9 |
| J. | Visitation | 9 |
| K. | Contact Visitation | 10 |
| L. | Telephone Access | 11 |
| M. | Unused Phone Time | 12 |

### SECTION 4 – DETAINEE SERVICES

| | | |
|---|---|---|
| A. | Recreation | 12 |
| B. | Television | 12 |
| C. | Smoking Policy | 13 |
| D. | Education | 13 |
| E. | Food Service | 12 |
| F. | Religious Diets | 13 |
| G. | Health Care | 13 |
| H. | Sick Call | 13 |
| I. | Staff Assistance | 14 |
| J. | Health Assessment | 14 |
| K. | Medical Requests | 14 |
| L. | Personal Medication | 14 |
| M. | Eye Care | 13 |
| N. | Facility Prescribed Medication | 13 |
| O. | Refusing Medical Treatment | 14 |
| P. | Communicable Disease Guidelines | 15 |
| Q. | Medical Diets | 15 |
| R. | Barbering Services | 15 |
| S. | Laundry Service | 14 |
| T. | Religious Services | 15 |
| U. | Detainee Library Services | 16 |
| V. | Commissary | 16 |
| W. | Marriage Request | 16 |

### SECTION 5 – SANITATION

| | | |
|---|---|---|
| A. | Personal Hygiene | 16 |
| B. | Living Area/Bed Assignments | 16 |
| C. | Housing Unit Sanitation | 17 |
| D. | Day Space | 17 |

### SECTION 6 – GRIEVANCE PROCEDURES

| | | |
|---|---|---|
| A. | Filing a Grievance | 17 |

**RETURN OF YOUR MONEY**

Upon discharge or transfer from this facility, all money remaining on your account will be returned to you.

NOTE: If the facility is unable to return your property to you due to loss, theft, or misplacement, and for which you have a legitimate property receipt, the facility staff will reimburse you for the missing personal property, money and/or valuables.  In the event this situation occurs, you must fill out a Property Claim Form and provide a copy of your receipt(s) with the form.

**PROCEDURES FOR FILING A CLAIM FOR LOST OR DAMAGED PROPERTY**

If property is missing or damaged a Property Claim Form or I-387 will be provided to the detainee and will be thoroughly investigated. A detainee being transferred, released, or removed from the country with a property claim shall be allowed to initiate the claim before leaving the facility.  The facility administrator shall forward the result of the claim to the claimant's forwarding address (provided upon admission or in conjunction with the claim).

**MONEY TRANSACTIONS**

There will be no financial transaction between detainees unless approved by the Warden.  You must be a verified relative or spouse in order to be considered for a transfer of money between detainees.  If you meet the criteria, you must submit a written request to the Warden that provides sufficient information (reason for the request and supporting information).

You are not allowed to have any money in your possession while in the facility i.e. cash, coins, checks or money orders.

**ORIENTATION VIDEO**

The facility will show you an orientation video in the Intake area during your initial processing.

**PRO BONO IMMIGRATION LAW VIDEO**

You will be shown a legal video provided by the American Immigration Lawyers Association during your initial processing. In addition, you may request these immigration law materials anytime in the future, by using the packet request form available to you in the housing unit or Law Library.  The list of detainees who will view the Pro Bono presentation is compiled by the court.  If you want to be placed on the list, submit a detainee request to the Programs Coordinator.

A list of Pro Bono legal services is located on the bulletin board and the Talton Communication poster in the housing unit.

**DETAINEE WORK PROGRAM (VOLUNTARY)**

The center utilizes detainees to perform such functions as painting, food services, laundry services, barbershop and sanitation.

All work is done on a voluntary basis, except that work which is customarily required for cleaning your living area.

The Classification Officer selects and assigns workers to job vacancies. Your classification level, criminal history, escape history and medical status will be used to determine if you are eligible to work and if eligible, the type of work assignment for which you are eligible.

You may be removed from a work detail for such causes as:

- Disruptive behavior, threats to security, etc.
- Unsatisfactory job performance
- Infraction of a facility rule, regulation or policy, leading to removal from a work detail as a sanction imposed by a disciplinary proceeding  through the Institutional Disciplinary Panel (IDP) or Unit Disciplinary Committee (UDC)
- Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition.
- You may be removed from a work detail to prevent future injuries.

You will receive an orientation to your job assignment by your job supervisor.  You will be asked to sign a statement that you have received the orientation and that you understand the job requirements.  If you refuse to sign the statement, you will be removed from the job assignment.

If you are injured on your job assignment, you are to immediately report the injury to your detail supervisor.

Depending on the jobs, you are required to wear the proper uniform and/or safety related equipment as told to you by your supervisor.

**DETAINEE DRESS CODE**

You are required to have your full uniform on whenever you are outside your housing unit when going to court, visitation, and church services etc, except to recreation at which time a t-shirt and shorts will be allowed.  When you are inside the housing unit, you are also required to put on your t-shirt, pants or shorts and shoes in the dayroom area.

**SECTION II**

**ACCESS TO COURT AND LAW LIBRARY**

**IMMIGRATION LAW LIBRARY MATERIAL**

The law library is available for detainee use.  If you would like to go to the law library fill out a detainee request form (kite).

In addition to the computers, detainee handbooks, law dictionaries, legal research guides and writing materials are also available.  The computers are for legal work only.

**EXHIBIT B**

ICE Detainee Handbook

**TABLE OF CONTENTS**

A.  Introduction/Mission/Purpose                                    2
B.  Facility Address, Telephone Number, and Directions              2
C.  Rights and Responsibilities                                     3

**SECTION 1 – INITIAL ADMISSION**

A.  Detainee Phone Calls – Booking                                  4
B.  Booking                                                         4
C.  Classification                                                  4
D.  Housing and Uniforms                                            4
E.  Aurora Detention Center -  ID                                   4
F.  Property you may Take to the Dorm                               5
G.  Personal Property Storage                                       5
H.  Money/Property Release                                          5
I.  Release of Funds                                                5
J.  Filling Claims                                                  5
K.  Property Left Upon Discharge/Transfer                           5
L.  Items Left for Detainees                                        5
M.  Return of your Money                                            6
N.  Money Transactions                                              6
O.  Orientation Video                                               6
P.  Pro Bono Immigration Law Video                                  6
Q.  Detainee Work Program (Voluntary)                              6
R.  Detainee Dress Code                                             6

**SECTION 2 – ACCESS TO COURT, ICE AND LAW LIBRARY**

A.  Immigration Law Library Material                                6
B.  Hours of Access                                                 7
C.  Replacing Damaged Materials                                     7
D.  Supervision                                                     7
E.  Updating Legal Materials                                        7
F.  Request for Additional Legal Materials                          7
G.  Photocopying of Legal Documents                                 7
H.  Illiterate and Non-English Speaking Detainees                   7
I.  Detainee Retention of Personal Legal Materials                  7
J.  Law Library Access for Segregation/SMU                          7
K.  Attorney Visitation                                             8
L.  Requests to Immigration and Courts                              8
M.  Legal Communication                                             8
N.  Retaliation Prohibited                                          8
O.  Notary Public                                                   8
P.  Envelopes and Stamps for Legal Documents                        8

**SECTION 3 – CORRESPONDENCE (MAIL), VISITATION, AND TELEPHONE ACCESS**

A.  Correspondence (Mail)                                           8
B.  Special Correspondence                                          8
C.  Indigent detainees                                              8
D.  Incoming Mail                                                   9
E.  Non – Legal Mail                                                9
F.  Legal Mail                                                      9
G.  Change of Address                                               9
H.  Limitations on Publication                                      9
I.  Outgoing Mail                                                   9
J.  Visitation                                                      9
K.  Contact Visitation                                             10
L.  Telephone Access                                               11
M.  Unused Phone Time                                              12

**SECTION 4 – DETAINEE SERVICES**

A.  Recreation                                                     12
B.  Television                                                     12
C.  Smoking Policy                                                 13
D.  Education                                                      13
E.  Food Service                                                   12
F.  Religious Diets                                                13
G.  Health Care                                                    13
H.  Sick Call                                                      13
I.  Staff Assistance                                               14
J.  Health Assessment                                              14
K.  Medical Requests                                               14
L.  Personal Medication                                            14
M.  Eye Care                                                       13
N.  Facility Prescribed Medication                                 13
O.  Refusing Medical Treatment                                     14
P.  Communicable Disease Guidelines                                15
Q.  Medical Diets                                                  15
R.  Barbering Services                                             15
S.  Laundry Service                                                14
T.  Religious Services                                             15
U.  Detainee Library Services                                      16
V.  Commissary                                                     16
W.  Marriage Request                                               16

**SECTION 5 – SANITATION**

A.  Personal Hygiene                                               16
B.  Living Area/Bed Assignments                                    16
C.  Housing Unit Sanitation                                        17
D.  Day Space                                                      17

**SECTION 6 – GRIEVANCE PROCEDURES**

A.  Filing a Grievance                                             17

Leisure library books will be available in each housing unit in the multipurpose room.

You must submit a request (kite) to go to the library. You may have in your possession a maximum of three (3) books (hard or soft cover) and (2) magazine (other than those issued by Religious/Educational Programs).  When you are leaving the facility, you must return any books and magazines belonging to the library to the housing unit officer.

## COMMISSARY

You may order commissary throughout the week utilizing the kiosk.  You may add to or subtract from your order during the week however the kiosk will be locked on Thursdays at 12:00 noon to finalize your purchase.  Orders will be delivered weekly, usually on Fridays. Maximum purchase will be $100.00 not including clothing and headphones.  Prices are subject to change without notice as commissary costs increase.  If you don't have enough money for the entire order you placed, the commissary department will fill your order based on how much money you have in your account to cover your order.  Commissary items **MUST** fit in your locker.  You must present your identification and be fully dressed to receive your order.

If you accept your order and leave the delivery area without checking it, items shorted will not be filled.  It is your responsibility to check your order prior to leaving the delivery area.

If you are working, in visitation, court, or medical and the housing unit officer is able to verify that, your order will be left with the Lieutenant in a secure area and upon your return your order will be given to you and a signed receipt will be given to the officer.

## MARRIAGE REQUESTS

The following guidelines will be used if you request permission to marry while in the custody of the Immigration and Customs Enforcement:  The Immigration and Customs Enforcement will either grant or deny your permission to marry. The Warden will be advised of your request and of the decision of the Immigration and Customs Enforcement.

If permission is granted, you must make all arrangements for the marriage, which includes taking a blood test (if applicable), obtaining a marriage license, paying for all costs associated with the marriage and retaining an official to perform the marriage.  GEO staff or the Immigration and Customs Enforcement will not participate in making marriage arrangements. Staff will accommodate arrangements made consistent with the safe, secure and orderly operation of the facility.  The Warden reserves the right of final approval concerning the day, time, place and manner of all arrangements.

Only those persons necessary to perform the ceremony will be permitted to attend.  Guests will not ordinarily be permitted to attend.  Minors under the age of 17 and under will not be permitted to attend unless directly related – i.e., your immediate family.  A detainee will not be allowed to leave the facility for the purpose of making marriage arrangements. The detainee or person(s) acting on his/her behalf shall bear all expenses relating to the marriage.  Marriage ceremonies will be private, with no media publicity.

## SECTION V    SANITATION

The center will maintain the highest sanitation standards at all times in all locations without exception.  There will be an organized, supervised and continuous program of daily cleaning by all detainees to maintain those standards.

## PERSONAL HYGIENE

You are required to keep your body clean and free from offensive odors, lice or other parasites, and you are required to be dressed in a complete uniform during normal working hours when in the dayroom area or outside the housing unit, i.e., shirt, pants.

Personal hygiene items will be exchanged every other Monday.  In order to receive a new bottle of lotion and/or shampoo you must exchange your empty bottles.  Supplementary items are available for purchase from the commissary.

If you do not have money, you will be issued necessary items for the purpose of personal hygiene, but only the needed items in minimum quantities necessary will be provided.

You will have the opportunity to take at least one (1) shower daily.  You are highly encouraged to shower and brush your teeth daily.

 If you think you may be infested with "crabs" or other parasites, notify a medical staff person who will take immediate steps for delousing.

Disposable razors will be issued on a daily basis normally around 7:30 am, and only on day shift.  If a detainee requests to shave, he or she will sign up on the razor issue form.  Detainees will have one hour to use the razor and return it to the officer.   Detainees reporting to work in the kitchen on the morning shift are also afforded the opportunity to shave before reporting to work.

If you will be attending a court hearing, you will be afforded the opportunity to shave before appearing.

Fingernail clippers are available for purchase through the commissary.

Flush the toilets after each use.  Urinate and defecate in the toilets, not the floors or wall. Toilet paper may be obtained from detention staff.

You must wear shoes or shower shoes except when in your bunk.  If you have peeling skin or cracks on your feet, you should notify Medical.

## LIVING AREA/BED ASSIGNMENT

You are required to keep your personal living area clean and sanitary.  This includes your bunk and immediate floor area around and under your bunk, locker, and any personal items.

Cleaning supplies will be provided, usually at specific times, as needed by the detention officer.

Housing units and all common areas must be kept clean and should be ready for inspection at any time.

You are required to keep all books, hygiene items and personal items in the storage unit provided.

If you have excessive personal items in your bed area including under your mattress, you will be afforded, during shakedowns, the opportunity to place these items in your personal property or to dispose of the items.  The Officers assigned to the housing unit along with the Shift

16

Supervisor will decide what items are excessive. If personal items are confiscated a receipt will be issued to you.

**You are required to make your bunk in a neat and orderly manner by 0730.** This means that the bottom and sides will be tucked under the mattress. The sides and ends will not hang down over the edge of the bed.

You may sleep on your bunk after it is made in the mornings, not under the covers/sheets. You may request a second blanket and sleep under the second blanket on the top of your made bed, not under the sheets until after the afternoon count has been completed. When you get up from your nap, you need to neatly fold your blanket and place it on your bed. Your bed is to be made when you are not occupying it.

Your towel needs to be neatly folded and hung on the hook and you may neatly hang your laundry bag over the hook as well.

You are authorized one mattress and one pillow. Excess pillows and mattresses will be removed from your bed.

Blankets, sheets or towels are not to be used as rugs, drapes, pillows, or tenting for purposes of concealment at any time.

Pictures, articles of any kind, or any other items may not be placed on the walls or other fixtures of this facility. This includes graffiti and other drawings or markings on any surface area, for example, the walls, your bed and bed area, bulletin boards, televisions, doors etc.

You will be assigned a bed and a storage unit for the storage of your personal property. *Do not move to another bed unless staff has authorized you to move.* You should also use your storage unit to store all of your personal property, including your commissary. Do not allow other detainees to have access to your personal property. If you do, you increase the probability that your personal items may be stolen. *It is your responsibility to take care of your personal items.*

**HOUSING UNIT SANITATION**

Each and every detainee must participate in the facility's sanitation program. A list of detainees is developed each day by staff and is posted daily for viewing. During a general cleanup all detainees must participate. The assigned Housing Unit Officer will be responsible for assuring this general cleanup is done on a regular basis.

**DAY SPACE**

Day rooms are open spaces in the housing units that are utilized for watching television, playing board games, dominos or cards, as well as for socializing among detainees. Tables with chairs are provided for your use in the dayroom.

All detainees in a housing unit are required to keep clean and sanitary all commonly accessible areas of the housing unit, including walls, floors, windows, window ledges, showers, sinks, toilets, tables, and chairs.

Detainees will take turns cleaning the area. If a detainee feels that everyone is not doing their fair share, the detainee should inform the housing unit officer of the problem. Action will be taken to resolve this problem.

The day room area will be kept clean at all times. Should an officer notice that the area is not clean, the officer will make available necessary cleaning supplies. If the detainees in the housing unit do not clean the area after being instructed to do so, the televisions will be turned off, and the detainees will not be permitted to participate in any activities/programs until the housing unit is cleaned. Continued refusal to clean the area will result in further disciplinary action.

Walls will be kept free of newspapers, clothing, cups, bowls, and other objects.

Bulletin boards contain information beneficial to you and are not to be defaced in any manner. Posted material is to remain on the boards until staff removes the item(s).

**SECTION VI          GRIEVANCE PROCEDURES**

A Grievance is a complaint about the substance or application of any written policy, regulation or rule of Aurora Detention Center or the lack of application of a policy, regulation or rule, or a complaint about any behavior or action directed toward any detainee by staff or another detainee, or a violation of civil rights. You have a responsibility to use the program in good faith and in an honest and straightforward manner.

**FILING A GRIEVANCE**

If you have a grievance, you should first try to <u>informally resolve</u> it by bringing it to the attention of a detention officer, shift supervisor or staff member in charge of the area with which you have a problem. Each grievance filed must contain only one subject, or a group of closely related issues, under one subject. If your grievance contains more than one subject, contains vulgar language, or is submitted as a group grievance, the Grievance Coordinator will reject it without review. Grievances that are medically related must be placed into the mailbox labeled "Medical Requests/Grievances" and all other grievances must be placed in the mailbox labeled "Grievances".

You may obtain a Grievance form from your housing unit officer. You must fill out the form, sign and date it, and explain as best you can what the problem or complaint is and what relief is sought. You may obtain assistance of facility staff or another detainee in preparing your grievance. Another detainee may assist you with your grievance if you are illiterate or unable to communicate in English without charge or obligation of any kind. Another detainee cannot submit a grievance for you or any other detainee.

Grievances that are of an <u>EMERGENCY</u> nature will be responded to on an immediate basis in an effort to prevent problems that may arise due to delay. You must directly submit your grievance to a staff member for it to be treated as an emergency. The staff member will immediately contact the Shift Supervisor. If the Shift Supervisor concurs the grievance represents an emergency, he/she will submit a report to the Warden describing the problem and its resolution. Emergency grievances not resolved at the Shift Supervisor's level will be sent to the Grievance Coordinator for resolution during normal business hours.

If the emergency is medical in nature, the grievance will be submitted to the Health Services Administrator. This grievance will be reviewed within twenty-four hours of receipt. If a Shift Supervisor received the complaint during the absence of the Health Services Administrator, he/she will be contacted and advised of the complaint. The Health Services Administrator will advise the Shift Supervisor and the medical staff on the procedures to resolve the complaint.

17