# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-CBS

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs, pursuant to D.C.COLO.LCivR. 6.1, and hereby respectfully request a fourteen (14) day extension of time to file their Response to Defendant's Motion to Dismiss [Doc. No. 11], and in support state:

1. Pursuant to D.C.COLO.LCivR. 7.1(a), Counsel for Plaintiffs conferred with counsel for Defendant regarding the proposed extension of time. Defendant does not oppose Plaintiffs' request.

2. Defendant filed its Motion to Dismiss [Doc. No. 11] on November 14, 2014.

3. Plaintiffs' Response to the Motion to Dismiss is currently due on December 5, 2014.

4. Plaintiffs seek an extension of 14 days, until December 19, 2014, in which to file their Response.

5. Plaintiffs seek the extension because the Motion to Dismiss raises complex legal and factual questions which will require significant legal work to formulate appropriate responses. Plaintiffs also seek the extension because the Thanksgiving holiday intervenes in the current response period and counsel for Plaintiffs have family commitments during that time which will reduce the amount of time counsel have available to perform the legal work required.

6. This is Plaintiffs' first request for an extension of time.

7. Because this case is in its infancy, no party will be prejudiced by the requested extension.

8. Pursuant to D.C.COLO.LCivR. 6.1(c), counsel for Plaintiffs contemporaneously served this Motion on their clients.

WHEREFORE, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Defendant's Motion to Dismiss by 14 days and until December 19, 2014.

Respectfully submitted,

*S/ Brandt Milstein*
595 Canyon Boulevard
Boulder, CO 80302
303.440.8780
brandt@milsteinlawoffice.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I filed this *Unopposed Motion* electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/S/ *Brandt Milstein*