IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## FED. R. CIV. P. 56(D) DECLARATION OF ATTORNEY BRANDT MILSTEIN

I, Brandt Milstein, declare that the following is true and correct based upon my personal knowledge:

1. I am an attorney for the Plaintiffs in the above-captioned action.

2. If the Court converts the Defendant's Motion to Dismiss [Doc. # 11] to a motion for summary judgment, pursuant to F.R.C.P 56(d), I respectfully request that the Court (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order.

3. In support of this request, I declare as follows:

Plaintiffs' Exhibit 1

a. The probable facts not currently available are whether or not the exhibits attached to Defendants' Motion to Dismiss are authentic and what the redacted portions of those exhibits contain.

b. Those facts cannot be presented currently because Plaintiffs have had <u>no</u> opportunity for discovery because discovery has not commenced (no scheduling conference has been set and therefore no 26(f) conference triggering the start of discovery has occurred) and because Defendant refuses to produce un-redacted copies of the redacted documents.

c. Because discovery has not yet commenced, Plaintiffs' only recourse in the face of the redacted documents was to demand un-redacted copies of the exhibits in writing. Defendant responded by refusing to provide the un-redacted exhibits. Without the ability to pursue discovery, Plaintiffs are left refuting redacted unauthenticated exhibits.

d. Additional time will enable Plaintiffs to obtain the relevant facts and rebut the motion for summary judgment because the Plaintiffs will be able to pursue discovery to test the authenticity of the exhibits attached to Defendant's Motion to Dismiss and to marshal additional facts to counter any admissible facts proffered by the Defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 12/19/2014

_____
Brandt Milstein, Attorney for the Plaintiffs

Plaintiffs' Exhibit 1