PUBLIC LAW 95-86—AUG. 2, 1977                91 STAT. 419

Public Law 95-86
95th Congress

## An Act

Making appropriations for the Departments of State, Justice, and Commerce, the Judiciary, and related agencies for the fiscal year ending September 30, 1978, and for other purposes.

Aug. 2, 1977
[H.R. 7556]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the Departments of State, Justice, and Commerce, the Judiciary, and related agencies for the fiscal year ending September 30, 1978, and for other purposes, namely:

Departments of State, Justice, and Commerce, the Judiciary, and Related Agencies Appropriation Act, 1978.

## TITLE I—DEPARTMENT OF STATE

Department of State Appropriation Act, 1978.

### ADMINISTRATION OF FOREIGN AFFAIRS

#### SALARIES AND EXPENSES

For necessary expenses of the Department of State, not otherwise provided for, including expenses authorized by the Foreign Service Act of 1946, as amended (22 U.S.C. 801-1158), and allowances as authorized by 5 U.S.C. 5921-5925; expenses of binational arbitrations arising under international air transport agreements; expenses necessary to meet the responsibilities and obligations of the United States in Germany (including those arising under the supreme authority assumed by the United States on June 5, 1945, and under contractual arrangements with the Federal Republic of Germany); hire of passenger motor vehicles; services as authorized by 5 U.S.C. 3109; dues for library membership in organizations which issue publications to members only, or to members at a price lower than to others; expenses authorized by section 2 of the Act of August 1, 1956 (22 U.S.C. 2669), as amended; refund of fees erroneously charged and paid for passports; radio communications; payment in advance for subscriptions to commercial information, telephone and similar services abroad; emergency medical attention and dietary supplements for U.S. citizens incarcerated abroad who are unable to obtain such services otherwise; expenses necessary to provide maximum physical security in Government-owned and leased properties abroad; and procurement by contract or otherwise, of services, supplies, and facilities, as follows: (1) translating, (2) analysis and tabulation of technical information, and (3) preparation of special maps, globes, and geographic aids; administrative and other expenses authorized by section 637(b) of the Foreign Assistance Act of 1961, as amended (22 U.S.C. 2397(b)), and by section 305 of the Mutual Defense Assistance Control Act of 1951, as amended (22 U.S.C. 1613(d)); $604,000,000: *Provided,* That passenger motor vehicles in possession of the Foreign Service abroad may be replaced in accordance with section 7 of the Act of August 1, 1956 (22 U.S.C. 2674), and the cost, including exchange allowance, of each such replacement shall not exceed $6,500 in the case of the chief of mission automobile at each diplomatic mission (except that four such vehicles may be purchased at not to exceed $9,000 each) and such amounts as may be otherwise provided by law for all other such vehicles, except that right-

Plaintiffs' Exhibit 2

hand drive vehicles may be purchased without regard to any maximum price limitation otherwise established by law: *Provided further*, That in addition, this appropriation shall be available for the purchase (not to exceed thirty-three), replacement, rehabilitation, and modification of passenger motor vehicles for protective purposes without regard to any maximum price limitations otherwise established by law.

#### REPRESENTATION ALLOWANCES

For representation allowances as authorized by section 901 of the Foreign Service Act of 1946, as amended (22 U.S.C. 1131), $2,500,000.

#### ACQUISITION, OPERATION, AND MAINTENANCE OF BUILDINGS ABROAD

For necessary expenses of carrying into effect the Foreign Service Buildings Act, 1926, as amended (22 U.S.C. 292–300), including personal services in the United States and abroad; salaries and expenses of personnel and dependents as authorized by the Foreign Service Act of 1946, as amended (22 U.S.C. 801–1158); allowances as authorized by 5 U.S.C. 5921–5925; and services as authorized by 5 U.S.C. 3109; $103,101,000, to remain available until expended: *Provided*, That not to exceed $2,281,000 may be used for administrative expenses during the current fiscal year.

#### ACQUISITION, OPERATION, AND MAINTENANCE OF BUILDINGS ABROAD (SPECIAL FOREIGN CURRENCY PROGRAM)

For payments in foreign currencies which the Treasury Department determines to be excess to the normal requirements of the United States for the purposes authorized by section 4 of the Foreign Service Buildings Act of 1926, as amended (22 U.S.C. 295), to remain available until expended, $7,520,000.

#### EMERGENCIES IN THE DIPLOMATIC AND CONSULAR SERVICE

For expenses necessary to enable the Secretary of State to meet unforeseen emergencies arising in the Diplomatic and Consular Service, to be expended pursuant to the requirement of section 291 of the Revised Statutes (31 U.S.C. 107), $2,350,000.

#### PAYMENT TO THE FOREIGN SERVICE RETIREMENT AND DISABILITY FUND

For payment to the Foreign Service Retirement and Disability Fund, as authorized by the Foreign Service Act of 1946, as amended (22 U.S.C. 1105–1106), $26,599,000.

#### INTERNATIONAL ORGANIZATIONS AND CONFERENCES

#### CONTRIBUTIONS TO INTERNATIONAL ORGANIZATIONS

22 USC 269a, 269b, 269f, 269g–1, 269h, 272a, 273–276, 279a, 280b, 280i, 280k, 287e, 287r, 290b, 1896b, 1928, 1928b, 2673 notes.

For expenses, not otherwise provided for, necessary to meet annual obligations of membership in international multilateral organizations, pursuant to treaties, conventions, or specific Acts of Congress, $325,979,000.

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977                    91 STAT. 421

CONTRIBUTIONS FOR INTERNATIONAL PEACEKEEPING ACTIVITIES

For payments, not otherwise provided for, by the United States for expenses of United Nations peacekeeping forces in the Middle East, $32,000,000.

MISSIONS TO INTERNATIONAL ORGANIZATIONS

For expenses necessary for permanent representation to certain international organizations in which the United States participates pursuant to treaties, conventions, or specific Acts of Congress, including expenses authorized by the pertinent Acts and conventions provided for such representation; salaries and expenses of personnel and dependents as authorized by the Foreign Service Act of 1946, as amended (22 U.S.C. 801–1158); allowances, as authorized by 5 U.S.C. 5921–5925; and expenses authorized by section 2 (a) and (e) and section 17 of the Act of August 1, 1956, as amended (22 U.S.C. 2669); 22 USC 2687. $10,144,000.

INTERNATIONAL CONFERENCES AND CONTINGENCIES

For necessary expenses of participation by the United States, upon approval by the Secretary of State, in international activities which arise from time to time in the conduct of foreign affairs and for which specific appropriations have not been provided pursuant to treaties, conventions, or special Acts of Congress, including personal services without regard to civil service and classification laws; salaries and expenses of personnel and dependents as authorized by the Foreign Service Act of 1946, as amended (22 U.S.C. 801–1158); allowances as authorized by 5 U.S.C. 5921–5925; hire of passenger motor vehicles; contributions for the share of the United States in expenses of international organizations; and expenses authorized by section 2(a) of the Act of August 1, 1956, as amended (22 U.S.C. 2669); $8,000,000, to remain available until expended, of which not to exceed a total of $160,000 may be expended for representation allowances as authorized by section 901 of the Act of August 13, 1946, as amended (22 U.S.C. 1131), and for official entertainment.

INTERNATIONAL TRADE NEGOTIATIONS

For necessary expenses of participation by the United States in international trade negotiations, including not to exceed $15,000 for representation allowances, as authorized by section 901 of the Act of August 13, 1946, as amended (22 U.S.C. 1131), and for official entertainment, $3,800,000: *Provided*, That this appropriation shall be available in accordance with the authority provided in the current appropriation for "International conferences and contingencies".

INTERNATIONAL COMMISSIONS

INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES    22 USC 277 note.
AND MEXICO

For expenses necessary to enable the United States to meet its obligations under the treaties of 1889, 1906, 1933, 1944, 1963, and 1970 between    26 Stat. 1512.
the United States and Mexico, and to comply with the other laws appli-    34 Stat. 2953.
cable to the United States Section, International Boundary and Water    48 Stat. 1621.
59 Stat. 1219.
15 UST 21.
23 UST 371.

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977

Commission, United States and Mexico, including operation and main-
tenance of the Rio Grande rectification, canalization, flood control,
bank protection, water supply, power, irrigation, boundary demarca-
tion, and sanitation projects; detailed plan preparation and construc-
tion (including surveys and operation and maintenance and protection
during construction); Rio Grande emergency flood protection;
expenditures for the purposes set forth in sections 101 through 104 of
the Act of September 13, 1950 (22 U.S.C. 277d–1—277d–4); purchase
of planographs and lithographs; uniforms or allowances therefor, as
authorized by law (5 U.S.C. 5901–5902); and leasing of private prop-
erty to remove therefrom sand, gravel, stone, and other materials,
without regard to section 3709 of the Revised Statutes, as amended
(41 U.S.C. 5); as follows:

### SALARIES AND EXPENSES

For salaries and expenses not otherwise provided for, including
examination, preliminary surveys, and investigations, and operation
and maintenance of projects or parts thereof, as enumerated above,
including gaging stations, $6,300,000: *Provided*, That expenditures for
the Rio Grande bank protection project shall be subject to the provi-
sions and conditions contained in the appropriation for said project
as provided by the Act approved April 25, 1945 (59 Stat. 89).

### CONSTRUCTION

22 USC
277d–32.
22 USC 277d–34
note.

For detailed plan preparation and construction of projects author-
ized by the convention concluded February 1, 1933, between the
United States and Mexico, the Acts approved August 19, 1935, as
amended (22 U.S.C. 277–277f), August 29, 1935 (49 Stat. 961), June 4,
1936 (49 Stat. 1463), June 28, 1941 (22 U.S.C. 277f), September 13,
1950 (22 U.S.C. 277d–1–9), October 10, 1966 (80 Stat. 884), October 25,
1972 (86 Stat. 1161), and the project stipulated in the treaty between
the United States and Mexico signed at Washington on February 3,
1944, to remain available until expended, $17,000,000: *Provided*, That
no expenditures shall be made for the Lower Rio Grande flood control
project for construction on any land, site, or easement in connection
with this project except such as has been acquired by donation and the
title thereto has been approved by the Attorney General of the United
States: *Provided further*, That the Anzalduas diversion dam shall not
be operated for irrigation or water supply purposes in the United
States unless suitable arrangements have been made with the prospec-
tive water users for repayment to the Government of such portions of
the cost of said dam as shall have been allocated to such purposes by
the Secretary of State.

### AMERICAN SECTIONS, INTERNATIONAL COMMISSIONS

For expenses necessary to enable the President to perform the
obligations of the United States pursuant to treaties between the
United States and Great Britain, in respect to Canada, signed Janu-
ary 11, 1909 (36 Stat. 2448), and February 24, 1925 (44 Stat. 2102);
and the treaty between the United States and Canada, signed Febru-
ary 27, 1950; including services as authorized by 5 U.S.C. 3109; hire of
passenger motor vehicles; $2,232,000, to be disbursed under the direc-
tion of the Secretary of State and to be available also for additional
expenses of the American Sections, International Commissions, as
hereinafter set forth:

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977        91 STAT. 423

International Joint Commission, United States and Canada, the Regulations. salary of the Commissioners on the part of the United States who shall serve at the pleasure of the President; salaries of clerks and other employees appointed by the Commissioners on the part of the United States with the approval solely of the Secretary of State; travel expenses and compensation of witnesses in attending hearings of the Commission at such places in the United States and Canada as the Commission or the American Commissioners shall determine to be necessary; not to exceed $1,500 for representation expenses, in accordance with such regulations as the President may prescribe, and official entertainment; and special and technical investigations in connection with matters falling within the Commission's jurisdiction: *Provided*, That transfers of funds may be made to other agencies of the Government for the performance of work for which this appropriation is made.

International Boundary Commission, United States and Canada, the completion of such remaining work as may be required under the award of the Alaskan Boundary Tribunal and the existing treaties between the United States and Great Britain; commutation of subsistence to employees while on field duty at not to exceed the authorized prevailing daily rate; hire of freight and passenger motor vehicles from temporary field employees; and payment for timber necessarily cut in keeping the boundary line clear.

### INTERNATIONAL FISHERIES COMMISSIONS

For expenses, not otherwise provided for, necessary to enable the United States to meet its obligations in connection with participation in international fisheries commissions pursuant to treaties or conventions, and implementing Acts of Congress, $5,745,000: *Provided*, That the United States share of such expenses may be advanced to the respective commissions.

### EDUCATIONAL EXCHANGE

#### MUTUAL EDUCATIONAL AND CULTURAL EXCHANGE ACTIVITIES

For expenses, not otherwise provided for, necessary to enable the Secretary of State to carry out the functions of the Department of State under the provisions of the Mutual Educational and Cultural Exchange Act of 1961, as amended (22 U.S.C. 2451-2458), and the Act of August 9, 1939 (22 U.S.C. 501), including expenses authorized by the Foreign Service Act of 1946, as amended (22 U.S.C. 801-1158); expenses of the National Commission on Educational, Scientific, and Cultural Cooperation as authorized by sections 3, 5, and 6 of the Act of July 30, 1946 (22 U.S.C. 287o, 287q, 287r); hire of passenger motor vehicles; not to exceed $12,000 for representation expenses; not to exceed $1,500 for official entertainment within the United States; services as authorized by 5 U.S.C. 3109; and advance of funds notwithstanding section 3648 of the Revised Statutes, as amended (31 U.S.C. 529); $65,500,000, of which not less than $1,600,000 shall be used for payment in foreign currencies which the Treasury Department determines to be excess to the normal requirements of the United States: *Provided*, That not to exceed $2,825,000 may be used for administrative expenses during the current fiscal year.

Plaintiffs' Exhibit 2

91 STAT. 424                    PUBLIC LAW 95–86—AUG. 2, 1977

CENTER FOR CULTURAL AND TECHNICAL INTERCHANGE BETWEEN EAST AND
WEST

22 USC 2054
note.

5 USC 5332 note.

To enable the Secretary of State to provide for carrying out the
provisions of the Center for Cultural and Technical Interchange
Between East and West Act of 1960, by grant to any appropriate
recipient in the State of Hawaii, $12,200,000: *Provided*, That none of
the funds appropriated herein shall be used to pay any salary, or to
enter into any contract providing for the payment thereof, in excess of
the highest rate authorized in the General Schedule of the Classifica-
tion Act of 1949, as amended.

GENERAL PROVISIONS—DEPARTMENT OF STATE

Security guard
service.

SEC. 102. Appropriations under this title for "Salaries and
expenses", "International conferences and contingencies", and "Mis-
sions to international organizations" are available for reimbursement
of the General Services Administration for security guard services
for protection of confidential files.

One-world
government
advocates.

SEC. 103. None of the funds appropriated in this title shall be used
(1) to pay the United States contribution to any international orga-
nization which engages in the direct or indirect promotion of the
principle or doctrine of one world government or one world citizen-
ship; (2) for the promotion, direct or indirect, of the principle or
doctrine of one world government or one world citizenship.

Panama Canal
treaty or
agreement.

SEC. 104. It is the sense of the Congress that any new Panama
Canal treaty or agreement must protect the vital interests of the
United States in the Canal Zone and in the operation, maintenance,
property and defense of the Panama Canal.

Citation of title.

This title may be cited as the "Department of State Appropriation
Act, 1978".

Department of
Justice
Appropriation
Act, 1978.

TITLE II—DEPARTMENT OF JUSTICE

GENERAL ADMINISTRATION

SALARIES AND EXPENSES

For expenses necessary for the administration of the Department of
Justice, including hire of passenger motor vehicles; and miscel-
laneous and emergency expenses authorized or approved by the Attor-
ney General or the Assistant Attorney General for Administration;
$26,067,000, of which $4,466,000 is for the United States Parole Com-
mission and $2,000,000 is for the Federal justice research program, the
latter amount to remain available until expended.

LEGAL ACTIVITIES

SALARIES AND EXPENSES, GENERAL LEGAL ACTIVITIES (INCLUDING
TRANSFER OF FUNDS)

For expenses necessary for the legal activities of the Department of
Justice, not otherwise provided for, including miscellaneous and emer-
gency expenses authorized or approved by the Attorney General or
the Assistant Attorney General for Administration; not to exceed
$30,000 for expenses of collecting evidence, to be expended under the
direction of the Attorney General and accounted for solely on his

Plaintiffs' Exhibit 2

certificate; and advances of public moneys pursuant to law (31 U.S.C. 529); $76,075,000: *Provided*, That not to exceed $105,000 may be transferred to this appropriation from the "Alien Property Fund, World War II", for the general administrative expenses of alien property activities, including rent of private or Government-owned space in the District of Columbia.

### SALARIES AND EXPENSES, ANTITRUST DIVISION

For expenses necessary for the enforcement of antitrust, consumer protection and kindred laws, including $10,000,000 for antitrust enforcement grants to the States authorized by section 309 of the Omnibus Crime Control and Safe Streets Act of 1968, as amended, $39,785,000: *Provided*, That none of this appropriation shall be expended for the establishment and maintenance of permanent regional offices of the Antitrust Division.

42 USC 3701 note.

### SALARIES AND EXPENSES, UNITED STATES ATTORNEYS AND MARSHALS

For necessary expenses of the offices of the United States attorneys and marshals, including purchase of firearms and ammunition and supervision of United States prisoners in non-Federal institutions, and bringing to the United States from foreign countries persons charged with crime, $179,075,000.

### SUPPORT OF UNITED STATES PRISONERS

For support of United States prisoners in non-Federal institutions, including necessary clothing and medical aid, payment of rewards, and reimbursement to Saint Elizabeths Hospital for the care and treatment of United States prisoners, at per diem rates as authorized by law (24 U.S.C. 168a), $21,000,000.

### FEES AND EXPENSES OF WITNESSES

For expenses, mileage, and per diems of witnesses and for per diems in lieu of subsistence, as authorized by law, and for such compensation and expenses of expert witnesses pursuant to section 524 of title 28, United States Code, and sections 4244–48 of title 18, United States Code, including advances; $20,050,000: *Provided*, That no part of the sum herein appropriated shall be used to pay any witness more than one attendance fee for any one calendar day.

### SALARIES AND EXPENSES, COMMUNITY RELATIONS SERVICE

For necessary expenses of the Community Relations Service established by title X of the Civil Rights Act of 1964 (42 U.S.C. 2000g—2000g–2), $5,192,000.

### FEDERAL BUREAU OF INVESTIGATION

#### SALARIES AND EXPENSES

For expenses necessary for the detection and prosecution of crimes against the United States; protection of the person of the President of the United States and the person of the Attorney General; acquisition, collection, classification and preservation of identification and other records and their exchange with, and for the official use of, the

Plaintiffs' Exhibit 2

91 STAT. 426                    PUBLIC LAW 95–86—AUG. 2, 1977

duly authorized officials of the Federal Government, of States, cities, and other institutions, such exchange to be subject to cancellation if dissemination is made outside the receiving departments or related agencies; and such other investigations regarding official matters under the control of the Department of Justice and the Department of State as may be directed by the Attorney General; including purchase for police-type use without regard to the general purchase price limitation for the current fiscal year (not to exceed five hundred fifty-five for replacement only) and hire of passenger motor vehicles; acquisition, lease, maintenance and operation of aircraft; firearms and ammunition; payment of rewards; benefits in accordance with those provided under 22 U.S.C. 1136(9)–(11), under regulations prescribed by the Secretary of State; and not to exceed $70,000 to meet unforeseen emergencies of a confidential character, to be expended under the direction of the Attorney General, and to be accounted for solely on his certificate; $529,454,000.

None of the funds appropriated for the Federal Bureau of Investigation shall be used to pay the compensation of any civil service employee.

### IMMIGRATION AND NATURALIZATION SERVICE

#### SALARIES AND EXPENSES

For expenses, not otherwise provided for, necessary for the administration and enforcement of the laws relating to immigration, naturalization, and alien registration, including advance of cash to aliens for meals and lodging while en route; payment of allowances (at a rate not in excess of $1 per day) to aliens, while held in custody under the immigration laws, for work performed; payment of expenses and allowances incurred in tracking lost persons as required by public exigencies; payment of rewards; not to exceed $50,000 to meet unforeseen emergencies of a confidential character, to be expended under the direction of the Attorney General and accounted for solely on his certificate; purchase for police-type use without regard to the general purchase price limitation for the current fiscal year (not to exceed five hundred fifty-three, of which four hundred twenty-seven shall be for replacement only) and hire of passenger motor vehicles; acquisition, lease, maintenance and operation of aircraft; firearms and ammunition, attendance of firearms matches; refunds of head tax, maintenance bills, immigration fines, and other items properly returnable, except deposits of aliens who become public charges and deposits to secure payment of fines and passage money; operation, maintenance, remodeling, and repair of buildings and the purchase of equipment incident thereto; acquisition of land as sites for enforcement fence and construction incident to such fence; reimbursement of the General Services Administration for security guard services for protection of confidential files; benefits in accordance with those provided under 22 U.S.C. 1136 (9)–(11) and 22 U.S.C. 1157 under regulations prescribed by the Secretary of State; research related to immigration enforcement; $266,450,000, of which not to exceed $400,000 shall remain available for such research until expended: *Provided*, That of the amount herein appropriated, not to exceed $50,000 may be used for the emergency replacement of aircraft upon certificate of the Attorney General.

Plaintiffs' Exhibit 2

PUBLIC LAW 95–86—AUG. 2, 1977          91 STAT. 427

### DRUG ENFORCEMENT ADMINISTRATION

#### SALARIES AND EXPENSES

For necessary expenses of the Drug Enforcement Administration, including hire of passenger motor vehicles; payment in advance for special tests and studies by contract; payment in advance for expenses arising out of contractual and reimbursable agreements with State and local law enforcement and regulatory agencies while engaged in cooperative enforcement and regulatory activities in accordance with section 503a(2) of the Controlled Substances Act; not to exceed     21 USC 873. $70,000 to meet unforeseen emergencies of a confidential character, to be expended under the direction of the Attorney General, and to be accounted for solely on his certificate; purchase of not to exceed six hundred two passenger motor vehicles (of which four hundred forty-two are for replacement only) for police-type use without regard to the general purchase price limitation for the current fiscal year; payment of rewards; payment for publication of technical and informational material in professional and trade journals; purchase of chemicals, apparatus, and scientific equipment; payment for necessary accommodations in the District of Columbia for conferences and training activities; acquisition, lease, maintenance, and operation of aircraft; employment of aliens by contract for services abroad; research related to enforcement and drug control; benefits in accordance with those provided under 22 U.S.C. 1136(9)–(11), under regulations prescribed by the Secretary of State; $181,895,000, of which not to exceed $4,500,000 for research shall remain available until expended.

### FEDERAL PRISON SYSTEM

#### SALARIES AND EXPENSES, BUREAU OF PRISONS

For expenses necessary for the administration, operation, and maintenance of Federal penal and correctional institutions, including supervision and support of United States prisoners in non-Federal institutions; purchase of (not to exceed thirty-three of which twenty-four are for replacement only) and hire of law enforcement and passenger motor vehicles; compilation of statistics relating to prisoners in Federal penal and correctional institutions; assistance to State and local governments to improve their correctional systems; firearms and ammunition; medals and other awards; payment of rewards; purchase and exchange of farm products and livestock; construction of buildings at prison camps; and acquisition of land as authorized by section 4010 of title 18, United States Code; $259,576,000: *Provided,* That there may be transferred to the Health Services Administration     42 USC 250a. such amounts as may be necessary, in the discretion of the Attorney General, for direct expenditures by that Administration for medical relief for inmates of Federal penal and correctional institutions.

#### NATIONAL INSTITUTE OF CORRECTIONS

For carrying out the provisions of sections 4351–4353 of title 18, United States Code, which established a National Institute of Corrections, $9,900,000, to remain available until expended.

#### BUILDINGS AND FACILITIES

For planning, acquisition of sites and construction of new facilities and constructing, remodeling, and equipping necessary buildings and

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977

facilities at existing penal and correctional institutions, including all
necessary expenses incident thereto, by contract or force account,
$38,850,000, to remain available until expended: *Provided*, That labor
of United States prisoners may be used for work performed under
this appropriation.

### FEDERAL PRISON INDUSTRIES, INCORPORATED

The Federal Prison Industries, Incorporated, is hereby authorized
to make such expenditures, within the limits of funds and borrowing
authority available, and in accord with the law, and to make such
contracts and commitments, without regard to fiscal year limitations
as provided by section 104 of the Government Corporation Control Act,
31 USC 849.     as amended, as may be necessary in carrying out the program set forth
in the budget for the current fiscal year for such corporation, including
purchase of not to exceed five (for replacement only) and hire of pas-
senger motor vehicles, except as hereinafter provided:

### LIMITATION ON ADMINISTRATIVE AND VOCATIONAL TRAINING EXPENSES, FEDERAL PRISON INDUSTRIES, INCORPORATED

Not to exceed $1,947,000 of the funds of the corporation shall be
available for its administrative expenses, and not to exceed $4,381,000
for the expenses of vocational training of prisoners, both amounts to
be available for services as authorized by 5 U.S.C. 3109, and to be com-
puted on an accrual basis and to be determined in accordance with the
corporation's prescribed accounting system in effect on July 1, 1946,
and shall be exclusive of depreciation, payment of claims, expenditures
which the said accounting system requires to be capitalized or charged
to cost of commodities acquired or produced, including selling and
shipping expenses, and expenses in connection with acquisition, con-
struction, operation, maintenance, improvement, protection, or dispo-
sition of facilities and other property belonging to the corporation or
in which it has an interest.

### LAW ENFORCEMENT ASSISTANCE ADMINISTRATION

#### SALARIES AND EXPENSES

For grants, contracts, loans, and other assistance authorized by title I
of the Omnibus Crime Control and Safe Streets Act of 1968, as
42 USC 3701    amended, and title II of the Juvenile Justice and Delinquency Pre-
note.          vention Act of 1974, as amended, including salaries and other expenses
42 USC 5601    in connection therewith, $647,250,000, to remain available until
note.          expended.

### GENERAL PROVISIONS—DEPARTMENT OF JUSTICE

Attorneys,       SEC. 202. None of the funds appropriated by this title may be used
qualification.   to pay the compensation of any person hereafter employed as an
attorney (except foreign counsel employed in special cases) unless
such person shall be duly licensed and authorized to practice as an
attorney under the laws of a State, territory, or the District of
Columbia.

Regulations.     SEC. 203. Appropriations and authorizations made in this title which

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977                    91 STAT. 429

are available for expenses of attendance at meetings shall be expended
for such purposes in accordance with regulations prescribed by the
Attorney General.

SEC. 204. Appropriations and authorizations made in this title for    Experts and
salaries and expenses shall be available for services as authorized by    consultants.
5 U.S.C. 3109.

SEC. 205. Appropriations for "Salaries and expenses, general admin-    Uniforms.
istration", "Salaries and expenses, United States attorneys and mar-
shals", "Salaries and expenses, Federal Bureau of Investigation",
"Salaries and expenses, Immigration and Naturalization Service",
and "Salaries and expenses, Bureau of Prisons", shall be available for
uniforms and allowances therefor as authorized by law (5 U.S.C.
5901–5902).

SEC. 206. Appropriations made in this title shall be available for the    Government
purchase of insurance for motor vehicles operated on official Govern-    motor vehicles,
ment business in foreign countries.    insurance.

SEC. 207. Funds appropriated under this title shall be available for    Dependents'
(1) expenses of primary and secondary schooling for dependents of    schooling.
personnel stationed outside the continental United States at costs not
in excess of those authorized by the Department of Defense for the
same area, when it is determined by the Attorney General that schools
available in the locality are unable to provide adequately for the edu-
cation of such dependents, and (2) transportation of said dependents
between their places of residence and schools serving the area which
they would normally attend when the Attorney General, under such
regulations as he may prescribe, determines that such schools are not
accessible by public means of transportation.

SEC. 208. A total of not to exceed $17,500 from funds appropriated
to the Department of Justice shall be available for official reception
and representation expenses in accordance with distributions, proce-
dures, and regulations established by the Attorney General.

This title may be cited as the "Department of Justice Appropriation    Citation of title.
Act, 1978".

## TITLE III—DEPARTMENT OF COMMERCE

### GENERAL ADMINISTRATION

#### SALARIES AND EXPENSES

Department of
Commerce
Appropriation
Act, 1977.

For expenses necessary for the general administration of the Depart-
ment of Commerce, including not to exceed $2,000 for official enter-
tainment, $15,750,000.

#### WHITE HOUSE CONFERENCE ON BALANCED NATIONAL GROWTH AND ECONOMIC DEVELOPMENT

For expenses necessary to carry out the provisions of title II of the
Public Works and Economic Development Act Amendments of 1976,
as amended, $750,000.

42 USC 3121
note.

### BUREAU OF THE CENSUS

#### SALARIES AND EXPENSES

For expenses necessary for collecting, compiling, analyzing, prepar-
ing, and publishing statistics, provided for by law, $45,235,000.

Plaintiffs' Exhibit 2

91 STAT. 430                    PUBLIC LAW 95–86—AUG. 2, 1977

### PERIODIC CENSUSES AND PROGRAMS

For expenses necessary to prepare for taking, compiling, and publishing the censuses of business, transportation, manufactures, and mineral industries; the census of governments; the census of agriculture; the census of population and housing; and periodic surveys, as provided for by law, $71,000,000, to remain available until expended.

### BUREAU OF ECONOMIC ANALYSIS

#### SALARIES AND EXPENSES

For necessary expenses of the Bureau of Economic Analysis, $13,475,000.

### ECONOMIC DEVELOPMENT ADMINISTRATION

#### ECONOMIC DEVELOPMENT ASSISTANCE PROGRAMS

For economic development assistance as authorized by titles I, II, III, IV and IX of the Public Works and Economic Development Act of 1965, as amended, and title II of the Trade Act of 1974, $382,500,000.

42 USC 3131, 3141, 3151, 3161, 3241. 19 USC 2251.

#### ADMINISTRATION OF ECONOMIC DEVELOPMENT ASSISTANCE PROGRAMS

For necessary expenses of administering the economic development assistance programs, not otherwise provided for, $26,825,000, of which not to exceed $300,000 may be advanced to the Small Business Administration for processing of loan applications.

### REGIONAL ACTION PLANNING COMMISSIONS

#### REGIONAL DEVELOPMENT PROGRAMS

For expenses necessary to carry out the programs authorized by title V of the Public Works and Economic Development Act of 1965, as amended, $64,600,000, to remain available until expended.

42 USC 3181.

### DOMESTIC AND INTERNATIONAL BUSINESS ADMINISTRATION

#### OPERATIONS AND ADMINISTRATION

For necessary expenses for domestic business activities of the Department of Commerce; necessary expenses for international business activities, including trade promotional activities abroad without regard to the provisions of law set forth in 41 U.S.C. 5 and 13, and 44 U.S.C. 501, 3702, and 3703; full medical coverage for dependent members of immediate families of employees stationed overseas; purchase of commercial and trade reports; employment of aliens by contract for services abroad; rental of space abroad, for periods not exceeding five years, and expenses of alteration, repair, or improvement; purchase or construction of temporary demountable exhibition structures for use abroad; advance of funds under contracts abroad; payment of tort claims, in the manner authorized in the first paragraph of 28 U.S.C. 2672 when such claims arise in foreign countries; and not to exceed $4,200 for official representation expenses abroad; necessary expenses to carry out the provisions of the Defense Production Act of 1950, as amended; and necessary expenses for carrying out the Export Administration Act of 1969, as amended, including awards of compensation to informers under said Act and as author-

50 USC app. 2061. 50 USC app. 2401 note.

Plaintiffs' Exhibit 2

ized by 22 U.S.C. 401(b); $65,947,000, to remain available until expended: *Provided*, That the provisions of the first sentence of section 105(f) and all of section 108(c) of the Mutual Educational and Cultural Exchange Act of 1961 (22 U.S.C. 2455(f) and 2458(c)) shall apply in carrying out the activities concerned with international business activities.

## MINORITY BUSINESS ENTERPRISE

### MINORITY BUSINESS DEVELOPMENT

For necessary expenses of the Department of Commerce in fostering, promoting, and developing minority business enterprise, $50,300,000, of which $38,535,000 shall remain available until expended: *Provided*, That not to exceed $11,765,000 shall be available for program development and management.

## UNITED STATES TRAVEL SERVICE

### SALARIES AND EXPENSES

For necessary expenses of the United States Travel Service as provided for by law; including employment of aliens by contract for service abroad; rental of space abroad, for periods not exceeding five years, and expenses of alteration, repair, or improvement; advance of funds under contracts abroad; payment of tort claims, in the manner authorized in the first paragraph of 28 U.S.C. 2672, when such claims arise in foreign countries; and not to exceed $5,000 for representation expenses; $14,190,000, of which not less than $1,000,000 shall be available for the domestic tourism promotion program.

## NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

### OPERATIONS, RESEARCH, AND FACILITIES

For expenses necessary for the National Oceanic and Atmospheric Administration, including research and development; maintenance, operation, and hire of aircraft; expenses of an authorized strength of 399 commissioned officers on the active list; pay of commissioned officers retired in accordance with law and payments under the Retired Serviceman's Family Protection and the Survivors Benefit plans; construction of facilities, including initial equipment; alteration, modernization, and relocation of facilities; and acquisition of land for facilities; $607,506,000, to remain available until expended, of which so much as may become available during the current fiscal year shall be derived from the Pribilof Islands Fund: *Provided*, That this appropriation shall be available for payment to the National Aeronautics and Space Administration for procurement, in accordance with the authority available to that Administration, of such equipment or facilities as may be necessary, for the purposes of this appropriation.

33 USC 851.

### COASTAL ZONE MANAGEMENT

For carrying out the provisions of Public Law 92-583, as amended, $50,822,000, to remain available until expended.

16 USC 1451 note.

### COASTAL ENERGY IMPACT FUND

For payment to the Coastal Energy Impact Fund for the purpose of carrying out the provisions of sections 308(a), (c), (d), (e), (f),

Plaintiffs' Exhibit 2

91 STAT. 432          PUBLIC LAW 95-86—AUG. 2, 1977

16 USC 1456a.

(g), (h), (i), and (k) of the Act of October 27, 1972, as amended (90 Stat. 1019), $115,000,000, to remain available until expended: *Provided*, That obligations for payments pursuant to subsections (c), (d), and (f) shall not exceed $115,000,000.

### CONSTRUCTION

For expenses necessary for the National Oceanic and Atmospheric Administration for planning, design and construction of facilities, $15,500,000, to remain available until expended.

### NATIONAL FIRE PREVENTION AND CONTROL ADMINISTRATION

#### OPERATIONS, RESEARCH, AND ADMINISTRATION

15 USC 2201 note.

For expenses necessary to carry out the provisions of the Federal Fire Prevention and Control Act of 1974, as amended, $13,850,000, to remain available until expended.

### PATENT AND TRADEMARK OFFICE

#### SALARIES AND EXPENSES

For necessary expenses of the Patent and Trademark Office, including defense of suits instituted against the Commissioner of Patents and Trademarks, $89,500,000.

### SCIENCE AND TECHNICAL RESEARCH

#### SCIENTIFIC AND TECHNICAL RESEARCH AND SERVICES

For necessary expenses of the National Bureau of Standards, including the acquisition of buildings, grounds, and other facilities; the National Technical Information Service; and the Office of Telecommunications; $73,000,000, to remain available until expended, of which not to exceed $2,667,000 may be transferred to the "Working Capital Fund", National Bureau of Standards, for additional capital.

### MARITIME ADMINISTRATION

#### SHIP CONSTRUCTION

46 USC 1151.

For construction-differential subsidy incident to construction, reconstruction, and reconditioning of ships and acquisition of used ships under title V of the Merchant Marine Act, 1936, as amended; and for the cost of national defense features on ships, $135,000,000, to remain available until expended.

#### OPERATING-DIFFERENTIAL SUBSIDIES (LIQUIDATION OF CONTRACT AUTHORITY)

46 USC 1245.

For the payment of obligations incurred for operating-differential subsidies as authorized by the Merchant Marine Act, 1936, as amended, $352,000,000, to remain available until expended.

#### RESEARCH AND DEVELOPMENT

For expenses necessary for research, development, fabrication, and test operation of experimental facilities and equipment; collection and

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977          91 STAT. 433

dissemination of maritime technical and engineering information; studies to improve water transportation systems; $18,325,000, to remain available until expended.

### OPERATIONS AND TRAINING

For expenses necessary for carrying out the Merchant Marine Act, 1936, as amended, and the training of cadets as officers of the Merchant Marine, including not to exceed $2,000 for entertainment of officials of other countries when specifically authorized by the Maritime Administrator; not to exceed $1,500 for representation allowances; not to exceed $2,500 for contingencies for the Superintendent, United States Merchant Marine Academy, to be expended in his discretion; $54,200,000, to remain available until expended: *Provided*, That reimbursement may be made to this appropriation for expenses in support of activities for National Maritime Research Centers financed from the appropriation for "Research and development": *Provided further*, That reimbursements may be made to this appropriation from receipts to the "Federal ship financing fund" for administrative expenses in support of that program.

46 USC 1245.

### GENERAL PROVISIONS—MARITIME ADMINISTRATION

Notwithstanding any other provision of this Act, the Maritime Administration is authorized to furnish utilities and services and make necessary repairs in connection with any lease, contract, or occupancy involving Government property under control of the Maritime Administration and payments received by the Maritime Administration for utilities, services, and repairs so furnished or made shall be credited to the appropriation charged with the cost thereof: *Provided*, That rental payments under any such lease, contract, or occupancy on account of items other than such utilities, services, or repairs shall be covered into the Treasury as miscellaneous receipts.

No obligations shall be incurred during the current fiscal year from the construction fund established by the Merchant Marine Act, 1936, or otherwise, in excess of the appropriations and limitations contained in this Act, or in any prior appropriation Act, and all receipts which otherwise would be deposited to the credit of said fund shall be covered into the Treasury as miscellaneous receipts.

### GENERAL PROVISIONS—DEPARTMENT OF COMMERCE

SEC. 302. During the current fiscal year applicable appropriations and funds available to the Department of Commerce shall be available for the activities specified in the Act of October 26, 1949 (15 U.S.C. 1514), to the extent and in the manner prescribed by said Act.

SEC. 303. During the current fiscal year appropriations to the Department of Commerce which are available for salaries and expenses shall be available for hire of passenger motor vehicles; services as authorized by 5 U.S.C. 3109; and uniforms or allowances therefor, as authorized by law (5 U.S.C. 5901–5902).

SEC. 304. No part of any appropriation contained in this title shall be used for construction of any ship in any foreign country.

This title may be cited as the "Department of Commerce Appropriation Act, 1978".

Citation of title.

Plaintiffs' Exhibit 2

91 STAT. 434

PUBLIC LAW 95–86—AUG. 2, 1977

Judiciary
Appropriation
Act, 1977.

## TITLE IV—THE JUDICIARY

### SUPREME COURT OF THE UNITED STATES

#### SALARIES AND EXPENSES

For expenses necessary for the operation of the Supreme Court, as required by law, excluding care of the building and grounds, including purchase, or hire, driving, maintenance and operation of an automobile for the Chief Justice; not to exceed $5,000 for official reception and representation expenses; and for miscellaneous expenses, to be expended as the Chief Justice may approve; $8,391,000.

#### CARE OF THE BUILDING AND GROUNDS

For such expenditures as may be necessary to enable the Architect of the Capitol to carry out the duties imposed upon him by the Act approved May 7, 1934 (40 U.S.C. 13a–13b), including improvements, maintenance, repairs, equipment, supplies, materials, and appurtenances; special clothing for workmen; and personal and other services (including temporary labor without reference to the Classification and Retirement Acts, as amended), and for snow removal by hire of men and equipment or under contract without compliance with section 3709 of the Revised Statutes, as amended (41 U.S.C. 5); $800,000.

5 USC 5101 *et seq.*, 8331 *et seq.*

### COURT OF CUSTOMS AND PATENT APPEALS

#### SALARIES AND EXPENSES

For salaries of the chief judge, four associate judges, and all other officers and employees of the court, and necessary expenses of the court, including exchange of books, and traveling expenses, as may be approved by the chief judge, $1,020,000.

### CUSTOMS COURT

#### SALARIES AND EXPENSES

For salaries of the chief judge and eight judges; salaries of the officers and employees of the court; services as authorized by 5 U.S.C. 3109; and necessary expenses of the court, including exchange of books and traveling expenses, as may be approved by the court; $2,907,000: *Provided*, That traveling expenses of judges of the Customs Court shall be paid upon written certificate of the judge.

### COURT OF CLAIMS

#### SALARIES AND EXPENSES

For salaries of the chief judge, six associate judges, and all other officers and employees of the court, and for other necessary expenses, including stenographic and other fees and charges necessary in the taking of testimony, and travel, $3,000,000.

### COURTS OF APPEALS, DISTRICT COURTS, AND OTHER JUDICIAL SERVICES

#### SALARIES OF JUDGES

For salaries of circuit judges; district judges (including judges of the district courts of the Virgin Islands, the Panama Canal Zone,

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977                  91 STAT. 435

and Guam); justices and judges retired or resigned under title 28, United States Code, sections 371, 372, and 373; and annuities of widows of Justices of the Supreme Court of the United States in accordance with title 28, United States Code, section 375; $39,700,000.

### SALARIES OF SUPPORTING PERSONNEL

For salaries of all officials and employees of the Federal Judiciary, not otherwise specifically provided for, $148,400,000: *Provided*, That the salaries of secretaries and law clerks to circuit and district judges shall not exceed the compensation established in chapter 51 of title 5, United States Code, for General Schedule grade (GS) 10 and grade (GS) 12, respectively: *Provided further*, That (exclusive of step increases corresponding with those provided for by chapter 53 of title 5 of the United States Code, post differential and allowances for employees stationed outside the continental United States and in Alaska and of compensation paid for temporary assistance needed because of an emergency) the aggregate salaries paid to secretaries and law clerks appointed by each of the circuit and district judges shall not exceed $67,119 and $40,760 per annum, respectively, except in the case of the chief judge of each circuit and the chief judge of each district court having five or more district judges, in which case the aggregate salaries shall not exceed $82,643 and $52,283 per annum, respectively: *Provided further*, That the chief judge of each circuit may appoint a senior law clerk to the court at not more than $34,000 per annum, without regard to the limitations referred to above.

28 USC 604 note.

5 USC 5101 *et seq,* 5332 note.

5 USC 5301 *et seq.*

### DEFENDER SERVICES

For the operation of Federal Public Defender and Community Defender organizations, and the compensation and reimbursement of expenses of attorneys appointed to represent persons under the Criminal Justice Act of 1964, as amended, $24,000,000, to remain available until expended.

18 USC 3006A note.

### FEES OF JURORS AND COMMISSIONERS

For fees and expenses of jurors; compensation of jury commissioners; and compensation of commissioners appointed in condemnation cases pursuant to Rule 71A(h) of the Federal Rules of Civil Procedure; $23,250,000, to remain available until expended: *Provided*, That the compensation of land commissioners shall not exceed the daily equivalent of the highest rate payable under Section 5332 of title 5, United States Code.

### TRAVEL AND MISCELLANEOUS EXPENSES

For necessary travel and miscellaneous expenses, not otherwise provided for, incurred by the Judiciary, including the purchase of firearms and ammunition, $27,600,000.

### SALARIES AND EXPENSES OF MAGISTRATES

For compensation and expenses of United States Magistrates, including secretarial and clerical assistance, as authorized by 28 U.S.C. 634-635, $17,500,000.

Plaintiffs' Exhibit 2

91 STAT. 436                    PUBLIC LAW 95-86—AUG. 2, 1977

### SALARIES AND EXPENSES OF REFEREES

For salaries and expenses of referees as authorized by the Act of
June 28, 1946, as amended (11 U.S.C. 68, 102), not to exceed
$33,500,000, to be derived from the Referees' salary and expense fund
established in pursuance of said Act, and, to the extent of any defi-
ciency in said fund, from any monies in the Treasury not otherwise
appropriated.

### SPACE AND FACILITIES

For the rental of space, tenant alterations, and related services for
the United States Courts of Appeals and District Courts, the Court
of Customs and Patent Appeals, the Customs Court, the Court of
Claims, the Administrative Office of the United States Courts and the
Federal Judicial Center, pursuant to the Public Buildings Amend-
40 USC 603 note.    ments of 1972, Public Law 92-313, June 16, 1972 (86 Stat. 216),
$89,700,000.

### FURNITURE AND FURNISHINGS

For necessary expenses, not otherwise provided for, to provide
furniture and furnishings for the United States Courts, including
the Administrative Office of the United States Courts and the Federal
Judicial Center, $7,500,000, to be available for transfer to the General
Services Administration which shall be responsible for administering
the program in compliance with standards or guidelines prescribed by
the Director of the Administrative Office of the United States Courts
under the supervision and direction of the Judicial Conference of
the United States.

### ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

### SALARIES AND EXPENSES

For necessary expenses of the Administrative Office of the United
States Courts, including travel, advertising, and rent in the District
of Columbia and elsewhere, $10,500,000.

### FEDERAL JUDICIAL CENTER

### SALARIES AND EXPENSES

For necessary expenses of the Federal Judicial Center, as authorized
28 USC 620.    by Public Law 90-219, $6,550,000.

### GENERAL PROVISIONS—THE JUDICIARY

SEC. 402. Appropriations and authorizations made in this title which
are available for salaries and expenses shall be available for services
as authorized by 5 U.S.C. 3109.

SEC. 403. Not to exceed $120,000 of the appropriations contained in
this title shall be available for the study of rules of practice and
procedure.

Citation of title.    This title may be cited as the "Judiciary Appropriation Act, 1978".

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977                    91 STAT. 437

## TITLE V—RELATED AGENCIES

### Arms Control and Disarmament Agency

#### arms control and disarmament activities

For necessary expenses, not otherwise provided for, for arms control and disarmament activities, including not to exceed $10,000 for official reception and representation expenses, authorized by the Act of September 26, 1961, as amended (22 U.S.C. 2551 et seq.), $13,600,000.

### Board for International Broadcasting

#### grants and expenses

For expenses of the Board for International Broadcasting, including grants to Radio Free Europe and Radio Liberty, $65,900,000, of which $2,000,000, to remain available until expended, shall be available only for fluctuations in foreign currency exchange rates in accordance with the provisions of section 8 of the Board for International Broadcasting Act of 1973, as amended.

22 USC 2877.

### Commission on Civil Rights

#### salaries and expenses

For expenses necessary for the Commission on Civil Rights, including hire of passenger motor vehicles, $10,480,000.

### Commission on Security and Cooperation in Europe

#### salaries and expenses

For expenses necessary for the Commission on Security and Cooperation in Europe, as authorized by Public Law 94–304, $347,000, to remain available until expended.

22 USC 3001 *et seq.*

### Equal Employment Opportunity Commission

#### salaries and expenses

For necessary expenses of the Equal Employment Opportunity Commission as authorized by title VII of the Civil Rights Act of 1964, as amended, including services as authorized by 5 U.S.C. 3109; hire of passenger motor vehicles; and not to exceed $10,400,000 for payments to State and local agencies for services to the Commission pursuant to title VII of the Civil Rights Act, as amended; $77,050,000.

42 USC 2000e.

### Federal Communications Commission

#### salaries and expenses

For necessary expenses for the Federal Communications Commission, as authorized by law, including uniforms or allowances therefor, as authorized by law (5 U.S.C. 5901–5902); not to exceed $325,000 for land and structures; not to exceed $65,000 for improvement and care of grounds and repair to buildings; not to exceed $1,500 for official reception and representation expenses; purchase (not to exceed six)

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977

and hire of motor vehicles; special counsel fees; and services as authorized by 5 U.S.C. 3109; $61,400,000: *Provided*, That not to exceed $500,000 of the foregoing amount shall remain available until September 30, 1979 for research and policy studies.

## FEDERAL MARITIME COMMISSION

### SALARIES AND EXPENSES

For necessary expenses of the Federal Maritime Commission, including services as authorized by 5 U.S.C. 3109; hire of passenger motor vehicles; and uniforms or allowances therefor, as authorized by 5 U.S.C. 5901–5902; $9,424,000: *Provided*, That not to exceed $1,500 shall be available for official reception and representation expenses.

## FEDERAL TRADE COMMISSION

### SALARIES AND EXPENSES

For necessary expenses of the Federal Trade Commission, including uniforms or allowances therefor, as authorized by 5 U.S.C. 5901–5902; services as authorized by 5 U.S.C. 3109; hire of passenger motor vehicles; and not to exceed $1,500 for official reception and representation expenses; $59,500,000.

## FOREIGN CLAIMS SETTLEMENT COMMISSION

### SALARIES AND EXPENSES

22 USC 1131.

For expenses necessary to carry on the activities of the Foreign Claims Settlement Commission, including services as authorized by 5 U.S.C. 3109; allowances and benefits similar to those provided by title IX of the Foreign Service Act of 1946, as amended, as determined by the Commission; expenses of packing, shipping, and storing personal effects of personnel assigned abroad; rental or lease, for such periods as may be necessary, of office space and living quarters for personnel assigned abroad; maintenance, improvement, and repair of properties rented or leased abroad, and furnishing fuel, water, and utilities for such properties; insurance on official motor vehicles abroad; advances of funds abroad; advances or reimbursements to other Government agencies for use of their facilities and services in carrying out the functions of the Commission; hire of motor vehicles for field use only; and employment of aliens; $920,000.

## INTERNATIONAL TRADE COMMISSION

### SALARIES AND EXPENSES

19 USC 1336, 1337, 1338.

For necessary expenses of the International Trade Commission, including hire of passenger motor vehicles and services as authorized by 5 U.S.C. 3109, $11,500,000: *Provided*, That no part of this appropriation shall be used to pay the salary of any member of the International Trade Commission who shall hereafter participate in any proceedings under sections 336, 337, and 338 of the Tariff Act of 1930, wherein he or any member of his family has any special, direct, and pecuniary interest, or in which he has acted as attorney or special representative: *Provided further*, That no part of the foregoing appropriation shall be used for making any special study, investigation, or report at the request of any other agency of the executive

Plaintiffs' Exhibit 2

branch of the Government unless reimbursement is made for the cost thereof.

### JAPAN-UNITED STATES FRIENDSHIP COMMISSION

#### JAPAN-UNITED STATES FRIENDSHIP TRUST FUND

For expenses of the Japan-United States Friendship Commission as authorized by Public Law 94-118, as amended, from the interest earned on the Japan-United States Friendship Trust Fund, $1,000,000, to remain available until expended; and an amount of Japanese currency not to exceed the equivalent of $1,000,000 based on exchange rates at the time of payment of such amounts, to remain available until expended: *Provided*, That not to exceed a total of $2,000 of such amounts shall be available for official reception and representation expenses.

22 USC 2901 note.

### LEGAL SERVICES CORPORATION

#### PAYMENT TO THE LEGAL SERVICES CORPORATION

For payment to the Legal Services Corporation to carry out the purposes of the Legal Services Corporation Act of 1974, as amended, $205,000,000.

42 USC 2996 note.

### MARINE MAMMAL COMMISSION

#### SALARIES AND EXPENSES

For necessary expenses of the Marine Mammal Commission as authorized by title II of Public Law 92-522, as amended, $900,000.

16 USC 1401.

### OFFICE OF THE SPECIAL REPRESENTATIVE FOR TRADE NEGOTIATIONS

#### SALARIES AND EXPENSES

For expenses necessary for the Office of the Special Representative for Trade Negotiations, including hire of passenger motor vehicles, and services as authorized by 5 U.S.C. 3109, $2,680,600.

### RENEGOTIATION BOARD

#### SALARIES AND EXPENSES

For necessary expenses of the Renegotiation Board, including hire of passenger motor vehicles and services as authorized by 5 U.S.C. 3109, $6,000,000.

### SECURITIES AND EXCHANGE COMMISSION

#### SALARIES AND EXPENSES

For necessary expenses for the Securities and Exchange Commission, including services as authorized by 5 U.S.C. 3109, and not to exceed $2,000 for official reception and representation expenses, $58,100,000.

### SMALL BUSINESS ADMINISTRATION

#### SALARIES AND EXPENSES

For necessary expenses, not otherwise provided for, of the Small Business Administration, including hire of passenger motor vehicles, not to exceed $1,500 for official reception and representation expenses, $164,000,000.

Plaintiffs' Exhibit 2

91 STAT. 440                    PUBLIC LAW 95–86—AUG. 2, 1977

REVOLVING FUNDS

The Small Business Administration is hereby authorized to make
such expenditures, within the limits of funds and borrowing authority
available to the following funds, and in accord with the law, and to
make such contracts and commitments without regard to fiscal year
limitations as provided by section 104 of the Government Corporation
31 USC 849.     Control Act, as amended, as may be necessary in carrying out the pro-
grams set forth in the budget for the current fiscal year for the "Dis-
aster loan fund", the "Business loan and investment fund", the "Lease
guarantees revolving fund", the "Pollution control equipment contract
guarantees revolving fund" and the "Surety bond guarantees revolv-
ing fund".

BUSINESS LOAN AND INVESTMENT FUND

For additional capital for the "Business loan and investment fund",
15 USC 633.     authorized by the Small Business Act, as amended, $605,000,000, to
remain available without fiscal year limitation.

DISASTER LOAN FUND

For additional capital for the "Disaster loan fund", authorized by
the Small Business Act, as amended, $115,000,000, to remain available
without fiscal year limitation.

LEASE GUARANTEES REVOLVING FUND

For additional capital for the "Lease Guarantees Revolving Fund",
15 USC 694.     authorized by the Small Business Investment Act, as amended,
$4,000,000, to remain available without fiscal year limitation.

SURETY BOND GUARANTEES REVOLVING FUND

For additional capital for the "Surety Bond Guarantees Revolving
15 USC 694c.    Fund", authorized by the Small Business Investment Act, as amended,
$47,000,000, to remain available without fiscal year limitation.

UNITED STATES INFORMATION AGENCY

SALARIES AND EXPENSES

For expenses necessary to enable the United States Information
22 USC 1461     Agency, as authorized by Reorganization Plan No. 8 of 1953, the
note.           Mutual Educational and Cultural Exchange Act (22 U.S.C. 2451 et
seq.), and the United States Information and Educational Exchange
Act, as amended (22 U.S.C. 1431 et seq.), to carry out international
information activities, including employment, without regard to the
civil service and classification laws, of persons on a temporary basis
(not to exceed $20,000), and aliens within the United States; salaries,
expenses, and allowances of personnel and dependents as authorized
by the Foreign Service Act of 1946, as amended (22 U.S.C. 801–1158);
entertainment within the United States not to exceed $5,000; purchase
for use abroad of (not to exceed sixty-nine, of which forty-four are
for replacement only), and hire of passenger motor vehicles; services
as authorized by 5 U.S.C. 3109; advance of funds notwithstanding sec-
tion 3648 of the Revised Statutes, as amended (31 U.S.C. 529); dues
for library membership in organizations which issue publications to

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977          91 STAT. 441

members only, or to members at a price lower than to others; expenses authorized by section 804(14) of the United States Information and Educational Exchange Act, as amended (22 U.S.C. 1474); radio activities and acquisition and production of motion pictures and visual materials and purchase or rental of technical equipment and facilities therefor, narration, scriptwriting, translation, and engineering services, by contract or otherwise; and purchase of objects for presentation to foreign governments, schools, or organizations; $262,000,000: *Provided*, That not to exceed $290,000 may be used for representation abroad: *Provided further*, That passenger motor vehicles used abroad exclusively for the purposes of this appropriation may be replaced in accordance with section 201(c) of the Act of June 30, 1949 (40 U.S.C. 481(c)), and the cost, including the exchange allowance, of each such replacement, shall not exceed such amounts as may be otherwise provided by law (except that right-hand drive vehicles may be purchased without regard to any maximum price limitation otherwise established by law): *Provided further*, That, notwithstanding the provisions of    22 USC 1461b. section 3679 of the Revised Statutes, as amended (31 U.S.C. 665), the United States Information Agency is authorized, in making contracts for the use of international shortwave radio stations and facilities, to agree on behalf of the United States to indemnify the owners and operators of said radio stations and facilities from such funds as may be hereafter appropriated for the purpose against loss or damage on account of injury to persons or property arising from such use of said radio stations and facilities.

#### SALARIES AND EXPENSES (SPECIAL FOREIGN CURRENCY PROGRAM)

For payments in foreign currencies which the Treasury Department determines to be excess to the normal requirements of the United States, for necessary expenses of the United States Information Agency, as authorized by law, including Section 804(14) of the United States Information and Educational Exchange Act, as amended (22 U.S.C. 1474), $7,057,000, to remain available until expended.

#### SPECIAL INTERNATIONAL EXHIBITIONS

For expenses necessary to carry out the functions of the United States Information Agency under section 102(a)(3) of the Mutual Educational and Cultural Exchange Act of 1961 (22 U.S.C. 2451 et seq.), $4,360,000, to remain available until expended: *Provided*, That not to exceed a total of $6,500 may be expended for representation.

#### ACQUISITION AND CONSTRUCTION OF RADIO FACILITIES

For an additional amount for the purchase, rent, construction, and improvement of facilities for radio transmission and reception, purchase and installation of necessary equipment for radio transmission and reception, without regard to the provisions of the Act of June 30, 1932 (40 U.S.C. 278a), and acquisition of land and interests in land by purchase, lease, rental, or otherwise, $13,032,000, to remain available until expended: *Provided*, That this appropriation shall be available for acquisition of land outside the continental United States without regard to section 355 of the Revised Statutes (40 U.S.C. 255) and title to any land so acquired shall be approved by the Director of the United States Information Agency.

Plaintiffs' Exhibit 2

PUBLIC LAW 95–86—AUG. 2, 1977

## TITLE VI—SUPPLEMENTAL APPROPRIATIONS, 1977

For additional amounts for the fiscal year 1977 for increased pay costs authorized or pursuant to law, and other purposes to be immediately available, as follows:

### DEPARTMENT OF STATE

#### INTERNATIONAL ORGANIZATIONS AND CONFERENCES

"Missions to international organizations," $145,000;

#### INTERNATIONAL COMMISSIONS

"American sections, international commissions," $20,000;

### DEPARTMENT OF JUSTICE

#### GENERAL ADMINISTRATION

#### SALARIES AND EXPENSES, GENERAL ADMINISTRATION

For an additional amount for "Salaries and expenses, general administration", $147,000, to be derived by transfer from "Salaries and expenses, Community Relations Services".

#### LEGAL ACTIVITIES

#### ANTITRUST DIVISION

For salaries and expenses to provide antitrust enforcement grants to the States authorized by section 309 of the Omnibus Crime Control and Safe Streets Act of 1968, as amended, $1,000,000.

42 USC 3739.

### THE JUDICIARY

#### COURT OF CUSTOMS AND PATENT APPEALS

"Salaries and expenses," $41,000;

#### CUSTOMS COURT

"Salaries and expenses," $73,000;

#### COURT OF CLAIMS

"Salaries and expenses," $159,000;

#### COURTS OF APPEALS, DISTRICT COURTS, AND OTHER JUDICIAL SERVICES

"Salaries of judges," $4,300,000;
"Salaries of supporting personnel," $249,000;
"Salaries and expenses of United States Magistrates," $450,000;
"Salaries and expenses of referees," $1,435,000;

#### ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

"Salaries and expenses," $53,000;

Plaintiffs' Exhibit 2

PUBLIC LAW 95-86—AUG. 2, 1977                91 STAT. 443

FEDERAL JUDICIAL CENTER

"Salaries and expenses," $20,000;

RELATED AGENCIES

ARMS CONTROL AND DISARMAMENT AGENCY

"Arms control and disarmament activities," $220,000.

BOARD FOR INTERNATIONAL BROADCASTING

"Grants and Expenses", $3,350,000, to remain available until
expended, which shall be available only for fluctuations in foreign
currency exchange rates in accordance with the provisions of section 8
of the Board for International Broadcasting Act of 1973, as amended.    22 USC 2877.

SMALL BUSINESS ADMINISTRATION

SALARIES AND EXPENSES

For an additional amount for "Salaries and Expenses", $500,000 to
be transferred from the Disaster Loan Fund.

DISASTER LOAN FUND

For additional capital for the "Disaster Loan Fund", authorized by
the Small Business Act, as amended, $200,000,000 to remain available    15 USC 633.
without fiscal year limitation.

## TITLE VII—GENERAL PROVISIONS

SEC. 701. No part of any appropriation contained in this Act shall    Publicity or
be used for publicity or propaganda purposes not authorized by the    propaganda.
Congress.

SEC. 702. No part of any appropriation contained in this Act shall    Foreign currency
be used to administer any program which is funded in whole or in part    funded programs.
from foreign currencies or credits for which a specific dollar appro-
priation therefor has not been made.

SEC. 703. No part of any appropriation contained in this Act shall    Fiscal year
remain available for obligation beyond the current fiscal year unless    limitation.
expressly so provided herein.

SEC. 704. No part of the funds appropriated by this Act shall be    Convicted rioters,
used to pay the salary of any Federal employee who is finally convicted    payment
in any Federal, State, or local court of competent jurisdiction, of    prohibitions.
inciting, promoting, or carrying on a riot resulting in material damage
to property or injury to persons, found to be in violation of Federal,
State, or local laws designed to protect persons or property in the
community concerned.

SEC. 705. No part of the funds appropriated under this Act shall be    Funds to campus
used to provide a loan, guarantee of a loan, a grant, the salary of, or    disrupters,
any remuneration whatever to any individual applying for admission,    prohibitions.
attending, employed by, teaching at or doing research at an institution
of higher education who has engaged in conduct on or after August 1,
1969, which involves the use of (or the assistance to others in the use
of) force or the threat of force or the seizure of property under the
control of an institution of higher education, to require or prevent the
availability of certain curriculum, or to prevent the faculty, adminis-
trative officials or students in such institution from engaging in their
duties or pursuing their studies at such institution.

Plaintiffs' Exhibit 2

91 STAT. 444                    PUBLIC LAW 95-86—AUG. 2, 1977

Alleged selective            SEC. 706. None of the funds appropriated or otherwise made avail-
service violators.       able in this Act shall be obligated or expended for salaries or expenses
                         in connection with the dismissal of any pending indictments for viola-
50 USC app. 451.         tions of the Military Selective Service Act alleged to have occurred
                         between August 4, 1964 and March 28, 1973, or the termination of any
                         investigation now pending alleging violations of the Military Selective
                         Service Act between August 4, 1964 and March 28, 1973, or permitting
                         any person to enter the United States who is or may be precluded from
                         entering the United States under 8 U.S.C. 1182(a)(22) or under any
                         other law, by reason of having committed or apparently committed
                         any violation of the Military Selective Service Act.
                             SEC. 707. None of the funds appropriated or otherwise made avail-
                         able in this Act shall be obligated or expended to make a commitment
                         to provide any reparations, aid, or credits to Vietnam, Cambodia,
                         or Laos.
Settlement of                SEC. 708. No part of any appropriation contained in this Act shall
property                 be used for the purpose of negotiating a settlement of United States
confiscated by           claims against private property confiscated by the Cuban Government
Cuba.                    at less than the principal value, giving full consideration to the
                         amounts certified by the United States Foreign Claims Settlement
                         Commission on July 6, 1972.
Short title.                 This Act may be cited as the "Departments of State, Justice, and
                         Commerce, the Judiciary, and Related Agencies Appropriation Act,
                         1978".

                             Approved August 2, 1977.

LEGISLATIVE HISTORY:

HOUSE REPORTS: No. 95-382 (Comm. on Appropriations) and No. 95-476 (Comm. of
                    Conference).
SENATE REPORT No. 95-285 (Comm. on Appropriations).
CONGRESSIONAL RECORD, Vol. 123 (1977):
        June 10, 13, considered and passed House.
        June 24, considered and passed Senate, amended.
        July 18, House agreed to conference report; concurred in certain Senate
            amendments with an amendment.
        July 19, Senate agreed to conference report; concurred in House amendment.
WEEKLY COMPILATION OF PRESIDENTIAL DOCUMENTS, Vol. 13, No. 32:
        Aug. 3, Presidential statement.

Plaintiffs' Exhibit 2