# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE GEO GROUP, INC.,

      Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME

---

Defendant, The GEO Group, Inc., by its attorneys, Vaughan & DeMuro, requests a 14-day extension of time to file its reply in support of its Motion to Dismiss and in support thereof, states as follows:

1.      Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel conferred with Plaintiffs' counsel regarding the requested extension of time and Plaintiffs do not object to the request.  Undersigned counsel has also put its client on notice of this motion pursuant to D.C.COLO.LCivR. 6.1(c).

2.      Defendant filed its motion to dismiss on November 14, 2014 [Doc. 11]. Plaintiffs' response was due on December 5, 2014, but Plaintiffs requested and received a 14-day extension of time, until December19, 2014, to file their response to the Motion to Dismiss.  Order, Nov. 17, 2014, Doc. 13.  Defendant's reply is currently due on January 2, 2015.  Defendant seeks a 14-day extension, until January 16, 2015, to file its reply in support of the Motion to Dismiss.

3.      Plaintiffs requested an extension "because the Motion to Dismiss raises complex legal and factual questions which will require significant legal work to formulate appropriate responses" and "because the Thanksgiving holiday intervene[d]" in the response period.  Doc. 12.

4.      Defendant seeks a 14-day extension for the same reasons.  Defendant's Motion to Dismiss is just over 15 pages long.  Doc. 11.  Plaintiffs' response is 34 pages long and, as stated by Plaintiffs, the legal issues in this case are complex.  Similar to Plaintiffs, Defendant also seeks the extension because the Christmas and New Year holidays occur during the current response period which will reduce the amount of time counsel has available to perform the legal work required.

5.      This is Defendant's first request for an extension of time.

6.      Because this case is in its infancy, no prejudice will occur by the requested extension.

WHEREFORE, Defendant respectfully requests an order granting it a 14-day extension of time, up to and including January 16, 2015, to file its reply in support of its Motion to Dismiss.

Submitted December 22, 2014.

VAUGHAN & DeMuro

*/s/ Shelby A. Felton*
Shelby A. Felton
3900 E. Mexico Ave., Suite 620
Denver, Colorado 80210
(303) 837-9200
(303) 837-9400 fax
Email:sfelton@vaughandemuro.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I electronically filed the **UNOPPOSED MOTION FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following

Brandt Milstein
brandt@milsteinlawoffice.com

Andrew Turner
aturner@laborlawdenver.com

Alexander Hood
alex@towardsjustice.org

Hans Meyer
hans@themeyerlawoffice.com

R.Andrew Free
Andrew@lmmigrantCivilRights.com

/s/Shelby A. Felton
Email:sfelton@vaughandemuro.com