**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-CBS

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

---

**DECLARATION OF DAWN CEJA PURSUANT TO 28 U.S.C. § 1746**

---

Pursuant to 28 U.S.C. § 1746, Declarant, Dawn Ceja states upon personal knowledge as follows:

1. I am the Assistant Facility Administrator, a/k/a Assistant Warden, of the GEO Group's Aurora I.C.E. Processing Center. I have held this position since August 2005. My position is responsible for the security operations of the facility.

2. The GEO Group, Inc., specializes in the privatized development and/or management of correctional, detention, and rehabilitation facilities. The GEO Group has a detention facility located in Aurora, Colorado, known as the Aurora I.C.E. Processing Center ("the Aurora facility"). The Aurora facility was established under contract with the

Immigration Service in December 1986 to detain illegal aliens awaiting administrative hearings pertaining to deportation. The cost of the contract exceeds $2500.00.

3. In my position at the Aurora facility as the Assistant Facility Administrator, I am familiar with the contract between GEO and DHS/ICE for the operation of the Aurora facility. The document attached as Exhibit C to the Motion to Dismiss [Doc. 11-2, pp. 1-21] contains true, accurate, and authentic copies of pages of the current contract between GEO and DHS/ICE. Additionally, the document attached hereto as Exhibit E are additional true, accurate, and authentic copies of pages from the current contract between GEO and DHS/ICE.

4. The contract is a document that is regularly maintained by GEO and the Aurora facility in the normal course of business activity.

I declare on this 14th day of January, 2015, under penalty of perjury that the contained herein is true and correct.

Dawn Ceja

    h.  The Contractor shall not employ any person whose employment would present an actual or apparent conflict of interest.

2. Minimum Personnel Qualification Standards and Key Personnel

    a.  Qualification Standards

        Each person working on this contract, whether employed by the prime or any subcontractor, shall be a United States citizen.

    b.  Key Personnel

54

## SECTION I - CONTRACT CLAUSES

**52.252-2 Clauses Incorporated by Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://farsite.hill.af.mil/vffara.htm .

**52.202-1   Definitions (JUL 2004)**

**52.203-3   Gratuities (APR 1984)**

**52.203-5   Covenant Against Contingent Fees (APR 1984)**

**52.203-6   Restrictions on Subcontractor Sales to the Government (SEP 2006)**

**52.203-7   Anti-Kickback Procedures (OCT 2010)**

**52.203-8   Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (JAN 1997)**

**52.203-10  Price or Fee Adjustment for Illegal or Improper Activity (JAN 1997)**

**52.203-11  Payments to Influence Certain Federal Transaction (SEP 2007)**

**52.203-12  Limitation on Payments to Influence Certain Federal Transactions (OCT 2010)**

**52.203-13  Contractor Code of Business Ethics and Conduct (APR 2010)**

**52.203-14  Display of Hotline Poster(s) (DEC 2007)**

   (b) (3) DHS OIG Hotline Poster; http://www.dhs.gov/xoig/assets/DHS_OIG_Hotline.pdf

**52.203-15  Whistle Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010)**

**52.204-4   Printed or Copied Double-Sided on Recycled Paper (AUG 2000)**

**52.204-7   Central Contractor Registration (APR 2008)**

**52.204-9   Personal Identity Verification of Contractor Personnel (JAN 2011)**

**52.204-10  Reporting Subcontract Awards (JUL 2010)**

**52.209-5   Certification Regarding Responsibility Matters (APR 2010)**

**52.209-6   Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (DEC 2010)**

**52.209-7   Information Regarding Responsibility Matters (JAN 2011)**

**52.209-9   Updates of Publicly Available Information Regarding Responsibility Matters (JAN 2011)**

**52.215-2   Audit and Records - Negotiation (OCT 2010)**

**52.215-8   Order of Precedence - Uniform Contract Format (OCT 1997)**

**52.215-10  Price Reduction for Defective Cost or Pricing Data (OCT 2010)**

**52.215-11  Price Reduction for Defective Cost or Pricing Data - Modifications (OCT 2010)**

**52.215-12 Subcontractor Cost or Pricing Data (OCT 2010)**

**52.215-13 Subcontractor Cost or Pricing Data - Modifications (OCT 2010)**

**52.215-14 Integrity of Unit Prices (OCT 2010)**

**52.215-15 Pension Adjustments and Asset Reversions (OCT 2010)**

**52.215-19 Notification of Ownership Changes (OCT 1997)**

   (a) The Contractor shall make the following notifications in writing:

   (1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO) within 30 days.

   (2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

   (b) The Contractor shall -

   (1) Maintain current, accurate, and complete inventory records of assets and their costs;

   (2) Provide the ACO or designated representative ready access to the records upon request;

   (3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

   (4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

   (c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

**52.215-21 Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data - Modifications (OCT 2010)**

   (a) *Exceptions from certified cost or pricing data.*

   (1) In lieu of submitting certified cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth at FAR 15.403-4 on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in the following subparagraphs. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable -

   (i) *Identification of the law or regulation establishing the price offered.* If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

79

(ii) *Information on modifications of contracts or subcontracts for commercial items.*

  (A) If --

    (1) The original contract or subcontract was granted an exception from cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

    (2) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item.

  (B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include --

    (1) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

    (2) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

    (3) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) *Requirements for certified cost or pricing data.* If the contractor is not granted an exception from the requirement to submit certified cost or pricing data, the following applies:

(1) The Contractor shall prepare and submit certified cost or pricing data, data other than certified cost or pricing data, and supporting attachments in accordance with the

    instructions contained in Table 15–2 of FAR 15.408, which is incorporated by reference with the same force and effect as though it were inserted here in full text. The instructions in Table 15–2 are incorporated as a mandatory format to be used in this contract, unless the Contracting Officer and the Contractor agree to a different format and change this clause to use Alternate I.

    (2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

**52.216-18  Ordering (OCT 1995)**

Contract Award; Last Day of Option Period, if exercised.

**52.216-19  Order Limitations (OCT 1995)**

  (a) *Minimum order.*   When the Government requires supplies or services covered by this contract in an amount of less than <u>109,500 Bed-Days</u>, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

    (1) The minimum order applies to the number of Bed-Days ordered per individual Base Period or Option Period.

    (2) The minimum order sated in this clause does not guarantee the Bed-Day rate at which those Bed-days are ordered.  The Bed-Day rate at which these quantities will be billed are in accordance with Section B of the contract.

    3) There is no guaranteed minimum per day, per month, or per year.

  (b) *Maximum order*. The Contractor is not obligated to honor --

    (1) Any order for a single item in excess of <u>219,000 Bed Days</u>;

    (2) Any order for a combination of items in excess of <u>100% of (b) (1) above</u>; or

    (3) A series of orders from the same ordering office within <u>five days</u> that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

  (c) If this is a requirements contract (*i.e*., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

  (d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within <u>five days</u> after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

**52.216-22  Indefinite Quantity (OCT 1995)**

  The final day of the option period, if exercised.

**52.217-8    Option to Extend Services (NOV 1999)**
  30 days

**52.217-9   Option to Extend the Term of the Contract (MAR 2000)**

(a) 30 days; 60 days

(c) 10 years.

**52.219-8   Utilization of Small Business Concerns (JAN 2011)**

**52.219-9   Small Business Subcontracting Plan (JAN 2011)**

**52.219-16 Liquidated Damages -- Subcontracting Plan (Jan 1999)**

(a) "Failure to make a good faith effort to comply with the subcontracting plan", as used in this clause, means a willful or intentional failure to perform in accordance with the requirements of the subcontracting plan approved under the clause in this contract entitled "Small Business Subcontracting Plan," or willful or intentional action to frustrate the plan.

(b) Performance shall be measured by applying the percentage goals to the total actual subcontracting dollars or, if a commercial plan is involved, to the pro rata share of actual subcontracting dollars attributable to Government contracts covered by the commercial plan. If, at contract completion, or in the case of a commercial plan, at the close of the fiscal year for which the plan is applicable, the Contractor has failed to meet its subcontracting goals and the Contracting Officer decides in accordance with paragraph (c) of this clause that the Contractor failed to make a good faith effort to comply with its subcontracting plan, established in accordance with the clause in this contract entitled "Small Business Subcontracting Plan," the Contractor shall pay the Government liquidated damages in an amount stated. The amount of probable damages attributable to the Contractor's failure to comply shall be an amount equal to the actual dollar amount by which the Contractor failed to achieve each subcontract goal.

(c) Before the Contracting Officer makes a final decision that the Contractor has failed to make such good faith effort, the Contracting Officer shall give the Contractor written notice specifying the failure and permitting the Contractor to demonstrate what good faith efforts have been made and to discuss the matter. Failure to respond to the notice may be taken as an admission that no valid explanation exists. If, after consideration of all the pertinent data, the Contracting Officer finds that the Contractor failed to make a good faith effort to comply with the subcontracting plan, the Contracting Officer shall issue a final decision to that effect and require that the Contractor pay the Government liquidated damages as provided in paragraph (b) of this clause.

(d) With respect to commercial plans; the Contracting Officer who approved the plan will perform the functions of the Contracting Officer under this clause on behalf of all agencies with contracts covered by that commercial plan.

(e) The Contractor shall have the right of appeal, under the clause in this contract entitled, Disputes, from any final decision of the Contracting Officer.

(f) Liquidated damages shall be in addition to any other remedies that the Government may have.

**52.219-28 Post-Award Small Business Program Representation (APR 2009)**

**52.222-1   Notice to the Government of Labor Disputes (FEB 1997)**

**52.222-3**   **Convict Labor (JUN 2003)**

**52.222-4**   **Contract Work Hours and Safety Standards Act - Overtime Compensation (JUL 2005)**

**52.222-21**   **Prohibition of Segregated Facilities (FEB 1999)**

**52.222-26**   **Equal Opportunity (MAR 2007)**

**52.222-35**   **Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEP 2010)**

**52.222-36**   **Affirmative Action for Workers with Disabilities (OCT 2010)**

**52.222-37**   **Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEP 2010)**

**52.222-38**   **Compliance with Veterans Employment Reporting (SEP 2010)**

**52.222-40**   **Notification of Employee Rights Under the National Labor Relations Act (DEC 2010)**

**52.222-41**   **Service Contract Act of 1965, as Amended (NOV 2007)**

**52.222-42**   **Statement of Equivalent Rates for Federal Hires (MAY 1989)**

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only:  It is not a Wage Determination*

| Employee Class | Monetary Wage | Fringe Benefits |
|---|---|---|
| Accounting Clerk II (GS-3) | $12.82 | $3.58 |
| General Clerk (GS-4) | $14.39 | $4.02 |
| Personnel Assistant II (GS-4) | $14.39 | $4.02 |
| Personnel Assistant III (GS-5) | $16.10 | $4.50 |
| Secretary II (GS-5) | $16.10 | $4.50 |
| Janitor (WG-2) | $12.01 | $3.36 |
| General Maintenance Wrkr (WG-8) | $20.70 | $5.80 |
| General Maintenance Wrkr Sup (WG-8/2) | $21.57 | $6.04 |
| Court Security Officer (GS-6) | $17.95 | $5.02 |
| Detention Officer (GS-6) | $17.95 | $5.02 |
| Recreation Specialist (GS-7) | $19.95 | $5.58 |
| Recreation Specialist Supv (GS-9) | $24.40 | $6.83 |
| Licensed Practical Nurse II (GS-4) | $14.39 | $4.02 |

| | | |
|---|---|---|
| Laborer, Ground Maintenance (WG-3) | $14.67 | $3.58 |
| Food Service Worker (WG-2) | $10.90 | $3.05 |
| Cook I (WG-6) | $12.57 | $3.52 |
| Cook II (WG-8) | $13.83 | $3.87 |
| Records Clerk (GS-4) | $14.39 | $4.02 |
| Stock Clerk (WG-4) | $15.69 | $4.02 |
| Warehouse Specialist (WG-5) | $14.96 | $4.19 |

**52.222-43 Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (SEP 2009)**

**52.222-46 Evaluation of Compensation for Professional Employees (Feb 1993)**

**52.222-50 Combating Trafficking in Persons (FEB 2009)**

**52.222-54 Employment Eligibility Verification (JAN 2009)**

**52.223-2 Affirmative Procurement of Bio-based Products under Service and Construction Contracts (DEC 2007)**

**52.223-6 Drug-Free Workplace (MAY 2001)**

**52.223-18 Contractor Policy To Ban Text Messaging While Driving (SEP 2010)**

**52.223-10 Waste Reduction Program (AUG 2000)**

(a) *Definition*s. As used in this clause -

Recycling means the series of activities, including collection, separation, and processing, by which products or other materials are recovered from the solid waste stream for use in the form of raw materials in the manufacture of products other than fuel for producing heat or power by combustion.

Waste prevention means any change in the design, manufacturing, purchase, or use of materials or products (including packaging) to reduce their amount or toxicity before they are discarded. Waste prevention also refers to the reuse of products or materials.

Waste reduction means preventing or decreasing the amount of waste being generated through waste prevention, recycling, or purchasing recycled and environmentally preferable products.

(b) Consistent with the requirements of Section 701 of Executive Order 13101, the Contractor shall establish a program to promote cost-effective waste reduction in all operations and facilities covered by this contract. The Contractor's programs shall comply with applicable Federal, State, and local requirements, specifically including Section 6002 of the Resource Conservation and Recovery Act (42 U.S.C. 6962, et seq.) and implementing regulations (40 CFR Part 247).

**52.223-12 Refrigeration Equipment and Air Conditioners (MAY 1995)**

**52.223-14 Toxic Chemical Release Reporting (AUG 2003)**

**52.223-15 Energy Efficiency in Energy-Consuming Products (DEC 2007)**

**52.223-17** Affirmative Procurement of EPA-Designated Items in Service and Construction Contracts (MAY 2008)

**52.223-18** Contractor Policy to Ban Text Messaging While Driving (SEP 2010)

**52.224-1** Privacy Act Notification (APR 1984)

The Contractor will be required to design, develop, or operate a system of records on individuals, to accomplish an agency function subject to the Privacy Act of 1974, Public Law 93-579, December 31, 1974 (5 U.S.C.552a) and applicable agency regulations.  Violation of the Act may involve the imposition of criminal penalties.

**52.224-2** Privacy Act (APR 1984)

**52.225-1** Buy American Act - Supplies (FEB 2009)

**52.225-13** Restrictions on Certain Foreign Purchases (JUN 2008)

**52.225-20** Prohibition on Conducting Restricted Business operators in Sudan- Certification (AUG 2009)

**52.225-25** Prohibition on Engaging in sanctioned Activities Relating to Iran - Certifications (SEP 2010)

**52.226-6** Promoting Excess Food Donation to Nonprofit Organizations (MAR 2009)

**52.227-1** Authorization and Consent (DEC 2007)

**52.227-2** Notice and Assistance Regarding Patent and Copyright Infringement (DEC 2007)

**52.227-14** Rights in Data--General (DEC 2007)

**52.229-3** Federal, State, and Local Taxes (APR 2003)

**52.232-1** Payments (APR 1984)

**52.232-8** Discounts for Prompt Payment (FEB 2002)

**52.232-9** Limitation on Withholding of Payments (APR 1984)

**52.232-11** Extras (APR 1984)

**52.232-17** Interest (OCT 2010)

**52.232-18** Availability of Funds (APR 1984)

**52.232-19** Availability of Funds for the Next Fiscal Year (APR 1984)

September 30, 2011; September 30, 2011

**52.232-23** Assignment of Claims (JAN 1986)

**52.232-25** Prompt Payment (OCT 2008)

**52.232-33** Payment by Electronic Funds Transfer - Central Contractor Registration (OCT 2003)

**52.233-1** Disputes (JUL 2002)

**52.233-3** Protest after Award (AUG 1996)

85

**52.233-4**   Applicable Law for Breach of Contract Claim (OCT 2004)

**52.237-3**   Continuity of Services (JAN 1991)

**52.237-7**   Indemnification and Medical Liability Insurance (JAN 1997) (This clause applies only if the Optional Medical Services CLIN is exercised)

(a) $2 million (per specialty per occurrence), Maximum aggregate amount of $6 million

**52.237-11**  Accepting and Dispensing of $1 Coin (SEP 2008)

**52.242-13**  Bankruptcy (JUL 1995)

**52.243-1**   Changes - Fixed-Price (AUG 1987) - Alternate I (AUG 1987)

**52.244-6**   Subcontracts for Commercial Items (DEC 2010)

**52.245-1**   Government Property (AUG 2010)

**52.246-25**  Limitation of Liability - Services (FEB 1997)

**52.245-9**   Use and Charges (AUG 2010)

**52.248-1**   Value Engineering (OCT 2010)

**52.249-2**   Termination for Convenience of the Government (Fixed-Price) (MAY 2004)

**52.249-8**   Default (Fixed-Price Supply and Service) (APR 1984)

**52.251-1**   Government Supply Sources (AUG 2010)

**52.253-1**   Computer Generated Forms (JAN 1991)

**3052.204-70**   Security Requirements for Unclassified Information Technology Resources (JUN 2006)

(a) The Contractor shall be responsible for Information Technology (IT) security for all systems connected to a DHS network or operated by the Contractor for DHS, regardless of location. This clause applies to all or any part of the contract that includes information technology resources or services for which the Contractor must have physical or electronic access to sensitive information contained in DHS unclassified systems that directly support the agency's mission.

(b) The Contractor shall provide, implement, and maintain an IT Security Plan. This plan shall describe the processes and procedures that will be followed to ensure appropriate security of IT resources that are developed, processed, or used under this contract.

(1) Within 30 days after contract award, the contractor shall submit for approval its IT Security Plan, which shall be consistent with and further detail the approach contained in the Offeror's proposal. The plan, as approved by the Contracting Officer, shall be incorporated into the contract as a compliance document.

(2) The Contractor's IT Security Plan shall comply with Federal laws that include, but are not limited to, the Computer Security Act of 1987 (40 U.S.C. 1441 et seq.); the Government Information Security Reform Act of 2000; and the Federal Information Security Management Act of 2002; and with Federal policies and procedures that include, but are not limited to, OMB Circular A-130.

 (3)  The security plan shall specifically include instructions regarding handling and protecting sensitive information at the Contractor's site (including any information stored, processed, or transmitted using the Contractor's computer systems), and the secure management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems.

(c)  Examples of tasks that require security provisions include—

 (1)  Acquisition, transmission or analysis of data owned by DHS with significant replacement cost should the contractor's copy be corrupted; and

 (2)  Access to DHS networks or computers at a level beyond that granted the general public (e.g., such as bypassing a firewall).

(d)  At the expiration of the contract, the contractor shall return all sensitive DHS information and IT resources provided to the contractor during the contract, and certify that all non-public DHS information has been purged from any contractor-owned system. Components shall conduct reviews to ensure that the security requirements in the contract are implemented and enforced.

(e)  Within 6 months after contract award, the contractor shall submit written proof of IT Security accreditation to DHS for approval by the DHS Contracting Officer. Accreditation will proceed according to the criteria of the DHS Sensitive System Policy Publication, 4300A (Version 2.1, July 26, 2004) or any replacement publication, which the Contracting Officer will provide upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan/continuity of operations plan.  This accreditation, when accepted by the Contracting Officer, shall be incorporated into the contract as a compliance document.  The contractor shall comply with the approved accreditation documentation.

**3052.204-71 Contractor Employee Access (JUN 2006)**

(a) ``Sensitive Information,'' as used in this Chapter, means any information, the loss, misuse, disclosure, or unauthorized access to or modification of which could adversely affect the national or homeland security interest, or the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

 (1) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Pub. L. 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his/her designee);

 (2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, part 1520, as amended, ``Policies and Procedures of Safeguarding and Control of SSI,'' as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security

87

(including the Assistant Secretary for the Transportation Security Administration or his/her designee);

(3) Information designated as ``For Official Use Only,'' which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

(4) Any information that is designated ``sensitive'' or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.

(b) ``Information Technology Resources'' include, but are not limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the contractor to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, in subordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those contractor employees authorized access to sensitive information, the contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

### 3052.209-70   Prohibition on Contracts with Corporate Expatriates (JUN 2006)

(a) Prohibitions. Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.

(b) Definitions. As used in this clause:

Expanded Affiliated Group means an affiliated group as defined in section 1504 (a) of the Internal Revenue Code of 1986 (without regard to section 1504 (b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation means a foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)

(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held

   (i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

   (ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.  Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

   (1) Certain Stock Disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

      (i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

      (ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, 6 U.S.C. 395(b)(1).

   (2) Plan Deemed In Certain Cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

89

(3) Certain Transfers Disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special Rule for Related Partnerships. For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:

(i)  warrants

(ii)  options

(iii) Contracts to acquire stock

(iv) Convertible debt instruments; and

(v)  Other similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.

(f) Disclosure. The Offeror under this solicitation represents that (Check one):

__ it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73;

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73, but it has submitted a request for waiver pursuant to 3009.104-74, which has not been denied; or

__ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.104-70 through 3009.104-73, but it plans to submit a request for waiver pursuant to 3009.104-74.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

**3052.215-70   Key Personnel or Facilities (DEC 2003)**

The Key Personnel or Facilities under this Contract:

1) Warden / Facility Administrator

2) Assistant Warden /Assistant Facility Administrator

3) Chief of Security

4) Quality Assurance Manager

      5) Environment, Health and Safety Officer

      6) Corporate Security Officer

      7) Health Service Administrator

      8) Clinical Director

**3052.219-70**   **Small Business Subcontracting Plan Reporting (JUN 2006)**

**3052.222-70**   **Strikes or Picketing Affecting Timely Completion of the Contract Work (DEC 2003)**

**3052.222-71**   **Strikes or Picketing Affecting Access to a DHS Facility (DEC 2003)**

**3052.242-71**   **Dissemination of Contract Information (DEC 2003)**

**3052.242-72**   **Contracting Officer's Technical Representative (DEC 2003)**

**3052.245-70**   **Government Property Reports (AUG 2008) (Deviation)**