**EXHIBIT F**

```
                                           05-2081
Attachment 1 - HSCEDM-11-D-00003-P00010

WD 05-2081 (Rev.-14) was first posted on www.wdol.gov on 08/05/2014
************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  | U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT       | EMPLOYMENT STANDARDS ADMINISTRATION
 By direction of the Secretary of Labor|      WAGE AND HOUR DIVISION
                                       |        WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       |  Wage Determination No.: 2005-2081
 Diane C. Koplewski       Division of  |          Revision No.: 14
 Director             Wage Determinations|    Date Of Revision: 07/25/2014
_____|_____
State: Colorado

Area: Colorado Counties of Adams, Arapahoe, Boulder, Broomfield, Clear Creek,
Denver, Douglas, Elbert, Gilpin, Grand, Jackson, Jefferson, Logan, Morgan,
Park, Phillips, Sedgwick, Summit, Washington, Weld, Yuma
_____
              **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                              FOOTNOTE              RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                               14.16
  01012 - Accounting Clerk II                                              16.44
  01013 - Accounting Clerk III                                             18.38
  01020 - Administrative Assistant                                         26.31
  01040 - Court Reporter                                                   19.59
  01051 - Data Entry Operator I                                            14.06
  01052 - Data Entry Operator II                                           15.35
  01060 - Dispatcher, Motor Vehicle                                        19.37
  01070 - Document Preparation Clerk                                       14.55
  01090 - Duplicating Machine Operator                                     14.55
  01111 - General Clerk I                                                  13.39
  01112 - General Clerk II                                                 14.61
  01113 - General Clerk III                                                16.40
  01120 - Housing Referral Assistant                                       21.75
  01141 - Messenger Courier                                                13.02
  01191 - Order Clerk I                                                    14.93
  01192 - Order Clerk II                                                   16.29
  01261 - Personnel Assistant (Employment) I                               16.67
  01262 - Personnel Assistant (Employment) II                              18.65
  01263 - Personnel Assistant (Employment) III                             20.79
  01270 - Production Control Clerk                                         22.33
  01280 - Receptionist                                                     14.27
  01290 - Rental Clerk                                                     15.53
  01300 - Scheduler, Maintenance                                           17.15
  01311 - Secretary I                                                      17.15
  01312 - Secretary II                                                     19.19
  01313 - Secretary III                                                    21.75
  01320 - Service Order Dispatcher                                         14.37
  01410 - Supply Technician                                                26.31
  01420 - Survey Worker                                                    17.77
  01531 - Travel Clerk I                                                   13.55
  01532 - Travel Clerk II                                                  14.20
  01533 - Travel Clerk III                                                 15.19
  01611 - Word Processor I                                                 14.15
  01612 - Word Processor II                                                15.88
  01613 - Word Processor III                                               17.77
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass                             26.19
  05010 - Automotive   Electrician                                         20.43
                                    Page 1
```

```
                                    05-2081
    05040 - Automotive Glass Installer                                  19.36
    05070 - Automotive Worker                                           19.36
    05110 - Mobile Equipment Servicer                                   17.61
    05130 - Motor Equipment Metal Mechanic                              20.82
    05160 - Motor Equipment Metal Worker                                19.36
    05190 - Motor Vehicle Mechanic                                      20.82
    05220 - Motor Vehicle Mechanic Helper                               16.41
    05250 - Motor Vehicle Upholstery Worker                             19.36
    05280 - Motor Vehicle Wrecker                                       19.36
    05310 - Painter, Automotive                                         19.69
    05340 - Radiator Repair Specialist                                  19.36
    05370 - Tire Repairer                                               14.98
    05400 - Transmission Repair Specialist                              20.82
07000 - Food Preparation And Service Occupations
    07010 - Baker                                                       14.52
    07041 - Cook I                                                      13.06
    07042 - Cook II                                                     15.10
    07070 - Dishwasher                                                   9.69
    07130 - Food Service Worker                                         10.90
    07210 - Meat Cutter                                                 15.13
    07260 - Waiter/Waitress                                             10.65
09000 - Furniture Maintenance And Repair Occupations
    09010 - Electrostatic Spray Painter                                 19.06
    09040 - Furniture Handler                                           15.90
    09080 - Furniture Refinisher                                        19.06
    09090 - Furniture Refinisher Helper                                 15.90
    09110 - Furniture Repairer, Minor                                   18.10
    09130 - Upholsterer                                                 19.06
11000 - General Services And Support Occupations
    11030 - Cleaner, Vehicles                                           11.08
    11060 - Elevator Operator                                           11.08
    11090 - Gardener                                                    18.19
    11122 - Housekeeping Aide                                           12.46
    11150 - Janitor                                                     12.01
    11210 - Laborer, Grounds Maintenance                                14.67
    11240 - Maid or Houseman                                             9.16
    11260 - Pruner                                                      13.16
    11270 - Tractor Operator                                            17.30
    11330 - Trail Maintenance Worker                                    14.67
    11360 - Window Cleaner                                              13.37
12000 - Health Occupations
    12010 - Ambulance Driver                                            18.18
    12011 - Breath Alcohol Technician                                   20.66
    12012 - Certified Occupational Therapist Assistant                  19.48
    12015 - Certified Physical Therapist Assistant                      18.75
    12020 - Dental Assistant                                            18.55
    12025 - Dental Hygienist                                            36.80
    12030 - EKG Technician                                              24.05
    12035 - Electroneurodiagnostic Technologist                         24.05
    12040 - Emergency Medical Technician                                18.18
    12071 - Licensed Practical Nurse I                                  18.46
    12072 - Licensed Practical Nurse II                                 20.66
    12073 - Licensed Practical Nurse III                                23.03
    12100 - Medical Assistant                                           15.94
    12130 - Medical Laboratory Technician                               17.47
    12160 - Medical Record Clerk                                        16.12
    12190 - Medical Record Technician                                   18.04
    12195 - Medical Transcriptionist                                    18.73
    12210 - Nuclear Medicine Technologist                               36.64
    12221 - Nursing Assistant I                                         11.78
    12222 - Nursing Assistant II                                        13.25
    12223 - Nursing Assistant III                                       14.46
    12224 - Nursing Assistant IV                                        16.23
```

```
                                  05-2081
     12235 - Optical Dispenser                                             20.66
     12236 - Optical Technician                                            18.46
     12250 - Pharmacy Technician                                           15.81
     12280 - Phlebotomist                                                  16.23
     12305 - Radiologic Technologist                                       26.85
     12311 - Registered Nurse I                                            29.98
     12312 - Registered Nurse II                                           36.67
     12313 - Registered Nurse II, Specialist                               36.67
     12314 - Registered Nurse III                                          43.96
     12315 - Registered Nurse III, Anesthetist                             43.96
     12316 - Registered Nurse IV                                           53.17
     12317 - Scheduler (Drug and Alcohol Testing)                          27.05
  13000 - Information And Arts Occupations
     13011 - Exhibits Specialist I                                         18.46
     13012 - Exhibits Specialist II                                        22.87
     13013 - Exhibits Specialist III                                       27.97
     13041 - Illustrator I                                                 20.05
     13042 - Illustrator II                                                23.10
     13043 - Illustrator III                                               28.26
     13047 - Librarian                                                     28.29
     13050 - Library Aide/Clerk                                            15.88
     13054 - Library Information Technology Systems                        25.55
   Administrator
     13058 - Library Technician                                            17.64
     13061 - Media Specialist I                                            18.43
     13062 - Media Specialist II                                           20.62
     13063 - Media Specialist III                                          22.99
     13071 - Photographer I                                                16.85
     13072 - Photographer II                                               18.85
     13073 - Photographer III                                              23.36
     13074 - Photographer IV                                               28.57
     13075 - Photographer V                                                34.56
     13110 - Video Teleconference Technician                               18.26
  14000 - Information Technology Occupations
     14041 - Computer Operator I                                           17.81
     14042 - Computer Operator II                                          19.93
     14043 - Computer Operator III                                         22.21
     14044 - Computer Operator IV                                          24.69
     14045 - Computer Operator V                                           28.56
     14071 - Computer Programmer I                                         24.31
     14072 - Computer Programmer II                              (see 1)
     14073 - Computer Programmer III                             (see 1)
     14074 - Computer Programmer IV                              (see 1)
     14101 - Computer Systems Analyst I                          (see 1)
     14102 - Computer Systems Analyst II                         (see 1)
     14103 - Computer Systems Analyst III                        (see 1)
     14150 - Peripheral Equipment Operator                                 17.81
     14160 - Personal Computer Support Technician                          24.69
  15000 - Instructional Occupations
     15010 - Aircrew Training Devices Instructor (Non-Rated)               35.58
     15020 - Aircrew Training Devices Instructor (Rated)                   43.06
     15030 - Air Crew Training Devices Instructor (Pilot)                  49.15
     15050 - Computer Based Training Specialist / Instructor               35.58
     15060 - Educational Technologist                                      31.17
     15070 - Flight Instructor (Pilot)                                     49.15
     15080 - Graphic Artist                                                21.93
     15090 - Technical Instructor                                          21.99
     15095 - Technical Instructor/Course Developer                         26.89
     15110 - Test Proctor                                                  17.74
     15120 - Tutor                                                         17.74
  16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
     16010 - Assembler                                                      9.84
     16030 - Counter Attendant                                              9.84
                                  Page 3
```

```
                              05-2081
  16040 - Dry Cleaner                                               12.71
  16070 - Finisher, Flatwork, Machine                                9.84
  16090 - Presser, Hand                                              9.84
  16110 - Presser, Machine, Drycleaning                              9.84
  16130 - Presser, Machine, Shirts                                   9.84
  16160 - Presser, Machine, Wearing Apparel, Laundry                 9.84
  16190 - Sewing Machine Operator                                   13.57
  16220 - Tailor                                                    14.48
  16250 - Washer, Machine                                           10.93
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                         18.32
  19040 - Tool And Die Maker                                        21.57
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                         14.96
  21030 - Material Coordinator                                      22.33
  21040 - Material Expediter                                        22.33
  21050 - Material Handling Laborer                                 17.36
  21071 - Order Filler                                              13.44
  21080 - Production Line Worker (Food Processing)                  14.96
  21110 - Shipping Packer                                           15.20
  21130 - Shipping/Receiving Clerk                                  15.20
  21140 - Store Worker I                                            11.90
  21150 - Stock Clerk                                               15.99
  21210 - Tools And Parts Attendant                                 16.28
  21410 - Warehouse Specialist                                      14.96
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                               27.73
  23021 - Aircraft Mechanic I                                       27.10
  23022 - Aircraft Mechanic II                                      28.53
  23023 - Aircraft Mechanic III                                     29.70
  23040 - Aircraft Mechanic Helper                                  19.22
  23050 - Aircraft, Painter                                         25.80
  23060 - Aircraft Servicer                                         22.49
  23080 - Aircraft Worker                                           24.13
  23110 - Appliance Mechanic                                        22.34
  23120 - Bicycle Repairer                                          14.98
  23125 - Cable Splicer                                             30.57
  23130 - Carpenter, Maintenance                                    19.40
  23140 - Carpet Layer                                              18.72
  23160 - Electrician, Maintenance                                  24.90
  23181 - Electronics Technician Maintenance I                      22.14
  23182 - Electronics Technician Maintenance II                     23.65
  23183 - Electronics Technician Maintenance III                    25.12
  23260 - Fabric Worker                                             20.52
  23290 - Fire Alarm System Mechanic                                21.09
  23310 - Fire Extinguisher Repairer                                18.97
  23311 - Fuel Distribution System Mechanic                         23.46
  23312 - Fuel Distribution System Operator                         18.97
  23370 - General Maintenance Worker                                19.16
  23380 - Ground Support Equipment Mechanic                         27.10
  23381 - Ground Support Equipment Servicer                         22.49
  23382 - Ground Support Equipment Worker                           24.13
  23391 - Gunsmith I                                                17.13
  23392 - Gunsmith II                                               19.81
  23393 - Gunsmith III                                              22.48
  23410 - Heating, Ventilation And Air-Conditioning                 22.73
Mechanic
  23411 - Heating, Ventilation And Air Contditioning                23.92
Mechanic (Research Facility)
  23430 - Heavy Equipment Mechanic                                  22.05
  23440 - Heavy Equipment Operator                                  20.98
  23460 - Instrument Mechanic                                       28.48
  23465 - Laboratory/Shelter Mechanic                               21.17
                              Page 4
```

```
                                    05-2081
      23470 - Laborer                                                13.87
      23510 - Locksmith                                              20.97
      23530 - Machinery Maintenance Mechanic                         23.43
      23550 - Machinist, Maintenance                                 19.33
      23580 - Maintenance Trades Helper                              15.26
      23591 - Metrology Technician I                                 28.48
      23592 - Metrology Technician II                                29.91
      23593 - Metrology Technician III                               31.16
      23640 - Millwright                                             22.48
      23710 - Office Appliance Repairer                              21.44
      23760 - Painter, Maintenance                                   17.84
      23790 - Pipefitter, Maintenance                                24.59
      23810 - Plumber, Maintenance                                   21.93
      23820 - Pneudraulic Systems Mechanic                           22.48
      23850 - Rigger                                                 22.48
      23870 - Scale Mechanic                                         19.81
      23890 - Sheet-Metal Worker, Maintenance                        19.85
      23910 - Small Engine Mechanic                                  17.92
      23931 - Telecommunications Mechanic I                          27.08
      23932 - Telecommunications Mechanic II                         28.50
      23950 - Telephone Lineman                                      23.34
      23960 - Welder, Combination, Maintenance                       19.79
      23965 - Well Driller                                           20.88
      23970 - Woodcraft Worker                                       22.48
      23980 - Woodworker                                             17.13
24000 - Personal Needs Occupations
      24570 - Child Care Attendant                                   10.69
      24580 - Child Care Center Clerk                                14.17
      24610 - Chore Aide                                             10.52
      24620 - Family Readiness And Support Services
Coordinator                                                          15.93
      24630 - Homemaker                                              16.29
25000 - Plant And System Operations Occupations
      25010 - Boiler Tender                                          24.70
      25040 - Sewage Plant Operator                                  22.79
      25070 - Stationary Engineer                                    24.70
      25190 - Ventilation Equipment Tender                           17.33
      25210 - Water Treatment Plant Operator                         22.79
27000 - Protective Service Occupations
      27004 - Alarm Monitor                                          20.94
      27007 - Baggage Inspector                                      13.19
      27008 - Corrections Officer                                    23.36
      27010 - Court Security Officer                                 27.27
      27030 - Detection Dog Handler                                  21.32
      27040 - Detention Officer                                      24.05
      27070 - Firefighter                                            29.32
      27101 - Guard I                                                13.19
      27102 - Guard II                                               21.32
      27131 - Police Officer I                                       29.14
      27132 - Police Officer II                                      32.39
28000 - Recreation Occupations
      28041 - Carnival Equipment Operator                            13.08
      28042 - Carnival Equipment Repairer                            14.10
      28043 - Carnival Equpment Worker                               10.23
      28210 - Gate Attendant/Gate Tender                             15.14
      28310 - Lifeguard                                              11.73
      28350 - Park Attendant (Aide)                                  16.75
      28510 - Recreation Aide/Health Facility Attendant              12.36
      28515 - Recreation Specialist                                  16.28
      28630 - Sports Official                                        13.49
      28690 - Swimming Pool Operator                                 17.05
29000 - Stevedoring/Longshoremen Occupational Services
      29010 - Blocker And Bracer                                     23.50
```

```
                                 05-2081
   29020 - Hatch Tender                                              23.50
   29030 - Line Handler                                              23.50
   29041 - Stevedore I                                               21.91
   29042 - Stevedore II                                              25.48
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist, Center (HFO)   (see 2)    38.39
   30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)    26.47
   30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)    29.16
   30021 - Archeological Technician I                                19.40
   30022 - Archeological Technician II                               21.70
   30023 - Archeological Technician III                              26.89
   30030 - Cartographic Technician                                   26.41
   30040 - Civil Engineering Technician                              24.61
   30061 - Drafter/CAD Operator I                                    18.45
   30062 - Drafter/CAD Operator II                                   20.65
   30063 - Drafter/CAD Operator III                                  23.84
   30064 - Drafter/CAD Operator IV                                   31.50
   30081 - Engineering Technician I                                  18.44
   30082 - Engineering Technician II                                 20.69
   30083 - Engineering Technician III                                23.15
   30084 - Engineering Technician IV                                 28.69
   30085 - Engineering Technician V                                  35.09
   30086 - Engineering Technician VI                                 42.45
   30090 - Environmental Technician                                  24.08
   30210 - Laboratory Technician                                     21.37
   30240 - Mathematical Technician                                   26.62
   30361 - Paralegal/Legal Assistant I                               19.46
   30362 - Paralegal/Legal Assistant II                              24.11
   30363 - Paralegal/Legal Assistant III                             29.49
   30364 - Paralegal/Legal Assistant IV                              35.68
   30390 - Photo-Optics Technician                                   26.62
   30461 - Technical Writer I                                        26.26
   30462 - Technical Writer II                                       32.12
   30463 - Technical Writer III                                      38.86
   30491 - Unexploded Ordnance (UXO) Technician I                    24.40
   30492 - Unexploded Ordnance (UXO) Technician II                   29.52
   30493 - Unexploded Ordnance (UXO) Technician III                  35.38
   30494 - Unexploded (UXO) Safety Escort                            24.40
   30495 - Unexploded (UXO) Sweep Personnel                          24.40
   30620 - Weather Observer, Combined Upper Air Or        (see 2)    23.84
   Surface Programs
   30621 - Weather Observer, Senior                       (see 2)    26.41
31000 - Transportation/Mobile Equipment Operation Occupations
   31020 - Bus Aide                                                  11.89
   31030 - Bus Driver                                                15.89
   31043 - Driver Courier                                            14.49
   31260 - Parking and Lot Attendant                                  9.13
   31290 - Shuttle Bus Driver                                        15.55
   31310 - Taxi Driver                                               12.89
   31361 - Truckdriver, Light                                        15.55
   31362 - Truckdriver, Medium                                       19.65
   31363 - Truckdriver, Heavy                                        20.37
   31364 - Truckdriver, Tractor-Trailer                              20.37
99000 - Miscellaneous Occupations
   99030 - Cashier                                                   10.78
   99050 - Desk Clerk                                                10.42
   99095 - Embalmer                                                  23.94
   99251 - Laboratory Animal Caretaker I                             10.92
   99252 - Laboratory Animal Caretaker II                            11.74
   99310 - Mortician                                                 24.19
   99410 - Pest Controller                                           20.41
   99510 - Photofinishing Worker                                     12.03
   99710 - Recycling Laborer                                         18.59
```

```
                                  05-2081
99711 - Recycling Specialist                                      22.42
99730 - Refuse Collector                                          16.70
99810 - Sales Clerk                                               12.60
99820 - School Crossing Guard                                     12.64
99830 - Survey Party Chief                                        22.70
99831 - Surveying Aide                                            12.60
99832 - Surveying Technician                                      20.64
99840 - Vending Machine Attendant                                 14.38
99841 - Vending Machine Repairer                                  17.05
99842 - Vending Machine Repairer Helper                           14.38
```

___

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.02 per hour or $160.80 per week or $696.79 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and

Page 7

05-2081

related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials.  This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder.  All dry-house activities involving propellants or explosives.
    Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials.  All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation,  irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

Page 8

05-2081
REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.

Page 9

05-2081

gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.