IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.;

       Defendant.

## ORDER

This matter is currently before me on Plaintiffs' Unopposed Motion for Leave to File a Sur-Reply (Doc. 19).  Having review that motion, and finding good cause stated therein for the requested relief, the motion is GRANTED.  Plaintiffs shall file a sur-reply regarding Defendant's McNamara-O'Hara Service Contract Act and Government Contractor defense arguments no later than February 17, 2015.

Dated:  January 27, 2015                  BY THE COURT:

                                                     s/ John L. Kane
                                                     Senior U.S. District Court Judge