**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL *et al.,*

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**NOTICE OF CHANGE OF ADDRESS**

---

PLEASE TAKE NOTICE THAT Alexander Hood, an attorney for the above-named plaintiffs, recently changed his address from 601 16th St. STE C #207, Golden, CO 80401 to 1535 High Street, Suite 300, Denver, CO 80218.

Dated: March 20, 2015

    Respectfully Submitted,

    s/Alexander Hood_____
    Alexander Hood
    Towards Justice
    1535 High Street, Suite 300
    Denver, CO  80218
    Tel: 720-239-2606
    Fax: 303-957-2289
    Email: alex@towardsjustice.org

    *Attorney for the Plaintiffs*

## Certificate of Service

   I hereby certify that on March 20, 2015 I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorney for Defendants*
VAUGHAN & DeMuro
David R. DeMuro
Shelby A. Felton
3900 E. Mexico Ave., Suite 620
Denver, CO 80210
sfelton@vaughandemuro.com

               s/ Alexander Hood
               Alexander Hood