# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-CBS

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

The Geo Group, Inc.

    DATED this 15th day of July, 2015.

    /s/ Charles A. Deacon
    Charles A. Deacon
    Colorado Bar No. 41714
    Norton Rose Fulbright US LLP

300 Convent St., Suite 300
San Antonio, Texas 78205
Tel: 210-270-7133
Fax: 210-270-7205
Email: charlie.deacon@nortonrosefulbright.com

*Attorney for The Geo Group, Inc.*