**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUNETITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    The GEO Group, Inc.

    DATED at Denver, Colorado this 24 day of July, 2015.

    Mark Emery
    Name of Attorney

    Norton Rose Fulbright US LLP
    Firm Name

    799 9th Street, NW, Suite 1000
    Office Address

<u>Washington, DC 20001-4501</u>
City, State, ZIP Code

<u>202-662-0210</u>
Telephone Number

<u>mark.emery@nortonrosefulbright.com</u>
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys for the Plaintiffs:

Brandt Milstein
brandt@milsteinlawoffice.com

Andrew Turner
aturner@laborlawdenver.com

Alexander Hood
alex@towardsjustice.org

Hans Meyer
hans@themeyerlawoffice.com

R. Andrew Free
Andrew@ImmigrantCivilRights.com

/s/ Mark Emery
Mark Emery
Norton Rose Fulbright US LLP
799 9th Street, Suite 1000
Washington, DC 20001-4501
Tel +1 202 662 0210
Fax +1 210 662 4643
mark.emery@nortonrosefulbright.com

Counsel for Defendant