# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date: August 11, 2015 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 14-cv-02887-JLK | Court Reporter: Kara Spitler |

| | |
|---|---|
| ALEJANDRO MENOCAL, | Robert A. Free |
| MARCOS BRAMBILA, | Brandt P. Milstein |
| GRISEL XAHUENTITLA, | Andrew H. Turner |
| HUGO HERNANDEZ, | Alexander N. Hood |
| LOURDES ARGUETA, | |
| JESUS GAYTAN, | |
| OLGA ALEXAKLINA, | |
| DAGOBERTO VIZGUERRA and | |
| DEMETRIO VALERGA | |
| on their own behalf and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| THE GEO GROUP, INC., | Shelby A. Felton |
| | Mark T. DeMuro |
| Defendant. | Charles A. Deacon |

## COURTROOM MINUTES

**Scheduling Conference**

**10:59 a.m.   Court in session.**

Court calls case.

Preliminary remarks by the Court.

Discussion regarding pending motion (Doc. No. 29).

Discussion regarding Stipulated Scheduling and Discovery Order.

Comments by the Court regarding exhibits, jury instructions, supplemental voir dire, Daubert motions, depositions, and trial setting.

**Scheduling Order NOT APPROVED and SIGNED.**

**11:17 a.m.   Court in recess.**
Hearing concluded.
Total in-court time:   00:18