# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

## MOTION TO STAY PLAINTIFFS' RESPONSE DEADLINE TO DEFENDANT'S MOTION FOR RECONSIDERATION [DOC. 29] PENDING A DECISION ON PLAINTIFFS' MOTION TO STRIKE [DOC. 31]

COME NOW, the Plaintiffs, with the following Motion:

**CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)**

Plaintiffs' counsel conferred with Defendant's counsel prior to filing this motion. Defendant opposes this Motion.

Plaintiffs' response to Defendant's Motion for Reconsideration of Order Denying

Geo Group, Inc.'s Motion to Dismiss [Doc. 29] (the "Motion") is due on 8/28/2015. In preparing to respond to the Motion on the merits, it became clear to Plaintiffs' counsel that the Motion is procedurally barred and, for that reason, Plaintiffs filed a Motion to Strike [Doc. 31]. Before the Court or the parties spend any more time or resources on the Defendant's Motion, the Plaintiffs believe it is prudent to stay all motion practice on the Motion while the Court considers whether or not it is procedurally barred.

WHEREFORE, the Plaintiffs request that the Court stay Plaintiffs' response deadline to Defendant's Motion to Reconsider [Doc. 29] pending a decision on Plaintiffs' Motion to Strike [Doc. 31].

*S/ Alexander Hood*
Towards Justice
1535 High St., Suite 300
Denver CO 80218
720.239.2606
alex@towardsjustice.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I filed this *Motion* electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*S/ Alexander Hood*