**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.
_____

**STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY RESPONSES**
_____

The Parties stipulate to the following extension of time for discovery responses pursuant to D.C.COLO.LCivR 6.1(a):

1.    The parties stipulate that Defendant has an additional 21 days, from September 2, 2015, through and including September 23, 2015, to answer, object or otherwise respond to Plaintiffs' interrogatories, requests for production of documents, and requests for admissions served on July 31, 2015.

2.    The parties stipulate that Plaintiffs have an additional 21 days, from September 7, 2015, through and including September 28, 2015, to answer, object or

a
a
a
a

otherwise respond to Defendant's interrogatories and requests for production served on August 5, 2015.

Respectfully submitted August 31, 2015.

| | |
|---|---|
| /s/Shelby A. Felton | /s/R. Andrew Free |
| Shelby A. Felton | R. Andrew Free |
| VAUGHAN & DeMURO | Of Counsel |
| 3900 East Mexico Ave., Ste. 620 | BARRETT, JOHNSTON, MARTIN & GARRISON, LLC |
| Denver, CO 80210 | Bank of America Plaza |
| 303-837-9200 (o)/ 303-837-9400 (f) | 414 Union Street, Suite 900 |
| sfelton@vaughandemuro.com | Nashville, Tennessee 37219 |
| | (615) 244-2202 (o)/(615) 244-4345 (f) |
| ATTORNEY FOR DEFENDANT | Afree@barrettjohnston.com |
| | ATTORNEY FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brandt Milstein
brandt@milsteinlawoffice.com

Alexander Hood
alex@towardsjustice.org

R. Andrew Free
Afree@barrettjohnston.com

Andrew Turner
aturner@laborlawdenver.com

Hans Meyer
hans@themeyerlawoffice.com

/s/Shelby A. Felton
Shelby A. Felton
3900 E. Mexico Ave., Suite 620
Denver, Colorado 80210
(303) 837-9200
(303) 837-9400 fax
Emails:sfelton@vaughandemuro.com

2