# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## JOINT PROPOSED SCHEDULE

---

      COME NOW the parties to this litigation who respectfully submit the following Joint Proposed Schedule in response to the Court's Minute Order dated September 3, 2015.  Doc. 35.  The parties jointly propose the following schedule for discovery and briefing concerning class certification.

- Discovery Pertaining to class certification will continue through December 15, 2015.

- Plaintiffs' Motion for Class Certification will be filed on or before January 11, 2016.

- Defendant's response will be filed on or before February 11, 2016.

- Plaintiff's reply brief in support of class certification will be filed on or before February 25, 2016.

Respectfully submitted,

*S/ Andrew Turner*
BUESCHER, KELMAN, PERERA
& TURNER, P.C.
600 Grant St., Suite 450
Denver, CO 80203
303.333.7751
aturner@laborlawdenver.com


Brandt Milstein
MILSTEIN LAW OFFICE
595 Canyon Boulevard
Boulder, CO 80302
303.440.8780
brandt@milsteinlawoffice.com

Alexander Hood
TOWARDS JUSTICE
601 16th St. Suite C #207
Golden, CO 80401
720.239.2606
alex@towardsjustice.org

Hans Meyer
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO 80204

*/s/ Shelby A. Felton*
Shelby A. Felton
David DeMuro
Vaughan & DeMuro
3900 E. Mexico Ave., Suite 620
Denver, CO  80210
(303) 837-9200
Fax  (303) 837-9400
sfelton@vaughandemuro.com

Charles A. Deacon
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, Texas  78205-3792
Tel +1 210 270 7133
Fax +1 210 270 7205
charie.deacon@nortonrosefulbright.com

Mark Emery
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
Tel +1 202 662 0210
Fax +1 202 662 4643
mark.emery@nortonrosefulbright.com

*Counsel for Defendant*

303.831.0817
hans@themeyerlawoffice.com

R. Andrew Free
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
615.244.2202
Andrew@ImmigrantCivilRights.com

**_Attorneys for Plaintiffs_**

## CERTIFICATE OF SERVICE

I filed the foregoing electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.


*S/ Andrew H. Turner*
**Counsel for Plaintiffs**