# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW the Plaintiffs, pursuant to D.C.COLO.LCivR. 6.1, and hereby respectfully request an extension of the class discovery and class certification briefing deadlines ordered by the Court on September 11, 2015 [Doc. No. 37], and in support state:

1. Pursuant to D.C.COLO.LCivR. 7.1(a), counsel for Plaintiffs conferred with counsel for Defendant regarding the proposed extension of time. Defendant does not oppose Plaintiffs' request.

2. On September 11, 2015. the Court has ordered the parties to adhere to the following timeline regarding class certification discovery and briefing:

    a. December 15, 2015: Completion of discovery regarding class certification;

    b. January 11, 2016: Plaintiffs' Motion for Class Certification filing deadline;

    c. February 11, 2016: Defendant's Response to the Motion for Class Certification filing deadline;

    d. February 25, 2016: Plaintiffs' Reply to the Response to the Motion for Class Certification.

[Doc. No. 37]

3. Plaintiffs seek a one and one-half month extension of the class certification discovery deadline, with the remaining class certification briefing deadlines extended corresponding to the time periods ordered by the Court as above.

4. The requested class certification discovery and briefing deadlines are as follows:

    a. January 26, 2016: Completion of discovery regarding class certification;

    b. February 26, 2016: Plaintiffs' Motion for Class Certification filing deadline;

    c. March 21, 2016: Defendant's Response to the Motion for Class Certification filing deadline;

    d. April 7, 2016: Plaintiffs' Reply to the Response to the Motion for Class Certification.

5. Plaintiffs seek the extension because one of Plaintiffs' counsel, Andrew Free, who is in charge of Plaintiffs' discovery work in this case, is unavailable due to a family crisis, and will be unavailable through early December, 2015.

6. This is Plaintiffs' second request for an extension of time. On November 17, 2014, the Court granted Plaintiffs' Unopposed Motion for Extension of Time regarding their response to Defendants' Motion to Dismiss. [Doc. No. 13].

7. Because no trial date has been set in this matter, no party will be prejudiced by the requested extension.

8. Pursuant to D.C.COLO.LCivR. 6.1(c), counsel for Plaintiffs contemporaneously served this Motion on their clients.

WHEREFORE, Plaintiffs respectfully request that the Court extend the class discovery and certification deadlines as described above.

Respectfully submitted,

S/ Brandt Milstein
595 Canyon Boulevard
Boulder, CO 80302
303.440.8780
brandt@milsteinlawoffice.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I filed this *Unopposed Motion* electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

S/ Brandt Milstein

3