**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   14-cv-02887-JLK

ALEJANDRO MENOCAL
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,,

    Defendant.

**NOTICE OF CHANGE OF ADDRESS**

ATTORNEYS David R. DeMuro and Shelby A. Felton and the law firm of Vaughan & DeMuro hereby submit the following change of address:

    David R. DeMuro
    Shelby A. Felton
    Vaughan & DeMuro
    720 S. Colorado Blvd.
    North Tower, 13th Floor
    Denver, CO 80246

The telephone number and email addresses remain the same.

-2-

Date: February 1, 2016.                         VAUGHAN & DeMURO

/s/ Shelby A. Felton
David R. DeMuro
Shelby A. Felton
720 S. Colorado Blvd.
North Tower, 13th Floor
Denver, CO 80246
(303) 837-9200
Emails:sfelton@vaughandemuro.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Brandt Milstein
brandt@milsteinlawoffice.com

Andrew Turner
aturner@laborlawdenver.com

Alexander Hood
alex@towardsjustice.org

Hans Meyer
hans@themeyerlawoffice.com

R. Andrew Free
Afree@barrettjohnston.com

/s/ Shelby A. Felton
Shelby A. Felton
720 S. Colorado Blvd.
North Tower, 13th Floor
Denver, CO 80246
(303) 837-9200 phone
Email: sfelton@vaughandemuro.com

-2-