**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

---

**STIPULATED MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER**

---

The parties, jointly and by and through their respective counsel, move as follows for the entry of the attached Proposed Stipulated Protective Order:

1. This is an action brought by former civil immigration detainees in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement and placed into Defendant's detention facility through a government contract. The parties anticipate this case may require the production of confidential nonpublic personal, personnel, employment, financial and/or tax records, medical, or other information implicating privacy or proprietary interests of either the Plaintiffs, the

Defendant or a third party (including any documents and information that are subject to the Privacy Act).

2. Rule 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression or undue burden or expense." The parties have stipulated to and request entry by the Court of the Proposed Stipulated Proposed Protective Order Concerning Confidential Information attached hereto.

WHEREFORE, the parties respectfully request that the Court enter the attached Stipulated Protective Order.

Respectfully submitted February 5, 2016.

*/s/ R. Andrew Free*
R. Andrew Free
Bank of America Plaza
414 Union St., Suite 900
Nashville, TN 37219
615.244.2202
Andrew@immigrantcivilrights.com

Attorneys for Plaintiffs

*/s/ Shelby A. Felton*
Shelby A. Felton
Vaughan & DeMuro
720 S. Colorado Blvd.
North Tower Penthouse
Denver, CO 80246
(303) 837-9200
sfelton@vaughandmuro.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2016, I electronically filed STIPULATED MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Charles A. Deacon
charlie.deacon@nortonrolefulbright.com

Mark Emery
mark.emery@nortonrosefulbright.com

Brandt Milstein
brandt@milsteinlawoffice.com

Andrew Turner
aturner@laborlawdenver.com

Alexander Hood
alex@towardsjustice.org

Hans Meyer
hans@themeyerlawoffice.com

R. Andrew Free
Andrew@ImmigrantCivilRights.com

*/s/ Shelby A. Felton*
720 S. Colorado Blvd.
North Tower Penthouse
Denver, Colorado 80246
(303) 837-9200 phone
Email: sfelton@vaughandemuro.com