# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## UNOPPOSED MOTION TO EXTEND CLASS DISCOVERY AND CLASS CERTIFICATION MOTION DEADLINE

---

### CERTIFICATE OF CONFERAL PURSUANT TO D.C.COLO.LCivR 7.1(A)

Plaintiffs' counsel conferred with Defendant's counsel prior to filing this motion. Defendant does not opposes this Motion.

The Plaintiffs served Defendant with a Rule 30(b)(6) deposition notice for a 1/25/2016 deposition. Defendant indicated that it would not attend without a protective order in place. The parties reached an agreement on a stipulated protective order and that protective order was entered by the Court on 2/8/2016. Doc. 45. In the time between the noticed deposition date and the entering of the protective order the class discovery deadline passed. *See* Doc. 42 (setting class discovery deadline for 1/26/2016). The class motion deadline is also fast approaching. *See id.* (setting class motion deadline for 2/26/2016).

WHEREFORE, the Plaintiffs respectfully request that the class discovery deadline be extended to 3/31/2016 for the limited purpose of taking a 30(b)(6) deposition of Defendant, and that the class motion deadline be extended to 35 days from the date the deposition is completed.

s/Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver CO 80218
720.239.2606
alex@towardsjustice.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I filed this Motion electronically through the CM/ECF system, which caused all parties entitled to service to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

s/Alexander Hood