```
                                         05-2081
Attachment 1 - HSCEDM-11-D-00003-P00010

WD 05-2081 (Rev.-14) was first posted on www.wdol.gov on 08/05/2014
************************************************************************
REGISTER OF WAGE DETERMINATIONS UNDER  |  U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT        |  EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor |  WAGE AND HOUR DIVISION
                                       |  WASHINGTON D.C.   20210
                                       |
                                       |
                                       |  Wage Determination No.: 2005-2081
Diane C. Koplewski      Division of    |       Revision No.: 14
Director                Wage Determinations|  Date Of Revision: 07/25/2014
_____|_____
State: Colorado

Area: Colorado Counties of Adams, Arapahoe, Boulder, Broomfield, Clear Creek,
Denver, Douglas, Elbert, Gilpin, Grand, Jackson, Jefferson, Logan, Morgan,
Park, Phillips, Sedgwick, Summit, Washington, Weld, Yuma
_____
            **Fringe Benefits Required Follow the Occupational Listing**
OCCUPATION CODE - TITLE                               FOOTNOTE         RATE
01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                           14.16
  01012 - Accounting Clerk II                                          16.44
  01013 - Accounting Clerk III                                         18.38
  01020 - Administrative Assistant                                     26.31
  01040 - Court Reporter                                               19.59
  01051 - Data Entry Operator I                                        14.06
  01052 - Data Entry Operator II                                       15.35
  01060 - Dispatcher, Motor Vehicle                                    19.37
  01070 - Document Preparation Clerk                                   14.55
  01090 - Duplicating Machine Operator                                 14.55
  01111 - General Clerk I                                              13.39
  01112 - General Clerk II                                             14.61
  01113 - General Clerk III                                            16.40
  01120 - Housing Referral Assistant                                   21.75
  01141 - Messenger Courier                                            13.02
  01191 - Order Clerk I                                                14.93
  01192 - Order Clerk II                                               16.29
  01261 - Personnel Assistant (Employment) I                           16.67
  01262 - Personnel Assistant (Employment) II                          18.65
  01263 - Personnel Assistant (Employment) III                         20.79
  01270 - Production Control Clerk                                     22.33
  01280 - Receptionist                                                 14.27
  01290 - Rental Clerk                                                 15.53
  01300 - Scheduler, Maintenance                                       17.15
  01311 - Secretary I                                                  17.15
  01312 - Secretary II                                                 19.19
  01313 - Secretary III                                                21.75
  01320 - Service Order Dispatcher                                     14.37
  01410 - Supply Technician                                            26.31
  01420 - Survey Worker                                                17.77
  01531 - Travel Clerk I                                               13.55
  01532 - Travel Clerk II                                              14.20
  01533 - Travel Clerk III                                             15.19
  01611 - Word Processor I                                             14.15
  01612 - Word Processor II                                            15.88
  01613 - Word Processor III                                           17.77
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer, Fiberglass                         26.19
  05010 - Automotive  Electrician                                      20.43
                                 Page 1
```

Pl. Ex. 3

```
                              05-2081
 05040 - Automotive Glass Installer                               19.36
 05070 - Automotive Worker                                        19.36
 05110 - Mobile Equipment Servicer                                17.61
 05130 - Motor Equipment Metal Mechanic                           20.82
 05160 - Motor Equipment Metal Worker                             19.36
 05190 - Motor Vehicle Mechanic                                   20.82
 05220 - Motor Vehicle Mechanic Helper                            16.41
 05250 - Motor Vehicle Upholstery Worker                          19.36
 05280 - Motor Vehicle Wrecker                                    19.36
 05310 - Painter, Automotive                                      19.69
 05340 - Radiator Repair Specialist                               19.36
 05370 - Tire Repairer                                            14.98
 05400 - Transmission Repair Specialist                           20.82
07000 - Food Preparation And Service Occupations
 07010 - Baker                                                    14.52
 07041 - Cook I                                                   13.06
 07042 - Cook II                                                  15.10
 07070 - Dishwasher                                                9.69
 07130 - Food Service Worker                                      10.90
 07210 - Meat Cutter                                              15.13
 07260 - Waiter/Waitress                                          10.65
09000 - Furniture Maintenance And Repair Occupations
 09010 - Electrostatic Spray Painter                              19.06
 09040 - Furniture Handler                                        15.90
 09080 - Furniture Refinisher                                     19.06
 09090 - Furniture Refinisher Helper                              15.90
 09110 - Furniture Repairer, Minor                                18.10
 09130 - Upholsterer                                              19.06
11000 - General Services And Support Occupations
 11030 - Cleaner, Vehicles                                        11.08
 11060 - Elevator Operator                                        11.08
 11090 - Gardener                                                 18.19
 11122 - Housekeeping Aide                                        12.46
 11150 - Janitor                                                  12.01
 11210 - Laborer, Grounds Maintenance                             14.67
 11240 - Maid or Houseman                                          9.16
 11260 - Pruner                                                   13.16
 11270 - Tractor Operator                                         17.30
 11330 - Trail Maintenance Worker                                 14.67
 11360 - Window Cleaner                                           13.37
12000 - Health Occupations
 12010 - Ambulance Driver                                         18.18
 12011 - Breath Alcohol Technician                                20.66
 12012 - Certified Occupational Therapist Assistant               19.48
 12015 - Certified Physical Therapist Assistant                   18.75
 12020 - Dental Assistant                                         18.55
 12025 - Dental Hygienist                                         36.80
 12030 - EKG Technician                                           24.05
 12035 - Electroneurodiagnostic Technologist                      24.05
 12040 - Emergency Medical Technician                             18.18
 12071 - Licensed Practical Nurse I                               18.46
 12072 - Licensed Practical Nurse II                              20.66
 12073 - Licensed Practical Nurse III                             23.03
 12100 - Medical Assistant                                        15.94
 12130 - Medical Laboratory Technician                            17.47
 12160 - Medical Record Clerk                                     16.12
 12190 - Medical Record Technician                                18.04
 12195 - Medical Transcriptionist                                 18.73
 12210 - Nuclear Medicine Technologist                            36.64
 12221 - Nursing Assistant I                                      11.78
 12222 - Nursing Assistant II                                     13.25
 12223 - Nursing Assistant III                                    14.46
 12224 - Nursing Assistant IV                                     16.23
```

```
                                  05-2081
    12235 - Optical Dispenser                                       20.66
    12236 - Optical Technician                                      18.46
    12250 - Pharmacy Technician                                     15.81
    12280 - Phlebotomist                                            16.23
    12305 - Radiologic Technologist                                 26.85
    12311 - Registered Nurse I                                      29.98
    12312 - Registered Nurse II                                     36.67
    12313 - Registered Nurse II, Specialist                         36.67
    12314 - Registered Nurse III                                    43.96
    12315 - Registered Nurse III, Anesthetist                       43.96
    12316 - Registered Nurse IV                                     53.17
    12317 - Scheduler (Drug and Alcohol Testing)                    27.05
13000 - Information And Arts Occupations
    13011 - Exhibits Specialist I                                   18.46
    13012 - Exhibits Specialist II                                  22.87
    13013 - Exhibits Specialist III                                 27.97
    13041 - Illustrator I                                           20.05
    13042 - Illustrator II                                          23.10
    13043 - Illustrator III                                         28.26
    13047 - Librarian                                               28.29
    13050 - Library Aide/Clerk                                      15.88
    13054 - Library Information Technology Systems                  25.55
Administrator
    13058 - Library Technician                                      17.64
    13061 - Media Specialist I                                      18.43
    13062 - Media Specialist II                                     20.62
    13063 - Media Specialist III                                    22.99
    13071 - Photographer I                                          16.85
    13072 - Photographer II                                         18.85
    13073 - Photographer III                                        23.36
    13074 - Photographer IV                                         28.57
    13075 - Photographer V                                          34.56
    13110 - Video Teleconference Technician                         18.26
14000 - Information Technology Occupations
    14041 - Computer Operator I                                     17.81
    14042 - Computer Operator II                                    19.93
    14043 - Computer Operator III                                   22.21
    14044 - Computer Operator IV                                    24.69
    14045 - Computer Operator V                                     28.56
    14071 - Computer Programmer I                                   24.31
    14072 - Computer Programmer II                       (see 1)
    14073 - Computer Programmer III                      (see 1)
    14074 - Computer Programmer IV                       (see 1)
    14101 - Computer Systems Analyst I                   (see 1)
    14102 - Computer Systems Analyst II                  (see 1)
    14103 - Computer Systems Analyst III                 (see 1)
    14150 - Peripheral Equipment Operator                           17.81
    14160 - Personal Computer Support Technician                    24.69
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)         35.58
    15020 - Aircrew Training Devices Instructor (Rated)             43.06
    15030 - Air Crew Training Devices Instructor (Pilot)            49.15
    15050 - Computer Based Training Specialist / Instructor         35.58
    15060 - Educational Technologist                                31.17
    15070 - Flight Instructor (Pilot)                               49.15
    15080 - Graphic Artist                                          21.93
    15090 - Technical Instructor                                    21.99
    15095 - Technical Instructor/Course Developer                   26.89
    15110 - Test Proctor                                            17.74
    15120 - Tutor                                                   17.74
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
    16010 - Assembler                                                9.84
    16030 - Counter Attendant                                        9.84
                                  Page 3
```

```
                              05-2081
    16040 - Dry Cleaner                                          12.71
    16070 - Finisher, Flatwork, Machine                           9.84
    16090 - Presser, Hand                                         9.84
    16110 - Presser, Machine, Drycleaning                         9.84
    16130 - Presser, Machine, Shirts                              9.84
    16160 - Presser, Machine, Wearing Apparel, Laundry            9.84
    16190 - Sewing Machine Operator                              13.57
    16220 - Tailor                                               14.48
    16250 - Washer, Machine                                      10.93
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                    18.32
    19040 - Tool And Die Maker                                   21.57
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                    14.96
    21030 - Material Coordinator                                 22.33
    21040 - Material Expediter                                   22.33
    21050 - Material Handling Laborer                            17.36
    21071 - Order Filler                                         13.44
    21080 - Production Line Worker (Food Processing)             14.96
    21110 - Shipping Packer                                      15.20
    21130 - Shipping/Receiving Clerk                             15.20
    21140 - Store Worker I                                       11.90
    21150 - Stock Clerk                                          15.99
    21210 - Tools And Parts Attendant                            16.28
    21410 - Warehouse Specialist                                 14.96
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                          27.73
    23021 - Aircraft Mechanic I                                  27.10
    23022 - Aircraft Mechanic II                                 28.53
    23023 - Aircraft Mechanic III                                29.70
    23040 - Aircraft Mechanic Helper                             19.22
    23050 - Aircraft, Painter                                    25.80
    23060 - Aircraft Servicer                                    22.49
    23080 - Aircraft Worker                                      24.13
    23110 - Appliance Mechanic                                   22.34
    23120 - Bicycle Repairer                                     14.98
    23125 - Cable Splicer                                        30.57
    23130 - Carpenter, Maintenance                               19.40
    23140 - Carpet Layer                                         18.72
    23160 - Electrician, Maintenance                             24.90
    23181 - Electronics Technician Maintenance I                 22.14
    23182 - Electronics Technician Maintenance II                23.65
    23183 - Electronics Technician Maintenance III               25.12
    23260 - Fabric Worker                                        20.52
    23290 - Fire Alarm System Mechanic                           21.09
    23310 - Fire Extinguisher Repairer                           18.97
    23311 - Fuel Distribution System Mechanic                    23.46
    23312 - Fuel Distribution System Operator                    18.97
    23370 - General Maintenance Worker                           19.16
    23380 - Ground Support Equipment Mechanic                    27.10
    23381 - Ground Support Equipment Servicer                    22.49
    23382 - Ground Support Equipment Worker                      24.13
    23391 - Gunsmith I                                           17.13
    23392 - Gunsmith II                                          19.81
    23393 - Gunsmith III                                         22.48
    23410 - Heating, Ventilation And Air-Conditioning            22.73
Mechanic
    23411 - Heating, Ventilation And Air Contditioning           23.92
Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                             22.05
    23440 - Heavy Equipment Operator                             20.98
    23460 - Instrument Mechanic                                  28.48
    23465 - Laboratory/Shelter Mechanic                          21.17
                              Page 4
```

```
                              05-2081
    23470 - Laborer                                              13.87
    23510 - Locksmith                                            20.97
    23530 - Machinery Maintenance Mechanic                       23.43
    23550 - Machinist, Maintenance                               19.33
    23580 - Maintenance Trades Helper                            15.26
    23591 - Metrology Technician I                               28.48
    23592 - Metrology Technician II                              29.91
    23593 - Metrology Technician III                             31.16
    23640 - Millwright                                           22.48
    23710 - Office Appliance Repairer                            21.44
    23760 - Painter, Maintenance                                 17.84
    23790 - Pipefitter, Maintenance                              24.59
    23810 - Plumber, Maintenance                                 21.93
    23820 - Pneudraulic Systems Mechanic                         22.48
    23850 - Rigger                                               22.48
    23870 - Scale Mechanic                                       19.81
    23890 - Sheet-Metal Worker, Maintenance                      19.85
    23910 - Small Engine Mechanic                                17.92
    23931 - Telecommunications Mechanic I                        27.08
    23932 - Telecommunications Mechanic II                       28.50
    23950 - Telephone Lineman                                    23.34
    23960 - Welder, Combination, Maintenance                     19.79
    23965 - Well Driller                                         20.88
    23970 - Woodcraft Worker                                     22.48
    23980 - Woodworker                                           17.13
 24000 - Personal Needs Occupations
    24570 - Child Care Attendant                                 10.69
    24580 - Child Care Center Clerk                              14.17
    24610 - Chore Aide                                           10.52
    24620 - Family Readiness And Support Services                15.93
 Coordinator
    24630 - Homemaker                                            16.29
 25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        24.70
    25040 - Sewage Plant Operator                                22.79
    25070 - Stationary Engineer                                  24.70
    25190 - Ventilation Equipment Tender                         17.33
    25210 - Water Treatment Plant Operator                       22.79
 27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        20.94
    27007 - Baggage Inspector                                    13.19
    27008 - Corrections Officer                                  23.36
    27010 - Court Security Officer                               27.27
    27030 - Detection Dog Handler                                21.32
    27040 - Detention Officer                                    24.05
    27070 - Firefighter                                          29.32
    27101 - Guard I                                              13.19
    27102 - Guard II                                             21.32
    27131 - Police Officer I                                     29.14
    27132 - Police Officer II                                    32.39
 28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          13.08
    28042 - Carnival Equipment Repairer                          14.10
    28043 - Carnival Equipment Worker                            10.23
    28210 - Gate Attendant/Gate Tender                           15.14
    28310 - Lifeguard                                            11.73
    28350 - Park Attendant (Aide)                                16.75
    28510 - Recreation Aide/Health Facility Attendant            12.36
    28515 - Recreation Specialist                                16.28
    28630 - Sports Official                                      13.49
    28690 - Swimming Pool Operator                               17.05
 29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   23.50
```

```
                                 05-2081
   29020 - Hatch Tender                                              23.50
   29030 - Line Handler                                              23.50
   29041 - Stevedore I                                               21.91
   29042 - Stevedore II                                              25.48
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist, Center (HFO)    (see 2)   38.39
   30011 - Air Traffic Control Specialist, Station (HFO)   (see 2)   26.47
   30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)    29.16
   30021 - Archeological Technician I                                19.40
   30022 - Archeological Technician II                               21.70
   30023 - Archeological Technician III                              26.89
   30030 - Cartographic Technician                                   26.41
   30040 - Civil Engineering Technician                              24.61
   30061 - Drafter/CAD Operator I                                    18.45
   30062 - Drafter/CAD Operator II                                   20.65
   30063 - Drafter/CAD Operator III                                  23.84
   30064 - Drafter/CAD Operator IV                                   31.50
   30081 - Engineering Technician I                                  18.44
   30082 - Engineering Technician II                                 20.69
   30083 - Engineering Technician III                                23.15
   30084 - Engineering Technician IV                                 28.69
   30085 - Engineering Technician V                                  35.09
   30086 - Engineering Technician VI                                 42.45
   30090 - Environmental Technician                                  24.08
   30210 - Laboratory Technician                                     21.37
   30240 - Mathematical Technician                                   26.62
   30361 - Paralegal/Legal Assistant I                               19.46
   30362 - Paralegal/Legal Assistant II                              24.11
   30363 - Paralegal/Legal Assistant III                             29.49
   30364 - Paralegal/Legal Assistant IV                              35.68
   30390 - Photo-Optics Technician                                   26.62
   30461 - Technical Writer I                                        26.26
   30462 - Technical Writer II                                       32.12
   30463 - Technical Writer III                                      38.86
   30491 - Unexploded Ordnance (UXO) Technician I                    24.40
   30492 - Unexploded Ordnance (UXO) Technician II                   29.52
   30493 - Unexploded Ordnance (UXO) Technician III                  35.38
   30494 - Unexploded (UXO) Safety Escort                            24.40
   30495 - Unexploded (UXO) Sweep Personnel                          24.40
   30620 - Weather Observer, Combined Upper Air Or         (see 2)   23.84
   Surface Programs
   30621 - Weather Observer, Senior                        (see 2)   26.41
31000 - Transportation/Mobile Equipment Operation Occupations
   31020 - Bus Aide                                                  11.89
   31030 - Bus Driver                                                15.89
   31043 - Driver Courier                                            14.49
   31260 - Parking and Lot Attendant                                  9.13
   31290 - Shuttle Bus Driver                                        15.55
   31310 - Taxi Driver                                               12.89
   31361 - Truckdriver, Light                                        15.55
   31362 - Truckdriver, Medium                                       19.65
   31363 - Truckdriver, Heavy                                        20.37
   31364 - Truckdriver, Tractor-Trailer                              20.37
99000 - Miscellaneous Occupations
   99030 - Cashier                                                   10.78
   99050 - Desk Clerk                                                10.42
   99095 - Embalmer                                                  23.94
   99251 - Laboratory Animal Caretaker I                             10.92
   99252 - Laboratory Animal Caretaker II                            11.74
   99310 - Mortician                                                 24.19
   99410 - Pest Controller                                           20.41
   99510 - Photofinishing Worker                                     12.03
   99710 - Recycling Laborer                                         18.59
                                Page 6
```

```
                                        05-2081
99711 - Recycling Specialist                                                22.42
99730 - Refuse Collector                                                    16.70
99810 - Sales Clerk                                                         12.60
99820 - School Crossing Guard                                               12.64
99830 - Survey Party Chief                                                  22.70
99831 - Surveying Aide                                                      12.60
99832 - Surveying Technician                                                20.64
99840 - Vending Machine Attendant                                           14.38
99841 - Vending Machine Repairer                                            17.05
99842 - Vending Machine Repairer Helper                                     14.38
```

___

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.02 per hour or $160.80 per week or $696.79 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b), this wage determination does not apply to any employee who individually qualifies as a bona fide executive, administrative, or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals, (29 C.F.R. 541.400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition, because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example, if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate, then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally, because job titles vary widely and change quickly in the computer industry, job titles are not determinative of the application of the computer professional exemption. Therefore, the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:
    (1) The application of systems analysis techniques and procedures, including consulting with users, to determine hardware, software or system functional specifications;
    (2) The design, development, documentation, analysis, creation, testing or modification of computer systems or programs, including prototypes, based on and

05-2081
related to user or system design specifications;
 (3) The design, documentation, testing, creation or modification of computer programs related to machine operating systems; or
 (4) A combination of the aforementioned duties, the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives.
 Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

05-2081
REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations", Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet. A links to the Directory may be found on the WHD home page at http://www.dol.

Page 9

05-2081
gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at
http://wdol.gov/.