05-2081
Attachment 1 - HSCEDM-11-D-00003-P00010

WD 05-2081 (Rev.-14) was first posted on www.wdol.gov on 08/05/2014
*******************************************************************************

| REGISTER OF WAGE DETERMINATIONS UNDER | U.S. DEPARTMENT OF LABOR |
|---|---|
| THE SERVICE CONTRACT ACT | EMPLOYMENT STANDARDS ADMINISTRATION |
| By direction of the Secretary of Labor | WAGE AND HOUR DIVISION |
| | WASHINGTON D.C.  20210 |
| | |
| | Wage Determination No.: 2005-2081 |
| Diane C. Koplewski    Division of | Revision No.: 14 |
| Director    Wage Determinations | Date Of Revision: 07/25/2014 |

State: Colorado

Area: Colorado Counties of Adams, Arapahoe, Boulder, Broomfield, Clear Creek,
Denver, Douglas, Elbert, Gilpin, Grand, Jackson, Jefferson, Logan, Morgan,
Park, Phillips, Sedgwick, Summit, Washington, Weld, Yuma

---

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE                    FOOTNOTE | RATE |
|---|---|
| 01000 - Administrative Support And Clerical Occupations | |
| 01011 - Accounting Clerk I | 14.16 |
| 01012 - Accounting Clerk II | 16.44 |
| 01013 - Accounting Clerk III | 18.38 |
| 01020 - Administrative Assistant | 26.31 |
| 01040 - Court Reporter | 19.59 |
| 01051 - Data Entry Operator I | 14.06 |
| 01052 - Data Entry Operator II | 15.35 |
| 01060 - Dispatcher, Motor Vehicle | 19.37 |
| 01070 - Document Preparation Clerk | 14.55 |
| 01090 - Duplicating Machine Operator | 14.55 |
| 01111 - General Clerk I | 13.39 |
| 01112 - General Clerk II | 14.61 |
| 01113 - General Clerk III | 16.40 |
| 01120 - Housing Referral Assistant | 21.75 |
| 01141 - Messenger Courier | 13.02 |
| 01191 - Order Clerk I | 14.93 |
| 01192 - Order Clerk II | 16.29 |
| 01261 - Personnel Assistant (Employment) I | 16.67 |
| 01262 - Personnel Assistant (Employment) II | 18.65 |
| 01263 - Personnel Assistant (Employment) III | 20.79 |
| 01270 - Production Control Clerk | 22.33 |
| 01280 - Receptionist | 14.27 |
| 01290 - Rental Clerk | 15.53 |
| 01300 - Scheduler, Maintenance | 17.15 |
| 01311 - Secretary I | 17.15 |
| 01312 - Secretary II | 19.19 |
| 01313 - Secretary III | 21.75 |
| 01320 - Service Order Dispatcher | 14.37 |
| 01410 - Supply Technician | 26.31 |
| 01420 - Survey Worker | 17.77 |
| 01531 - Travel Clerk I | 13.55 |
| 01532 - Travel Clerk II | 14.20 |
| 01533 - Travel Clerk III | 15.19 |
| 01611 - Word Processor I | 14.15 |
| 01612 - Word Processor II | 15.88 |
| 01613 - Word Processor III | 17.77 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer, Fiberglass | 26.19 |
| 05010 - Automotive  Electrician | 20.43 |

Page 1

Pl. Ex. 3

05-2081

```
05040 - Automotive Glass Installer                              19.36
05070 - Automotive Worker                                       19.36
05110 - Mobile Equipment Servicer                               17.61
05130 - Motor Equipment Metal Mechanic                          20.82
05160 - Motor Equipment Metal Worker                            19.36
05190 - Motor Vehicle Mechanic                                  20.82
05220 - Motor Vehicle Mechanic Helper                           16.41
05250 - Motor Vehicle Upholstery Worker                         19.36
05280 - Motor Vehicle Wrecker                                   19.36
05310 - Painter, Automotive                                     19.69
05340 - Radiator Repair Specialist                              19.36
05370 - Tire Repairer                                           14.98
05400 - Transmission Repair Specialist                          20.82
07000 - Food Preparation And Service Occupations
07010 - Baker                                                   14.52
07041 - Cook I                                                  13.06
07042 - Cook II                                                 15.10
07070 - Dishwasher                                               9.69
07130 - Food Service Worker                                     10.90
07210 - Meat Cutter                                             15.13
07260 - Waiter/Waitress                                         10.65
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                             19.06
09040 - Furniture Handler                                       15.90
09080 - Furniture Refinisher                                    19.06
09090 - Furniture Refinisher Helper                             15.90
09110 - Furniture Repairer, Minor                               18.10
09130 - Upholsterer                                             19.06
11000 - General Services And Support Occupations
11030 - Cleaner, Vehicles                                       11.08
11060 - Elevator Operator                                       11.08
11090 - Gardener                                                18.19
11122 - Housekeeping Aide                                       12.46
11150 - Janitor                                                 12.01
11210 - Laborer, Grounds Maintenance                            14.67
11240 - Maid or Houseman                                         9.16
11260 - Pruner                                                  13.16
11270 - Tractor Operator                                        17.30
11330 - Trail Maintenance Worker                                14.67
11360 - Window Cleaner                                          13.37
12000 - Health Occupations
12010 - Ambulance Driver                                        18.18
12011 - Breath Alcohol Technician                               20.66
12012 - Certified Occupational Therapist Assistant              19.48
12015 - Certified Physical Therapist Assistant                  18.75
12020 - Dental Assistant                                        18.55
12025 - Dental Hygienist                                        36.80
12030 - EKG Technician                                          24.05
12035 - Electroneurodiagnostic Technologist                     24.05
12040 - Emergency Medical Technician                            18.18
12071 - Licensed Practical Nurse I                              18.46
12072 - Licensed Practical Nurse II                             20.66
12073 - Licensed Practical Nurse III                            23.03
12100 - Medical Assistant                                       15.94
12130 - Medical Laboratory Technician                           17.47
12160 - Medical Record Clerk                                    16.12
12190 - Medical Record Technician                               18.04
12195 - Medical Transcriptionist                                18.73
12210 - Nuclear Medicine Technologist                           36.64
12221 - Nursing Assistant I                                     11.78
12222 - Nursing Assistant II                                    13.25
12223 - Nursing Assistant III                                   14.46
12224 - Nursing Assistant IV                                    16.23
```

05-2081

```
12235 - Optical Dispenser                                            20.66
12236 - Optical Technician                                           18.46
12250 - Pharmacy Technician                                          15.81
12280 - Phlebotomist                                                 16.23
12305 - Radiologic Technologist                                      26.85
12311 - Registered Nurse I                                           29.98
12312 - Registered Nurse II                                          36.67
12313 - Registered Nurse II, Specialist                              36.67
12314 - Registered Nurse III                                         43.96
12315 - Registered Nurse III, Anesthetist                            43.96
12316 - Registered Nurse IV                                          53.17
12317 - Scheduler (Drug and Alcohol Testing)                         27.05
13000 - Information And Arts Occupations
13011 - Exhibits Specialist I                                        18.46
13012 - Exhibits Specialist II                                       22.87
13013 - Exhibits Specialist III                                      27.97
13041 - Illustrator I                                                20.05
13042 - Illustrator II                                               23.10
13043 - Illustrator III                                              28.26
13047 - Librarian                                                    28.29
13050 - Library Aide/Clerk                                           15.88
13054 - Library Information Technology Systems                       25.55
Administrator
13058 - Library Technician                                           17.64
13061 - Media Specialist I                                           18.43
13062 - Media Specialist II                                          20.62
13063 - Media Specialist III                                         22.99
13071 - Photographer I                                               16.85
13072 - Photographer II                                              18.85
13073 - Photographer III                                             23.36
13074 - Photographer IV                                              28.57
13075 - Photographer V                                               34.56
13110 - Video Teleconference Technician                              18.26
14000 - Information Technology Occupations
14041 - Computer Operator I                                          17.81
14042 - Computer Operator II                                         19.93
14043 - Computer Operator III                                        22.21
14044 - Computer Operator IV                                         24.69
14045 - Computer Operator V                                          28.56
14071 - Computer Programmer I                                        24.31
14072 - Computer Programmer II                      (see 1)
14073 - Computer Programmer III                     (see 1)
14074 - Computer Programmer IV                      (see 1)
14101 - Computer Systems Analyst I                  (see 1)
14102 - Computer Systems Analyst II                 (see 1)
14103 - Computer Systems Analyst III                (see 1)
14150 - Peripheral Equipment Operator                                17.81
14160 - Personal Computer Support Technician                         24.69
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)              35.58
15020 - Aircrew Training Devices Instructor (Rated)                  43.06
15030 - Air Crew Training Devices Instructor (Pilot)                 49.15
15050 - Computer Based Training Specialist / Instructor              35.58
15060 - Educational Technologist                                     31.17
15070 - Flight Instructor (Pilot)                                    49.15
15080 - Graphic Artist                                               21.93
15090 - Technical Instructor                                         21.99
15095 - Technical Instructor/Course Developer                        26.89
15110 - Test Proctor                                                 17.74
15120 - Tutor                                                        17.74
16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations
16010 - Assembler                                                     9.84
16030 - Counter Attendant                                            9.84
```

05-2081

```
16040 - Dry Cleaner                                              12.71
16070 - Finisher, Flatwork, Machine                               9.84
16090 - Presser, Hand                                             9.84
16110 - Presser, Machine, Drycleaning                             9.84
16130 - Presser, Machine, Shirts                                  9.84
16160 - Presser, Machine, Wearing Apparel, Laundry                9.84
16190 - Sewing Machine Operator                                  13.57
16220 - Tailor                                                   14.48
16250 - Washer, Machine                                          10.93
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                        18.32
19040 - Tool And Die Maker                                       21.57
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                        14.96
21030 - Material Coordinator                                      22.33
21040 - Material Expediter                                        22.33
21050 - Material Handling Laborer                                 17.36
21071 - Order Filler                                              13.44
21080 - Production Line Worker (Food Processing)                  14.96
21110 - Shipping Packer                                           15.20
21130 - Shipping/Receiving Clerk                                 15.20
21140 - Store Worker I                                            11.90
21150 - Stock Clerk                                               15.99
21210 - Tools And Parts Attendant                                16.28
21410 - Warehouse Specialist                                     14.96
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                              27.73
23021 - Aircraft Mechanic I                                      27.10
23022 - Aircraft Mechanic II                                     28.53
23023 - Aircraft Mechanic III                                    29.70
23040 - Aircraft Mechanic Helper                                 19.22
23050 - Aircraft, Painter                                        25.80
23060 - Aircraft Servicer                                        22.49
23080 - Aircraft Worker                                          24.13
23110 - Appliance Mechanic                                       22.34
23120 - Bicycle Repairer                                         14.98
23125 - Cable Splicer                                            30.57
23130 - Carpenter, Maintenance                                   19.40
23140 - Carpet Layer                                             18.72
23160 - Electrician, Maintenance                                 24.90
23181 - Electronics Technician Maintenance I                     22.14
23182 - Electronics Technician Maintenance II                    23.65
23183 - Electronics Technician Maintenance III                   25.12
23260 - Fabric Worker                                            20.52
23290 - Fire Alarm System Mechanic                               21.09
23310 - Fire Extinguisher Repairer                               18.97
23311 - Fuel Distribution System Mechanic                        23.46
23312 - Fuel Distribution System Operator                        18.97
23370 - General Maintenance Worker                               19.16
23380 - Ground Support Equipment Mechanic                        27.10
23381 - Ground Support Equipment Servicer                        22.49
23382 - Ground Support Equipment Worker                          24.13
23391 - Gunsmith I                                               17.13
23392 - Gunsmith II                                              19.81
23393 - Gunsmith III                                             22.48
23410 - Heating, Ventilation And Air-Conditioning                22.73
Mechanic
23411 - Heating, Ventilation And Air Contditioning               23.92
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                 22.05
23440 - Heavy Equipment Operator                                 20.98
23460 - Instrument Mechanic                                      28.48
23465 - Laboratory/Shelter Mechanic                              21.17
```

05-2081

```
23470 - Laborer                                              13.87
23510 - Locksmith                                            20.97
23530 - Machinery Maintenance Mechanic                       23.43
23550 - Machinist, Maintenance                               19.33
23580 - Maintenance Trades Helper                            15.26
23591 - Metrology Technician I                               28.48
23592 - Metrology Technician II                              29.91
23593 - Metrology Technician III                             31.16
23640 - Millwright                                           22.48
23710 - Office Appliance Repairer                            21.44
23760 - Painter, Maintenance                                 17.84
23790 - Pipefitter, Maintenance                              24.59
23810 - Plumber, Maintenance                                 21.93
23820 - Pneudraulic Systems Mechanic                         22.48
23850 - Rigger                                               22.48
23870 - Scale Mechanic                                       19.81
23890 - Sheet-Metal Worker, Maintenance                      19.85
23910 - Small Engine Mechanic                                17.92
23931 - Telecommunications Mechanic I                        27.08
23932 - Telecommunications Mechanic II                       28.50
23950 - Telephone Lineman                                    23.34
23960 - Welder, Combination, Maintenance                     19.79
23965 - Well Driller                                         20.88
23970 - Woodcraft Worker                                     22.48
23980 - Woodworker                                           17.13
24000 - Personal Needs Occupations
  24570 - Child Care Attendant                               10.69
  24580 - Child Care Center Clerk                            14.17
  24610 - Chore Aide                                         10.52
  24620 - Family Readiness And Support Services              15.93
  Coordinator
  24630 - Homemaker                                          16.29
25000 - Plant And System Operations Occupations
  25010 - Boiler Tender                                      24.70
  25040 - Sewage Plant Operator                              22.79
  25070 - Stationary Engineer                                24.70
  25190 - Ventilation Equipment Tender                       17.33
  25210 - Water Treatment Plant Operator                     22.79
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                      20.94
  27007 - Baggage Inspector                                  13.19
  27008 - Corrections Officer                                23.36
  27010 - Court Security Officer                             27.27
  27030 - Detection Dog Handler                              21.32
  27040 - Detention Officer                                  24.05
  27070 - Firefighter                                        29.32
  27101 - Guard I                                            13.19
  27102 - Guard II                                           21.32
  27131 - Police Officer I                                   29.14
  27132 - Police Officer II                                  32.39
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                        13.08
  28042 - Carnival Equipment Repairer                        14.10
  28043 - Carnival Equpment Worker                           10.23
  28210 - Gate Attendant/Gate Tender                         15.14
  28310 - Lifeguard                                          11.73
  28350 - Park Attendant (Aide)                              16.75
  28510 - Recreation Aide/Health Facility Attendant          12.36
  28515 - Recreation Specialist                              16.28
  28630 - Sports Official                                    13.49
  28690 - Swimming Pool Operator                             17.05
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                 23.50
```

Page 5

05-2081

```
29020 - Hatch Tender                                             23.50
29030 - Line Handler                                             23.50
29041 - Stevedore I                                              21.91
29042 - Stevedore II                                             25.48
30000 - Technical Occupations
30010 - Air Traffic Control Specialist, Center (HFO)   (see 2)   38.39
30011 - Air Traffic Control Specialist, Station (HFO)  (see 2)   26.47
30012 - Air Traffic Control Specialist, Terminal (HFO) (see 2)   29.16
30021 - Archeological Technician I                               19.40
30022 - Archeological Technician II                              21.70
30023 - Archeological Technician III                             26.89
30030 - Cartographic Technician                                  26.41
30040 - Civil Engineering Technician                             24.61
30061 - Drafter/CAD Operator I                                   18.45
30062 - Drafter/CAD Operator II                                  20.65
30063 - Drafter/CAD Operator III                                 23.84
30064 - Drafter/CAD Operator IV                                  31.50
30081 - Engineering Technician I                                 18.44
30082 - Engineering Technician II                                20.69
30083 - Engineering Technician III                               23.15
30084 - Engineering Technician IV                                28.69
30085 - Engineering Technician V                                 35.09
30086 - Engineering Technician VI                                42.45
30090 - Environmental Technician                                 24.08
30210 - Laboratory Technician                                    21.37
30240 - Mathematical Technician                                  26.62
30361 - Paralegal/Legal Assistant I                              19.46
30362 - Paralegal/Legal Assistant II                             24.11
30363 - Paralegal/Legal Assistant III                            29.49
30364 - Paralegal/Legal Assistant IV                             35.68
30390 - Photo-Optics Technician                                  26.62
30461 - Technical Writer I                                       26.26
30462 - Technical Writer II                                      32.12
30463 - Technical Writer III                                     38.86
30491 - Unexploded Ordnance (UXO) Technician I                   24.40
30492 - Unexploded Ordnance (UXO) Technician II                  29.52
30493 - Unexploded Ordnance (UXO) Technician III                 35.38
30494 - Unexploded (UXO) Safety Escort                           24.40
30495 - Unexploded (UXO) Sweep Personnel                         24.40
30620 - Weather Observer, Combined Upper Air Or        (see 2)   23.84
Surface Programs
30621 - Weather Observer, Senior                       (see 2)   26.41
31000 - Transportation/Mobile Equipment Operation Occupations
31020 - Bus Aide                                                 11.89
31030 - Bus Driver                                               15.89
31043 - Driver Courier                                           14.49
31260 - Parking and Lot Attendant                                 9.13
31290 - Shuttle Bus Driver                                       15.55
31310 - Taxi Driver                                              12.89
31361 - Truckdriver, Light                                       15.55
31362 - Truckdriver, Medium                                      19.65
31363 - Truckdriver, Heavy                                       20.37
31364 - Truckdriver, Tractor-Trailer                             20.37
99000 - Miscellaneous Occupations
99030 - Cashier                                                  10.78
99050 - Desk Clerk                                               10.42
99095 - Embalmer                                                 23.94
99251 - Laboratory Animal Caretaker I                            10.92
99252 - Laboratory Animal Caretaker II                           11.74
99310 - Mortician                                                24.19
99410 - Pest Controller                                          20.41
99510 - Photofinishing Worker                                    12.03
99710 - Recycling Laborer                                        18.59
```

```
                                     05-2081
99711 - Recycling Specialist                                     22.42
99730 - Refuse Collector                                         16.70
99810 - Sales Clerk                                              12.60
99820 - School Crossing Guard                                    12.64
99830 - Survey Party Chief                                       22.70
99831 - Surveying Aide                                           12.60
99832 - Surveying Technician                                     20.64
99840 - Vending Machine Attendant                                14.38
99841 - Vending Machine Repairer                                 17.05
99842 - Vending Machine Repairer Helper                          14.38
```

_____

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.02 per hour or $160.80 per week or $696.79 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor, wherever employed, and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, Martin Luther
King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor
Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day.  (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.)  (See 29 CFR 4174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b), this wage determination does
not apply to any employee who individually qualifies as a bona fide executive,
administrative, or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals. (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition, because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example, if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate,
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally, because job titles vary widely and change quickly in the computer
industry, job titles are not determinative of the application of the computer
professional exemption.  Therefore, the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:
     (1) The application of systems analysis techniques and procedures, including
consulting with users, to determine hardware, software or system functional
specifications;
     (2) The design, development, documentation, analysis, creation, testing or
modification of computer systems or programs, including prototypes, based on and
                              Page 7

05-2081

related to user or system design specifications;
    (3) The design, documentation, testing, creation or modification of computer
programs related to machine operating systems; or
    (4) A combination of the aforementioned duties, the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty, you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees
employed in a position that represents a high degree of hazard when working with or
in close proximity to ordinance, explosives, and incendiary materials.  This
includes work such as screening, blending, dying, mixing, and pressing of sensitive
ordance, explosives, and pyrotechnic compositions such as lead azide, black powder
and photoflash powder.  All dry-house activities involving propellants or
explosives.
  Demilitarization, modification, renovation, demolition, and maintenance operations
on sensitive ordnance, explosives and incendiary materials.  All operations
involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with, or in close proximity to
ordance, (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands, face, or arms of the
employee engaged in the operation,  irritation of the skin, minor burns and the
like; minimal damage to immediate or adjacent work area or equipment being used.
All operations involving, unloading, storage, and hauling of ordance, explosive, and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract, by the employer, by the state or
local law, etc.), the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition, where uniform cleaning and maintenance is made
the responsibility of the employee, all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining
agreement providing for a different amount, or the furnishing of contrary
affirmative proof as to the actual cost), reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However, in
those instances where the uniforms furnished are made of "wash and wear"
materials, may be routinely washed and dried with other personal garments, and do
not require any special treatment such as dry cleaning, daily washing, or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract, by the contractor, by law, or by the nature of the work,
there is no requirement that employees be reimbursed for uniform maintenance costs.

Page 8

05-2081
REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form
1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e., the work to
be performed is not performed by any classification listed in the wage
determination), be classified by the contractor so as to provide a reasonable
relationship (i.e., appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination.  Such
conformed classes of employees shall be paid the monetary wages and furnished the
fringe benefits as are determined.  Such conforming process shall be initiated by
the contractor prior to the performance of contract work by such unlisted class(es)
of employees.  The conformed classification, wage rate, and/or fringe benefits shall
be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)}
When multiple wage determinations are included in a contract, a separate SF 1444
should be prepared for each wage determination to which a class(es) is to be
conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order
proposed classification title(s), a Federal grade equivalency (FGE) for each
proposed classification(s), job description(s), and rationale for proposed wage
rate(s), including information regarding the agreement or disagreement of the
authorized representative of the employees involved, or where there is no authorized
representative, the employees themselves.  This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action, together with the agency's recommendations and pertinent
information including the position of the contractor and the employees, to the Wage
and Hour Division, Employment Standards Administration, U.S. Department of Labor,
for review.  (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or
disapproves the action via transmittal to the agency contracting officer, or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of
Occupations" (the Directory) should be used to compare job definitions to insure
that duties requested are not performed by a classification already listed in the
wage determination.  Remember, it is not the job title, but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split, combine, or subdivide
classifications listed in the wage determination.

The duties of employees under job titles listed are those described in the
"Service Contract Act Directory of Occupations", Fifth Edition, April 2006,
unless otherwise indicated. Copies of the Directory are available on the Internet. A
links to the Directory may be found on the WHD home page at http://www.dol.

05-2081

gov/esa/whd/ or through the Wage Determinations On-Line (WDOL) Web site at http://wdol.gov/.