IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## DECLARATION OF ALEJANDRO HERNANDEZ TORRES

1. My name is Alejandro Hernandez Torres. I am over eighteen years old. I have personal knowledge of the contents of this declaration.

2. I was detained at the Aurora Detention Facility between approximately 4/3/2012 and 8/3/2015. That facility is operated by The GEO Group. During my time in the Aurora Detention Facility, I worked for GEO.

3. When I first arrived at the Aurora Detention Facility, I did not have a $1/day job in the voluntary work program. During that time, I had to work for no pay doing cleaning work in the common and private living areas. Every day, the guards would call on six of the detainees who didn't have a job in the voluntary work program. Those six individuals had to clean. The people the guards chose would rotate so that everybody had to take a turn on the cleaning crew. None of us got paid anything for the work we did on the cleaning crews. If anyone refused to do this work, they would be put in segregation, or "the hole." I know this because the guards told us that if anyone didn't do the work, they'd be put in segregation and because during the time I was detained, I witnessed at least 10 people get put in segregation for refusing to do the pod cleaning work. I remember that Ricardo

Pl. Ex. 11

Tinoco, "Alex" (I don't remember his last name), and Cesar Duran, among others were taken to segregation for refusing to do the unpaid cleaning work.

4. From approximately from the end of 2012 to July, 2015, I worked for GEO in the voluntary work program. My job was to clean and wax the floors for GEO. They paid $1/day for that work. I asked various guards if GEO could pay more than $1 per day. One guard, last name "Barajona" I believe, told me that GEO could only pay one dollar per day, no more.

5. You apply for the jobs and GEO personnel interview, hire and supervise you. The GEO people determine when you work and for how long. The pay rate is the same for every detainee I know to have worked in that program. I have known many people who have worked all kinds of jobs in the voluntary work program. I normally worked five to seven hours per day. The pay for that work was always $1/day.

6. I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

Executed on this __11__<sup>th</sup> day of __April__, 2016.


       _/s/ Alejandro Hernandez Torres_
       Alejandro Hernandez Torres

# Translator's Affidavit

I certify that I am fluent in Spanish and English. I certify that I have reviewed the attached documents and that the English is a true and accurate translation of the Spanish.

_[signature]_
Translator: Irene Vasquez

STATE OF COLORADO  )
                   ) ss.
COUNTY OF DENVER   )

Subscribed and sworn to me this 6th day of May, 2016 by Irene Vasquez.

_[signature]_
Notary Public

Witness my hand and official seal

[SEAL] ANTOINETTE VEGA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034021686
MY COMMISSION EXPIRES JULY 17, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## DECLARACIÓN DE ALEJANDRO HERNANDEZ TORRES

1. Mi nombre es Alejandro Hernandez Torres. Tengo más de dieciocho años de edad. Tengo conocimiento personal del contenido de esta declaración.

2. Fui detenido en el Centro de Detención de Aurora entre aproximadamente 4/3/2012 y 8/3/2015. Esa instalación está operada por el Grupo GEO. Durante mi tiempo en el sitio en el Centro de Detención de Aurora, trabajé para GEO.

3. Cuando llegué por primera vez en el Centro de Detención de Aurora, yo no tenía un trabajo de $1/día en el programa de trabajo voluntario. Durante ese tiempo, tuve que trabajar sin pago haciendo trabajos de limpieza en las zonas comunales y privadas. Todos los días, las guardias llamaban a seis de los detenidos. Esas seis personas tuvieron que limpiar. La gente que los guardias escojieron girarían para que todos tendrían una vuelta en el equipo de limpieza. No nos pagaron nada por el trabajo que hicimos en los equipos de limpieza. Si alguien se negó de hacer la limpieza, los mandaron al "hoyo" o segregación. Yo se que esto los guardias nos dijeron que si alguien se negó de hacer la limpieza, los

mandarían al hoyo, y porque durante el tiempo que fui detenido, yo vi por lo menos 10 personas que fueron mandados a segregación por no querer participar en la limpieza. Me acuerdo que Ricardo Tinoco, "Alex" (no me acuerdo de cómo se appellida), y Cesar Duran, entre otros, fueron mandados al hoyo por negarse de hacer la limpieza sin pago.

4. Desde aproximadamente los fines del 2012 a julio del 2015, trabajé para GEO en el programa de trabajo voluntario. Mi trabajo era de limpiar y encerar los pisos. Pagaban $1 por día por ese trabajo. Les pregunte a varias personas de GEO si podían pagar mas que $1 por día, y todos me dijeron que no. Un guardia, que se apellidaba "Barajona" yo creo, me dijo que GEO solo podía pagar $1 al día, no mas.

5. Solicita uno los puestos de trabajo y personal de GEO le entrevistan, le contraten y le supervisen. La gente GEO determinan cuando se trabaja y por cuánto tiempo. La tarifa de pago es lo mismo para todos los detenidos que he conocido que han trabajado en esta programa. He conocido muchas personas que han trabajado todo tipo de puestos de trabajo en el programa de trabajo voluntario. Normalmente, yo trabajaba dos de 5 a 7 horas por día. El pago por ese trabajo siempre era $1/día.

6. Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América, que lo anterior es verdadero y correcto.

Ejecutado en este ___11___ día de ___Abril___, 2016.

_____
Alejandro Hernandez Torres