**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

_____

**DECLARATION OF BRANDT P. MILSTEIN**

_____


1.      My name is Brandt Powers Milstein. I have achieved the age of majority and I have personal knowledge of the facts set forth in this affidavit.

2.      I am a 2006 graduate of the University of New Mexico School of Law, where I concurrently earned a *juris doctor* degree, with honors, and a Master's Degree in Latin American Studies, with honors, was awarded the Margaret Keiper Dailey Award for awareness of social problems, concern for people in trouble and dedication to a professional responsibility to provide equal justice for all, and was a member of the Order of the Coif.

3.      I am an attorney licensed to practice law in the States of Colorado and New Mexico and before the United States District Court for the District of Colorado, the United States District Court for the District of New Mexico, and the Tenth Circuit Court of Appeals.

4.      I have been a practicing attorney for ten years. I am currently in private practice as a sole practitioner. I focus my practice on representing low-wage immigrant workers in Fair Labor Standards Act (29 U.S.C. § 201 *et seq.*) and state wage law collective action litigation.

5.      During the period from 2006-2009, I practiced with a labor law firm in Albuquerque, New Mexico and represented labor unions and individuals in National Labor Relations Act, Public Employee Bargaining Act, Fair Labor Standards Act, Title VII and other labor-law related cases.

6.       I have taught CLE classes on representing low-wage workers in FLSA and state wage law actions for the American Immigration Lawyers Association, the Boulder County Bar Association, the Colorado Plaintiffs' Employment Lawyers Association, the Ohio Association for Justice and the New Mexico Hispanic Bar Association.

7.      I am bilingual, speaking, reading and writing both English and Spanish.

8.      I have been counsel on more than fifty Fair Labor Standards Act and state wage law cases in the federal and state courts.  Many of those cases were certified as collective actions under 29 U.S.C. § 216(b) or similar state laws. *See, e.g., Vara et al. v. TSM Properties, LLC, et al.,* Case No. 14-cv-00390-REB-BNB (United States District Court for the District of Colorado); *Montes v. Tafolino's Inc., et al.* Case No. 14-cv-03425-MSK-MJW (United States District Court for the District of Colorado); *Jara et al. v. George Medina Sr. d/b/a Café Chihuahua,* Case No. 14-cv-02701-RM-KMT (United States District Court for the District of Colorado); *Galindo v. CCRC, Inc. et al.*, Case No. 14-cv-00725-PAB-KMT; (United States District Court for the District of Colorado); *Palm et al. v. The Board of County Commissioners of Bernalillo County,* Case No. 09-CV-397 MCA-LAM (United States District Court for the District of New Mexico); *Zapata et al. v. Zadeyan, Inc. et al.* Case No. D-101-CV-2011-03322 (New Mexico State Court); *Gomez et al. v. SafetyNet Works, Inc. d/b/a MVD Express,* Case No. D-101-CV-2010-03962 (New Mexico State Court); *Torres et al. v. Professional Techniques, Inc. et al.*, Case No. CV-2010-13213 (New Mexico State Court).

9. I was appointed class counsel pursuant to Fed. R. Civ. P. 23 in *Ramirez v. El Tapatio, Inc. et al.,* Case No. 13-cv-00861-REB-BNB (United States District Court for the District of Colorado) and *Pliego v. Los Arcos Mexican Restaurants, Inc. et al.*, Case No. 14-cv-01686-RM-KMT (United States District Court for the District of Colorado).

10.      I have been retained by the Plaintiffs in the instant putative class action.  To date, I have devoted more than 171 billable hours to the investigation, development and litigation of this case.

11.      My law firm and my co-counsel have committed to advancing the Plaintiffs' costs of litigation in this case. While counsel will advance them, the Plaintiffs have agreed to assume ultimate responsibility for these costs.  The representative Plaintiffs have further agreed to bear ultimate responsibility for a *pro rata* share of the cost of providing notice

to the Rule 23 class. Regardless, my law firm and my co-counsel will advance the actual costs of providing appropriate notice to the putative class.

12.     Plaintiffs' retainer agreements in this action only allow their attorneys to recover attorney fees if Plaintiffs prevail.

13.      I seek appointment as class counsel in this matter.  I would be honored to represent the Plaintiff class and would use my best professional efforts in so doing. If given the opportunity, I will fairly and adequately represent the interests of the class.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 3, 2016.            s/Brandt P. Milstein_____
                                    Brandt P. Milstein

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

# DECLARATION OF R. ANDREW FREE

---

      I, R. Andrew Free, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for the Plaintiff in the above-captioned action.

2. I am a 2010 graduate of Vanderbilt University Law School, where I was awarded the Bennett Douglas Bell Memorial Prize.

3. I have been practicing law since 2011.

4. During law school, I served as a Community Services Team Intern at Holland & Knight in Washington, D.C., and as a Summer Associate at Winston & Strawn, LLP in San Francisco, California. Following graduation, I began working and eventually assumed the position of Litigation Counsel at Ozment Law in Nashville, Tennessee, which is a boutique immigration and civil rights firm. In September 2013, I founded my own law

practice and became Of Counsel to Barrett Johnston Martin & Garrison in Nashville, Tennessee.

5. I am currently Managing Attorney at the Law Office of Andrew Free.

6. My firm and our co-counsel in this litigation are committed to advancing all costs of this litigation.

7. I am proficient in Spanish, and my Paralegal is a native Spanish speaker.

8. I have spent over 200 hours investigating the claims and facts in this case.

9. In addition to this case, I am or was counsel of record for the following cases in the federal district courts:

1. *Villegas v. Metropolitan Government of Davidson County/Nashville – Davidson County Sheriff's Office*, No. 3:09-cv-00219 (M.D. Tenn.)

2. *Dionicio v. Allison*, 3:09-cv-00575 (M.D. Tenn.)

3. *Ramos-Macario v. Jones*, No. 3:10-cv-00813 (M.D. Tenn.)

4. *Tapia-Tovar v. Epley*, 3:11-cv-00102 (M.D. Tenn.)

5. *Renteria-Villegas v. Metropolitan Government of Nashville & Davidson County*, No. 3:11-cv-00218 (M.D. Tenn.)

6. *Ozment v. United States Department of Homeland Security, Immigration and Customs Enforcement*, No. 3:11-cv-00429 (M.D. Tenn.)

7. *Cahuec-Castro v. Worsham*, No. 3:11-cv-00928 (M.D. Tenn.)

8. *Escobar v. Gaines*, No. 3:11-cv-00994 (M.D. Tenn.)

9. *Martinez v. Gaines*, No. 3:11-cv-01030 (M.D. Tenn.)

10. *Rios-Quiroz v. Williamson County, Tennessee*, No. 3:11-cv-01168 (M.D. Tenn.)

11.   *Ramirez-Mendoza v. Maury County, Tennessee*, No. 1:12-cv-00014 (M.D. Tenn.)

12.   *United Steelworkers of America, Local Union 9426 v. Metropolitan Government of Nashville, Davidson County, Tennessee*, No. 3:12-cv-00120 (M.D. Tenn.)

13.   *Garcia v. Department of Homeland Security*, No. 3:12-cv-00354 (M.D. Tenn.)

14.   *Rosenboom v. Contec Construction, LLC*, No. 3:12-cv-00494 (M.D. Tenn.)

15.   *Santos-Garcia v. Cheatham County, Tennessee*, No. 3:12-cv-00826 (M.D. Tenn.)

16.   *Patel v. Miller*, 3:13-cv-00242 (M.D. Tenn.)

17.   *Moore v. Trevecca Nazarene University*, No. 3:13-cv-00276 (M.D. Tenn.)

18.   *Ramirez-Anzo v. Department of Homeland Security, U.S. Immigration and Customs Enforcement*, No. 3:13-cv-00682 (M.D. Tenn.)

19.   *Ajualip-Miranda v. United States Department of Homeland Security, U.S. Immigration and Customs Enforcement*, No. 3:13-cv-00715 (M.D. Tenn.)

20.   *Harrington v. Haslam*, No. 3:13-cv-01090 (M.D. Tenn.)

21.   *Retana-Correa v. Morris Drywall Systems, Inc.*, No. 3:13-cv-728 (M.D. La.)

22.   *Miller v. Maddox*, 3:13-cv-01270 (M.D. Tenn.)

23.   *Stevens v. United States Department of Justice*, No. 1:13-cv-2780 (N.D. Ill.)

24.   *Stevens v. Department of Homeland Security*, No. 1:13-cv-3382 (N.D. Ill.)

25.   *Stevens v. United States Department of State*, No. 1:13-cv-5152 (N.D. Ill.)

26.   *Howe v. Aytes*, 2:14-cv-00077 (M.D. Tenn.)

27.   *Beasley v. Turner*, 1:14-cv-00148 (M.D. Tenn.)

28.   *Bentz v. Sumner County, Tennessee*, No. 3:14-cv-02300 (M.D. Tenn.)

29. *Contreras v. Corsicana Bedding, Inc.*, No. 4:14-cv-00006-HSM-SKL (E.D. Tenn.)

30. *Pascual v. Corsicana Bedding, Inc.*, No. 4:14-cv-00008-HSM-SKL (E.D. Tenn.)

31. *Gonzalez v. United States of America*, No. 2:14-cv-00696-CJB-JCW (E.D. La.)

32. *Stevens v. U.S. Dep't of Homeland Security, Immigration & Customs Enforcement*, No. 1:14-cv-3305 (N.D. Ill.)

33. *Figueroa-Barajas v. Lund*, No. 2:14-cv-1051-SSV-JCW (E.D. La.)

34. *Ayala-Rosales v. Teal*, No. 4:14-cv-00048-HSM-CHS (E.D. Tenn.)

35. *Stevens v. U.S. Dep't of Homeland Security*, No. 1:14-cv-08133 (N.D. Ill.)

36. *Quick v. Hamilton County, Tennessee*, No. 1:14-cv-00478-CLC-SKL (E.D. Tenn.)

37. *Medina-Resendiz v. Kaylor*, No. 1:15-cv-00086-TRM-CHS (E.D. Tenn.)

38. *Lopez v. Kaylor*, No. 1:15-cv-00202-TRM-CHS (E.D. Tenn.)

39. *Mehta v. U.S. Department of State*, No. 2:15-cv-01533-RSM (W.D. Wash.)

40. *Benjamin v. U.S. Department of State*, No. 1:15-cv-00160-ABJ (D.D.C.)

41. *Koukoulomates v. Kerry*, No. 1:15-cv-00384 (D.D.C.)

42. *Sandoval v. Loy*, No. 3:15-cv-00444 (M.D. Tenn.)

43. *Davis v. Grinder*, No. 3:15-cv-00763 (M.D. Tenn.)

44. *Gutierrez-Cruz v. Lucero*, No. 5:15-cv-00631 (W.D. Tex.)

45. *RAICES, Inc. v. U.S. Immigration and Customs Enforcement*, No. 1:15-cv-01318-JEB (D.D.C.)

46. *Contreras-Casco v. Lucero*, No. 5:15-cv-00716 (W.D. Tex.)

47. *Quiroz-Trejo v. Rivera*, 3:15-cv-01020 (M.D. Tenn.)

48. *Melendez de Segovia v. Johnson*, No. 1:15-cv-02019 (D.D.C.)

49. *Cadet v. Kerry*, No. 1:16-cv-00328 (D.D.C.)

50. *John Doe v. United States of America*, Case No pending (M.D. Tenn. Filed May 5, 2016).

10. Several of these cases are putative class or collective actions, including *Mehta v. U.S. Department of State*, No. 2:15-cv-01533-RSM (W.D. Wash.) (putative class of 60,000+ foreign nationals); *Pascual v. Corsicana Bedding, Inc.* No. . 4:14-cv-00008-HSM-SKL (E.D. Tenn.)(certified collective action of 80+ workers, predominantly non-English speakers); *Ramirez-Mendoza v. Maury County, Tennessee*, No. 1:12-cv-00014 (E.D. Tenn.) (putative class of unlawfully held non-citizen detainees); *Retana-Correa v. Morris Drywall Systems*, No. 3:13-cv-728 (M.D. La.)

11. Some of these cases are or were certified as 29 U.S.C. § 216(b) collective actions. *See Pascual v. Corsicana Bedding, Inc.* & *Retana-Correa v. Morris Drywall Systems*.

12. The vast majority of all of my district court litigation work involves unlawful treatment by government officials or their agents against non-citizens in various forms of custody or immigration detention, or requests for records relating thereto. A substantial portion of the remainder of these cases involves federal and/or state claims on behalf of low-wage workers.

13. As part of my representation of clients in Freedom of Information Act lawsuits and damages actions under *Bivens* and the Federal Tort Claims Act, I have become uniquely familiar with the agreements, policies, procedures, regulations, and general legal regimes

government noncitizens in ICE detention, and the conditions under which they are forced to perform labor. *See, e.g.*, *Stevens v. U.S. Dept. of Homeland Security – U.S. Immigration and Customs Enforcement*, No. 1:14-cv-3305 (N.D. Ill.) (demanding agency records regarding the Voluntary Work Program, grievances by detainees involved in the program, and policy and procedure guidance from the agency regarding the program's function). Through these cases, I have amassed and reviewed tens of thousands of pages of primary source documents relating to ICE detention, private prison contracting, and the work detainees and others perform in ICE facilities.

14. In addition, I have represented hundreds of individuals in various stages of deportation proceedings, including scores of individuals detained at facilities across the United States. Through direct interviews with these clients regarding the conditions of their confinement and analysis of documents from The GEO Group, Inc. and ICE, I have become intimately familiar with the processes, procedures, and practices surrounding the detainee voluntary work program and forced labor programs at GEO facilities in Colorado and in other locations.

15. I have also consulted with, represented, and advised whistleblowers who are former employees of The GEO Group, Inc.

16. Plaintiffs' retainer agreements in this action only allows their attorneys to recover attorneys' fees if Plaintiffs prevail.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on May 6, 2016

s/R. Andrew Free
R. Andrew Free, Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

# DECLARATION OF ATTORNEY HANS MEYER

---

      I, Hans Meyer, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for the Plaintiffs in the above-captioned action.

2. I graduated from the University of Denver Sturm College of Law in May of 2006.

3. I have been practicing law since 2006.

4. I am currently the principal at The Meyer Law Office P.C., which focuses on immigration law and removal defense, criminal defense, and the immigration consequences of criminal activity. My firm represents noncitizens in general immigration matters before Citizenship and Immigration Services, the Denver Immigration Courts and the Board of Immigration Appeals, and the federal courts with an emphasis in removal defense and criminal immigration issues. My firm also provides criminal defense representation in misdemeanor and felony criminal matters, primarily

for noncitizen clients, including post-conviction review matters.  We also serve as the expert immigration consequences advisement resource for the Colorado Alternate Defense Counsel (ADC) to provide technical advisements to ADC attorneys and clients regarding the potential immigration consequences of criminal offenses.

5.  Many of my clients, including my clients in this case, are or were detained in Defendant's Aurora detention facility and, as a result, I am frequently at the facility and am very familiar with the facility.

6.  Before starting The Meyer Law Office, P.C., I was a Deputy State Public Defender in the Colorado State Public Defender's office from 2006 to 2010. There, I managed immigration advisement program to train defense attorneys on immigration issues faced by noncitizen clients, provided technical advisements to individual clients and attorneys in the public defender system throughout the state, and produced Colorado-specific immigration reference and training materials for the Colorado State Public Defender. From 2010 until 2012, I served and the Director of Public Policy for the Colorado Immigration Rights Coalition, focusing on local, state, and federal immigration law and policy, as well as criminal justice policy.

7.  The Meyer Law Office, P.C. has a staff of eight employees, including myself and three attorneys, two paralegals, an office manager, and a receptionist.  Myself and all of our firm employees are bilingual, all of whom speak English and Spanish fluently.

8.  I have spent over 40 hours investigating this case.

9.  I am or was counsel of record in immigration administrative actions before the Denver Immigration Court and the Board of Immigration Appeals, as well as benefit

adjudications before the United States Citizenship and Immigration Services.  I have more than 300 clients who I have represented in immigration matters.

10. I am or was counsel of record for the following cases in the federal district courts:

- Nieto Baquera v. Longshore et al, 1:13-cv-00543-RM-MEH

- Andujo-Andujo v. Longshore et al, 1:14-cv-01532-REB

- Menocal-Lepe v. Longshore et al, 1:14-cv-02122-WJM

- Pena-Trevino v. Longshore et al, 1:14-cv-02277-PAB

- Vasquez Barraza v. Longshore et al, 1:15-cv-00214-CMA

- Chavez Perez v. Longshore et al, 1:15-cv-00390-RM

11. All of these cases allege claims on behalf of low-wage non-citizen immigrants, many of whom were or are detained in the Aurora detention facility.

12.  Plaintiffs' retainers in this action only allows their attorneys to recover attorneys' fees if Plaintiffs prevail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on the 6th of May, 2016.

Hans Meyer, Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

---

# DECLARATION OF ATTORNEY ALEXANDER HOOD

---

I, Alexander Hood, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for the Plaintiffs in the above-captioned action.

2. I graduated from Williams College in 2002 and received my law degree *cum laude* from Boston College Law School in 2010.

3. I have been practicing law since 2010.

4. I am the Director of Litigation and an attorney for Towards Justice, a non-profit legal organization. I am one of two founding attorneys at Towards Justice.

5. Plaintiffs' counsel are committed to advancing all costs of this litigation.

6. I have spent over 200 hours investigating this case.

7. I am or was counsel of record for the following cases in the federal courts:

   - 11-cv-00110-JLK Abdon et al v. Maneotis et al (D. Colo.)

1

- 11-cv-00234-CMA-KMT Hernandez v. Moore et al (D. Colo.)

- 12-cv-02546-WJM-CBS Ayon v. Kent Denver School et al (D. Colo.)

- 13-cv-00451-CMA-CBS Martinez Vasquez v. Leonard Farms and Livestock, LLC et al (D. Colo.)

- 13-cv-01306-RBJ-CBS Perez v. LFI FORT PIERCE, INC., et al (D. Colo.)

- 13-cv-02309-REB-MJW Mancia Rivera v. Carniceria y Verduleria Guadalajara Inc. et al (D. Colo.)

- 13-cv-02415-WJM-KMT Evans, et al v. Loveland Automotive Investments, Inc., et al (D. Colo.)

- 14-cv-00858-PAB-KMT Gentry, et al v. National Multi List Service, Inc., et al (D. Colo.)

- 14-cv-01614-CMA-MJW Avendano v. Averus, Inc. et al (D. Colo.)

- 14-cv-01785-MSK-MJW Armijo, et al v. Star Farms, Inc. et al (D. Colo.)

- 14-cv-01953-REB-NYW Garza v. Western Stone of Lyons, LLC et al (D. Colo.)

- 14-cv-02057-PAB-NYW Avina Painting Works LLC et al v. Smedra et al (D. Colo.)

- 14-cv-02253-PAB-CBS Villalobos et al v. JMS Building et al (D. Colo.)

- 14-cv-03074-CMA-CBS Beltran v. Noonan et al (D. Colo.)

- 15-cv-00047-MSK-MEH Cota Martinez et al v. Xclusive Management LLC et al (D. Colo.)

- 15-cv-00168-WJM-KLM Rojas et al v. Westco Framers LLC et al (D. Colo.)

- 15-cv-01889-CBS Llacua et al v. Western Range Association et al (D. Colo.)

- 15-cv-01562-BAH, HISPANIC AFFAIRS PROJECT , et al v. PEREZ, et al (D. D.C.)

- 16-cv-00671-MJW Valverde v. Xclusive Staffing, Inc. et al (D. Colo.)

- 16-cv-00237-MMD-VPC Castillo v. Western Range Association et al (D. Nev.)

8. Many of these cases are putative class or collective actions.

9. Two of these cases are certified class actions in which I am appointed class counsel (13-cv-02309; 14-cv-01785).

10. I am also named class counsel in a class action pending in the Colorado State Courts, Heredia v. Sundance Steel, 2013CV032542.

11. The vast majority of all of these cases allege federal and/or state claims on behalf of low-wage, often Spanish speaking, workers.

12. Plaintiffs' counsel's retainer agreement with Plaintiffs only allows them to recover attorneys' fees if Plaintiffs prevails.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on 5/6/2016

s/Alexander Hood
Alexander Hood, Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## DECLARATION OF ATTORNEY ANDREW SCHMIDT

---

I, Andrew Schmidt, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for the Plaintiffs in the above-captioned action. I will enter my appearance forthwith.

2. I graduated *Phi Beta Kappa* from Dartmouth College in 2002 and earned my law degree from the University of Virginia in 2006.

3. I co-founded Towards Justice, a Colorado non-profit legal organization dedicated to representing low wage workers.

4. I was the Director of Litigation at Towards Justice until 2014, when I moved to Maine.

5. I am currently the principal at Andrew Schmidt Law PLLC in Portland, Maine but in addition continue to serve of Counsel to Towards Justice.

6. I am bilingual and speak both English and Spanish fluently.

7. I have well spent over 40 hours investigating this case.

8. I appeared as counsel of record in the following putative class or collective actions in Federal Court:

| court_id | case_no | case_title |
|---|---|---|
| nysdce | 1:2015-cv-09796 | Meyer v. Kalanick |
| medce | 2:2016-cv-00058 | GIGUERE v. PORT RESOURCES INC |
| medce | 2:2016-cv-00070 | EGELAND v. BANGKOK THAI ENTERPRISES et al |
| codce | 1:2013-cv-02309 | Mancia Rivera v. Carniceria y Verduleria Guadalajara Inc. et al |
| codce | 1:2015-cv-01889 | Llacua et al v. Western Range Association et al |
| codce | 1:2008-cv-02250 | Ugarte v. Star Farms, Inc. et al |
| medce | 2:2015-cv-00348 | PEREZ v. SHUCKS MAINE LOBSTER LLC et al |
| madce | 1:16-cv-10095 | Montoya v. CRST Expedited, Inc. |
| madce | 1:15-cv-10603 | Oliveira v. New Prime, Inc. |

9. I was named class counsel by Judge Blackburn in Mancia Rivera v. Carniceria 13-cv-02309-REB-MJW.

10. Plaintiffs' retainers in this action only allows their attorneys to recover attorneys' fees if Plaintiffs prevail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on **May 6, 2016**

s/__Andrew Schmidt_____
Andrew Schmidt, Attorney for the Plaintiffs

# DECLARATION OF DAVID SELIGMAN

I, David Seligman, swear or attest that I am at least 18 years old and the following is true based on my personal knowledge:

1. I am a staff attorney at Towards Justice and counsel for Plaintiffs in this action.

2. I have been practicing law since 2013, after having clerked for federal district and appellate court judges.

3. I am the author of numerous treatises and reports relating to class actions, including: The Model State Consumer & Employee Justice Enforcement Act, April 2015; National Consumer Law Center, *Consumer Arbitration Agreements: Enforceability and Other Topics* (7th ed. 2014) & (6th ed.) (2013 Supp.); National Consumer Law Center, *Consumer Class Actions* (8th ed.) (2014 Supp.).

4. In October 2015, I attended a three-day "Class Action Training Institute" hosted by experienced class action lawyers from the Impact Fund.

5. I have spent over 10 hours investigating this case and preparing this motion.

6. I am counsel of record for the following cases in the District of Colorado:

   - 1:14-cv-00858-PAB-KMT, Gentry, et al v. National Multi List Service, Inc., et al

   - 1:14-cv-01614-CMA-MJW, Avendano v. Averus, Inc. et al

   - 1:14-cv-01953-REB-NYW, Garza v. Western Stone of Lyons, LLC et al.

   - 1:15-cv-01889-CBS, Llacua et al v. Western Range Association et al

7. Two of these cases are putative class or collective actions (1:14-cv-01614-CMA-MJW, 1:15-cv-01889-CBS)

May 6, 2016 _____     /s/ David Seligman_____
Date                                     Signature

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

---

**AFFIDAVIT OF ANDREW H. TURNER**

---

1.    My name is Andrew Hess Turner. I have achieved the age of majority and I have personal knowledge of the facts set forth in this affidavit.

2.    I am an attorney for the Plaintiffs in the above-captioned action.

3.    I am a 2002 *cum laude* graduate of the New York University School of Law.

4.    I am an attorney, licensed to practice law in Colorado. I was admitted to practice law in Virginia in October of 2002. I was admitted to practice law in Alabama in September of 2009. I was admitted to practice law in Colorado in October of 2011. I voluntarily assumed inactive status in the Alabama State Bar in September of 2011. I voluntarily resigned my membership in the Virginia State Bar in November of 2011.

5.    I was admitted to practice before the United States District Court for the District of Colorado on January 9, 2012. I am admitted to practice before all courts of the State of Colorado, the U.S. District Court for the

Northern District of Alabama, the U.S. District Court for the Middle District of Alabama, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Western District of Virginia, and the U.S. Courts of Appeals for the Fourth, Sixth, Tenth and Eleventh Circuits.

6.      Upon graduation and admission to the bar, I began practicing in Charlottesville, Virginia with the Legal Aid Justice Center's Virginia Justice Center for Farm and Immigrant Workers project. There I represented approximately one hundred indigent migrant laborers in numerous labor standards cases before state and federal courts in Virginia.

7.      From January of 2005 through September of 2011, I was employed by the Southern Poverty Law Center in Montgomery, Alabama. During my tenure at the Southern Poverty Law Center ("SPLC") I focused almost exclusively on litigating labor standards and civil rights cases on behalf of indigent immigrant workers and rose to the rank of Senior Staff Attorney. I was lead counsel on approximately ten pieces of federal litigation during that time. Several of my cases were class and collective actions. During my time with SPLC, I was class counsel for certified Rule 23 classes in three labor standards cases. *Recinos-Recinos v. Express Forestry, Inc.*, 233 F.R.D. 472 (E.D. La. 2006); *DeLeon-Granados v. Eller & Sons Trees, Inc.*,No. 1:05-CV-1473-CC, 2006 U.S. Dist. LEXIS 73781 (N.D. Ga. Sept. 28, 2006); *Rosiles-Perez v. Superior Forestry Serv.*, 250 F.R.D. 332 (M.D. Tenn. 2008). I was class counsel for another putative collective action which was successfully settled on a classwide basis prior to certification. *Garcia v. Audubon Cmtys. Mgt.,* 08-1291 SECTION "C" (5) (E.D. La. filed Mar. 17, 2008). During my time at SPLC, I argued and briefed successful appeals before the 6th and 11th Circuits. *DeLeon-Granados v. Eller & Sons Trees, Inc.*, 497 F.3d 1214 (11th Cir. 2007). I secured the first reported decision granting U Nonimmigrant Visa certification to workers who were victims of human trafficking. *Garcia v. Audubon Cmtys. Mgt.*, 08-1291 SECTION "C" (5), 2008 U.S. Dist. LEXIS 31221 (E.D. La. Apr. 15, 2008). I successfully argued and briefed a novel question of Workers Compensation Law before South Carolina Supreme Court. *Pierre v. Seaside Farms, Inc.,* 386 S.C. 534, 689 S.E.2d 615 (S.C. 2010).

8.      In October of 2011, I became an Associate with the Denver, Colorado labor law firm of Buescher, Goldhammer, Kelman & Perera, P.C. In January of 2015, I became a partner in the firm, which is now Buescher, Kelman, Perera & Turner, P.C. Since I began practice in Colorado, I have

served as lead litigation counsel in thirty state and federal labor law cases filed on behalf of individuals and classes. During my time with my current firm, I have been approved as class counsel in two additional Rule 23 labor standards class actions. *Ramirez, et. al. v. El Tapatio, Inc. et. al.,* 1:13-cv-00861-REB-BNB, Doc. 58 at 3 (D. Colo. Jun. 13, 2014)(Blackburn, J.); *Reams, et. al. v. Coast to Coast Trade Show Services, Inc.,* 2015CV31412 (Denver Dist Ct. Apr. 20, 2015)(Starrs, J.).

9.     I have taught numerous CLE classes in my practice area and have authored instructional materials regarding the civil and labor rights of immigrant workers. *See e.g.,* Andrew Turner, Daniel Werner & Vanessa Spinazola, <u>CASE NOTE: Case of First Impression: Federal Judge in Civil Case May Certify U Visa Applications of Undocumented Immigrant Human Trafficking Victims</u>, 42 Clearinghouse Rev. 510 (2009).

10.     Together with my co-counsel, I seek appointment as class counsel for the Plaintiff classes alleged in this case. If appointed, I will provide vigorous, faithful and adequate representation to the class and will protect the interests of the class.

11.     My firm and co-counsel are together committed to advancing all costs of this litigation.

12.     I have been certified as proficient in reading, writing and speaking the Spanish language. My firm employs an additional full-time litigation support assistant who is bilingual in Spanish.

13.     I have spent over 246.8 hours in the investigation and preparation of this case.

14.     The retainer agreements Plaintiffs in this action have executed permit their attorneys to recover attorneys' fees only in the event of a favorable judgment or settlement.

I swear under penalty of perjury that the information in this affidavit is true to the best of my memory, knowledge and belief.

_____
Andrew H. Turner

STATE OF COLORADO
                              )
                              ) ss.
COUNTY OF DENVER )

Subscribed and sworn to me this 4th day of May _____,
2016 by Andrew H. Turner.

_____
Notary Public

Witness my hand and official seal

[SEAL]

> IRENE VASQUEZ
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20014035845
> MY COMMISSION EXPIRES NOVEMBER 13, 2017