**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

**NOTICE OF FILING OF EXHIBITS TO PLAINTIFFS' MOTION TO CERTIFY [ECF DOC. 49] AS RESTRICTED DOCUMENTS PURSUANT TO D.C.COLO.LCIVR 7.2**

TO THE COURT AND ALL PARTIES TO THE ABOVE-CAPTIONED CASE:

    Accompanying this notice, the Plaintiffs in the above captioned action are filing exhibits to their Motion to Certify [ECF Doc. 49] as Restricted Documents – Level 1 pursuant to D.C.COLO.LCivR 7.2. This filing is contingent on an appropriate motion to restrict under that rule.

Dated: 5/6/2016                 Respectfully Submitted,

                                         *S/ Alexander Hood*
                                         Alexander Hood
                                         Towards Justice
                                         1535 High St., Suite 300
                                         Denver, CO 80218
                                         (720) 441-2236
                                         alex@towardsjustice.org

                                         *Attorney for Plaintiffs*

1

2

## Certificate of Service

  I hereby certify that on 5/6/2016, the above was filed using this Court's CM/ECF system, which caused all counsel of record to be served electronically pursuant to FRCP 5.

               s/ Alexander Hood
               Alexander Hood
               Attorney for the Plaintiffs