IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____

RULE 30(b)(6) DEPOSITION OF:
DAWN CEJA - March 29, 2016
The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____

PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of DAWN CEJA, THE GEO GROUP, INC., was
taken on behalf of the Plaintiffs at 600 Grant Street,
Suite 450, Denver, Colorado 80203, on March 29, 2016,
at 9:34 a.m., before Darcy Curtis, Registered
Professional Reporter and Notary Public within
Colorado.

**H+G**

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

Your Partner in Making the Record

■ www.huntergeist.com
■ scheduling@huntergeist.com

Pl. Ex. 1

## 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____
RULE 30(b)(6) DEPOSITION OF:
DAWN CEJA - March 29, 2016
The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____

PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of DAWN CEJA, THE GEO GROUP, INC., was
taken on behalf of the Plaintiffs at 600 Grant Street,
Suite 450, Denver, Colorado 80203, on March 29, 2016,
at 9:34 a.m., before Darcy Curtis, Registered
Professional Reporter and Notary Public within
Colorado.

## 2

A P P E A R A N C E S
For the Plaintiffs:
    ANDREW FREE, ESQ.
    Law Office of R. Andrew Free
    1212 7th Avenue North
    Nashville, Tennessee 37208

    ALEXANDER HOOD, ESQ.
    Towards Justice
    1535 High Street
    Suite 300
    Denver, Colorado 80218

    ANDREW H. TURNER, ESQ.
    Buescher, Kelman, Perera & Turner, P.C.
    600 Grant Street
    Suite 450
    Denver, Colorado 80203

    BRANDT P. MILSTEIN, ESQ.
    Milstein Law Office
    595 Canyon Boulevard
    Boulder, Colorado 80302

For the Defendant:

    SHELBY A. FELTON, ESQ.
    Vaughan & DeMuro
    720 South Colorado Boulevard
    Penthouse, North Tower
    Denver, Colorado 80246

## 3

I N D E X
EXAMINATION OF DAWN CEJA:                          PAGE
March 29, 2016

By Mr. Free                                           5

*   REQUEST BY MR. FREE
    Pages 73, line 22 through 76, line 25
                                                 INITIAL
DEPOSITION EXHIBITS:                            REFERENCE

Exhibit 1  Amended Notice of FRCP 30(b)(6)            5
           Deposition of Defendant The GEO
           Group, Inc.

Exhibit 2  Defendant's Initial 26(a)(1)             32
           Disclosures, with attachments
Exhibit 3  Aurora/ICE Processing Center,            41
           Policy and Procedure Manual,
           Sanitation, 12.1.4-AUR
Exhibit 4  Clean-Up Lists                           82
Exhibit 5  Detainee Handbook, PL000051             87
           through PL000055

Exhibit 6  Memorandum to Special                   104
           Management Unit from IDP
           (Hearing Panel), 10/24/14,
           with attachments
Exhibit 7  Attachment #6-ICE voluntary            155
           work program form

Exhibit 8  Aurora Detention Center,                158
           Policy and Procedure Manual,
           Detainee Work Program,
           8.1.8-AUR, with attachment
Exhibit 9  (CONFIDENTIAL) Letter to Sanchez        177
           from Choate, 12/10/12, with
           attachments

## 4

1     WHEREUPON, the following proceedings
2  were taken pursuant to the Federal Rules of Civil
3  Procedure.
4          *   *   *   *   *
5          DAWN CEJA,
6  having been first duly sworn to state the whole truth,
7  testified as follows:
8          MR. FREE:  Okay.  Good morning, Ms. Ceja.
9  My name is Andrew Free.  I am one of the plaintiffs'
10  counsel in this case.  And before we go any further, I
11  think the local rules would like us to identify all of
12  the parties.  Can you do that, Court Reporter?
13          (Discussion off the record.)
14          THE COURT REPORTER:  Good morning.  This
15  is Darcy Curtis, the court reporter.  The date is
16  March 29, 2016, at 9:36 a.m.  I am with Hunter +
17  Geist, 1900 Grant Street, Suite 1025, Denver,
18  Colorado.  Present in the room is the deponent, Dawn
19  Ceja, as well as counsel.
20          MR. FREE:  My name is Andrew Free, one of
21  the counsel for Mr. Menocal and the plaintiffs in this
22  case.
23          MR. HOOD:  I'm Alexander Hood from
24  Towards Justice, and I'm counsel for the plaintiffs as
25  well.

5

1       MR. TURNER:  Andrew Turner, counsel for
2   plaintiffs.
3       MR. MILSTEIN:  Brandt Milstein, counsel
4   for plaintiffs.
5       MS. FELTON:  Shelby Felton, counsel for
6   defendant.
7           EXAMINATION
8   BY MR. FREE:
9       Q.  And just to be clear, we're here on a
10  deposition under Federal Rules of Civil Procedure
11  30(b)(6).  So this was a deposition that was noticed
12  for The GEO Group, which is the defendant in this
13  case.  I'll just ask you to open your binder to Tab 1
14  and there you will find the deposition notice, which
15  we will enter as Exhibit 1 to this deposition.
16          (Deposition Exhibit 1 was marked.)
17      Q.  Ms. Ceja, The GEO Group has designated
18  you as a witness who is knowledgeable on certain
19  aspects of our 30(b)(6) deposition notice.  Is that
20  your understanding?
21      A.  Yes.
22      Q.  And you're prepared to testify here today
23  on those subjects that GEO has noticed you for; is
24  that right?
25      A.  Yes.

6

1       Q.  Before we go any further, have you ever
2   given a deposition before?
3       A.  Yes.
4       Q.  Do you remember the name of the case or
5   cases in which you've provided a deposition?
6       A.  Some of them.
7       Q.  About how many times would you say you've
8   been deposed?
9       A.  Approximately four or five.
10      Q.  Were those in state or federal court?
11      A.  District or federal.  I don't recall.
12      Q.  Do you remember when the last time you
13  were deposed was?
14      A.  Approximately two years ago.
15      Q.  Okay.  Have you ever given a deposition
16  as a 30(b)(6) witness; in other words, a witness that
17  The GEO Group has designated as a person who is
18  knowledgeable in the areas that the other side wanted
19  to know about?
20      A.  Yes.
21      Q.  How many times have you done that?
22      A.  Once.
23      Q.  Do you remember what that case was about?
24      A.  I do not.
25      Q.  Do you remember about when that was?

7

1       A.  I do not.
2       Q.  Okay.  Well, you've probably heard all of
3   this before, but we'll cover it again just so that
4   we're clear and we're on the same page in terms of the
5   rules of the road that we want to follow today.  First
6   of all, this is not an endurance contest.  If at any
7   point you need to take a break, you need to use the
8   restroom, you need a sip of water, I would ask that
9   you let me know and we'll take a break.
10      A.  Okay.
11      Q.  Okay.  With one minor exception, if there
12  is a question pending and you have not answered it or
13  completed your answer or there's an objection pending,
14  I would ask that we not take a break while the
15  question is pending.  Okay?
16      A.  Okay.
17      Q.  Is that fair?
18      A.  Yes.
19      Q.  All right.  The second thing that you
20  probably know from being deposed before is that each
21  answer needs to be an audible answer so that the court
22  reporter can record it.  And it can't be anything, you
23  know, that is sort of a grunt, like uh-huh or huh-uh,
24  because those look basically the same on a transcript.
25  Okay?

8

1       A.  Yes.
2       Q.  The third thing that we need to be
3   mindful of is that if we talk over each other, the
4   court reporter is going to have a hard time knowing
5   who is saying what and when.  I would ask that you let
6   me finish my question, and I will definitely try to
7   let you finish your answer.  Is that fair?
8       A.  Yes.
9       Q.  Great.  If for any reason you don't
10  understand a question that I ask, if you would be so
11  kind as to tell me.  If you answer a question that
12  I've asked, I'm going to assume that you understood
13  it.  Is that fair?
14      A.  Yes.
15      Q.  Okay.  If you can't hear me or if there's
16  anything unclear about anything that I've said in
17  terms of terminology or anything like that, just feel
18  free to tell me and I'll try and rephrase it.
19      A.  Okay.
20      Q.  Okay.  Great.  Similarly, if you want to
21  correct or modify or expand upon something that you've
22  already said in this deposition, I want you to feel
23  free to let me know that that answer needs to be
24  modified or corrected or expanded.  Is that fair?
25      A.  Yes.

Menocal v. The Geo Group, Inc.                    DAWN CEJA                                3/29/2016

9

1      Q.  If you think of something later in the
2  day about a question that was discussed earlier, feel
3  free, please, to go back and say, you know what, I
4  need to tell you more about that.  Is that fair?
5      A.  Yes.
6      Q.  Great.  If we are on a break or if we're
7  off the record, it's my understanding the local rules
8  here in Colorado forbid us from talking with our
9  attorneys about anything other than whether to assert
10  a privilege.  So I would ask that during our coffee
11  breaks or bathroom breaks or lunch break that you not
12  discuss any of your testimony with your counsel with
13  the exception of the determination about whether a
14  privilege should be asserted.  Is that fair?
15      A.  Yes.
16      Q.  Can we do that?  Great.  If you get
17  tired, again, let me know.  Are you feeling okay
18  today?
19      A.  I'm fine.  Thank you.
20      Q.  Great.  Have you been sick recently?
21      A.  No.
22      Q.  Do you take any medication that would
23  affect your memory or your cognition?
24      A.  No.
25      Q.  Have you had any sort of injuries in the

10

1  last two years to your brain or to anything that would
2  undermine your ability to remember or recall details?
3      A.  No.
4      Q.  Do you understand the instructions we've
5  gone over so far?
6      A.  Yes.
7      Q.  Great.  It is my understanding that you
8  are going to testify today about all of the subjects
9  in topic 1, subject -- page 2.
10      A.  Yes.
11      Q.  Can you take a look at that page and
12  verify that that's your understanding as well?
13      A.  Yes.
14      Q.  You understand you're testifying on
15  behalf of The GEO Group; you're not testifying
16  necessarily as to your personal knowledge, but you're
17  providing the testimony for The GEO Group?
18      A.  Yes.
19      Q.  Great.  It's also my understanding that
20  you're going to provide testimony regarding all of the
21  sections in topic 2.  Is that your understanding as
22  well?
23      A.  Yes.
24      Q.  Finally, it's my understanding that you
25  will be providing testimony on behalf of The GEO Group

11

1  today on topics 3 a, b, c, d, f, g, h, i, j, k, and l.
2  Is that your understanding as well?
3      A.  Yes.
4      Q.  Without telling me anything you discussed
5  with your lawyer, what did you do to prepare for
6  today's deposition?
7      A.  Met with Ms. Felton.
8      Q.  Did you examine any documents in advance
9  of today's deposition?
10      A.  Yes.
11      Q.  Which documents did you examine, if any?
12      A.  I don't recall exactly.
13      Q.  Do you remember approximately how many
14  documents you examined before today's deposition?
15      A.  A handful.
16      Q.  So somewhere between 10 and 20?
17      A.  Approximately.
18      Q.  And do you know, is that the number of
19  pages or the number of separate documents, you would
20  say?
21      A.  Separate documents.
22      Q.  Had you seen any of those documents
23  before you prepared for today's deposition?
24      A.  Yes.
25      Q.  Was there anything in there you hadn't

12

1  seen before?
2      A.  No.
3      Q.  Okay.  Did you speak with anyone, again,
4  other than your attorney, about the content of today's
5  deposition?
6      A.  No.
7      Q.  No discussions with any GEO employees
8  about any of the subjects listed in our 30(b)(6)
9  deposition notice?
10      A.  No.
11      Q.  And apart from speaking with anyone, did
12  you exchange any type of correspondence with any GEO
13  employees or anyone else, other than your attorney,
14  about the contents of this 30(b)(6) witness notice?
15      A.  No.
16      Q.  Can I ask very briefly, what is your job
17  title?
18      A.  Assistant warden of operations.
19      Q.  Why would you say you're qualified to
20  testify on behalf of The GEO Group about the topics
21  that we have gone over just a moment ago?
22      A.  Due to my tenure with the company.
23      Q.  Well, let's talk through that.  When did
24  you begin your employment with The GEO Group or its
25  predecessor?

Menocal v. The Geo Group, Inc.                    DAWN CEJA                                3/29/2016

---

**13**

1      A.  July 1995.
2      Q.  **What was your role when you began?**
3      A.  Detention officer.
4      Q.  **How long did you serve in that position?**
5      A.  Approximately a year.
6      Q.  **Where was your employment?**
7      A.  In Aurora, Colorado.
8      Q.  **Was it at the Aurora Detention Facility?**
9      A.  The original one.
10     Q.  **There's now a separate facility that's**
11  **been constructed since 1995; is that right?**
12     A.  Yes.
13     Q.  **What did you do after you were a**
14  **detention officer?**
15     A.  I was a field training officer.
16     Q.  **What did that involve?**
17     A.  Training other staff members, new staff
18  members, that came on.
19     Q.  **How long did you do that?**
20     A.  Approximately a year.
21     Q.  **Okay.  What did you do after that?**
22     A.  Sergeant.
23     Q.  **What were your responsibilities as a**
24  **sergeant?**
25     A.  Supervising staff.

---

**14**

1      Q.  **How many people would you say you**
2   **supervised?**
3      A.  On a shift, maybe average 15 to 20.
4      Q.  **Did you work full time?**
5      A.  Yes.
6      Q.  **How many days a week did you work?**
7      A.  Five.
8      Q.  **After you supervised people as a**
9   **sergeant, what did you do?**
10     A.  I was an acting lieutenant.
11     Q.  **How long did you serve as a sergeant?**
12     A.  Approximately a year.
13     Q.  **Okay.  So then you were promoted again to**
14  **acting lieutenant?**
15     A.  Yes.
16     Q.  **How long were you an acting lieutenant?**
17     A.  Approximately six months.
18     Q.  **What were your responsibilities?**
19     A.  Supervising.
20     Q.  **Okay.  Supervising what, supervising --**
21     A.  Staff.
22     Q.  **Okay.  How many people would you say you**
23  **supervised then?**
24     A.  Approximately 20, 25.
25     Q.  **All right.  So that should get us up**

---

**15**

1   **roughly to 1998, 1999; is that about right?**
2      A.  Approximately, yes.
3      Q.  **Then what did you do after you were an**
4   **acting lieutenant?**
5      A.  Training coordinator.
6      Q.  **For the Aurora Detention Facility?**
7      A.  Yes.
8      Q.  **How long did you serve as a training**
9   **coordinator?**
10     A.  About a year.
11     Q.  **And what were your responsibilities as a**
12  **training coordinator?**
13     A.  I would train all new staff that were
14  coming into the facility.
15     Q.  **On what?**
16     A.  Various topics that were required by
17  contract and ACA.
18     Q.  **When you refer to a contract, what do you**
19  **mean?**
20     A.  The contract that the facility had with
21  Immigration and Naturalization Service, at the time
22  was INS.
23     Q.  **And when you say ACA, do you mean the**
24  **American Correctional Association?**
25     A.  Yes.

---

**16**

1      Q.  **Was there anybody else responsible for**
2   **training during the period that you served in that**
3   **role?**
4      A.  I was responsible for all of the
5   classroom training, and then the FTOs, the field
6   training officers, would do the on-the-job training on
7   the floor.
8      Q.  **Approximately how many people would you**
9   **say you trained?**
10     A.  Roughly a hundred.
11     Q.  **It's fair to say that every person who**
12  **was employed there was at least trained in the**
13  **classroom by you; is that right?**
14     A.  Yes.
15     Q.  **What did you do after you were the**
16  **training supervisor or coordinator?**
17     A.  I was the accreditation fire safety
18  manager.
19     Q.  **How long did you do that?**
20     A.  About a year.
21     Q.  **Okay.  And what were your**
22  **responsibilities then?**
23     A.  I was responsible for all of the fire
24  suppression equipment, ensuring that all of the fire
25  and life safety issues were addressed, and ensuring

---

4 (Pages 13 to 16)

---

17

1 that the facility made it through accreditation, which
2 would occur every three years, and that all of our
3 standards were met and that we had documentation to
4 meet those standards.
5     Q.  What was the accrediting body?
6     A.  I'm sorry.  I didn't hear you.
7     Q.  What was the accrediting body?
8     A.  American Correctional Association.
9     Q.  Was there ever a time when the standards
10 were not met?
11     A.  No.
12     Q.  Was there ever a time when the facility
13 was noted for deficiencies even though they met the
14 standards for accreditation?
15     A.  I'm not sure I follow your question.
16     Q.  In other words, did there come a time
17 when you were responsible for accreditation where even
18 though the facility was accredited, the ACA said we
19 need to fix this, this, and this in terms of
20 deficiencies?
21     A.  Not that I recall.
22     Q.  What did you do after you were the
23 accreditation manager?
24     A.  I was the chief of security.
25     Q.  When did you begin that position

---

18

1 approximately?
2     A.  August of 2000.
3     Q.  And what did those job duties include?
4     A.  I was responsible for oversight of all of
5 the detention officers, the maintenance department,
6 classification, and the programs department.
7     Q.  How many people would you say you were
8 supervising?
9     A.  About a hundred.
10     Q.  Okay.  How many people were employed at
11 the facility at that time?
12     A.  All inclusive, maybe 150, 160, 170.
13     Q.  Who were the people that you didn't
14 supervise?
15     A.  The business office and human resources.
16     Q.  Okay.  How many people were above you in
17 your chain of command when you were the chief of
18 security?
19     A.  Two.
20     Q.  Who were those people?
21     A.  The assistant warden of operations and
22 the warden.
23     Q.  And for how long did you serve as the
24 chief of security?
25     A.  Five years.

---

19

1     Q.  So that gets us up to 2005?
2     A.  Yes.
3     Q.  And then what did you do?
4     A.  Assistant warden of operations.
5     Q.  So that was another promotion?
6     A.  Yes.
7     Q.  And how did your duties change, if at
8 all, when you were promoted to assistant warden?
9     A.  Higher level of supervision.
10     Q.  How many people did you supervise?
11     A.  Currently it's around 175, give or take.
12     Q.  Is that everyone at the facility who is
13 employed?
14     A.  That's all inclusive except for the
15 maintenance department and the fire safety manager and
16 the accreditation manager.
17     Q.  Who supervises them?
18     A.  The warden.
19     Q.  Directly?
20     A.  Correct, that's a direct report.
21     Q.  What does the maintenance department do?
22     A.  They do the upkeep, all preventive
23 maintenance on all of the systems.
24     Q.  What do you mean when you say systems?
25     A.  You know, from rooftop units, changing

---

20

1 filters, changing lightbulbs.
2     Q.  Approximately how many people work in the
3 maintenance department?
4     A.  Three.
5     Q.  What do you mean by "upkeep"?  You may
6 have already sort of told me the answer to that, but
7 is there anything else that is included in upkeep?
8     A.  Ensuring all of the systems are running
9 smoothly.
10     Q.  Okay.  What systems, again, are you
11 talking about?
12     A.  Air-conditioning units, heating systems,
13 HVAC.
14     Q.  Is it the physical plant or the physical
15 structure and the guts of the building that they're
16 responsible for making sure is maintained?
17     A.  Yes.
18     Q.  Not the computers?
19     A.  No.
20     Q.  Do you have any idea why that supervision
21 is separate?
22     A.  I do not.
23     Q.  Okay.  Now, have you done any other jobs
24 since joining GEO in 1995?
25     A.  I was a part-time paralegal.

21

1     Q.   Have you ever been suspended or
2   disciplined?
3     A.   No.
4     Q.   Probably not with all of your promotion
5   history, right?
6     A.   None.
7     Q.   What's your educational background?
8     A.   I have an associate's degree in general
9   studies with an emphasis in criminal justice, I have a
10  bachelor's degree in criminal justice and criminology,
11  and a paralegal certificate.
12    Q.   From what institution did you obtain your
13  associate's agree?
14    A.   Community College of Aurora.
15    Q.   And what about your bachelor's?
16    A.   Metro.
17    Q.   What in Metro?
18    A.   Sorry.  Metropolitan University of
19  Denver.
20    Q.   Thank you.  What about your paralegal
21  certificate?
22    A.   Denver Paralegal Institute.
23    Q.   What made you want to work part time as a
24  paralegal?
25    A.   It just fascinated me, and it appeared to

22

1   go kind of hand in hand with the criminal justice
2   aspect.
3     Q.   How long did you do that?
4     A.   About two years.
5     Q.   What period of time did that happen?
6     A.   Early 2000s.
7     Q.   Okay.  Approximately how many hours a
8   week did you work in that position?
9     A.   About 20.
10    Q.   Okay.  Do you receive a paycheck from
11  GEO?
12    A.   I do.
13    Q.   Okay.  Have you ever received a paycheck
14  from ICE?
15    A.   No.
16    Q.   By "ICE," it's the abbreviation for
17  Immigration and Customs Enforcement, I-C-E.  If I use
18  ICE going forward, that's what we're talking about.
19  Which ICE officials supervise you?
20    A.   No ICE supervisors supervise me.
21    Q.   Okay.  Which ICE officials have the
22  authority to hire or fire you?
23    A.   None.
24    Q.   Who has the authority to hire and fire
25  you?

23

1     A.   My warden.
2     Q.   That's it?
3     A.   Yes.
4     Q.   All right.  What employment documents, if
5   any, have you signed with Immigration and Customs
6   Enforcement?
7     A.   None.
8     Q.   Okay.  Now, during your time in all of
9   these positions, have you had direct participation in
10  the execution of the housing unit sanitation policy at
11  the Aurora Detention Facility?
12    A.   I'm not sure what you mean by direct
13  execution.
14    Q.   Have you been responsible for ensuring
15  that the policy was followed?
16    A.   Yes.
17    Q.   Have you ensured the detainees were
18  abiding by the policy?
19    A.   Yes.
20    Q.   Have you played any role in the
21  formulation of the policies as the years went on?
22    A.   At times.
23    Q.   What was that role?
24    A.   Policy review.
25    Q.   Okay.  Anything else?

24

1     A.   No.
2     Q.   What does policy review entail?
3     A.   Going over the policy and ensuring all
4   aspects are covered.
5     Q.   So the next set of questions is going to
6   be all about topic 2, the housing unit sanitation
7   policy.  So if you would like to have that in front of
8   you, it's at page 2 of Exhibit 1.  First of all, can
9   you briefly describe what work GEO requires detainees
10  to perform under its housing unit sanitation policy,
11  please.
12    A.   The policy discusses ensuring that
13  detainees keep their living areas clean.
14    Q.   What's a living area?
15    A.   The place where they're staying while
16  they are being detained.  So I would consider that the
17  housing unit, the cell, the common area.
18    Q.   Anything else?
19    A.   Not in the housing unit.
20    Q.   And by keeping their living area clean,
21  what tasks do you understand that to entail?
22    A.   Ensuring their beds are made, there's no
23  extra food laying around, their clothes are folded
24  neatly or kept in their assigned locker, no pictures
25  hanging on the walls.

Menocal v. The Geo Group, Inc.                    DAWN CEJA                              3/29/2016

---

25

1  Q.  Anything else?
2  A.  No.
3  Q.  So by keeping their living area clean,
4  you're discussing making their beds, avoiding any food
5  from laying around, making sure their clothes are
6  folded neatly in their lockers, perhaps, and then not
7  hanging any pictures on the walls.  You can't think of
8  anything else that cleaning up their living area
9  entails under the housing unit sanitation policy?
10  A.  Any personal items should be kept in
11  their foot locker, no trash or debris should be laying
12  around.
13  Q.  Anything else?
14  A.  No.
15  Q.  How many different living areas are there
16  at the Aurora Detention Facility?
17  A.  Do you mean how many like housing --
18  separate housing units?
19  Q.  I guess I don't know what you mean by
20  living area, so I'm just trying to understand what you
21  mean when you say keeping your living area clean.  It
22  sounds like you're discussing the bed and your
23  personal items around your bed.  So maybe we're
24  talking about beds, but maybe you mean something else.
25  I'm just trying to understand.

---

26

1  A.  For ICE housing units, I would say
2  approximately 13 units.
3  Q.  How many different beds are there within
4  those 13 units?
5  A.  It varies.  The large ones contain 80.
6  Q.  Okay.  Do you sometimes call those units
7  pods?
8  A.  Sometimes, yes.
9  Q.  What else do you use to refer to them?
10  A.  Housing unit.
11  Q.  What are they named in order to
12  differentiate them?  In other words, you don't call
13  each housing unit a housing unit.  You may use a
14  letter or a name system.  How does that work?
15  A.  They're each annotated with a letter and
16  a number.
17  Q.  What are the letters and numbers?
18  A.  One section are the A units, one section
19  are B units, another section is D, as in David,
20  another section is E, as in Edward, medical area.
21  Q.  Anything else?
22  A.  Not regarding immigration, no.
23  Q.  Okay.  So I think you told me a moment
24  ago that for immigration at the Aurora Detention
25  Facility, there are 13 units?

---

27

1  A.  That includes medical and E unit, yes.
2  Q.  Okay.  There's no C unit for immigrants?
3  A.  Not for ICE, no.
4  Q.  And no F or G unit?
5  A.  No.
6  Q.  When an ICE detainee is subject to this
7  housing unit sanitation policy, can you explain to me,
8  please, who is creating this policy?
9  A.  So the policy is pieces of ACA
10  requirements, PBNDS, the ICE Performance-Based
11  National Detention Standards, and sometimes pieces of
12  corporate GEO policy.  So we take all of these
13  requirements and we put them into a site-specific
14  policy.
15  Q.  Who is "we"?
16  A.  The facility.
17  Q.  And in that case, this is the Aurora
18  facility?
19  A.  Yes.
20  Q.  And is that GEO?
21  A.  The Aurora facility.
22  Q.  When you're talking about we, you're
23  discussing The GEO Group?
24  A.  I am saying the Aurora staff.  Every GEO
25  facility is different, so I am only referring to

---

28

1  Aurora.
2  Q.  That's all I want you to discuss for the
3  purposes of this question.
4  A.  Okay.
5  Q.  I'm asking:  Do you know the name of the
6  person or the people, names of the people, who take
7  these three sources of the policy and put them
8  together?
9  A.  It changes.  Currently we have our
10  accreditation manager that does our policy review.
11  Q.  Anybody else?
12  A.  Everybody will review a policy, and if
13  they have additions or things that need to be deleted,
14  that's what I refer to as a policy review.  It's a
15  group.  Then the final policy is reviewed by the
16  warden and signed off when it's done by the warden and
17  by immigration.
18  Q.  Who is "we" in the policy review group?
19  A.  Usually the department heads, so it could
20  be myself, the program manager, the accreditation
21  manager, the chief of security.  Usually people more
22  in the upper echelon.
23  Q.  How often does that happen?
24  A.  Annually.
25  Q.  Who at ICE signs off on the policy?

---

29

1    A.   The COTAR, the contracting officer's
2  technical representative.
3    Q.   Do you know which version of the
4  Performance-Based National Detention Standards the
5  policy is currently drawn from?
6    A.   Currently we are going off of the 2011,
7  and then I think there's been some adjustments on
8  there that are from 2013.
9    Q.   Do you happen to know which version of
10  the Performance-Based National Detention Standard
11  governs the current contract between ICE and GEO?
12    A.   The same ones that I just said.
13    Q.   Okay.  The housing unit sanitation policy
14  applies to all ICE detainees at the Aurora Detention
15  Facility, correct?
16    A.   Yes.
17    Q.   Are they provided a copy of this policy?
18    A.   No.
19    Q.   What are they provided in order to know
20  how they need to comply?
21    A.   They, upon initial admission, review a
22  PowerPoint presentation as an orientation video.  They
23  receive a handbook, a local supplement handbook, and
24  they also receive an ICE handbook.  In each housing
25  unit are bulletin boards, and we post notices and

30

1  things along such as that on those housing unit
2  bulletin boards.
3    Q.   Is it a separate PowerPoint and video?
4    A.   Yes.
5    Q.   Okay.  And that PowerPoint includes
6  information about the housing unit sanitation policy,
7  correct?
8    A.   Yes.
9    Q.   Have you seen the video?
10    A.   I initially put the original one
11  together, yes.
12    Q.   You were responsible for compiling it.
13  Do you know if that's the one that's used right now?
14    A.   There have been updates to it.
15    Q.   Okay.  Do you know what information it
16  provides detainees regarding the housing unit
17  sanitation policy?
18    A.   I would have to review it again to give
19  you accurate information.
20    Q.   Okay.  Can you remember anything about
21  what it says?
22    A.   No.
23    Q.   Do you know what languages it's brought
24  in?
25    A.   English and Spanish.

31

1    Q.   Are there separate policies provided in
2  English and Spanish to each detainee?
3    MS. FELTON:  Object to form.
4    Q.   (BY MR. FREE)  I'm going to strike that.
5  The documents that the detainees receive upon
6  admission to your facility, do they appear in English
7  and Spanish in the same document, or are they provided
8  two separate documents containing the housing unit
9  sanitation policy?
10    A.   Depending on what language they prefer,
11  they are asked.  So if they say Spanish, we provide
12  them the Spanish handbook.  If they say English, we
13  provide them the English handbook.  And then each
14  individual detainee signs for those documents.
15    Q.   Okay.  And that signature remains in the
16  detainee's file; is that correct?
17    A.   Yes, in the detention file.
18    Q.   Now, under the housing unit sanitation
19  policy, you've outlined some tasks the detainees are
20  responsible for.  You told me you can't think of any
21  other tasks.  As you've thought about these other
22  documents, these initial orientation documents, the
23  documents that are provided in the ICE handbook, the
24  documents that are provided in the PowerPoint or the
25  information provided in the PowerPoint, can you think

32

1  of anything else that the detainees are informed about
2  what they have to do to comply with the housing unit
3  sanitation policy?
4    A.   Not outside of the housing unit, no.
5    Q.   I would like you to take a look in Tab 7
6  of the binder in front of you.  And we're going to
7  turn -- we're going to make Tab 7 Exhibit 2 to this
8  deposition.
9    (Deposition Exhibit 2 was marked.)
10    Q.   I'm going to represent to you that Tab 7
11  includes documents that The GEO Group has provided to
12  the plaintiffs' counsel that are marked GEO_MEN and
13  they begin with the No. 1 and they continue through
14  the No. 159.  That's at the end of Tab 7 right before
15  Tab 8.  We're going to call those Bates numbers.  So
16  if I use that, you know what that means.
17    A.   Yes.
18    Q.   If you would turn to what's marked as 55,
19  page 55 -- it's on the side, so you will have to turn
20  your binder 90 degrees -- do you recognize what's in
21  front of you?
22    A.   Yes.
23    Q.   What is that?
24    A.   A page of the detainee handbook.
25    Q.   You can turn to the previous page.  And

Menocal v. The Geo Group, Inc.          DAWN CEJA                    3/29/2016

33

1   at the top left-hand corner, it says, "ICE Detainee
2   Handbook."
3       A.   Yes.  However, I'm not sure which year
4   this is.
5       Q.   Okay.  Would it make a difference for the
6   answers?
7       A.   Not necessarily.  However, it is reviewed
8   annually.
9       Q.   Sure.  I'll tell you what.  If you see
10  this policy and something sticks out at you as not
11  being current or not accurately reflecting GEO's
12  policies about the housing unit sanitation, let me
13  know.
14      A.   Okay.
15      Q.   Is that fair?
16      A.   Yes.
17      Q.   We'll work off of this document.  If we
18  need to change it, just let us know.  Fair?
19      A.   Yes.
20      Q.   Great.  Who put this document together,
21  this ICE detainee handbook?
22      A.   It's a group of people.  So the handbook
23  has been in effect since I started back in 1995.  So
24  over the years as standards change, contracts change,
25  the policy review committee will review this on an

34

1   annual basis and make changes as needed.
2       Q.   And the policy review committee has
3   always been GEO or its corporate predecessor; is that
4   correct?
5       A.   Local Aurora staff, yes.
6       Q.   The local GEO folks in Aurora?
7       A.   Yes.
8       Q.   Again, I'm not asking about any GEO
9   office anywhere else for the purpose of this next line
10  of questions.  Section V on page 55, do you see that
11  section?
12      A.   Yes.
13      Q.   And what does that say?  It says, "The
14  center will maintain the highest sanitation standards
15  at all times in all locations without exception.
16  There will be an organized, supervised and continuous
17  program of daily cleaning by all detainees to maintain
18  those standards."
19      A.   Yes.
20      Q.   Is this part of your housing unit
21  sanitation policy?
22      A.   To have high sanitation levels, yes.
23      Q.   And indeed, to have an organized,
24  supervised and continuous program of daily cleaning by
25  all detainees to maintain those standards?

35

1       A.   Correct, the voluntary work program with
2   the detainees.
3       Q.   So when you read this second sentence,
4   you are understanding the organized, supervised
5   continuous program of daily cleaning by all detainees
6   to mean the voluntary work program; is that right?
7       A.   It's all encompassing.  So you have your
8   voluntary work program, which covers areas in laundry
9   or kitchen, and then you have your housing unit
10  sanitation, which we discussed earlier.
11      Q.   Okay.  What else does the voluntary work
12  program cover that is not covered by the housing unit
13  sanitation policy?
14      A.   I don't follow your question.
15      Q.   It's because I've been trying to sort of
16  separate these things out into topics, because I want
17  us to be in one lane, if we can, mentally.
18      A.   Okay.
19      Q.   Because we have a topic about the
20  voluntary work program; we have a topic about the
21  housing sanitation policy.  It seems to me that you've
22  described it as two programs, the voluntary work
23  program and then the obligations of the detainees.  Is
24  that a fair understanding?
25      A.   I see it as your housing unit where you

36

1   do your housing unit sanitation, and then there is as
2   well your voluntary work program where they put in an
3   application and are chosen to work in other areas of
4   the facility.
5       Q.   But sometimes the voluntary work program
6   detainees work in the housing unit; is that right?
7       A.   Yes.
8       Q.   If you'll turn the page to the next part
9   of the exhibit, it's page 56.  Do you see on the
10  left-hand column where it says, "Housing Unit
11  Sanitation"?
12      A.   Yes.
13      Q.   It says, "Each and every detainee must
14  participate in the facility's sanitation program.  A
15  list of detainees is developed each day by staff and
16  is posted daily for viewing.  During a general cleanup
17  all detainees must participate.  The assigned housing
18  unit officer will be responsible for assuring this
19  general cleanup is done on a regular basis."  Do you
20  see that?
21      A.   Yes.
22      Q.   Is that the current policy of GEO?
23      A.   Yes.
24      Q.   What's a general cleanup?
25      A.   After meals they have a day room area,

9 (Pages 33 to 36)

37

1  which is a common area, where all of the TVs and
2  tables are located.  They all eat at these tables, so
3  after meal service, they will clean up the tables,
4  wipe down the tables, and sweep and mop the floors.
5      Q.  And that is -- according to this policy,
6  all detainees are required to participate?
7      A.  In that common area cleanup.
8      Q.  So that's every meal?
9      A.  Yes.
10     Q.  So when it says, "this general cleanup is
11 done on a regular basis," that's one of the examples.
12 A meal time is one of the examples; is that right?
13     A.  Yes.
14     Q.  Are there any other examples of when a
15 general cleanup happens?
16     A.  No.  The general cleanup that that is
17 discussing is after the meal service.
18     Q.  Okay.  So there's never another time when
19 there's a general cleanup?
20     A.  Not in the common area, no.
21     Q.  Okay.  What about anywhere else?
22     A.  No.
23     Q.  All right.  Every single detainee at the
24 Aurora Detention Facility who is detained under the
25 ICE contract is bound by this housing unit sanitation

38

1  policy; is that right?
2      A.  If they're housed in a housing unit.
3      Q.  Where else could they be housed if
4  they're an ICE detainee?
5      A.  Medical.
6      Q.  So if you're in medical, you're not
7  subject to those cleanup requirements?
8      A.  If there's a medical condition or some
9  type of contagious disease that they may have, then,
10 no.
11     Q.  Okay.  How many people can be housed in
12 medical at a time?
13     A.  I believe there's 11 beds in there.
14     Q.  Okay.  What's the current bed count at
15 the facility for ICE detainees?
16     A.  Today?
17     Q.  Yes.  How many available beds do you
18 have?
19     A.  The contract is up to 525.
20     Q.  So the maximum number of beds that you
21 can supply to ICE under your contract?
22     A.  Yes.
23     Q.  If you could, I now would like you to
24 take a look at pages 46 and 51 -- excuse me -- 46
25 through 51.  So you're going to go backwards and

39

1  you're going to rotate the notebook.  Do you recognize
2  the document that I've placed in front of you?
3      A.  Yes.  This is the voluntary work program
4  out of the PBNDS.
5      Q.  If you'll turn to page 47, do you see
6  Section C where it says, "Personal Housekeeping
7  Required"?
8      A.  Yes.
9      Q.  Take a moment and look at that and let me
10 know when you're ready for me to ask you some
11 questions.
12     A.  I'm ready.
13     Q.  Okay.  Now, do you understand that the
14 personal housekeeping requirement is separate from the
15 voluntary work program under the PBNDS?
16     A.  I don't follow your statement.
17     Q.  Is it your understanding that under the
18 PBNDS there is a voluntary work program that detainees
19 can elect to participate in, and then there's a
20 mandatory personal housekeeping requirement?
21     A.  In their cells, yes.
22     Q.  All right.  Is it your understanding that
23 that mandatory personal housekeeping requirement is
24 laid out here in Section C?
25     A.  It says immediate living area.

40

1      Q.  Okay.  What does that mean to you?
2      A.  To me that could mean in their cell or in
3  the common area, because that common area is also
4  considered their living area.  That's where they watch
5  television.  That's where they watch movies.  That's
6  where they play Xboxes, they play board games.
7      Q.  Is there a living area that would be left
8  that would not be immediate if it extended all of the
9  way into the common area?
10     A.  No.
11     Q.  So in order for the word "immediate," to
12 mean anything, it has to mean that there's some
13 delineation between your immediate living area and the
14 rest, right?
15     A.  If I understand what you're saying
16 correctly, the whole unit is -- it's all connected.
17     Q.  Right.
18     A.  The doors never lock.  Their cells are
19 always unlocked.  They can come and go into that
20 common area.
21     Q.  So I just want to understand your
22 testimony.  Is it The GEO Group's understanding that
23 the PBNDS extends the immediate living area all of the
24 way out into the common area?
25     A.  In my opinion, yes.

---

41

1    Q.  Okay.  Well, you're speaking on behalf of
2  The GEO Group.  You understand that's the testimony
3  you're providing?
4    A.  Yes.
5    Q.  Okay.  If you could turn to Tab 8.  We'll
6  mark this as Exhibit 3.
7    (Deposition Exhibit 3 was marked.)
8    Q.  Do you recognize the document?
9    A.  Yes.
10    Q.  What is it?
11    A.  It is the local site-specific sanitation
12  policy.
13    Q.  And is this the policy that you were
14  referring to earlier when you were discussing the one
15  that goes through an annual review and sets forth the
16  requirements that GEO is going to hold the detainees
17  responsible for?  And there are multiple policies in
18  there.  If you want to take a second and look, that's
19  fine.
20    A.  Yes.  This is the facility sanitation
21  policy.
22    Q.  Okay.  Who develops the housekeeping
23  plan?
24    A.  That would usually be the fire safety
25  manager who also covers sanitation issues, and then

---

42

1  the review committee would review it and make any
2  additions or deletions.
3    Q.  Okay.  Is there an example of a
4  housekeeping plan at the page that I've marked?  It's
5  like three pages in and at the bottom, it says,
6  "GEO_MEN 1505."
7    A.  Yes.
8    Q.  This is not provided to the detainees; is
9  that correct?
10    A.  No policies are provided to the
11  detainees.
12    Q.  Are these policies provided to all staff?
13    A.  Yes.
14    Q.  Are the staff expected to ensure that the
15  facility operates according to these policies?
16    A.  Yes.
17    Q.  And if a detainee is noncompliant with
18  these policies, does that mean the detainee has
19  violated the housing unit sanitation policy?
20    A.  Not --
21    MS. FELTON:  Object to form.
22    A.  Not necessarily.
23    Q.  (BY MR. FREE)  Let's go to, just as an
24  example, 1508.  It looks like this.  Do you recognize
25  that?

---

43

1    A.  It looks like part of the attachment to
2  the sanitation policy.
3    Q.  This is for the housing unit cleaning
4  schedule, right?  You'll see at the top.
5    A.  I'm looking for a year.
6    Q.  Sure.  You're in the previous exhibit.
7  You want to just go back a couple of pages, I think.
8    A.  So this one looks like it was from 2010.
9    Q.  Okay.  Is this a fair representation of
10  the type of thing that would be created pursuant to
11  your company's policies at Aurora?
12    A.  Yes.
13    Q.  Okay.  And this is what the employees
14  would be responsible for implementing in each housing
15  unit; is that right?
16    A.  The entire facility.
17    Q.  Okay.  The tasks described under
18  "Scheduled Cleaning" are assigned to the detainees; is
19  that right?
20    MS. FELTON:  Object to form.
21    A.  Can you repeat, please.
22    Q.  (BY MR. FREE)  Sure.  In the second
23  column -- and I'll clarify my question.  In the second
24  column, it says, "Scheduled Cleaning," there are a
25  number of tasks.  And it actually has the frequency,

---

44

1  between every meal, once a shift, once a month.  Do
2  you see that?
3    A.  Yes.
4    Q.  To the left of it, we have an area
5  listed.  To the right of it, we have cleaners and
6  disinfectants.  Is that right?
7    A.  Yes.
8    Q.  Every single thing in this table is
9  assigned to a detainee; is that correct?
10    MS. FELTON:  Object to form.
11    A.  No.
12    Q.  (BY MR. FREE)  Okay.  Which of these
13  tasks or areas or instructions is performed by someone
14  other than a detainee?
15    A.  Light fixtures, vents, air ducts, that's
16  usually done by maintenance.
17    Q.  That's the bottom row?
18    A.  That's the bottom.  Furniture, there's no
19  furniture except for the tables in the common area.
20    Q.  Okay.  Anything else?
21    A.  Let me clarify.  This policy was from the
22  old building.
23    Q.  Let's turn then to 1510.  It's a couple
24  of pages in front of you.  Do you recognize this
25  document?

---

45

1    A.  Yes.  This is an updated version.
2    **Q.  Is this the most recent policy?**
3    A.  No.
4    **Q.  Okay.  Do you see Section B?**
5    A.  Yes.
6    **Q.  And in Section B, you see it says, "Each**
7    **detainee will be responsible for the cleanliness of**
8    **his or her cell or living area, including walls,**
9    **floors, sink, toilet, windows, and other property**
10   **within the cell, room, or living area."  Do you see**
11   **that?**
12   A.  Yes.
13   **Q.  So under this policy the detainees have**
14   **to clean their own living area, right?**
15   A.  Yes.
16   **Q.  And then there is some separate**
17   **housekeeping schedule that is developed pursuant to**
18   **this policy called the housekeeping plan; is that**
19   **right?**
20   A.  Yes.
21   **Q.  And detainees -- other than the**
22   **maintenance exception that you noted before and the**
23   **furniture exception that you noted before, detainees**
24   **are assigned those jobs; is that right?**
25   A.  Yeah.

46

1    MS. FELTON:  Object to form.
2    **Q.  (BY MR. FREE)  Now, I did notice on that**
3    **previous document we were looking at when it was**
4    **discussing -- going back to 1508, the maintenance**
5    **actually says, "Done by maintenance trustee."  Do you**
6    **see at the bottom right-hand corner?**
7    A.  Yes.
8    **Q.  Who is that?**
9    A.  A lot of times there is not a maintenance
10   trustee.  That is only if somebody were to apply under
11   the voluntary work program that met the qualifications
12   and was approved to work in that position, then we
13   would have a maintenance trustee.
14   **Q.  If there's no person in the voluntary**
15   **work program working as a maintenance trustee, who**
16   **performs these tasks?**
17   A.  Maintenance.
18   **Q.  Those are GEO employees who are not**
19   **detainees?**
20   A.  Yes.
21   **Q.  So sometimes GEO employees are performing**
22   **these maintenance tasks, and sometimes detainees are**
23   **performing these maintenance tasks; is that right?**
24   MS. FELTON:  Object to form.
25   A.  If they apply, meet the qualifications.

47

1    However, if they do become a maintenance trustee, they
2    are always working under the supervision of one of the
3    maintenance employees.
4    **Q.  (BY MR. FREE)  Okay.  And it's my**
5    **understanding, though, that -- strike that.  This**
6    **policy that I've just shown you from 2014, is this the**
7    **most recent?**
8    A.  No.
9    **Q.  No.  Okay.**
10   MR. FREE:  Would you mind making that a
11   late-filed exhibit to today's deposition?  Can we do
12   that?  Because I think we're trying to keep this up to
13   date.
14   **Q.  (BY MR. FREE)  Do you know if there are**
15   **any substantial changes to this policy?**
16   A.  I don't know off the top of my head.
17   **Q.  Okay.  So the detainees are responsible**
18   **for cleaning the living area, including the common**
19   **area, under this policy from the windows to the walls;**
20   **is that right?**
21   MS. FELTON:  Object to form.
22   A.  No.  And let me clarify.  So under B
23   where it talks about living area, a lot of times in
24   their individual cells what happens is they will take
25   toothpaste and use it as a type of glue and they'll

48

1    put it on the wall and put pictures on the wall.  That
2    is where they're supposed to keep their walls clean.
3    They're not in the common area where the TVs are
4    scrubbing walls.  That's in their individual cells.
5    The floors, that's in their cell, that's in the common
6    area, but not in the day area.  And there's no windows
7    with the exception of -- because it's all skylights up
8    there, so the basic windows are the ones when they go
9    up and they're waiting and they put all of their
10   handprints on it.  So they'll just wipe the window
11   down with a window cleaner.
12   **Q.  (BY MR. FREE)  So is that part of the**
13   **housing unit sanitation policy that requires detainees**
14   **to do this work?**
15   MS. FELTON:  Object to form.
16   A.  Usually it's the one under the voluntary
17   work program.
18   **Q.  (BY MR. FREE)  What determines whether**
19   **it's going to be a voluntary work program detainee or**
20   **a detainee within the unit who does that work, who**
21   **does the windows?**
22   A.  A detainee can decide whether or not they
23   want to apply for a job.  So they fill out an
24   application.  The ones that clean up after the meal
25   service, those are those little sheets where they

12 (Pages 45 to 48)

49

1  assign about three people to clean up after a meal
2  service.
3  Q.  Those are required cleanups for everyone
4  if I understand your testimony earlier?
5  A.  Correct.
6  MS. FELTON:  Object to form.
7  A.  Yes.
8  Q.  (BY MR. FREE)  All right.  I read
9  somewhere there are between 3 and 4,000 people who
10  come through the Aurora Detention Facility a year as
11  ICE detainees.  Does that sound right to you?
12  A.  Yes.
13  Q.  Over the course of the past ten years,
14  there have even been higher populations of ICE
15  detainees.  Is that your understanding?
16  A.  Yes.
17  Q.  In terms of sheer numbers of people who
18  were detained at the Aurora Detention Facility, we're
19  looking somewhere in the neighborhood of 40 to 60,000
20  people who have been subject to these sanitation
21  policies.  Is that your understanding?
22  MS. FELTON:  Object to form.
23  A.  Yes.
24  Q.  (BY MR. FREE)  Okay.  And if you had to
25  estimate the number of detainees in the last ten years

50

1  who have been through the Aurora Detention Facility,
2  what would the number be?
3  A.  In the last ten years?
4  Q.  Yes, ma'am.
5  A.  Maybe 50 to 60,000.
6  Q.  Okay.  Probably not less than 40?
7  A.  Correct.
8  Q.  We're going to be stretching it if we say
9  it's more than 60; is that right?
10  A.  It depends, because years ago we were
11  doing sometimes 7,000 a year --
12  Q.  Okay.
13  A.  -- in and out.
14  Q.  All of these people have been subject to
15  this policy, is that right, to the --
16  MS. FELTON:  Object to form.
17  MR. FREE:  Excuse me.
18  Q.  (BY MR. FREE)  -- to the housing unit
19  sanitation policy?
20  A.  Yes.
21  Q.  Okay.  In whatever form it was in when
22  they were there is, I guess, my addendum to that
23  question.
24  A.  Yes.
25  Q.  Great.  What happens if a detainee does

51

1  not comply with the housing unit sanitation policy?
2  A.  I don't follow.
3  Q.  If a detainee refuses to comply or fails
4  to comply with the housing unit sanitation policy,
5  what happens?
6  A.  Well, they -- you're talking about
7  regular general sanitation?
8  Q.  I don't know what that means.  Tell me
9  how you understand my question.
10  A.  Like in their cell, in the cleaning up
11  after the meal service?
12  Q.  I'm talking about whatever this policy is
13  that we've just discussed that is explained to the
14  detainees when they come in and is part of their ICE
15  detainee handbook and part of their local GEO
16  supplement and it's on the PowerPoint, which I
17  understand to mean you have some cleaning duties both
18  in your living area and also for the purpose of
19  regular cleanups.
20  A.  The common areas.
21  Q.  The common areas.  That's what I
22  understand the housing unit sanitation policy to mean
23  in keeping with all of your testimony so far.  Okay.
24  So my question is:  If a detainee doesn't comply with
25  that policy, what happens?

52

1  A.  They can be charged with a 300-level
2  offense.
3  Q.  What is a 300-level offense?
4  A.  For refusing to clean their assigned
5  living area, I believe it's 306.
6  Q.  And the fact you've said it's a 300-level
7  offense indicates to me there's multiple levels; is
8  that right?
9  A.  Yes.
10  Q.  On what level is the 300 level?
11  A.  Second to the lowest.
12  Q.  Okay.  What are the potential penalties
13  for failing to comply with policies and then getting
14  charged with a 300-level offense?
15  MS. FELTON:  Object to form.
16  A.  I would have to look at the handbook to
17  see the specifics, but I believe we could take away
18  their commissary ordering, they could do up to 72
19  hours in disciplinary seg.  I would have to look to be
20  specific, though, on any other items.
21  Q.  (BY MR. FREE)  And by "disciplinary seg,"
22  you mean disciplinary segregation?
23  A.  Disciplinary segregation.
24  Q.  That's a separate part of the facility?
25  A.  It's a separate housing unit.

13 (Pages 49 to 52)

53

1    **Q.   And explain to me what that is.  How do**
2  **you get there?  What's the purpose of it?**
3       MS. FELTON:  Object to form.
4       **Q.  (BY MR. FREE)  Compound.  Let's just**
5  **explain to me what the disciplinary segregation unit**
6  **is.**
7       A.   So if a detainee is charged with an
8  offense, they will -- depending on the offense, they
9  could go to disciplinary segregation.  However, if
10 they haven't had their hearing, they will be on the
11 administrative segregation side, so they will still be
12 afforded all of the opportunities, such as TV and
13 recreation and everything else, until their hearing is
14 done.  Once the hearing is done, depending on which
15 level of offense, after their hearing if they are
16 found guilty and disciplinary segregation time is
17 warranted, they will be moved to the other side so
18 they can't see the television.
19      **Q.   How does disciplinary segregation differ**
20 **from the living unit that the detainee is normally**
21 **detained within?**
22      A.   There's not a lot of difference.  And let
23 me explain why.  Because in our segregation unit,
24 they're still afforded television and they are also
25 afforded social time.  They still get recreation.

54

1  They still get all of the regular amenities that
2  general population gets.  It's just more of a
3  restricted movement.
4       **Q.   How is movement restricted within**
5  **disciplinary segregation?**
6       A.   So they don't get as much time out of
7  their cell as you would in general population.  So
8  social time for somebody that is in administrative
9  segregation can be up to two hours a day where they
10 can come out of their cell and socialize with other
11 detainees that are in administrative segregation in
12 the segregation unit.
13      **Q.   What about for disciplinary segregation?**
14 **How much social time is there then?**
15      A.   No social time for disciplinary
16 segregation.
17      **Q.   Unlike the situation you described**
18 **earlier in the general pop housing units, in both**
19 **administrative segregation and disciplinary**
20 **segregation, the doors are closed, right?**
21      MS. FELTON:  Object to form.
22      A.   Yes.
23      **Q.  (BY MR. FREE)  Is there anybody else in**
24 **the detainee's cell with him or her when he or she is**
25 **in administrative segregation?**

55

1       A.   They are all single cell units.
2       **Q.   What about in disciplinary segregation?**
3  **Is anybody else in the cell with a person who is**
4  **detained in disciplinary segregation?**
5       A.   No.  It's one unit.  So one side is
6  disciplinary, one is administrative.
7       **Q.   What's the purpose of administrative**
8  **segregation?**
9       A.   That can vary also.  So there's
10 protective custody.  A detainee can request to be
11 placed on protective custody.  We could say, hey, you
12 need to be put on protective custody, based on threats
13 that are being made, for that person's safety.  ICE
14 can request somebody be placed in administrative seg
15 for protective custody purposes.  A lot of people just
16 like to go back there for the peace and quiet.  We
17 only average about four people back there, so it's
18 very quiet.  They get to watch TV.  Some people really
19 enjoy it back there.
20      **Q.   I don't understand.  You just told me**
21 **that a lot of people like to go to administrative**
22 **segregation for the peace and quiet.  And I think I**
23 **understood you to testify that there are only four**
24 **people back there during a given day?**
25      A.   On average.

56

1       **Q.   You have 500 beds that at some point are**
2  **in some level of being filled; is that right?**
3       A.   525.
4       **Q.   So if it's so popular, why doesn't**
5  **everybody go back there during the day?**
6       A.   Some of them do for short periods of
7  time.
8       **Q.   Like how long?**
9       A.   It depends.  Some go back there for a
10 week.  Some go back there for a few days.  Some just
11 say they can't handle general population living.
12      **Q.   They go to administrative segregation,**
13 **not disciplinary segregation?**
14      A.   Correct.  Only -- and I'm only discussing
15 administrative segregation.
16      **Q.   Let's talk about disciplinary**
17 **segregation.  Same explanation that you gave for**
18 **administrative segregation as far as the purpose, or**
19 **does it have a different purpose?**
20      A.   As I stated earlier, if you get charged
21 with a violation, depending on the level, usually 100
22 and 200 levels, you're automatically going to be taken
23 back there and be put on the administrative
24 segregation side pending your hearing.
25      **Q.   I don't know that that answers my**

57

1 question.  I'm asking about what the purpose of
2 disciplinary segregation is.  Do you understand that
3 question?
4     A.  Yes.
5     Q.  Okay.  What's the purpose of disciplinary
6 segregation?
7     A.  So disciplinary segregation, if they're
8 found guilty of a rule violation after a hearing,
9 that's where they will be housed as like a punitive
10 measure based on their behavior.  If they get into a
11 fight, which is a high-level offense, especially if
12 there's injuries, they're going to spend time in
13 disciplinary segregation based off of what the hearing
14 officer says.
15     Q.  And according to the disciplinary policy,
16 if you are charged with a 300-level offense, for
17 instance, not cleaning your area and complying with
18 the housing unit sanitation policy, one of the things
19 that you can suffer is up to 72 hours in segregation;
20 is that right?
21     MS. FELTON:  Object to form.
22     A.  They could go back there to the
23 administrative segregation side based on their
24 hearing.  So what happens a lot of times is if
25 somebody goes back there on a 300-level offense, they

58

1 would go back there.  And I'm not just saying on the
2 306 or anything, but on any 300 or 400-level offense,
3 if they go back there, by the time their hearing is
4 done, they get time served and they get moved out.
5 Usually the turnaround is about two days.
6     Q.  (BY MR. FREE)  So the hearing is such
7 that they don't even have time to contest their time
8 in administrative segregation because it's not
9 happening immediately; is that right?
10     MS. FELTON:  Object to form.
11     A.  That's the way the PBNDS is written.  We
12 have so many hours to do the investigation and get the
13 UDC done.
14     Q.  (BY MR. FREE)  How many hours do you
15 have?
16     A.  24 hours and then another 24 hours to get
17 the UDC done.  The UDC is done for all four levels,
18 but the IDP is done for 100 and 200 levels.
19     Q.  Just so we're clear when we're reading
20 the transcript, can you tell us what an IDP and a UDC
21 are, please.
22     A.  So the UDC is the Unit Disciplinary
23 Committee.  That's for low-level offenses.  And the
24 IDP is the Interdisciplinary Panel for the high-level
25 offenses.

59

1     Q.  This TV time that folks in administrative
2 segregation have, are they watching it in a common
3 area, or are they watching it from within their cell?
4     A.  So social time, they come out of their
5 cell and there's tables in front of the TV, so they
6 can all come and sit in front of the TV together.
7 However, the way that the TVs are situated on the
8 administrative segregation side, they can see the TV
9 all of the time even while they're in their cell and
10 listen to it, because we provide them with headphones
11 so they can watch television and hear it.
12     Q.  So they have TV time all of the time?
13     A.  Yes.
14     Q.  And the social time is when they're out
15 in a common area?
16     A.  Yes.
17     Q.  They are by themselves in these cells?
18     A.  Yes.  They are all single cells.
19     Q.  Okay.  What is the process for
20 documenting the placement of a detainee into
21 administrative segregation for a violation of the
22 disciplinary policy?
23     A.  So a charge packet is completed once a
24 violation has allegedly occurred.  The lieutenant
25 signs off on it.  There's also an order placing them

60

1 into administrative segregation and they will check
2 off pending investigation for rule violation.  They
3 have to be seen by medical before they are housed in
4 there to ensure that there's no medical issues that
5 they can't be placed in there.  Then they are placed
6 on the administrative segregation side.  We start an
7 activity log that will document all of their
8 activities, and then they are checked randomly every
9 30 minutes to ensure their safety.
10     Q.  What type of systems of records do you
11 use to create these documents?  For instance, the
12 activity log, where is that kept?
13     A.  It is kept in that unit.  So anytime
14 somebody is housed in there, they have an individual
15 file.  So you can open up that file, you can see why
16 they are in there, if they're eating, medical is
17 coming back ensuring they're getting their medication.
18     Q.  What about all of the charging documents?
19 What sort of systems of records are those charging
20 documents kept in?
21     A.  A copy is also kept in that individual
22 file.  The original will make its way to the person
23 doing the investigation and then to the lieutenant who
24 will conduct the hearing.
25     Q.  How much of this is computerized?

Menocal v. The Geo Group, Inc.                    DAWN CEJA                              3/29/2016

---

61

1    A.  They're all handwritten documents.
2       Q.  Are there ever any aggregate reports for
3    any period of time, whether it be a day, a week, a
4    month, a quarter, or a year, listing the number of
5    people who have been charged under each disciplinary
6    offense?
7       MS. FELTON:  Object to form.
8    A.  Can you clarify your question?
9       Q.  (BY MR. FREE)  Yes.  If I wanted to know
10   how many people have been charged under the 300-level
11   offense for not cleaning up your living area, is there
12   any periodic report that a GEO official would have
13   filled out that would tell me that?
14      MS. FELTON:  Object to form.
15   A.  I'm still not sure I follow exactly what
16   you're saying.
17      Q.  (BY MR. FREE)  Okay.  Let me try it
18   again.
19   A.  Okay.
20      Q.  During a given year, how many
21   disciplinary charges would you say are lodged against
22   detainees at the Aurora facility?
23   A.  So ACA, American Correctional
24   Association, requires us to keep outcome measures and
25   those numbers you could find every month.

---

62

1       Q.  Where?
2    A.  At the facility with our compliance
3    person.
4       Q.  In what format are those records kept?
5    A.  Computerized.  I believe he keeps them
6    all computerized.
7       Q.  Who is that person?
8    A.  Brad Stelter.
9       Q.  And did you used to have his job?
10   A.  Yes.
11      Q.  Who else looks at the numbers of
12   disciplinary actions that are kept for the purposes of
13   ACA compliance?
14   A.  I guess that varies.  I'll take a look at
15   them.  However, I get the e-mails anytime that there
16   is a charge that has been done, so I know what's going
17   on.
18      Q.  Anytime there's an e-mail -- excuse me.
19   Anytime there's a charge, you receive an e-mail?
20   A.  Not all of the time.
21      Q.  What determines whether you get an e-mail
22   or not?
23   A.  If the lieutenant sends it.  Sometimes
24   I'll get just a hard copy in my mailbox.
25      Q.  What's the policy say?

---

63

1    A.  The policy doesn't specify whether it has
2    to be sent to me via e-mail.
3       Q.  In your experience, what's determined
4    whether you get it by e-mail or not?
5    A.  It just depends on the person.
6       Q.  Okay.  Have you ever considered, in the
7    policy review committee, systematizing it so there's
8    not so much variance person to person?
9    A.  There's been a lot of things that have
10   been looked at, but that's not for me to decide.  I --
11   go ahead.
12      Q.  No.  I want to let you finish your
13   answer.
14   A.  No.  That's okay.  Go ahead.
15      Q.  I'm just wondering if that's one of those
16   things that have been looked at, is systematizing the
17   reporting of disciplinary charges.
18      MS. FELTON:  Object to form.
19   A.  That's a company decision that I have no
20   control over.
21      Q.  (BY MR. FREE)  I'm not asking you to make
22   a decision for the company.  All I'm asking you is to
23   tell me on behalf of the company whether the reporting
24   of disciplinary charges to you or to Brad -- Brad is
25   his name -- whether that has ever been something that

---

64

1    you've considered formalizing and systematizing into a
2    policy so that it's not ad hoc and person by person as
3    you've described?
4    A.  So Brad doesn't get all of those.  He
5    will get the final numbers for the outcome measures.
6    Outcome measures only deal with the numbers.  You can
7    keep them.  However, anything that has been removed
8    from their file, we don't count.
9       Q.  Okay.  Who keeps the numbers?
10   A.  Usually that would be classification.
11      Q.  So a GEO employee or employees in the
12   classification department would be responsible for
13   getting these numbers of disciplinary actions or
14   charges and giving them to Brad?
15   A.  Or giving them to the chief of security
16   who will in turn give them to Brad.
17      Q.  Is there a written policy on how this
18   works?
19   A.  No.
20      Q.  How did you train people, when you were
21   responsible for training, on how to report to your
22   accreditation people the number of disciplinary things
23   that had happened?
24   A.  At the time ACA didn't require outcome
25   measures.

---

scheduling@huntergeist.com              HUNTER + GEIST, INC.              303-832-5966/800-525-8490

Menocal v. The Geo Group, Inc.                    DAWN CEJA                               3/29/2016

65

1     Q.  Do you recall when they started requiring
2  it?
3     A.  Probably within the last six years or so.
4     Q.  Okay.  You, The GEO Group, do have the
5  outcome measures information that were provided to
6  ACA; is that right?
7     A.  Yes.  Those are provided every three
8  years, and then ICE also receives a second copy.
9     Q.  How often does ICE receive that copy?
10     A.  Only during the audit when they come in
11  and audit the facility, which is annually.
12     Q.  Who performs the audit?
13     A.  A contractor through ICE.
14     Q.  Is that the Nakamoto Group?
15     A.  Currently, yes.
16     Q.  Does the Office of Detention Oversight
17  ever perform a separate audit?
18     A.  Yes.
19     Q.  How often do those audits happen?
20     A.  I've seen it maybe once every three years
21  or so.
22     Q.  Okay.  During these audits, are these
23  metrics being provided to the auditors?
24     A.  Yes.
25     Q.  Are the disciplinary charges that you're

66

1  keeping track of when you're measuring outcomes broken
2  down by the infraction?
3     MS. FELTON:  Object to form.
4     A.  I would have to look at the sheet.  Those
5  outcome measures, they do change, and there's two
6  different sets.
7     Q.  (BY MR. FREE)  What do you mean?
8     A.  There's the ACA set and then there's the
9  ICE set.
10     Q.  Why are there two different sets?
11     A.  They just each require their own.
12     Q.  How do they differ?
13     A.  Some of the questions that they ask.  It
14  just depends.  I know it had recently changed within
15  the last year again.
16     Q.  So to go back to the original question
17  that started us down this line --
18     A.  Uh-huh.
19     Q.  -- if I wanted to know how many people
20  have been charged with a 300-level offense of refusing
21  to clean pursuant to the housing unit sanitation
22  policy, could I look at those metrics?
23     MS. FELTON:  Object to form.
24     A.  You could see the outcome measures, but I
25  don't know if it breaks it down into specific like for

67

1  a 301 or a 302 or if it's just for low-level offenses
2  compared to high-level offenses.
3     Q.  (BY MR. FREE)  Do you have any way of
4  knowing how many people have been placed into
5  administrative segregation for refusal to clean their
6  pods?
7     MS. FELTON:  Object to form.
8     A.  We would have to go back and look at each
9  individual detention file.
10     Q.  (BY MR. FREE)  Could you also look at
11  e-mails you've received?
12     A.  E-mails aren't necessarily reliable,
13  because sometimes we don't get one every single time
14  somebody is put into administrative seg.
15     Q.  So conceding that it could be under
16  representative, it could also provide you a source of
17  information about how many people have been placed
18  into administrative segregation for not cleaning their
19  pods; is that right?
20     MS. FELTON:  Object to form.
21     A.  I don't understand your question.
22     Q.  (BY MR. FREE)  Even if you don't get an
23  e-mail every time, is it conceivable that a detainee
24  who refused to clean his pod, was placed into
25  administrative segregation, and then had documents

68

1  created, those documents were e-mailed to you?
2     MS. FELTON:  Object to form.
3     A.  I'm sorry.  I still don't understand.
4     Q.  (BY MR. FREE)  I think you told me
5  earlier some lieutenants send you an e-mail with the
6  paperwork, some don't; is that right?
7     A.  Correct.
8     Q.  Presumably if a person were charged with
9  a 300-level violation for not cleaning their pod, then
10  the documents would reflect that, the charging
11  documents, right?
12     A.  Yes.
13     Q.  And sometimes you get the charging
14  documents by e-mail, right?
15     A.  Yes.  And if I don't, then I get them in
16  my mailbox as a hard copy.
17     Q.  So at least some cases you could look at
18  your e-mails and find out if a person was charged with
19  a 300-level offense for not cleaning their pod?
20     MS. FELTON:  Object to form.
21     A.  I could check my e-mail, but I couldn't
22  go back more than three or four years because we got a
23  new system and all of our old e-mails were wiped out,
24  at least if I wanted to check it.
25     Q.  (BY MR. FREE)  Does anybody else get an

17 (Pages 65 to 68)

69

1  e-mail that is similar to the one that you get from
2  the lieutenant reporting a disciplinary charge?
3       A.   The chief of security usually gets those,
4  the warden.
5       Q.   How do you determine whether employees
6  are correctly following the housing unit sanitation
7  policy if you can't tell when people are put into
8  administrative segregation for violating it?
9          MS. FELTON:  Object to form.
10      A.   I know who is in segregation.
11      Q.   (BY MR. FREE)  Okay.
12      A.   I'm back there -- when I'm not traveling,
13  I'm back there.  The chief of security is back there.
14  I see the reports.  I'm a firm believer in management
15  by walking around.  So when I make my rounds, I'm
16  looking at sanitation issues.  It doesn't matter if
17  I'm in the hallway or whatever, you know, wherever I
18  go, I'm making sure, so I know what's going on in my
19  facility.  I think, if memory serves me correct, I've
20  seen maybe one that ever complained about being put
21  into seg for a cleaning issue.  Other than that,
22  nobody has that I can recall.
23      Q.   Do you recall when you saw that one
24  person who complained?
25      A.   It's been a long time.  I would say

70

1  maybe -- I don't know -- four years.  I don't know off
2  the top of my head.
3       Q.   You were the assistant warden of
4  operations at the time?
5       A.   Yes.
6       Q.   What do you recall about the complaint?
7       A.   I just recall that somebody was put in
8  there, but I don't recall the specifics without
9  actually seeing the report.
10      Q.   Where would you go to look for that
11  report?
12      A.   I could go through detention files or I
13  could look at a grievance.  Maybe it was a grievance
14  that I had processed, because I was the grievance
15  coordinator for a while.
16      Q.   What period were you serving in that
17  function?
18      A.   2010 through '13 or '14.
19      Q.   Okay.  So for you to analyze at a
20  corporate level here in Aurora whether someone was put
21  into segregation for violating the housing unit
22  sanitation policy, would that person have to file a
23  grievance for it to come to your attention?
24      A.   No.
25          MS. FELTON:  Object to form.

71

1       A.   No.
2       Q.   (BY MR. FREE)  How else would you learn
3  about that?
4       A.   From my rounds.  A lot of times detainees
5  will informally come and talk to you.  They can fill
6  out a detainee request form, otherwise known as a
7  kite, but a lot of times you can just resolve issues
8  by walking around.
9       Q.   Would that be in the administrative
10  segregation unit?
11      A.   In any unit.
12      Q.   Do you recall whether there were other
13  times when the detainee wasn't grieving through the
14  formal grievance process or even submitting a kite,
15  but the detainee was in administrative segregation for
16  not cleaning up?
17          MS. FELTON:  Object to form.
18      A.   No.
19      Q.   (BY MR. FREE)  No.  Ms. Ceja, are you
20  doing okay?  Do you need a break?
21      A.   No.  I'm fine.  Thank you.
22          MR. TURNER:  How about the court
23  reporter?
24          THE COURT REPORTER:  I'm good.  Thank
25  you.

72

1          MR. FREE:  Are you sure?
2          THE COURT REPORTER:  Yes, I'm good.
3          MR. FREE:  Let us know.  Ms. Felton?
4          MS. FELTON:  I don't matter.
5          MR. FREE:  You matter more than you know.
6          MR. TURNER:  She's not even under oath
7  and she's telling the truth.
8          MR. FREE:  All right.  I'm going to take
9  a break.  Okay.  We'll go off the record for a moment.
10          (Recess taken, 10:59 a.m. to 11:20 a.m.,
11  after which time Mr. Turner was not present.)
12          MR. FREE:  We are back on the record at
13  11:18 a.m.  Thank you very much for giving me a little
14  bit more time.
15      Q.   (BY MR. FREE)  When we broke last, we
16  were talking a little bit about administrative
17  segregation and disciplinary segregation.  First of
18  all, is there anything about your testimony so far
19  that you need to amplify or change or correct in any
20  way?
21      A.   No.
22      Q.   Did you have any communications about
23  your testimony with your attorney during the break?
24      A.   No.
25      Q.   Okay.  Thank you.

73

1    A.  You're welcome.
2    Q.  So can you describe to me the physical
3    layout of disciplinary segregation versus
4    administrative segregation?
5    A.  Yes.
6    Q.  Thanks.
7    A.  When you walk into this unit, there's a
8    total of 48 beds, two tiers.  On the lower tier, as
9    you walk in on the right-hand side, is the
10   administrative segregation, and on the left side is
11   disciplinary segregation.
12   Q.  What's in the middle?
13   A.  There's two tables, four seats at each
14   table, an officer station to the right, two small
15   recreation yards on the right, and then there are two
16   televisions on the left-hand side facing
17   administrative segregation.
18   Q.  Okay.  I am a very visual learner.  And I
19   think it may be actually easier for you to just
20   diagram it for us.
21   A.  Can I just, due to security concerns --
22   MS. FELTON:  We can't do that.
23   MR. FREE:  What do you mean?
24   MS. FELTON:  I mean that I'll object and
25   instruct that she cannot diagram the facility for

74

1    security purposes, because this deposition is going to
2    go to people who have been in the facility or people
3    who may go into the facility.  And that is an ICE
4    directive.  They don't give out schematics of the
5    facility.  They don't allow us to diagram the facility
6    so that detainees can't know where things are located
7    within the facility.
8    MR. FREE:  Okay.  So what is the legal
9    basis of your objection?
10   MS. FELTON:  Security purposes.
11   MR. FREE:  That's not a privilege.
12   MS. FELTON:  No, it's not, no.  And we
13   can -- and it's not a privilege, but I'm not going to
14   let her answer that for security purposes.  I cannot
15   have anybody diagram the facility, which is why if you
16   want to go in and inspect the facility, we can do
17   that, but I cannot diagram the facility and I cannot
18   provide a schematic of the facility.
19   MR. FREE:  Great.  When can we do that?
20   MS. FELTON:  You will have to get ICE
21   clearance.
22   MR. FREE:  Well, no, you just assured
23   us --
24   MS. FELTON:  Yes.
25   MR. FREE:  -- and you own this

75

1    facility -- if we want to go in, we can inspect it --
2    MS. FELTON:  You can go in and inspect
3    it.
4    MR. FREE:  -- in lieu of having a
5    diagram.  So when can we do that?
6    MS. FELTON:  Well, we'll go off the
7    record at another time and find a suitable date.
8    MR. FREE:  But we've agreed we can go to
9    the facility and inspect?
10   MS. FELTON:  With ICE clearance, yes.
11   Every single person that goes into that facility, I
12   don't care who you are, every single person that walks
13   into that facility has to be cleared by ICE first.
14   I'm not talking a background check.  I'm saying ICE
15   has to say yes.  I don't care if you're an assistant
16   U.S. attorney.
17   MR. FREE:  So just so I understand,
18   though, we have a stipulated protective order in this
19   case.
20   MS. FELTON:  Yes, we do.
21   MR. FREE:  And I can pull it up.  In
22   fact, we may even have it in our binder.
23   MS. FELTON:  I'm fully aware of what the
24   protective order says.  And I'm fine with getting
25   Judge Kane on the phone.

76

1    MR. FREE:  I wasn't finished.  Let me
2    just finish.  I can pull it up.  I think we may have
3    printed it out.  If not, I can print it out.  My
4    understanding is we have limitations on the use of
5    this discovery and we have tiers that would prevent
6    any of your concerns from being realized.  You've
7    marked everything in your paper discovery as
8    confidential.
9    MS. FELTON:  Correct.
10   MR. FREE:  We haven't objected.
11   MS. FELTON:  No.  And there is no
12   provision in the protective order that prevents your
13   clients from seeing the documents in this case.
14   MR. FREE:  Okay.  How is the jury
15   supposed to see what segregation looks like?
16   MS. FELTON:  It doesn't matter what
17   segregation looks like.  That's not an issue in this
18   case.
19   MR. FREE:  So just to understand, you're
20   instructing your witness not to answer; is that right?
21   MS. FELTON:  Yes.
22   MR. FREE:  Okay.  You're not claiming any
23   privilege?
24   MS. FELTON:  No.
25   MR. FREE:  Okay.  Thank you.

19 (Pages 73 to 76)

77

1    Q.  (BY MR. FREE)  The tier is --
2        MR. FREE:  And by answer, I just want to
3    clarify, you're instructing your witness not to
4    diagram?
5        MS. FELTON:  Diagram.
6    Q.  (BY MR. FREE)  And it's just one tier of
7    a segregation unit, is my understanding, based on your
8    testimony so far?
9    A.  Correct.  ICE does not utilize -- we do
10   not house ICE detainees on the second tier, just on
11   the lower tier.
12   Q.  So it's just the lower floor of one tier?
13   A.  Correct.
14   Q.  Okay.  You said there are TVs on one
15   side, right?
16   A.  The TVs face the administrative
17   segregation side.
18   Q.  Okay.  They don't face the disciplinary
19   segregation side?
20   A.  Correct.
21   Q.  And you said in administrative
22   segregation, you get two hours of social time?
23   A.  Yes.
24   Q.  Where are you when you're not doing
25   social time?

78

1    A.  In the cell or outside in recreation.
2    They still get recreation time.
3    Q.  How much time of recreation do you get?
4    A.  Up to two hours.
5    Q.  Is that overlapping with social time, or
6    is that separate from it?
7    A.  Separate.
8    Q.  Out of a 24-hour day, you're talking
9    about 20 hours in the cell; is that right?
10   A.  Correct.
11   Q.  And you're physically restrained in the
12   cell?
13       MS. FELTON:  Object to form.
14   Q.  (BY MR. FREE)  Let me rephrase.  Is the
15   door shut?
16   A.  Yes.
17   Q.  Is the cell door locked?
18   A.  Yes.
19   Q.  You're physically not able to get out of
20   the cell for that 20 hours?
21   A.  Correct.
22   Q.  Do the detainees understand you're going
23   to be physically restrained in the cell when you go to
24   administrative segregation?  Is that something that's
25   explained to them?

79

1        MS. FELTON:  Object to form.
2    A.  They're not physically restrained inside
3    the cell, but the door is closed, yes.
4    Q.  (BY MR. FREE)  The door physically
5    prevents them from going out of the cell like they
6    would in their pod; is that right?
7    A.  Correct.
8    Q.  And is that part of the explanation that
9    you're giving to detainees about the consequences of
10   violating the disciplinary rules?
11       MS. FELTON:  Object to form.
12   A.  I don't understand.
13   Q.  (BY MR. FREE)  Do the detainees know what
14   administrative segregation is or seg, whatever you're
15   calling it, solitary, is this something that is
16   explained to a detainee when he or she enters the
17   facility?
18   A.  Yes.
19   Q.  Okay.  It's fair to say that when looking
20   at all of these policies, including the housing unit
21   sanitation policy, the detainee is on notice that if
22   he or she doesn't comply, he or she could be taken to
23   administrative segregation; is that right?
24   A.  Correct.  And that's clearly set forth in
25   the detainee handbook.

80

1    Q.  Nobody is springing this on them at the
2    last minute as a surprise?
3    A.  Correct.
4        MS. FELTON:  Object to form.
5    Q.  (BY MR. FREE)  And they know they're
6    going to be limited in their movement in
7    administrative segregation?
8    A.  Yes.
9        MS. FELTON:  Object to form.
10   A.  Yes.
11   Q.  (BY MR. FREE)  Okay.  At least that is
12   the information that you're providing to detainees so
13   they can comply with the policies; is that right?
14   A.  Yes.
15   Q.  Okay.  By that, I mean, that their
16   movement is going to be limited and they're going to
17   be limited in their amount of social time, rec time;
18   is that right?
19   A.  Yes.
20   Q.  Okay.  Now, the detainee handbook puts
21   detainees on notice that they could actually be put in
22   disciplinary segregation for up to 72 hours if they
23   violate the requirement that they clean up; is that
24   right?
25   A.  Yes.

81

1    Q.  Now, if a person violates the requirement
2  to comply with the housing unit sanitation policy,
3  does it put anyone in danger?
4        MS. FELTON:  Object to form.
5    A.  I don't understand what you're asking.
6    Q.  (BY MR. FREE)  Is the life or safety or
7  health of anyone jeopardized when someone refuses to
8  comply with the housing unit sanitation policy?
9        MS. FELTON:  Object to form.
10    A.  No, not necessarily.
11    Q.  (BY MR. FREE)  Does failure to clean up
12  ever pose a serious threat to the life, health,
13  safety, or property of people in their pod or to the
14  staff, to other detainees?
15    A.  Yes.
16        MS. FELTON:  Object to form.
17    Q.  (BY MR. FREE)  When?
18    A.  For example, if you don't clean up after
19  meal service or if you order a lot of commissary and
20  it's kept in a cell and they don't clean up their cell
21  and you get food on the floor, you can get bugs.  It
22  becomes a health issue.  It becomes a serious
23  sanitation issue.
24    Q.  Okay.  But does that pose a serious
25  threat to the lives of other people in the cell?

82

1        MS. FELTON:  Object to form.
2    A.  Not necessarily, but in some cases, there
3  are people who do not know how to clean up after
4  themselves.
5    Q.  (BY MR. FREE)  As far as GEO is
6  concerned, does it matter, when you're looking at a
7  disciplinary action, whether it poses a health or like
8  a life safety issue?
9        MS. FELTON:  Object to form.
10    A.  I don't understand.
11    Q.  (BY MR. FREE)  Circle back to that.
12  Fair?
13    A.  Okay.
14    Q.  I'm going to hand you what we'll mark as
15  Exhibit 4 to today's deposition.
16        (Deposition Exhibit 4 was marked.)
17    Q.  I apologize that it is not already in
18  your binder.  I'm going to hand it to your counsel and
19  to you.  If you would just plug it in, or I can do it,
20  behind Tab No. 17.  Have you had a chance to look at
21  the document that I just handed you that we marked as
22  Exhibit 4?  And in the bottom right-hand corner, it
23  says, "PL 59, PL 60, PL 61."  Have you had a chance to
24  look at that?
25    A.  Yes.

83

1        (At this time Mr. Turner entered the
2  room.)
3    Q.  Do you recognize this document?
4    A.  Yes.
5    Q.  Or these documents?
6    A.  Yes.
7    Q.  What are they?  Let's start with the
8  first page.
9    A.  They are all different versions of the
10  cleanup list over the years that has been used to
11  specify who is going to clean up after meal service.
12    Q.  Who created these documents?
13    A.  I do not know who created any of these
14  versions.
15    Q.  Okay.  How often are they distributed to
16  detainees?
17    A.  Usually --
18        MS. FELTON:  Object to form.
19    A.  They're not distributed to detainees, but
20  usually what happens is the assigned officer on the
21  graveyard shift will fill out the names and the person
22  who will be responsible for the following day's meals,
23  so when dayshift comes on, it will be ready to go.
24    Q.  (BY MR. FREE)  Okay.  And then where is
25  this posted, if it's posted?

84

1    A.  Usually it's posted right by the detainee
2  mailboxes.  They fold it and hang it over the edge.
3    Q.  As far as you know, is this the way that
4  the detainees find out that they're responsible for
5  cleaning up after meals pursuant to the housing unit
6  sanitation policy?
7    A.  Yes.
8    Q.  Okay.  This falls -- I just want to make
9  sure I understand.  This falls outside of the realm of
10  the voluntary work program; is that right?
11    A.  This is for all of the common area, yes.
12    Q.  This is within the housing unit
13  sanitation policy and not the voluntary work program?
14    A.  It's part of the living area.
15    Q.  How does that answer my question?
16    A.  What I referred to before, when we had
17  the same discussion, that the common area is part of
18  the living area.  It's all connected.
19    Q.  Let's try this a different way.  Do
20  people get paid for doing these jobs?
21    A.  No.
22    Q.  Are they required to do these jobs?
23    A.  To keep the area clean, we assign them,
24  yes.
25    Q.  The answer is, yes, they're required to

85

1    do these jobs?
2         A.  Yes.
3         Q.  If they don't do these jobs, they can
4    potentially be charged with a disciplinary infraction,
5    a 300-level infraction?
6         A.  Possibly, yes.
7         Q.  And that could possibly lead to solitary
8    confinement?
9         MS. FELTON:  Object to form.
10        Q.  (BY MR. FREE)  Excuse me.  Administrative
11   segregation; is that right?
12        A.  Yes.
13        Q.  And this is something that is explained
14   to the detainees when they come in?
15        A.  It's in the handbook, yes.
16        Q.  And this is a uniform policy throughout
17   all of the tiers in which ICE detainees are kept?
18        MS. FELTON:  Object to form.
19        A.  I don't know.
20        Q.  (BY MR. FREE)  Let me clarify.  In each
21   place where an ICE detainee is housed, does GEO use a
22   cleanup list, like the ones we've just reviewed, to
23   notify the detainees of their responsibilities for
24   cleaning?
25        A.  I do not --

86

1         MS. FELTON:  Object to form.
2         A.  I do not know.
3         Q.  (BY MR. FREE)  How else do they find out,
4    if you know?
5         A.  I don't know how other facilities -- I'm
6    sorry.  I don't follow then.
7         Q.  I was just talking about the tiers in
8    which the detainees in Aurora are housed.  I'm not
9    talking about anyplace else.
10        A.  Okay.
11        Q.  Okay.  So everywhere that the detainees
12   are housed, someone, maybe on graveyard shift, makes a
13   list of who is going to clean up after a meal; is that
14   right?
15        A.  Yes.
16        Q.  And then whether using this form or maybe
17   some other form, the detainees are notified; is that
18   right?
19        A.  Yes.
20        Q.  And this is not compensated work?
21        A.  Correct.
22        Q.  Since you became the assistant warden of
23   operations in 2005 --
24        A.  Yes.
25        Q.  -- is this the system that's been in

87

1    place?
2         A.  Yes.  The system was in place when I
3    started as a detention officer in 1995.
4         Q.  Maybe this first design may have dated
5    back to that.
6         A.  No.
7         Q.  Okay.  I kid.  So let's now take a look
8    at what we're going to mark as Exhibit 5 to this
9    deposition.
10        (Deposition Exhibit 5 was marked.)
11        Q.  Again, I'm sorry, but we do not have it
12   in your binder, if you'll just slide that in at Tab 18
13   of your deposition notebook.  Take a look and review
14   that, please, and let me know when I can ask you some
15   questions about it.
16        MS. FELTON:  Is this 5?
17        MR. FREE:  It's Exhibit 5, correct.
18        Q.  (BY MR. FREE)  At the bottom of the page,
19   this is Plaintiffs 51, 52, 53, 54, and 55.  Have you
20   had a chance to look at that?
21        A.  Yes.
22        Q.  Do you recognize this document?
23        A.  Yes.
24        Q.  What is it?
25        A.  It is part of the detainee handbook local

88

1    supplement.
2         Q.  And is this one of the things or part of
3    one of the handbooks that you testified earlier is
4    provided to a detainee when he or she is admitted to
5    the Aurora facility?
6         A.  Yes.
7         Q.  This section, Section VIII, at the bottom
8    left-hand corner and what follows is the formal
9    document that puts the detainee on notice of his or
10   her obligations and rights under the discipline
11   policy; is that right?
12        A.  Yes.
13        MS. FELTON:  Object to form.
14        Q.  (BY MR. FREE)  Do they get this every
15   time, this section of the handbook?
16        MS. FELTON:  Object to form.
17        A.  Yeah.
18        Q.  (BY MR. FREE)  Every time a detainee is
19   admitted --
20        A.  Yes, and they sign for it.
21        Q.  -- he or she signs memorializing that he
22   or she received this policy?
23        A.  Yes.
24        Q.  Now, the only reason I wanted you to look
25   at this, because I want to make sure I'm clear, if

22 (Pages 85 to 88)

89

1    you'll turn to PL 54, the 300-level offense that you
2    were referring to earlier, would that have been 306,
3    refusal to clean assigned living area?
4        A.  Yes.
5        Q.  Okay.  And that's in the high moderate
6    offense category; is that right?
7        A.  Yes.
8        Q.  There are low moderate offense
9    categories, but this is not in them; is that right?
10       A.  Yes.  If you're referring to the 400
11   level, yes.
12       Q.  That is right.  And in the list of
13   sanctions that apply to high moderate offenses,
14   detainees are informed through this document that GEO
15   could initiate criminal proceedings?
16           MS. FELTON:  Object to form.
17       Q.  (BY MR. FREE)  Is that right?
18       A.  That's what is listed, yes.
19       Q.  I'm going to ask whether these other
20   sanctions could follow from a 306 violation.  I think
21   the one we talked about earlier was a disciplinary
22   segregation, up to 72 hours, right?
23       A.  Yes.
24       Q.  They could lose a job; is that right?
25       A.  Yes.

90

1        Q.  They could be given a disciplinary
2    transfer; is that right?
3        A.  That's what is listed.
4        Q.  That is GEO's policy?
5           MS. FELTON:  Object to form.
6        A.  This comes out of the PBNDS.
7        Q.  (BY MR. FREE)  I'm sorry.  I thought you
8    said it was in the ICE detainee handbook.
9        A.  Yes, but it's based off of the PBNDS.
10       Q.  Is it your understanding that if there's
11   a discrepancy between GEO's policy or practice and the
12   PBNDS, the PBNDS controls; in other words, GEO must
13   follow the PBNDS?
14           MS. FELTON:  Object to form.
15       A.  Yes.  It is part -- it's tied to the
16   contract.
17       Q.  (BY MR. FREE)  Okay.  Yes, exactly.  So
18   GEO, as part of the contract, has agreed to abide by
19   the PBNDS; is that right?
20       A.  Yes.
21       Q.  To the extent this ICE detainee handbook
22   that's given to the detainees contains things that
23   aren't explicitly mentioned in the PBNDS, it's GEO's
24   requirement that these things comply with the PBNDS,
25   right?

91

1           MS. FELTON:  Object to form.
2        A.  I don't understand.
3        Q.  (BY MR. FREE)  Okay.  The PBNDS does not
4    contain all of these lists of codes, right?
5        A.  I'm pretty sure they do.
6        Q.  Okay.  We'll come back to that.
7        A.  I'm pretty sure.
8        Q.  This is taken directly from the PBNDS?
9        A.  I'm pretty sure.
10       Q.  And that's 2008, 2011?
11       A.  It's been in the last two versions, the
12   2008 and the 2011.
13       Q.  Okay.
14       A.  That's where we get it from.
15       Q.  As part of your duties as assistant
16   warden of operations, have you ever seen a document
17   called a statement of work?
18       A.  That sounds like something that would be
19   in the contract.
20       Q.  Okay.  Do you have any understanding as
21   to what the purpose of that document is?
22           MS. FELTON:  Object to form.
23       Q.  (BY MR. FREE)  No?
24       A.  It's in the contract.
25       Q.  Okay.

92

1        A.  And we abide by it.
2        Q.  Okay.  So the statement of work is
3    something that would be in the contract and GEO would
4    have to abide by it; is that right?
5        A.  Yeah.
6           MS. FELTON:  Object to form.  She can't
7    answer the question if she doesn't know what document
8    you're talking about.  She said she thinks it's part
9    of the contract.
10          MR. FREE:  Fair.
11       Q.  (BY MR. FREE)  You were prepared to
12   testify about the existence and location of documents
13   regarding employees, contractors, or others performing
14   work in the Aurora Detention Facility and other GEO
15   facilities that is the same or similar as work
16   performed under the housing unit sanitation policy,
17   what the scope of their work would be, and what the
18   value of their services is.  I've just read from 2 f
19   of your 30(b)(6) deposition notice.  You told me
20   earlier you were prepared to testify about that; is
21   that right?
22          MS. FELTON:  I'm going to object to form
23   only because she was not designated to testify as to
24   other facilities.
25          MR. FREE:  Fair, but the rest of it.  I'm

23 (Pages 89 to 92)

93

1 just excluding and other GEO facilities.  We can deal
2 with that later.
3     MS. FELTON:  Yes.
4     Q.  (BY MR. FREE)  You're prepared to testify
5 about that, right?
6     A.  Yes.
7     Q.  Where would you find documents regarding
8 employees, contractors, or others performing work in
9 Aurora that's the same or similar to those performed
10 in the housing unit sanitation policy?
11     A.  Can you specify?
12     Q.  Sure.  I'll tell you what, just so we're
13 all on the same page literally, let's turn back to the
14 exhibit.  It's Exhibit 1, which is the 30(b)(6)
15 deposition notice.  I've looked at page 3 of the
16 notice, which is 2 f.  Do you see that?
17     A.  Yes.
18     Q.  Do any documents exist that would help us
19 understand the answers to this topic?
20     A.  For employees, all of our employee
21 records are kept with human resources.  Contractors,
22 some of it is with human resource, because they have
23 to go through the background check through ICE, and
24 some of those are kept with the programs manager in
25 regards to training and things along that line that

94

1 they have to go through.
2     Q.  What about others performing work?
3     A.  Employees and contractors cover
4 everything, because everybody that comes into the
5 building has to go through the clearance process.  So
6 others, it's pretty much all inclusive between
7 employees and contractors.
8     Q.  Nobody volunteers to come in and do
9 anything in the housing unit sanitation policy, right?
10     A.  No.
11     Q.  Okay.  So I just want to focus, though,
12 on the topic, which is documents that deal with these
13 people, the employees, contractors -- we can eliminate
14 others -- and the scope of the work, something that's
15 the same or similar to the housing unit sanitation
16 policy.  Do you know of any documents that could help
17 us understand who else performs the work that
18 detainees perform under the housing unit sanitation
19 policy?
20     MS. FELTON:  Object to form.
21     MR. FREE:  What's the objection?
22     MS. FELTON:  You're assuming that there
23 are those people.
24     Q.  (BY MR. FREE)  Are there those people?
25 Is there anybody else who performs the work performed

95

1 under the housing unit sanitation policy?
2     A.  Hold on.  I'm referring back in my head
3 to the policy.
4     Q.  Take all of the time you need.  And if
5 you want, we've got the policy.
6     A.  Which tab is that one?
7     Q.  That is at 7.  You're going to want to
8 turn to the page marked -- actually, it's going to be
9 easier, I think, to go to 8.  So we're looking at
10 GEO -- this is Exhibit 3 -- 1419, 1420, 1421, and
11 behind that there's also a newer policy at 1510, 1511,
12 1512, and 1513.
13     A.  No.
14     Q.  Okay.  I thought when we were looking at
15 the housekeeping plan -- that's 1508 -- that you told
16 me that -- and granted this is an old one -- you told
17 me that maintenance was doing the wiping down of
18 surfaces with a cloth for light fixtures and vents and
19 air ducts.  That's the bottom row in that table on the
20 right-hand side.
21     A.  Yes.
22     Q.  So there's somebody that does some of
23 this; is that right?
24     A.  Yes.
25     Q.  Somebody who is not a detainee?

96

1     A.  Then I'm confused by your question.
2     Q.  Tell me what's confusing you.
3     A.  Because there is a section in here that
4 talks about what maintenance will do.
5     Q.  Okay.  Show me that section, please.
6     A.  It's 1512, H.
7     Q.  Okay.  So this is one of the sources of
8 documents we can look at and see, you know, who else
9 is doing some work under the sanitation policy,
10 but . . .
11     A.  And for I, medical cleans up the fluids.
12     Q.  I see.
13     MS. FELTON:  Maybe I can help.  Because
14 the policy is a total sanitation policy.  So if your
15 question is a total building sanitation, you're going
16 to get one answer.  If your question is detainee
17 sanitation, you're going to get a different answer.
18     MR. FREE:  I really appreciate that
19 clarification, Counsel.  Thank you.  What we're
20 talking about is just detainee sanitation.
21     MS. FELTON:  I know what you're talking
22 about.
23     MR. FREE:  Thanks.  That's why they pay
24 you the big bucks.
25     THE DEPONENT:  Now I'm even more

97

1   confused.
2           MS. FELTON:  Sorry.
3           Q.  (BY MR. FREE)  So I guess what I'm going
4   to look at then is back where I started, which is
5   Tab 7.
6           A.  Tab 7.  Okay.
7           Q.  And we're at page 55 and 56.
8           MR. FREE:  I'll just ask this question
9   and then we'll ask that one.
10          A.  55?
11          Q.  (BY MR. FREE)  And 56, yes, please.  Your
12  counsel has told me that we're not talking about the
13  whole facility sanitation policy.  In Section V of the
14  ICE detainee handbook, it says, "There will be an
15  organized, supervised and continuous program of daily
16  cleaning by all detainees to maintain these high
17  standards."  We talked about that earlier.
18          A.  Yes.
19          Q.  And then on the next page, it says, "Each
20  and every detainee must participate in the facility's
21  sanitation program.  A list of detainees is developed
22  each day by staff and is posted daily for viewing."  I
23  think that that's the exhibit we looked at, which I
24  believe was Exhibit 5, that noted -- excuse me.  It
25  was Exhibit 4 -- that noted the cleanup lists, right?

98

1           A.  Yes.
2           Q.  Okay.  There's also general cleanup that
3   is listed separately in the housing unit sanitation
4   policy.  Just follow along with me.  It says, "During
5   a general cleanup all detainees must participate."
6   And are you telling me that's the cleanup that's
7   assigned every day by the person on the graveyard
8   shift, or is the general cleanup that detainees must
9   participate in something else?
10          A.  I believe I stated that earlier, that
11  it's all encompassing.  So all of the detainees will
12  have a turn on this for general cleanup.
13          Q.  By "this," you're pointing to the cleanup
14  list?
15          A.  To the cleanup list, the one that is
16  posted every morning.
17          Q.  So that includes cleaning up the common
18  area --
19          A.  Yes.
20          Q.  -- right?  It also includes cleaning
21  up -- by "it," I mean this housing unit sanitation
22  policy includes cleaning up your own living space?
23          A.  Yes.
24          Q.  It includes the windows and walls of the
25  common area as well?

99

1           A.  As I stated earlier, the walls in each
2   individual cell, because the toothpaste on the walls,
3   like I said, and the floors and stuff.  So in that
4   common area, it's the tables and the sweeping and the
5   mopping of the floors.
6           Q.  Who cleans the windows and the walls in
7   the common area?
8           A.  Sometimes the housing unit trustee.
9           Q.  That's a voluntary work program person?
10          A.  Yes.
11          Q.  What about the other times?
12          A.  It's usually always that person.
13          Q.  Usually and always are not the same
14  thing.  Is it always the trustee, or is it sometimes
15  someone else?
16          A.  I can't testify to every single time,
17  every single detainee.  That's why I say usually,
18  because there's so many trustees and sometimes other
19  people may help out.  It just depends.
20          Q.  Can you think of a circumstance in which
21  someone else would help out?
22          A.  Sometimes people just like to keep busy.
23  It makes the time go by faster.
24          Q.  Okay.  I understand.  So sometimes it's
25  not the voluntary work program person who is doing

100

1   this cleaning; sometimes it's someone that wants to
2   keep busy and wants to help?
3           A.  It's possible, yes.
4           Q.  Getting back to this 2 f in our
5   deposition notice, I think that I understand your
6   answer to be that because nobody else performs similar
7   work to the work described in the housing unit
8   sanitation policy, there's not another set of
9   documents out there that would tell us who is
10  performing this work?
11          A.  No, not to my knowledge.
12          Q.  Okay.  Have you reviewed the statement of
13  work that's attached to GEO's most recent contract?
14          A.  Yes, I've read it.
15          Q.  In the statement of work, which has not
16  been provided to us at least -- so I'm just going off
17  of your recollection of it.  In the statement of work,
18  is there a staffing plan?
19          A.  I would have to see it again.  The
20  contract is very thick and the sections sometimes blur
21  into each other.
22          Q.  Have you ever seen the staffing plan for
23  the Aurora Detention Facility?
24          A.  Yes.
25          Q.  Are sanitation workers on the staffing

25 (Pages 97 to 100)

101

plan?

A.   Sanitation workers?  What do you mean by "sanitation workers"?

Q.   Janitors, people who clean things up.

A.   Yes.

Q.   How many sanitation workers or janitors are on the staffing plan?

A.   One.

Q.   What is that person's name?

A.   Danielle Deets, D-e-e-t-s.

Q.   What is her job?  What does she do in terms of her day?

A.   She will empty the trash and vacuum the carpets and clean the restrooms in the ICE administration area, the EOIR area, and the GEO administrative area.

Q.   Okay.  Aside from what Danielle is doing, every other janitorial or sanitation task is performed by the detainees; is that correct?

MS. FELTON:  Object to form.

A.   No.

Q.   (BY MR. FREE)  Who else performs those tasks?

A.   Maintenance sometimes does.

Q.   All right.  Aside from Danielle and

102

maintenance, every janitorial or sanitation task is performed by the detainees; is that correct?

A.   No.

Q.   Who else performs those tasks?

A.   And let me explain.

Q.   Sure.  Can you answer my question first and then explain?  Who else performs those tasks?

A.   Everybody plays a role in that.  For example, if I'm walking down the hallway and I see trash in the hallway, I'm going to pick it up.  If a staff member goes into the staff lounge, they're going to pick up trash.  I want to be clear on that, because everybody plays a part in the sanitation role.

Q.   That's fair.  Who else's job is it to do that when they come to the facility that day or whether they're detained in the facility that day?

A.   It's everybody's job.

Q.   It's not your job to clean the windows and the walls, right?

A.   I have been known to clean windows.  I just want to make that clear, because especially in my role as an assistant warden --

Q.   Set an example, yes, I understand.

A.   -- it's part of my role to set that example and lead by example.

103

Q.   All right.  How much roughly, if you know, is Danielle, the janitor, paid?

A.   I do not know.  It is set by wage determination, Department of Labor.

Q.   So if we wanted to find that out, we would have to look at the wage determination that's attached to the GEO contract with ICE, right?

A.   Yes.

Q.   I've got page 37 in Exhibit 2.  That's at Tab 7.

MS. FELTON:  Page which?

MR. FREE:  37.

Q.   (BY MR. FREE)  If you want to go back one, I'll just show you this is the wage determination --

A.   Yes.

Q.   -- that was revised on July 25, 2014.  It's been filed with the court as document 18-2.  So does it look to you like Daniel might get paid at least $12 an hour?

A.   Yes.

Q.   Okay.  If you would bear with me for just a moment, I think we're through with this subject and can move on.  Just a couple more housekeeping things.  Okay.  If you would please turn to Tab 10, we're going

104

to mark the entirety of Tab 10 as Exhibit 6 to today's deposition.

(Deposition Exhibit 6 was marked.)

Q.   I don't want you to read the whole thing yet.  I'm going to point you to a couple of pages.  Okay?

A.   Okay.

Q.   This is pages 581 through 636 of your production to the plaintiffs in this case.

MS. FELTON:  This is 6?

MR. FREE:  This is Exhibit 6, that's right, Counsel.

Q.   (BY MR. FREE)  You were talking earlier about the documents that accompany a detainee's file or may be forwarded to some person or another as a part of the disciplinary process.  Do you remember that colloquy?

A.   Yes.

Q.   Okay.  I think that what we're looking at are some of those documents.  I would like you to just help me understand them.

A.   Okay.

Q.   Okay.  The first document, 581, do you recognize this document?

A.   Yes.

105

1    Q.  Generally, what is it?
2    A.  It's a document that after the IDP
3 hearing is held, if there's any disciplinary time
4 imposed, this documents that amount of time and
5 basically when the release date is.
6    Q.  So the IDP is the Institutional
7 Disciplinary Panel?
8    A.  Yes.
9    Q.  This is regarding disciplinary
10 segregation for one of the plaintiffs in this case,
11 Mr. Brambila, right?
12    A.  Yes.
13    Q.  I see the prohibited act is fighting and
14 the code is 201, so it's a 200-level offense?
15    A.  Yes.
16    Q.  And it looks like he's been imposed with
17 seven days of disciplinary segregation; is that right?
18    A.  Yes.
19    Q.  I'm reading all of that correctly.  And
20 then below, although it is redacted pretty heavily, we
21 know it's Mr. Brambila.  We know he's going to lose
22 his commissary privileges.  We don't really know much
23 else behind that other than he's being put in
24 disciplinary segregation.  But all of this is typed
25 up, right?

106

1    A.  This one is, yes.
2    Q.  Who typed it up or who would have typed
3 it up?
4    A.  Either the chief of security would have
5 typed it up or the administrative lieutenant.
6    Q.  Would that have been on a GEO computer?
7    A.  Yes.
8    Q.  Okay.  And would they have saved this
9 document?
10    A.  Probably not.
11    Q.  Okay.  So is it the case that this is the
12 type of document that would be available in a template
13 form and you can just fill it in and print it out?
14    A.  Correct.
15    Q.  Let's look at the next document.  What is
16 this document?  This is 582.
17    A.  This is an administrative segregation
18 order.
19    Q.  And what's the function of this document?
20    A.  This is the one that I referred to
21 earlier, that if somebody is pending disciplinary or
22 any of those A through G, it would be checked and put
23 into the file.  This form is originally from ICE and
24 was attached to the PBNDS.
25    Q.  It was edited by The GEO Group?

107

1    A.  They have their own forms and then we go
2 and type that and put our letterhead on it.
3    Q.  By "they," you mean ICE.  They have their
4 own forms, the "they" in that sentence is ICE has its
5 own forms?
6    A.  Correct.  ICE's form is attached to the
7 PBNDS.
8    Q.  I understand.  And then if we thumb
9 through, we just have some logs.  And I think those
10 are the logs that you were describing earlier, the
11 30-minute checks when you're in segregation.  Do you
12 see generally the logs I'm referring to?
13    A.  Yes.
14    Q.  These 30-minute checks are happening
15 while the person is detained in the cell, is that
16 right, in the segregation cell?
17       MS. FELTON:  Object to form.
18    A.  These checks are performed every 30
19 minutes whether or not they're in the cell or not.
20    Q.  (BY MR. FREE)  Okay.  You could figure
21 out, based on these 30-minute checks, how long the
22 person spent in segregation; is that right?
23    A.  As long as these are all from the same
24 incident with the same date, which I can't verify.
25    Q.  We can't either.  I relate.  If you look

108

1 at 596, do you recognize this document?
2    A.  It's a charging packet.
3    Q.  It's titled "Incident of Prohibited Acts
4 and Notice of Charges."  Is that right?
5    A.  Yes, that is the title.
6    Q.  And the prohibited act is listed as
7 fighting and the code is 201.  You note that there's a
8 work assignment here as a maintenance trustee.  Do you
9 see that?
10    A.  Yes.
11    Q.  Why is that on there?
12    A.  I can assume that he applied to be a
13 maintenance trustee and met the qualifications and was
14 selected and trained to be the maintenance trustee.
15    Q.  Okay.  It's true, isn't it, that one of
16 the consequences of being hit with a disciplinary
17 infraction, even at the 300 level, is losing your job?
18       MS. FELTON:  Object to form.
19    A.  Let me clarify what you said.  You said
20 being hit with that.
21    Q.  (BY MR. FREE)  Excuse me.
22    A.  If it goes through the process and the
23 hearing is completed and the person conducting the
24 hearing decides to choose that as an option, then,
25 yes.

27 (Pages 105 to 108)

109

Q. Okay. The next page, page 597, do you recognize the format of this document?

A. Yes. It's the investigation report.

Q. What's the function of this document?

A. This is where a lieutenant will investigate the notice of charges. So in this instance, they were investigating what happened during the fight and they put down their findings.

Q. Okay. And do you see the date and time that the investigation began there at the bottom?

A. Yes.

Q. What time did it begin, on what date?

A. October 22, 1819.

Q. All right. And based on the discussion earlier, while this was going on, while this investigation was happening, it's my understanding that Mr. Brambila, one of our clients, would have been in administrative segregation; is that right?

A. Correct. And that's why that previous form was checked that he was in administrative segregation pending investigation of rules infraction.

Q. I see. If we just continue to thumb through and stop at 604, is it fair to say that the documents we just looked at are going to be created whenever a person is charged with a disciplinary

110

infraction and given a UDC?

A. Yes, for any rules violation.

Q. So anytime that happens, there should be a record of it?

A. If they're charged, yes.

Q. If they're charged. If we wanted to figure out what the basis for the charge is, what would be the best one of these documents to look at?

A. Do you mean why they were charged?

Q. Yes, which code it would be.

A. Then it would be the first page of the charge packet, which is the incident of prohibited acts and notice of charges.

Q. So that would be 596; is that right?

A. Yes.

Q. Is this the type of document that you were referring to when you testified earlier that sometimes you would get it by e-mail?

A. Yes.

Q. Okay. Is there any other type of document you would have received by e-mail in the instances where the lieutenant provided it to you?

A. I don't understand.

Q. Is there anything else you would have gotten by e-mail from the lieutenant when they were

111

notifying you that someone had been placed in ad seg and was going to be undergoing an investigation, anything else you would have gotten?

A. No.

Q. Okay. Thank you.

A. You're welcome.

Q. Are you required to report to ICE when you place someone in administrative segregation?

A. Yes.

Q. How do you do that?

A. Usually the lieutenant will send an e-mail.

Q. What about the other times?

A. Not everybody that even they're notified is charged with something. So anytime somebody goes to seg, they want to know, because there's time lines that have to be followed on reviews.

Q. I think I understand. So anytime a detainee is placed in administrative segregation, a lieutenant is going to e-mail ICE?

A. Yes. Usually it's the lieutenant.

Q. Or someone is going to e-mail ICE?

A. Correct, unless it's ICE placing them in administrative segregation themselves.

Q. Okay. Now, you said usually an e-mail is

112

sent. How else would ICE be notified?

A. Via telephone.

Q. Okay. Do you think it's more often that ICE is notified by e-mail or telephone, just in your experience?

A. I would really say it varies. Sometimes the lieutenant maybe can't get to the e-mail right away and, therefore, my chief of security or myself or even the warden may contact ICE to say, hey, this is what we have going on, just to keep them in the loop.

Q. You do that by telephone, e-mail?

A. Telephone. I can walk next door to their office.

Q. Okay. Who are you e-mailing at ICE?

A. Usually it is -- well, always it's going to be the COTAR.

Q. The contracting officer's technical representative?

A. Yes. The AFOD.

Q. The assistant field office director?

A. Yes. And both SDDOs.

Q. And both of the supervisory detention deportation officers?

A. Yes.

Q. Anybody else?

Menocal v. The Geo Group, Inc.          DAWN CEJA                          3/29/2016

---

113

1    A.  No.
2    Q.  And when they get an e-mail, do they ever
3  e-mail you back?
4    A.  Sometimes.  Most of the time we'll pick
5  up the phone.  It's a lot easier to communicate
6  verbally than it is over the computer.
7    Q.  Without telling me any of the A numbers
8  or anything like that, are you using A numbers, or are
9  you using some other identifier to indicate to ICE who
10  is being put in ad seg?
11    A.  Usually it's a combination of A numbers
12  and names.
13    Q.  Any other pattern that would be followed
14  here?
15    A.  No.
16    Q.  Okay.  Is there like a magic word that
17  one could type into a search function and it's always
18  going to be in that e-mail, like segregation or --
19    A.  No.
20    Q.  -- solitary?
21    A.  I don't use the word "solitary," nor does
22  anybody else at the facility.
23    Q.  Except for the people in it.
24    A.  Excuse me?
25    Q.  Except for the people in it.  The

---

114

1  question is:  Are there common phrases we could use to
2  look in your e-mail and say that's going to be an
3  e-mail about notification for administrative
4  segregation?
5    A.  No.
6    Q.  No.  It's just going to be --
7    A.  A number and/or name.
8    Q.  And then what is the e-mail going to
9  contain in the body?
10    A.  Well, the person -- well, you already
11  have the A number and the name, and why they're going
12  to administrative segregation.
13    Q.  You're going to have to tell them
14  something about administrative segregation in order to
15  tell them they're in administrative segregation,
16  right?
17    A.  That's why I said the why, the reason.
18    Q.  That word "segregation" or
19  "administrative segregation" or some derivation of it
20  should be in the e-mail most of the time, right?
21    A.  Most of the time.
22    Q.  Any other things that might be in those
23  e-mails?
24    A.  No.
25    MR. FREE:  Okay.  Let's go off the record

---

115

1  for just a moment.  We're going off the record at
2  12:12.
3    (Discussion off the record.)
4    MR. FREE:  We're back on the record at
5  12:13.
6    Q.  (BY MR. FREE)  So is there anything about
7  your testimony regarding the housing unit sanitation
8  policy that you need to alter, amend, or change in any
9  way?
10    A.  No.
11    Q.  Everything you said, as far as you know,
12  is an accurate reflection of GEO's policies,
13  documents, everything that we've noticed in the
14  deposition; is that right?
15    A.  Yes.
16    Q.  Great.  Thank you.
17    A.  You're welcome.
18    Q.  My cocounsel has made a liar out of me.
19  I'm going to ask you one more question.  If you would
20  look back --
21    MS. FELTON:  That was on the record,
22  right?
23    MR. FREE:  Absolutely on the record.
24  Absolutely on the record.
25    Q.  (BY MR. FREE)  We're going to look at

---

116

1  Tab 18.  This is Exhibit 5.  We're going to look at PL
2  54.  And we're looking at under "Sanctions" in the
3  right-hand column, there's this K, restrict to housing
4  unit.  Mr. Hood wants to know what that means.  What
5  does it mean?
6    A.  I have no idea.  We have never used it,
7  but these are the same sanctions that come from the
8  PBNDS.
9    MR. TURNER:  Maybe we should take a
10  moment off record and break before we leave this.
11    MR. FREE:  Okay.  We're going to take a
12  break.
13    THE DEPONENT:  Okay.
14    MR. FREE:  Let's go off the record at
15  12:14.  Thanks.
16    (Recess taken, 12:17 p.m. to 1:19 p.m.)
17    MR. FREE:  We are back on the record at
18  1:17 after a lunch break.  All of the same attorneys
19  and the same deponent are in the room.
20    Q.  (BY MR. FREE)  First of all, anything you
21  remember during lunch that you want to change, modify,
22  amplify, correct about your testimony earlier today?
23    A.  No.
24    Q.  Everything is still completely true and
25  correct?

---

29 (Pages 113 to 116)

Menocal v. The Geo Group, Inc.        DAWN CEJA                        3/29/2016

---

117

1        A.   Yes.
2        Q.   Great.  When you're in disciplinary
3    segregation, are you given two hours of social time?
4        A.   No.
5        Q.   How much social time are you given when
6    you're in disciplinary segregation?
7        A.   As I stated earlier, no social time for
8    disciplinary segregation.
9        Q.   I thought that's what you said.  I just
10   wanted to make sure.  Do you get rec time?
11       A.   Yes.
12       Q.   How much?
13       A.   Up to two hours.
14       Q.   Okay.  So when you're in disciplinary
15   segregation, you're going to be in your cell for 22
16   hours a day; is that right?
17       A.   Yes.
18       Q.   Unless you're in medical or somewhere
19   else?
20       A.   Or shower, yes.
21       Q.   Are there 30-minute checks for both ad
22   seg and disciplinary seg?
23       A.   Yes.
24       Q.   What is the purpose of the checks?
25       A.   To ensure the safe well-being of those

---

118

1    inside, make sure nobody has committed suicide, or has
2    had a medical condition.
3        Q.   Are they at a heightened risk of suicide
4    when they're in those cells?
5        A.   No.
6        Q.   Do you do 30-minute checks when they're
7    in the general population?
8        A.   Yes.
9        Q.   Is it ever the case that people have
10   defaced the cells or flooded the cells or thrown feces
11   at the windows when you're putting them in
12   administrative segregation or disciplinary
13   segregation?
14       A.   There have been times that detainees have
15   done that, yes.
16       Q.   Have detainees attempted to harm
17   themselves when they're in disciplinary or
18   administrative segregation?
19       A.   No.
20       Q.   No.  Nobody has slammed his head up
21   against the wall or something like that?
22       A.   Well, they have.  They've kind of knocked
23   their head on the door, but not to the point where it
24   has injured them.
25       Q.   Okay.  Have people sought additional

---

119

1    psychiatric treatment after having been placed in
2    disciplinary or administrative segregation?
3        A.   It's required that they are seen from the
4    medical department prior to even being placed into
5    administrative, disciplinary, or protective custody,
6    into that unit, to ensure, like I said earlier, that
7    there's no mental health issues, and then mental
8    health will come down and check on those that are
9    housed in there as well.
10       Q.   How often?
11       A.   I would have to check.  It depends on who
12   is down there.  If they're actively seeing mental
13   health, sometimes mental health will go down,
14   sometimes the detainee will be taken down to mental
15   health in the medical department.
16       Q.   Okay.  Thank you.  I'm going to talk for
17   a moment now about topic No. 3 in our deposition
18   notice.  That's back at Tab 1, Exhibit 1.  As you'll
19   recall, topic 3 regards the policies and practices
20   regarding the voluntary work program in the Aurora
21   Detention Facility over the last three years prior to
22   the time the litigation was filed up until the
23   present.  Okay.  So three years before we filed up
24   until now.
25       A.   Yes.

---

120

1        Q.   There's some specific parts of that.  But
2    before we get started, has there always been a
3    voluntary work program at the Aurora facility?
4        A.   Yes.
5        Q.   How many people approximately participate
6    in it per day?
7            MS. FELTON:  Object to form.
8        A.   It varies each day.  However, I would say
9    on average there's anywhere from 60 to 70.
10       Q.   (BY MR. FREE)  Okay.
11       A.   Approximately.
12       Q.   And has that number fluctuated at all or
13   has it gone up, down, or is it fairly constant?
14       A.   It fluctuates all of the time, you know,
15   number one, due to turnover.  We have huge turnover.
16   The average length of stay is pretty short.  And in --
17   well, that was the old facility, so that's out of that
18   time frame.  So, yeah, it fluctuates.  It just depends
19   on who puts in applications, where they want to work,
20   and if there's openings.
21       Q.   During this period that we're going to
22   talk about -- I want to make sure we're not going way,
23   way back -- we're just talking about this three-year
24   period before we filed litigation up until now.
25       A.   Yes.

---

121

1     Q.  Was it roughly 60 to 70 participants in
2  the voluntary work program per day?
3     A.  Yes.
4     Q.  We looked at this a little bit earlier in
5  Tab 7.  It was the ICE Performance-Based National
6  Detention Standard setting forth the federal
7  government's rules on the voluntary work program.
8  That's at page 46.  Do you see that?
9     A.  Yes.
10    Q.  Okay.  So I think you told me before this
11 is the PBNDS standard from 2011, modified in 2013.
12 You didn't tell me that, but this is the PBNDS
13 standard for the voluntary work program; is that
14 right?
15    A.  Yes.
16    Q.  And GEO is required to follow this
17 standard?
18    A.  Yes.
19    Q.  If you'll turn the page to page 47, under
20 Section C, there's a -- this is within the section
21 entitled "Expected Practices."  I'm looking at
22 Section C.  It does say that personal housekeeping is
23 required.  Do you see that?
24    A.  Yes.
25    Q.  Work assignments are voluntary -- and

122

1  those are work assignments within the VWP -- however,
2  the PBNDS provides that all detainees are responsible
3  for personal housekeeping.  Do you see that?
4     A.  Yes.
5     Q.  Okay.  And then the PBNDS goes on to list
6  what -- in explicit terms, four parts of personal
7  housekeeping.  Do you see that?
8     A.  Yes.
9     Q.  Those four parts are preceded by the
10 sentence, "Detainees are required to maintain their
11 immediate living areas in a neat and orderly manner
12 by:  No. 1 making their bunk beds daily; No. 2
13 stacking loose papers; No. 3 keeping the floor free of
14 debris and dividers free of clutter; and No. 4
15 refraining from hanging/draping clothing, pictures,
16 keepsakes, or other objects from beds, overhead
17 lighting fixtures or other furniture."  Do you see
18 that?
19    A.  Yes.
20    Q.  I don't see anywhere in the Performance-
21 Based National Detention Standard where there's
22 anything else under the personal housekeeping
23 requirement that's listed by ICE.  Do you see anything
24 else?
25    A.  I would have to go through it and read it

123

1  again.
2     Q.  Take a look.
3     A.  And what were you looking for?
4     Q.  I'm just looking for anything else that
5  was work detainees must perform that is not voluntary.
6  In other words, you have the voluntary work program
7  and you have Section V C in the PBNDS saying, "Work
8  assignments are voluntary"; -- that's on page 47 --
9  "however, all detainees are responsible for personal
10 housekeeping."  And then it lists what that personal
11 housekeeping entails.
12    MS. FELTON:  I'm going to object, because
13 what she's looking at is only Section 5.8 of the
14 PBNDS.  So if your question is whether there's
15 anything anywhere in the PBNDS, she's not looking at
16 the whole thing.
17    MR. FREE:  That's fair.  And I will
18 stipulate that we only have 5.8 of the PBNDS in front
19 of you.
20    Q.  (BY MR. FREE)  So let's take a second and
21 lay some foundation.  Is there any other part of the
22 PBNDS that allows a person responsible for detaining
23 ICE detainees to force them to work?
24    MS. FELTON:  Object to form.
25    A.  I don't understand your question when you

124

1  say force to work.
2     Q.  (BY MR. FREE)  I'll rephrase.  Thank you
3  for clarifying that you didn't understand.  Is there
4  anything in the Performance-Based National Detention
5  Standards that expands the scope of work that
6  detainees may be required to do?
7     A.  Maybe not in the PBNDS, but I would also
8  want to check the contract to see if there's anything
9  specific.
10    Q.  That's a great idea.  Let's look at it.
11 If you turn to page 14 of the same tab, Tab 7, do you
12 see at the top it says, "Section H - Special Contract
13 Requirements"?
14    A.  Yes.
15    Q.  And I will proffer to you that if you go
16 backward, you're going to find that this is part of
17 the GEO contract that has been disclosed to the
18 plaintiffs in heavily redacted form at GEO Menocal
19 Bates 1 all of the way to this page, page 14.  This is
20 all part of their contract.
21    A.  Okay.
22    Q.  Okay.  Does that look right to you, that
23 that's all part of the contract?
24    A.  Yes.
25    Q.  So it says, "The following

125

1     constraints" -- this is at Section H-5. The previous
2     several paragraphs are blocked out. We can't see
3     them. "The following constraints comprise the
4     statutory, regulatory, policy and operational
5     consideration that will affect the contractor." It
6     says, "Constraints include, but are not limited to" --
7     if you turn the page and go to page 15, you look at
8     No. 10 --
9           A. Yes.
10          Q. -- it says the PBNDS. In this one, it
11    says 2008, so I'm a little confused about the
12    testimony earlier that 2011 applies. It's okay. For
13    our purposes, we're just going to agree that '11 is
14    what applies, right?
15          A. 2011 does apply because there was a
16    contract modification that incorporates all of the
17    2011 standards into the current contract.
18          Q. So we don't have that, but maybe we'll
19    get it. Do you know if that contract modification
20    alters in any way the voluntary work program?
21          A. From what I recall, is that it
22    incorporates the 2011 PBNDS, so everything that's in
23    the PBNDS applies.
24          Q. Got it. So if you look at the things
25    that the contractor must follow, the statutory,

126

1     regulatory, policy and operational consideration,
2     No. 10 says the PBNDS. Does that make sense?
3           A. Yes.
4           Q. Okay. So when you say you're going to
5     have to look at the contract, the contract requires
6     GEO to follow the PBNDS, right?
7           A. Yes.
8           Q. Okay. Now, you seem like you want to say
9     something else.
10          A. I just want to make sure that we're on
11    the same page here.
12          Q. Sure.
13          A. Because I understand that this
14    incorporates the 2008. However, there might be a
15    section in the contract that also refers to other
16    sections in the contract that would reflect back on
17    the PBNDS, if that makes sense.
18          Q. As far as you know, the PBNDS that is in
19    front of you is the one that's in force and the one
20    that GEO follows?
21          A. Yes.
22          Q. And as far as you know, there's nothing
23    else in the PBNDS that would permit GEO to require
24    additional work by detainees?
25          A. Correct.

127

1           Q. Thank you. Now, I want to look back to
2     page 11, Tab 7.
3           A. Same tab?
4           Q. Yes, same tab. Again, this is part of
5     the contract.
6           A. Yes.
7           Q. And do you see the section where it says,
8     "Voluntary Work Program"?
9           A. Yes.
10          Q. And bullet point No. -- or point No. 2
11    says, "Detainees will be able to volunteer for work
12    assignments but otherwise not be required to work,
13    except to do personal housekeeping." Do you see that?
14          A. Yes. It reiterates No. 2 in the PBNDS.
15          Q. What do you mean, No. 2?
16          A. No. 2 in the voluntary work program.
17          Q. What page are you looking at? I'm sorry.
18          A. I'm sorry. 46.
19          Q. Okay. So this is essentially a
20    restatement of, on page 46 on the right-hand column,
21    "Expected Outcomes," No. 2, "Detainees shall be able
22    to volunteer for work assignments but otherwise shall
23    not be required to work, except to do personal
24    housekeeping"?
25          A. Yes.

128

1           Q. Great. I understand. If someone wants
2     to know what is personal housekeeping, then we look at
3     V, the next page, page 47, and that's Section V C?
4           A. Yes.
5           Q. Great. Okay. If you would then to page
6     53 in the same Tab 7, and this is part of what I think
7     we identified earlier as the ICE detainee handbook
8     that is provided to each ICE detainee who is admitted
9     into the Aurora facility. Does that sound right to
10    you?
11          A. Yes, the local supplement.
12          Q. The local supplement. So this is unique
13    to GEO Aurora?
14          A. Yes.
15              (At this time Mr. Hood left the room.)
16          Q. Do you see the part, in the right-hand
17    column at the top, it says, "Detainee Work Program
18    (Voluntary)"?
19          A. Yes.
20          Q. Now in the second paragraph, it says,
21    "All work is done on a voluntary basis, except that
22    work which is customarily required for cleaning your
23    living area." Do you see that?
24          A. Yes.
25          Q. Is it your understanding that the work

129

1  that is customarily required under this policy that's
2  in front of you is the work that we talked about
3  earlier today in the housing unit sanitation policy?
4      A.  Yes, as I stated earlier.
5      Q.  Okay.  That's what I thought you said.
6  So, really, just to tie this together, detainee work
7  program is voluntary, but there's also this other work
8  that's in this GEO Aurora policy here on page 53 that
9  says there's work which is customarily required for
10  cleaning your living area.  Do you follow me so far?
11      A.  Yes.
12      Q.  And then when we want to know what that
13  is, then we look at things like Tab 16, the housing
14  unit sanitation policy tasks, in addition to the
15  personal housekeeping that you would do in your own
16  area; is that right?
17      A.  Yes.
18      Q.  Okay.
19      A.  Maybe I don't understand what you're
20  asking.
21      Q.  Okay.
22      A.  I want to make sure I understand
23  correctly.
24      Q.  All right.  Do you have a specific part
25  where we broke down?

130

1      A.  Are you talking about the living area?  I
2  feel like it's a semantic issue, so I want to make
3  sure I understand what you're actually asking.
4      Q.  Well, we've read the PBNDS and we've read
5  the contract and both of those things say personal
6  housekeeping.  We've agreed that that's those four
7  things that are listed in the PBNDS, right?
8      A.  Right.  It says immediate living area.
9          (At this time Mr. Hood entered the room.)
10      Q.  Yes.  We talked about earlier how you
11  have this immediate living area and then you have
12  these four specifically listed things behind the
13  colon, No. 1, No. 2, No. 3, No. 4, and that's personal
14  housekeeping, right?
15      A.  Yes.
16      Q.  But this morning we spent a lot of time
17  talking about the housing unit sanitation policy that
18  detainees are required to engage in that's outside of
19  the voluntary work program.  Do you recall that
20  discussion just generally?
21      A.  Yes.
22      Q.  And that included things that were
23  broader, I think, than just cleaning up -- just doing
24  the four tasks listed in the PBNDS, right?  It had to,
25  because -- let me just make --

131

1      A.  Go ahead.
2      Q.  -- sure you understand where I'm going.
3  It had to, because the PBNDS says nothing about
4  cleaning up your tables after lunch, it says nothing
5  about getting a broom and mop and wiping down
6  surfaces, it says nothing about detainees being
7  required to engage in the sanitation of the whole
8  facility, right, PBNDS doesn't say that?
9      A.  It says immediate living area.  And as I
10  said earlier, I consider that part of the immediate
11  living area.  They're living in that area.
12      Q.  I see.  So your immediate living area is
13  anywhere in the common area in addition to your bunk?
14      A.  I said that earlier, because in that
15  section in the PBNDS before those four things, it says
16  immediate living area.
17      Q.  Okay.  Let's look at that.  It's page 47.
18      A.  Okay.  Go ahead.
19      Q.  Let's look at the italicized section that
20  says, "Detainees are required to maintain their
21  immediate living areas in a neat and orderly manner"
22  and then it says "by" and then it provides a list of
23  four kinds of tasks.
24      A.  Yes.
25      Q.  We said that there's nothing else in the

132

1  PBNDS that adds to this list, right, these are the
2  four?
3      A.  Yes, but it says immediate living area.
4      Q.  Okay.  So it's your testimony today that
5  because the PBNDS says the words "immediate living
6  areas" followed by "in a neat and orderly manner by,"
7  GEO is permitted to expand the tasks that it can force
8  detainees to perform beyond these four categories
9  listed in the PBNDS?
10          MS. FELTON:  Object to form.
11      A.  And I disagree with how you say that,
12  because we're not forcing anybody.  ICE writes these
13  and we follow them and it says immediate living area.
14      Q.  (BY MR. FREE)  But then it says four
15  things, right?
16      A.  Yes, and it also says immediate living
17  area.
18      Q.  Okay.  So I just want to make sure, you
19  don't see anything in here -- in this PBNDS, in this
20  list of four tasks, that is followed by the word "by,"
21  colon, you don't see anything in that says
22  anything about cleaning sinks, do you?
23      A.  Not right here, no.
24      Q.  Do you see it anywhere else in the PBNDS?
25      A.  No, but they have sinks in their housing

Menocal v. The Geo Group, Inc.                    DAWN CEJA                    3/29/2016

---

133

1  unit, in their cell.
2      Q.  I didn't see it here.  Do you see it
3  here?
4      A.  Not in that verbiage, no.
5      Q.  And then do you see anything in here
6  about cleaning phones?
7      A.  No, but it's in their immediate living
8  area.
9      Q.  Okay.  Do you see anything in here about
10 cleaning chairs besides keeping, maybe, loose papers
11 off of them?
12     A.  They don't have separate chairs.  The
13 chairs are attached to the tables, but it's in the
14 immediate living area.
15     Q.  Which is in the common area?
16     A.  In the immediate living area.
17     Q.  Wait.  Wait.  Wait.  The common area
18 includes the immediate living area?
19     A.  Yes.
20     Q.  What is excluded from your definition of
21 the immediate living area?
22     A.  Anything outside of that pod.
23     Q.  Huh.  Okay.  And then do you see anything
24 in here, in the PBNDS at page 47, that says anything
25 about cleaning tables?

---

134

1      A.  No, but it's in the immediate living
2  area.
3      Q.  Okay.  So it's your testimony today that
4  when ICE tells the contractors that detainees are
5  responsible for personal housekeeping and can be
6  forced to do those jobs -- they're not voluntary, they
7  have to do them, right?  It's your testimony today
8  that when ICE tells its contractor that detainees are
9  required to maintain their immediate living areas in a
10 neat and orderly manner by:  Making their bunk beds
11 daily, stacking loose papers, keeping the floor free
12 of debris and dividers free of clutter, and refraining
13 from hanging things, that that means that GEO can
14 require them to clean tables, chairs, phones, windows,
15 and sinks?
16     A.  In my opinion, that is included in
17 immediate living area.
18     Q.  To be very clear, I'm not asking for your
19 opinion.  I want GEO's corporate testimony.  Is it the
20 policy of GEO that this PBNDS list of four extends to
21 forcing detainees to clean tables, chairs, phones,
22 windows, and sinks?
23     A.  Yes.  All of those items that you just
24 listed are in the immediate living area which falls
25 under that.

---

135

1      Q.  So what if I want someone to paint the
2  immediate living area and I am contending that a neat
3  and orderly immediate living area should be well
4  painted.  Let's just --
5      A.  Yes.
6      Q.  Does the PBNDS say that that's one of the
7  things detainees are required to do?
8      MS. FELTON:  Object to form.
9      A.  That is something that we would have
10 somebody apply for under the voluntary work program.
11     Q.  (BY MR. FREE)  I would like an answer to
12 my question, though, which is:  Does the PBNDS say
13 that that's one of the things detainees are required
14 to do?
15     A.  No.
16     Q.  So how is it that GEO gets to make that
17 determination if GEO, as we said under the contract,
18 is bound by the constraints of the PBNDS?
19     A.  Because it says immediate living area.
20     Q.  Okay.  If I think that maintaining a neat
21 and orderly immediate living area requires vacuuming
22 the floor, am I allowed to compel detainees to vacuum
23 the floor?
24     A.  They don't vacuum the floor.
25     Q.  I would like an answer to my question,

---

136

1  though.  Am I allowed, under your interpretation of
2  the PBNDS, GEO's interpretation, to compel detainees
3  to vacuum the floor in their immediate living area?
4      A.  Yes.
5      Q.  If I think that having a clean -- excuse
6  me -- a neat and orderly immediate living area
7  involves disinfecting the entire common area after a
8  meal with some sort of commercial cleaner, am I
9  allowed, under GEO's interpretation of the PBNDS, to
10 require detainees to do that?
11     MS. FELTON:  Object to form.
12     A.  That would be -- yes, after the meals,
13 that would be wiping off the tables.
14     Q.  (BY MR. FREE)  Okay.  But that's not
15 making their bunks daily, right?
16     A.  No.  It's not one of the fours, but it
17 says to main their immediate living area.
18     Q.  Why don't you like the word "by"?  Why
19 are we breaking down the --
20     MS. FELTON:  Counsel, I'm going to start
21 instructing her not to answer.  Just because she's not
22 giving you the answer that you want --
23     MR. FREE:  I'm actually very happy with
24 these answers.
25     MS. FELTON:  So am I.  You keep asking --

---

34 (Pages 133 to 136)

137

1  MR. FREE:  What is your basis of
2  instruction not to answer the question?
3  MS. FELTON:  You're badgering the
4  witness.  You've asked her the same question over and
5  over again.
6  MR. FREE:  This is the first time I've
7  asked why she doesn't like the word "by."  I'm trying
8  to understand why GEO doesn't believe that this list
9  constrains it.  And the word "by" followed by a colon
10 is a part of this sentence.  It seems that the only
11 part of the sentence that your witness wants to focus
12 on is immediate living areas.  If your witness wants
13 to leave the testimony where it is, that's fine with
14 me.  Okay.  But I want to give her a full and fair
15 opportunity to answer these questions.
16 MS. FELTON:  If you think you can answer
17 his question, go ahead.
18 **Q.  (BY MR. FREE)  So my question to you,**
19 **just to make sure -- and I just want to know the**
20 **answers.  Okay.  The word "by" followed by a colon has**
21 **a list.  It says making bunk beds daily, stacking**
22 **loose papers, keeping the floor free of debris and**
23 **dividers free of clutter, and then refraining from**
24 **doing these things.  Okay.  That's how ICE has phrased**
25 **this sentence.  And you've sat here and told me that**

138

1  **GEO believes the company can require detainees to do a**
2  **lot more than that.  At least in the examples I've**
3  **given, this sentence is not limited to the four things**
4  **that come after the word "by" colon.  What is the**
5  **basis for that?**
6  A.  Because it says immediate living area.
7  And I know I keep saying that, but that's what it is.
8  And it may be hard for you to understand because
9  you've never been to the facility to see what it looks
10 like.  But when you walk into a unit, that is their
11 living area.  I guess you would have to see it to
12 understand what I'm saying.
13 **Q.  Well, I want my child to clean his room.**
14 **Okay.  But I don't want him to clean his room by**
15 **getting out a wax floor stripper and, you know,**
16 **operating a dangerous piece of machinery outside of my**
17 **supervision.  I want my child to clean his room.  In**
18 **fact, I'm able to require my child to clean his room**
19 **by making his bunk bed, stacking the papers, keeping**
20 **his floor clean, and not hanging stuff on the walls.**
21 **Okay.  If I have that stipulation and I'm stuck with**
22 **that, then why is it fair to make my child do all of**
23 **these other things, to do this wax floor stripping,**
24 **all of these other things?  What is the limiting**
25 **principle here, I guess, is what I'm asking.  What is**

139

1  the limiting principle?
2  MS. FELTON:  I'm going to object to form.
3  MR. FREE:  Fair.
4  MS. FELTON:  There's no waxing the
5  floors.
6  MR. FREE:  Well, it's a hypothetical
7  question anyway, so there's no anything.  Let's back
8  up.
9  **Q.  (BY MR. FREE)  By your logic, GEO, what**
10 **can't you require a detainee to do within an immediate**
11 **living area?**
12 MS. FELTON:  Object to form.
13 A.  I really don't understand.
14 **Q.  (BY MR. FREE)  What is it that GEO,**
15 **according to your reading of the PBNDS, cannot require**
16 **a detainee to do within the immediate living area?**
17 A.  I would say they're not going to be
18 stripping the floor.
19 **Q.  Okay.  Anything else?**
20 A.  Are you limiting this only to the ones
21 that are on that list or --
22 **Q.  No.**
23 A.  -- what?  Because then I'm not sure if
24 you're asking under the voluntary work program which
25 are the paid positions.

140

1  **Q.  That's the whole point, right?  Because**
2  **work assignments are voluntary.  You can have them do**
3  **what you want within the limits?**
4  A.  Yes.
5  **Q.  But the personal housekeeping is a**
6  **requirement.  And you're telling me that you can**
7  **require them to do a lot more than the things that are**
8  **in this list in the name of personal housekeeping?**
9  A.  Right, like wiping down tables after meal
10 service, yes.
11 **Q.  What is the legal basis of GEO's position**
12 **there?**
13 MS. FELTON:  Object to form.
14 A.  I don't know.
15 **Q.  (BY MR. FREE)  What is the factual basis**
16 **of GEO's position there?**
17 A.  Based on what it says.
18 **Q.  And that's it?**
19 A.  Yes.
20 **Q.  Okay.  Now, do GEO employees get training**
21 **on the Performance-Based National Detention Standards?**
22 A.  Yes.
23 **Q.  Is the position you have just articulated**
24 **to me uniformly applied within the Aurora facility?**
25 A.  Yes.

Menocal v. The Geo Group, Inc.                    DAWN CEJA                                   3/29/2016

---

141

1          MS. FELTON:  Object to form.
2     A.  Yes.
3          Q.  (BY MR. FREE)  The position that GEO can
4     have detainees perform work as a requirement outside
5     of these four itemized things, is that position
6     uniformly followed at the Aurora facility?
7     A.  If I understand you correctly, they are
8     trained, yes, based off of the PBNDS to maintain their
9     immediate living areas.
10         Q.  Okay.  Under your interpretation, GEO's
11    interpretation, of immediate living areas, that
12    includes the sanitation policies that cover the common
13    area; is that right?
14    A.  Yes.
15         Q.  Okay.  Thank you.  So let's turn our
16    attention then to pages 60 -- we'll start there -- 60
17    and 61 in Tab 7.  Do you recognize the document in
18    front of you?
19    A.  Yes.
20         Q.  What is it?
21    A.  It's a job description for a housing unit
22    worker.
23         Q.  And what job is this describing?
24    A.  A housing unit trustee.
25         Q.  Specifically what type of work is this

---

142

1     trustee going to do?
2     A.  Items in the unit, what's listed here.
3          Q.  So if you look at the top, would you
4     agree this is the job description for dormitory
5     sanitation worker?
6     A.  Yes, which is equivalent to a housing
7     unit.
8          Q.  Okay.  Who created this document?
9     A.  I don't know.
10         Q.  Is this document presented to detainees
11    who want to work in the voluntary work program?
12    A.  Yes.  Once they are approved for a
13    position, a particular position, then, yes, they will
14    receive a job description.
15         Q.  If you'll turn the page to 61 within
16    Tab 7, do you recognize this document?
17    A.  Yes.
18         Q.  What is it?
19    A.  It's the work application for detainees
20    to fill out.
21         Q.  What is the date of the request here?
22    A.  July 15, 2014.
23         Q.  Who presents this document to the
24    detainee?
25    A.  They can get them from their housing

---

143

1     unit.
2          Q.  Do they get them from GEO?
3     A.  Yes.
4          Q.  And what's the purpose of this document?
5     A.  This document is utilized to see what
6     type of experience they have and what position that
7     they would like to volunteer in.
8          Q.  Okay.  Do you see where this document
9     says, "There are 40 paid positions in the work member
10    detail program"?
11    A.  Yes.
12         Q.  Is that true?
13    A.  There's more now.
14         Q.  So the answer to my question is no?
15    A.  No.
16         Q.  It's not true?
17         MS. FELTON:  Object to form.
18         Q.  (BY MR. FREE)  Okay.  So this is a
19    document that was created in 2014?
20    A.  Yes.
21         Q.  In 2014 --
22    A.  Wait.
23         Q.  Excuse me, not created.  A document that
24    was presented to Mr. Menocal and July 15 of 2014 was
25    the date of the request?

---

144

1     A.  I don't know if it was presented to him
2     or if he found one that was sitting around.  I don't
3     know.  Sometimes forms have their way of -- ones that
4     have been revised find their away around, so I
5     couldn't tell you.
6          Q.  Can we agree that the date of request
7     field in this form says, "July 15, 2014"?
8     A.  Yes.
9          Q.  Can we agree that the date and time field
10    at the bottom right-hand corner next to Mr. Menocal's
11    signature is July 15, 2014?
12    A.  Yes.
13         Q.  Do you remember testifying a moment ago
14    that during the period that is described in our notice
15    of deposition, there was 60 to 70 participants in the
16    voluntary work program per day?
17    A.  Yes.
18         Q.  Do you see here on this form where it
19    says, "There are 40 paid positions"?
20    A.  Yes.
21         Q.  Which one is correct?
22    A.  The one that I said earlier.
23         Q.  So this form that was presented to
24    Mr. Menocal is false?
25    A.  I don't --

---

36 (Pages 141 to 144)

145

1      Q. This piece of information on this form is
2  false?
3      A. That's correct. And I don't know if this
4  was presented to him or not.
5      Q. Well, he signed it?
6      A. He did sign it, but like I said, I don't
7  know -- a lot of times they keep copies of things and
8  it's an old form.
9      Q. Who keeps copies of things?
10     A. Detainees do.
11     Q. But this was produced by GEO?
12     A. Yes.
13     Q. Did you know that?
14     A. I do know that.
15     Q. So how would GEO have gotten a copy of a
16  form that Mr. Menocal kept?
17     A. Because as forms are revised, a lot of
18  times they are out there in space and people tend to
19  find forms that have already been revised and continue
20  using them.
21     Q. But the date of arrival for Mr. Menocal
22  was June 6 of 2014, right?
23     A. That's what it says.
24     Q. So GEO accepted this form and, in fact,
25  Mr. Menocal participated in the voluntary work

146

1  program?
2      A. Yeah. It's still a job application.
3      Q. All right. Do you see where it asks, "If
4  all paid positions are filled, would you be interested
5  in working on a voluntary basis"? Do you see that?
6      A. Yes.
7      Q. Under which program described in the
8  PBNDS or in any other document is there any sort of
9  authority or policy for GEO to run a second voluntary
10  work program?
11     A. I just don't understand your question.
12     Q. Well, you've said there are 40 paid
13  positions, this was false, but you didn't -- it could
14  have been an old form. And then you ask if he wants
15  to work voluntarily and he says no. If he had said
16  yes, where is the policy I can look to to see what the
17  program he is working for is?
18     A. Just what we have in the contract and in
19  the PBNDS. There's no set amount. So even if we went
20  over and he was approved, which he was for a housing
21  unit, he would still get paid.
22     Q. I don't know that that necessarily
23  answers my question, or maybe I just don't understand
24  your answer. I'm assuming for a moment that you don't
25  have enough spots in the voluntary work program and

147

1  that he elects that he'll work for this -- he'll work
2  voluntarily, he would be interested in working on a
3  voluntary basis.
4      A. Okay.
5      Q. First of all, it's already voluntary,
6  right, the work program has to be voluntary?
7      A. Yes.
8      Q. But really what you're saying is a
9  voluntary unpaid basis? That's what this question is
10  about.
11     A. Correct, such as a special detail.
12     Q. Okay. So there's a special detail that
13  he could work for if he had said yes?
14     A. Yes.
15     Q. And you're telling me the place that I
16  could find out how that's run, how it's administered,
17  what standards govern it, that's either the contract
18  or the PBNDS?
19     A. Correct.
20     Q. Okay. Look at page 62, please. What is
21  this document?
22     A. This appears to be the second page of the
23  work application.
24     Q. Do you see at the top where it says,
25  "Detainee Voluntary Work Program Agreement"?

148

1      A. Yes.
2      Q. And then at the bottom it says, "Work
3  Detail Orientation"?
4      A. Yes.
5      Q. Do you see that? Okay. Is this a
6  contract?
7          MS. FELTON: Object to form.
8      Q. (BY MR. FREE) As far as GEO's policy and
9  practice, is this a contract?
10         MS. FELTON: Object to form.
11     A. I would have to double-check, but I
12  believe this came out of the PBNDS and was attached to
13  the voluntary work program standard.
14     Q. (BY MR. FREE) Okay. In this form as it
15  appears in this?
16     A. I would have to double-check, but I
17  believe so.
18     Q. As far as GEO is concerned, does
19  Mr. Menocal's signature on this form, page 62, create
20  a contract between him and GEO?
21         MS. FELTON: Object to form.
22         MR. FREE: What's the objection to form?
23         MS. FELTON: That there are legal
24  standards for -- legal elements for a contract and she
25  does not have the background to be answering that.

149

1        MR. FREE:  So it calls for a legal
2   conclusion?
3        MS. FELTON:  Yes.
4        MR. FREE:  Thanks.
5        Q.  (BY MR. FREE)  In practice if Mr. Menocal
6   had signed this form and been accepted to work in the
7   voluntary work program and then someone decided they
8   didn't want him in there anymore, could he take this
9   form to his supervisor and say, hey, look, I'm
10  entitled to work in the voluntary work program, in
11  practice?
12       MS. FELTON:  Object to form.
13       A.  I don't know.
14       Q.  (BY MR. FREE)  Okay.  In terms of the
15  practice and the policy of GEO, the fact that
16  Mr. Menocal signed this document at 62, does that
17  create any rights for him?
18       A.  I don't know, but I don't see his
19  signature on here.
20       Q.  Fair enough.  Let's assume he had signed
21  it.  Thank you very much for pointing that out.  He
22  didn't sign it, at least this one.  Assume he signed
23  it.
24       A.  Okay.
25       Q.  Would he have any greater rights than he

150

1   had the moment before he signed it according to GEO's
2   practice?
3        A.  I don't think so.
4        Q.  Okay.  It's GEO's position he's not an
5   employee of GEO, right?
6        A.  No, not at all.
7        Q.  So it's not an employment contract as far
8   as GEO's practice and the policy of the corporation;
9   this detainee voluntary work program agreement doesn't
10  make him GEO's employee, right?
11       A.  No.
12       Q.  Okay.  Does it obligate GEO to continue
13  to hold his spot in the voluntary work program?
14       A.  I'm not sure I understand, because he can
15  be removed.
16       Q.  Right.  He can be removed at any time,
17  right?
18       A.  Yes.
19       Q.  And according to this form, this is form
20  62 -- the form at page 62, No. 7 at the bottom, it
21  says, "Work detail members will receive $1.00 per work
22  day.  The maximum paid out will be $1.00 per day."  Is
23  that right?
24       A.  Yes.
25       Q.  Okay.  And he must sign the pay sheet on

151

1   the day the work is performed, right?
2        (At this time Mr. Turner left the room.)
3        A.  Yes.
4        Q.  It says, "All work detail members serve
5   at the pleasure of the facility and may be removed
6   from their work status without prior notice or
7   justification."  That's sort of what we were talking
8   about before, right?
9        A.  Yes.
10       Q.  I would like you to turn to page 70,
11  please, within Tab 7.  This is another document
12  produced by GEO for another one of the plaintiffs in
13  this case.  It appears to me that this is the job
14  description for a laundry sanitation worker.  Is that
15  how it looks to you?
16       A.  Yes.
17       Q.  Is this a document that would have been
18  given to Agoberto Vizguerra, the person who signed it,
19  upon his entry into the voluntary work program?
20       A.  It's possible he received a copy.  I
21  don't know for sure.
22       Q.  But GEO has a copy, right?
23       A.  Yes.  It would be in his detention file.
24       Q.  Excuse me.  It's Dagoberto, but thank
25  you.  This explains all of the things that Dagoberto

152

1   is going to do as part of his work in the voluntary
2   work program as a laundry sanitation worker; is that
3   right?
4        A.  Yes.
5        Q.  I'm now looking at page 80.  Do you
6   recognize that document?
7        A.  It's another job description.
8        Q.  For what type of job?
9        A.  Facility cleanup worker.
10       Q.  And would you agree that it summarizes
11  the duties and responsibilities that the facility
12  cleanup worker needs to perform as part of the
13  voluntary work program?
14       (At this time Mr. Turner entered the
15  room.)
16       A.  Yes.
17       Q.  Okay.  And if you would turn to page 105,
18  please, do you recognize that document?
19       A.  Yes.  It's a job description for a
20  library worker.
21       Q.  It's a library sanitation worker --
22       A.  Yes.
23       Q.  -- is that right?  This is the summary of
24  what Mr. Hugo, another one of our clients, Hugo
25  Hernandez, is going to have to do as part of his

153

1 participation in the voluntary work program; is that
2 right?
3      A.  Yes.
4      Q.  And then if you'll turn to page 120,
5 please, do you recognize this document?
6      A.  Yes.  It's for a medical sanitation
7 worker.
8      Q.  And I believe this was for Ms. Argueta.
9 This is a summary of the tasks that she's going to
10 have to perform as part of her participation in the
11 voluntary work program, right?
12      A.  Yes.
13      Q.  As part of its administration of the
14 voluntary work program, GEO provides the documents
15 that we've just gone over, the job description, the
16 job application, the agreement, to every participant;
17 is that right?
18      A.  Yes, as well as the training.
19      Q.  As well as the training.  Okay.  And I
20 just want to go back at page 135.  It seems like -- do
21 you recognize this document?
22      A.  Yes.  It's a different typed version of
23 what we just discussed earlier of a program agreement.
24      Q.  Okay.  So is this what you mean when you
25 say there are different versions floating around out

154

1 there?
2      A.  Yes.
3      Q.  So if we compared that to, say, the
4 document at 133, two pages back, they're the same in
5 substance but different in form, right?
6      A.  Yes.
7      Q.  Okay.  I notice the document at 133,
8 another detainee voluntary work program agreement, has
9 at the bottom left-hand corner, Revised 9/12.  Do you
10 see that?
11      A.  Yes.
12      Q.  What does that mean?
13      A.  It was revised in September 2012.
14      Q.  Any idea who may have revised it?
15      A.  No.
16      Q.  And then if you'll turn to 137, do you
17 recognize this document?
18      A.  Yes.  It's another job description for a
19 facility cleanup worker and then it says, "Floors" at
20 the top.
21      Q.  Somebody struck through the "Cleanup" and
22 handwrote the word "Floors"?
23      A.  Yes.
24      Q.  Now, I believe you told me that the
25 detainee voluntary work program agreement either came

155

1 in the contract or with the PBNDS; is that what you
2 said?
3      A.  Could you repeat that?
4      Q.  I believe you told me a moment ago that
5 the detainee voluntary work program agreement either
6 came accompanying the ICE contract or it was part of
7 the Performance-Based National Detention Standard; is
8 that correct?
9      A.  Yes.  I believe it was attached to either
10 the 2008 or the 2011.
11      Q.  Okay.  I'm now going to hand you what
12 we'll mark as Exhibit 7.
13      (Deposition Exhibit 7 was marked.)
14      Q.  We'll put it into Tab 19.  Take a moment
15 and review that document and let me know when you're
16 ready to answer some questions about it, please.
17      A.  I'm ready.
18      Q.  Is this the type of attachment that
19 you're talking about when you say it was attached to
20 the contract?
21      A.  Yes, similar, but it doesn't look the
22 same.
23      Q.  No, it doesn't, does it?  Do you have any
24 idea who would have modified this document?
25      A.  No.

156

1      (At this time Mr. Turner left the room.)
2      Q.  Do you have any explanation for why this
3 is the document -- and I'll proffer to you this was
4 the document that was provided in a Freedom of
5 Information Act request by U.S. Immigration and
6 Customs Enforcement as Attachment 6 to the contract.
7 You can see, at the bottom right-hand corner, there's
8 the number of the FOIA request, F-O-I-A.  This is the
9 document that appears to be a template for the
10 voluntary work program agreement.  Do you have any
11 explanation for why this doesn't line up with what we
12 looked at in the previous documents that were being
13 provided to GEO detainees?
14      MS. FELTON:  Object to form.
15      A.  No, but I don't know which standards this
16 came out of either.  There's been two different sets.
17      Q.  (BY MR. FREE)  Do you see at the top
18 where it says, "Insert Facility Name"?
19      A.  Yes.
20      Q.  Who do you think is responsible for
21 inserting the facility name?
22      MS. FELTON:  Object to form.
23      A.  I have no idea.
24      (At this time Mr. Turner entered the
25 room.)

**Menocal v. The Geo Group, Inc.**          **DAWN CEJA**          3/29/2016

---

157

1      Q.   (BY MR. FREE)  Okay.  Now, if you go back
2   to, for instance, document No. -- just as an examplar,
3   document No. 90, exemplar document No. 90, at the top
4   it does have The GEO Group, Inc./Aurora Ice Processing
5   Center.  Do you see that?
6      A.   Yes.
7      Q.   So the facility name has been inserted.
8   Do you see that?
9         MS. FELTON:  Object to form.
10     Q.   (BY MR. FREE)  The facility name -- I'll
11  rephrase my question.  The facility name is on this
12  document?
13     A.   Yes.
14     Q.   Okay.  Whereas, in this attachment to an
15  ICE contract, it's not.  Do you see that?
16     A.   I see it.
17     Q.   Okay.  And you agree that here this is
18  unique to the Aurora facility, The GEO Group; this
19  document is specific to the Aurora facility?
20     A.   I don't know for sure.
21     Q.   Okay.  Do you think that any other GEO
22  facility would be using a voluntary work program
23  agreement with that second line at the top that says,
24  "The GEO Group, Inc./Aurora ICE Processing Center"?
25     A.   No.

---

158

1      Q.   Okay.  So this document has been created
2   by someone for the GEO facility in Aurora.  Can we
3   agree on that?
4      A.   Without going back and checking even with
5   like the 2008, I would want to make sure and verify
6   that none of this was as an attachment.
7      Q.   Okay.
8      A.   Because I don't know.
9      Q.   Okay.  When you say "this," you were
10  pointing to the work detail orientation section at the
11  bottom half of the sheet and 1 through 8 below; is
12  that right?
13     A.   Correct.
14     Q.   Are there any other documents that need
15  to be signed to participate in the voluntary work
16  program with the exception of the training and safety
17  documents?
18     A.   No.  I believe we looked at all of them.
19     Q.   I thought so too.  All right.  Now I
20  would like to turn your attention briefly to Tab 9.
21  This is going to marked as Exhibit 8 to today's
22  deposition.
23        (Deposition Exhibit 8 was marked.)
24     Q.   Do you see this document?  The tab
25  contains several versions of the policy and we're

---

159

1   going to walk through them.  I would like you to start
2   at the beginning of Tab 9, which is GEO 1395.  Do you
3   see that?
4      A.   Yes.
5      Q.   What is this document?
6      A.   This is a site-specific policy titled
7   "Detainee Work Plan."
8      Q.   Whose signature appears at the top of it?
9      A.   That is the ICE COTAR.
10     Q.   Who is on the right-hand side of it, the
11  signature under "Approved By"?
12     A.   The facility warden.
13     Q.   Who is that?
14     A.   Pardon me?
15     Q.   Who is that?
16     A.   John Choate, C-h-o-a-t-e.
17     Q.   And this is policy 8.1.8-AUR, right?
18     A.   Yes.
19     Q.   I'm going to call this 8.1.8, if that's
20  okay with you, because it's shorter.
21     A.   Okay.
22     Q.   Okay.  Do you see under C where it says,
23  "Detainees are required to maintain their immediate
24  living areas in a neat and orderly manner"?
25     A.   Yes.

---

160

1      Q.   And then the next page, if you turn it,
2   instead of doing it in list form, it does it in
3   sentence form and it parrots back the 1 through 4 of
4   the PBNDS.  Do you see that?
5      A.   Okay.  Yes.
6      Q.   That's under the section titled "Required
7   Work Assignments."
8      A.   Yes.  But it also says, "Detainees are
9   not required to work except to do personal
10  housekeeping and to clean their housing area."
11     Q.   So is it your testimony that "and to
12  clean their housing area" is broader than the personal
13  chores?
14     A.   Yes, reverting back to our earlier
15  conversation.
16     Q.   Okay.  The part about cleaning their
17  housing area doesn't appear anywhere verbatim in the
18  PBNDS, does it?
19     A.   I would have to look through all of the
20  PBNDS.
21     Q.   Let's be clear.  8.1.8 is the detainee
22  voluntary work program/detainee work plan policy for
23  GEO?
24     A.   Yes.
25     Q.   It should be keyed directly to PBNDS 5.8,

---

Menocal v. The Geo Group, Inc.                    **DAWN CEJA**                    3/29/2016

161

1    the voluntary work program PBNDS, right?
2         A.  Yes.
3         Q.  You have to follow that.  And when we
4    were looking at 5.8, I didn't see anything that says,
5    "and to clean their housing area," did you?
6         A.  Just what we discussed earlier in the
7    PBNDS.
8         Q.  So the words that aren't there, but
9    you're reading into it from the phrase "immediate
10   living areas"?
11        A.  Immediate living area, yes.
12        Q.  We're on the same page.  You said earlier
13   that there could be like a voluntary special detail
14   and that is a situation where a person can't get into
15   the voluntary work program but still wants to work for
16   no money.  Did I understand that correctly?
17        A.  There's special detail.  However, usually
18   we pay for those and that's covered under the PBNDS as
19   well.
20        Q.  Where?
21        A.  In the voluntary work program.
22        Q.  Okay.  Let me find it.  So the PBNDS is
23   at Tab 7.
24        A.  It's 48, Tab 7.
25        Q.  Show me where you're looking.  "Special

162

1    Details."  Okay.  That doesn't -- when you say,
2    "Detainees may volunteer for temporary work details
3    that occasionally arise.  The work, which generally
4    lasts from several hours to several days may involve
5    labor-intensive work," what you're saying is that this
6    policy tracks with this part of the PBNDS?
7         A.  I'm not sure I understand.
8         Q.  8.1.8, the language in 8.1.8.
9         A.  Under D.
10        Q.  Yes.
11        A.  Yes.
12        Q.  It tracks part E of the PBNDS?
13        A.  Yes.
14        Q.  Great.  Okay.  And that's at 48.  Are
15   people paid for the special details?
16        A.  Yes.  We also give them goody bags.
17        Q.  Like what?
18        A.  We give all trustees goody bags.
19        Q.  And by "trustees," you mean someone who
20   has applied for and been accepted to the PBNDS or a
21   person who is doing a special detail or what do you
22   mean?
23        A.  Yes.
24        Q.  Yes.  Okay.  What's in a goody bag?
25        A.  They get bags of chips, candy bars, drink

163

1    mixes.  It's just extra stuff.
2         Q.  Why do you do that?
3         A.  Because we do.  We give them Xboxes.  We
4    give them a lot of things that we don't have to do.
5         Q.  When they are in the voluntary work
6    program?
7         A.  Yes.
8         Q.  Huh.
9         A.  Well, the whole population gets the
10   Xboxes and some of the other stuff, but the workers,
11   we do.
12        Q.  What do the workers get, other than the
13   goody bags, that the other people don't get?
14        A.  Sometimes they do get them.  We actually
15   give ice cream and cookies and stuff once a week on
16   those that have the cleanest units.
17        Q.  I'm just talking about the voluntary work
18   program participants versus the detainees who are not
19   participants in the voluntary work program.
20        A.  But some of those that do clean, like the
21   housing unit people, they are included with that, so
22   like they would get the ice cream and stuff too.
23        Q.  What housing unit people?
24        A.  The trustees under the voluntary work
25   program.

164

1         Q.  Okay.  So who doesn't get the ice cream?
2         A.  The ones that don't like have good
3    sanitation in their cells, in the common areas.
4         Q.  Okay.  Do you see page 1397?
5         A.  Yes.
6         Q.  Would you agree that it lists a number of
7    general work assignments and times?
8         A.  Yes.
9         Q.  Would you agree that it doesn't list the
10   number of workers; is that right?
11        A.  Correct.
12        Q.  Okay.  So can you, without mathematical
13   precision, just estimate how many people are in each
14   of these eight categories on any given day in the
15   voluntary work program?  We'll just call it a weekday.
16        A.  Off the top of my head, I don't know.
17   Some of these, like food service, I don't know for
18   sure.  Living area, usually it's maybe two for each
19   unit.
20        Q.  And then you have area cleaning for
21   inside the facility and that's three shifts.  You have
22   area cleaning outside the facility, that's just one
23   shift.  You have evening workers, building janitorial,
24   that looks like from 3:30 to 8:30.  Do you see that?
25        A.  Yes.

165

1     Q.   And then you have maintenance from 9:30
2   to 2:30.  Do you see that?
3     A.   Yes.
4     Q.   Laundry, that's one shift.  Then you have
5   the barber, which is two shifts, really, one shift and
6   then there's one that varies on time Saturday and
7   Sunday.  Do you see that?
8     A.   Yes.
9     Q.   When you described 60 to 70 participants
10  in the voluntary work program, they're doing these
11  jobs; is that right?
12    A.   Some of these, yes.
13    Q.   What other jobs are they doing?
14    A.   Library.
15    Q.   Okay.  What else?
16    A.   That's about it.  That pretty much covers
17  it, but these are general work assignments.
18    Q.   What about medical?
19    A.   Medical is not all of the time.
20    Q.   Okay.
21    A.   But they don't work all of those hours
22  either.
23    Q.   I'm now going to turn your attention to
24  1400 in the same tab.
25    A.   Okay.

166

1     Q.   What is this document?
2     A.   This is site-specific policy 8.1.8-AUR
3   titled "ICE Detainee Work Plan."
4     Q.   Is the difference between this document
5   and the one we were looking at that it has been put
6   into effect later in time, so it was effective more
7   recently?
8     A.   I would assume it was from the annual
9   review.
10    Q.   Okay.  But it's more recent than the
11  first one we looked at?
12    A.   Yes.
13    Q.   Okay.  Similarly, the rest of the
14  documents in Tab 9 comprise the detainee voluntary
15  work program local policies, site-specific policies,
16  going up to page 1415, which is a sanitation policy;
17  is that correct?
18    A.   Yes.
19    Q.   All right.  Now, 1415, again, you have --
20  well, why don't you tell me what this document is.
21    A.   1415?
22    Q.   Yes, ma'am.
23    A.   It's site-specific policy 12.1.4-AUR
24  titled "Sanitation Procedures."
25    Q.   Okay.  And it appears to be a policy that

167

1   was revised in 2011.  Do you see that in the top
2   right-hand corner, 1415?
3     A.   Yes.
4     Q.   Do you see the Section B, Detainee
5   Sanitation Responsibilities?
6     A.   Yes.
7     Q.   It says, "Each detainee will be
8   responsible for the cleanliness of his or her cell or
9   living area, including walls, floors, sink, toilet,
10  windows, and other property within the cell, room, or
11  living area."  Do you see that?
12    A.   Yes.
13    Q.   And this sets forth what we were talking
14  about earlier, the sanitation responsibilities, right?
15    A.   Yes.
16    Q.   It says "each detainee," right?
17    A.   Yes.
18    Q.   It doesn't say anything about immediate
19  living area, does it?
20    A.   Not in this policy.
21    Q.   Okay.  Because this policy encompasses
22  more things that are in the PBNDS; is that right?
23         MS. FELTON:  Object to form.
24    Q.   (BY MR. FREE)  More tasks, in other
25  words?

168

1     A.   I wouldn't necessarily agree with that.
2     Q.   There's a list of four things in the
3   PBNDS, four types of things.  We went over it pretty
4   thoroughly earlier.  Sinks, toilets, windows, and
5   other property not included, right?
6     A.   Yes.
7     Q.   Okay.  Now, as we were looking at the job
8   descriptions of people performing work in the
9   voluntary work program and looking at the list of
10  people who are -- the types of workers that GEO is
11  employing -- not employing but using to perform these
12  tasks, I want you to think back to the staffing plan
13  that I asked you about earlier.  Okay?
14    A.   Yes.
15    Q.   Does GEO's staffing plan for the Aurora
16  facility include kitchen workers?
17    A.   Detention officers.
18    Q.   I don't understand your answer.
19    A.   There are detention officers that work in
20  the kitchen, just like a detention officer would work
21  in a housing unit.
22    Q.   Okay.  So there are kitchen workers
23  contemplated in GEO's staffing plan; is that right?
24    A.   Classified as detention officers, yes.
25    Q.   They work in the kitchen?

169

1      A.  Yes.
2      Q.  How many?
3      A.  I don't know.
4      Q.  Does GEO have a librarian?
5      A.  No.  They have a detention officer that
6  is assigned to the library.
7      Q.  How much is that detention officer paid?
8      A.  I would have to look in the wage
9  determination.
10     Q.  Let's look for it.  Why don't you just
11 put this pen right there at 1400.  Just so I'm clear
12 before we do all of this, I'm asking about people who
13 actually do work in the kitchen.  I'm not asking about
14 people who guard the people who are in the kitchen.
15 Do you understand the distinction?
16     A.  The staff that work in our kitchen are
17 detention officers.
18     Q.  They're classified as detention officers
19 under the staffing plan.  They're cooking meals,
20 right, or supervising cooking the meals?
21     A.  Yes.
22     Q.  They're not standing guard while the
23 detainees cook the meals.  They're actually cooking
24 the meals, is that right, or are they standing guard
25 while the detainees cook meals?

170

1      A.  It's both.
2      Q.  Okay.
3      A.  They're assisting and supervising.
4      Q.  All right.  And did you tell me you
5  didn't know how many there are?
6      A.  No.  I would want to look at the staffing
7  plan.  I don't know off the top of my head.
8      Q.  All right.  Let's look at page 37 in
9  Tab 7.
10     A.  Tab 7, what?
11     Q.  Yes, ma'am, page 37.  We're just going to
12 flip back and forth between 37 and 1400 for a little
13 while.
14     A.  Okay.  Go ahead.
15     Q.  Food preparation, which is code 7,000,
16 and service occupations, you have cook.  Would you
17 agree the cook makes 13.06 an hour?
18     A.  You're talking about the detention
19 officer?
20     Q.  No.  I'm talking about if you were to pay
21 someone to do what that detention officer is doing in
22 the kitchen, cooking things --
23     A.  Yes.
24     Q.  -- and you were going to pay them under
25 this wage determination that's attached to GEO's

171

1  contract with ICE, that person -- I don't care what
2  you call them -- if they're doing that job, they're
3  going to be getting paid 13.06 an hour for cook I,
4  that's 7041?
5      A.  They're all classified as a detention
6  officer.
7      Q.  Okay.  So you would have to pay them as a
8  detention officer?
9      A.  That is what their classification is.
10     Q.  All right.  So for the corrections
11 officers, is that the closest thing you can think of
12 to a detention officer?
13     A.  No.  It's detention officer, 27040.
14 Right below corrections officer.
15     Q.  What does that person make an hour?
16     A.  24.05.
17     Q.  I don't know that that's right.  Draw a
18 line underneath.  I have 24.05.  I do know that that's
19 right.  Good.  So they make 24 bucks an hour if you're
20 paying them as a detention officer; is that right?
21     A.  They are a detention officer.
22     Q.  Are they making $24 an hour?
23     A.  Yes.
24     Q.  For working in the kitchen?
25     A.  As a detention officer, yes.

172

1      Q.  Okay.  Same for a barber, in other words,
2  if we looked at -- would you agree if we looked at the
3  barber, a janitor, a maintenance worker, a laundry
4  worker, it's GEO's position we should be looking at
5  the detention officer code to determine the value of
6  those services rather than the actually functional
7  position that they're doing; is that right?
8      MS. FELTON:  Object to form.
9      A.  I don't understand what you're saying.
10     Q.  (BY MR. FREE)  Well, I'm try to figure
11 out the -- go ahead.
12     A.  Go ahead.
13     Q.  I'm trying to figure out the value of
14 this work that the detainees are doing in the kitchen,
15 because we're focusing on that as a starting point.
16     A.  Okay.
17     Q.  You're telling me, well, they're not
18 cooks.  They're detention officers.  That's what you
19 pay people who are getting paid pursuant to this
20 contract?
21     A.  That is what they're classified as, yes.
22     Q.  That's fine.  We'll classify them as
23 detention officers.  You're telling me for every
24 single one of those jobs, the librarian, the barber,
25 the maintenance worker, the laundry worker, instead of

43 (Pages 169 to 172)

173

1  looking at maintenance, you're going to look at
2  detention officer to determine the value of the
3  services that the detainees are providing?
4       MS. FELTON:  Object to form.
5       A.  They are a detention officer
6  classification.
7       Q.  (BY MR. FREE)  Okay.  Functionally
8  speaking, what do they do that's different from a
9  detention officer who is in the pod looking at
10  detainees?
11      A.  I don't follow.
12      Q.  Functionally speaking, a detention
13  officer in the kitchen does different tasks than a
14  detention officer who is in the housing unit, right?
15      A.  Not necessarily, because they are still
16  doing -- they're supervising, they are still doing
17  their checks on the detainees ensuring that everything
18  is okay.
19      Q.  Imagine a Venn diagram and on one side of
20  the Venn diagram is detention officers in the kitchen,
21  on the other side of the Venn diagram is detention
22  officers in the pods.  I understand your testimony to
23  be that in the middle of the Venn diagram, they're
24  doing their checks, they're performing some similar
25  functions, they're supervising the detainees, they're

174

1  maintaining security, right?  That's what I understand
2  so far.
3       A.  Correct.  So if you look at the
4  definition that is tagged on to that classification as
5  detention officer through the Department of Labor, you
6  would see the exact definition that, I guess, I'm
7  trying to relay to you.
8       Q.  Thank you.  That makes sense.  So that
9  will be under the code that's listed here?
10      A.  Yes.
11      Q.  But the people in the pod are not
12  cooking; the detention officers who work in the pod
13  are not cooking, right?
14      A.  No.  They cook their own meals, though.
15      Q.  The answer to my question is, no, they're
16  not cooking?
17      A.  No, not in the sense of working in the
18  kitchen.
19      Q.  They're not cutting anybody's hair,
20  right?
21      A.  Not at the -- no, not like they do at the
22  barbershop, but they shave each other's heads.
23      Q.  The detention officers shave each other's
24  heads?
25      A.  No, the detainees.

175

1       MR. FREE:  All right.  In order to use
2  the remaining time that we have and keep my promise to
3  get you out of here when I said I would, I'm going to
4  take a five-minute break and we'll come back in five
5  minutes at 2:36 p.m.  Okay.  Thanks.  We'll go off the
6  record.
7       (Recess taken, 2:34 p.m. to 2:40 p.m.)
8       MR. FREE:  We are going to go back on the
9  record at 2:37 p.m.  I think we're in the homestretch.
10      Q.  (BY MR. FREE)  If you are a participant
11  in the voluntary work program, are you exempted from
12  selection for the job duties of the housing unit
13  sanitation program?
14      A.  That, I don't know.
15      Q.  How would you find that out?
16      A.  I could ask.  I don't know if that's a
17  practice that they're doing or not.
18      Q.  Whom would you ask?
19      A.  I could ask my chief of security.  I
20  could ask officers.  I just want to make sure I give
21  you the right answer.
22      Q.  I appreciate that.  Since you're speaking
23  on behalf of GEO, I think we would like that too.
24      Do you have any idea whether there's any
25  sort of written policy on that?

176

1       A.  No.
2       Q.  You don't know or there is not?
3       A.  No, not to my knowledge.
4       Q.  There's not, to your knowledge --
5       A.  Correct.
6       Q.  -- any written policy on being exempt
7  from the sanitation policy?  Okay.  Can you
8  ballpark -- I know you said there was high turnover
9  within the voluntary work program earlier.  Did I get
10  that right?
11      A.  There's a high turnover rate at the
12  facility, period, because the stay is very short, the
13  average length of stay of a detainee.
14      Q.  How long is the stay?
15      A.  Around, maybe, 35 days.
16      Q.  Okay.  So that high turnover by necessity
17  affects the voluntary work program and the turnover
18  there, right?
19      A.  No, not necessarily.
20      Q.  Well, if the average length of stay in
21  the facility is 35 days, is the average turnover in
22  the voluntary work program like faster or slower?
23      A.  I mean, there's turnover, but there's
24  always applications waiting in the wings for somebody
25  that wants to work.

177

1      Q.   You have people stacked up ready to go?
2      A.   Yes.
3      Q.   Ballpark, how many people a year would
4  you say work in the dollar-a-day program --
5          MS. FELTON:  Object to form.
6      Q.   (BY MR. FREE)  -- in the voluntary work
7  program?
8      A.   I have no idea.
9      Q.   I would like to show you a document that
10  we will mark as Exhibit 9 and that will be at Tab 11
11  of your binder.
12          (Deposition Exhibit 9 was marked.)
13      Q.   Now, I am not asking you about the total
14  compensation paid to the voluntary work program
15  participants, but what I'm going to ask you about
16  based on this document is -- first of all, do you
17  recognize this document?
18      A.   I've seen it once or twice.  I'm not very
19  familiar with it.
20      Q.   Do you have any idea what it is?
21      A.   It says it's a billing for housing and
22  man-days.
23      Q.   Do you see the number 1,680 there?
24      A.   Yes.
25      Q.   Is it your understanding that based on

178

1  the dollar rate that this bills the government for
2  1,680 man-days during the month of November -- excuse
3  me -- December -- yes, November 2012?
4      A.   I don't know.  I can't answer that.  I've
5  never prepared one of these.  I don't know.
6      Q.   Okay.  If you would turn to page 1612, do
7  you see the column that says, "Detainees Worked" that
8  corresponds with the column listing the dates in
9  November?
10      A.   Yes.
11      Q.   And you see a separate column that says,
12  "Detainees Paid"?
13      A.   Yes.
14      Q.   You see the total is 1,680?
15      A.   Yes.
16      Q.   This is November of 2012 based on the
17  month identified at the top?
18      A.   Okay.
19      Q.   Do you see that?
20      A.   Yes.
21      Q.   Does this indicate to you that during the
22  month of November 2012, between 53 and 72 detainees
23  worked on any given day?
24      A.   Yes, that's what it says.
25      Q.   So there was a total of 1680 man-hours

179

1  or -- excuse me -- shifts worked by detainees at the
2  Aurora facility during that month?
3          MS. FELTON:  Object to form.
4      Q.   (BY MR. FREE)  In the voluntary work
5  program?
6      A.   I don't know if the 1680 is a total of
7  all of that.  I don't know.
8      Q.   Okay.  Based on what you told me before,
9  about a 35-day turnover, would you say that these
10  detainees would -- this pool of detainees would remain
11  constant from November 1 to November 27, or is it the
12  case that there might be some new people coming into
13  the voluntary work program because others have left or
14  been deported?
15      A.   Yes.  That's a very good possibility.
16      Q.   The second part, right?
17      A.   Yes.
18      Q.   If there were 1680 shifts worked by the
19  voluntary work program detainees, those would not
20  necessarily encompass the same 53 to 72 detainees
21  because of turnover, right?
22      A.   I don't understand.
23      Q.   You've got between 53 and 72 -- 51 --
24  excuse me -- and 75 people working under the
25  "Detainees Worked" --

180

1      A.   Yes.
2      Q.   -- for each day in November, right?
3      A.   Yes.
4      Q.   Those are not necessarily going to be the
5  same people because of turnover?
6      A.   Correct.
7      Q.   Okay.  And that is going to multiply
8  month by month as the turnover continues on that
9  35-day average cycle, right?
10      A.   It could change daily.  Every day could
11  be different.
12      Q.   So more people are going to be in the
13  program as time goes on, not in terms of positions but
14  in terms of people who have actually participated in
15  the voluntary work program, more of them -- the number
16  is going to increase, right?
17      A.   Not all of the time.  I mean, the numbers
18  fluctuate, but we have releases and then we get new
19  book-ins, so it just depends.
20      Q.   All right.  Do you think it's safe to say
21  that during the course of a year, several hundred
22  detainees participate in the voluntary work program at
23  Aurora?
24      A.   I don't know the number.  I don't even
25  want to give a guess, because I don't know.

45 (Pages 177 to 180)

Menocal v. The Geo Group, Inc.    DAWN CEJA    3/29/2016

---

181

1    Q.   Okay.  Where would I look to find out?
2    A.   I guess these numbers would tell you.
3    Q.   By "these numbers," you're pointing to
4  the pages that we've just been discussing?
5    A.   1612.
6    Q.   1612.  Okay.  If we wanted to know how
7  many shifts have been worked and then reverse engineer
8  it by, maybe, turnover, that's where we would look, is
9  the number of shifts worked per month; is that right?
10    MS. FELTON:  Object to form.
11    A.   I guess whatever the business office puts
12  together.
13    Q.   (BY MR. FREE)  Okay.  What did you do to
14  prepare to provide knowledgeable information and
15  testimony on topic 3 b, which is the number of
16  participants in the voluntary work program and any
17  documents that we might look to to find that, so if
18  you look back to Exhibit 1.  Again, I don't want to
19  know anything your lawyer told you.
20    A.   It was which one?
21    Q.   3 b.  It's on page 3.
22    A.   Based on my personal knowledge and I also
23  met with Ms. Felton.
24    Q.   So what, based on your personal
25  knowledge, did you do before you came in here to

---

182

1  figure out how many people participated in the
2  voluntary work program?
3    A.   Just from what I know from working at the
4  facility.
5    Q.   Based on that, what is the number?
6    A.   What I told you earlier, on average,
7  about 50 to 60, I think I said.
8    Q.   Per day?
9    A.   Yes.
10    Q.   But in terms of the total number, you
11  don't have any personal knowledge of that, right?
12    A.   No, because it does fluctuate.
13    Q.   And did you try and figure out, using any
14  sort of document or record, what the total number of
15  participants would be?
16    A.   No.
17    Q.   Did you review any documents reflecting
18  the number of participants in the voluntary work
19  program?
20    A.   No, because those are kept by the
21  business office.
22    Q.   Now, if you look at 1613 --
23    A.   What tab?
24    Q.   It's Tab 11.  -- it appears that we do
25  have some indication about the individuals on Friday,

---

183

1  November 2, who were in the voluntary work program,
2  right, we have their names?
3    A.   Okay.
4    Q.   Do you see that?
5    A.   Yes.
6    Q.   We know that those individuals totaled
7  60, because we look at the second page and we can
8  see --
9    A.   Yes.
10    Q.   -- right?  Okay.  And this appears to be
11  a batch summary printed out from a computer, right?
12    A.   Yes, that's what it says.
13    MR. FREE:  Okay.  To counsel, did you
14  designate -- cross-designate Furst for this or not?
15    MS. FELTON:  No.  She's not designated
16  for this.  Ceja is not designated for this at all.
17    MR. FREE:  For b?
18    MS. FELTON:  Melody Furst is.
19    MR. FREE:  She is?
20    MS. FELTON:  Yes.
21    MR. FREE:  Good.  Thank you.  When were
22  you going to tell me that?  Just kidding.
23    MS. FELTON:  Well, it was in the e-mail
24  that I sent.
25    MR. FREE:  Okay.  That's fair.

---

184

1    Q.   (BY MR. FREE)  In terms of the documents
2  that we've looked at for initiating your participation
3  in the voluntary work program, are those used
4  uniformly for all of the voluntary work program
5  participants?
6    MS. FELTON:  Object to form.
7    Q.   (BY MR. FREE)  And I'm specifically
8  talking about the agreement, the application, and the
9  job description.  Do you know which documents I'm
10  referring to?
11    A.   Yes.  Those are usually anytime somebody
12  applies, yes.
13    Q.   It's my understanding you said that's
14  what you use?
15    A.   Yes.
16    Q.   Okay.  Now, has anybody ever complained
17  about the pay that they receive in the voluntary work
18  program?
19    MS. FELTON:  Object to form.
20    A.   If they did, they may have put it on a
21  grievance.  I don't think anybody has ever verbally
22  come to me.  It may have been on a grievance.
23    Q.   (BY MR. FREE)  Okay.  Do you recall ever
24  seeing such a grievance?
25    A.   It's possible.

---

185

1        Q.   Okay.  Do you have any idea what your
2    response would have been?
3        A.   Well, it depends on what the grievance
4    actually said.
5        Q.   Assume the grievance was that they should
6    have been paid more.
7        A.   Then I --
8        MS. FELTON:  Object to form.
9        Q.   (BY MR. FREE)  You can answer.
10       A.   What's the question again?  I'm sorry.
11       Q.   I'll start over, just because it's been
12   sitting in the air for a while.
13       A.   Thank you.
14       Q.   Assume that a detainee filed a grievance
15   saying he or she thought he or she should be paid more
16   than $1 for participating in the voluntary work
17   program.  What's GEO's response to that grievance?
18       A.   It would probably be that the pay is
19   determined by ICE and annotated in the contract.
20       Q.   Okay.  When you say that the pay is
21   determined by ICE, are you referring to ICE's
22   voluntary work program document?
23       A.   Yes, and the contract, because it talks
24   about the dollar a day in the contract.
25       Q.   Okay.  Let's just take a look at that

186

1    very quickly and then I think we're in the
2    homestretch.  If you would turn to page 49 in Tab 7,
3    please.
4        A.   Okay.
5        Q.   If you look at the right-hand column, the
6    section is called Compensation.  And at the right, it
7    says, "The compensation is at least $1.00 (USD) per
8    day."  Do you see that?
9        A.   Yes.
10       Q.   Do you agree that says "at least"?
11       A.   Yes.
12       Q.   Then you mentioned the contract and you
13   said the contract discusses the dollar-a-day program
14   and sets the rate --
15       A.   Yes.
16       Q.   -- is that your testimony?  Let's look at
17   page 2 in Tab 7.  Are you looking at item No. 4 where
18   it says, "Stipend for detainee work program"?
19       A.   Yes.
20       Q.   Is that what you're referring to when you
21   say that ICE has set the rate at a dollar a day?
22       A.   Yes.
23       Q.   Okay.  ICE doesn't directly reimburse the
24   detainees, does it?
25       A.   I don't know how that works.

187

1        Q.   Okay.  But it is GEO's policy in the
2    Aurora facility that participants in the voluntary
3    work program will not be paid more than a dollar a
4    day?
5        A.   Based off of this, the dollar a day, yes,
6    what's in the contract signed between ICE and GEO.
7        Q.   So the answer to my question is yes?
8        A.   Yes.
9        Q.   Okay.  Is there anything about your
10   testimony that you've given today that you wish to
11   elaborate on or amplify or change or correct in any
12   way?
13       A.   No.
14       Q.   As far as you know, everything that
15   you've said is true and correct on behalf of GEO?
16       A.   Yes.
17       Q.   And is there any reason that during the
18   course of today's deposition, you were not able to
19   recall facts or information?
20       A.   Just the ones that I already stated that
21   I would want to check.
22       Q.   So unless you told me otherwise, there
23   was nothing that happened since we started today's
24   deposition that would interfere with your ability to
25   recall things on GEO's behalf?

188

1        A.   No.
2        Q.   If there is something that you remember
3    after today's deposition, we would encourage you to
4    let your counsel know so we can correct the record.
5        A.   Okay.
6        MR. FREE:  I do think we've flagged at
7    least one late-filed exhibit that we would like to
8    see.  And to the court reporter, have we flagged the
9    instructions not to answer in the transcript?  And if
10   not, let's please do that.  We'll go back and locate
11   in the transcript the instructions not to answer.
12   Those are all of the plaintiffs' questions at this
13   time.
14       MS. FELTON:  I don't have anything.
15       MR. FREE:  Okay.  Thank you very much.
16       MS. FELTON:  I'll handle signature.
17       WHEREUPON, the within proceedings were
18   concluded at the approximate hour of 2:59 p.m. on the
19   29th day of March, 2016.
20            *    *    *    *    *
21
22
23
24
25

**Menocal v. The Geo Group, Inc.**                    **DAWN CEJA**                    **3/29/2016**

189

        I, DAWN CEJA, do hereby certify that I
have read the above and foregoing deposition and that
the same is a true and accurate transcription of my
testimony, except for attached amendments, if any.
                Amendments attached    (  ) Yes (  ) No


                _____
                DAWN CEJA



        The signature above of DAWN CEJA was
subscribed and sworn to before me in the County of
_____, State of Colorado, this _____ day of
_____, 2016.




                _____
                Notary Public
                My commission expires




Alejandro Menocal 3/29/16 (dc)

190

                REPORTER'S CERTIFICATE
STATE OF COLORADO          )
                           ) ss.
CITY AND COUNTY OF DENVER  )
        I, Darcy Curtis, Registered Professional
Reporter and Notary Public ID 20064016972, State of
Colorado, do hereby certify that previous to the
commencement of the examination, the said DAWN CEJA
was duly sworn by me to testify to the truth in
relation to the matters in controversy between the
parties hereto; that the said deposition was taken in
machine shorthand by me at the time and place
aforesaid and was thereafter reduced to typewritten
form; that the foregoing is a true transcript of the
questions asked, testimony given, and proceedings had.
        I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of
this litigation.

        IN WITNESS WHEREOF, I have affixed my
signature this 12th day of April, 2016.

        My commission expires May 2, 2018.

___X_ Reading and Signing was requested.
_____ Reading and Signing was waived.
_____ Reading and Signing is not required.

48 (Pages 189 to 190)

DAWN CEJA

## REPORTER'S CERTIFICATE

STATE OF COLORADO          )
                           ) ss.
CITY AND COUNTY OF DENVER  )

       I, Darcy Curtis, Registered Professional Reporter and Notary Public ID 20064016972, State of Colorado, do hereby certify that previous to the commencement of the examination, the said DAWN CEJA was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

       I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

       IN WITNESS WHEREOF, I have affixed my signature this 12th day of April, 2016.


       My commission expires May 2, 2018.


___X_ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.


_____

Darcy Curtis
Registered Professional Reporter
Certified Shorthand Reporter

**A**

**a.m** 1:14 4:16
72:10,10,13
**abbreviation** 22:16
**abide** 90:18 92:1,4
**abiding** 23:18
**ability** 10:2 187:24
**able** 78:19 127:11
127:21 138:18
187:18
**Absolutely** 115:23
115:24
**ACA** 15:17,23
17:18 27:9 61:23
62:13 64:24 65:6
66:8
**accepted** 145:24
149:6 162:20
**accompany** 104:14
**accompanying**
155:6
**accreditation** 16:17
17:1,14,17,23
19:16 28:10,20
64:22
**accredited** 17:18
**accrediting** 17:5,7
**accurate** 30:19
115:12 189:3
**accurately** 33:11
**act** 105:13 108:6
156:5
**acting** 14:10,14,16
15:4
**action** 1:2 82:7
**actions** 62:12 64:13
**actively** 119:12
**activities** 60:8
**activity** 60:7,12
**acts** 108:3 110:13
**ad** 64:2 111:1
113:10 117:21
**addendum** 50:22
**addition** 129:14
131:13
**additional** 118:25
126:24

**additions** 28:13
42:2
**addressed** 16:25
**adds** 132:1
**adjustments** 29:7
**administered**
147:16
**administration**
101:15 153:13
**administrative**
53:11 54:8,11,19
54:25 55:6,7,14
55:21 56:12,15,18
56:23 57:23 58:8
59:1,8,21 60:1,6
67:5,14,18,25
69:8 71:9,15
72:16 73:4,10,17
77:16,21 78:24
79:14,23 80:7
85:10 101:16
106:5,17 109:18
109:20 111:8,19
111:24 114:3,12
114:14,15,19
118:12,18 119:2,5
**admission** 29:21
31:6
**admitted** 88:4,19
128:8
**advance** 11:8
**affect** 9:23 125:5
**affixed** 190:12
**afforded** 53:12,24
53:25
**AFOD** 112:19
**aforesaid** 190:8
**aggregate** 61:2
**ago** 6:14 12:21
26:24 50:10
144:13 155:4
**Agoberto** 151:18
**agree** 21:13 125:13
142:4 144:6,9
152:10 157:17
158:3 164:6,9
168:1 170:17

172:2 186:10
**agreed** 75:8 90:18
130:6
**agreement** 147:25
150:9 153:16,23
154:8,25 155:5
156:10 157:23
184:8
**ahead** 63:11,14
131:1,18 137:17
170:14 172:11,12
**air** 44:15 95:19
185:12
**Air-conditioning**
20:12
**al** 1:6
**Alejandro** 1:6
189:25
**Alexander** 2:5 4:23
**allegedly** 59:24
**allow** 74:5
**allowed** 135:22
136:1,9
**allows** 123:22
**alter** 115:8
**alters** 125:20
**amend** 115:8
**Amended** 3:7
**amendments** 189:4
189:5
**amenities** 54:1
**American** 15:24
17:8 61:23
**amount** 80:17
105:4 146:19
**amplify** 72:19
116:22 187:11
**analyze** 70:19
**and/or** 114:7
**Andrew** 2:3,3,8 4:9
4:20 5:1
**annotated** 26:15
185:19
**annual** 34:1 41:15
166:8
**annually** 28:24
33:8 65:11

**answer** 7:13,21,21
8:7,11,23 20:6
63:13 74:14 76:20
77:2 84:15,25
92:7 96:16,17
100:6 102:6
135:11,25 136:21
136:22 137:2,15
137:16 143:14
146:24 155:16
168:18 174:15
175:21 178:4
185:9 187:7 188:9
188:11
**answered** 7:12
**answering** 148:25
**answers** 33:6 56:25
93:19 136:24
137:20 146:23
**anybody** 16:1
28:11 54:23 55:3
68:25 74:15 94:25
112:25 113:22
132:12 184:16,21
**anybody's** 174:19
**anymore** 149:8
**anyplace** 86:9
**anytime** 60:13
62:15,18,19 110:3
111:15,18 184:11
**anyway** 139:7
**apart** 12:11
**apologize** 82:17
**appear** 31:6 160:17
**appeared** 21:25
**appears** 147:22
148:15 151:13
156:9 159:8
166:25 182:24
183:10
**application** 36:3
48:24 142:19
146:2 147:23
153:16 184:8
**applications**
120:19 176:24
**applied** 108:12

140:24 162:20
**applies** 29:14
125:12,14,23
184:12
**apply** 46:10,25
48:23 89:13
125:15 135:10
**appreciate** 96:18
175:22
**approved** 46:12
142:12 146:20
159:11
**approximate**
188:18
**approximately** 6:9
6:14 11:13,17
13:5,20 14:12,17
14:24 15:2 16:8
18:1 20:2 22:7
26:2 120:5,11
**April** 190:13
**area** 24:14,17,20
25:3,8,20,21
26:20 36:25 37:1
37:7,20 39:25
40:3,3,4,7,9,13,20
40:23,24 44:4,19
45:8,10,14 47:18
47:19,23 48:3,6,6
51:18 52:5 57:17
59:3,15 61:11
84:11,14,17,18,23
89:3 98:18,25
99:4,7 101:15,15
101:16 128:23
129:10,16 130:1,8
130:1 131:9,11
131:11,12,13,16
132:3,13,17 133:8
133:14,15,16,17
133:18,21 134:2
134:17,24 135:2,3
135:19,21 136:3,6
136:7,17 138:6,11
139:11,16 141:13
160:10,12,17
161:5,11 164:18

164:20,22 167:9
167:11,19
**areas** 6:18 24:13
25:15 35:8 36:3
44:13 51:20,21
122:11 131:21
132:6 134:9
137:12 141:9,11
159:24 161:10
164:3
**Argueta** 153:8
**arrival** 145:21
**articulated** 140:23
**Aside** 101:17,25
**asked** 8:12 31:11
137:4,7 168:13
190:7
**asking** 28:5 34:8
57:1 63:21,22
81:5 129:20 130:3
134:18 136:25
138:25 139:24
169:12,13 177:13
**asks** 146:3
**aspect** 22:2
**aspects** 5:19 24:4
**assert** 9:9
**asserted** 9:14
**assign** 49:1 84:23
**assigned** 24:24
36:17 43:18 44:9
45:24 52:4 83:20
89:3 98:7 169:6
**assignment** 108:8
**assignments**
121:25 122:1
123:8 127:12,22
140:2 160:7 164:7
165:17
**assistant** 12:18
18:21 19:4,8 70:3
75:15 86:22 91:15
102:22 112:20
**assisting** 170:3
**associate's** 21:8,13
**Association** 15:24
17:8 61:24

**assume** 8:12
108:12 149:20,22
166:8 185:5,14
**assuming** 94:22
146:24
**assured** 74:22
**assuring** 36:18
**attached** 100:13
103:7 106:24
107:6 133:13
148:12 155:9,19
170:25 189:4,5
**attachment** 3:18,21
43:1 155:18 156:6
157:14 158:6
**attachments** 3:10
3:17,23
**attempted** 118:16
**attention** 70:23
141:16 158:20
165:23
**attorney** 12:4,13
72:23 75:16
**attorneys** 9:9
116:18
**audible** 7:21
**audit** 65:10,11,12
65:17
**auditors** 65:23
**audits** 65:19,22
**August** 18:2
**Aurora** 3:19 13:7,8
15:6 21:14 23:11
25:16 26:24 27:17
27:21,24 28:1
29:14 34:5,6
37:24 43:11 49:10
49:18 50:1 61:22
70:20 86:8 88:5
92:14 93:9 100:23
119:20 120:3
128:9,13 129:8
140:24 141:6
157:18,19 158:2
168:15 179:2
180:23 187:2
**Aurora/ICE** 3:11

**authority** 22:22,24
146:9
**automatically**
56:22
**available** 38:17
106:12
**Avenue** 2:4
**average** 14:3 55:17
55:25 120:9,16
176:13,20,21
180:9 182:6
**avoiding** 25:4
**aware** 75:23

———————
**B**
**b** 11:1 26:19 45:4,6
47:22 167:4
181:15,21 183:17
**bachelor's** 21:10
21:15
**back** 9:3 33:23 43:7
46:4 55:16,17,19
55:24 56:5,9,10
56:23 57:22,25
58:1,3 60:17
66:16 67:8 68:22
69:12,13,13 72:12
82:11 87:5 91:6
93:13 95:2 97:4
100:4 103:13
113:3 115:4,20
116:17 119:18
120:23 126:16
127:1 139:7
153:20 154:4
157:1 158:4 160:3
160:14 168:12
170:12 175:4,8
181:18 188:10
**background** 21:7
75:14 93:23
148:25
**backward** 124:16
**backwards** 38:25
**badgering** 137:3
**bag** 162:24
**bags** 162:16,18,25

163:13
**ballpark** 176:8
177:3
**barber** 165:5 172:1
172:3,24
**barbershop** 174:22
**bars** 162:25
**based** 55:12 57:10
57:13,23 77:7
90:9 107:21
109:14 122:21
140:17 141:8
177:16,25 178:16
179:8 181:22,24
182:5 187:5
**basic** 48:8
**basically** 7:24
105:5
**basis** 34:1 36:19
37:11 74:9 110:7
128:21 137:1
138:5 140:11,15
146:5 147:3,9
**batch** 183:11
**Bates** 32:15 124:19
**bathroom** 9:11
**bear** 103:22
**bed** 25:22,23 38:14
138:19
**beds** 24:22 25:4,24
26:3 38:13,17,20
56:1 73:8 122:12
122:16 134:10
137:21
**began** 13:2 109:10
**beginning** 159:2
**behalf** 1:13 10:15
10:25 12:20 41:1
63:23 175:23
187:15,25
**behavior** 57:10
**believe** 38:13 52:5
52:17 62:5 97:24
98:10 137:8
148:12,17 153:8
154:24 155:4,9
158:18

**believer** 69:14
**believes** 138:1
**best** 110:8
**beyond** 132:8
**big** 96:24
**billing** 177:21
**bills** 178:1
**binder** 5:13 32:6,20
75:22 82:18 87:12
177:11
**bit** 72:14,16 121:4
**blocked** 125:2
**blur** 100:25
**board** 40:6
**boards** 29:25 30:2
**body** 17:5,7 114:9
**book-ins** 180:19
**bottom** 42:5 44:17
44:18 46:6 82:22
87:18 88:7 95:19
109:10 144:10
148:2 150:20
154:9 156:7
158:11
**Boulder** 2:13
**Boulevard** 2:12,16
**bound** 37:25
135:18
**Brad** 62:8 63:24,24
64:4,14,16
**brain** 10:1
**Brambila** 105:11
105:21 109:17
**Brandt** 2:11 5:3
**break** 7:7,9,14 9:6
9:11 71:20 72:9
72:23 116:10,12
116:18 175:4
**breaking** 136:19
**breaks** 9:11,11
66:25
**briefly** 12:16 24:9
158:20
**broader** 130:23
160:12
**broke** 72:15 129:25
**broken** 66:1

**broom** 131:5
**brought** 30:23
**bucks** 96:24 171:19
**Buescher** 2:9
**bugs** 81:21
**building** 20:15
44:22 94:5 96:15
164:23
**bullet** 127:10
**bulletin** 29:25 30:2
**bunk** 122:12
131:13 134:10
137:21 138:19
**bunks** 136:15
**business** 18:15
181:11 182:21
**busy** 99:22 100:2

**C**

**c** 2:1 11:1 27:2 39:6
39:24 121:20,22
123:7 128:3
159:22
**C-h-o-a-t-e** 159:16
**call** 26:6,12 32:15
159:19 164:15
171:2
**called** 45:18 91:17
186:6
**calling** 79:15
**calls** 149:1
**candy** 162:25
**Canyon** 2:12
**care** 75:12,15 171:1
**carpets** 101:14
**case** 4:10,22 5:13
6:4,23 27:17
75:19 76:13,18
104:9 105:10
106:11 118:9
151:13 179:12
**cases** 6:5 68:17
82:2
**categories** 89:9
132:8 164:14
**category** 89:6
**Ceja** 1:4,12 3:2 4:5

4:8,19 5:17 71:19
183:16 189:1,7,11
190:5
**cell** 24:17 40:2 45:8
45:10 48:5 51:10
54:7,10,24 55:1,3
59:3,5,9 78:1,9,12
78:17,20,23 79:3
79:5 81:20,20,25
99:2 107:15,16,19
117:15 133:1
167:8,10
**cells** 39:21 40:18
47:24 48:4 59:17
59:18 118:4,10,10
164:3
**center** 3:11,19
34:14 157:5,24
**certain** 5:18
**certificate** 21:11,21
190:1
**certify** 189:1 190:5
190:10
**chain** 18:17
**chairs** 133:10,12,13
134:14,21
**chance** 82:20,23
87:20
**change** 19:7 33:18
33:24,24 66:5
72:19 115:8
116:21 180:10
187:11
**changed** 66:14
**changes** 28:9 34:1
47:15
**changing** 19:25
20:1
**charge** 59:23 62:16
62:19 69:2 110:7
110:12
**charged** 52:1,14
53:7 56:20 57:16
61:5,10 66:20
68:8,18 85:4
109:25 110:5,6,9
111:15

**charges** 61:21
63:17,24 64:14
65:25 108:4 109:6
110:13
**charging** 60:18,19
68:10,13 108:2
**check** 60:1 68:21
68:24 75:14 93:23
119:8,11 124:8
187:21
**checked** 60:8
106:22 109:20
**checking** 158:4
**checks** 107:11,14
107:18,21 117:21
117:24 118:6
173:17,24
**chief** 17:24 18:17
18:24 28:21 64:15
69:3,13 106:4
112:8 175:19
**child** 138:13,17,18
138:22
**chips** 162:25
**Choate** 3:22 159:16
**choose** 108:24
**chores** 160:13
**chosen** 36:3
**Circle** 82:11
**circumstance**
99:20
**CITY** 190:3
**Civil** 1:2 4:2 5:10
**claiming** 76:22
**clarification** 96:19
**clarify** 43:23 44:21
47:22 61:8 77:3
85:20 108:19
**clarifying** 124:3
**classification** 18:6
64:10,12 171:9
173:6 174:4
**classified** 168:24
169:18 171:5
172:21
**classify** 172:22
**classroom** 16:5,13

**clean** 24:13,20 25:3
25:21 37:3 45:14
48:2,24 49:1 52:4
66:21 67:5,24
80:23 81:11,18,20
82:3 83:11 84:23
86:13 89:3 101:4
101:14 102:18,20
134:14,21 136:5
138:13,14,17,18
138:20 160:10,12
161:5 163:20
**Clean-Up** 3:13
**cleaner** 48:11
136:8
**cleaners** 44:5
**cleanest** 163:16
**cleaning** 25:8 34:17
34:24 35:5 43:3
43:18,24 47:18
51:10,17 57:17
61:11 67:18 68:9
68:19 69:21 71:16
84:5 85:24 97:16
98:17,20,22 100:1
128:22 129:10
130:23 131:4
132:22 133:6,10
133:25 160:16
164:20,22
**cleanliness** 45:7
167:8
**cleans** 96:11 99:6
**cleanup** 36:16,19
36:24 37:7,10,15
37:16,19 38:7
83:10 85:22 97:25
98:2,5,6,8,12,13
98:15 152:9,12
154:19,21
**cleanups** 49:3
51:19
**clear** 5:9 7:4 58:19
88:25 102:12,21
134:18 160:21
169:11
**clearance** 74:21

75:10 94:5
**cleared** 75:13
**clearly** 79:24
**clients** 76:13
109:17 152:24
**closed** 54:20 79:3
**closest** 171:11
**cloth** 95:18
**clothes** 24:23 25:5
**clothing** 122:15
**clutter** 122:14
134:12 137:23
**cocounsel** 115:18
**code** 105:14 108:7
110:10 170:15
172:5 174:9
**codes** 91:4
**coffee** 9:10
**cognition** 9:23
**College** 21:14
**colloquy** 104:17
**colon** 130:13
132:21 137:9,20
138:4
**Colorado** 1:1,13,15
2:7,10,13,16,17
4:18 9:8 13:7
189:13 190:2,5
**column** 36:10
43:23,24 116:3
127:20 128:17
178:7,8,11 186:5
**combination**
113:11
**come** 17:16 40:19
49:10 51:14 54:10
59:4,6 65:10
70:23 71:5 85:14
91:6 94:8 102:15
116:7 119:8 134:8
175:4 184:22
**comes** 83:23 90:6
94:4
**coming** 15:14
60:17 179:12
**command** 18:17
**commencement**

190:5
**commercial** 136:8
**commissary** 52:18
  81:19 105:22
**commission** 189:19
  190:14
**committed** 118:1
**committee** 33:25
  34:2 42:1 58:23
  63:7
**common** 24:17
  37:1,7,20 40:3,3,9
  40:20,24 44:19
  47:18 48:3,5
  51:20,21 59:2,15
  84:11,17 98:17,25
  99:4,7 114:1
  131:13 133:15,17
  136:7 141:12
  164:3
**communicate**
  113:5
**communications**
  72:22
**Community** 21:14
**company** 12:22
  63:19,22,23 138:1
**company's** 43:11
**compared** 67:2
  154:3
**compel** 135:22
  136:2
**compensated** 86:20
**compensation**
  177:14 186:6,7
**compiling** 30:12
**complained** 69:20
  69:24 184:16
**complaint** 70:6
**completed** 7:13
  59:23 108:23
**completely** 116:24
**compliance** 62:2,13
**comply** 29:20 32:2
  51:1,3,4,24 52:13
  79:22 80:13 81:2
  81:8 90:24

**complying** 57:17
**Compound** 53:4
**comprise** 125:3
  166:14
**computer** 106:6
  113:6 183:11
**computerized**
  60:25 62:5,6
**computers** 20:18
**conceding** 67:15
**conceivable** 67:23
**concerned** 82:6
  148:18
**concerns** 73:21
  76:6
**concluded** 188:18
**conclusion** 149:2
**condition** 38:8
  118:2
**conduct** 60:24
**conducting** 108:23
**confidential** 3:22
  76:8
**confinement** 85:8
**confused** 96:1 97:1
  125:11
**confusing** 96:2
**connected** 40:16
  84:18
**consequences** 79:9
  108:16
**consider** 24:16
  131:10
**consideration**
  125:5 126:1
**considered** 40:4
  63:6 64:1
**constant** 120:13
  179:11
**constrains** 137:9
**constraints** 125:1,3
  125:6 135:18
**constructed** 13:11
**contact** 112:9
**contagious** 38:9
**contain** 26:5 91:4
  114:9

**containing** 31:8
**contains** 90:22
  158:25
**contemplated**
  168:23
**contending** 135:2
**content** 12:4
**contents** 12:14
**contest** 7:6 58:7
**continue** 32:13
  109:22 145:19
  150:12
**continues** 180:8
**continuous** 34:16
  34:24 35:5 97:15
**contract** 15:17,18
  15:20 29:11 37:25
  38:19,21 90:16,18
  91:19,24 92:3,9
  100:13,20 103:7
  124:8,12,17,20,23
  125:16,17,19
  126:5,5,15,16
  127:5 130:5
  135:17 146:18
  147:17 148:6,9,20
  148:24 150:7
  155:1,6,20 156:6
  157:15 171:1
  172:20 185:19,23
  185:24 186:12,13
  187:6
**contracting** 29:1
  112:17
**contractor** 65:13
  125:5,25 134:8
**contractors** 92:13
  93:8,21 94:3,7,13
  134:4
**contracts** 33:24
**control** 63:20
**controls** 90:12
**controversy** 190:6
**conversation**
  160:15
**cook** 169:23,25
  170:16,17 171:3

174:14
**cookies** 163:15
**cooking** 169:19,20
  169:23 170:22
  174:12,13,16
**cooks** 172:18
**coordinator** 15:5,9
  15:12 16:16 70:15
**copies** 145:7,9
**copy** 29:17 60:21
  62:24 65:8,9
  68:16 145:15
  151:20,22
**corner** 33:1 46:6
  82:22 88:8 144:10
  154:9 156:7 167:2
**corporate** 27:12
  34:3 70:20 134:19
**corporation** 150:8
**correct** 8:21 19:20
  29:15 30:7 31:16
  34:4 35:1 42:9
  44:9 49:5 50:7
  56:14 68:7 69:19
  72:19 76:9 77:9
  77:13,20 78:10,21
  79:7,24 80:3
  86:21 87:17
  101:19 102:2
  106:14 107:6
  109:19 111:23
  116:22,25 126:25
  144:21 145:3
  147:11,19 155:8
  158:13 164:11
  166:17 174:3
  176:5 180:6
  187:11,15 188:4
**corrected** 8:24
**Correctional** 15:24
  17:8 61:23
**corrections** 171:10
  171:14
**correctly** 40:16
  69:6 105:19
  129:23 141:7
  161:16

**correspondence**
  12:12
**corresponds** 178:8
**COTAR** 29:1
  112:16 159:9
**counsel** 4:10,19,21
  4:24 5:1,3,5 9:12
  32:12 82:18 96:19
  97:12 104:12
  136:20 183:13
  188:4 190:10
**count** 38:14 64:8
**County** 189:12
  190:3
**couple** 43:7 44:23
  103:24 104:5
**course** 49:13
  180:21 187:18
**court** 1:1 4:12,14
  4:15 6:10 7:21
  8:4 71:22,24 72:2
  103:18 188:8
**cover** 7:3 35:12
  94:3 141:12
**covered** 24:4 35:12
  161:18
**covers** 35:8 41:25
  165:16
**cream** 163:15,22
  164:1
**create** 60:11
  148:19 149:17
**created** 43:10 68:1
  83:12,13 109:24
  142:8 143:19,23
  158:1
**creating** 27:8
**criminal** 21:9,10
  22:1 89:15
**criminology** 21:10
**cross-designate**
  183:14
**current** 29:11
  33:11 36:22 38:14
  125:17
**currently** 19:11
  28:9 29:5,6 65:15

Curtis 1:14 4:15
190:4
custody 55:10,11
55:12,15 119:5
customarily 128:22
129:1,9
Customs 22:17
23:5 156:6
cutting 174:19
cycle 180:9

**D**

d 3:1 11:1 26:19
162:9
D-e-e-t-s 101:10
Dagoberto 151:24
151:25
daily 34:17,24 35:5
36:16 97:15,22
122:12 134:11
136:15 137:21
180:10
danger 81:3
dangerous 138:16
Daniel 103:19
Danielle 101:10,17
101:25 103:2
Darcy 1:14 4:15
190:4
date 4:15 47:13
75:7 105:5 107:24
109:9,12 142:21
143:25 144:6,9
145:21
dated 87:4
dates 178:8
David 26:19
Dawn 1:4,12 3:2
4:5,18 189:1,7,11
190:5
day 9:2 36:15,25
48:6 54:9 55:24
56:5 61:3 78:8
97:22 98:7 101:12
102:15,16 117:16
120:6,8 121:2
144:16 150:22,22

151:1 164:14
178:23 180:2,10
182:8 185:24
186:8,21 187:4,5
188:19 189:13
190:13
day's 83:22
days 14:6 56:10
58:5 105:17 162:4
176:15,21
dayshift 83:23
dc 189:25
deal 64:6 93:1
94:12
debris 25:11
122:14 134:12
137:22
December 178:3
decide 48:22 63:10
decided 149:7
decides 108:24
decision 63:19,22
Deets 101:10
defaced 118:10
defendant 1:10
2:14 3:8 5:6,12
Defendant's 3:9
deficiencies 17:13
17:20
definitely 8:6
definition 133:20
174:4,6
degree 21:8,10
degrees 32:20
deleted 28:13
deletions 42:2
delineation 40:13
DeMuro 2:16
Denver 1:13 2:7,10
2:17 4:17 21:19
21:22 190:3
department 18:5,6
19:15,21 20:3
28:19 64:12 103:4
119:4,15 174:5
depending 31:10
53:8,14 56:21

depends 50:10 56:9
63:5 66:14 99:19
119:11 120:18
180:19 185:3
deponent 4:18
96:25 116:13,19
deportation 112:23
deported 179:14
deposed 6:8,13
7:20
deposition 1:4,12
3:6,8 5:10,11,14
5:15,16,19 6:2,5
6:15 8:22 11:6,9
11:14,23 12:5,9
32:8,9 41:7 47:11
74:1 82:15,16
87:9,10,13 92:19
93:15 100:5 104:2
104:3 115:14
119:17 144:15
155:13 158:22,23
177:12 187:18,24
188:3 189:2 190:7
derivation 114:19
describe 24:9 73:2
described 35:22
43:17 54:17 64:3
100:7 144:14
146:7 165:9
describing 107:10
141:23
description 141:21
142:4,14 151:14
152:7,19 153:15
154:18 184:9
descriptions 168:8
design 87:4
designate 183:14
designated 5:17
6:17 92:23 183:15
183:16
detail 143:10
147:11,12 148:3
150:21 151:4
158:10 161:13,17
162:21

details 10:2 162:1,2
162:15
detained 24:16
37:24 49:18 53:21
55:4 102:16
107:15
detainee 3:14,20
27:6 31:2,14
32:24 33:1,21
36:13 37:23 38:4
42:17,18 44:9,14
45:7 48:19,20,22
50:25 51:3,15,24
53:7,20 55:10
59:20 67:23 71:6
71:13,15 79:16,21
79:25 80:20 84:1
85:21 87:25 88:4
88:9,18 90:8,21
95:25 96:16,20
97:14,20 99:17
111:19 119:14
128:7,8,17 129:6
139:10,16 142:24
147:25 150:9
154:8,25 155:5
159:7 160:21
166:3,14 167:4,7
167:16 176:13
185:14 186:18
detainee's 31:16
54:24 104:14
detainees 23:17
24:9,13 29:14
30:16 31:5,19
32:1 34:17,25
35:2,5,23 36:6,15
36:17 37:6 38:15
39:18 41:16 42:8
42:11 43:18 45:13
45:21,23 46:19,22
47:17 48:13 49:11
49:15,25 51:14
54:11 61:22 71:4
74:6 77:10 78:22
79:9,13 80:12,21
81:14 83:16,19

84:4 85:14,17,23
86:8,11,17 89:14
90:22 94:18 97:16
97:21 98:5,8,11
101:19 102:2
118:14,16 122:2
122:10 123:5,9,23
124:6 126:24
127:11,21 130:18
131:6,20 132:8
134:4,8,21 135:7
135:13,22 136:2
136:10 138:1
141:4 142:10,19
145:10 156:13
159:23 160:8
162:2 163:18
169:23,25 172:14
173:3,10,17,25
174:25 178:7,12
178:22 179:1,10
179:10,19,20,25
180:22 186:24
detaining 123:22
detention 3:19 13:3
13:8,14 15:6 18:5
23:11 25:16 26:24
27:11 29:4,10,14
31:17 37:24 49:10
49:18 50:1 65:16
67:9 70:12 87:3
92:14 100:23
112:22 119:21
121:6 122:21
124:4 140:21
151:23 155:7
168:17,19,20,24
169:5,7,17,18
170:18,21 171:5,8
171:12,13,20,21
171:25 172:5,18
172:23 173:2,5,9
173:12,14,20,21
174:5,12,23
determination 9:13
103:4,6,15 135:17
169:9 170:25

determine 69:5
172:5 173:2
determined 63:3
185:19,21
determines 48:18
62:21
developed 36:15
45:17 97:21
develops 41:22
diagram 73:20,25
74:5,15,17 75:5
77:4,5 173:19,20
173:21,23
differ 53:19 66:12
difference 33:5
53:22 166:4
different 25:15
26:3 27:25 56:19
66:6,10 83:9
84:19 96:17
153:22,25 154:5
156:16 173:8,13
180:11
differentiate 26:12
direct 19:20 23:9
23:12
directive 74:4
directly 19:19 91:8
160:25 186:23
director 112:20
disagree 132:11
disciplinary 52:19
52:21,22,23 53:5
53:9,16,19 54:5
54:13,15,19 55:2
55:4,6 56:13,16
57:2,5,7,13,15
58:22 59:22 61:5
61:21 62:12 63:17
63:24 64:13,22
65:25 69:2 72:17
73:3,11 77:18
79:10 80:22 82:7
85:4 89:21 90:1
104:16 105:3,7,9
105:17,24 106:21
108:16 109:25

117:2,6,8,14,22
118:12,17 119:2,5
discipline 88:10
disciplined 21:2
disclosed 124:17
Disclosures 3:10
discovery 76:5,7
discrepancy 90:11
discuss 9:12 28:2
discussed 9:2 11:4
35:10 51:13
153:23 161:6
discusses 24:12
186:13
discussing 25:4,22
27:23 37:17 41:14
46:4 56:14 181:4
discussion 4:13
84:17 109:14
115:3 130:20
discussions 12:7
disease 38:9
disinfectants 44:6
disinfecting 136:7
distinction 169:15
distributed 83:15
83:19
District 1:1,1 6:11
dividers 122:14
134:12 137:23
document 31:7
33:17,20 39:2
41:8 44:25 46:3
60:7 82:21 83:3
87:22 88:9 89:14
91:16,21 92:7
103:18 104:23,24
105:2 106:9,12,15
106:16,19 108:1
109:2,4 110:16,21
141:17 142:8,10
142:16,23 143:4,5
143:8,19,23 146:8
147:21 149:16
151:11,17 152:6
152:18 153:5,21
154:4,7,17 155:15

155:24 156:3,4,9
157:2,3,3,12,19
158:1,24 159:5
166:1,4,20 177:9
177:16,17 182:14
185:22
documentation
17:3
documenting 59:20
documents 11:8,11
11:14,19,21,22
23:4 31:5,8,14,22
31:22,23,24 32:11
60:11,18,20 61:1
67:25 68:1,10,11
68:14 76:13 83:5
83:12 92:12 93:7
93:18 94:12,16
96:8 100:9 104:14
104:20 105:4
109:24 110:8
115:13 153:14
156:12 158:14,17
166:14 181:17
182:17 184:1,9
doing 50:11 60:23
71:20 77:24 84:20
95:17 96:9 99:25
101:17 130:23
137:24 160:2
162:21 165:10,13
170:21 171:2
172:7,14 173:16
173:16,24 175:17
dollar 178:1 185:24
186:21 187:3,5
dollar-a-day 177:4
186:13
door 78:15,17 79:3
79:4 112:12
118:23
doors 40:18 54:20
dormitory 142:4
double-check
148:11,16
Draw 171:17
drawn 29:5

drink 162:25
ducts 44:15 95:19
due 12:22 73:21
120:15
duly 4:6 190:6
duties 18:3 19:7
51:17 91:15
152:11 175:12

E
E 2:1,1 3:1 26:20
27:1 162:12
e-mail 62:18,19,21
63:2,4 67:23 68:5
68:14,21 69:1
110:18,21,25
111:12,20,22,25
112:4,7,11 113:2
113:3,18 114:2,3
114:8,20 183:23
e-mailed 68:1
e-mailing 112:14
e-mails 62:15 67:11
67:12 68:18,23
114:23
earlier 9:2 35:10
41:14 49:4 54:18
56:20 68:5 88:3
89:2,21 92:20
97:17 98:10 99:1
104:13 106:21
107:10 109:15
110:17 116:22
117:7 119:6 121:4
125:12 128:7
129:3,4 130:10
131:10,14 144:22
153:23 160:14
161:6,12 167:14
168:4,13 176:9
182:6
Early 22:6
easier 73:19 95:9
113:5
eat 37:2
eating 60:16
echelon 28:22

edge 84:2
edited 106:25
educational 21:7
Edward 26:20
effect 33:23 166:6
effective 166:6
eight 164:14
either 106:4 107:25
147:17 154:25
155:5,9 156:16
165:22
elaborate 187:11
elect 39:19
elects 147:1
elements 148:24
eliminate 94:13
else's 102:14
emphasis 21:9
employed 16:12
18:10 19:13
190:10
employee 64:11
93:20 150:5,10
employees 12:7,13
43:13 46:18,21
47:3 64:11 69:5
92:13 93:8,20
94:3,7,13 140:20
employing 168:11
168:11
employment 12:24
13:6 23:4 150:7
empty 101:13
encompass 179:20
encompasses
167:21
encompassing 35:7
98:11
encourage 188:3
endurance 7:6
Enforcement 22:17
23:6 156:6
engage 130:18
131:7
engineer 181:7
English 30:25 31:2
31:6,12,13

Menocal v. The Geo Group, Inc.   DAWN CEJA                          3/29/2016

enjoy 55:19
ensure 42:14 60:4,9
  117:25 119:6
ensured 23:17
ensuring 16:24,25
  20:8 23:14 24:3
  24:12,22 60:17
  173:17
entail 24:2,21
entails 25:9 123:11
enter 5:15
entered 83:1 130:9
  152:14 156:24
enters 79:16
entire 43:16 136:7
entirety 104:1
entitled 121:21
  149:10
entry 151:19
EOIR 101:15
equipment 16:24
equivalent 142:6
especially 57:11
  102:21
ESQ 2:3,5,8,11,15
essentially 127:19
estimate 49:25
  164:13
et 1:6
evening 164:23
everybody 28:12
  56:5 94:4 102:8
  102:13 111:14
everybody's 102:17
exact 174:6
exactly 11:12 61:15
  90:17
examination 3:2
  5:7 190:5
examine 11:8,11
examined 11:14
examplar 157:2
example 42:3,24
  81:18 102:9,23,25
  102:25
examples 37:11,12
  37:14 138:2

exception 7:11 9:13
  34:15 45:22,23
  48:7 158:16
exchange 12:12
excluded 133:20
excluding 93:1
excuse 38:24 50:17
  62:18 85:10 97:24
  108:21 113:24
  136:5 143:23
  151:24 178:2
  179:1,24
execution 23:10,13
exemplar 157:3
exempt 176:6
exempted 175:11
exhibit 3:7,9,11,13
  3:14,15,18,19,22
  5:15,16 24:8 32:7
  32:9 36:9 41:6,7
  43:6 47:11 82:15
  82:16,22 87:8,10
  87:17 93:14,14
  95:10 97:23,24,25
  103:9 104:1,3,11
  116:1 119:18
  155:12,13 158:21
  158:23 177:10,12
  181:18 188:7
EXHIBITS 3:6
exist 93:18
existence 92:12
expand 8:21 132:7
expanded 8:24
expands 124:5
expected 42:14
  121:21 127:21
experience 63:3
  112:5 143:6
expires 189:19
  190:14
explain 27:7 53:1,5
  53:23 102:5,7
explained 51:13
  78:25 79:16 85:13
explains 151:25
explanation 56:17

79:8 156:2,11
explicit 122:6
explicitly 90:23
extended 40:8
extends 40:23
  134:20
extent 90:21
extra 24:23 163:1

                F

f 11:1 27:4 92:18
  93:16 100:4
F-O-I-A 156:8
face 77:16,18
facilities 86:5 92:15
  92:24 93:1
facility 13:8,10
  15:6,14,20 17:1
  17:12,18 18:11
  19:12 23:11 25:16
  26:25 27:16,18,21
  27:25 29:15 31:6
  36:4 37:24 38:15
  41:20 42:15 43:16
  49:10,18 50:1
  52:24 61:22 62:2
  65:11 69:19 73:25
  74:2,3,5,5,7,15,16
  74:17,18 75:1,9
  75:11,13 79:17
  88:5 92:14 97:13
  100:23 102:15,16
  113:22 119:21
  120:3,17 128:9
  131:8 138:9
  140:24 141:6
  151:5 152:9,11
  154:19 156:18,21
  157:7,10,11,18,19
  157:22 158:2
  159:12 164:21,22
  168:16 176:12,21
  179:2 182:4 187:2
facility's 36:14
  97:20
facing 73:16
fact 52:6 75:22

138:18 145:24
  149:15
facts 187:19
factual 140:15
failing 52:13
fails 51:3
failure 81:11
fair 7:17 8:7,13,24
  9:4,14 16:11
  33:15,18 35:24
  43:9 79:19 82:12
  92:10,25 102:14
  109:23 123:17
  137:14 138:22
  139:3 149:20
  183:25
fairly 120:13
falls 84:8,9 134:24
false 144:24 145:2
  146:13
familiar 177:19
far 10:5 51:23
  56:18 72:18 77:8
  82:5 84:3 115:11
  126:18,22 129:10
  148:8,18 150:7
  174:2 187:14
fascinated 21:25
faster 99:23 176:22
feces 118:10
federal 4:2 5:10
  6:10,11 121:6
feel 8:17,22 9:2
  130:2
feeling 9:17
Felton 2:15 5:5,5
  11:7 31:3 42:21
  43:20 44:10 46:1
  46:24 47:21 48:15
  49:6,22 50:16
  52:15 53:3 54:21
  57:21 58:10 61:7
  61:14 63:18 66:3
  66:23 67:7,20
  68:2,20 69:9
  70:25 71:17 72:3
  72:4 73:22,24

74:10,12,20,24
  75:2,6,10,20,23
  76:9,11,16,21,24
  77:5 78:13 79:1
  79:11 80:4,9 81:4
  81:9,16 82:1,9
  83:18 85:9,18
  86:1 87:16 88:13
  88:16 89:16 90:5
  90:14 91:1,22
  92:6,22 93:3
  94:20,22 96:13,21
  97:2 101:20
  103:11 104:10
  107:17 108:18
  115:21 120:7
  123:12,24 132:10
  135:8 136:11,20
  136:25 137:3,16
  139:2,4,12 140:13
  141:1 143:17
  148:7,10,21,23
  149:3,12 156:14
  156:22 157:9
  167:23 172:8
  173:4 177:5 179:3
  181:10,23 183:15
  183:18,20,23
  184:6,19 185:8
  188:14,16
field 13:15 16:5
  112:20 144:7,9
fight 57:11 109:8
fighting 105:13
  108:7
figure 107:20 110:7
  172:10,13 182:1
  182:13
file 31:16,17 60:15
  60:15,22 64:8
  67:9 70:22 104:14
  106:23 151:23
filed 103:18 119:22
  119:23 120:24
  185:14
files 70:12
fill 48:23 71:5

83:21 106:13
142:20
**filled** 56:2 61:13
146:4
**filters** 20:1
**final** 28:15 64:5
**Finally** 10:24
**find** 5:14 61:25
68:18 75:7 84:4
86:3 93:7 103:5
124:16 144:4
145:19 147:16
161:22 175:15
181:1,17
**findings** 109:8
**fine** 9:19 41:19
71:21 75:24
137:13 172:22
**finish** 8:6,7 63:12
76:2
**finished** 76:1
**fire** 16:17,23,24
19:15 22:22,24
41:24
**firm** 69:14
**first** 4:6 7:5 24:8
72:17 75:13 83:8
87:4 102:6 104:23
110:11 116:20
137:6 147:5
166:11 177:16
**five** 6:9 14:7 18:25
175:4
**five-minute** 175:4
**fix** 17:19
**fixtures** 44:15
95:18 122:17
**flagged** 188:6,8
**flip** 170:12
**floating** 153:25
**flooded** 118:10
**floor** 16:7 77:12
81:21 122:13
134:11 135:22,23
135:24 136:3
137:22 138:15,20
138:23 139:18

**floors** 37:4 45:9
48:5 99:3,5 139:5
154:19,22 167:9
**fluctuate** 180:18
182:12
**fluctuated** 120:12
**fluctuates** 120:14
120:18
**fluids** 96:11
**focus** 94:11 137:11
**focusing** 172:15
**FOIA** 156:8
**fold** 84:2
**folded** 24:23 25:6
**folks** 34:6 59:1
**follow** 7:5 17:15
35:14 39:16 51:2
61:15 86:6 89:20
90:13 98:4 121:16
125:25 126:6
129:10 132:13
161:3 173:11
**followed** 23:15
111:17 113:13
132:6,20 137:9,20
141:6
**following** 4:1 69:6
83:22 124:25
125:3
**follows** 4:7 88:8
126:20
**food** 24:23 25:4
81:21 164:17
170:15
**foot** 25:11
**forbid** 9:8
**force** 123:23 124:1
126:19 132:7
**forced** 134:6
**forcing** 132:12
134:21
**foregoing** 189:2
190:8
**form** 3:18 31:3
42:11 43:20 44:10
46:1,24 47:21
48:15 49:6,22

50:16,21 52:15
53:3 54:21 57:21
58:10 61:7,14
63:18 66:3,23
67:7,20 68:2,20
69:9 70:25 71:6
71:17 78:13 79:1
79:11 80:4,9 81:4
81:9,16 82:1,9
83:18 85:9,18
86:1,16,17 88:13
88:16 89:16 90:5
90:14 91:1,22
92:6,22 94:20
101:20 106:13,23
107:6,17 108:18
109:20 120:7
123:24 124:18
132:10 135:8
136:11 139:2,12
140:13 141:1
143:17 144:7,18
144:23 145:1,8,16
145:24 146:14
148:7,10,14,19,21
148:22 149:6,9,12
150:19,19,20
154:5 156:14,22
157:9 160:2,3
167:23 172:8
173:4 177:5 179:3
181:10 184:6,19
185:8 190:8
**formal** 71:14 88:8
**formalizing** 64:1
**format** 62:4 109:2
**forms** 107:1,4,5
144:3 145:17,19
**formulation** 23:21
**forth** 41:15 79:24
121:6 167:13
170:12
**forward** 22:18
**forwarded** 104:15
**found** 53:16 57:8
144:2
**foundation** 123:21

**four** 6:9 55:17,23
58:17 68:22 70:1
73:13 122:6,9
130:6,12,24
131:15,23 132:2,8
132:14,20 134:20
138:3 141:5 168:2
168:3
**fours** 136:16
**frame** 120:18
**FRCP** 3:7
**free** 2:3,3 3:3,4 4:8
4:9,20,20 5:8 8:18
8:23 9:3 31:4
42:23 43:22 44:12
46:2 47:4,10,14
48:12,18 49:8,24
50:17,18 52:21
53:4 54:23 58:6
58:14 61:9,17
63:21 66:7 67:3
67:10,22 68:4,25
69:11 71:2,19
72:1,3,5,8,12,15
73:23 74:8,11,19
74:22,25 75:4,8
75:17,21 76:1,10
76:14,19,22,25
77:1,2,6 78:14
79:4,13 80:5,11
81:6,11,17 82:5
82:11 83:24 85:10
85:20 86:3 87:17
87:18 88:14,18
89:17 90:7,17
91:3,23 92:10,11
92:25 93:4 94:21
94:24 96:18,23
97:3,8,11 101:22
103:12,13 104:11
104:13 107:20
108:21 114:25
115:4,6,23,25
116:11,14,17,20
120:10 122:13,14
123:17,20 124:2
132:14 134:11,12

135:11 136:14,23
137:1,6,18,22,23
139:3,6,9,14
140:15 141:3
143:18 148:8,14
148:22 149:1,4,5
149:14 156:17
157:1,10 167:24
172:10 173:7
175:1,8,10 177:6
179:4 181:13
183:13,17,19,21
183:25 184:1,7,23
185:9 188:6,15
**Freedom** 156:4
**frequency** 43:25
**Friday** 182:25
**front** 24:7 32:6,21
39:2 44:24 59:5,6
123:18 126:19
129:2 141:18
**FTOs** 16:5
**full** 14:4 137:14
**fully** 75:23
**function** 70:17
106:19 109:4
113:17
**functional** 172:6
**Functionally** 173:7
173:12
**functions** 173:25
**furniture** 44:18,19
45:23 122:17
**Furst** 183:14,18
**further** 4:10 6:1
190:10

---

**G**

**g** 11:1 27:4 106:22
**games** 40:6
**Geist** 4:17
**general** 21:8 36:16
36:19,24 37:10,15
37:16,19 51:7
54:2,7,18 56:11
98:2,5,8,12 118:7
164:7 165:17

generally 105:1
107:12 130:20
162:3
GEO 1:5,9,12 3:8
5:12,17,23 6:17
10:15,17,25 12:7
12:12,20,24 20:24
22:11 24:9 27:12
27:20,23,24 29:11
32:11 34:3,6,8
36:22 40:22 41:2
41:16 46:18,21
51:15 61:12 64:11
65:4 82:5 85:21
89:14 90:12,18
92:3,14 93:1
95:10 101:15
103:7 106:6,25
121:16 124:17,18
126:6,20,23
128:13 129:8
132:7 134:13,20
135:16,17 137:8
138:1 139:9,14
140:20 141:3
143:2 145:11,15
145:24 146:9
148:18,20 149:15
150:5,12 151:12
151:22 153:14
156:13 157:4,18
157:21,24 158:2
159:2 160:23
168:10 169:4
175:23 187:6,15
GEO's 33:11 90:4
90:11,23 100:13
115:12 134:19
136:2,9 140:11,16
141:10 148:8
150:1,4,8,10
168:15,23 170:25
172:4 185:17
187:1,25
GEO_MEN 32:12
42:6
getting 52:13 60:17

64:13 75:24 100:4
131:5 138:15
171:3 172:19
give 19:11 30:18
64:16 74:4 137:14
162:16,18 163:3,4
163:15 175:20
180:25
given 6:2,15 55:24
61:20 90:1,22
110:1 117:3,5
138:3 151:18
164:14 178:23
187:10 190:9
giving 64:14,15
72:13 79:9 136:22
glue 47:25
go 4:10 6:1 9:3 22:1
38:25 40:19 42:23
43:7 48:8 53:9
55:16,21 56:5,9
56:10,12 57:22
58:1,3 63:11,14
66:16 67:8 68:22
69:18 70:10,12
72:9 74:2,3,16
75:1,2,6,8 78:23
83:23 93:23 94:1
94:5 95:9 99:23
103:13 107:1
114:25 116:14
119:13 122:25
124:15 125:7
131:1,18 137:17
153:20 157:1
170:14 172:11,12
175:5,8 177:1
188:10
goes 41:15 57:25
75:11 102:11
108:22 111:15
122:5 180:13
going 8:4,12 10:8
10:20 22:18 24:3
24:5 29:6 31:4
32:6,7,10,15
38:25 39:1 41:16

46:4 48:19 50:8
56:22 57:12 62:16
69:18 72:8 74:1
74:13 78:22 79:5
80:6,16,16 82:14
82:18 83:11 86:13
87:8 89:19 92:22
95:7,8 96:15,17
97:3 100:16
102:10,11 103:25
104:5 105:21
109:15,24 111:2
111:20,22 112:10
112:15 113:18
114:2,6,8,11,13
115:1,19,25 116:1
116:11 117:15
119:16 120:21,22
123:12 124:16
125:13 126:4
131:2 136:20
139:2,17 142:1
152:1,25 153:9
155:11 158:4,21
159:1,19 165:23
166:16 170:11,24
171:3 173:1 175:3
175:8 177:15
180:4,7,12,16
183:22
good 4:8,14 71:24
72:2 164:2 171:19
179:15 183:21
goody 162:16,18,24
163:13
gotten 110:25
111:3 145:15
govern 147:17
government 178:1
government's
121:7
governs 29:11
Grant 1:13 2:9
4:17
granted 95:16
graveyard 83:21
86:12 98:7

great 8:9,20 9:6,16
9:20 10:7,19
33:20 50:25 74:19
115:16 117:2
124:10 128:1,5
162:14
greater 149:25
grievance 70:13,13
70:14,23 71:14
184:21,22,24
185:3,5,14,17
grieving 71:13
group 1:5,9,12 3:8
5:12,17 6:17
10:15,17,25 12:20
12:24 27:23 28:15
28:18 32:11 33:22
41:2 65:4,14
106:25 157:4,18
157:24
Group's 40:22
grunt 7:23
guard 169:14,22,24
guess 25:19 50:22
62:14 97:3 138:11
138:25 174:6
180:25 181:2,11
guilty 53:16 57:8
guts 20:15

_____

**H**

h 2:8 11:1 96:6
124:12
H-5 125:1
hair 174:19
half 158:11
hallway 69:17
102:9,10
hand 22:1,1 82:14
82:18 155:11
handbook 3:14
29:23,23,24 31:12
31:13,23 32:24
33:2,21,22 51:15
52:16 79:25 80:20
85:15 87:25 88:15
90:8,21 97:14

128:7
handbooks 88:3
handed 82:21
handful 11:15
handle 56:11
188:16
handprints 48:10
handwritten 61:1
handwrote 154:22
hang 84:2
hanging 24:25 25:7
134:13 138:20
hanging/draping
122:15
happen 22:5 28:23
29:9 65:19
happened 64:23
109:7 187:23
happening 58:9
107:14 109:16
happens 37:15
47:24 50:25 51:5
51:25 57:24 83:20
110:3
happy 136:23
hard 8:4 62:24
68:16 138:8
harm 118:16
he'll 147:1,1
head 47:16 70:2
95:2 118:20,23
164:16 170:7
headphones 59:10
heads 28:19 174:22
174:24
health 81:7,12,22
82:7 119:7,8,13
119:13,15
hear 8:15 17:6
59:11
heard 7:2
hearing 3:16 53:10
53:13,14,15 56:24
57:8,13,24 58:3,6
60:24 105:3
108:23,24
heating 20:12

heavily 105:20
124:18
heightened 118:3
held 105:3
help 93:18 94:16
96:13 99:19,21
100:2 104:21
hereto 190:7
Hernandez 152:25
hey 55:11 112:9
149:9
high 2:6 34:22 89:5
89:13 97:16 176:8
176:11,16
high-level 57:11
58:24 67:2
higher 19:9 49:14
highest 34:14
hire 22:22,24
history 21:5
hit 108:16,20
hoc 64:2
hold 41:16 95:2
150:13
homestretch 175:9
186:2
Hood 2:5 4:23,23
116:4 128:15
130:9
hour 103:20 170:17
171:3,15,19,22
188:18
hours 22:7 52:19
54:9 57:19 58:12
58:14,16,16 77:22
78:4,9,20 80:22
89:22 117:3,13,16
162:4 165:21
house 77:10
housed 38:2,3,11
57:9 60:3,14
85:21 86:8,12
119:9
housekeeping 39:6
39:14,20,23 41:22
42:4 45:17,18
95:15 103:24

121:22 122:3,7,22
123:10,11 127:13
127:24 128:2
129:15 130:6,14
134:5 140:5,8
160:10
housing 23:10 24:6
24:10,17,19 25:9
25:17,18 26:1,10
26:13,13 27:7
29:13,24 30:1,6
30:16 31:8,18
32:2,4 33:12
34:20 35:9,12,21
35:25 36:1,6,10
36:17 37:25 38:2
42:19 43:3,14
48:13 50:18 51:1
51:4,22 52:25
54:18 57:18 66:21
69:6 70:21 79:20
81:2,8 84:5,12
92:16 93:10 94:9
94:15,18 95:1
98:3,21 99:8
100:7 115:7 116:3
129:3,13 130:17
132:25 141:21,24
142:6,25 146:20
160:10,12,17
161:5 163:21,23
168:21 173:14
175:12 177:21
huge 120:15
Hugo 152:24,24
Huh 133:23 163:8
huh-uh 7:23
human 18:15 93:21
93:22
hundred 16:10
18:9 180:21
Hunter 4:16
HVAC 20:13
hypothetical 139:6

I

I-C-E 22:17

ice 22:14,16,18,19
22:20,21 26:1
27:3,6,10 28:25
29:11,14,24 31:23
33:1,21 37:25
38:4,15,21 49:11
49:14 51:14 55:13
65:8,9,13 66:9
74:3,20 75:10,13
75:14 77:9,10
85:17,21 90:8,21
93:23 97:14
101:14 103:7
106:23 107:3,4
111:7,20,22,23
112:1,4,9,14
113:9 121:5
122:23 123:23
128:7,8 132:12
134:4,8 137:24
155:6 157:4,15,24
159:9 163:15,22
164:1 166:3 171:1
185:19,21 186:21
186:23 187:6
ICE's 107:6 185:21
ID 190:4
idea 20:20 116:6
124:10 154:14
155:24 156:23
175:24 177:8,20
185:1
identified 128:7
178:17
identifier 113:9
identify 4:11
IDP 3:16 58:18,20
58:24 105:2,6
Imagine 173:19
immediate 39:25
40:8,11,13,23
122:11 130:8,11
131:9,10,12,16,21
132:3,5,13,16
133:7,14,16,18,21
134:1,9,17,24
135:2,3,19,21

136:3,6,17 137:12
138:6 139:10,16
141:9,11 159:23
161:9,11 167:18
immediately 58:9
immigrants 27:2
immigration 15:21
22:17 23:5 26:22
26:24 28:17 156:5
implementing
43:14
imposed 105:4,16
Inc./Aurora 157:4
157:24
incident 107:24
108:3 110:12
include 18:3 125:6
168:16
included 20:7
130:22 134:16
163:21 168:5
includes 27:1 30:5
32:11 98:17,20,22
98:24 133:18
141:12
including 45:8
47:18 79:20 167:9
inclusive 18:12
19:14 94:6
incorporates
125:16,22 126:14
increase 180:16
indicate 113:9
178:21
indicates 52:7
indication 182:25
individual 31:14
47:24 48:4 60:14
60:21 67:9 99:2
individuals 182:25
183:6
informally 71:5
information 30:6
30:15,19 31:25
65:5 67:17 80:12
145:1 156:5
181:14 187:19

informed 32:1
89:14
infraction 66:2
85:4,5 108:17
109:21 110:1
initial 3:6,9 29:21
31:22
initially 30:10
initiate 89:15
initiating 184:2
injured 118:24
injuries 9:25 57:12
INS 15:22
Insert 156:18
inserted 157:7
inserting 156:21
inside 79:2 118:1
164:21
inspect 74:16 75:1
75:2,9
instance 57:17
60:11 109:7 157:2
instances 110:22
Institute 21:22
institution 21:12
Institutional 105:6
instruct 73:25
instructing 76:20
77:3 136:21
instruction 137:2
instructions 10:4
44:13 188:9,11
Interdisciplinary
58:24
interested 146:4
147:2 190:11
interfere 187:24
interpretation
136:1,2,9 141:10
141:11
investigate 109:6
investigating 109:7
investigation 58:12
60:2,23 109:3,10
109:16,21 111:2
involve 13:16 162:4
involves 136:7

**issue** 69:21 76:17
81:22,23 82:8
130:2
**issues** 16:25 41:25
60:4 69:16 71:7
119:7
**italicized** 131:19
**item** 186:17
**itemized** 141:5
**items** 25:10,23
52:20 134:23
142:2

**J**

**j** 11:1
**janitor** 103:2 172:3
**janitorial** 101:18
102:1 164:23
**janitors** 101:4,6
**jeopardized** 81:7
**job** 12:16 18:3
48:23 62:9 89:24
101:11 102:14,17
102:18 108:17
141:21,23 142:4
142:14 146:2
151:13 152:7,8,19
153:15,16 154:18
168:7 171:2
175:12 184:9
**jobs** 20:23 45:24
84:20,22 85:1,3
134:6 165:11,13
172:24
**John** 159:16
**joining** 20:24
**Judge** 75:25
**July** 13:1 103:17
142:22 143:24
144:7,11
**June** 145:22
**jury** 76:14
**justice** 2:6 4:24
21:9,10 22:1
**justification** 151:7

**K**

**k** 11:1 116:3

**Kane** 75:25
**keep** 24:13 47:12
48:2 61:24 64:7
84:23 99:22 100:2
112:10 136:25
138:7 145:7 175:2
**keeping** 24:20 25:3
25:21 51:23 66:1
122:13 133:10
134:11 137:22
138:19
**keeps** 62:5 64:9
145:9
**keepsakes** 122:16
**Kelman** 2:9
**kept** 24:24 25:10
60:12,13,20,21
62:4,12 81:20
85:17 93:21,24
145:16 182:20
**keyed** 160:25
**kid** 87:7
**kidding** 183:22
**kind** 8:11 22:1
118:22
**kinds** 131:23
**kitchen** 35:9
168:16,20,22,25
169:13,14,16
170:22 171:24
172:14 173:13,20
174:18
**kite** 71:7,14
**knocked** 118:22
**know** 6:19 7:9,20
7:23 8:23 9:3,17
11:18 19:25 25:19
28:5 29:3,9,19
30:13,15,23 32:16
33:13,18 39:10
47:14,16 51:8
56:25 61:9 62:16
66:14,19,25 69:10
69:17,18 70:1,1
72:3,5 74:6 79:13
80:5 82:3 83:13
84:3 85:19 86:2,4

86:5 87:14 92:7
94:16 96:8,21
103:2,3 105:21,21
105:22 111:16
115:11 116:4
120:14 125:19
126:18,22 128:2
129:12 137:19
138:7,15 140:14
142:9 144:1,3
145:3,7,13,14
146:22 149:13,18
151:21 155:15
156:15 157:20
158:8 164:16,17
169:3 170:5,7
171:17,18 175:14
175:16 176:2,8
178:4,5 179:6,7
180:24,25 181:6
181:19 182:3
183:6 184:9
186:25 187:14
188:4
**knowing** 8:4 67:4
**knowledge** 10:16
100:11 176:3,4
181:22,25 182:11
**knowledgeable**
5:18 6:18 181:14
**known** 71:6 102:20

**L**

**l** 11:1
**Labor** 103:4 174:5
**labor-intensive**
162:5
**laid** 39:24
**lane** 35:17
**language** 31:10
162:8
**languages** 30:23
**large** 26:5
**lasts** 162:4
**late-filed** 47:11
188:7
**laundry** 35:8

151:14 152:2
165:4 172:3,25
**Law** 2:3,12
**lawyer** 11:5 181:19
**lay** 123:21
**laying** 24:23 25:5
25:11
**layout** 73:3
**lead** 85:7 102:25
**learn** 71:2
**learner** 73:18
**leave** 116:10
137:13
**left** 40:7 44:4 73:10
128:15 151:2
156:1 179:13
**left-hand** 33:1
36:10 73:16 88:8
154:9
**legal** 74:8 140:11
148:23,24 149:1
**length** 120:16
176:13,20
**let's** 12:23 42:23
44:23 53:4 56:16
83:7 84:19 87:7
93:13 106:15
114:25 116:14
123:20 124:10
131:17,19 135:4
139:7 141:15
149:20 160:21
169:10 170:8
185:25 186:16
188:10
**letter** 3:22 26:14,15
**letterhead** 107:2
**letters** 26:17
**level** 19:9 52:10,10
53:15 56:2,21
70:20 89:11
108:17
**levels** 34:22 52:7
56:22 58:17,18
**liar** 115:18
**librarian** 169:4
172:24

**library** 152:20,21
165:14 169:6
**lieu** 75:4
**lieutenant** 14:10,14
14:16 15:4 59:24
60:23 62:23 69:2
106:5 109:5
110:22,25 111:11
111:20,21 112:7
**lieutenants** 68:5
**life** 16:25 81:6,12
82:8
**light** 44:15 95:18
**lightbulbs** 20:1
**lighting** 122:17
**limitations** 76:4
**limited** 80:6,16,17
125:6 138:3
**limiting** 138:24
139:1,20
**limits** 140:3
**line** 3:5,5 34:9
66:17 93:25
156:11 157:23
171:18
**lines** 111:16
**list** 36:15 83:10
85:22 86:13 89:12
97:21 98:14,15
122:5 131:22
132:1,20 134:20
137:8,21 139:21
140:8 160:2 164:9
168:2,9
**listed** 12:8 44:5
89:18 90:3 98:3
108:6 122:23
130:7,12,24 132:9
134:24 142:2
174:9
**listen** 59:10
**listing** 61:4 178:8
**lists** 3:13 91:4
97:25 123:10
164:6
**literally** 93:13
**litigation** 119:22

120:24 190:11
**little** 48:25 72:13
72:16 121:4
125:11 170:12
**lives** 81:25
**living** 24:13,14,20
25:3,8,15,20,21
39:25 40:4,7,13
40:23 45:8,10,14
47:18,23 51:18
52:5 53:20 56:11
61:11 84:14,18
89:3 98:22 122:11
128:23 129:10
130:1,8,11 131:9
131:11,11,12,16
131:21 132:3,5,13
132:16 133:7,14
133:16,18,21
134:1,9,17,24
135:2,3,19,21
136:3,6,17 137:12
138:6,11 139:11
139:16 141:9,11
159:24 161:10,11
164:18 167:9,11
167:19
**local** 4:11 9:7 29:23
34:5,6 41:11
51:15 87:25
128:11,12 166:15
**locate** 188:10
**located** 37:2 74:6
**location** 92:12
**locations** 34:15
**lock** 40:18
**locked** 78:17
**locker** 24:24 25:11
**lockers** 25:6
**lodged** 61:21
**log** 60:7,12
**logic** 139:9
**logs** 107:9,10,12
**long** 13:4,19 14:11
14:16 15:8 16:19
18:23 22:3 56:8
69:25 107:21,23

176:14
**look** 7:24 10:11
32:5 38:24 39:9
41:18 52:16,19
62:14 66:4,22
67:8,10 68:17
70:10,13 82:20,24
87:7,13,20 88:24
96:8 97:4 103:6
103:19 106:15
107:25 110:8
114:2 115:20,25
116:1 123:2
124:10,22 125:7
125:24 126:5
127:1 128:2
129:13 131:17,19
142:3 146:16
147:20 149:9
155:21 160:19
169:8,10 170:6,8
173:1 174:3 181:1
181:8,17,18
182:22 183:7
185:25 186:5,16
**looked** 63:10,16
93:15 97:23
109:24 121:4
156:12 158:18
166:11 172:2,2
184:2
**looking** 43:5 46:3
49:19 69:16 79:19
82:6 95:9,14
104:19 116:2
121:21 123:3,4,13
123:15 127:17
152:5 161:4,25
166:5 168:7,9
172:4 173:1,9
186:17
**looks** 42:24 43:1,8
62:11 76:15,17
105:16 138:9
151:15 164:24
**loop** 112:10
**loose** 122:13

133:10 134:11
137:22
**lose** 89:24 105:21
**losing** 108:17
**lot** 46:9 47:23
53:22 55:15,21
57:24 63:9 71:4,7
81:19 113:5
130:16 138:2
140:7 145:7,17
163:4
**lounge** 102:11
**low** 89:8
**low-level** 58:23
67:1
**lower** 73:8 77:11
77:12
**lowest** 52:11
**lunch** 9:11 116:18
116:21 131:4

## M

**ma'am** 50:4 166:22
170:11
**machine** 190:7
**machinery** 138:16
**magic** 113:16
**mailbox** 62:24
68:16
**mailboxes** 84:2
**main** 136:17
**maintain** 34:14,17
34:25 97:16
122:10 131:20
134:9 141:8
159:23
**maintained** 20:16
**maintaining**
135:20 174:1
**maintenance** 18:5
19:15,21,23 20:3
44:16 45:22 46:4
46:5,9,13,15,17
46:22,23 47:1,3
95:17 96:4 101:24
102:1 108:8,13,14
165:1 172:3,25

173:1
**making** 20:16 25:4
25:5 47:10 69:18
122:12 134:10
136:15 137:21
138:19 171:22
**man-days** 177:22
178:2
**man-hours** 178:25
**management** 3:16
69:14
**manager** 16:18
17:23 19:15,16
28:10,20,21 41:25
93:24
**mandatory** 39:20
39:23
**manner** 122:11
131:21 132:6
134:10 159:24
**Manual** 3:11,20
**March** 1:4,13 3:2
4:16 188:19
**mark** 41:6 82:14
87:8 104:1 155:12
177:10
**marked** 5:16 32:9
32:12,18 41:7
42:4 76:7 82:16
82:21 87:10 95:8
104:3 155:13
158:21,23 177:12
**mathematical**
164:12
**matter** 69:16 72:4
72:5 76:16 82:6
**matters** 190:6
**maximum** 38:20
150:22
**meal** 37:3,8,12,17
44:1 48:24 49:1
51:11 81:19 83:11
86:13 136:8 140:9
**meals** 36:25 83:22
84:5 136:12
169:19,20,23,24
169:25 174:14

173:1
**mean** 15:19,23
19:24 20:5 23:12
25:17,19,21,24
35:6 40:1,2,12,12
42:18 51:17,22
52:22 66:7 73:23
73:24 80:15 98:21
101:2 107:3 110:9
116:5 127:15
153:24 154:12
162:19,22 176:23
180:17
**means** 32:16 51:8
116:4 134:13
**measure** 57:10
**measures** 61:24
64:5,6,25 65:5
66:5,24
**measuring** 66:1
**medical** 26:20 27:1
38:5,6,8,12 60:3,4
60:16 96:11
117:18 118:2
119:4,15 153:6
165:18,19
**medication** 9:22
60:17
**meet** 17:4 46:25
**Melody** 183:18
**member** 102:11
143:9
**members** 13:17,18
150:21 151:4
**Memorandum**
3:15
**memorializing**
88:21
**memory** 9:23 69:19
**Menocal** 1:6 4:21
124:18 143:24
144:24 145:16,21
145:25 149:5,16
189:25
**Menocal's** 144:10
148:19
**mental** 119:7,7,12
119:13,14

mentally 35:17
mentioned 90:23
 186:12
met 11:7 17:3,10
 17:13 46:11
 108:13 181:23
metrics 65:23
 66:22
Metro 21:16,17
Metropolitan
 21:18
middle 73:12
 173:23
Milstein 2:11,12
 5:3,3
mind 47:10
mindful 8:3
minor 7:11
minute 80:2
minutes 60:9
 107:19 175:5
mixes 163:1
moderate 89:5,8,13
modification
 125:16,19
modified 8:24
 121:11 155:24
modify 8:21 116:21
moment 12:21
 26:23 39:9 72:9
 103:23 115:1
 116:10 119:17
 144:13 146:24
 150:1 155:4,14
money 161:16
month 44:1 61:4,25
 178:2,17,22 179:2
 180:8,8 181:9
months 14:17
mop 37:4 131:5
mopping 99:5
morning 4:8,14
 98:16 130:16
move 103:24
moved 53:17 58:4
movement 54:3,4
 80:6,16

movies 40:5
multiple 41:17 52:7
multiply 180:7

## N

N 2:1 3:1
Nakamoto 65:14
name 4:9,20 6:4
 26:14 28:5 63:25
 101:9 114:7,11
 140:8 156:18,21
 157:7,10,11
named 26:11
names 28:6 83:21
 113:12 183:2
Nashville 2:4
National 27:11
 29:4,10 121:5
 122:21 124:4
 140:21 155:7
Naturalization
 15:21
neat 122:11 131:21
 132:6 134:10
 135:2,20 136:6
 159:24
neatly 24:24 25:6
necessarily 10:16
 33:7 42:22 67:12
 81:10 82:2 146:22
 168:1 173:15
 176:19 179:20
 180:4
necessity 176:16
need 7:7,7,8 8:2 9:4
 17:19 28:13 29:20
 33:18 55:12 71:20
 72:19 95:4 115:8
 158:14
needed 34:1
needs 7:21 8:23
 152:12
neighborhood
 49:19
never 37:18 40:18
 116:6 138:9 178:5
new 13:17 15:13

68:23 179:12
 180:18
newer 95:11
noncompliant
 42:17
normally 53:20
North 2:4,17
Notary 1:14 189:19
 190:4
note 108:7
notebook 39:1
 87:13
noted 17:13 45:22
 45:23 97:24,25
notice 1:12 3:7 5:14
 5:19 12:9,14 46:2
 79:21 80:21 88:9
 92:19 93:15,16
 100:5 108:4 109:6
 110:13 119:18
 144:14 151:6
 154:7
noticed 5:11,23
 115:13
notices 29:25
notification 114:3
notified 86:17
 111:14 112:1,4
notify 85:23
notifying 111:1
November 178:2,3
 178:9,16,22
 179:11,11 180:2
 183:1
number 11:18,19
 26:16 38:20 43:25
 49:25 50:2 61:4
 64:22 114:7,11
 120:12,15 156:8
 164:6,10 177:23
 180:15,24 181:9
 181:15 182:5,10
 182:14,18
numbers 26:17
 32:15 49:17 61:25
 62:11 64:5,6,9,13
 113:7,8,11 180:17

181:2,3

## O

oath 72:6
object 31:3 42:21
 43:20 44:10 46:1
 46:24 47:21 48:15
 49:6,22 50:16
 52:15 53:3 54:21
 57:21 58:10 61:7
 61:14 63:18 66:3
 66:23 67:7,20
 68:2,20 69:9
 70:25 71:17 73:24
 78:13 79:1,11
 80:4,9 81:4,9,16
 82:1,9 83:18 85:9
 85:18 86:1 88:13
 88:16 89:16 90:5
 90:14 91:1,22
 92:6,22 94:20
 101:20 107:17
 108:18 120:7
 123:12,24 132:10
 135:8 136:11
 139:2,12 140:13
 141:1 143:17
 148:7,10,21
 149:12 156:14,22
 157:9 167:23
 172:8 173:4 177:5
 179:3 181:10
 184:6,19 185:8
objected 76:10
objection 7:13 74:9
 94:21 148:22
objects 122:16
obligate 150:12
obligations 35:23
 88:10
obtain 21:12
occasionally 162:3
occupations 170:16
occur 17:2
occurred 59:24
October 109:13
offense 52:2,3,7,14

53:8,8,15 57:11
 57:16,25 58:2
 61:6,11 66:20
 68:19 89:1,6,8
 105:14
offenses 58:23,25
 67:1,2 89:13
office 2:3,12 18:15
 34:9 65:16 112:13
 112:20 181:11
 182:21
officer 13:3,14,15
 36:18 57:14 73:14
 83:20 87:3 168:20
 169:5,7 170:19,21
 171:6,8,12,13,14
 171:20,21,25
 172:5 173:2,5,9
 173:13,14 174:5
officer's 29:1
 112:17
officers 16:6 18:5
 112:23 168:17,19
 168:24 169:17,18
 171:11 172:18,23
 173:20,22 174:12
 174:23 175:20
official 61:12
officials 22:19,21
okay 4:8 6:15 7:2
 7:10,11,15,16,25
 8:15,19,20 9:17
 12:3 13:21 14:13
 14:20,22 16:21
 18:10,16 20:10,23
 22:7,10,13,21
 23:8,25 26:6,23
 27:2 28:4 29:13
 30:5,15,20 31:15
 33:5,14 35:11,18
 37:18,21 38:11,14
 39:13 40:1 41:1,5
 41:22 42:3 43:9
 43:13,17 44:12,20
 45:4 47:4,9,17
 49:24 50:6,12,21
 51:23 52:12 57:5

59:19 61:17,19
63:6,14 64:9 65:4
65:22 69:11 70:19
71:20 72:9,25
73:18 74:8 76:14
76:22,25 77:14,18
79:19 80:11,15,20
81:24 82:13 83:15
83:24 84:8 86:10
86:11 87:7 89:5
90:17 91:3,6,13
91:20,25 92:2
94:11 95:14 96:5
96:7 97:6 98:2
99:24 100:12
101:17 103:22,25
104:6,7,19,22,23
106:8,11 107:20
108:15 109:1,9
110:20 111:5,25
112:3,14 113:16
114:25 116:11,13
117:14 118:25
119:16,23 120:10
121:10 122:5
124:21,22 125:12
126:4,8 127:19
128:5 129:5,18,21
131:17,18 132:4
132:18 133:9,23
134:3 135:20
136:14 137:14,20
137:24 138:14,21
139:19 140:20
141:10,15 142:8
143:8,18 147:4,12
147:20 148:5,14
149:14,24 150:4
150:12,25 152:17
153:19,24 154:7
155:11 157:1,14
157:17,21 158:1,7
158:9 159:20,21
159:22 160:5,16
161:22 162:1,14
162:24 164:1,4,12
165:15,20,25

166:10,13,25
167:21 168:7,13
168:22 170:2,14
171:7 172:1,16
173:7,18 175:5
176:7,16 178:6,18
179:8 180:7 181:1
181:6,13 183:3,10
183:13,25 184:16
184:23 185:1,20
185:25 186:4,23
187:1,9 188:5,15
old 44:22 68:23
95:16 120:17
145:8 146:14
on-the-job 16:6
once 6:22 44:1,1
53:14 59:23 65:20
142:12 163:15
177:18
ones 26:5 29:12
48:8,24 85:22
139:20 144:3
164:2 187:20
open 5:13 60:15
openings 120:20
operates 42:15
operating 138:16
operational 125:4
126:1
operations 12:18
18:21 19:4 70:4
86:23 91:16
opinion 40:25
134:16,19
opportunities
53:12
opportunity 137:15
option 108:24
order 26:11 29:19
40:11 59:25 75:18
75:24 76:12 81:19
106:18 114:14
175:1
ordering 52:18
orderly 122:11
131:21 132:6

134:10 135:3,21
136:6 159:24
organized 34:16,23
35:4 97:15
orientation 29:22
31:22 148:3
158:10
original 13:9 30:10
60:22 66:16
originally 106:23
other's 174:22,23
outcome 61:24
64:5,6,24 65:5
66:5,24 190:11
outcomes 66:1
127:21
outlined 31:19
outside 32:4 78:1
84:9 130:18
133:22 138:16
141:4 164:22
overhead 122:16
overlapping 78:5
oversight 18:4
65:16

─────────────
        P
P 2:1,1,11
P.C 2:9
p.m 116:16,16
175:5,7,7,9
188:18
packet 59:23 108:2
110:12
page 3:2 7:4 10:9
10:11 24:8 32:19
32:24,25 34:10
36:8,9 39:5 42:4
83:8 87:18 93:13
93:15 95:8 97:7
97:19 103:9,11
109:1,1 110:11
121:8,19,19 123:8
124:11,19,19
125:7,7 126:11
127:2,17,20 128:3
128:3,5 129:8

131:17 133:24
142:15 147:20,22
148:19 150:20
151:10 152:5,17
153:4,20 160:1
161:12 164:4
166:19 170:8,11
178:6 181:21
183:7 186:2,17
pages 3:5 11:19
38:24 42:5 43:7
44:24 104:5,8
141:16 154:4
181:4
paid 84:20 103:2
103:19 139:25
143:9 144:19
146:4,12,21
150:22 162:15
169:7 171:3
172:19 177:14
178:12 185:6,15
187:3
paint 135:1
painted 135:4
Panel 3:16 58:24
105:7
paper 76:7
papers 122:13
133:10 134:11
137:22 138:19
paperwork 68:6
paragraph 128:20
paragraphs 125:2
paralegal 20:25
21:11,20,22,24
Pardon 159:14
parrots 160:3
part 21:23 34:20
36:8 43:1 48:12
51:14,15 52:24
79:8 84:14,17
87:25 88:2 90:15
90:18 91:15 92:8
102:13,24 104:16
123:21 124:16,20
124:23 127:4

128:6,16 129:24
131:10 137:10,11
152:1,12,25
153:10,13 155:6
160:16 162:6,12
179:16
part-time 20:25
participant 153:16
175:10
participants 121:1
144:15 163:18,19
165:9 177:15
181:16 182:15,18
184:5 187:2
participate 36:14
36:17 37:6 39:19
97:20 98:5,9
120:5 158:15
180:22
participated
145:25 180:14
182:1
participating
185:16
participation 23:9
153:1,10 184:2
particular 142:13
parties 4:12 190:7
190:10
parts 120:1 122:6,9
pattern 113:13
pay 96:23 150:25
161:18 170:20,24
171:7 172:19
184:17 185:18,20
paycheck 22:10,13
paying 171:20
PBNDS 27:10 39:4
39:15,18 40:23
58:11 90:6,9,12
90:12,13,19,23,24
91:3,8 106:24
107:7 116:8
121:11,12 122:2,5
123:7,14,15,18,22
124:7 125:10,22
125:23 126:2,6,17

126:18,23 127:14
130:4,7,24 131:3
131:8,15 132:1,5
132:9,19,24
133:24 134:20
135:6,12,18 136:2
136:9 139:15
141:8 146:8,19
147:18 148:12
155:1 160:4,18,20
160:25 161:1,7,18
161:22 162:6,12
162:20 167:22
168:3
**peace** 55:16,22
**pen** 169:11
**penalties** 52:12
**pending** 7:12,13,15
56:24 60:2 106:21
109:21
**Penthouse** 2:17
**people** 14:1,8,22
16:8 18:7,10,13
18:16,20 19:10
20:2 28:6,6,21
33:22 38:11 49:1
49:9,17,20 50:14
55:15,17,18,21,24
61:5,10 64:20,22
66:19 67:4,17
69:7 74:2,2 81:13
81:25 82:3 84:20
94:13,23,24 99:19
99:22 101:4
113:23,25 118:9
118:25 120:5
145:18 162:15
163:13,21,23
164:13 168:8,10
169:12,14,14
172:19 174:11
177:1,3 179:12,24
180:5,12,14 182:1
**Perera** 2:9
**perform** 24:10
65:17 94:18 123:5
132:8 141:4

152:12 153:10
168:11
**Performance-**
122:20
**Performance-Ba...**
27:10 29:4,10
121:5 124:4
140:21 155:7
**performed** 44:13
92:16 93:9 94:25
101:18 102:2
107:18 151:1
**performing** 46:21
46:23 92:13 93:8
94:2 100:10 168:8
173:24
**performs** 46:16
65:12 94:17,25
100:6 101:22
102:4,7
**period** 16:2 22:5
61:3 70:16 120:21
120:24 144:14
176:12
**periodic** 61:12
**periods** 56:6
**permit** 126:23
**permitted** 132:7
**person** 6:17 16:11
28:6 46:14 55:3
60:22 62:3,7 63:5
63:8,8 64:2,2 68:8
68:18 69:24 70:22
75:11,12 81:1
83:21 98:7 99:9
99:12,25 104:15
107:15,22 108:23
109:25 114:10
123:22 151:18
161:14 162:21
171:1,15
**person's** 55:13
101:9
**personal** 10:16
25:10,23 39:6,14
39:20,23 121:22
122:3,6,22 123:9

123:10 127:13,23
128:2 129:15
130:5,13 134:5
140:5,8 160:9,12
181:22,24 182:11
**phone** 75:25 113:5
**phones** 133:6
134:14,21
**phrase** 161:9
**phrased** 137:24
**phrases** 114:1
**physical** 20:14,14
73:2
**physically** 78:11,19
78:23 79:2,4
**pick** 102:10,12
113:4
**pictures** 24:24 25:7
48:1 122:15
**piece** 138:16 145:1
**pieces** 27:9,11
**PL** 82:23,23,23
89:1 116:1
**PL000051** 3:14
**PL000055** 3:14
**place** 24:15 85:21
87:1,2 111:8
147:15 190:7
**placed** 39:2 55:11
55:14 60:5,5 67:4
67:17,24 111:1,19
119:1,4
**placement** 59:20
**placing** 59:25
111:23
**plaintiffs** 1:7,13 2:2
4:21,24 5:2,4
87:19 104:9
105:10 124:18
151:12
**plaintiffs'** 4:9
32:12 188:12
**plan** 41:23 42:4
45:18 95:15
100:18,22 101:1,7
159:7 160:22
166:3 168:12,15

168:23 169:19
170:7
**plant** 20:14
**play** 40:6,6
**played** 23:20
**plays** 102:8,13
**please** 9:3 24:11
27:8 43:21 58:21
87:14 96:5 97:11
103:25 147:20
151:11 152:18
153:5 155:16
186:3 188:10
**pleasure** 151:5
**plug** 82:19
**pod** 67:24 68:9,19
79:6 81:13 133:22
173:9 174:11,12
173:22
**pods** 26:7 67:6,19
173:22
**point** 7:7 56:1
104:5 118:23
127:10,10 140:1
172:15
**pointing** 98:13
149:21 158:10
181:3
**policies** 23:21 31:1
33:12 41:17 42:10
42:12,15,18 43:11
49:21 52:13 79:20
80:13 115:12
119:19 141:12
166:15,15
**policy** 3:11,20
23:10,15,18,24
24:2,3,7,10,12
25:9 27:7,8,9,12
27:14 28:7,10,12
28:14,15,18,25
29:5,13,17 30:6
30:17 31:9,19
32:3 33:10,25
34:2,21 35:13,21
36:22 37:5 38:1
41:12,13,21 42:19
43:2 44:21 45:2

45:13,18 47:6,15
47:19 48:13 50:15
50:19 51:1,4,12
51:22,25 57:15,18
59:22 62:25 63:1
63:7 64:2,17
66:22 69:7 70:22
72:21 81:2,8 84:6
84:13 85:16 88:11
88:22 90:4,11
92:16 93:10 94:9
94:16,19 95:1,3,5
95:11 96:9,14,14
97:13 98:4,22
100:8 115:8 125:4
126:1 129:1,3,8
129:14 130:17
134:20 146:9,16
148:8 149:15
150:8 158:25
159:6,17 160:22
162:6 166:2,16,23
166:25 167:20,21
175:25 176:6,7
187:1
**pool** 179:10
**pop** 54:18
**popular** 56:4
**population** 54:2,7
56:11 118:7 163:9
**populations** 49:14
**pose** 81:12,24
**poses** 82:7
**position** 13:4 17:25
22:8 46:12 140:11
140:16,23 141:3,5
142:13,13 143:6
150:4 172:4,7
**positions** 23:9
139:25 143:9
144:19 146:4,13
180:13
**possibility** 179:15
**possible** 100:3
151:20 184:25
**possibly** 85:6,7
**post** 29:25

posted 36:16 83:25
  83:25 84:1 97:22
  98:16
potential 52:12
potentially 85:4
PowerPoint 29:22
  30:3,5 31:24,25
  51:16
practice 90:11
  148:9 149:5,11,15
  150:2,8 175:17
practices 119:19
  121:21
preceded 122:9
precision 164:13
predecessor 12:25
  34:3
prefer 31:10
preparation 170:15
prepare 11:5
  181:14
prepared 5:22
  11:23 92:11,20
  93:4 178:5
present 4:18 72:11
  119:23
presentation 29:22
presented 142:10
  143:24 144:1,23
  145:4
presents 142:23
Presumably 68:8
pretty 91:5,7,9
  94:6 105:20
  120:16 165:16
  168:3
prevent 76:5
preventive 19:22
prevents 76:12
  79:5
previous 32:25
  43:6 46:3 109:19
  125:1 156:12
  190:5
principle 138:25
  139:1
print 76:3 106:13

printed 76:3
  183:11
prior 119:4,21
  151:6
privilege 9:10,14
  74:11,13 76:23
privileges 105:22
probably 7:2,20
  21:4 50:6 65:3
  106:10 185:18
Procedure 3:11,20
  4:3 5:10
Procedures 166:24
proceedings 4:1
  89:15 188:17
  190:9
process 59:19
  71:14 94:5 104:16
  108:22
Processing 3:11
  157:4,24
produced 145:11
  151:12
production 104:9
Professional 1:14
  190:4
proffer 124:15
  156:3
program 3:18,20
  28:20 34:17,24
  35:1,5,6,8,12,20
  35:23 36:2,5,14
  39:3,15,18 46:11
  46:15 48:17,19
  84:10,13 97:15,21
  99:9,25 119:20
  120:3 121:2,7,13
  123:6 125:20
  127:8,16 128:17
  129:7 130:19
  135:10 139:24
  142:11 143:10
  144:16 146:1,7,10
  146:17,25 147:6
  147:25 148:13
  149:7,10 150:9,13
  151:19 152:2,13

153:1,11,14,23
  154:8,25 155:5
  156:10 157:22
  158:16 161:1,15
  161:21 163:6,18
  163:19,25 164:15
  165:10 166:15
  168:9 175:11,13
  176:9,17,22 177:4
  177:7,14 179:5,13
  179:19 180:13,15
  180:22 181:16
  182:2,19 183:1
  184:3,4,18 185:17
  185:22 186:13,18
  187:3
program/detainee
  160:22
programs 18:6
  35:22 93:24
prohibited 105:13
  108:3,6 110:12
promise 175:2
promoted 14:13
  19:8
promotion 19:5
  21:4
property 45:9
  81:13 167:10
  168:5
protective 55:10,11
  55:12,15 75:18,24
  76:12 119:5
provide 10:20
  31:11,13 59:10
  67:16 74:18
  181:14
provided 6:5 29:17
  29:19 31:1,7,23
  31:24,25 32:11
  42:8,10,12 65:5,7
  65:23 88:4 100:16
  110:22 128:8
  156:4,13
provides 30:16
  122:2 131:22
  153:14

providing 10:17,25
  41:3 80:12 173:3
provision 76:12
psychiatric 119:1
Public 1:14 189:19
  190:4
pull 75:21 76:2
punitive 57:9
purpose 34:9 51:18
  53:2 55:7 56:18
  56:19 57:1,5
  91:21 117:24
  143:4
purposes 28:3
  55:15 62:12 74:1
  74:10,14 125:13
pursuant 1:12 4:2
  43:10 45:17 66:21
  84:5 172:19
put 27:13 28:7
  30:10 33:20 36:2
  48:1,1,9 55:12
  56:23 67:14 69:7
  69:20 70:7,20
  80:21 81:3 105:23
  106:22 107:2
  109:8 113:10
  155:14 166:5
  169:11 184:20
puts 80:20 88:9
  120:19 181:11
putting 118:11

Q

qualifications
  46:11,25 108:13
qualified 12:19
quarter 61:4
question 7:12,15
  8:6,10,11 9:2
  17:15 28:3 35:14
  43:23 50:23 51:9
  51:24 57:1,3 61:8
  66:16 67:21 84:15
  92:7 96:1,15,16
  97:8 102:6 114:1
  115:19 123:14,25

135:12,25 137:2,4
  137:17,18 139:7
  143:14 146:11,23
  147:9 157:11
  174:15 185:10
  187:7
questions 24:5
  34:10 39:11 66:13
  87:15 137:15
  155:16 188:12
  190:9
quickly 186:1
quiet 55:16,18,22

R

R 2:1,3
randomly 60:8
rate 176:11 178:1
  186:14,21
read 35:3 49:8
  92:18 100:14
  104:4 122:25
  130:4,4 189:2
reading 58:19
  105:19 139:15
  161:9 190:16,17
  190:18
ready 39:10,12
  83:23 155:16,17
  177:1
realized 76:6
really 55:18 96:18
  105:22 112:6
  129:6 139:13
  147:8 165:5
realm 84:9
reason 8:9 88:24
  114:17 187:17
rec 80:17 117:10
recall 6:11 10:2
  11:12 17:21 65:1
  69:22,23 70:6,7,8
  71:12 119:19
  125:21 130:19
  184:23 187:19,25
receive 22:10 29:23
  29:24 31:5 62:19

65:9 142:14
150:21 184:17
**received** 22:13
67:11 70:14 88:22
110:21 151:20
**receives** 65:8
**Recess** 72:10
116:16 175:7
**recognize** 32:20
39:1 41:8 42:24
44:24 83:3 87:22
104:24 108:1
109:2 141:17
142:16 152:6,18
153:5,21 154:17
177:17
**recollection** 100:17
**record** 4:13 7:22
9:7 72:9,12 75:7
110:4 114:25
115:1,3,4,21,23
115:24 116:10,14
116:17 175:6,9
182:14 188:4
**records** 60:10,19
62:4 93:21
**recreation** 53:13
53:25 73:15 78:1
78:2,3
**redacted** 105:20
124:18
**reduced** 190:8
**refer** 15:18 26:9
28:14
**REFERENCE** 3:6
**referred** 84:16
106:20
**referring** 27:25
41:14 89:2,10
95:2 107:12
110:17 184:10
185:21 186:20
**refers** 126:15
**reflect** 68:10
126:16
**reflecting** 33:11
182:17

**reflection** 115:12
**refraining** 122:15
134:12 137:23
**refusal** 67:5 89:3
**refused** 67:24
**refuses** 51:3 81:7
**refusing** 52:4 66:20
**regarding** 10:20
26:22 30:16 92:13
93:7 105:9 115:7
119:20
**regards** 93:25
119:19
**Registered** 1:14
190:4
**regular** 36:19
37:11 51:7,19
54:1
**regulatory** 125:4
126:1
**reimburse** 186:23
**reiterates** 127:14
**relate** 107:25
**related** 190:10
**relation** 190:6
**relay** 174:7
**release** 105:5
**releases** 180:18
**reliable** 67:12
**remain** 179:10
**remaining** 175:2
**remains** 31:15
**remember** 6:4,12
6:23,25 10:2
11:13 30:20
104:16 116:21
144:13 188:2
**removed** 64:7
150:15,16 151:5
**repeat** 43:21 155:3
**rephrase** 8:18
78:14 124:2
157:11
**report** 19:20 61:12
64:21 70:9,11
109:3 111:7
**reporter** 1:14 4:12

4:14,15 7:22 8:4
71:23,24 72:2
188:8 190:4
**REPORTER'S**
190:1
**reporting** 63:17,23
69:2
**reports** 61:2 69:14
**represent** 32:10
**representation**
43:9
**representative** 29:2
67:16 112:18
**request** 3:4 55:10
55:14 71:6 142:21
143:25 144:6
156:5,8
**requested** 190:16
**require** 64:24
66:11 126:23
134:14 136:10
138:1,18 139:10
139:15 140:7
**required** 15:16
37:6 39:7 49:3
84:22,25 111:7
119:3 121:16,23
122:10 124:6
127:12,23 128:22
129:1,9 130:18
131:7,20 134:9
135:7,13 159:23
160:6,9 190:18
**requirement** 39:14
39:20,23 80:23
81:1 90:24 122:23
140:6 141:4
**requirements**
27:10,13 38:7
41:16 124:13
**requires** 24:9 48:13
61:24 126:5
135:21
**requiring** 65:1
**resolve** 71:7
**resource** 93:22
**resources** 18:15

93:21
**response** 185:2,17
**responsibilities**
13:23 14:18 15:11
16:22 85:23
152:11 167:5,14
**responsible** 16:1,4
16:23 17:17 18:4
20:16 23:14 30:12
31:20 36:18 41:17
43:14 45:7 47:17
64:12,21 83:22
84:4 122:2 123:9
123:22 134:5
156:20 167:8
**rest** 40:14 92:25
166:13
**restatement** 127:20
**restrained** 78:11
78:23 79:2
**restrict** 116:3
**restricted** 54:3,4
**restroom** 7:8
**restrooms** 101:14
**reverse** 181:7
**reverting** 160:14
**review** 23:24 24:2
28:10,12,14,18
29:21 30:18 33:25
33:25 34:2 41:15
42:1,1 63:7 87:13
155:15 166:9
182:17
**reviewed** 28:15
33:7 85:22 100:12
**reviews** 111:17
**revised** 103:17
144:4 145:17,19
154:9,13,14 167:1
**right** 5:24 7:19
13:11 14:25 15:1
16:13 21:5 23:4
30:13 32:14 35:6
36:6 37:12,23
38:1 39:22 40:14
40:17 43:4,15,19
44:5,6 45:14,19

45:24 46:23 47:20
49:8,11 50:9,15
52:8 54:20 56:2
57:20 58:9 65:6
67:19 68:6,11,14
72:8 73:14,15
76:20 77:15 78:9
79:6,23 80:13,18
80:24 84:1,10
85:11 86:14,18
88:11 89:6,9,12
89:17,22,24 90:2
90:19,25 91:4
92:4,21 93:5 94:9
95:23 97:25 98:20
101:25 102:19
103:1,7 104:12
105:11,17,25
107:16,22 108:4
109:14,18 110:14
112:7 114:16,20
115:14,22 117:16
121:14 124:22
125:14 126:6
128:9 129:16,24
130:7,8,14,24
131:8 132:1,15,23
134:7 136:15
140:1,9 141:13
145:22 146:3
147:6 150:5,10,16
150:17,23 151:1,8
151:22 152:3,23
153:2,11,17 154:5
158:12,19 159:17
161:1 164:10
165:11 166:19
167:14,16,22
168:5,23 169:11
169:20,24 170:4,8
171:10,14,17,19
171:20 172:7
173:14 174:1,13
174:20 175:1,21
176:10,18 179:16
179:21 180:2,9,16
180:20 181:9

**right-hand** 46:6
  73:9 82:22 95:20
  116:3 127:20
  128:16 144:10
  156:7 159:10
  167:2 186:5
**rights** 88:10 149:17
  149:25
**risk** 118:3
**road** 7:5
**role** 13:2 16:3
  23:20,23 102:8,13
  102:22,24
**rooftop** 19:25
**room** 4:18 36:25
  45:10 83:2 116:19
  128:15 130:9
  138:13,14,17,18
  151:2 152:15
  156:1,25 167:10
**rotate** 39:1
**roughly** 15:1 16:10
  103:1 121:1
**rounds** 69:15 71:4
**row** 44:17 95:19
**rule** 1:4,12 57:8
  60:2
**rules** 4:2,11 5:10
  7:5 9:7 79:10
  109:21 110:2
  121:7
**run** 146:9 147:16
**running** 20:8

                    **S**

**S** 2:1
**safe** 117:25 180:20
**safety** 16:17,25
  19:15 41:24 55:13
  60:9 81:6,13 82:8
  158:16
**Sanchez** 3:22
**sanctions** 89:13,20
  116:2,7
**sanitation** 3:12

182:11 183:2,10
183:11 186:6

23:10 24:6,10
25:9 27:7 29:13
30:6,17 31:9,18
32:3 33:12 34:14
34:21,22 35:10,13
35:21 36:1,11,14
37:25 41:11,20,25
42:19 43:2 48:13
49:20 50:19 51:1
51:4,7,22 57:18
66:21 69:6,16
70:22 79:21 81:2
81:8,23 84:6,13
92:16 93:10 94:9
94:15,18 95:1
96:9,14,15,17,20
97:13,21 98:3,21
100:8,25 101:2,3
101:6,18 102:1,13
115:7 129:3,14
130:17 131:7
141:12 142:5
151:14 152:2,21
153:6 164:3
166:16,24 167:5
167:14 175:13
176:7
**sat** 137:25
**Saturday** 165:6
**saved** 106:8
**saw** 69:23
**saying** 8:5 27:24
  40:15 58:1 61:16
  75:14 123:7 138:7
  138:12 147:8
  162:5 172:9
  185:15
**says** 30:21 33:1
  34:13 36:10,13
  37:10 39:6,25
  42:5 43:24 45:6
  46:5 57:14 75:24
  82:23 97:14,19
  98:4 124:12,25
  125:6,10,11 126:2
  127:7,11 128:17
  128:20 129:9

130:8 131:3,4,6,9
131:15,20,22
132:3,5,13,14,16
132:21 133:24
135:19 136:17
137:21 138:6
140:17 143:9
144:7,19 145:23
146:15 147:24
148:2 150:21
151:4 154:19
156:18 157:23
159:22 160:8
161:4 167:7,16
177:21 178:7,11
178:24 183:12
186:7,10,18
**schedule** 43:4
  45:17
**Scheduled** 43:18
  43:24
**schematic** 74:18
**schematics** 74:4
**scope** 92:17 94:14
  124:5
**scrubbing** 48:4
**SDDOs** 112:21
**search** 113:17
**seats** 73:13
**second** 7:19 35:3
  41:18 43:22,23
  52:11 65:8 77:10
  123:20 128:20
  146:9 147:22
  157:23 179:16
  183:7
**section** 26:18,18,19
  26:20 34:10,11
  39:6,24 45:4,6
  88:7,7,15 96:3,5
  97:13 121:20,20
  121:22 123:7,13
  124:12 125:1
  126:15 127:7
  128:3 131:15,19
  158:10 160:6
  167:4 186:6

**sections** 10:21
  100:20 126:16
**security** 17:24
  18:18,24 28:21
  64:15 69:3,13
  73:21 74:1,10,14
  106:4 112:8 174:1
  175:19
**see** 33:9 34:10
  35:25 36:9,20
  39:5 43:4 44:2
  45:4,6,10 46:6
  52:17 53:18 59:8
  60:15 66:24 69:14
  76:15 93:16 96:8
  96:12 100:19
  102:9 105:13
  107:12 108:9
  109:9,22 121:8,23
  122:3,7,17,20,23
  124:8,12 125:2
  127:7,13 128:16
  128:23 131:12
  132:19,21,24
  133:2,2,5,9,23
  138:9,11 143:5,8
  144:18 146:3,5,16
  147:24 148:5
  149:18 154:10
  156:7,17 157:5,8
  157:15,16 158:24
  159:3,22 160:4
  161:4 164:4,24
  165:2,7 167:1,4
  167:11 174:6
  177:23 178:7,11
  178:14,19 183:4,8
  186:8 188:8
**seeing** 70:9 76:13
  119:12 184:24
**seen** 11:22 12:1
  30:9 60:3 65:20
  69:20 91:16
  100:22 119:3
  177:18
**seg** 52:19,21 55:14
  67:14 69:21 79:14

111:1,16 113:10
117:22,22
**segregation** 52:22
  52:23 53:5,9,11
  53:16,19,23 54:5
  54:9,11,12,13,16
  54:19,20,25 55:2
  55:4,8,22 56:12
  56:13,15,17,18,24
  57:2,6,7,13,19,23
  58:8 59:2,8,21
  60:1,6 67:5,18,25
  69:8,10 70:21
  71:10,15 72:17,17
  73:3,4,10,11,17
  76:15,17 77:7,17
  77:19,22 78:24
  79:14,23 80:7,22
  85:11 89:22
  105:10,17,24
  106:17 107:11,16
  107:22 109:18,21
  111:8,19,24
  113:18 114:4,12
  114:14,15,18,19
  117:3,6,8,15
  118:12,13,18
  119:2
**selected** 108:14
**selection** 175:12
**semantic** 130:2
**send** 68:5 111:11
**sends** 62:23
**sense** 126:2,17
  174:8,17
**sent** 63:2 112:1
  183:24
**sentence** 35:3
  107:4 122:10
  137:10,11,25
  138:3 160:3
**separate** 11:19,21
  13:10 20:21 25:18
  30:3 31:1,8 35:16
  39:14 45:16 52:24
  52:25 65:17 78:6
  78:7 133:12

178:11
separately 98:3
September 154:13
sergeant 13:22,24
  14:9,11
serious 81:12,22,24
serve 13:4 14:11
  15:8 18:23 151:4
served 16:2 58:4
serves 69:19
service 15:21 37:3
  37:17 48:25 49:2
  51:11 81:19 83:11
  140:10 164:17
  170:16
services 92:18
  172:6 173:3
serving 70:16
set 24:5 66:8,9
  79:24 100:8
  102:23,24 103:3
  146:19 186:21
sets 41:15 66:6,10
  156:16 167:13
  186:14
setting 121:6
seven 105:17
shave 174:22,23
sheer 49:17
sheet 66:4 150:25
  158:11
sheets 48:25
Shelby 2:15 5:5
shift 14:3 44:1
  83:21 86:12 98:8
  164:23 165:4,5
shifts 164:21 165:5
  179:1,18 181:7,9
short 56:6 120:16
  176:12
shorter 159:20
shorthand 190:7
show 96:5 103:14
  161:25 177:9
shower 117:20
shown 47:6
shut 78:15

sick 9:20
side 6:18 32:19
  53:11,17 55:5
  56:24 57:23 59:8
  60:6 73:9,10,16
  77:15,17,19 95:20
  159:10 173:19,21
sign 88:20 145:6
  149:22 150:25
signature 31:15
  144:11 148:19
  149:19 159:8,11
  188:16 189:11
  190:13
signed 23:5 28:16
  145:5 149:6,16,20
  149:22 150:1
  151:18 158:15
  187:6
Signing 190:16,17
  190:18
signs 28:25 31:14
  59:25 88:21
similar 69:1 92:15
  93:9 94:15 100:6
  155:21 173:24
Similarly 8:20
  166:13
single 37:23 44:8
  55:1 59:18 67:13
  75:11,12 99:16,17
  172:24
sink 45:9 167:9
sinks 132:22,25
  134:15,22 168:4
sip 7:8
sit 59:6
site-specific 27:13
  41:11 159:6 166:2
  166:15,23
sitting 144:2
  185:12
situated 59:7
situation 54:17
  161:14
six 14:17 65:3
skylights 48:7

slammed 118:20
slide 87:12
slower 176:22
small 73:14
smoothly 20:9
social 53:25 54:8
  54:14,15 59:4,14
  77:22,25 78:5
  80:17 117:3,5,7
socialize 54:10
solitary 79:15 85:7
  113:20,21
somebody 46:10
  54:8 55:14 57:25
  60:14 67:14 70:7
  95:22,25 106:21
  111:15 135:10
  154:21 176:24
  184:11
sorry 17:6 21:18
  68:3 86:6 87:11
  90:7 97:2 127:17
  127:18 185:10
sort 7:23 9:25 20:6
  35:15 60:19 136:8
  146:8 151:7
  175:25 182:14
sought 118:25
sound 49:11 128:9
sounds 25:22 91:18
source 67:16
sources 28:7 96:7
South 2:16
space 98:22 145:18
Spanish 30:25 31:2
  31:7,11,12
speak 12:3
speaking 12:11
  41:1 173:8,12
  175:22
special 3:15 124:12
  147:11,12 161:13
  161:17,25 162:15
  162:21
specific 52:20
  66:25 120:1 124:9
  129:24 157:19

specifically 130:12
  141:25 184:7
specifics 52:17 70:8
specify 63:1 83:11
  93:11
spend 57:12
spent 107:22
  130:16
spot 150:13
spots 146:25
springing 80:1
ss 190:2
stacked 177:1
stacking 122:13
  134:11 137:21
  138:19
staff 13:17,17,25
  14:21 15:13 27:24
  34:5 36:15 42:12
  42:14 81:14 97:22
  102:11,11 169:16
staffing 100:18,22
  100:25 101:7
  168:12,15,23
  169:19 170:6
standard 29:10
  121:6,11,13,17
  122:21 148:13
  155:7
standards 17:3,4,9
  17:14 27:11 29:4
  33:24 34:14,18,25
  97:17 124:5
  125:17 140:21
  147:17 148:24
  156:15
standing 169:22,24
start 60:6 83:7
  136:20 141:16
  159:1 185:11
started 33:23 65:1
  66:17 87:3 97:4
  120:2 187:23
starting 172:15
state 4:6 6:10
  189:13 190:2,4
stated 56:20 98:10

99:1 117:7 129:4
  187:20
statement 39:16
  91:17 92:2 100:12
  100:15,17
STATES 1:1
station 73:14
status 151:6
statutory 125:4,25
stay 120:16 176:12
  176:13,14,20
staying 24:15
Stelter 62:8
sticks 33:10
Stipend 186:18
stipulate 123:18
stipulated 75:18
stipulation 138:21
stop 109:23
Street 1:13 2:6,9
  4:17
stretching 50:8
strike 31:4 47:5
stripper 138:15
stripping 138:23
  139:18
struck 154:21
structure 20:15
stuck 138:21
studies 21:9
stuff 99:3 138:20
  163:1,10,15,22
subject 19 27:6
  38:7 49:20 50:14
  103:23
subjects 5:23 10:8
  12:8
submitting 71:14
subscribed 189:12
substance 154:5
substantial 47:15
suffer 57:19
suicide 118:1,3
suitable 75:7
Suite 1:13 2:7,10
  4:17
summarizes 152:10

**summary** 152:23
    153:9 183:11
**Sunday** 165:7
**supervise** 18:14
    19:10 22:19,20
**supervised** 14:2,8
    14:23 34:16,24
    35:4 97:15
**supervises** 19:17
**supervising** 13:25
    14:19,20,20 18:8
    169:20 170:3
    173:16,25
**supervision** 19:9
    20:20 47:2 138:17
**supervisor** 16:16
    149:9
**supervisors** 22:20
**supervisory** 112:22
**supplement** 29:23
    51:16 88:1 128:11
    128:12
**supply** 38:21
**supposed** 48:2
    76:15
**suppression** 16:24
**sure** 17:15 20:16
    23:12 25:5 33:3,9
    43:6,22 61:15
    69:18 72:1 84:9
    88:25 91:5,7,9
    93:12 102:6
    117:10 118:1
    120:22 126:10,12
    129:22 130:3
    131:2 132:18
    137:19 139:23
    150:14 151:21
    157:20 158:5
    162:7 164:18
    175:20
**surfaces** 95:18
    131:6
**surprise** 80:2
**suspended** 21:1
**sweep** 37:4
**sweeping** 99:4

**sworn** 4:6 189:12
    190:6
**system** 26:14 68:23
    86:25 87:2
**systematizing** 63:7
    63:16 64:1
**systems** 19:23,24
    20:8,10,12 60:10
    60:19

_____
        **T**
**tab** 5:13 32:5,7,10
    32:14,15 41:5
    82:20 87:12 95:6
    97:5,6 103:10,25
    104:1 116:1
    119:18 121:5
    124:11,11 127:2,3
    127:4 128:6
    129:13 141:17
    142:16 151:11
    155:14 158:20,24
    159:2 161:23,24
    165:24 166:14
    170:9,10 177:10
    182:23,24 186:2
    186:17
**table** 44:8 73:14
    95:19
**tables** 37:2,2,3,4
    44:19 59:5 73:13
    99:4 131:4 133:13
    133:25 134:14,21
    136:13 140:9
**tagged** 174:4
**take** 7:7,9,14 9:22
    10:11 19:11 27:12
    28:6 32:5 38:24
    39:9 41:18 47:24
    52:17 62:14 72:8
    87:7,13 95:4
    116:9,11 123:2,20
    149:8 155:14
    175:4 185:25
**taken** 1:13 4:2
    56:22 72:10 79:22
    91:8 116:16

119:14 175:7
    190:7
**talk** 8:3 12:23
    56:16 71:5 119:16
    120:22
**talked** 89:21 97:17
    129:2 130:10
**talking** 9:8 20:11
    22:18 25:24 27:22
    51:6,12 72:16
    75:14 78:8 86:7,9
    92:8 96:20,21
    97:12 104:13
    120:23 130:1,17
    151:7 155:19
    163:17 167:13
    170:18,20 184:8
**talks** 47:23 96:4
    185:23
**task** 101:18 102:1
**tasks** 24:21 31:19
    31:21 43:17,25
    44:13 46:16,22,23
    101:23 102:4,7
    129:14 130:24
    131:23 132:7,20
    153:9 167:24
    168:12 173:13
**technical** 29:2
    112:17
**telephone** 112:2,4
    112:11,12
**television** 40:5
    53:18,24 59:11
**televisions** 73:16
**tell** 8:11,18 9:4
    33:9 51:8 58:20
    61:13 63:23 69:7
    93:12 96:2 100:9
    114:13,15 121:12
    144:5 166:20
    170:4 181:2
    183:22
**telling** 11:4 72:7
    98:6 113:7 140:6
    147:15 172:17,23
**tells** 134:4,8

**template** 106:12
    156:9
**temporary** 162:2
**ten** 49:13,25 50:3
**tend** 145:18
**Tennessee** 2:4
**tenure** 12:22
**terminology** 8:17
**terms** 7:4 8:17
    17:19 49:17
    101:12 122:6
    149:14 180:13,14
    182:10 184:1
**testified** 4:7 88:3
    110:17
**testify** 5:22 10:8
    12:20 55:23 92:12
    92:20,23 93:4
    99:16 190:6
**testifying** 10:14,15
    144:13
**testimony** 9:12
    10:17,20,25 40:22
    41:2 49:4 51:23
    72:18,23 77:8
    115:7 116:22
    125:12 132:4
    134:3,7,19 137:13
    160:11 173:22
    181:15 186:16
    187:10 189:4
    190:9
**thank** 9:19 21:20
    71:21,24 72:13,25
    76:25 96:19 111:5
    115:16 119:16
    124:2 127:1
    141:15 149:21
    151:24 174:8
    183:21 185:13
    188:15
**Thanks** 73:6 96:23
    116:15 149:4
    175:5
**thick** 100:20
**thing** 7:19 8:2
    43:10 44:8 99:14

104:4 123:16
    171:11
**things** 28:13 30:1
    35:16 57:18 63:9
    63:16 64:22 74:6
    88:2 90:22,24
    93:25 101:4
    103:24 114:22
    125:24 129:13
    130:5,7,12,22
    131:15 132:15
    134:13 135:7,13
    137:24 138:3,23
    138:24 140:7
    141:5 145:7,9
    151:25 163:4
    167:22 168:2,3
    170:22 187:25
**think** 4:11 9:1 25:7
    26:23 29:7 31:20
    31:25 43:7 47:12
    55:22 68:4 69:19
    73:19 76:2 89:20
    95:9 97:23 99:20
    100:5 103:23
    104:19 107:9
    111:18 112:3
    121:10 128:6
    130:23 135:20
    136:5 137:16
    150:3 156:20
    157:21 168:12
    171:11 175:9,23
    180:20 182:7
    184:21 186:1
    188:6
**thinks** 92:8
**third** 8:2
**thoroughly** 168:4
**thought** 31:21 90:7
    95:14 117:9 129:5
    158:19 185:15
**threat** 81:12,25
**threats** 55:12
**three** 17:2 20:4
    28:7 42:5 49:1
    65:7,20 68:22

Menocal v. The Geo Group, Inc.   DAWN CEJA                    3/29/2016

119:21,23 164:21
**three-year** 120:23
**thrown** 118:10
**thumb** 107:8
  109:22
**tie** 129:6
**tied** 90:15
**tier** 73:8 77:1,6,10
  77:11,12
**tiers** 73:8 76:5
  85:17 86:7
**time** 6:12 8:4 14:4
  15:21 17:9,12,16
  18:11 21:23 22:5
  23:8 37:12,18
  38:12 53:16,25
  54:6,8,14,15 56:7
  57:12 58:3,4,7,7
  59:1,4,9,12,12,14
  61:3 62:20 64:24
  67:13,23 69:25
  70:4 72:11,14
  75:7 77:22,25
  78:2,3,5 80:17,17
  83:1 88:15,18
  95:4 99:16,23
  105:3,4 109:9,12
  111:16 113:4
  114:20,21 117:3,5
  117:7,10 119:22
  120:14,18 128:15
  130:9,16 137:6
  144:9 150:16
  151:2 152:14
  156:1,24 165:6,19
  166:6 175:2
  180:13,17 188:13
  190:7
**times** 6:7,21 23:22
  34:15 46:9 47:23
  57:24 71:4,7,13
  99:11 111:13
  118:14 145:7,18
  164:7
**tired** 9:17
**title** 12:17 108:5
**titled** 108:3 159:6

160:6 166:3,24
**today** 5:22 7:5 9:18
  10:8 11:1 38:16
  116:22 129:3
  132:4 134:3,7
  187:10
**today's** 11:6,9,14
  11:23 12:4 47:11
  82:15 104:1
  158:21 187:18,23
  188:3
**toilet** 45:9 167:9
**toilets** 168:4
**told** 20:6 26:23
  31:20 55:20 68:4
  92:19 95:15,16
  97:12 121:10
  137:25 154:24
  155:4 179:8
  181:19 182:6
  187:22
**toothpaste** 47:25
  99:2
**top** 33:1 43:4 47:16
  70:2 124:12
  128:17 142:3
  147:24 154:20
  156:17 157:3,23
  159:8 164:16
  167:1 170:7
  178:17
**topic** 10:9,21 24:6
  35:19,20 93:19
  94:12 119:17,19
  181:15
**topics** 11:1 12:20
  15:16 35:16
**total** 73:8 96:14,15
  177:13 178:14,25
  179:6 182:10,14
**totaled** 183:6
**Tower** 2:17
**track** 66:1
**tracks** 162:6,12
**train** 15:13 64:20
**trained** 16:9,12
  108:14 141:8

**training** 13:15,17
  15:5,8,12 16:2,5,6
  16:6,16 64:21
  93:25 140:20
  153:18,19 158:16
**transcript** 7:24
  58:20 188:9,11
  190:8
**transcription** 189:3
**transfer** 90:2
**trash** 25:11 101:13
  102:10,12
**traveling** 69:12
**treatment** 119:1
**true** 108:15 116:24
  143:12,16 187:15
  189:3 190:8
**trustee** 46:5,10,13
  46:15 47:1 99:8
  99:14 108:8,13,14
  141:24 142:1
**trustees** 99:18
  162:18,19 163:24
**truth** 4:6 72:7
  190:6
**try** 8:6,18 61:17
  84:19 172:10
  182:13
**trying** 25:20,25
  35:15 47:12 137:7
  172:13 174:7
**turn** 32:7,18,19,25
  36:8 39:5 41:5
  44:23 64:16 89:1
  93:13 95:8 98:12
  103:25 121:19
  124:11 125:7
  141:15 142:15
  151:10 152:17
  153:4 154:16
  158:20 160:1
  165:23 178:6
  186:2
**turnaround** 58:5
**Turner** 2:8,9 5:1,1
  71:22 72:6,11
  83:1 116:9 151:2

152:14 156:1,24
**turnover** 120:15,15
  176:8,11,16,17,21
  176:23 179:9,21
  180:5,8 181:8
**TV** 53:12 55:18
  59:1,5,6,8,12
**TVs** 37:1 48:3 59:7
  77:14,16
**twice** 177:18
**two** 6:14 10:1 18:19
  22:4 31:8 35:22
  54:9 58:5 66:5,10
  73:8,13,14,15
  77:22 78:4 91:11
  117:3,13 154:4
  156:16 164:18
  165:5
**type** 12:12 38:9
  43:10 47:25 60:10
  106:12 107:2
  110:16,20 113:17
  141:25 143:6
  152:8 155:18
**typed** 105:24 106:2
  106:2,5 153:22
**types** 168:3,10
**typewritten** 190:8

————————

**U**

**U.S** 75:16 156:5
**UDC** 58:13,17,17
  58:20,22 110:1
**uh-huh** 7:23 66:18
**unclear** 8:16
**undergoing** 111:2
**undermine** 10:2
**underneath** 171:18
**understand** 8:10
  10:4,14 24:21
  25:20,25 39:13
  40:15,21 41:2
  49:4 51:9,17,22
  55:20 57:2 67:21
  68:3 75:17 76:19
  78:22 79:12 81:5
  82:10 84:9 91:2

93:19 94:17 99:24
  100:5 102:23
  104:21 107:8
  110:23 111:18
  123:25 124:3
  126:13 128:1
  129:19,22 130:3
  131:2 137:8 138:8
  138:12 139:13
  141:7 146:11,23
  150:14 161:16
  162:7 168:18
  169:15 172:9
  173:22 174:1
  179:22
**understanding**
  5:20 9:7 10:7,12
  10:19,21,24 11:2
  35:4,24 39:17,22
  40:22 47:5 49:15
  49:21 76:4 77:7
  90:10 91:20
  109:16 128:25
  177:25 184:13
**understood** 8:12
  55:23
**uniform** 85:16
**uniformly** 140:24
  141:6 184:4
**unique** 128:12
  157:18
**unit** 3:16 23:10
  24:6,10,17,19
  25:9 26:10,13,13
  27:1,2,4,7 29:13
  29:25 30:1,6,16
  31:8,18 32:2,4
  33:12 34:20 35:9
  35:12,25 36:1,6
  36:10,18 37:25
  38:2 40:16 42:19
  43:3,15 48:13,20
  50:18 51:1,4,22
  52:25 53:5,20,23
  54:12 55:5 57:18
  58:22 60:13 66:21
  69:6 70:21 71:10

71:11 73:7 77:7
79:20 81:2,8 84:5
84:12 92:16 93:10
94:9,15,18 95:1
98:3,21 99:8
100:7 115:7 116:4
119:6 129:3,14
130:17 133:1
138:10 141:21,24
142:2,7 143:1
146:21 163:21,23
164:19 168:21
173:14 175:12
**UNITED** 1:1
**units** 19:25 20:12
25:18 26:1,2,4,6
26:18,19,25 54:18
55:1 163:16
**University** 21:18
**unlocked** 40:19
**unpaid** 147:9
**updated** 45:1
**updates** 30:14
**upkeep** 19:22 20:5
20:7
**upper** 28:22
**USD** 186:7
**use** 7:7 22:17 26:9
26:13 32:16 47:25
60:11 76:4 85:21
113:21 114:1
175:1 184:14
**usually** 28:19,21
41:24 44:16 48:16
56:21 58:5 64:10
69:3 83:17,20
84:1 99:12,13,17
111:11,21,25
112:15 113:11
161:17 164:18
184:11
**utilize** 77:9
**utilized** 143:5

---

**V**

**v** 1:8 34:10 97:13
123:7 128:3,3

**vacuum** 101:13
135:22,24 136:3
**vacuuming** 135:21
**value** 92:18 172:5
172:13 173:2
**variance** 63:8
**varies** 26:5 62:14
112:6 120:8 165:6
**Various** 15:16
**vary** 55:9
**Vaughan** 2:16
**Venn** 173:19,20,21
173:23
**vents** 44:15 95:18
**verbally** 113:6
184:21
**verbatim** 160:17
**verbiage** 133:4
**verify** 10:12 107:24
158:5
**version** 29:3,9 45:1
153:22
**versions** 83:9,14
91:11 153:25
158:25
**versus** 73:3 163:18
**video** 29:22 30:3,9
**viewing** 36:16
97:22
**VIII** 88:7
**violate** 80:23
**violated** 42:19
**violates** 81:1
**violating** 69:8
70:21 79:10
**violation** 56:21
57:8 59:21,24
60:2 68:9 89:20
110:2
**visual** 73:18
**Vizguerra** 151:18
**voluntarily** 146:15
147:2
**voluntary** 3:18
35:1,6,8,11,20,22
36:2,5 39:3,15,18
46:11,14 48:16,19

84:10,13 99:9,25
119:20 120:3
121:2,7,13,25
123:5,6,8 125:20
127:8,16 128:18
128:21 129:7
130:19 134:6
135:10 139:24
140:2 142:11
144:16 145:25
146:5,9,25 147:3
147:5,6,9,25
148:13 149:7,10
150:9,13 151:19
152:1,13 153:1,11
153:14 154:8,25
155:5 156:10
157:22 158:15
160:22 161:1,13
161:15,21 163:5
163:17,19,24
164:15 165:10
166:14 168:9
175:11 176:9,17
176:22 177:6,14
179:4,13,19
180:15,22 181:16
182:2,18 183:1
184:3,4,17 185:16
185:22 187:2
**volunteer** 127:11
127:22 143:7
162:2
**volunteers** 94:8
**VWP** 122:1

---

**W**

**wage** 103:3,6,14
169:8 170:25
**Wait** 133:17,17,17
143:22
**waiting** 48:9
176:24
**waived** 190:17
**walk** 73:7,9 112:12
138:10 159:1
**walking** 69:15 71:8

102:9
**walks** 75:12
**wall** 48:1,1 118:21
**walls** 24:25 25:7
45:8 47:19 48:2,4
98:24 99:1,2,6
102:19 138:20
167:9
**want** 7:5 8:20,22
21:23 28:2 35:16
40:21 41:18 43:7
48:23 63:12 74:16
75:1 77:2 84:8
88:25 94:11 95:5
95:7 102:12,21
103:13 104:4
111:16 116:21
120:19,22 124:8
126:8,10 127:1
129:12,22 130:2
132:18 134:19
135:1 136:22
137:14,19 138:13
138:14,17 140:3
142:11 149:8
153:20 158:5
168:12 170:6
175:20 180:25
181:18 187:21
**wanted** 6:18 61:9
66:19 68:24 88:24
103:5 110:6
117:10 181:6
**wants** 100:1,2
116:4 128:1
137:11,12 146:14
161:15 176:25
**warden** 12:18
18:21,22 19:4,8
19:18 23:1 28:16
28:16 69:4 70:3
86:22 91:16
102:22 112:9
159:12
**warranted** 53:17
**wasn't** 71:13 76:1
**watch** 40:4,5 55:18

59:11
**watching** 59:2,3
**water** 7:8
**wax** 138:15,23
**waxing** 139:4
**way** 40:9,24 58:11
59:7 60:22 67:3
72:20 84:3,19
115:9 120:22,23
124:19 125:20
144:3 187:12
**we'll** 7:3,9 33:17
41:5 72:9 75:6
82:14 91:6 97:9
113:4 125:18
141:16 155:12,14
164:15 172:22
175:4,5 188:10
**we're** 5:9 7:4,4 9:6
22:18 25:23 32:6
32:7,15 47:12
49:18 50:8 58:19
58:19 87:8 93:12
95:9 96:19 97:7
97:12 103:23,25
104:19 115:1,4,25
116:1,2,11 120:21
120:22,23 125:13
126:10 132:12
158:25 161:12
170:11 172:15
175:9 186:1
**we've** 10:4 51:13
75:8 85:22 95:5
115:13 130:4,4,6
153:15 181:4
184:2 188:6
**week** 14:6 22:8
56:10 61:3 163:15
**weekday** 164:15
**welcome** 73:1
111:6 115:17
**well-being** 117:25
**went** 23:21 146:19
168:3
**WHEREOF**
190:12

Menocal v. The Geo Group, Inc.    DAWN CEJA

3/29/2016

**window** 48:10,11
**windows** 45:9
  47:19 48:6,8,21
  98:24 99:6 102:18
  102:20 118:11
  134:14,22 167:10
  168:4
**wings** 176:24
**wipe** 37:4 48:10
**wiped** 68:23
**wiping** 95:17 131:5
  136:13 140:9
**wish** 187:10
**witness** 5:18 6:16
  6:16 12:14 76:20
  77:3 137:4,11,12
  190:12
**wondering** 63:15
**word** 40:11 113:16
  113:21 114:18
  132:20 136:18
  137:7,9,20 138:4
  154:22
**words** 6:16 17:16
  26:12 90:12 123:6
  132:5 161:8
  167:25 172:1
**work** 3:18,20 14:4
  14:6 20:2 21:23
  22:8 24:9 26:14
  33:17 35:1,6,8,11
  35:20,22 36:2,3,5
  36:6 39:3,15,18
  46:11,12,15 48:14
  48:17,19,20 84:10
  84:13 86:20 91:17
  92:2,14,15,17
  93:8 94:2,14,17
  94:25 96:9 99:9
  99:25 100:7,7,10
  100:13,15,17
  108:8 119:20
  120:3,19 121:2,7
  121:13,25 122:1
  123:5,6,7,23
  124:1,5 125:20
  126:24 127:8,11

127:12,16,22,23
128:17,21,22,25
129:2,6,7,9
130:19 135:10
139:24 140:2
141:4,25 142:11
142:11,19 143:9
144:16 145:25
146:10,15,25
147:1,1,6,13,23
147:25 148:2,13
149:6,7,10,10
150:9,13,21,21
151:1,4,6,19
152:1,2,13 153:1
153:11,14 154:8
154:25 155:5
156:10 157:22
158:10,15 159:7
160:7,9,22,22
161:1,15,15,21
162:2,3,5 163:5
163:17,19,24
164:7,15 165:10
165:17,21 166:3
166:15 168:8,9,19
168:20,25 169:13
169:16 172:14
174:12 175:11
176:9,17,22,25
177:4,6,14 179:4
179:13,19 180:15
180:22 181:16
182:2,18 183:1
184:3,4,17 185:16
185:22 186:18
187:3
**worked** 178:7,23
  179:1,18,25 181:7
  181:9
**worker** 141:22
  142:5 151:14
  152:2,9,12,20,21
  153:7 154:19
  172:3,4,25,25
**workers** 100:25
  101:2,3,6 163:10

163:12 164:10,23
168:10,16,22
**working** 46:15 47:2
  146:5,17 147:2
  171:24 174:17
  179:24 182:3
**works** 64:18
  186:25
**wouldn't** 168:1
**writes** 132:12
**written** 58:11
  64:17 175:25
  176:6

---
**X**
**X** 3:1 190:16
**Xboxes** 40:6 163:3
  163:10

---
**Y**
**yards** 73:15
**yeah** 45:25 88:17
  92:5 120:18 146:2
**year** 13:5,20 14:12
  15:10 16:20 33:3
  43:5 49:10 50:11
  61:4,20 66:15
  177:3 180:21
**years** 6:14 10:1
  17:2 18:25 22:4
  23:21 33:24 49:13
  49:25 50:3,10
  65:3,8,20 68:22
  70:1 83:10 119:21
  119:23

---
**Z**

---
**0**

---
**1**
**1** 3:7 5:13,15,16
  10:9 24:8 32:13
  93:14 119:18,18
  122:12 124:19
  130:13 158:11
  160:3 179:11
  181:18 185:16

**1,680** 177:23 178:2
  178:14
**1.00** 150:21,22
  186:7
**1:14-cv-02887-J...**
  1:2
**1:17** 116:18
**1:19** 116:16
**10** 11:16 103:25
  104:1 125:8 126:2
**10/24/14** 3:16
**10:59** 72:10
**100** 56:21 58:18
**1025** 4:17
**104** 3:15
**105** 152:17
**11** 38:13 125:13
  127:2 177:10
  182:24
**11:18** 72:13
**11:20** 72:10
**12** 103:20
**12.1.4-AUR** 3:12
  166:23
**12/10/12** 3:22
**12:12** 115:2
**12:13** 115:5
**12:14** 116:15
**12:17** 116:16
**120** 153:4
**1212** 2:4
**12th** 190:13
**13** 26:2,4,25 70:18
**13.06** 170:17 171:3
**133** 154:4,7
**135** 153:20
**137** 154:16
**1395** 159:2
**1397** 164:4
**14** 70:18 124:11,19
**1400** 165:24 169:11
  170:12
**1415** 166:16,19,21
  167:2
**1419** 95:10
**1420** 95:10
**1421** 95:10

**15** 14:3 125:7
  142:22 143:24
  144:7,11
**150** 18:12
**1505** 42:6
**1508** 42:24 46:4
  95:15
**1510** 44:23 95:11
**1511** 95:11
**1512** 95:12 96:6
**1513** 95:12
**1535** 2:6
**155** 3:18
**158** 3:19
**159** 32:14
**16** 129:13
**160** 18:12
**1612** 178:6 181:5,6
**1613** 182:22
**1680** 178:25 179:6
  179:18
**17** 82:20
**170** 18:12
**175** 19:11
**177** 3:22
**18** 87:12 116:1
**18-2** 103:18
**1819** 109:13
**19** 155:14
**1900** 4:17
**1995** 13:1,11 20:24
  33:23 87:3
**1998** 15:1
**1999** 15:1

---
**2**
**2** 3:9 10:9,21 24:6,8
  32:7,9 92:18
  93:16 100:4 103:9
  122:12 127:10,14
  127:15,16,21
  130:13 183:1
  186:17 190:14
**2:30** 165:2
**2:34** 175:7
**2:36** 175:5
**2:37** 175:9

Menocal v. The Geo Group, Inc.   DAWN CEJA

**2:40** 175:7
**2:59** 188:18
**20** 11:16 14:3,24
22:9 78:9,20
**200** 56:22 58:18
**200-level** 105:14
**2000** 18:2
**2000s** 22:6
**2005** 19:1 86:23
**20064016972** 190:4
**2008** 91:10,12
125:11 126:14
155:10 158:5
**201** 105:14 108:7
**2010** 43:8 70:18
**2011** 29:6 91:10,12
121:11 125:12,15
125:17,22 155:10
167:1
**2012** 154:13 178:3
178:16,22
**2013** 29:8 121:11
**2014** 47:6 103:17
142:22 143:19,21
143:24 144:7,11
145:22
**2016** 1:4,13 3:2
4:16 188:19
189:14 190:13
**2018** 190:14
**22** 3:5 109:13
117:15
**24** 58:16,16 171:19
171:22
**24-hour** 78:8
**24.05** 171:16,18
**25** 3:5 14:24 103:17
**26(a)(1)** 3:9
**27** 179:11
**27040** 171:13
**29** 1:4,13 3:2 4:16
**29th** 188:19

---

**3**

**3** 3:11 11:1 41:6,7
49:9 93:15 95:10
119:17,19 122:13

**130:13** 181:15,21
181:21
**3/29/16** 189:25
**3:30** 164:24
**30** 60:9 107:18
**30-minute** 107:11
107:14,21 117:21
118:6
**30(b)(6)** 1:4,12 3:7
5:11,19 6:16 12:8
12:14 92:19 93:14
**300** 2:7 52:10 58:2
108:17
**300-level** 52:1,3,6
52:14 57:16,25
61:10 66:20 68:9
68:19 85:5 89:1
**301** 67:1
**302** 67:1
**306** 52:5 58:2 89:2
89:20
**32** 3:9
**35** 176:15,21
**35-day** 179:9 180:9
**37** 103:9,12 170:8
170:11,12
**37208** 2:4

---

**4**

**4** 3:13 82:15,16,22
97:25 122:14
130:13 160:3
186:17
**4,000** 49:9
**40** 49:19 50:6 143:9
144:19 146:12
**400** 89:10
**400-level** 58:2
**41** 3:11
**450** 1:13 2:10
**46** 38:24,24 121:8
127:18,20
**47** 39:5 121:19
123:8 128:3
131:17 133:24
**48** 73:8 161:24
162:14

**49** 186:2

---

**5**

**5** 3:3,7,14 87:8,10
87:16,17 97:24
116:1
**5.8** 123:13,18
160:25 161:4
**50** 50:5 182:7
**500** 56:1
**51** 38:24,25 87:19
179:23
**52** 87:19
**525** 38:19 56:3
**53** 87:19 128:6
129:8 178:22
179:20,23
**54** 87:19 89:1 116:2
**55** 32:18,19 34:10
87:19 97:7,10
**56** 36:9 97:7,11
**581** 104:8,23
**582** 106:16
**59** 82:23
**595** 2:12
**596** 108:1 110:14
**597** 109:1

---

**6**

**6** 3:15 104:1,3,10
104:11 145:22
156:6
**6-ICE** 3:18
**60** 50:9 82:23 120:9
121:1 141:16,16
144:15 165:9
182:7 183:7
**60,000** 49:19 50:5
**600** 1:13 2:9
**604** 109:23
**61** 82:23 141:17
142:15
**62** 147:20 148:19
149:16 150:20,20
**636** 104:8

---

**7**

**7** 3:18 32:5,7,10,14

**95:7** 97:5,6
103:10 121:5
124:11 127:2
128:6 141:17
142:16 150:20
151:11 155:12,13
161:23,24 170:9
170:10 186:2,17
**7,000** 50:11 170:15
**70** 120:9 121:1
144:15 151:10
165:9
**7041** 171:4
**72** 52:18 57:19
80:22 89:22
178:22 179:20,23
**720** 2:16
**73** 3:5
**75** 179:24
**76** 3:5
**7th** 2:4

---

**8**

**8** 3:19 32:15 41:5
95:9 158:11,21,23
**8.1.8** 159:19 160:21
162:8,8
**8.1.8-AUR** 3:21
159:17 166:2
**8:30** 164:24
**80** 26:5 152:5
**80203** 1:13 2:10
**80218** 2:7
**80246** 2:17
**80302** 2:13
**82** 3:13
**87** 3:14

---

**9**

**9** 3:22 158:20 159:2
166:14 177:10,12
**9/12** 154:9
**9:30** 165:1
**9:34** 1:14
**9:36** 4:16
**90** 32:20 157:3,3