|  The GEO Group, Inc. | Aurora/ICE Processing Center<br>POLICY and PROCEDURE MANUAL<br><br>CHAPTER: Sanitation<br><br>TITLE: Sanitation Procedures<br><br>RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | **NUMBER:**<br>12.1.4 - AUR<br><br>**REVISED ON:**<br>3/30/10<br><br>**SUPERSEDES:**<br>7/29/09 |
|---|---|---|

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

Exhibit No.: 3
Deponent: ejc
Date/RPR: 3/29/16
Hunter + Geist, Inc.

Pl. Ex. 2
Confidential                                                                                  GEO_MEN 00001419

|   The GEO Group, Inc. | Aurora/ICE Processing Center<br>POLICY AND PROCEDURE MANUAL<br>CHAPTER: Sanitation<br>TITLE: Sanitation Procedures | NUMBER: 12.1.4 -AUR |
|---|---|---|

### C. Dormitory Sanitation

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the supply office.

The Dormitory Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D. Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

### E. Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F. Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Captain.

Confidential     GEO_MEN 00001420

|  The GEO Group, Inc. | Aurora/ICE Processing Center<br>POLICY AND PROCEDURE MANUAL<br>CHAPTER: Sanitation<br>TITLE: Sanitation Procedures | NUMBER: 12.1.4-AUR |
|---|---|---|

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Manager will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

*Gray highlighted areas are the changes made to the current revision.*

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

APPROVED: _[signature]_
Warden C.R. Gilkey

EFFECTIVE: 3/30/10

Confidential                                                                                                    GEO_MEN 00001421

# Housekeeping/Maintenance Plan

The facility establishes this Housekeeping/Maintenance Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and maintained working and living environment requires certain general sanitation standards be maintained. Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances, and repaired when needed.
2. Sinks and toilets will be in good working condition, and clean and sanitary.
3. Furniture, shelves, and countertops will be in good working condition, clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris an in good working order.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Warden's direction and authorization. The Environmental Specialist/ Fire Safety Manager (ES/FSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Warden with written reports, including specific deficiencies noted during the inspection and the required corrective action. The ES/FSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding the documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are in good condition, clean, dry, and free of hazardous substances.
2. There are no accumulations of flammables, Toxic and Caustic
3. Exits and stairways are in good working order and are not blocked and are usable.
4. Fire equipment to include fire extinguishers, pull stations and the fire panel is accessible.
5. No accumulation of combustibles, trash
6. Monthly pest control inspection.
7. Inspection of plumbing pipes and fixtures

All deficiencies identified will be documented and corrected.

**Food Service Areas**

It is the responsibility of the Food Services Administrator to ensure high sanitation standards are maintained in the food preparation and service areas. The Kitchen Supervisor will supervise the kitchen detainee work force in daily cleaning duties. The kitchen will be inspected and rated by the Tri-County Health Department at least annually, and weekly by the ESF/SM.

**Medical Areas**

Special attention will be afforded the medical area to comply with health standards for cleanliness. The Medical Department will be cleaned daily on 3rd shift, after all doctor visits have been completed for the day. The staff member supervising detainee workers will ensure they are under that individual's constant,

Page 1 of 5

direct visual observation while cleaning the medical area. When mopping in the medical unit due to **soiled floors** Double Bucket method will be utilized. 2 mops will be utilized, one containing fresh water/disinfectant. The second bucket will be utilized to rinse and discard the dirty water.

### Public Lobby

The public lobby will be swept, mopped, and waxed as needed by detainee workers. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

### Visitation

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, carpets vacuumed, and windowpanes cleaned as needed.

### Restricted Security Areas

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, and cleaning all windowpanes as needed.

### Liquid and Solid Waste

Liquid waste will be disposed of through the sanitary sewer system. Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink located in each janitor closet. Solid waste and trash will be removed from departments and housing units as often as necessary to maintain sanitary conditions and to avoid creating health hazards.

### Carpet Cleaning

All carpets will be vacuumed daily. The Facility Janitor in conjunction with 1st shift will be responsible for this cleaning. All carpets in administration areas will be evaluated on a quarterly basis for steam cleaning.

### Hazardous Materials

All caustic, toxic, and flammable materials will be handled in accordance with Policy 13.1.4-AUR.

### Pest/Vermin Control

The facility uses the service of a qualified professional pest control contractor. This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen. If necessary, additional preventive treatments may be scheduled.

### Housekeepers

Supervising housekeepers is the responsibility of the officers assigned to the Housing Unit. Supervision includes assigning duties, training newly assigned detainees on their task and using Personal Protective Equipment, supervising work as it is done. All day areas and showers will be cleaned by the housing unit detainees daily.

Confidential                                                                                          GEO_MEN 00001506

Housing Unit Officers must notify the Chief of Security of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer. The Classification Department is responsible for assigning the next eligible detainee in that Housing Unit to fill the vacancy.

**Pod Cleaning**

On a weekly basis or by the direction of the Shift Supervisor, all Pods will be subject to a total sanitation mission to assure standards are met and maintained. The responsibility for cleaning each Pod will be shared by 2nd and 3rd Shifts as followed:

| Female Housing | Female Segregation |
|---|---|
| Monday | Monday |

| A-Pod | | B-Pod | | C-Pod | |
|---|---|---|---|---|---|
| Monday | A-1 | Monday | B-1 | Monday | C-1 |
| Tuesday | A-2 | Tuesday | B-2 | Tuesday | C-2 |
| Wednesday | A-3 | Wednesday | B-3 | Wednesday | C-3 |
| Thursday | A-4 | Thursday | B-4 | Thursday | C-4 |
| MEDICAL ||||||
| Daily basis (on 3rd shift) ||||||

| SEG/SMU E-1 | SEG/SMU E-2 |
|---|---|
| Friday | Friday |

**FACILITY CLEAN-UP**
**DAILY CLEANING SCHEDULE**

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors Hallways, Intake, Medical Area and Visitation | Green Solutions Neutral disinfectant Cleaner, Glass Cleaner, Green Solutions neutral Disinfectant floor cleaner, | Sweep and damp mop. Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | BioRenewables Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Green Solutions Disinfectant Cleaner, Clean By Peroxy | Clean surfaces with cloth, scrubbing pad or brush. |
| Stainless Steel (Showers, Sinks) | Green Solutions Disinfectant Cleaner | Wipe down surfaces with cloth |
| Trash Receptacles | Green Solutions Disinfectant Cleaner | Empty daily (taken to trash receptacle cleaning station on a weekly basis) |
| Furniture, Vending Machines and other Equipment | Green Solutions Disinfectant Cleaner | Dust all horizontal surfaces with cloth, then wipe with cloth |

Confidential
GEO_MEN 00001507

## HOUSING UNIT CLEANING SCHEDULE
## ASSIGNED HOUSEKEEPERS
## AND HOUSING UNIT TRUSTEE

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | After every meal (more often if needed) | Tribase Multi Purpose Cleaner | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Green Solutions Disinfectant Cleaner/BioRenewables Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Green Solutions Neutral Disinfectant Cleaner/BioRenewables Glass Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Cleaned with Spic-n-Span Weekly | Green Solutions Neutral Disinfectant Cleaner | Empty After every meal and washed out weekly or as needed when it becomes soiled. |
| Furniture | Once per shift | Green Solutions Neutral Disinfectant Cleaner | Spray Cleaner and wipe down surfaces with cloth |
| Equipment | Each Shift | Green Solutions Neutral Disinfectant Cleaner | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift | Green Solutions Neutral Disinfectant Cleaner/Clean By Peroxy | Wipe down surfaces with cloth |
| Mattresses/Pillows | Upon transfer (or movement) of detainees | Green Solutions Neutral Disinfectant Cleaner | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a Month | Green Solutions Neutral Disinfectant Cleaner | Wipe down surfaces with cloth. Use Shop Vacuum to clean vents. (Done by Maintenance Trustee). |

## KITCHEN CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | Bleach | Polish with High Shine Monday through Thursday |
| Pots and Pans | After every use | SparClean Pot & Pan Detergent | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Lime/away by Spartan | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Tribase Multi purpose cleaner | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Green Solutions Neutral disinfectant Cleaner | Seep and mop. Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Green Solutions Neutral disinfectant Cleaner Stainless steel cleaner | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Green Solutions Neutral disinfectant Cleaner | Sweep floor and wipe down the racks |
| Kettles | After every use | SparClean pot & Pan Detergent | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Green Solutions Neutral disinfectant Cleaner/Clean by Peroxy | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | Green Solutions Neutral disinfectant Cleaner | Inside – weekly with degreaser; outside daily with high shine. |

The Maintenance program will prolong the useful life of all facility property through predetermined, scheduled inspections. This inspection program will be conducted on a continuing basis to test and service institutional property and equipment. Any equipment or property beyond serviceable life will be disposed of through property disposal procedures.

Work orders for defects revealed by Staff will be submitted to the Facility Maintenance Supervisor.

Warden J. Choate                          Fire Safety Manager D. Mccoy

Effective August 20, 2013

Page 5 of 5


| | Aurora Detention Center POLICY and PROCEDURE MANUAL | REVISED ON: 08/18/14 |
|---|---|---|
| ICE APPROVAL: | 12.1.4-AUR | SUPERSEDES: 5/06/13 |
| | CHAPTER: Sanitation<br>TITLE: Sanitation Procedures<br>RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | APPROVED BY: |

## I. POLICY

To provide detainees and staff with a clean living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of staff members and each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the ES/FSM, the Chief of Security, and the head of the department involved. The house keeping plan will be reviewed annually.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other areas, walls and windows, toilet and shower facilities, and equipment.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Warehouse Officer. Detention Officers are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Housing Unit Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

### C. Housing Unit Sanitation

At 6:00 a.m. each day, the following items will be issued:

Page 1 of 4




**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**
**12.1.4-AUR**

CHAPTER: Sanitation
TITLE: Sanitation Procedures

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Housing Unit Officers will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Cleaning Chemicals will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

D. **Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down horizontal surfaces.

E. **Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. The Facility Clean-up Crew will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

F. **Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Chief of Security.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to

Confidential

GEO_MEN 00001511




| | Aurora Detention Center<br>POLICY AND PROCEDURE MANUAL<br>12.1.4-AUR<br>CHAPTER: Sanitation<br>TITLE: Sanitation Procedures | |

the Shift Supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will complete a charging packet and/or incident report as is appropriate.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be documented.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file. All Safety Committee Members will inspect the facility on a quarterly basis.

The Tri-county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Administrator will keep a record of those inspections.

G. **Water Supply**

The facility's potable water source and supply, owned and operated by the Aurora Water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

H. **Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, walls, doors and other equipment in the facility will be the responsibility of the Maintenance Department.

I. **Blood or other body fluid**

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the Exposure Control Plan. The reporting staff member will notify the on duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces. Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a Bio-Hazard waste receptacle in the medical unit. Shift Supervisor will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an water soluble bag and outer yellow contaminated linen bag. Staff assigned to deliver the contaminated linen to the laundry will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Confidential



| Aurora Detention Center |
|---|
| POLICY AND PROCEDURE MANUAL |
| 12.1.4-AUR |
| CHAPTER: Sanitation |
| TITLE: Sanitation Procedures |



Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.

Confidential                                    GEO_MEN 00001513