GEO

The GEO Group, inc.

# AURORA ICE PROCESSING CENTER

# DETAINEE HANDBOOK LOCAL SUPPLEMENT

Revised October 2013

Number: ____________

PL000029

Pl. Ex. 4

PL000030

ICE Detainee Handbook

## TABLE OF CONTENTS

A. Introduction/Mission/Purpose 2
B. Facility Address, Telephone Number, and Directions 2
C. Rights and Responsibilities 3

SECTION 1 – INITIAL ADMISSION

A. Detainee Phone Calls – Booking 4
B. Booking 4
C. Classification 4
D. Housing and Uniforms 4
E. Aurora Detention Center - ID 4
F. Property you may Take to the Dorm 5
G. Personal Property Storage 5
H. Money/Property Release 5
I. Release of Funds 5
J. Filling Claims 5
K. Property Left Upon Discharge/Transfer 5
L. Items Left for Detainees 5
M. Return of your Money 6
N. Money Transactions 6
O. Orientation Video 6
P. Pro Bono Immigration Law Video 6
Q. Detainee Work Program (Voluntary) 6
R. Detainee Dress Code 6

SECTION 2 – ACCESS TO COURT, ICE AND LAW LIBRARY

A. Immigration Law Library Material 6
B. Hours of Access 7
C. Replacing Damaged Materials 7
D. Supervision 7
E. Updating Legal Materials 7
F. Request for Additional Legal Materials 7
G. Photocopying of Legal Documents 7
H. Illiterate and Non-English Speaking Detainees 7
I. Detainee Retention of Personal Legal Materials 7
J. Law Library Access for Segregation/SMU 7
K. Attorney Visitation 8
L. Requests to Immigration and Courts 8
M. Legal Communication 8
N. Retaliation Prohibited 8
O. Notary Public 8
P. Envelopes and Stamps for Legal Documents 8

SECTION 3 – CORRESPONDENCE (MAIL), VISITATION, AND TELEPHONE ACCESS

A. Correspondence (Mail) 8
B. Special Correspondence 8
C. Indigent detainees 8
D. Incoming Mail 9
E. Non – Legal Mail 9
F. Legal Mail 9
G. Change of Address 9
H. Limitations on Publication 9
I. Outgoing Mail 9
J. Visitation 9
K. Contact Visitation 10
L. Telephone Access 11
M. Unused Phone Time 12

SECTION 4 – DETAINEE SERVICES

A. Recreation 12
B. Television 12
C. Smoking Policy 13
D. Education 13
E. Food Service 12
F. Religious Diets 13
G. Health Care 13
H. Sick Call 13
I. Staff Assistance 14
J. Health Assessment 14
K. Medical Requests 14
L. Personal Medication 14
M. Eye Care 13
N. Facility Prescribed Medication 13
O. Refusing Medical Treatment 14
P. Communicable Disease Guidelines 15
Q. Medical Diets 15
R. Barbering Services 15
S. Laundry Service 14
T. Religious Services 15
U. Detainee Library Services 16
V. Commissary 16
W. Marriage Request 16

SECTION 5 – SANITATION

A. Personal Hygiene 16
B. Living Area/Bed Assignments 16
C. Housing Unit Sanitation 17
D. Day Space 17

SECTION 6 – GRIEVANCE PROCEDURES

A. Filing a Grievance 17

PL000031

**SECTION 7 – DETAINEE & STAFF SAFETY & SECURITY**

A. Personal Safety 18
B. Attempted Escapes 18
C. Commission of a Crime 18
D. Destruction of Property 18
E. Official Counts 19
F. Contraband 19
G. Authorized Items 19
H. Prison Rape Elimination Video 19
I. Sexual Assault 19
J. Report all Assaults 19
K. Definitions of Sexual Assault Detainee on Detainee 20
L. Definitions of Sexual Assault Staff on Detainee 20
M. Prohibited Acts 20
N. Detention as a Safe Environment 20
O. Avoiding Sexual Assault 20
P. The Emotional Consequences of Sexual Assault 21

**SECTION 8 – DISCIPLINARY PROCEDURE/PROHIBITED ACTS**

A. Investigation 21
B. Unit Disciplinary Committee (UDC) 21
C. Institutional Disciplinary Panel (IDP) 22
D. Staff Representation 22
E. Postponement of Disciplinary Proceedings 22
F. Duration of Punishment 22
G. Documents 23
H. Confidential Information 23
I. Disciplinary Severity Scale & Prohibited Acts 23
J. Appeal Procedures 26
K. Administrative Segregation Order 26

## INTRODUCTION/MISSION

The Aurora Detention Center is a private detention facility operating under a contract with the United States Immigration and Customs Enforcement (I.C.E). the mission of this facility is to provide a safe, clean, and sanitary environment for detainees waiting processing of their administrative hearings and the staff who work here.

This supplement, with rules and regulations contained herein, is adopted and enacted by the Aurora Detention Center Administration pursuant to written guidelines, laws, rules and regulations. Please read it carefully. If you have any questions concerning any aspect of this handbook, please contact a staff member for clarification.

The purpose of this supplement is to explain the specific rules, regulations, policies and procedures that must be followed by detainees while in custody at this facility. The supplement will also help provide you with a general overview of the programs, rules, regulations, and services of the facility. You will be held accountable for your actions while in custody at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this supplement.

A copy of this supplement will be issued to each detainee upon intake, and certain sections are posted on the bulletin boards in each housing unit. All detainees are required to acknowledge, by signature, receipt of this supplement.

The information contained in this supplement applies to all detainees and is intended to ensure your safety and the safety of staff, decent living conditions, fair treatment, and the protection of your rights. It is the policy of this facility that no individual be discriminated against because of age, sex, sexual orientation, race, color, creed, religion, physical challenges (handicap), National origin or political beliefs.

The detention staff is charged with the responsibility of maintaining your safety and security, to provide an appropriate professional response to your needs and to maintain the safe and orderly running of the facility. The staff/detainee relationship is very important to everyone's well being, and each detainee has an important role in maintaining and improving this relationship.

**FACILITY ADDRESS, TELEPHONE NUMBER & DIRECTIONS**

**AURORA DETENTION CENTER**
**3130 N. OAKLAND STREET**
**AURORA, COLORADO 80010-1525**
**303-361-6612 or 303-739-8700**

**ICE/ERO**
**3130 N. OAKLAND STREET**
**AURORA, COLORADO 80010-1525**

**DIRECTIONS:**

The Aurora Detention Center is located 1.1 miles south of I-70 and 1.4 miles north of Colfax Avenue.

Exit I-70 onto Peoria Street, south, go approximately 1.1 miles to East 30th Avenue, turn right (west) on 30th Avenue and proceed approximately 1 block. Turn right onto North Oakland Street. The facility will be on the right side of the street. Parking for visitors (i.e. family or friends) is available on 30th Avenue or N. Oakland Avenue.

If traveling north on Peoria Street, go to East 30th Avenue, turn left (west), and go approximately 1 block. The distance from Colfax and Peoria streets is approximately 1.4 miles.

It is imperative that you notify your family, friends or anyone who might visit, provide you money or want to leave a telephone number message, of your name and A-number. GEO staff is not responsible for any form of miscommunication resulting from an incomplete detainee's name or inaccurate A-number. GEO staff cannot provide you're A# over the telephone to those that request it.

PL000032

**RIGHTS AND RESPONSIBILITIES**

You have the right to expect that as a human being all personnel will treat you respectfully, impartially, fairly, and humanely.

You have the right to participate in educational classes, vocational training, and work as far as resources are available and in keeping with your interests, needs, custody status, physical and mental health condition and abilities.

You have the responsibility to take advantage of activities that may help you live a successful and law-abiding life here in this facility, as well as when you return to the community. You will be expected to follow the regulations governing these activities.

You have the right to be informed of the rules, regulations, procedures and schedules of the facility that affect you.

You have a responsibility to know and abide by the rules, regulations, procedures and schedules of the facility.

You have the responsibility to treat others, both employees and detainees, in the same manner.

You have the right to freedom of religious affiliations and voluntary religious worship.

You have the responsibility to recognize and respect the voluntary rights of others in this regard.

You have the right to health care which includes nutritious meals, proper bedding and clothing, a laundry schedule for clean bedding and clothing, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles, and medical and dental treatment.

You have the responsibility to not waste food, follow laundry and shower schedules, maintain neat and clean living quarters, keep your area free of contraband, and seek medical and dental care as you need it.

You have the right to unrestricted and confidential access to courts by correspondence.

You have the responsibility to present honestly and fairly your petitions, questions, and problems to the courts.

You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.

It is your responsibility to obtain and use services of an attorney honestly and fairly.

You have the privilege to have family and friends visit with you in keeping with the facility rules and regulations.

It is your responsibility to conduct yourself properly during visits, not to accept or pass contraband, and not violate federal, state or local laws or the policies of the Aurora Detention Center.

You have the right to reading material for educational purposes and for your own enjoyment.

It is your responsibility to seek out and use materials for your benefit, without depriving others of the same benefit.

You have the right to use the law library reference materials to help you resolve legal problems. You also have the right to receive help when it is available through a legal assistance program.

It is your responsibility to use these resources according to the prescribed procedures and schedules, and to respect the rights of others to use the materials.

You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.

You have the responsibility to seek methods of payments for your bond.

You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.

You have the responsibility to prepare and submit the proper form accurately.

You have the right to receive as correspondence any material reasonably necessary to present your legal claim.

You have the responsibility to request from the Library Officer all special mailing envelopes.

You have the responsibility to prepare all special mailing envelopes accurately and keeping all tracking numbers and receipts.

You have the responsibility to inform persons dropping off legal material for use in your legal claim of procedures and hours.

You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure you waive the right to a hearing.

It is your responsibility to inform an Immigration Officer that you request voluntary departure.

You have the privilege of communication. You can communicate with the consulate or diplomatic officers of the country of your nationality in the United States.

You shall not be harassed, disciplined, punished, or otherwise retaliated against for filing a complaint or grievance.

## SECTION I - INITIAL ADMISSION

### PHONE CALLS DURING BOOKING

Upon your arrival at the facility, while in intake, you will be issued a pin # card and will receive a free 3 minute phone call. You will have 72 hours in which to use the free 3 minutes. When you speak with family, friends and attorneys please advise them of your 'A' number and location (Aurora) as this will make it easier for them to locate you.

### BOOKING

You are required to answer questions designed to identify individual characteristics and to aid the facility staff in your proper classification into the institution during the booking process. In addition, you will be photographed. Other information pertaining to you may also be gathered during the booking process.

You will be screened for medical problems. It is important that you answer all questions truthfully and accurately.

During the screening process, you may sign a "Consent to Refuse Medical Treatment," as you have the right to refuse medical treatment at any time.

You will be informed of the procedure to follow in order to obtain subsequent medical attention. If you have a medical problem and do not know what the procedure is, ask a detention officer or other staff member.

### CLASSIFICATION

**Classification Information**

Staff shall use the most reliable, objective information during the classification process. "Objective" information refers to facts, i.e., current offense, past offenses, escapes, institutional disciplinary history, violent episodes/incidents, medical information or a history of victimization, etc.

**Classification Levels and Housing Assignments**

You will be housed according to your classification level.

**Classification Levels**

a. Low Custody – may include detainees with minor criminal records and nonviolent felonies

b. Medium Custody – includes detainees with criminal records violent felonies

c. High Custody – includes detainees with serious offense history, escape history, pattern of assaults and/or serious institutional disciplinary convictions

**Reclassification**

You may be reclassified any time and the classification level re-determined. The first re-assessment is completed 60 to 90 days after the date of the initial assessment. Subsequent reclassification assessments shall be completed at 90-120 day intervals. A special reassessment is completed within 24 hours before a detainee leaves disciplinary segregation and at any other time when additional relevant information becomes known. The officer assigned to classification will respond to requests for reclassification within 72 hours. A Kite for reclassification consideration needs to be addressed to the Classification Officer.

Any detainee may be reclassified to High if the behavior and threat to the facility, other detainees, and personnel is articulated.

Detainees classified at Medium who exhibit acceptable institutional behavior may be reviewed and reclassified to Low. (Detainee must be in custody for a minimum of 60 days before reclassification.)

**Classification Appeal**

All new arrivals classified as level two or three may appeal their classification decision through the detainee grievance system. All such appeals will be directed to, investigated, and reconsidered by Classification.

### HOUSING AND UNIFORMS

You will be placed in living quarters based upon your present classification. Female detainees will be detained in a housing unit separate from males.

Housing units for females are dormitory style which provides separate areas for sleeping, activities, restrooms, and showers. Housing units for males are cells that house four or eight detainees with a sink and toilet inside each cell. A separate area for showering and activities is available in each unit.

Following the booking process, you will be issued clothing consisting of 2 uniforms, 5 pair of undergarments, 1 gym shirt, 1 pair of shorts, 1 pair of shower shoes, tennis shoes, two sheets, 1 pillow case, 1 blanket, 1 towel, 1 toothbrush, toothpaste, soap, hand lotion, comb, and headphones for the televisions. Long sleeve shirts will be provided from October to April.

Female detainees will be provided 3 bras, and necessary feminine hygiene items in addition to the above. It is your responsibility to wear the uniform as directed by staff, which includes wearing a Wristband.

The classification process determines the appropriate level of custody for each detainee. Once this is established, staff can issue the detainee clothing and wristband in the appropriate color for his or her classification period.

Dark Red - High Custody
Bright Orange - Medium Custody
Dark Blue - Low Custody

PL000034

## AURORA DETENTION CENTER - ID

All detainees will be issued a facility Identification Wristband. "The wristband must remain on his or her wrist until removed by an officer, and that disregarding this requirement could lead to disciplinary action" Your Identification Wristband provides you access to certain services, i.e., commissary, library, medical services. *If you lose, damage or destroy your Identification Wristband it is your responsibility to contact a housing unit officer and notify them that you need a replacement.* You may be required to pay for the replacement of your Identification Wristband.

## PROPERTY YOU MAY TAKE TO THE HOUSING UNIT

The following is a list of property that you may take into the housing unit:

- Legal documents and papers, including property receipts
- Family pictures (not to exceed 10) measuring 5"x7" or smaller
- 1 pair of prescription glasses – regular (no sunglasses)
- Dentures – upper, lower or both plates
- Personal address book or pages
- Wedding band – plain, no stones
- Religious and secular reading material (softbound)
- Small religious item, i.e. religious medallion
- Materials authorized in writing by the Chief of Security

## PERSONAL PROPERTY STORAGE

To protect the property of all detainees, you are not permitted access to your stored personal property except when your requests have been approved by the Intake Officer to obtain legal paper work only. You may have access to pictures, cards, papers, or other items approved by staff out of your wallet or purse, during the admission process, while in the Intake area; however, once you sign surrendering your property to the property section, you lose this option.

No alcoholic beverages, tobacco products or perishable food items will be stored or permitted in this facility. For safety reasons, matches, cigarette lighters, tobacco products and other disposable safety hazards will not be stored in this facility. Such items will be disposed of after you are placed into the facility population.

All detainee requests for property must be pre-approved by ICE. The ICE pre-approved clothing requests may be brought to the facility for detainees but the combined total weight of what you already have in intake property storage and what is being brought/sent in cannot exceed 40 lbs. The 40 lbs. is the maximum amount of weight a detainee can have of property and clothing. All property must fit in the 14"x 14" x 19" size property box or equivalent size suit case but nothing larger. The property being dropped off for detainees should be clothing only. No valuables allowed, i.e. no jewelry, computers, cell phones, etc. We encourage family and friends to bring the property already boxed up, but not sealed, so it can be inspected and inventoried before it's accepted, although clothing may be mailed in as well. Detainee visitors may bring authorized property on Sunday, Monday, Tuesday and Thursday's from 09:00 a.m. to 7:00 p.m. All property must have prior approval from ICE and the front lobby officer must have the authorization via kite before accepting any property. This is a one-time request only.

## MONEY/PROPERTY RELEASE

You may release all of your property, including your keys and/or money to someone in the community that you designate in writing. To release your property, a Property Release Form must be filled out and signed by you. A Property Release Form may be obtained upon request from the housing unit officer assigned to your housing unit.

The person receiving your property must provide the following information. If the person does not have the following information, your property will not be released to them. **It is your responsibility to advise the party picking up your property that this information is required.**

- Name
- Address
- Date of Birth
- Official/Valid Picture ID or verifiable identification

## RELEASE OF FUNDS FOR OUTSIDE PURCHASES, FEES, AND OTHER SERVICES

Detainees will use a Property Release Form in conjunction with a Detainee Request Form to request detainee withdrawals from their account. The detainee accounts clerk or designee will review the request for proper approval and completeness also verifying the detainee name and A number issued. The release form must be signed by the detainee and the housing unit officer.

## PROPERTY LEFT UPON DISCHARGE/TRANSFER

You are required to either take your property with you or make prior arrangements for transfer or disposal of it when you discharge from this facility.

If you leave property, a written notice will be sent certified mail to the last known address you provided, notifying you that your property has been considered abandoned and that you have 30 days to make arrangements to contact Immigration and Customs Enforcement to claim your property. If there is no claim, the property will be vested in the U.S. Government and Immigration and Customs Enforcement shall direct its disposal.

## ITEMS LEFT FOR DETAINEES

The only items that may be brought to the facility for you are:

- ICE pre-approved clothing request (40 lbs. total) only in the event of deportation
- Money for detainees will only be accepted Monday-Friday from 1:30-2:30 p.m.
- Legal documents may be left for detainees, staff will inspect the documents for contraband but will not read the documents.

Money that is received at this facility will be credited to your account. If someone leaves money for you at the facility, a receipt will be written and a copy given to you. No personal checks will be accepted at the facility.

Deposits on your account must be in the form of U.S. currency, Postal or Western Union money orders, cashier's checks, or checks payable to you from a local, State or Federal agency.

## RETURN OF YOUR MONEY

Upon discharge or transfer from this facility, all money remaining on your account will be returned to you.

NOTE: If the facility is unable to return your property to you due to loss, theft, or misplacement, and for which you have a legitimate property receipt, the facility staff will reimburse you for the missing personal property, money and/or valuables. In the event this situation occurs, you must fill out a Property Claim Form and provide a copy of your receipt(s) with the form.

## PROCEDURES FOR FILING A CLAIM FOR LOST OR DAMAGED PROPERTY

If property is missing or damaged a Property Claim Form or I-387 will be provided to the detainee and will be thoroughly investigated. A detainee being transferred, released, or removed from the country with a property claim shall be allowed to initiate the claim before leaving the facility. The facility administrator shall forward the result of the claim to the claimant's forwarding address (provided upon admission or in conjunction with the claim).

## MONEY TRANSACTIONS

There will be no financial transaction between detainees unless approved by the Warden. You must be a verified relative or spouse in order to be considered for a transfer of money between detainees. If you meet the criteria, you must submit a written request to the Warden that provides sufficient information (reason for the request and supporting information).

You are not allowed to have any money in your possession while in the facility i.e. cash, coins, checks or money orders.

## ORIENTATION VIDEO

The facility will show you an orientation video in the intake area during your initial processing.

## PRO BONO IMMIGRATION LAW VIDEO

You will be shown a legal video provided by the American Immigration Lawyers Association during your initial processing. In addition, you may request these immigration law materials anytime in the future, by using the packet request form available to you in the housing unit or Law Library. The list of detainees who will view the Pro Bono presentation is compiled by the court. If you want to be placed on the list, submit a detainee request to the Programs Coordinator.

A list of Pro Bono legal services is located on the bulletin board and the Talton Communication poster in the housing unit.

## DETAINEE WORK PROGRAM (VOLUNTARY)

The center utilizes detainees to perform such functions as painting, food services, laundry services, barbershop and sanitation.

All work is done on a voluntary basis, except that work which is customarily required for cleaning your living area.

The Classification Officer selects and assigns workers to job vacancies. Your classification level, criminal history, escape history and medical status will be used to determine if you are eligible to work and if eligible, the type of work assignment for which you are eligible.

You may be removed from a work detail for such causes as:

- Disruptive behavior, threats to security, etc.
- Unsatisfactory job performance
- Infraction of a facility rule, regulation or policy, leading to removal from a work detail as a sanction imposed by a disciplinary proceeding, through the Institutional Disciplinary Panel (IDP) or Unit Disciplinary Committee (UDC)
- Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition.
- You may be removed from a work detail to prevent future injuries.

You will receive an orientation to your job assignment by your job supervisor. You will be asked to sign a statement that you have received the orientation and that you understand the job requirements. If you refuse to sign the statement, you will be removed from the job assignment.

If you are injured on your job assignment, you are to immediately report the injury to your detail supervisor.

Depending on the jobs, you are required to wear the proper uniform and/or safety related equipment as told to you by your supervisor.

## DETAINEE DRESS CODE

You are required to have your full uniform on whenever you are outside your housing unit when going to court, visitation, and church services etc, except to recreation at which time a t-shirt and shorts will be allowed. When you are inside the housing unit, you are also required to put on your t-shirt, pants or shorts and shoes in the dayroom area.

## SECTION II

## ACCESS TO COURT AND LAW LIBRARY

## IMMIGRATION LAW LIBRARY MATERIAL

The law library is available for detainee use. If you would like to go to the law library fill out a detainee request form (kite).

In addition to the computers, detainee handbooks, law dictionaries, legal research guides and writing materials are also available. The computers are for legal work only.

PL000036

**LOCATION AND HOURS OF ACCESS**

The law library is located in the North West hall way of the facility.

The facility law library can be accessed Monday – Friday from 7:30am – 10 pm with the exception of count times and religious services. This will enable all detainees regardless of housing or classification to utilize the law library on a regular basis. When feasible and where resources permit, you shall be provided with meaningful access to the law library, legal materials and related materials on a regular schedule with no less than 5 hours per week.

You will not be required to lose your recreation time in order to use the law library.

**REPLACING DAMAGED MATERIALS**

A list of law library holdings is posted in the library. The Law Library Officer is responsible for the law library and will inspect the law library documents at least weekly for missing or damaged materials. You are encouraged to report missing or damaged materials. Damaged or missing materials will be promptly ordered and replaced.

**SUPERVISION**

The library staff will monitor your use of legal materials to prevent misuse, damage or destroying of legal materials and/or equipment. You are not permitted to mutilate or destroy legal materials, equipment or to remove legal material or supplies from the law library.

**UPDATING LEGAL MATERIALS**

This facility provides detainees with access to law materials using LexisNexis, a web-based research database that provides up-to-date access to legal materials in electronic format.

This facility subscribes to a law library updating service. Out-of-date materials will be disposed of when replaced by new material. Immigration and Customs Enforcement will add information on significant statutory and regulatory changes regarding detention and deportation of aliens in a timely manner, and will provide initial copies to the facility.

**REQUEST FOR ADDITIONAL LEGAL MATERIALS**

If you require additional legal material(s) not available in the facility, you need to make a request in writing to the Program Coordinator. Requests for copies of court decisions will normally be available within three (3) business days. If you are making unnecessary requests for material not contained in the law library, the Administration will consult with Immigration and Customs Enforcement staff to determine appropriate action.

**PHOTOCOPYING OF LEGAL DOCUMENTS**

You can obtain photocopies of legal materials when such copies are reasonable and necessary for a legal proceeding. You need to request these copies using a "kite" and state the number of copies you need.

- The number of copies made of documents to be filed with a particular court, combined by the number required for Immigration and Customs Enforcement records and at least one copy for your personal use will determine the number of photocopies required.

**ILLITERATE AND NON-ENGLISH SPEAKING DETAINEES**

Unrepresented illiterate and non-English speaking detainees who wish to pursue a legal claim related to their immigration proceedings or their detention will be provided with access to a set of English language law books and Language Line Service for limited English proficient detainees. Assistance will be provided as follows:

- Detainees will be assisted in the use of the law library and the drafting of legal documents from other detainees who have appropriate language and reading/writing abilities.
- Assistance in contacting *pro bono* legal-assistance organizations from the Immigration and Customs Enforcement provided list. *The Pro Bono list is posted on the bulletin boards in all housing units.*

**DETAINEE RETENTION OF PERSONAL LEGAL MATERIALS**

Detainees are permitted to retain all legal materials in both general population and Segregation/SMU provided such material does not create a safety, security or sanitation hazard. Detainees with excess legal material will be required to place such material in personal property storage. If you wish to access the excess legal material, you must provide a request to the Chief of Security for the specific material you need to access. Your request will be answered within 24 hours after the request is made, during designated hours, unless documented security concerns preclude action within this time frame.

Detainees are allowed to utilize an electronic storage device provided by the library to save their legal documents. It will be kept in a locked cabinet in the library and they are not allowed in the housing unit, but will be transferred to a disk given to the detainee upon his or her departure from facility. At no time should information be saved on the library hard drive of the computers. On a daily basis, all computers are checked and cleared of any information not authorized at the closing of the library. No [illegible] devices will [illegible] in the lobby and detainees are not allowed to have personal thumb drives [illegible] in their possession or brought in or mailed in.

**LAW LIBRARY ACCESS FOR SEGREGATION/SPECIAL MANAGEMENT UNIT**

Law library access for detainees housed in SEG/SMU is provided as follows:

- SMU - Detainees housed in Administrative Segregation have the same law library access as the general population, consistent with security. Detainees segregated for protection may be required to use the law library separately from other detainees, or where feasible, have legal material brought to them. The level of law library supervision provided will be based on an individual's behavior, attitude, custody level, separation needs or other security concerns.
- Disciplinary Segregation - Detainees housed in disciplinary segregation will be afforded the same legal access as the general population, unless security concerns require limitations. Access will be provided upon request. Violent and/or uncooperative detainees will be temporarily denied access to the law library to maintain security, until such time as their behavior and attitude warrants resumed

PL000037

access. In some circumstances, where feasible, legal material may be brought to individuals in disciplinary segregation.

## ATTORNEY VISITATION

Legal assistants may meet with you during legal visitation hours provided that they produce a letter of authorization from the legal representative under whose supervision they are working. The letter must state that the named legal assistant is working on behalf of the supervising legal representative. Pre-approved interpreters may accompany legal representatives and legal assistants on visits.

Legal materials (limited to hard copy documents, no electronic media) may be provided to you during a legal visit. Staff will inspect the material for contraband, but will not read the material.

Legal visits authorized hours are from 8am to 9 pm, seven days per week.

## REQUESTS FOR INFORMATION FROM IMMIGRATION AND CUSTOMS ENFORCEMENT OR THE COURT

If you wish to contact Immigration and Customs Enforcement or court, you will need to submit a completed Detainee Request Form (kite) to request a service or information from the Immigration and Customs Enforcement. Each kite requires your name, "A" number, housing unit, the date and your signature. Print clearly on the Kite and submit one Kite for each request. Questions about Court or for Immigration and Customs Enforcement should be addressed to Immigration and Customs Enforcement, and/or Court, whichever is applicable, on the Kite. Place the kite in the mailbox labeled "ICE".

## LEGAL COMMUNICATION

Mail service, attorney visitation and telephone calls are the primary means of access to legal representation and the courts. Interpretive services for essential communication to GEO, ICE and Courts will be provided upon request by submitting a Detainee Request Form (Kite).

Legal documents will be accepted seven days a week during the hours of 1pm and 5pm.

## RETALIATION PROHIBITED

You have the right to present to the Court any legal issue regarding your immigration proceedings, basis for your detention, or the conditions of your confinement.

You will not be subjected to reprisals or penalties because of a decision to seek judicial relief on any matter, including the legality of your confinement; the legality of conditions or treatment while under detention or an issue relating to your immigration proceedings; or an allegation that the government is denying you rights protected by law.

## NOTARY PUBLIC

A notary public is on-site for your assistance. If you need a document notarized, submit a Detainee Request Form (kite) to your housing unit officer. There is no charge for this service. Documents to be notarized are limited to commercial or household related matters only. The facility has several notary publics in the facility who are available to assist you.

## ENVELOPES AND STAMPS FOR LEGAL DOCUMENTS

If you are indigent, you may request envelopes from the officer assigned to your housing unit. You may request stamps by submitting a Detainee Request Form (kite), along with the addressed, sealed envelopes to the Library/Mail Officer.

## SECTION III

## CORRESPONDENCE (MAIL), VISITATION, TELEPHONE ACCESSCORRESPONDENCE (MAIL)

Mail can be sent to you at this address:

You're Name
You're A Number
Aurora Detention Center
3130 N. Oakland Street Aurora, Colorado 80010

Advise your correspondents to also address any special delivery, FedEx, UPS packets in this manner. If not, there is a possibility that the mail could be returned due to a lack of a sufficient address or detainee information.

## SPECIAL CORRESPONDENCE

Special correspondence is defined as correspondence sent to or received from private attorneys and legal representatives, government attorneys, judges, courts, embassies and consulates, the President and Vice President of the U.S., members of the U.S. Congress, the U.S. Department of Justice (including the Immigration and Customs Enforcement and the Office of the Inspector General), the U.S. Public Health Service, administrators of grievance systems, and representatives of the news media. Correspondence will be treated as special only: if the sender-for incoming correspondence or the addressee - for outgoing correspondence - the title and office are CLEARLY identified on the envelope and the correspondence is labeled "Special". It is your responsibility to inform senders of special mail of this LABELING REQUIREMENT.

Packages may not be sent or received without advance arrangement approved by the Warden or designee. You must submit a Detainee Request Form (kite) for approval to the Chief of Security.

Postage stamps may be purchased through the commissary.

If you need writing implements, paper and/or envelopes, you may request these materials from the officer assigned to your housing unit.

PL000038

**INDIGENT DETAINEES**

If you are indigent ($15.00 or less consistently on your account for a period of seven (7) days or more), you will be permitted to mail the following:

1. An unlimited amount of special correspondence or legal mail within reason.
2. Three (3) pieces for general correspondence upon request

Indigent postage in all cases is generally limited to letters of one ounce or less, but exceptions may be made for special correspondence and may be made in compelling circumstances for general correspondence and other mail. You must submit a "kite" with the correspondence you are sending.

**INCOMING MAIL**

**NON- LEGAL MAIL**

All incoming mail will be opened, inspected and/or read for contraband, if necessary, in your presence by staff. Non-legal mail will be read when the facility personnel have reason to believe that said mail might present a threat to the facility's secure or orderly operation, endanger the recipient or the public or might facilitate criminal activity, such as containing information related to an escape attempt or other illegal activity. If, for any reason, your correspondence is withheld, you shall be informed in writing of the reason such action has been necessary. Incoming mail will be distributed on the day it is delivered by the postal service. Packages will be inventoried and inspected within 48 hours of delivery.

**LEGAL MAIL**

Incoming legal mail and special correspondence will be opened and inspected for contraband in your presence by staff unless waived in writing; however, legal mail shall not be read or withheld from you. This is inclusive of letters from the courts, counsel, officials of the confining authority, other government officials, and administrators of grievance systems and members of the Parole Authority. ***It is your responsibility to advise the senders, if they are your legal representatives or potential representatives, to clearly mark their mail as "Special or legal" mail on the envelope.***

**CHANGE OF ADDRESS**

It is your responsibility to notify the postal service of your change of address should you be transferred or released. In most instances, mail received after you leave, will be returned to sender.

**LIMITATIONS ON POSSESSION OF PUBLICATIONS**

You are limited to the following number of items in your possession at any one time from the leisure library:

a. Three (3) books – hard/soft cover
b. Two (2) magazines
c. One Bible, Koran, or similar religious publications
d. Other items approved by the Warden or designee

It is your responsibility to have excess material placed into your property storage. Excess items, with the exception of legal papers and personal correspondence, will be confiscated as contraband and will be disposed of as the Warden deems appropriate. Legal papers and personal correspondence will be placed in your locker for safe storage.

Subscriptions to publications, magazines and catalogs are not allowed. The facility subscribes to certain magazines that are available to you in the leisure library. Books must be requested in advance via a "Request to Receive a Package or Property" form. The title(s) of the book(s) must appear on the "Request" form. Books must come directly from the publisher or an authorized bookstore / outlet.

**OUTGOING MAIL**

All outgoing mail must be placed into ENVELOPES, SEALED, with the proper postage affixed, and placed in the designated mailboxes. All mail picked up by 9:00 a.m. will be sent out the same day. If for any reason your outgoing mail is not sent, you will be informed and the reason why it was not sent will be provided to you. There is no limit on the number of letters you may send out.

All outgoing mail must have a return address with your name, your's number and the complete address of the facility clearly written on the envelope.

Outgoing general correspondence and other mail may be restricted for [illegible] a. [illegible] the addressee is not otherwise [illegible] b. [illegible] there is evidence the item might present a threat to the facility's secure or orderly operation, endanger the recipient or the public, or facilitate criminal activity.

**VISITATION**

Visits are 60 minutes in length and done by unit. Visitors must have valid and verifiable identification – a government issued photo identification card. A responsible adult must accompany anyone under 18 years of age.

**Visiting is as follows:**

**Legal/Religious visits - authorized hours are from 8am to 9pm, seven days per week. (Both shall provide proof of endorsement by the appropriate certifying body)**

| | Monday Lunes | Tuesday Martes | Wednesday Miércoles | Thursday Miércoles | Friday Viernes | Saturday Sábado | Sunday Domingo |
|---|---|---|---|---|---|---|---|
| A Units | None | 0700-1300 | None | None | 0700-1300 | 0700-1300 | None |
| B1&2 Units | 0700-1300 | None | None | 0700-1300 | None | None | 0700-1300 |
| B3&4 Units | None | 1500-2100 | None | 1500-2100 | None | None | 1500-2100 |
| D Unit | 1500-1800 | None | 1500-1800 | None | None | 1800-2200 | None |
| SHU | None | None | 0700-0900 | None | 1330-1530 | 1330-1530 | None |

PL000039

**A detainee can only have one social visit per day, for example if a detainee has a visit in the early evening, he/she cannot have another visit, later in the evening on that same visiting day.**

## VISITING BETWEEN DETAINEES

All visits between persons detained must have prior approval of both the Warden and the Immigration and Customs Enforcement staff. You must submit a "Kite" to the Immigration and Customs Enforcement staff, requesting visitation and provide supporting documentation of your relationship with the person for which the visiting has been requested. Immigration and Customs Enforcement will confer with the Warden and you will be advised of the decision in a reasonable period of time.

## VISITING RESTRICTIONS

- All social visits are Non-contact visits.
- If your visitors appear to be under the influence of alcohol/drugs, the Shift Supervisor will be notified and the visit will be terminated.
- A maximum of 2 visitors at a time (small children not included).
- All visitors are subject to search.
- Visitors are not allowed to pass or attempt to pass any item to you.
- Children must be under control at all times.
- Visitors are not allowed to chew gum in the facility.
- Visitors are not allowed to carry any items into the visiting area.
- If contraband is found on your visitors, such as drugs, alcohol, weapons, they will be subject to prosecution under CRS-18-8-201 and 18-8-204.
- The Chief of Security must approve additional visitation time.

## VISITING RULES

It is your responsibility to advise your visitors to follow the visiting rules and all posted laws, rules, and regulations when they come to visit you. It is also your responsibility to follow all of the visiting rules and regulations.

Female Visitors Age 12 and Older

- Shorts shall cover customarily covered areas of the anatomy, including the buttocks and crotch area, when standing and/or sitting. Shorts no higher than mid-thigh comply. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Skirts and dresses shall extend to mid-thigh, seated.
- Slits in skirts and dresses shall rise no higher than mid-thigh, seated.
- Sheer (see-through) clothing is prohibited.
- The top of clothing shall be no lower than the underarm in front and back, bare midriffs and strapless tops, tube, and swimsuits are prohibited.
- Shoes shall be worn at all times.
- Gang "colors" and other gang displays are prohibited.

Male Visitors Age 12 and Older

- Shorts shall cover customarily covered areas of the anatomy, including the buttocks, and crotch area when standing and/or sitting. Shorts no higher than mid-thigh comply. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Shirts shall be worn at all times. Muscle shirts, bare midriff shirts and sleeveless shirts are prohibited.
- Shoes shall be worn at all times.
- Gang "colors" and other gang displays are prohibited.

## CONTACT VISITS

All requests for contact visits are to be submitted in writing via detainee request form. A contact visit is defined as a 30 minute visit between a detainee and any visitor, including infants and children, where limited physical contact is allowed. Limited contact may include a brief embrace at the beginning, and upon completion of the visit.

## CONDUCT DURING VISITATION

a. All conduct by both detainees and visitors shall be quiet and orderly.
b. Detainees and visitors shall remain in an upright position.
c. Detainees will be seated across from all adult visitors without physically touching their adult visitors, but may hold their own children.

The following conduct shall be prohibited:

- Exposure of genitals or breasts;
- Lying on the floor or ground, upon seats or tables or under tables or attempting to conceal the visitor and/or detainee from staff;
- Touching any genital area, breast or buttocks, under or over clothing;
- Use of profanity, making loud noises, disturbing other detainees or visitors, creating a mess or otherwise being a nuisance in the visitation area;

Abuse of these privileges will not be tolerated and immediate suspension of a visit may occur for prolonged hugging and kissing, French kissing, or excessive displays of affection that disrupt the visiting environment. The exposing of, or physical contact with, the clothed or unclothed sexual body parts of a detainee or a visitor will result in an immediate suspension of the visit and may result in denial of future visitation privileges.

Any disorderly conduct, which includes using hostile, vulgar, or profane language, unruly behavior, engaging in activities that disrupt or disturb others, creating loud noises, creating unsanitary conditions and which disrupts the orderly operation of the visiting room or offends others, is not permitted.

Any attempt to circumvent the regulations outlined in policy statement may result in temporary or permanent suspension of visiting privileges or other administrative or legal remedy by the Warden.

Upon completion of the visit, the detainee shall clean the area adequately.

Detainees will not be allowed to exchange any property with any of the visitors. Exchange of property may result in suspension or termination of family visits.

PL000040

Detainees are not permitted to take any personal items into the contact visitation room other than issued identification card. Legal paperwork is permitted for contact visitation with legal representatives.

Detainees needing to utilize the restroom during a visit will be escorted to the adjacent restroom with a pat-search being conducted prior to and after the movement.

## DETAINEE TELEPHONE ACCESS

Calls to "800," "888," "900," and any other toll free numbers are not authorized and will not be made. The authorized "877" prefix is the one for contacting the Consulate office and the "800" prefix DJS's OIG hotline #1-800-323-8603, or a 1-800 number that is verified by staff, in advance of the call as legal, is acceptable.

Any 1-800 number that is legal and verified as legal is acceptable.

No three way calling is allowed.

Your access to telephones will be suspended at count times, in the event of an emergency, and when it is determined by staff to be necessary to protect the good running order and security of the facility. Telephone use time is limited to up to 20 minutes per call in order to provide telephone availability for all residents. During times of high use by housing unit residents, this rule will be enforced.

When you receive your pin number for the phone you must set up your voice recognition. To do that you must do the following: State your name and GEO Aurora ICE clearly – Example: *John Doe at GEO* you will be prompted several times to repeat this statement. You must use the same words and tone when setting up your voice and at any time you desire to make a call.

## HEARING OR SPEECH IMPAIRED TELEPHONE

A portable phone for the hearing or speech impaired that complies with the American Disabilities Act is available for use if needed. Complete a Detainee Request Form (kite) if you require this service and send it to the Program Coordinator.

## PRE-PAID PHONE TIME

Phones are available in all living areas and Intake. These phones can be used for personal calls. You must not interfere with another detainee's telephone privilege.

Pre-paid phone time may be ordered via #118 on the housing unit phones.

The phone time may be used to make national and international long distance calls in addition to being used for all local calls.

The cost of the phone time will be deducted from your personal account. Local and international phone call rates are posted in your living area.

Phone time cannot be turned in for money. When you leave the facility you will take your "Talton" pin card with you.

Detainees are personally responsible for maintaining their pin card in their locker.

Phone time may be purchased based on funds available – minimum purchase is $5.00. Upon arrival, you will be given the opportunity to request phone time. Phone time (based on your funds) is applied to your account on the first business day following your arrival. Phone time is not posted on weekends or holidays. You may request same day phone time up to 3:45 p.m. Monday thru Friday excluding holidays. Any time requested after 3:45 p.m. on Friday will be applied on the following business day.

You cannot use personal phone cards – only facility purchased time may be used.

Your family and friends can leave you a voicemail by dialing (877) 516-0112 this will cost the person leaving the message $1.00 for each voicemail.

Your family and friends can deposit funds on your phone account from the internet visit: www.Talton.net

## USING THE HOUSING UNIT PHONES

Collect Calls: You need to dial (1) for English or (2) for Spanish directions followed by a (0), then the area code and phone number of the person you wish to contact. Once the number has been dialed, a voice prompt will ask for your name.

Pre-Paid Card: For instructions in English press (1) for instructions in Spanish press (2). After pushing (1) or (2) follow the voice prompted instructions.

## INCOMING CALLS

Staff will take and deliver telephone messages to you as promptly as possible. If an emergency call is received for you, the caller's name will be taken and delivered to you as soon as possible. You will be permitted to return the emergency call as soon as reasonably possible within the constraints of security and safety. If you are indigent, staff will assist you in returning the call.

*It is your responsibility to handle your telephone calls in a responsible manner.* If it is determined that you are abusing this privilege, for example, having someone call in false legal calls in order to circumvent regulations and this is discovered by staff, disciplinary action may be taken against you.

## DIRECT OR FREE CALLS

The telephone service generally available to detainees at this facility is limited to pre-paid time and collects calls. The facility shall provide detainees with the ability to make direct calls in the following circumstances:

- To consular officials.
- Emergency calls and other types of calls where a detainee can demonstrate a compelling need to make a direct call, such as a family emergency.
- To the local immigration courts and the Board of Immigration Appeals.
- To Federal and State courts where the detainee is or may become involved in a legal proceeding.
- To a government office, to obtain documents relevant to his/her immigration case.

PL000041

- Office of the Inspector General of the U.S. Dept. of Homeland Security at 1-800-323-8603
- Legal representatives to obtain legal representation or for consultation when subjected to expedited removal.
- UN High Commissioner for Refugees (UNHCR) 1-888-272-1913

Detainees shall be provided with the ability to make direct or free calls to the following:

1. Consulado de Mexico Denver
2. Pro Bono Denver
3. Metro Volunteer Lawyers
4. Catholic Immigration Services
5. Justice Information Center
6. A Welcome Place (Utah only)
7. Wyoming Legal Services (Wyoming only)

Providing access to a telephone that permits calls at no expense to you

UNUSED PHONE TIME

Upon departing the facility, you may have unused monies that you have placed on the detainee phone system. TALTON Communications is the company that Immigration and Customs Enforcement (ICE) has contracted with to provide service for the detainee population here. This company is separate and distinct from The GEO Group, and as such we have no control over their policies in this matter. TALTON will not consider a refund of phone monies until you have departed the facility (release or removal). Upon departure you must call TALTON at (866) 348-6231 and provide them with all requested information. Should the balance of your phone monies be less than $50.00 dollars, you will then be provided a prepaid phone card in the amount owed. This prepaid phone card will be issued by TALTON in the form of a pin# that you can use wherever you are located (provided you are not incarcerated). Should the balance of your phone monies be $50.00 dollars or more, then TALTON will send you your unused monies to the address you provide. The only exception to this would be if a credit card was used to purchase phone time, then the refund of phone time would be credited directly to the credit card used. Any further inquiries can be directed to TALTON through the phone system by dialing 211#.

SECTION IV DETAINEE SERVICES

The Aurora Detention Center provides various services to the detainees that are designed to take care of basic health, religious and social needs. You will be expected to cooperate with the staff during such times that you take advantage of these services.

RECREATION

You will be afforded at least four (4) hours a day, seven (7) days a week when housed in General Population. Recreation shall begin after morning count at 07:00 until 21:30 pm. Times are subject to change based on facility needs. You will be afforded the opportunity for recreation in the indoor/outdoor recreation areas, which is adjacent to each housing unit.

A schedule of recreation activities shall be arranged to coincide with normal center operations. Recreational activities in the housing units are limited to television viewing, card and board games, reading, puzzles, self-directed activities such as drawing, limited exercise and occasionally, an event such as bingo for the housing unit residents by the recreation staff.

Rules governing recreation are as follows:

- Your housing unit will announce recreation.
- Tennis shoes, shorts, and t-shirt must be worn.
- You will conduct yourself in an orderly fashion during recreation.
- No food or drink is permitted in the recreational areas.
-

Detainees in Special Management Unit(SMU) for administrative or disciplinary reasons shall be offered at least two (2) hours of recreation or exercise opportunities per day, seven days a week.

TELEVISION

Detainees shall be provided a FM wireless radio and headset, and batteries for television viewing. If you request a replacement radio, headphone or batteries you will be charged for it and the batteries can be purchased through commissary. Indigent detainees will be handled on a case-by-case basis.

If you've gotten batteries from the housing officer you will have to exchange the old batteries for the new batteries with the housing unit officer. Exchanges are on a one-for-one basis and you must turn in the same amount of batteries that you are receiving. The maximum amount that can be exchanged at any time is two (2).

Television viewing hours will begin while breakfast is served. However clean up after breakfast must meet the satisfactory level of the officer to have the televisions turned on.

Detainees will be allowed to select the television programs they wish to watch. The housing unit officer will supervise this activity to insure that it is fairly operated and not abused. Abusive use will result in the housing unit officer taking action to discontinue TV viewing for a period of time.

Televisions may be turned off by any staff member in conjunction with the Lieutenant at any time if the detainees in the housing unit are uncooperative with regular operations which must occur in the housing unit, i.e., sanitation and maintenance work and/or if housing unit residents become disorderly, violate security, etc., or if staff determine the need to protect the orderly and safe operation of the housing unit/facility. The television will be turned on once cooperation and order is restored.

The televisions will be turned off at 11:00 p.m. Sunday through Thursday and 12:00 a.m. Friday and Saturday. Headphones are provided to you to hear the televisions and must be turned into your housing officer upon your release.

All activities in the housing unit will cease when the televisions are turned off for the night. Detainees will clear the dayrooms and will go to bed. Detainees will not be permitted to sit in the dayroom or to walk around in the dayrooms once the televisions are turned off, thus allowing other residents the opportunity to sleep without distractions.

Detainees are not authorized television controls in any manner.

PL000042

Detainee in Administrative Segregation, not Disciplinary Segregation, will be offered television. If a detainee is housed in Medical, a medical clearance must be given from the medical department first. However, a detainee must have good cell sanitation to be eligible for television viewing in the medical dayroom. There are no food and drinks allowed in the medical dayroom while watching television.

SMOKING

This is a non-smoking facility. Tobacco products of any kind are prohibited within the facility.

EDUCATION

If you are interested in sobriety programs or educational programs while you are here, contact the Program Coordinator to discuss your interest and see if you are eligible.

FOOD SERVICE

The center provides three (3) nutritionally balanced meals per day. All meals are prepared in a clean and sanitary manner, and the kitchen is operated under guidelines set down by the Health Department and is periodically inspected by local health department officials. The use of food, i.e. withholding of, or variation from the standard menu, as a disciplinary measure or reward is prohibited. Special diets as required for medical reasons or adherence to religious dietary law are provided by the Food Service Department. You will be issued an appropriate eating utensil(s) and napkin. Meal times and menus are posted on the bulletin board in your housing unit.

- All menus are screened and approved by a registered dietitian to ensure a balanced diet that provides the proper nutritional value for all meals served.
- If you require a special diet for medical reasons, it will be implemented upon the written notification from the medical department to the kitchen supervisor.
- You are not permitted to barter with food handlers for special or additional food.
- Conduct during meals will be orderly and courteous at all times. There will be no loud talking or disruptive behavior. *Stand back from the food carts to allow food to be served to all detainees without interference. Interference will not be tolerated at any time.*
- You will not store open containers of food in your housing unit. Open food containers are not allowed due to safety and sanitary reasons. Food ordered from the Commissary in closed containers may be stored. Food served during meal service will not be stored in abundance in your living/bed area due to sanitation and health hazards.
- Refusal or bartering of a special diet (religious/medical) will result in a review of the diet request and possible discontinuation of diet.
- When receiving your meals you will be required to have on a minimum of shorts, t-shirts, shower shoes.
- Detainees that are assigned to the food service department shall have a neat and clean appearance
- Upon leaving the kitchen after you have completed your shift, you will be searched before going into your housing unit.
- All detainees working in food service areas shall use hair nets. Persons with hair that cannot be adequately covered up with a hair nets shall be prohibited from food services operations. Beard guards are also available.
- Detainees will receive a medical exam (from the medical department) before entering the kitchen to work.

Meal times are as follows:

Breakfast at approx. 05:30 am
Lunch at approx. 10:30 am
Dinner at approx. 5:00 pm

RELIGIOUS DIETS

GEO facilities provide a pork-free menu which accommodates most religious dietary requirements. A non-flesh (vegetarian) diet may be provided for those who are uncomfortable with or prohibited from eating from the main menu.

Procedures are in place to reasonably accommodate detainees who have special religious dietary requirements. When a detainee's religion requires special food services, either daily or during particular periods of religious fasting, praying or holiday celebration; reasonable accommodations will be made to provide meals not religiously prohibited. If you require a religious diet, you must submit an "Authorization for Common Fare Participation" to the Programs Coordinator requesting the diet. No food items can be substituted from the "Common Fare" menu if you are enrolled.

The Chaplain or his designee may remove a detainee from the diet at the request of the detainee or at the request of the medical department due to medical reasons consistent with maintaining safety or security operational procedures. Detainees who are removed by their personal request from the diet may NOT immediately re-enter the diet process.

The Chaplain or his designee may recommend withdrawal approval for a detainee's religious diet if the detainee is documented as being in violation of the terms of the religious diet program. If a detainee misses three consecutive common fare meals, the Chaplain or his designee shall recommend in writing that the detainee be removed from the program.

HEALTH CARE

The facility maintains qualified, licensed medical professionals to attend to health problems.

REQUESTS

If you have a medical problem, you must fill out a Medical Request Form, which may be obtained from a Detention Officer. The request will be screened and scheduled for assessment by the appropriate health professional. Medical requests shall be placed by the detainee in the boxes labeled "Medical Requests/Grievances" that are in the respective housing unit and Segregation/SMU.

When there is an urgent medical request and a delay in medical care will result in a serious medical condition, you should alert a detention officer or speak with a nurse during medication rounds.

Filling out a kite instead of a Medical Request Form may cause a delay in being assessed for a particular medical problem.

**SICK CALL**

Sick call is conducted 7 days per week by a licensed nurse. If a particular medical problem falls outside of the scope of practice for either a registered nurse or a licensed practical nurse, you will be referred to a medical doctor, physician's assistant or nurse practitioner according to the schedule of the practitioners.

Should you require emergency medical attention, you will be taken to the nearest facility providing emergency services.

**STAFF ASSISTANCE**

If you cannot read or write, a facility staff member may assist you or you may have another detainee help you complete the medical request. Another detainee may not submit a request on your behalf.

**HEALTH ASSESSMENT**

You will receive a comprehensive health assessment including a physical exam, dental and mental health screening within the first 14 days of detention and annually. Routine dental treatment may be provided to detainees who have remained in the facility for six months consecutively. TB screening is performed for the safety and well-being of detainees as well as GEO staff. You will receive a screening for Tuberculosis upon arrival regardless of your records or status at a previous facility.

**MEDICAL REQUESTS FOR MEDICAL OR DENTAL ATTENTION**

All requests for routine medical or dental attention must be submitted in writing to the medical department on a medical request form. You must be fully dressed and show your identification when you talk to the nurse, during housing unit medication pass, or are going to the medical department for treatment.

**PERSONAL MEDICATION**

All medications that are brought into the facility are to be surrendered to Medical staff for disposition for the time you are here. Please ensure that you retrieve your personal medication before leaving.

**EYE CARE**

Family members may bring in prescription eyeglasses with approval of the Health Services Administrator if this is deemed necessary. Optometry referrals will be made if your visual acuity (after an eye exam) is worse than 20/50 in the best eye. Prescription eyeglasses are not available for detainees who have been detained less than one year. After one year, an eye exam will be provided and prescription glasses will be made available if justified by an eye exam. Generic reading glasses may be offered in the case of eye strain after consultation with the Health Services Administrator.

**FACILITY PRESCRIBED MEDICATION**

Medications will be administered as frequently as ordered by a health professional. When the nurses come into the housing unit to dispense medications, it is your responsibility to remain at *least 3 feet from the medical cart* until the nurse calls you to receive your medication. The nurse must have an order to give medication and only in the doses and times the doctor has ordered. Medication rounds are performed twice a day 7 days per week. In order to receive prescription medications you must be present yourself during Medication Rounds with your identification and be fully dressed. You are responsible for ensuring that you receive your medication as it is not the responsibility of the nursing staff to locate you to take your medication. Touching or crowding the cart, taking medication or other items from the cart, being loud, aggressive, or hindering the nurse in any way is prohibited. You are responsible to report to the nurse to receive your medication. Your name will not be called. The nurse will not come back after leaving your housing unit. You are responsible to be ready to receive your medications. No Aspirin, Tylenol or Motrin will be administered at Medication Rounds unless prescribed by a doctor or dentist. However, these items are available for purchase from the commissary.

You will be asked to review and sign a contract of responsibility for "Keep on Person" medication (as prescribed) and medical devices and/or equipment. You will be asked to sign this document which also includes a waiver. You will be expected to abide by written instructions and rules associated with "Keep on Person" articles by securing them inside your personal bin under your bed. At no point in time are these articles to be lent to or borrowed out to another detainee.

**REFUSING MEDICAL TREATMENT**

You may refuse routine medical treatment, but will be administered treatment in the event of a life-threatening emergency. Do not submit a Medical Request unless you have a need for medical care. Should you refuse medical treatment after submitting a Medical Request Form, you will report sign a refusal with a medical professional witnessing your refusal. Should you refuse to be seen by a physician, you will report to the medical department to sign a refusal with medical professional witnessing your refusal. You cannot refuse the 14-day Health Assessment.

If you do not report to the medication cart, you will be reported as a no show. You will be taken to the doctor's appointment to sign a refusal in the doctor's presence.

The medical department will not approve the following:

- Non-medical diets (i.e. vegetarian diets)
- Extra bedding or mattresses (unless medically related)
- Extra or personal clothing
- Protein or herbal supplements
- Any medication not ordered by the Medical Director

**COMMUNICABLE DISEASE GUIDELINES**

In order to prevent the spread of communicable diseases, you need to follow basic sanitation rules and guidelines. Do not share eating utensils with other detainees. Do not share razors or towels. Throw used tissues in the trash. Do not spit in the sink, trashcans or on the floor.

Cover all coughs and sneezes with a tissue. Wash your hands with soap and warm water each time after you use the bathroom. Avoid contact with other detainee's body fluids. Do not use needles or allow another detainee to tattoo or pierce you with anything, at any time. Do not

share combs, toothbrushes, or food with other detainees. Wear your shower shoes while taking a shower.

MEDICAL DIETS

Medical diets are prescribed only by Medical Staff and only addressed specific needs such as diabetes, low salt, low fat, and certain medically proven allergies. Medical will not order a specific food for you or restrict something that you don't like. Medical staff will not prescribe a vegetarian diet or any diet required by religious beliefs. These requests should be addressed to the Programs Coordinator.

BARBERING SERVICES

The hours for the barbershop vary, depending on staff and barber availability. Only approved detainees provide haircuts. A schedule will be posted in the housing units to inform you when your unit is scheduled for haircuts. The detainee cutting hair is not allowed to charge any fee, take commissary, phone cards or anything else of value in exchange for a haircut. The detainees cutting hair are only allowed to give regular haircuts; no fades or specialized haircuts.

Hair cutting restrictions are:

The removal or treatment of blackheads, carbuncles, infected hairs, or any sores or lesions is prohibited.

The pulling of hair from ears, eyebrows, and moustaches is prohibited.

No barbers will serve any detainee when the skin of the detainee's face, neck, or scalp is inflamed, scaling, contains pus, or is erupted, unless service of such detainee is performed in accordance with the specific authorization of the Health Services Administrator.
No person will be served when infested with head lice.

LAUNDRY SERVICE

Mondays and Thursdays:

- Uniform exchange - Units A, D, Segregation and Medical
- Undergarment exchange* – Unit B

Tuesdays and Fridays:

- Uniform exchange – Unit B
- Undergarment exchange* – Units A, D, Segregation and Medical

Wednesdays:

- Linen exchange – Units A, D, Segregation and Medical

Thursdays:

- Linen exchange – Unit B

Blanket exchange

Blankets will be exchanged once per month on a one-for-one basis

All mesh bags need to be placed near the officer station no later than 0600. Medical and Segregation officers will insure the respective bags are ready for pick-up

All exchanges will be on a one-for-one basis

All items will be washed, dried and the identical number of items returned to the housing unit.

You are not permitted to wash clothing, bedding, linens, tennis shoes or other items in the living units and you are not permitted to hang any laundry on the walls, beds, or other areas. You will be held accountable for clothing and bedding supplies issued to you. You are not authorized to alter, in any manner, the clothing you receive.

RELIGIOUS SERVICES AND SPIRITUAL COUNSELING

You have the right to freedom of religious affiliation and you will have the opportunity to practice your religious faith in a manner that is deemed essential by your faith, consistent with the safety, security and the orderly operation of the facility. Attendance at all religious activities is voluntary and open to all. You will be expected to recognize and respect the rights of others. Opportunities for religious activities are open to the entire population, without regard to race, color, nationality, or creed.

Qualified volunteers offer Catholic and Protestant Services along with non-denominational services on a weekly basis. These volunteers may also provide counseling services, provided there are available volunteers. Services may be provided to detainees who are in the SMU/Segregation Unit on an individual basis.

Worship services are conducted on a regular basis. Bibles, religious items and literature are available from the Programs Coordinator or designee upon request. If you have a question concerning your religious activities, contact the Programs Coordinator.

The observance of religious holy days is respected. The Programs Coordinator will work with you to accommodate a proper observance of important religious holy days. You must submit a written request to the Program Coordinator if you wish to participate in a religious holy day observance.

You may be allowed to wear or use personal religious items during religious services, ceremonies, or meetings in the multipurpose room, unless the Warden or Programs Coordinator determines that the wearing or use of such items would threaten facility security, safety or good order. Items of religious wearing includes, but is not limited to:

- Prayer shawls and robes;
- Kurda or ribbon shirts;
- Medals and pendants;
- Beads and various types of head wear

DETAINEE LIBRARY SERVICES

General library reading materials will be made available Monday through Friday, 7:30am – 10:00 pm with the exception of court times and religious services.

PL000045

Leisure library books will be available in each housing unit in the multipurpose room.

You must submit a request (kite) to go to the library. You may have in your possession a maximum of three (3) books (hard or soft cover) and (2) magazine (other than those issued by Religious/Educational Programs). When you are leaving the facility, you must return any books and magazines belonging to the library to the housing unit officer.

COMMISSARY

You may order commissary throughout the week utilizing the kiosk. You may add to or subtract from your order during the week however the kiosk will be locked on Thursdays at 12:00 noon to finalize your purchase. Orders will be delivered weekly, usually on Fridays. Maximum purchase will be $100.00 not including clothing and headphones. Prices are subject to change without notice as commissary costs increase. If you don't have enough money for the entire order you placed, the commissary department will fill your order based on how much money you have in your account to cover your order. Commissary items MUST fit in your locker. You must present your identification and be fully dressed to receive your order.

If you accept your order and leave the delivery area without checking it, items shorted will not be filled. It is your responsibility to check your order prior to leaving the delivery area.

If you are working, in visitation, court, or medical and the housing unit officer is able to verify that, your order will be left with the Lieutenant in a secure area and upon your return your order will be given to you and a signed receipt will be given to the officer.

MARRIAGE REQUESTS

The following guidelines will be used if you request permission to marry while in the custody of the Immigration and Customs Enforcement. The Immigration and Customs Enforcement will either grant or deny your permission to marry. The Warden will be advised of your request and of the decision of the Immigration and Customs Enforcement.

If permission is granted, you must make all arrangements for the marriage, which includes taking a blood test (if applicable), obtaining a marriage license, paying for all costs associated with the marriage and retaining an official to perform the marriage. GEO staff or the Immigration and Customs Enforcement will not participate in making marriage arrangements. Staff will accommodate arrangements made consistent with the safe, secure and orderly operation of the facility. The Warden reserves the right of final approval concerning the day, time, place and manner of all arrangements.
Only those persons necessary to perform the ceremony will be permitted to attend. Guests will not ordinarily be permitted to attend. Minors under the age of 17 and under will not be permitted to attend unless directly related – i.e., your immediate family. A detainee will not be allowed to leave the facility for the purpose of making marriage arrangements. The detainee or person(s) acting on his/her behalf shall bear all expenses relating to the marriage. Marriage ceremonies will be private, with no media publicity.

SECTION V SANITATION

The center will maintain the highest sanitation standards at all times in all locations without exception. There will be an organized, supervised and continuous program of daily cleaning by all detainees to maintain those standards.

PERSONAL HYGIENE

You are required to keep your body clean and free from offensive odors, lice or other parasites, and you are required to be dressed in a complete uniform during normal working hours when in the dayroom area or outside the housing unit. I.e., shirt, pants.

Personal hygiene items will be exchanged every other Monday. In order to receive a new bottle of lotion and/or shampoo you must exchange your empty bottles. Supplementary items are available for purchase from the commissary.

If you do not have money, you will be issued necessary items for the purpose of personal hygiene, but only the needed items in minimum quantities necessary will be provided.

You will have the opportunity to take at least one (1) shower daily. You are highly encouraged to shower and brush your teeth daily.

If you think you may be infested with "crabs" or other parasites, notify a medical staff person who will take immediate steps for delousing.

Disposable razors will be issued on a daily basis normally around 7:30 am, and only on day shift. If a detainee requests to shave, he or she will sign up on the razor issue form. Detainees will have one hour to use the razor and return it to the officer. Detainees reporting to work in the kitchen on the morning shift are also afforded the opportunity to shave before reporting to work.

If you will be attending a court hearing, you will be afforded the opportunity to shave before appearing.

Fingernail clippers are available for purchase through the commissary.

Flush the toilets after each use. Urinate and defecate in the toilets, not the floors or wall. Toilet paper may be obtained from detention staff.

You must wear shoes or shower shoes except when in your bunk. If you have peeling skin or cracks on your feet, you should notify Medical.

LIVING AREA/BED ASSIGNMENT

You are required to keep your personal living area clean and sanitary. This includes your bunk and immediate floor area around and under your bunk, locker, and any personal items.

Cleaning supplies will be provided, usually at specific times, as needed by the detention officer.

Housing units and all common areas must be kept clean and should be ready for inspection at any time.

You are required to keep all books, hygiene items and personal items in the storage unit provided.

If you have excessive personal items in your bed area including under your mattress, you will be afforded, during shakedowns, the opportunity to place these items in your personal property or to dispose of the items. The Officers assigned to the housing unit along with the Shift

Supervisor will decide what items are excessive. If personal items are confiscated a receipt will be issued to you.

<u>You are required to make your bunk in a neat and orderly manner by 0730.</u> This means that the bottom and sides will be tucked under the mattress. The sides and ends will not hang down over the edge of the bed.

You may sleep <u>on</u> your bunk after it is made in the morning, not under the covers/sheets. You may request a second blanket and sleep under the second blanket on the top of your made bed, not under the sheets until after the afternoon count has been completed. When you get up from your nap, you need to neatly fold your blanket and place it on your bed. Your bed is to be made when you are not occupying it.

Your towel needs to be neatly folded and hung on the hook and you may neatly hang your laundry bag over the hook as well.

You are authorized one mattress and one pillow. Excess pillows and mattresses will be removed from your bed.

Blankets, sheets or towels are not to be used as rugs, drapes, pillows, or tenting for purposes of concealment at any time.

Pictures, articles of any kind, or any other items may not be placed on the walls or other fixtures of this facility. This includes graffiti and other drawings or markings on any surface area, for example, the walls, your bed and bed area, bulletin boards, televisions, doors etc.

You will be assigned a bed and a storage unit for the storage of your personal property. <u>*Do not move to another bed unless staff has authorized you to move.*</u> You should also use your storage unit to store all of your personal property, including your commissary. Do not allow other detainees to have access to your personal property. If you do, you increase the probability that your personal items may be stolen. *It is your responsibility to take care of your personal items.*

## <u>HOUSING UNIT SANITATION</u>

Each and every detainee must participate in the facility's sanitation program. A list of detainees is developed each day by staff and is posted daily for viewing. During a general cleanup all detainees must participate. The assigned Housing Unit Officer will be responsible for assuring this general cleanup is done on a regular basis.

## <u>DAY SPACE</u>

Day rooms are open spaces in the housing units that are utilized for watching television, playing board games, dominos or cards, as well as for socializing among detainees. Tables with chairs are provided for your use in the dayroom.

All detainees in a housing unit are required to keep clean and sanitary all commonly accessible areas of the housing unit, including walls, floors, windows, window ledges, showers, sinks, toilets, tables, and chairs.

Detainees will take turns cleaning the area. If a detainee feels that everyone is not doing their fair share, the detainee should inform the housing unit officer of the problem. Action will be taken to resolve this problem.

The day room area will be kept clean at all times. Should an officer notice that the area is not clean, the officer will make available necessary cleaning supplies. If the detainees in the housing unit do not clean the area after being instructed to do so, the televisions will be turned off, and the detainees will not be permitted to participate in any activities/programs until the housing unit is cleaned. Continued refusal to clean the area will result in further disciplinary action.

Walls will be kept free of newspapers, clothing, cups, bowls, and other objects.

Bulletin boards contain information beneficial to you and are not to be defaced in any manner. Posted material is to remain on the boards until staff removes the item(s).

## <u>SECTION VI</u> <u>GRIEVANCE PROCEDURES</u>

A Grievance is a complaint about the substance or application of any written policy, regulation or rule of Aurora Detention Center or the lack of application of a policy, regulation or rule, or a complaint about any behavior or action directed toward any detainee by staff or another detainee, or a violation of civil rights. You have a responsibility to use the program in good faith and in an honest and straightforward manner.

### <u>FILING A GRIEVANCE</u>

If you have a grievance, you should first try to <u>informally resolve</u> it by bringing it to the attention of a detention officer, shift supervisor or staff member in charge of the area with which you have a problem. Each grievance filed must contain only one subject, or a group of closely related issues, under one subject. If your grievance contains more than one subject, contains vulgar language, or is submitted as a group grievance, the Grievance Coordinator will reject it without review. Grievances that are medically related must be placed into the mailbox labeled "Medical Requests/Grievances" and all other grievances must be placed into the mailbox labeled "Grievances".

You may obtain a Grievance form from your housing unit officer. You must fill out the form, sign and date it, and explain as best you can what the problem or complaint is and what relief is sought. You may obtain assistance of facility staff or another detainee in preparing your grievance. Another detainee may assist you with your grievance if you are illiterate or unable to communicate in English without charge or obligation of any kind. Another detainee cannot submit a grievance for you or any other detainee.

Grievances that are of an <u>EMERGENCY</u> nature will be responded to on an immediate basis in an effort to prevent problems that may arise due to delay. You must directly submit your grievance to a staff member for it to be treated as an emergency. The staff member will immediately contact the Shift Supervisor. If the Shift Supervisor concurs the grievance represents an emergency, he/she will submit a report to the Warden describing the problem and its resolution. Emergency grievances not resolved at the Shift Supervisor's level will be sent to the Grievance Coordinator for resolution during normal business hours.

If the emergency is medical in nature, the grievance will be submitted to the Health Services Administrator. This grievance will be reviewed within twenty-four hours of receipt. If a Shift Supervisor received the complaint during the absence of the Health Services Administrator, he/she will be contacted and advised of the complaint. The Health Services Administrator will advise the Shift Supervisor and the medical staff on the procedures to resolve the complaint.

PL000047

If the Warden determines that your grievance is not an emergency, you will be contacted and advised of the non-emergency determination of the complaint and the complaint will be rejected as an emergency.

Detainees shall place completed grievances in the locked "Grievance Drop Box" located in each housing unit. The grievance may be placed in an envelope prior to being placed in the locked Grievance Box.

Each day (excluding weekends and holidays) all grievances will be collected from the grievance drop boxes.

If your written grievance is accepted, it will be forwarded to a department head or management level employee by the Grievance Coordinator to provide review and resolution of your grievance. For example, the Food Service Manager would be assigned to provide [illegible] a grievance in the food service area. This information will be forwarded to the Warden for final review and approval. A written response to your grievance will be given to you within 5 working days excluding weekends and holidays. If you are illiterate or non-English speaking attempts will be made to translate the findings into your language.

The detainee may appeal the Department Head's decision to the Grievance Appeal Board (GAB) designee within five working days. The GAB may call witnesses, inspect evidence or otherwise gather facts essential to an impartial decision. The Board will offer the detainee the opportunity, if determined by the Board that additional information or clarification is required, to appear before the Committee to present his/her case, answer questions and respond to conflicting evidence or testimony. Within five days of reaching a decision, the GAB will provide the detainee with its response to the grievance, in writing. The written response will state the decision and the reason for it.

A final appeal may be filed to the Warden. The form will then be forwarded to the Warden. The Warden will respond to the appeal within five (5) working days for final resolution of the grievance.

Any detainee dissatisfied with facility response may file a grievance appeal and communicate directly with ICE/ERO.

No harassment, punishment or disciplinary action will result simply because you are seeking resolution of a complaint.

Detainees may file a complaint about ICE officer misconduct directly with the U.S. Department of Justice by calling 1-800-323-8603 or by writing to:
DHS OIG Hotline
245 Murray Drive SE
Building 410
Washington, DC 20538

**SECTION VII SECURITY AND SAFETY – DETAINEES AND STAFF**

**PERSONAL SAFETY**

You will be protected from personal abuse, corporal punishment, unnecessary or excessive use of force, and the right of freedom from discrimination based on sexual orientation or political beliefs, personal injury, disease, and damage to your property and harassment to the fullest extent possible.

You are responsible for your own behavior at all times and are to be courteous and respectful toward the facility staff. You are expected to treat staff, community volunteers and other detainees with respect at all times. Harassing, rude or demeaning behavior and profanity toward staff or others will not be tolerated. You shall address all staff members by either their rank, title, or as "Mister", "Miss", or "Officer."

If you have a problem such as conflicts with other detainees, personal problems (family) or questions about this facility operation, ask your housing unit officer for assistance. If you feel that you should be moved from your current housing unit for your safety, notify an officer immediately.

Identification Wristbands will be worn at all times. Removal, loss, or damage of your Identification Wristbands may result in the loss of privileges. If you lose and/or destroy your Identification Wristbands, submit a Detainee Request Form. You may be charged a replacement cost.

Do not block exits/doors with beds, chairs, lockers or other [illegible] that could interfere with emergency exit routes.

When you are called for release you will come out of your living area with all of your clothing, Identification and Wristband, bedding, library books and all of your personal belongings. Handbooks and Detainee Handbooks will be given to your housing unit officer when you leave the unit prior to leaving the unit.
The detention staff will make announcements for meals, recreation, visitation, clothing exchange and medication pass. You are responsible for being prepared to leave the housing unit when the doors are opened. Depending on the activities, you will be moved to various areas of the facility for court, medical appointments, visits and other functions. You are expected to walk in a quiet and orderly manner. Running inside the facility is prohibited, unless you're in the recreation yard. You are subject to a search of your person and your property. Normally you will not be allowed to take anything with you during your movement to and from most activities. You will be allowed to take necessary legal material with you when escorted to legal visits and court.

If you are housed in the SMU/Segregation Unit for any reason, you will normally be moved to the law library and other areas of the facility with your hands handcuffed behind you.

"Horseplay" or other such activities is prohibited at all times. Detainee Workers are not allowed to wear radio headsets or other devices that affect their ability to hear when working due to safety reasons.

**ATTEMPTED ESCAPES**

Any attempt to escape from this facility will result in serious disciplinary consequences. Attempted escape may significantly affect your legal standing and status and you may be subject to criminal prosecution.

**COMMISSION OF A CRIME**

Crimes committed by a detainee that violate local, State or Federal law, will be investigated and referred to the proper legal authority for action.

## DESTRUCTION OF PROPERTY

If you are found guilty of destroying facility property, you may be charged for both replacing the item damaged or destroyed and the cost of reinstallation as well.

## COUNTS

Official counts are conducted at 6:30 a.m., 2:00 p.m., 10:00 p.m., 1:00 a.m.. You are required to be on your bed, sit/lay on your bed and remain stationary whenever a count procedure is taking place. You are also required to stand next to your bed for the 2:00 p.m. face to picture stand up count. You are to stay on your bed until directed by staff to restore movement. You are prohibited from interfering with the officer making the count. During count, all televisions, radios, and telephones will be turned off. All foot traffic will cease – detainees will not use the showers, toilets, urinals, or sinks, while count is in progress.

## CONTRABAND

Contraband is any item or material that is not approved by the facility for possession, not sold in the commissary or not issued by staff. Some examples of contraband are:

- Unauthorized drugs
- Medication distributed by the medical staff not authorized for retention or prescribed for another detainee.
- Chemical intoxicants
- Alcoholic beverages or any other products containing alcohol in any form
- Obscene picture(s) and literature
- Extra food items, which are not from the Commissary or authorized by the medical staff.
- Money, checks, or money orders
- Weapons or items that could be considered a weapon.
- Any tobacco product or matches/lighters
- Ammunition or explosives
- Combustible or flammable liquids
- Hazardous or poisonous chemicals or gases
- Tools of any type that could aid in escape

## AUTHORIZED ITEMS

You are allowed to have in your possession the following items:

- Property that staff authorizes you to take to your living area.
- Item(s) pre-approved by the Chief of Security that are left for you.
- Facility items issued to you.
- Items purchased through the Commissary.
- Medication and materials authorized by the medical staff (when medication is authorized for retention).

## PRISON RAPE ELIMINATION ACT (PREA) VIDEO

The facility will show you a PREA video in the intake area during your initial processing.

## SEXUAL ASSAULT AWARENESS

**GEO adheres to a standard of zero tolerance for incidents of sexual abuse or assault that may occur in this facility.** Sexual assault or abuse of detainees by other detainees, staff, volunteers, or contract personnel is prohibited and subject to administrative disciplinary and criminal sanctions.

## REPORT ALL ASSAULTS

If you become a victim of a sexual assault, report the incident immediately. [illegible] sexually abuse or assault [illegible] reported. [illegible] of ICE headquarters, including through the following methods:

Report to the facility:

- Tell any staff member at the facility you trust (for example the PREA/Programs Manager, Medical staff, Chaplains, Housing officer, Supervisors, etc)
- File an informal or formal grievance (including emergency grievance) with the facility

Report to the ICE Field Office:

- Tell an ICE/ERO staff member who visits the facility.
- File a written informal or formal request or grievance to ICE/ERO.

Report to DHS or ICE Headquarters:

- Contact the ICE Community and Detainee Hotline; call the toll-free hotline at 1-888-351-4024
- Contact the ICE Office of Professional Responsibility (OPR) Joint Intake Center (JIC); call the toll-free hotline at 1-877-246-8253
- Write a letter to: P.O. Box 14475 1200 Pennsylvania Ave. N.W. Washington, D.C. 20044

You do not have to give your name to report sexual abuse or assault, but the more information you can provide, the easier it will be to investigate what happened. Staff members are required to keep the reported information confidential and only discuss it with the appropriate officials on a need-to-know basis.

## DEFINITIONS:
## DETAINEE ON DETAINEE SEXUAL ABUSE/ASSAULT

The definition of detainee-on-detainee sexual abuse/assault was expanded to include attempted sexually abusive contact, in addition to completed sexually abusive contact. In addition, the qualification that "penetration, however slight, of the anal or genital opening of another person by hand or finger or by any object", the act of "touching of the genitalia, anus, groin, breast,

inner thighs, or buttocks, either directly or through the clothing, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person" was also added to the list of acts constituting [illegible] sexual abuse/assault when accomplished by force, coercion, or intimidation.

STAFF ON DETAINEE SEXUAL ABUSE/ASSAULT

[illegible] any detainee; or the intentional touching of [illegible] thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse or gratify the sexual desires of any person [illegible] inappropriate use of power and is prohibited by ICE policy and the law. [illegible] Sexual conduct of any type between staff and detainees [illegible] consent exists.

PROHIBITED ACTS

This facility has a zero tolerance policy for sexual abuse and assault, which is prohibited by ICE policy and the law. A detainee or staff member who commits sexual assault shall be punished administratively and may be subject to criminal prosecution.

A detainee who engages in such behavior [illegible] under the Detainee Disciplinary Policy:

- Code 101 Sexual Assault
- Code 206 Engaging in a Sex Act
- Code 207 Making a Sexual Proposal or Threat
- Code 300 Indecent Exposure
- Code 404 Using Abusive or Obscene Language

Victimized detainees shall not be subject to [illegible] participating in sexual activity as a result [illegible]. If you experience retaliation for reporting sexual abuse or for engaging in sexual activity as a result of [illegible]. In addition, consensual sexual conduct between detainees [illegible] subject to administrative and disciplinary sanctions.

DETENTION AS A SAFE ENVIRONMENT

While you are detained, no one has the right to [illegible] in sexual acts or engage in unwanted sexual behavior. Regardless of [illegible] or gender identity, you have the right to be safe from unwanted sexual advances and acts.

AVOIDING SEXUAL ASSAULT

Carry yourself in a confident manner at all times. Do not permit your emotions to be obvious to others.

Do not accept gifts or favors from others. Most gifts or favors come with strings attached to them.

Do not accept an offer from another detainee to be your protector.

Find a staff member with whom you feel comfortable discussing your fears and concerns. Report concerns!

Be clear, direct and firm. Do not be afraid to say "no" or "stop it now".

Be alert! Do not use substances such as drugs or alcohol. These can weaken your ability to stay alert and make good judgments.

Stay in well-lit areas of the institution.

Choose your associations wisely. Look for people who are involved in positive activities like educational programs or religious services. Get involved in these activities yourself.

Trust your instincts. If you sense that a situation may be dangerous, it probably is. If you fear for your safety, report your concerns to staff.

If you become a victim:

- Report it immediately to staff.
- Protection from assailants will be offered.
- You will be referred for a medical exam.
- Although you do not have to identify your assailants, the information will make it easier to protect you and others.
- Even if you do not name your attacker, you will continue to receive protection.
- It is extremely important to see Medical before you shower, shave, wash, drink or eat, change clothing or use the bathroom.
- Medical staff will examine you for injuries.
- You may also be tested for sexually transmitted diseases and evidence may be gathered.
- The exam will be conducted privately and professionally by a physician.

What will happen:

- An investigation will be conducted to determine the nature and extent of the misconduct.
- You may be asked to give a statement.
- You may be asked to testify.
- You will be offered protection.
- You will receive a medical examination.
- You will be offered counseling by: The Mental Health staff Community resources if appropriate.

Help Available:

- Most people need help to recover from the emotional effects of sexual assault.
- This is true whether it occurred recently or in the past.
- Mental Health staff are available.

PL000050

**If you feel you might hurt someone else:**

- If you feel you need help to keep from sexually assaulting someone else, psychological services are available to help you gain control.
- Ask Medical Staff for a referral.

**How to report an incident of sexual assault:**

- Notify any staff member immediately.
- If you do not wish to notify a staff member, you may notify the Warden, Assistant Warden, or Health Services Administrator confidentially.
- Warden may also notify ICE according to the procedures outlined in your detainee handbook at 8 to PREPORD indicator is 1 303 371 8033

**Remember:**

- It is every staff member's responsibility to ensure your safety.
- You will receive protection.
- Confidentiality will be maintained.

**[SECTION — partially redacted]**

[text redacted/illegible]

**SECTION VIII        DISCIPLINARY PROCEDURE**

To provide a safe and orderly living environment, facility authorities will impose disciplinary sanctions on any detainee whose behavior is not in compliance with facility rules and procedures.

**INVESTIGATION**

When an alleged rule violation is reported, an appropriate investigation will begin within 24 hours of the time the violation is reported and is completed without unreasonable delay, unless there are exceptional circumstances for delaying the investigation.

**UNIT DISCIPLINARY COMMITTEE (UDC)**

The UDC shall be comprised of one to three members, at least one of who is a supervisor.

---

The UDC will conduct hearings and, to the extent possible, informally resolve cases involving "high moderate" or "low moderate" charges. In accordance with the list of charges and related sanctions. Unresolved cases and cases involving serious charges are forwarded to the Institutional Disciplinary Panel (IDP).

**The UDC shall have authority to:**

- Conduct hearings and informally resolve incidents involving [illegible] infractions or [illegible] moderate charges.
- Consider written reports, statements, and physical evidence.
- Hear pleadings on the part of the detainee.
- Make findings that a detainee did or did not commit the acts charged, or prohibited act(s) as charged, based on the preponderance of evidence.
- Impose minor sanctions "I" through "B" in accordance with the table of prohibited acts and associated sanctions.

The detainee in UDC proceedings shall have the right to:

- Remain silent at any stage of the disciplinary process.
- Be present at [illegible] hearing if the [illegible] of the investigation.
  - a.    To attend the entire hearing (excluding committee deliberations); or
  - b.    To waive the right to appear.
  - c.    If specific circumstances require removal of the detainee or others the committee must document the reason for such decisions.
- Present statements and evidence to his/her own behalf.
- Appeal the committee's determination through the detainee appeal process.

**INSTITUTIONAL DISCIPLINARY PANEL (IDP)**

The facility has a three (3) member panel to adjudicate the more serious charges. Only two members of the panel must be present in order to render a decision. [illegible]

The IDP refers either out to a three-person panel appointed by the Warden, or a one-person disciplinary hearing officer.

The panel shall not include the reporting officer, the investigating officer, and any member of the UDC who heard the charges being adjudicated. In addition, the IDP shall not include any person who witnessed the incident directly. In the event the person is virtually every available officer witnessed or was directly involved in the incident, this exception to this rule occur.

**The IDP shall have authority to:**

- Conduct hearings on all charges and allegations referred by the UDC.
- Call witnesses to testify.
- Consider written reports, statements, physical evidence, and oral testimony.
- Hear pleadings by detainee and staff representative.

- Make findings that the detainee did or did not commit the rule violation(s) or prohibited act(s) as charged, based on the preponderance of evidence.
- Impose sanctions as listed and authorized in each category.

**The IDP shall:**

- Verify that the detainee has been advised of, and afforded, his/her rights, as provided above.
- Remind the detainee of his/her right to a staff representative, providing one if requested.
- Advise the detainee of his/her right to waive the hearing and admit having committed the offense.
- Conduct the hearing on the first business day after receiving the UDC's referral, unless the detainee waives the 24-hour notification provision, requesting an immediate hearing. In cases where a hearing is delayed, the reason(s) must be documented (e.g., a continuing investigation of facts, the unavailability of one or more essential witnesses, etc.) and approved by the Warden. If the detainee is being held in segregation, the delay shall not exceed 72 hours, barring an emergency.
- Prepare a written record of its proceedings. This record must show that the detainee was advised of his/her rights. It must also document the evidence considered by the Panel and subsequent findings, the decision and sanctions imposed, along with a brief explanation.
- Forward the entire record to the Warden, who may (a) concur; (b) terminate the proceedings; or (c) impose more severe or more lenient sanctions.
- Serve the detainee with written notification of the decision.

STAFF REPRESENTATION

The Warden or designee shall, upon the detainee's request, assign a staff representative to help prepare a defense. This help will be automatically provided for illiterate detainees, detainees with limited English-language skills; detainees without means of collecting and presenting essential evidence and detainees in administrative or disciplinary segregation.

- A staff representative must be a full-time employee.
- Because of the potential conflict of interest, the Warden, members of the IDP and of the UDC initially involved in the case, eyewitnesses, the reporting and investigating officers, and anyone else with a stake in the outcome shall not act as staff representative.
- The detainee may select his/her staff representative, barring anyone identified in #2, above.
- The IDP shall arrange for the presence of the staff representative selected by the detainee. If that staff member declines or is unavailable, the detainee has three choices. He/she may select a different representative; wait for the unavailable staff member to become available (within a reasonable period); or proceed without a staff representative.
- A staff member declining to serve as a detainee's representative must state the reason on the staff representative form.
- If several officers decline, the Warden shall assign a staff member to serve as that detainee's staff representative.
- The staff representative shall be free to speak to witnesses and to present evidence in the detainee's behalf, including any mitigating circumstances.
- The IDP shall allow the staff representative enough time to speak with the detainee and interview witnesses. The standard pre-hearing preparation time will suit most cases. However, the IDP may grant a delay if required for an adequate defense.
- The IDP shall establish the reliability of information provided by a confidential informant before considering it in the disciplinary proceedings.
- The IDP may withhold the confidential informant's identity from the staff representative. While the staff representative may challenge the substance of any confidential information the IDP discloses, he/she may not question its reliability (pre-established by the IDP).
- When the detainee cannot effectively present his/her own case, the Warden shall appoint a staff representative, even if not requested by the detainee.

POSTPONEMENT OF DISCIPLINARY PROCEEDINGS

The facility shall permit hearing postponements or continuances under certain circumstances.

Circumstances justifying the postponement or continuance of a hearing might include: defense preparation, physical or mental illness, security, escape, disciplinary transfer, deportation, or pending criminal prosecution.

An uncooperative detainee may also cause a delay in the proceedings, either because of inappropriate behavior during the hearing process or a refusal to participate in a productive manner.

DURATION OF PUNISHMENT

The duration of punishment shall be within established limits. Neither the panel recommending sanctions nor the Warden making the final decision shall impose sanctions arbitrarily, outside these limits.

1. Punishments range from the withholding of privilege(s) to segregation. Time in segregation after a hearing will generally not exceed 60 days.

2. Time served in segregation pending the outcome of the proceedings may be credited to the number of days to be spent in the segregation unit after the decision is announced.

3. The disciplinary report and accompanying documents are not placed in the file of a detainee who is found not guilty. However, the facility may retain the material in its own files for institutional uses (statistical, historical, etc.).

4. A detainee may be removed from segregation if a healthcare professional concludes that continued segregation is detrimental to the detainee's medical or mental health.

DOCUMENTS

All documents relevant to the incident, subsequent investigation, hearing(s), etc., will be completed and distributed in accordance with facility procedures.

**Incident Report/Notice of Charges**

The officer shall prepare a report and submit it to the Warden immediately after the incident takes place. If the incident is resolved informally, the officer will so note on the original report, which will then be forwarded to the Chief of Security via the shift supervisor.

PL000052

If the UDC is to be involved, the supervisor shall serve the detainee with a copy of the Notice of Charges upon completion of the investigation, no less than 24 hours before the UDC hearing.

The UDC receives the original copy.

If the UDC hears the matter, the ranking member of that committee shall serve the detainee with a copy of the Incident Report/Notice of Charges indicating their decision. The UDC, upon conclusion of its proceedings, will forward the entire record to Classification.

**CONFIDENTIAL INFORMATION**

When a decision relies on information from a confidential informant, the UDC or IDP shall include in the hearing record the factual basis for finding the information reliable.

Prohibited acts are divided into four categories: "Greatest", "High", "Moderate", and "Low Moderate". The sanctions authorized for each category will be imposed only if the detainee is found to have committed a prohibited act.

**"Greatest" offenses:** The IDP shall impose and execute at least one sanction in the A through E range. Additional sanctions (A through G) may be imposed and either executed or suspended, at the discretion of the panel. The IDP may impose and execute sanctions F and G only in conjunction with sanction A, B, C, D, and/or E.

**"High" offenses:** The IDP shall impose and execute at least one sanction in the A through M range. Additional sanctions (A through M) may be imposed, and either executed or suspended, at the discretion of the panel.

**"High Moderate" offenses:** The IDP shall impose at least one sanction in the A through M range, but may suspend any or all, once imposed. Similarly, the UDC shall impose at least one sanction in the G through M range, but may suspend any or all, once imposed.

**"Low Moderate" offenses:** The IDP shall impose at least one sanction in the E through M range, but may suspend any or all, once imposed. Similarly, the UDC shall impose at least one sanction in the G through M range, but may suspend any or all, once imposed.

**DISCIPLINARY SEVERITY SCALE AND PROHIBITED ACTS**

**CODE: "GREATEST" OFFENSE CATEGORY**

100 Killing
101 Assaulting any person (includes sexual assault)
102 Escape from escort; escape from a secure facility
103 Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat of serious bodily harm or in furtherance of a prohibited act of Greatest Severity, i.e. a riot or an escape; otherwise the charge is classified as Code 218 or 321)
104 Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous commissary, movies, chemical, explosive, escape tool, device or ammunition
105 Rioting
106 Inciting others to riot
107 Taking hostage(s)
108 Assaulting a staff member or any law enforcement officer
109 Threatening a staff member or any law enforcement official with bodily harm
198 Interfering with a staff member in the performance of duties (conduct must be of the Greatest Severity nature). This charge is to be used only if another charge of Greatest Severity is not applicable
199 Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the Greatest Severity nature). This charge is to be used only if another charge of greatest severity is not applicable

**SANCTIONS**

A. Initiate criminal proceedings
B. Disciplinary transfer (recommend)
C. Disciplinary segregation (up to 60 days)
D. Make monetary restitution, if funds are available
E. Loss of privileges, i.e. commissary, etc.
F. Change housing
G. Remove from program and/or group activity

**CODE: "HIGH" OFFENSE CATEGORY**

200 Escape from unescorted activities, open or secure facility, without violence
201 Fighting, boxing, wrestling, sparring, and any other form of physical encounter, including horseplay that causes or could cause injury to another person; except when part of an approved recreational or athletic activity
202 Possession or introduction of an unauthorized tool
203 Loss, misplacement, or damage of any restricted tool
204 Threatening another with bodily harm
205 Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat of being informed against
206 Engaging in sexual acts
207 Making sexual proposals or threats to another
208 Wearing a disguise or mask
209 Tampering with or blocking any lock device, includes keys
210 Adulteration of food or drink
211 Possession, introduction, or use of narcotics, narcotic paraphernalia, or drugs not prescribed for the individual by the medical staff
212 Possessing any officer's or staff clothing
213 Engaging in, or inciting a group demonstration
214 Encouraging others to participate in a work stoppage or refusing to work
215 Refusing to provide a urine sample or otherwise cooperate in a drug test
216 Introducing alcohol into the facility
217 Giving or offering an official or staff member a bribe or anything of value
218 Giving money to, or receiving money from, any person for an illegal or prohibited purpose, or introducing/conveying contraband
219 Destroying, altering, or damaging property (facility or another person's) worth more than $100, or destroying altering, or damaging life-safety devices, i.e. fire alarm, regardless of financial value
220 Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days
221 Signing, preparing, circulating, or soliciting support for prohibited group petitions
222 Possessing or introducing an incendiary device, i.e. matches, lighter, etc.

223 Any act that could endanger person(s) and/or property

*298 interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.

*299 Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable.

*When the prohibited act is interfering with a staff member in the Performance of duties (Code 198, 298, 398, or 498) or conduct that disrupts (Code 199, 299, 399, or 499), the Disciplinary Committee should specify in Its findings the severity-level of the conduct, citing a comparable offense in that category. For example, "We find the act to be of high severity, most comparable to Code 213, "engaging In a group demonstration".

SANCTIONS

A. Initiate criminal proceedings
B. Disciplinary transfer (recommend)
C. Disciplinary segregation (up to 30 days)
D. Make monetary restitution, if funds are available
E. Loss of privileges: commissary, etc.
F. Change housing
G. Remove from program and/or group activity
H. Loss of job
I. Impound and store detainee's personal property
J. Confiscate contraband
K. Restrict to housing unit
L. Reprimand
M. Warning

CODE: "HIGH MODERATE" OFFENSE CATEGORY

300 Indecent exposure
301 Stealing (theft)
302 Misuse of authorized medication
303 Loss, misplacement, or damage of a less restricted tool
304 Lending property or other item of value for profit/increased return
305 Possession of item(s) not authorized for receipt or retention; not issued through regular channels
306 Refusal to clean assigned living area
307 Refusing to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105-Rioting; continuing to fight is Code 201-Fighting; refusing to provide a urine sample-Code 215)
308 Insolence toward a staff member
309 Lying or providing a false statement
310 Counterfeiting, forging, or other unauthorized reproduction of money or other official document, or item, i.e. security document, identification card, etc. (may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction, i.e. counterfeiting release papers to effect escape-Code 102 or 200)
311 Participating in an unauthorized meeting or gathering
312 Being in an unauthorized area
313 Failure to stand count
314 Interfering with count
315 Making, possessing, or using intoxicant(s)
316 Refusing a breathalyzer test or other test of alcohol consumption
317 Gambling
318 Preparing or conducting a gambling pool
319 Possession of gambling paraphernalia
320 Unauthorized contact with public
321 Giving money or another item of value to, or accepting money or another item of value from anyone
322 Destroying, altering, or damaging facility or another person's property worth less than $100
*398 interfering with a staff member in the performance of duties (offense must be of high moderate severity). This charge is to be used only when no other charge in this category is applicable.
*399 Conduct that disrupts or interferes with the security or orderly operation of the facility (offense must be of high moderate severity). This change is to be used only when no other charge in this category is applicable.

Note: Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.

SANCTIONS

A. Initiate criminal proceedings
B. Disciplinary transfer (recommend)
C. Disciplinary segregation (up to 72 hours)
D. Make monetary restitution, if funds are available
E. Loss of privileges: commissary, etc.
F. Change housing
G. Remove from program and/or group activity
H. Loss of job
I. Impound and store detainee's personal property
J. Confiscate contraband
K. Restrict to housing unit
L. Reprimand
M. Warning

**CODE: "LOW MODERATE" OFFENSE CATEGORY**

| Code | Offense |
|---|---|
| 400 | Possession of property belonging to another person |
| 401 | Possessing unauthorized clothing |
| 402 | Malingering, feigning illness |
| 403 | Smoking where prohibited |
| 404 | Using abusive language or obscene language |
| 405 | Tattooing, body piercing, or self-mutilation |
| 406 | Unauthorized use of mail or telephone (with restrictions or temporary suspension of the abused privileges often the appropriate sanction) |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) |
| 408 | Conducting a business |
| 409 | Possession of money or currency, unless specifically authorized |
| 410 | Failure to follow safety or sanitation regulations |
| 411 | Unauthorized use of equipment or machinery |
| 412 | Using equipment of machinery contrary to posted safety standards |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards |
| *498 | Interfering with a staff member in the performance of duties (offense must be of low moderate severity). This charge is to be used only when no other charge in this category is applicable. |
| *499 | Conduct that disrupts or interferes with the security or orderly operation of the facility (offense must be of low moderate severity). This charge is to be used only when no other category is applicable. |

**SANCTIONS**

A. Make monetary restitution
B. Loss of privileges i.e. commissary
C. Change housing
D. Remove from program and/or group activity
E. Loss of job
F. Impound and store detainee's personal property
G. Confiscate contraband
H. Restrict to housing unit
I. Reprimand
J. Warning

**APPEAL PROCEDURE**

A detainee who has been found guilty of a rules violation of this facility shall have the right to appeal his or her case to the Warden. Detainees are advised of their right to appeal decisions of the disciplinary hearing officer at the time they are provided the decision.

If a detainee wishes to appeal his/her case, he/she must so indicate by signing the Appeal Form (on the back of a grievance form) in the appropriate space and submit written reason (s) for his/her appeal.

The sanctions imposed by the hearing officer will remain in effect pending the outcome of the appeal.

The Warden will review the final appeal as soon as possible, but no later than five (5) days, including weekends and holidays, after the final appeal has been received. The Warden will notify the detainee in writing of his decision.

**ADMINISTRATIVE SEGREGATION ORDER**

A written order shall be completed and approved by a supervisory officer before a detainee is placed in administrative segregation, except when exigent circumstances make this impracticable. In such cases, an order shall be prepared as soon as possible. A copy of the order shall be given to the detainee within 24 hours, unless delivery would jeopardize the safety, security, or orderly operation of the facility. No Administrative Segregation Order is required for a detainee awaiting removal, release, or transfer within 24 hours.

Reviewed

_______________ Warden 10-7-13 Date

PL000055