|  | Aurora Detention Center<br>POLICY and PROCEDURE MANUAL | EFFECTIVE:<br>5/06/13 |
|---|---|---|
| *Corrections* | 8.1.8-AUR | SUPERSEDES:<br>9/10/12 |
| ICE APPROVAL | CHAPTER: Detainee Work Program<br>TITLE: Detainee Work Plan<br>RELATED ACA STANDARDS: 4-ALDF-2A-09, 5C-06, 5C-08, 5C-10 – 12, 6B-02, 6B-05 | APPROVED BY: |

I.   POLICY

To provide detainees the opportunity to participate in a voluntary work program and earn money.

II.   PROCEDURE

A.   **Voluntary Work Program**

Detainees who are physically and mentally able to work will be provided the opportunity to participate in a voluntary work program.

No detainee or group of detainees will be given control, or allowed to exert authority, over other detainees. [4-ALDF-2A-09]

The detainee's classification level will determine the type of work assignment for which he/she is eligible. Level 3 detainees shall not be given work opportunities outside of their housing units/living area.

Inmates/detainees assigned as orderlies in segregation units must be reviewed and approved by the Chief of Security.

General work assignments do not require specific skills.  A sample of work assignments follow:

1.   Kitchen worker (either shift)
2.   Recreation/Library/Barber
3.   Living area clean-up/janitorial
4.   Area cleaning (inside facility)
5.   Area cleaning (outside facility)
6.   Evening workers (building janitorial)
7.   Maintenance
8.   Laundry

B.   **Voluntary Work Program Objectives**

Through the voluntary work program:

1.   Physically and mentally able detainees are gainfully employed while contributing to the orderly operation of the facility;
2.   Essential operations and services improve through the productivity of detainees; and
3.   Inactivity-induced idleness and disciplinary-code violations will decline.

C.   **Required Work Assignments**

Work assignments are voluntary.  Detainees are not required to work except to do personal housekeeping and to clean their housing area.  Detainees are required to maintain their immediate living areas in a neat and orderly manner.

Pl. Ex. 13
Confidential

GEO_MEN 00001395



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER: Detainee Work Program**
**TITLE: Detainee Work Plan**



This involves making their beds daily, stacking loose papers, keeping the floor free of debris, and hanging/draping no articles of clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures, or other furniture.

### D.    Voluntary Special Details

Detainees may volunteer for the temporary work details that occasionally arise. The work, which generally lasts from several hours to several days, can involve labor-intensive work.

### E.    Detainee Selection

Completed detainee work applications will be forwarded to the Classification Officer.

The Classification Officer shall review the detainee's classification and other relevant documents in the detainee's detention file and/or A-file.

The Classification Officer shall assess the detainee's language skills as it affects the detainee's ability to perform the specific requirements of the job under supervision. To the extent possible, work opportunities should be provided to detainees who are able to communicate with supervising staff effectively and in a manner that does not compromise safety and security.

Inquiries to staff about the detainee's attitude and behavior may be used as a factor in the selection.

Staff shall explain the rules and regulations as well as privileges relating to the detainee worker's status. The detainee is required to sign a **voluntary work program agreement** before every new assignment. Completed agreements shall be filed in the detainee's detention file

### F.    Discrimination in Hiring Detainee Workers

Volunteering detainees will not be denied work opportunities based on non-merit factors, such as race, religion, national origin, gender, sexual orientation, or disability.

### G.    Physically and Mentally Challenged Detainees

The Aurora/ICE Processing Center maintains custody of physically and mentally challenged detainees whose disabilities range from minor to debilitating. While some of these individuals' medical restrictions will prevent them from working, those with less severe disabilities will have the opportunity to participate in the voluntary work program, in appropriate work projects. Discrimination on the basis of disability is prohibited in the detainee work program.

The selecting official must consider the precise limitations of a disabled individual before rejecting certain work assignments. Expediency or convenience will not justify the rejection of a detainee who, with reasonable accommodation, can perform the essential function of the work involved. In disputed cases, the official will consult medical personnel to ascertain the detainee's assignability with regard to a given project.

### H.    Hours of Work

The detainee workday approximates the workday in the community. Detainees participating in the volunteer work program are required to work according to a fixed schedule. The normal scheduled workday for a detainee employed full-time is a maximum of 8 hours. Detainees who wish to participate in the work program will not be permitted to work in excess of 8 hours daily, 40

**Pl. Ex. 13**
Confidential

GEO_MEN 00001396



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER: Detainee Work Program**
**TITLE: Detainee Work Plan**



hours weekly. Detainees work no more than 2 of 4 hours at a time in extreme hot and cold environments as described in Corporate Policy 8.5.8.

Detainee performance will be regularly evaluated and recorded. Detainees will receive written recognition of competencies that they acquire.

Unexcused absences from work or unsatisfactory work performance may result in removal from the voluntary work program.

General Work Assignments and Times

| | | | | |
|---|---|---|---|---|
| 1. | Food Service workers | 0400-1200 | 1300-1930 | |
| 2. | Living area clean-up/janitorial | 0630-1400 | 1800-2100 | |
| 3. | Area cleaning (inside facility) | 0730-1430 | 1530-2230 | 2345-0500 |
| 4. | Area cleaning (outside facility) | 0730-1430 | | |
| 5. | Evening workers (building janitorial) | 1530-2230 | | |
| 6. | Maintenance | 0930-1430 | | |
| 7. | Laundry | 0730-1430 | | |
| | | Mon-Fri | Sat-Sun | |
| 8. | Barber | 1530-2100 | 0730-1430 | |

I. **Work Restrictions**

A detainee may participate in only one work detail per day. Also, the detainee is required to sign a voluntary work program agreement before every new assignment. Completed agreements will be filed in the detainee's detention file.

J. **Compensation**

Detainees shall receive a stipend of $1.00 per day, to be paid daily.

K. **Removal of Detainee from Work Detail**

A detainee may be removed from a work detail for such causes as:

Unsatisfactory performance;

Disruptive behavior, threats to security, etc.

Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition;

Prevention of injury to the detainee;

A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy.

When a detainee is removed from a work detail, written documentation of the circumstances and reason for removal will be placed in the detainee detention file.

L. **Detainee Responsibility**

Detainees will be informed of their responsibilities by the assigned supervisor prior to beginning work in that area.

Pl. Ex. 13
Confidential

GEO_MEN 00001397



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER: Detainee Work Program**
**TITLE: Detainee Work Plan**



The detainee is expected to be ready to report for work at the required time. The detainee may not leave an assignment without permission.

The detainee will perform all assigned tasks diligently and conscientiously. Removal from the work detail and/or disciplinary action may result when a detainee evades attendance and performance standards in assigned activities, or encourages others to do so.

The detainee will exercise care in performing assigned work, using safety equipment and other precautions in accordance with the work supervisor's instructions. In the event of a work-related injury, the detainee shall notify the work supervisor, who will immediately implement injury-response procedures (see Section II, N., below).

**M.    Detainee Training and Safety**

1. Detainee working conditions shall comply with all applicable federal, state, or local work safety laws and regulations, including but not limited to: Occupational Safety and Health Administration (OSHA) regulations, National Fire Protection Association, 101 Life Safety Code, American Correctional Association Standards for Adult Local Detention Facilities, Immigration and Customs Enforcement (I.C.E.) Environmental Occupation Safety and Health Detention Standards.
2. Upon the detainee's assignment to a job or detail, the supervisor shall provide thorough instructions regarding safe work methods and, if relevant, hazardous materials. The supervisor shall demonstrate safety features and practices. Workers will learn to recognize hazards in the workplace, to understand the protective devices and clothing provided, and to report deficiencies to their supervisors. "Lack of knowledge or skill" as an accident's cause will not be tolerated. Therefore, the detainee shall undertake no assignment before signing a volunteer work program agreement. Among other things, by signing the agreement the detainee confirms he/she has received and understood training about the assigned job from the supervisor. This agreement will be placed in the detainee's detention file.
3. Medical staff will ensure detainees are medically screened and certified before undertaking a food service assignment.
4. The facility will provide detainees with safety equipment that meets OSHA and other standards associated with the task performed.

**N.    Detainee Injury and Reporting Procedures**

If a detainee is injured while performing his/her work assignment, the following procedures apply:

1. The work supervisor will immediately notify facility medical staff and the facility shift supervisor or watch commander.
2. First aid will be administered when necessary.
3. Medical staff will determine what treatment is necessary and where that treatment will take place.
4. The **work supervisor** will complete a detainee accident report and submit it for review and processing. The report will be distributed as follows:

Classification (for placement in the detainee's detention file)
Warden
Assistant Warden of Operations
Chief of Security
Environmental Specialist/Fire and Safety Manager
Health Services Administrator

Page 4 of 5



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER:** Detainee Work Program
**TITLE:** Detainee Work Plan



CE for inclusion in the A-file
Intake for inclusion in the detention file

O.  **Verification Documents**

1.  The Classification Officer will forward verification documents to medical for security-approved applicants that have been detained at the GEO Group Inc., Aurora Detention Center for at least 14 days. Only kitchen and barbershop applicants will require this process.
2.  The Medical Department will review the medical status of the applicant and will determine if the detainee has a medical or psychological condition limiting his ability to work.
3.  When the Classification Officer receives an approved verification document from the medical department, the detainee will be added to the verification document pending approval, upon approval from the responsible shift supervisor the applicant will be added to the worker list as a paid worker or volunteer.
4.  If a food service worker is not utilized in food service for a period exceeding two weeks, the Classification Officer and medical staff must review and approve their further use.

    NOTE: Any food service worker placed on a suicide watch will not be authorized to perform any food services duties, unless authorized to do so by the Warden in conjunction with the Health Services Administrator.

P.  **Food Services Worker Log**

    The Food Service Administrator shall maintain a log of the status of all food services workers. This log will reflect the following information:

    1.  Detainee ID and name
    2.  Date cleared for kitchen
    3.  Date commenced work
    4.  Completion of hygiene, kitchen equipment and chemical training
    5.  Annual approval review dates
    6.  Date terminated kitchen work

Q.  **Work Detail Job Descriptions**

    The Office Records Manager/Program Coordinator will maintain written work detail job descriptions.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

Grey highlighted areas are the changes made to the current revision.

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

**Pl. Ex. 13**
Confidential

GEO_MEN 00001399



| | Aurora Detention Center POLICY and PROCEDURE MANUAL | EFFECTIVE: 08/18/14 |
|---|---|---|
| **Corrections** | **8.1.8-AUR** | **SUPERSEDES:** 5/06/13 |
| ICE APPROVAL | CHAPTER: ICE Detainee Work Program TITLE: ICE Detainee Work Plan RELATED ACA STANDARDS: 4-ALDF-2A-09, 5C-06, 5C-08, 5C-10 – 12, 6B-02, 6B-05 | **APPROVED BY:** |

I. **POLICY**

To provide detainees the opportunity to participate in a voluntary work program and earn money.

II. **PROCEDURE**

A. **Voluntary Work Program**

Detainees who are physically and mentally able to work will be provided the opportunity to participate in a voluntary work program.

No detainee or group of detainees will be given control, or allowed to exert authority, over other detainees. [4-ALDF-2A-09]

The detainee's classification level will determine the type of work assignment for which he/she is eligible. High Level detainees shall not be given work opportunities outside of their housing units/living area.

Inmates/detainees assigned as orderlies in segregation units must be reviewed and approved by the Chief of Security.

General work assignments do not require specific skills. A sample of work assignments follow:

1. Kitchen worker (either shift)
2. Recreation/Library/Barber
3. Living area clean-up/janitorial
4. Area cleaning (inside facility)
5. Area cleaning (outside facility)
6. Evening workers (building janitorial)
7. Maintenance
8. Laundry

B. **Voluntary Work Program Objectives**

Through the voluntary work program:

1. Physically and mentally able detainees are gainfully employed while contributing to the orderly operation of the facility;
2. Essential operations and services improve through the productivity of detainees; and
3. Inactivity-induced idleness and disciplinary-code violations will decline.

C. **Required Work Assignments**

Work assignments are voluntary. Detainees are not required to work except to do personal housekeeping and to clean their housing area. Detainees are required to maintain their immediate living areas in a neat and orderly manner.

**Pl. Ex. 13**
Confidential

GEO_MEN 00001400



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER:** Detainee Work Program
**TITLE:** Detainee Work Plan



This involves making their beds daily, stacking loose papers, keeping the floor free of debris, and hanging/draping no articles of clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures, or other furniture.

**D.    Voluntary Special Details**

Detainees may volunteer for the temporary work details that occasionally arise. The work, which generally lasts from several hours to several days, can involve labor-intensive work.

**E.    Detainee Selection**

Completed detainee work applications will be forwarded to the Classification Officer.

The Classification Officer shall review the detainee's classification and other relevant documents in the detainee's detention file and/or A-file.

The Classification Officer shall assess the detainee's language skills as it affects the detainee's ability to perform the specific requirements of the job under supervision. To the extent possible, work opportunities should be provided to detainees who are able to communicate with supervising staff effectively and in a manner that does not compromise safety and security.

Inquiries to staff about the detainee's attitude and behavior may be used as a factor in the selection.

Staff shall explain the rules and regulations as well as privileges relating to the detainee worker's status. The detainee is required to sign a **voluntary work program agreement** before every new assignment. Completed agreements shall be filed in the detainee's detention file

**F.    Discrimination in Hiring Detainee Workers**

Volunteering detainees will not be denied work opportunities based on non-merit factors, such as race, religion, national origin, gender, sexual orientation, or disability.

**G.    Physically and Mentally Challenged Detainees**

The Aurora/ICE Processing Center maintains custody of physically and mentally challenged detainees whose disabilities range from minor to debilitating. While some of these individuals' medical restrictions will prevent them from working, those with less severe disabilities will have the opportunity to participate in the voluntary work program, in appropriate work projects. Discrimination on the basis of disability is prohibited in the detainee work program.

The selecting official must consider the precise limitations of a disabled individual before rejecting certain work assignments. Expediency or convenience will not justify the rejection of a detainee who, with reasonable accommodation, can perform the essential function of the work involved. In disputed cases, the official will consult medical personnel to ascertain the detainee's assignability with regard to a given project.

**H.    Hours of Work**

The detainee workday approximates the workday in the community. Detainees participating in the volunteer work program are required to work according to a fixed schedule. The normal scheduled workday for a detainee employed full-time is a maximum of 8 hours. Detainees who wish to participate in the work program will not be permitted to work in excess of 8 hours daily, 40 hours weekly. Detainees work no more than 2 or 4 hours at a time in extreme hot and cold

Pl. Ex. 13
Confidential
GEO_MEN 00001401



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

CHAPTER: Detainee Work Program
TITLE: Detainee Work Plan



environments as described in Corporate policy 13.1.8.

Detainee performance will be regularly evaluated and recorded. Detainees will receive written recognition of competencies that they acquire.

Unexcused absences from work or unsatisfactory work performance may result in removal from the voluntary work program.

General Work Assignments and Times

| | | | | |
|---|---|---|---|---|
| 1. | Food Service workers | 0400-1200 | 1300-1930 | |
| 2. | Living area clean-up/janitorial | 0830-1400 | 1800-2100 | |
| 3. | Area cleaning (inside facility) | 0730-1430 | 1530-2230 | 2345-0500 |
| 4. | Area cleaning (outside facility) | 0730-1430 | | |
| 5. | Evening workers (building janitorial) | 1530-2230 | | |
| 6. | Maintenance | 0930-1430 | | |
| 7. | Laundry | 0730-1430 | | |
| | | Mon-Fri | Sat-Sun | |
| 8. | Barber | 1530-2100 | 0730-1430 | |

**I.    Work Restrictions**

A detainee may participate in only one work detail per day. Also, the detainee is required to sign a voluntary work program agreement before every new assignment. Completed agreements will be filed in the detainee's detention file.

**J.    Compensation**

Detainees shall receive a stipend of $1.00 per day, to be paid daily.

**K.    Removal of Detainee from Work Detail**

A detainee may be removed from a work detail for such causes as:

Unsatisfactory performance;

Disruptive behavior, threats to security, etc.

Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition;

Prevention of injury to the detainee;

A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy.

When a detainee is removed from a work detail, written documentation of the circumstances and reason for removal will be placed in the detainee detention file.

**L.    Detainee Responsibility**

Detainees will be informed of their responsibilities by the assigned supervisor prior to beginning work in that area.

The detainee is expected to be ready to report for work at the required time. The detainee may

Pl. Ex. 13
Confidential

GEO_MEN 00001402



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

CHAPTER: Detainee Work Program
TITLE: Detainee Work Plan



not leave an assignment without permission.

The detainee will perform all assigned tasks diligently and conscientiously. Removal from the work detail and/or disciplinary action may result when a detainee evades attendance and performance standards in assigned activities, or encourages others to do so.

The detainee will exercise care in performing assigned work, using safety equipment and other precautions in accordance with the work supervisor's instructions. In the event of a work-related injury, the detainee shall notify the work supervisor, who will immediately implement injury-response procedures (see Section II, N., below).

**M.      Detainee Training and Safety**

1.   Detainee working conditions shall comply with all applicable federal, state, or local work safety laws and regulations, including but not limited to: Occupational Safety and Health Administration (OSHA) regulations, National Fire Protection Association, 101 Life Safety Code, American Correctional Association Standards for Adult Local Detention Facilities, Immigration and Customs Enforcement (I.C.E.) Environmental Occupation Safety and Health Detention Standards.
2.   Upon the detainee's assignment to a job or detail, the supervisor shall provide thorough instructions regarding safe work methods and, if relevant, hazardous materials. The supervisor shall demonstrate safety features and practices. Workers will learn to recognize hazards in the workplace, to understand the protective devices and clothing provided, and to report deficiencies to their supervisors. "Lack of knowledge or skill" as an accident's cause will not be tolerated. Therefore, the detainee shall undertake no assignment before signing a volunteer work program agreement. Among other things, by signing the agreement the detainee confirms he/she has received and understood training about the assigned job from the supervisor. This agreement will be placed in the detainee's detention file.
3.   Medical staff will ensure detainees are medically screened and certified before undertaking a Food service or Barbering service assignment.
4.   The facility will provide detainees with safety equipment that meets OSHA and other standards associated with the task performed.

**N.      Detainee Injury and Reporting Procedures**

If a detainee is injured while performing his/her work assignment, the following procedures apply:

1.   The work supervisor will immediately notify facility medical staff and the on-duty shift supervisor who will notify ICE.
2.   First aid will be administered when necessary.
3.   Medical staff will determine what treatment is necessary and where that treatment will take place.
4.   The **work supervisor** will complete a detainee accident report and submit it for review and processing. The report will be distributed as follows:

Classification (for placement in the detainee's detention file)
Warden
Assistant Warden of Operations
Chief of Security
Environmental Specialist/Fire and Safety Manager
Health Services Administrator

Pl. Ex. 13
Confidential

GEO_MEN 00001403

| | Aurora Detention Center<br>POLICY AND PROCEDURE MANUAL<br><br>8.1.8-AUR<br><br>CHAPTER: Detainee Work Program<br>TITLE: Detainee Work Plan |  |
| --- | --- | --- |

O. **Verification Documents**

1. The Classification Officer will forward verification documents to medical for security-approved applicants that have been detained at the GEO Group Inc., Aurora Detention Center for at least 14 days. Only kitchen and barbershop applicants will require this process.
2. The Medical Department will review the medical status of the applicant and will determine if the detainee has a medical or psychological condition limiting his ability to work.
3. When the Classification Officer receives an approved verification document from the medical department, the detainee will be added to the verification document pending approval, upon approval from the responsible shift supervisor the applicant will be added to the worker list as a paid worker or volunteer.
4. If a food service worker is not utilized in food service for a period exceeding two weeks, the Classification Officer and medical staff must review and approve their further use.

   NOTE: Any food service worker placed on a suicide watch will not be authorized to perform any food services duties, unless authorized to do so by the Warden in conjunction with the Health Services Administrator.

P. **Food Services Worker Log**

The Food Service Administrator shall maintain a log of the status of all food services workers. This log will reflect the following information:

1. Detainee ID and name
2. Date cleared for kitchen
3. Date commenced work
4. Completion of hygiene, kitchen equipment and chemical training
5. Annual approval review dates
6. Date terminated kitchen work

Q. **Work Detail Job Descriptions**

The Office Records Manager/Program Coordinator will maintain written work detail job descriptions.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.

Pl. Ex. 13
Confidential

GEO_MEN 00001404



| | Aurora Detention Center<br>POLICY and PROCEDURE MANUAL | EFFECTIVE:<br>9/10/12 |
|---|---|---|
| | **8.1.8-AUR** | SUPERSEDES:<br>11/20/11 |
| | CHAPTER: Detainee Work Program<br>TITLE: Detainee Work Plan<br>RELATED ACA STANDARDS: 4-ALDF-2A-09, 5C-<br>06, 5C-08, 5C-10 – 12, 6B-02, 6B-05 | APPROVED BY: |

I.    **POLICY**

To provide detainees the opportunity to participate in a voluntary work program and earn money.

II.    **PROCEDURE**

A.    **Voluntary Work Program**

Detainees who are physically and mentally able to work will be provided the opportunity to participate in a voluntary work program.

No detainee or group of detainees will be given control, or allowed to exert authority, over other detainees. [4-ALDF-2A-09]

The detainee's classification level will determine the type of work assignment for which he/she is eligible. Level 3 detainees shall not be given work opportunities outside of their housing units/living area.

General work assignments do not require specific skills. A sample of work assignments follow:

1. Kitchen worker (either shift)
2. Recreation/Library/Barber
3. Living area clean-up/janitorial
4. Area cleaning (inside facility)
5. Area cleaning (outside facility)
6. Evening workers (building janitorial)
7. Maintenance
8. Laundry

B.    **Voluntary Work Program Objectives**

Through the voluntary work program:

1. Physically and mentally able detainees are gainfully employed while contributing to the orderly operation of the facility;
2. Essential operations and services improve through the productivity of detainees; and
3. Inactivity-induced idleness and disciplinary-code violations will decline.

C.    **Required Work Assignments**

Work assignments are voluntary. Detainees are not required to work except to do personal housekeeping and to clean their housing area. Detainees are required to maintain their immediate living areas in a neat and orderly manner.

This involves making their beds daily, stacking loose papers, keeping the floor free of debris, and hanging/draping no articles of clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures, or other furniture.

Pl. Ex. 13
Confidential

GEO_MEN 00001405



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER:  Detainee Work Program**
**TITLE:  Detainee Work Plan**



D.    **Voluntary Special Details**

Detainees may volunteer for the temporary work details that occasionally arise.  The work, which generally lasts from several hours to several days, can involve labor-intensive work.

E.    **Detainee Selection**

Completed detainee work applications will be forwarded to the Classification Officer.

The Classification Officer shall review the detainee's classification and other relevant documents in    the detainee's detention file and/or A-file.

The Classification Officer shall assess the detainee's language skills as it affects the detainee's ability to perform the specific requirements of the job under supervision. To the extent possible, work opportunities should be provided to detainees who are able to communicate with supervising staff effectively and in a manner that does not compromise safety and security.

Inquiries to staff about the detainee's attitude and behavior may be used as a factor in the selection.

Staff shall explain the rules and regulations as well as privileges relating to the detainee worker's status. The detainee is required to sign a **voluntary work program agreement** before every new assignment.  Completed agreements shall be filed in the detainee's detention file

F.    **Discrimination in Hiring Detainee Workers**

Volunteering detainees will not be denied work opportunities based on non-merit factors, such as race, religion, national origin, gender, sexual orientation, or disability.

G.    **Physically and Mentally Challenged Detainees**

The Aurora/ICE Processing Center maintains custody of physically and mentally challenged detainees whose disabilities range from minor to debilitating. While some of these individuals' medical restrictions will prevent them from working, those with less severe disabilities will have the opportunity to participate in the voluntary work program, in appropriate work projects. Discrimination on the basis of disability is prohibited in the detainee work program.

The selecting official must consider the precise limitations of a disabled individual before rejecting certain work assignments. Expediency or convenience will not justify the rejection of a detainee who, with reasonable accommodation, can perform the essential function of the work involved.  In disputed cases, the official will consult medical personnel to ascertain the detainee's assignability with regard to a given project.

H.    **Hours of Work**

The detainee workday approximates the workday in the community.  Detainees participating in the volunteer work program are required to work according to a fixed schedule.  The normal scheduled workday for a detainee employed full-time is a maximum of 8 hours. Detainees who wish to participate in the work program will not be permitted to work in excess of 8 hours daily, 40 hours weekly.

Detainee performance will be regularly evaluated and recorded.  Detainees will receive written recognition of competencies that they acquire.

Pl. Ex. 13
Confidential

GEO_MEN 00001406



| | Aurora Detention Center<br>POLICY AND PROCEDURE MANUAL<br><br>**8.1.8-AUR**<br><br>CHAPTER: Detainee Work Program<br>TITLE: Detainee Work Plan |  |
|---|---|---|

Unexcused absences from work or unsatisfactory work performance may result in removal from the voluntary work program.

General Work Assignments and Times

| | | | | |
|---|---|---|---|---|
| 1. | Food Service workers | 0400-1200 | 1300-1930 | |
| 2. | Living area clean-up/janitorial | 0630-1400 | 1800-2100 | |
| 3. | Area cleaning (inside facility) | 0730-1430 | 1530-2230 | 2345-0500 |
| 4. | Area cleaning (outside facility) | 0730-1430 | | |
| 5. | Evening workers (building janitorial) | 1530-2230 | | |
| 6. | Maintenance | 0930-1430 | | |
| 7. | Laundry | 0730-1430 | | |
| | | Mon-Fri | Sat-Sun | |
| 8. | Barber | 1530-2100 | 0730-1430 | |

### I.    Work Restrictions

A detainee may participate in only one work detail per day. Also, the detainee is required to sign a voluntary work program agreement before every new assignment. Completed agreements will be filed in the detainee's detention file.

### J.    Compensation

Detainees shall receive a stipend of $1.00 per day, to be paid daily.

### K.    Removal of Detainee from Work Detail

A detainee may be removed from a work detail for such causes as:

Unsatisfactory performance;

Disruptive behavior, threats to security, etc.

Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition;

Prevention of injury to the detainee;

A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy.

When a detainee is removed from a work detail, written documentation of the circumstances and reason for removal will be placed in the detainee detention file.

### L.    Detainee Responsibility

Detainees will be informed of their responsibilities by the assigned supervisor prior to beginning work in that area.

The detainee is expected to be ready to report for work at the required time. The detainee may not leave an assignment without permission.

The detainee will perform all assigned tasks diligently and conscientiously. Removal from the work detail and/or disciplinary action may result when a detainee evades attendance and

**Pl. Ex. 13**
Confidential

GEO_MEN 00001407



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

CHAPTER: Detainee Work Program
TITLE: Detainee Work Plan



performance standards in assigned activities, or encourages others to do so.

The detainee will exercise care in performing assigned work, using safety equipment and other precautions in accordance with the work supervisor's instructions. In the event of a work-related injury, the detainee shall notify the work supervisor, who will immediately implement injury-response procedures (see Section II, N., below).

**M.    Detainee Training and Safety**

1. Detainee working conditions shall comply with all applicable federal, state, or local work safety laws and regulations, including but not limited to:  Occupational Safety and Health Administration (OSHA) regulations, National Fire Protection Association, 101 Life Safety Code, American Correctional Association Standards for Adult Local Detention Facilities, Bureau of Immigration and Customs Enforcement (I.C.E.) Environmental Occupation Safety and Health Detention Standards.
2. Upon the detainee's assignment to a job or detail, the supervisor shall provide thorough instructions regarding safe work methods and, if relevant, hazardous materials.  The supervisor shall demonstrate safety features and practices.  Workers will learn to recognize hazards in the workplace, to understand the protective devices and clothing provided, and to report deficiencies to their supervisors.  "Lack of knowledge or skill" as an accident's cause will not be tolerated.  Therefore, the detainee shall undertake no assignment before signing a volunteer work program agreement.  Among other things, by signing the agreement the detainee confirms he/she has received and understood training about the assigned job from the supervisor.  This agreement will be placed in the detainee's detention file.
3. Medical staff will ensure detainees are medically screened and certified before undertaking a food service assignment.
4. The facility will provide detainees with safety equipment that meets OSHA and other standards associated with the task performed.

**N.    Detainee Injury and Reporting Procedures**

If a detainee is injured while performing his/her work assignment, the following procedures apply:

1. The work supervisor will immediately notify the facility medical staff.
2. First aid will be administered when necessary.
3. Medical staff will determine what treatment is necessary and where that treatment will take place.
4. The **work supervisor** will complete a detainee accident report and submit it for review and processing.  The report will be distributed as follows:

Classification (for placement in the detainee's detention file)
Warden
Assistant Warden of Operations
Chief of Security
Environmental Specialist/Fire and Safety Manager
Health Services Administrator

**O.    Verification Documents**

1. The Classification Officer will forward verification documents to medical for security-approved applicants that have been detained at the GEO Group Inc., Aurora Detention Center for at least 14 days. Only kitchen and barbershop applicants will require this process.

Pl. Ex. 13
Confidential

GEO_MEN 00001408



| | Aurora Detention Center<br>POLICY and PROCEDURE MANUAL | EFFECTIVE:<br>08/18/14 |
|---|---|---|
| **Corrections**<br>ICE APPROVAL | **8.1.8-AUR** | SUPERSEDES:<br>5/06/13 |
| | CHAPTER: ICE Detainee Work Program<br>TITLE: ICE Detainee Work Plan<br>RELATED ACA STANDARDS: 4-ALDF-2A-09, 5C-06, 5C-08, 5C-10 – 12, 6B-02, 6B-05 | APPROVED BY:  |

I.    **POLICY**

To provide detainees the opportunity to participate in a voluntary work program and earn money.

II.   **PROCEDURE**

A.    **Voluntary Work Program**

Detainees who are physically and mentally able to work will be provided the opportunity to participate in a voluntary work program.

No detainee or group of detainees will be given control, or allowed to exert authority, over other detainees. [4-ALDF-2A-09]

The detainee's classification level will determine the type of work assignment for which he/she is eligible. High Level detainees shall not be given work opportunities outside of their housing units/living area.

Inmates/detainees assigned as orderlies in segregation units must be reviewed and approved by the Chief of Security.

General work assignments do not require specific skills.  A sample of work assignments follow:

1.  Kitchen worker (either shift)
2.  Recreation/Library/Barber
3.  Living area clean-up/janitorial
4.  Area cleaning (inside facility)
5.  Area cleaning (outside facility)
6.  Evening workers (building janitorial)
7.  Maintenance
8.  Laundry

B.    **Voluntary Work Program Objectives**

Through the voluntary work program:

1.  Physically and mentally able detainees are gainfully employed while contributing to the orderly operation of the facility;
2.  Essential operations and services improve through the productivity of detainees; and
3.  Inactivity-induced idleness and disciplinary-code violations will decline.

C.    **Required Work Assignments**

Work assignments are voluntary.  Detainees are not required to work except to do personal housekeeping and to clean their housing area.  Detainees are required to maintain their immediate living areas in a neat and orderly manner.

Pl. Ex. 13
Confidential

GEO_MEN 00001410



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

CHAPTER: Detainee Work Program
TITLE: Detainee Work Plan



This involves making their beds daily, stacking loose papers, keeping the floor free of debris, and hanging/draping no articles of clothing, pictures, keepsakes, or other objects from beds, overhead lighting fixtures, or other furniture.

D.    **Voluntary Special Details**

Detainees may volunteer for the temporary work details that occasionally arise. The work, which generally lasts from several hours to several days, can involve labor-intensive work.

E.    **Detainee Selection**

Completed detainee work applications will be forwarded to the Classification Officer.

The Classification Officer shall review the detainee's classification and other relevant documents in the detainee's detention file and/or A-file.

The Classification Officer shall assess the detainee's language skills as it affects the detainee's ability to perform the specific requirements of the job under supervision. To the extent possible, work opportunities should be provided to detainees who are able to communicate with supervising staff effectively and in a manner that does not compromise safety and security.

Inquiries to staff about the detainee's attitude and behavior may be used as a factor in the selection.

Staff shall explain the rules and regulations as well as privileges relating to the detainee worker's status. The detainee is required to sign a **voluntary work program agreement** before every new assignment. Completed agreements shall be filed in the detainee's detention file

F.    **Discrimination in Hiring Detainee Workers**

Volunteering detainees will not be denied work opportunities based on non-merit factors, such as race, religion, national origin, gender, sexual orientation, or disability.

G.    **Physically and Mentally Challenged Detainees**

The Aurora/ICE Processing Center maintains custody of physically and mentally challenged detainees whose disabilities range from minor to debilitating. While some of these individuals' medical restrictions will prevent them from working, those with less severe disabilities will have the opportunity to participate in the voluntary work program, in appropriate work projects. Discrimination on the basis of disability is prohibited in the detainee work program.

The selecting official must consider the precise limitations of a disabled individual before rejecting certain work assignments. Expediency or convenience will not justify the rejection of a detainee who, with reasonable accommodation, can perform the essential function of the work involved. In disputed cases, the official will consult medical personnel to ascertain the detainee's assignability with regard to a given project.

H.    **Hours of Work**

The detainee workday approximates the workday in the community. Detainees participating in the volunteer work program are required to work according to a fixed schedule. The normal scheduled workday for a detainee employed full-time is a maximum of 8 hours. Detainees who wish to participate in the work program will not be permitted to work in excess of 8 hours daily, 40 hours weekly. Detainees work no more than 2 or 4 hours at a time in extreme hot and cold

Pl. Ex. 13
Confidential

GEO_MEN 00001411



| | Aurora Detention Center<br>POLICY AND PROCEDURE MANUAL<br><br>8.1.8-AUR<br><br>CHAPTER: Detainee Work Program<br>TITLE: Detainee Work Plan | |



environments as described in Corporate policy 13.1.8.

Detainee performance will be regularly evaluated and recorded. Detainees will receive written recognition of competencies that they acquire.

Unexcused absences from work or unsatisfactory work performance may result in removal from the voluntary work program.

General Work Assignments and Times

| | | | | |
|---|---|---|---|---|
| 1. | Food Service workers | 0400-1200 | 1300-1930 | |
| 2. | Living area clean-up/janitorial | 0630-1400 | 1800-2100 | |
| 3. | Area cleaning (inside facility) | 0730-1430 | 1530-2230 | 2345-0500 |
| 4. | Area cleaning (outside facility) | 0730-1430 | | |
| 5. | Evening workers (building janitorial) | 1530-2230 | | |
| 6. | Maintenance | 0930-1430 | | |
| 7. | Laundry | 0730-1430 | | |
| | | Mon-Fri | Sat-Sun | |
| 8. | Barber | 1530-2100 | 0730-1430 | |

I.  **Work Restrictions**

A detainee may participate in only one work detail per day. Also, the detainee is required to sign a voluntary work program agreement before every new assignment. Completed agreements will be filed in the detainee's detention file.

J.  **Compensation**

Detainees shall receive a stipend of $1.00 per day, to be paid daily.

K.  **Removal of Detainee from Work Detail**

A detainee may be removed from a work detail for such causes as:

Unsatisfactory performance;

Disruptive behavior, threats to security, etc.

Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition;

Prevention of injury to the detainee;

A removal sanction imposed by the Institutional Disciplinary Panel for an infraction of a facility rule, regulation, or policy.

When a detainee is removed from a work detail, written documentation of the circumstances and reason for removal will be placed in the detainee detention file.

L.  **Detainee Responsibility**

Detainees will be informed of their responsibilities by the assigned supervisor prior to beginning work in that area.

The detainee is expected to be ready to report for work at the required time. The detainee may

Pl. Ex. 13
Confidential

GEO_MEN 00001412



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**8.1.8-AUR**

**CHAPTER: Detainee Work Program**
**TITLE: Detainee Work Plan**



not leave an assignment without permission.

The detainee will perform all assigned tasks diligently and conscientiously. Removal from the work detail and/or disciplinary action may result when a detainee evades attendance and performance standards in assigned activities, or encourages others to do so.

The detainee will exercise care in performing assigned work, using safety equipment and other precautions in accordance with the work supervisor's instructions. In the event of a work-related injury, the detainee shall notify the work supervisor, who will immediately implement injury-response procedures (see Section II, N., below).

### M.    Detainee Training and Safety

1. Detainee working conditions shall comply with all applicable federal, state, or local work safety laws and regulations, including but not limited to: Occupational Safety and Health Administration (OSHA) regulations, National Fire Protection Association, 101 Life Safety Code, American Correctional Association Standards for Adult Local Detention Facilities, Immigration and Customs Enforcement (I.C.E.) Environmental Occupation Safety and Health Detention Standards.
2. Upon the detainee's assignment to a job or detail, the supervisor shall provide thorough instructions regarding safe work methods and, if relevant, hazardous materials. The supervisor shall demonstrate safety features and practices. Workers will learn to recognize hazards in the workplace, to understand the protective devices and clothing provided, and to report deficiencies to their supervisors. "Lack of knowledge or skill" as an accident's cause will not be tolerated. Therefore, the detainee shall undertake no assignment before signing a volunteer work program agreement. Among other things, by signing the agreement the detainee confirms he/she has received and understood training about the assigned job from the supervisor. This agreement will be placed in the detainee's detention file.
3. Medical staff will ensure detainees are medically screened and certified before undertaking a Food service or Barbering service assignment.
4. The facility will provide detainees with safety equipment that meets OSHA and other standards associated with the task performed.

### N.    Detainee Injury and Reporting Procedures

If a detainee is injured while performing his/her work assignment, the following procedures apply:

1. The work supervisor will immediately notify facility medical staff and the on-duty shift supervisor who will notify ICE.
2. First aid will be administered when necessary.
3. Medical staff will determine what treatment is necessary and where that treatment will take place.
4. The **work supervisor** will complete a detainee accident report and submit it for review and processing. The report will be distributed as follows:

    Classification (for placement in the detainee's detention file)
    Warden
    Assistant Warden of Operations
    Chief of Security
    Environmental Specialist/Fire and Safety Manager
    Health Services Administrator

**Pl. Ex. 13**
Confidential

GEO_MEN 00001413



| | Aurora Detention Center<br>POLICY AND PROCEDURE MANUAL<br><br>8.1.8-AUR<br><br>CHAPTER: Detainee Work Program<br>TITLE: Detainee Work Plan | |



O.   **Verification Documents**

   1.   The Classification Officer will forward verification documents to medical for security-approved applicants that have been detained at the GEO Group Inc., Aurora Detention Center for at least 14 days. Only kitchen and barbershop applicants will require this process.
   2.   The Medical Department will review the medical status of the applicant and will determine if the detainee has a medical or psychological condition limiting his ability to work.
   3.   When the Classification Officer receives an approved verification document from the medical department, the detainee will be added to the verification document pending approval, upon approval from the responsible shift supervisor the applicant will be added to the worker list as a paid worker or volunteer.
   4.   If a food service worker is not utilized in food service for a period exceeding two weeks, the Classification Officer and medical staff must review and approve their further use.

   NOTE: Any food service worker placed on a suicide watch will not be authorized to perform any food services duties, unless authorized to do so by the Warden in conjunction with the Health Services Administrator.

P.   **Food Services Worker Log**

   The Food Service Administrator shall maintain a log of the status of all food services workers. This log will reflect the following information:

   1.   Detainee ID and name
   2.   Date cleared for kitchen
   3.   Date commenced work
   4.   Completion of hygiene, kitchen equipment and chemical training
   5.   Annual approval review dates
   6.   Date terminated kitchen work

Q.   **Work Detail Job Descriptions**

   The Office Records Manager/Program Coordinator will maintain written work detail job descriptions.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

Pl. Ex. 13
Confidential

GEO_MEN 00001414

| | Aurora/ICE Processing Center<br>POLICY and PROCEDURE MANUAL | NUMBER:<br>12.1.4 - AUR |
|---|---|---|
|  | CHAPTER: Sanitation | REVISED ON:<br>2/22/11 |
| | TITLE: Sanitation Procedures | |
| | RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | SUPERSEDES:<br>6/14/10 |

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks. etc. These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the Department Head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other Department Heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

### C. Dormitory Sanitation

Pl. Ex. 13
Confidential

GEO_MEN 00001415



| | Aurora/ICE Processing Center | |
| --- | --- | --- |
| | POLICY AND PROCEDURE MANUAL | **NUMBER: 12.1.4 -AUR** |
| | **CHAPTER:** Sanitation | |
| | **TITLE:** Sanitation Procedures | |

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D. Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

### E. Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F. Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Captain.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

Pl. Ex. 13
Confidential

GEO_MEN 00001416



| | Aurora/ICE Processing Center | |
|---|---|---|
| | POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
| | CHAPTER: Sanitation | |
| | TITLE: Sanitation Procedures | |

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Administrator will keep a record of those inspections.

### G.  Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

### H.  Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

### I.  Blood or other body fluid

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the "Guidelines for Blood Spill Clean-Up". The reporting staff member will notify the on-duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces. Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a contaminated waste receptacle in the medical unit. Security staff will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an inner degradable bag and outer yellow contaminated linen bag. Staff assigned to deliver the contaminated linen to the laundry will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Page 3 of 4

Pl. Ex. 13
Confidential



| | Aurora/ICE Processing Center | |
|---|---|---|
| | POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
| | CHAPTER: Sanitation | |
| | TITLE: Sanitation Procedures | |

Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

Gray highlighted areas are the changes made to the current revision.

QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE
ASSISTANT WARDEN OF OPERATIONS.

APPROVED: _____

Warden M. Holm

EFFECTIVE: _____2/22/11_____

Pl. Ex. 13
Confidential

GEO_MEN 00001418