IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____

RULE 30(b)(6) DEPOSITION OF:
MELODY JEAN FURST - Volume I
March 29, 2016
The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____

PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of MELODY JEAN FURST, THE GEO GROUP, INC.,
was taken on behalf of the Plaintiffs at 600 Grant
Street, Suite 450, Denver, Colorado 80203, on
March 29, 2016, at 3:08 p.m., before Darcy Curtis,
Registered Professional Reporter and Notary Public
within Colorado.



# Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

Your Partner in Making the Record

■ www.huntergeist.com
■ scheduling@huntergeist.com

Court Reporting, Legal Videography, and Videoconferencing

Pl. Ex. 14

## 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____

RULE 30(b)(6) DEPOSITION OF:
MELODY JEAN FURST - Volume I
March 29, 2016
The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____

PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of MELODY JEAN FURST, THE GEO GROUP, INC.,
was taken on behalf of the Plaintiffs at 600 Grant
Street, Suite 450, Denver, Colorado 80203, on
March 29, 2016, at 3:08 p.m., before Darcy Curtis,
Registered Professional Reporter and Notary Public
within Colorado.

## 2

A P P E A R A N C E S
For the Plaintiffs:
    ANDREW FREE, ESQ.
    Law Office of R. Andrew Free
    1212 7th Avenue North
    Nashville, Tennessee 37208

    ALEXANDER HOOD, ESQ.
    Towards Justice
    1535 High Street
    Suite 300
    Denver, Colorado 80218

    ANDREW H. TURNER, ESQ.
    Buescher, Kelman, Perera & Turner, P.C.
    600 Grant Street
    Suite 450
    Denver, Colorado 80203

For the Defendant:
    SHELBY A. FELTON, ESQ.
    Vaughan & DeMuro
    720 South Colorado Boulevard
    Penthouse, North Tower
    Denver, Colorado 80246

## 3

I N D E X
EXAMINATION OF MELODY JEAN FURST:                    PAGE
March 29, 2016 - Volume I

By Mr. Free                                             4

                                                    INITIAL
DEPOSITION EXHIBITS:                               REFERENCE

Exhibit 10  The GEO Group, Inc., Batch                25
            Summary, 5/14/14
Exhibit 11  E-mail to Hood from Felton,               25
            3/9/16, Subject:  Menocal -
            30(b)(6), with various e-mails
            attached

Exhibit 12  E-mail to Gentlemen from                  28
            Felton, 1/12/16, with e-mail
            attached

Exhibit 13  Detainee Grievance Form,                  39
            Case No. 14-163, with attachment
Exhibit 14  Detainee Grievance Form,                  40
            Case No. 14-189, with attachment


DEPOSITION EXHIBITS:  (Previously Marked)

Exhibit 1   Amended Notice of FRCP 30(b)(6)           10
            Deposition of Defendant The GEO
            Group, Inc.

Exhibit 2   Defendant's Initial 26(a)(1)              34
            Disclosures, with attachments
Exhibit 9   (CONFIDENTIAL) Letter to Sanchez          40
            from Choate, 12/10/12, with
            attachments

## 4

1       WHEREUPON, the following proceedings
2   were taken pursuant to the Federal Rules of Civil
3   Procedure.
4           *   *   *   *   *
5       MELODY JEAN FURST,
6   having been first duly sworn to state the whole truth,
7   testified as follows:
8       (At this time Mr. Hood was not present.)
9       THE COURT REPORTER:  This is Darcy
10  Curtis, the court reporter.  It is March 29, 2016, at
11  3:07 p.m.  We are on the record.  I am with Hunter +
12  Geist, 1900 Grant Street, Suite 1025, Denver, Colorado
13  80203.  Present in the room are counsel and the
14  deponent.  Parties, please, state your appearances.
15      MR. FREE:  Andrew Free for the
16  plaintiffs.
17      MR. TURNER:  Andrew Turner for the
18  plaintiffs.
19      MS. FELTON:  Shelby Felton for the
20  defendant.
21          EXAMINATION
22  BY MR. FREE:
23      Q.  Good afternoon, Ms. Furst.
24      A.  Hi.
25      Q.  Can you state your full name for the

5

1  record, please.
2      A.  Melody Jean Furst.
3      Q.  What is your occupation?
4      A.  I am assistant business manager for The
5  GEO Group.
6      Q.  Do you understand that you are here today
7  to testify on behalf of The GEO Group about certain
8  subjects?
9      A.  Yes.
10     Q.  Are you prepared to do so?
11     A.  Yes.
12         (At this time Mr. Hood entered the room.)
13     Q.  If you would please open your binder to
14  Tab 1.  We're going to go to page 3.  It's my
15  understanding that you have been designated by The GEO
16  Group to provide testimony today regarding 3 b, the
17  number of participants in the voluntary work program
18  and documents pertaining to that number.  Is that your
19  understanding?
20     A.  Correct.  Yes.
21     Q.  Are you prepared to testify on that
22  subject today?
23     A.  Yes.
24     Q.  It's also my understanding that you are
25  prepared to provide testimony on 3 c?

6

1      A.  Yes.
2      Q.  And 3 d?
3      A.  Yes.
4      Q.  3 e?
5         MS. FELTON:  With the exception of other
6  GEO facilities.
7         MR. FREE:  Noted.
8      Q.  (BY MR. FREE)  But with that exception,
9  which has been lodged through an objection by counsel,
10  you are prepared to provide testimony on topic 3 e
11  today?
12     A.  Yes.
13     Q.  And 3 f?
14     A.  Yes.
15     Q.  3 g?
16     A.  Yes.
17     Q.  Anything else that you understand you're
18  going to be testifying about today?
19     A.  This is -- I mean, this is what I've been
20  brought in for.
21     Q.  That's what I thought.  Have you ever
22  given a deposition before?
23     A.  Years and years and years and years ago.
24     Q.  Well, since it's been a while, I'm going
25  to take a second and just walk you through the rules

7

1  of the road here and what we need to do in order to be
2  efficient and effective with our time and also to make
3  sure that your testimony is clear going forward.
4  Okay.
5         So as I said, I represent the plaintiffs
6  in this case.  I'm going to be asking you some
7  questions.  You are here to testify on behalf of GEO.
8  You're going to be providing some responses.  It's not
9  an endurance contest.  I know it's late in the
10  afternoon.  If you get tired or you need a restroom
11  break or you need something to drink, please feel free
12  to just tell me.  Okay.  With one exception, if there
13  is a pending question that has not yet been answered,
14  I would appreciate it if you could provide an answer
15  before we take a break.
16     A.  Okay.
17     Q.  During those breaks, I would ask that you
18  not consult with your counsel about anything other
19  than whether you're going to assert a privilege not to
20  provide a response.  Okay.  But anything about your
21  testimony we would ask that you not discuss with your
22  counsel, because you're under oath and it's just like
23  testifying in open court.  Okay?
24     A.  Okay.
25     Q.  If you don't understand a question that I

8

1  ask, which happens from time to time, I'm going to
2  trust that you will let me know before answering.  Is
3  that fair?
4      A.  Yes.
5      Q.  Okay.  If you need me to rephrase a
6  question or if anything is unclear to you, feel free
7  to speak up.  I am happy to take another go at it.
8  Fair?
9      A.  Fair.
10     Q.  Otherwise, if you do answer the question,
11  I'm going to assume and future readers of your
12  deposition are going to assume that you understood the
13  question that I was asking.  Do you understand that?
14     A.  Yes.
15     Q.  Similarly, if you are confused in any way
16  about terminology or any other part of a document that
17  we're looking at, take all of the time you need to
18  review that document and just let me know when you're
19  ready.  I will try to guide you toward what we're
20  going to talk about so that you don't spend your time
21  reading a bunch of paper that is not going to be
22  relevant for my question.  Okay?
23     A.  Okay.
24     Q.  But I do want you to feel free to ask for
25  time to look at what we're going to look at.  If you

Menocal  v. The Geo Group, Inc.        MELODY JEAN FURST                3/29/2016

9

get confused, if you get tired, let me know.  If you
don't understand a question, let me know.  And then
finally, let's make sure that we don't talk over each
other.  It's very important that I finish my question
and I allow you to finish your answer so that we have
a clear understanding of what was said here today.
Does that make sense?

     A.  Yes.

     Q.  And to that end, if you're going to
provide an answer, please provide an answer out loud
and try and use yes or no as opposed to uh-huh or
huh-uh, because it looks about the same when you type
it.  Fair?

     A.  Fair.

     Q.  Do you have any question about any of
those instructions?

     A.  No.

     Q.  Great.  So you testified long ago.  Were
you testifying as a GEO employee?

     A.  No.

     Q.  Without telling me anything that you
discussed with your attorney, what, if anything, did
you do to prepare for today's deposition?

     A.  I just read over the questions or the
statements here in the paperwork.

10

     Q.  You're pointing there to the documents in
front of you --

     A.  Page 3 and 4.

     Q.  That was a good example, a good teaching
moment.  You're pointing there to the documents in
front of you which has been previously marked in
Ms. Ceja's deposition as Exhibit 1.

          MR. FREE:  We're just going to keep that
numbering going --

          MS. FELTON:  Yes, we are.

          MR. FREE:  -- using a common exhibit.

          MS. FELTON:  Yes, we are.

     Q.  (BY MR. FREE)  So you're pointing to
pages 3 and 4 of Exhibit 1.  Okay.  So aside from
reading over that, did you look at any other
documents?

     A.  No.

     Q.  Okay.  How long have you been the
assistant business manager at the Aurora facility?

     A.  Since May of 2003.

     Q.  Okay.  A long time?

     A.  Correct.

     Q.  Who is the business manager?

     A.  Barbara Krumpelmann.

     Q.  Do you want to spell that?

11

     A.  K-r-u-m-p-e-l-m-a-n-n.

     Q.  Is that who you report to?

     A.  Yes.

     Q.  And where in the chain of command do you
two fall?  Who does Barbara report to?

     A.  To the warden.

     Q.  What do your duties entail?

     A.  Accounts payable, detainee accounts, I
oversee the detainee account clerk, billing, contracts
as far as implementing the contract that we have.

     Q.  Anything else?

     A.  No.

     Q.  What is your background professionally?

     A.  I have a construction background.  I've
done accounting for over 30 years and so that's pretty
much everything that I've ever done, has been
accounting.

     Q.  Do you have any certifications?

     A.  No, sir.

     Q.  Are you a CPA?

     A.  No, sir.

     Q.  Do you have any specialized training in
accounting?

     A.  No, sir.

     Q.  Do you have any degree in accounting?

12

     A.  No, sir.

     Q.  What is your educational background?

     A.  High school, some college, and work
experience.

     Q.  Okay.  How many detainees work in the
voluntary work program per year?

     A.  I can't respond to per year.  It's 80 --
we can have up to 80 per day.

     Q.  Why can't you respond to per year?

     A.  Because the turnover is rapid.

     Q.  Is GEO aware of every person who
participates in the voluntary work program?

     A.  Yes.

     Q.  Does GEO have the name of each person?

     A.  Yes.

     Q.  Is that in a computer system?

     A.  Yes.

     Q.  Why are you unable to look in that
computer system and tell me how many names there are?

     A.  Because it varies.

     Q.  What about for the period of three years
prior to the filing of this litigation and now?  Do
you have any estimate of how many detainees have
worked in the voluntary work program?

     A.  No, I don't.

13

1    Q.  You said it's up to 80 people per day?
2    A.  Correct.
3    Q.  And because of turnover, you're not able
4  to determine the number in total; is that your
5  testimony?
6    A.  Yes.
7    Q.  Would you say in the three years prior to
8  the filing of this litigation, which happened almost
9  two years ago now, up until now, it's at least several
10 hundred people who have participated in the voluntary
11 work program?
12   A.  I would say yes.
13   Q.  Would you say that that number exceeds
14 1,000, more or less?
15   A.  No.
16   Q.  Okay.  So you think it's somewhere
17 between several hundred people and 1,000 who have
18 participated in the voluntary work program between
19 three years before the plaintiffs filed their
20 complaint and the present; is that right?
21   A.  I would say yes.
22   Q.  Okay.  That number is knowable, though,
23 correct?
24   A.  I can probably pull it up via our
25 software program.

14

1    Q.  What software program is that?
2    A.  We have -- it's Keefe Commissary, which
3  is our banking software.
4    Q.  And, for instance, could you search for
5  the names of people who participated in the program
6  within a certain period?
7    A.  Yes.
8    Q.  And then you could maybe put those names
9  in a spreadsheet?
10   A.  Yes.
11   Q.  And then you could look at the rows on
12 the spreadsheet and figure out how many names there
13 are?
14   A.  Correct.
15   Q.  But despite being asked to testify today
16 about the number of participants in the voluntary work
17 program, you haven't done that?
18       MS. FELTON:  Object to form.  I'm the one
19 that designated her.  We don't have to create any
20 documents.  We don't have to take documents from a
21 software program, put them into a spreadsheet, and
22 count them.  There is no document that we can hand to
23 you that has the name of every participant.  We gave
24 you the documents that do exist, but you have not
25 included in your deposition notebook, that lists all

15

1  of the names of all of the people that have
2  participated in the voluntary work program.  I think I
3  designated that back to October of 2012.
4        MR. FREE:  What is your objection?
5        MS. FELTON:  You're telling her that she
6  did not come prepared for the deposition and she did
7  come prepared for the deposition.
8        MR. FREE:  I'm just asking her.  So what
9  is the legal objection?
10       MS. FELTON:  Form.
11       MR. FREE:  I would appreciate it,
12 Counsel, if you not engage in further speaking
13 objections.
14   Q.  (BY MR. FREE)  Were you asked to
15 investigate the number of people who had participated
16 in the voluntary work program in preparing for this
17 deposition?
18   A.  No.
19   Q.  That's not information that you had in
20 your personal knowledge, correct?
21   A.  Correct.
22   Q.  Okay.  How much has GEO paid, dating back
23 to October of 2012, to detainees participating in the
24 voluntary work program?
25   A.  I would have no idea off the top of my

16

1  head.
2    Q.  Well, this shouldn't be coming off the
3  top of your head, because you've been designated to
4  testify, again, at Exhibit 1 about the total
5  compensation paid to voluntary work program
6  participants at the Aurora Detention Facility.  I
7  understand your counsel has objected to amounts paid
8  to other facilities.  You came here and you told me
9  you were prepared to testify about that and you just
10 told me you have no idea off the top of your head.
11 What steps did you take to become knowledgeable on
12 behalf of The GEO Group about the total compensation
13 paid to voluntary work program participants?
14       MS. FELTON:  I'm going to object, because
15 I specifically designated her in my e-mail to you that
16 she would need to testify based on the reimbursement
17 documents provided to you on February 26 regarding the
18 pay that was paid to them.
19       MR. FREE:  Does she have those documents?
20       MS. FELTON:  I gave them to you on
21 February 26.  It was not designated as a subpoena
22 duces tecum.
23       MR. FREE:  But she's not here with those
24 documents.
25       MS. FELTON:  She doesn't have to be.

17

1 There was no designation or request for a production
2 of documents in the 30(b)(6) notice.
3     MR. FREE:  What's your legal objection?
4     MS. FELTON:  You're stating improperly
5 what she was designated to testify for.
6     MR. FREE:  Was she designated to testify
7 under 3 e, total compensation paid to VWP participants
8 at the Aurora Detention Facility?
9     MS. FELTON:  Yes.  And I told you in
10 order to do that, she would need the voluntary work
11 program reimbursement documents that I gave to you.
12     MR. FREE:  Why doesn't she have them?
13     MS. FELTON:  Because it's not a
14 production request in the 30(b)(6), and I've already
15 given you the documents.  You already have them, and
16 they're already Bates labeled.
17     MR. FREE:  That's fine.  Why has she
18 never seen them before?
19     MS. FELTON:  She has seen them before.
20 She's the one that gave them to me.
21     MR. FREE:  You're now testifying for her.
22 That's fine.
23     MS. FELTON:  You're talking to me.
24     MR. FREE:  That's because you're engaging
25 in another speaking objection.  I asked you not to do

18

1 that.  I'm asking you -- she told me she has no
2 idea -- off the top of her head she has no idea how
3 much the compensation was paid.  Okay.  We came here
4 without a subpoena duces tecum expecting oral
5 testimony on the total compensation paid from GEO.
6     Now, if it is your position as the
7 company that we are able to glean that from the
8 documents you provided, fine.  But if it is your
9 position she needs to rely upon those documents, then
10 it's your position to make sure she has those
11 documents ready to go.  It's your duty to make sure
12 those documents are ready to go.
13     MS. FELTON:  I did.  I gave them to you
14 on February 26 and I told you that in my e-mail to
15 you.  So you could have responded to my e-mail and
16 said bring the documents with you.  I told you in my
17 e-mail she would need the documents.
18     MR. FREE:  So you knew she would need the
19 documents.
20     MS. FELTON:  And I told you that, so you
21 could have responded and told me to bring them with
22 me.
23     MR. FREE:  Okay.  So what's going to
24 happen if we print the documents?  She's going to go
25 through and do the math herself; is that what's going

19

1 to happen?
2     MS. FELTON:  Yes.
3     MR. FREE:  Right here, we're going to do
4 that during the deposition.  Does she need a
5 calculator?
6     MS. FELTON:  Sure.
7     MR. FREE:  So that I understand, your
8 February 26 e-mail has informed the plaintiffs that
9 from the documents you provided we will be able to
10 glean the total amount paid?
11     MS. FELTON:  Both to the participants
12 themselves and reimbursements received from ICE.
13     MR. FREE:  Okay.  And do you think we
14 would be able to stipulate about that amount just by
15 going through and adding up the math?
16     MS. FELTON:  Yes.
17     MR. FREE:  All right.
18     MS. FELTON:  Which is also what I said in
19 my supplemental discovery responses.  If you would
20 like to go through an example with her, you have it in
21 Tab 11.
22     MR. FREE:  I don't know why, in the three
23 months since we've started the process of noticing up
24 these depositions, The GEO Group has not been able to
25 just come up with a number, notwithstanding the fact

20

1 there are documents and that's my concern.  I would
2 like to avoid a situation which we look at the same
3 documents and you say it's one number and I say it's
4 another number.  I think we can get that resolved, I
5 really do, if you do.  But I was hoping what we could
6 do is have a person who is knowledgeable on behalf of
7 the company to come here and say the number.  It's
8 okay.  We can work through it.
9     So the plaintiffs are going to object to
10 the record based on the failure of GEO to provide a
11 person who is knowledgeable on the noticed topic of
12 the total compensation to be paid.  We understand your
13 position, that you wanted us to bring the records you
14 supplied to us so that your witness could look at
15 those records and come up with the number during the
16 deposition.  Do you feel like that's a fair
17 representation of where we just got?
18     MS. FELTON:  Yes.  That if you had --
19 that she could take what is in Tab 11 -- and I've
20 given you every month -- that she could take from
21 every month and verify that she created all of those
22 documents and that each one of those packets tells you
23 the number of people paid and how much they were paid.
24     MR. FREE:  Great.  Let's go off the
25 record for just a moment, please, so I can confer with

21

1   cocounsel.
2          (Recess taken, 3:29 p.m. to 3:40 p.m.)
3      Q.  (BY MR. FREE)  Ms. Furst, at the
4   suggestion of your counsel, what we're going to do is
5   mark as an electronic exhibit the documents that your
6   counsel has provided to the plaintiffs beginning with
7   GEO_MEN 00001514 and continuing to GEO_MEN 00004559.
8   What we're going to ask you to do, so we can identify
9   the number of participants in the voluntary work
10  program at the Aurora facility pursuant to your
11  counsel's instruction and Section 3 b of the 30(b)(6)
12  deposition notice previously marked as Exhibit 1, is
13  we're going to ask you to start at page 1514 that's
14  going to be projected up here on the screen and tell
15  us what this document is, who created it, what its
16  purpose is, and then I'll ask you some questions.
17  Okay.  So let's begin.  What is this document?  And
18  can you see?
19      A.  Yes.
20      Q.  Okay.  Does it help if I turn the light
21  off?
22      A.  No.  It's fine.
23      Q.  All right.
24      A.  That is a batch for detainee pay for --
25  what is it -- 1/13 of '14.

22

1      Q.  For when now?
2      A.  Those are the people that worked on,
3   whatever date that is, 1/13 -- or 5/13.
4      MR. FREE:  Can we project this a little
5   closer to the witness, please, so she can see.  I'm
6   going to move out of the way so she can see, and I'll
7   speak up for the court reporter.
8      Q.  (BY MR. FREE)  So right now we are
9   looking at Bates No. 1514.  Look at the bottom
10  right-hand side of the screen.  If you look on the
11  second page, 1515, it reflects 70 people --
12      MR. FREE:  Can you go back to it again?
13  Thanks.
14      Q.  (BY MR. FREE)  All right.  So beginning
15  at 1514 -- are you able to see that projected on the
16  wall, Ms. Furst?
17      A.  Yes.
18      Q.  -- going down to 1515, can you see the
19  number of people who received deposits on May 14,
20  2014?
21      A.  It looks like 70.
22      Q.  Okay.  Does that indicate to you that 70
23  unique individuals received deposits for the voluntary
24  work program on that day?
25      A.  It would.  There's a possibility that

23

1   there may be somebody from the day before that payroll
2   may not have been turned in in a timely manner.
3      Q.  But based on this, there were 70 people
4   in the voluntary work program on that day?
5      A.  Yes.
6      Q.  Now, looking at Bates No. 1516, we
7   have -- and 1517 --
8      MR. FREE:  Scroll down, please.
9      Q.  (BY MR. FREE)  -- it reflects 56 people
10  received deposits on May 14, 2014, in this batch; is
11  that right?
12      A.  Correct.
13      Q.  So these batches were run at the same
14  time, or were they run at different times?
15      A.  They're run daily.
16      Q.  So 1514 to 1515 says May 14, 2014, at
17  10:28.  And then 1515 to 15 -- excuse me.  1516 to
18  1517 says May 15 of 2014 at 11:51.  Do you see that?
19  You can follow along on your counsel's computer.
20      A.  They're run daily.
21      Q.  Okay.  So compare these two lists and see
22  if there is anyone on the previous list who is not on
23  the -- anyone on Wednesday's list who is not on
24  Thursday's list.  We're going to note for the record
25  that you're going to look off of your counsel's

24

1   computer so that she can scroll up and down for you.
2      MS. FELTON:  Well, yes, and we can't see.
3   We can't see it.
4      MR. FREE:  Ms. Furst, what we're going to
5   do is we're going to take that question off the table.
6   We're going to ask that you take a moment and review
7   1517 through 4559 and count the number of people who
8   participated in the voluntary work program according
9   to this document, please.  We'll go off the record
10  while she's doing that.  At what time?
11      THE COURT REPORTER:  3:49.
12          (Recess taken, 3:49 p.m. to 4:10 p.m.)
13      MS. FELTON:  We will stipulate that the
14  documents speak for themselves and state how many
15  participants there were in the voluntary work program.
16  We will not stipulate to a number just because
17  there's -- we can't even estimate.  We don't know if
18  200 is a good number.  We don't know if a hundred,
19  300, a thousand, and I'm just not comfortable
20  stipulating to any specific number.  And we think that
21  we've given -- we think we've met our 30(b)(6)
22  obligation, because we've provided the documents in
23  our supplemental discovery responses, and so you have
24  the same information that we have.  And the manner in
25  which to come to that answer is as equally in your

25

1  hands as it is in mine, and I don't think we have the
2  obligation to do the calculation for you.  So we can
3  agree to disagree and just take it up with the court
4  on a motion to compel.  But we're not going to -- you
5  asked us to count for each day for the last three
6  years how many participants there were, and we don't
7  think that that's a proper 30(b)(6) question.  But,
8  again, we can agree to disagree and bring it up on a
9  motion to compel.
10        MR. FREE:  Okay.  Thank you, Counsel.
11  We're going to enter as Exhibit 10 -- excuse me --
12  Exhibit 11, because 10 was the electronic exhibit.  Go
13  print that out.  We'll do just the first page.
14        (Deposition Exhibit 11 was marked.)
15        MS. FELTON:  So 10, we're going to just
16  put the --
17        MR. FREE:  The first page.
18        MS. FELTON:  That will be 10 and this
19  will be 11.  Now, the tabs --
20        MR. FREE:  They're not going to be
21  sequential.
22        MS. FELTON:  I didn't know if the tabs
23  had some meaning.
24        MR. FREE:  No, they don't.  They're just
25  separators.

26

1        MS. FELTON:  Because when you're telling
2  me to put this in a tab, I didn't know if --
3        MR. FREE:  No, they're just separators.
4  We'll go by the exhibits.
5        MS. FELTON:  All right.
6        MR. FREE:  The plaintiffs are going to
7  enter as Exhibit 11 the March 9, 2016, e-mail from
8  counsel for GEO which says, "Ms. Furst" -- this is on
9  page 2.  "Ms. Furst is designated to testify, based on
10  the reimbursement documents provided on February 26,
11  2014, regarding:  The pay and number of participants
12  in the voluntary work program, VWP; the existence and
13  location of any documents containing this information
14  or containing information relevant to determining that
15  number; and total compensation paid to VWP
16  participants at Aurora."  There is no objection to
17  these topics in this e-mail that I can find.  And the
18  e-mail that you referenced from February 26, I
19  believe, is simply an e-mail from you providing us
20  discovery responses that were supplemental to your
21  disclosures or discovery responses from September of
22  2015.  This is 10.
23        (Deposition Exhibit 10 was marked.)
24        MR. FREE:  It's the plaintiffs' position
25  that GEO's failure to prepare its 30(b)(6) witness has

27

1  prevented the plaintiffs from obtaining necessary
2  admissions that will be used in their motion for class
3  certification, which was the purpose of this
4  deposition.  The deposition notice could not be
5  clearer that one of the topics for deposition would be
6  the number of participants in the voluntary work
7  program and the total amount paid.  No objection was
8  made to these.
9        MS. FELTON:  Actually, there were lots of
10  objections.
11        MR. FREE:  To these subjects, to these
12  particular subjects.
13        MS. FELTON:  If you go back to my
14  original.
15        MR. FREE:  Of what date?  Because you
16  told me there was a February 26 e-mail.  There's no
17  26th e-mail regarding objections.  There's just the
18  production.  We've put the March 9 e-mail in.  That's
19  the most recent designation.  In that designation, you
20  say you can go back to the January e-mail in which you
21  raised a bunch of objections.  For good measure . . .
22        MS. FELTON:  So there's the March 9
23  e-mail that contained objections.
24        MR. FREE:  To these particular subjects?
25        MS. FELTON:  To every subsection that I

28

1  had an objection to.
2        MR. FREE:  Did you move for a protective
3  order?
4        MS. FELTON:  No.
5        MR. FREE:  Because you referenced it,
6  we'll enter the January 9 e-mail.
7        MS. FELTON:  March.
8        MR. FREE:  No.  We've already entered the
9  January 9 e-mail -- the March 9 e-mail.  Excuse me.  I
10  meant the January 12 e-mail that you sent with the
11  objections to the previous notice, we'll enter that as
12  Exhibit 12.
13        (Deposition Exhibit 12 was marked.)
14        MR. FREE:  That is actually already there
15  at Tab 6.  It's at page 2.  That's your January 12
16  e-mail.
17        MS. FELTON:  This is exhibit what?
18        MR. FREE:  12.
19        MS. FELTON:  What happened to March 9?
20        MR. FREE:  It's Exhibit 11 and it's at
21  Tab No. -- put that at Tab 6.  Thank you.
22        MS. FELTON:  Oh, okay.
23        MR. FREE:  You see, it's already in
24  there.
25        MS. FELTON:  Okay.  I thought you were

29

1   entering -- so you're not entering -- I thought you
2   were entering the . . .
3         MR. FREE:  The March 9 e-mail was 11; the
4   January 12 e-mail that you referenced a moment ago is
5   12.
6         MS. FELTON:  But not the one where I
7   specifically . . .
8         MR. FREE:  If there's additional
9   correspondence that you think is necessary to this,
10  then we can attach it to our motions papers.
11        MS. FELTON:  Yes.
12        MR. FREE:  We're going to continue with
13  this deposition.
14        MS. FELTON:  Yes.  It doesn't matter.  It
15  doesn't have to be listed as an exhibit here.  I can
16  just attach it to the motions practice.
17        MR. FREE:  Great.
18        MS. FELTON:  That's fine.
19        Q.  (BY MR. FREE)  All right.  Ms. Furst,
20  thank you very much for bearing with us.
21        A.  Not a problem.
22        Q.  You still have your deposition notebook
23  in front of you; is that right?
24        A.  Correct.
25        Q.  Great.  Is there any reason that you are

30

1   not going to be able to testify regarding the rest of
2   the subjects that we've noticed?  Putting aside the
3   total pay and the total number of detainees, is there
4   anything else that you're not going to be able to testify
5   about today that you've been designated for?
6         A.  I don't believe so.
7         Q.  Okay.  So you're prepared on behalf of
8   GEO to provide the rest of that testimony; is that
9   right?
10        A.  Yes.
11        Q.  Okay.  So 3 c is the quantity, scope, and
12  type of work performed in the voluntary work program.
13        MS. FELTON:  Can we go off the record one
14  second?
15        MR. FREE:  Sure.
16        (Discussion off the record.)
17        MR. FREE:  We are back on the record at
18  4:22.  After a brief off-the-record discussion, we
19  have determined that Ms. Furst has been designated to
20  testify regarding topics 3 b, the number of
21  participants in the Visa Waiver Program -- excuse
22  me -- the voluntary work program; c, the quantity,
23  scope, and type of work performed in the VWP; d, the
24  value of the work; f, detainees use of funds obtained
25  through participation; g, policies and practices

31

1   relating to products sold by GEO or contractors to the
2   detainees, and everything else included in that.  Do
3   we agree on that?
4         MS. FELTON:  Yes.  But let me clarify one
5   clarification.  In terms of the value of the work
6   performed, now, you asked Ms. Ceja based on the wage
7   determination.  Now, that was not a document that I
8   would have anticipated.  I don't know that Ms. Furst
9   is familiar with the wage determination.
10        THE DEPONENT:  No.
11        MS. FELTON:  Okay.  So if that's the way
12  you're valuing the work, then she can't speak to the
13  wage determination.
14        MR. FREE:  Okay.  Let's start with that
15  then.
16        Q.  (BY MR. FREE)  So this is topic 3 d, the
17  value of the work performed by the VWP participants
18  and the existence and location of documents containing
19  information relevant to that value.  You're prepared
20  to testify about that today subject to what your
21  counsel just said?
22        MS. FELTON:  She's not understanding,
23  because there are no documents and there is no
24  valuation.  So that's why she's -- answer to the best
25  that you can.

32

1         A.  I can't respond to it.
2         Q.  (BY MR. FREE)  Okay.  Why not?
3         A.  Because I don't understand exactly what
4   it is that you're wanting.
5         Q.  Okay.  Which part is confusing you with
6   regard to the value of the work?
7         A.  Value of the work, I can't respond,
8   because I don't know what they consider -- you know,
9   what you consider to be value of the work.  It's -- I
10  don't know.
11        Q.  All right.  If you had to go out and
12  contract on the free market for the labor that
13  voluntary work program detainees perform, do you have
14  any idea how much that would cost?
15        A.  No, sir, I do not.
16        Q.  You don't know how much GEO pays those
17  detainees under the dollar-a-day program; is that
18  right?
19        MS. FELTON:  Object to form.
20        Q.  (BY MR. FREE)  You don't know how much
21  they pay them per year; you don't know how much GEO
22  has shelled out during this period from October 2012
23  to the present pursuant to the voluntary work program?
24  I think that's what you told me earlier.  You don't
25  know the total amount, right?

33

1    A.  I do not.
2        Q.  So not only do we not have a benchmark of
3    what you're paying the detainees for the work they're
4    doing, we also don't know -- we don't know what that
5    labor would cost if you had to go and purchase it off
6    the free market; is that right?
7    A.  Correct.
8        Q.  These detainees, they don't have a
9    contract with the government to perform this work; is
10   that right?
11   A.  Correct.
12       Q.  They don't have a contract with GEO to
13   perform this work?
14   A.  No.
15       Q.  They're not subject to the Service
16   Contract Act and the wage determinations within that
17   that's attached to the GEO contract, right?
18   A.  I would say no.
19       Q.  So in other words, what your counsel was
20   talking about earlier is the wage determination that's
21   attached to the GEO contract that makes sure that GEO
22   employees are being paid the wages under the Service
23   Contract Act; GEO doesn't apply that to the detainees
24   because they don't have a contract to do work with
25   GEO, right?

34

1    A.  Correct.
2        Q.  Now, is it your understanding on behalf
3    of The GEO Group that the voluntary work program is
4    applied equally to every single participant and
5    there's no variation participant by participant with
6    regard to how much they're paid?
7    A.  It's a set dollar amount.
8        Q.  That dollar amount is set according to
9    documents that GEO has received from the government
10   and then provided to the detainees; is that right?
11   A.  It's part of our contract.
12       Q.  Now, if you would, please, turn to Tab 7.
13   And if you would look at -- this has previously been
14   marked as Exhibit 2 to the Ceja deposition and we'll
15   just continue using it.  If you would look at page 2,
16   it says, "GEO_MEN."  When you say it's part of our
17   contract, do you see item No. 0004?
18   A.  Yes.
19       Q.  It says, "Stipend for detainee work
20   program"?
21   A.  Yes.
22       Q.  And this is what you're talking about?
23   A.  Yes.
24       Q.  It reads, "Reimbursement for this line
25   item will be at actual cost of $1.00 per day per

35

1    detainee"?
2    A.  Yes.
3        Q.  Who is being reimbursed?
4    A.  We are reimbursed by ICE.  We pay, they
5    reimburse.
6        Q.  Okay.  You pay the detainees, ICE
7    reimburses you?
8    A.  Correct.
9        Q.  Do you happen to know what's underneath
10   this redaction to the right of this, this quantity?
11   A.  $1.
12       Q.  Okay.  And so it says, "The contractor
13   shall not exceed the quantity shown without prior
14   approval by the contracting officer."  Do you see
15   that?
16   A.  Yes.
17       Q.  And underneath that there's some
18   redaction.  Do you know what that says underneath
19   there?
20   A.  No.
21       Q.  We don't either.  This is the
22   reimbursement that ICE pays GEO, correct?
23   A.  Yes.
24       Q.  Okay.  If you would turn to page 15, do
25   you see No. 10 there, "The DHS/ICE PBNDS

36

1    (Performance-Based National Detention Standards)"?
2    A.  Yes, sir.
3        Q.  Go back one page.  Do you agree on behalf
4    of GEO that the Performance-Based National Detention
5    Standards are listed as a constraint comprising the
6    statutory, regulatory, policy and operational
7    considerations that will affect the contractor?
8    A.  I have no idea what you just said.
9        Q.  I'm simply reading the contract and
10   asking you, as a representative of GEO, are you bound
11   by, among other things, the PBNDS listed at No. 10
12   pursuant to this contract?
13   A.  Yes.
14       Q.  Okay.  If you'll turn your attention to
15   No. 46 within Tab 7, Exhibit 2, this has previously
16   been identified as the Performance-Based National
17   Detention Standard on the voluntary work program.
18   Have you ever seen that before?
19   A.  No, sir, I have not.
20       Q.  Okay.  So if you turn to the next page --
21   actually, page 49 and you look at K at the bottom
22   left, it says, "Compensation."  Do you see that?
23   A.  Yes.
24       Q.  At the top continuing in paragraph K, it
25   says, "The compensation is at least $1.00 per day."

Menocal  v. The Geo Group, Inc.          **MELODY JEAN FURST**                    3/29/2016

---

37

1  Is that right?
2      A.  Yes.
3      Q.  This is part of the Performance-Based
4  National Detention Standards by which GEO is bound
5  under the contract, right?
6      A.  Yes.
7      Q.  If you would then move on to page 53, do
8  you see at the top right-hand corner a part of a
9  document that says, "Detainee Work Program
10 (Voluntary)"?
11     A.  Yes.
12     Q.  As far as you know, is this the policy
13 that is applied uniformly at the Aurora facility?
14     A.  Yes, sir.
15     Q.  Okay.  Please turn to page 60.  Have you
16 ever seen this document?
17     A.  No, sir, I have not.
18     Q.  Does it look like a job description for a
19 dormitory sanitation worker?
20     A.  Yes, sir.
21     Q.  And does that include -- or is the
22 dormitory sanitation worker among one of the jobs that
23 a detainee could perform under the voluntary work
24 program?
25     A.  Yes, sir.

---

38

1      Q.  And uniformly you would compensate that
2  person $1 per day for performing this work, correct?
3      A.  Yes, sir.
4      Q.  Okay.  And similarly, if we go to page
5  70, you would uniformly pay the laundry sanitation
6  worker $1 a day?
7      A.  Yes, sir.
8      Q.  And similarly, if we go to page 80, you
9  would uniformly pay the facility cleanup worker a
10 dollar a day?
11     A.  Yes, sir.
12     Q.  If we go to page 105, you would uniformly
13 pay the library sanitation worker a dollar a day; is
14 that right?
15     A.  Yes, sir.
16     Q.  Similarly at 120, the medical sanitation
17 worker, that person gets a dollar a day too, don't
18 they?
19     A.  Yes, sir.
20     Q.  Every person who works for the voluntary
21 work program gets a dollar a day, correct?
22     A.  Yes.
23     Q.  And it is the case, isn't it, that it is
24 GEO's policy that they cannot receive more; is that
25 right?

---

39

1      A.  Yes.
2      Q.  Have you ever responded to a complaint or
3  grievance from a detainee who was participating in the
4  voluntary work program about the amount that they're
5  being paid?
6      A.  I don't believe I have.
7      Q.  Okay.  I would like to turn your
8  attention for a moment to Tab 12.  We will mark the
9  three pages at Tab 12 as Exhibit 13 using a continuous
10 number system.
11         (Deposition Exhibit 13 was marked.)
12     Q.  Take a look at those three pages.  Excuse
13 me.  It's only two pages.  Sorry.  The handwritten
14 statement of the grievance is a bit illegible, but I
15 would like you to read the second page, please.
16     A.  "In response to your grievance dated
17 7/23, the finding is:  The pricing is approved by ICE.
18 GEO does not set the pricing.  ICE tells us what the
19 daily pay is for trustees.  I hope this addresses your
20 concerns."
21     Q.  Who is that from?
22     A.  That is from me.
23     Q.  And is that your signature?
24     A.  Yes, sir.
25     Q.  If you could turn to Tab 13, we will

---

40

1  enter these two pages as 14.
2         (Deposition Exhibit 14 was marked.)
3      Q.  This will be Exhibit 14 to your
4  deposition.  On the second page, do you see a response
5  from you saying, "ICE tells us what the daily pay is
6  for trustees"?  Is that right?
7      A.  Yes, sir.
8      Q.  "GEO does not set the pricing.  The
9  pricing is approved by ICE."  Is that right?
10     A.  Correct.
11     Q.  If you could, let's look at Tab 11.  This
12 has previously been marked as Exhibit 9 to Ms. Ceja's
13 deposition.  Do you recognize the document at Tab 11?
14     A.  Yes, sir.
15     Q.  What is it?
16     A.  It's a monthly billing for the month of
17 November.
18     Q.  And this indicates that 1,680 hours of
19 work were performed in the voluntary work program
20 during November 2012, right?
21         MS. FELTON:  Object to form.
22     Q.  (BY MR. FREE)  You can answer the
23 question.
24     A.  It's 1680 people.
25     Q.  People.

---

41

1    A.  Not hours.
2    Q.  Not hours.  That would be --
3    A.  That would be a lot.
4    Q.  -- somewhere close to a dollar an hour,
5 which is still too low, but we're talking a dollar a
6 day.  So this is 1680 shifts?
7    A.  Yes.
8    Q.  In the month of November 2012, right?
9    A.  $1680 were paid to workers.
10   Q.  For eight-hour shifts --
11       MS. FELTON:  Object to form.
12   Q.  (BY MR. FREE)  -- is that right?
13   A.  No.
14   Q.  No.
15   A.  It could be three hours.
16   Q.  Okay.  I think we've already testified
17 that you can -- you've already told me that if we flip
18 over to page 1612, you can tell how many detainees
19 worked each day using a document like this; is that
20 right?
21   A.  Correct.
22   Q.  For November 1, that's 60 unique
23 participants; is that right?
24   A.  Yes, sir.
25   Q.  And based on that, GEO produced the

42

1 document at 1613, the batch summary of payroll for all
2 60 participants, right?
3    A.  Yes, sir.
4    Q.  There are 60 lines because there were 60
5 participants, right?
6    A.  Yes, sir.
7    Q.  No participant is allowed to work more
8 than one shift per day; is that right?
9    A.  Yes, sir.
10   Q.  This is the consolidated payroll for
11 kitchen, laundry, A pod, B pod, evening kitchen,
12 D pod; is that right?
13   A.  Yes, sir.
14   Q.  This is created in every payment to a
15 detainee under the voluntary work program, this batch
16 summary, correct?
17   A.  Yes, sir.
18   Q.  It is using this document or these
19 records that you then seek reimbursement from ICE,
20 correct?
21   A.  Yes.
22   Q.  The voluntary work program pay is paid
23 almost immediately, correct?
24   A.  Yes.
25   Q.  Detainees don't wait two weeks for a

43

1 paycheck?
2    A.  Absolutely not.
3    Q.  GEO is paying those detainees?
4    A.  Yes.
5    Q.  On basically an immediate basis?
6    A.  Daily.
7    Q.  Daily.  Okay.  The dollar-a-day rate is
8 set forward in GEO policy as well, correct?
9    A.  I believe so.
10       MR. FREE:  Let's go off the record.
11       (Recess taken, 4:41 p.m. to 4:43 p.m.)
12       MR. FREE:  Let's go back on the record.
13   Q.  (BY MR. FREE)  If you could, please, turn
14 to Tab 9.  I would like you to look at the page marked
15 as 1400.  Do you recognize this document?
16   A.  Yes, sir.
17   Q.  What is it?
18   A.  It's our policy and procedure.
19   Q.  On what?
20   A.  The work program.
21   Q.  By "the work program," you mean the
22 detainee voluntary work program?
23   A.  Yes, sir.
24   Q.  This is uniformly applied to all
25 detainees who participate?

44

1    A.  Yes, sir.
2    Q.  At 1402, Section J, it says, "Detainees
3 shall receive a stipend of $1.00 per day, to be paid
4 daily," correct?
5    A.  Yes.
6    Q.  Are you responsible for bidding contracts
7 or receiving bids for contracts of people who want to
8 do work for GEO at the Aurora facility?
9    A.  No.
10   Q.  Who is responsible for that?
11   A.  Ms. Krumpelmann.
12   Q.  Okay.  How many janitors work at the
13 Aurora contract facility?
14   A.  One.
15   Q.  She only works in the executive office of
16 immigration review area and the ICE area; is that
17 correct?
18   A.  EOIR, GEO, and ICE.
19   Q.  So GEO's administrative offices?
20   A.  Correct.
21   Q.  Places detainees are not allowed?
22   A.  Detainees are allowed.
23   Q.  So why does she do that work and not a
24 detainee voluntary worker?
25   A.  She has detainees that if they want to

11 (Pages 41 to 44)

45

1    work, they work.
2        Q.   Okay.  If you had to pay someone to do
3    her job at the rest of the facility, you would have to
4    pay someone -- if nobody volunteered, in other words,
5    for the detainee voluntary work program, you would
6    have to pay more people, more Danielles, the janitor,
7    to clean the rest of the facility, right?
8        A.   Yes, sir.
9        Q.   And she makes about 12 or $13 an hour,
10   right?
11       A.   Yes.
12       Q.   For that type of work, is it fair to say
13   that the value of the work that the volunteer work
14   program people are contributing is roughly the value
15   of her salary?
16       MS. FELTON:  Object to form.
17       A.   I would say no.
18       Q.   (BY MR. FREE)  Why?
19       A.   Because they do not work a full eight-
20   hour day.
21       Q.   Okay.  Even if they work three hours,
22   they're still getting paid less than she gets paid in
23   an hour, right?
24       A.   Correct.
25       Q.   So hour to hour, why is it that their

46

1    value is not equal to her value in terms of the
2    services being rendered to GEO?
3        A.   I can't respond to that.  That's an
4    opinion.
5        Q.   No.  I'm asking GEO's position on this,
6    which is what you've been called here today to
7    provide.  You're not able to do that.  You're not able
8    to provide GEO's position on why -- on the value of
9    these services that these voluntary work program
10   detainees perform?
11       A.   GEO's position is we're required by the
12   contract to pay them what ICE has stipulated.
13       Q.   We understand.  My question is what the
14   value of that labor is.
15       A.   I can't respond to that.
16       Q.   Okay.  If you would, please, turn to Tab
17   7 and look at page 62.  Do you see that?
18       A.   Yes, sir.
19       Q.   Is that a detainee voluntary work program
20   agreement?
21       A.   I believe it is.
22       Q.   Okay.  This is the agreement that people
23   in the voluntary work program sign and agree to when
24   they're joining the program; is that right?
25       A.   I would say so.

47

1        Q.   This is uniformly employed by GEO for
2    people who are participating in the program; is that
3    right?
4        A.   Yes.
5        Q.   The names on the list in the batch
6    summary are taken from the daily logs, correct, that
7    the GEO detainees sign?
8        A.   Yeah, the daily payroll sheets.
9        Q.   And that is uniform within the voluntary
10   work program, correct?
11       A.   Yes.
12       Q.   What would happen if the voluntary work
13   program did not exist?  If detainees did not volunteer
14   to work, how would GEO perform the functions --
15   specifically, what would it cost GEO to perform the
16   functions of these detainees?
17       A.   I would say probably the wage
18   determination and officers.
19       Q.   We would have to look at the type of
20   function they were performing on the wage
21   determination and look at the salary that you would
22   have to pay someone to come in and do that function;
23   is that right?
24       A.   Correct.
25       Q.   Okay.  And practically speaking, in each

48

1    department where a voluntary work program detainee
2    works, your staffing plan currently is not such that
3    the facility could operate without the VWP; is that
4    right?
5        MS. FELTON:  Object to form.
6        Q.   (BY MR. FREE)  You can answer.  In fact,
7    you must answer.
8        A.   Please repeat.
9        Q.   Practically speaking, the staffing in
10   each department where a voluntary work program
11   detainee works is such that if it went away, if there
12   were no voluntary work program, that department
13   couldn't run; is that correct?
14       MS. FELTON:  Object to form.
15       A.   No.
16       Q.   (BY MR. FREE)  That's incorrect?
17       A.   That is incorrect.
18       Q.   Would you be able to run the kitchen if
19   there were no voluntary workers?
20       A.   Yes.
21       Q.   Would you be able to do janitorial if
22   there were no voluntary workers?
23       A.   Yes.
24       Q.   Would you be able to do the barbershop?
25       A.   I don't know.

12 (Pages 45 to 48)

---

**49**

1    Q.  Would you be able to do the library?

2    A.  Yes.

3    Q.  Medical?

4    A.  Yes.

5    Q.  Dorm cleanup?

6    A.  Yes.

7    Q.  Facility cleanup?

8    A.  Yes.

9    Q.  If there were no voluntary workers, who

10   would do those jobs?

11   A.  Officers.

12   Q.  At the same staffing level or with

13   additional officers being brought in to do them?

14       MS. FELTON:  Object to form.

15   A.  It would require additional.

16   Q.  (BY MR. FREE)  So you would have to pay

17   more people to do that work if there were no voluntary

18   work program, correct?

19   A.  I believe so.

20   Q.  You would have to pay them at wages set

21   by the wage determination attached to the contract,

22   correct?

23   A.  Correct.

24   Q.  Okay.

25       MR. FREE:  We're losing Mr. Turner for

---

**50**

1    the record.

2        (At this time Mr. Turner left the room.)

3        MR. FREE:  I think we're done.  Let's go

4    off the record and be sure.  Thank you very much for

5    your patience.

6        (Discussion off the record.)

7        MR. FREE:  Back on the record.

8    Ms. Furst, I really appreciate you coming this

9    afternoon.  We are going to suspend your deposition.

10   What that means is you're going to remain under oath.

11   It's going to be like we're taking a break.  And we

12   are going to attempt to reach a resolution on the

13   issue of number of detainees who have worked and also

14   on the amount that's been paid through the voluntary

15   work program.  And we may need to take that up with

16   the court.  You may need to come back here and testify

17   at some point in the future.  I don't know.

18       THE DEPONENT:  Okay.

19       MR. FREE:  For now you're going to remain

20   under oath.  And I'm going to ask you about anything

21   that you were told while you were under oath on these

22   questions the next time we see each other, if we see

23   each other again.  Okay?

24       THE DEPONENT:  All right.

25       MR. FREE:  Those are all of my questions.

---

**51**

1        MS. FELTON:  I don't have anything.

2        WHEREUPON, the within proceedings were

3    adjourned at the approximate hour of 4:53 p.m. on the

4    29th day of March, 2016.

5            *   *   *   *   *

---

**52**

I, MELODY JEAN FURST, do hereby certify
that I have read the above and foregoing deposition
and that the same is a true and accurate transcription
of my testimony, except for attached amendments, if
any.

Amendments attached    (  ) Yes  (  ) No

_____
MELODY JEAN FURST

The signature above of MELODY JEAN FURST
was subscribed and sworn to before me in the County of
_____, State of Colorado, this _____ day of
_____, 2016.

_____
Notary Public
My commission expires

Alejandro Menocal 3/29/16 - Volume I (dc)

13 (Pages 49 to 52)

53

                    REPORTER'S CERTIFICATE

STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER  )

          I, Darcy Curtis, Registered Professional
Reporter and Notary Public ID 20064016972, State of
Colorado, do hereby certify that previous to the
commencement of the examination, the said MELODY JEAN
FURST was duly sworn by me to testify to the truth in
relation to the matters in controversy between the
parties hereto; that the said deposition was taken in
machine shorthand by me at the time and place
aforesaid and was thereafter reduced to typewritten
form; that the foregoing is a true transcript of the
questions asked, testimony given, and proceedings had.

          I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of
this litigation.

          IN WITNESS WHEREOF, I have affixed my
signature this 12th day of April, 2016.

          My commission expires May 2, 2018.

__X__ Reading and Signing was requested.
_____ Reading and Signing was waived.
_____ Reading and Signing is not required.

REPORTER'S CERTIFICATE

STATE OF COLORADO            )
                            ) ss.
CITY AND COUNTY OF DENVER   )

         I, Darcy Curtis, Registered Professional
Reporter and Notary Public ID 20064016972, State of
Colorado, do hereby certify that previous to the
commencement of the examination, the said MELODY JEAN
FURST was duly sworn by me to testify to the truth in
relation to the matters in controversy between the
parties hereto; that the said deposition was taken in
machine shorthand by me at the time and place
aforesaid and was thereafter reduced to typewritten
form; that the foregoing is a true transcript of the
questions asked, testimony given, and proceedings had.

         I further certify that I am not employed
by, related to, nor of counsel for any of the parties
herein, nor otherwise interested in the outcome of
this litigation.

         IN WITNESS WHEREOF, I have affixed my
signature this 12th day of April, 2016.


         My commission expires May 2, 2018.


__X__ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.


_____
Darcy Curtis
Registered Professional Reporter
Certified Shorthand Reporter

**A**

**able** 13:3 18:7 19:9
  19:14,24 22:15
  30:1,4 46:7,7
  48:18,21,24 49:1
**Absolutely** 43:2
**account** 11:9
**accounting** 11:15
  11:17,23,25
**accounts** 11:8,8
**accurate** 52:3
**Act** 33:16,23
**Action** 1:2
**actual** 34:25
**adding** 19:15
**additional** 29:8
  49:13,15
**addresses** 39:19
**adjourned** 51:3
**administrative**
  44:19
**admissions** 27:2
**affect** 36:7
**affixed** 53:12
**aforesaid** 53:8
**afternoon** 4:23
  7:10 50:9
**ago** 6:23 9:18 13:9
  29:4
**agree** 25:3,8 31:3
  36:3 46:23
**agreement** 46:20
  46:22
**al** 1:7
**Alejandro** 1:7
  52:25
**ALEXANDER** 2:5
**allow** 9:5
**allowed** 42:7 44:21
  44:22
**Amended** 3:17
**amendments** 52:4
  52:6
**amount** 19:10,14
  27:7 32:25 34:7,8
  39:4 50:14
**amounts** 16:7

**Andrew** 2:3,3,8
  4:15,17
**answer** 7:14 8:10
  9:5,10,10 24:25
  31:24 40:22 48:6
  48:7
**answered** 7:13
**answering** 8:2
**anticipated** 31:8
**appearances** 4:14
**applied** 34:4 37:13
  43:24
**apply** 33:23
**appreciate** 7:14
  15:11 50:8
**approval** 35:14
**approved** 39:17
  40:9
**approximate** 51:3
**April** 53:13
**area** 44:16,16
**aside** 10:14 30:2
**asked** 14:15 15:14
  17:25 25:5 31:6
  53:9
**asking** 7:6 8:13
  15:8 18:1 36:10
  46:5
**assert** 7:19
**assistant** 5:4 10:19
**assume** 8:11,12
**attach** 29:10,16
**attached** 3:9,11
  33:17,21 49:21
  52:4,6
**attachment** 3:13,14
**attachments** 3:20
  3:22
**attempt** 50:12
**attention** 36:14
  39:8
**attorney** 9:22
**Aurora** 10:19 16:6
  17:8 21:10 26:16
  37:13 44:8,13
**Avenue** 2:4
**avoid** 20:2

**aware** 12:11

**B**

**b** 5:16 21:11 30:20
  42:11
**back** 15:3,22 22:12
  27:13,20 30:17
  36:3 43:12 50:7
  50:16
**background** 11:13
  11:14 12:2
**banking** 14:3
**Barbara** 10:24
  11:5
**barbershop** 48:24
**based** 16:16 20:10
  23:3 26:9 31:6
  41:25
**basically** 43:5
**basis** 43:5
**batch** 3:6 21:24
  23:10 42:1,15
  47:5
**batches** 23:13
**Bates** 17:16 22:9
  23:6
**bearing** 29:20
**beginning** 21:6
  22:14
**behalf** 1:13 5:7 7:7
  16:12 20:6 30:7
  34:2 36:3
**believe** 26:19 30:6
  39:6 43:9 46:21
  49:19
**benchmark** 33:2
**best** 31:24
**bidding** 44:6
**bids** 44:7
**billing** 11:9 40:16
**binder** 5:13
**bit** 39:14
**bottom** 22:9 36:21
**Boulevard** 2:14
**bound** 36:10 37:4
**break** 7:11,15
  50:11
**breaks** 7:17

**brief** 30:18
**bring** 18:16,21
  20:13 25:8
**brought** 6:20 49:13
**Buescher** 2:9
**bunch** 8:21 27:21
**business** 5:4 10:19
  10:23

**C**

**c** 2:1 5:25 30:11,22
**calculation** 25:2
**calculator** 19:5
**called** 46:6
**case** 3:13,14 7:6
  38:23
**Ceja** 31:6 34:14
**Ceja's** 10:7 40:12
**certain** 5:7 14:6
**CERTIFICATE**
  53:1
**certification** 27:3
**certifications** 11:18
**certify** 52:1 53:5,10
**chain** 11:4
**Choate** 3:21
**CITY** 53:3
**Civil** 1:2 4:2
**clarification** 31:5
**clarify** 31:4
**class** 27:2
**clean** 45:7
**cleanup** 38:9 49:5,7
**clear** 7:3 9:6
**clearer** 27:5
**clerk** 11:9
**close** 41:4
**closer** 22:5
**cocounsel** 21:1
**college** 12:3
**Colorado** 1:1,14,15
  2:7,10,14,15 4:12
  52:13 53:2,5
**come** 15:6,7 19:25
  20:7,15 24:25
  47:22 50:16
**comfortable** 24:19
**coming** 16:2 50:8

**command** 11:4
**commencement**
  53:5
**Commissary** 14:2
**commission** 52:19
  53:14
**common** 10:11
**company** 18:7 20:7
**compare** 23:21
**compel** 25:4,9
**compensate** 38:1
**compensation** 16:5
  16:12 17:7 18:3,5
  20:12 26:15 36:22
  36:25
**complaint** 13:20
  39:2
**comprising** 36:5
**computer** 12:16,19
  23:19 24:1
**concern** 20:1
**concerns** 39:20
**confer** 20:25
**CONFIDENTIAL**
  3:21
**confused** 8:15 9:1
**confusing** 32:5
**consider** 32:8,9
**considerations**
  36:7
**consolidated** 42:10
**constraint** 36:5
**construction** 11:14
**consult** 7:18
**contained** 27:23
**containing** 26:13
  26:14 31:18
**contest** 7:9
**continue** 29:12
  34:15
**continuing** 21:7
  36:24
**continuous** 39:9
**contract** 11:10
  32:12 33:9,12,16
  33:17,21,23,24
  34:11,17 36:9,12

37:5 44:13 46:12
49:21
**contracting** 35:14
**contractor** 35:12
36:7
**contractors** 31:1
**contracts** 11:9 44:6
44:7
**contributing** 45:14
**controversy** 53:6
**corner** 37:8
**correct** 5:20 10:22
13:2,23 14:14
15:20,21 23:12
29:24 33:7,11
34:1 35:8,22 38:2
38:21 40:10 41:21
42:16,20,23 43:8
44:4,17,20 45:24
47:6,10,24 48:13
49:18,22,23
**correspondence**
29:9
**cost** 32:14 33:5
34:25 47:15
**counsel** 4:13 6:9
7:18,22 15:12
16:7 21:4,6 25:10
26:8 31:21 33:19
53:10
**counsel's** 21:11
23:19,25
**count** 14:22 24:7
25:5
**County** 52:12 53:3
**court** 1:1 4:9,10
7:23 22:7 24:11
25:3 50:16
**CPA** 11:20
**create** 14:19
**created** 20:21
21:15 42:14
**currently** 48:2
**Curtis** 1:14 4:10
53:4

**D**

**d** 3:1 6:2 30:23

31:16 42:12
**daily** 23:15,20
39:19 40:5 43:6,7
44:4 47:6,8
**Danielles** 45:6
**Darcy** 1:14 4:9
53:4
**date** 22:3 27:15
**dated** 39:16
**dating** 15:22
**day** 12:8 13:1 22:24
23:1,4 25:5 34:25
36:25 38:2,6,10
38:13,17,21 41:6
41:19 42:8 44:3
45:20 51:4 52:13
53:13
**dc** 52:25
**defendant** 1:11
2:12 3:18 4:20
**Defendant's** 3:19
**degree** 11:25
**DeMuro** 2:13
**Denver** 1:14 2:7,10
2:15 4:12 53:3
**department** 48:1
48:10,12
**deponent** 4:14
31:10 50:18,24
**deposition** 1:4,13
3:5,16,18 6:22
8:12 9:23 10:7
14:25 15:6,7,17
19:4 20:16 21:12
25:14 26:23 27:4
27:4,5 28:13
29:13,22 34:14
39:11 40:2,4,13
50:9 52:2 53:7
**depositions** 19:24
**deposits** 22:19,23
23:10
**description** 37:18
**designated** 5:15
14:19 15:3 16:3
16:15,21 17:5,6
26:9 30:5,19

**designation** 17:1
27:19,19
**despite** 14:15
**detainee** 3:12,14
11:8,9 21:24
34:19 35:1 37:9
37:23 39:3 42:15
43:22 44:24 45:5
46:19 48:1,11
**detainees** 12:5,23
15:23 30:3,24
31:2 32:13,17
33:3,8,23 34:10
35:6 41:18 42:25
43:3,25 44:2,21
44:22,25 46:10
47:7,13,16 50:13
**Detention** 16:6
17:8 36:1,4,17
37:4
**determination** 31:7
31:9,13 33:20
47:18,21 49:21
**determinations**
33:16
**determine** 13:4
**determined** 30:19
**determining** 26:14
**DHS/ICE** 35:25
**different** 23:14
**disagree** 25:3,8
**disclosures** 3:20
26:21
**discovery** 19:19
24:23 26:20,21
**discuss** 7:21
**discussed** 9:22
**discussion** 30:16,18
50:6
**DISTRICT** 1:1,1
**document** 8:16,18
14:22 21:15,17
24:9 31:7 37:9,16
40:13 41:19 42:1
42:18 43:15
**documents** 5:18
10:1,5,16 14:20

14:20,24 16:17,19
16:24 17:2,11,15
18:8,9,11,12,16
18:17,19,24 19:9
20:1,3,22 21:5
24:14,22 26:10,13
31:18,23 34:9
**doing** 24:10 33:4
**dollar** 34:7,8 38:10
38:13,17,21 41:4
41:5
**dollar-a-day** 32:17
43:7
**Dorm** 49:5
**dormitory** 37:19
37:22
**drink** 7:11
**duces** 16:22 18:4
**duly** 4:6 53:6
**duties** 11:7
**duty** 18:11

**E**

**e** 2:1,1 3:1 6:4,10
17:7
**e-mail** 3:8,10,11
16:15 18:14,15,17
19:8 26:7,17,18
26:19 27:16,17,18
27:20,23 28:6,9,9
28:10,16 29:3,4
**e-mails** 3:9
**earlier** 32:24 33:20
**educational** 12:2
**effective** 7:2
**efficient** 7:2
**eight-** 45:19
**eight-hour** 41:10
**either** 35:21
**electronic** 21:5
25:12
**employed** 47:1
53:10
**employee** 9:19
**employees** 33:22
**endurance** 7:9
**engage** 15:12
**engaging** 17:24

**entail** 11:7
**enter** 25:11 26:7
28:6,11 40:1
**entered** 5:12 28:8
**entering** 29:1,1,2
**EOIR** 44:18
**equal** 46:1
**equally** 24:25 34:4
**ESQ** 2:3,5,8,13
**estimate** 12:23
24:17
**et** 1:7
**evening** 42:11
**exactly** 32:3
**examination** 3:2
4:21 53:5
**example** 10:4 19:20
**exceed** 35:13
**exceeds** 13:13
**exception** 6:5,8
7:12
**excuse** 23:17 25:11
28:9 30:21 39:12
**executive** 44:15
**exhibit** 3:6,8,10,12
3:14,17,19,21
10:7,11,14 16:4
21:5,12 25:11,12
25:12,14 26:7,23
28:12,13,17,20
29:15 34:14 36:15
39:9,11 40:2,3,12
**exhibits** 3:5,16 26:4
**exist** 14:24 47:13
**existence** 26:12
31:18
**expecting** 18:4
**experience** 12:4
**expires** 52:19 53:14

**F**

**f** 6:13 30:24
**facilities** 6:6 16:8
**facility** 10:19 16:6
17:8 21:10 37:13
38:9 44:8,13 45:3
45:7 48:3 49:7
**fact** 19:25 48:6

Menocal  v. The Geo Group, Inc. MELODY JEAN FURST                    3/29/2016

**failure** 20:10 26:25
**fair** 8:3,8,9 9:13,14
  20:16 45:12
**fall** 11:5
**familiar** 31:9
**far** 11:10 37:12
**February** 16:17,21
  18:14 19:8 26:10
  26:18 27:16
**Federal** 4:2
**feel** 7:11 8:6,24
  20:16
**Felton** 2:13 3:8,11
  4:19,19 6:5 10:10
  10:12 14:18 15:5
  15:10 16:14,20,25
  17:4,9,13,19,23
  18:13,20 19:2,6
  19:11,16,18 20:18
  24:2,13 25:15,18
  25:22 26:1,5 27:9
  27:13,22,25 28:4
  28:7,17,19,22,25
  29:6,11,14,18
  30:13 31:4,11,22
  32:19 40:21 41:11
  45:16 48:5,14
  49:14 51:1
**figure** 14:12
**filed** 13:19
**filing** 12:22 13:8
**finally** 9:3
**find** 26:17
**finding** 39:17
**fine** 17:17,22 18:8
  21:22 29:18
**finish** 9:4,5
**first** 4:6 25:13,17
**flip** 41:17
**follow** 23:19
**following** 4:1
**follows** 4:7
**foregoing** 52:2 53:8
**form** 3:12,14 14:18
  15:10 32:19 40:21
  41:11 45:16 48:5
  48:14 49:14 53:8

**forward** 7:3 43:8
**FRCP** 3:17
**free** 2:3,3 3:3 4:15
  4:15,22 6:7,8 7:11
  8:6,24 10:8,11,13
  15:4,8,11,14
  16:19,23 17:3,6
  17:12,17,21,24
  18:18,23 19:3,7
  19:13,17,22 20:24
  21:3 22:4,8,12,14
  23:8,9 24:4 25:10
  25:17,20,24 26:3
  26:6,24 27:11,15
  27:24 28:2,5,8,14
  28:18,20,23 29:3
  29:8,12,17,19
  30:15,17 31:14,16
  32:2,12,20 33:6
  40:22 41:12 43:10
  43:12,13 45:18
  48:6,16 49:16,25
  50:3,7,19,25
**front** 10:2,6 29:23
**full** 4:25 45:19
**function** 47:20,22
**functions** 47:14,16
**funds** 30:24
**Furst** 1:4,13 3:2
  4:5,23 5:2 21:3
  22:16 24:4 26:8,9
  29:19 30:19 31:8
  50:8 52:1,8,11
  53:6
**further** 15:12
  53:10
**future** 8:11 50:17

**G**

**g** 6:15 30:25
**Geist** 4:12
**Gentlemen** 3:10
**GEO** 1:5,10,13 3:6
  3:18 5:5,7,15 6:6
  7:7 9:19 12:11,14
  15:22 16:12 18:5
  19:24 20:10 26:8
  30:8 31:1 32:16

32:21 33:12,17,21
  33:21,23,25 34:3
  34:9 35:22 36:4
  36:10 37:4 39:18
  40:8 41:25 43:3,8
  44:8,18 46:2 47:1
  47:7,14,15
**GEO's** 26:25 38:24
  44:19 46:5,8,11
**GEO_MEN** 21:7,7
  34:16
**getting** 45:22
**given** 6:22 17:15
  20:20 24:21 53:9
**glean** 18:7 19:10
**go** 5:14 8:7 18:11
  18:12,24 19:20
  20:24 22:12 24:9
  25:12 26:4 27:13
  27:20 30:13 32:11
  33:5 36:3 38:4,8
  38:12 43:10,12
  50:3
**going** 5:14 6:18,24
  7:3,6,8,19 8:1,11
  8:12,20,21,25 9:9
  10:8,9 16:14
  18:23,24,25 19:3
  19:15 20:9 21:4,8
  21:13,14 22:6,18
  23:24,25 24:4,5,6
  25:4,11,15,20
  26:6 29:12 30:1,4
  50:9,10,11,12,19
  50:20
**good** 4:23 10:4,4
  24:18 27:21
**government** 33:9
  34:9
**Grant** 1:13 2:9
  4:12
**Great** 9:18 20:24
  29:17,25
**grievance** 3:12,14
  39:3,14,16
**Group** 1:5,10,13
  3:6,18 5:5,7,16

  16:12 19:24 34:3
**guide** 8:19

**H**

**H** 2:8
**hand** 14:22
**hands** 25:1
**handwritten** 39:13
**happen** 18:24 19:1
  35:9 47:12
**happened** 13:8
  28:19
**happens** 8:1
**happy** 8:7
**head** 16:1,3,10 18:2
**help** 21:20
**hereto** 53:7
**Hi** 4:24
**High** 2:6 12:3
**Hood** 2:5 3:8 4:8
  5:12
**hope** 39:19
**hoping** 20:5
**hour** 41:4 45:9,20
  45:23,25,25 51:3
**hours** 40:18 41:1,2
  41:15 45:21
**huh-uh** 9:12
**hundred** 13:10,17
  24:18
**Hunter** 4:11

**I**

**ICE** 19:12 35:4,6
  35:22 39:17,18
  40:5,9 42:19
  44:16,18 46:12
**ID** 53:4
**idea** 15:25 16:10
  18:2,2 32:14 36:8
**identified** 36:16
**identify** 21:8
**illegible** 39:14
**immediate** 43:5
**immediately** 42:23
**immigration** 44:16
**implementing**
  11:10

**important** 9:4
**improperly** 17:4
**include** 37:21
**included** 14:25
  31:2
**incorrect** 48:16,17
**indicate** 22:22
**indicates** 40:18
**individuals** 22:23
**information** 15:19
  24:24 26:13,14
  31:19
**informed** 19:8
**Initial** 3:5,19
**instance** 14:4
**instruction** 21:11
**instructions** 9:16
**interested** 53:11
**investigate** 15:15
**issue** 50:13
**item** 34:17,25

**J**

**J** 44:2
**janitor** 45:6
**janitorial** 48:21
**janitors** 44:12
**January** 27:20 28:6
  28:9,10,15 29:4
**Jean** 1:4,13 3:2 4:5
  5:2 52:1,8,11 53:5
**job** 37:18 45:3
**jobs** 37:22 49:10
**joining** 46:24
**Justice** 2:6

**K**

**K** 36:21,24
**K-r-u-m-p-e-l-m...**
  11:1
**Keefe** 14:2
**keep** 10:8
**Kelman** 2:9
**kitchen** 42:11,11
  48:18
**knew** 18:18
**know** 7:9 8:2,18
  9:1,2 19:22 24:17

Menocal   v. The Geo Group, Inc. MELODY JEAN FURST                    3/29/2016

24:18 25:22 26:2
31:8 32:8,8,10,16
32:20,21,25 33:4
33:4 35:9,18
37:12 48:25 50:17
**knowable** 13:22
**knowledge** 15:20
**knowledgeable**
16:11 20:6,11
**Krumpelmann**
10:24 44:11

**L**

**labeled** 17:16
**labor** 32:12 33:5
46:14
**late** 7:9
**laundry** 38:5 42:11
**Law** 2:3
**left** 36:22 50:2
**legal** 15:9 17:3
**let's** 9:3 20:24
21:17 31:14 40:11
43:10,12 50:3
**Letter** 3:21
**level** 49:12
**library** 38:13 49:1
**light** 21:20
**line** 34:24
**lines** 42:4
**list** 33:22,23,24
47:5
**listed** 29:15 36:5,11
**lists** 14:25 23:21
**litigation** 12:22
13:8 53:11
**little** 22:4
**location** 26:13
31:18
**lodged** 6:9
**logs** 47:6
**long** 9:18 10:18,21
**look** 8:25,25 10:15
12:18 14:11 20:2
20:14 22:9,10
23:25 34:13,15
36:21 37:18 39:12
40:11 43:14 46:17

47:19,21
**looking** 8:17 22:9
23:6
**looks** 9:12 22:21
**losing** 49:25
**lot** 41:3
**lots** 27:9
**loud** 9:10
**low** 41:5

**M**

**machine** 53:7
**manager** 5:4 10:19
10:23
**manner** 23:2 24:24
**March** 1:5,14 3:2
4:10 26:7 27:18
27:22 28:7,9,19
29:3 51:4
**mark** 21:5 39:8
**marked** 3:16 10:6
21:12 25:14 26:23
28:13 34:14 39:11
40:2,12 43:14
**market** 32:12 33:6
**math** 18:25 19:15
**matter** 29:14
**matters** 53:6
**mean** 6:19 43:21
**meaning** 25:23
**means** 50:10
**meant** 28:10
**measure** 27:21
**medical** 38:16 49:3
**Melody** 1:4,13 3:2
4:5 5:2 52:1,8,11
53:5
**Menocal** 1:7 3:8
52:25
**met** 24:21
**mine** 25:1
**moment** 10:5 20:25
24:6 29:4 39:8
**month** 20:20,21
40:16 41:8
**monthly** 40:16
**months** 19:23
**motion** 25:4,9 27:2

**motions** 29:10,16
**move** 22:6 28:2
37:7

**N**

**N** 2:1 3:1
**name** 4:25 12:14
14:23
**names** 12:19 14:5,8
14:12 15:1 47:5
**Nashville** 2:4
**National** 36:1,4,16
37:4
**necessary** 27:1
29:9
**need** 7:1,10,11 8:5
8:17 16:16 17:10
18:17,18 19:4
50:15,16
**needs** 18:9
**never** 17:18
**North** 2:4,14
**Notary** 1:15 52:19
53:4
**note** 23:24
**notebook** 14:25
29:22
**Noted** 6:7
**notice** 1:12 3:17
17:2 21:12 27:4
28:11
**noticed** 20:11 30:2
**noticing** 19:23
**notwithstanding**
19:25
**November** 40:17
40:20 41:8,22
**number** 5:17,18
13:4,13,22 14:16
15:15 19:25 20:3
20:4,7,15,23 21:9
22:19 24:7,16,18
24:20 26:11,15
27:6 30:3,20
39:10 50:13
**numbering** 10:9

**O**

**oath** 7:22 50:10,20
50:21
**object** 14:18 16:14
20:9 32:19 40:21
41:11 45:16 48:5
48:14 49:14
**objected** 16:7
**objection** 6:9 15:4
15:9 17:3,25
26:16 27:7 28:1
**objections** 15:13
27:10,17,21,23
28:11
**obligation** 24:22
25:2
**obtained** 30:24
**obtaining** 27:1
**occupation** 5:3
**October** 15:3,23
32:22
**off-the-record**
30:18
**office** 2:3 44:15
**officer** 35:14
**officers** 47:18
49:11,13
**offices** 44:19
**Oh** 28:22
**okay** 7:4,12,16,20
7:23,24 8:5,22,23
10:14,18,21 12:5
13:16,22 15:22
18:3,23 19:13
20:8 21:17,20
22:22 23:21 25:10
28:22,25 30:7,11
31:11,14 32:2,5
35:6,12,24 36:14
36:20 37:15 38:4
39:7 41:16 43:7
44:12 45:2,21
46:16,22 47:25
49:24 50:18,23
**open** 5:13 7:23
**operate** 48:3
**operational** 36:6
**opinion** 46:4

**opposed** 9:11
**oral** 18:4
**order** 7:1 17:10
28:3
**original** 27:14
**outcome** 53:11
**oversee** 11:9

**P**

**P** 2:1,1
**P.C** 2:9
**p.m** 1:14 4:11 21:2
21:2 24:12,12
43:11,11 51:3
**packets** 20:22
**page** 3:2 5:14 10:3
21:13 22:11 25:13
25:17 26:9 28:15
34:15 35:24 36:3
36:20,21 37:7,15
38:4,8,12 39:15
40:4 41:18 43:14
46:17
**pages** 10:14 39:9
39:12,13 40:1
**paid** 15:22 16:5,7
16:13,18 17:7
18:3,5 19:10
20:12,23,23 26:15
27:7 33:22 34:6
39:5 41:9 42:22
44:3 45:22,22
50:14
**paper** 8:21
**papers** 29:10
**paperwork** 9:25
**paragraph** 36:24
**part** 8:16 32:5
34:11,16 37:3,8
**participant** 14:23
34:4,5,5 42:7
**participants** 5:17
14:16 16:6,13
17:7 19:11 21:9
24:15 25:6 26:11
26:16 27:6 30:21
31:17 41:23 42:2
42:5

Menocal   v. The Geo Group, Inc. MELODY JEAN FURST                                              3/29/2016

participate 43:25
participated 13:10
    13:18 14:5 15:2
    15:15 24:8
participates 12:12
participating 15:23
    39:3 47:2
participation 30:25
particular 27:12,24
parties 4:14 53:7
    53:10
patience 50:5
pay 16:18 21:24
    26:11 30:3 32:21
    35:4,6 38:5,9,13
    39:19 40:5 42:22
    45:2,4,6 46:12
    47:22 49:16,20
payable 11:8
paycheck 43:1
paying 33:3 43:3
payment 42:14
payroll 23:1 42:1
    42:10 47:8
pays 32:16 35:22
PBNDS 35:25
    36:11
pending 7:13
Penthouse 2:14
people 13:1,10,17
    14:5 15:1,15
    20:23 22:2,11,19
    23:3,9 24:7 40:24
    40:25 44:7 45:6
    45:14 46:22 47:2
    49:17
Perera 2:9
perform 32:13 33:9
    33:13 37:23 46:10
    47:14,15
Performance-Ba...
    36:1,4,16 37:3
performed 30:12
    30:23 31:6,17
    40:19
performing 38:2
    47:20

period 12:21 14:6
    32:22
person 12:11,14
    20:6,11 38:2,17
    38:20
personal 15:20
pertaining 5:18
place 53:7
Places 44:21
plaintiffs 1:8,13 2:2
    4:16,18 7:5 13:19
    19:8 20:9 21:6
    26:6 27:1
plaintiffs' 26:24
plan 48:2
please 4:14 5:1,13
    7:11 9:10 20:5
    22:5 23:8 24:9
    34:12 37:15 39:15
    43:13 46:16 48:8
pod 42:11,11,12
point 50:17
pointing 10:1,5,13
policies 30:25
policy 36:6 37:12
    38:24 43:8,18
position 18:6,9,10
    20:13 26:24 46:5
    46:8,11
possibility 22:25
practically 47:25
    48:9
practice 29:16
practices 30:25
prepare 9:23 26:25
prepared 5:10,21
    5:25 6:10 15:6,7
    16:9 30:7 31:19
preparing 15:16
present 4:8,13
    13:20 32:23
pretty 11:15
prevented 27:1
previous 23:22
    28:11 53:5
previously 3:16
    10:6 21:12 34:13

36:15 40:12
pricing 39:17,18
    40:8,9
print 18:24 25:13
prior 12:22 13:7
    35:13
privilege 7:19
probably 13:24
    47:17
problem 29:21
procedure 4:3
    43:18
proceedings 4:1
    51:2 53:9
process 19:23
produced 41:25
production 17:1,14
    27:18
products 31:1
Professional 1:15
    53:4
professionally
    11:13
program 5:17 12:6
    12:12,24 13:11,18
    13:25 14:1,5,17
    14:21 15:2,16,24
    16:5,13 17:11
    21:10 22:24 23:4
    24:8,15 26:12
    27:7 30:12,21,22
    32:13,17,23 34:3
    34:20 36:17 37:9
    37:24 38:21 39:4
    40:19 42:15,22
    43:20,21,22 45:5
    45:14 46:9,19,23
    46:24 47:2,10,13
    48:1,10,12 49:18
    50:15
project 22:4
projected 21:14
    22:15
proper 25:7
protective 28:2
provide 5:16,25
    6:10 7:14,20 9:10

9:10 20:10 30:8
    46:7,8
provided 16:17
    18:8 19:9 21:6
    24:22 26:10 34:10
providing 7:8
    26:19
Public 1:15 52:19
    53:4
pull 13:24
purchase 33:5
purpose 21:16 27:3
pursuant 1:12 4:2
    21:10 32:23 36:12
put 14:8,21 25:16
    26:2 27:18 28:21
Putting 30:2

_____

**Q**

quantity 30:11,22
    35:10,13
question 7:13,25
    8:6,10,13,22 9:2,4
    9:15 24:5 25:7
    40:23 46:13
questions 7:7 9:24
    21:16 50:22,25
    53:9

_____

**R**

R 2:1,3
raised 27:21
rapid 12:10
rate 43:7
reach 50:12
read 9:24 39:15
    52:2
readers 8:11
reading 8:21 10:15
    36:9 53:16,17,18
reads 34:24
ready 8:19 18:11
    18:12
really 20:5 50:8
reason 29:25
receive 38:24 44:3
received 19:12
    22:19,23 23:10

34:9
receiving 44:7
**Recess** 21:2 24:12
    43:11
recognize 40:13
    43:15
record 4:11 5:1
    20:10,25 23:24
    24:9 30:13,16,17
    43:10,12 50:1,4,6
    50:7
records 20:13,15
    42:19
redaction 35:10,18
reduced 53:8
**REFERENCE** 3:5
referenced 26:18
    28:5 29:4
reflects 22:11 23:9
regard 32:6 34:6
regarding 5:16
    16:17 26:11 27:17
    30:1,20
**Registered** 1:15
    53:4
regulatory 36:6
reimburse 35:5
reimbursed 35:3,4
reimbursement
    16:16 17:11 26:10
    34:24 35:22 42:19
reimbursements
    19:12
reimburses 35:7
related 53:10
relating 31:1
relation 53:6
relevant 8:22 26:14
    31:19
rely 18:9
remain 50:10,19
rendered 46:2
repeat 48:8
rephrase 8:5
report 11:2,5
reporter 1:15 4:9
    4:10 22:7 24:11

Menocal   v. The Geo Group, Inc. MELODY JEAN FURST                                   3/29/2016

53:4
**REPORTER'S**
53:1
**represent** 7:5
**representation**
20:17
**representative**
36:10
**request** 17:1,14
**requested** 53:16
**require** 49:15
**required** 46:11
53:18
**resolution** 50:12
**resolved** 20:4
**respond** 12:7,9
32:1,7 46:3,15
**responded** 18:15
18:21 39:2
**response** 7:20
39:16 40:4
**responses** 7:8
19:19 24:23 26:20
26:21
**responsible** 44:6,10
**rest** 30:1,8 45:3,7
**restroom** 7:10
**review** 8:18 24:6
44:16
**right** 13:20 19:3,17
21:23 22:8,14
23:11 26:5 29:19
29:23 30:9 32:11
32:18,25 33:6,10
33:17,25 34:10
35:10 37:1,5
38:14,25 40:6,9
40:20 41:8,12,20
41:23 42:2,5,8,12
45:7,10,23 46:24
47:3,23 48:4
50:24
**right-hand** 22:10
37:8
**road** 7:1
**room** 4:13 5:12
50:2

**roughly** 45:14
**rows** 14:11
**Rule** 1:4,12
**rules** 4:2 6:25
**run** 23:13,14,15,20
48:13,18

———————
**S**
**S** 2:1
**salary** 45:15 47:21
**Sanchez** 3:21
**sanitation** 37:19,22
38:5,13,16
**saying** 40:5
**says** 11:19,21,24
34:16,19 35:12,18
36:22,25 37:9
44:2
**school** 12:3
**scope** 30:11,23
**screen** 21:14 22:10
**scroll** 23:8 24:1
**search** 14:4
**second** 6:25 22:11
30:14 39:15 40:4
**Section** 21:11 44:2
**see** 21:18 22:5,6,15
22:18 23:18,21
24:2,3 28:23
34:17 35:14,25
36:22 37:8 40:4
46:17 50:22,22
**seek** 42:19
**seen** 17:18,19 36:18
37:16
**sense** 9:7
**sent** 28:10
**separators** 25:25
26:3
**September** 26:21
**sequential** 25:21
**Service** 33:15,22
**services** 46:2,9
**set** 34:7,8 39:18
40:8 43:8 49:20
**sheets** 47:8
**Shelby** 2:13 4:19
**shelled** 32:22

**shift** 42:8
**shifts** 41:6,10
**shorthand** 53:7
**shown** 35:13
**side** 22:10
**sign** 46:23 47:7
**signature** 39:23
52:11 53:13
**Signing** 53:16,17
53:18
**similarly** 8:15 38:4
38:8,16
**simply** 26:19 36:9
**single** 34:4
**sir** 11:19,21,24
12:1 32:15 36:2
36:19 37:14,17,20
37:25 38:3,7,11
38:15,19 39:24
40:7,14 41:24
42:3,6,9,13,17
43:16,23 44:1
45:8 46:18
**situation** 20:2
**software** 13:25
14:1,3,21
**sold** 31:1
**somebody** 23:1
**Sorry** 39:13
**South** 2:14
**speak** 8:7 22:7
24:14 31:12
**speaking** 15:12
17:25 47:25 48:9
**specialized** 11:22
**specific** 24:20
**specifically** 16:15
29:7 47:15
**spell** 10:25
**spend** 8:20
**spreadsheet** 14:9
14:12,21
**ss** 53:2
**staffing** 48:2,9
49:12
**Standard** 36:17
**Standards** 36:1,5

37:4
**start** 21:13 31:14
**started** 19:23
**state** 4:6,14,25
24:14 52:13 53:2
53:4
**statement** 39:14
**statements** 9:25
**STATES** 1:1
**stating** 17:4
**statutory** 36:6
**steps** 16:11
**stipend** 34:19 44:3
**stipulate** 19:14
24:13,16
**stipulated** 46:12
**stipulating** 24:20
**Street** 1:14 2:6,9
4:12
**subject** 3:8 5:22
31:20 33:15
**subjects** 5:8 27:11
27:12,24 30:2
**subpoena** 16:21
18:4
**subscribed** 52:12
**subsection** 27:25
**suggestion** 21:4
**Suite** 1:14 2:7,10
4:12
**summary** 3:7 42:1
42:16 47:6
**supplemental**
19:19 24:23 26:20
**supplied** 20:14
**sure** 7:3 9:3 18:10
18:11 19:6 30:15
33:21 50:4
**suspend** 50:9
**sworn** 4:6 52:12
53:6
**system** 12:16,19
39:10

———————
**T**
**tab** 5:14 19:21
20:19 26:2 28:15
28:21,21 34:12

36:15 39:8,9,25
40:11,13 43:14
46:16
**table** 24:5
**tabs** 25:19,22
**take** 6:25 7:15 8:7
8:17 14:20 16:11
20:19,20 24:5,6
25:3 39:12 50:15
**taken** 1:13 4:2 21:2
24:12 43:11 47:6
53:7
**talk** 8:20 9:3
**talking** 17:23 33:20
34:22 41:5
**teaching** 10:4
**tecum** 16:22 18:4
**tell** 7:12 12:19
21:14 41:18
**telling** 9:21 15:5
26:1
**tells** 20:22 39:18
40:5
**Tennessee** 2:4
**terminology** 8:16
**terms** 31:5 46:1
**testified** 4:7 9:18
41:16
**testify** 5:7,21 7:7
14:15 16:4,9,16
17:5,6 26:9 30:1,4
30:20 31:20 50:16
53:6
**testifying** 6:18 7:23
9:19 17:21
**testimony** 5:16,25
6:10 7:3,21 13:5
18:5 30:8 52:4
53:9
**thank** 25:10 28:21
29:20 50:4
**Thanks** 22:13
**things** 36:11
**think** 13:16 15:2
19:13 20:4 24:20
24:21 25:1,7 29:9
32:24 41:16 50:3

Menocal  v. The Geo Group, Inc. MELODY JEAN FURST                    3/29/2016

thought 6:21 28:25
29:1
thousand 24:19
three 12:21 13:7,19
19:22 25:5 39:9
39:12 41:15 45:21
Thursday's 23:24
time 4:8 5:12 7:2
8:1,1,17,20,25
10:21 23:14 24:10
50:2,22 53:7
timely 3:2
times 23:14
tired 7:10 9:1
today 5:6,16,22
6:11,18 9:6 14:15
30:5 31:20 46:6
today's 9:23
told 16:8,10 17:9
18:1,14,16,20,21
27:16 32:24 41:17
50:21
top 15:25 16:3,10
18:2 36:24 37:8
topic 6:10 20:11
31:16
topics 26:17 27:5
30:20
total 13:4 16:4,12
17:7 18:5 19:10
20:12 26:15 27:7
30:3,3 32:25
Tower 2:14
training 11:22
transcript 53:8
transcription 52:3
true 52:3 53:8
trust 8:2
trustees 39:19 40:6
truth 4:6 53:6
try 8:19 9:11
turn 21:20 34:12
35:24 36:14,20
37:15 39:7,25
43:13 46:16
turned 23:2
Turner 2:8,9 4:17

4:17 49:25 50:2
turnover 12:10
13:3
two 11:5 13:9 23:21
39:13 40:1 42:25
type 9:12 30:12,23
45:12 47:19
typewritten 53:8

U
uh-huh 9:11
unable 12:18
unclear 8:6
underneath 35:9
35:17,18
understand 5:6
6:17 7:25 8:13
9:2 16:7 19:7
20:12 32:3 46:13
understanding
5:15,19,24 9:6
31:22 34:2
understood 8:12
uniform 47:9
uniformly 37:13
38:1,5,9,12 43:24
47:1
unique 22:23 41:22
UNITED 1:1
use 9:11 30:24

V
v 1:9
valuation 31:24
value 30:24 31:5,17
31:19 32:6,7,9
45:13,14 46:1,1,8
46:14
valuing 31:12
variation 34:5
varies 12:20
various 3:9
Vaughan 2:13
verify 20:21
Visa 30:21
Volume 1:4 3:2
52:25
voluntary 5:17

12:6,12,24 13:10
13:18 14:16 15:2
15:16,24 16:5,13
17:10 21:9 22:23
23:4 24:8,15
26:12 27:6 30:12
30:22 32:13,23
34:3 36:17 37:10
37:23 38:20 39:4
40:19 42:15,22
43:22 44:24 45:5
46:9,19,23 47:9
47:12 48:1,10,12
48:19,22 49:9,17
50:14
volunteer 45:13
47:13
volunteered 45:4
VWP 17:7 26:12,15
30:23 31:17 48:3

W
wage 31:6,9,13
33:16,20 47:17,20
49:21
wages 33:22 49:20
wait 42:25
waived 53:17
Waiver 30:21
walk 6:25
wall 22:16
want 8:24 10:25
44:7,25
wanted 20:13
wanting 32:4
warden 11:6
way 8:15 22:6
31:11
we'll 24:9 25:13
26:4 28:6,11
34:14
we're 5:14 8:17,19
8:25 10:8 19:3
21:4,8,13 23:24
24:4,5,6 25:4,11
25:15 29:12 41:5
46:11 49:25 50:3
50:11

we've 19:23 24:21
24:21,22 27:18
28:8 30:2 41:16
Wednesday's 23:23
weeks 42:25
went 48:11
WHEREOF 53:12
witness 20:14 22:5
26:25 53:12
words 33:19 45:4
work 5:17 12:3,5,6
12:12,24 13:11,18
14:16 15:2,16,24
16:5,13 17:10
20:8 21:9 22:24
23:4 24:8,15
26:12 27:6 30:12
30:12,22,23,24
31:5,12,17 32:6,7
32:9,13,23 33:3,9
33:13,24 34:3,19
36:17 37:9,23
38:2,21 39:4
40:19,19 42:7,15
42:22 43:20,21,22
44:8,12,23 45:1,1
45:5,12,13,13,19
45:21 46:9,19,23
47:10,12,14 48:1
48:10,12 49:17,18
50:15
worked 12:24 22:2
41:19 50:13
worker 37:19,22
38:6,9,13,17
44:24
workers 41:9 48:19
48:22 49:9
works 38:20 44:15
48:2,11

X
X 3:1 53:16

Y
Yeah 47:8
year 12:6,7,9 32:21
years 6:23,23,23,23

11:15 12:21 13:7
13:9,19 25:6

Z

0
00001514 21:7
00004559 21:7
0004 34:17

1
1 3:17 5:14 10:7,14
16:4 21:12 35:11
38:2,6 41:22
1,000 13:14,17
1,680 40:18
1.00 34:25 36:25
44:3
1/12/16 3:11
1/13 21:25 22:3
1:14-cv-02887-J...
1:2
10 3:6,17 25:11,12
25:15,18 26:22,23
35:25 36:11
10:28 23:17
1025 4:12
105 38:12
11 3:8 19:21 20:19
25:12,14,19 26:7
28:20 29:3 40:11
40:13
11:51 23:18
12 3:10 28:10,12,13
28:15,18 29:4,5
39:8,9 45:9
12/10/12 3:21
120 38:16
1212 2:4
12th 53:13
13 3:12 39:9,11,25
45:9
14 3:14 21:25 22:19
23:10,16 40:1,2,3
14-163 3:13
14-189 3:14
1400 43:15
1402 44:2

**15** 23:17,18 35:24
**1514** 21:13 22:9,15 23:16
**1515** 22:11,18 23:16,17
**1516** 23:6,17
**1517** 23:7,18 24:7
**1535** 2:6
**1612** 41:18
**1613** 42:1
**1680** 40:24 41:6,9
**1900** 4:12

**2**

**2** 3:19 26:9 28:15 34:14,15 36:15 53:14
**200** 24:18
**2003** 10:20
**2006401697** 53:4
**2012** 15:3,23 32:22 40:20 41:8
**2014** 22:20 23:10 23:16,18 26:11
**2015** 26:22
**2016** 1:5,14 3:2 4:10 26:7 51:4 52:14 53:13
**2018** 53:14
**25** 3:6,8
**26** 16:17,21 18:14 19:8 26:10,18 27:16
**26(a)(1)** 3:19
**26th** 27:17
**28** 3:10
**29** 1:5,14 3:2 4:10
**29th** 51:4

**3**

**3** 5:14,16,25 6:2,4 6:10,13,15 10:3 10:14 17:7 21:11 30:11,20 31:16
**3/29/16** 52:25
**3/9/16** 3:8
**3:07** 4:11
**3:08** 1:14

**3:29** 21:2
**3:40** 21:2
**3:49** 24:11,12
**30** 11:15
**30(b)(6)** 1:4,12 3:9 3:17 17:2,14 21:11 24:21 25:7 26:25
**300** 2:7 24:19
**34** 3:19
**37208** 2:4
**39** 3:12

**4**

**4** 3:3 10:3,14
**4:10** 24:12
**4:22** 30:18
**4:41** 43:11
**4:43** 43:11
**4:53** 51:3
**40** 3:14,21
**450** 1:14 2:10
**4559** 24:7
**46** 36:15
**49** 36:21

**5**

**5/13** 22:3
**5/14/14** 3:7
**53** 37:7
**56** 23:9

**6**

**6** 28:15,21
**60** 37:15 41:22 42:2 42:4,4
**600** 1:13 2:9
**62** 46:17

**7**

**7** 34:12 36:15 46:17
**7/23** 39:17
**70** 22:11,21,22 23:3 38:5
**720** 2:14
**7th** 2:4

**8**

**80** 12:7,8 13:1 38:8
**80203** 1:14 2:10 4:13
**80218** 2:7
**80246** 2:15

**9**

**9** 3:21 26:7 27:18 27:22 28:6,9,9,19 29:3 40:12 43:14