# DETAINEE GRIEVANCE FORM

CASE # __14-189__

**Detainee ID Number:** [redacted]

**Detainee Name (Nombre de Detenido):** MENOCAL-LEPE ACEUAUDRO

**Dorm (Dormitorio):** A2-110

**Detainee Signature (Firma):** [signature]

**Date Grievance is Written:** 7/23/2014

**Grievance Coordinator Signature:** [signature]

**Date Grievance is Received:** 7/28/14

**Statement of Grievance:** What is the standard comm. mark up % for this ICE facility? What is the actual % comm. mark up for this ICE facility? Why is the price being increased? Please, do not blame the rising gas prices; the past 10yrs. gas has been on the rise. With the price now as it stand is very high. Many of us and myself have no form of income. What jobs pay here is slave labor. Many of us are very poor, as it is, you force us to purchase or go hungry. A hundred dollar would not feed you for a week supply from this commissary prices as it is, with the increase your bound to lose us your simply only consumer here. Please reconsider raising this revolting comm. prices, or pay us more than $1 a day.

**Relief Sought:**

**Grievance Findings:**

**Department Head Signature/Date:**

**Reviewed By/Date:** [signature] 7/29/14
Assistant Facility Administrator

**Reviewed By/Date:** [signature]
Facility Administrator

Exhibit No.: 14
Deponent: First
Date/RPR: 3/29/116
Hunter + Geist, Inc.

## Detainee Grievance Response

Detainee Name and ID#: ▉▉▉▉▉▉ Menocal Lepe, Alejandro #14-189

In response to your grievance dated 07/23/2014, the finding is:

The pricing is approved by ICE
GEO does not set the pricing
Ice tells us what the daily pay is for trustees

I hope this addresses your concerns.

M. Furst
Staff Printed Name

*[signature]*
Staff Signature

Date: July 28, 2014

Confidential                                                                 GEO_MEN 00000941

# DETAINEE GRIEVANCE FORM

CASE # __14-163__

Detainee ID Number: [redacted]

Detainee Name (Nombre de Detenido): Marcos Brambila

Dorm (Dormitorio): A-2-106

Detainee Signature (Firma): [signature]

Date Grievance is Written: 7-23-14

Grievance Coordinator Signature: [signature]

Date Grievance is Received: 7/28/14

**Statement of Grievance:** What is the standard comm. mark up % for this ICE facility? What is the actual % comm. mark up for this ICE facility? Why is the price being increased? Please, do not blame the rising gas prices, the past years, gas has been on the rise. With the prices now as it stand is very high. Many of us exist in a form of  income. What jobs pay here is slave labor. Many of us are very poor, as it is, you force us to purchase or go hungry. A hundred dollars would not feed you for a week supply from this commissary priced as it is, with the increase you bound to lose is your audit only consumer here. Please, reconsider raising these existing comm. prices, or pay us more than $1 a day.

**Relief Sought:** ___

**Grievance Findings:** ___

**Department Head Signature/Date:** ___

**Reviewed By/Date:** [signature] 7/29/14
Assistant Facility Administrator

**Reviewed By/Date:** [signature] 7-29-14
Facility Administrator

Exhibit No.: 13
Deponent: First
Date/RPR: 3/29/16
Hunter + Geist, Inc.

Confidential
GEO_MEN 00000637

## Detainee Grievance Response

Detainee Name and ID#: ███  Brambila, Marcos #14-163

In response to your grievance dated 07/23/2014, the finding is:

The pricing is approved by ICE
GEO does not set the pricing
Ice tells us what the daily pay is for trustees

I hope this addresses your concerns.

M. Furst
Staff Printed Name

*[signature]*
Staff Signature

Date: July 28, 2014

Confidential                                                                                                 GEO_MEN 00000638