**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE GEO GROUP, INC.,

      Defendant.

---

**DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

---

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-CBS

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE GEO GROUP, INC.,

      Defendant.

---

## DECLARATION OF DAWN CEJA PURSUANT TO 28 U.S.C. § 1746

---

Pursuant to 28 U.S.C. § 1746, Declarant, Dawn Ceja states upon personal knowledge as follows:

1. I am the Assistant Warden for Operations, of the GEO Group's Aurora Detention Center. I have held this position since August 2005. My position is responsible for the security operations of the facility.

2. In my position at the Aurora facility as the Assistant Warden, I am familiar with the documents maintained by GEO and ICE for each person detained in the facility. I reviewed those documents for Ricardo Tinoco and Cesar Duran who were detained at

the Aurora facility.   Neither of these persons were placed in segregation for refusing to clean.

I declare on this 31st day of May, 2016, under penalty of perjury that the contained herein is true and correct.

_____
Dawn Ceja