**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

**DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

# Exhibit 6

## DETAINEE WORK DETAIL APPLICATION

Detainee Name _____ Detainee ID# _____

Dorm _____ Date of Arrival _____ Date of Request _____

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis? YES _____ NO _____

Please list all previous experience in the specific areas that you are interested in working:

_____

_____

_____

Detainee Signature _____ Date/Time _____

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

<u>DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT</u>

Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _____, A#_____, have read, understand, and
     (Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_____     _____
Work Assignment     Detainee ID #

_____     _____
Detainee Signature     Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assigment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12