**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

---

**UNOPPOSED MOTION TO WITHDRAW ENTRY OF APPEARANCE OF SHELBY A. FELTON AND DAVID R. DEMURO AS CO-COUNSEL FOR DEFENDANT**

---

Shelby A. Felton and David R. DeMuro, co-counsel of record for Defendant GEO Group, Inc., submit this unopposed motion to withdraw pursuant to D.C.COLO.LAttyR 5(b), as follows:

CERTIFICATION: Pursuant to D.C.COLO.LCivR 7.1(a), movants certify that counsel for Plaintiffs have no objection to this motion. Pursuant to D.C.COLO.LAttyR 5(b), movants certify that they have provided a copy of this motion to the Defendant.

    1.    Ms. Felton and Mr. DeMuro of Vaughan & DeMuro have appeared in this case as co-counsel for Defendant, with Charles A. Deacon and Mark Emery of the law firm

Norton Rose Fulbright US LLP.

2.  Ms. Felton seeks to withdraw as she is now employed by the Denver City Attorney's Office. Mr. DeMuro seeks to withdraw as he is engaged in other cases and Defendant seeks to have new local counsel, Dana L. Eismeier and Erik K. Schuessler of Burns, Figa & Will, P.C., who are expected to enter their appearances promptly.

3.  Mr. Deacon and Mr. Emery will continue to represent Defendant as co-counsel with Mr. Eismeier and Mr. Schuessler.

WHEREFORE, Ms. Felton and Mr. DeMuro request this Court to enter an order accepting their withdrawal and directing the e-filing clerk to remove them as counsel of record for Defendant in the CM/ECF system.

Respectfully Submitted,

VAUGHAN & DeMURO

*s/ David R. DeMuro*
David R. DeMuro
Shelby A. Felton
720 South Colorado Blvd., PH N
Denver, Colorado 80246
Telephone: (303) 837-9200
Email: ddemuro@vaughandemuro.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will forward notification of the foregoing to the following at the e-mail addresses listed:

**Brandt Milstein**
brandt@milsteinlawoffice.com

**Alexander Hood**
alex@towardsjustice.org

**Andrew Turner**
aturner@laborlawdenver.com

**Hans Meyer**
hans@themeyerlawoffice.com

2

**R. Andrew Free**
Andrew@lmmigrantCivilRights.com

**Charles A. Deacon**
charlie.deacon@nortonrosefulbright.com

**Mark Emery**
mark.emery@nortonrosefulbright.com

and I further certify that a copy of the foregoing has been forwarded to:

[CLIENT COPY]
GEO GROUP, INC.
lcarrillo@geogroup.com

/s/David R. DeMuro
David R. DeMuro
720 South Colorado Blvd., PH N
Denver, Colorado 80246
Telephone: (303) 837-9200
E-mail: ddemuro@vaughandemuro.com

3