IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLlNA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.

## ORDER

    This matter is currently before me on a Motion to Withdraw as Co-Counsel for Defendant (Doc. 53). Having reviewed that motion, the motion is GRANTED.

    IT IS ORDERED that Attorneys Shelby A. Felton and David R. DeMuro, co-counsel of record for the defendant The Geo Group, Inc., are hereby withdrawn as counsel of record for The Geo Group, Inc. The defendant will continue to be represented by Charles A. Deacon and Mark Emery of the law firm Norton Rose Fulbright US LLP.

    IT IS FURTHER ORDERED that the electronic mail notifications to Shelby A. Felton and David R. DeMuro are terminated in this case.

Dated:  October 26th, 2016

BY THE COURT:

_____
John L. Kane
Senior U.S. District Court Judge