**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      **Plaintiffs**,

v.

THE GEO GROUP, INC.,

      **Defendant**.

**ENTRY OF APPEARANCE**

Pursuant to D.C.COLO.LAttyR 5(a)(1), Dana L. Eismeier, Esq. and Erik K. Schuessler, of the law firm of Burns, Figa & Will, P.C., hereby enter their appearance on behalf of Defendant The GEO Group, Inc.

Respectfully submitted this 26th day of October, 2016.


S/ Dana L. Eismeier
Dana L. Eismeier (#14379)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle
Suite 1000
Greenwood Village, CO  80111
Phone Number:  303-796-2626
Fax Number:  303-796-2777
E-mails:  deismeier@bfwlaw.com

**Attorneys for Defendant
The GEO Group, Inc.**

S/ Erik K. Schuessler
Erik K. Schuessler (#42595)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle
Suite 1000
Greenwood Village, CO  80111
Phone Number:  303-796-2626
Fax Number:  303-796-2777
E-mails:  eschuessler@bfwlaw.com

**Attorneys for Defendant
The GEO Group, Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of October, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, Colorado  80302

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, Colorado  80401

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, Tennessee  37219

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501

Andrew Turner, Esq.
Buescher, Kelman & Perera, P.C.
600 Grant Street, Suite 450
Denver, Colorado  80203

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, Colorado  80204

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, Texas  79205-3792

        S/ Erik K. Schuessler
        Erik K. Schuessler (42595)
        BURNS, FIGA & WILL, P.C.
        6400 S. Fiddlers' Green Circle, Suite 1000
        Greenwood Village, CO  80111
        Phone Number: 303-796-2626
        Fax Number: 303-796-2777
        E-mail:  eschuessler@bfwlaw.com

        **Attorneys for Defendant**
        **The GEO Group, Inc.**