**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

NOTICE OF FIRM NAME CHANGE

---

**Buescher, Kelman, Perera, & Turner, P.C., gives notice** that the firm name has changed to

The Kelman Buescher Firm.   All future reference to the firm in this matter should be to the new

name.  The firm address, telephone number, facsimile number, e-mail addresses and attorney of

record remain the same.

    Dated: February 13, 2017          Respectfully Submitted,


                                      *s/ Andrew H. Turner*
                                      The Kleman Buescher Firm
                                      600 Grant St., Suite 450
                                      Denver, CO 80203
                                      (303) 333-7751
                                      aturner@laborlawdenver.com

**Certificate of Service**

       I hereby certify that on February 13, 2017, the above was filed using this Court's CM/ECF system, which caused all counsel of record to be served electronically pursuant to FRCP 5.

<u>s/ Antoinette Vega</u>