# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

March 13, 2017

Chris Wolpert
Chief Deputy Clerk

Mr. Charles A. Deacon
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2100
San Antonio, TX 78205

Mr. Dana L. Eismeier
Burns Figa & Will
6400 South Fiddler's Green Circle, Suite 1000
Greenwood Village, CO 80111

Mr. Mark Emery
Norton Rose Fulbright
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501

Mr. Erik K. Schuessler
Kelly & Walker
1512 Larimer Street, Suite 200
Denver, CO 80202

**RE:**   **17-701, The GEO Group, Inc. v. Menocal, et al**
Dist/Ag docket: 1:14-CV-02887-JLK

Dear Counsel:

Your petition for permission to appeal pursuant to 28 U.S.C.1292(b) and Fed. R. App. P. 5, has been filed today. Please note your case number above. You will be notified of the court's action on this petition and advised of any further requirements. Any answer to the petition shall be filed with the court within 10 days after the petition is served. See Fed. R. App. P. 5(b)(2).

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Robert Andrew Free
      Alexander Hood
      Hans C. Meyer
      Brandt Powers Milstein
      Andrew Hess Turner

EAS/dd

2