IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:14-cv-02887-JLK**

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## JOINT MOTION FOR EXTENSION OF TIME

The parties, through their attorneys, respectfully move to extend current deadline to submit their revised Proposed Stipulated Scheduling and Discovery Order, which is currently due March 27, 2017. ECF No. 57 at 21. The parties propose a revised filing deadline of **March 31, 2017**. As good cause for this Motion, the parties jointly state that they require additional time to confer regarding several issues in the drafts they have exchanged to date. The parties expect the proposed revised filing deadline of Friday, March 31, 2017, will afford them sufficient time to complete these discussions and increase the number of issues on which they are able to agree.

Date: March 27, 2017                                   Respectfully Submitted by:

1

s/Alexander Hood
Alexander Hood
David Seligman
Andrew Schmidt
TOWARDS JUSTICE
1535 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
(844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
MILSTEIN LAW OFFICE
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
THE KELMAN BEUSCHER FIRM
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com
*Class Counsel*

s/Dana Eismeier
BURNS, FIGA & WILL
Suite 1000
6400 S. Fiddlers Green Circle
Greenwood Village, Colorado 80111
(303) 796-2626
deismeier@bfwlaw.com

Mark Emery
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0210
mark.emery@nortonrosefulbright.com

Charles A. Deacon
NORTON ROSE FULBRIGHT US LLP
300 Convent Street
San Antonio, Texas 78205
(210) 270-7133
charlie.deacon@nortonrosefulbright.com
*Counsel for Defendants*

2

## Certificate of Service

  I hereby certify that on this date I served the foregoing document on counsel of record for all parties in this case via this Court's CM/ECF system.

March 27, 2017                <u>s/Alexander Hood</u>