IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

ORDER ON PROPOSED SCHEDULING AND DISCOVERY ORDER (ECF NO. 61)

Kane, J.

     Upon review of the parties' Proposed Scheduling and Discovery Order (ECF No. 61), it is clear that an additional scheduling conference is warranted. The parties are directed to call in jointly at (303) 844-6118 on or before April 13, 2017, to set a date and time for the conference. The Proposed Order indicates that the parties' dispute the effect of the relevant *Touhy* regulations, 6 C.F.R. 5.41, *et seq.*, on discovery proceedings in this case. To resolve this preliminary issue, the parties shall file any related motion on or before April 26, 2017, with responses due 14 days later and any replies 7 days after that. The case will proceed in due course pending further order from the Tenth Circuit. *See* Fed. R. Civ. P. 23(f).

DATED this 5th day of April, 2017.

                                                                                                             _____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE