FILED
United States Court of Appeals
Tenth Circuit

April 11, 2017

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

THE GEO GROUP, INC.,

    Petitioner,

v.

ALEJANDRO MENOCAL; MARCOS BRAMBILA; GRISEL XAHUENTITLA; HUGO HERNANDEZ; LOURDES ARGUETA; JESUS GAYTAN; OLGA ALEXAKLINA; DAGOBERTO VIZGUERRA; DEMETRIO VALERGA, on their own behalf and on behalf of all others similarly situated,

    Respondents.

No. 17-701
(D.C. No. 1:14-CV-02887-JLK)
(D. Colo.)

_____

**ORDER**
_____

Before **TYMKOVICH**, Chief Judge, **HARTZ** and **MATHESON**, Circuit Judges.
_____

This matter is before the court on the GEO Group's *Petition for Permission to Appeal Class Certification. See* Fed. R. App. P. 5(a); Fed. R. Civ. P. 23(f). We also have a response from the plaintiffs/respondents. In addition, on March 30, 2017, the petitioner filed an unopposed motion for leave to file a reply in support of the petition. As a preliminary matter, we grant the motion to file the reply, and direct the clerk to file the reply attached to the motion.

Upon consideration of the Petition, the response, the reply, and the materials on file, we note both the complexity and difficulty of the issues presented, and we *grant* the Petition. Within 14 days of the date of this order, the petitioner shall pay the $505 filing and docketing fees to the Clerk of the District Court for the District of Colorado. *See* Fed. R. App. P. 5(d)(1)(A). The date of this order shall serve as the date of the notice of appeal in the new matter. *Id.* at 5(d)(2).

The clerk of this court is directed to open the new appeal once the clerk of the district court notifies this court that the filing fee has been paid. *Id.* at 5(d)(3).

Entered for the Court

*[signature]*

ELISABETH A. SHUMAKER, Clerk