```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX079387
Cashier ID: rv
Transaction Date: 04/14/2017
Payer Name: Mark T. Emery
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Mark T. Emery
 Amount:        $505.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

Notice of Appeal
14-cv-2887

A fee of $53.00 will be assessed on
any returned check.
```