Motion for Protective Order
Exhibit B

## U.S. DEPARTMENT OF JUSTICE



**John F. Walsh**
*United States Attorney*
*District of Colorado*

---

*Timothy B. Jafek*　　　　　　　　　*1225 Seventeenth Street, Suite 700*　　　*(303) 454-0100*
*Assistant United States Attorney*　　*Seventeenth Street Plaza*　　　　　　　*(FAX) (303) 454-0400*
*Civil Division*　　　　　　　　　　*Denver, Colorado   80202*

September 22, 2015

**By electronic mail only**

Shelby A. Felton
Vaughn & De Muro
3900 East Mexico Avenue, Suite 620
Denver, CO 80210
sfelton@vaughandemuro.com

Ms. Felton:

　　This follows up on my letter to you dated September 17, 2015.  That letter concerned redacted detainee files of the nine named plaintiffs in *Menocal v. The GEO Group, Inc.*, 14-cv-02887-JLK.  The purpose of this letter is to explain the general scope of documents and information subject to DHS's *Touhy* regulations.  *See United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951) (upholding agency regulations regarding release of documents).  The regulations set forth certain procedural requirements which must be followed before any documents subject to DHS's *Touhy* regulations may be released.

　　DHS *Touhy* regulations cover requests to DHS or any DHS employee "in connection with federal or state litigation arising out of or involving the performance of official activities of the Department" for "any material contained in the files of the Department, any information relating to material contained in the files of the Department, or any information acquired while the subject of the demand or request is or was employed by the Department . . . . as part of the performance of those duties or by virtue of that person's official status."  6 C.F.R. § 5.41(a).  "Employee" is defined to include contractors.  6 C.F.R. § 5.41(c).

1

In order for ICE to evaluate your client's request that it release document subject to DHS's *Touhy* regulations, your client must comply with the *Touhy* regulations. That requires, as an initial step, that your client must "set forth in writing, and with as much specificity as possible, the nature and relevance of the official information sought."  6 C.F.R. § 5.45(a).   ICE will then review your request in light of the factors it must consider pursuant to 6 C.F.R. § 5.48.

Please let me know if you have any questions.

Sincerely,

*s/ Timothy B. Jafek*
Timothy B. Jafek
Assistant United States Attorney

Cc:   ICE Office of the Principal Legal Advisor