EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

vs.

THE GEO GROUP, INC.,

      Defendant.

---

**DEFENDANT'S INITIAL RULE 26(a)(1) DISCLOSURES**

---

      Defendant, The GEO Group, Inc. submits its initial Rule 26(a)(1) disclosures as

follows:

      **I.**    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**
              **(Fed.R.Civ.P. 26(a)(1)(A)(I))**

    1.     Alejandro Menocal,
            Marcos Brambila,
            Grisel Xahuentitla,
            Hugo Hernandez,
            Lourdes Argueta,
            Jesus Gaytan,
            Olga Alexakllna,
            Dagoberto Vizguerra, and
            Demetrio Valerga
                current addresses and telephone numbers unknown

These individuals are the currently named plaintiffs in this matter and may have information relevant to the claims in their complaint.

2.    Dawn Ceja
      c/o Vaughan & DeMuro
      3900 E. Mexico Ave., Suite 620
      Denver, CO  80210
      (303) 837-9200

Ms. Ceja is the Assistant Warden of Operations at the Aurora facility and may have information relevant to the policies and procedures of ICE and GEO, the contract between the two, the and the claims in Plaintiffs' complaint.

3.    Barbara Krumpelmann
      c/o Vaughan & DeMuro
      3900 E. Mexico Ave., Suite 620
      Denver, CO  80210
      (303) 837-9200

Ms. Krumpelmann is the Assistant Warden of Finance and Administration at the Aurora facility and may have information relevant to the policies and procedures of ICE and GEO, the contract between the two, and the claims in Plaintiffs' complaint.

4.    Melody Furst
      c/o Vaughan & DeMuro
      3900 E. Mexico Ave., Suite 620
      Denver, CO  80210
      (303) 837-9200

Ms. Furst is the Assistant Business Manager at the Aurora facility and may have information relevant to the policies and procedures of ICE and GEO, the contract between the two, and the claims in Plaintiffs' complaint.

5.    Representatives of DHS/ICE

             Office of Professional Responsibility
             9195 E. Mineral Avenue Suite 375
             Centennial, CO, 80112
             (303) 236-9550

             Enforcement & Removal Operations
             Denver Field Office
             12445 E. Caley Avenue
             Centennial, CO, 80111
             (720) 873-2899
             Enforcement & Removal Operations
             3130 North Oakland Street

Aurora, CO 80010
(303) 361-0691

Various representatives of DHS/ICE/ERO or DHS/ICE/OPR may have information relevant to the policies and procedures of ICE and GEO, the contract between the two, and the claims in Plaintiffs' complaint.

## II.   DOCUMENTS AND TANGIBLE THINGS
### (Fed.R.Civ.P. 26(a)(1)(A)(ii))

1.   See bates labeled documents provided GEO_MEN 000001-159.

2.   Any documents identified by Plaintiffs.

## III.   COMPUTATION OF DAMAGES
### (Fed.R.Civ.P. 26(a)(1)(A)(iii))

Defendants do not presently claim damages but, if applicable, will seek costs.

## IV.   INSURANCE AGREEMENT
### (Fed.R.Civ.P. 26(a)(1)(A)(iv))

Defendant is currently investigating whether there is applicable insurance and will supplement these disclosures.

Submitted August 4, 2015.

VAUGHAN & DeMURO                    NORTON ROSE FULBRIGHT US LLP

/s/ Shelby A. Felton                          /s/ Charles A. Deacon
David R. DeMuro                            Charles A. Deacon
Shelby A. Felton                             300 Convent Street, Suite 2100,
3900 E. Mexico Ave., Suite 620          San Antonio, Texas 78205-3792
Denver, Colorado 80210                   (210) 270 7133
(303) 837-9200                               charlie.deacon@nortonrosefulbright.com
Email:sfelton@vaughandemuro.com

                                                   Mark Emery
                                                   799 9th Street, NW, Suite 1000
                                                   Washington, DC 20001-4501
                                                   (202) 662-0210
                                                   mark.emery@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I electronically submitted **DEFENDANT'S INITIAL RULE 26(a)(1) DISCLOSURES** via electronic mail to the following

Charles A. Deacon
Mark Emery
charlie.deacon@nortonrolefulbright.com
mark.emery@nortonrosefulbright.com

Brandt Milstein                          Andrew Turner
brandt@milsteinlawoffice.com             aturner@laborlawdenver.com

Alexander Hood                           Hans Meyer
alex@towardsjustice.org                  hans@themeyerlawoffice.com

R. Andrew Free
Andrew@ImmigrantCivilRights.com

/s/Shelby A. Felton
Shelby A. Felton
3900 E. Mexico Ave., Suite 620
Denver, Colorado 80210
(303) 837-9200
(303) 837-9400 fax
Emails:sfelton@vaughandemuro.com

4