EXHIBIT B

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | | PAGE  OF PAGES |
|---|---|---|---|---|---|
| | | | | | 1   126 |

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | | ☐ SEALED BID (IFB)  ☒ NEGOTIATED (RFP) | | |

**7. ISSUED BY**      CODE   ICE/DM/DC-LAGUNA     **8. ADDRESS OFFER TO** (If other than Item 7)

```
ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Laguna Niguel CA 92677
```

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**SOLICITATION**

9. Sealed offers in original and _____ 6 _____ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the

depository located in   SEE SECTION L   until   1300 PS   local time   05/02/2011
                                                             (Hour)                          (Date)

CAUTION:  LATE Submissions, Modifications, and Withdrawals:  See Section L, Provision no. 52.214-7 or 52.215-1.  All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | | | C. E-MAIL ADDRESS |
|---|---|---|---|---|---|
| | | AREA CODE | NUMBER | EXT. | |

**11. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 78 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 12 | X | J | LIST OF ATTACHMENTS | 92 |
| X | D | PACKAGING AND MARKING | 35 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 36 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 93 |
| X | F | DELIVERIES OR PERFORMANCE | 37 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 39 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 99 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 42 | X | M | EVALUATION FACTORS FOR AWARD | 116 |

**OFFER** (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ 120 _____ calendar days (60 calendar days unless a different period is inserted

by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the

designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232.8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE | | FACILITY | | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|---|---|
| | | | | | |

| 15B. TELEPHONE NUMBER | | | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE | NUMBER | EXT. | | | |

**AWARD** (To be completed by government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| | | |

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) (   )   ☐ 41 U.S.C. 253 (c) (   ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) | CODE | 25. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|
| | | | |

| 26. NAME OF CONTRACTING OFFICER (Type or print)  Roberta J. Halls | 27. UNITED STATES OF AMERICA  (Signature of Contracting Officer) | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

| AUTHORIZED FOR LOCAL REPRODUCTION  Previous edition is unusable | STANDARD FORM 33 (Rev. 9-97)  Prescribed by GSA  - FAR (48 CFR) 53.214(c) |
|---|---|

GEO_MEN 00000001

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HSCEDM-11-R-00002 | PAGE 3 | OF 126 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0002C | Mileage Rate | | | | |
| 0003 | Remote Custody | | | | |
| 0004 | Stipend for Detainee Work Program - Reimbursement for this line item will be at actual cost of $1.00 per day per detainee. The contractor shall not exceed the quantity shown without prior approval by the Contracting Officer. | | | | |
| 0005 | OPTIONAL LINE ITEM FOR MEDICAL SERVICES in accordance with the medical Statement of Work (SOW), attachment 12. The Government has the unilateral option to exercise this line item at the time of contract award. The estimated quantity is based on each detainee receiving care outside the normal intake procedures. | | | | |
| | Option Period 1 (9/01/13 - 8/31/15) | | | | |
| 1001 | Contractor Owned Contractor Operated Detention Management Facility in accordance with the Statment of Ojectives and Section H of the RFP. Offeror shall provide fully burdened bed day rates only. Unit of Issue DA is equivalent to bed-day. (Option Line Item) 09/01/2013 | | | | |
| 1001A | Bed Day Rate For Minimum Quantity | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

GEO_MEN 00000002

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-11-R-00002 | PAGE<br>4 | OF<br>126 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | 300 beds | | | | |
| | 09/01/2013 | | | | |
| 1001B | Bed Day Rate In Excess Of Minimum Quantity | | | | |
| | (Option Line Item)<br>09/01/2013 | | | | |
| 1002 | TRANSPORTATION | | | | |
| 1002A | Labor Hours for Transportation | | | | |
| 1002B | Mileage Rate | | | | |
| 1002C | Mileage Rate | | | | |



NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

GEO_MEN 00000003

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-11-R-00002 | PAGE<br>5 | OF<br>126 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 1003 | Remote Custody | | | | |
| 1004 | Stipend for Detainee Work Program - Reimbursement for this line item will be at actual cost of $1.00 per day per detainee. The contractor shall not exceed the quantity shown without prior approval by the Contracting Officer.<br>(Option Line Item)<br>09/01/2013 | | | | |
| 1005 | OPTIONAL LINE ITEM FOR MEDICAL SERVICES in accordance with the medical Statement of Work (SOW), attachment 12. The Government has the unilateral option to exercise this line item at the time of contract award. The estimated quantity is based on each detainee receiving care outside the normal intake procedures.<br>(Option Line Item)<br>09/01/2013 | | | | |
| | Option Period 2 (9/1/15 - 8/31/17) | | | | |
| 2001 | Contractor Owned Contractor Operated Detention Management Facility | | | | |

GEO_MEN 00000004

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-11-R-00002 | PAGE<br>7 | OF<br>126 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 2002A | Labor Hours for Transportation | | | | |
| 2003 | Remote Custody | | | | |
| 2004 | Stipend for Detainee Work Program - Reimbursement for this line item will be at actual cost of $1.00 per day per detainee. The contractor shall not exceed the quantity shown without prior approval by the Contracting Officer.<br>(Option Line Item)<br>09/01/2015 | | | | |
| 2005 | OPTIONAL LINE ITEM FOR MEDICAL SERVICES in accordance with the medical Statement of Work (SOW), attachment 12. The Government has the unilateral option to exercise this line item at the time of contract award. The estimated quantity is based on each detainee receiving care outside the normal intake procedures.<br>(Option Line Item)<br>09/01/2015 | | | | |
| | Option Period 3 (9/01/17 - 8/31/19) | | | | |
| 3001 | Contractor Owned Contractor Operated Detention Management Facility | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

GEO_MEN 00000005

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-11-R-00002 | PAGE<br>9 | OF<br>126 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 3002B | Mileage Rate | | | | |
| 3003 | Remote Custody | | | | |
| 3004 | Stipend for Detainee Work Program - Reimbursement for this line item will be at actual cost of $1.00 per day per detainee. The contractor shall not exceed the quantity shown without prior approval by the Contracting Officer.<br>(Option Line Item)<br>09/01/2017 | | | | |
| 3005 | OPTIONAL LINE ITEM FOR MEDICAL SERVICES in accordance with the medical Statement of Work (SOW), attachment 12. The Government has the unilateral option to exercise this line item at the time of contract award. The estimated quantity is based on each detainee receiving care outside the normal intake procedures.<br>(Option Line Item)<br>09/01/2017 | | | | |
| | Option Period 4 (9/01/19 - 8/31/21) | | | | |
| 4001 | Contractor Owned Contractor Operated Detention Management Facility | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-11-R-00002 | PAGE<br>11 | OF<br>126 |
| --- | --- | --- | --- |

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
| --- | --- | --- | --- | --- | --- |
| 4002C | Mileage Rate | | | | |
| 4003 | Remote Custody | | | | |
| 4004 | Stipend for Detainee Work Program – Reimbursement for this line item will be at actual cost of $1.00 per day per detainee. The contractor shall not exceed the quantity shown without prior approval by the Contracting Officer.<br>(Option Line Item)<br>09/01/2019 | | | | |
| 4005 | OPTIONAL LINE ITEM FOR MEDICAL SERVICES in accordance with the medical Statement of Work (SOW), attachment 12. The Government has the unilateral option to exercise this line item at the time of contract award. The estimated quantity is based on each detainee receiving care outside the normal intake procedures.<br>(Option Line Item)<br>09/01/2019 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

GEO_MEN 00000007

### SECTION C – DESCRIPTION/SPECIFICATIONS FOR CONTRACTOR-OWNED, CONTRACTOR-OPERATED DETENTION FACILITY IN THE DENVER METROPOLITAN AREA

I. <u>INTRODUCTION</u>

A. **Background**

The United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) is responsible for the detention, health, welfare, transportation, and removal of detainees, and those subject to final order of removal from the United States. ICE houses detainees in Contract Detention Facilities (CDF) and other federal, state, local, and private facilities.

B. **Mission**



C. **Statement of Objectives (SOO)**

The Statement of Objectives (SOO) (Attachment 3) is for performance-based services and applies to designated ICE solicitations and contracts for detention, transportation, food services and optional medical services at the Contractor-Owned and Contractor-Operated Facility. This SOO sets forth the contract objectives and other relevant information that applies to solicitations and contracts that incorporate this SOO.

D. 





**Food Service**

1. All detainees will be provided nutritionally balanced diets that are reviewed at least quarterly by food service personnel and at least annually by a qualified nutritionist or dietician.

GEO_MEN 00000009



**Medical Care**

1.  Detainees will have access to a continuum of health care services, including prevention, health education, diagnosis, and treatment.

2.

GEO_MEN 00000010



**Voluntary Work Program**

1. Detainees may have opportunities to work and earn money while confined, subject to the number of work opportunities available and within the constraints of safety, security, and good order.

2. Detainees will be able to volunteer for work assignments but otherwise not be required to work, except to do personal housekeeping.

3. Essential operations and services will be enhanced through productivity from detainees.

4. The negative impact of confinement will be reduced through less idleness, improved morale and fewer disciplinary incidents.

5. Detainee working conditions will comply with all applicable federal, state, and local work safety laws and regulations.

6. There will be no discrimination regarding voluntary work program access based on any detainee's race, religion, national origin, gender, sexual orientation, or disability.

7. The applicable contents and procedures in this Standard will be communicated to the detainee in a language or manner that the detainee can understand.

**Detainee Handbook**

Upon admission a facility, each detainee will be provided the comprehensive written orientation materials in the form of a detainee handbook. The local facility shall provide a detainee handbook supplement, which describes such matters as:

– Grievance Systems

30

GEO_MEN 00000011

- Services and Programs
- Medical Care
- Law Libraries and Legal Materials
- Correspondence and Other Materials
- Staff–Detainee Communications
- Classification Systems
- Disciplinary Systems

1. Each detainee will verify, by signature and date, receipt of those orientation materials, and that acknowledgement will be maintained in the detainee's detention file.

2. The ICE National Detainee Handbook will be provided in English, Spanish, and other languages as determined necessary by the Field Office Director (FOD). Orientation materials will be read to detainees who cannot read, or they will be provided the material via audio or video recordings.

3. Interpretative services will be provided to detainees who do not speak the languages in which the orientation materials are written.

4. The information in this standard will be communicated in a language or manner that the detainee can understand.



31

GEO_MEN 00000012

## SECTION G - CONTRACT ADMINISTRATION DATA

### G-1 - CONTRACT ADMINISTRATION OFFICE

Department of Homeland Security
Immigration & Customs Enforcement
Office of Acquisition Management
Detention Management - Laguna
24000 Avila Road, Room 3104
Laguna Niguel, CA 92677-3401

### G-2 – CONTRACTING OFFICER'S AUTHORITY

The Contracting Officer is the only person authorized to approve changes in any of the requirements under this contract.

### G-3 - CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR)

The Contracting Officer's Technical Representative (COTR) will be appointed by letter after contract award.  The COTR is designated to coordinate the technical aspects of this contract and inspect items/services/invoices furnished hereunder; however, he/she will not be authorized to change any terms and conditions of the resultant contract, including price.

The COTR is responsible for monitoring the performance of work under this contract.  In no event, however, will any understanding, agreement, modification, change order or other matter deviating from the terms and conditions of this contract be effective or binding upon the Government unless formalized by proper contractual documents executed by the Contracting Officer.  The COTR may give technical direction to the Contractor that fills in details, requires pursuit of certain lines of inquiry or otherwise serves to facilitate the Contractor's compliance with the contract.

GEO_MEN 00000013

## SECTION H - SPECIAL CONTRACT REQUIREMENTS



**H-5 - CONSTRAINTS**

The following constraints comprise the statutory, regulatory, policy and operational considerations that will affect the Contractor.  The Contractor shall become familiar with all constraints affecting the work to be performed.  These constraints may change over time; the Contractor shall be knowledgeable of any changes to the constraints and perform in accordance with the most current version of the constraints.  Constraints include, but are not limited to:

1.  Memoranda of Understanding between ICE and individual law enforcement jurisdictions that may apply (copies of applicable MOUs will be provided to the contractor);

42

GEO_MEN 00000014

2. DHS Management Directive (MD) 11042.1 - Safeguarding Sensitive but Unclassified (For Official Use Only) Information, (http://www.fas.org/sgp/othergov/dhs-sbu-rev.pdf );

3. DHS Directive Number 121-01 and Instruction Handbook Number 121-01-007, the Department of Homeland Security Personnel Suitability and Security Program, (http://dhsconnect.dhs.gov/policies/Instruction%20Supplements/Instruction%20121-01-007%20Personnel%20Suitability%20and%20Security%20Program%20(Revision%2000).pdf );

4. Other applicable Executive Orders and Management Directives;

5. Post Orders;

6. General Directives;

7. American Correctional Association (ACA) Standards for Adult Detention Facilities (most current edition) and the most recent copy of the supplement issued every two years.  A copy is obtainable for purchase through the internet website http://www.aca.org/store/bookstore/ ;

8. National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails (most current edition).  A copy is obtainable for purchase through the Internet website http://www.ncchc.org.

9. Officer's Handbook M-68, A Guide to Proper Conduct and Relationships with Aliens and the General Public - http://onlineplus.uscis.dhs.gov/lpbinplus/lpext.dll/Infobase/m68/m68-1?f=templates&fn=document-frame.htm&2.0 ;

10. The DHS/ICE PBNDS (Performance Based National Detention Standards) 2008 - A copy of the current version is obtainable on the Internet website: http://www.ice.gov/partners/dro/PBNDS/index.htm'

11. All rules and regulations governing usage of firearms, public buildings and grounds;

12. All regulations provided to the Contractor through the COTR;

13. Federal Information Security Management Act (FISMA) of 2002, (http://csrc.nist.gov/drivers/documents/FISMA-final.pdf );

14. The Patriot Act of 2001, revised 2010, (http://www.aclu.org/national-security/text-usa-patriot-act );

15. The Illegal Immigration Reform and Immigrant Responsibility Act (IIAIRA), P. L. 104-208, (http://immigration-usa.com/ina_96.html);

16. Federal Acquisition Regulation (FAR) (http://farsite.hill.af.mil/vffara.htm), and DHS Acquisition Regulation (HSAR), (http://farsite.hill.af.mil/vfhsara.htm);

17. Applicable federal, state facility codes, rules, regulations and policies;

18. Applicable federal, state and local labor laws and codes;

19. Applicable federal, state and local firearm laws, regulations and codes;

20. Alignment with external sources (e.g. state and local law enforcement organizations);

GEO_MEN 00000015



## H-16 - DETAINEE SERVICES AND PROGRAMS

1. Manage and Maintain Commissary

   a. A commissary shall be operated by the Contractor as a privilege to detainees who shall have the opportunity to purchase from the commissary at least once per week. ██████████████████████████████████████████r.  The commissary inventory shall be provided to the COTR upon request.  The COTR has the final right of approval for all items in the commissary. ████████████████

   b. Commissary revenues shall be maintained in a separate account and not commingled ████████████████████████████████████████████████████████████ Contractor shall provide independent auditor certification of the funds to the COTR annually.

   c. At the end of the contract period, or as directed by the Contracting Officer, a check for any balance remaining in this account shall be made payable to the Treasury ████████████████████████████████

   d. ██████████████████████████████████████ Outside funds or those generated from a detainee work program at the facility may be used to pay for products and services from the commissary.  Funds shall be maintained in a non-interest bearing account.  Upon detainee release, any funds in the detainee's account shall be immediately returned to the detainee.

2. 

70

GEO_MEN 00000016

## SECTION I - CONTRACT CLAUSES

**52.252-2 Clauses Incorporated by Reference (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://farsite.hill.af.mil/vffara.htm .



GEO_MEN 00000017



**52.222-50  Combating Trafficking in Persons (FEB 2009)**

GEO_MEN 00000018

HSCEDM-11-R-00002
ATTACHMENT 12

### STATEMENT OF WORK
### MEDICAL SERVICES
### DENVER METROPOLITAN DETENTION CENTER

A. 

B.

C.

D.  The Contractor shall ensure that onsite medical and health care coverage as defined below is available for all ICE detainees at the facility for twenty-four (24) hours per day, seven (7) days per week.

E.  The Contractor shall not charge any ICE detainee a fee or co-payment for medical services or treatment provided.

F.

1

GEO_MEN 00000019



| ORDER FOR SUPPLIES OR SERVICES SCHEDULE - CONTINUATION | | | | | | PAGE NO. 4 | |

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | | | | ORDER NO. | | |
|---|---|---|---|---|---|---|---|
| 08/28/2014 | HSCEDM-11-D-00003 | | | | HSCEDM-14-J-00031 | | |

| ITEM NO. (a) | SUPPLIES/SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| 1003 | Remote Custody | | | | | |
| 1004 | Stipend for Detainee Work Program - Reimbursement for this line item will be at actual cost of $1.00 per day per detainee. The contractor shall not exceed the quantity shown without prior approval by the Contracting Officer. Option Period 1 | | | 1.00 | | |
| 1005 | MEDICAL SERVICES-In accordance with the terms and conditions of this contract. Monthly Flat Fixed Fee includes all medical staff and in-house supplies. Option Period 1 | | | | | |
| | Accounting Info: Continued ... | | | | | |

| TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H)) | ▷ | | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 348 (Rev. 4/2006)
Prescribed by GSA FAR (48 CFR) 53.213(f)

GEO_MEN 00000020



h.  The Contractor shall not employ any person whose employment would present an actual or apparent conflict of interest.

2.  Minimum Personnel Qualification Standards and Key Personnel

    a.  Qualification Standards

    Each person working on this contract, whether employed by the prime or any subcontractor, shall be a United States citizen.

    b.  Key Personnel

GEO_MEN 00000021