# EXHIBIT C



Andrew Free <andrew@immigrantcivilrights.com>

## privilege log request

**Dana Eismeier** <deismeier@bfwlaw.com>                                      Wed, Apr 19, 2017 at 10:53 AM
To: Andrew Free <andrew@immigrantcivilrights.com>
Cc: "Deacon, Charles (charlie.deacon@nortonrosefulbright.com)" <charlie.deacon@nortonrosefulbright.com>, "Emery, Mark" <mark.emery@nortonrosefulbright.com>, Michael Ley <mley@bfwlaw.com>

Andrew:

We do not believe your request for a privilege log, sent at 5:10 p.m. on the Friday before Easter, provides reasonable or adequate notice.  That is especially true given that it has been over a year since GEO served its supplemental responses to Plaintiffs' written discovery requests.  We have been working on your request, but will not be able to provide a privilege log by today, nor do we believe one is needed for resolution of the *Touhy* issue.

As you know, GEO has objected to Plaintiffs' discovery requests and methods throughout this litigation, most notably in GEO's responses to Plaintiffs' written discovery requests, GEO's supplemental responses to Plaintiffs' written discovery requests, and in response to Plaintiffs' Rule 30(b)(6) deposition topics.  The reason for GEO's objections is that the U.S. government has instructed GEO that the Department of Homeland Security's *Touhy* regulations, 6 C.F.R. §§ 5.41-49, apply to GEO in this case, thus eliminating GEO's authority to unilaterally disclose the documents and information requested by Plaintiffs.  If the *Touhy* regulations apply, only DHS has authority to authorize disclosure.  We understand that you disagree with the government's position, but GEO has repeatedly communicated that Plaintiffs should seek the requested information directly from the government, which would obviate the need for Judge Kane to decide whether *Touhy* applies to GEO in this case.

What we can provide, and what will satisfy your needs for briefing purposes,  is a list of the information that has been redacted pursuant to the government's *Touhy* instructions.  Attached are the pertinent communications GEO has received from the government.  The information redacted due to the government's *Touhy* instructions includes:

- GEO's contract (GEO_MEN 1-45).  Via email dated December 5, 2014, ICE would not agree to release the entire unredacted contract.
- Alien Registration Numbers.  Via email dated August 27, 2015, ICE would not agree to release Alien Registration Numbers.
- The signature and name of the COTR on the voluntary work program reimbursement documents (GEO_MEN 1514-4559).  Via email dated January 14, 2016, Assistant United States Attorney Timothy Jafek directed GEO to redact the name and signature of the COTR.
- While no information was redacted from documents, ICE instructed GEO's Rule 30(b)(6) designees not to testify regarding certain information via letter dated February 11, 2016.

Additionally, the pages in the detainee files (GEO_MEN 160-1394) marked "Redacted" were marked as such because the relevancy of the documents was not apparent to ICE, which prevented ICE from evaluating the appropriateness of authorizing disclosure under the criteria listed in 6 C.F.R. § 5.48.  This is explained in Mr. Jafek's email dated December 2, 2015.  Thus, while ICE has not made a final *Touhy* determination with respect to these documents, ICE has also not authorized GEO to disclose them.  This situation was explained orally and on page 8 of GEO's supplemental discovery responses.  With respect to the detainee files, we do not believe it is appropriate for GEO to argue the relevancy of Plaintiffs' discovery requests to the government, nor do we imagine that you would choose to assign that task to us.

With the above information, we believe you have what you need to comply with the Court's briefing schedule to resolve the *Touhy* issue.  Feel free to call if you would like to discuss.

.
.
.
.

**Dana Eismeier**

T 303.796.2626
E deismeier@bfwlaw.com



**bfwlaw.com**

6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, Colorado 80111

CONFIDENTIALITY NOTICE: This message, the attachments, and any metadata contained in this email may be confidential and privileged.


**Touhy Correspondence.pdf**
1234K