IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

**Plaintiffs**,

v.

THE GEO GROUP, INC.,

**Defendant**.

**UNOPPOSED MOTION FOR PERMISSION TO FILE RESPONSE OUT OF TIME**

Defendant The GEO Group, Inc. ("GEO"), through its undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b)(1)(B), hereby moves for permission to file its response to Plaintiffs' Motion to Compel (ECF No. 73) out of time.

**D.C.COLO.LCivR 7.1 Certification**: The undersigned certifies that GEO's counsel has conferred in good faith with Plaintiffs' counsel regarding the relief requested in this Motion. Plaintiffs' counsel does not oppose the relief requested in this Motion.

1

On April 5, 2017, this Court issued its Order on Proposed Scheduling and Discovery Order (ECF No. 62) requiring the filing of *Touhy* motions "on or before April 26, 2017, with responses due 14 days later and any replies 7 days after that." Plaintiffs filed their Motion to Compel on April 26, 2017 (ECF No. 73). Pursuant to this Court's Order, GEO's response was due on May 10, 2017. As a result of excusable neglect of undersigned's office, the response date was mis-docketed.

Under Fed. R. Civ. P. 6(b)(1)(B), GEO respectfully requests permission to file its Response to Plaintiffs' Motion to Compel one day late.[1] The concept of "excusable neglect" under Rule 6(b)(1)(B) is an elastic concept, and is not limited strictly to omissions caused by circumstances beyond the control of the movant. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 392 (1993). "Excusable neglect" may extend to inadvertent delays. *Id.* The determination is at bottom an equitable one. *Id.* at 395.

Plaintiffs do not oppose this Motion, and thus will not suffer any prejudice by this one-day delay. The one-day delay will not impact the judicial proceedings.

WHEREFORE pursuant to Fed. R. Civ. P. 6(b)(1)(B), Defendant The GEO Group, Inc. respectfully requests permission to file its Response to Plaintiffs' Motion to Compel out of time, on May 11 2017.

---

[1] GEO's Response to Plaintiffs' Motion to Compel is attached as Exhibit A.

Respectfully submitted this 11th day of May, 2017.

   S/ Dana L. Eismeier
Dana L. Eismeier (#14379)
Michael Y. Ley (#43733)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone Number: 303-796-2626
Fax Number: 303-796-2777
E-mails: deismeier@bfwlaw.com
            mley@bfwlaw.com

Charles A. Deacon, Esq.
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, TX 79205-3792
(210) 270-7133

Mark Emery, Esq.
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
(202) 662-0210

**Attorneys for Defendant**
**The GEO Group, Inc.**

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2017, I electronically filed the foregoing **UNOPPOSED MOTION FOR PERMISSION TO FILE RESPONSE OUT OF TIME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, CO  80302

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219

Andrew Turner, Esq.
Buescher, Kelman & Perera, P.C.
600 Grant Street, Suite 450
Denver, CO  80203

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO  80204

 S/ Dana Eismeier
Dana L. Eismeier (#14379)
Michael Y. Ley (#43733)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:         303-796-2626
Fax:           303-796-2777
Email:         deismeier@bfwlaw.com

**Attorneys for Defendant
The GEO Group, Inc.**

4