| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 3 | yes | No |
| 18 | Yes | No |
| 23 | Yes | No |
| 24 | Yes | No |
| 25 | | |
| 26 | | |
| 27 | | |
| 43 | Yes | No |
| 44 | Yes | No |
| 45 | | |
| 46 | | |
| 47 | | |
| 48 | | |
| 49 | | |
| 50 | Yes | No |
| 51 | Yes | No |
| 52 | | |
| 53 | | |
| 54 | | |
| 55 | | |
| 65 | Yes | No |
| 70 | yes | no |
| 89 | Yes | No |
| 91 | yes | no |
| 118 | yes | no |
| 135 | yes | no |
| 136 | yes | no |
| 137 | yes | no |
| 138 | Yes | No |
| 142 | yes | no |
| 144 | Yes | No |
| 145 | yes | no |
| 148 | Yes | No |
| 149 | Yes | No |
| 154 | yes | No |
| 164 | Yes | No |
| 170 | Yes | No |
| 178 | Yes | No |
| 185 | Yes | No |
| 188 | Yes | No |
| 189 | Yes | No |
| 191 | Yes | No |
| 192 | Yes | No |
| 203 | Yes | No |
| 204 | Yes | No |
| 205 | Yes | No |
| 210 | Yes | No |
| 212 | Yes | No |
| 216 | Yes | No |
| 220 -258 | CBP DOCUMENTS | No |

Exhibit A
Response to Motion to Compel
Alexakhina

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 74 | Yes | No |
| 78 | | |
| 79 | Yes | No |
| 80 | | |
| 81 | | |
| 82 | Yes | No |
| 105 | Yes | No |
| 143 | Yes | No |
| 144 | Yes | No |
| 150 | Partial (top) | No |
| 154 | Partial (top) | no |
| 165 | Partial (top) | No |
| 166 | Partial (top) | No |
| 168 | | |
| 169 | | |
| 170 | CBP Documents | No |
| 171 | | |
| 172 | | |
| 173 | | |
| 196 | Yes | No |

Exhibit A
Response to Motion to Compel
Brambila

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 17 | No | Yes |
| 36 | Yes | No |
| 38 | Yes | No |
| 39 | Yes | No |
| 40 | No (Belongs to CBP) | No |
| 41 | | |
| 42 | | |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | | |
| 60 | Yes | No |
| 84 | Yes | No |
| 89 | Yes | No |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | | |
| 95 | Yes | No |
| 96 | Yes | No |
| 100 | Yes | No |
| 104 | Yes | No |
| 105 | | |
| 106 | | |
| 107 | | |
| 108 | | |
| 109 | Yes | No |

Exhibit A
Response to Motion to Compel
Argueta

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 1 | Yes | No |
| 9 | Yes | No |
| 13 | Yes | No |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Yes | No |
| 18 | Yes | No |
| 32 | yes | no |
| 33 | Partial (bottom) | no |
| 34 | CBP Documents | No |
| 35 | | |
| 36 | | |
| 37 | | |

Exhibit A
Response to Motion to Compel
Menocal

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
| --- | --- | --- |
| 1 | Yes | No |
| 2 | | |
| 3 | Yes | No |
| 7 | Yes | No |
| 15 | Yes | No |
| 16 | Yes | No |
| 17 | No | No |
| 23 | Yes | No |
| 24 | | |
| 41 | | |
| 42 | Yes | No |
| 43 | | |
| 44 | | |
| 45 | Yes | No |
| 56 | Yes | No |
| 57 | CBP Document | No |
| 63 | Partial (top) | No |

Exhibit A
Response to Motion to Compel
Vizguerra

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 1 | Yes | No |
| 5 | | no |
| 6 | Yes | |
| 7 | | |
| 8 | Yes | no |
| 9 | | |
| 21 | yes | no |
| 27 | yes | no |
| 35 | | |
| 36 | | |
| 37 | CBP Documents | No |
| 38 | | |

Exhibit A
Response to Motion to Compel
Xahuentitla

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 12 | Yes | No |
| 33 | Yes | No |
| 37 | Yes | no |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | Yes | No |
| 52 | Yes | No |
| 53 | CBP Documents | no |
| 54 | (another DHS | |
| 55 | Component) | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |
| 77 | Partial (top) | No |
| 100 | Partial (top) | No |
| 107 | Partial (bottom) | No |
| 108 | Partial (bottom) | No |
| 119 | Partial (top) | No |
| 120 | Partial (bottom) | No |

Exhibit A
Response to Motion to Compel
Hernandez

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 1 | no | no |
| 2 | no | no |

Exhibit A
Response to Motion to Compel
Work Program Reimburse July 15

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 1 | no | no |
| 2 | no | no |

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
| --- | --- | --- |
| 1 | Yes | No |
| 5 | Yes | No |
| 9 | Yes | No |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 24 | Yes | No |
| 25 | CBP | No |
| 26 | | |
| 32 | Partial (bottom) | No |
| 37 | Partial (bottom) | |

Exhibit A
Response to Motion to Compel
Gaytan

| Page Number | ICE Record (yes/no) | Relevant (yes/no) |
|---|---|---|
| 4 | Yes | No |
| 6 | CBP documents | No |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 48 | Yes | No |
| 64 | Yes | no |
| 65 | | |
| 66 | | |
| 67 | | |
| 68 | yes | no |
| 121 | Yes | No |
| 122 | | |
| 133 | Yes | No |
| 138 | Yes | No |
| 158 | Yes | No |
| 188 | Yes | No |
| 199 | Yes | No |
| 217 | Yes | No |
| 223 | Yes | No |
| 225 | Yes | No |
| 228 | Yes | No |
| 238 | Yes | No |
| 249 | Yes | No |
| 257 | Yes | No |
| 260 | Yes | No |
| 273 | Yes | No |
| 274 | Yes | No |
| 277 | Yes | No |
| 281 | Yes | No |
| 289 | Yes | No |
| 292 | Yes | No |
| 293 | Yes | No |

Exhibit A
Response to Motion to Compel
Valerga