United States District Court
District of Colorado

Alejandro Menocal et al.,
    Plaintiffs,

v.    Civil No: 1:14-CV-02887-JLK

The Geo Group,
    Defendant.

## AMICUS CURIAE BRIEF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 22 2017
JEFFREY P. COLWELL
CLERK

To the Honorable Judge of said Court:

    Now comes Shane Cain, a prisoner incarcerated in the State of Texas, and hereby files this Amicus Curiae Brief to provide the court with the following information that might escape the courts attention in this case.

1. One of the Plaintiffs claims in this case is that The Geo Group has violated the 13th Amendment to the United States Constitution by subjecting them to involuntary servitude; forcing them to work against their will without pay.

2. To correctly decide this case the court must first correctly interpret and apply the 13th Amendment to the United States Constitution and its intent.

3. The 13th Amendment specifically states:

-P. 1-

"Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to thier jurisdiction."

(13th Amendment (1865))

4. The intent of the 1865 amendment was to abolish slavery, except in cases of crime where only a court can "punish" a party to servitude as a "punishment for" his crime. As the 13th Amendment specifically states, only a court can impose slavery/involuntary servitude as punishment for crime once the party has "been duly convicted." If a court has not imposed slavery/involuntary servitude as a punishment for a crime, in the courts judgment, a person cannot be forced to work against his will, for free or for pay. For example:

5. In Texas, when a court finds a defendant guilty of a crime and sentences him to Ten (10) years in prison as a punishment, and imposes probation instead of prison, the probation department cannot force this person to work 300 hours of community service labor if the court has not imposed this punishment. If the court orders 300 hours of community

-p.2-

service as a punishment for his crime, then the probation department can make this person work 300 hours against his will, but only if the court has imposed such a punishment.

## CONCLUSION

Only a court can impose slavery/involuntary servitude as a punishment for a crime. No one can be forced into involuntary labor against their will unless it is specifically ordered by a court as a punishment for a crime. The court should consider this when making its decision in this case.

Respectfully submitted on this 16th day of May 2017.

x  Shane Cain
Shane Cain #537264
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

### Certificate of Service

I, Shane Cain, certify that a copy of the forgoing was mailed to Alexander Neville, 1535 High Street, Suite 300 Denver, Co. 80218 on this 16th day of May 2017.

x  Shane Cain
Shane Cain #537264
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Shane Cain #5372264
Michael Unit
2664 Fm 2054
Tennessee Colony, TX 75886

[special]

80294-250151



NORTH TEXAS TX P&DC
DALLAS TX 750
19 MAY 2017 PM 1 L

Clerk, U.S. District Court
901 19th Street, Rm A105
Denver, CO
80294-3589