**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      **Plaintiffs**,

v.

THE GEO GROUP, INC.,

      **Defendant**.

## MOTION TO SUBSTITUTE COUNSEL

Erik K. Schuessler, co-counsel for Defendant The GEO Group, Inc. ("GEO"), and Michael Y. Ley, both of Burns, Figa and Will, P.C., hereby submit this Motion to Substitute Counsel and in support state as follows:

**D.C.COLO.LCivR 7.1 Certification**: Pursuant to D.C.COLO.LCivR 7.1(b)(4), there is no duty to confer prior to filing this motion.

Erik K. Schuessler, co-counsel for GEO, and pursuant to D.C.COLO.LAttyR 5(b) hereby moves to withdraw as counsel for GEO. GEO will continue to be represented by Charles A. Deacon and Mark Emery of Norton Rose Fulbright US LLP and Dana L. Eismeier and Michael Y. Ley, who is entering his appearance, of Burns, Figa & Will, P.C.

Michael Y. Ley, pursuant to D.C.COLO.LAttyR 5(a)(1), hereby enters his appearance on behalf of GEO.

WHEREFORE, Erik K. Schuessler and Michael Y. Ley respectfully request permission to substitute as counsel for Defendant The GEO Group, Inc.

Respectfully submitted this 6th day of June, 2017.

| S/ Michael Y. Ley | S/ Erik K. Schuessler |
|---|---|
| Michael Y. Ley (#43733) | Erik K. Schuessler (#42595) |
| BURNS, FIGA & WILL, P.C. | BURNS, FIGA & WILL, P.C. |
| 6400 S. Fiddlers' Green Circle, Suite 1000 | 6400 S. Fiddlers' Green Circle, Suite 1000 |
| Greenwood Village, CO 80111 | Greenwood Village, CO 80111 |
| Phone Number: 303-796-2626 | Phone Number: 303-796-2626 |
| Fax Number: 303-796-2777 | Fax Number: 303-796-2777 |
| E-mails: mley@bfwlaw.com | E-mails: eschuessler@bfwlaw.com |

**Attorneys for Defendant**
**The GEO Group, Inc.**

**Attorneys for Defendant**
**The GEO Group, Inc.**

# CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of June, 2017, I electronically filed the foregoing **MOTION TO SUBSTITUTE COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein, Esq.  
Milstein Law Office  
5959 Canyon Boulevard  
Boulder, CO  80302  

Alexander Hood, Esq.  
Towards Justice  
601 16th Street, Suite C #207  
Golden, CO  80401  

R. Andrew Free, Esq.  
Law Office of R. Andrew Free  
Bank of America Plaza  
414 Union Street, Suite 900  
Nashville, TN  37219  

Mark Emery, Esq.  
NORTON ROSE FULBRIGHT US LLP  
799 9th Street, NW, Suite 1000  
Washington, DC  20001-4501  

Andrew Turner, Esq.  
Buescher, Kelman & Perera, P.C.  
600 Grant Street, Suite 450  
Denver, CO  80203  

Hans Meyer, Esq.  
Meyer Law Office, P.C.  
P.O. Box 40394  
Denver, CO  80204  

Charles A. Deacon, Esq.  
NORTON ROSE FULBRIGHT US LLP  
300 Convent Street, Suite 2100  
San Antonio, TX  79205-3792  

    S/ Michael Y. Ley  
Dana L. Eismeier (#14379)  
Michael Y. Ley (#43733)  
BURNS, FIGA & WILL, P.C.  
6400 S. Fiddlers' Green Circle, Suite 1000  
Greenwood Village, CO  80111  
Phone:    303-796-2626  
Fax:    303-796-2777  
Email:    deismeier@bfwlaw.com  

**Attorneys for Defendant**  
**The GEO Group, Inc.**