# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiff(s),

v.

THE GEO GROUP, INC.,

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Plaintiffs

    .

DATED at Denver, Colorado this 7th day June, 2017

Juno E. Turner
Name of Attorney
Outten & Golden LLP
Firm Name
685 Third Avenue
Office Address
New York, NY 10017
City, State, ZIP Code
212-245-1000
Telephone Number
jturner@outtengolden.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

alex@towardsjustice.org
aturner@laborlawdenver.com
hans@themeyerlawoffice.com
david@towardsjustice.org
Andrew@ImmigrantCivilRights.com
charlie.deacon@nortonrosefulbright.com
deismeier@bfwlaw.com
mark.emery@nortonrosefulbright.com
mley@bfwlaw.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

alex@towardsjustice.org
aturner@laborlawdenver.com
hans@themeyerlawoffice.com
david@towardsjustice.org
Andrew@ImmigrantCivilRights.com
charlie.deacon@nortonrosefulbright.com
deismeier@bfwlaw.com
mark.emery@nortonrosefulbright.com
mley@bfwlaw.com

*/s/* Juno E. Turner
Juno E. Turner
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (646) 609-2060
jturner@outtengolden.com