IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

---

**MINUTE ORDER**

---

JUDGE JOHN L. KANE ORDERS:

      The parties are DIRECTED to submit a revised Proposed Stipulated Scheduling Order on or before June 30, 2017. As explained at the June 7, 2017 scheduling conference and pursuant to my Order (ECF No. 85) staying proceedings in part, the parties should include in their Proposed Order the deadlines and discovery limitations for only non-class discovery. The three fact depositions listed in that Order shall be permitted. And, consistent with my orders at the conference, each party shall be limited to 25 interrogatories and/or requests for production and 25 requests for admissions for this phase of discovery. I expect this phase of discovery to proceed rapidly, with tighter deadlines than those in the parties' current Proposed Order (ECF No. 61). The June 26, 2017 deadline specified in my Order (ECF No. 84) granting Plaintiffs' Motion to Compel is vacated, but the stated consequences for Defendant GEO's violation of that order will apply to any further discovery violation. In addition, an amended Proposed Stipulated Scheduling Order shall be filed within 30 days after the Tenth Circuit rules on the pending class certification appeal.

DATED: June 7, 2017