# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Date: June 7, 2017 | Courtroom Deputy: Bernique Abiakam |
| Civil Case No.: 14-cv-02887-JLK | Court Reporter: Julie Thomas |

| | |
|---|---|
| ALEJANDRO MENOCAL, et al., | P. David Lopez |
| | Alexander N. Hood |
| Plaintiffs, | Alexander H. Turner |
| | Brandt P. Milstein |
| v. | Hans C. Meyer |
| | Juno E. Turner |

| | |
|---|---|
| GEO GROUP, INC., THE, | Dana L. Eismeier |
| | Mark T. Emery |
| Defendant. | Charles A. Deacon |

## COURTROOM MINUTES

**Scheduling Conference**

**11:04 a.m.    Court in session.**

Court calls case.   Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding Proposed Scheduling And Discovery Order.

Discussion regarding interrogatories and requests for production of documents, and discovery.

**ORDERED:  Counsel shall meet and confer and redraft and resubmit a proposed Scheduling Order that includes the changes as specified on the record.**

Scheduling Order NOT approved.

**11:14 a.m.    Court in recess.**
Hearing concluded.
Total in-court time:   00:10