**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiff(s),

v.

THE GEO GROUP, INC.,

       Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

       I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

       Plaintiffs

_____

_____.

DATED at Denver, Colorado this 8th day June, 2017

P. David Lopez
Name of Attorney
Outten & Golden LLP
Firm Name
601 Massachusetts Avenue NW
Office Address
Second Floor West Suite
Office Address
Washington, DC 20001
City, State, ZIP Code
202-847-4400
Telephone Number
pdl@outtengolden.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

alex@towardsjustice.org
aturner@laborlawdenver.com
hans@themeyerlawoffice.com
david@towardsjustice.org
Andrew@ImmigrantCivilRights.com
charlie.deacon@nortonrosefulbright.com
deismeier@bfwlaw.com
mark.emery@nortonrosefulbright.com
mley@bfwlaw.com


I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

alex@towardsjustice.org
aturner@laborlawdenver.com
hans@themeyerlawoffice.com
david@towardsjustice.org
Andrew@ImmigrantCivilRights.com
charlie.deacon@nortonrosefulbright.com
deismeier@bfwlaw.com
mark.emery@nortonrosefulbright.com
mley@bfwlaw.com


/s/ P. David Lopez
P. David Lopez
Outten & Golden LLP
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, DC 20001
Telephone: (202) 847-4400
Fax: (202) 847-4410
PDL@outtengolden.com