**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Plaintiffs.

DATED at Denver, Colorado this 14th day of June, 2017.

    *s/ Ashley K. Boothby*
    Ashley K. Boothby
    THE KELMAN BUESCHER FIRM
    400 Grant Street, Ste. 450
    Denver, CO 80210
    303-333-7751
    aboothby@laborlawdenver.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in this matter.

*s/ Ashley K. Boothby*