# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiff(s),

v.

THE GEO GROUP, INC.,

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

      Plaintiffs

_____

_____.

1

DATED at Denver, Colorado this 16th day of June, 2017

<u>Ossai Miazad</u>
Name of Attorney
<u>Outten & Golden LLP</u>
Firm Name
<u>685 Third Avenue</u>
Office Address
<u>New York, NY 10017</u>
City, State, ZIP Code
<u>212-245-1000</u>
Telephone Number
<u>om@outtengolden.com</u>
Primary CM/ECF E-mail Address

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2017 I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Ossai Miazad
                                              Ossai Miazad
                                              Outten & Golden LLP
                                              685 Third Avenue, 25th Floor
                                              New York, New York 10017
                                              Telephone: (212) 245-1000
                                              Fax: (646) 609-2060
                                              om@outtengolden.com

3