IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

   Plaintiffs,

v.

THE GEO GROUP, INC.,

   Defendant.

## NOTICE OF INTENT TO REQUEST REDACTION

  Defendant, The GEO Group, Inc., through its undersigned attorneys, hereby notifies the Court and the parties of its intent to redact personal identifiers from the electronic transcript of the scheduling conference held on June 7, 2017 before Judge Kane.

Respectfully submitted this 27th day of June, 2017.

          S/ Dana L. Eismeier
          Dana L. Eismeier (#14379)
          Michael Y. Ley (#43733)
          BURNS, FIGA & WILL, P.C.
          6400 S. Fiddlers' Green Circle, Suite 1000
          Greenwood Village, CO  80111
          Phone:        303-796-2626
          Fax:          303-796-2777
          Email:        deismeier@bfwlaw.com
                               mley@bfwlaw.com

          Charles A. Deacon, Esq.
          NORTON ROSE FULBRIGHT US LLP
          300 Convent Street, Suite 2100
          San Antonio, TX  79205-3792
          (210) 270-7133

          Mark Emery, Esq.
          NORTON ROSE FULBRIGHT US LLP
          799 9th Street, NW, Suite 1000
          Washington, DC  20001-4501
          (202) 662-0210

          **Attorneys for Defendant**
          **The GEO Group, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of June, 2017, I electronically filed the foregoing **NOTICE OF INTENT TO REQUEST REDACTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, CO  80302

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501

P. David Lopez, Esq.
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001

Andrew Turner, Esq.
Kelman Buescher, P.C.
600 Grant Street, Suite 450
Denver, CO  80203

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO  80204

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2200
San Antonio, TX  79205-3792

Ashley Kathryn Boothby, Esq.
Kelman Buescher Firm
600 Grant Street, Suite 450
Denver, CO 80203

Ossai Miazad, Esq.
Elizabeth V. Stork, Esq.
Juno E. Turner, Esq.
Outten & Golden, LLP
685 Third Ave., 25th Floor
New York, NY 10017

David Hollis Seligman, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218

3

      S/ Dana L. Eismeier
      Dana L. Eismeier
      BURNS, FIGA & WILL, P.C.
      6400 S. Fiddlers' Green Circle, Suite 1000
      Greenwood Village, CO  80111
      Phone:      303-796-2626
      Fax:      303-796-2777
      Email:      mley@bfwlaw.com

**Attorneys for Defendant**
**The GEO Group, Inc.**