## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

---

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## WITHDRAWAL OF NOTICE OF INTENT TO REQUEST REDACTION

---

Defendant, The GEO Group, Inc., through its undersigned attorneys, hereby notifies the Court and the parties of its withdrawal of its previously filed Notice of Intent to Request Redaction (ECF# 96), regarding the electronic transcript of the scheduling conference held on June 7, 2017 before Judge Kane.

Respectfully submitted this 11th day of July, 2017.

S/ Dana L. Eismeier
Dana L. Eismeier
Michael Y. Ley
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:              303-796-2626
Fax:                 303-796-2777
Email:              deismeier@bfwlaw.com
                        mley@bfwlaw.com

Charles A. Deacon, Esq.
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, TX  79205-3792
(210) 270-7133

Mark Emery, Esq.
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501
(202) 662-0210

**Attorneys for Defendant**
**The GEO Group, Inc.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2017, I electronically filed the foregoing **WITHDRAWAL OF NOTICE OF INTENT TO REQUEST REDACTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, CO  80302

Andrew Turner, Esq.
Kelman Buescher, P.C.
600 Grant Street, Suite 450
Denver, CO  80203

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, CO  80401

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO  80204

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2200
San Antonio, TX  79205-3792

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501

Ashley Kathryn Boothby, Esq.
Kelman Buescher Firm
600 Grant Street, Suite 450
Denver, CO 80203

P. David Lopez, Esq.
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001

Ossai Miazad, Esq.
Elizabeth V. Stork, Esq.
Juno E. Turner, Esq.
Outten & Golden, LLP
685 Third Ave., 25th Floor
New York, NY 10017

David Hollis Seligman, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218

S/ Dana L. Eismeier
Dana L. Eismeier
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:          303-796-2626
Fax:              303-796-2777
Email:          mley@bfwlaw.com

**Attorneys for Defendant
The GEO Group, Inc.**