## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

---

ALEJANDRO MENOCAL, *et al*.,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

---

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING THE DISCLOSURE OF PRIVILEGED INFORMATION

---

     The parties, by and through their respective counsel, submit the following Joint Motion for Entry of Stipulated Order Regarding the Disclosure of Privileged Information:

     The parties have agreed to the terms of a Stipulated Order Regarding the Disclosure of Privileged Information under F.R.E. 502(d).  The parties' proposed Stipulated Order Regarding the Disclosure of Privileged Information is being filed simultaneously with this Joint Motion. By this Joint Motion, the parties' respectfully request that the Court enter as an Order of the Court their proposed Stipulated Order Regarding the Disclosure of Privileged Information.

     Respectfully submitted this 21st day of September, 2017.

Juno Turner
Ossai Miazad
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
E-Mail: jturner@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail: pdl@outtengolden.com

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Alexander Hood
David  Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1535 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

Dana Eismeier
**BURNS, FIGA & WILL**
6400 S. Fiddlers Green Circle
Suite 1000
Greenwood Village, Colorado 80111
T: (303) 796-2626
deismeier@bfwlaw.com

Mark Emery
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0210
mark.emery@nortonrosefulbright.com

Charles A. Deacon
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street
San Antonio, Texas 78205
(210) 270-7133
charlie.deacon@nortonrosefulbright.com

*Counsel for Defendant*

By:  S/ Dana Eismeier

Brandt Milstein
**MILSTEIN LAW OFFICE**
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*


By: _S/ Elizabeth Stork_____

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on this 21st day of September, 2017, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING THE DISCLOSURE OF PRIVILEGED INFORMATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, Colorado  80302

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, Colorado  80401

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, Tennessee  37219

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501

P. David Lopez, Esq.
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001

Andrew Turner, Esq.
Kelman Buescher, P.C.
600 Grant Street, Suite 450
Denver, Colorado  80203

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, Colorado  80204

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2200
San Antonio, Texas  79205-3792

Ashley Kathryn Boothby, Esq.
Kelman Buescher Firm
600 Grant Street, Suite 450
Denver, CO 80203

Ossai Miazad, Esq.
Elizabeth V. Stork, Esq.
Juno E. Turner, Esq.
Outten & Golden, LLP
685 Third Ave., 25th Floor
New York, NY 10017

David Hollis Seligman, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218

S/ Dana L. Eismeier

Dana L. Eismeier (#14379)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:          303-796-2626
Fax:             303-796-2777
Email:          deismeier@bfwlaw.com

**Attorneys for Defendant**
**The GEO Group, Inc.**