IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL, *et al*.,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## STIPULATED MOTION AND PROPOSED ORDER TO EXTEND DISCOVERY CUT-OFF

    The parties, by and through their respective undersigned counsel, submit the following Stipulated Motion to Extend Discovery Cut-Off:

    1.    In the Court's June 6, 2017, Order Granting in Part and Denying in Part The GEO Group, Inc.'s Motion to Stay Proceedings Pending Rule 23(f) Review (ECF No. 85) (the "Stay Order"), the Court stayed discovery on class action issues pending the Rule 23(f) appeal, but allowed discovery related to liability and merits issues to proceed in accordance with Rule 26.

    2.    In the Court's Scheduling and Discovery Order dated July 14, 2017 (ECF No. 103), the discovery cut-off for the limited discovery allowed by the Court's Stay Order is February 2, 2018.

    3.    During this limited discovery period, the parties have exchanged written discovery and conducted depositions.

4. The parties are working cooperatively to schedule additional depositions, including taking one Plaintiff's deposition in San Diego and another Plaintiff's deposition in Mexico City.

5. Plaintiffs are working on sponsor affidavits to send to United States Citizenship and Immigration Services ("USCIS") to secure waivers for certain Plaintiffs to enter the country for their depositions. To allow sufficient time for the USCIS waiver process, the parties have agreed that the discovery cut-off for the limited discovery permitted by the Court's Stay Order should be extended to Friday, May 4, 2018. The parties submit this constitutes good cause to amend the Scheduling and Discovery Order. Therefore, the parties respectfully request that the Court extend the discovery cut-off in the Scheduling and Discovery Order from February 2, 2018, to May 4, 2018.

6. Plaintiffs have also requested, and Defendant The GEO Group, Inc. ("GEO") has agreed to, an extension of Plaintiffs' deadline to respond to GEO's Second Set of Written Discovery Requests to Plaintiffs from December 26, 2017 to January 19, 2018.

7. This stipulation is filed in advance of the current discovery cut-off, and is not being interposed for purposes of undue delay. No party will be prejudiced by the extension of the discovery cut-off. The parties have not previously requested an extension of the discovery cut-off.

8. In accordance with D.C.COLO.LCiv R 6.1(c), a copy of this stipulation is being contemporaneously provided to Plaintiffs and Defendant by their respective counsel.

WHEREFORE, the parties respectfully request that the Court amend the Scheduling and Discovery Order to provide that the discovery permitted by the Court's Stay Order is extended to Friday, May 4, 2018.

Dated: December 18, 2017

By: /s/ Elizabeth V. Stork              By: /s/ Dana Eismeier

Elizabeth V. Stork                      Dana Eismeier

OUTTEN & GOLDEN LLP                     BURNS, FIGA & WILL

Attorneys for Plaintiffs                Attorneys for Defendant

## [PROPOSED ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____          _____

The Honorable John L. Kane

U.S. District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of December, 2017, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Dana Eismeier<br>Michael Y. Ley<br>Burns, Figa & Will, P.C.<br>6400 S. Fiddlers Green Circle<br>Suite 1000<br>Greenwood Village, Colorado 80111<br>T: (303) 796-2626 | Charles A. Deacon, Esq.<br>Norton Rose Fulbright US LLP<br>300 Convent Street, Suite 2200<br>San Antonio, Texas  79205-3792 |
| Mark Emery, Esq.<br>Norton Rose Fulbright US LLP<br>799 9th Street, NW, Suite 1000<br>Washington, DC  20001-4501 | |

                                                       S/ Elizabeth Stork
                                                      Elizabeth Stork, Esq.
                                                      **OUTTEN & GOLDEN LLP**
                                                      685 Third Avenue, 25th Floor
                                                      New York, New York 10017
                                                      Telephone:  (212) 245-1000
                                                      Facsimile:  (212) 977-4005