IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**ORDER AMENDING SCHEDULING AND DISCOVERY ORDER**

THIS MATTER, coming before the Court on the Parties' Stipulated Motion and Proposed Order to Extend Discovery Cut-off (Doc. 112), and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion (Doc. 112) is GRANTED. The Scheduling and Discovery Order (Doc. 103) is AMENDED such that:

Plaintiffs shall respond to GEO's Second Set of Written Discovery on or before January 19, 2018.

The discovery cut-off is extended to May 4, 2018.

DATED this 18th day of December, 2017.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE