**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 9, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

ALEJANDRO MENOCAL; MARCOS BRAMBILA; GRISEL XAHUENTITLA; HUGO HERNANDEZ; LOURDES ARGUETA; JESUS GAYTAN; OLGA ALEXAKLINA; DAGOBERTO VIZGUERRA; DEMETRIO VALERGA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs - Appellees,

v.

THE GEO GROUP, INC.,

    Defendant - Appellant.

------------------------------

NATIONAL ADVOCACY CENTER OF THE SISTERS OF THE GOOD SHEPHERD; NATIONAL EMPLOYMENT LAW PROJECT; NATIONAL GUESTWORKER ALLIANCE; NATIONAL IMMIGRANT JUSTICE CENTER; NATIONAL IMMIGRATION LAW CENTER; PANGEA LEGAL SERVICES; PUBLIC CITIZEN; SANCTUARY FOR FAMILIES; SOUTHERN POVERTY LAW CENTER; AMERICAN IMMIGRANTS FOR JUSTICE; ASIAN AMERICANS ADVANCING JUSTICE; DETENTION WATCH NETWORK; HUMAN RIGHTS DEFENSE CENTER; ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS; JUSTICE STRATEGIES; LEGAL AID

No. 17-1125
(D.C. No. 1:14-CV-02887-JLK)
(D. Colo.)

AT WORK; HUMAN TRAFFICKING PRO BONO LEGAL CENTER; TAHIRIH JUSTICE CENTER; ASISTA IMMIGRATION ASSISTANCE; FREEDOM NETWORK USA,

    Amici Curiae.

———————————————

# JUDGMENT
———————————————

Before **MATHESON**, **BACHARACH**, and **McHUGH**, Circuit Judges.
———————————————

    This case originated in the District of Colorado and was argued by counsel.

    The judgment of that court is affirmed.

                                   Entered for the Court

                                   ELISABETH A. SHUMAKER, Clerk