IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA,

      Plaintiff,

v.

CALIFORNIA CASUALTY MANAGEMENT COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2018**.

      Pursuant to the Order of Reference issued by the Honorable John L. Kane, ECF No. 116, on or before February 16, 2018, counsel for the parties shall first teleconference together, then call my chambers at (303) 844-4507 to schedule a Settlement Conference in this case.