**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiff(s),

v.

THE GEO GROUP, INC.,

    Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: __**Plaintiffs**__.

    DATED at Denver, Colorado this 14th day of February, 2018

                                        /s/ Rachel W. Dempsey
                                        Outten & Golden LLP
                                        One Embarcadero Center, 38th Floor
                                        San Francisco, CA 94111
                                        Telephone: (415) 638-8800
                                        Email: rdempsey@outtengolden.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2018. I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Rachel W. Dempsey
Outten & Golden LLP