# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

---

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE

---

Pursuant to D.C.COLO.LAttyR5(b), attorney Elizabeth V. Stork of the law firm of Outten & Golden LLP ("O&G") respectfully moves to withdraw her appearance for Plaintiffs Alejandro Menocal, Marcos Brambila, Grisel Xahuentitla, Hugo Hernandez, Lourdes Argueta, Jesus Gaytan, Olga Alexaklina, Dagoberto Vizguerra, and Demetrio Valerga (collectively, "Plaintiffs") and states as follows:

1.     Ms. Stork appeared in this matter on behalf of the Plaintiffs.

2.     Ms. Stork will no longer be employed by the law firm O&G as of February 17, 2018.

3. Counsel of record for Plaintiffs remains the same without prejudice.

4. As required by D.C.COLO.LAttyR5(b), a copy of this motion is being served upon the Plaintiffs and counsel of record for Plaintiffs and Defendant The Geo Group will be served by the Court's CM/ECF system.

WHEREFORE, the undersigned counsel respectfully moves the court for a withdrawal of appearance in this matter.

                              Respectfully submitted,

Dated: February 16, 2018     By:   */s/ Elizabeth V. Stork*
                                   Elizabeth V. Stork