**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 5, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

| | |
|---|---|
| ALEJANDRO MENOCAL, et al.,<br><br>   Plaintiffs - Appellees,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>   Defendant - Appellant.<br><br>------------------------------<br><br>NATIONAL ADVOCACY CENTER OF THE SISTERS OF THE GOOD SHEPHERD, et al.,<br><br>   Amici Curiae. | No. 17-1125 |

───────────────────────────────

**ORDER**

───────────────────────────────

Before **MATHESON**, **BACHARACH**, and **McHUGH**, Circuit Judges.

───────────────────────────────

   Appellant's petition for rehearing is denied.

   The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                                           Entered for the Court

                                           ELISABETH A. SHUMAKER, Clerk