# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## STIPULATED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PROPOSED STIPULATED SCHEDULING ORDER

The parties, by and through their respective undersigned counsel, submit the following Stipulated Motion for Extension of Time to File Amended Proposed Stipulated Scheduling Order:

1.    In the Court's June 6, 2017, Order Granting in Part and Denying in Part The GEO Group, Inc. ("GEO")'s Motion to Stay Proceedings Pending Rule 23(f) Review (ECF No. 85), the Court stayed discovery on class action issues pending the Rule 23(f) appeal, but allowed discovery related to liability and merits issues as to the named plaintiffs to proceed in accordance with Rule 26.

2.    After the Tenth Circuit affirmed the Court's Order granting class certification, the Court ordered the parties to submit an Amended Proposed Stipulated Scheduling Order proposing a schedule for class discovery no later than March 12, 2018. (ECF. No. 116.)

3. The Court also referred this case to Magistrate Judge Hegarty to conduct such conferences and proceedings as he deems appropriate for purposes of settlement. (ECF. No. 116.)

4. On February 13, 2018, Magistrate Judge Hegarty ordered the parties to schedule a Settlement Conference. (ECF. No. 117.)

5. Magistrate Judge Hegarty and the parties scheduled a Settlement Conference for May 2, 2018. (ECF. No. 121).

6. The parties have completed substantial written discovery and document production and have conducted the depositions of several of the class representatives. The parties have and will continue to work cooperatively in conducting discovery and will make their best efforts to resolve discovery issues without the assistance of the Court.

7. Moving into the next stage of discovery, the parties expect that the Amended Proposed Stipulated Scheduling Order will address important topics including class notice and discovery from absentee class members. However, the parties intend to devote substantial resources to preparing for a productive mediation on May 2, including negotiating and exchanging information relating to liability and damages. In light of the time required for such preparation and exchange, the parties believe it is in the best interests of the class and GEO to focus on issues related to the Settlement Conference. The parties therefore request that the Court allow them to file an Amended Proposed Stipulated Scheduling Order by no later than June 1, 2018.

8. In order to focus their resources on preparing for the settlement conference, the parties have agreed that the remaining depositions, including a Rule 30(b)(6) deposition and an

agreed-upon Rule 34 inspection, will occur after the settlement conference should the parties not reach terms of settlement.

9. This stipulation is filed in advance of the current deadline to file the Amended Proposed Stipulated Scheduling Order, and is not being interposed for purposes of undue delay. No party will be prejudiced by the requested extension. The parties have not previously requested an extension to file the Amended Proposed Stipulated Scheduling Order.

10. In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Stipulated Motion is being contemporaneously provided to Plaintiffs and Defendant by their respective counsel.

WHEREFORE, the parties respectfully request that the Court extend the deadline to file an Amended Proposed Stipulated Scheduling Order to and through June 1, 2018.

Respectfully submitted this 9th day of March, 2018.

Juno Turner
Ossai Miazad
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
E-Mail: jturner@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone:  (202) 847-4400

Dana Eismeier
**BURNS, FIGA & WILL**
6400 S. Fiddlers Green Circle
Suite 1000
Greenwood Village, Colorado 80111
T: (303) 796-2626
deismeier@bfwlaw.com

Mark Emery
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0210
mark.emery@nortonrosefulbright.com

Charles A. Deacon
**NORTON ROSE FULBRIGHT US LLP**

Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Rachel W. Dempsey,
**OUTTEN & GOLDEN LLP**
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
rdempsey@outtengolden.com

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Alexander Hood
David Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1535 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

Brandt Milstein
**MILSTEIN LAW OFFICE**
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394

300 Convent Street
San Antonio, Texas 78205
(210) 270-7133
charlie.deacon@nortonrosefulbright.com

*Counsel for Defendant*

By: S/ Dana Eismeier

Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*


By:  S/ Juno Turner

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2018, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND DISCOVERY CUT-OFF** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Dana Eismeier
Michael Y. Ley
Burns, Figa & Will, P.C.
6400 S. Fiddlers Green Circle
Suite 1000
Greenwood Village, Colorado 80111
T: (303) 796-2626

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2200
San Antonio, Texas  79205-3792

 S/ Juno Turner
Juno Turner, Esq.
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005