**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 13, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**  **17-1125, Menocal, et al v. The GEO Group**
Dist/Ag docket: 1:14-CV-02887-JLK

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc: Shalini Agarwal
Alia Al-Khatib
Dana L. Eismeier
Mark Emery
Mark Fleming
Katherine E.M. Goettel
Lisa Graybill
Alexander Hood
Andrew Christopher Lillie
David Lopez
Scott Daniel McCoy
Hans Meyer
Brandt Milstein
Scott Lawrence Nelson
Nathaniel H Nesbitt
Adina Hyman Rosenbaum
Ann Stanton
Elizabeth Stork
Andrew Hess Turner
Juno Turner
Claudia Valenzuela
Keren Zwick

EAS/na