# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:14-cv-02887-JLK-MEH**

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE IN-PERSON ATTENDANCE AT THE SETTLEMENT CONFERENCE

---

The Class Representatives, through undersigned counsel, hereby respectfully submit the following Motion to Excuse In-Person Attendance at the Settlement Conference set in this matter (ECF No. 121), and state:

1. In its Order dated February 20, 2018, the Court required counsel to ensure that all parties with settlement authority be present at the Settlement Conference set to proceed before Judge Hegarty on May 2, 2018. ECF No. 121.

2. The Class Representatives represent two classes of individuals currently and formerly detained by Defendant pending civil deportation proceedings. ECF No. 57.

3. Six of the nine Representative Plaintiffs are unable to attend the Settlement Conference for the following reasons:

    a. Five of the nine Representative Plaintiffs have been deported and currently

reside outside the United States;

    b. One of the Representative Plaintiffs is currently detained by the Department of Homeland Security, Immigration and Customs Enforcement, in San Diego, California.

4. Plaintiffs respectfully submit that the remaining three Class Representatives should be excused from attendance at the settlement conference for the following reasons. First, attendance of some, but not all, of the Class Representatives could potentially give rise to conflict among the Class Representatives because a minority of the Class Representatives would have greater access to the negotiations than the absent majority. In any event, attendance by only three of the nine Class Representatives would not give the Court or counsel access to full settlement authority because any agreement approved by the attending Class Representatives would have to later be taken to the absent Class Representatives for approval.

5. Class Counsel believe it to be preferable that they attend the Settlement Conference with substantial settlement authority approved in advance by all the Class Representatives. Any agreement in principle reached at the Settlement Conference would, of course, be within the authority delegated to Class Counsel by the Class Representatives and would be subject to their final approval.

6. Class Counsel conferred with counsel for the Defendant regarding the relief sought herein. Defendant does not oppose the motion.

WHEREFORE, Plaintiffs respectfully request leave from the Court excusing the Representative Plaintiffs from attendance at the May 2, 2018 settlement conference.

Respectfully submitted by:

*s/ Brandt Milstein*
Brandt Milstein
MILSTEIN LAW OFFICE
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Juno Turner
Ossai Miazad
Rachel Dempsey
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, New York 10017
(212) 245-1000
jturner@outtengolden.com
om@outtengolden.com
rdempsey@outtengolden.com

David Lopez
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
(202) 847-4400
pdl@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
PO Box 90568
Nashville, TN 37209
(844) 321-3221
Andrew@ImmigrantCivilRights.com

Alexander Hood
David Seligman
Andrew Schmidt

TOWARDS JUSTICE
1535 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

Andrew Turner
THE KELMAN BEUSCHER FIRM
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## Certificate of Service

I hereby certify that on this date I served the foregoing document on counsel of record for all parties in this case via this Court's CM/ECF system.

*/s Brandt Milstein*