IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2018.**

     Plaintiffs' Unopposed Motion to Excuse In-person Attendance at the Settlement Conference [filed March 14, 2018; ECF No. 126] is **granted**. As a cautionary note, however, if the lack of physical presence of one or all of the Plaintiffs becomes a hindrance to the progress of settlement negotiations, the conference may be recessed and re-convened at a time when the Plaintiff(s) can be present, and costs of the recessed conference may be assessed against the Plaintiffs.