# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: May 4, 2018

RE: *Menocal, et al. v. The GEO Group, Inc.*, **14-cv-02887-JLK**

  __X__   Settlement negotiations were held on May 2, 2018, and no settlement has been reached as to any claims in this action, although the Court and parties will continue to pursue settlement.

_____ Settlement negotiations were held on this date and a settlement has been reached as to:

    _____ All claims in this action. The parties shall file a stipulated motion to dismiss on or before May __, 2018.

    _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before May __, 2018.

Settlement negotiation, conference, and preparation time involved: 8 hours.

_____ A record was made      __X__ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____ Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions and an in-person conference, since the initial conference.

Negotiation time involved: ___ hours ___ minutes.