IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL *ET AL.,*

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' ATTORNEY ALEXANDER HOOD**

**TO THE COURT AND ALL PARTIES:**

The address for Plaintiffs' attorney Alexander Hood is now as follows:

1410 High St.
Suite 300
Denver, CO 80218.

DATED May 15, 2018           Respectfully Submitted,

                                          *s/*Alexander Hood
                                          Alexander Hood
                                          Towards Justice
                                          1410 High St., Suite 300
                                          Denver, CO 80218
                                          Ph: 720-239-2606
                                          Email: alex@towardsjustice.org

## Certificate of Service

I hereby certify that on May 15, 2018, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

*s/*Deborah Schaffer
Deborah Schaffer
