IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL *ET AL.,*

      Plaintiffs,

v.

THE GEO GROUP, INC.,
      Defendant.

## NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' ATTORNEY DAVID SELIGMAN

**TO THE COURT AND ALL PARTIES:**

      The address for Plaintiffs' attorney David Seligman is now as follows:

    1410 High St.
    Suite 300
    Denver, CO 80218.

DATED May 15, 2018                        Respectfully Submitted,

                                                    *s/*David Seligman
                                                    David Seligman
                                                    Towards Justice
                                                    1410 High St., Suite 300
                                                    Denver, CO 80218
                                                      Ph: 720-248-8426
                                                      Email: david@towardsjustice.org

## Certificate of Service

      I hereby certify that on May 15, 2018, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

                                                    *s/*Deborah Schaffer
                                                    Deborah Schaffer