# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## **NOTICE OF CHANGE OF ADDRESS**

To:     The clerk of court and all parties of record

Please be advised that the new contact information for Rachel Williams Dempsey is below. This information has been updated on the Attorney Service Portal.

DATED:     May 29, 2018
    San Francisco, CA

    Respectfully submitted,

By:     /s/ Rachel Williams Dempsey
Rachel Williams Dempsey
Outten & Golden LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: rdempsey@outtengolden.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of May 2018, I filed the foregoing *Notice of Change of Address* through the CM/ECF system which will send notification of the filing to all parties.

           */s/ Rachel Williams Dempsey*