# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 8, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  The GEO Group, Inc.
          v. Alejandro Menocal, et al.
          No. 17-1648
          (Your No. 17-1125)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 4, 2018 and placed on the docket June 8, 2018 as No. 17-1648.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst