## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

### NOTICE OF ADDRESS CHANGE

---

To the Clerk of Court and all parties of record:

    PLEASE TAKE NOTICE that effective July 30, 2018, the new address for The Kelman Buescher Firm will be 600 Grant Street, Ste. 825, Denver, CO 80203. The telephone number, fax number, e-mail addresses and attorney of record remain the same.

    *s/ Andrew H. Turner*
    Andrew H. Turner, #43869
    Ashley Boothby, #46571
    The Kleman Buescher Firm
    600 Grant St., Suite 825
    Denver, CO 80203
    (303) 333-7751
    aturner@laborlawdenver.com

## Certificate of Service

  I hereby certify that on August 8th, 2018, the above was filed using this Court's CM/ECF system, which caused all counsel of record to be served electronically pursuant to FRCP 5.

                <u>s/ Antoinette Vega</u>