## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: August 16, 2018

RE: *Menocal, et al. v. The GEO Group, Inc.*, **14-cv-02887-JLK**

    \_\_\_    Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action, although the Court and parties will continue to pursue settlement.

    \_\_\_    Settlement negotiations were held on this date and a settlement has been reached as to:

        \_\_\_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before August \_\_, 2018.

        \_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before August \_\_, 2018.

Settlement negotiation, conference, and preparation time involved: \_\_\_ hours.

\_\_\_ A record was made          \_\_\_ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  __X__  Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions, since the initial conference.

Negotiation time involved: 3 hours.