# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiff(s),

v.

THE GEO GROUP, INC.,

    Defendant(s).

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    _____Plaintiffs_____

    _____

    _____.

DATED at New York, NY this 20th day of August, 2018.

        Elizabeth V. Stork
        Name of Attorney
        Outten & Golden LLP
        Firm Name
        685 Third Avenue
        Office Address
        New York, NY 10017
        City, State, ZIP Code
        212-245-1000
        Telephone Number
        estork@outtengolden.com
        Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2018 I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Elizabeth V. Stork
Elizabeth V. Stork
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Fax: (646) 609-2060
estork@outtengolden.com

3