IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA
and DEMETRIO VALERGA
*on their own and on behalf of all others similarly situated,*

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE FOR NAOMI BEER

    Naomi Beer of the law firm of Greenberg Traurig LLP, hereby enters her appearance on behalf of The GEO Group, Inc., in the above-referenced matter. Ms. Beer was admitted to the United States District Court for the District of Colorado on October 15, 1998.

    Respectfully submitted this 24th day of August, 2018.

    *s/ Naomi Beer*
David G. Palmer
Naomi Beer
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
palmerdg@gtlaw.com
beern@gtlaw.com

*Attorneys for The GEO Group, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of August, 2018, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE FOR NAOMI BEER** was filed and served with the Clerk of the Court via the CM/ECF filing system which will send notification to all counsel of record.

                                                   *s/ Karen R. Loveland*
                                                    Karen R. Loveland