IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA
and DEMETRIO VALERGA
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE FOR DAVID G. PALMER

    David G. Palmer of the law firm of Greenberg Traurig LLP, hereby enters his appearance on behalf of The GEO Group, Inc., in the above-referenced matter. Mr. Palmer was admitted to the United States District Court for the District of Colorado on October 6, 1970.

    Respectfully submitted this 24th day of August, 2018.

    *s/ David G. Palmer*
    David G. Palmer
    Naomi Beer
    GREENBERG TAURIG, LLP
    1200 17th Street, Suite 2400
    Denver, Colorado 80202
    Telephone: (303) 572-6500
    Facsimile: (303) 572-6540
    Palmerdg@gtlaw.com
    Beern@gtlaw.com

    *Attorneys for The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 24th day of August, 2018, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE FOR DAVID G. PALMER** was filed and served with the Clerk of the Court via the CM/ECF filing system which will send notification to all counsel of record.

                                      *s/ Karen R. Loveland*
                                      Karen R. Loveland