**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL, et al.

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**DECLARATION OF ANTHONY HAYTER, PH.D**

I, Anthony Hayter, Ph.D., declare as follows:

    1.    I am a full professor in the Department of Business Information and Analytics at the University of Denver. I submit this declaration in connection with the Proposed Scheduling and Discovery Order in *Menocal, et al. v. The GEO Group, Inc.*, case number 14-cv-2887 in the United States District Court for the District of Colorado. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

    2.    Between 2006 and 2010, I was the Chair of the Department of Statistics and Operations Technology at the University of Denver, holding the rank of full professor. I have an M.A. in mathematics from Cambridge University, England, scoring a first class in each of my three years there. I obtained my Ph.D. in Statistics from Cornell University at the age of 23. I have spent almost my entire career in an academic environment, and for about thirty years I have held university positions with responsibilities for teaching and researching statistics, probability, and data analysis.

    3.    I have established a collaborative research program which has so far resulted in 96 refereed journal publications, and I have delivered many conference presentations. I have

**EXHIBIT B**

taught a wide range of courses related to statistics, probability, and data analysis at both undergraduate and graduate levels, and I have delivered several keynote addresses at meetings and conferences. I am the author of the textbook *"Probability and Statistics/or Engineers and Scientists,"* the 4th edition of which was published in 2012, and which has been adopted at over sixty universities around the world. I have personally advised eight doctoral students. In addition, I have served as an associate editor of three research journals, and I have presented 92 invited research seminars worldwide.

4. I have global interests and I have spent considerable time in Japan where I have taught statistics, probability, and data analysis in some Japanese MBA programs. I have received various grants to visit Japanese research institutions and I have also been funded as a visiting researcher in England, Thailand, Singapore, and Hong Kong. I was awarded a Fulbright Foreign Scholarship Award in 2011-2012 and a Fulbright Specialist Grant in 2014 to assist the government, universities, and businesses in Thailand with surveys, data analysis, curriculum development and research projects.

5. I have been retained by Burns, Figa & Will to provide expert statistical advice regarding the case Alejandro Menocal, et al. v. The GEO Group, Inc., case number 14-cv-2887 in the United States District Court for the District of Colorado. I have reviewed the Complaint of 10/22/2014.

6. It is my understanding that Burns, Figa & Will is planning to collect information from former detainees of the Aurora Detention Facility, owned and operated by the GEO Group, Inc., through a sample survey that uses depositions of former detainees. As noted on page 361 of the Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, "*Sample surveys* are used to describe or enumerate the beliefs, attitudes, or behavior of persons or other social units. Surveys typically are offered in legal proceedings to establish or refute claims about the characteristics of those individuals or social units ... ".

7. I have been asked to calculate what sample size of former detainees is required for this survey, using depositions, in order to obtain a sample from which valid statistical inferences can be drawn about the overall larger population of former detainees of interest, with a

**EXHIBIT B**

reasonable precision and confidence level. The discussion and derivation of a suitable sample size is provided in this Declaration.

8.   It is my understanding that the overall population of former detainees of interest, about whom valid statistical inferences will be drawn, consists of the order of about 50,000 - 60,000 former detainees. For a population size as large as this, the actual number of former detainees in the population is not critical in the calculation to determine the necessary sample size. The appropriate formula for a population this size is described below.

9.   It is my understanding that the objective of the survey is, among other things, to estimate the proportion of the overall population of former detainees who possess a certain characteristic. For example, one objective might be to estimate the proportion of the former detainees who had certain reasons for participating in the cleaning of their unit. Another example might be the objective of estimating the proportion of detainees who felt a certain way about their participation in the voluntary work program.

10.   It is convenient and common to denote these proportions of interest by the notation "p". There are common and standard statistical methodologies for making inferences about these proportions "p". Section 10.1 entitled "Inferences on a Population Proportion" of my textbook "Probability and Statistics for Engineers and Scientists", 4th edition, 2012, describes and explains these standard statistical methodologies.

11.   In section 10.1.1 entitled "Confidence Intervals for Population Proportions" of my textbook "Probability and Statistics for Engineers and Scientists", 4th edition, 2012, it is explained that "One of the most useful inferences on a population proportion *p* is a confidence interval that summarizes the values that it can plausibly take." As noted on page 253 of the Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, with regard to confidence intervals "Seeing a plausible range of values for the quantity of interest helps describe the statistical uncertainty in the estimate." This confidence interval is simply a range of values which is known to contain the true proportion "p" with a certain confidence level. Typical confidence levels are 90%, 95% and 99%, with the middle value of 95% being commonly chosen. On page 245 of the Reference Manual on Scientific Evidence, Third Edition,

**EXHIBIT B**

Federal Judicial Center, 2011, it is noted that "The 95% confidence level is the most popular, but some authors use 99%, and 90% is seen on occasion."

12. For a given confidence level, such as 95%, the length of the confidence interval depends upon the sample size of data used for its construction. As the sample size increases, the length of the confidence interval decreases, which provides more precise information about the proportion "p". A formula for sample size determination, which is the purpose of this Declaration, can be used to calculate what sample size is necessary in order to obtain, at a chosen confidence level, a confidence interval with a sufficiently small length that provides a required amount of precision for this particular problem under consideration.

13. In section 10.1.3 entitled "Sample Size Calculations" of my textbook "Probability and Statistics for Engineers and Scientists", 4th edition, 2012, the formula $n = z^2 \div L^2$ is given, which is appropriate for large populations such as the one we are considering of about 50,000 - 60,000 detainees. In this formula, "n" is the sample size, "z" is a critical point which is equal to 1.96 for a confidence level of 95%, and "L" is the length of the confidence interval. This formula dictates what sample size "n" is required in order to obtain a confidence interval of a specific length and precision "L", for the designated confidence level. Larger sample sizes "n" are required for confidence intervals with a smaller length "L" and with consequent higher precision. As noted on pages 246-7 of the Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, " … for a given confidence level, a narrower interval indicates a more precise estimate, whereas a broader interval indicates less precision".

14. A reasonable amount of precision can be obtained with a confidence interval of length L= 0.2, or equivalently 20%. Such a confidence interval might, for example, indicate that the proportion of interest "p" lies between 0.5 and 0.7, or equivalently between 50% and 70%. Alternatively, such a confidence interval might indicate that the proportion of interest "p" lies between 0.65 and 0.85, or equivalently between 65% and 85%, say.

15. With a confidence level of 95%, and for a confidence interval with a length of L = 0.2, the formula dictates that the required sample size is $n = 1.96^2 \div 0.2^2 = 96$. Thus, with these objectives, it is reasonable to target a sample size of 96 former detainees.

**EXHIBIT B**

16.     In summary, a target sample size of 96 depositions of former detainees is appropriate to obtain sufficient information on former detainees of the Aurora Detention Facility.

I declare under penalty of perjury under the laws of the United States and State of Colorado that the foregoing is true and correct.

Executed on this 22nd day of August, 2018, at Bangkok, Thailand.

*Anthony Hayter*
_____

Anthony Hayter, Ph.D.
Declarant

**EXHIBIT B**