IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>        Defendants. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF JUNO TURNER IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S
<u>REQUEST TO DEPOSE ABSENT CLASS MEMBERS</u>**

  I, Juno Turner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

  1. I am a partner at Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Plaintiffs' and Class Counsel herein.  I am an attorney in good standing admitted to practice in the State of New York and before this Court.

  2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

  3. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**Procedural History**

4.     On March 14, 2017, the Court granted Plaintiffs' motion to certify the classes in this action and designated Plaintiffs' counsel as Class Counsel.  Following the Tenth Circuit's decision affirming the Court's decision on class certification, the parties made good faith efforts to resolve this matter, but such efforts were unsuccessful.  The parties filed a Stipulated Proposed Scheduling and Discovery Order in this case on August 22, 2018, in which GEO requested to depose 96 absent class members.  Plaintiffs oppose the request.  The parties agreed to file briefs providing supplemental authority to the Court in support of their respective positions no later than August 30, 2018.

**Exhibits**

5.     Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Initial Disclosures.

6.     Attached hereto as Exhibit B is a true and correct copy of *Zivali v. AT&T Mobility*, 08-cv-10310 (S.D.N.Y.) (Dkt No. 143).

Dated:  New York, New York
        August 30, 2018

                                        Respectfully submitted,

                                        By: /s/Juno Turner

                                        Juno Turner
                                        Elizabeth Stork
                                        **OUTTEN & GOLDEN LLP**
                                        685 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        Telephone:  (212) 245-1000
                                        Facsimile:  (212) 977-4005
                                        E-Mail: jturner@outtengolden.com
                                        E-Mail: estork@outtengolden.com

                                        Rachel Dempsey
                                        **OUTTEN & GOLDEN LLP**

601 Massachusetts Avenue NW
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
E-Mail: rdempsey@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com


Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751

3

aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

4