# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**PLAINTIFFS' INITIAL DISCLOSURES**

---

Plaintiffs, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), provide the following initial disclosures:

A. <u>Fed. R. Civ. P. 26(a)(1)(A)(i): Individuals likely to have discoverable information</u>:

1. Plaintiff Alejandro Menocal
   c/o Milstein Law Office
   595 Canyon Blvd.
   Boulder CO, 80302
   303-440-8780

–1–

Plaintiff Menocal has information regarding his and other detainees' work in the Voluntary Work Program and information regarding his and other detainees' work and experiences under the Housing Unit Sanitation policy.

2. Plaintiff Marcos Brambila
   c/o Milstein Law Office
   595 Canyon Blvd.
   Boulder CO, 80302
   303-440-8780

   Plaintiff Brambila has information regarding his and other detainees' work in the Voluntary Work Program and information regarding his and other detainees' work and experiences under the Housing Unit Sanitation policy.

3. Plaintiff Grisel Xahuentitla
   c/o Milstein Law Office
   595 Canyon Blvd.
   Boulder CO, 80302
   303-440-8780

   Plaintiff Xahuentitla has information regarding her and other detainees' work in the Voluntary Work Program and information regarding her and other detainees' work and experiences under the Housing Unit Sanitation policy.

4. Plaintiff Hugo Hernandez
   c/o Milstein Law Office
   595 Canyon Blvd.
   Boulder CO, 80302
   303-440-8780

   Plaintiff Hernandez has information regarding his and other detainees' work in the Voluntary Work Program and information regarding his and other detainees' work and experiences under the Housing Unit Sanitation policy.

5. Plaintiff Lourdes Argueta
   c/o Milstein Law Office
   595 Canyon Blvd.
   Boulder CO, 80302
   303-440-8780

   Plaintiff Argueta has information regarding her and other detainees' work in

the Voluntary Work Program and information regarding her and other detainees' work and experiences under the Housing Unit Sanitation policy.

6.  Plaintiff Jesus Gaytan
    c/o Milstein Law Office
    595 Canyon Blvd.
    Boulder CO, 80302
    303-440-8780

    Plaintiff Gaytan has information regarding his and other detainees' work in the Voluntary Work Program and information regarding his and other detainees' work and experiences under the Housing Unit Sanitation policy.

7.  Plaintiff Olga Alexaklina
    c/o Milstein Law Office
    595 Canyon Blvd.
    Boulder CO, 80302
    303-440-8780

    Plaintiff Alexaklina has information regarding her and other detainees' work in the Voluntary Work Program and information regarding her and other detainees' work and experiences under the Housing Unit Sanitation policy.

8.  Plaintiff Dagoberto Vizguerra
    c/o Milstein Law Office
    595 Canyon Blvd.
    Boulder CO, 80302
    303-440-8780

    Plaintiff Vizguerra has information regarding his and other detainees' work in the Voluntary Work Program and information regarding his and other detainees' work and experiences under the Housing Unit Sanitation policy.

9.  Plaintiff Demetrio Valerga
    c/o Milstein Law Office
    595 Canyon Blvd.
    Boulder CO, 80302
    303-440-8780

    Plaintiff Valerga has information regarding his and other detainees' work in the Voluntary Work Program and information regarding his and other

    detainees' work and experiences under the Housing Unit Sanitation policy.

10. Unknown Person(s) Most Knowledgeable within U.S. Immigration and Customs Enforcement regarding federal contracting standards with GEO at the Aurora facility; agency policies governing the Voluntary Work Program; the agency's Performance-Based National Detention Standards; agency solitary confinement policies; agency contracting officer reports; and agency oversight of GEO staffing in the Aurora facility

11. Unknown Person(s) Most Knowledgeable regarding: GEO's Voluntary Work Program at the Aurora Facility; GEO's Housing Sanitation Policy and the Aurora Facility; GEO disciplinary procedures and practices at the Aurora facility; staffing levels and federal staffing requirements at the Aurora facility.

12. Kim Andrews
    Address and Telephone Number currently unknown to Plaintiffs

    Ms. Andrews may have information regarding, *inter alia,* the Voluntary Work Program and the Housing Unit Sanitation policy.

13. Amelia Sanchez
    Address and Telephone Number currently unknown to Plaintiffs

    Ms. Sanchez may have information regarding, *inter alia,* GEO's federal contracting practices.

14. Any additional Witnesses whose identity is revealed during the discovery process.

15. All Witnesses identified by Defendants.

B. Fed. R. Civ. P. 26(a)(1)(A)(ii) Description of documents: The following documents are produced herewith:

1. 2004 GEO Audit: PL00001 – PL000019
2. UN Rapporteur on Solitary Confinement: PL000020 – PL000024
3. Commissary Item and Price List: PL000025 – PL000028
4. Detainee Handbook – Local Supplement: PL000029 – PL000055
5. Detainee Payroll Sheet: PL000056
6. Detainee Work Detail Application: PL000057 – PL000058

    7. Clean Up Lists: PL000059 – PL000061
    8. ICE Segregation Reporting Directive: PL000062 – PL000074
    9. National Detainee Handbook: PL000075 – PL000095
   10. Detainee Payroll: PL000096
   11. Federal Contracting Documents (1): PL000097-PL0000678
   12. Federal Contracting Documents (2): PL000679-PL000697
   13. Federal Contracting Documents (3): PL000698-PL000841
   14. Federal Contracting Documents (4): PL000842-PL000985
   15. Screenshot: PL000986

C. <u>Fed. R. Civ. P. 26(a)(1)(A)(iii) Computation of damages</u>:

Plaintiffs bring their unjust enrichment claims to recover for themselves and the putative Class the difference between the amount they were paid for their work and the fair market value of their work. Plaintiffs cannot yet calculate their individual or the putative Class's damages attributable to the unjust enrichment claims because the records of hours worked and wages paid required to calculate those damages are in Defendant's control and have not yet been produced to Plaintiffs, and Plaintiffs may require the assistance of an expert to ascertain damages from those records. Further, an expert opinion as to the fair market value of Plaintiffs' and the putative Class's labor has not yet been rendered. Plaintiffs are also entitled to recover for themselves and the putative Class exemplary damages under their unjust enrichment claims.

As to the Plaintiffs' and the putative Class's TVPA claims, Plaintiffs seek compensatory damages, punitive damages, restitution and attorney fees and costs. Calculations of Plaintiffs' and the putative Class's actual damages (e.g. restitution) cannot be made until Defendant produces information regarding the work performed by Plaintiffs and the members of the putative Class in Defendant's "Housing Unit Sanitation" program.

D. <u>Fed. R. Civ. P. 26(a)(1)(A)(iv) Insurance Agreement</u>:

None.

Respectfully submitted,

*/S/ Brandt Milstein*_____
595 Canyon Blvd.
Boulder, CO 80302
303.440.8780
brandt@milsteinlawoffice.com

*Attorney for Plaintiffs*

–6–