# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendants. | Civil No. 1:14-cv-02887-JLK |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, copies of the foregoing documents were filed electronically:

- Plaintiffs' Memorandum of Law in Opposition to Defendant's Request to Depose Absent Class Members

- Declaration of Juno Turner in Support of Plaintiffs' Opposition To Defendant's Request to Depose Absent Class Members

Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

                                                            /s/ Juno Turner
                                                            Juno Turner