**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  October 3, 2018
Civil Case No.: 14-cv-02887-JLK

Courtroom Deputy: Bernique Abiakam
Court Reporter: Terri Lindblom

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA
on their own behalf and on behalf of all others
similarly situated,

Juno E. Turner
Robert A. Free
Brandt P. Milstein
Andrew H. Turner
Alexander N. Hood
David H. Seligman

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

Naomi G. Beer
Scott Schipma
Charles A. Deacon
Dana L. Eismeier
David G. Palmer
Michael Y. Ley

---

## COURTROOM MINUTES

**Scheduling Conference**

**10:37 a.m.**     **Court in session.**

Court calls case.

Preliminary remarks by the Court.

Discussion regarding Stipulated Scheduling and Discovery Order.

**ORDERED:   The parties' proposed Amended Protective Order shall be submitted by October 31, 2018.**

Comments by the Court regarding case schedule, discovery limitations, motions, settlement efforts, discovery disputes, summary judgment, and special master.

**Scheduling Order APPROVED and SIGNED.**

**10:51 a.m.     Court in recess.**
Hearing concluded.
Total in-court time:     00:14