IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendants.

**JOINT STATUS REPORT AND STIPULATED MOTION FOR BRIEF EXTENSION**

The Parties, by and through undersigned counsel, respectfully submit this Joint Status Report and Stipulated Motion for Brief Extension ("Status Report") regarding certain matters addressed at the October 3, 2018 Scheduling Conference and in the Court's October 3, 2018 Amended Stipulated Scheduling and Discovery Order ("Amended Scheduling Order"), and pursuant to which the Parties are required to act by October 31, 2018.

A.    <u>Rule 502(d) Order</u>

    1.    Pursuant to Paragraph 6(j) of the Amended Scheduling Order, the Parties are required to submit a proposed Rule 502(d) Order for the Court's approval on or before October 31, 2018. The Parties are close to agreement on such an order but need additional time to finalize it. The Parties therefore respectfully request an additional three weeks, up to and including November 20, 2018, to submit a proposed Rule 502(d) Order to the Court.

B.  Protective Order

2.  In accordance with the discussion at the October 3, 2018 hearing,[1] the Parties are required to submit a revised Protective Order for the Court's approval on or before October 31, 2018. At the October 3, 2018 Scheduling Conference, the Court reviewed various letters from Timothy Jafek, Assistant U.S. Attorney, dated August 21, 28 and September 21, 2018, which set forth the Government's concerns regarding certain aspects of a revised Protective Order with respect to certain categories of information to be produced.

3.  The Parties have met and conferred amongst themselves and with the Government and have made progress towards resolving certain issues and narrowing the remaining issues that may be in dispute regarding a revised Protective Order. The Parties believe that these discussions have been productive and that a brief extension would allow the Parties and the Government to further resolve and/or narrow the remaining issues. The Parties, therefore, respectfully request that the Court permit the Parties an additional three weeks, up to and including November 20, 2018, to further meet and confer among themselves and with the Government regarding a revised Protective Order.

C.  Notice Plan

4.  Pursuant to Paragraph 6(j) of the Amended Scheduling Order, the Parties are required to submit a Notice Plan for the Court's approval on or before October 31, 2018. The parties have met and conferred regarding the Notice Plan. However, finalization of a Notice Plan is in part dependent on finalizing a revised Protective Order which would govern the production of certain information needed for providing notice. The Parties therefore respectfully

---

[1] The Amended Scheduling Order does not expressly set a date for the submission of a revised Protective Order.

request that the date to submit a Notice Plan be extended so that the Notice Plan is due two weeks after the Court has approved a revised Protective Order for this action.

WHEREFORE, the Parties respectfully request that the Court grant a brief extension of the time to submit a proposed Rule 502(b) Order and a revised Protective Order up to and including November 20, 2018 and that the deadline to submit a proposed Notice Plan be extended such that the Notice Plan is due two weeks after the Court has approved a revised Protective Order.

Dated this 31st day of October, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| OUTTEN & GOLDEN LLP | GREENBERG TRAURIG, LLP |
| By: _s/ Juno Turner_<br>Juno Turner<br>Ossai Miazad<br>Elizabeth Stork<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>jturner@outtengolden.com<br>om@outtengolden.com<br>estork@outtengolden.com | By: _s/ Naomi Beer_<br>David G. Palmer<br>Naomi Beer<br>1200 17th Street, Suite 2400<br>Denver, CO 80202<br>Telephone: (303) 572-6500<br>palmerd@gtlaw.com<br>beern@gtlaw.com |
| David Lopez<br>**OUTTEN & GOLDEN LLP**<br>601 Massachusetts Avenue NW<br>Second Floor West Suite<br>Washington, DC 20001<br>Telephone: (202) 847-4400<br>pdl@outtengolden.com | Scott Allyn Schipma<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3141<br>schipmas@gtlaw.com |
| Rachel Dempsey<br>Adam Koshkin<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800 | Dana Eismeier<br>**BURNS, FIGA & WILL**<br>6400 S. Fiddlers Green Circle, Suite 1000<br>Greenwood Village, CO 80111<br>Telephone: (303) 796-2626<br>deismeier@bfwlaw.com |
| | Mark Emery<br>**NORTON ROSE FULBRIGHT US LLP** |

3

rdempsey@outtengolden.com
akoshkin@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
Telephone: (303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
Telephone: (303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
hans@themeyerlawoffice.com

*Counsel for Plaintiffs*

799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0210
mark.emery@nortonrosefulbright.com

Charles A. Deacon
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 270-7133
charlie.deacon@nortonrosefulbright.com

*Counsel for The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2018, a true and correct copy of the foregoing **JOINT STATUS REPORT AND STIPULATED MOTION FOR BRIEF EXTENSION** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Julie Eaton*
Julie Eaton

WDC 373820467v1

5