IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL, *et al*.,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**AMENDED JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING THE DISCLOSURE OF PRIVILEGED INFORMATION PURSUANT TO FRE 502(d)**

    The parties, by and through their respective counsel, respectfully submit the following Amended Joint Motion for Entry of Stipulated Order Regarding the Disclosure of Privileged Information Pursuant to FRE 502(d):

    The attorney client communication privilege is "the most sacred of all legally recognized privileges." *United States v. Bauer*, 132 F.3d 504, 510 (9th Cir. 1997). "Its purpose is to encourage full and frank communication between attorneys and their clients and thereby promote broader public interests in the observance of law and administration of justice." *Upjohn Co. v. United States*, 449 U.S. 383, 389 (1981). Federal Rule of Evidence 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court — in which event the disclosure is also not a waiver in any other federal or state proceeding." Fed. R. Evid. 502(d). Rule 502(d) was enacted to address two major issues: (1) disputes among the courts regarding the effect of disclosures of communications protected by

the attorney-client privilege, and (2) the excessive litigation costs spent protecting against waiver of attorney-client privilege or work product.  Fed. R. Evid. 502 Advisory Committee Note (2008).  Due to the large amount of information and documents the parties have disclosed and expect to disclose in the future, the parties desire to ensure their privileged information remains protected and is not mistakenly or involuntarily waived.  The parties also wish to avoid unnecessary litigation over whether disclosures of apparently privileged or protected information was inadvertent or purposeful.

Accordingly, the parties have agreed to the terms of a Stipulated Order Regarding the Disclosure of Privileged Information under F.R.E. 502(d).  A copy of the parties' proposed Stipulated Order is attached as Exhibit A.  This Stipulated Order will assist in the efficiency of the discovery process, as it will ensure that any disclosures of privileged or protected information, whether inadvertent or otherwise, will not waive the protection as to other federal or state proceedings, or as to this proceeding unless the producing party affirmatively uses the material in this litigation or does not alert the party using the document within 24 hours of the use of the information in this litigation by motion, pleading, or otherwise that the document may be privileged.  The producing party will investigate and confirm or withdraw its objection within three days or in a reasonable amount of time thereafter as agreed to by the parties.  The Stipulated Order further establishes procedures for notifying the receiving party of the producing party's intent to maintain the privilege over disclosed documents, as well as procedures for clawing back inadvertently produced privileged documents.  By this Joint Motion, the parties' respectfully request that the Court enter as an Order of the Court the attached proposed Stipulated Order Regarding the Disclosure of Privileged Information.

Respectfully submitted this 20th day of November, 2018.

Juno Turner
Ossai Miazad
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
(212) 245-1000
jturner@outtengolden.com
om@outtengolden.com
estork@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
(202) 847-4400
pdl@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
(415) 638-8800
rdempsey@outtengolden.com
akoshkin@outtengolden.com

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
(844) 321-3221
Andrew@ImmigrantCivilRights.com

Alexander Hood
David Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1535 High St., Suite 300
Denver, CO 80218

Dana Eismeier
**BURNS, FIGA & WILL**
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, Colorado 80111
(303) 796-2626
deismeier@bfwlaw.com

Mark Emery
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0210
mark.emery@nortonrosefulbright.com

Charles A. Deacon
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street
San Antonio, Texas 78205
(210) 270-7133
charlie.deacon@nortonrosefulbright.com

David G. Palmer
Naomi Beer
**GREENBERG TRAURIG, LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
(303) 572-6500
palmerd@gtlaw.com
beern@gtlaw.com

Scott Allyn Schipma
**GREENBERG TRAURIG, LLP**
2101 L Street, N.W., Suite 1000
Washington, DC 20037
(202) 331-3141
schipmas@gtlaw.com

*Counsel for Defendant*

By: _s/Naomi Beer_

3

(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

Brandt Milstein
**MILSTEIN LAW OFFICE**
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*


By:  *s/ Elizabeth Stork*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2018, a true and accurate copy of the foregoing **AMENDED JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING THE DISCLOSURE OF PRIVILEGED INFORMATION PURSUANT TO FRE 502(d)** was filed with the Clerk of Court via the CM/ECF system which will send notification to all counsel of record.

*s/ Julie Eaton*
Julie Eaton