IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendants.

**JOINT STATUS REPORT AND STIPULATED MOTION FOR ENTRY OF PROPOSED AMENDED PROTECTIVE ORDER**

    The Parties, by and through undersigned counsel, respectfully submit this Joint Status Report and move for the entry of the attached Proposed Amended Stipulated Protective Order Concerning Confidential Information ("Amended Protective Order"):

A.    <u>Rule 502(d) Order</u>

    1.    On November 1, 2018, the Court granted the Parties' October 31, 2018 request to submit a Proposed Rule 502(d) Order by November 20, 2018. The Parties have met and conferred on this matter and have reached agreement on the Proposed Rule 502(d) Order and have filed that contemporaneously herewith. (Dkt. 154).

B.    <u>Proposed Amended Protective Order</u>

    1.    On November 1, 2018, the Court granted the Parties' October 31, 2018 request to submit a Proposed Amended Protective Order by November 20, 2018.

2. At the October 3, 2018 Scheduling Conference, the Court reviewed various letters from Mr. Timothy Jafek, Assistant U.S. Attorney, dated August 21, 28 and September 21, 2018, which set forth the Government's concerns regarding certain aspects of a revised Protective Order with respect the production of specific categories of information. The Parties have met and conferred amongst themselves and with the Government and have resolved certain issues identified in those letters and other issues that arose during discussions. The Proposed Amended Protective Order (a copy of which is attached hereto as Exhibit A), addresses the Government's concerns pertaining to the production of information protected by the Privacy Act of 1974, 5 U.S.C. § 552a, and information that is "law enforcement sensitive." The Government's concerns about the production of documents containing information covered by 8 C.F.R. § 208.6 and 8 U.S.C. §§ 1255a(c)(5), 1367(a)(2) ("covered information") have not been resolved. The attached Proposed Amended Protective Order does not resolve the Government's concerns about production of documents that may contain covered information, privileged information, or communications between ICE and The GEO Group, Inc., without ICE's review and redaction. The Parties understand that they and the Government will continue to meet and confer as to the production of such documents in the context of specific discovery requests. Additionally, the Parties recognize that nothing in the Proposed Amended Protective Order prohibits the Government from reviewing documents prior to disclosure in discovery. Plaintiffs reserve the right to oppose any such review.

3. The attached Proposed Amended Protective Order supersedes the Protective Order currently entered in this case (Dkt. 45).

WHEREFORE, the Parties respectfully request that the Court enter the attached Proposed Amended Protective Order.

Dated this 20th day of November, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| OUTTEN & GOLDEN LLP | GREENBERG TRAURIG, LLP |
| By: _s/ Juno Turner_ | By: _s/ Naomi Beer_ |
| Juno Turner | David G. Palmer |
| Ossai Miazad | Naomi Beer |
| Elizabeth Stork | 1200 17th Street, Suite 2400 |
| 685 Third Avenue, 25th Floor | Denver, CO 80202 |
| New York, NY 10017 | Telephone: (303) 572-6500 |
| Telephone: (212) 245-1000 | palmerd@gtlaw.com |
| jturner@outtengolden.com | beern@gtlaw.com |
| om@outtengolden.com | |
| estork@outtengolden.com | Scott Allyn Schipma |
| | 2101 L Street, N.W., Suite 1000 |
| David Lopez | Washington, DC 20037 |
| **OUTTEN & GOLDEN LLP** | Telephone: (202) 331-3141 |
| 601 Massachusetts Avenue NW | schipmas@gtlaw.com |
| Second Floor West Suite | |
| Washington, DC 20001 | Dana Eismeier |
| Telephone: (202) 847-4400 | **BURNS, FIGA & WILL** |
| pdl@outtengolden.com | 6400 S. Fiddlers Green Circle, Suite 1000 |
| | Greenwood Village, CO 80111 |
| Rachel Dempsey | Telephone: (303) 796-2626 |
| Adam Koshkin | deismeier@bfwlaw.com |
| One California Street, 12th Floor | |
| San Francisco, CA 94111 | Mark Emery |
| Telephone: (415) 638-8800 | **NORTON ROSE FULBRIGHT US LLP** |
| rdempsey@outtengolden.com | 799 9th Street NW, Suite 1000 |
| akoshkin@outtengolden.com | Washington, DC 20001 |
| | Telephone: (202) 662-0210 |
| | mark.emery@nortonrosefulbright.com |

3

Alexander Hood
David Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
Telephone: (303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
Telephone: (303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
hans@themeyerlawoffice.com

*Counsel for Plaintiffs*

Charles A. Deacon
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 270-7133
charlie.deacon@nortonrosefulbright.com

*Counsel for The GEO Group, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2018, a true and correct copy of the foregoing **JOINT STATUS REPORT AND STIPULATED MOTION FOR ENTRY OF PROPOSED PROPOSED AMENDED PROTECTIVE ORDER** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

                                                                               *s/ Naomi G. Beer*
                                                                                 Naomi G. Beer