IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendants.

**JOINT STATUS REPORT AND STIPULATED MOTION FOR EXTENSION**

    The parties, by and through undersigned counsel, respectfully submit this Joint Status Report and Stipulated Motion for Extension ("Status Report") regarding the Court's November 1, 2018 Order, ECF No. 152, requiring the parties to submit a proposed Notice Plan two weeks after the Court approved a revised Protective Order.  The Court entered the parties' Amended Stipulated Protective Order, ECF No. 157, on November 26, 2018, thus setting December 10, 2018 as the deadline for the parties to submit their Notice Plan to the Court.

    1.    The parties have met and conferred and have made progress towards agreement on a proposed Stipulated Notice Plan, but require more time to finalize its details.

    2.    GEO first produced a partial class list ("Class List")[1] to Plaintiffs on Friday, November 30.  The Class List contains both information that was in GEO's possession and information that GEO obtained from the Government.

---

[1]    The Class List contains information for Class Members dating back to 2006, rather than to the full extent of the TVPA class period, which begins in October of 2004.  GEO has indicated

3.      Plaintiffs have reviewed the Class List and met and conferred with counsel for GEO about the data it contains. Plaintiffs have asked GEO to provide information regarding the sources of and meaning of certain data fields, such as address, primary language, and country of origin information fields, for Class Members. Because much of the information in those fields was provided by the Government, GEO must confer with ICE regarding the sources and meanings of various of these data fields.

4.      The parties also require additional time to confer regarding the content and manner of the proposed notice, as the answers to Plaintiffs' questions about the data – including especially country of origin data and primary language data – will inform the method of notice that the parties propose as "the best notice practicable under the circumstances." *See Amchem Prod., Inc. v. Windsor*, 521 U.S. 591, 593 (1997) (quoting Fed. R. Civ. P. 23(b)(3)).

5.      The parties believe that their discussions have been productive and that a short extension will allow the parties and the Government to further clarify the remaining questions regarding class data and how to provide the best notice practicable. Because these discussions will involve communication between the parties and the Government, as well as potential requests for production of additional class data from the Government, and due to the proximity of the winter holidays, the parties respectfully request that the Court permit the parties an additional five weeks, up to and including January 11, 2019, to further meet and confer among themselves and present a proposed Notice Plan.

---

that the database from which the Class List data was pulled was not in use for the entirety of the class period, and that it is investigating how to identify the additional class members not included on the Class List.

Dated this 10th day of December, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| OUTTEN & GOLDEN LLP | GREENBERG TRAURIG, LLP |

By: _s/ Juno Turner_　　　　　　　
Juno Turner
Ossai Miazad
Elizabeth Stork
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
jturner@outtengolden.com
om@outtengolden.com
estork@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, DC 20001
Telephone: (202) 847-4400
pdl@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
alex@towardsjustice.org

By: _s/ Naomi Beer_　　　　　　　
David G. Palmer
Naomi Beer
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 572-6500
palmerd@gtlaw.com
beern@gtlaw.com

Scott Allyn Schipma
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3141
schipmas@gtlaw.com

Dana Eismeier
**BURNS, FIGA & WILL**
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
deismeier@bfwlaw.com

Mark Emery
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0210
mark.emery@nortonrosefulbright.com

Charles A. Deacon
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 270-7133
charlie.deacon@nortonrosefulbright.com

*Counsel for The GEO Group, Inc.*

david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
Telephone: (303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
Telephone: (303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
hans@themeyerlawoffice.com

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2018, a true and correct copy of the foregoing **JOINT STATUS REPORT AND STIPULATED MOTION FOR EXTENSION** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Juno Turner*
Juno Turner
