IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Defendant The GEO Group, Inc. ("GEO"), through its undersigned counsel, respectfully requests that the Court allow Charles A. Deacon and Mark Emery of the firm of Norton Rose Fulbright US LLP to withdraw as counsel of record and in support, GEO states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(b)(4), there is no duty to confer prior to filing a motion to withdraw. Nonetheless, undersigned counsel has notified counsel for Plaintiffs of undersigned counsel's intent to file this motion.

2. Pursuant to D.C.COLO.LAttyR 5, Charles A. Deacon and Mark Emery of the law firm of Norton Rose Fulbright US LLP hereby move to withdraw as counsel of record for GEO on

the grounds that GEO is adequately represented by other firms that have already made appearances in this case or that may make appearances as counsel for GEO in the future.

3. A number of attorneys from the firms of Greenberg Traurig and Burns, Figa & Will, P.C. will remain as counsel for The GEO Group, Inc. GEO will continue to have representation in this matter and the withdrawal of Charles A. Deacon, Mark Emery and Norton Rose Fulbright US LLP will not be prejudicial to the parties, pose a hardship to the parties, or create an undue delay of this matter.

WHEREFORE, The GEO Group, Inc. requests that the Court grant this Motion to Withdraw and allow Charles A. Deacon, Mark Emery and Norton Rose Fulbright US LLP withdraw as counsel of record for GEO and for all other relief deemed proper in the discretion of the Court.

Respectfully submitted this 17th day of December, 2018.

S/ *Charles A. Deacon*
Charles A. Deacon, Esq.
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, TX 79205-3792
(210) 270-7133

S/ *Mark Emery*
Mark Emery, Esq.
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
(202) 662-0210

David G. Palmer, Esq.
Naomi Beer, Esq.
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202

        Phone: (303) 572-6500
        Email: PalmerDG@gtlaw.com

        Dana L. Eismeier (#14379)
        Michael Y. Ley (#43733)
        BURNS, FIGA & WILL, P.C.
        6400 S. Fiddlers Green Circle, Suite 1000
        Greenwood Village, CO 80111
        Phone:      303-796-2626
        Fax:          303-796-2777
        Email:       deismeier@bfwlaw.com
                      mley@bfwlaw.com

        **Attorneys for Defendant**
        **The GEO Group, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of December, 2018, I electronically filed the foregoing MOTION TO WITHDRAW AS ATTORNEYS OF RECORD with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Brandt Milstein, Esq.<br>MILSTEIN LAW OFFICE<br>5959 Canyon Boulevard<br>Boulder, CO 80302 | Andrew Turner, Esq.<br>Ashley Kathryn Boothby, Esq.<br>KELMAN BUESCHER, P.C.<br>600 Grant Street, Suite 450<br>Denver, CO 80203 |
| Alexander Hood, Esq.<br>TOWARDS JUSTICE<br>601 16th Street, Suite C #207<br>Golden, CO 80401 | Hans Meyer, Esq.<br>MEYER LAW OFFICE, P.C.<br>P.O. Box 40394<br>Denver, CO 80204 |
| R. Andrew Free, Esq.<br>LAW OFFICE OF R. ANDREW FREE<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219 | David G. Palmer, Esq.<br>Naomi Beer, Esq.<br>GREENBERG TRAURIG, LLP<br>1200 17th Street, Suite 2400<br>Denver, CO 80202 |
| P. David Lopez, Esq.<br>OUTTEN & GOLDEN, LLP<br>601 Massachusetts Avenue, NW<br>2nd Floor West Suite<br>Washington, DC 20001 | Rachel W. Dempsey, Esq.<br>OUTTEN & GOLDEN LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111 |

| | |
|---|---|
| David Hollis Seligman, Esq.<br>TOWARDS JUSTICE<br>1535 High Street, Suite 300<br>Denver, CO 80218 | Ossai Miazad, Esq.<br>Elizabeth V. Stork, Esq.<br>OUTTEN & GOLDEN, LLP<br>685 Third Ave., 25th Floor<br>New York, NY 10017<br><br> S/ *Charles A. Deacon*<br>Charles A. Deacon, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>300 Convent Street, Suite 2100<br>San Antonio, TX  79205-3792<br>(210) 270-7133<br><br>**Attorneys for Defendant**<br>**The GEO Group, Inc.** |