# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE

THIS MATTER comes before the Court on the Unopposed Motion for Withdrawal of Appearance of Charles A. Deacon and Mark Emery of the firm of Norton Rose Fulbright US LLP (ECF No. ___). After reviewing the motion, the file, and the record, it is

ORDERED that the motion is GRANTED. Charles A. Deacon and Mark Emery of the firm of Norton Rose Fulbright US LLP is withdrawn as counsel of record for the Defendant in the above-captioned matter. The clerk is directed to remove Charles A. Deacon and Mark Emery from the CM/ECF notification system in connection with this case.

DATED this 17th day of December, 2018.

                                                      John L. Kane
                                                      Senior U.S. District Judge