# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS
## ATTORNEYS OF RECORD

THIS MATTER comes before the Court on the Unopposed Motion to Withdraw as Attorneys of Record of Charles A. Deacon and Mark Emery of the firm of Norton Rose Fulbright US LLP (ECF No. 160). After reviewing the motion, the file, and the record, it is

ORDERED that the motion is GRANTED. Charles A. Deacon and Mark Emery of the firm of Norton Rose Fulbright US LLP are withdrawn as counsel of record for the Defendant in the above-captioned matter. The clerk is directed to remove Charles A. Deacon and Mark Emery from the CM/ECF notification system in connection with this case.

DATED this 18th day of December, 2018.

                                           */s/ John L. Kane*
                                           John L. Kane
                                           Senior U.S. District Judge