# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
*on their own behalf and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## JOINT MOTION FOR APPROVAL OF PLAINTIFFS' CLASS NOTICE PLAN AND PROPOSED ORDER APPROVING PLAINTIFFS' CLASS NOTICE PLAN

      The Parties, by and through undersigned counsel, respectfully submit the following Joint Motion for Approval of Plaintiffs' Class Notice Plan, and support thereof state as follows:

1. On February 27, 2017, this Court granted Plaintiffs' Motion for Class Certification. ECF No. 57. On February 9, 2018, the Tenth Circuit Court of Appeals affirmed the Court's order. Plaintiffs now seek to distribute notice to the Class.

2. The Parties have met and conferred regarding Plaintiffs' proposed notice plan. Pursuant to those discussions, Plaintiffs propose that class notice be distributed as described below. Plaintiffs respectfully submit that this notice plan provides "the best notice practicable under the circumstances," as required by Fed. R. Civ. P. 23(c)(2)(B). Defendant The

GEO Group ("Defendant" or "GEO") does not object to distribution of class notice consistent with this notice plan.  Defendant reserves all objections it has to class certification, and further reserves any objections it may have in the event that the actual reach of the notice does not satisfy applicable standards.

**Class Data**

3.  On November 30, 2018, Defendant produced a confidential Excel spreadsheet (the "Partial Class List") to Class Counsel.  This spreadsheet, which consolidated information maintained by either GEO and/or the Government (including U.S. Immigrations and Customs Enforcement ("ICE")), contains names, alien numbers, countries of origin, and addresses (in many cases as many as 15 or more addresses for a single Class Member) and other information for approximately 37,300 Class Members housed in GEO's Aurora facility since January 2007.  GEO represents that the data in the electronic database where it tracks detainee information only reaches back to January 2007, and that any information prior to that time has to be culled manually from various sources and/or obtained from the Government, including ICE.  Therefore, it has not yet produced any information about the Class Members who were housed in GEO's Aurora facility prior to January 2007.  On December 6, 2018, Class Counsel requested additional information from GEO on these and other issues, including the sources of the information provided, names and addresses of Class Members' family members (where available), contact information for immigration counsel, and any record of the total time Class Members spent in GEO's Aurora facility.  Class Counsel also asked for information to allow them to determine which of the multiple addresses listed for many Class Members is the most recent.  GEO responded on December 10, 2018 that most of the additional information

Class Counsel requested was in the custody of and needed to be obtained from ICE.
GEO represents that it has requested the additional information that Class Counsel
identified from ICE.  The recent government shutdown, however, has impacted GEO's
ability to obtain such information and/or other necessary  approvals from ICE, including
because some of the relevant government personnel have been furloughed.  The Parties
are continuing to meet and confer regarding class list information from the time period
from 2004 to 2007 and regarding the additional information sought by Plaintiffs that must
be obtained from ICE and/or whose production is subject to ICE approval.

4.  The vast majority of the 37,300 Class Members in the Partial Class List are from Mexico
and Central America. No more than 0.5% of individuals on the Partial Class list originate
from any single country outside Mexico or Central America.

5.  Ninety-five percent of the Class Members listed in the Partial Class List originate from
countries where the primary language is Spanish.  Of the 37,300 individuals on the Partial
Class List, only approximately 1,750 originate from any country where neither English
nor Spanish is an official language, and in no case are more than 100 of those Class
Members from any single country.  If Plaintiffs become aware of 100 or more class
members from any country where English or Spanish is not the official language, they
will make their best efforts to translate the mailed notice and website into an official
language of that country.

**Proposed Notice Plan**

6.  In developing this proposed Notice Plan, Class Counsel have consulted with two
experienced third-party administrators, each of whom have experience administering
notice programs in which a significant portion of the population resides outside of the

United States.  In addition, Class Counsel have consulted with human rights advocates and others with experience contacting migrant populations in Mexico and Central America, as well as attorneys practicing in the countries where the majority of the Class Members reside.  Based on this research, Class Counsel designed the multi-faceted Notice Plan described below with the goal of reaching as many Class Members as possible.

7.    Class Counsel will select a third-party administrator (the "Administrator") to distribute notice to the Class upon Court approval of the Notice Plan.  Class Counsel shall consult with GEO prior to finalizing its selection of the Administrator, and GEO's consent to Class Counsel's chosen Administrator shall not be unreasonably withheld.  Upon request of the Court, Class Counsel will file a supplemental declaration that identifies the Administrator and provides information about the Administrator's qualifications and experience once the selection process is complete.

**Mailed Notice**

8.    A proposed hard-copy notice is attached hereto as **Exhibit A**.  The notice includes an opt-out procedure that allows any Class Members who wishes to be excluded from the Class by sending a letter, email, or fax to the Administrator.  As described in the notice, any opt-out request must be received by 90 days from the date notice is mailed, or 45 days from the date the notice is re-mailed, whichever is later.

9.    No more than 30 calendar days after Class Counsel receives a sufficient class list, or upon order of the Court, the Administrator will mail the hard-copy written notice in English and Spanish, to the last known address for each Class Member contained in records maintained by GEO and/or ICE.  Prior to mailing, the Administrator will run each Class

Member's last known address through the United States Postal Service's address database, if the address is located in the United States, and, if an updated address is found, will mail the notice to that address instead. To the extent that counsel who represent Class Members in immigration proceedings can be identified, the hard-copy written notice will be mailed to them as well.

**Publication Notice**

10. In addition to the Mailed Notice, the Administrator will distribute publication notice that will direct Class Members to a website containing the class notice. The proposed means of publication notice are described below.[1] The Administrator will begin distribution of the publication notice on the same day it distributes the mailed notice. Publication notice will continue for the duration of the 90-day notice period.

   a. Radio advertisements:

      i. The Administrator will air advertisements on Spanish-speaking radio stations in the Denver metro area, and in those regions of Mexico and Central America from which a significant portion of Class Members originate. The Administrator will work with Class Counsel to determine a reasonable and effective strategy for distributing these advertisements. A sample script is attached hereto as **Exhibit B**;

   b. Online/Social media advertisements: The Administrator will publish advertisements in English and Spanish on Google, Facebook, Twitter, and YouTube that will be accessible both within and outside of the United States. The

---

[1] Sample content for each form of publication notice is attached hereto, although the content may be modified in consultation with the Administrator to provide the most efficient and effective notice.

Administrator will use its best efforts to target these advertisements to increase the likelihood that they will be seen by Class Members, and will actively monitor and manage these campaigns to prioritize those advertisements that are performing best.  Sample text for online advertisements is attached hereto as **Exhibit C**; and

c.  Press release: The administrator will distribute a press release about the notice process to U.S. and Latin American media outlets.  A proposed press release is attached hereto as **Exhibit D**.

d.  Website: The Administrator will create a website containing class notice information in both English and Spanish.

It is Plaintiffs' position that he proposed notice plan is the "best notice practicable under the circumstances."  *See Amchem Prod., Inc. v. Windsor*, 521 U.S. 591, 593 (1997) (quoting Fed. R. Civ. P. 23(b)(3)).  "[*A*]ctual notice to each party intended to be bound by the adjudication of a representative action" is not needed.  *DeJulius v. New England Health Care Employees Pension Fund*, 429 F.3d 935, 944 (10th Cir. 2005).  Instead, individual class members must receive individual notice only if they can be identified "through reasonable effort."  *Id*.  Courts in the Tenth Circuit have approved class notice even if cannot be mailed directly to class members. *See, e.g.*, *id*. at 946 (upholding notice plan even though notice was sent to brokerage houses and not directly to class); *Lucas v. Kmart Corp.*, 234 F.R.D. 688, 696 (D. Colo. 2006) (Kane, J.) (publication notice sufficient where it would take "months of effort and huge expenditure" to create a list of potential class members in ADA action); *cf. In re U. S. Fin. Sec. Litig.*, 69 F.R.D. 24, 47 (S.D. Cal. 1975) (finding that adequate notice to any "unknown and not easily

ascertainable class members" was "assured" where it was published in the foreign countries where class members were likely to be).

DATED this _____ day of _____, 2019

BY THE COURT:

_____
JOHN L. KANE, Senior Judge
United States District Court

**JOINT MOTION FOR APPROVAL OF PLAINTIFFS' CLASS NOTICE PLAN APPROVED**:

Dated: January 11, 2019

Respectfully submitted,

By: /s/Juno Turner_____

Juno Turner
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: jturner@outtengolden.com
E-Mail: estork@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

By: /s/ Naomi Beer_____

Naomi Beer, Esq.
David G. Palmer, Esq.
**GREENBERG TRAURIG, LLP**
1200 17th Street, Suite 2400
Denver, CO 80202
(303) 572-6500

*Counsel for Defendant*

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David  Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*