# Exhibit A

<u>United States District Court</u>
<u>District of Colorado</u>

# If you were detained at GEO's Detention Facility in Aurora, Colorado between October 22, 2004 and October 22, 2014, please read this notice. A class action lawsuit may affect your rights.

*This is a court-authorized notice.  This is not a solicitation from a lawyer.*

- Former Immigration and Customs Enforcement ("ICE") detainees housed in The GEO Group, Inc.'s ("GEO") Aurora, Colorado detention facility have sued GEO, alleging violations of federal and state laws.

- The Court has allowed the lawsuit to proceed as a class action on behalf of ICE detainees housed in GEO's Aurora facility for the period between October 22, 2004 and October 22, 2014.  GEO denies the allegations made by Plaintiffs.  The court has not decided who is right or who is wrong.

- The purpose of this Notice is to tell you about the lawsuit, to tell you about your rights, and to explain how your rights may be affected by the lawsuit.

- Your legal rights may be affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT ||
|---|---|
| **DO NOTHING** | You do not need to do anything to be included in the class.  By doing nothing, you keep the possibility of relief that may come from a trial or settlement.  But, you give up any rights to sue GEO separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED ("OPT OUT")** | If you ask to be excluded from this lawsuit, you keep any rights to sue GEO separately about the same legal claims in this lawsuit.  But, you won't share in any monetary settlement or damages awarded after trial. <br><br> **<u>If you wish to be excluded, you must follow the instructions in Paragraph 14 below.</u>** |

- Your options are explained in this notice.  To be excluded from this class action, you must act before **[date 90 days from mailing, or 45 days from re-mailing, whichever is later]**.

- Questions?  Read on or visit **www.ColoradoForcedLaborLawsuit.com**.

# BASIC INFORMATION

### 1. Why did I get this notice?

Records produced by GEO show that you were detained at GEO's Aurora Detention Facility during the period between October 22, 2004 and October 22, 2014. A lawsuit has been brought against GEO claiming that GEO forced detainees to clean the facility for no pay, and that GEO unfairly paid only $1 per day for participation in the Voluntary Work Program. Geo denies all of the allegations in the lawsuit. The lawsuit is known as *Menocal et al. v. The GEO Group, Inc.,* No. 14-cv-02887. The Honorable John L. Kane, United States District Court Judge in the District of Colorado, is overseeing this class action.

This notice is being sent to you, per a court order, because you are a member of the certified class in this lawsuit. There are legal rights you may exercise before the Court holds a trial to decide whether the claims being made against GEO, on your behalf, are correct.

### 2. What is this lawsuit about?

Plaintiffs maintain that GEO requires all detainees to clean their cells and the common space without pay. The Plaintiffs allege that GEO forced them and other detainees to work by threatening them with solitary confinement. Plaintiffs further allege that GEO also permits some detainees to work in various jobs throughout the Aurora facility for $1 per day. The plaintiffs allege that by doing so, GEO unfairly enriched itself because it did not pay a fair wage for the detainees' work. GEO denies all of Plaintiffs' allegations and further contends that it fully complied with all applicable laws.

### 3. What is a class action and who is involved?

In a class action, one or more people called "Class Representatives" sue on behalf of other people who have similar claims. All those people together are the "Class" or "Class Members." The Class Representatives and Class Members together are the "Plaintiffs," and in this case GEO is the "Defendant." One court resolves the issues for everyone in the Class – except those people who choose to exclude themselves from (*i.e.,* opt out of) the Class.

### 4. Why is this lawsuit a Class Action?

The Court has decided that this lawsuit can be a class action because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order certifying the class, available at www.ColoradoForcedLaborLawsuit.com.

# THE LAWSUIT

### 5. What does the lawsuit complain about?

Plaintiffs claim that GEO violated a federal law prohibiting forced labor when it forced detainees to clean the common areas of their housing unit or be sent to solitary confinement (also known as "the hole"). Plaintiffs also allege that GEO enriched itself at detainees' expense when it paid them only $1 per day for performing work necessary for the Aurora facility to function.

### 6. What is GEO's position?

GEO maintains that it is not obligated to pay detainees for cleaning their cells and common area, and that the $1 per day wage for the Voluntary Work Program is consistent with its contract with ICE and it has not violated any applicable law.

### 7. Has the Court decided who is right?

No. The Court has not decided who is right or wrong. By allowing this case to proceed as a class action, the Court is not suggesting that the Plaintiffs will win or lose the case. The Plaintiffs must still prove their claims at trial.

### 8. What are the Plaintiffs asking for?

The Plaintiffs are asking for compensation from GEO arising from its decision to pay detainees $1 per day for work performed in the Voluntary Work Program, and for forcing them to clean common areas of the cell block. Plaintiffs are also asking GEO to pay their attorneys' fees and costs.

### 9. Am I part of the Class?

The Court certified two classes in this case. You have received this notice because records indicate that you are a member of one or both of the classes. You should carefully review the two class definitions below to determine which one(s) you are a part of.

**Forced Labor Class:** All civil immigration detainees who were forced to perform uncompensated work for GEO at the Aurora Detention Facility under Defendant's Housing Unit Sanitation policy between October 22, 2004 and October 22, 2014.

**Unjust Enrichment Class:** All civil immigration detainees who performed work for GEO at the Aurora Detention Facility in the "Detainee Voluntary Work Program" between October 22, 2011 and October 22, 2014.

### 10. Does my immigration status impact my ability to be part of the case?

No. You may be a class member regardless of your immigration status, and regardless of whether you reside inside or outside the United States. Your decision to participate or not in this case will not affect your immigration status.

## YOUR RIGHTS AND OPTIONS

### 11. What happens if I do nothing at all?

If you do nothing, you will remain a member of the class and keep the possibility of sharing in any relief that might come from a trial or settlement, but give up the opportunity to sue GEO separately for the same claims. You will be bound by any ruling, settlement, or judgment regarding the claims in this case, whether favorable or unfavorable.

Case No. 1:14-cv-02887-JLK-CYC    Document 162-1    filed 01/11/19    USDC Colorado pg 4 of 7

| 12. What happens if I ask to be excluded from (i.e., opt out of) the Class? |
|---|

If you ask to be excluded from (*i.e.*, opt out of) the Class, you will keep the possibility of suing GEO separately based on the claims in this lawsuit. But you will not share in any relief that might come from a trial or a settlement in this lawsuit.

| 13. Can GEO and/or ICE retaliate against me based on my decision? |
|---|

No. If you are currently being held in a GEO facility, it is a violation of the law for GEO to discipline or in any manner retaliate against you for your decision. It is also a violation of the law for ICE to discipline or in any manner retaliate against you for your decision, regardless of whether you are currently in custody.

| 14. How do I ask to be excluded from (i.e., opt out of) the Class? |
|---|

To exclude yourself from (*i.e.*, opt out of) the Class, you must send a letter, email, or fax ("Opt Out Statement") to the notice administrator. To be effective, your Opt Out Statement must (1) include the statement "I elect to exclude myself from the class in *Menocal v. GEO Group*, No. 14-cv-02887," (2) include your name, address, telephone number, and signature, and (3) be received by the notice administrator by **[date 90 days from mailing, or 45 days from re-mailing, whichever is later]** and must be mailed to:

[INSERT NOTICE ADMINISTRATOR'S ADDRESS]

You must follow these procedures precisely in order to exclude yourself from the class.

If you ask to be excluded, you will not receive any benefit from the case, whether through settlement, judgment, or verdict.

## THE LAWYERS REPRESENTING YOU

| 15. Do I have a lawyer in this case? |
|---|

The attorneys who represent the Plaintiffs and the Class members are called "Class Counsel." The Court has decided that these lawyers are qualified to represent you and other Class Members. The Court has designated them as Class Counsel in this lawsuit based on a determination that they are capable and experienced in handling similar cases. If you stay in the Class (*i.e.*, you do not exclude yourself), you will be represented by Class counsel.

More information about Class Counsel is available at www.ColoradoForcedLaborLawsuit.com, and you can contact them at ColoradoForcedLabor@outtengolden.com. They are:

OUTTEN & GOLDEN LLP
Juno Turner
Elizabeth V. Stork
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Website: https://www.outtengolden.com/

Rachel W. Dempsey
Adam L. Koshkin
One California St., 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

TOWARDS JUSTICE
David Seligman
Alexander Hood
Andrew Schmidt
1410 High St., Suite 300
Denver, CO 80218
Telephone: (720) 441-2236
Website: https://www.towardsjustice.org/

LAW OFFICE OF R. ANDREW FREE
R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221
Website: https://www.immigrantcivilrights.com/

MILSTEIN LAW OFFICE
Brandt Milstein
1123 Spruce St.
Boulder, CO 80302
Telephone: (303) 440-8780
Website: http://www.milsteinlawoffice.com/

THE KELMAN BEUSCHER FIRM
Andrew Turner
Ashley Boothby
600 Grant St., Suite 450
Denver, CO 80203
Telephone: (303) 333-7751
Website: https://www.laborlawdenver.com/

MEYER LAW OFFICE, P.C.
Hans Meyer
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
Website: http://themeyerlawoffice.com/

## 16. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you may hire one, at your own expense.

## 17. How will the lawyers be paid?

You will not be required to pay any attorneys' fees or costs out of your own pocket, regardless of whether the Plaintiffs win the case.

The Plaintiffs have entered into a contingency fee agreement with their attorneys. Under the agreement, if there is a settlement or if there is a trial and the Plaintiffs prevail, the attorneys will ask the Court to approve as their attorneys' fees the greater of: (a) one-third of the recovery, or (b) the "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit. You can obtain a copy of the contingency fee agreement executed by the Plaintiffs upon request.

The named Plaintiffs in this case may also seek an additional service payment to compensate them for the work they have done in initiating and maintaining this case on behalf of the Class. Any service payment will be subject to Court approval.

## ADDITIONAL INFORMATION

### 18. What happens next?

The lawsuit will continue towards a trial. You do not have to attend the trial. Class Counsel will present the case for the Plaintiffs, and the GEO will present its defenses. You are welcome to come at your own expense.

If the Plaintiffs are successful at trial and obtain relief for the class as a result of the trial or a settlement, you will be notified whether you are qualified to apply for a share.

If your contact information changes, and you want Class Counsel (described in Section 15, above) to be able to contact you (*e.g.*, to update you about the case, etc.), you can provide your contact information to Class Counsel (whose information is available at www.ColoradoForcedLaborLawsuit.com and in Section 15, above).

### 19. This notice has been authorized by the Court.

This notice and its contents have been authorized by the United States District Court for the District of Colorado, the Honorable John L. Kane presiding. The Court has not expressed any opinion about the merits of this case, and has not decided whether the Plaintiffs or GEO are right or wrong.

### 20. Are more details available?

Yes. You can find more information on the case website, www.ColoradoForcedLaborLawsuit.com, where you will find the Complaint that the Class Representatives filed with the Court on your and other former detainees' behalf, the Court's Order certifying the class, and the Order of the 10th Circuit Court of Appeals affirming the Order certifying the class. You may also contact the notice administrator by calling [insert phone number] or emailing [insert email address]. Or you may contact Class Counsel, whose contact information is listed in Section 15, above.