# Exhibit B

**Radio Advertisement**

If you were detained by ICE in the Denver area at any time between October 2004 and October 2014, your rights may be affected. There is an ongoing class action lawsuit on behalf of former detainees against The GEO Group, which owns and operates the ICE detention center in Aurora, Colorado.

If you were detained in GEO's Aurora, Colorado facility at any time between October 2004 and October 2014, you might be part of the case. Visit www.ColoradoForcedLaborLawsuit.com or call [insert phone number] to learn more.