# Exhibit C

**<u>Facebook/Twitter Advertisement Text</u>**

Were you detained by ICE at the GEO detention center in Aurora, Colorado, outside Denver? Your rights may be affected.