# Exhibit D

**Press release text**

## Class Members to receive notice about a pending certified class action against The GEO Group over allegations of forced and undercompensated labor.

AURORA, Colo., [Date], 2019 /PRNewswire/-- Today, notice will issue to class members in a certified class action pending against The GEO Group, Inc. ("GEO"). The case, *Menocal v. The GEO Group, Inc.*, No. 14-cv-02887, involves claims on behalf of civil immigration detainees detained at GEO's facility in the Denver suburb of Aurora, Colorado ("Aurora Facility") between 2004 and 2014. The lawsuit alleges that GEO forced Immigrations and Customs Enforcement ("ICE") detainees at the Aurora Facility to clean the common areas of their housing units under threat of solitary confinement. It also alleges that GEO unfairly enriched itself by paying ICE detainees just $1 per day for performing various jobs necessary for the Aurora facility to function. GEO denies all of the allegations in the lawsuit and maintains that it fully complied with its contracts with ICE and with all applicable laws and regulations.

On February 9, 2018, the Tenth Circuit Court of Appeals affirmed Judge John L. Kane's decision certifying two classes. The Court decided only that the Plaintiffs may proceed with the case as a group. It did not decide whether GEO violated the law, and there is no money or other benefit available to class members at this time. Judge Kane directed the parties to send notice to class members so that they can learn about the case and decide whether to remain part of the class. These decisions and other important case documents are available at www.ColoradoForcedLaborLawsuit.com.

The two classes certified are (1) a Forced Labor Class and (2) an Unjust Enrichment Class. The <u>Forced Labor Class</u> is comprised of all civil immigration detainees who were forced to perform uncompensated work for GEO at the Aurora Detention Facility under GEO's Housing Unit Sanitation policy between October 22, 2004 and October 22, 2014. The <u>Unjust Enrichment Class</u> includes all civil immigration detainees who performed work for GEO at the Aurora Detention Facility in the "Detainee Voluntary Work Program" between October 22, 2011 and October 22, 2014. Current and former detainees who meet these definitions are class members regardless of their immigration status and regardless of whether they currently live in the United States.

At this stage of the case, class members must decide whether they want to remain in the class. A class member who does nothing will remain a part of the class. This means he or she will be bound by any future judgment or settlement reached in the case and will be eligible for any relief awarded to the class. A class member who does not wish to be bound by a future judgment or settlement must opt out of the class by [90 days from the date notice published]. Complete information about how to opt out of the class is available at www.ColoradoForcedLaborLawsuit.com.

For more information, please visit www.ColoradoForcedLaborLawsuit.com or call [insert phone number].