# Exhibit C

**Facebook/Twitter Advertisement Text**

Were you detained by ICE at the GEO detention center in Aurora, Colorado, outside Denver? Your rights may be affected.