IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

## MOTION TO WITHDRAW AS ATTORNEYS OF RECORD

Defendant The GEO Group, Inc. ("GEO"), by and through its undersigned counsel, respectfully requests that the Court allow David G. Palmer, Naomi G. Beer and Scott A. Schipma, all of the law firm of Greenberg Traurig, LLP to withdraw as counsel of record and in support, GEO states as follows:

1.      Pursuant to D.C.COLO.LCivR 7.1(b)(4), there is no duty to confer prior to filing a motion to withdraw. Nonetheless, undersigned counsel has notified counsel for Plaintiffs of undersigned counsel's intent to file this motion.

2.	Pursuant to D.C.COLO.LAttyR 5, David G. Palmer, Naomi G. Beer and Scott A. Schipma of the law firm of Greenberg Traurig, LLP hereby move to withdraw as counsel of record for GEO on the grounds that GEO is adequately represented by other firms that have already made appearances in this case or that may make appearances as counsel for GEO in the future.

3.	Attorneys from the law firms of Burns, Figa & Will, P.C. and Holland & Knight LLP, will remain as counsel for The GEO Group, Inc. GEO will continue to have representation in this matter and the withdrawal of David G. Palmer, Naomi G. Beer and Scott A. Schipma of Greenberg Traurig, LLP will not be prejudicial to the parties, pose a hardship to the parties, or create an undue delay of this matter.

WHEREFORE, The GEO Group, Inc. respectfully requests that the Court grant this Motion to Withdraw and allow David G. Palmer, Naomi G. Beer and Scott A. Schipma of the law firm of Greenberg Traurig, LLP to withdraw as counsel of record for GEO and for all other relief deemed proper in the discretion of the Court.

Respectfully submitted this 12th day of March, 2019.

  S/ *Naomi Beer*
David G. Palmer
Naomi Beer, Esq.
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Phone: (303) 572-6500
beern@gtlaw.com
palmerda@gtlaw.com

Scott Schipma, Esq.
GREENBERG TRAURIG, LLP
2101 L Street N.W.,
Washington, DC 20037
Phone: (202) 331-3100


Dana L. Eismeier, Esq.
Michael Y. Ley, Esq.
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:	303-796-2626
Fax:	303-796-2777
Email:	deismeier@bfwlaw.com
	mley@bfwlaw.com

Valerie Brown, Esq.
HOLLAND & KNIGHT
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Phone: (215) 252-9600


**Attorneys for Defendant
The GEO Group, Inc.**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2019, I electronically filed the foregoing MOTION TO WITHDRAW AS ATTORNEYS OF RECORD with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brandt P. Milstein, Esq.
MILSTEIN LAW OFFICE
1123 Spruce Street
Boulder, CO 80302

Alexander N. Hood, Esq.
David H. Seligman, Esq.
TOWARDS JUSTICE
1410 High Street, Suite 300
Denver, CO 80218

R. Andrew Free, Esq.
R. ANDREW FREE LAW OFFICE
414 Union Street, Suite 900
Nashville, TN 37209

P. David Lopez, Esq.
OUTTEN & GOLDEN, LLP
601 Massachusetts Avenue, NW
2nd Floor West Suite
Washington, DC 20001

Adam L. Koshkin
OUTTEN & GOLDEN, LLP-San Francisco
One California Street, 12th Floor
San Francisco, CA 94111

Andrew H. Turner, Esq.
Ashley K. Boothby, Esq.
KELMAN BUESCHER, P.C.
600 Grant Street, Suite 825
Denver, CO 80203

Hans C. Meyer, Esq.
MEYER LAW OFFICE, P.C.
P.O. Box 40394, 1029 Santa Fe Drive
Denver, CO 80204

Rachel W. Dempsey, Esq.
OUTTEN & GOLDEN LLP
One Embarcadero Street, 12th Floor
San Francisco, CA 94111

Ossai Miazad, Esq.
Juno E. Turner, Esq.
OUTTEN & GOLDEN, LLP
685 Third Avenue, 25th Floor
New York, NY 10017