## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

---

## ORDER GRANTING MOTION TO WITHDRAW AS
## ATTORNEYS OF RECORD

---

THIS MATTER comes before the Court on the Motion to Withdraw as Attorneys of Record of David G. Palmer and Naomi G. Beer of the firm of Greenberg Traurig, LLP (ECF No. 165). After reviewing the motion, the file, and the record, it is

ORDERED that the motion is GRANTED. David G. Palmer and Naomi G. Beer of the firm of Greenberg Traurig, LLP are withdrawn as counsel of record for the Defendant in the above-captioned matter. Scott A. Schipma is not an attorney of record in the case. The clerk is directed to remove David G. Palmer and Naomi G. Beer from the CM/ECF notification system in connection with this case.

DATED this 13th day of March, 2019.

_John L. Kane_
John L. Kane
Senior U.S. District Judge