**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>                      Plaintiffs,<br><br>    v.<br><br>THE GEO GROUP, INC.,<br><br>                      Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF JUNO TURNER IN SUPPORT OF PLAINTIFFS'
MOTION TO COMPEL**

I, Juno Turner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a partner at Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Plaintiffs' and Class Counsel herein. I am an attorney in good standing admitted to practice in the State of New York and before this Court.

2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**Exhibits**

4. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' First Set of Discovery Requests to Defendant, which was served on GEO on July 31, 2015.

5. Attached hereto as **Exhibit B** is a true and correct copy of GEO's Responses to Plaintiffs' First Set of Interrogatories, Requests for Admissions, Requests for Production of Documents, and Request for Inspection, which were served on Plaintiffs on September 23, 2015.

6. Attached hereto as **Exhibit C** is a true and correct copy of GEO's First Supplemental Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents, which were served on Plaintiffs on February 26, 2016.

7. Attached hereto as **Exhibit D** is a true and correct copy of GEO's Second Supplemental Responses to Plaintiffs' Written Discovery, which were served on Plaintiffs on July 21, 2017.

8. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Second Set of Requests for Production of Documents, which was served on GEO on September 29, 2017.

9. Attached hereto as **Exhibit F** is a true and correct copy of Plaintiffs' Second Set of Interrogatories, which was served on GEO on September 29, 2017.

10. Attached hereto as **Exhibit G** is a true and correct copy of GEO's Responses to Plaintiffs' Second Set of Requests for Production, which were served on Plaintiffs on November 13, 2017.

11. Attached hereto as **Exhibit H** is a true and correct copy of GEO's Responses to Plaintiffs' Second Set of Interrogatories, which were served on Plaintiffs on November 13, 2017.

12. Attached hereto as **Exhibit I** is a true and correct copy of GEO's Responses and Objections to Plaintiffs' Third Set of Requests for Production of Documents, which were served on Plaintiffs on February 6, 2019.

13. Attached hereto as **Exhibit J** is a true and correct copy of GEO's Responses and Objections to Plaintiffs' Third Set of Interrogatories, which were served on Plaintiffs on February 6, 2019.

14. Attached hereto as **Exhibit K** is a true and correct copy of a letter dated January 28, 2019 from Naomi Beer to Juno Turner and Elizabeth Stork regarding Plaintiffs' First and Second Sets of Requests for Production of Documents and Interrogatories.

15. Attached hereto as **Exhibit L** is a true and correct copy of a letter dated March 4, 2019 from Naomi Beer to Juno Turner and Elizabeth Stork regarding ICE review of documents and Plaintiffs' First and Second Sets of Requests for Production of Documents and Interrogatories.

16. Attached hereto as **Exhibit M** is a true and correct copy of a letter dated August 28, 2018 from Timothy B. Jafek to Alexander Neville Hood and Charlie A. Deacon regarding the parties' proposed stipulated protective order. Following receipt of this letter, Plaintiffs acted in good faith to accommodate ICE's demands with regard to the production of class member information. Plaintiffs agreed to add the government's requested Privacy Act language to the protective order and even engaged in a meet and confer with government counsel.

17. Attached hereto as **Exhibit N** is a true and correct copy of an e-mail dated December 10, 2018 from Naomi Beer to Juno Turner regarding the incomplete class list

production. This exhibit has been filed as a restricted document in accordance with D.C. Colo. L. Civ. R. 7.2.

18. Attached hereto as **Exhibit O** is a true and correct copy of a letter dated February 15, 2019 from Juno Turner to Naomi Beer regarding Plaintiffs' First and Second Sets of Requests for Production of Documents and Interrogatories.

Dated: New York, New York
March 18, 2019

Respectfully submitted,

By: /s/Juno Turner

Juno Turner
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: jturner@outtengolden.com
E-Mail: estork@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman

4

Andrew Schmidt
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Juno Turner*
Juno Turner
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000