# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## DEFENDANT THE GEO GROUP, INC.'S SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY

Defendant, The GEO Group, Inc. ("GEO"), through its undersigned attorneys, hereby provides its Second Supplemental Responses to Plaintiffs' Written Discovery. These responses are made pursuant to the Court's Orders dated June 6, 2016 (ECF Nos. 84 and 85), striking GEO's previous discovery responses and staying discovery with respect to class action issues. In providing information responsive to Plaintiffs' written discovery, GEO does not intend to waive any applicable privilege or work product protection.

## INTERROGATORIES

1.  Please provide the name and Alien Registration Number of each detainee who participated in the VWP at the Aurora Detention Facility between October 22, 2012 and the present.

Response: GEO has provided VWP payroll information with respect to the named Plaintiffs, Bates numbered GEO_MEN 57-58, 63-66, 71-78, 85-86, 94-103, 108-116, 121-125, and 142-153. GEO has also provided VWP reimbursement documents, Bates numbered GEO_MEN 1514-4559. The names of detainees participating in the VWP are listed in these documents. The Alien Registration Numbers of the non-named Plaintiffs relate only to class action issues that are currently stayed.

2.  Please provide the name and Alien Registration Number of each detainee subject to the Housing Unit Sanitation Policy at the Aurora Detention Facility between October 22, 2004 and the present.

Response: This interrogatory relates only to class action issues that are currently stayed.

3.  Please provide the full name, dates of employment, last known address, last known personal e-mail address, and last known personal telephone number of each of your employees or other agents, current or former, who supervised any detainee in any job in the VWP at the Aurora Facility between October 22, 2012 and the present.

Response: GEO is providing its Aurora ICE Employee Roster. The Bates range is identified in a Bates log that is being produced with these responses.

4.  Please provide the full name, dates of employment, last known address, last known personal e-mail address and last known personal telephone number of each of your

**employees or other agents, current or former, who supervised any detainee in performing work pursuant to the Housing Unit Sanitation Policy in the Aurora Facility between October 22, 2004 and the present.**

Response: GEO is providing its Aurora ICE Employee Roster. The Bates range is identified in a Bates log that is being produced with these responses.

**5. Please describe in detail each and every disciplinary or corrective action taken against a detainee for failing or refusing to fully participate in work pursuant to the Housing Unit Sanitation Policy from October 22, 2004 to the present and any policies of the Defendant that govern these disciplinary or corrective actions. For each disciplinary or corrective action (an "Action"), please provide the following information:**

> **a.  The name and Alien Registration Number of the detainee subject to the Action;**
>
> **b.  The name and all known contact information for any employee or agent of GEO who assigned, carried out, or otherwise had knowledge of the Action; and**
>
> **c.  A description of the Action.**

Response: GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. The detainee files include any disciplinary or corrective actions. GEO is producing unredacted copies of the detainee files. The Bates range is identified in a Bates log that is being produced with these responses. The Aurora local sanitation policies are Bates numbered GEO_MEN 1395-1513. The disciplinary policies are included in the

detainee handbook which was provided with GEO's Rule 26 disclosures. Any additional information relates only to class action issues that are currently stayed.

**6. Please describe in detail each and every disciplinary or corrective action taken against a detainee in the Aurora Facility that resulted in a detainee being disciplined in any way, including, but not limited to, placed in solitary confinement, at any time from October 22, 2004 to the present and any policies of the Defendant that govern these disciplinary or corrective actions. For each disciplinary or corrective action (an "Action"), please provide the following information:**

> **a. The name and Alien Registration Number of the detainee subject to the Action;**
>
> **b. Any employee or agent of the Defendant that assigned, carried out, or otherwise had knowledge of the Action; and**
>
> **c. A description of the Action and the reason for the Action, including a description of the purported violation justifying the Action.**

Response: GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. The detainee files include any disciplinary or corrective actions. GEO is producing unredacted copies of the detainee files. The Aurora local sanitation policies are Bates numbered GEO_MEN 1395-1513. The disciplinary policies are included in the detainee handbook which was provided with GEO's Rule 26 disclosures. Any additional information relates only to class action issues that are currently stayed.

**7. Please describe in detail each and every policy of GEO that resulted in disciplinary or corrective action taken against a detainee for refusing to work pursuant to**

**the Housing Unit Sanitation Policy in the Aurora Facility from October 22, 2004 to the present.**

Response: There was no disciplinary or corrective action taken against the named Plaintiffs for refusing to work pursuant to the Housing Unit Sanitation Policy. Any additional information relates only to class action issues that are currently stayed.

**8.     For each policy identified in response to the previous interrogatory, please state which GEO facilities implemented each policy and between what dates each policy was in effect at each facility.**

Response: There was no disciplinary or corrective action taken against the named Plaintiffs for refusing to work pursuant to the Housing Unit Sanitation Policy. Any additional information relates only to class action issues that are currently stayed.

**9.     Please provide the full name, dates of employment, last known address, last known personal e-mail address and last known personal telephone number of each of your employees or other agents, current of former, responsible for reporting to, communicating with, or otherwise liaising with the ICE personnel, including, but not limited to, the ICE Contracting Officer's Technical Representative(s) and ICE Designated Service Official, regarding GEO's compliance with the federal contractual and legal requirements, at the Aurora Facility between October 22, 2012 and the present.**

Response: There are generally weekly meetings between department heads at the Aurora facility and local ICE officials.  Currently, the people at the meetings are:

| GEO Staff | ICE Staff |
|---|---|
| John Choate, Warden<br>Dawn Ceja, AW Operations<br>Barb Krumpelmann, AW Finance and Administration<br>Jaime Davis, Chief of Security<br>Dennis McCoy, Fire Safety Manager<br>Kevin Martin, Programs Manager<br>Joshua Dittmar, Transportation SV<br>Paul Pinksonly, Maintenance SV<br>John McGah, Food Service Manager<br>Michele Cooper, Executive Secretary<br>Tommy Jensen, IT<br>Brad Stelter, ACA Compliance<br>Trina McCuen, Training Manager<br>Scott Vineyard, Health Services Administrator | Amelia Sanchez, COR Contracting Officers Representative<br>Tracey Cammorto, AFOD Asst. Field Office Director (Acting)<br>Abraham Cabuag, SDDO Supervisory Detention Deportation Officer<br>Dave Thompson, SDDO Supervisory Detention Deportation Officer<br>Brad Tompkins, Detention Services Manager |

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**1.     Please provide all "Detainee Payroll" documents bearing any date between October 22, 2012 and the present that pertain to or record work in the VWP at the Aurora Facility.**

Response: GEO previously provided VWP payroll information with respect to the named Plaintiffs, Bates numbered GEO_MEN 57-58, 63-66, 71-78, 85-86, 94-103, 108-116, 121-125, and 142-153.   GEO has also provided VWP reimbursement documents, Bates numbered GEO_MEN 1514-4559.

**2.     Please provide any and all documents summarizing, recording or reflecting hours worked in the VWP at the Aurora Facility between October 22, 2012 and the present.**

Response: GEO previously provided VWP payroll information with respect to the named Plaintiffs, Bates numbered GEO_MEN 57-58, 63-66, 71-78, 85-86, 94-103, 108-116, 121-125,

and 142-153. GEO has also provided VWP reimbursement documents, Bates numbered GEO_MEN 1514-4559. Additional responsive documents are being Bates numbered and produced. The additional documents are identified in a Bates log that is being produced with these responses.

**3.   Please provide any and all documents summarizing or recording payments made to detainees working in the VWP at the Aurora Detention Facility between October 22, 2012 and the present.**

Response: GEO previously provided VWP payroll information with respect to the named Plaintiffs, Bates numbered GEO_MEN 57-58, 63-66, 71-78, 85-86, 94-103, 108-116, 121-125, and 142-153. GEO has also provided VWP reimbursement documents, Bates numbered GEO_MEN 1514-4559.

**4.   Please provide any and all documents summarizing, constituting or recording policies, guidelines, or authority pursuant to which you conducted the VWP between October 22, 2012 and the present.**

Response: Aurora local policy 8.1.8 addresses the VWP and is included in GEO_MEN 1395-1513. GEO conducts the VWP pursuant to the PBDNS, the contract with ICE, and the ICE Detainee Handbook, all of which were previously provided.

**5.   Please provide any and all documents summarizing, constituting, recording or referencing any disciplinary or corrective action taken between October 22, 2012 and the present which arises from, references or concerns the VWP or any job assigned pursuant to that program.**

Response: GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. The detainee files include any disciplinary or corrective actions. GEO is producing unredacted copies of the detainee files. Any additional information relates only to class action issues that are currently stayed.

**6.     Please provide any and all documents summarizing, constituting, recording or referencing any disciplinary or corrective action taken between October 22, 2004 and the present which arises from, references or concerns the Housing Unit Sanitation Policy or any job assigned pursuant to that policy.**

Response: GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. The detainee files include any disciplinary or corrective actions. GEO is producing unredacted copies of the detainee files. Any additional information relates only to class action issues that are currently stayed.

**7.     Please provide any and all documents summarizing, constituting, recording or referencing any disciplinary or corrective action taken between October 22, 2004 and the present that involves the use of solitary confinement.**

Response: GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. The detainee files include any disciplinary or corrective actions. GEO is producing unredacted copies of the detainee files. Additional responsive documents with respect to the named Plaintiffs are being Bates numbered and produced. The additional documents are identified in a Bates log that is being produced with these responses. Any additional information relates only to class action issues that are currently stayed.

8. Please provide any and all documents recording or summarizing the identities of individuals tasked with working pursuant to the Housing Unit Sanitation Program between October 22, 2004 and the present.

Response: This request for production relates only to class action issues that are currently stayed.

9. Please provide any and all documents summarizing, constituting or recording policies, guidelines, or authority pursuant to which you conducted the Housing Unit Sanitation Policy between October 22, 2004 and the present.

Response: Aurora local policy 12.1.4 addresses sanitation and is included in GEO_MEN 1395-1513. Sanitation is conducted pursuant to the PBDNS, the contract with ICE, and the ICE Detainee Handbook, all of which were previously provided. Additional responsive documents are being Bates numbered and produced. The additional documents are identified in a Bates log that is being produced with these responses.

10. Please provide any and all documents summarizing, constituting or recording communications between you and any person representing the ICE, dated between October 22, 2004 and the present and which reference the Housing Unit Sanitation Program.

Response: Responsive documents are being Bates numbered and produced. These documents are identified in a Bates log that is being produced with these responses.

11. Please provide any and all documents summarizing, constituting or recording communications between you and any person representing the ICE, dated between October 22, 2012 and the present and which mention the VWP.

Response: Responsive documents are being Bates numbered and produced. These documents are identified in a Bates log that is being produced with these responses.

**12.     Please provide any and all documents summarizing or constituting any contract you executed to purchase services, including cleaning services, to be delivered at the Aurora Facility between October 22, 2004 and the present.**

Response: Responsive documents are being Bates numbered and produced. These documents are identified in a Bates log that is being produced with these responses.

**13.     Please provide any and all documents summarizing, constituting, or recording Performance Evaluation Meetings, including all draft invoices, signed minutes, and GEO responses to any areas of disagreement between ICE and GEO, that occurred or were scheduled to occur between you and ICE from October 22, 2004 and the present.**

Response: Responsive documents are being Bates numbered and produced. These documents are identified in a Bates log that is being produced with these responses.

**14.     Please provide all requests for reimbursement from GEO to ICE, and any responses thereto, for monies related to the Detainee Volunteer Work Program created on or after October 22, 2012.**

Response: GEO previously produced VWP reimbursement documents, Bates numbered GEO-MEN 1514-4559. Additional responsive documents are being Bates numbered and produced. The additional documents are identified in a Bates log that is being produced with these responses.

**15.     Please provide any and all documents you provided to any Plaintiff.**

Response: These documents are typically maintained in a detainee's file. GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. GEO is producing unredacted copies of the detainee files.

**16.    Please provide any and all documents which purport to be signed by any Plaintiff.**

Response: These documents are typically maintained in a detainee's file. GEO previously provided redacted detainee files for the named Plaintiffs, Bates numbered GEO_MEN 160-1394. GEO is producing unredacted copies of the detainee files.

## REQUESTS FOR ADMISSION

**1.    Admit that at least one detainee in the Aurora Detention Center faced disciplinary or other corrective action for refusing to participate in work pursuant to the Housing Unit Sanitation Policy.**

Response: GEO denies with respect to the named Plaintiffs. Any further response to this request for admission relates only to class action issues that are currently stayed.

**2.    Admit that immigration detainees in other detention facilities owned and or operated by GEO are paid more than $1 per day for their participation in the VWP.**

Response: There are some ICE detainees at some GEO facilities in some jobs that are paid more than $1 per day. There are also some detainees at a GEO facility that are permitted to work more than one job, are paid $1 per day for each job and, therefore, could earn more than $1 per day for their participation in the VWP. However, at facilities that receive reimbursement from ICE for the VWP, detainees are only reimbursed $1 per day.

**3.     Admit that there is no law, regulation, or contract preventing GEO from paying detainees at its Aurora Detention Facility more than $1 per day for their participation in the VWP.**

Response: Although this request for admission calls for a legal conclusion, GEO denies based upon its reading and understanding of its government contract. Pursuant to 8 U.S.C. § 1555(d), the Immigration and Naturalization Service ("INS," now known as DHS/ICE) can appropriate money for work performed by persons held in custody under the immigration laws. The amount of payment was set by the Department of Justice Appropriation Act, 1978, Pub.L. No. 95-86, 91 Stat. 426 (1978), at a rate not to exceed $1.00 per day. *See also* Department of Justice Appropriation Act, 1979, Pub. L. No. 95-431, 92 Stat. 1021, 1027 (Oct. 18, 1978); Department of Justice Appropriation Act, 1978, Pub. L. No. 95-86, 91 Stat. 419, 426 (August 2, 1977). Congress has not raised that rate.

The plain language of the contract states that GEO "shall not exceed the quantity shown without prior approval by the Contracting Officer." Doc. 11-2, pp. 3, 5-8. The quantity is the total dollar amount allocated for that line item in the contract. *Id.* The contract makes no statement that GEO may seek approval for a rate higher than $1.00 per day. *Id.* Rather, the contract prohibits GEO from making a higher payment, providing that the government's appropriation or "reimbursement . . . will be at actual cost of $1.00 per day per detainee." *Id.* DHS/ICE included this term in the contract for services with GEO at the Aurora facility (Exhibit C to ECF 11) and in the ICE Detainee Voluntary Work Program (Exhibit A to ECF 11).

The "at least" qualification is consistent with the contract, which provides that more than $1 per day could be paid with approval of the Contracting Office. But that language alone does

pg 14 of 17

not authorize payment of more than $1 per day, and does not override the contractual prohibition that the $1 per day rate not be exceeded without "approval of the Contracting Officer."

**4. Admit that GEO informed at least some detainees at the Aurora Detention Facility that the $1 a day wage for the VWP was set by ICE or some other branch of the Federal government.**

Response: GEO is unable to respond to this request because "GEO" could include any of its employees and there is no time frame for this request. GEO employs approximately 189 employees on the ICE contract during three shifts, 24 hours a day and 365 days a year and those employees change over time. GEO houses 4,000 to 6,000 detainees per year at the Aurora facility. This request asks whether a GEO employee made such statements to a detainee during the time ICE detainees have been housed at the Aurora facility. GEO has no way to admit or deny this request.

## REQUEST FOR INSPECTION

**Pursuant to FRCP 34(a)(2), Plaintiffs request that they and/or their agents and attorneys be allowed to enter onto and inspect GEO's Aurora Detention Facility (the "Property") on December 11, 2015 at 10:00 a.m. for the purposes of inspecting, measuring, surveying, photographing, testing, or sampling said property. The Plaintiffs specifically request to inspect the following portions of the Property:**

**1. All facilities used for disciplinary or corrective actions against detainees, including any facilities used for solitary confinement;**

**2. Any area that was the subject of detainee work, including cleaning, as a result**

of the Housing Unit Sanitation Policy; and

    3.    Any area that was the subject of detainee work as a result of the VWP.

Response: The requested date has passed, but GEO will work with Plaintiffs' attorneys to find a time for some of Plaintiffs' attorneys to inspect the Aurora facility.

Respectfully submitted this 21st day of July, 2017.

    As to objections, requests for production, requests for admission, and request for inspection:

    S/ Dana L. Eismeier
    Dana L. Eismeier, Esq.
    Michael Y. Ley, Esq.
    BURNS, FIGA & WILL, P.C.
    6400 S. Fiddlers' Green Circle, Suite 1000
    Greenwood Village, CO 80111
    Phone:    303-796-2626
    Fax:    303-796-2777
    Emails:    deismeier@bfwlaw.com
        mley@bfwlaw.com

    S/ Charles A. Deacon
    Charles A. Deacon, Esq.
    NORTON ROSE FULBRIGHT US LLP
    300 Convent Street, Suite 2100
    San Antonio, TX 79205-3792
    (210) 270-7133
    charlie.deacon@nortonrosefulbright.com

    Mark Emery, Esq.
    NORTON ROSE FULBRIGHT US LLP
    799 9th Street, NW, Suite 1000
    Washington, DC 20001-4501
    (202) 662-0210
    mark.emery@nortonrosefulbright.com

    **Attorneys for Defendant**
    **The GEO Group, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2017, I served the foregoing via electronic mail to the following:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, Colorado 80302
brandt@milsteinlawoffice.com

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, Colorado 80401
alex@towardsjustice.org

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, Tennessee 37219
Andrew@ImmigrantCivilRights.com

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501
mark.emery@nortonrosefulbright.com

P. David Lopez, Esq.
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Andrew Turner, Esq.
Kelman Buescher, P.C.
600 Grant Street, Suite 450
Denver, Colorado 80203
aturner@laborlawdenver.com

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, Colorado 80204
hans@themeyerlawoffice.com

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2200
San Antonio, Texas 79205-3792
charlie.deacon@nortonrosefulbright.com

Ashley Kathryn Boothby, Esq.
Kelman Buescher Firm
600 Grant Street, Suite 450
Denver, CO 80203
aboothby@laborlawdenver.com

Ossai Miazad, Esq.
Elizabeth V. Stork, Esq.
Juno E. Turner, Esq.
Outten & Golden, LLP
685 Third Ave., 25th Floor
New York, NY 10017
om@outtengolden.com

David Hollis Seligman, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218
david@towardsjustice.org

        S/ Michael Y. Ley
Dana L. Eismeier (#14379)
Michael Y. Ley (#43733)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:    303-796-2626
Fax:                      303-796-2777
Email:                  deismeier@bfwlaw.com
                           mley@bfwlaw.com