# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

No. 14 Civ. 2887 (JLK)

## PLAINTIFFS' SECOND SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado, Plaintiffs propound the following interrogatories to Defendant The GEO Group, Inc.  The information provided in response to these interrogatories must be given under oath whether it is secured by you, your agent, servant, representative or attorney, or any other person who has made this information known to you or from whom you can obtain this information and who is competent to testify as to the facts stated.

Defendant is required to serve written responses within thirty (30) days of service hereof. In answering these interrogatories, Defendant is requested to furnish all information, including hearsay, in possession of Defendant's attorneys, agents, investigators, employees, independent contractors, and all other persons acting on behalf of Defendant, and not merely information known by personal knowledge of the person answering these interrogatories.  A response to one interrogatory or part of an interrogatory may be incorporated by reference into a response to another interrogatory or parts thereof.

**DEFINITIONS**

Plaintiffs incorporate by reference the Definitions in Plaintiffs' First Set of Discovery Requests to Defendant, dated July 31, 2015. In addition, as used in these Interrogatories, the following terms have the following meanings:

1. "Compensation" means all monies and benefits, including: salaries, hourly wages, overtime wages, commissions, raises, and bonuses; or any other benefits given in return for work, tasks and/or duties.

2. The term "hours" includes full hours and partial hour(s).

3. "Plaintiffs" refers to the named plaintiffs in this litigation.

4. "Policy" or "Policies" mean each rule, procedure, or directive, formal or informal, written or unwritten, and each common understanding or course of conduct that was recognized as such by Defendant or persons acting or purporting to act on Defendant's behalf, that has been in effect at any time during the period covered by these demands. These terms include any change of policy.

5. "Relevant period" means the period from October 22, 2004 through the present for all requests related to the Housing Unit Sanitation Policy and October 22, 2012 through the present for all requests related to the VWP.

**INSTRUCTIONS**

Plaintiffs incorporate by reference the Instructions in Plaintiffs' First Set of Discovery Requests to Defendant, dated July 31, 2015. In addition, unless otherwise indicated, the following instructions apply to, and are incorporated into, all Definitions, Requests, and Instructions:

1. Unless otherwise indicated, all interrogatories pertain to the entirety of the

relevant period, and Defendant's responses should be updated regularly.

## INTERROGATORIES

**INTERROGATORY NO. 10**

Please describe and explain the possible consequences to the Plaintiffs for not complying with the Housing Unit Sanitation Policy.

**INTERROGATORY NO. 11**

For each Plaintiff, please provide a list of each day that the Plaintiff performed work, tasks and/or duties under the VWP, and, for each day listed, please describe the work, tasks and/or duties the Plaintiff performed, the hours Plaintiff worked, and what compensation the Plaintiff received.

**INTERROGATORY NO. 12**

For each Plaintiff, please provide a list of each day that the Plaintiff performed work, tasks and/or duties under the Housing Unit Sanitation Policy and, for each day listed, please describe the work, tasks and/or duties performed, the hours Plaintiff worked, where in the facility the work, tasks and/or duties were performed, and what compensation Plaintiff received.

**INTERROGATORY NO. 13**

Please describe each job, task and/or duty the Plaintiffs could have been required to perform under the Housing Unit Sanitation policy and the location with the facility that such work, tasks and/or duties were performed.

**INTERROGATORY NO. 14**

Please describe every disciplinary or corrective action taken against any Plaintiff between October 22, 2004 and the present and the reason for each disciplinary or corrective action.

**INTERROGATORY NO. 15**

3

Please explain how GEO determined the rate to be paid to Plaintiffs under the VWP policy between October 22, 2012 and the present.

### INTERROGATORY NO. 16

Please describe the total cost to GEO of running the Aurora detention facility without detainee participation in the Housing Unit Sanitation Policy or the VWP, including describing each type of cost GEO would expect to incur, which includes but is not limited to wages, taxes, benefits, and other expenses.

Dated:  September 29, 2017

By:   */s/ Juno Turner*
        Juno Turner

Juno Turner
Ossai Miazad
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
E-Mail: jturner@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David  Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1535 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org

4

andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant | No. 14 Civ. 2887 (JLK) |

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017 a copy of the foregoing Plaintiff's Second Set of Interrogatories was sent by E-Mail to the following counsel of record:

Dana L. Eismeier
Michael York Ley
**Burns, Figa & Will, P.C.**
deismeier@bfwlaw.com
mley@bfwlaw.com


Charles A. Deacon
Mark Thomas Emery
**Norton Rose Fulbright US LLP**
charlie.deacon@nortonrosefulbright.com
mark.emery@nortonrosefulbright.com


By: */s/ Juno Turner*
    Juno Turner