# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## DEFENDANT THE GEO GROUP, INC.'S RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION

Defendant, The GEO Group, Inc. ("GEO"), through its undersigned attorneys, hereby provides its Responses to Plaintiffs' Second Set of Requests for Production. In providing information responsive to Plaintiffs' written discovery, GEO does not intend to waive any applicable privilege or work product protection.

**DOCUMENT REQUESTS**

**REQUEST NO. 17**

All documents relating to the implementation and enforcement of the Housing Unit Sanitation Policy applicable during the period when Plaintiffs were subject to that policy, including but not limited to documents related to sanitation tasks performed by detainees pursuant to the Housing Unit Sanitation Policy and discipline to which detainees were subject for failing to complete those tasks or otherwise abide by the policy.

Response: Documents responsive to this request have already been produced.  See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery.  GEO is producing additional responsive documents.  The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 18**

All documents relating to the custodial maintenance of housing units or "pods" at the Aurora Facility.

Response: Documents responsive to this request have already been produced.  See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery.  GEO is producing additional responsive documents.  The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 19**

All documents relating to the implementation and enforcement of the VWP during the times when Plaintiffs were subject to the VWP.

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 20**

All documents that refer or relate to Plaintiffs' performance of work, tasks and/or duties pursuant to the Housing Unit Sanitation Policy, including all records of hours spent by Plaintiffs performing such work, tasks and/or duties.

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 21**

All documents that refer or relate to Plaintiffs' performance of work, tasks and/or duties pursuant to the VWP, including all documents that refer or relate to hours spent by Plaintiffs performing such work, tasks and/or duties.

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 22**

All documents that refer or relate to compensation received by Plaintiffs pursuant to the VWP.

Response: All documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery.

**REQUEST NO. 23**

All documents that refer or relate to the purpose, results, or effects of the VWP during the relevant period.

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 24**

All documents that refer or relate to the purpose, results, or effects of the Housing Unit Sanitation Policy during the relevant period.

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 25**

All documents that refer or relate to any guidelines, rules, regulations, or procedures for conducting disciplinary or corrective action during the relevant period related to the Housing Unit Sanitation Policy or the VWP. This includes but is not limited to any documents related to training by either United States Immigration and Customs Enforcement ("ICE") or Defendant on guidelines, rules, regulations, or procedures for conducting disciplinary or corrective action during the relevant period.

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 26**

All documents that refer or relate to any disciplinary or corrective action taken against any of the Plaintiffs between October 22, 2004 and the present.

Response: All documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery.

**REQUEST NO. 27**

All documents that refer or relate to staffing plans and/or schedules for work, tasks and/or duties at the Aurora Facility, between October 2004 and the present. This includes, but is not limited to, daily, weekly, or monthly staffing plans or employee rosters, and the units or buildings or areas and duties to which each employee or detainee was assigned.

5

Response: Documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery. GEO is producing additional responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 28**

All documents relating to any guidance, policies, and/or trainings for Defendant's employees at the Aurora Facility regarding forced labor and/or trafficking that were in effect during the periods when Plaintiffs were detainees.

Response: Responsive documents do not exist.

**REQUEST NO. 29**

All documents relating to any guidance, policies, and/or trainings for detainees at the Aurora facility regarding forced labor and/or trafficking during the periods when Plaintiffs were detainees.

Response: Responsive documents do not exist.

**REQUEST NO. 30**

All documents relating to any trainings for Defendant's employees regarding enforcement of Aurora rules, regulations, and/or policies including guidelines for use of force or use of punishment or discipline in enforcing such rules, regulations, and/or policies. This includes but is not limited to any documents related to training by either United States Immigration and Customs Enforcement ("ICE") or Defendant.

Response: GEO is producing responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

6

**REQUEST NO. 31**

All documents recording or relating to attendance at the trainings described in Requests 25, 28, 29 and 30.

Response: GEO is producing responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 32**

All documents reflecting the estimated costs of operating the Aurora facility without detainee work, tasks and/or duties.

Objection: GEO objects to this Request for Production because it is not relevant to the claims asserted or damages sought by Plaintiffs. Plaintiffs' calculation of damages is set forth in the Proposed Scheduling and Discovery Order, Doc. No. 61, pp. 7–9. The documents requested in this Request for Production have no bearing on Plaintiff's method of calculating damages.

Response: Without waiving the objection above, GEO states that responsive documents do not exist.

**REQUEST NO. 33**

All documents reflecting compensation paid to any GEO employee or independent contractor performing cleaning or maintenance work, tasks and/or duties at the Aurora Facility, or other types of work, tasks and/or duties encompassed by the VWP jobs available at the Aurora Facility.

Objection: GEO objects to this Request for Production because it is not relevant to the claims asserted or damages sought by Plaintiffs. Plaintiffs' calculation of damages is set forth in the Proposed Scheduling and Discovery Order, Doc. No. 61, pp. 7–9. The documents requested

7

in this Request for Production have no bearing on Plaintiff's method of calculating damages. This Request for production is broad enough to include all paystubs, checks, wire transfers, and tax documents provided to certain GEO employees. In addition to being irrelevant, this Request for Production is overly burdensome and unnecessarily invades the privacy of GEO's employees. Paystubs, checks, wire transfers, tax documents and other similar documents provided to GEO employees will not be produced.

Response: Without waiving the objection above, pursuant to the Service Contract Act of 1965, the wages and benefits of GEO's non-exempt employees are set by Department of Labor Wage Determinations. The Wage Determinations are equally available to Plaintiffs and Defendant and at least some of the Wage Determinations have already been produced. *See, e.g.*, GEO_MEN 27–28, 36–45. GEO is producing responsive documents. The Bates range is identified in the Bates log that is being produced with these responses.

**REQUEST NO. 34**

All documents referring or relating to compensation paid to VWP participants, including all communications between Defendant and ICE and/or between Defendant and Plaintiffs about VWP compensation at the Aurora Facility.

Response: All documents responsive to this request have already been produced. See the Bates log that GEO provided with its Second Supplemental Responses to Plaintiffs' Written Discovery.

8

Respectfully submitted this 13th day of November, 2017.

As to objections and responses to Requests for Production:

S/ Dana L. Eismeier
Dana L. Eismeier
Michael Y. Ley
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:           303-796-2626
Fax:             303-796-2777
Email:           deismeier@bfwlaw.com
                 mley@bfwlaw.com

S/ Charles A. Deacon
Charles A. Deacon, Esq.
NORTON ROSE FULBRIGHT US LLP
300 Convent Street, Suite 2100
San Antonio, TX  79205-3792
(210) 270-7133

Mark Emery, Esq.
NORTON ROSE FULBRIGHT US LLP
799 9th Street, NW, Suite 1000
Washington, DC  20001-4501
(202) 662-0210

**Attorneys for Defendant
The GEO Group, Inc.**

9

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 13th day of November, 2017, I served the foregoing **DEFENDANT THE GEO GROUP, INC.'S RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION** via email to the following:

Brandt Milstein, Esq.
Milstein Law Office
5959 Canyon Boulevard
Boulder, Colorado 80302

Alexander Hood, Esq.
Towards Justice
601 16th Street, Suite C #207
Golden, Colorado 80401

R. Andrew Free, Esq.
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, Tennessee 37219

Mark Emery, Esq.
Norton Rose Fulbright US LLP
799 9th Street, NW, Suite 1000
Washington, DC 20001-4501

P. David Lopez, Esq.
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001

David Hollis Seligman, Esq.
Towards Justice
1535 High Street, Suite 300
Denver, CO 80218

Andrew Turner, Esq.
Kelman Buescher, P.C.
600 Grant Street, Suite 450
Denver, Colorado 80203

Hans Meyer, Esq.
Meyer Law Office, P.C.
P.O. Box 40394
Denver, Colorado 80204

Charles A. Deacon, Esq.
Norton Rose Fulbright US LLP
300 Convent Street, Suite 2200
San Antonio, Texas 79205-3792

Ashley Kathryn Boothby, Esq.
Kelman Buescher Firm
600 Grant Street, Suite 450
Denver, CO 80203

Ossai Miazad, Esq.
Elizabeth V. Stork, Esq.
Juno E. Turner, Esq.
Outten & Golden, LLP
685 Third Ave., 25th Floor
New York, NY 10017

10

S/ Michael Y. Ley
Michael Y. Ley
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:	303-796-2626
Fax:	303-796-2777
Email:	mley@bfwlaw.com

**Attorneys for Defendant
The GEO Group, Inc.**

11