# Exhibit M



# U.S. Department of Justice

Robert C. Troyer
United States Attorney
District of Colorado

Timothy B. Jafek
303-454-0104
timothy.jafek@usdoj.gov

*1225 17th Street, Suite 700*
*Denver, CO  80202*

August 28, 2018

**By email and First-class mail**

Alexander Neville Hood
Towards Justice-Denver
1410 High Street Suite 300
Denver, CO  80218
Email:Alex@towardsjustice.Org

Charles A. Deacon
Norton Rose Fulbright US LLP-San Antonio
300 Convent Street Suite 2200
San Antonio, TX  78205
Email:Charlie.Deacon@nortonrosefulbright.Com

*Additional addressees starting on page 4*

     **RE:**   *Menocal*, et al. *v. The GEO Group*, 14-cv-02887-JLK

Dear Counsel:

    I write as a follow up to my letter dated August 21, 2018, after a review of the parties' (proposed) Stipulated Scheduling Order ("Proposed Order").  Doc. 139.  I write with respect to a single discrete issue; the exclusion of comment on other aspects of the Proposed Order should not be interpreted as agreement or disagreement with any other aspect of the Proposed Order.

    The Proposed Order stated, in part, that "GEO will produce a list of detainees from 2006 through 2014 in Excel format by no later than September 24, 2018." *Id.* at 17.  ICE believes that that information is covered by the Privacy Act, 5 U.S.C. § 552a, for the reasons described in the August 21, 2018, letter.  ICE also believes that other information that the parties may disclose or request may be covered by the Privacy Act as described in that letter.

The Privacy Act, 5 U.S.C. § 552a protects against the disclosure of personally identifiable information found in a system of records, which includes any data that could potentially identify a specific individual, or any information that can be used to distinguish one individual from another and can be used for de-anonymizing anonymous data. The protective order that has been filed in the above-captioned case does not authorize disclosure of documents or information covered by the Privacy Act that may contain personally identifiable information; nor does it require that such documents be marked confidential. Revisions to the protective order will be required before disclosures subject to the Privacy Act may be made. Additionally, the addition of language to the protective order that references the Privacy Act would decrease the number of potential redactions of personally identifiable information that may be necessary.

As stated in the August 21, 2018 letter, ICE believes that an amendment to the Protective Order in the case, Doc. 45, could allow disclosure of information in this case protected by the Privacy Act. Specifically, 5 U.S.C. § 552a(b)(11) permits disclosure pursuant to a qualifying court order. ICE believes that adding the following language to the Protective Order would satisfy § 552a(b)(11):

> This Protective Order is an order of the Court pursuant to 5 U.S.C. § 552a(b)(11) that allows for the disclosure of documents or information whose disclosure would otherwise be prohibited by the Privacy Act of 1974. Such information shall be marked confidential.

That language would satisfactorily address the Privacy Act concerns described in my August 21, 2018 letter. Note that this language does not address the other statutory and regulatory restrictions on disclosure discussed in the 2018 letter. Please confirm by no later than September 10, 2018, that the parties will request that the Protective Order be amended to include this language prior to the disclosure of any information, including the list of detainees that GEO endeavors to produce by September 24, 2018.

Thank you in advance for your cooperation in this matter. Should you have any questions or concerns regarding the above, please do not hesitate to contact me.

Sincerely,

*s/ Timothy B. Jafek*
Timothy B. Jafek
Assistant U.S. Attorney

cc:   ICE counsel

**Additional addressees:**

*Plaintiffs' counsel:*

Andrew H. Turner
Kelman Buescher Firm
600 Grant Street Suite 825
Denver, CO  80203
Email:Aturner@laborlawdenver.Com

Hans Christopher Meyer
Meyer Law Office, P.C.
P.O. Box 40394
1029 Santa Fe Drive
Denver, CO  80204
Email:Hans@themeyerlawoffice.Com

P. David Lopez
Outten & Golden, LLP-DC
601 Massachusetts Avenue Nw 2nd Floor West Suite
Washington, DC  20001
Email:Pdl@outtengolden.Com

Ashley Kathryn Boothby
Kelman Buescher Firm
600 Grant Street Suite 450
Denver, CO  80203
Email:Aboothby@laborlawdenver.Com

David Hollis Seligman
Towards Justice-Denver
1410 High Street Suite 300
Denver, CO  80218
Email:David@towardsjustice.Org

Juno E. Turner
Outten & Golden, LLP-New York
685 Third Avenue 25th Floor
New York, NY  10017
Email:Jturner@outtengolden.Com

Ossai Miazad
Outten & Golden, LLP-New York
685 Third Avenue 25th Floor
New York, NY  10017
Email:Om@outtengolden.Com

Rachel Williams Dempsey
Outten & Golden, LLP-San Francisco
One California Street 12th Floor
San Francisco, CA  94111
Email:Rdempsey@outtengolden.Com

Robert Andrew Free
R. Andrew Free Law Office
414 Union Street Suite 900
Email:Andrew@immigrantcivilrights.Com

Brandt Powers Milstein
Milstein Law Office
1123 Spruce Street
Boulder, CO  80302
Email:Brandt@milsteinlawoffice.Com


*Defendant's counsel:*

Dana L. Eismeier
Burns Figa & Will, P.C.
6400 South Fiddlers Green Circle Plaza Tower One Suite 1000
Greenwood Village, CO  80111
Email:Deismeier@bfwlaw.Com

Mark Thomas Emery
Norton Rose Fulbright US LLP-DC
799 9th Street Suite 1000
Washington, DC  20001-4501
Email:Mark.Emery@nortonrosefulbright.Com

Michael York Ley
Burns Figa & Will, P.C.
6400 South Fiddlers Green Circle Plaza Tower One Suite 1000
Greenwood Village, CO  80111
Email:Mley@bfwlaw.Com