IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

**DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT N TO PLAINTIFFS' MOTION TO COMPEL (ECF NO. 169-1)**

Defendant, The GEO Group, Inc. ("GEO"), through its undersigned attorneys and pursuant to D.C.COLO.LCivR 7.2(c), respectfully moves to impose Level 1 Restriction for Exhibit N to Plaintiffs' March 18, 2019 Motion to Compel (ECF No. 169-1).

**D.C.COLO.LCivR 7.1 Certification**: The undersigned certifies that GEO's counsel has conferred in good faith with Plaintiffs' counsel regarding the relief requested in this Motion. Plaintiffs' counsel does not take any position with respect to the relief requested in this Motion.

On March 18, 2019, in connection with their Motion to Compel, Plaintiffs filed a "Notice of Filing Exhibits to Plaintiffs' Motion to Compel (ECF No. 168) as Restricted Documents Pursuant to D. Colo. L. Civ. R. 7.2." (ECF No. 169.)  The restricted exhibit, Exhibit N (ECF No. 169-1), is an email exchange relating to class list production that was marked "CONFIDENTIAL."  This exhibit contains significant internal information regarding ICE's processes and procedures that is confidential.  Pursuant to the Amended Stipulated Protective Order Concerning Confidential Information entered by the Court on November 26, 2018, material may be marked "Confidential" if it is "official Government information or other information implicating privacy or proprietary interests of the Plaintiffs, the Defendant, ICE or another nonparty…"  (ECF No. 155 at p. 3.)

If public access to Exhibit N (ECF No. 169-1) is not restricted, confidential and sensitive information regarding ICE's and GEO's processes and procedures will become publicly disseminated, contrary to the intent of the Amended Stipulated Protective Order.  Because almost all of Exhibit N contains confidential information, no alternative to restriction is practicable.  Accordingly, GEO respectfully requests that Exhibit N to Plaintiffs' Motion to Compel (ECF No. 169-1) be given Level 1 Restriction.

3

Respectfully submitted this 1st day of April, 2019.

 S/ Dana L. Eismeier
Dana L. Eismeier
Michael Y. Ley
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone: 303-796-2626
Fax: 303-796-2777
Email: deismeier@bfwlaw.com
mley@bfwlaw.com

**Attorneys for Defendant**
**The GEO Group, Inc.**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2019, I electronically filed the foregoing **DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT N TO PLAINTIFFS' MOTION TO COMPEL (ECF NO. 169-1)** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Brandt Milstein
Milstein Law Office
5959 Canyon Boulevard
Boulder, CO 80302
brandt@milsteinlawoffice.com

Andrew Turner
Ashley Boothby
The Kleman Buescher Firm
600 Grant Street, Suite 825
Denver, CO 80203
aturner@laborlawdenver.com
aboothby@laborlawdenver.com

Alexander Hood
Towards Justice
1410 High Street
Denver, CO 80218
alex@towardsjustice.org

Hans Meyer
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

R. Andrew Free
Law Office of R. Andrew Free
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Andrew@ImmigrantCivilRights.com

Rachel W. Dempsey
Outten & Golden LLP
One California Street, 12th Floor
San Francisco, CA 94111
rdempsey@outtengolden.com

P. David Lopez
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Ossai Miazad
Juno E. Turner
Outten & Golden, LLP
685 Third Ave., 25th Floor
New York, NY 10017
om@outtengolden.com
jturner@outtengolden.com

David Seligman
Towards Justice
1410 High Street
Denver, CO 80218
david@towardsjustice.org

Carolyn Short
Valerie Brown
Holland & Knight LLP – Philadelphia
Circa Center
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Carolyn.Short@hklaw.com
valerie.brown@hklaw.com

4

 S/ Dana L. Eismeier
Dana L. Eismeier
Michael Y. Ley
BURNS, FIGA & WILL, P.C.
6400 S. Fiddlers' Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:          303-796-2626
Fax:             303-796-2777
Email:          mley@bfwlaw.com

**Attorneys for Defendant**
**The GEO Group, Inc.**