IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## ORDER

THIS MATTER, coming before the Court upon Defendant's Motion to Restrict Access to Exhibit N to Plaintiffs' Motion to Compel (ECF No. 169-1), and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion to Restrict (ECF No. 172) is GRANTED. The Clerk is hereby directed to place Exhibit N to Plaintiffs' Motion to Compel (ECF No. 169-1) under Restriction Level 1 pursuant to D.C.COLO.LCivR 7.2, limiting access thereto to the Parties and the Court.

2

DATED this 2nd day of April, 2019

BY THE COURT:

_____
John L. Kane
Senior United States District Court Judge

2