**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own behalf and on behalf of others similarly situated*,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

---

**STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

---

**WHEREAS**, on March 18, 2019, Plaintiffs filed a Motion to Compel (the "Motion") disclosures and discovery responses withheld by Defendant The GEO Group, Inc. ("GEO"), including but not limited to a complete list of class members; and

**WHEREAS**, on March 30, 2019, the Court directed GEO to file its response on or before April 2, 2019; and

**WHEREAS**, on April 1, 2019, the parties met and conferred about the issues in Plaintiffs' motion;

**NOW, THEREFORE**, subject to the Protective Order entered on November 26, 2018 (Dkt. No. 157), the parties hereby stipulate and agree as follows:

1. GEO will continue to comply with the Court's Order entered on June 6, 2017 (Dkt. No. 84). GEO does not waive its right to challenge the Court's order or the applicability of *U.S. ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951) on appeal;

2. GEO stipulates that it is not currently withholding any documents or other discovery responses in this case at ICE's request, or pursuant to GEO's contract with ICE, or pending any other form of ICE review;

3. GEO will provide Plaintiffs with class list information in its possession no later than fourteen (14) days after the Court "so orders" this stipulation;

4. Beginning 30 days after the after the Court "so orders" this stipulation, and every thirty (30) days thereafter, GEO will produce a log of any documents responsive to Plaintiffs' discovery requests that GEO has withheld or delayed at ICE's request, or pursuant to GEO's contract with ICE, or pending any other form of ICE review;

5. Plaintiffs will withdraw their Motion without prejudice to refiling.

Dated: April 2, 2019

*/s/ Juno Turner*_____
Juno Turner
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: jturner@outtengolden.com

*Class Counsel*

Dated: April 2, 2019

*/s/ Carolyn P. Short*_____
Carolyn P. Short
**HOLLAND & KNIGHT LLP**

2

2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone:  (215) 252-9553
Carolyn.Short@hklaw.com

*Counsel for Defendant*

SO ORDERED:

_____   Date:  _____
The Honorable John L. Kane
Senior U.S. District Court Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Carolyn P. Short*
Carolyn P. Short
**HOLLAND & KNIGHT LLP**
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9553
Carolyn.Short@hklaw.com