# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own behalf and on behalf of others similarly situated*,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

_____

ORDER REGARDING PLAINTFFS' MOTION TO COMPEL AND STIPULATION OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY
_____

This matter comes before me on Plaintiffs' Motion to Compel (ECF No. 168) and the parties' Stipulation Regarding Plaintiffs' Motion to Compel Discovery (ECF No. 174). The Stipulation agreeing that, subject to the Protective Order entered on November 26, 2018 (ECF No. 157):

    1.    GEO will continue to comply with the Court's Order entered on June 6, 2017 (Dkt. No. 84). GEO does not waive its right to challenge the Court's order or the applicability of *U.S. ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951) on appeal;

2. GEO is not currently withholding any documents or other discovery responses in this case at ICE's request, or pursuant to GEO's contract with ICE, or pending any other form of ICE review;

3. GEO will provide Plaintiffs with class list information in its possession no later than April 17, 2019;

4. Beginning May 3, 2019, and every thirty (30) days thereafter, GEO will produce a log of any documents responsive to Plaintiffs' discovery requests that GEO has withheld or delayed at ICE's request, or pursuant to GEO's contract with ICE, or pending any other form of ICE review;

the Stipulation is construed as a Motion to Withdraw the Motion to Compel (ECF No. 168) and is GRANTED.[1] Plaintiffs' Motion to Compel is WITHDRAWN without prejudice to refile, and the Motion Hearing set for April 9, 2019, at 10:30 a.m. is VACATED.

DATED this 3rd day of April, 2019

BY THE COURT:

_John L. Kane_
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE

---

[1] The parties are directed to familiarize themselves with the Local Rules regarding motion practice and proposed orders specifically. *See, e.g.*, D.C.COLO.LCivR 7.1(g).