IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, et al.,

    Plaintiffs,
v.

THE GEO GROUP, INC.,

    Defendant.

---

**DEFENDANT THE GEO GROUP, INC.'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AFFIRMATIVE DEFENSE NUMBER 20 FROM DEFENDANT'S ANSWER**

---

Defendant The GEO Group, Inc. ("GEO"), by and through it is counsel, Holland & Knight LLP, moves for leave to withdraw the Separate and Affirmative defense number 20 asserted in Defendant's Answer.  As grounds, GEO states:

1. <u>Certificate of Compliance with D.C.Colo.LCivR 7.1A</u>. Counsel for Defendant certify that they have conferred with opposing counsel who has indicated that we may represent that Plaintiffs do not oppose the relief sought.

2. GEO's Answer included Affirmative Defense number 20 which states: "If any plaintiff recovers on any claim, his or her recovery is subject to set off for the benefits that he or she received while in the Aurora Detention Facility, in law or equity." (Def.'s Answer 15, ECF No. 26.)

3. Upon further consideration of the issues presented in this action, GEO no longer wishes to assert Affirmative Defense 20.

1

4. A party may amend its pleading with the opposing party's written consent or the court's leave. F.R.C.P. 15(a)(2). Withdrawal of GEO's Affirmative Defense 20 is unopposed by the Plaintiffs, confirmed in writing in email correspondence between counsel.

WHEREFORE, Defendant GEO respectfully requests that this Court grant GEO's request for leave to withdraw its Separate and Affirmative Defense number 20.

| | |
|---|---|
| Dated: April 26, 2019 | **HOLLAND & KNIGHT LLP**<br>/s/ *Carolyn P. Short*<br>Carolyn P. Short<br>Valerie E. Brown<br>2929 Arch Street, Suite 800<br>Philadelphia, PA 19104<br>Telephone: (215) 252-9569<br>Facsimile: (215) 867-6070<br>Valerie.Brown@hklaw.com<br>Carolyn.Short@hklaw.com<br><br>**BURNS FIGA & WILL, P.C.**<br>Dana L. Eismeier<br>Michael Y. Ley<br>6400 South Fiddlers Green Circle<br>Plaza Tower One<br>Suite 1000<br>Greenwood Village, CO 80111<br>Telephone: (303) 796-2626<br>Facsimile: (303) 796-2777<br>deismeier@bfwlaw.com<br>mley@bfwlaw.com<br><br>**ATTORNEYS FOR DEFENDANT<br>THE GEO GROUP, INC.** |

2

## CERTIFICATE OF SERVICE

I, Carolyn P. Short, certify that on April 26, 2019, I caused to be served a true and correct copy of the above GEO's **Motion for Leave to Withdraw Affirmative Defense Number 20 from Defendant's Answer**, via Electronic Transmission as follows:

**TOWARDS JUSTICE**
Alexander N. Hood
David H. Seligman
1410 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.com

**KELMAN BUESCHER FIRM**
Andrew H. Turner
Ashley K. Boothby
600 Grant Street
Denver, CO 80203
aturner@laborlawdenver.com
aboothby@laborlawdenver.com

**MEYER LAW OFFICE, P.C.**
Hans C. Meyer
P.O. Box 40394
1029 Santa Fe Drive
Denver, CO 80204
hans@themeyerlawoffice.com

**MILSTEIN LAW OFFICE**
Brandt P. Milstein
1123 Spruce Street
Boulder, CO 80302
brandt@milsteinlawoffice.com

**OUTTEN & GOLDEN, LLP**
P. David Lopez
601 Massachusetts Avenue NW
2nd Floor West Suite
Washington, D.C. 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey

3

One California Street, 12th Floor
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Juno E. Turner
Ossai Miazad
685 Third Avenue, 25th Floor
New York, NY 10017
jturner@outtengolden.com
om@outtengolden.com

**R. ANDREW FREE LAW OFFICE**
R. Andrew Free
414 Union Street, Suite 900
Nashville, TN 37209
andrew@immigrantcivilrights.com

      I certify under penalty of perjury under the State of Colorado that the above information is true and correct.

      Dated this 26th day of April 2019.

                */s/ Carolyn P. Short*
                Carolyn P. Short