## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL, *et al*.,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING DEFENDANT'S WITHDRAWAL OF A DEFENSE PUT FORTH IN DEFENDANT'S ANSWER

The parties, by and through their respective counsel, have conferred on the withdrawal of Defendant's Separate and Affirmative Defense Number 20. No party to this action objects to the relief sought, and with the Court being fully advised as to the same, it is hereby ORDERED:

That Defendant The Geo Group, Inc.'s Unopposed Motion to Withdraw an Affirmative Defense Stated in Defendant's Answer is Granted.

DATED this 29th day of April, 2019

BY THE COURT:

*/s/ John L. Kane*

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE