# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL *ET AL.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,
    Defendant.

## NOTICE OF CHANGE OF FIRM AND ADDRESS FOR PLAINTIFFS' ATTORNEY JUNO TURNER

**TO THE COURT AND ALL PARTIES:**

    The address for Plaintiffs' attorney Juno Turner is now as follows:

1410 High St.
Suite 300
Denver, CO 80218.

DATED May 16, 2019                      Respectfully Submitted,

                                                *s/*Juno Turner
                                                Juno Turner
                                                Towards Justice
                                                1410 High St., Suite 300
                                                Denver, CO 80218
                                                Ph: 720-248-8426
                                                Email: juno@towardsjustice.org

## Certificate of Service

  I hereby certify that on May 16, 2019, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

                   *s/*Deborah Schaffer
                   Deborah Schaffer