*Menocal, et al. v. The Geo Group*,
**1:14-cv-02887-JLK**
**Index of Exhibits to Declaration of Alexander Hood in Support of Plaintiffs' Motion to Compel**

| Exhibit | Description |
|---|---|
| A | Plaintiffs' Notice of Deposition under Fed. R. Civ. P. 30(b)(6), dated January 12, 2016. |
| B | March 9, 2016 email from Shelby Felton regarding GEO's objections and the parties' negotiations as to the scope of the Original Notice. |
| C | Plaintiffs' Amended Notice of Deposition under Fed. R. Civ. P. 30(b)(6), dated March 9, 2016. |
| D | Transcript of the Rule 30(b)(6) deposition of Melody Furst, dated March 29, 2016. |
| E | Plaintiffs' Notice of Deposition under Fed. R. Civ. P. 30(b)(6), dated December 15, 2017. |
| F | February 16, 2018 letter from Elizabeth Stork to GEO's counsel. |
| G | Plaintiffs' Notice of Deposition under Fed. R. Civ. P. 30(b)(6), dated November 2, 2018. |
| H | January 9, 2019 email from Naomi Beer to Plaintiffs' counsel. |
| I | January 28, 2019 letter from Naomi Beer to Plaintiffs' counsel. |
| J | April 19, 2019 email from Valerie Brown to Plaintiffs' counsel. |
| K | April 26, 2019 letter from Carolyn Short to Plaintiffs' counsel. |
| L | Plaintiffs' First Set of Discovery Requests, dated July 31, 2015. |
| M | GEO's Responses and Objections to First Set of Discovery Requests dated September 23, 2015. |
| N | Plaintiffs' Second Set of Requests for Inspection, dated December 15, 2017, and limited to Plaintiffs' individual claims only. |
| O | Plaintiffs' amended Second Set of Requests for Inspection, dated November 2, 2018. |
| P | December 27, 2018 letter from Naomi Beer to Plaintiffs' counsel. |
| Q | GEO's Responses and Objections to Plaintiffs' Second RFI, dated April 26, 2019. |
| R | Yahoo! News article titled, "Internal review of detainee death reveals medical neglect at a Denver immigration jail," dated May 19, 2019, available at https://news.yahoo.com/internal-review-reveals-medical-neglect-at-a-denver-immigration-jail-172814367.html?soc_src=hl-viewer&soc_trk=tw, and showing photos inside GEO facilities taken during "media tour[s]" of the facilities. |