# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL *et al.*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**NOTICE OF FRCP 30(b)(6) DEPOSITION OF DEFENDANT THE GEO GROUP INC.**

---

TO: Defendant THE GEO GROUP, INC. (hereinafter "Geo").

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), counsel for Plaintiff will take the deposition of Defendant on 1/26/2016 at 10:00 a.m. at 600 Grant Street, Suite 450 Denver, CO  80203 on the topics detailed below. Geo shall identify the persons who will speak on its behalf on each topic below at least seven days before the deposition(s). This deposition will be taken before a certified court reporter, will be recorded by stenographic means, may be adjourned from day to day until completed, and may occur over several days if more than one person is necessary to provide the information requested.

    As used in this Notice, the term "Defendant" means, without limitation, the responding party.

As used in this Notice, the term "You" means the corporate defendant answering these requests, and any person acting on that corporation's behalf.

When you are asked to "identify" a particular employee or person, you are to provide that

person's full name, current or last job title, and current physical work address if still employed

by you; if the person is not still employed by you, provide the last known address, phone

numbers, e-mail address or other available contact information.

You are advised that you must designate one or more officers, directors, managing

agents, or other persons who will testify on your behalf regarding the topics listed here.

## **TOPICS**

1. Policies and practices, over the ten years prior to the filing of this litigation until now, regarding the use of solitary confinement by Geo's Aurora Detention Facility, including but not limited to:

   a. When and whether solitary confinement is appropriate and the treatment of detainees immediately before, during, and after Geo has committed them to solitary confinement.

   b. Instances in which solitary confinement has been used at Geo's Aurora Detention Facility.

   c. Documentation of the use of solitary confinement at Geo's Aurora Detention Facility.

   d. Policies and practices regarding the training and oversight of Geo employees on matters related to solitary confinement, including discipline of employees relating to their use or threatened use of solitary confinement on detainees.

   e. Communications with Geo employees regarding the use of solitary confinement, including communications in the course of trainings and communications during the course of employment.

   f. Communications with detainees regarding the use of solitary confinement, including communications regarding when and whether solitary confinement is appropriate and communications regarding the treatment of detainees immediately before, during, and after Geo has committed them to solitary confinement.

2. Policies and practices, over the ten years prior to the filing of this litigation until now, regarding the Geo Aurora Detention Facility's "Housing Unit Sanitation Policy" and any

2

other policies regarding detainees' responsibilities to clean Geo property, including but not limited to:

   a. The nature of these policies, the nature and extent of work detainees must perform under these policies, supervision of detainees' work related to these policies, and the consequences for detainees of failing to perform this work and of completing the work successfully.

   b. The number of detainees who have performed work under these policies or who have been disciplined or threatened with discipline for not performing work under these policies.

   c. Policies and practices regarding the training and oversight of Geo employees on the "Housing Unit Sanitation Policy" and any other policies regarding detainees' responsibilities to clean Geo property, including discipline of employees relating to their implementation of these policies.

   d. Communications with Geo employees regarding the "Housing Unit Sanitation Policy" and any other policies regarding detainees' responsibilities to clean Geo property, including communications in the course of trainings and communications during the course of employment.

   e. Communications with detainees regarding the "Housing Unit Sanitation Policy" and any other policies regarding detainees' responsibilities to clean Geo property.

   f. Employees, contractors, or others performing work in the Aurora Detention Facility and other Geo facilities that is the same or similar as work performed under the "Housing Unit Sanitation Policy", the scope of their work, and the value of their services.

3. Policies and practices regarding the Voluntary Work Program ("VWP") at Geo's Aurora Detention Facility, over the three years prior to the filing of this litigation until now, including but not limited to:

   a. Selection, pay, work assignments, supervision, and discipline of VWP participants.

   b. The number of participants in the VWP.

   c. The quantity, scope, and type of work performed by VWP participants.

   d. The value of the work performed by VWP participants.

3

   e.   Total compensation paid to VWP participants at the Aurora Detention Facility
        and paid to VWP participants at other Geo facilities.

   f.   Detainee's use of funds obtained through participation in the VWP.

   g.   Policies and practices relating to products sold by Geo or Geo contractors to
        detainees, including but not limited to sanitary products, and phone cards or other
        means detainees use to communicate with people outside of the facility.

   h.   Employees, contractors, or others performing work in the Aurora Detention
        Facility and other Geo facilities that is the same or similar as work performed
        under the VWP, the scope of their work, and the value of their services.

   i.   Policies and practices regarding the training and oversight of Geo employees on
        the VWP, including discipline of employees relating to their implementation of
        the VWP.

   j.   Communications with Geo employees regarding the VWP, including
        communications during the course of trainings and communications during
        employment.

   k.   Communications with detainees regarding the VWP or regarding the value to
        them of working during their detention.

DATED: 1/12/16


                                              s/Alexander Hood
                                              Alexander Hood
                                              Towards Justice
                                              1535 High St., Suite 300
                                              Denver, CO 80218
                                              Tel.: 720-239-2606
                                              Fax: 303-957-2289
                                              Email: alex@towardsjustice.org


                                      4

**Certificate of Service**

On 1/12/2016, I served the forgoing electronically on the following individuals pursuant to FRCP 5:

*Attorneys for Defendant*

Shelby Felton
Charles Deacon
Mark Emery
David DeMuro

 s/Alexander Hood
Alexander Hood
Attorney for the Plaintiff