# Exhibit H

| | |
|---|---|
| **From:** | BeerN@gtlaw.com |
| **To:** | Stork, Elizabeth V. |
| **Cc:** | schipmas@gtlaw.com; PalmerDG@gtlaw.com; ellisond@gtlaw.com; deismeier@bfwlaw.com; mley@bfwlaw.com; Dempsey, Rachel; Koshkin, Adam L.; Lopez, David; Alex Hood; David Seligman; Andrew Schmidt; Andrew Free; Brandt Milstein; Andrew Turner; Hans Meyer; Miazad, Ossai; eatonj@gtlaw.com; Turner, Juno |
| **Subject:** | RE: Alejandro Menocal v. The GEO Group, Inc. - Case No. 2014CV02887 [IWOV-OGDMS.FID580332] |
| **Date:** | Wednesday, January 9, 2019 7:34:26 PM |

Thank you for the extension on the written discovery.  I had a call with Juno and Rachel earlier today on other issues and we discussed possible times for a discovery phone call next week – would Tuesday, January 15 at 4 pm Eastern work for you?

As to the deposition and inspection, we agree that those are not feasible in January.  And the government shutdown poses additional complications for discovery, including, in particular the inspection which must be coordinated through the government.  That being said, we can discuss those issues further on our call, including the questions we posed in our December 27 letter about the inspection parameters.

Thanks,
Naomi


**Naomi G. Beer**
Co-Chair, Global Labor & Employment Practice

Greenberg Traurig, LLP
1200 17th Street, Suite 2400 | Denver, Colorado 80202
T 303.572.6549 | F 720.904.7649 | C 303.810.5821
BeerN@gtlaw.com | www.gtlaw.com  | View GT Biography




**From:** Stork, Elizabeth V. [mailto:estork@outtengolden.com]
**Sent:** Friday, December 28, 2018 2:28 PM
**To:** Beer, Naomi (Shld-Den-LT-Labor-EmpLaw) <BeerN@gtlaw.com>
**Cc:** Schipma, Scott A. (Shld-DC-GvtCntr) <schipmas@gtlaw.com>; Palmer, David (Shld-Den-LT) <PalmerDG@gtlaw.com>; Ellison, Dawn (OfCnsl-DC-LT) <ellisond@gtlaw.com>; deismeier@bfwlaw.com; mley@bfwlaw.com; Dempsey, Rachel <rdempsey@outtengolden.com>; Koshkin, Adam L. <AKoshkin@outtengolden.com>; Lopez, David <pdl@outtengolden.com>; Alex Hood <alex@towardsjustice.org>; David Seligman <david@towardsjustice.org>; Andrew Schmidt <andy@towardsjustice.org>; Andrew Free <andrew@immigrantcivilrights.com>; Brandt Milstein <brandt@milsteinlawoffice.com>; Andrew Turner <aturner@laborlawdenver.com>; Hans Meyer <hans@themeyerlawoffice.com>; Miazad, Ossai <om@outtengolden.com>; Eaton, Julie (Secy-Den-LT) <eatonj@gtlaw.com>; Turner, Juno <jturner@outtengolden.com>
**Subject:** RE: Alejandro Menocal v. The GEO Group, Inc. - Case No. 2014CV02887 [IWOV-

OGDMS.FID580332]

Naomi,

Thank you for your letters.  The timelines you suggest for responding to our December 14 letter and our most recent discovery requests are fine with us.  Given these extensions and in light of our prior conversations, we would also like to discuss rescheduling the inspection and Rule 30(b)(6) deposition from January to February or March.

Since you plan to respond to our December 14 letter in the first part of January, could you tell us your availability for a meet and confer call during the week of January 14?  We can then discuss your responses to our letter and our recent requests, as well as deposition and inspection dates and the logistics related to the inspection.

Best,
Liz



Outten & Golden LLP

**Elizabeth V. Stork** | **Associate**
685 Third Ave, 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-952-9107
estork@outtengolden.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** eatonj@gtlaw.com <eatonj@gtlaw.com>
**Sent:** Thursday, December 27, 2018 12:24 PM
**To:** Turner, Juno <jturner@outtengolden.com>; Stork, Elizabeth V. <estork@outtengolden.com>
**Cc:** schipmas@gtlaw.com; PalmerDG@gtlaw.com; ellisond@gtlaw.com; deismeier@bfwlaw.com; mley@bfwlaw.com; Dempsey, Rachel <rdempsey@outtengolden.com>; Koshkin, Adam L. <AKoshkin@outtengolden.com>; Lopez, David <pdl@outtengolden.com>; Alex Hood <alex@towardsjustice.org>; David Seligman <david@towardsjustice.org>; Andrew Schmidt <andy@towardsjustice.org>; Andrew Free <andrew@immigrantcivilrights.com>; Brandt Milstein <brandt@milsteinlawoffice.com>; Andrew Turner <aturner@laborlawdenver.com>; Hans Meyer <hans@themeyerlawoffice.com>; BeerN@gtlaw.com; Miazad, Ossai <OM@outtengolden.com>
**Subject:** Alejandro Menocal v. The GEO Group, Inc. - Case No. 2014CV02887

Please see the attached correspondence from Naomi Beer.

Thank you,
Julie

**Julie Eaton**
*Legal Assistant to Robert Kaufman, Naomi Beer,*
  *John Crisham, Jeannette Brook, Jeffrey Lippa,*
  *Amber Stephens and Jennifer Little*
Greenberg Traurig, LLP
1200 17th Street, Suite 2400 | Denver, Colorado 80202
T 303.572.6517 | F 720.904.7617
eatonj@gtlaw.com | www.gtlaw.com



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.