# Exhibit J

| | |
|---|---|
| **From:** | Valerie.Brown@hklaw.com |
| **To:** | Dempsey, Rachel; Turner, Juno |
| **Cc:** | GeoPlaintiffsCounsel; Carolyn.Short@hklaw.com; deismeier@bfwlaw.com; mley@bfwlaw.com |
| **Subject:** | RE: Menocal - open discovery issues [IWOV-OGDMS.FID580332] |
| **Date:** | Friday, April 19, 2019 5:13:21 PM |

Rachel,

Thank you for your email.  We are available on Tuesday at 4pm for the meet and confer.

We are happy to add the class list issue to the topics for discussion during the meet and confer.  I have heard back from GEO and due to the age of the data pulled from the Keefe records, they do not have any records from the 2004-2006 time period from which they can cross-reference the detainee id numbers with A-numbers.  We are happy to discuss any questions you may have about this and the other class list issues you identify below on our call on Tuesday afternoon.

There are number of open discovery items that we expect we will cover during the meet and confer.  In advance of the meeting, below is an update on some of those items:

- Site Inspection: We are preparing formal objections to the site inspection, but expect to have a proposal to you about the specifics of the site inspection by the end of next week.  The June timeframe for the inspection should be fine, and we think it would be best to further discuss on Tuesday some of the limitations we are currently aware of and discuss particular asks from Plaintiffs for the inspection so that we may determine whether there any safety or security concerns implicated by them;
- 30(b)(6) deposition notice: We are also preparing specific objections to the topics listed in your notice of 30(b)(6) deposition.  The timing for the deposition in June should also be fine.  We are still determining whether multiple individuals will be necessary, but if there is a particular timeframe in June that works best, please let us know so that we can block off the time of counsel and witnesses.
- Supplemental hit report: I sent an email to you earlier this week addressing this issue.  I think there is more for us to discuss on this topic, which we can do on Tuesday or at a later date.
- Contract provisions: You've asked us to provide you with citations to the portions of its contracts with ICE that GEO believes may require it to consult with ICE prior to producing certain documentation.  As an initial general response to this request, HSCEDM-11-D-00003 provides that any person who improperly discloses sensitive information is subject to criminal and civil penalties. Contract at § H-7.  As noted in the contract's Explanation of Terms, sensitive information is "any information which could affect the national interest, law enforcement activities, the conduct of federal programs, or the privacy to which individuals are entitled under Title 5, U.S. Code, Section 552a.  All detainee records are considered sensitive information."  Contract at § H-6.  The contract also incorporates the Privacy Act via FAR 52.224-2, which protects against the disclosure of certain identifiable information, as well as 48 CFR 3052.204-71, which includes that "work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer."  Notwithstanding the foregoing, we are committed to engaging openly and continuously with Plaintiffs to address issues related to discovery in this case as they arise.

We expect to address the remaining open items with you on Tuesday at 4pm.

Have a nice weekend,

**Valerie Brown** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
2929 Arch Street, Suite 800 | Philadelphia, PA 19104
Phone 215.252.9569 | Fax 215.867.6070
valerie.brown@hklaw.com | www.hklaw.com

**From:** Dempsey, Rachel <rdempsey@outtengolden.com>
**Sent:** Wednesday, April 17, 2019 2:58 PM
**To:** Turner, Juno <jturner@outtengolden.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>
**Subject:** RE: Menocal - open discovery issues [IWOV-OGDMS.FID580332]

*[External email, exercise caution]*

Dear Valerie,

Following up on this, are you available sometime between 3 and 5 ET on Tuesday 4/23? If that works, please let me know and I can send a calendar invitation with a dial-in.

Also, we would like to add a discussion of the class list data to the agenda. Specifically, we'd like to discuss a timeline for any additional data GEO is searching to supplement the class list for the 2004-2006 time period. We'd also like to circle back on the supplemental information available as to the addresses in the initial class list production of November 29, 2018. Specifically, for many of the class members there are multiple addresses but no information about which of those addresses is the most recent, which is necessary to determine where notice should go.

Best,
Rachel

**From:** Turner, Juno
**Sent:** Monday, April 15, 2019 8:51 AM
**To:** Valerie.Brown@hklaw.com; Carolyn.Short@hklaw.com
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Dempsey, Rachel <rdempsey@outtengolden.com>; Carolyn.Short@hklaw.com
**Subject:** RE: Menocal - open discovery issues [IWOV-OGDMS.FID580332]

Hi Valerie –

We are fine receiving a written response by the end of the week, and we can reschedule today's call for next week. We would like to include in our discussion GEO's response to our letter regarding Plaintiffs' third set of rogs and RFPs. We will get back to you about whether there is a time on Tuesday that works for our side.

I had planned to let you know this during our call, but I am leaving Outten & Golden later this week. As it happens, I am taking a position at Towards Justice, so we will continue to be working together on this matter. Please be sure to copy my O&G colleagues Mike Scimone, Liz Stork, Rachel Dempsey, and Adam Koshkin on correspondence going forward. All are included on the GeoPlaintiffsCounsel distribution group copied here.

Carolyn, sorry to hear about the family emergency - I hope everything turns out ok.

Thanks,
Juno

**Juno Turner**
**646-825-4391**

**From:** Valerie.Brown@hklaw.com <Valerie.Brown@hklaw.com>
**Sent:** Monday, April 15, 2019 10:36 AM
**To:** Carolyn.Short@hklaw.com
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Dempsey, Rachel

<rdempsey@outtengolden.com>; Carolyn.Short@hklaw.com
**Subject:** RE: Menocal - open discovery issues [IWOV-OGDMS.FID580332]

Juno,

Carolyn has had a family emergency and we are not able to have the meet and confer call today.  Would it be acceptable for us to respond to the below issues to you in writing by the end of this week (including providing you with a specific response to your request about contract provisions, dates for 30(b)(6) depositions in June and a specific proposal regarding the site visit, among other items), and plan for a follow up meet and confer call for early next week (potentially on Tuesday at any time)?  We appreciate your cooperation with this matter.  We look forward to hearing back from you.

Thank you,

**Valerie Brown** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
2929 Arch Street, Suite 800 | Philadelphia, PA 19104
Phone 215.252.9569 | Fax 215.867.6070
valerie.brown@hklaw.com | www.hklaw.com

---

**From:** Dempsey, Rachel <rdempsey@outtengolden.com>
**Sent:** Tuesday, April 9, 2019 3:32 PM
**To:** Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>; Turner, Juno <jturner@outtengolden.com>; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>
**Subject:** RE: Menocal - open discovery issues [IWOV-OGDMS.FID580332]

*[External email, exercise caution]*

Dear Valerie,

We can do 2:30 ET.  Please let us know if that works for you.  If so, I will send around a calendar invite with a dial-in number.

Best,
Rachel

**Rachel Williams Dempsey** | **Associate**
One California Street, 12th Floor | San Francisco, CA 94111
T 415-638-8800 | F 646-509-2028
rdempsey@outtengolden.com | Bio

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Valerie.Brown@hklaw.com <Valerie.Brown@hklaw.com>
**Sent:** Tuesday, April 9, 2019 8:05 AM
**To:** Turner, Juno <jturner@outtengolden.com>; Carolyn.Short@hklaw.com
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>
**Subject:** RE: Menocal - open discovery issues [IWOV-OGDMS.FID580332]

Good morning Juno,

We are available on April 15.  Does 2pm work for you?

Thank you,

**Valerie Brown** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
2929 Arch Street, Suite 800 | Philadelphia, PA 19104
Phone 215.252.9569 | Fax 215.867.6070
valerie.brown@hklaw.com | www.hklaw.com

---

**From:** Turner, Juno <jturner@outtengolden.com>
**Sent:** Tuesday, April 9, 2019 10:34 AM
**To:** Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>
**Subject:** Menocal - open discovery issues [IWOV-OGDMS.FID580332]

*[External email, exercise caution]*

Dear Carolyn and Valerie,

To follow up on our productive call last week, we would like to schedule a meet and confer on the following open issues:

- GEO's responses to the RFPs and ROGs listed in my March 29 email;

- Scheduling an inspection of the Aurora facility, including GEO's (i) specific objections to our Request for Inspection as written, including any specific parts of the GEO/ICE contract that would require Plaintiffs to limit their inspection of the facility; and (ii) a specific proposal regarding GEO's suggested alternative of an inspection of a representative sample of the facility, as promised in GEO's January 28 letter;

- Scheduling 30(b)(6) depositions in June;

- GEO's withdrawal of the *Touhy* objections in its responses to Plaintiffs' first and second sets of discovery responses that were made with respect to class-wide discovery; and

- The status of GEO's ongoing searches and document productions, including Plaintiffs' request for a supplemental hit report.

Please let us know your availability on April 15, 16, or 17.

Also, during our meet and confer about the motion to compel last week, you indicated that you would provide us with citation to the portions of its contracts with ICE that GEO believes may require it to consult with ICE prior to producing certain documentation. Please provide that citation before the end of this week.

Thanks,
Juno

**Juno Turner** | **Partner**
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2093
jturner@outtengolden.com | Bio

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. *Please consider the environment before printing this e-mail.*

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.