# Exhibit N

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## PLAINTIFFS' SECOND SET OF REQUESTS FOR INSPECTION

Pursuant to FRCP 34(a)(2), Plaintiffs[1] request that they and/or their agents and attorneys be allowed to enter onto and inspect GEO's Aurora Detention Facility (the "Property") on January 18, 2018 at 10:00 a.m., or an agreed-upon time thereafter, for the purposes of inspecting, measuring, surveying, photographing, testing, or sampling said property. The Plaintiffs specifically request to inspect the following portions of the Property:

1. All facilities used for administrative or disciplinary segregation of immigration detainees;

2. All housing units occupied by any Plaintiff, including both individual cells and common areas;

3. All areas where any Plaintiff performed work, including cleaning, pursuant to the Housing Unit Sanitation Policy;

4. All areas in which GEO stores or stored records and/or electronically-stored

---

[1] Plaintiffs incorporate by reference the Definitions in Plaintiffs' First Set of Discovery Requests to Defendant, dated July 31, 2015.

information ("ESI"); and

5. All areas where any Plaintiff performed work pursuant to the Voluntary Work Program.

| | |
|---|---|
| Dated:  December 15, 2017 | By:   /s/ Juno Turner   |

Juno Turner
Juno Turner
Ossai Miazad
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
E-Mail: jturner@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David  Seligman
Andrew Schmidt
**TOWARDS JUSTICE**
1535 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

2

Brandt Milstein
**MILSTEIN LAW OFFICE**
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BEUSCHER FIRM**
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*