# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC., <br><br> Defendant. | NO. 14-CV-02887-JLK <br><br> **DEFENDANT THE GEO GROUP, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR INSPECTION** |

Defendant GEO, by its attorneys, Holland & Knight LLP and Burns Figa & Will, hereby responds to Plaintiffs' second set of requests for inspection.

## GENERAL OBJECTIONS AND STATEMENTS

1. Defendant objects to the disclosure of any information protected from discovery by the attorney-client privilege or work product doctrine.

2. The responses to the discovery below are to the best of Defendant's present knowledge and information. Defendant reserves the right to supplement these responses after completion of discovery, investigation, or preparation for trial. Defendant further reserves the right to introduce evidence at the time of trial based upon information and/or documents located, developed, or discovered subsequent to the date hereof, which evidence may supplement, amplify, modify or be in conflict with the following answers that are based upon present information only.

3. Defendant objects to the "Definitions" and "Instructions," in Plaintiffs' discovery requests, to the extent they impose obligations beyond those imposed by the Federal Rules of Civil Procedure and to the extent they are vague and fail to provide specific understandable definitions.

## PLAINTIFF'S SECOND SET OF REQUESTS FOR INSPECTION:

Pursuant to FRCP 34(a)(2), Class Members request that they and/or their agents and attorneys be allowed to enter onto and inspect GEO's Aurora Detention Facility (the "Property"), for the purposes of inspecting, measuring, surveying, photographing, videotaping, testing, or sampling said property. The Class Members specifically request to inspect the following portions of the Property:

1. All facilities used for administrative or disciplinary segregation of immigration detainees;

1

2. All housing units occupied by any Class Member, including both individual cells and common areas;

3. All areas, including but not limited to GEO's on-site medical facility, laundry room, dining area, kitchen, law library, barbershop, intake area, solitary confinement unit, warehouses, any exterior or outdoor areas, and ICE and GEO offices, including, but not limited to, conference rooms and break rooms, where any Class Member performed work, including cleaning, pursuant to the Housing Unit Sanitation Policy;

4. All areas in which GEO stores or stored records and/or electronically-stored information ("ESI"); and

5. All areas, including but not limited to GEO's on-site medical facility, laundry room, dining area, kitchen, law library, barbershop, intake area, solitary confinement unit, warehouses, any exterior or outdoor areas, and ICE and GEO offices, including, but not limited to, conference rooms and break rooms where any Class Member performed work pursuant to the Voluntary Work Program.

**RESPONSE:**

Defendant objects to the Requests for Inspection (the "Requests") on the grounds that the terms "inspecting, measuring, surveying, photographing, videotaping, testing, or sampling" are vague and ambiguous and subject to multiple interpretations; thus it is unclear what actions Plaintiffs intend to carry out while at the Property. Defendant objects to the Requests on the grounds that "inspecting, measuring, surveying, photographing, videotaping, testing, or sampling" infringes upon the privacy rights and other statutory, regulatory, and contractually protected rights of individuals who are not party to this litigation. Defendant objects to the Requests on the grounds that the Requests cover information and premises that are not relevant to Plaintiffs' claims or Defendant's defenses in this litigation, and are not likely to lead to the discovery of admissible evidence. Defendant objects to the Requests to the extent that the areas requested to be inspected, measured, surveyed, photographed, videotaped, tested or sampled is configured differently than it was during the time period relevant to Plaintiffs' claims. Defendant further objects to the Requests on the grounds that the Requests are not proportional to the needs of the case. Defendant objects

2

to the Requests on the grounds that the Request poses security concerns and creates an undue burden on the operation of the facility.  Notwithstanding the foregoing objections, Defendant is willing to agree to the following: access to one unit pod where detainees reside (all of the housing pods mirror each other), the kitchen, the library, laundry facilities, medical unit, solitary confinement unit, and common areas.  Due to privacy and security concerns, neither photography or videotaping are permitted. Names and dates of birth of all visitors must be provided in advance for a routine background check prior to facility access.

Dated:  April 26, 2019

**HOLLAND & KNIGHT LLP**
/s/ *Carolyn P. Short*
Carolyn P. Short
Valerie E. Brown
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9553
Facsimile: (215) 867-6070
carolyn.short@hklaw.com
valerie.brown@hklaw.com

**BURNS FIGA & WILL, P.C.**
Dana L. Eismeier
Michael Y. Ley
6400 South Fiddlers Green Circle
Plaza Tower One
Suite 1000
Greenwood Village, CO 80111
Telephone: (303) 796-2626
Facsimile: (303) 796-2777
deismeier@bfwlaw.com
mley@bfwlaw.com

**ATTORNEYS FOR DEFENDANT**
**THE GEO GROUP, INC.**

## CERTIFICATE OF SERVICE

I, Carolyn Short, certify that on April 26, 2019, I caused to be served a true and correct copy of the above GEO's Second Set of Requests for Inspection, via Electronic Mail as follows:

**TOWARDS JUSTICE**
Alexander N. Hood
David H. Seligman
1410 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.com

**KELMAN BUESCHER FIRM**
Andrew H. Turner
Ashley K. Boothby
600 Grant Street
Denver, CO 80203
aturner@laborlawdenver.com
aboothby@laborlawdenver.com

**MEYER LAW OFFICE, P.C.**
Hans C. Meyer
P.O. Box 40394
1029 Santa Fe Drive
Denver, CO 80204
hans@themeyerlawoffice.com

**MILSTEIN LAW OFFICE**
Brandt P. Milstein
1123 Spruce Street
Boulder, CO 80302
brandt@milsteinlawoffice.com

**OUTTEN & GOLDEN, LLP**
P. David Lopez
601 Massachusetts Avenue NW
2nd Floor West Suite
Washington, D.C. 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
One California Street, 12th Floor
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Juno E. Turner
Ossai Miazad
685 Third Avenue, 25th Floor
New York, NY 10017
jturner@outtengolden.com
om@outtengolden.com

**R. ANDREW FREE LAW OFFICE**
R. Andrew Free
414 Union Street, Suite 900
Nashville, TN 37209
andrew@immigrantcivilrights.com

4

I certify under penalty of perjury that the above information is true and correct.

Dated this 26nd day of April 2019, at Philadelphia, PA.

*/s/ Carolyn P. Short*
Carolyn P. Short
