**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL
RULE 30(b)(6) DEPOSITION AND INSPECTION WITH VIDEO RECORDING**

The Court having considered the parties' submissions on Plaintiffs' Motion to Compel Rule 30(b)(6) Deposition and Inspection with Video Recording, hereby ORDERS as follows:

1. Defendant the GEO Group, Inc. ("Defendant" or "GEO") must designate a witness or witnesses pursuant to Federal Rule of Civil Procedure 30(b)(6) in response to Plaintiffs' amended Rule 30(b)(6) Notice of Deposition for the purposes of merits discovery, served on November 2, 2018 ("Class Merits Notice"), because the Court

bifurcated discovery in this matter, Plaintiffs' previous Rule 30(b)(6) depositions were limited to class certification discovery, and GEO is estopped from withholding Rule 30(b)(6) testimony on classwide merits discovery. GEO shall produce a witness or witnesses in response to Plaintiffs' Class Merits Notice on a date mutually agreed to by the parties following production of relevant documents.

2. Pursuant to Fed. R. Civ. P. 37(b)(2)(C), Defendant is ordered to pay Plaintiffs' costs and fees associated with bringing this motion, because Defendant's current position contradicts its previous representations to the Court and to Plaintiffs and violates the Court's scheduling orders, leaving Plaintiffs no choice but to expend time and resources moving to compel GEO to designate witnesses that it previously agreed to designate.

3. GEO is ordered to permit Plaintiffs' inspection of Aurora with video recording, because the importance of video footage outweighs GEO's security concerns, which are manageable especially in light of the protective order in place in this case.

SO ORDERED.

Date: _____

_____
The Honorable John L. Kane
Senior United States District Judge