**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,

*on their own behalf and on behalf of others similarly situated,*

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE

---

COMES NOW, Patrick J. McCabe, of the law firm of Holland & Knight LLP, and hereby enters his appearance as counsel of record on behalf of Defendant The GEO Group, Inc.

DATED this 11th day of June, 2019.

          Respectfully submitted,

          *s/ Patrick J. McCabe*
          Patrick J. McCabe
          Holland & Knight LLP
          Cira Center, 2929 Arch Street, Suite 800
          Philadelphia, PA 19104
          Telephone: (215) 252-9529
          Fax: (215) 867-6070
          Email: Patrick.McCabe@hklaw.com
          Attorney for Defendant The GEO Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of June, 2019, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was e-filed with the Court via CM/ECF system which will send notification of such filing via to the following:

| | |
|---|---|
| Alexander Hood, Esq.<br>David Hollis Seligman, Esq.<br>Juno Turner, Esq.<br>TOWARDS JUSTICE<br>1410 High Street, Suite 300<br>Denver, CO 80218 | Andrew Turner, Esq.<br>Ashley Kathryn Boothby, Esq.<br>KELMAN BUESCHER, P.C.<br>600 Grant Street, Suite 825<br>Denver, CO 80203 |
| Brandt Milstein, Esq.<br>MILSTEIN LAW OFFICE<br>1123 Spruce Street<br>Boulder, CO 80302 | Hans Meyer, Esq.<br>MEYER LAW OFFICE, P.C.<br>901 W 10th Avenue, Suite 2A<br>Denver, CO 80204 |
| R. Andrew Free, Esq.<br>LAW OFFICE OF R. ANDREW FREE<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37209 | Ossai Miazad, Esq.<br>Michael J. Scimone, Esq.<br>OUTTEN & GOLDEN, LLP<br>685 Third Ave., 25th Floor<br>New York, NY 10017 |
| P. David Lopez, Esq.<br>OUTTEN & GOLDEN LLP<br>601 Massachusetts Avenue, NW<br>2nd Floor West Suite<br>Washington, DC 20001 | Rachel W. Dempsey, Esq.<br>Adam Koshkin, Esq.<br>OUTTEN & GOLDEN LLP<br>One California Street, 12th Floor<br>San Francisco, CA 94111 |
| Dana L. Eismeier, Esq.<br>Michael Y. Ley, Esq.<br>BURNS, FIGA & WILL, P.C.<br>6400 S. Fiddlers Green Circle, Suite 1000<br>Greenwood Village, CO 80111 | |

*s/ Patrick J. McCabe*
Attorney