# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## MOTION FOR WITHDRAWAL OF ASHLEY K. BOOTHBY, ESQ.

Comes now the Plaintiff, Alejandro Menocal, *et al.*, through undersigned counsel, and for its Motion for Withdrawal of Ashley K. Boothby, Esq. states as follows:

1. Undersigned counsel Andrew H. Turner hereby requests the Court enter an Order allowing Ashley K. Boothby to withdraw as counsel for Plaintiff Alejandro Menocal, *et al.* as she is no longer associated with The Kelman Buescher Firm.

2. Andrew H. Turner, Esq., Alexander Neville Hood, Hans Christopher Meyer, P. David Lopez, Adam Levin Koshkin, David Hollis Seligman, Juno E. Turner, Michael J. Scimone, Ossai Miazad, Rachel Williams Dempsey, Robert Andrew Free and Brandt Powers Milstein remain as counsel of record for Plaintiff Alejandro Menocal, *et al.*

WHEREFORE, Andrew H. Turner requests that Ashley K. Boothby be removed as counsel of record and that she no longer receive Court filings and notifications for this matter.

Dated this 13th day of June, 2019.

        */s/ Andrew H. Turner*
        Andrew H. Turner
        THE KELMAN BUESCHER FIRM
        600 Grant Street, Ste. 825
        Denver, CO  80203
        Tel:  303-333-7751
        Fax:  303-333-7758
        aturner@laborlawdenver.com

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on Defendants by electronically filing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the all counsel of record *via* e-mail.

This 13th day of June, 2019.

*/s/ Andrew H. Turner*
Andrew H. Turner