# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

## ORDER GRANTING MOTION FOR WITHDRAWAL
## OF ASHLEY K. BOOTHBY, ESQ.

THIS MATTER comes before the Court on the Motion for Withdrawal of Ashley K. Boothby, Esq. (ECF No. 183). After reviewing the motion, the file, and the record, it is

ORDERED that the motion is GRANTED despite the fact that the attorney to be withdrawn did not sign the motion. Because Ashley K. Boothby is no longer associated with the Kelman Buescher Firm the Court is allowing the request from Andrew H. Turner. Ashley K. Boothby Esq. is withdrawn as counsel of record for the Plaintiffs in the above-captioned matter and is to be removed from the CM/ECF notification system in this case. Further requests for withdrawal will be denied if the attorney of record in the case does not make the request.

DATED this 14th day of June, 2019.

                                                  John L. Kane
                                                  Senior U.S. District Judge