# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,


v.


THE GEO GROUP, INC.,

      Defendant.

---

## [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION TO AMEND NOTICE PLAN

---

The Court having considered Plaintiffs' Motion to Amend Notice Plan, hereby ORDERS as follows:

Plaintiffs' plan to limit notice in this case to publication notice, without a mailed component, is the best notice practicable under the circumstances and is approved.  No later than thirty (30) days after entry of this order, Plaintiffs shall distribute notice to the class as follows for a ninety (90) day period:

1. <u>Radio advertisements</u>:

    a. The Administrator will air advertisements on Spanish-speaking radio stations in the Denver metro area, and in those regions of Mexico and Central America from

which a significant portion of Class Members originate.  The Administrator will work with Class Counsel to determine a reasonable and effective strategy for distributing these advertisements.

2.  <u>Online/Social media advertisements</u>: The Administrator will publish advertisements in English and Spanish on Google and Facebook that will be accessible both within and outside of the United States.  The Administrator will use its best efforts to target these advertisements to increase the likelihood that they will be seen by Class Members, and will actively monitor and manage these campaigns to prioritize those advertisements that are performing best.

3.  <u>Press release</u>: The administrator will distribute a press release about the notice process to U.S. and Latin American media outlets.

4.  <u>Website</u>: The Administrator will create a website containing class notice information in both English and Spanish.

SO ORDERED.


_____                                      Date: _____
The Honorable John L. Kane
Senior United States District Judge