IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

 v.

THE GEO GROUP, INC.,

      Defendant.

Civil No. 1:14-cv-02887-JLK

**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS'
MOTION TO AMEND NOTICE PLAN**

  I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

  1. I am an attorney at Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Plaintiffs' and Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

  2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**D. Colo. L. Civ. R. 7.1(a) Statement**

4. The parties have conferred several times over the past month in an effort to obtain more complete class member data. The parties also conferred by email about the relief sought by this motion. GEO has informed Plaintiffs' counsel that it does not oppose the motion.

**Class Member Data**

5. On November 30, 2018, The Geo Group, Inc. ("GEO") produced a confidential Excel spreadsheet of names, alien numbers, countries of origin, and addresses for class members.

6. For many entries, the list contained 15 or more addresses for a single class member. On average, the class list contained an average of approximately 7.3 addresses per class member, suggesting that many of the addresses were stale, and that most class members have moved several times. The task of identifying the best address from among this list is further complicated by the fact that many class members share common surnames – for example, there are approximately 1,850 class members with the surname "Garcia." Moreover, unlike many datasets used in class actions, this one does not contain Social Security numbers or other unique identifiers that would assist in tracing class members who move residence. Although this list contained data for approximately 37,300 class members, it only reached back to January 2007.

7. In the parties' attempts to supplement this list with additional data, GEO

2

attempted to cull data prior to 2007 using a manual process. In addition, GEO has informed Plaintiffs' Counsel that it has sought additional data from ICE.

8. By letter dated May 17, 2019, GEO informed Plaintiffs' counsel that while it had obtained some additional information from ICE, the data was incomplete, and stated that it "may not be up to date or accurate."

9. On May 22, 2019, the parties conferred again, at which time GEO confirmed that there were no further avenues to obtain contact information.

**Notice Bidding Process**

10. Plaintiffs have attempted to obtain bids for the mailed component of the current Notice Plan from three different notice administrators.

11. One notice administrator declined to make a proposal, arguing that mailing notice in Mexico and Central America was too complex in light of security and reliability concerns.

12. The two administrators who did make proposals proposed using private couriers as an alternative to the public mail systems outside the United States. The cost for this option, if it were used, would be significantly higher than the public alternatives.

13. The least expensive bid for the mailed component of the class notice was just over $80,000.

14. The second bid quoted $70,000 for the cost of printing and preparing the notice, exclusive of the cost of each individual mailed item, which would be in addition to the base charges.

15. The cost of the least expensive mailed notice is approximately double the

cost of the most cost-effective forms of radio advertising, which Plaintiffs have also bid out to several notice administrators.

Dated: New York, NY
June 18, 2019

                Respectfully submitted,

                By:   /s/Michael Scimone____
                Michael Scimone
                **OUTTEN & GOLDEN LLP**
                685 Third Avenue, 25th Floor
                New York, NY 10017
                (212) 245-1000
                mscimone@outtengolden.com

                *Class Counsel*