IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

---

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others
similarly situated,
                          Plaintiffs,

   v.

THE GEO GROUP, INC.,

                          Defendant.

Civil No. 1:14-cv-02887-JLK

---

## DECLARATION OF ANNA JOSEPH IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE CLASS NOTICE PLAN

I, Anna Joseph, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am an Attorney at the Institute for Women in Migration ("IMUMI"), a Mexican NGO that advocates for women migrants and their families within the region of Mexico, the United States, and Central America.

2.     I reside in Mexico City, practice law there, and am familiar with its postal system, Correos de Mexico.

3.     When IMUMI communicates with clients, we do not use the Mexican mail

system. Instead, we send all documents via courier services such as FedEx and DHL.

4.  We use courier services instead of the Mexican mail system because the Mexican mail system does not work. It can take months for mail to be delivered, and packages are often lost. We cannot depend on the Mexican mail system to deliver documents to clients or partner organizations.

5.  I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: Mexico City, Mexico
       June 18, 2019

Respectfully submitted,

By: *Anna Joseph*
Anna Joseph
c/o MEX 44453 Marco Antonio Macias Bonilla
2250 NW 114th Avenue, Unit 1M
Miami, Florida 33172-3652

2