IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC.,<br><br>                Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF NICOLE RAMOS IN SUPPORT OF PLAINTIFFS'
MOTION TO AMEND THE CLASS NOTICE PLAN**

I, Nicole Ramos, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney with the Border Rights Project at Al Otro Lado, a direct legal services organization serving indigent deportees, migrants, and refugees.

2. I currently reside in Tijuana, Mexico, where I have resided for over four years, and where I direct the legal orientation and human rights monitoring of the Border Rights Project.

3. Based on my experience working with asylum-seekers from Mexico, mail

sent from the United States will create a significant risk of extortion to the recipient.

4. This is particularly true in southern Mexico, where the mail service is often nothing more than a single individual on a motorcycle. When this is the case, the individual delivering mail is at risk of infiltration by organized crime. In many parts of México, particularly areas outside of urban centers, everyday life is highly monitored by organized crime. It is often not possible to "relocate" to a new town without one's presence being noted and questioned. The issue of organized crime syndicates closely monitoring individuals and communities within their territories is one which repeatedly presents itself in the thousands of consults that our office has conducted with Mexican and Central American asylum seekers fleeing Southern México.

5. In addition, the Mexican mail service, Correos de México, is unreliable. It is general knowledge in Mexico that mail service is infrequent in many rural areas of the country and that mail to those areas often goes undelivered. For this reason, I avoid using Correos de Mexico and seek out alternative methods of delivery when I need to deliver documents or information to my clients or others.

6. I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

3

Dated: San Ysidro, CA
June 17, 2019

        Respectfully submitted,

        By:  /s/Nicole Ramos
        Nicole Ramos
        511 E. San Ysidro Blvd., # 333
        San Ysidro, CA 92173
        Tel:  (619) 786-4866
        Fax: (619)345-4693
        nicole@alotrolado.org