# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>      Plaintiffs,<br><br> v.<br><br>THE GEO GROUP, INC.,<br><br>      Defendant. | Civil No. 1:14-cv-02887-JLK |

## DECLARATION OF NAN SCHIVONE IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND THE CLASS NOTICE PLAN

I, Nan Schivone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the Legal Director of Justice in Motion, a non-profit organization committed to helping migrant workers who are no longer in the United States access justice in U.S. courts and beyond.

2. As part of my job, I work closely with human rights professionals in Mexico who form part of the Justice in Motion Defender Network, and speak with them frequently about the political and social circumstances there. I have traveled to Mexico in

a professional capacity and am generally familiar with the circumstances on the ground there.

3. Based on conversations with members of the Justice in Motion Defender Network, my understanding is that the mail system in certain parts of Mexico is vulnerable to infiltration by organized crime, particularly in the states of Oaxaca, Guerrero, Michoacan, and Veracruz. As a result, mail originating from the United States may be intercepted and used as a basis for attempts at extortion. This has the potential to endanger any class members who are sent notice originating from the United States.

4. In addition to this extortion threat, it is general knowledge in Mexico that the mail system is not reliable. Mail regularly goes undelivered in Mexico or is delivered partly opened, and I would only use a registered private mail service, such as UPS or FedEx, to deliver sensitive documents or information regarding a client's financial interests.

5. The mail systems in Honduras and Guatemala are similarly understood as unreliable and not viable as a means to deliver important or sensitive documents.

6. I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Dated: Brooklyn, New York
      June 18, 2019

Respectfully submitted,

By: /s/ *Nan Schivone*
Nan Schivone
789 Washington Avenue
Brooklyn, NY 11230

3