IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE GEO GROUP, INC.,<br>　　　　　　　　　Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF SCOTT SIMPSON IN SUPPORT OF PLAINTIFFS'**
**MOTION TO AMEND THE CLASS NOTICE PLAN**

I, Scott Simpson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.　I am one of the principals of Optime Administration, LLC, a firm that provides notice and claims administration services for class actions. Optime has experience in all areas of settlement administration, including providing notice to class members, processing settlement claims, and distributing settlement proceeds to class members. Optime has administered over 75 class notice/settlement campaigns.

2.　In connection with the above-captioned case, Class Counsel has provided

me with a Request for Proposal ("RFP") for administering mailed notice of this action to the class members.

3. My research has shown that sending mailed notice in Mexico, as well as other Central American countries, would be relatively ineffective in reaching the intended recipients.

4. Correos de Mexico, the Mexican mail service, is notoriously unreliable. It often loses packages or otherwise fails to deliver them, especially in rural areas. I have administered cases in which part of the settlement class were in Mexico and I never received undeliverable notices back, nor was I able to track the delivery status of notices that were sent to rural areas.

5. Class Counsel asked that I evaluate the possibility of using private couriers to deliver mailed notice as an alternative to Correos de Mexico. However, my research indicates that private couriers are no more reliable because when they are unable to locate a delivery address, their typical practice is to place the mailed item in Correos de Mexico's custody. Further, each piece of mail sent by private courier would cost $57.99, which greatly increases the cost of this option.

6. Even if Correos de Mexico or private couriers were reliable mail services, it remains unlikely that mailed notice would reach class members because there is no reliable way to verify addresses in Mexico. The inability to verify class member addresses makes mailing notice in Mexico unlike mailing notice in the United States, where tools exist for senders to verify recipient addresses.

7. I declare under penalty of perjury pursuant to the laws of the United States

of America that the foregoing is true and correct.

Dated in Brockton, Massachusetts, June 17, 2019

                                      Respectfully submitted,

                                      By: _____
                                      Scott Simpson
                                      Optime Administration, LLC
                                      PO Box 3206
                                      Brockton, MA 02304