IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**DECLARATION OF DAWN CEJA IN OPPOSITION TO MOTION TO COMPEL UNRESTRICTED VIDEOGRAPHY AND PHOTOGRAPHY OF AURORA ICE PROCESSING CENTER DETENTION CENTER**

I, Dawn Ceja, declare:

1. I am employed by the GEO Group, Inc. ("GEO") as Assistant Warden – Operations at the Aurora ICE Processing Center ("APC"). I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

2. I have worked at the APC since 1995.

1

3. The APC is a secure facility that houses detainees in the custody of the United States Immigrations and Customs Enforcement ("ICE") who are assigned varying risk classification levels, including low, medium low, medium high, and high.

4. Requests to tour APC and to use recording devices inside of APC are governed by a number of documents related to GEO's role as a contractor for the federal government, including GEO's operable contract for services with ICE which incorporates by reference the 2016 Performance Based National Detention Standards ("PBNDS").

5. GEO also has a policy prohibiting third party digital and video recordings of any kind unless the required notifications are made and approval is obtained. This policy does not restrict GEO's operational security procedures.

6. In accordance with GEO's contract with ICE, GEO has an obligation to provide a secure and safe facility for the detainees it houses as well for employees and other contractors.

7. Third party videography and photography poses security and privacy risks for APC, the detainees housed at APC, and the staff who work at APC.

8. Photography and videography presents a significant risk to operational security, including risk of harm to detainees, facility staff and the public as it will allow viewers to potentially exploit any perceived weaknesses in operational security.

9. Videography and photography could document, among other things, placement of personnel throughout the building, the identity of detention officers (which could compromise the officers' safety and security off-site), and physical plant layout including the mechanisms and locations for entry and egress from areas of the facility.

10. In the past six months alone, the population at APC has increased by approximately 600 occupants.

11. APC currently houses approximately 1400-1500 detainees of varying risk classification levels (low, medium low, medium high and high).

12. This reinforces the need for heightened security at APC, including the prohibition on videography and photography within the facility by guests.

13. Specific to videography, I am not aware of any instance where GEO has authorized third party video recording during the length of my employment.

14. In addition to the legitimate security concerns, the use of videography and photography also infringes of the privacy rights of detainees, particularly those seeking sensitive benefits, such as asylum, who would be fearful of being recorded or photographed, who are currently housed at APC and who are not members of the certified class.

15. APC houses detainees who have pending sensitive applications for benefits, such as asylum.

16. There is no way to separate those detainees during the tour without interfering with the daily operations of APC.

17. Given the highly-sensitive nature of asylum application process, it is not sufficient to simply blur the faces of detainees who are captured in the video because of the grave safety risk to the individual detainee's if any other identifying characteristic is revealed and the individual's location is exposed.

18. The detainees currently housed at the APC have not consented to being recorded by video or photograph.

19. In addition, the APC staff also have privacy interests implicated by Plaintiffs' request to video-record and photograph throughout the APC. If the APC staff are publicly identified, they and their families face serious risk of harm. Hostility towards ICE and, by extension the APC staff, is readily apparent from the protests and demonstrations that have occurred at the APC.

20. Exhibit D is a true and correct copy of GEO's policy relating to third party digital and video recording.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made as evidence in court and is subject to penalty for perjury.

Dated: June 20, 2019

*s/Dawn M. Ceja*
Dawn M. Ceja
Assistant Warden
The GEO Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify on this 20th day of June, 2019, a true and correct copy of the foregoing **Declaration of Dawn Ceja in Opposition to Plaintiffs Motion to Compel** was e-filed with the Court via CM/ECF system which will send notification of such filing via electronic transmission to the following:

**TOWARDS JUSTICE**
Alexander Hood, Esq.
David Hollis Seligman, Esq.
Juno E. Turner, Esq.
1410 High Street, Suite 300
Denver, CO 80218
david@towardsjustice.org
alex@towardsjustice.org
juno@towardsjustice.org

**OUTTEN & GOLDEN LLP**
Rachel W. Dempsey, Esq.
Adam Koshkin, Esq.
One California Street, 12th Floor
San Francisco, CA 94111
rdempsey@outtengolden.com
akoshkin@outtengolden.com

**OUTTEN & GOLDEN LLP**
P. David Lopez, Esq.
601 Massachusetts Avenue, NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

**OUTTEN & GOLDEN, LLP**
Ossai Miazad, Esq.
Michael J. Scimone
685 Third Ave., 25th Floor
New York, NY 10017
om@outtengolden.com
mscimone@outtengolden.com

**MILSTEIN LAW OFFICE**
Brandt Milstein, Esq.
1123 Spruce Street
Boulder, CO 80302
brandt@milsteinlawoffice.com

**KELMAN BUESCHER, P.C.**
Andrew Turner, Esq.
600 Grant Street, Suite 825
Denver, CO 80203
aturner@laborlawdenver.com

**BURNS, FIGA & WILL, P.C.**
Dana L. Eismeier, Esq.
Michael Y. Ley, Esq.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
deismeier@bfwlaw.com
mley@bfwlaw.com

**R. ANDREW FREE LAW OFFICE**
Robert Andrew Free
414 Union Street, Suite 900
Nashville, TN 37209
Andrew@ImmigrantCivilRights.com

**MEYER LAW OFFICE, P.C.**
Hans Meyer, Esq.
901 W 10th Avenue, Suite 2A
Denver, CO 80204
hans@themeyerlawoffice.com

Dated this 20th day of June, 2019.

*s/ Carolyn P. Short*
Carolyn P. Short
