# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## DECLARATION OF VALERIE BROWN IN OPPOSITION TO MOTION TO COMPEL UNRESTRICTED VIDEOGRAPHY AND PHOTOGRAPHY OF AURORA ICE PROCESSING CENTER DETENTION CENTER

    I, Valerie E. Brown, declare:

    1.    I am one of the attorneys for defendant The GEO Group, Inc. ("GEO") in this matter. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

1

2. Prior to Plaintiffs' filing of the instant motion, the parties met and conferred on two occasions – March 29, 2019 and April 26, 2019, regarding whether a second Rule 30(b)(6) deposition was proper.

3. During those conferrals, GEO asked Plaintiffs for a basis in the record whereby the parties agreed to a second Rule 30(b)(6) deposition.

4. Plaintiffs took the position that GEO's agreement to a second Rule 30(b)(6) deposition was not relevant and that Plaintiffs were entitled to a second Rule 30(b)(6) deposition of the same deponent (GEO) as a matter of legal right pursuant to the Federal Rules of Civil Procedure.

5. GEO disagreed with Plaintiffs' position on this legal issue.

6. Plaintiffs did not refer to any notation in the record where GEO had agreed to a second Rule 30(b)(6) deposition.

7. GEO, with permission from ICE, has agreed to Plaintiffs' requested site inspection.

8. ICE has denied GEO's requests to permit Plaintiffs to use videography and photography at the Aurora Detention Center.

9. Subsequent to the filing of the instant motion, GEO contacted Plaintiffs with a specific proposal regarding Plaintiffs' Third Notice of Rule 30(b)(6) deposition. GEO offered to further confer with Plaintiffs regarding the topics to be included in the Rule 30(b)(6) deposition notice. Plaintiffs refused GEO's attempt to resolve the issues related to the Rule 30(b)(6) deposition.

10. The parties conferred on at least two occasions, March 29, 2019 and April 26, 2019 regarding Plaintiffs' request to use videography and photography during the site inspection.

11.     During the conferrals, Plaintiffs declined to agree to any constraints on their request to video-record and photograph the facility that would alleviate GEO's security concerns.

12.     Plaintiffs did not provide any explanation as to why the facility renderings and floor plans of the facility were insufficient.

## Exhibits

13.     Attached as Exhibit A is a true and correct copy of email correspondence sent by and between myself on behalf of GEO and Michael Simone and Plaintiffs' Counsel dated June 19, 2019.

14.     Attached as Exhibit B is a true and correct copy of the proposed revisions to the Third Rule 30(b)(6) Notice provided by me to GEO Plaintiffs' counsel, and which was attached to the email referenced in Paragraph 13.

15.     Attached as Exhibit C is a true and correct copy of an excerpt from the publicly available 2011 Performance Based National Detention Standards (https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf).

16.     Attached as Exhibit E is a true and correct copy of correspondence from John E. Fabbricatore, Acting Denver Field Office Director, dated June 20, 2019.

17.     Attached as Exhibit F is a true and correct copy of a news article from The Denver Channel titled "Fort Carson rape suspect among 3 detainees who escaped from Aurora ICE facility."

18.     Attached as Exhibit G is a true and correct copy of excerpts from 2018 Proposed Amendments to the Federal Rules of Appellate, Bankruptcy, and Civil Procedure, and the Federal Rules of Evidence, Request for Comment.

19. Attached as Exhibit H, which is being filed as a restricted document, are true and correct copies of renderings of the Aurora Detention Center produced by GEO during discovery in this case.

20. Attached as Exhibit I is a news article from Quartz titled "Nothing Pixilated Will Stay Safe on the Internet."

Dated: June 20, 2019

                                                                    s/ *Valerie E. Brown*
                                                                    Valerie E. Brown

# CERTIFICATE OF SERVICE

I hereby certify on this 20th day of June, 2019, a true and correct copy of the foregoing **Declaration of Valerie Brown in Opposition to Plaintiffs Motion to Compel** was e-filed with the Court via CM/ECF system which will send notification of such filing via electronic transmission to the following:

**TOWARDS JUSTICE**
Alexander Hood, Esq.
David Hollis Seligman, Esq.
Juno E. Turner, Esq.
1410 High Street, Suite 300
Denver, CO 80218
david@towardsjustice.org
alex@towardsjustice.org
juno@towardsjustice.org

**OUTTEN & GOLDEN LLP**
Rachel W. Dempsey, Esq.
Adam Koshkin, Esq.
One California Street, 12th Floor
San Francisco, CA 94111
rdempsey@outtengolden.com
akoshkin@outtengolden.com

**OUTTEN & GOLDEN LLP**
P. David Lopez, Esq.
601 Massachusetts Avenue, NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

**OUTTEN & GOLDEN, LLP**
Ossai Miazad, Esq.
Michael J. Scimone
685 Third Ave., 25th Floor
New York, NY 10017
om@outtengolden.com
mscimone@outtengolden.com

**MILSTEIN LAW OFFICE**
Brandt Milstein, Esq.
1123 Spruce Street
Boulder, CO 80302
brandt@milsteinlawoffice.com

**KELMAN BUESCHER, P.C.**
Andrew Turner, Esq.
600 Grant Street, Suite 825
Denver, CO 80203
aturner@laborlawdenver.com

**BURNS, FIGA & WILL, P.C.**
Dana L. Eismeier, Esq.
Michael Y. Ley, Esq.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
deismeier@bfwlaw.com
mley@bfwlaw.com

**R. ANDREW FREE LAW OFFICE**
Robert Andrew Free
414 Union Street, Suite 900
Nashville, TN 37209
Andrew@ImmigrantCivilRights.com

**MEYER LAW OFFICE, P.C.**
Hans Meyer, Esq.
901 W 10th Avenue, Suite 2A
Denver, CO 80204
hans@themeyerlawoffice.com

Dated this 20th day of June, 2019.

*s/ Carolyn P. Short*
Carolyn P. Short

2