*Menocal, et al. v. The Geo Group, Inc.*
1:14-cv-02887-JLK-MEH

**Index of Exhibits to Declarations In Support of
GEO's Response in Opposition to Plaintiff's Motion to Compel**

| Exhibit | Description |
| --- | --- |
| A | Email correspondence sent by and between Valerie Brown on behalf of GEO and Michael Simone and Plaintiffs' Counsel dated June 19, 2019. |
| B | Proposed revisions to the Third Rule 30(b)(6) Notice provided by Valerie Brown to Plaintiffs' counsel. |
| C | An excerpt from the publicly available 2011 Performance Based National Detention Standards (https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf). |
| D | GEO's policy relating to third party digital and video recording. |
| E | Correspondence from John E. Fabbricatore, Acting Denver Field Office Director dated June 20, 2019. |
| F | News article from The Denver Channel titled "Fort Carson rape suspect among 3 detainees who escaped from Aurora ICE facility." |
| G | Excerpts from 2018 Proposed Amendments to the Federal Rules of Appellate, Bankruptcy, and Civil Procedure, and the Federal Rules of Evidence, Request for Comment. |
| H | Renderings of the Aurora Detention Center produced by GEO during discovery in this case. |
| I | News article from Quartz titled "Nothing Pixilated Will Stay Safe on the Internet." |