# Exhibit B

#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL *et al.*,

    Plaintiffs,
v.

THE GEO GROUP, INC.,

    Defendant.

**NOTICE OF F.R.C.P. 30(b)(6) DEPOSITION OF DEFENDANT THE GEO GROUP INC.**

TO:   Defendant THE GEO GROUP, INC. ("GEO").

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), counsel for Plaintiff will take the deposition of Defendant on ~~January 22~~July ____, 2019 at 10:00 a.m., or an agreed-upon time thereafter, at the offices of Towards Justice, 1410 High Street, Denver, CO, on the topics detailed below. GEO shall identify the persons who will speak on its behalf on each topic below at least seven days before the deposition(s). This deposition will be taken before a certified court reporter, will be recorded by stenographic and audiovisual means, may be adjourned from day to day until completed, and may occur over several days if more than one person is necessary to provide the information requested.

As used in this Notice, the term "Defendant" or "GEO" or "You" mean, without limitation, the responding party and any person acting on the responding party's behalf.

As used in this Notice, the term "ICE" means United States Immigration and Customs Enforcement. The term "~~r~~Relevant ~~p~~Period" means the period from October 22,

1

2004 through <ins>October 22, 2014</ins><del>the present</del> for all topics related to the Housing Unit Sanitation Policy and October 22, 2012 through <del>the present</del> <ins>October 22, 2014</ins> for all requests related to the VWP.

When You are asked to "identify" an employee or person, You are to provide that person's full name, current or last job title, and current physical work address if still employed  by You; if the person is not still employed by You, provide the last known address, phone  numbers, e-mail address or other available contact information.

You are advised that You must designate one or more officers, directors, managing agents, or other persons who will testify on Your behalf regarding the topics listed here.

**TOPICS**

1. GEO's application of the "Housing Unit Sanitation Policy" ("HUSP") to Class Members during the <ins>R</ins><del>r</del>elevant <ins>P</ins><del>p</del>eriod <ins>at Aurora Detention Center</ins>, including, but not limited to, the following:

    a. ICE policies and practices relating to the HUSP, including discipline or other consequences for a detainee's failure to comply with the HUSP.

    b. GEO policies and practices relating to the HUSP, including discipline or other consequences for a detainee's failure to comply with the HUSP.

    c. <ins>Written</ins> <ins>C</ins><del>c</del>ommunications and <del>agreements</del> <ins>contracts</ins> with ICE regarding the use of detainee labor to clean the facility.

    d. <ins>Written</ins> <ins>C</ins><del>c</del>ommunications and <del>agreements</del> <ins>contracts</ins> with ICE regarding the use of administrative or disciplinary segregation.

    e. Policies related to the HUSP, including any changes to those policies.

    f. The Performance-Based National Detention Standards (PBNDS) and their relationship to the HUSP.

    g. The ICE Detainee Handbook and its relationship to the HUSP.

    h. Revisions or changes to the PBNDS, the ICE Detainee Handbook, or GEO's Detainee Handbook.

i. Class Members' responsibilities under the HUSP, including the specific cleaning tasks required under the HUSP.

j. All locations within the facility cleaned or otherwise maintained by detainees under the HUSP.

k. Equipment used by Class Members to perform tasks under the HUSP and any policies and/or practices regarding detainees' use of equipment to perform tasks under the HUSP.

l. The frequency and duration of tasks performed by Class Members under the HUSP, as well as any records and/or logs of such tasks and the location of and retention policy for such records and/or logs.[1]

m. Written Ccommunications with Class Members regarding the HUSP, including the consequences of not performing work required under the HUSP. This includes GEO's general practices, policies, and procedures regarding communications with detainees concerning the HUSP, and consequences of not performing work required under the HUSP.

n. Policies and practices regarding the training and oversight of GEO employees and/or contractors officers in relation to the HUSP.

o. GEO employee and/or contractor positions that perform or supervise the cleaning tasks required by the HUSP.

p. GEO employee and/or contractor positions that perform or supervise other cleaning tasks that are not required by the HUSP.

q. The origins and objectives of the HUSP at the Aurora Detention Facility.

2. GEO's policies and practices relating to discipline for Class Members' violation of GEO's rules or regulations related to the Housing Unit Sanitation Policy during the Rrelevant Pperiod at Aurora Detention Center, including, but not limited to, the following:

   a. The origins of the Segregation/Special Management Unit Officer policy. *See, e.g.*, GEO_MEN 00037721.

   b. The implementation of the Segregation/Special Management Unit policy specific to the Housing Unit Sanitation Policy.

---

[1] This topic does not contemplate that GEO be required to summarize the specific contents of the records and/or logs covered by this topic.

3

    c. Policies regarding administrative segregation and disciplinary segregation specific to the Housing Unit Sanitation Policy.

    d. Policies regarding protective custody specific to the Housing Unit Sanitation Policy.

    e. Policies regarding the use of detainee labor in the Segregation/Special Management Unit specific to the Housing Unit Sanitation Policy.

    f. Policies and practices related to discipline for violation of the HUSP, and the purpose behind such policies and practices.

    g. Training and oversight of GEO officers regarding procedures or guidelines related to administrative segregation and disciplinary segregation and/or protective custody.

    h. Those violations of the Housing Unit Sanitation Policy for which detainees may be subject to administrative or disciplinary segregation.

    i. Policies and/or practices relating to communications with detainees regarding administrative or disciplinary segregation.

    j. ~~Policies and/or practices regarding communications with detainees regarding GEO's rules and the consequences for violating GEO's rules.~~

    k. ~~Policies and/or practices for determining appropriate detainee discipline for a violation of GEO's rules.~~

    ~~l.~~j. Class Members' written complaints regarding the use of administrative or disciplinary segregation as a possible consequence for not complying with the HUSP. This includes GEO's policies, practices and procedures regarding detainee complaints about the use of administrative or disciplinary segregation as a possible consequence for not complying with the HUSP.

    ~~m.~~k. The nature of administrative or disciplinary segregation specific to its use for violations of the Housing Unit Sanitation Policy, including the facilities used for segregation and policies and/or procedures applied to those in segregation.

    ~~n.~~l. GEO's practices regarding communications with ICE regarding detainee violations of GEO's and/or ICE's rules related to the Housing Unit Sanitation Policy.

    ~~o.~~m. GEO's practices regarding communications with ICE regarding the use of administrative and/or disciplinary segregation specific to its use for violations of the Housing Unit Sanitation Policy.

3. Class Members' participation in the Voluntary Work Program (VWP) during the ~~r~~Relevant ~~p~~Period at Aurora Detention Center, including, but not limited to, the following:

  a. GEO's <span style="color:red;text-decoration:underline">written</span> communications with, and general practices regarding communications with, ICE regarding the VWP.

  b. GEO's <span style="color:red;text-decoration:line-through">agreements</span> <span style="color:red;text-decoration:underline">contracts</span> with ICE regarding the VWP.

  c. <span style="color:red;text-decoration:underline">GEO's application of</span> ICE's policies and procedures regarding <span style="color:red;text-decoration:line-through">to</span> the VWP <span style="color:red;text-decoration:underline">at Aurora Detention Center</span>, including the ICE Detainee Handbook and its <span style="color:red;text-decoration:line-through">relationship</span> <span style="color:red;text-decoration:underline">application</span> to the VWP <span style="color:red;text-decoration:underline">at Aurora Detention Center</span>.

  d. GEO's policies and procedures regarding the VWP.

  <span style="color:red;text-decoration:line-through">e. The origins and objectives of the use of the VWP.</span>

  <span style="color:red;text-decoration:line-through">f.</span><span style="color:red;text-decoration:underline">e.</span> <span style="color:red;text-decoration:underline">Aurora Detention Center</span> <span style="color:red;text-decoration:line-through">D</span>daily logs or records, including any records reflecting or relating to time Class Members worked, maintained by GEO at the Aurora Detention Center<span style="color:red;text-decoration:line-through">Facility</span> or elsewhere, and the location of and retention policy for such logs or records.

  <span style="color:red;text-decoration:line-through">g.</span><span style="color:red;text-decoration:underline">f.</span> <span style="color:red;text-decoration:underline">Written</span> <span style="color:red;text-decoration:line-through">C</span>communications with Class Members regarding the VWP, and policies and/or practices regarding communications to detainees about the VWP.

  <span style="color:red;text-decoration:line-through">h.</span><span style="color:red;text-decoration:underline">g.</span> Method of determining the pay rate for VWP participants at the Aurora facility <span style="color:red;text-decoration:line-through">and other GEO facilities</span>.

  <span style="color:red;text-decoration:line-through">i.</span><span style="color:red;text-decoration:underline">h.</span> Policies and practices regarding supervision of VWP participants, including work hours and breaks.

  <span style="color:red;text-decoration:line-through">j.</span><span style="color:red;text-decoration:underline">i.</span> Job assignments, duties, or tasks assigned to Class Members under the VWP and the corresponding VWP shifts for such assignments, duties or tasks, including the start and end times for such shifts and the number of detainee workers per shift <span style="color:red;text-decoration:underline">at Aurora Detention Center</span>.

  <span style="color:red;text-decoration:line-through">k.</span><span style="color:red;text-decoration:underline">j.</span> Policies and practices for training VWP participants and any training provided to Class Members related to their VWP participation.

  <span style="color:red;text-decoration:line-through">l.</span><span style="color:red;text-decoration:underline">k.</span> Policies and practices regarding violations of the VWP by detainees or by supervisors, including but not limited to such violations as requiring detainees to work longer than eight hours in a day.

4. The costs and benefits to GEO of using detainee labor under the HUSP and VWP <span style="color:blue;text-decoration:underline">during the Relevant Period at Aurora Detention Center</span>, including, but not limited to, the following:

  a. Maintenance requirements at the Aurora Detention Facility.

5

    b. GEO's budgets for cleaning and otherwise maintaining the Aurora facility.[2]

    c. Method of determining ~~S~~staffing needs for any work performed by paid employees or contractors that overlaps with duties, tasks, or work performed by detainees pursuant to the HUSP.

    d. Method of determining ~~S~~staffing needs for any work that overlaps with duties, tasks, or work performed by detainees under the VWP.

    ~~e. Current staffing at the Aurora Detention Facility, including janitorial, maintenance, laundry, and kitchen staff, and any other staff whose work overlaps with duties, tasks, or work performed by detainees under the VWP.~~

    ~~f. The cost of using GEO employees and/or contractors to perform cleaning tasks, including the cost of using GEO employees and/or contractors to perform the cleaning tasks required by the HUSP, including any studies conducted that assess or describe such costs.~~

    ~~g. The cost of using GEO employees and/or contractors to perform cleaning tasks, including the cost of using GEO employees and/or contractors to perform the cleaning tasks performed pursuant to the VWP, including any studies conducted that assess or describe such costs.~~

    ~~h.~~e. The amount and basis for GEO's calculation of the "set off for the benefits that [the plaintiffs] received while in the Aurora Detention Facility" to which GEO claims it is entitled in paragraph 20 of its Answer.

---

[2] This includes, but it not limited, to the budgets reflected in GEO_MEN_00011426, 14324, 11516, 12991, and 14230.