# Exhibit D

|  | **CORPORATE POLICY & PROCEDURE MANUAL**<br><br>**CHAPTER:  01 - General Administration**<br><br>**TITLE:  1.2.7 Recordings Prohibited** | **NUMBER:**<br>1.2.7<br>**SUPERSEDES:**<br>4/1/13<br>**EFFECTIVE:**<br>7/31/17 |
|---|---|---|

**POLICY**

Due to institutional security as well as the confidentiality and privacy afforded employees, clients, and individuals receiving contracted services, GEO Group, Inc. (GEO) prohibits third party digital and video recordings of any kind unless the required notifications are made and approval is obtained.  This policy does not restrict GEO's operational security procedures.

**GUIDELINES**

A.  There are to be no electronic recordings of any kind made at facilities and other locations unless there has been prior approval given by the Legal Department or the CEO.

B.  This prohibition does not apply to GEO's routine surveillance which includes recording use of force incidents, and all interaction with individuals receiving contracted services anywhere on GEO property; recording for instruction/training; recording of any out-briefing or evaluation resulting from an audit; recording of administrative meetings; or where lawfully required during a governmental investigation.


APPROVED: _____
                    Corporate Policy Director

                    7/31/17
EFFECTIVE:_____


**POLICY OWNER:** Louis Carrillo, Vice President, Corporate Counsel

Page 1 of 1