# Exhibit F

⚡ 16 weather alerts

Menu 🔍  • Watch Live

Quick links...  ▼

ADVERTISEMENT

SMART TECHNOLOGY & ENERGY EFFICIENCY FROM THE PEOPLE WHO INVENTE

NEWS  >  LOCAL NEWS            

# Fort Carson rape suspect among 3 detainees who escaped from Aurora ICE facility

**Posted:** 2:47 PM, Jun 17, 2019     **Updated:** 8:26 PM, Jun 17, 2019

   **By:** Robert Garrison , Jace Larson

 

DENVER — A suspect in a Fort Carson rape case has been identified as one of three detainees who escaped from the immigration detention facility in Aurora, Immigration and Customs Enforcement officials announced Monday.

Amilcar Aguilar-Hernandez, 23, from El Salvador, has a criminal conviction for felony trespassing; and he is currently a suspect in a rape case in Fort Carson, read an ICE statement.

The other two detainees — Douglas Amaya-Arriaga, 18, and Carlos Perez-Rodriguez, 18 — are from Honduras and have no criminal history, the agency said.

The three men escaped from the immigration detention facility in Aurora around noon Sunday . ICE officials said the detainees escaped by scaling a 15-foot chain link fence and then a wall in the recreation area.

The three federal fugitives remain at large, the statement read.

The Contact7 Investigators learned, and confirmed with Aurora police, that employees from ICE called the Aurora Police Department at 12:12 p.m. Sunday about the escape. Police officers did not respond to search for the escapees until 12:47.

An APD spokesman told Contact7 that officers in the department were tied up on a situation where 15 people were reported to be fighting. At that scene, a police officer was injured, the spokesman said. Other officers were assisting in a different call about a possible structure fire at the time ICE called about the escapees.

Aurora Police searched the area near the holding facility, located at 3130 North Oakland Street, but did not respond to the facility's address, Contact7 learned. A spokesman from the Aurora Police Department did not dispute this.

Copyright 2019 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CURATION BY                     |





Sponsored

### [Photos] Powerball Lottery Winner Loses It All

Finance 101



Sponsored

### Shop Mattress Firm's 4th of July Sale

The Daily Doze



Sponsored

### [Photos] He Promises to Marry Her When They Were Childs, Then He Met Her as an


### Adult
Bob's Hideout


### Driver dies in head-on crash on I-70


### Nicolas Cage files for an annulment 4 days after marrying



## 360 Stories

ADVERTISEMENT

   

Local News   Weather   Traffic   Sports   360 Stories
Our Colorado   Contact7   Don't Waste Your Money
Buying Guide   Support



Scripps TV Station Group
© 2019 The E.W. Scripps Co

Site Map   Privacy Policy   Terms of Use   EEO
FCC Public Files   Public File Contact