# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**NOTICE OF FILING OF EXHIBIT TO RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF 187) AS A RESTRICTED DOCUMENT PURSUANT TO D. COLO. L. CIV. R. 7.2**

TO THE COURT AND ALL PARTIES TO THE ABOVE-CAPTIONED CASE:

    Accompanying this notice, the Defendant in the above-captioned action is filing the attached exhibit to their Response in Opposition to Plaintiffs' Motion to Compel (ECF No. 187), Exhibit H, as a Restricted Document – Level 1 pursuant to D. Colo. L. Civ. R. 7.2. This filing is

///

///

1

contingent on an appropriate motion to restrict under that rule.

    DATED this 20th day of June, 2019.

                                   Respectfully submitted,

                                   *s/ Carolyn P. Short*
                                   Carolyn P. Short
                                   Holland and Knight LLP
                                   2929 Arch Street, Suite 800
                                   Philadelphia, PA 19104
                                   Tel:  215.252-9569
                                   Fax: 215.867.6070
                                   Email: Valerie.Brown@hklaw.com

                                   Attorney for Defendant The GEO Group, Inc.

# CERTIFICATE OF SERVICE

      I hereby certify on this 20th day of June, 2019, a true and correct copy of the foregoing **NOTICE OF FILING OF EXHIBIT TO RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF 187) AS A RESTRICTED DOCUMENT PURSUANT TO D. COLO. L. CIV. R. 7.2** was e-filed with the Court via CM/ECF system which will send notification of such filing via electronic transmission to the following:

**TOWARDS JUSTICE**
Alexander Hood, Esq.
David Hollis Seligman, Esq.
Juno E. Turner, Esq.
1410 High Street, Suite 300
Denver, CO 80218
david@towardsjustice.org
alex@towardsjustice.org
juno@towardsjustice.org

**OUTTEN & GOLDEN LLP**
Rachel W. Dempsey, Esq.
Adam Koshkin, Esq.
One California Street, 12th Floor
San Francisco, CA 94111
rdempsey@outtengolden.com
akoshkin@outtengolden.com

**OUTTEN & GOLDEN LLP**
P. David Lopez, Esq.
601 Massachusetts Avenue, NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

**OUTTEN & GOLDEN, LLP**
Ossai Miazad, Esq.
Michael J. Scimone, Esq.
685 Third Ave., 25th Floor
New York, NY 10017
om@outtengolden.com
mscimone@outtengolden.com

**MILSTEIN LAW OFFICE**
Brandt Milstein, Esq.
1123 Spruce Street
Boulder, CO 80302
brandt@milsteinlawoffice.com

**KELMAN BUESCHER, P.C.**
Andrew Turner, Esq.
600 Grant Street, Suite 825
Denver, CO 80203
aturner@laborlawdenver.com

**BURNS, FIGA & WILL, P.C.**
Dana L. Eismeier, Esq.
Michael Y. Ley, Esq.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
deismeier@bfwlaw.com
mley@bfwlaw.com

**R. ANDREW FREE LAW OFFICE**
Robert Andrew Free
414 Union Street, Suite 900
Nashville, TN 37209
Andrew@ImmigrantCivilRights.com

**MEYER LAW OFFICE, P.C.**
Hans Meyer, Esq.
901 W 10th Avenue, Suite 2A
Denver, CO 80204
hans@themeyerlawoffice.com

Dated this 20th day of June, 2019.

<i>s/ Carolyn P. Short</i><br>
Carolyn P. Short