IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT H TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF 187)**

Defendant, The GEO Group, Inc. ("GEO"), through its undersigned attorneys and pursuant to D.C.COLO.LCivR 7.2(c), respectfully moves to impose Level 1 Restriction for Exhibit H to Defendant's June 20, 2019 Response in Opposition to Plaintiffs' Motion to Compel (ECF No. 187).

///

///

1

**D.C.COLO.LCivR 7.1 Certification:** The undersigned certifies that GEO's counsel has conferred in good faith with Plaintiffs' counsel regarding the relief requested in this Motion. Plaintiffs' counsel consents to the Motion.

On June 20, 2019, in connection with their Response in Opposition to Plaintiffs' Motion to Compel (ECF No. 187), GEO filed a "Notice of Filing Exhibit to Response in Opposition to Plaintiffs' Motion to Compel (ECF No. 187) as a Restricted Document Pursuant to D. Colo. L. Civ. R. 7.2." (ECF No. 188.) The restricted exhibit, Exhibit H (ECF No. 189), was previously produced in this case and was designated by GEO as "Confidential" when produced. This exhibit contains renderings of the Aurora ICE Processing Center that are confidential and "law enforcement sensitive" as defined in the Amended Stipulated Protective Order Concerning Confidential Information entered by the Court on November 26, 2018 ("Protective Order") at p. 1. Pursuant to the Protective Order, material may be marked "Confidential" if it is "official Government information or other information implicating privacy or proprietary interests of the Plaintiffs, the Defendant, ICE or another nonparty…." (ECF No. 155 at p. 3.)

If public access to Exhibit H (ECF No. 189) is not restricted, confidential and sensitive information regarding GEO's facility – "law enforcement sensitive" information – will become publicly disseminated, contrary to the intent of the Amended Stipulated Protective Order. Because all of Exhibit H constitutes confidential information, no alternative to restriction is

///

///

///

///

practicable. Accordingly, GEO respectfully requests that Exhibit H to Defendant's Response in Opposition to Plaintiffs' Motion to Compel (ECF No. 187) be given Level 1 Restriction.

DATED this 27th day of June, 2019.

Respectfully submitted,

*s/ Carolyn P. Short*
Carolyn P. Short
Valerie Brown
Patrick J. McCabe
Holland and Knight LLP
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Tel:  215.252-9569
Fax: 215.867.6070
Email:  Carolyn.Short@hklaw.com
    Valerie.Brown@hklaw.com
    Patrick.McCabe@hklaw.com

Attorneys for Defendant The GEO Group, Inc.

# CERTIFICATE OF SERVICE

I hereby certify on this 27th day of June, 2019, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO RESTRICT PUBLIC ACCESS TO EXHIBIT H TO DEFENDANTS RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF 187)** was e-filed with the Court via CM/ECF system which will send notification of such filing via electronic transmission to the following:

**TOWARDS JUSTICE**
Alexander Hood, Esq.
David Hollis Seligman, Esq.
Juno E. Turner, Esq.
1410 High Street, Suite 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org

**OUTTEN & GOLDEN LLP**
Rachel W. Dempsey, Esq.
Adam Koshkin, Esq.
One California Street, 12th Floor
San Francisco, CA 94111
rdempsey@outtengolden.com
akoshkin@outtengolden.com

**OUTTEN & GOLDEN LLP**
P. David Lopez, Esq.
601 Massachusetts Avenue, NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

**OUTTEN & GOLDEN, LLP**
Ossai Miazad, Esq.
Michael J. Scimone
685 Third Ave., 25th Floor
New York, NY 10017
om@outtengolden.com
mscimone@outtengolden.com

1

**MILSTEIN LAW OFFICE**
Brandt Milstein, Esq.
1123 Spruce Street
Boulder, CO 80302
brandt@milsteinlawoffice.com

**KELMAN BUESCHER, P.C.**
Andrew Turner, Esq.
600 Grant Street, Suite 825
Denver, CO 80203
aturner@laborlawdenver.com

**BURNS, FIGA & WILL, P.C.**
Dana L. Eismeier, Esq.
Michael Y. Ley, Esq.
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
deismeier@bfwlaw.com
mley@bfwlaw.com

**R. ANDREW FREE LAW OFFICE**
Robert Andrew Free
414 Union Street, Suite 900
Nashville, TN 37209
Andrew@ImmigrantCivilRights.com

**MEYER LAW OFFICE, P.C.**
Hans Meyer, Esq.
901 W 10th Avenue, Suite 2A
Denver, CO 80204
hans@themeyerlawoffice.com

Dated this 27th day of June, 2019.

              *s/ Carolyn P. Short*
              Carolyn P. Short

2