# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

## ORDER

THIS MATTER, coming before the Court upon Defendant's Motion to Restrict Public Access to Exhibit H to Defendant's Response in Opposition to Plaintiffs' Motion to Compel (ECF 187), and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion to Restrict (ECF No. 190) is GRANTED. The Clerk is hereby directed to place Exhibit H to Defendant's Response in Opposition to Plaintiffs' Motion to Compel (ECF 187), filed in Docket Entry No. 189, under Restriction Level 1 pursuant to D.C.COLO.LCivR 7.2, limiting access thereto to the Parties and the Court.

1

IT IS FURTHER ORDERED that Docket Entry No. 188 filed in CM/ECF as a Motion is, in fact, a Notice and the Clerk is directed to terminate the motion and modify the text to read "Notice of Filing of Exhibit."

DATED this 28th day of June, 2019.

BY THE COURT:

_____
John L. Kane
Senior United States District Court Judge

2