# Exhibit B

| | |
|---|---|
| **From:** | Scimone, Michael |
| **To:** | Valerie.Brown@hklaw.com; Carolyn.Short@hklaw.com |
| **Cc:** | GeoPlaintiffsCounsel |
| **Subject:** | Menocal v. GEO Group |
| **Date:** | Wednesday, May 15, 2019 1:23:36 PM |

Carolyn and Valerie,

In the wake of our meet & confer last week on general discovery, I believe we're waiting to receive a written response from you on the open items listed below.  Can you either respond to the substance, or let us know when you expect to have a response?  Additional questions follow the chart.

| Request(s) | Discussed in Meet & Confer | Status |
|---|---|---|
| **Requests 32, 33, 46** (cost of operating Aurora without detainee labor) | Read as a "documents sufficient to show" request; specific documents listed in 46 may be responsive | GEO to respond |
| **Requests 37, 40** (pay rates at non-Aurora facilities) | Plaintiffs further described relevance | GEO to respond |
| **Request 39** (communications about this litigation) | Plaintiffs further described relevance | GEO to respond |
| **Request No. 48** (documents related to contracts) | Plaintiffs maintain request for documents reflecting negotiations | GEO will produce as to negotiations on topics at issue in litigation; will clarify which categories it believes are at issue |
| **Interrogatory No. 22** (class members currently detained at GEO facilities) | There is a burden to checking against detainee list for a given time period, so continuous updating is problematic; Pls.' propose checking now, and limiting additional updates to one other point closer to trial. | GEO to respond |
| **Class list** | Query whether GEO has exhausted its search for all class members | GEO to confirm in writing |

**30(b)(6) deposition**
In addition, you told us you would provide formal objections to the current 30(b)(6) notice.  Please provide those by the end of this week; while we are willing to review your formal objections in writing, there is no specific procedure requiring them in the FRCP or Local Rules.  We understand GEO's position to be that Plaintiffs must seek leave to issue a second notice; we disagree, and contend that GEO must make a designation and produce a witness under Rule 30.  We have conferred and appear to be at impasse; therefore we intend to move to compel a response no later than next week.

**Overwritten Video Footage**
Following up on our correspondence regarding security footage that was overwritten at the outset of the lawsuit, please let us know the date on which the Aurora facility's overwrites occur.

**Inspection Request**
We appear to be at impasse on aspects of our inspection request – specifically whether the inspection will be

recorded.  Our request is to videotape the facility; GEO objects to both video and still photography.  In an effort to narrow other issues, we will agree to limited sampling of the areas to be inspected.  In addition to the areas you proposed in your April 26 letter, we propose the following:

| Requested areas | Offered in 4/26 letter | Counter-proposal |
| --- | --- | --- |
| Segregation areas | | + Segregation areas |
| Housing units (cells & common areas) | One unit pod | One male, one female pod plus common areas |
| Record & ESI storage areas | | [Withdrawn] |
| on-site medical facility | Medical unit | [Agreed] |
| laundry room | Laundry facilities | [Agreed] |
| dining area | | + Dining area to the extent detainees do not eat inside pods. |
| kitchen | Kitchen | [Agreed] |
| law library | Library | [Agreed] |
| barbershop | | + Barbershop |
| intake area | | + intake area |
| solitary confinement unit | Solitary confinement unit | [Agreed] |
| warehouses | | + Warehouses |
| exterior or outdoor areas | | Include exterior areas where detainees performed work (shoveling snow, landscaping) |
| ICE and GEO offices | | Include to the extent detainees were responsible for cleaning this area. |
| conference rooms | | Include to the extent detainees were responsible for cleaning this area. |
| break rooms | | Include to the extent detainees were responsible for cleaning this area. |
| | Common areas (undefined) | (See Housing units above; if this refers to something else, please clarify). |

Thanks in advance for getting back to us on this.  We are available to speak this week if helpful.

Michael

**Michael J. Scimone**
**646-825-9806**