IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

**DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF 181)**

Defendant The GEO Group, Inc. ("GEO"), through undersigned counsel, requests the Court's leave to file the Surreply in Opposition to Plaintiffs' Motion to Compel (ECF 181) attached hereto as Exhibit A. A surreply is warranted to address Plaintiffs' new allegations that GEO engaged in "brinksmanship" and to more accurately describe GEO's efforts to confer prior to Plaintiffs filing their Reply Brief (ECF 192).

///

///

1

**D.C.COLO.LCivR 7.1(a) Certification:** Undersigned counsel certifies that GEO's counsel conferred in good faith with Plaintiffs' counsel and that Plaintiffs oppose the relief requested in this Motion.

I. **Legal Standard**

Neither the Local Rules nor the Federal Rules allow a party to file a surreply as a matter of right. *See Pirnie v. Key Energy Services, LLC*, No. 08-CV-01256-CMA-KMT, 2009 WL 1386997, at *1 (D. Colo. May 15, 2009). Thus, whether to permit a nonmovant to file a surreply is within the discretion of the district court. *Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005). A surreply can be appropriate when "the reply brief raises new material that was not included in the original motion." *Pirnie*, 2009 WL 1386997, at *1.

II. **Argument**

Here, new arguments and an incomplete factual background in Plaintiffs' Reply Brief (ECF 192) justify the filing of a surreply. As background and as noted in GEO's Response Brief (ECF 187), a party is not entitled to a second Rule 30(b)(6) deposition as a matter of right. Plaintiffs have identified no authority in this Circuit to the contrary. Plaintiffs cite a case from the District of Kansas for the proposition that courts generally grant leave to take a second deposition, but that proposition requires the party seeking a second Rule 30(b)(6) deposition to confer with opposing counsel on the scope of the second Rule 30(b)(6) deposition and then, if necessary, file a motion seeking the Court's permission. That is precisely what Plaintiffs did not do.

After reviewing Plaintiffs' Motion to Compel, which presented arguments and authority not presented during conferrals, GEO sought to confer with Plaintiffs on the scope of the second Rule 30(b)(6) deposition. To that end, GEO requested a seven-day extension to respond to

2

Plaintiffs' Motion to Compel.  (*See* Exhibit A to GEO's Response, ECF 187-4.)  Plaintiffs refused.  Against this backdrop, Plaintiffs argued in their Reply Brief that GEO was engaging in "brinksmanship."  That argument is new and relies on an incomplete factual record.

Plaintiffs also raise new arguments regarding the procedural propriety of GEO's objections to Plaintiffs' 30(b)(6) notice that were not raised in their original Motion.

For the foregoing reasons, GEO requests the Court's leave to file the Surreply in Opposition to Plaintiffs' Motion to Compel (ECF 181) attached hereto as Exhibit A.

Respectfully submitted this 11th day of July, 2019.

HOLLAND & KNIGHT LLP


By: *s/ Carolyn P. Short*
Carolyn P. Short
Valerie E. Brown
Patrick J. McCabe
Stacy Blank
Holland & Knight LLP
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: 215.252.9569
Fax: 215.867.6070
Email: Carolyn.Short@hklaw.com
Email: Valerie.brown@hklaw.com
Email: Patrick.Mccabe@hklaw.com
Email: Stacy.Blank@hklaw.com

Dana Eismeier
Michael Ley
BURNS FIGA & WILL
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, Colorado 80111
Telephone: 303.796.2626
Email: deismeier@bfwlaw.com
Email: mley@bfwlaw.com

Attorneys for Defendant The GEO Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, a true and correct copy of the **DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL (ECF 181)** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Carolyn P. Short*
Carolyn P. Short