**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**DECLARATION OF VALERIE BROWN IN SUPPORT OF THE GEO GROUP, INC.'S SURREPLY TO PLAINTIFFS' MOTION TO COMPEL (ECF 181) AS TO THE SECOND 30(b)(6) DEPOSITION OF DEFENDANT**

    I, Valerie E. Brown, declare:

    1.    I am one of the attorneys for defendant The GEO Group, Inc. ("GEO") in this matter. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration.

    2.    Since March 14, 2019, The GEO Group, Inc. ("GEO") has produced approximately 8,255 documents comprising over 41,931 pages since March 14, 2019, resolved the parties'

disputes regarding ESI search terms, and resolved outstanding issues related to production of class list information.

3.   The prior motion to compel, ECF No. 168, filed on March 18, 2019, which was the day before a previously scheduled meet and confer was set to occur on the topics of the motion.

4.   The filing of that motion came as a total surprise to GEO on the eve of the planned meet and confer.

5.   Nevertheless, in an effort to resolve discovery issues that arose prior to current counsel's appearance in this case, GEO worked to reach agreement on these outstanding issues while the motion was pending.

6.   Ultimately, the parties were successful in resolving those issues proving that continued engagement of counsel to resolve disputes during the pendency of a motion is a productive endeavor.  *See* ECF No. 174.

7.   During the conferral process on the current 30(b)(6) deposition notice, Plaintiffs invited objections from GEO on the topics set forth in the notice.

Dated:  July 11, 2019

s/ *Valerie E. Brown*
Valerie E. Brown

1

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of July, 2019, a true and correct copy of the foregoing **DECLARATION OF VALERIE BROWN IN SUPPORT OF THE GEO GROUP INC.'S SURREPLY TO PLAINTIFFS' MOTION TO COMPEL (ECF 181) AS TO THE SECOND 30(b)(6) DEPOSITION OF DEFENDANT** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

Dated this 11th day of July, 2019.

                                                *s/ Carolyn P. Short*
                                              Carolyn P. Short