IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
and DEMETRIO VALERGA
*on their own behalf and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

### STIPULATED MOTION TO EXTEND NOTICE DEADLINE

---

Plaintiffs respectfully request that the Court extend the deadline to distribute class notice by 30 days. Defendant The GEO Group, Inc. consents to this request.

The requested extension is necessary because the parties wish to explore whether a classwide resolution of Plaintiffs' claims is possible prior to Plaintiffs expending the considerable time and resources necessary to effect the Court-approved notice plan.

Furthermore, in the event the parties do reach a settlement, a second round of notice soon after initial class notice would likely prove confusing to class members.

No prejudice to class members will result from this modest delay.

Plaintiffs therefore respectfully request that the Court extend the deadline to distribute notice to August 21, 2019.

Dated: July 19, 2019

Respectfully submitted,

By: */s/ Elizabeth Stork*

Elizabeth Stork
Michael J. Scimone
Ossai Miazad
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner

2

**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2019, a true and correct copy of the foregoing **STIPULATED MOTION TO EXTEND NOTICE DEADLINE** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Elizabeth Stork*
Elizabeth Stork