IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
and DEMETRIO VALERGA
*on their own behalf and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ORDER TO EXTEND NOTICE DEADLINE**

---

The Court, having considered Plaintiffs' Stipulated Motion to Extend the Notice Deadline (CM/ECF No. 195), hereby GRANTS the Motion and ORDERS as follows:

No later than August 21, 2019, Plaintiffs shall distribute notice to the class according to the Class Notice Plan approved by the Court (CM/ECF No. 186).

Dated this 19th day of July, 2019    BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE