IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Defendant, The GEO Group, Inc. ("GEO") together with Plaintiffs, by and through their undersigned attorneys, respectfully move this Court to extend the discovery deadlines as set forth herein.

The parties have engaged in substantial discovery in this case. To date, GEO has produced approximately 29,000 documents comprising over 128,000 pages, the majority of which were part of a rolling production that began on or about June 14, 2019 and was substantially completed on July 19, 2019. Plaintiffs are in the process of reviewing these

1

documents. Plaintiffs have noticed three depositions, and may serve additional notices based on the content of GEO's document production. In addition, there is currently a motion pending related to Plaintiffs' notice of a 30(b)(6) deposition of GEO, and Plaintiffs' request for inspection.

For its part, on July 17, 2019, GEO served notice that it wished to take the depositions of five of the named Plaintiffs.

Plaintiffs have also subpoenaed documents from ICE and are conferring with ICE regarding their response to the subpoena.

The parties are working in good faith to complete all outstanding discovery, but believe an additional 60 days beyond the current fact discovery deadline will be necessary in order to conclude discovery. Thus for the reasons articulated in this Motion, and for good cause shown, the parties jointly request amending the scheduling order as follows.

The current fact discovery deadline is August 21, 2019. The parties jointly request to extend the fact discovery deadline to October 21, 2019.

In addition, because documents and testimony adduced during fact discovery will be necessary for experts to consider in providing their reports and testimony, the parties also jointly request extension of the expert discovery deadlines as follows:

The deadline by which the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is currently October 7, 2019. The parties jointly request to extend the deadline by 45 days to November 21, 2019.

The deadline by which the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is currently

November 22, 2019.  The parties jointly request to extend the deadline by 45 days to January 6, 2020.

The deadline by which the parties shall take the depositions of expert witnesses is currently January 21, 2020.  The parties jointly request to extend the deadline by 17 days to February 7, 2020.

| | |
|---|---|
| Dated: July 29, 2019 | *s/ Michael Scimone*<br>Michael Scimone<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone:  (212) 245-1000<br>Email: mscimone@outtengolden.com<br><br>*Class Counsel* |
| Dated: July 29, 2019 | *s/ Carolyn P. Short*<br>Carolyn P. Short<br>**HOLLAND & KNIGHT LLP**<br>2929 Arch Street, Suite 800<br>Philadelphia, PA 19104<br>Telephone:  (215) 252-9553<br>Email: Carolyn.Short@hklaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Carolyn P. Short*
Carolyn P. Short
**HOLLAND & KNIGHT LLP**
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: (215) 252-9553
Email: Carolyn.Short@hklaw.com

4