IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE Colin L. Barnacle enters his appearance as counsel for Defendant The GEO Group, Inc. and requests all notices given and all papers served or filed in connection with this case be served upon him at the following address, telephone, facsimile number, and e-mail:

Colin L. Barnacle
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com

1

49602189;1

2

Respectfully submitted, this the 1st day of August, 2019.

        **AKERMAN LLP**

        *s/ Colin L. Barnacle*
        Colin L. Barnacle
        Christopher J. Eby
        Ashley E. Calhoun
        1900 Sixteenth Street, Suite 1700
        Denver, Colorado 80202
        Telephone:(303) 260-7712
        Facsimile: (303) 260-7714
        Email: colin.barnacle@akerman.com
        Email: christopher.eby@akerman.com
        Email: ashley.calhoun@akerman.com

        *Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of August, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

| | | |
|---|---|---|
| Alexander N. Hood | P. David Lopez | R. Andrew Free |
| David H. Seligman | OUTTEN & GOLDEN, LLP | LAW OFFICE OF R. ANDREW FREE |
| Juno E. Turner | 601 Massachusetts Ave. NW | P.O. Box 90568 |
| Andrew Schmidt | 2nd Floor West Suite | Nashville, TN 37209 |
| TOWARDS JUSTICE | Washington, DC 20001 | |
| 1410 High St., Ste. 300 | | R. Andrew Free |
| Denver, CO 80218 | Adam L. Koshkin | LAW OFFICE OF R. ANDREW FREE |
| | Rachel W. Dempsey | 2004 8th Ave. South |
| Andrew H. Turner | OUTTEN & GOLDEN, LLP | Nashville, TN 37209 |
| KELMAN BUESCHER FIRM | One California St., 12th Fl. | |
| 600 Grant St., Ste. 825 | San Francisco, CA 94111 | Brandt P. Milstein |
| Denver, CO 80203 | | MILSTEIN LAW OFFICE |
| | Michael J. Scimone | 1123 Spruce St. |
| Hans C. Meyer | Ossai Miazad | Boulder, CO 80302 |
| MEYER LAW OFFICE, P.C. | Elizabeth V. Stork | |
| P.O. Box 40394 | OUTTEN & GOLDEN, LLP | |
| Denver, CO 80204 | 685 Third St., 25th Fl. | |
| | New York, NY 10017 | |

### Counsel for Defendant The GEO Group, Inc.:

| | | |
|---|---|---|
| Carolyn P. Short | Stacy D. Blank | Dana L. Eismeier |
| Patrick J. McCabe | HOLLAND & KNIGHT LLP | Michael Y. Ley |
| Valerie E. Brown | 100 N. Tampa St., Ste. 4100 | BURNS FIGA & WILL, P.C. |
| HOLLAND & KNIGHT LLP | Tampa, FL 33602 | 6400 South Fiddlers Green Cir. |
| Cira Center | | Plaza Tower One, Ste. 1000 |
| 2929 Arch St., Ste. 800 | | Greenwood Village, CO 80111 |
| Philadelphia, PA 19104 | | |

*s/ Nick Mangels*
Nick Mangels

3

49602189;1