IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE Ashley E. Calhoun enters her appearance as counsel for Defendant The GEO Group, Inc. and requests all notices given and all papers served or filed in connection with this case be served upon her at the following address, telephone, facsimile number, and e-mail:

Ashley E. Calhoun
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: ashley.calhoun@akerman.com

1

49603935;1

Respectfully submitted, this the 1st day of August, 2019.

    **AKERMAN LLP**

    *s/ Ashley E. Calhoun*
    Colin L. Barnacle
    Christopher J. Eby
    Ashley E. Calhoun
    1900 Sixteenth Street, Suite 1700
    Denver, Colorado 80202
    Telephone:(303) 260-7712
    Facsimile: (303) 260-7714
    Email: colin.barnacle@akerman.com
    Email: christopher.eby@akerman.com
    Email: ashley.calhoun@akerman.com

    *Attorneys for Defendant The GEO Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify on this 1st day of August, 2019, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

| | | |
|---|---|---|
| Alexander N. Hood<br>David H. Seligman<br>Juno E. Turner<br>Andrew Schmidt<br>TOWARDS JUSTICE<br>1410 High St., Ste. 300<br>Denver, CO 80218<br><br>Andrew H. Turner<br>KELMAN BUESCHER FIRM<br>600 Grant St., Ste. 825<br>Denver, CO 80203<br><br>Hans C. Meyer<br>MEYER LAW OFFICE, P.C.<br>P.O. Box 40394<br>Denver, CO 80204 | P. David Lopez<br>OUTTEN & GOLDEN, LLP<br>601 Massachusetts Ave. NW<br>2nd Floor West Suite<br>Washington, DC 20001<br><br>Adam L. Koshkin<br>Rachel W. Dempsey<br>OUTTEN & GOLDEN, LLP<br>One California St., 12th Fl.<br>San Francisco, CA 94111<br><br>Michael J. Scimone<br>Ossai Miazad<br>Elizabeth V. Stork<br>OUTTEN & GOLDEN, LLP<br>685 Third St., 25th Fl.<br>New York, NY 10017 | R. Andrew Free<br>LAW OFFICE OF R. ANDREW FREE<br>P.O. Box 90568<br>Nashville, TN 37209<br><br>R. Andrew Free<br>LAW OFFICE OF R. ANDREW FREE<br>2004 8th Ave. South<br>Nashville, TN 37209<br><br>Brandt P. Milstein<br>MILSTEIN LAW OFFICE<br>1123 Spruce St.<br>Boulder, CO 80302 |

### Counsel for Defendant The GEO Group, Inc.:

| | | |
|---|---|---|
| Carolyn P. Short<br>Patrick J. McCabe<br>Valerie E. Brown<br>HOLLAND & KNIGHT LLP<br>Cira Center<br>2929 Arch St., Ste. 800<br>Philadelphia, PA 19104 | Stacy D. Blank<br>HOLLAND & KNIGHT LLP<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602 | Dana L. Eismeier<br>Michael Y. Ley<br>BURNS FIGA & WILL, P.C.<br>6400 South Fiddlers Green Cir.<br>Plaza Tower One, Ste. 1000<br>Greenwood Village, CO 80111 |

*s/ Nick Mangels*
Nick Mangels

49603935;1