**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**MOTION TO WITHDRAW AS ATTORNEYS OF RECORD**

Defendant, The GEO Group, Inc. ("GEO") by and through its undersigned counsel, respectfully moves the Court to allow Carolyn P. Short, Valerie E. Brown, Patrick J. McCabe, and Stacy Blank of Holland & Knight LLP to withdraw as counsel of record. In support of its Motion, GEO states as follows:

    1.    GEO is adequately represented by other firms that have already made appearances in this case or that may make appearances as counsel for GEO in the future.

2. Attorneys from the law firms of Burns, Figa & Will, P.C. and Akerman remain as counsel for GEO. GEO will continue to have representation in this matter and the withdrawal of Carolyn P. Short, Valerie E. Brown, Patrick J. McCabe, and Stacy Blank of Holland & Knight LLP will not be prejudicial to the parties, pose a hardship to the parties, or create an undue delay of this matter.

WHEREFORE, GEO respectfully requests that the Court grant this Motion to Withdraw and allow Carolyn P. Short, Valerie E. Brown, Patrick J. McCabe, and Stacy Blank of Holland & Knight LLP to withdraw as counsel of record for GEO.

Dated this 1st day of August, 2019.

Respectfully submitted,

HOLLAND & KNIGHT LLP

*s/ Carolyn P. Short*
Carolyn P. Short
Valerie E. Brown
Patrick J. McCabe
Stacy Blank
Holland & Knight LLP
2929 Arch Street, Suite 800
Philadelphia, PA 19104
Telephone: 215.252.9569
Fax: 215.867.6070
Email: Carolyn.Short@hklaw.com
Email: Valerie.brown@hklaw.com
Email: Patrick.Mccabe@hklaw.com
Email: Stacy.Blank@hklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Carolyn P. Short*
Carolyn P. Short
