IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
*on their own behalf and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

### STIPULATED MOTION TO EXTEND THE CLASS NOTICE DEADLINE

---

Plaintiffs respectfully request that the Court extend the deadline to distribute class notice by 60 days. Defendant consents to this request.

The requested extension is necessary to facilitate the parties' continued discussions over whether a classwide resolution of Plaintiffs' claims is possible prior to Plaintiffs expending the considerable time and resources necessary to effect the Court-approved notice plan.

The additional time is also necessary to prepare to air the radio advertisements that constitute the heart of the notice plan. *See* ECF No. 186 (Order Granting Amended Class

49895209;1

Notice Plan). Airing radio advertisements is a multi-step process during which the Notice Administrator must purchase advertisement time, draft a script, hire voice talent, produce the advertisement, and distribute it. This process takes, at a minimum, six weeks, and Plaintiffs seek this extension so that the ads can be ready to air at the start of the notice period. To conserve resources while the parties continue to explore classwide resolution, Plaintiffs have refrained from committing to purchasing airtime and other costly preliminary steps.

No prejudice to class members will result from this modest delay.

Plaintiffs therefore respectfully request that the Court extend the deadline to distribute notice to October 21, 2019.

| | |
|---|---|
| Dated: August 20, 2019 | Respectfully submitted, |
| | By: */s/ Michael J. Scimone* |
| | Michael J. Scimone<br>Ossai Miazad<br>Elizabeth Stork<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>E-Mail: mscimone@outtengolden.com<br>E-Mail: om@outtengolden.com<br>E-Mail: estork@outtengolden.com |

ii

49895209;1

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

iii

49895209;1

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

49895209;1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2019, a true and correct copy of the foregoing **MOTION TO AMEND NOTICE PLAN** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Michael J. Scimone*
Michael J. Scimone

49895209;1