IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
and DEMETRIO VALERGA
*on their own behalf and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## [PROPOSED] ORDER TO EXTEND NOTICE DEADLINE

The Court, having considered Plaintiffs' Stipulated Motion to Extend the Notice Deadline, hereby GRANTS the Motion and ORDERS as follows:

No later than October 21, 2019, Plaintiffs shall distribute notice to the class according to the Class Notice Plan approved by the Court (CM/ECF No. 186).

SO ORDERED.

_____        Date:_____
The Honorable John L. Kane
Senior United States District Judge