IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
and DEMETRIO VALERGA
*on their own behalf and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ORDER TO EXTEND NOTICE DEADLINE**

---

The Court, having considered Plaintiffs' Stipulated Motion to Extend the Class Notice Deadline (ECF No. 204), hereby GRANTS the Motion and ORDERS as follows:

No later than October 21, 2019, Plaintiffs shall distribute notice to the class according to the Class Notice Plan approved by the Court (ECF No. 186).

Dated this 20th day of August, 2019    BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE