IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

**SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO COMPEL**

        Plaintiffs, through undersigned counsel, hereby submit this Supplemental Brief in further support of their Motion to Compel pending at ECF No. 181 (the "Motion").

        Plaintiffs' Motion addresses GEO's refusal to permit Plaintiffs to videotape their forthcoming site inspection (which GEO does not otherwise oppose).  *See* ECF No. 181 at 7-8.  In its opposition to the Motion, GEO claimed that permitting Plaintiffs to videotape the inspection would compromise the security of the facility and the privacy of

detainees and GEO personnel. ECF No. 187 at 1-2. In support of that argument, GEO represented that it "has not allowed video recording to take place within [the Aurora facility] dating back 15 years." ECF No. 187 at 4.[1] This statement is no longer accurate.

On August 21, 2019, the Fox31 Denver television station posted a report, "Video: Media cameras allowed inside Aurora ICE facility" on its website, at https://kdvr.com/2019/08/21/video-media-cameras-allowed-inside-aurora-ice-facility/. This webpage includes video footage of several of the areas of the Aurora GEO facility of which Plaintiffs have sought to compel recording, including the processing area, the law library, male and female dormitories and common areas, medical facilities, and a recreation area. In the video, the faces of detainees and GEO personnel are cut out of the frame or digitally obscured – as Plaintiffs have offered to do here. ECF No. 192 at 15-16.

Plaintiffs raised this issue with GEO via e-mail on August 23, 2019, asking if GEO's position on videotaping had changed. Ex. A to Scimone Decl. In an August 26, 2019 conference, counsel for GEO told Plaintiffs that its position had not changed, but that it would provide further updates by that Friday. Scimone Decl. ¶ 5. GEO did not do so, and in subsequent conferences on September 3 and September 9, 2019, GEO informed Plaintiffs that it still did not have updates or a timeline for providing them. *Id*. ¶¶ 6-7. As of the date of this filing, GEO has not provided any update to its position.

---

[1] GEO also represented that the prohibition on videography and photography within the facility by guests was required by the "need for heightened security." *Id*. at 5. Plaintiffs have indicated a willingness to address security concerns by anonymizing the faces and other identifying details, including the voices, of those recorded; by not filming secure entryways and exits; and by avoiding filming surveillance and other security equipment to the extent possible. ECF No. 192 at 15-16.

The Fox31 report demonstrates that GEO's security and privacy objections are groundless. If GEO will permit videotaping and publication of video of the interior of the facility via public news reports that undertook the same security measures that Plaintiffs have proposed here, there is no reason why similar recording should not be permitted in the context of civil discovery, where a protective order further safeguards the video against public disclosure. Plaintiffs respectfully request that the Court grant Plaintiffs' Motion.

Dated: September 10, 2019         Respectfully submitted,

By: /s/ Michael J. Scimone

Michael J. Scimone
Ossai Miazad
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (646) 509-2060
E-Mail: mscimone@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Suite 200W
Washington, D.C. 20001
Telephone:  (202) 847-4400
Facsimile:  (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2019, a true and correct copy of the foregoing **Supplemental Brief in Further Support of Plaintiffs' Motion to Compel Rule 30(b)(6) Deposition and Inspection with Video Recording** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

                                                      *s/ Michael J. Scimone*
                                                      Michael J. Scimone