# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA on their own behalf and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC.,<br><br>                  Defendant. | Civil No. 1:14-cv-02887-JLK |

## DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION TO COMPEL

I, Michael Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Counsel at Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Plaintiffs' and Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge

and would so testify if called as a witness at trial.

4. On August 23, 2019, I sent an email to GEO's current counsel noting that, on August 21, 2019, the Fox31 Denver television station posted a report, "Video: Media cameras allowed inside Aurora ICE facility" on its website, at https://kdvr.com/2019/08/21/video-media-cameras-allowed-inside-aurora-ice-facility/, which included video footage of several areas of the Aurora GEO facility of which Plaintiffs have sought to compel recording.  In the email, I asked if the apparent reversal of the prohibition of outside videotaping in the facility meant that GEO's position set forth in the Motion to Compel had changed.  That email is attached hereto as **Exhibit A**.

5. In an August 26, 2019 conference, counsel for GEO told Plaintiffs that its position on videotaping the inspection had not changed, but that it would provide further updates by that Friday, August 30, 2019.

6. GEO did not provide any additional updates by Friday, August 30, 2019.

7. In subsequent conferences on September 3 and September 9, 2019, GEO informed Plaintiffs that it still did not have updates or a timeline for providing them.  I have informed GEO Group, in each of those conferences and by correspondence, that Plaintiffs intend to notify the Court of this development, and invited GEO's views on why its objection to video recording remains valid.  GEO has not responded to those invitations.

Dated: New York, NY
September 10, 2019

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

*Class Counsel*

3