# Exhibit A

| | |
|---|---|
| **From:** | Patrick.McCabe@hklaw.com |
| **To:** | Dempsey, Rachel; Scimone, Michael; Stromberg, Daniel |
| **Cc:** | GeoPlaintiffsCounsel; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com |
| **Subject:** | RE: Menocal v. GEO Group |
| **Date:** | Wednesday, July 17, 2019 10:37:29 AM |
| **Attachments:** | image001.jpg<br>image002.jpg |

Rachel,

We anticipate producing approximately 4,500 documents on Friday. This production will substantially complete GEO's ESI production related to the agreed upon search term review population.

Best,
Patrick

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** Dempsey, Rachel <rdempsey@outtengolden.com>
**Sent:** Friday, July 12, 2019 2:39 PM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Hi Patrick,

Just following up on the question below. How many more documents does GEO anticipate producing, and what is the anticipated timing for any additional productions?

Best,
Rachel

**From:** Dempsey, Rachel
**Sent:** Wednesday, July 10, 2019 3:16 PM
**To:** 'Patrick.McCabe@hklaw.com' <Patrick.McCabe@hklaw.com>; Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Hi Patrick,

Do you have a sense for how many more documents GEO anticipates producing, and the anticipated timing for any additional productions?

Best,
Rachel

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Tuesday, July 2, 2019 10:11 AM
**To:** Dempsey, Rachel <rdempsey@outtengolden.com>; Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Rachel,

We are still on track for substantial completion of ESI production by mid-July. Our next rolling production should be complete later today or tomorrow.

Best,
Patrick

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** Dempsey, Rachel <rdempsey@outtengolden.com>
**Sent:** Tuesday, July 02, 2019 12:39 PM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Hi Patrick and Valerie,

Are there any updates on the timing of the rolling production?  The last batch we received was on June 14, and it was our understanding that you expected production to be complete by mid-July.  Please let us know if that timeline is still on track.

Best,
Rachel

**Outten & Golden LLP**


**Rachel Williams Dempsey** | **Associate**

One California Street, 12th Floor | San Francisco, CA 94111
T 415-638-8800 | F 646-509-2028
rdempsey@outtengolden.com | Bio



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Thursday, June 20, 2019 11:20 AM
**To:** Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Michael,

Thanks for confirming plaintiffs do not presently plan to request additional ESI search terms. As we share your desire to close the loop on the ESI search term issue, we agree to add the hits from the highlighted terms attached to your June 17th email to the agreed upon ESI review universe.

Best,
Patrick

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Thursday, June 20, 2019 12:17 PM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Patrick,

A couple of thoughts here. First, just to be clear, we're talking here about the email search, not the OCR'ed documents, which are on a different track.

Second – our view is that all discovery is an iterative process. In the normal course, if a search turns out to be incomplete, the FRCP are structured to allow subsequent requests, objections, and negotiations to ensure that both sides are meeting their obligations under Rules 26 and 37. Here, we've agreed to cooperate in developing a search process, which benefits GEO because our engagement in the process makes it harder for us to argue that GEO is to blame if the search misses something. That being said, we don't think this cooperation should eliminate our right to

seek discovery if doing so appears necessary to ensure a complete production.  That's never been a condition of the parties' meet-and-confer efforts up to this point.

This is a long-winded way of saying that our present belief is that these terms and process are adequate.  We don't think it's likely that we'll propose another round of terms.  But we can't guarantee that because we don't know what we'll learn tomorrow.  If the production suggests that a few more search terms will identify a small number of high-value documents, then proportionality would suggest we should take that additional step.  Of course, it's more likely that won't happen; and even if we do, GEO's under no obligation to agree if it thinks the request is objectionable.

So we propose to discuss any further discovery in light of what we know at the time, in view of what has already gone before.  Hopefully that should give GEO some confidence, but let me know if you'd like to discuss further.

Michael

---

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Wednesday, June 19, 2019 1:34 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Michael,

If we were to reach agreement on your proposal below, does that close the ESI search term issue from plaintiffs' perspective?  In other words, plaintiffs are not going to come back two weeks or a month from now and request additional search terms that were not included in the 328 or 422 sets? We are still analyzing the proposal on our end but we want to make sure we understand each other.

Best,
Patrick


**Patrick McCabe**| **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

---

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Monday, June 17, 2019 11:08 AM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

---

Patrick,

We'd like to close the loop on the search terms to be included in the current ESI review process. In addition to the overlap set already under review, we would like to add the hits from the highlighted search terms from the 328 and 422 sets in the attached spreadsheet. These documents represent a total of 64, 856 unique hits, although the total number of unique hits may be less if these overlap with the documents already under review.

Please let us know if you have further questions or would like to discuss.

Michael

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Wednesday, June 12, 2019 5:22 PM
**To:** Stromberg, Daniel <dstromberg@outtengolden.com>; Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Dan,

We completed the second round of null set testing for the 0328 search terms and 0422 search terms. The samples were taken from those documents not chosen by their respective search terms, limited by date range and did not include previously reviewed documents.  385 documents were in each set for a Confidence Interval of 95% with a Margin of Error of +/- 5%.  There were zero (0) responsive documents identified in both sets.

Best,
Patrick

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** McCabe, Patrick J (PHL - X49529)
**Sent:** Monday, June 10, 2019 12:20 PM
**To:** 'Stromberg, Daniel' <dstromberg@outtengolden.com>; Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

Dan,

We will re-run the null set testing as outlined below and get back to you with the results by the end of the week.

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104

Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

---

**From:** Stromberg, Daniel <dstromberg@outtengolden.com>
**Sent:** Monday, June 10, 2019 10:08 AM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** Re: Menocal v. GEO Group

*[External email]*

---

Hi Patrick,

For the null set to be a practical methodology of validation of the search terms, it should necessarily be documents culled from review that otherwise would be reviewed if not for the search term cull. Ie it should be limited by date range and not include previously-reviewed documents.

Please advise if you will not be able to complete a null set review with these parameters this week.

Best,
Dan

---

On: 10 June 2019 09:11,
"Patrick.McCabe@hklaw.com" <Patrick.McCabe@hklaw.com> wrote:

Michael,

The 1 responsive document from the null set testing on the 0422 search term set is attached. Password to follow

On the documents from the null set testing review on the 0328 search term set, although we were initially informed from our e-discovery vendor that there were 9 "responsive" documents, upon further review, that language was imprecise.  2 of the 9 documents have already been produced.  They are GEO_MEN00042357 and GEO_MEN 00049902.  The other 7 identified documents are outside of the date range for production so they are not being produced.

We anticipate being able to produce the OCR'd forms from the detainee files (other than the Kites) next week.

Best,

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

---

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Thursday, June 06, 2019 11:48 AM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Stromberg, Daniel <dstromberg@outtengolden.com>

**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Thanks, Patrick.  Can you also provide an update on where we stand with reviewing the OCR'd documents?

Michael

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Thursday, June 6, 2019 11:43 AM
**To:** Stromberg, Daniel <dstromberg@outtengolden.com>; Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Hi Dan,

We will get those documents to you tomorrow.

Best,

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** Stromberg, Daniel <dstromberg@outtengolden.com>
**Sent:** Thursday, June 06, 2019 11:35 AM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Hi Patrick,

Will you be able to produce the responsive null set documents before the end of tomorrow? We'd like to review them and be able to get back to you on a final search proposal but need those in order to finalize that.

Best,
Dan



**Daniel S. Stromberg | E-Discovery Counsel**
601 Massachusetts Ave NW, Suite 200W | Washington, DC 20001
T 212-245-1000 | F 646-952-9102
dstromberg@outtengolden.com | Bio

    

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Friday, May 31, 2019 4:38 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>; Stromberg, Daniel <dstromberg@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Michael and Dan,

We will produce the responsive documents and family members from the null set testing next week. I'm not sure I follow your question regarding the counts. They seem correct by my math.

Thanks for confirming your agreement on the set of documents that overlap between 0328 and 0422 search term sets. This search term overlap population consists of 139,534 (including families).

We estimate rolling productions from review of this overlap population can begin the week of June 10th with productions continuing approximately every two weeks thereafter.

Best,

**Patrick McCabe | Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Friday, May 31, 2019 4:23 PM
**To:** Stromberg, Daniel <dstromberg@outtengolden.com>; McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Valerie and Patrick,

Any update on these questions? We'd like to know the status on the timing, at a minimum, even if the data points Dan asked about take a bit longer to pull together.

Michael

---

**From:** Stromberg, Daniel
**Sent:** Wednesday, May 29, 2019 8:18 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>; Patrick.McCabe@hklaw.com
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Hi Patrick,

Adding to Michael's note, we appreciate the null set review information you provided. Please produce the documents identified as relevant from the two null set reviews, along with their family members. We will assess the documents and the information you provided and circle back with our preferred search. Can you also double-check the null set total sizes? There looks to be a discrepancy between your email and the counts that should result from the search term hit reports. The sample sizes shouldn't change, I just want to make sure that we're on the same page.

Lastly, while we wait for the 10 documents plus family members from the null sets, we think it makes the most sense to get started reviewing the document families that hit on both sets of search terms, and believe that review can begin immediately for those. Please let us know your thoughts, along with the document count for this search term overlap population.

Best,
Dan

---

**Daniel S. Stromberg**
202-847-4406

**From:** Scimone, Michael
**Sent:** Wednesday, May 29, 2019 8:06 PM
**To:** Patrick.McCabe@hklaw.com
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com; Stromberg, Daniel <dstromberg@outtengolden.com>
**Subject:** RE: Menocal v. GEO Group

Patrick,

Adding Dan Stromberg – please keep him on the ESI correspondence – thanks. I'll let Dan chime in on specifics of the review set.

Can you let us know when the rolling production would start? We need to ensure that we have enough time to review what we receive and plan for depositions. With the discovery cutoff looming in August, and with anticipated motion practice on the other discovery disputes on which we've been meeting and conferring, we'd like to avoid jamming us all up.

Michael

**Michael J. Scimone**
646-825-9806

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Wednesday, May 29, 2019 12:41 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Michael,

Assuming we are able to begin the review of the discussed ESI based upon an agreement on either the 0328 or 0422 set of search terms in the next few days, our estimated target date for substantial completion of rolling productions of that ESI is mid-July.

**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Tuesday, May 28, 2019 3:57 PM
**To:** McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; deismeier@bfwlaw.com; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>; Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

*[External email]*

Thanks, Patrick.  And am I right in understanding that the 0422 terms are the more recent set that GEO came up with, whereas the 0328 set are the terms used initially, with Plaintiffs' proposed changes?

Assuming we agree to go forward with one of these two sets, can you provide us with an estimated target date for production following GEO's privilege/responsiveness review?

Michael

**From:** Patrick.McCabe@hklaw.com <Patrick.McCabe@hklaw.com>
**Sent:** Tuesday, May 28, 2019 3:42 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; stacy.blank@hklaw.com; mley@bfwlaw.com; deismeier@bfwlaw.com; Carolyn.Short@hklaw.com; Valerie.Brown@hklaw.com
**Subject:** RE: Menocal v. GEO Group

Michael,

Following up on our call last week regarding the validation testing for the search term sets, we have performed null population testing for the 0328 search term set and the 0422 search term set.  Details below:

<u>0422 Terms Null Sets</u>
Total Null Population = 1,100,488 Documents
Confidence Interval of 95%
Margin of Error of +/- 5%
Total Validation Set: 385 Documents for review
Review resulted in 1 responsive document identified

<u>0328 Terms Null Sets</u>
Total Null Population = 1,074,000 Documents
Confidence Interval of 95%
Margin of Error of +/- 5%
Total Validation Set: 385 Documents for review
Review resulted in 9 responsive documents identified

Best,
Patrick


**Patrick McCabe** | **Holland & Knight**
Associate
Holland & Knight LLP
Cira Center, 2929 Arch Street, Suite 800 | Philadelphia, PA  19104
Phone 215.252.9529 | Fax 215.867.6070
Patrick.McCabe@hklaw.com | www.hklaw.com

---

**From:** Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Sent:** Wednesday, May 22, 2019 2:12 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; Dana Eismeier <deismeier@bfwlaw.com>; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

Michael,

Following up on the below, here is the link and password to the last of the class list information in our possession that was referenced in our May 17 letter.

Production Volume 20: https://xfer.precisiondiscovery.com/human.aspx?r=983711708&arg06=563586965&arg07=577679698&arg11=1&arg12=fileview
Password: jTV9Y*6$YNuP

Thank you,
**Valerie Brown** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
2929 Arch Street, Suite 800 | Philadelphia, PA 19104
Phone 215.252.9569 | Fax 215.867.6070
valerie.brown@hklaw.com | www.hklaw.com

**From:** Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>
**Sent:** Friday, May 17, 2019 5:57 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; McCabe, Patrick J (PHL - X49529) <Patrick.McCabe@hklaw.com>; Blank, Stacy D (TPA - X36613) <stacy.blank@hklaw.com>; mley@bfwlaw.com; Dana Eismeier <deismeier@bfwlaw.com>; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>
**Subject:** RE: Menocal v. GEO Group

Michael,

Please see attached.

Thank you,

**Valerie Brown** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
2929 Arch Street, Suite 800 | Philadelphia, PA 19104
Phone 215.252.9569 | Fax 215.867.6070
valerie.brown@hklaw.com | www.hklaw.com

---

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Wednesday, May 15, 2019 4:24 PM
**To:** Brown, Valerie E (PHL - X49569) <Valerie.Brown@hklaw.com>; Short, Carolyn P (PHL - X49553) <Carolyn.Short@hklaw.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>
**Subject:** Menocal v. GEO Group

*[External email]*

Carolyn and Valerie,

In the wake of our meet & confer last week on general discovery, I believe we're waiting to receive a written response from you on the open items listed below. Can you either respond to the substance, or let us know when you expect to have a response? Additional questions follow the chart.

| Request(s) | Discussed in Meet & Confer | Status |
| --- | --- | --- |
| **Requests 32, 33, 46** (cost of operating Aurora without detainee labor) | Read as a "documents sufficient to show" request; specific documents listed in 46 may be responsive | GEO to respond |
| **Requests 37, 40** (pay rates at non-Aurora facilities) | Plaintiffs further described relevance | GEO to respond |
| **Request 39** (communications about this litigation) | Plaintiffs further described relevance | GEO to respond |
| **Request No. 48** (documents related to contracts) | Plaintiffs maintain request for documents reflecting negotiations | GEO will produce as to negotiations on topics at issue in litigation; will clarify which categories it believes are at issue |
| **Interrogatory No. 22** (class members | There is a burden to checking | GEO to respond |

| | | |
|---|---|---|
| currently detained at GEO facilities) | against detainee list for a given time period, so continuous updating is problematic; Pls.' propose checking now, and limiting additional updates to one other point closer to trial. | |
| **Class list** | Query whether GEO has exhausted its search for all class members | GEO to confirm in writing |

**30(b)(6) deposition**

In addition, you told us you would provide formal objections to the current 30(b)(6) notice. Please provide those by the end of this week; while we are willing to review your formal objections in writing, there is no specific procedure requiring them in the FRCP or Local Rules. We understand GEO's position to be that Plaintiffs must seek leave to issue a second notice; we disagree, and contend that GEO must make a designation and produce a witness under Rule 30. We have conferred and appear to be at impasse; therefore we intend to move to compel a response no later than next week.

**Overwritten Video Footage**

Following up on our correspondence regarding security footage that was overwritten at the outset of the lawsuit, please let us know the date on which the Aurora facility's overwrites occur.

**Inspection Request**

We appear to be at impasse on aspects of our inspection request – specifically whether the inspection will be recorded. Our request is to videotape the facility; GEO objects to both video and still photography. In an effort to narrow other issues, we will agree to limited sampling of the areas to be inspected. In addition to the areas you proposed in your April 26 letter, we propose the following:

| **Requested areas** | **Offered in 4/26 letter** | **Counter-proposal** |
|---|---|---|
| Segregation areas | | + Segregation areas |
| Housing units (cells & common areas) | One unit pod | One male, one female pod plus common areas |
| Record & ESI storage areas | | [Withdrawn] |
| on-site medical facility | Medical unit | [Agreed] |
| laundry room | Laundry facilities | [Agreed] |
| dining area | | + Dining area to the extent detainees do not eat inside pods. |
| kitchen | Kitchen | [Agreed] |
| law library | Library | [Agreed] |
| barbershop | | + Barbershop |
| intake area | | + intake area |
| solitary confinement unit | Solitary confinement unit | [Agreed] |
| warehouses | | + Warehouses |
| exterior or outdoor areas | | Include exterior areas where detainees performed work (shoveling snow, landscaping) |
| ICE and GEO offices | | Include to the extent detainees were responsible for cleaning this area. |
| conference rooms | | Include to the extent detainees were responsible for cleaning this |

| | | |
|---|---|---|
| | | area. |
| break rooms | | Include to the extent detainees were responsible for cleaning this area. |
| | Common areas (undefined) | (See Housing units above; if this refers to something else, please clarify). |

Thanks in advance for getting back to us on this. We are available to speak this week if helpful.

Michael



**Michael J. Scimone | Counsel**
685 Third Ave 25th Floor | New York, NY 10017
T 212-245-1000 | F 646-509-2055
mscimone@outtengolden.com | Bio



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
*Please consider the environment before printing this e-mail.*

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless t contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidential ty.