# Exhibit B

*Menocal v. GEO Group*

ICE Production Log for

September 3, 2019

| Status of ICE Review | Number of Documents |
|---|---|
| Documents Potentially Responsive to Plaintiffs' Discovery Requests that GEO has withheld at ICE's Request | 0 |
| Documents Potentially Responsive to Plaintiffs' Discovery Requests that GEO has delayed at ICE's Request | 0 |
| Documents Potentially Responsive to Plaintiffs' Discovery Requests that GEO has withheld pursuant to GEO's contract with ICE | 0 |
| Documents Potentially Responsive to Plaintiffs' Discovery Requests that GEO has delayed pursuant to GEO's contract with ICE | 0 |
| Documents Potentially Responsive to Plaintiffs' Discovery Requests that GEO has withheld pending any other form of ICE review | 0 |
| Documents Potentially Responsive to Plaintiffs' Discovery Requests that GEO has delayed pending any other form of ICE review | 4,580 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

*Menocal v. GEO Group*
ICE Production Log for
September 3, 2019

|  |  |
| --- | --- |
|  |  |
|  |  |