# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

___

**SUPPLEMENTAL RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF (Doc. 206)**

___

      The GEO Group, Inc. ("GEO") submits this Supplemental Response to Plaintiff's Supplemental Brief (ECF. No. 206) pursuant to the Court's September 24, 2019 Minute Order (ECF No. 209).

      On September 30, 2019, ICE provided an update on its position with respect to Plaintiffs' request to photograph and videotape the Aurora Detention Facility site inspection. ICE's September 30th correspondence, a copy of which is attached as Exhibit A, states that Plaintiffs will be permitted to photograph and videotape the Aurora Detention Facility to the same extent that

50331136;1

media outlets were permitted to do so on August 21, 2019, as long as Plaintiffs are willing to accept the same terms and restrictions that were imposed during the media tours.

In light of the foregoing, GEO does not believe that a further response is required.

Respectfully submitted, this the 1st day of October, 2019.

                                        **AKERMAN LLP**

                                        *s/ Colin L. Barnacle*
                                        Colin L. Barnacle
                                        Christopher J. Eby
                                        Ashley E. Calhoun
                                        1900 Sixteenth Street, Suite 1700
                                        Denver, Colorado 80202
                                        Telephone:(303) 260-7712
                                        Facsimile:  (303) 260-7714
                                        Email: colin.barnacle@akerman.com
                                        Email: christopher.eby@akerman.com
                                        Email: ashley.calhoun@akerman.com
                                        *Attorneys for Defendant The GEO Group, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2019, a true and correct copy of the foregoing **SUPPLEMENTAL RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF (Doc. 206)** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Nick Mangels*
Nick Mangels