**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>       Plaintiffs,<br><br> v.<br><br>THE GEO GROUP, INC.,<br><br>       Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ENFORCE THIS COURT'S PRIOR ORDER**

I, Michael Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Counsel at Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Plaintiffs' and Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

4. On September 30, 2019, the Department of Justice, acting on behalf of ICE, sent a letter to both Plaintiffs' and Defendant's counsel in response to Plaintiffs' Motion to Compel Production of Documents and to Enforce the Court's Prior Order. A true and correct copy of this letter is attached hereto as **Exhibit A**.

5. GEO has served responses and objections to Plaintiffs' discovery requests from February through September of 2019. Each of those sets of responses contained substantial objections. These objections have been the subject of repeated meet-and-confer sessions between counsel for the parties in recent months, which continue through the present.

6. Although GEO originally refused to produce a 30(b)(6) witness on any topic, prompting Plaintiffs' motion to compel at ECF No. 181, it subsequently withdrew that objection and substituted a number of objections to the scope of those proposed topics. That dispute is currently before the Court through Plaintiffs' motion. In light of GEO's revised position, Plaintiffs' counsel asked GEO to designate a 30(b)(6) witness and provide tentative dates pending the Court's ruling. To date, GEO has refused to do so until the Court rules on Plaintiffs' pending motion.

Dated: New York, NY
October 2, 2019

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

*Class Counsel*