# Exhibit A



**U.S. Department of Justice**

Jason R. Dunn
United States Attorney
District of Colorado

Timothy B. Jafek
303-454-0104
timothy.jafek@usdoj.gov

*1600 California Street, Suite 1600*
*Denver, CO  80202*

September 30, 2019

**Via Email**
Colin Barnacle
Ashley Calhoun
Allison Angel
Nick Mangels
Akerman LLP
colin.barnacle@akerman.com
ashley.calhoun@akerman.com
allison.angel@akerman.com
nick.mangels@akerman.com

Juno Turner
Ossai Miazad
Elizabeth Stork
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, New York 10017
jturner@outtengolden.com
om@outtengolden.com
estork@outtengolden.com

   **RE:** *Menocal, et al. v. The GEO Group*, 1:14-cv-02887 Media Tour & Video

Dear Counsel,

  I write on behalf of U.S. Immigration and Customs Enforcement (ICE) in response to Plaintiffs' Motion to Compel Production of Documents and to Enforce the Court's Prior Order, filed September 24, 2019

  ICE was first informed that there were records requiring ICE review on September 3, 2019, when GEO notified ICE of the records and indicated that GEO would like to produce the records on October 4,

1

2019, if possible.  This is despite the fact that, according to the Plaintiffs' motion, GEO identified these documents at some point prior to July 17, 2019.  ICE is endeavoring to complete the review of these records as quickly as possible and anticipates completing the review by October 4, 2019, as GEO originally requested, and has reviewed approximately 2,200 documents to date.  The parties should note, however, that meeting the October 4, 2019 timeframe requires ICE to divert resources from other matters.  Had ICE been notified that documents were ready for review in July, the burden on the agency would have been lessened.  Additionally, ICE was unaware until Plaintiffs filed their Motion on September 24, 2019, of any objection to GEO's requested timetable, or that there were any issues regarding the production in discovery of records requiring ICE review.  To avoid any such disputes in the future, it would be beneficial if ICE be provided with timely notice of document review requests, and that any timetables for such reviews be communicated between the parties.  Finally, as of today, ICE has not been directly notified that any additional documents other than the 4,500 identified on September 3, 2019, are awaiting ICE review, nor have any such documents been provided to ICE.

ICE understands that the Court has required a response from GEO to Plaintiffs' Motion by October 1, 2019, and ICE expects that its position as set forth in this letter will be made clear to the Court in GEO's submission.  Thank you in advance for your cooperation in this matter.  Should you have any questions or concerns regarding the above, please do not hesitate to contact me.

                Sincerely,

                *s/ Timothy B. Jafek*
                Timothy B. Jafek
                Assistant U.S. Attorney

cc:
David Lopez
Outten & Golden LLP
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, D.C. 20001
E-Mail: pdl@outtengolden.com

Rachel Dempsey
Adam Koshkin
Outten & Golden LLP
One California Street, 12th Floor
San Francisco, CA 94111
E-Mail: rdempsey@outtengolden.com
E-Mail: akoskin@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt

2

Towards Justice
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
E-Mail: alex@towardsjustice.org
E-Mail: david@towardsjustice.org
E-Mail: andy@towardsjustice.org

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
E-Mail: Andrew@ImmigrantCivilRights.com

Brandt Milstein
Milstein Law Office
595 Canyon Boulevard
Boulder, CO 80302
(303) 440-8780
E-Mail: brandt@milsteinlawoffice.com

Andrew Turner
The Kelman Buescher Firm
600 Grant St., Suite 450
Denver, CO 80203
(303) 333-7751
E-Mail: aturner@laborlawdenver.com

Hans Meyer
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
E-Mail: hans@themeyerlawoffice.com

ICE counsel