IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE
---

Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a), United States Magistrate Judge Michael Hegarty is designated to conduct proceedings in this civil action as follows:

- ( ) Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LR26.1.

- (✓) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (✓) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (✓) Hear and determine pretrial matters, including discovery and other non-dispositive motions.

- (✓) Refer the case to a special master, if necessary.

Dated at Denver, Colorado this 2nd day of October, 2019.

                                      BY THE COURT:

                                      _____
                                      John L. Kane
                                      Senior U.S. District Court Judge