IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>       Plaintiffs,<br><br>  v.<br><br>THE GEO GROUP, INC.,<br><br>       Defendant. | Civil No. 1:14-cv-02887-JLK |

**STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

  Defendant The GEO Group, Inc. ("GEO") together with Plaintiffs, by and through their respective attorneys, respectfully move this Court to extend the discovery deadlines as set forth herein.

  The parties have engaged in substantial discovery in this case, but have identified certain discovery sought by both parties that has yet to be completed. In addition, a number of disputes have arisen in the discovery process, which are the subject of motions recently referred to Magistrate Judge Hegarty. Further, the parties have met and conferred several times over the

1

preceding weeks to work through additional points of contention in an effort to avoid further motion practice. For all of these reasons, the parties believe an additional 30 days beyond the current fact discovery deadline will allow the parties to continue working to meet their outstanding discovery obligations in the near term.

A discovery conference is currently scheduled for October 18, 2019 before Magistrate Judge Hegarty. The parties anticipate that a further extension to the discovery period will be needed, but would prefer to address the length of that extension with the Court in light of the issues to be addressed at that conference. To facilitate that discussion, the parties propose to file a joint status report on Friday, October 11, 2019 setting forth the outstanding issues, the parties' remaining discovery obligations, and a report on the prospects for settlement.

Thus, for the reasons articulated in this Motion, and for good cause shown, the parties jointly request amending the scheduling order as follows:

The current fact discovery deadline is October 21, 2019. The parties jointly request to extend the fact discovery deadline to November 21, 2019.

The parties also jointly request extension of the expert discovery deadlines as follows:

The deadline by which the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is currently November 21, 2019. The parties jointly request to extend this deadline by 30 days to December 23, 2019.

The deadline by which the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) is currently January 6, 2020. The parties jointly request to extend this deadline by 30 days to February 6, 2020.

2

The deadline by which the parties shall take the depositions of expert witnesses is currently February 7, 2020. The parties jointly request to extend this deadline by 16 days to February 24, 2020.

Dated: October 8, 2019              ___/s/Michael Scimone_____
                                                  Michael Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com
*Class Counsel*

Dated: October 8, 2019              __/s/Colin L. Barnacle_____
                                                  Colin L. Barnacle
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Telephone: (303) 260-7712
E-Mail: colin.barnacle@akerman.com
*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Michael Scimone*
Michael Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com