IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEO GROUP, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2019**.

    For good cause shown, the parties' Stipulated Motion to Extend Discovery Deadlines [filed October 8, 2019; ECF 217] is **granted**. Paragraph 6 of the governing Scheduling and Discovery Order is modified as follows:

| | |
|---|---|
| Fact Discovery Deadline: | November 21, 2019 |
| Expert Witness Disclosures Deadline: | December 23, 2019 |
| Rebuttal Expert Disclosures Deadline: | February 6, 2020 |
| Expert Witness Depositions Deadline: | February 24, 2020 |

All other deadlines and conference dates remain in effect. In addition, the parties shall file a joint status report on Friday, October 11, 2019 setting forth any outstanding discovery issues, the parties' remaining discovery obligations, and a report on the prospects for settlement.