# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>                     Plaintiffs,<br><br>   v.<br><br>THE GEO GROUP, INC.,<br><br>                     Defendant. | Civil No. 1:14-cv-02887-JLK |

## JOINT DISCOVERY STATUS REPORT

In advance of the hearing scheduled before Magistrate Judge Hegarty on October 18, 2019, Plaintiffs and the GEO Group, Inc. ("GEO", and together, with Plaintiffs, the "Parties") submit the following status report to provide the Court with a summary of pending discovery disputes and an outline of the discovery that remains to be completed before the close of the discovery period.

I.  **Pending Disputes**

  A.  **Motion to Compel Rule 30(b)(6) Deposition and Inspection with Video Recording (ECF No. 181)**

The Parties dispute two issues raised by the above-referenced motion:[1]

(1) the scope of the topics contained in Plaintiffs' Notice of 30(b)(6) Deposition served on November 2, 2018 (*see* ECF No. 181-8); and

(2) the areas which Plaintiffs will be entitled to videotape during the upcoming site inspection of GEO's Aurora Contract Detention Facility.

  B.  **Motion to Compel Production of Documents and Enforce the Court's Prior Order (ECF No. 207)**

As set forth in the above-referenced motion, the Parties dispute the process that GEO has used in submitting documents for review to U.S. Immigration and Customs Enforcement ("ICE").[2] As of the date of this stipulation, 10-15 documents remain under ICE review, and an additional 4,567 documents have been reviewed by ICE but not yet produced. GEO has stated that it will produce the ICE-reviewed documents in advance of the status conference on October 18, 2019. GEO has informed Plaintiffs that it may submit additional documents for ICE to review as it continues to identify documents for production.

---

[1] The factual background, legal support, and arguments of the parties with respect to both issues are contained in Plaintiffs' motion papers (ECF No. 181), GEO's opposition (ECF No. 187), Plaintiffs' Reply (ECF No. 192), GEO's surreply (ECF No. 193), Plaintiffs' Supplemental Brief in Further Support of their Motion to Compel (ECF No. 206), GEO's response thereto (ECF No. 210), and Plaintiffs' reply (ECF No. 212).

[2] The factual background, legal support, and arguments of the parties are contained in Plaintiffs' motion papers (ECF No. 207), GEO's opposition (ECF No. 211), and Plaintiffs' reply (ECF No. 212).

## II. Additional Discovery Issues

As part of the discovery process, the Parties have met and conferred extensively over the following additional issues, which remain outstanding as of this date:

1. Plaintiffs have requested documents sufficient to show wage rates at facilities other than Aurora. GEO objects to this request on relevance grounds, and the Parties have reached impasse.

2. Plaintiffs have requested documents regarding compliance with ICE requirements at other GEO facilities. GEO objects to this request on relevance grounds, and the Parties have reached impasse. The Parties also disagree as to whether GEO is obligated to disclose whether it is withholding documents responsive to this request.

3. Plaintiffs seek the production of a document attached to GEO-MEN 00090984, an e-mail produced in discovery that attached a union dispute related to janitorial supervision of Volunteer Work Program workers. GEO objects to this request on the basis of relevance, and the Parties have reached impasse.

4. Following the depositions of GEO witnesses Cheryl Nelson and Amber Martin, conducted on October 3, 2019 and October 9, 2019, respectively, Plaintiffs requested that GEO produce emails the witnesses reviewed to prepare for their depositions. GEO objected on the grounds that the production of said documents would reveal attorney work product.

## III. Remaining Discovery

The Parties seek the assistance of the Court in determining a reasonable schedule to complete the anticipated remaining fact discovery, which is summarized below:

1. **30(b)(6) deposition**: The timing of a 30(b)(6) deposition or depositions pursuant to Plaintiffs' November 2, 2018 notice is currently on hold pending resolution of the Parties' dispute over the scope of the deposition notice, described in section I(A) above.

2. **Site inspection**: The timing of a site inspection of the GEO Aurora facility is currently on hold pending resolution of the Parties' dispute over the use of videotape.

3. **Document production**: Plaintiffs are currently awaiting the production of the documents identified in sections II.1-4 above.

4. **Post-Deposition Document Requests:**  At the October 3, 2019 deposition of GEO employee Cheryl Nelson, Plaintiffs called for the production of the following documents, which have not yet been produced:

    a. A complete set of Quality Control Plans in effect during the class period;

    b. A complete set of GEO's internal audit schedules from the class period;

    c. A complete set of documents Ms. Nelson referred to as "working papers" for audits that were in use during the class period;

    d. A complete set of executive summaries of internal audits that GEO conducted during the class period.

5. **Gap Analysis**:  On October 3, 2019, Plaintiffs requested that GEO perform a second gap analysis as to ICE/GEO meeting minutes.  GEO agreed to this request and is in the process of conducting the gap analysis.

6. **Plaintiff depositions**: The Parties are currently working to schedule the depositions of Plaintiff Hugo Hernandez, Plaintiff Alejandro Menocal and

        Plaintiff Lordes Argueta.[3] The parties are conferring about a stipulation to govern the timing of any additional depositions for witnesses who will be called at trial.

7. **ICE deposition**: Plaintiffs served a subpoena for testimony on U.S. Immigration and Customs Enforcement (ICE) on April 9, 2019. Plaintiffs are currently conferring with ICE regarding whether it will produce a witness.

8. **ICE document production**: Plaintiffs served a subpoena for production of documents on ICE on April 9, 2019. Plaintiffs are conferring with ICE regarding the search for responsive documents.

9. **Additional fact witness depositions**: Plaintiffs intend to notice additional depositions, which they do not anticipate will exceed the presumptive limit of ten depositions set forth in Rule 30(a)(2)(A)(i).

10. **Interrogatories**: Plaintiffs may serve a limited number of interrogatories to clarify the basis for GEO's affirmative defenses and the identities of GEO's anticipated trial witnesses.

## IV. Prospects for Settlement.

During the summer, the Parties (through Class Counsel and GEO's prior counsel at Holland & Knight) held preliminary discussions about a potential resolution of this case. After GEO's current counsel appeared in this litigation, counsel for the Parties had a call about continued prospects for resolution. GEO has not responded to Class Counsel's most recent correspondence (on September 4, 2019) as to whether GEO wished to continue those

---

[3] Lordes Argueta is currently located in Honduras. At Plaintiffs' request, GEO served a subpoena for Ms. Argueta's deposition to help facilitate her entrance into the United States.

discussions. Plaintiffs remain open to continuing to explore settlement, if GEO is willing to engage in a good faith discussion and respond to Plaintiffs' prior proposals.

## Conclusion

The Parties look forward to discussing these issues at the upcoming discovery conference.

| | |
|---|---|
| Dated: New York, NY<br>October 11, 2019 | Respectfully submitted, |

By: */s/ Colin L. Barnacle*
Colin L. Barnacle
Christopher J. Eby
Ashley E. Calhoun
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:(303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: christopher.eby@akerman.com
Email: ashley.calhoun@akerman.com

*Attorneys for Defendant The GEO Group, Inc.*

By: */s/ Michael J. Scimone*
Michael J. Scimone
Ossai Miazad
Elizabeth Stork
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com
E-Mail: om@outtengolden.com
E-Mail: estork@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org

andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2019, a true and correct copy of the foregoing **Discovery Status Report** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Michael J. Scimone*
Michael J. Scimone