IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No: 14-cv-2887-JLK-MEH                Date: October 18, 2019
Courtroom Deputy: Christopher Thompson             FTR:   Courtroom A 501

*Parties:*                                         *Counsel:*

ALEJANDRO MENOCAL,                                 David Seligman
MARCOS BRAMBILA,                                   Michael Scimone
GRISEL XAHUENTITLA,                                Brandt Milstein
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALERGA,

   Plaintiff,

v.

GEO GROUP, INC., THE,                              Allison Angel
                                                   Melissa Cizmorris
                                                   Micahel Ley

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**     **10:42 a.m.**

Court calls case.  Appearances of counsel.

Discussion and argument held regarding discovery disputes in relation to the proposed Notice of F.R.C.P. 30(b)(6) Deposition of Defendant The Geo Group Inc.

**ORDERED:**  Plaintiffs shall tell Defendant in advance, within the next week, which topics might exceed the 2014 timeframe as stated on the record regarding the deposition if The Geo Group Inc.

             The application of discipline to specific infractions is a topic permissible.

             Some questioning is authorized on the policies of administrative segregation as

stated on the record.

The video tape in question, when produced, will be held at a Level 2 Restriction only viewable by the case participants. All parties allowed access to the video will sign a permission document the Geo Group or Department of Justice drafts that will give notice of obligations to not disseminate. The date and time of the video inspection shall be confidential and not publicized outside of litigation. Objections shall be made **at least 14 days** prior to the date of the proposed inspection.

Defendant shall produce a document showing the wage rates at the GEO facilities operating under ICE contracts for the dates between 2004-2014.

By close of business **Tuesday, October 22, 2019**, the parties shall email short summaries of their position on the issue of Plaintiffs document request pertaining to documents reviewed by witnesses deposed as stated on the record.

**Discovery deadline is extended to April 20, 2020.**

Plaintiffs shall send a settlement letter to Defendant and Defendant shall respond within 2 weeks of receiving the letter.

**Court in recess:**     **12:22 p.m.**     Hearing concluded.
Total in-court time     01:40

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.