# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>       Plaintiffs,<br><br> v.<br><br>THE GEO GROUP, INC.,<br><br>       Defendant. | Civil No. 1:14-cv-02887-JLK |

## STIPULATION REGARDING DEPOSITIONS OF TRIAL WITNESSES

Defendant The GEO Group, Inc. ("GEO") together with Plaintiffs, by and through their respective attorneys, hereby stipulate as follows.

Plaintiffs will serve their Interrogatory No. 25 and Defendant will serve its Interrogatory No. 36 (the "Trial Witness Interrogatories") on or before November 13, 2019. Both interrogatories will seek the identity of non-expert witnesses that the opposing party intends to call at trial.

Both parties will provide substantive responses to the Trial Witness Interrogatories on or before November 22, and will provide supplemental responses on (1) January 8, 2020; (2) February 24, 2020; (3) March 30, 2020; and (3) again no later than 30 days prior to the commencement of trial.

Both parties will endeavor to take depositions of the opposing party's trial witnesses within the discovery period ordered by the Court. To the extent either party discloses a trial witness after the discovery period who was not previously disclosed, the parties agree that the other party shall be permitted to depose that witness prior to trial. The presumptive ten-deposition limit in Fed. R. Civ. P. 30(a)(2)(A)(i) shall not bar any deposition of an opposing party's trial witnesses after the close of discovery pursuant to this stipulation.

To the extent that any deposition permitted by this stipulation interferes with the trial calendar ordered by the Court, the parties will promptly meet and confer, and will notify the Court as needed regarding any proposed modification of the trial calendar.

If, despite a good faith effort to do so, either party is unable to complete a deposition of one or more of the opposing party's proposed trial witnesses prior to trial, then the opposing party shall be precluded from calling that witness to testify at trial, unless that witness is called solely for purposes of rebuttal. Neither party shall be precluded from calling a witness on that party's trial witness list for its case-in-chief if that party made reasonable efforts to produce the witness and the opposing party declined to depose them.

Dated: October 18, 2019

   /s/ Michael Scimone_____
Michael Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor

New York, New York 10017
Telephone:  (212) 245-1000
E-Mail: mscimone@outtengolden.com

*Class Counsel*

Dated: November 12, 2019          /s/ Colin Barnacle
Colin L. Barnacle
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Telephone:  (303) 260-7712
E-Mail: colin.barnacle@akerman.com

*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2019, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael Scimone*
Michael Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com
