## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others
similarly situated,

Civil No. 1:14-cv-02887-JLK

                          Plaintiffs,

    v.

THE GEO GROUP, INC.,

                           Defendant.

---

### STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

---

Defendant The GEO Group, Inc. ("GEO") together with Plaintiffs, by and through their

respective attorneys, respectfully move this Court to extend the deadlines for expert discovery in

this matter, as set forth herein.

The Court held a discovery conference on October 18, 2019, and, therein, extended the

discovery cutoff in this case to April 20, 2020. The Court's order did not alter the existing

deadlines for expert disclosures or completion of expert discovery. Currently, expert

designations and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) are due by December 23, 2019.

Rebuttal expert disclosures are currently due by February 6, 2020.  Expert discovery is currently scheduled to be completed by February 24, 2020.

The parties continue to engage in substantial discovery, including discovery relevant to the parties' anticipated expert reports.  Accordingly, the parties seek an extension to the expert discovery schedule as follows:

That the deadline to designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) be extended from December 23, 2019 to February 14, 2020.

That the deadline by which the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) for rebuttal experts be moved from February 6, 2020 to March 30, 2020.

That the deadline by which the parties shall take the depositions of expert witnesses be moved from February 24, 2020 to April 20, 2020.

Dated: December 6, 2019            ___/s/ Michael Scimone_____

                                        Michael Scimone
                                        **OUTTEN & GOLDEN LLP**
                                        685 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        Telephone:  (212) 245-1000
                                        E-Mail: mscimone@outtengolden.com
                                        *Class Counsel*

Dated: December 6, 2019            __/s/ Colin L. Barnacle_____

                                        Colin L. Barnacle
                                        **AKERMAN LLP**
                                        1900 Sixteenth Street, Suite 1700
                                        Denver, CO 80202
                                        Telephone:  (303) 260-7712
                                        E-Mail: colin.barnacle@akerman.com
                                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2019, a copy of the foregoing document was filed

electronically.  Service of this filing will be made on all ECF-registered counsel by operation of

the court's electronic filing system.  Parties may access this filing through the Court's system.


*/s/ Michael Scimone*
Michael Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
E-Mail: mscimone@outtengolden.com