# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

---

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE

---

Pursuant to D.C.COLO.LAttyR5(b), attorney Elizabeth V. Stork of the law firm of Outten & Golden LLP ("O&G") respectfully moves to withdraw her appearance for Plaintiffs Alejandro Menocal, Marcos Brambila, Grisel Xahuentitla, Hugo Hernandez, Lourdes Argueta, Jesus Gaytan, Olga Alexaklina, Dagoberto Vizguerra, and Demetrio Valerga (collectively, "Plaintiffs") and states as follows:

1.      Ms. Stork appeared in this matter on behalf of the Plaintiffs.

2.      Ms. Stork will no longer be employed by the law firm O&G as of January

11, 2020.

3.      Other than Ms. Stork, counsel of record for Plaintiffs remain the same

without prejudice.

4.      As required by D.C.COLO.LAttyR5(b), a copy of this motion is being

served upon the Plaintiffs by U.S. Mail (or by email, to the extent possible,

if no current mailing address was available) and counsel of record for

Plaintiffs and Defendant The Geo Group will be served by the Court's

CM/ECF system.

WHEREFORE, the undersigned counsel respectfully moves the court for a

withdrawal of appearance in this matter.

Dated: January 10, 2020                      Respectfully submitted,
       New York, NY

                                             By: */s/ Elizabeth V. Stork*
                                             Elizabeth V. Stork
                                             **OUTTEN & GOLDEN LLP**
                                             685 Third Avenue, 25th Floor
                                             New York, NY 10017
                                             Telephone: (212) 245-1000
                                             Facsimile: (646) 509-2060
                                             E-Mail: estork@outtengolden.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2020, a true and correct copy of the foregoing **Unopposed Motion for Withdrawal of Appearance** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.  The foregoing **Unopposed Motion for Withdrawal of Appearance** will also be sent, by U.S. Mail (or by email, to the extent possible, if no current mailing address was available) to the following Named Plaintiffs in the above-captioned action:

Alejandro Menocal                     Hugo Hernandez
Marcos Brambila                       Olga Alexaklina
Grisel Xahuentitla                    Dagoberto Vizguerra
Lourdes Argueta                       Demetrio Valerga
Jesus Gaytan

                                    *s/ Elizabeth V. Stork*
                                    Elizabeth V. Stork