# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

---

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## [PROPOSED] ORDER GRANTING MOTION FOR
## WITHDRAWAL OF APPEARANCE

THIS MATTER comes before the Court on the Motion for Withdrawal of Appearance of Elizabeth V. Stork.

Having reviewed this motion, the Court hereby orders that Elizabeth V. Stork is withdrawn as counsel of record for the Plaintiffs in the above-captioned matter.

Dated this _____ day of _____, 2020.

_____
The Honorable John L. Kane
U.S. District Judge