## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR
## WITHDRAWAL OF APPEARANCE (ECF NO. 234)

THIS MATTER comes before the Court on the Unopposed Motion for Withdrawal of Appearance of Elizabeth V. Stork (ECF No. 234).  The Motion is GRANTED

The Court hereby orders that Elizabeth V. Stork is withdrawn as counsel of record for the Plaintiffs in the above-captioned matter.  Ms. Stork shall be removed from future electronic notifications in this case.

Dated this 10th day of January, 2020.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE