IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 14-cv-2887-JLK-MEH | Date: January 21, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A 1002 |

*Parties:*                                             *Counsel:*

ALEJANDRO MENOCAL,                Juno Turner
MARCOS BRAMBILA,                    David Seligman
GRISEL XAHUENTITLA,                 Michael Scimone
HUGO HERNANDEZ,                     Andrew Turner
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALERGA,

        Plaintiff,

v.

GEO GROUP, INC., THE,                  Allison Angel
                                                      Colin Barnacle

        Defendant.

---

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

---

**Court in session:        1:33 p.m.**

Court calls case.  Appearances of counsel. The parties meet and discuss discovery disputes with the Court's rulings made on the record.  Timothy Jafek of the United States Attorney's Office appears on behalf of the United States in reference to the discussion held regarding a Touhy request.

**ORDERED:**   Within **fourteen (14) days** Defendant shall respond to the all document requests and interrogatories in question as stated on the record and identify who will be put forward in reference to the 30(b)(6) requests and the Touhy request. Within the same two (2) week time frame, Defendants shall complete Plaintiff's document request in relation to the question of the differing inmate wage/payment rates between facilities as stated on the record.

**Court in recess:**     **2:28 p.m.**     Hearing concluded.
Total in-court time:   0:55

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.