IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE Adrienne Scheffey enters her appearance as counsel for Defendant The GEO Group, Inc. and requests all notices given and all papers served or filed in connection with this case be served upon her at the following address, telephone, facsimile number, and e-mail:

Adrienne Scheffey
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: adrienne.scheffey@akerman.com

1

51891982;1

Respectfully submitted, this the 10th day of February, 2020.

        **AKERMAN LLP**

        *s/ Adrienne Scheffey*
        Colin L. Barnacle
        Christopher J. Eby
        Ashley E. Calhoun
        Melissa L. Cizmorris
        Allison N. Angel
        Adrienne Scheffey
        1900 Sixteenth Street, Suite 1700
        Denver, Colorado 80202
        Telephone:(303) 260-7712
        Facsimile: (303) 260-7714
        Email: colin.barnacle@akerman.com
        Email: christopher.eby@akerman.com
        Email: ashley.calhoun@akerman.com
        Email: melissa.cizmorris@akerman.com
        Email: allison.angel@akerman.com
        Email: adrienne.scheffey@akerman.com

        *Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 10th day of February, 2020, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

| | | |
|---|---|---|
| Alexander N. Hood<br>David H. Seligman<br>Juno E. Turner<br>Andrew Schmidt<br>Towards Justice<br>1410 High St., Ste. 300<br>Denver, CO 80218<br>alex@towardsjustice.org<br>david@towardsjustice.org<br>juno@towardsjustice.org<br>andy@towardsjustice.org<br><br>Andrew H. Turner<br>Kelman Buescher Firm<br>600 Grant St., Ste. 825<br>Denver, CO 80203<br>aturner@laborlawdenver.com<br><br>Hans C. Meyer<br>Meyer Law Office, P.C.<br>P.O. Box 40394<br>Denver, CO 80204<br>hans@themeyerlawoffice.com | P. David Lopez<br>Outten & Golden, LLP<br>601 Massachusetts Ave. NW<br>2nd Floor West Suite<br>Washington, DC 20001<br>pdl@outtengolden.com<br><br>Adam L. Koshkin<br>Rachel W. Dempsey<br>Outten & Golden, LLP<br>One California St., 12th Fl.<br>San Francisco, CA 94111<br>akoshkin@outtengolden.com<br>rdempsey@outtengolden.com<br><br>Michael J. Scimone<br>Ossai Miazad<br>Outten & Golden, LLP<br>685 Third St., 25th Fl.<br>New York, NY 10017<br>mscimone@outtengolden.com<br>om@outtengolden.com | R. Andrew Free<br>Law Office of R. Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br><br>R. Andrew Free<br>Law Office of R. Andrew Free<br>2004 8th Ave. South<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br><br>Brandt P. Milstein<br>Milstein Law Office<br>1123 Spruce St.<br>Boulder, CO 80302<br>brandt@milsteinlawoffice.com |

*s/ Nick Mangels*
Nick Mangels

3

51891982;1