**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Plaintiffs    .

DATED at Denver, Colorado this 11th day of February, 2020.

        Brianne Power
        Name of Attorney
        Towards Justice
        Firm Name
        1410 High St., Suite 300
        Office Address
        Denver, CO 80218
        City, State, ZIP Code

1

(720) 432-9755
Telephone Number
brianne@towardsjustice.org
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/* Brianne Power
Brianne Power
Towards Justice
1410 High St., Suite 300
Denver, CO 80218
Telephone: (720) 432-9755
brianne@towardsjustice.org

2