IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEO GROUP, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2020**.

At the parties' request, the Court will hold a Discovery Conference in this case on Tuesday, **February 18, 2020 at 1:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Counsel for the parties may appear by telephone by calling my chambers at (303) 844-4507 at the appointed time.

The parties shall submit any information/documents they believe may be helpful to the resolution of the issue(s) on or before February 14, 2020 to hegarty_chambers@cod.uscourts.gov.