# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>       Plaintiffs,<br><br> v.<br><br>THE GEO GROUP, INC.,<br><br>       Defendant. | Civil No. 1:14-cv-02887-JLK |

## STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Defendant The GEO Group, Inc. ("GEO"), together with Plaintiffs, by and through their respective attorneys, respectfully move this Court to extend the deadlines for expert discovery as set forth herein.

The expert disclosure deadline is currently scheduled for February 14, 2020. Although the parties have been working to resolve discovery disputes and schedule depositions and a site inspection of the GEO facility, several items of discovery related to anticipated expert reports remain to be completed, and the parties are engaged in the meet and confer process with respect

to discovery responses that bear on expert discovery. For these reasons, the parties believe a brief extension of the current expert discovery deadlines will allow them to continue working to meet their outstanding discovery obligations in the near term.

Thus, for the reasons articulated in this Motion, and for good cause shown, the parties jointly request amending the scheduling order as follows:

The deadline by which the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) shall be extended from February 14, 2020 to March 20, 2020.

The deadline by which the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) shall be extended from March 30, 2020 to May 4, 2020.

The deadline by which the parties shall take the depositions of expert witnesses shall be extended from April 20, 2020 to May 27, 2020.

Dated: February 14, 2020

   */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com
*Class Counsel*

Dated: February 14, 2020

   */s/ Colin L. Barnacle*
Colin L. Barnacle
**AKERMAN LLP**
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Telephone: (303) 260-7712
E-Mail: colin.barnacle@akerman.com
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com

3