IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No: 14-cv-2887-JLK-MEH                     Date: February 18, 2020
Courtroom Deputy: Christopher Thompson                  FTR:   Courtroom A 501

| *Parties:* | *Counsel:* |
|---|---|
| ALEJANDRO MENOCAL, | Michael Scimone by phone |
| MARCOS BRAMBILA, | Andrew Turner |
| GRISEL XAHUENTITLA, | |
| HUGO HERNANDEZ, | |
| LOURDES ARGUETA, | |
| JESUS GAYTAN, | |
| OLGA ALEXAKLINA, | |
| DAGOBERTO VIZGUERRA, | |
| DEMETRIO VALERGA, | |

    Plaintiff,

v.

GEO GROUP, INC., THE,                          Adrienne Scheffey
                                               Dana Eismeier

    Defendant.

---

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

---

**Court in session:**      **1:15 p.m.**

Court calls case.  Appearances of counsel. The parties meet and discuss discovery disputes with the Court's rulings made on the record.

Discussion held regarding the interrogatory served on January 6, 2020 by the Plaintiffs on the Defendant which was previously referenced on the record of the January 21, 2020 Discovery hearing.

The Defendant agrees to provide the Plaintiff with the aggregate square footage as stated on the record.


**ORDERED:**   ECF [241] Plaintiff's *Stipulated MOTION for Extension of Time to Complete Expert Discovery* is **GRANTED.**

**Court in recess:**      **1:38 p.m.**      Hearing concluded.
Total in-court time:    0:23

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.