**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## MOTION FOR WITHDRAWAL OF ATTORNEY ALLISON N. ANGEL

Defendant The GEO Group, Inc. ("Defendant") hereby moves this Court to withdraw attorney Allison N. Angel as counsel of record, and in support thereof states as follows:

1. The undersigned entered her appearance in this matter as counsel for Defendant.

2. Under Local Rule 5(b) good cause exists for withdrawal. The undersigned is no longer employed by or associated with Akerman LLP. Colin L. Barnacle, Christopher J. Eby, Ashley E. Calhoun, Melissa L. Cizmorris and Adrienne Scheffey of Akerman LLP have each entered an appearance as counsel on behalf of Defendant.

1

3.  No party will be prejudiced by the withdrawal, because Mr. Barnacle, Mr. Eby, Ms. Calhoun, Ms. Cizmorris and Ms. Scheffey will continue to represent Defendant.

WHEREFORE, Defendant respectfully requests this Court withdraw Allison N. Angel from representation of Defendant in this matter and permit Mr. Barnacle, Mr. Eby, Ms. Calhoun, Ms. Cizmorris and Ms. Scheffey to remain as counsel of record.

Respectfully submitted, this the 24th day of February, 2020.

    **AKERMAN LLP**

    *s/ Allison N. Angel*
    Colin L. Barnacle
    Christopher J. Eby
    Ashley E. Calhoun
    Melissa L. Cizmorris
    Allison N. Angel
    Adrienne Scheffey
    1900 Sixteenth Street, Suite 1700
    Denver, Colorado 80202
    Telephone:(303) 260-7712
    Facsimile: (303) 260-7714
    Email: colin.barnacle@akerman.com
    Email: christopher.eby@akerman.com
    Email: ashley.calhoun@akerman.com
    Email: melissa.cizmorris@akerman.com
    Email: allison.angel@akerman.com
    Email: adrienne.scheffey@akerman.com

    *Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of February, 2020, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY ALLISON N. ANGEL** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
Towards Justice
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Kelman Buescher Firm
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com

Hans C. Meyer
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
Outten & Golden, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
Outten & Golden, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

R. Andrew Free
Law Office of R. Andrew Free
2004 8th Ave. South
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
Milstein Law Office
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

3

51886149;1