# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## ORDER GRANTING MOTION FOR WITHDRAWAL OF
## ATTORNEY ALLISON N. ANGEL (ECF NO. 246)

---

THIS MATTER comes before the Court on the Defendant's Motion for Withdrawal of Attorney Allison N. Angel (ECF No. 246). The Motion is GRANTED.

The Court orders that Allison N. Angel shall be removed as counsel of record for Defendant and shall be removed from future electronic notifications in this case.

The Motion filed on her behalf earlier today is MOOTED (ECF No. 244).

Ms. Angel is advised to update her contact information through the Attorney Services Portal.

Dated this 24th day of February, 2020.

                                                                   JOHN L. KANE
                                                                   SENIOR U.S. DISTRICT JUDGE