**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**STIPULATED MOTION FOR EXTENSION OF DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and D.C.Colo.L.Civ.R. 6.1(a)-(c), Defendant The GEO Group, Inc. ("GEO"), together with Plaintiffs, by and through undersigned counsel, move this Court for an extension of the deadlines set forth below.

1.      The Court issued an order on July 30, 2019 setting the deadline for the Parties to file dispositive motions on or before April 20, 2020. ECF 198.

2.      The Court issued a minute order on October 18, 2019 setting the discovery deadline for April 20, 2020. ECF 227.

3.      The Court issued a minute order on February 18, 2020 setting the deadline for the

1

52404098;1

Parties to designate affirmative experts on or before March 20, 2020 and the deadline to designate rebuttal experts on or before May 4, 2020.  ECF 243.

4. The Parties request an extension of the dispositive motions deadline by thirty (30) days, from April 20, 2020 to and including May 20, 2020.

5. The Parties request an extension of the discovery deadline by thirty (30) days, from April 20, 2020 to and including May 20, 2020.

6. The Parties request an extension of the deadlines for designation of affirmative experts by thirty (30) days, from March 20, 2020 to and including April 20, 2020, and for designation of rebuttal experts by thirty (30) days, from May 4, 2020 to and including June 3, 2020.

7. Under Fed. R. Civ. P. 6(b), the Court may extend the time upon a showing of good cause, provided the motion is made before the original time expires.

8. This motion is timely.  None of the aforementioned deadlines have expired.

9. Good cause exists to extend the Parties' deadlines to extend these deadlines. Consistent with advisories from the Center for Disease Control and other circumstances stemming from the COVID-19 pandemic, the Parties are rescheduling a number of depositions that were set to take place in the upcoming weeks. The Parties planned to use these depositions in the upcoming motions and expert reports. Additionally, Parties are actively engaging in settlement discussions and the requested extension will further those discussions.

10. Pursuant to D.C.Colo.LCiv. 6.1, counsel contemporaneously serves a copy of this motion on their respective clients.

11. WHEREFORE, the Parties respectfully request the Court extend the deadline for

2

dispositive motions by thirty (30) days, from April 20, 2020 to and including May 20, 2020; the deadline to complete discovery by thirty (30) days, from April 20, 2020 to and including May 20, 2020; the deadline to designate affirmative experts by thirty (30) days, from March 20, 2020 to and including April 20, 2020; and the deadline to designate rebuttal experts by thirty (30) days, from May 4, 2020 to and including June 3, 2020.

Respectfully submitted, this the 18th day of March, 2020.

| AKERMAN LLP | OUTTEN & GOLDEN, LLP |
|---|---|
| *s/ Colin L. Barnacle* | *s/ Michael J. Scimone* |
| Colin L. Barnacle | Michael J. Scimone |
| Christopher J. Eby | Ossai Miazad |
| Ashley E. Calhoun | 685 Third St., 25th Fl. |
| Melissa L. Cizmorris | New York, NY 10017 |
| Adrienne Scheffey | Telephone: (212) 245-1000 |
| 1900 Sixteenth Street, Suite 1700 | Email: mscimone@outtengolden.com |
| Denver, Colorado 80202 | Email: om@outtengolden.com |
| Telephone: (303) 260-7712 | |
| Facsimile: (303) 260-7714 | *Class Counsel* |
| Email: colin.barnacle@akerman.com | |
| Email: christopher.eby@akerman.com | |
| Email: ashley.calhoun@akerman.com | |
| Email: melissa.cizmorris@akerman.com | |
| Email: adrienne.scheffey@akerman.com | |

*Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 18th day of March, 2020, a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF DEADLINES** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
Towards Justice
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Kelman Buescher Firm
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com

Hans C. Meyer
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
Outten & Golden, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
Outten & Golden, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

R. Andrew Free
Law Office of R. Andrew Free
2004 8th Ave. South
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
Milstein Law Office
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

4

52404098;1