# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES

The Court, having reviewed the Parties' Stipulated Motion for Extension of Deadlines (the "Motion"), finds good cause and the Motion is timely, and therefore GRANTS the Motion. The Parties shall file dispositive motions on or before May 20, 2020, complete discovery by May 20, 2020, designate affirmative experts by April 20, 2020 and designate rebuttal experts by June 3, 2020.

1

**IT IS SO ORDERED**.

This the ___ day of _____, 2020.

_____
United States Magistrate Judge

52404987;1