# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:14-cv-02887-JLK-MEH**

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE IN-PERSON ATTENDANCE AT THE SETTLEMENT CONFERENCE

---

The Class Representatives, through undersigned counsel, hereby respectfully submit the following Motion to Excuse Attendance at the Settlement Conference set in this matter, and state:

1. In its Minute Order dated March 10, 2020, the Court required counsel to ensure that all parties with settlement authority be present at the Settlement Conference set to proceed on March 31, 2020. ECF No. 248.

2. The Class Representatives represent two classes of individuals currently and formerly detained by Defendant pending civil deportation proceedings. ECF No. 57.

3. The nine Class Representatives live in various places around the world, including Russia, Mexico, Argentina and Colorado. One of the Class Representatives is currently detained by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), in Gadsden, Alabama.

4. The logistics of attendance for the Named Plaintiffs, even via the Court's video conferencing system, across multiple time zones, will be unwieldy. Doing so will require an expenditure of resources not commensurate with the circumstances.

5. In addition, the Named Plaintiff in ICE custody is unable to attend the Settlement Conference due to the nature of such custody.

6. Plaintiffs respectfully submit that the Class Representatives should be excused from attendance at the settlement conference. Attendance of some, but not all, of the Class Representatives could potentially give rise to conflict among the Class Representatives because a minority of the Class Representatives would have greater access to the negotiations than the absent majority. In any event, attendance by fewer than all of the Class Representatives would not give the Court or counsel access to full settlement authority because any agreement approved by the attending Class Representatives would have to later be taken to the absent Class Representatives for approval.

7. Class Counsel believe it to be preferable that they attend the Settlement Conference with the substantial settlement authority already granted them by all of the Class Representatives.

8. Class Counsel conferred with counsel for Defendant regarding the relief sought herein. Defendant does not oppose the motion.

WHEREFORE, Plaintiffs respectfully request leave from the Court excusing the Representative Plaintiffs from attendance at the March 31, 2020 settlement conference.

Dated: New York, NY
       March 24, 2020

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
Ossai Miazad
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com
E-Mail: om@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236

4

alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2020, a true and correct copy of the foregoing **Plaintiffs' Motion to Excuse In-Person Attendance at the Settlement Conference** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Michael J. Scimone*
Michael J. Scimone