IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEO GROUP, INC.,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2020**.

    For good cause shown, Plaintiffs' Unopposed Motion to Excuse In-Person Attendance at the Settlement Conference [filed March 24, 2020; ECF 251] is **granted**.  The representative plaintiffs are excused from appearing in person at the settlement conference on March 31, 2020; however, counsel shall ensure they are available by telephone during the entirety of the conference.
.