# MINUTE ENTRY FOR SETTLEMENT

TO:          Docketing

FROM:      Magistrate Judge Michael E. Hegarty

DATE:      March 31, 2020

RE:          ***Menocal, et al. v. The GEO Group, Inc.*, 14-cv-02887-JLK**

           \_\_\_\_      Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action, although the Court and parties will continue to pursue settlement.

           \_\_\_\_      Settlement negotiations were held on this date and a settlement has been reached as to:

                    \_\_\_\_     All claims in this action. The parties shall file a stipulated motion to dismiss on or before April \_\_, 2020.

                    \_\_\_\_     Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before April \_\_, 2020.

Settlement negotiation, conference, and preparation time involved: \_\_\_ hours.

           \_\_\_\_     A record was made            \_\_\_\_     No record was made

                         \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      **X**      Supplemental settlement negotiations were held in the above-captioned case, including video, telephone and e-mail discussions, since the initial conference.

Negotiation and preparation time involved: 4 hours.