IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEO GROUP, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2020**.

    At the parties' request, the Court will hold a Status Conference in this case on **April 8, 2020 at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Counsel for the parties shall first teleconference together, then call my chambers at 303-844-4507 at the appointed time.