# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>                              Plaintiffs,<br><br>        v.<br><br>THE GEO GROUP, INC.,<br><br>                              Defendant. | Civil No. 1:14-cv-02887-JLK |

## STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINES

Defendant The GEO Group, Inc. ("GEO"), together with Plaintiffs, by and through their respective attorneys, respectfully move this Court to extend the deadlines for expert discovery as set forth herein.

The expert disclosure deadline is currently scheduled for April 20, 2020. In light of the ongoing settlement discussions before Magistrate Judge Michael Hegarty, the parties request a brief extension of the current expert discovery deadlines.

Thus, for the reasons articulated in this Motion, and for good cause shown, the parties jointly request amending the scheduling order as follows:

The deadline by which the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) shall be extended from April 20, 2020 to May 4, 2020.

The deadline by which the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) shall be extended from June 3, 2020 to June 17, 2020.

The deadline by which the parties shall take the depositions of expert witnesses shall be extended from May 27, 2020 to June 10, 2020.

|  |  |
|---|---|
| Dated: April 8, 2020 | ___/s/ Michael J. Scimone_____<br>Michael J. Scimone<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>E-Mail: mscimone@outtengolden.com<br>*Class Counsel* |
| Dated: April 8, 2020 | ___/s/ Colin L. Barnacle_____<br>Colin L. Barnacle<br>**AKERMAN LLP**<br>1900 Sixteenth Street, Suite 1700<br>Denver, CO 80202<br>Telephone: (303) 260-7712<br>E-Mail: colin.barnacle@akerman.com<br>*Counsel for Defendant* |

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com