IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No: | 14-cv-2887-MEH | Date: April 8, 2020 |
| Courtroom Deputy: | Christopher Thompson | FTR: A 501 |

*Parties:*  *Counsel:*

ALEJANDRO MENOCAL et al.,    Juno Turner
 Michael Scimone
 Andrew Free
 Brandt Milstein

   Plaintiff,

v.

GEO GROUP, INC., THE,    Adrienne Scheffey
 Colin Barnacle
 Dana Eismeier

   Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

---

**Court in session:**    **2:06 p.m.**

Court calls case.   Appearances of counsel by telephone.

Discussion held regarding Plaintiff's damages model with both parties wanting to continue settlement talks before Judge Hegarty.   The parties' counsel informs the Court they will meet with their respective clients then jointly contact Judge Hegarty's chambers when they come to an agreement on a set date as discussed on the record.

**Court in recess:**    **2:11 p.m.**     Hearing concluded.
Total in-court time:   0:05

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.