IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

   Plaintiffs,

v.

GEO GROUP, INC.,

   Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2020**.

   For good cause shown, the parties' fourth Stipulated Motion to Extend Expert Discovery Deadlines [filed April 8, 2020; ECF 256] is **granted**. The governing Amended Stipulated Scheduling and Discovery Order (ECF 198) is modified as follows:

Initial Expert Disclosures Deadline:     May 4, 2020
Rebuttal Expert Disclosures Deadline:    June 17, 2020
Expert Witness Depositions Deadline:     July 1, 2020

All other deadlines and conference dates remain in effect.