## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others
similarly situated,

Civil No. 1:14-cv-02887-JLK

                              Plaintiffs,

        v.

THE GEO GROUP, INC.,

                              Defendant.

## DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a Partner with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action.  I am an attorney in good standing admitted to practice before this Court.

2.      I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3.      I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**Exhibits**

4.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the October 9, 2019 deposition of Amber Martin.

5.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the 2011 Contract, bates stamped GEO_MEN 00019613-817.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

6.      Attached hereto as **Exhibit B.1** is a true and correct copy of the 2011 Contract amendment, bates stamped GEO_MEN 00020406-18.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

7.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the 2006 Contract, bates stamped GEO-MEN 00059635-708.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

8.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the 2003 Contract, bates stamped GEO-MEN 00059744-803.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

9.      Attached hereto as **Exhibit E** is a true and correct copy of the declaration of Tae D. Johnson in *State of Washington v. GEO Group, Inc.*, Case No. 17-cv-05806 (W.D. Wash), ECF No. 91.

10.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the February 27, 2020 30(b)(6) deposition of Daniel Ragsdale.

2

11.     Attached hereto as **Exhibit G** is a true and correct copy of a document entitled Detainee Work Plan, bates stamped GEO_MEN 00038529-35.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

12.     Attached hereto as **Exhibit H** is a true and correct copy of a document entitled ICE Detainee Work Program, bates stamped GEO_MEN 00038563-67.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

13.     Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the March 12, 2020 deposition of James Charles Hill.

14.     Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the February 12, 2020 deposition of Barbara Krumpelmann.

15.     Attached hereto as **Exhibit K** is a true and correct copy of the Declaration of Shannon Ely, Contracting Officer, ICE Office of Acquisition Management.

16.     Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the 2011 PBNDS, bates stamped GEO-MEN 00064019-414.

17.     Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the 2008 PBNDS, bates stamped GEO-MEN 00062905-3298.

18.     Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the INS Detention Standard, bates stamped GEO-MEN 00063671-4017.

19.     Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the November 19, 2019 deposition of Kevin Martin.

20.     Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the March 29, 2016 30(b)(6) deposition of Dawn Ceja.

21.     Attached hereto as **Exhibit Q** is a true and correct copy of an excerpt from the ACA Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition, containing Standards ALDF-1A-01 and ALDF-1A-04.

22.     Attached hereto as **Exhibit R** is a true and correct copy of excerpts from the February 28, 2020 30(b)(6) deposition of Amber Martin.

23.     Attached hereto as **Exhibit S** is a true and correct copy of an excerpt from the ACA Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition, containing Standard ALDF-5C-08.

24.     Attached hereto as **Exhibit T** is a true and correct copy of excerpts from the October 3, 2019 deposition of Cheryl Nelson.

25.     Attached hereto as **Exhibit U** is a true and correct copy of a compilation of all versions of GEO Policy Number 12.1.4 – AUR throughout the class period, bates stamped GEO_MEN 00038687-98, GEO_MEN 00038653-64, GEO_MEN 00038676-86, GEO_MEN 00038628-31, GEO_MEN 00038665-75, GEO_MEN 00038632-39, GEO_MEN 00038613-15, GEO_MEN 00038625-27, GEO_MEN 00007203-06, GEO_MEN 00038649-52, GEO-MEN 00099980-83, and GEO-MEN 00088208-11.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

26.     Attached hereto as **Exhibit V** is a true and correct copy of the Aurora Local Detainee Handbook, 2002 version, bates stamped GEO_MEN 00040731-75.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

27.     Attached hereto as **Exhibit W** is a true and correct copy the Aurora Local Detainee Handbook, 2013 version, bates stamped PL000029-55.

28.     Attached hereto as **Exhibit X** is a true and correct copy of excerpts from a document entitled Detainee Orientation Video, bates stamped GEO_MEN 00052387.[1] This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

29.     Attached hereto as **Exhibit Y** is a true and correct copy of a document entitled 10.2.11-AUR, Special Management Unit Operations, bates stamped GEO_MEN 00037770-84.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

30.     Attached hereto as **Exhibit Z** is a true and correct copy of a compilation of disciplinary charges and reports related to failure to clean, bates stamped GEO_MEN 00057697, GEO_MEN 00047810, GEO_MEN 00047812-17, GEO-MEN 00065434, GEO-MEN 000659393, GEO-MEN 00065211, and GEO-MEN 00065032-33.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

31.     Attached hereto as **Exhibit AA** is a true and correct copy of a document entitled Detainee Work Detail Application, bates stamped GEO_MEN 00057594.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

32.     Attached hereto as **Exhibit BB** is a true and correct copy of a document entitled Facility Voluntary Work Program Pay Rates between 2011 and 2014, bates stamped GEO-MEN 00170339.

---

[1]     The page numbers in this document were added by counsel for ease of reference, in accordance with the Court's standing order re pretrial and trial procedures in civil cases, Section III.E.2.(b).v.

33.     Attached hereto as **Exhibit CC** is a true and correct copy of Defendant The GEO Group Inc's Second Supplemental Responses to Plaintiffs' Fifth Set of Interrogatories.


Dated: New York, NY                     Respectfully submitted,
       April 29, 2020

                                        By: */s/ Michael J. Scimone*
                                        Michael J. Scimone
                                        **OUTTEN & GOLDEN LLP**
                                        685 Third Avenue, 25th Floor
                                        New York, NY 10017
                                        Telephone: (212) 245-1000
                                        Facsimile: (646) 509-2060
                                        mscimone@outtengolden.com

                                        *Class Counsel*