*Menocal, et al. v. The Geo Group*,
1:14-cv-02887-JLK

| Exhibit | Restricted | Description |
|---|---|---|
| **Index of Exhibits to Declaration of Michael J. Scimone in Support of Plaintiffs' Motion for Summary Judgment as to Defendant's Defense** | | |
| A | | Excerpts from the October 9, 2019 deposition of Amber Martin. |
| B | Yes | Excerpts from the 2011 Contract, GEO_MEN 00019613-817. |
| B.1 | Yes | 2011 Contract amendment, GEO_MEN 00020406-18. |
| C | Yes | Excerpts from the 2006 Contract, GEO-MEN 00059635-708. |
| D | Yes | Excerpts from the 2003 Contract, GEO-MEN 00059744-803. |
| E | | Declaration of Tae D. Johnson in State of Washington v. GEO Group, Inc., Case No. 17-cv-05806 (W.D. Wash), ECF No. 91. |
| F | | Excerpts from the February 27, 2020 30(b)(6) deposition of Daniel Ragsdale. |
| G | Yes | Document entitled Detainee Work Plan, GEO_MEN 00038529-35. |
| H | Yes | Document entitled ICE Detainee Work Program, GEO_MEN 00038563-67. |
| I | | Excerpts from the March 12, 2020 deposition of James Charles Hill. |
| J | | Excerpts from the February 12, 2020 deposition of Barbara Krumpelmann. |
| K | | Declaration of Shannon Ely, Contracting Officer, ICE Office of Acquisition Management. |
| L | | Excerpts from the 2011 PBNDS, GEO-MEN 00064019-414. |
| M | | Excerpts from the 2008 PBNDS, GEO-MEN 00062905-3298. |
| N | | Excerpts from the INS Detention Standard, GEO-MEN 00063671-4017. |
| O | | Excerpts from the November 19, 2019 deposition of Kevin Martin. |
| P | | Excerpts from the March 29, 2016 30(b)(6) deposition of Dawn Ceja. |
| Q | | Excerpt from the ACA Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition, containing Standards ALDF-1A-01 and ALDF-1A-04. |
| R | | Excerpts from the February 28, 2020 30(b)(6) deposition of Amber Martin. |
| S | | Excerpt from the ACA Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition, containing Standard ALDF-5C-08. |
| T | | Excerpts from the October 3, 2019 deposition of Cheryl Nelson. |
| U | Yes | Compilation of all versions of GEO Policy Number 12.1.4 – AUR throughout the class period, GEO_MEN 00038687-98; GEO_MEN 00038653-64; GEO_MEN 00038676-86; GEO_MEN 00038628-31; GEO_MEN 00038665-75; GEO_MEN 00038632-39; GEO_MEN 00038613-15; GEO_MEN 00038625-27; GEO_MEN 00007203-06; GEO_MEN 00038649-52; GEO-MEN 00099980-83; and GEO-MEN 00088208-11. |
| V | Yes | Aurora Local Detainee Handbook, 2002 version, GEO_MEN 00040731-75. |
| W | | Aurora Local Detainee Handbook, 2013 version, PL000029-55. |
| X | Yes | Excerpts from document entitled Detainee Orientation Video, GEO_MEN 00052387. |
| Y | Yes | Document entitled 10.2.11-AUR, Special Management Unit Operations, GEO_MEN 00037770-84. |
| Z | Yes | Compilation of disciplinary charges and reports related to failure to clean, GEO_MEN 00057697; GEO_MEN 00047810; GEO_MEN 00047812-17; GEO-MEN 00065434; GEO-MEN 000659393; GEO-MEN 00065211; and GEO-MEN 00065032-33. |
| AA | Yes | Document entitled Detainee Work Detail Application, GEO_MEN 00057594. |

*Menocal, et al. v. The Geo Group* ,
**1:14-cv-02887-JLK**

| **Index of Exhibits to Declaration of Michael J. Scimone in Support of Plaintiffs' Motion for Summary Judgment as to Defendant's Defense** | | |
|---|---|---|
| **Exhibit** | **Restricted** | **Description** |
| BB | | Document entitled Facility Voluntary Work Program Pay Rates between 2011 and 2014, GEO-MEN 00170339. |
| CC | | Defendant The GEO Group Inc's Second Supplemental Responses to Plaintiffs' Fifth Set of Interrogatories. |