# Exhibit J

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLORADO
 2
     Civil Action No. 1:14-cv-02887-JLK
 3   _____

 4   DEPOSITION OF:   BARBARA KRUMPELMANN
                     February 12, 2020
 5   _____

 6   ALEJANDRO MENOCAL, et al.,

 7   Plaintiffs,

 8   v.

 9   THE GEO GROUP,

10   Defendant.
     _____
11

12             PURSUANT TO NOTICE the deposition of
     BARBARA KRUMPELMANN was taken on behalf of the
13   Plaintiffs at 1900 16th Street, Suite 1700, Denver,
     Colorado 80202 on February 12, 2020, at 10:03 a.m.,
14   before Teresa Lynne Cardenas, Registered Professional
     Reporter, Certified Realtime Reporter, and Notary
15   Public within Colorado.

16

17

18

19

20

21

22

23

24

25
```

```
 1                A P P E A R A N C E S

 2   For the Plaintiffs:

 3           RACHEL WILLIAMS DEMPSEY, ESQ.
             Outten & Golden, L.L.P.
 4           One California Street, 12th Floor
             San Francisco, California 94111
 5           rdempsey@outtengolden.com

 6           MICHAEL J. SCIMONE, ESQ.
             Outten & Golden, L.L.P.
 7           685 Third Avenue, 25th Floor
             New York, NY 10017
 8           mscimone@outtengolden.com

 9   For the Defendant:

10           COLIN A. BARNACLE, ESQ.
             ADRIENNE SCHEFFEY, ESQ.
11           Akerman, L.L.P.
             1900 16th Street, Suite 1700
12           Denver, Colorado 80202
             colin.barnacle@akerman.com
13           adrienne.scheffey@akerman.com

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Q.  Okay.

2    A.  I really can't remember, because it
3 really -- it's still the same job.  Call me what you
4 want.

5    Q.  Okay.  So your primary job duties have
6 been the same from 1988 onward?

7    A.  Pretty much, except I've lost a lot of
8 these -- well, not a lot, but I don't do food service
9 anymore.  There -- things changed, and I -- I don't go
10 -- I'm not out in the mix of everybody anymore.

11    Q.  So looking to the changes just between
12 the Business Manager and the Assistant Warden of
13 Support Services on this document, it says the budget
14 here was 17 million instead of 15 million.  Do you
15 know what the reason for that increase was?

16    A.  We probably got an increase in per diem
17 rate.

18    Q.  And the per diem rate is the amount of
19 money that ICE pays GEO per detainee?

20    A.  Correct.

21    Q.  Okay.  Would a budget -- would it be
22 possible for a budget increase to come from some other
23 source, or is it just going to be from a per diem
24 rate?

25    A.  Well, I mean, if GEO corporate wanted to

1    put more money on there, they could.  But usually it's
2    from the client, whatever your clients are.
3           Q.   Okay.  So GEO corporate could say, We're
4    still getting $17 million a year from ICE, but we want
5    you to spend $19 million a year?
6           A.   Yeah, they can.  I don't think they
7    would, but . . .
8           Q.   Okay.  Why wouldn't they?
9           A.   Because if you're a for-profit
10   organization, why would you want to spend more than
11   you make?  You would be out of business.
12          Q.   So their profit comes from the difference
13   between what ICE pays them and what they spend on
14   detainee services?
15          A.   Well, on everything.  And there's
16   overhead and other factors.  I mean, it's not just cut
17   and dried, here's -- here's what you start with and
18   spend what you will.  Make sure there's a couple of
19   bucks left, you know.  There's a lot of stuff they pay
20   for at corporate from all of the facilities.  I mean,
21   those people need to be paid, too; so that's part of
22   their part.
23          Q.   But the -- and the amount -- so just to
24   clarify, the amount that GEO makes is the difference
25   between whatever GEO spends and whatever they get from

1   ICE; is that a fair characterization?
2         A.   Yeah.  Their profit?
3         Q.   Yeah.
4         A.   Yes.
5         Q.   Okay.  So there's a couple of additional
6   job duties here.  Assist with writing and managing
7   policies and procedures and training, that looks like
8   it's new from the business manager position.
9         A.   Yes.  I don't do that anymore either, but
10  I do review the policies.
11        Q.   Okay.  And when you did assist with
12  writing and managing the policies and procedures and
13  training, what policies did you assist with?
14        A.   We went through all of the policies that
15  we had.  And if they needed to be updated or things
16  changed -- for example, anything that I was oversight
17  of, then if something changed, I needed to put that in
18  there so that it would be changed.
19        Q.   Would that be policies related to
20  finances?
21        A.   Yes.
22        Q.   What about policies related to staffing?
23  Would you have oversight on those?
24        A.   Some.  Not -- usually corporate sends
25  down those policies, so maybe if we made them -- if

```
 1   there was something that needed to be put in there for
 2   our on-site facility -- because lots of facilities are
 3   different.  So if it was a general -- if it was
 4   something general, then we needed to make it more
 5   site-specific.
 6          Q.   So corporate would give you the general
 7   plan, and then it would be your job to tailor it to
 8   meet the needs of the facility?
 9          A.   Some.  I mean, we all had oversight on
10   all of the policies; so we went through all of them.
11          Q.   When you say "we all," who does that
12   mean?
13          A.   From the facility administrator down, all
14   of the department heads to the security.
15          Q.   And were the final decisions about the
16   policies made at the facility level?
17          A.   You know, I can't swear to that; but I
18   would think that they were -- and then if they are
19   sent up for review, I don't know.
20          Q.   But to your knowledge --
21          A.   Yes.
22          Q.   -- they were made at facility level?  Did
23   you assist with -- with policies associated with the
24   detainee work program?
25          A.   No.
```

1

2                      REPORTER'S CERTIFICATE

3    STATE OF COLORADO          )
                                ) ss.
4    CITY AND COUNTY OF DENVER  )

5              I, TERESA LYNNE CARDENAS, Registered
     Professional Reporter, Certified Realtime Reporter,
6    and Notary Public ID 19994013288, State of Colorado,
     do hereby certify that previous to the commencement of
7    the examination, the said BARBARA KRUMPELMANN was duly
     sworn or affirmed by me to testify to the truth in
8    relation to the matters in controversy between the
     parties hereto; that the said deposition was taken in
9    machine shorthand by me at the time and place
     aforesaid and was thereafter reduced to typewritten
10   form; that the foregoing is a true transcript of the
     questions asked, testimony given, and proceedings had.
11
               I further certify that I am not employed by,
12   related to, nor counsel for any of the parties herein,
     nor otherwise interested in the outcome of this
13   litigation.

14             IN WITNESS WHEREOF, I have affixed my
     signature this 17th day of February,
15   2020.

16             My commission expires May 24, 2023.

17

18

19   ___X_ Reading and Signing was requested.

20   _____ Reading and Signing was waived.

21   _____ Reading and Signing was not required.

22                    *Teresa Lynne Cardenas*
                      _____
23                    TERESA LYNNE CARDENAS
                      Registered Professional Reporter
24                    Certified Realtime Reporter

25