# Exhibit Q

# Exhibit Q

# Performance-Based Standards for Adult Local Detention Facilities

## Fourth Edition



ACA FOUNDED 1870

# PERFORMANCE-BASED STANDARDS FOR ADULT LOCAL DETENTION FACILITIES

Fourth Edition

American Correctional Association

in cooperation with the
Commission on Accreditation for Corrections

June 2004

## Part Two: Security .................................................................................................15

### Section A
**Performance Standard 2A: Protection from Harm**

Expected Practices

Control ............................................................................................................... 15
Staffing .............................................................................................................. 18
Inmate Counts ................................................................................................... 18
Facility Design................................................................................................... 19
Reception ........................................................................................................... 19
Orientation ......................................................................................................... 21
Classification and Separation ............................................................................ 22
Youthful Offenders ........................................................................................... 24
Special Management Inmates ........................................................................... 26

### Section B
**Performance Standard 2B: Use of Physical Force**

Expected Practices

Use of Force ...................................................................................................... 32
Weapons............................................................................................................. 33

### Section C
**Performance Standard 2C: Contraband**

Expected Practices

Searches ............................................................................................................. 35
Canine Units ...................................................................................................... 35
Arrestee Strip Search......................................................................................... 36
Inmate Strip Search ........................................................................................... 36
Body Cavity Search........................................................................................... 36
Disposition of Evidence .................................................................................... 37

### Section D
**Performance Standard 2D: Access to Keys, Tools and Utensils**

Expected Practices

Key, Tool and Utensil Control .......................................................................... 37

## Part Three: Order..................................................................................................39

### Section A
**Performance Standard 3A: Inmate Discipline**

Expected Practices

Rules and Discipline ......................................................................................... 39

**Part Four: Care** ...........................................................................................................41

Section A
    **Performance Standard 4A: Food Service**

Expected Practices

    Food Service .................................................................................................41
    Dietary Allowances ......................................................................................42
    Therapeutic Diets ........................................................................................43
    Food Service Facilities .................................................................................43
    Food Service Training ..................................................................................44
    Health Protection.........................................................................................44
    Food Service Management ..........................................................................45

Section B
    **Performance Standard 4B: Hygiene**

Expected Practices

    Storage Space ..............................................................................................46
    Bedding Issue ..............................................................................................46
    Clothing .......................................................................................................46
    Inmate Accountability .................................................................................47
    Personal Hygiene.........................................................................................47
    Hair Care .....................................................................................................47
    Plumbing Fixtures .......................................................................................47

Section C
    **Performance Standard 4C: Continuum of Health Care Services**

Expected Practices

    Access to Care.............................................................................................50
    Clinical Services ..........................................................................................51
    Continuity of Care.......................................................................................51
    Referrals ......................................................................................................51
    Transportation .............................................................................................52
    Treatment Plan............................................................................................52
    Emergency Plan...........................................................................................52
    Infirmary Care.............................................................................................53
    Washbasins .................................................................................................54
    Bathing Facilities.........................................................................................54
    Toilets .........................................................................................................54
    Pregnancy Management ..............................................................................54
    Communicable Disease and Infection Control Program.............................55
    Chronic Care ...............................................................................................56
    Dental Care .................................................................................................57
    Health Education .........................................................................................57
    Health Screens.............................................................................................58
    Health Appraisal .........................................................................................60
    Periodic Examinations.................................................................................61
    Mental Health Program ...............................................................................61
    Mental Health Screen .................................................................................62
    Mental Health Appraisal .............................................................................62

Mental Health Referrals .................................................................................................63
Suicide Prevention and Intervention ............................................................................64
Mental Illness and Developmental Disability ..............................................................64
Prostheses and Orthodontic Devices............................................................................65
Detoxification ................................................................................................................65
Management of Chemical Dependency .......................................................................65
Pharmaceuticals.............................................................................................................66
Nonprescription Medication ........................................................................................66
Special Needs Inmates...................................................................................................67
Exercise ..........................................................................................................................67

**Section D**
**Performance Standard 4D: Health Services Staff**

Expected Practices

Health Authority ..........................................................................................................68
Provision of Treatment ................................................................................................69
Personnel Qualifications ...............................................................................................69
Credentials.....................................................................................................................70
Employee Health ...........................................................................................................70
Emergency Response.....................................................................................................71
First Aid.........................................................................................................................71
Students and/or Interns ................................................................................................72
Inmate Assistants...........................................................................................................72
Notification ...................................................................................................................73
Confidentiality...............................................................................................................73
Informed Consent .........................................................................................................73
Elective Procedures .......................................................................................................74
Involuntary Administration .........................................................................................74
Research ........................................................................................................................74
Privacy ...........................................................................................................................75
Transfer .........................................................................................................................75
Use of Restraints ...........................................................................................................75
Sexual Assault ...............................................................................................................76
Inmate Death .................................................................................................................78
Health Care Internal Review and Quality Assurance .................................................79
Peer Review...................................................................................................................80
Health Records .............................................................................................................80
Transfers .......................................................................................................................81
Inactive Records ...........................................................................................................81

## Part Five: Program and Activity...........................................................83

**Section A**
**Performance Standard 5A: Inmate Opportunities for Improvement**

Expected Practices

Programs and Services .................................................................................................83
Counseling.....................................................................................................................84
Substance Abuse Programs ..........................................................................................84
Academic and Vocational Education............................................................................85

**Section B**
   **Performance Standard 5B: Family and Community Ties**

Expected Practices

   Visiting ............................................................................................................................86
   Mail ..................................................................................................................................87
   Telephone .........................................................................................................................88
   Release .............................................................................................................................89

**Section C**
   **Performance Standard 5C: Programs**

Expected Practices

   Exercise and Recreation ..................................................................................................91
   Library Services ..............................................................................................................92
   Work and Correctional Industries ...................................................................................92
   Religious Programs .........................................................................................................95
   Commissary/Canteen .......................................................................................................96

# Part Six: Justice ..........................................................................................................99

**Section A**
   **Performance Standard 6A: Inmate Rights**

Expected Practices

   Access to Courts ..............................................................................................................99
   Communications ............................................................................................................100
   Foreign Nationals ..........................................................................................................100
   Protection from Abuse ...................................................................................................100
   Grooming .......................................................................................................................101
   Indigence .......................................................................................................................101

**Section B**
   **Performance Standard 6B: Fair Treatment of Inmates**

Expected Practices

   Grievance Procedure .....................................................................................................101
   Discrimination ...............................................................................................................102
   Disabled Inmates ...........................................................................................................102

**Section C**
   **Performance Standard 6C: Due Process for Inmates**

Expected Practices

   Inmate Discipline ..........................................................................................................104

**Section D**
   **Performance Standard 6D: Inmate Responsibility**

Expected Practice

   Inmate Responsibility ....................................................................................................109

**Part Seven: Administration and Management** ..............................111

**Section A**
    **Performance Standard 7A: Legal Status**

Expected Practices

    Legal Issues ........................................................................................................111

**Section B**
    **Performance Standard 7B: Recruitment, Retention, and Promotion**

Expected Practices

    Qualifications ....................................................................................................112
    Selection, Retention, and Promotion..................................................................112
    Training and Staff Development .......................................................................113

**Section C**
    **Performance Standard 7C: Staff Ethics**

Expected Practices

    Drug-free Workplace .........................................................................................118
    Code of Ethics ...................................................................................................118

**Section D**
    **Performance Standard 7D: Facility Administration**

Expected Practices

    Quality Improvement Practices .........................................................................119
    Mission .............................................................................................................120
    Organization .....................................................................................................120
    Policies and Procedures.....................................................................................120
    Financial Practices.............................................................................................121
    Property Control ...............................................................................................122
    Inmate Funds ....................................................................................................123
    Information Practices, Records, and Data..........................................................123
    Management Information and Research ...........................................................123
    Inmate Records .................................................................................................123
    Facility and Equipment .....................................................................................125
    Health Care Quarterly Meetings .......................................................................126
    Statistical Reports .............................................................................................126

**Section E**
    **Performance Evaluation 7E: Staff Treatment**

Expected Practices

        Personnel Policies .......................................................................127
        Compensation ............................................................................127
        Termination ................................................................................128
        Facility and Equipment...............................................................128

**Section F**
    **Performance Standard 7F: Community Relations**

    Expected Practices

        Community Relations ........................................................................................129
        Volunteer Services ............................................................................................130

# Appendices

**Appendix A**
  Classification Guidelines ................................................................................................133

**Appendix B**
  Guidelines for Institution Security Levels .....................................................................135

**Appendix C**
  Definition of "Qualified Individual" for Safety and Sanitation Inspections ..................137

**Appendix D**
  Guidelines for the Control and Use of Flammable, Toxic, and Caustic Substances ......139

**Appendix E**
  Operations Outcome Measures Worksheet.....................................................................143

**Appendix F**
  Health Care Outcome Measures Worksheet ..................................................................157

**Appendix G**
  Organization Summary ..................................................................................................163

**Appendix H**
  Self-Evaluation Report ...................................................................................................167

**Glossary** ..............................................................................................................................171

**Proposal for Standard Revision** ......................................................................................189

**Index** ...................................................................................................................................191

(13) Number of staff injuries (other than fire) requiring medical treatment in the past 12 months divided by the average daily population of staff in the past 12 months.

(14) Number of inmate lawsuits related to safety or sanitation found in favor of the inmate in the past 12 months divided by the number of inmate lawsuits related to safety or sanitation in the past 12 months.

## EXPECTED PRACTICES

### Sanitation

**4-ALDF-1A-01**
**(Ref. 3-ALDF-4D-01)** **(MANDATORY) The facility complies with all applicable laws and regulations of the governing jurisdiction, and there is documentation by an independent, outside source that any past deficiencies noted in annual inspections have been corrected. The following inspections are implemented:**

- **weekly sanitation inspections of all facility areas by a qualified departmental staff member**
- **comprehensive and thorough monthly inspections by a safety/sanitation specialist**
- **at least annual inspections by federal, state, and/or local sanitation and health officials or other qualified person(s)**

*Comment*: None.

*Protocols*: Written policy and procedure. Sanitation and safety inspection checklists. Laws and regulations.
*Process Indicators*: Completed inspection checklists and reports. Documentation of corrective action. Inspection reports.

**4-ALDF-1A-02**
**(Ref. 3-ALDF-4D-03)** **(MANDATORY) Disposal of liquid, solid, and hazardous material complies with applicable government regulations.**

*Comment*: None.

*Protocols*: Written policy and procedure. Written plan. Internal health/sanitation inspection checklists that include solid waste issues.
*Process Indicators*: Plan that has been approved by regulatory agency. Trash disposal contract. Completed inspection reports/forms, including documentation than identified deficiencies were corrected. Observation.

**4-ALDF-1A-03**
**(Ref. 3-ALDF-4D-04)** **(MANDATORY) Vermin and pests are controlled. A control plan includes, at a minimum, monthly inspections by a qualified person.**

*Comment*: None.

*Protocols*: Written policy and procedure. Control plan.
*Process Indicators*: Pest control contracts. Maintenance agreements. Trash disposal contracts. Inspection reports, including documentation that identified deficiencies were corrected.

## Housekeeping

**4-ALDF-1A-04**
**(Ref. 3-ALDF-4D-05)** **The facility is clean and in good repair. A housekeeping and maintenance plan addresses all facility areas and provides for daily housekeeping and regular maintenance by assigning specific duties and responsibilities to staff and inmates.**

*Comment*: None.

*Protocols*: Written policy and procedure. Housekeeping plan. Maintenance plan. Inspection forms. Inmate handbook (describing inmate responsibilities).
*Process Indicators*: Inspection reports, completed forms, including documentation that identified deficiencies were corrected.

## Crowding

**4-ALDF-1A-05**
**(Ref. 3-ALDF-2B-04)** **The number of inmates does not exceed the facility's rated bed capacity.**

*Comment*: None.

*Protocols*: Written policy and procedure. Statement of rated capacity. Facility plans/specifications.
*Process Indicators*: Inmate population reports. Facility logs. Observation.

## Physical Plant

**4-ALDF-1A-06**
**(Ref. 3-ALDF-2A-01)** **The facility conforms to applicable federal, state, and local building codes. (Renovation, Additions, New Construction Only)**

*Comment*: Conformance with codes is indicated by licensing or, in cases where a license is not issued, by letters or certificates of compliance. If the agency is not subject to local building codes, appropriate state or national codes must be applied.

*Protocols*: Written policy and procedure. Copies of applicable sanitation and health codes. Internal health/sanitation inspection checklists.
*Process Indicators*: Report, license, or certificate from the appropriate local and/or state agency. Inspection reports/results—internal and external. Maintenance and repair records.

## Water Supply

**4-ALDF-1A-07**
**(Ref. 3-ALDF-4D-02)** **(MANDATORY) The facility's potable water source and supply, whether owned and operated by the public water department or the facility, is certified at least annually by an independent, outside source to be in compliance with jurisdictional laws and regulations.**

*Comment*: None.