# Exhibit R

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

CIVIL ACTION NO.:  1:14-CV-02887-JLK

ALEJANDRO MENOCAL, et al.,

          Plaintiffs,

-vs-

THE GEO GROUP, INC.,

          Defendant.
_____/

DEPOSITION OF AMBER MARTIN

Friday, February 28, 2020
9:23 a.m. - 11:40 a.m.

SHAVITZ LAW GROUP, PA
951 Yamato Road, Suite 285
Boca Raton, Florida

Stenographically Reported By:
JULIE BRUENS, FPR
Florida Professional Reporter

```
 1                         APPEARANCES

 2

 3     On behalf of the Plaintiffs:
            TOWARDS JUSTICE
 4          1410 High Street, Suite 300
            Denver, Colorado 80218
 5          720-441-2236
            juno@towardsjustice.org
 6          BY: JUNO TURNER, ESQUIRE

 7          OUTTEN & GOLDEN, LLP
            One California Street, 12th Floor
 8          San Francisco, California 94111
            415-638-8800
 9          akoshkin@outtengolden.com
            BY: ADAM KOSHKIN, ESQUIRE
10
       On behalf of the Defendant:
11          AKERMAN
            1900 Sixteenth Street, Suite 1700
12          Denver, Colorado 80202
            303-260-7712
13          colin.barnacle@akerman.com
            adrienne.scheffey@akerman.com
14          BY: COLIN BARNACLE, ESQUIRE
                ADRIENNE SCHEFFEY, ESQUIRE
15
            THE GEO GROUP, INC.
16          4955 Technology Way
            Boca Raton, Florida 33431
17          561-443-1786
            cwilke@geogroup.com
18          BY: CHERYL WILKE, ESQUIRE

19
                               -  -  -
20

21

22

23

24

25
```

Amber Martin
February 28, 2020                              10

```
 1        A.    No.

 2        Q.    Did you have any discussions with anyone

 3   regarding the fact that you're being deposed today?

 4        A.    No.

 5        Q.    Have you had any conversations with anyone

 6   else besides your attorney about this case?

 7        A.    Dan Raxio (phonetic).

 8        Q.    And who is Mr. Raxio?

 9        A.    He's the executive vice president for contract

10   compliance for GEO.

11        Q.    Now, you have been deposed previously in this

12   litigation; correct?

13        A.    Correct.

14        Q.    And so I know it was relatively recent, and

15   from my review of the transcript, it looks like you went

16   through a pretty lengthy recitation of your background

17   at GEO.  I'm not going to make you repeat all that again

18   today.  If you can just tell me what your current role

19   is?

20        A.    Executive vice president of contract

21   administration.

22        Q.    And how long have you been in that role?

23        A.    That role, since 2008.

24        Q.    Okay.  And to the best of your recollection,

25   has anything else about your background or current
```

Amber Martin
February 28, 2020                                11

 1   responsibilities at GEO changed since the last time you

 2   were deposed in this case?

 3        A.   No, it hasn't.

 4        Q.   Okay.  And as you discussed in your last

 5   deposition in this case, there are some housekeeping

 6   tasks in the Aurora facility that all detainees are

 7   required to perform; correct?

 8        A.   Correct.

 9        Q.   And that includes general cleaning of common

10   areas; correct?

11        A.   Correct.

12        Q.   And cleaning up after meals on a rotational

13   basis; correct?

14        A.   Correct.

15        Q.   And for purposes of today's deposition, those

16   housekeeping tasks are what I'm referring to when I

17   refer to the Housing Unit Sanitation Policy.  Can we

18   agree on that?

19        A.   Yes.

20        Q.   Okay.  And is it correct to say that GEO

21   believes that the cleaning pursuant to the Housing Unit

22   Sanitation Policy is authorized by the PBNDS?

23        A.   Yes.

24        Q.   What's the PBNDS?

25        A.   The performance-based national detention

Amber Martin
February 28, 2020                                           12

1   standards that ICE goes by as far as requirements and

2   standards for their facilities.

3       Q.   Okay.  And is GEO required to conform with the

4   PBNDS pursuant to its contract with ICE?

5       A.   Yes.

6       Q.   And that's at the Aurora facility; correct?

7       A.   Yes.

8       Q.   My understanding is that the PBNDS is reviewed

9   periodically and revised periodically; is that correct?

10      A.   That's up to ICE.

11      Q.   But is it fair to say that the PBNDS -- that

12  ICE periodically revises the PBNDS?

13      A.   They revised it once since 2008, so --

14      Q.   Okay.  And was that in 2011?

15      A.   They revised it 2011 and 2016, I believe.

16      Q.   So twice since 2008?

17      A.   Yes.

18      Q.   Okay.  Sorry.  Give me a moment.  As you know,

19  the PBNDS is a very large documents.

20           MR. BARNACLE:  Should I get my PBNDS binder?

21           MS. TURNER:  I have one for you.

22  BY MS. TURNER:

23      Q.   I'm handing you a document that's marked as

24  Exhibit 2, if you can take a look at it.  It's my

25  understanding that this is the 2008 version of the

Amber Martin
February 28, 2020                                    13

1    PBNDS.  Let me know if you agree.

2            (Thereupon, the document was marked as

3    Plaintiff's Exhibit 2 for identification.)

4        A.    It's dated 2008, yes.

5        Q.    Okay.  Where do you see that date?

6        A.    Bottom of page one and throughout.

7        Q.    In the lower right corner?

8        A.    Yes.

9        Q.    Okay.  And recognizing this is a lengthy

10   document, which portion of the PBNDS do you -- does GEO

11   believe authorizes the housekeeping tasks that are part

12   of the Housing Unit Sanitation Policy?

13       A.    There's several.  Part one, section two.

14       Q.    Okay.  We're going to go through them.  And

15   I'll say unfortunately, this document, the internal

16   numbering is not the most intuitive, so it may take us a

17   few minutes to find the relevant page.

18            I believe part one, section two starts, on

19   looking at the bates number in the lower right corner,

20   62932.  Let me know if this is the section that you're

21   thinking of.

22       A.    Yes.

23       Q.    Okay.  And which -- can you point me to the

24   language in this section that GEO believes authorizes

25   the house keeping under the Housing Unit Sanitation

```
 1    Policy?

 2         A.    You have to give me a moment to look at it.

 3         Q.    Sure.  Of course.

 4         A.    Section C.

 5         Q.    And that's on the page bates numbered 62934?

 6         A.    Yes, and general housekeeping.

 7         Q.    And which portion of that in GEO's opinion

 8    relates to the Housing Unit Sanitation Policy?

 9         A.    The facility administrator shall ensure that

10    staff and detainees maintain a high standard facility,

11    sanitation, and general cleanliness.  When possible, the

12    use of nontoxic cleaning supplies is recommended.  And

13    then it outlines all the areas.

14         Q.    Okay.  Now, this does not say whether the

15    detainees will be doing this cleaning pursuant to the

16    Voluntary Work Program; correct?

17         A.    Correct.

18         Q.    Okay.  It doesn't specify for these tasks

19    whether they will be performed by staff or detainees;

20    correct?

21         A.    Correct.

22         Q.    Okay.  Go ahead.

23         A.    However, section BA, general environmental

24    health does outline --

25         Q.    I'm sorry, can you let us know what bates page
```

Amber Martin
February 28, 2020                                          15

 1    you're on?

 2         A.    I'm sorry.  This is 62933.

 3         Q.    Okay.

 4         A.    General environmental health, environmental

 5    health conditions shall be maintained at a level that

 6    meets recognized standards of hygiene, including those

 7    from the American Correctional Association, Occupational

 8    Safety and Health Administration, and Environmental

 9    Protection, etc.

10              I would identify the American Correctional

11    Association also identifies that detainees will keep

12    their common areas clean.

13         Q.    Okay.  And what American Correctional

14    Association standard are you referring to there?

15         A.    You're going to have to give me the ACA

16    standards for me to look at.

17         Q.    We can do that.

18         A.    I might be able to find it through here.

19         Q.    I have it right here for you.  So this is

20    Exhibit 3.  The court reporter has handed you Exhibit 3,

21    which I believe are the ACA standards; correct?

22              (Thereupon, the document was marked as

23    Plaintiff's Exhibit 3 for identification.)

24         A.    Correct.

25         Q.    So if you could just point me to -- I think

Amber Martin
February 28, 2020                                    16

```
 1   you just testified that one of these standards requires

 2   detainees to clean the common areas.  If you could point

 3   me to that, please.

 4             MR. BARNACLE:  Object to the form,

 5        misrepresents the prior testimony.

 6             MS. TURNER:  Could you read back her prior

 7        testimony?

 8             (Thereupon, the court reporter read back the

 9        answer.)

10   BY MS. TURNER:

11        Q.   Okay.  So if you could let me know which

12   portion of the ACA standards states that detainees will

13   keep their common areas clean?

14        A.   Part one, safety, page 34ALDF-1A-04,

15   housekeeping.  The facility is clean and in good repair.

16   Our housekeeping and maintenance plan addresses all

17   facility areas and provides for daily housekeeping and

18   regular maintenance by assigning specific duties and

19   responsibilities to staff and inmates.

20        Q.   Okay.  So the ACA standards apply to a wide

21   variety of correctional facilities; correct?

22        A.   Yes.

23        Q.   That is they apply not to just to pretrial or

24   civil detainee facilities, but also to prisons for

25   convicted felons; correct?
```

Amber Martin
February 28, 2020                        17

```
 1        A.   Yes, and there's different standards for those

 2   different types of facilities.

 3        Q.   But this uses the word inmate; correct?

 4        A.   Correct, but this is under the detainee

 5   facility standards.

 6        Q.   Okay.  And so this standard 1A-04 states that

 7   the housekeeping and maintenance plan addresses all

 8   facility areas and provides for daily housekeeping and

 9   regular maintenance by assigning specific duties and

10   responsibilities to staff and inmates.  This doesn't say

11   anything about common areas; correct?

12        A.   I would say the housekeeping and maintenance

13   plan addresses all facility areas, would include common

14   areas.

15        Q.   But it doesn't specify that here; correct?

16        A.   No.

17        Q.   And it doesn't specify which duties and

18   responsibilities are to be performed by staff; correct?

19        A.   No.

20        Q.   And it doesn't say which duties and

21   responsibilities are to be performed by inmates;

22   correct?

23        A.   No.

24        Q.   Okay.  So let's go back to exhibit --

25             MR. BARNACLE:  And I'll object again.  I think
```

Amber Martin
February 28, 2020                                    18

 1        you misrepresented her prior testimony that she was

 2        referring to the one standard, and you just cut her

 3        off as she was trying to explain other standards as

 4        well.

 5              MS. TURNER:  Let's go back to the other

 6        standards then.

 7   BY MS. TURNER:

 8        Q.   What other standards were you referring to,

 9   Ms. Martin?

10        A.   18, page two under sanitation, 4ALDF1A-01.

11   The facility complies with all applicable laws and

12   regulations of governing the jurisdictions, and there's

13   documentation by independent outside source, any past

14   deficiencies noted in annual inspections have been

15   corrected.

16              The following inspections are implemented:

17   Weekly sanitation inspections of all facility areas by

18   qualified department staff, thorough monthly

19   inspections, at least annual inspections by Federal,

20   state, or local.

21        Q.   Okay.  This standard doesn't refer to who is

22   going to be conducting those inspections; correct?

23        A.   No, it doesn't.

24        Q.   And it doesn't refer to who is going to be

25   doing the cleaning; correct?

Amber Martin
February 28, 2020                               19

1        A.    No.  I'm just saying it's under general

2   sanitation that the facility is going to be maintained,

3   and under housekeeping, both staff and detainees are

4   responsible for that.

5        Q.    Okay.  And there is a program called the

6   Voluntary Work Program at the Aurora facility; correct?

7        A.    Yes.

8        Q.    And as part of the Voluntary Work Program,

9   there are some detainees that perform cleaning and

10  sanitation in the facility; correct?

11       A.    Correct.

12       Q.    Just a housekeeping note, if you're reading

13  out loud from a document, I ask that you read somewhat

14  slowly so the court reporter can capture everything that

15  you're saying.  I don't want to make her job extra

16  difficult.

17             Okay.  Anything else on the ACA standards that

18  you wanted to point out?

19       A.    No, but there's other standards obviously that

20  are part of the PBNDS, such as the detainee handbook and

21  ACA.

22       Q.    Sure.  So we will discuss the detainee

23  handbook a little bit later, and we did review a number

24  of standards with Mr. Ragsdale yesterday.  What I'm

25  trying to find out currently is which portions of the

```
 1   PBNDS relate to the Housing Unit Sanitation Policy.  And

 2   so we were looking at the 2008 version.  I think we

 3   reviewed the general environmental health section;

 4   correct?

 5        A.   Yes.

 6        Q.   Are there other sections of the PBNDS that

 7   relate to the housekeeping requirement of the Housing

 8   Unit Sanitation Policy?

 9        A.   Yes.

10        Q.   Okay.  What are those?

11        A.   Just one moment.

12        Q.   If you want to tell me the section, it's

13   possible I have the page number noted.

14        A.   Part four, care.

15        Q.   Okay.  So I believe that part four starts on

16   page 63516 with food service.  I'm not sure which

17   subsection you're pointing to.  I know that the personal

18   hygiene section, if that's what you're looking for, is

19   on 63217.

20        A.   I know it's in here.

21        Q.   Is there anything in the personal hygiene

22   section about housekeeping of the facility as opposed to

23   personal hygiene?

24        A.   No.

25        Q.   No?  Okay.  I would like to direct your
```

Amber Martin
February 28, 2020                                    24

1    housekeeping required under GEO's Housing Unit

2    Sanitation Policy?

3        A.    No, just -- again, just by reference.

4        Q.    So other documents that are incorporated by

5    reference, I believe you mentioned the ACA standards and

6    the ICE detainee handbook; correct?

7        A.    Yes.

8        Q.    Okay.  You can put that binder aside.  The

9    next exhibit, Colin, you will have to use your binder,

10   your PBNDS binder from yesterday.

11            Okay.  I've handed you a document that has

12   been marked as Exhibit 4.  And this I believe is the

13   2011 version of the PBNDS; correct?

14            (Thereupon, the document was marked as

15   Plaintiff's Exhibit 4 for identification.)

16       A.    Correct.

17       Q.    Okay.  So the good news is I think this one

18   actually has a table of contents, so it's a little

19   easier to navigate.

20            And so again, I just want to ask you the same

21   questions.  Which portions of the 2011 PBNDS does GEO

22   believe make reference to the housekeeping required

23   under the Housing Unit Sanitation Policy?  And there is

24   a table of contents on page 64020.

25       A.    Just give me a moment to look through it.

Amber Martin
February 28, 2020                              25

```
 1       Q.    Sure.

 2       A.    64041, section A, environmental health and

 3   safety.   Again, the general environmental health,

 4   environmental health conditions shall be maintained at a

 5   level that meets recognized standards of hygiene,

 6   including those from the American Correctional

 7   Association, Occupational Safety and Health

 8   Administration, Environmental Protection Agency, etc.,

 9   and it again references the American Correctional

10   Association.

11       Q.    And those are the same standards that we

12   reviewed a moment ago?

13       A.    Yes.

14       Q.    Okay.  And again, this section of the 2011

15   PBNDS on page 64041 doesn't reference specifically who

16   is going to be performing the sanitation

17   responsibilities outlined; correct?

18       A.    No, just by reference.

19       Q.    By reference to other documents?

20       A.    Yes.

21       Q.    Okay.  And when you say by reference, are you

22   talking about the list of A through F under A1 or

23   something else?

24       A.    The list A through F under A1.

25       Q.    Okay.  What other sections of the 2011 PBNDS
```

Amber Martin
February 28, 2020                              26

 1   does GEO believe reference the Housing Unit Sanitation

 2   Policy?

 3        A.   Page 325.  I'm sorry, 64345.

 4        Q.   Yeah.  This is the section of the 2011 PBNDS

 5   dealing with the Voluntary Work Program?

 6        A.   Yes, section C, personal housekeeping

 7   required.

 8        Q.   Okay.  And I believe this language is very

 9   similar to the language in the 2008 PBNDS; correct?

10        A.   Correct.

11        Q.   And it says all detainees are responsible for

12   personal housekeeping; right?

13        A.   Correct.

14        Q.   It doesn't specify what that housekeeping is?

15        A.   No.

16        Q.   But it does say detainees are required to

17   maintain their immediate living area in a neat and

18   orderly manner by, and then there are four specific

19   bullet points there; right?

20        A.   Correct.

21        Q.   Okay.  And other than those four specific

22   bullet points, it doesn't say anything about what

23   housekeeping detainees are responsible for; correct?

24        A.   No.  Just again, by reference.

25        Q.   And by reference, what are you referring to?

Amber Martin
February 28, 2020                              27

 1        A.    References within the PBNDS such as the ACA

 2   and the detainee handbook.

 3        Q.    Okay.  And so again, here in this document on

 4   page 64345, it doesn't mention cleaning common areas;

 5   correct?

 6        A.    No.  Section 12.

 7        Q.    Are there other sections of this 2011 PBNDS

 8   that reference the Housing Unit Sanitation Policy?

 9        A.    064042, under staff and detainee safety,

10   paragraph two, detainee living area safety shall be

11   emphasized to staff and detainees to include providing

12   as noted in the standards a housekeeping plan.

13             Section three, general housekeeping, the

14   facility administrators shall ensure that staff and

15   detainees maintain a high standard of facility

16   sanitation and general cleanliness.  When possible, use

17   of nontoxic cleaning supplied is recommended, and then

18   it outlines everything that is under the general

19   housekeeping area.

20        Q.    Okay.  And again, here, it doesn't specify who

21   is to be performing that work or whether it's going to

22   be performed by detainees pursuant to the Voluntary Work

23   Program; correct?

24        A.    No, it doesn't, but it does identify you'll

25   have a housekeeping plan.

1   paragraph from the bottom and the second paragraph from

2   the bottom states unless otherwise specified, all plans,

3   policies, and procedures including those identified in

4   the ACA standards shall be developed by the contractor

5   and submitted in writing to the CO for review and

6   concurrence prior to the issuance of the NTP.  Is that

7   consistent with your understanding of how policies and

8   procedures were developed under this contract?

9        A.   Yes.  Like I said, in the startup phase of a

10  facility, they would have been developed and submitted.

11       Q.   This isn't the startup phase; correct?  This

12  is 2006.

13       A.   It's a new contract, so it would still be

14  considered a startup phase.

15       Q.   I see.  So each time there's a new contract,

16  all the procedures and policies get rolled out a

17  second -- anew?

18       A.   Yes.

19       Q.   And just to clarify some acronyms, the CO in

20  that sentence, does that refer to the contracting

21  officer?

22       A.   Yes.

23       Q.   And what does the NTP refer to?

24       A.   Notice to proceed.

25       Q.   What's the notice to proceed?

Amber Martin
February 28, 2020                                     65

```
 1        A.    Prior to the facility being operational and a
 2   new contract, it has to be inspected, all the policies
 3   and procedures have to be approved, and then we request
 4   notice to proceed, and the government goes and does an
 5   inspection and gives us a notice to proceed for
 6   operations.
 7        Q.    Got it.  And so pursuant to this instruction,
 8   then, GEO would develop all its policies and procedures
 9   and submit them to the government for review; correct?
10        A.    Correct.
11        Q.    Okay.  If I can direct your attention to page
12   59656.
13        A.    Okay.
14        Q.    And so section 7.8 makes reference to a
15   staffing plan.  Do you see that?
16        A.    Yes.
17        Q.    What's a staffing plan?
18        A.    It's the staffing -- the section of how many
19   staff and where the staff would be located --
20        Q.    Okay.
21        A.    -- per the contract.
22        Q.    And that would be -- go ahead.
23        A.    That's going to operate the facility.
24        Q.    And that would be GEO staff; correct?
25        A.    Yes.
```

Amber Martin
February 28, 2020                                          66

1        Q.   It doesn't specify in the staffing plan how

2   many Voluntary Work Program --

3        A.    It has nothing to do with the staffing plan.

4        Q.   Okay.  So Voluntary Work Program workers are

5   not part of the staffing plan submitted to ICE?

6        A.   Correct.

7        Q.   Okay.  And what's the process for developing a

8   staffing plan?

9        A.    Identifying the jobs that need to be done and

10  the areas that need to be supervised.  I mean, we have

11  been doing this for a long time, so we just identify the

12  executive staff, the health service staff, the program

13  staff, etc., maintenance staff.

14       Q.    And GEO comes up with that plan and submits it

15  to ICE for approval?

16       A.   Yes.  That's actually submitted during the RFP

17  process, because it would be part of the pricing, and it

18  would have to be approved before the contract award.

19       Q.    And RFP process is --

20       A.    Request for proposal.

21       Q.   Okay.  And that's when the government puts

22  basically a bid request out; correct?

23       A.   Yes.

24       Q.   Okay.  And so in developing this staffing

25  plan, GEO is basically working within its understanding

```
 1   in the RFP.

 2        Q.   Okay.  But the contract doesn't specifically

 3   require GEO to execute a staffing plan; correct?

 4        A.   The RFP would have.

 5        Q.   The request for proposal would have; right?

 6        A.   And that's part of the contract.

 7        Q.   Okay.  And so but as with the prior contracts,

 8   to the extent there is a staffing plan, is that

 9   something that GEO would develop consistent with

10   whatever ICE's specifications are?

11        A.   Yes.

12        Q.   And within the structures of the funding

13   provided by the contract?

14        A.   It would have been precontract award.

15        Q.   And what do you mean when you say that?

16        A.   It would have gone through the RFP proposal,

17   we would have submitted the staffing plan as part of our

18   proposal for the response to the request, and they would

19   either accept it or not accept it and award a contract

20   based on all the elements.

21        Q.   Okay.  And then if I could just direct your

22   attention to page 31411?

23        A.   Yes.

24        Q.   Okay.  And this is the portion of the contract

25   that describes the Voluntary Work Program; correct?
```

```
 1        A.    Yes.

 2        Q.    And under item two there, it says detainees

 3   will be able to volunteer for work assignments, but

 4   otherwise not be required to work except to do personal

 5   housekeeping; correct?

 6        A.    Yes.

 7        Q.    Okay.  And as with the staffing plan, I didn't

 8   see a reference here to a Detainee Work Plan.  Is it

 9   your testimony based on what you've said about the

10   previous contract that the Voluntary Work Plan is the

11   Detainee Work Plan?

12        A.    I believe so, yes.

13        Q.    So there's not -- the contract doesn't

14   specifically require GEO to identify how many detainee

15   workers will do the laundry, how many will do food

16   service and so forth?

17        A.    No.

18        Q.    Okay.  And GEO has the discretion to figure

19   that out in terms of how best to suit its needs at the

20   facility?

21        A.    Well, it has the discretion to go by the

22   Voluntary Work Program, to provide a work program for

23   the detainees, so it's in different areas, and we would

24   identify, you know, who could do the work and provide

25   that service.
```

Amber Martin
February 28, 2020                          73

```
 1        Q.   Okay.

 2             MR. BARNACLE:  And we'll just state for the

 3        record, and I understand this is GEO's production,

 4        but pages one through 12 it looks like of section A

 5        and B aren't a part of this representation of the

 6        contract.

 7             MS. TURNER:  I'm sorry, which exhibit is that?

 8             MR. BARNACLE:  If you look at part one and

 9        part two --

10             MS. TURNER:  Of which exhibit I'm saying.

11             MR. BARNACLE:  Sorry.  This is the 2011.

12             MS. TURNER:  Okay.

13             MR. BARNACLE:  Section -- part one, section A,

14        part one, section B, which looks like pages one

15        through 12, are not in this document.  It's

16        sequential from --

17             MS. TURNER:  The bates number?

18             MR. BARNACLE:  -- bates, so it looks like it

19        might not have been produced.  Is that what that

20        is?

21             THE WITNESS:  This is section A.  It's a

22        supply for services.  And section B is --

23             MR. BARNACLE:  Okay.

24             MS. TURNER:  So just for purposes of the

25        record, it's just out of order.  The document is
```

Amber Martin
February 28, 2020                                    74

```
 1       complete.
 2              MR. BARNACLE:  It's out of order.
 3   BY MS. TURNER:
 4       Q.   Okay.  So Colin, this is Exhibit 24 from
 5   yesterday.
 6              Okay.  So we've marked Exhibit 14, which is
 7   bates numbered GEO-Men1505 through 1509.  And on the
 8   last page, there's a space for Warden J. Choat to sign
 9   it, and it says it's effective August 20th, 2013; is
10   that correct?
11              (Thereupon, the document was marked as
12   Plaintiff's Exhibit 14 for identification.)
13       A.   Yes.
14       Q.   Okay.  And I think earlier, you made reference
15   to a housekeeping plan.  Do you recall that testimony?
16       A.   I think you may have referenced the
17   housekeeping plan.
18       Q.   I don't think so, but okay.  We'll --
19       A.   I understand what the housekeeping plan is.
20       Q.   Are you familiar with this housekeeping and
21   maintenance plan?
22       A.   Yes.
23       Q.   And what is it?
24       A.   It's the housekeeping plan for the facility.
25       Q.   Okay.  And do you have an understanding of
```

Amber Martin
February 28, 2020                              79

```
 1                    CERTIFICATE OF REPORTER

 2

 3   THE STATE OF FLORIDA,

 4   COUNTY OF PALM BEACH.

 5

 6              I, Julie Bruens, Florida Professional

 7   Reporter, certify that I was authorized to and did

 8   stenographically report the deposition of AMBER MARTIN;

 9   pages 1 through 77; that a review of the transcript was

10   requested; and that the transcript is a true record of

11   my stenographic notes.

12              I further certify that I am not a

13   relative, employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorneys or counsel connected with the action,

16   nor am I financially interested in the action.

17

18              Dated this 4th day of March, 2020.

19

20

21

22   _____

         Julie Bruens, FPR
23       Florida Professional Reporter

24

25
```