# Exhibit S

# Performance-Based Standards for Adult Local Detention Facilities

## Fourth Edition



# PERFORMANCE-BASED STANDARDS FOR ADULT LOCAL DETENTION FACILITIES

Fourth Edition

American Correctional Association

in cooperation with the
Commission on Accreditation for Corrections

June 2004

**Part Two: Security** ...........................................................................................................15

    Section A
        **Performance Standard 2A: Protection from Harm**

    Expected Practices

        Control .................................................................................................................15
        Staffing ................................................................................................................18
        Inmate Counts .....................................................................................................18
        Facility Design .....................................................................................................19
        Reception .............................................................................................................19
        Orientation ...........................................................................................................21
        Classification and Separation .............................................................................22
        Youthful Offenders .............................................................................................24
        Special Management Inmates .............................................................................26

    Section B
        **Performance Standard 2B: Use of Physical Force**

    Expected Practices

        Use of Force .......................................................................................................32
        Weapons ..............................................................................................................33

    Section C
        **Performance Standard 2C: Contraband**

    Expected Practices

        Searches ..............................................................................................................35
        Canine Units .......................................................................................................35
        Arrestee Strip Search ..........................................................................................36
        Inmate Strip Search .............................................................................................36
        Body Cavity Search ............................................................................................36
        Disposition of Evidence .....................................................................................37

    Section D
        **Performance Standard 2D: Access to Keys, Tools and Utensils**

    Expected Practices

        Key, Tool and Utensil Control ...........................................................................37

**Part Three: Order** ............................................................................................................39

    Section A
        **Performance Standard 3A: Inmate Discipline**

    Expected Practices

        Rules and Discipline ..........................................................................................39

**Part Four: Care** ...........................................................................................................41

Section A
   Performance Standard 4A: Food Service

Expected Practices

   Food Service ....................................................................................................41
   Dietary Allowances .........................................................................................42
   Therapeutic Diets ............................................................................................43
   Food Service Facilities ....................................................................................43
   Food Service Training .....................................................................................44
   Health Protection.............................................................................................44
   Food Service Management .............................................................................45

Section B
   Performance Standard 4B: Hygiene

Expected Practices

   Storage Space ..................................................................................................46
   Bedding Issue ..................................................................................................46
   Clothing ...........................................................................................................46
   Inmate Accountability .....................................................................................47
   Personal Hygiene.............................................................................................47
   Hair Care .........................................................................................................47
   Plumbing Fixtures ...........................................................................................47

Section C
   Performance Standard 4C: Continuum of Health Care Services

Expected Practices

   Access to Care.................................................................................................50
   Clinical Services ..............................................................................................51
   Continuity of Care...........................................................................................51
   Referrals ..........................................................................................................51
   Transportation .................................................................................................52
   Treatment Plan.................................................................................................52
   Emergency Plan...............................................................................................52
   Infirmary Care.................................................................................................53
   Washbasins ......................................................................................................54
   Bathing Facilities.............................................................................................54
   Toilets ..............................................................................................................54
   Pregnancy Management ..................................................................................54
   Communicable Disease and Infection Control Program.................................55
   Chronic Care ...................................................................................................56
   Dental Care .....................................................................................................57
   Health Education .............................................................................................57
   Health Screens.................................................................................................58
   Health Appraisal .............................................................................................60
   Periodic Examinations.....................................................................................61
   Mental Health Program ...................................................................................61
   Mental Health Screen .....................................................................................62
   Mental Health Appraisal .................................................................................62

Mental Health Referrals .................................................................................................63
Suicide Prevention and Intervention ............................................................................64
Mental Illness and Developmental Disability ..............................................................64
Prostheses and Orthodontic Devices .............................................................................65
Detoxification .................................................................................................................65
Management of Chemical Dependency .......................................................................65
Pharmaceuticals ..............................................................................................................66
Nonprescription Medication ........................................................................................66
Special Needs Inmates ....................................................................................................67
Exercise ...........................................................................................................................67

**Section D**
**Performance Standard 4D: Health Services Staff**

Expected Practices

Health Authority ...........................................................................................................68
Provision of Treatment .................................................................................................69
Personnel Qualifications ...............................................................................................69
Credentials .....................................................................................................................70
Employee Health ...........................................................................................................70
Emergency Response .....................................................................................................71
First Aid ..........................................................................................................................71
Students and/or Interns ................................................................................................72
Inmate Assistants ...........................................................................................................72
Notification ....................................................................................................................73
Confidentiality ...............................................................................................................73
Informed Consent .........................................................................................................73
Elective Procedures .......................................................................................................74
Involuntary Administration .........................................................................................74
Research .........................................................................................................................74
Privacy ............................................................................................................................75
Transfer ..........................................................................................................................75
Use of Restraints ............................................................................................................75
Sexual Assault ................................................................................................................76
Inmate Death .................................................................................................................78
Health Care Internal Review and Quality Assurance .................................................79
Peer Review ....................................................................................................................80
Health Records ..............................................................................................................80
Transfers ........................................................................................................................81
Inactive Records ............................................................................................................81

# Part Five: Program and Activity .................................................................83

**Section A**
**Performance Standard 5A: Inmate Opportunities for Improvement**

Expected Practices

Programs and Services ..................................................................................................83
Counseling ......................................................................................................................84
Substance Abuse Programs ...........................................................................................84
Academic and Vocational Education ...........................................................................85

**Section B**
   **Performance Standard 5B: Family and Community Ties**

Expected Practices

   Visiting .................................................................................................................86
   Mail ......................................................................................................................87
   Telephone.............................................................................................................88
   Release..................................................................................................................89

**Section C**
   **Performance Standard 5C: Programs**

Expected Practices

   Exercise and Recreation .....................................................................................91
   Library Services .................................................................................................92
   Work and Correctional Industries ......................................................................92
   Religious Programs .............................................................................................95
   Commissary/Canteen...........................................................................................96

**Part Six: Justice ..........................................................................................................99**

**Section A**
   **Performance Standard 6A: Inmate Rights**

Expected Practices

   Access to Courts .................................................................................................99
   Communications ...............................................................................................100
   Foreign Nationals .............................................................................................100
   Protection from Abuse......................................................................................100
   Grooming...........................................................................................................101
   Indigence ...........................................................................................................101

**Section B**
   **Performance Standard 6B: Fair Treatment of Inmates**

Expected Practices

   Grievance Procedure .........................................................................................101
   Discrimination ...................................................................................................102
   Disabled Inmates ...............................................................................................102

**Section C**
   **Performance Standard 6C: Due Process for Inmates**

Expected Practices

   Inmate Discipline ..............................................................................................104

**Section D**
   **Performance Standard 6D: Inmate Responsibility**

Expected Practice

   Inmate Responsibility .......................................................................................109

## Part Seven: Administration and Management .................................111

**Section A**
   **Performance Standard 7A: Legal Status**

Expected Practices

   Legal Issues ........................................................................................................111

**Section B**
   **Performance Standard 7B: Recruitment, Retention, and Promotion**

Expected Practices

   Qualifications .....................................................................................................112
   Selection, Retention, and Promotion..................................................................112
   Training and Staff Development ........................................................................113

**Section C**
   **Performance Standard 7C: Staff Ethics**

Expected Practices

   Drug-free Workplace ..........................................................................................118
   Code of Ethics ....................................................................................................118

**Section D**
   **Performance Standard 7D: Facility Administration**

Expected Practices

   Quality Improvement Practices ..........................................................................119
   Mission ...............................................................................................................120
   Organization .......................................................................................................120
   Policies and Procedures......................................................................................120
   Financial Practices..............................................................................................121
   Property Control .................................................................................................122
   Inmate Funds ......................................................................................................123
   Information Practices, Records, and Data..........................................................123
   Management Information and Research ............................................................123
   Inmate Records ...................................................................................................123
   Facility and Equipment ......................................................................................125
   Health Care Quarterly Meetings ........................................................................126
   Statistical Reports ...............................................................................................126

**Section E**
   **Performance Evaluation 7E: Staff Treatment**

Expected Practices

   Personnel Policies ...................................................................................127
   Compensation .........................................................................................127
   Termination .............................................................................................128
   Facility and Equipment ...........................................................................128

**Section F**
**Performance Standard 7F: Community Relations**

Expected Practices

Community Relations ........................................................................................129
Volunteer Services ...........................................................................................130

# Appendices

**Appendix A**
  Classification Guidelines ......................................................................................133

**Appendix B**
  Guidelines for Institution Security Levels ...........................................................135

**Appendix C**
  Definition of "Qualified Individual" for Safety and Sanitation Inspections ..................137

**Appendix D**
  Guidelines for the Control and Use of Flammable, Toxic, and Caustic Substances ......139

**Appendix E**
  Operations Outcome Measures Worksheet .........................................................143

**Appendix F**
  Health Care Outcome Measures Worksheet ......................................................157

**Appendix G**
  Organization Summary ........................................................................................163

**Appendix H**
  Self-Evaluation Report .........................................................................................167

**Glossary** ...................................................................................................................171

**Proposal for Standard Revision** ............................................................................189

**Index** ........................................................................................................................191

*Comment*: None.

*Protocols*: Written policy and procedure. Work plan and schedule. Inmate training materials.
*Process Indicators*: Observation. Inmate interviews. Documentation of work performed.

**4-ALDF-5C-07**
**(Ref. 3-ALDF-5A-02)** **The facility requires all sentenced inmates to work if they are not assigned to programs.**

*Comment*: None.

*Protocols*: Written policy and procedure. Inmate rules/handbook. Applicable statutes.
*Process Indicators*: None.

**4-ALDF-5C-08**
**(Ref. 3-ALDF-5A-05)** **Pretrial and unsentenced inmates are not required to work except to do personal housekeeping and to clean their housing area. Inmates are allowed to volunteer for work assignments.**

*Comment*: None.

*Protocols*: Written policy and procedure. Inmate rules/handbook.
*Process Indicators*: Documentation of inmate opportunities to volunteer for work assignments.

**4-ALDF-5C-09**
**(Ref. 3-ALDF-5A-06,**
**5A-09, 5A-10)** **Where statute permits, inmates are assigned to public works and community service projects.**

*Comment*: None.

*Protocols*: Written policy and procedure. Applicable laws and regulations.
*Process Indicators*: Program records.

**4-ALDF-5C-10**
**(Ref. 3-ALDF-5A-12)** **The inmate workday approximates the workday in the community. Inmate performance is regularly evaluated and recorded. Inmates receive written recognition of competencies that they acquire.**

*Comment*: None.

*Protocols*: Written policy and procedure. Work schedule. Competency measurement and recognition materials.
*Process Indicators*: Work records. Facility logs and records. Inmate records. Inmate interviews. Documentation of competency recognition.

**4-ALDF-5C-11**
**(Ref. 3-ALDF-5A-13)** **(MANDATORY) Inmate working conditions comply with all applicable federal, state, or local work safety laws and regulations.**

*Comment*: None.