# Exhibit T

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-02887-JLK
 3    _____

 4    DEPOSITION OF:   CHERYL R. NELSON - October 3, 2019
      _____
 5
      ALEJANDRO MENOCAL, et al.,
 6
      Plaintiffs,
 7
      v.
 8
      THE GEO GROUP, INC.,
 9
      Defendant.
10    _____

11              PURSUANT TO NOTICE, the deposition of
      CHERYL R. NELSON was taken on behalf of the Plaintiffs
12    at 1900 16th Street, Suite 1700, Denver, Colorado
      80302, on October 3, 2019, at 9:32 a.m., before Carin
13    C. Geist, Registered Diplomate Reporter and Notary
      Public within Colorado.
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              A P P E A R A N C E S

 2   For the Plaintiffs:

 3           RACHEL WILLIAMS DEMPSEY, ESQ.
             ADAM L. KOSHKIN, ESQ.
 4           Outten & Golden L.L.P.
             One California Street, 12th Floor
 5           San Francisco, California 94111
             rdempsey@outtengolden.com
 6           akoshkin@outtengolden.com

 7           BRIANNE POWER, ESQ.
             Towards Justice
 8           1410 High Street, Suite 300
             Denver, Colorado 80218
 9           brianne@towardsjustice.org

10
     For the Defendant:
11
             COLIN L. BARNACLE, ESQ.
12           Akerman L.L.P.
             1900 16th Street, Suite 1700
13           Denver, Colorado 80202
             colin.barnacle@akerman.com
14

15   Also Present:

16           Allison Angel

17

18

19

20

21

22

23

24

25
```

1          And looking down at B, it looks like there
2     are some of the work -- voluntary work program
3     objectives were deleted and replaced by different
4     objectives, and there was a paragraph deleted from the
5     Required Work Assignments section.
6          So is this -- these were facility-level
7     changes made to parts of the corporate policy that
8     could be changed at the facility level?  Am I
9     understanding that correctly?
10         A.   Is this a draft or is this an executed
11    policy?  Was this signed by ICE?  I know all changes to
12    policies have to be approved by ICE.
13         Q.   Okay.  Well, I am asking you that.  Do you
14    know what this document is?
15         A.   Well, I don't see an approved by.  It
16    looks like it's superseding recommendations from
17    11/20/11, but I can't speak to whether or not this is
18    an executed document.  It looks like someone's working
19    document, definitely.
20         Q.   Right.  So I'm just -- I'm asking, is it
21    your interpretation that someone from the facility
22    deleted parts of this policy and rewrote other parts of
23    it?  That's what it looks like from the red line, and
24    I'm asking if I'm interpreting it correctly.
25         A.   I think track changes are a normal part of

1  policy review, and that would be a way to capture

2  someone's recommendations.  But the final product would

3  really be revealing in terms of who approved it.  Did

4  the policy get approved, or were these just

5  recommendations?  In its current form, I don't know.

6  I'm sorry.

7         Q.   Right, okay.  And do you know who would

8  have made these edits to this policy?

9         A.   No, not without knowing who were on the

10 committee or who authored it.

11        Q.   Okay.  It says -- so under Required Work

12 Assignments, it says, "Detainees are required to

13 maintain their immediate living areas in a neat and

14 orderly manner."  And then it says Lieutenant Labatto

15 next to it.  Does that indicate that Lieutenant Labatto

16 wrote that part of the policy?

17        A.   I'm not sure.

18        Q.   Okay.  And so once this policy -- this

19 shows the policy with track changes.  Once all of the

20 track changes have been accepted, would it go to the

21 warden for approval?

22        A.   The warden has to sign all -- if he

23 approves the changes, he signs the policy; and then the

24 final approval of all policies, whether ICE or local

25 operating procedures, are approved by ICE.

1     Q.   And by ICE, do you mean the COTR?
2     A.   Correct.
3     Q.   Okay.  And do you know if the policy goes
4  back to, say, GEO corporate for review?
5     A.   It just depends on what the policy is.  I
6  mean, I don't know that this would be one that we would
7  be looking at for our review.
8     Q.   Okay.  So there's not necessarily any
9  requirement that they go back to GEO's corporate for
10 review?
11    A.   Well, no.
12    Q.   Okay.
13    A.   We have -- we review our emergency
14 procedures.  There are certain policies that we
15 actively have to look at and that we approve before
16 they can be forwarded to ICE.  Otherwise, the
17 discretion, again, is the autonomy of the facility
18 administrator to run the day-to-day operations in
19 concert with the on-site client.
20         But at the end of the day, the policy has
21 to be approved by ICE, and they will approve it or not.
22 If there's something that's in it that's a violation of
23 the standard, they're going to kick it back and not
24 approve it.
25    Q.   And do you know what the review process is

1   within ICE?
2        A.   I do not.
3        Q.   The COTR signs off on it.  Do you know if
4   it goes above the COTR or anything like that?
5        A.   I don't know their process associated with
6   policies.  I only know our requirement, and our
7   requirement is completed in accordance with the
8   guidelines.
9        Q.   And when you say, "the guidelines," what
10  guidelines, specifically?
11       A.   As it relates to ICE approving all
12  policies before they're implemented --
13       Q.   Okay.
14       A.   -- to include annual reviews or
15  adjustments or changes to anything in the policy.  They
16  have to approve it and verify that we're in compliance
17  with the intent of the contract requirements.
18       Q.   Okay.
19            (Deposition Exhibit 10 was marked.)
20       Q.   So this is Exhibit 10.  It's Bates-stamped
21  GEO-MEN 00071642, and you can take your time to get
22  familiar with the document.  It's an e-mail.  The
23  attachments we're not going to be talking about.
24            (Deponent reviewed the document.)
25       Q.   Do you recognize this e-mail?

1                    REPORTER'S CERTIFICATE

2    STATE OF COLORADO        )
                              ) ss.
3    CITY AND COUNTY OF DENVER )

4         I, CARIN C. GEIST, Registered Diplomate Reporter,
     Certified Realtime Reporter, and Notary Public
5    ID 20054034523, State of Colorado, do hereby certify
     that previous to the commencement of the examination,
6    the said CHERYL R. NELSON was duly sworn or affirmed by
     me to testify to the truth in relation to the matters
7    in controversy between the parties hereto; that the
     said deposition was taken in machine shorthand by me at
8    the time and place aforesaid and was thereafter reduced
     to typewritten form; that the foregoing is a true
9    transcript of the questions asked, testimony given, and
     proceedings had.
10
          I further certify that I am not employed by,
11   related to, nor of counsel for any of the parties
     herein, nor otherwise interested in the outcome of this
12   litigation.

13        IN WITNESS WHEREOF, I have affixed my signature
     this 16th day of October, 2019.
14
          My commission expires September 15, 2021.
15

16   __X__  Reading and Signing was requested.

17   _____  Reading and Signing was waived.

18   _____  Reading and Signing is not required.

19

20                  *Carin C. Geist*
21                  _____
                    Carin C. Geist
22                  Registered Diplomate Reporter
                    Certified Realtime Reporter
23

24

25