# Exhibit BB

**Facility Voluntary Work Program Pay Rates between 2011 and 2014**

| Adelanto Detention Facility | $1.00 |
|---|---|
| Aurora Ice Processing Facility | $1.00 |
| Broward Detention Facility | $1.00 |
| Mesa Verde Ice Processing Center | $1.00 |
| Montgomery Ice Processing Center[1] | N/A |
| Northwest/Tacoma Ice Processing Center | $1.00 |
| South Texas Detention Facility | $1.00 to $3.00 |
| Folkston ICE Processing Center | $1.00 to $2.50 |
| Joe Corley Detention Facility | $1.00 to $3.00 |
| LaSalle Detention Facility | $1.00 to $4.00 |
| Pine Prairie Detention Facility | $1.00 |
| South Louisiana Detention Facility[2] | N/A |

---

[1] The Montgomery ICE Processing Center was not in operation during the class period. Following the class period, detainees in the Voluntary Work Program were paid between $1.00 and $3.00 per day.
[2] The South Louisiana Detention Facility was not operated by GEO during the class period.