IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**NOTICE OF FILING OF EXHIBITS TO THE DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE (ECF NO. 261) AS RESTRICTED DOCUMENTS PURSUANT TO D. COLO. L. CIV. R. 7.2**

---

TO THE COURT AND ALL PARTIES TO THE ABOVE-CAPTIONED CASE:

    Accompanying this notice, the Plaintiffs in the above-captioned action are filing the attached exhibits to the Declaration of Michael J. Scimone in Support of Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense (ECF No. 261) as Restricted Documents–Level 1 pursuant to D. Colo. L. Civ. R. 7.2.  The documents filed as restricted are as follows:

- **Exhibit B:** Excerpts from the 2011 Contract, bates stamped GEO_MEN 00019613-817.

- **Exhibit B.1:** 2011 Contract amendment, bates stamped GEO_MEN 00020406-18.

- **Exhibit C:** Excerpts from the 2006 Contract, bates stamped GEO-MEN 00059635-708.

- **Exhibit D:** Excerpts from the 2003 Contract, bates stamped GEO-MEN 00059744-803.

- **Exhibit G:** Detainee Work Plan, bates stamped GEO_MEN 00038529-35.

- **Exhibit H:** ICE Detainee Work Program, bates stamped GEO_MEN 00038563-67.

- **Exhibit U:** Compilation of all versions of GEO Policy Number 12.1.4 – AUR throughout the class period, bates stamped GEO_MEN 00038687-98, GEO_MEN 00038653-64, GEO_MEN 00038676-86, GEO_MEN 00038628-31, GEO_MEN 00038665-75, GEO_MEN 00038632-39, GEO_MEN 00038613-15, GEO_MEN 00038625-27, GEO_MEN 00007203-06, GEO_MEN 00038649-52, GEO-MEN 00099980-83, and GEO-MEN 00088208-11.

- **Exhibit V:** Aurora Local Detainee Handbook, 2002 version, bates stamped GEO_MEN 00040731-75.

- **Exhibit X:** Excerpts from Detainee Orientation Video, bates stamped

GEO_MEN 00052387.[1]

- **Exhibit Y:** 10.2.11-AUR, Special Management Unit Operations, bates stamped GEO_MEN 00037770-84.

- **Exhibit Z:** Compilation of disciplinary charges and reports related to failure to clean, bates stamped GEO_MEN 00057697, GEO_MEN 00047810, GEO_MEN 00047812-17, GEO-MEN 00065434, GEO-MEN 000659393, GEO-MEN 00065211, and GEO-MEN 00065032-33.

- **Exhibit AA:** Detainee Work Detail Application, bates stamped GEO_MEN 00057594.

This filing is contingent on an appropriate motion to restrict under D. Colo. L. Civ. R. 7.2.

---

[1] The page numbers in this document were added by counsel for ease of reference, in accordance with the Court's standing order re pretrial and trial procedures in civil cases, Section III.E.2.(b).v.

Dated: New York, NY
April 29, 2020

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

David Lopez
**OUTTEN & GOLDEN LLP**
601 Massachusetts Avenue NW
Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
E-Mail: pdl@outtengolden.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2020, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 245-1000
E-Mail: mscimone@outtengolden.com
