# Exhibit D

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF | PAGE 59 |
|---|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| CD-3-C-0008 | see item 20C., below | ACD-2-R-0014 |

| 5. ISSUED BY                          CODE | 6. ADMINISTERED BY (If other than Item 5)   CODE |
|---|---|
| Department of Homeland Security (formerly Immigration and Naturalization Service) ACDCPM - 8th Floor 7701 North Stemmons Freeway Dallas, Texas 75247 | Department of Homeland Security (formerly Immigration and Naturalization Service) ACDCPM - 8th Floor 7701 North Stemmons Freeway Dallas, Texas 75247 |

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)
WCC - Wackenhut Corrections Corporation
Suite 700
621 NW 53rd Street
Boca Raton, Florida 33487

8. DELIVERY
[ ] FOB ORIGIN   [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN:   ITEM 2

| 11. SHIP TO/MARK FOR          CODE | 12. PAYMENT WILL BE MADE BY      CODE |
|---|---|
| Department of Homeland Security - Detention & Removal Aurora, Colorado - WCC Contract Detention Facility | Department of Homeland Security Dallas Finance Office |

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 USC 2304(c) ( )   [X] 41 USC 253(c) ( 1 )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| CLINS 001, 002, 003, 004, 005 and 006 | CONTRACT DETENTION FACILITY (CDF), in accordance with the attached Statement of Work and contract award document.  Offerors technical proposal, as revised, is incorporated in Section J as attachments 3 and 4. | See CLINS 001, 002, 003, 004, 005 and 006 set forth on Section B, Page 1 | | | |

--ESTIMATED--   15G. TOTAL AMOUNT OF CONTRACT   $ 11,090,443.62

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| XX | A | SOLICITATION/CONTRACT FORM | 1 | XX | I | CONTRACT CLAUSES | 9 |
| XX | B | SUPPLIES OR SERVICES AND PRICES/COST | 7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| XX | C | DESCRIPTION/SPECS./WORK STATEMENT | 30 | XX | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| XX | E | INSPECTION AND ACCEPTANCE | 2 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| XX | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| XX | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| XX | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ACD-2-R-0014 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER
AMBER D. MARTIN
Vice President, Contract Compliance
Wackenhut Corrections Corporation

20A. NAME OF CONTRACTING OFFICER
Arthur S. Cooper, III

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY (Signature of person authorized to sign) | 3-27-03 | BY (Signature of Contracting Officer) | |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE
26-107
Form designed using PerForm Pro software.
STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

Confidential                                    GEO-MEN 00059744

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE OF 1 | PAGE 59 |
|---|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. CD-3-C-0008 | 3. EFFECTIVE DATE see item 20C., below | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. ACD-2-R-0014 |
|---|---|---|

| 5. ISSUED BY | CODE | 6. ADMINISTERED BY (If other than Item 5) | CODE |
|---|---|---|---|
| Department of Homeland Security (formerly Immigration and Naturalization Service) ACDCPM - 8th Floor 7701 North Stemmons Freeway Dallas, Texas 75247 | | Department of Homeland Security (formerly Immigration and Naturalization Service) ACDCPM - 8th Floor 7701 North Stemmons Freeway Dallas, Texas 75247 | |

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

WCC - Wackenhut Corrections Corporation
Suite 700
621 NW 53rd Street
Boca Raton, Florida 33487

8. DELIVERY
[ ] FOB ORIGIN  [X] OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN:    ITEM  2

| CODE | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR | CODE | 12. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|
| Department of Homeland Security - Detention & Removal Aurora, Colorado - WCC Contract Detention Facility | | Department of Homeland Security Dallas Finance Office | |

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 USC 2304(c) ( )   [X] 41 USC 253(c) ( 1 )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| CLINS 001, 002, 003, 004, 005 and 006 | CONTRACT DETENTION FACILITY (CDF), in accordance with the attached Statement of Work and contract award document. Offerors technical proposal, as revised, is incorporated in Section J as attachments 3 and 4. | See CLINS 001, 002, 003, 004, 005 and 006 set forth on Section B, Page 1 | | | |

--ESTIMATED--   15G. TOTAL AMOUNT OF CONTRACT   $ 11,090,443.62

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| XX | A | SOLICITATION/CONTRACT FORM | 1 | XX | I | CONTRACT CLAUSES | 9 |
| XX | B | SUPPLIES OR SERVICES AND PRICES/COST | 7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| XX | C | DESCRIPTION/SPECS./WORK STATEMENT | 30 | XX | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| XX | E | INSPECTION AND ACCEPTANCE | 2 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| XX | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| XX | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| XX | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. [ ] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [X] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number ACD-2-R-0014 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. NAME AND TITLE OF SIGNER (Type or print) AMBER D. MARTIN Vice President, Contract Compliance Wackenhut Corrections Corporation | 20A. NAME OF CONTRACTING OFFICER Arthur S. Cooper, III |
| 19B. NAME OF CONTRACTOR BY _____ (Signature of person authorized to sign) | 19C. DATE SIGNED 3-27-03 | 20B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 20C. DATE SIGNED |

| NSN 7540-01-152-8069 PREVIOUS EDITION UNUSABLE | 26-107 Form designed using PerForm Pro software. | STANDARD FORM 26 (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.214(a) |
|---|---|---|

GEO-MEN 00059745

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | TING | PAGE OF | PAGE |
|---|---|---|---|---|---|
| | | | | 1 | 59 |

| CONTRACT (Proc. Inst. Ident) NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. |
|---|---|---|
| CD-3-C-0008 | see item 20C., below | ACD-2-R-0014 |

| 5. ISSUED BY | CODE | 6. ADMINISTERED BY (if other than Item 5) | CODE |
|---|---|---|---|
| Department of Homeland Security (formerly Immigration and Naturalization Service) ACDCPM - 8th Floor 7701 North Stemmons Freeway Dallas, Texas 75247 | | Department of Homeland Security (formerly Immigration and Naturalization Service) ACDCPM - 8th Floor 7701 North Stemmons Freeway Dallas, Texas 75247 | |

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code)

WCC - Wackenhut Corrections Corporation
Suite 700
621 NW 53rd Street
Boca Raton, Florida  33487

| 8. DELIVERY |
|---|
| ☐ FOB ORIGIN   ☒ OTHER (See below) |
| 9. DISCOUNT FOR PROMPT PAYMENT |

| | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: | ITEM |
|---|---|---|
| CODE            FACILITY CODE | | 2 |

| 11. SHIP TO/MARK FOR          CODE | 12. PAYMENT WILL BE MADE BY          CODE |
|---|---|
| Department of Homeland Security - Detention & Removal Aurora, Colorado - WCC Contract Detention Facility | Department of Homeland Security Dallas Finance Office |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| ☐ 10 USC 2304(c) (   )   ☒ 41 USC 253(c) ( **1** ) | 0570000-057-BA-12-50-51-000/30-30-0015-00-00-00-0 SOCs: 2501/1104 |

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| CLINS 001, 002, 003, 004, 005 and 006 | CONTRACT DETENTION FACILITY (CDF), in accordance with the attached Statement of Work and contract award document. Offerors technical proposal, as revised, is incorporated in Section J as attachments 3 and 4. | See CLINS 001, 002, 003, 004, 005 and 006 set forth on Section B, Page 1 | | | |
| | --ESTIMATED-- | 15G. TOTAL AMOUNT OF CONTRACT | | | $ 11,090,443.6 |

### 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| XX | A | SOLICITATION/CONTRACT FORM | 1 | XX | I | CONTRACT CLAUSES | 9 |
| XX | B | SUPPLIES OR SERVICES AND PRICES/COST | 7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| XX | C | DESCRIPTION/SPECS./WORK STATEMENT | 30 | XX | J | LIST OF ATTACHMENTS | 1 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| XX | E | INSPECTION AND ACCEPTANCE | 2 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| XX | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| XX | G | CONTRACT ADMINISTRATION DATA | 3 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| XX | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. ☒ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number **ACD-2-R-0014** including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|

| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| | Arthur S. Cooper, III |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY ___ (Signature of person authorized to sign) | | BY ___ (Signature of Contracting Officer) | 3/27/03 |

| NSN 7540-01-152-8069 | 26-107 | STANDARD FORM 26 (REV. 4-85) Prescribed by GSA |
|---|---|---|

Confidential                                                                                                   GEO-MEN 00059746

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE | OF | PAGES |
|---|---|---|---|---|---|
| | | | 1 | | 94 |

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | ACD-2-R-0014 | ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 11/26/2002 | CRDDP-02-35 |

7. ISSUED BY                    CODE | Immigration and Naturalization Service - ACDCPM

7701 North Stemmons Freeway - 8th Floor

Dallas, Texas 75247

8. ADDRESS OFFER TO (If other than item 7)

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and **five (5)** copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if handcarried, in the depository located in 7701 North Stemmons Freeway, Dallas, Texas 75247 until **2 pm** local time CDT - 12/10/2002

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) | | C. E-MAIL ADDRESS |
|---|---|---|---|---|
| | Vicki L. Gilbert | AREA CODE: 214 | NUMBER: 905-5392   EXT.: 95 | vicki.l.gilbert@usdoj.gov |

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 9 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 7 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 30 | X | J | LIST OF ATTACHMENTS | 11 |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 2 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 13 |
| X | F | DELIVERIES OR PERFORMANCE | 2 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 10 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 2 | X | M | EVALUATION FACTORS FOR AWARD | 2 |

## OFFER (Must be fully completed by offeror)

Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within **180** calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| 15A. NAME AND ADDRESS OF OFFER-OR | CODE | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| | Wackenhut Corrections Corporation (WCC) 4200 Wackenhut Drive Palm Beach Gardens, FL  33410 | | Wayne H. Calabrese, Vice Chairman & Pres. |

| 15B. TELEPHONE NUMBER | | | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|---|---|
| AREA CODE: 561 | NUMBER: 622-5656 | EXT.: 6658 | ☐ | | 12/05/02 |

## AWARD (To be completed by Government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|
| | | |

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise | ITEM |
|---|---|---|
| ☐ 10 U.S.C. 2304(c) (  )    ☐ 41 U.S.C. 253(c) (  ) | | |

| 24. ADMINISTERED BY (If other than item 7)      CODE | 25. PAYMENT WILL BE MADE BY      CODE |
|---|---|
| | |

| 26. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA | 28. AWARD DATE |
|---|---|---|
| | (Signature of Contracting Officer) | |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (REV. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

CONTRACT # ACD-3-C-0008    Page 1A

Confidential

ACD-2-R-0014

## SECTION B

### SUPPLIES OR SERVICES AND PRICES/COSTS

According to the contract requirements, the contractor shall provide a detention facility, and all labor, materials and equipment necessary to operate and maintain temporary residential care, and secure detention for an estimated maximum of three hundred fifty-six (356) adults (326 adult males and 30 females) per day.  Performance shall commence upon award of the contract.  All services are to be performed in one facility located within 15 miles of the Denver, International Airport.

### BASE PERIOD

Base Period:   For the period from the date of the start of contract performance and continuing for 1 year (365 days).

Monthly FIXED Adult costs which shall include all management, supervision, facility operations, quality, scheduling, safety, and reporting requirements.  Price shall also include all wage, indirect costs, general and administrative costs and profit required to maintain the facility at the levels required by the attached performance work statement.

| CLIN | | QUANTITY | | UNIT PRICE | TOTAL AMOUNT |
|------|---|----------|---|------------|--------------|
| 0001 | FIXED COSTS include that part of the above costs associated with the detention of adult detainees. | 1 YEAR | | $816,531.91 | $9,798,382.92 |
| 0002 | GUARANTEED MINIMUM - 300 adults (Unit price for this CLIN should reflect the VARIABLE costs for the detention of one adult person in accordance with Section C.  This price should not include costs already captured in CLIN 0001 above.) | 109,500 | Mandays | $6.37 | $697,515.00 |
| 0003 | VARIABLE costs for the detention of one adult person in excess of the guaranteed minimum quantity of detainees  listed  in  CLIN  0002, above. | 20,440 | Estimated Mandays | $6.37 | $130,202.80 |
| 0004 | **Average Blended Per Diem Based** Adult Detainee Volunteer Wages | **On 356 Detainees** | Estimated | **$81.77** | **$10,626,100.72** $33,000.00 per annum |
| 0005 | On-Call Posts | 2,080 | Estimated Hours | $36.23 | $75,358.40 |
| 0006 | Common-Fare Menu (approx. 30 detainees per day) | 10,950 | Estimated Days | $32.51 | $355,984.50 |

BASE PERIOD TOTAL ESTIMATED PRICE                                          $11,090,443.62

CONTRACT # ACD-3-C-0008                           PAGE   1B

                                                          GEO-MEN 00059748

ACD-2-R-0014
OPTION PERIOD ONE

Option Period One:  Commences at the expiration of the Base Period and continues for 6 months (183 days).

Base Period:  For the period from the date of the start of contract performance and continuing for 1 year (365 days).

Monthly FIXED Adult costs which shall include all management, supervision, facility operations, quality, scheduling, safety, and reporting requirements.  Price shall also include all wage, indirect costs, general and administrative costs and profit required to maintain the facility at the levels required by the attached performance work statement:

| CLIN | | QUANTITY | | UNIT PRICE | TOTAL AMOUNT |
|------|--|----------|--|------------|--------------|
| 0001 | FIXED COSTS include that part of the above costs associated with the detention of adult detainees. | 6 MO/183 DAYS | | $833,469.64 | $5,000,817.84 |
| 0002 | GUARANTEED MINIMUM - 300 adults (Unit price for this CLIN should reflect the VARIABLE costs for the detention of one adult person in accordance with Section C.  This price should not include costs already captured in CLIN 0001 above.) | 54,900 | Mandays | $6.58 | $361,242.00 |
| 0003 | VARIABLE costs for the detention of one adult person in excess of the guaranteed minimum quantity of detainees listed in CLIN 0002, above. | 10,248 | Estimated Mandays | $6.58 | $67,431.84 |
| 0004 | **Average Blended Per Diem Based** Adult Detainee Volunteer Wages | On 356 Detainees | Estimated | **$83.34** | **$5,429,491.68** $16,500.00 per 6 months |
| 0005 | On-Call Posts | 1,040 | Estimated Hours | $36.53 | $37,991.20 |
| 0006 | Common-Fare Menu (approx. 30 detainees per day) | 5,490 | Estimated Days | $33.55 | $184,189.50 |
| | PERIOD ONE TOTAL ESTIMATED PRICE | | | | $5,668,172.38 |

3/27/03   CONTRACT # ACD-3-C-0008

2

Confidential

GEO-MEN 00059749

ACD-2-R-0014
OPTION PERIOD TWO

Option Period Two:  Commences at the expiration of Option Period One and continues for 6 months (182 days).

Monthly FIXED Adult costs which shall include all management, supervision, facility operations, quality, scheduling, safety, and reporting requirements.  Price shall also include all wage, indirect costs, general and administrative costs and profit required to maintain the facility at the levels required by the attached performance work statement:

| CLIN | | QUANTITY | | UNIT PRICE | TOTAL AMOUNT |
|------|--|----------|--|-----------|--------------|
| 0001 | FIXED COSTS Include that part of the above costs associated with the detention of adult detainees. | 6 MO/182 DAYS | | $833,469.64 | $5,000,817.84 |
| 0002 | GUARANTEED MINIMUM - 300 adults (Unit price for this CLIN should reflect the VARIABLE costs for the detention of one adult person in accordance with Section C. This price should not include costs already captured in CLIN 0001 above.) | 54,600 | Mandays | $6.58 | $359,268.00 |
| 0003 | VARIABLE costs for the detention of one adult person in excess of the guaranteed minimum quantity of detainees listed in CLIN 0002, above. | 10,192 | Estimated Mandays | $6.58 | $67,063.36 |
| 0004 | **Average Blended Per Diem Based** Adult Detainee Volunteer Wages | **On 356 Detainees** Estimated | | **$83.76** | **$5,427,149.20** $16,500.00 per 6 months |
| 0005 | On-Call Posts | 1,040 | Estimated Hours | $36.53 | $37,991.20 |
| 0006 | Common-Fare Menu (approx. 30 detainees per day) | 5,460 | Estimated Days | $33.55 | $183,183.00 |

OPTION PERIOD TWO TOTAL ESTIMATED PRICE                    $5,664,823.40

3/27/03          CONTRACT# ACD-3-C-0008                         3

                                    GEO-MEN 00059750

ACD-2-R-0014
OPTION PERIOD THREE

Option Period Three: Commences at the expiration of Option Period Two and continues for 6 months (183 days).

Monthly FIXED Adult costs which shall include all management, supervision, facility operations, quality, scheduling, safety, and reporting requirements. Price shall also include all wage, indirect costs, general and administrative costs and profit required to maintain the facility at the levels required by the attached performance work statement:

| CLIN | | QUANTITY | | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|---|
| 0001 | FIXED COSTS include that part of the above costs associated with the detention of adult detainees. | 6 MO/183 DAYS | | $850,166.98 | $5,101,001.88 |
| 0002 | GUARANTEED MINIMUM - 300 adults (Unit price for this CLIN should reflect the VARIABLE costs for the detention of one adult person in accordance with Section C. This price should not include costs already captured in CLIN 0001 above.) | 54,900 | Mandays | $6.79 | $372,771.00 |
| 0003 | VARIABLE costs for the detention of one adult person in excess of the guaranteed minimum quantity of detainees listed in CLIN 0002, above. | 10,248 | Estimated Mandays | $6.79 | $69,583.92 |
| 0004 | Average Blended Per Diem Based Adult Detainee Volunteer Wages | On 356 Detainees | Estimated | $85.08 | $5,543,356.80 $16,500.00 per 6 months |
| 0005 | On-Call Posts | 1,040 | Estimated Hours | $36.85 | $38,324.00 |
| 0006 | Common-Fare Menu (approx. 30 detainees per day) | 5,490 | Estimated Days | $34.62 | $190,063.80 |
| | OPTION PERIOD THREE TOTAL ESTIMATED PRICE | | | | $5,788,244.60 |

3/27/03   CONTRACT # ACD-3-C-0008

4

Confidential

GEO-MEN 00059751

ACD-2-R-0014
OPTION PERIOD FOUR

Option Period Four:  Commences at the expiration of Option Period Three and continues for 6 months (182 days).

Monthly FIXED Adult costs which shall include all management, supervision, facility operations, quality, scheduling, safety, and reporting requirements.  Price shall also include all wage, indirect costs, general and administrative costs and profit required to maintain the facility at the levels required by the attached performance work statement:

| CLIN | | QUANTITY | | UNIT PRICE | TOTAL AMOUNT |
|------|---|----------|---|-----------|--------------|
| 0001 | FIXED COSTS include that part of the above costs associated with the detention of adult detainees. | 6 MO/182 DAYS | | $850,166.98 | $5,101,001.88 |
| 0002 | GUARANTEED MINIMUM - 300 adults (Unit price for this CLIN should reflect the VARIABLE costs for the detention of one adult person in accordance with Section C.  This price should not include costs already captured in CLIN 0001 above.) | 54,600 | Mandays | $6.79 | $370,734.00 |
| 0003 | VARIABLE costs for the detention of one adult person in excess of the guaranteed minimum quantity of detainees listed in CLIN 0002, above. | 10,192 | Estimated Mandays | $6.79 | $69,203.68 |
| 0004 | **Average Blended Per Diem Based** Adult Detainee Volunteer Wages | **On 356 Detainees** Estimated | | **$85.51** | **$5,540,939.56** $16,500.00 per 6 months |
| 0005 | On-Call Posts | 1,040 | Estimated Hours | $36.85 | $38,324.00 |
| 0006 | Common-Fare Menu (approx. 30 detainees per day) | 5,460 | Estimated Days | $34.62 | $189,025.20 |
| | OPTION PERIOD FOUR TOTAL ESTIMATED PRICE | | | | $5,784,788.76 |

4/21/03
3/21/03     CONTRACT # ACO-3-C-0008          5

ACD-2-R-0014                                                                                      ACD-3-C-0008

Special Notes:

1.  Mandays are defined as the number of persons multiplied by the number of days of detention. Payment will include the day of arrival but not the day of departure. One person (x) one day = one manday.

2.  Evaluation of proposals shall be in accordance with the criteria as set forth in Section M of this solicitation document.

3.  This is an Indefinite Delivery, Indefinite Quantity (IDIQ) contract and the quantities indicated above constitute the Government's best estimate of the requirements. Evaluation and award of the contract will be based upon the sum of all of the line items.

    The guaranteed minimum for the base period will be obligated on the contract. The guaranteed minimum for the option periods will be on the modification document which exercises the option. The guaranteed minimum for any options exercised under FAR 52.217-8 will be on the modification document which exercises the option. All other CLINs will be ordered by issuance of delivery orders.

    At the end of each performance period, should there be a shortfall in meeting the guaranteed minimum, the Government shall make a lump sum payment from an invoice submitted by the contractor.

    The guaranteed minimums and stated maximums are as follows:

| Performance period | Maximum Adult Population | Guaranteed Minimum |
|---|---|---|
| Base Period | 356 | 300 |
| Option Period One | 356 | 300 |
| Option Period Two | 356 | 300 |
| Option Period Three | 356 | 300 |
| Option Period Four | 356 | 300 |
| FAR 52.217-8 Options | 356 | 300 |

    CLIN 0001 is to include only those costs attributable to the maintenance and well being of the adult detainee. Costs include all management, supervision, facility operations, quality control, scheduling, safety and reporting requirements. Pricing shall include all direct and indirect costs, general and administrative costs, and profit required to maintain the facility at the levels required by the statement of work.

    CLIN 0003 is to include variable costs ( such as clothing , food, etc. ) for the detention of one (1) detainee not included in CLIN 0002.

4.  In the event an option provision is exercised by the Government in accordance with FAR clause 52.217-8, Option to Extend Services, the option period rates shall be the rates charged the Government in the contract period immediately preceding the exercise of the option. Additional CLINs will be created / added on an as needed basis if and when option(s) under FAR 52.217-8 is/are exercised. Guaranteed minimum for any options exercised under FAR 52.217-8 will be on the modification document which exercises the option. All other CLINs will be ordered by issuance of delivery orders.

5.  This Contract is renewable at the option of the Government in accordance with FAR clause 52.217-8 "Option to Extend Services", at the prices/rates stated in this Schedule of Prices (Section B) for the contract period immediately preceeding the exercise of the option. The Contracting Officer may exercise the option by written notice to the Contractor within thirty (30) days before the expiration of the current performance period.

6.  Reference option provision under FAR 52.217-9 for procedures of Exercise of Option (Letter of Intent, 30 days, etc.).

6

(Revised - Amendment 002)

Confidential                                                                      GEO-MEN 00059753

ACD-2-R-0014                                                                                     ACD-3-C-0008

7.      Offerors must submit proposals for the Base Period, Option Period One, Option Period Two, Option Period Three and Option Period Four (1 year base, 6-month option, 6-month option, 6-month option, and 6-month option). Failure to submit a proposal on the total requirement will be the basis for rejection of the offer.

8.      Reference clause FAR 52.232-19, Availability of Funds for the Next Fiscal Year, Funds are not presently available for performance under this contract beyond September 30.

9.      All references in this Schedule to periods of performance of 365 days shall be automatically changed to 366 days during leap years.

10.     It is the contractor's responsibility to provide adequate and appropriate management oversight for the implementation and successful performance of the contract. Unless otherwise specified by an authorized INS representative, the contractor is required to perform in continual compliance with the most current editions of the INS Detention Standards and the American Correctional Association, Standards for Adult Local Detention Facilities (ACA ALDF).   Accomplishment of some INS Detention Standards and ACA ALDF Standards are augmented by INS policy and/or procedure.  In such instances, the Statement of Work identifies and provides direction for the advanced requirements.

        The contractor shall maintain ACA accreditation throughout the life of the contract, inclusive of any option periods exercised.

        The contractor shall comply with and implement any applicable changes to INS Detention Standards, ACA ALDF, or INS policy and/or procedures.  Should the Government invoke such changes, the contractor retains rights and remedies (i.e., equitable adjustment) under the terms and conditions of the contract.

7

Confidential                                                                         GEO-MEN 00059754

ACD-2-R-0014                                                                     ACD-3-C-0008

## SECTION C

## DESCRIPTION / SPECIFICATIONS / WORK STATEMENT

PART I - THE SCHEDULE

CONTRACT DETENTION FACILITY

INTRODUCTION

A.     BACKGROUND

The U.S. Department of Justice, Immigration and Naturalization Service (hereinafter called the Service, INS or Agency) provides funds through contractual agreement to both public and private sector entities for the safeguarding and care of service detainees.  Contractors are responsible for the detention, security, control and well being of detainees, and accountable for the detainees' personal possessions.

B.     OBJECTIVE

The contractor shall furnish, twenty-four (24) hours per day, seven (7) days per week, the necessary physical structure, equipment, facilities, personnel and services to provide a program of temporary residential care of detainee aliens of all nationalities in federal custody.  The contractor shall furnish separated living quarters as follows:

1.     Adult male detainees  -  326 beds, as follows:

        (a)     326 beds in multiple occupancy rooms, no room to house more than fifty (50) detainees.

2.     Adult female detainees  -  30 beds, as follows:

        (a)     30 beds in multiple occupancy rooms, no room to house more than sixteen (16) detainees.

NOTE:   EXACT RATIOS CANNOT ALWAYS BE MAINTAINED. UNDER NO CIRCUMSTANCES ARE MALE AND FEMALE DETAINEES TO BE HOUSED IN THE SAME ROOM.

**THERE SHALL BE NO PROVISION IN THIS CONTRACT TO HOUSE JUVENILES.**

INS COTR RETAINS THE DISCRETION TO ASSIGN DORM PLACEMENTS

C.     EXPLANATION OF TERMS

1.     ADULT DETAINEE:  Any detained alien eighteen (18) years of age or older.

2.     ACA:  American Correctional Association.

3.     ADMINISTRATIVE SEGREGATION:  A unit of housing for detainees whose continued

(Revised - Amendment  002)

8

Confidential                                           GEO-MEN 00059755

ACD-2-R-0014                                                              ACD-3-C-0008

presence in the general population poses a serious threat to life, property, self, staff or other inmates.

4.      ALIEN:  Any person who is not a citizen or national of the United States.

5.      BOOKING:  In the detention facility, it is a procedure for the admission of an INS detainee, which includes searching, fingerprinting, photographing, medical screening, and collecting personal history data.  Booking also includes the inventory and storage of the individual's accompanying personal property.

6.      CLASSIFICATION:  A process for determining the needs and requirements of aliens for whom detention has been ordered and for assigning them to housing units and programs according to their needs, security risk level and existing resources of the facility.

7.      CONTRABAND: Any item possessed by detainees or found within the confinement of the facility which is declared illegal by law or which is expressly prohibited by facility policies and procedures which have been approved by INS.

8.      CONTRACTOR:  The entity which provides the services described in this statement of work.

9.      CONTRACTING OFFICER:  An employee of the Immigration and Naturalization Service responsible for the complete conduct and integrity of the contracting process, including administration after award.  The only individual authorized to issue changes to this contract.

10.     CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR):  An employee of the Immigration and Naturalization Service responsible for monitoring all technical aspects and assisting in administering the contract.

11.     CONTROL ROOM:       Integrates all internal and external security communications networks within a secure room.  Activities conducted within the control room have a critical impact on the institution's orderly and secure operation.

12.     DESIGNATED SERVICE OFFICIAL:   An employee of the Immigration and Naturalization Service designated in writing by the INS Officer-In-Charge (OIC) to represent INS on matters pertaining to the operation of the facility.

13.     DETAINEE:  Any person confined under the auspices and the authority of any federal agency, primarily the Immigration and Naturalization Service.  (INS reserves the right to place detainees who are in the custody of the Bureau of Prisons, the U.S. Marshals Service or any person confined under the auspices and the authority of the INS or any other federal agency.)  Many of those being detained may have substantial and varied criminal histories.

14.     DETAINEE RECORDS:  Information concerning the individual's personal, criminal and medical history, behavior, and activities while in custody, including, but not limited to:

        Any and all documents or records required by the INS Detention Standards, Section 3, Detention Files.

15.     DIRECT SUPERVISION:  A method of detainee management that ensures continuing direct contact between inmates and staff by posting an officer(s) inside each housing unit.  Officers in general housing units are not separated from detainees by a physical barrier.  Officers provide frequent, non-scheduled observation of and personal interaction with detainees.

16.     EMERGENCY:  Any significant disruption of normal facility procedure, policy or activity caused by riot, strike, escape, fire, medical exigency, natural disaster or other serious incident.

9

ACD-2-R-0014                                                                                    ACD-3-C-0008

17.   FACILITY:  The physical plant and grounds in which the contractor's services are operated.

18.   FACILITY ADMINISTRATOR:  The official, regardless of local title (e.g., jail administrator, warden, superintendent) who has the ultimate responsibility for managing and operating the contract detention facility.

19.   GRIEVANCE:  A written complaint filed by a detainee with the facility administrator concerning personal health/welfare or the operations and services of the facility.

20.   HEALTH AUTHORITY:  Is the individual to whom has been delegated the responsibility for the facility's health care services, including arrangements for all levels of health care and the ensuring of quality and accessibility of all health services provided to inmates.

21.   HEALTH CARE:  The sum of all actions taken, preventative and therapeutic, to provide for the physical and mental well-being of a population.  Health care includes medical and dental services, mental health services, nursing, personal hygiene, dietary services, and environmental conditions.

22.   HEALTH CARE PERSONNEL:  Duly licensed individuals whose primary duties are to provide health services to detainees in keeping with their respective levels of health care training or experience.

23.   HEALTH-TRAINED PERSONNEL:  (Medically trained personnel):  Security officials or other contract personnel such as social workers, who may be trained and appropriately supervised to carry out certain specific duties with regard to the administration of health care.

24.   IMMEDIATE RELATIVES:  Spouses, children (including step-children and adopted children) and their spouses, parents (including step-parents), brothers and sisters (including step-brothers and sisters and half-brothers and sisters) and their spouses.

25.   JUVENILE DETAINEE:  Any detained alien under the age of eighteen (18) years.

26.   INS DETENTION STANDARDS:  Department of Justice, Immigration and Naturalization Service, Detention Standards (Latest Edition).  The INS Detention Standards may also be referred to as the National Detention Standards (NDS) or M-482.  The INS Detention Standards may be found on the internet at www.ins.usdoj.gov/graphics/lawsregs/guidance.htm.   Where the INS Detention Standards are more stringent than or conflict with the ACA standards, the INS Detention Standards will take precedence.

27.   LIFE SAFETY CODE:  A manual published by The National Fire Protection Association (NFPA) specifying minimum standards for fire safety necessary in the public interest.

28.   MAN DAY:  A twenty-four (24) hour period of detention; payment shall include the day of arrival but not the day of departure.

29.   MEDICAL RECORDS:  Separate records of medical examinations and diagnosis maintained by the responsible physician or nurse.  The following information from these records shall be transferred to the detainee record; date and time of all medical examinations and copies of standing or direct medical orders from the physician to the facility staff.

30.   MEDICAL SCREENING: A system of structured observation and/or initial health assessment to identify newly arrived detainees who could pose a health or safety threat to themselves or others.

31.   NON-CONTACT VISITATION:  A program or process that restricts detainees from having physical contact with visitors.  Physical barriers usually separate the detainee from the visitors with screens and/or safety glass.  Voice communication between the parties is typically accomplished with phones and/or speakers.

10

Confidential

ACD-2-R-0014                                                              ACD-3-C-0008

32.   ON CALL GUARD POSTS:  Shall be operated on demand by the COTR and shall include, but are not limited to, escorting and guarding detainees for hearings,  INS interviews, and any other location requested by the COTR.

33.   POLICY:  A definite written course or method of action which guides and determines present and future decisions and action.

34.   QUALIFIED HEALTH PERSONNEL:  Physicians, dentists, and other  professional and technical workers who by state law engage in activities that support, complement or supplement the functions of physicians and/or dentists who are licensed, registered, or certified, as appropriate to their qualifications, to practice.

35.   RESPONSIBLE PHYSICIAN:  A person licensed to practice medicine with whom the facility enters into a contractual agreement to plan for and provide health care services to the detainee population of the facility.

36.   RESTRAINT EQUIPMENT:  This includes but is not limited to:  handcuffs, belly chains, leg irons, straight jackets, flexi-cuffs, soft (leather) cuffs, and leg weights.

37.   SAFETY EQUIPMENT:  This includes but is not limited to fire fighting equipment, i.e., chemical extinguisher, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas marks, fans, first aid kits, stretchers and emergency alarms.

38.   SALLY PORT:  An enclosure situated either in the perimeter wall or fence to the facility or within the interior of the facility, containing gates or doors at both ends, only one of which opens at a time.  This method of entry and exit ensures there shall be no breach in the perimeter or interior security of the facility.

39.   SECURITY DEVICES:  Locks, gates, doors, bars, fences, screens, ceilings, floors, walls and barriers used to confine and control detainees.  Also electronic monitoring equipment, security alarm systems, security light units, auxiliary power supply, and other equipment used to maintain facility security.

40.   SECURITY PERIMETER:  The outer portions of a facility which actually provide for secure confinement of detainees.

41.   STANDING MEDICAL ORDERS:  Written orders, by a physician, to medical personnel for the definitive treatment of identified minor, self limiting conditions and for on-site treatment of emergency conditions.

42.   TOUR OF DUTY:  A period of work consisting of eight (8) consecutive hours.

43.   TRAINING:  An organized, planned, and evaluated activity designed to achieve specific learning objectives.  Training may occur on site, at an academy of training center, at an institution of higher learning, through contract service, at professional meetings or through closely supervised on-the-job training.  Meetings of professional associations are considered training when there is clear evidence of the above elements.

44.   TRANSPORTATION COSTS:  Are for all materials, equipment and labor necessary to respond to requests by designated officials for secure movement of detainees from place to place necessary for processing, hearings, interviews, etc.

45.   WEAPONS:  This includes but is not limited to firearms, ammunition, knives, slappers, billy clubs, electronic defense modules, chemical weapons (MACE), and nightsticks.

11

Confidential                                                    GEO-MEN 00059758

ACD-2-R-0014                                                                                           ACD-3-C-0008

SUBSECTION 1.

ADMINISTRATION, ORGANIZATION AND MANAGEMENT

It is the contractor's responsibility to provide adequate and appropriate management oversight for the implementation and successful performance of this contract. The operation and control of the facility shall meet all guidelines and standards as set forth in the American Correctional Association, Standards for Adult Local Detention Facilities, the INS Detention Standards and be consistent with INS policy as provided upon request by the Contracting Officer. Failure to obtain and maintain the accreditation or adhere to INS Detention Standards may be cause for default. ACA accreditation must be maintained throughout the life of the contract, inclusive of any option periods exercised. **Where the INS Detention Standards are more stringent than or conflict with the ACA standards, the INS Detention Standards will take precedence**.

Unless otherwise specified by an authorized INS representative, the contractor is required to perform in continual compliance with the most current editions of the INS Detention Standards and the American Correctional Association, Standards for Adult Local Detention Facilities (ACA ALDF). The contractor shall comply with and implement any applicable changes to INS Detention Standards, ACA ALDF, or INS policy and/or procedures. Should the Government invoke such changes, the contractor retains rights and remedies (i.e., equitable adjustment) under the terms and conditions of the contract.

The Contractor shall comply with and fully cooperate in the execution of the following:

1.      Standards for Adult Local Detention Facilities, Commission on Accreditation for Corrections, American Correctional Association (ACA), Latest Edition.
2.      Standards for Health Services in Jails, National Commission on Correctional Health Care (NCCHC), Latest Edition.
3.      Life Safety Code, current edition, National Fire Protection Agency (NFPA), Latest Edition.
4.      INS Detention Standards, Latest Edition.

The Contractor shall prepare and submit all policies, plans, post orders and procedures to INS for review and approval. Post orders should conform to the INS Detention Standard for Post Orders. All contractor's policies, plans, and procedures required by this statement of work shall be submitted to INS in accordance with Section F of this contract prior to implementation. The Contractor shall provide a system that ensures all written plans, policies, and procedures are reviewed at least annually and updated as necessary. The Contractor shall provide written certification that the review has been conducted. No plan, policy, procedure, or any changes under this contract shall be implemented prior to written approval by the Contracting Officer.

The Contracting Officer, the COTR, and the Designated Service Official have the right to direct the contractor to cease immediately any practice which INS deems to be detrimental to the health, welfare and rights of the detainees or any other individuals.

Under this Subsection the contractor shall provide the following to INS:

A.      An operations manual that delineates the written plans, policies, and procedures necessary for the day-to-day operations of the facility. The plans, policies and procedures must meet minimum ACA standards, the INS Detention Standards and be consistent with INS policy as directed by the Contracting Officer. The manual shall be made available to all employees within the administrative area of the facility

B.      An overall Quality Assurance Plan (QAP) that addresses critical, measurable operational performance standards for the services required under this contract. The contractor shall incorporate in the QAP a periodic system that reviews and updates the changes to all plans, policies and procedures. The QAP shall include a monthly audit, or as directed by INS which shall include the performance review of the facility operations for compliance with the QAP and compliance with the requirements of this contract. The

12

ACD-2-R-0014                                                                                           ACD-3-C-0008

contractor shall notify the government 24 hours in advance of the audit to ensure the COTR is available to participate. The contractor's QAP shall be capable of identifying deficiencies, appropriate corrective action(s) and timely implementation plan(s) to the Contracting Officer.

C.   An organizational chart detailing all employees by job description which also describes the structure of authority, responsibility and accountability within the facility. This chart shall be updated as necessary and available for review by INS upon request. All changes to the organizational chart shall be reviewed and approved by INS prior to implementation.

D.   INS has determined that all supervisory and management positions are critical to the performance of the contract. Therefore, a resume of qualifications of personnel projected to fill these positions must be submitted for approval by the Service prior to performance of the associated duties.

E.   Policy and procedures must ensure an open channel of communication between staff members and detainees. The policy and procedures shall identify detainee points of contact for problem identification and detail the contractors internal system of resolution or referral to appropriate officials.


SUBSECTION 2.

PERSONNEL

The contractor shall provide written plans, policies and procedures governing all personnel, to include compliance with all federal requirements and the following specific items. They shall be prepared and submitted to INS for review and approval prior to implementation. Prior to any employee performing duties under this contract, the contractor shall compile all documents and certifications which demonstrate the employees' compliance with the terms and conditions for employment as required by this contract and provide them to the COTR. The contractor shall obtain written approval from the COTR, for each employee, prior to assignment of duties.

A.   The contractor shall furnish managerial, administrative, and personnel to accomplish all work required. The contractor shall provide full time and/or part time personnel to assure continuity of staff coverage, to accept, house, supervise, discharge, and perform all ancillary functions of all detainees while in custody twenty-four hours a day, seven days a week. The contractor shall, at all times, staff the facility to accommodate the maximum population of 356 detainees. Staff detention officers of both sexes shall be on duty at all times. At a minimum, a sufficient number of female staff shall be employed so that at least one female staff member is present to provide custodial supervision of each female housing unit; each non-unit female work detail; and each escorted female group. By noon each day, the contractor shall provide to INS the duty roster showing all assignments for the succeeding day.

B.   Contractor personnel shall be adequately supervised at all times; i.e., by individuals who are full time supervisors and have met the supervisory training requirements. In the absence of the Facility Administrator, a designated person shall be placed in charge and shall have supervision as his primary function during the times he is in charge. Female detainees shall be supervised within the facility day room/dormitory only by female staff detention officers. When females are transported or are in custody under the on-call posts, there must be at least one female staff detention officer present.

C.   The Contractor is responsible for providing necessary translators or bi-lingual personnel for necessary communication with detainees who do not speak or comprehend the English language. Other than emergency situations, detainees shall not be used for translation services. The contractor may' utilize commercial telephone language interpretive services to fulfill this requirement.

D.   Standards of employee conduct. The contractor shall develop standards of employee conduct and specific disciplinary actions which are consistent with the Federal Standards of Conduct, 28 CFR PART 45. The contractor shall hold his employees accountable for their conduct based on these standards, which are not restricted to, but must include:

13

(Revised - Amendment 002)

Confidential                                                                                   GEO-MEN 00059760

ACD-2-R-0014                                                               ACD-3-C-0008

## SECTION I

## CONTRACT CLAUSES

| FAR 52.252-2 | Clauses Incorporated by Reference | FEB 1998 |
|---|---|---|

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): http://www.arnet.gov.

| FAR 52.202-1 | Definitions | DEC 2001 |
|---|---|---|
| FAR 52.203-3 | Gratuities | APR 1984 |
| FAR 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| FAR 52.203-6 | Restrictions on Subcontractor Sales to the Government | JUL 1995 |
| FAR 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| FAR 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| FAR 52.203-10 | Price or Fee Adjustment for Illegal or Improper Activity | JAN 1997 |
| FAR 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | JUN 1997 |
| FAR 52.204-4 | Printing/Copying Double Sided on Recycled Paper | AUG 2000 |
| FAR 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed For Debarment | JUL 1995 |
| FAR 52.215-2 | Audit and Records—Negotiation | JUN 1999 |
| FAR 52.215-8 | Order of Precedence – Uniform Contract Format | OCT 1997 |
| FAR 52.215-10 | Price Reduction for Defective Cost or Pricing Data | OCT 1997 |
| FAR 52.215-12 | Subcontractor Cost or Pricing Data | OCT 1997 |
| FAR 52.215-15 | Pension Adjustments and Asset Reversions | DEC 1998 |
| FAR 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| FAR 52.215-18 | Revision or Adjustment of Plans for Postretirement Benefits Other (PRB) Than Pension | OCT 1997 |
| FAR 52.215-19 | Notification of Ownership Changes | OCT 1997 |

48

Confidential

ACD-2-R-0014                                          ACD-3-C-0008

| FAR 52.215-21 | Requirements For Cost or Pricing Data or Information Other Than Cost or Pricing Data – Modifications | OCT 1997 |
| FAR 52.219-8 | Utilization of Small Business Concerns | OCT 2000 |
| FAR 52.219-9 | Small Business Subcontracting Plan | OCT 2001 |
| FAR 52.219-16 | Liquidated Damages – Subcontracting Plan | JAN 1999 |
| FAR 52.222-3 | Convict Labor | AUG 1996 |
| FAR 52.222-4 | Contract Work Hours and Safety Standards Act -- Overtime Compensation | SEPT 2000 |
| FAR 52.222-21 | Prohibition of Segregated Facilities | FEB 1999 |
| FAR 52.222-26 | Equal Opportunity | FEB 1999 |
| FAR 52.222-35 | Equal Opportunity for Special Disabled Veterans, Veterans Of the Vietnam Era, and other Eligible Veterans | DEC 2001 |
| FAR 52.222-36 | Affirmative Action for Workers with Disabilities | JUN 1998 |
| FAR 52.222-37 | Employment Reports on Disabled Veterans and Veterans of the Vietnam Era | DEC 2001 |
| FAR 52.222-38 | Compliance With Veterans' Employment Reporting Requirements | DEC 2001 |
| FAR 52.222-41 | Service Contract Act of 1965, as Amended | MAY 1989 |
| FAR 52.222-43 | Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) | MAY 1989 |
| FAR 52.223-3 | Hazardous Material Identification and Material Safety Data | JAN 1997 |
| FAR 52.223-5 | Pollution Prevention and Right-to-Know Information | ARP 1998 |
| FAR 52.223-6 | Drug-Free Workplace | MAY 2001 |
| FAR 52.223-10 | Waste Reduction Program | AUG 2000 |
| FAR 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| FAR 52.224-1 | Privacy Act Notification | APR 1984 |
| FAR 52.224-2 | Privacy Act | APR 1984 |
| FAR 52.225-11 | Restrictions on Certain Foreign Purchases | MAY 2002 |
| FAR 52.227-1 | Authorization and Consent | JUL 1995 |
| FAR 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement | AUG 1996 |
| FAR 52.229-4 | Federal, State, and Local Taxes (Noncompetitive Contract) | JAN 1991 |
| FAR 52.229-5 | Taxes - Contracts Performed in U.S. Possessions or Puerto Rico | APR 1984 |

49

(Revised - Amendment 002)

Confidential

ACD-2-R-0014                                                                                   ACD-3-C-0008

| | | |
|---|---|---|
| FAR 52.230-2 | Cost Accounting Standards | APR 1998 |
| FAR 52.230-3 | Disclosure and Consistency of Cost Accounting Standards | APR 1998 |
| FAR 52.230-6 | Administration of Cost Accounting Standards | NOV 1999 |
| FAR 52.232-1 | Payments | APR 1984 |
| FAR 52.232-8 | Discounts for Prompt Payment | MAY 1997 |
| FAR 52.232-11 | Extras | APR 1984 |
| FAR 52.232-17 | Interest | JUN 1996 |
| FAR 52.232-23 | Assignment of Claims | JAN 1986 |
| FAR 52.232-25 | Prompt Payment | MAY 2001 |
| FAR 52.232-34 | Payment by Electronic Funds Transfer – Other Than Central Contractor Registration | MAY 1999 |
| FAR 52.233-1 | Disputes<br>--Alternate I (DEC 1991) | JULY 2002 |
| FAR 52.233-3 | Protest After Award | AUG 1996 |
| FAR 52.237-7 | Indemnification and Medical Liability Insurance | JAN 1997 |
| FAR 52.242-13 | Bankruptcy | JUL 1995 |
| FAR 52.242-17 | Government Delay of Work | APR 1984 |
| FAR 52.243-1 | Changes – Fixed-Price<br>Alternate I (APR 1984) | AUG 1987 |
| FAR 52.244-5 | Competition in Subcontracting | DEC 1996 |
| FAR 52.246-4 | Inspection of Services – Fixed-Price | AUG 1996 |
| FAR 52.246-25 | Limitation of Liability – Services | FEB 1997 |
| FAR 52.248-1 | Value Engineering | FEB 2000 |
| FAR 52.249-2 | Termination for Convenience of the Government (Fixed Price) | SEP 1996 |
| FAR 52.249-8 | Default (Fixed-Price Supply and Service) | APR 1984 |
| FAR 52.253-1 | Computer Generated Forms | JAN 1991 |
| FAR 52.204-1 | Approval of Contract | DEC 1989 |

This contract is subject to the written approval of Headquarters Immigration and Naturalization Service, Director of Procurement Division and shall not be binding until so approved.

50

Confidential                                                                                   GEO-MEN 00059797

ACD-2-R-0014                                                                                       ACD-3-C-0008

FAR 52.216-18         Ordering                                              OCT 1995

(a)     Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule.  Such order may be issued from the date of award through the expiration of each performance term.

(b)     All delivery orders or task orders are subject to the terms and conditions of this contract.  In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c)     If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail.  Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

FAR 52.216-19         Order Limitations                                     OCT 1995

(a)     Minimum order.  The Government shall only be restricted to a minimum order limitation  minimum on this contract for residential care.

(b)     Maximum order.  The Contractor is not obligated to honor –

        Any order to detain in excess of the number of detainees per day that would cause the Contractor to exceed the ACA Standard.

(c)     If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d)     Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order xceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons.  Upon receiving this notice, the Government may acquire the supplies or services from another source.

FAR 52.216-22         Indefinite Quantity                                   OCT 1995

(a)     This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule.  The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b)     Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause.  The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum".

51

Confidential                                                          GEO-MEN 00059798

The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c)     Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d)     Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after the expiration of the final delivery order.

FAR  52.217-8        Option to Extend Services                                              NOV 1999

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days before the expiration of the current performance period.

FAR  52.217-9        Option to Extend the Term of the Contract                              MAR 2000

(a)     The Government may extend the term of this contract by written notice to the Contractor within 30 days either prior to or after the expiration date of the existing contract period; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b)     If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c)     The total duration of this contract, including the exercise of any options under this clause, shall not exceed 42 months.

FAR  52.222-42       Statement of Equivalent Rates for Federal Hires                        MAY 1989

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

This Statement is for Information Only: *It is not a Wage Determination.*

52

ACD-2-R-0014                                                         ACD-3-C-0008

THIS STATEMENT IS FOR INFORMATION ONLY: IT
IS NOT A WAGE DETERMINATION

| Employee Class | Monetary Wage | Fringe Benefits |
|---|---|---|
| Detention Officer | $13.47 | * |
| Supervisory Detention Officer | $16.15 | * |
| Court Security Officer (Bailiff) | $13.47 | * |
| General Maintenance Worker | $16.15 | * |
| Maintenance Supervisor | $18.31 | * |
| Cook I | $14.00 | * |
| Cook II | $16.15 | * |
| Typist | $ 8.82 | * |
| Stock Clerk | $11.86 | * |
| Recreation Specialist | $14.97 | * |
| Nurse LPN | $ 9.62 | * |
| Warehouse Specialist | $12.92 | * |
| Personnel Assistant II | $10.80 | * |
| Medical Assistant | $10.80 | * |
| Registered Nurse II | $18.31 | * |
| Instructor | $18.31 | * |
| Mail Clerk | $ 8.82 | * |
| Secretary | $10.80 | * |
| Barber | $15.07 | * |
| Beautician | $15.07 | * |
| Janitor | $ 8.82 | * |

* 37% of the hourly rate (incl H & W)

FAR 52.232-18          Availability of Funds                         APR 1984

Funds are not presently available for this contract. The Government's obligation under this
contract is contingent upon the availability of appropriated funds from which payment for
contract purposes can be made. No legal liability on the part of the Government for any
payment may arise until funds are made available to the Contracting Officer for this contract
and until the Contractor receives notice of such availability, to be confirmed in writing by the
Contracting Officer.

FAR 52.232-19          Availability of Funds for the Next Fiscal Year          APR 1984

Funds are not presently available for performance under this contract beyond September 30.
The Government's obligation for performance of this contract beyond that date is contingent
upon the availability of appropriated funds from which payment for contract purposes can be
made. No legal liability on the part of the Government for any payment may arise for
performance under this contract beyond September 30, until funds are made available to the

53

Confidential                                              GEO-MEN 00059800

ACD-2-R-0014

ACD-3-C-0008

Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

FAR 52.232-35    Designation of Office for Government Receipt of Electronic          MAY 1999
                 Funds Transfer Information

(a)    As provided in paragraph (b) of the clause at 52.232-34, Payment by Electronic Funds Transfer-Other than Central Contractor Registration, the Government has designated the office cited in paragraph (c) of this clause as the office to receive the Contractor's electronic funds transfer (EFT) information, in lieu of the payment office of this contract.

(b)    The Contractor shall send all EFT information, and any changes to EFT information to the office designated in paragraph (c) of this clause. The Contractor shall not send EFT information to the payment office, or any other office than that designated in paragraph (c). The Government need not use any EFT information sent to any office other than that designated in paragraph (c).

(c)    Designated Office:

       Immigration and Naturalization Service
       Dallas Finance Center
       P.O. Box 560947
       Dallas, TX 75356-0947

       Telephone Number:
       (214) 915-6002
       (214) 915-629  Fax

FAR 52.237-7     Indemnification and Medical Liability Insurance                     JAN 1997

(a)    It is expressly agreed and understood that this is a nonpersonal services contract, as defined in Federal Acquisition Regulation (FAR) 37.101, under which the professional services rendered by the Contractor are rendered in its capacity as an independent contractor. The Government may evaluate the quality of professional and administrative services provided, but retains no control over professional aspects of the services rendered, including by example, the Contractor's professional medical judgment, diagnosis, or specific medical treatments. The Contractor shall be solely liable for and expressly agrees to indemnify the Government with respect to any liability producing acts or omissions by it or by its employees or agents. The Contractor shall maintain during the term of this contract liability insurance issued by a responsible insurance carrier of not less than the following amount(s) per specialty per occurrence:  _____$500,000_____.

(b)    An apparently successful offeror, upon request by the Contracting Officer, shall furnish prior to contract award evidence of its insurability concerning the medical liability insurance required by paragraph (a) of this clause.

(c)    Liability insurance may be on either an occurrences basis or on a claims-made basis. If the policy is on a claims-made basis, an extended reporting endorsement (tail) for a period of not less than 3 years after the end of the contract term must also be provided.

54

Confidential

ACD-2-R-0014                                                                                          ACD-3-C-0008

(d)     Evidence of insurance documenting the required coverage for each health care provider who will perform under this contract shall be provided to the Contracting Officer prior to the commencement of services under this contract. If the insurance is on a claims-made basis and evidence of an extended reporting endorsement is not provided prior to the commencement of services, evidence of such endorsement shall be provided to the Contracting Officer prior to the expiration of this contract. Final payment under this contract shall be withheld until evidence of the extended reporting endorsement is provided to the Contracting Officer.

(e)     The policies evidencing required insurance shall also contain an endorsement to the effect that any cancellation or material change adversely affecting the Government's interest shall not be effective until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer. If during the performance period of the contract the Contractor changes insurance providers, the Contractor must provide evidence that the Government will be indemnified to the limits specified in paragraph (a) of this clause, for the entire period of the contract, either under the new policy, or a combination of old and new policies.

(f)     The Contractor shall insert the substance of this clause, including this paragraph (f), in all subcontracts under this contract for health care services and shall require such subcontractors to provide evidence of and maintain insurance in accordance with paragraph (a) of this clause. At least 5 days before the commencement of work by any subcontractor, the Contractor shall furnish to the Contracting Officer evidence of such insurance.

FAR 52.244-6          Subcontracts for Commercial Items.                              MAY 2002

(a)     Definitions. As used in this clause --

        "Commercial item" has the meaning contained in the clause at 52.202-1, Definitions.
        "Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b)     To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or nondevelopmental items as components of items to be supplied under this contract.

(c)(1)  The Contractor shall insert the following clauses in subcontracts for commercial items:

        (i)     52.219-8, Utilization of Small Business Concerns (OCT 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

        (ii)    52.222-26, Equal Opportunity (APRIL 2002)(E.O. 11246).

        (iii)   52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001)(38 U.S.C. 4212(a)).

55

Confidential                                                              GEO-MEN 00059802

ACD-2-R-0014                                                                        ACD-3-C-0008

| | | |
|---|---|---|
| iv) | 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998)(29 U.S.C. 793). |
| (v) | 52.247-64, Preference for Privately Owned U.S.-Flagged Commercial Vessels (JUN 2000)(46 U.S.C. Appx 1241)(flow down not required for subcontracts awarded beginning May 1, 1996). |
| (c)(2) | While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations. |
| (d) | The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract. |

JAR 2852.223-70        Unsafe Conditions Due to the Presence of Hazardous Material        APR 1998

(a)  Unsafe condition as used in this clause means the actual or potential exposure of contractor or Government employees to a hazardous material as defined in Federal Standard No. 313, and any revisions thereto during the term of this contract, or any other material or working condition designated by the Contracting Officer's Technical Representative (COTR) as potentially hazardous and requiring safety controls.

(b)  The Occupational Safety and Health Administration (OSHA) is responsible for issuing and administering regulations that require contractors to appraise its employees of all hazards to which they may be exposed in the course of their employment; proper conditions and precautions for safe use and exposure; and related symptoms and emergency treatment in the event of exposure.

(c)  Prior to commencement of work, contractors are required to inspect for and report to the contracting officer or designee the presence of, or suspected presence of, any unsafe condition including asbestos or other hazardous materials or working conditions in areas in which they will be working.

(d)  If during the performance of the work under this contract, the contractor or any of its employees, or subcontractor employees, discovers the existence of an unsafe condition, the contractor shall immediately notify the contracting officer, or designee, (with written notice provided not later than three (3) working days thereafter) of the existence of an unsafe condition. Such notice shall include the contractor's recommendations for the protection and the safety of Government, contractor and subcontractor personnel and property that may be exposed to the unsafe condition.

(e)  When the Government receives notice of an unsafe condition from the contractor, the parties will agree on a course of action to mitigate the effects of that condition and, if necessary, the contract will be amended. Failure to agree on a course of action will constitute a dispute under the Disputes clause of this contract.

(f)  Nothing contained in this clause shall relieve the contractor or subcontractors from complying with applicable Federal, State, and local laws, codes, ordinances and regulations (including the obtaining of licenses and permits) in connection with hazardous material including but not limited to the use, disturbance, or disposal of such material.

56