# Exhibit U

|   The GEO Group, Inc.  Aurora/I.C.E. Processing Center | **POLICY and PROCEDURE MANUAL**  CHAPTER: Sanitation  TITLE: Sanitation Procedures  RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | <u>**NUMBER:**</u>  12.1.4 - AUR  <u>**SUPERSEDES:**</u>  2/13/04 |
|---|---|---|

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Facility Fire Safety Manager (FFSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the FFSM, the Director of Security, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the FFSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Watch Commander, the FFSM, and the Director of Security.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

CONFIDENTIAL

GEO_MEN 00038687



| | POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
|---|---|---|

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

### C. Dormitory Sanitation

At 7:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaners for use in cleaning toilets and showers

Cleaning items will be secured each day by 10:00 a.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:30 a.m. and 5:30 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Cleaning items will be secured each day by 12:00 p.m. and 7:00 p.m., respectively. Staff will inspect all cleaning equipment for safety, cleanliness and

CONFIDENTIAL

GEO_MEN 00038688



| | POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
|---|---|---|

damage, before and after issue.

The Dormitory Officer and Watch Commander are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D. Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor and wiping down flat surfaces.

### E. Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Watch Commander will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F. Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility.  These inspections will be in addition to the security inspections conducted under Policy and Procedures 5.9.7.1.  A record of these inspections will be filed with the Director of Security.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Dormitory/Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor.  The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

CONFIDENTIAL

GEO_MEN 00038689



| | POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
|---|---|---|

The FFSM or the Assistant FFSM will conduct monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Manager will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

Gray highlighted areas are the changes made to the current revision.

CONFIDENTIAL

GEO_MEN 00038690

|  | **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE CHIEF OF SECURITY.**

APPROVED: _____ORIGINAL SIGNED_____      DATE: ___2/13/04___
Warden/Facility Administrator

REVISED/REVIEWED: _J.J. alexander_      DATE: _11-19-04_

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

CONFIDENTIAL

GEO_MEN 00038691



| | HOUSEKEEPING PLAN | ATTACHMENT TO NUMBER: |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | 12.1.4 - AUR |

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained. Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances.
2. Sinks and toilets will be clean and sanitary.
3. Furniture, shelves, and countertops will be clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Facility Administrator's direction and authorization. The Facility Fire Safety Manager (FFSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Facility Administrator with written reports, including specific deficiencies noted during the inspection and the required corrective action. The FFSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are clean, dry, and free of hazardous substances.
2. There are no unnecessary accumulations of flammables.
3. Exits are not blocked and are usable.
4. Fire equipment is accessible.
5. No vermin or pest infestation is evident.
6. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be forwarded to the FFSM.

CONFIDENTIAL

GEO_MEN 00038692



| | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:<br>12.1.4 - AUR |
|---|---|---|

**Food Service Areas**

It is the responsibility of the Food Services Manager to ensure high sanitation standards are maintained in the food preparation and service areas. The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties. The kitchen will be inspected and rated by the county Health Department at least annually.

**Medical Areas**

Special attention will be afforded the medical area to comply with health standards for cleanliness. The staff member supervising detainee workers will ensure they are under that individual's constant, direct visual observation while cleaning the medical area.

**Public Lobby**

The public lobby will be swept, mopped, and waxed as needed by detainee workers. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

**Visitation**

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, carpets vacuumed, and glass cleaned as needed. Carpets will, at a minimum, be cleaned once a quarter. This cleaning will be conducted on 1st Shift.

**Restricted Security Areas**

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, vacuuming the carpet, as needed, and cleaning all glass, as needed.

**Rear Sally Port Area**

The rear sally port area is a means of egress during emergency situations; therefore, it must be free of debris, parked vehicles, etc. It is the responsibility of the Intake Officer to ensure that this area is clear by the end of each day.

CONFIDENTIAL



| | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:<br>12.1.4 - AUR |
|---|---|---|

**Liquid and Solid Waste**

Liquid waste will be disposed of through the waste water system. Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink. Solid waste and trash will be removed from departments and housing units at least once each day and placed in the trash container.

**Carpet Cleaning**

All carpets will be cleaned at least once every quarter by detainee workers. Carpets may be cleaned more frequently as needed. All carpets will be vacuumed daily. 1st Shift will be responsible for this cleaning.

**Hazardous Materials**

All caustic, toxic, and flammable materials will be handled in accordance with Policy 5.8.1.

**Pest/Vermin Control**

The facility uses the service of a qualified professional extermination contractor. This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen. If necessary, additional preventive treatments may be scheduled by the FFSM.

**Housekeepers**

Supervising housekeepers is the responsibility of the officers assigned to the dormitory/unit. Supervision includes assigning duties, training newly assigned detainees on their task, supervising work as it is done and removing detainees who do not perform.

Dormitory/Unit Officers must notify the Director of Security of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer. The Classification Department is responsible for assigning the next eligible detainee in that dormitory/unit to fill the vacancy.

CONFIDENTIAL

GEO_MEN 00038694

|  The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:<br>12.1.4 - AUR |
|---|---|---|

## Dormitories

On a weekly basis or as needed, all dorms will be subject to a total sanitation project to assure standards are met and maintained.  The responsibility for cleaning will be shared by 2nd and 3rd shifts. 2nd Shift will be responsible for the West side and 3rd shift responsible for the East side.  The following schedule will be followed:

| WEST SIDE | | | EAST SIDE | | |
|---|---|---|---|---|---|
| Monday | A | Dorm | Monday | L | Dorm |
| Tuesday | B | Dorm | Tuesday | M | Dorm |
| Wednesday | C | Dorm | Wednesday | N | Dorm |
| Thursday | D | Dorm | Thursday | X | Dorm |
| Friday | E | Dorm | Friday | Y | Dorm |
| Saturday | F | Dorm | Saturday | Z | Dorm |
| Sunday | G | Dorm | Sunday | Seg/SMU | |

### FACILITY CLEAN-UP
### DAILY CLEANING SCHEDULE

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors (Hallways, East and West Cores, Intake, Medical Area and East Recreation) | Virex II-256 Disinfectant (diluted) | Sweep and damp mop. Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | Glance ® Glass Cleaner (diluted) | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Scaleaway ®, Tri Sodium Phosphate (TSP), Non-Acid Toilet Bowl Cleaner and Virex II –256 Disinfectant (diluted) | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Stainless Steel (Showers, Sinks) | High Shine | Wipe down surfaces with cloth |
| Trash Receptacles | Virex II- 256 Disinfectant (diluted) | Empty and wipe down daily |
| Furniture and Equipment | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | High Shine | Wipe down surfaces with cloth |

CONFIDENTIAL                                                                                GEO_MEN 00038695

|   The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:<br>12.1.4 - AUR |
|---|---|---|

### HOUSING UNIT CLEANING SCHEDULE
### ASSIGNED HOUSEKEEPERS
### AND DORMITORY TRUSTEE

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | Once per shift (more often if needed) | Virex II-256 Disinfectant (diluted) | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Glance ® Glass Cleaner (diluted) | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Scaleaway ®, Tri Sodium Phosphate (TSP), Non-Acid Toilet Bowl Cleaner and Virex II –256 Disinfectant (diluted) | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Daily | Virex II- 256 Disinfectant (diluted) | Empty and wipe down daily |
| Furniture | Once per shift | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Equipment | Each Shift | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift) | High Shine | Wipe down surfaces with cloth |
| Mattresses | Upon movement of detainees | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a month | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth.  Use air compressor to clean vents.  (Done by Maintenance Trustee). |

CONFIDENTIAL

GEO_MEN 00038696



| | HOUSEKEEPING PLAN POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER: 12.1.4 - AUR |
|---|---|---|

## KITCHEN
## CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | Pro Quat 100 | Polish with High Shine every Wednesday |
| Pots and Pans | After every use | Lemon Pot and Pan Degreaser | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Pro Kling Foaming Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Descaler | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Kitchen degreaser | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Kitchen degreaser | Seep and mop. Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Grease cutter High shine | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Freezer clean | Sweep floor and wipe down the racks |
| Kettles | After every use | Lemon Pot and Pan degreaser High shine | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Scaleway, TriSodium Phosphate (TSP), Non-Acid Toilet Bowl Cleaner and degreaser | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | High Shine / degreaser | Inside – weekly with degreaser; outside daily with high shine. |

CONFIDENTIAL

GEO_MEN 00038697

|  The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER: 12.1.4 - AUR |
| --- | --- | --- |

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE FACILITY FIRE SAFETY OFFICER.**

APPROVED:_____ORIGINAL SIGNED_____          DATE:_____2/11/04
        Facility Fire Safety Officer

APPROVED:_____ORIGINAL SIGNED_____          DATE:_____2/13/04
        Warden/Facility Administrator

REVISED/REVIEWED:_____          DATE: _11-19-04_
        Facility Fire Safety Officer

REVISED/REVIEWED:_____          DATE : _11-19-04_
        Warden/Facility Administrator

REVISED/REVIEWED:_____          DATE:_____
        Facility Fire Safety Officer

REVISED/REVIEWED:_____          DATE:_____
        Warden/Facility Administrator

REVISED/REVIEWED:_____          DATE:_____
        Facility Fire Safety Officer

REVISED/REVIEWED:_____          DATE:_____
        Warden/Facility Administrator

REVISED/REVIEWED:_____          DATE:_____
        Facility Fire Safety Officer

REVISED/REVIEWED:_____          DATE:_____
        Warden/Facility Administrator

REVISED/REVIEWED:_____          DATE:_____
        Facility Fire Safety Officer

REVISED/REVIEWED:_____          DATE:_____
        Warden/Facility Administrator

CONFIDENTIAL                                             GEO_MEN 00038698

|  The GEO Group, Inc. | **Aurora/ICE Processing Center POLICY and PROCEDURE MANUAL**<br><br>**CHAPTER: Sanitation**<br><br>**TITLE: Sanitation Procedures**<br><br>**RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07** | <u>**NUMBER**</u>:<br>12.1.4 - AUR<br><br><u>**SUPERSEDES**</u>:<br><br>11/19/04 |
|---|---|---|

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Facility Fire Safety Manager (FFSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the FFSM, the Director of Security, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the FFSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Watch Commander, the FFSM, and the Director of Security.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

CONFIDENTIAL

GEO_MEN 00038653



| | Aurora/ICE Processing Center | |
|---|---|---|
| **POLICY AND PROCEDURE MANUAL** | | **NUMBER: 12.1.4 -AUR** |

Necessary cleaning supplies and equipment will be procured from the Supply Officer.  Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

## B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly.  Nothing will be placed over windows, lights, vents, bars or grilles.  Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided.  Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee.  The detainee is responsible for the proper use and care of these articles.

## C. Dormitory Sanitation

At 7:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaners for use in cleaning toilets and showers

Cleaning items will be secured each day by 10:00 a.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:30 a.m. and 5:30 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Cleaning items will be secured each day by 12:00 p.m. and 7:00 p.m., respectively.  Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue.

CONFIDENTIAL

GEO_MEN 00038654



| | Aurora/ICE Processing Center | |
|---|---|---|
| | **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |

The Dormitory Officer and Watch Commander are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D. Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor and wiping down flat surfaces.

### E. Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Watch Commander will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F. Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 5.9.7.1. A record of these inspections will be filed with the Director of Security.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Dormitory/Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The FFSM or the Assistant FFSM will conduct monthly inspections of sanitation

CONFIDENTIAL

GEO_MEN 00038655



| | Aurora/ICE Processing Center **POLICY AND PROCEDURE MANUAL** | NUMBER: 12.1.4 -AUR |
|---|---|---|

levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Manager will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

CONFIDENTIAL

GEO_MEN 00038656



| | Aurora/ICE Processing Center **POLICY AND PROCEDURE MANUAL** | NUMBER: 12.1.4 -AUR |
|---|---|---|

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSSISTANT FACILITY ADMINISTRATOR OF SECURITY OPERATIONS.**

APPROVED: _J J Alexand_
              Warden

EFFECTIVE: OCT 2 1 2005

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

REVISED/REVIEWED:_____      DATE:_____

CONFIDENTIAL                                                            GEO_MEN 00038657

|  The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:   12.1.4 - AUR |
|---|---|---|

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained.  Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances.
2. Sinks and toilets will be clean and sanitary.
3. Furniture, shelves, and countertops will be clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Facility Administrator's direction and authorization.  The Facility Fire Safety Manager (FFSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Facility Administrator with written reports, including specific deficiencies noted during the inspection and the required corrective action.  The FFSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are clean, dry, and free of hazardous substances.
2. There are no unnecessary accumulations of flammables.
3. Exits are not blocked and are usable.
4. Fire equipment is accessible.
5. No vermin or pest infestation is evident.
6. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be forwarded to the FFSM.

CONFIDENTIAL

GEO_MEN 00038658



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| **The GEO Group, Inc.** | **POLICY AND PROCEDURE MANUAL** | **NUMBER:   12.1.4 - AUR** |

**Food Service Areas**

It is the responsibility of the Food Services Manager to ensure high sanitation standards are maintained in the food preparation and service areas.  The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties.  The kitchen will be inspected and rated by the county Health Department at least annually.

**Medical Areas**

Special attention will be afforded the medical area to comply with health standards for cleanliness.  The staff member supervising detainee workers will ensure they are under that individual's constant, direct visual observation while cleaning the medical area.

**Public Lobby**

The public lobby will be swept, mopped, and waxed as needed by detainee workers.  All glass will be cleaned on an as-needed basis.  Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff.  Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

**Visitation**

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff.  All trash will be discarded, carpets vacuumed, and glass cleaned as needed.  Carpets will, at a minimum, be cleaned once a quarter.  This cleaning will be conducted on 1st Shift.

**Restricted Security Areas**

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions).  These areas will be cleaned by facility staff members.  This cleaning will consist of cleaning counter areas, discarding trash, vacuuming the carpet, as needed, and cleaning all glass, as needed.

**Rear Sally Port Area**

The rear sally port area is a means of egress during emergency situations; therefore, it must be free of debris, parked vehicles, etc.  It is the responsibility of the Intake Officer to ensure that this area is clear by the end of each day.

**Liquid and Solid Waste**

CONFIDENTIAL



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | NUMBER:   12.1.4 - AUR |

Liquid waste will be disposed of through the waste water system.  Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink. Solid waste and trash will be removed from departments and housing units at least once each day and placed in the trash container.

**Carpet Cleaning**

All carpets will be cleaned at least once every quarter by detainee workers.  Carpets may be cleaned more frequently as needed.  All carpets will be vacuumed daily.  1st Shift will be responsible for this cleaning.

**Hazardous Materials**

All caustic, toxic, and flammable materials will be handled in accordance with Policy 5.8.1.

**Pest/Vermin Control**

The facility uses the service of a qualified professional extermination contractor.  This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen.  If necessary, additional preventive treatments may be scheduled by the FFSM.

**Housekeepers**

Supervising housekeepers is the responsibility of the officers assigned to the dormitory/unit.  Supervision includes assigning duties, training newly assigned detainees on their task, supervising work as it is done and removing detainees who do not perform.

Dormitory/Unit Officers must notify the Director of Security of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer.  The Classification Department is responsible for assigning the next eligible detainee in that dormitory/unit to fill the vacancy.

**Dormitories**

On a weekly basis or as needed, all dorms will be subject to a total sanitation project to assure standards are met and maintained.  The responsibility for cleaning will be shared by 2nd and 3rd  shifts. 2nd Shift will be responsible for the West side and 3rd shift

CONFIDENTIAL

|  The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:   12.1.4 - AUR |
|---|---|---|

responsible for the East side.  The following schedule will be followed:

| **WEST SIDE** | | | **EAST SIDE** | | |
|---|---|---|---|---|---|
| Monday | A | Dorm | Monday | L | Dorm |
| Tuesday | B | Dorm | Tuesday | M | Dorm |
| Wednesday | C | Dorm | Wednesday | N | Dorm |
| Thursday | D | Dorm | Thursday | X | Dorm |
| Friday | E | Dorm | Friday | Y | Dorm |
| Saturday | F | Dorm | Saturday | Z | Dorm |
| Sunday | G | Dorm | Sunday | Seg/SMU | |

## FACILITY CLEAN-UP
## DAILY CLEANING SCHEDULE

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors (Hallways, East and West Cores, Intake, Medical Area and East Recreation) | Virex II-256 Disinfectant (diluted) | Sweep and damp mop.<br>Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | Glance ® Glass Cleaner (diluted) | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Scaleaway ®, Tri Sodium Phosphate (TSP), Non-Acid Toilet Bowl Cleaner and Virex II –256 Disinfectant (diluted) | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Stainless Steel (Showers, Sinks) | High Shine | Wipe down surfaces with cloth |
| Trash Receptacles | Virex II- 256 Disinfectant (diluted) | Empty and wipe down daily |
| Furniture and Equipment | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | High Shine | Wipe down surfaces with cloth |

CONFIDENTIAL

GEO_MEN 00038661

| <br>The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:   12.1.4 - AUR |
|---|---|---|

### HOUSING UNIT CLEANING SCHEDULE
### ASSIGNED HOUSEKEEPERS
### AND DORMITORY TRUSTEE

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | Once per shift (more often if needed) | Virex II-256 Disinfectant (diluted) | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Glance ® Glass Cleaner (diluted) | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Scaleaway ®, Tri Sodium Phosphate (TSP), Non-Acid Toilet Bowl Cleaner and Virex II –256 Disinfectant (diluted) | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Daily | Virex II- 256 Disinfectant (diluted) | Empty and wipe down daily |
| Furniture | Once per shift | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Equipment | Each Shift | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift) | High Shine | Wipe down surfaces with cloth |
| Mattresses | Upon movement of detainees | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a month | Virex II – 256 Disinfectant (diluted) | Wipe down surfaces with cloth.  Use air compressor to clean vents.  (Done by Maintenance Trustee). |

CONFIDENTIAL

GEO_MEN 00038662

|   The GEO Group, Inc. | HOUSEKEEPING PLAN  POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:   12.1.4 - AUR |
|---|---|---|

## KITCHEN
## CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | Pro Quat 100 | Polish with High Shine every Wednesday |
| Pots and Pans | After every use | Lemon Pot and Pan Degreaser | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Pro Kling Foaming Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Descaler | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Kitchen degreaser | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Kitchen degreaser | Seep and mop.  Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Grease cutter High shine | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Freezer clean | Sweep floor and wipe down the racks |
| Kettles | After every use | Lemon Pot and Pan degreaser High shine | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Scaleway, TriSodium Phosphate (TSP), Non-Acid Toilet Bowl Cleaner and degreaser | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | High Shine / degreaser | Inside – weekly with degreaser; outside daily with high shine. |

CONFIDENTIAL

GEO_MEN 00038663

|  The GEO Group, Inc. | HOUSEKEEPING PLAN POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:  12.1.4 - AUR |
| --- | --- | --- |

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE FACILITY FIRE SAFETY MANAGER.**

APPROVED:_____ORIGINAL SIGNED_____            DATE:_____2/11/04
                 Facility Fire Safety Manager

APPROVED:_____ORIGINAL SIGNED_____            DATE:_____2/13/04
                 Warden/Facility Administrator

REVISED/REVIEWED:___ORIGINAL SIGNED___            DATE:_____11/19/04
                 Facility Fire Safety Manager

REVISED/REVIEWED:___ORIGINAL SIGNED___            DATE :  ___11/19/04
                 Warden/Facility Administrator

REVISED/REVIEWED:_____            DATE:___OCT 2 1 2005___
                 Facility Fire Safety Manager

REVISED/REVIEWED:_____            DATE:___OCT 2 1 2005___
                 Warden/Facility Administrator

REVISED/REVIEWED:_____            DATE:_____
                 Facility Fire Safety Manager

REVISED/REVIEWED:_____            DATE:_____
                 Warden/Facility Administrator

REVISED/REVIEWED:_____            DATE:_____
                 Facility Fire Safety Manager

REVISED/REVIEWED:_____            DATE:_____
                 Warden/Facility Administrator

REVISED/REVIEWED:_____            DATE:_____
                 Facility Fire Safety Manager

REVISED/REVIEWED:_____            DATE:_____
                 Warden/Facility Administrator

CONFIDENTIAL                                              GEO_MEN 00038664

| The GEO Group, Inc. | **Aurora/ICE Processing Center**<br>**POLICY and PROCEDURE MANUAL**<br><br>**CHAPTER:  Sanitation**<br><br>**TITLE:  Sanitation Procedures**<br><br>**RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07M** | **NUMBER:**<br>**12.1.4 - AUR**<br><br>**SUPERSEDES:**<br><br>**10/21/05** |

## I.  POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Facility Fire Safety Manager (FFSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the FFSM, the Director of Security, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the FFSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Watch Commander, the FFSM, and the Director of Security.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of  all liquid and solid waste accumulations for each area.

CONFIDENTIAL

GEO_MEN 00038676



| | Aurora/ICE Processing Center **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

### C. Dormitory Sanitation

At 7:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals for use in toilet, sink and shower areas

Cleaning items will be secured each day by 10:00 a.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:30 a.m. and 5:30 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Cleaning items will be secured each day by 12:00 p.m. and 7:00 p.m., respectively. Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue.

CONFIDENTIAL                                                          GEO_MEN 00038677



| | Aurora/ICE Processing Center **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

The Dormitory Officer and Watch Commander are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D. Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

### E. Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Watch Commander will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F. Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Director of Security.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Dormitory/Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The FFSM or the Assistant FFSM will conduct monthly inspections of sanitation

CONFIDENTIAL

GEO_MEN 00038678



| | Aurora/ICE Processing Center<br>**POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Manager will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSSISTANT FACILITY ADMINISTRATOR OF SECURITY OPERATIONS.**

APPROVED: _____
                          Warden

EFFECTIVE: 10/24/06

CONFIDENTIAL

GEO_MEN 00038679



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| | POLICY AND PROCEDURE MANUAL | NUMBER:  12.1.4 - AUR |

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained.  Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances.
2. Sinks and toilets will be clean and sanitary.
3. Furniture, shelves, and countertops will be clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Facility Administrator's direction and authorization.  The Facility Fire Safety Manager (FFSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Facility Administrator with written reports, including specific deficiencies noted during the inspection and the required corrective action.  The FFSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding the documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are clean, dry, and free of hazardous substances.
2. There are no unnecessary accumulations of flammables.
3. Exits are not blocked and are usable.
4. Fire equipment is accessible.
5. No vermin or pest infestation is evident.
6. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be forwarded to the FFSM.

CONFIDENTIAL

GEO_MEN 00038680



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 - AUR |

**Food Service Areas**

It is the responsibility of the Food Services Manager to ensure high sanitation standards are maintained in the food preparation and service areas. The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties. The kitchen will be inspected and rated by the county Health Department at least annually.

**Medical Areas**

Special attention will be afforded the medical area to comply with health standards for cleanliness. The staff member supervising detainee workers will ensure they are under that individual's constant, direct visual observation while cleaning the medical area.

**Public Lobby**

The public lobby will be swept, mopped, and waxed as needed by detainee workers. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

**Visitation**

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, carpets vacuumed, and glass cleaned as needed. Carpets will, at a minimum, be cleaned once a quarter. This cleaning will be conducted on 1st Shift.

**Restricted Security Areas**

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, vacuuming the carpet, as needed, and cleaning all glass, as needed.

**Rear Sally Port Area**

The rear sally port area is a means of egress during emergency situations; therefore, it must be free of debris, parked vehicles, etc. It is the responsibility of the Intake Officer to ensure that this area is clear by the end of each shift.

**Liquid and Solid Waste**

CONFIDENTIAL

GEO_MEN 00038681



| | HOUSEKEEPING PLAN | ATTACHMENT TO NUMBER:  12.1.4 - AUR |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | |

Liquid waste will be disposed of through the waste water system.  Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink. Solid waste and trash will be removed from departments and housing units at least once each day and placed in the trash container.

**Carpet Cleaning**

All carpets will be cleaned at least once every quarter by detainee workers.  Carpets may be cleaned more frequently as needed.  All carpets will be vacuumed daily.  1st Shift will be responsible for this cleaning.

**Hazardous Materials**

All caustic, toxic, and flammable materials will be handled in accordance with Policy 13.1.4-AUR.

**Pest/Vermin Control**

The facility uses the service of a qualified professional extermination contractor.  This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen.  If necessary, additional preventive treatments may be scheduled.

**Housekeepers**

Supervising housekeepers is the responsibility of the officers assigned to the dormitory/unit.  Supervision includes assigning duties, training newly assigned detainees on their task, supervising work as it is done and removing detainees who do not perform.

Dormitory/Unit Officers must notify the Director of Security of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer.  The Classification Department is responsible for assigning the next eligible detainee in that dormitory/unit to fill the vacancy.

**Dormitories**

On a weekly basis or as needed, all dorms will be subject to a total sanitation project to assure standards are met and maintained.  The responsibility for cleaning will be shared by 2nd and 3rd  shifts. 2nd Shift will be responsible for the West side and 3rd shift

CONFIDENTIAL

GEO_MEN 00038682

|  The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:   12.1.4 - AUR |
|---|---|---|

responsible for the East side.  The following schedule will be followed:

| **WEST SIDE** | | |
|---|---|---|
| Monday | A | Dorm |
| Tuesday | B | Dorm |
| Wednesday | C | Dorm |
| Thursday | D | Dorm |
| Friday | E | Dorm |
| Saturday | F | Dorm |
| Sunday | G | Dorm |

| **EAST SIDE** | | |
|---|---|---|
| Monday | L | Dorm |
| Tuesday | M | Dorm |
| Wednesday | N | Dorm |
| Thursday | X | Dorm |
| Friday | Y | Dorm |
| Saturday | Z | Dorm |
| Sunday | Seg/SMU | |

## FACILITY CLEAN-UP
## DAILY CLEANING SCHEDULE

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors (Hallways, East and West Cores, Intake, Medical Area and East Recreation) | Dibs Neutral Floor Cleaner | Sweep and damp mop.<br>Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Liquid Comet ® with Bleach<br>Lysol Disinfectant Deodorizing Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Stainless Steel (Showers, Sinks) | | Wipe down surfaces with cloth |
| Trash Receptacles | Lysol Disinfectant Deodorizing Cleaner | Empty and wipe down daily |
| Furniture and Equipment | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | | Wipe down surfaces with cloth |

CONFIDENTIAL

GEO_MEN 00038683



| | | |
|---|---|---|
| **GEO** The GEO Group, Inc. | **HOUSEKEEPING PLAN** **POLICY AND PROCEDURE MANUAL** | **ATTACHMENT TO NUMBER:  12.1.4 - AUR** |

### HOUSING UNIT CLEANING SCHEDULE
### ASSIGNED HOUSEKEEPERS
### AND DORMITORY TRUSTEE

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | Once per shift (more often if needed) | Dibs Neutral Floor Cleaner | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Daily | Lysol Disinfectant Deodorizing Cleaner | Empty and wipe down daily |
| Furniture | Once per shift | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Equipment | Each Shift | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift) | | Wipe down surfaces with cloth |
| Mattresses | Upon movement of detainees | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a month | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth.  Use air compressor to clean vents.  (Done by Maintenance Trustee). |

CONFIDENTIAL

GEO_MEN 00038684



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | NUMBER:  12.1.4 - AUR |

## KITCHEN
## CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | Pro Quat 100 | Polish with High Shine every Wednesday |
| Pots and Pans | After every use | Lemon Pot and Pan Degreaser | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Pro Kling Foaming Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Descaler | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Kitchen degreaser | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Kitchen degreaser | Seep and mop.  Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Grease cutter High shine | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Freezer clean | Sweep floor and wipe down the racks |
| Kettles | After every use | Lemon Pot and Pan degreaser High shine | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | High Shine / degreaser | Inside – weekly with degreaser; outside daily with high shine. |

Page 6 of 7



| | HOUSEKEEPING PLAN | ATTACHMENT TO NUMBER:  12.1.4 - AUR |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | |

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE FACILITY FIRE SAFETY MANAGER.**

APPROVED: _____     DATE: *10/10/06*
Facility Fire Safety Manager

APPROVED: _____     DATE: 10/24/06
Warden/Facility Administrator

CONFIDENTIAL

GEO_MEN 00038686

|  The GEO Group, Inc. | **Aurora/ICE Processing Center** POLICY and PROCEDURE MANUAL  **CHAPTER:  Sanitation**  **TITLE:  Sanitation Procedures**  RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | <u>NUMBER:</u> 12.1.4 - AUR  <u>REVISED ON:</u> 07/09/07  <u>SUPERSEDES:</u> 10/24/06 |
|---|---|---|

## I.  POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

CONFIDENTIAL

GEO_MEN 00038628



| | Aurora/ICE Processing Center | |
|---|---|---|
| The GEO Group, Inc. | **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

### C. Dormitory Sanitation

At 7:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals for use in toilet, sink and shower areas

Cleaning items will be secured each day by 10:00 a.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:30 a.m. and 5:30 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Cleaning items will be secured each day by 12:00 p.m. and 7:00 p.m., respectively. Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue.

CONFIDENTIAL                                                                 GEO_MEN 00038629



| | Aurora/ICE Processing Center POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
|---|---|---|

The Dormitory Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D. Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E. Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F. Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Captain.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Dormitory/Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct monthly inspections of sanitation levels in all areas of

CONFIDENTIAL

GEO_MEN 00038630



| | Aurora/ICE Processing Center **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

the facility and will keep a record of those inspections on file.

Weekly inspections will be conducted by a qualified staff member to include sanitation and safety procedures. The scope of this inspection is outlined in policy 1.2.8-AUR

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Manager will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT FACILITY ADMINISTRATOR OF SECURITY OPERATIONS.**

APPROVED: _Teresa C. Hunt_
                        Warden

EFFECTIVE: _7/9/07_

CONFIDENTIAL

GEO_MEN 00038631



| | Aurora/ICE Processing Center POLICY and PROCEDURE MANUAL | NUMBER: 12.1.4 - AUR |
|---|---|---|
| | CHAPTER:  Sanitation | REVISED ON: 10/21/08 |
| | TITLE:  Sanitation Procedures | |
| | RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | SUPERSEDES: 7/09/07 |

## I.  POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Page 1 of 4

GEO_MEN 00038665



| | Aurora/ICE Processing Center<br>**POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

**B. Detainee Sanitation Responsibilities**

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

**C. Dormitory Sanitation**

At 7:30 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:30 a.m. and 5:30 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Cleaning items will be secured each day by 12:00 p.m. and 7:00 p.m., respectively. Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue.

CONFIDENTIAL

GEO_MEN 00038666



| The GEO Group, Inc. | **Aurora/ICE Processing Center**<br>**POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

Lysol bottles will be retrieved from the supply office at 7:45am and be returned no later than 1:30pm. A second issue will be conducted at 3:30pm with return no later than 10:00pm. Weekend, holiday and off shift issuance will be conducted by the Shift Supervisor.

The Dormitory Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D. Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E. Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F. Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Captain.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Dormitory/Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

CONFIDENTIAL                    GEO_MEN 00038667



| | Aurora/ICE Processing Center POLICY AND PROCEDURE MANUAL | NUMBER: 12.1.4 -AUR |
|---|---|---|

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

Weekly inspections will be conducted by a qualified staff member to include sanitation and safety procedures. The scope of this inspection is outlined in policy 1.2.8-AUR

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Manager will keep a record of those inspections.

### G. Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

### H. Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

Gray highlighted areas are the changes made to the current revision.

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

APPROVED: _____
Warden T. Hunt

EFFECTIVE: _10/2(/08___

Page 4 of 4

GEO_MEN 00038668

|  | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:  12.1.4 - AUR |
|---|---|---|

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

## Overview

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained.  Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances.
2. Sinks and toilets will be clean and sanitary.
3. Furniture, shelves, and countertops will be clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Warden's direction and authorization.  The Environmental Specialist/ Fire Safety Manager (ES/FSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Warden with written reports, including specific deficiencies noted during the inspection and the required corrective action.  The ES/FSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding the documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are clean, dry, and free of hazardous substances.
2. There are no unnecessary accumulations of flammables.
3. Exits are not blocked and are usable.
4. Fire equipment is accessible.
5. No vermin or pest infestation is evident.
6. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be forwarded to the ES/FSM.

CONFIDENTIAL

GEO_MEN 00038669

|  | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:  12.1.4 - AUR |
|---|---|---|

## Food Service Areas

It is the responsibility of the Food Services Administrator to ensure high sanitation standards are maintained in the food preparation and service areas. The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties. The kitchen will be inspected and rated by the county Health Department at least annually.

## Medical Areas

Special attention will be afforded the medical area to comply with health standards for cleanliness. The staff member supervising detainee workers will ensure they are under that individual's constant, direct visual observation while cleaning the medical area.

## Public Lobby

The public lobby will be swept, mopped, and waxed as needed by detainee workers. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

## Visitation

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, carpets vacuumed, and glass cleaned as needed. Carpets will, at a minimum, be cleaned once a quarter. This cleaning will be conducted on 1st Shift.

## Restricted Security Areas

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, vacuuming the carpet, as needed, and cleaning all glass, as needed.

## Rear Sally Port Area

The rear sally port area is a means of egress during emergency situations; therefore, it must be free of debris, parked vehicles, etc. It is the responsibility of the Intake Officer to ensure that this area is clear by the end of each shift.

CONFIDENTIAL

GEO_MEN 00038670

|  | **HOUSEKEEPING PLAN**<br><br>**POLICY AND PROCEDURE MANUAL** | **ATTACHMENT TO**<br>**NUMBER:   12.1.4 - AUR** |
|---|---|---|

## Liquid and Solid Waste

Liquid waste will be disposed of through the waste water system.  Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink. Solid waste and trash will be removed from departments and housing units at least once each day and placed in the trash container.

## Carpet Cleaning

All carpets will be cleaned at least once every quarter by detainee workers.  Carpets may be cleaned more frequently as needed.  All carpets will be vacuumed daily.  The Facility Janitor in conjunction with 1st shift will be responsible for this cleaning.

## Hazardous Materials

All caustic, toxic, and flammable materials will be handled in accordance with Policy 13.1.4-AUR.

## Pest/Vermin Control

The facility uses the service of a qualified professional extermination contractor.  This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen.  If necessary, additional preventive treatments may be scheduled.

## Housekeepers

Supervising housekeepers is the responsibility of the officers assigned to the dormitory/unit.  Supervision includes assigning duties, training newly assigned detainees on their task, supervising work as it is done and removing detainees who do not perform.

Dormitory/Unit Officers must notify the Captain of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer.  The Classification Department is responsible for assigning the next eligible detainee in that dormitory/unit to fill the vacancy.

## Dormitories

On a weekly basis or as needed, all dorms will be subject to a total sanitation project to

CONFIDENTIAL

GEO_MEN 00038671



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | NUMBER:  12.1.4 - AUR |

assure standards are met and maintained.  The responsibility for cleaning will be shared by 2nd and 3rd  shifts. 2nd Shift will be responsible for the West side and 3rd shift responsible for the East side.  The following schedule will be followed:

| WEST SIDE | | | EAST SIDE | | |
|---|---|---|---|---|---|
| Monday | A | Dorm | Monday | L | Dorm |
| Tuesday | B | Dorm | Tuesday | M | Dorm |
| Wednesday | C | Dorm | Wednesday | N | Dorm |
| Thursday | D | Dorm | Thursday | X | Dorm |
| Friday | E | Dorm | Friday | Y | Dorm |
| Saturday | F | Dorm | Saturday | Z | Dorm |
| Sunday | G | Dorm | Sunday | Seg/SMU | |

### FACILITY CLEAN-UP
### DAILY CLEANING SCHEDULE

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors (Hallways, East and West Cores, Intake, Medical Area and East Recreation) | Dibs Neutral Floor Cleaner | Sweep and damp mop. Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Stainless Steel (Showers, Sinks) | | Wipe down surfaces with cloth |
| Trash Receptacles | Lysol Disinfectant Deodorizing Cleaner | Empty and wipe down daily |
| Furniture and Equipment | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | | Wipe down surfaces with cloth |

CONFIDENTIAL

GEO_MEN 00038672



| HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:  12.1.4 - AUR |
|---|---|

## HOUSING UNIT CLEANING SCHEDULE
## ASSIGNED HOUSEKEEPERS
## AND DORMITORY TRUSTEE

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | Once per shift (more often if needed) | Dibs Neutral Floor Cleaner | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Daily | Lysol Disinfectant Deodorizing Cleaner | Empty and wipe down daily |
| Furniture | Once per shift | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Equipment | Each Shift | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift) | | Wipe down surfaces with cloth |
| Mattresses | Upon movement of detainees | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a month | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth.  Use air compressor to clean vents.  (Done by Maintenance Trustee). |

Page 5 of 7

GEO_MEN 00038673

| The GEO Group, Inc. | HOUSEKEEPING PLAN<br><br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:   12.1.4 - AUR |
| --- | --- | --- |

## KITCHEN
## CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
| --- | --- | --- | --- |
| Tables and Sinks, Stainless Steel | After every use | Pro Quat 100 | Polish with High Shine every Wednesday |
| Pots and Pans | After every use | Lemon Pot and Pan Degreaser | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Pro Kling Foaming Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Descaler | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Kitchen degreaser | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Kitchen degreaser | Seep and mop.  Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Grease cutter<br>High shine | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Freezer clean | Sweep floor and wipe down the racks |
| Kettles | After every use | Lemon Pot and Pan degreaser<br>High shine | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Liquid Comet ® with Bleach<br>Lysol Disinfectant<br>Deodorizing Cleaner | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | High Shine / degreaser | Inside – weekly with degreaser; outside daily with high shine. |

CONFIDENTIAL                                                    GEO_MEN 00038674



| HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|
| POLICY AND PROCEDURE MANUAL | NUMBER:   12.1.4 - AUR |

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ENVIRONMENTAL SPECIALIST/FACILITY FIRE SAFETY MANAGER.**

APPROVED: _____ DATE: _12/2/08_
ES/FSM

APPROVED: _____ DATE: _12/2/08_
Warden T. Hunt

CONFIDENTIAL

GEO_MEN 00038675

| | | |
|---|---|---|
| **GEO** The GEO Group, Inc. | **Aurora/ICE Processing Center** **POLICY and PROCEDURE MANUAL** **CHAPTER: Sanitation** **TITLE:  Sanitation Procedures** **RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07** | **NUMBER:** 12.1.4 - AUR **REVISED ON:** 7/29/09 **SUPERSEDES:** 10/21/08 |

## I.  POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer.  Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B.  Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly.  Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed.  All personal property will be stored in the locker/container provided.  Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee.  The detainee is responsible for the proper use and care of these articles.

CONFIDENTIAL



| | Aurora/ICE Processing Center | NUMBER: 12.1.4 -AUR |
|---|---|---|
| The GEO Group, Inc. | **POLICY AND PROCEDURE MANUAL**<br>**CHAPTER:  Sanitation**<br>**TITLE:  Sanitation Procedures** | |

### C.  Dormitory Sanitation

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in he supply office.

The Dormitory Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D.  Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

### E.  Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F.  Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR.  A record of these inspections will be filed with the Captain.

CONFIDENTIAL



| | Aurora/ICE Processing Center | |
|---|---|---|
| **The GEO Group, Inc.** | **POLICY AND PROCEDURE MANUAL**<br><br>**CHAPTER: Sanitation**<br><br>**TITLE: Sanitation Procedures** | **NUMBER: 12.1.4 -AUR** |

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Manager will keep a record of those inspections.

**G. Water Supply**

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

**H. Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

APPROVED: _____
Warden T. Hunt

EFFECTIVE: 7/30/09

CONFIDENTIAL

GEO_MEN 00038634



| | HOUSEKEEPING PLAN<br>POLICY AND PROCEDURE MANUAL | ATTACHMENT TO<br>NUMBER:  12.1.4 - AUR |
|---|---|---|

The facility establishes this Housekeeping Plan to maintain the physical plant and to ensure that sanitation and safety practices comply with applicable laws, codes, regulations, and standards relating to sanitation and safety within the facility.

**Overview**

A clean, safe, and sanitary working and living environment requires certain general sanitation standards be maintained.  Particular attention will be given to the following:

1. Facility floors will be kept clean, dry and free of hazardous substances.
2. Sinks and toilets will be clean and sanitary.
3. Furniture, shelves, and countertops will be clean and free of dust.
4. Windows and mirrors will be kept clean.
5. Mops and rags will be laundered.
6. Window sills, ledges, and door frames and tracks will be kept clean and free of dust and debris.
7. Trash will be removed promptly and placed in the designated removal containers and/or areas.

All safety and sanitation inspections will be conducted under the Warden's direction and authorization. The Environmental Specialist/ Fire Safety Manager (ES/FSM) will be authorized to take all measures necessary to comply with the applicable laws and regulations of the county and state in regard to facility safety and sanitation.

All staff members conducting sanitation inspections will furnish the Warden with written reports, including specific deficiencies noted during the inspection and the required corrective action.  The ES/FSM will ensure deficiencies are corrected in the required amount of time and will confer with the inspecting staff member regarding the documentation of corrective actions or any re-inspection that may be required.

Inspections will include, but not be limited to ensuring the following:

1. Floors are clean, dry, and free of hazardous substances.
2. There are no unnecessary accumulations of flammables.
3. Exits are not blocked and are usable.
4. Fire equipment is accessible.
5. No vermin or pest infestation is evident.
6. There are no plumbing leaks in the water system.

If any of these conditions exist, the supervisor will take immediate corrective action if possible, or a work order will be completed with a copy forwarded to the ES/FSM.

**Food Service Areas**

It is the responsibility of the Food Services Administrator to ensure high sanitation standards are maintained in the food preparation and service areas.  The Kitchen Supervisor will supervise the kitchen detainee work force in daily routing cleaning duties.  The kitchen will be inspected and rated by the county Health Department at least annually.

**Medical Areas**

Special attention will be afforded the medical area to comply with health standards for cleanliness.  The staff member supervising detainee workers will ensure they are under that individual's constant, direct visual observation while cleaning the medical area. When mopping in the medical unit, the double bucket

CONFIDENTIAL



| | HOUSEKEEPING PLAN | ATTACHMENT TO |
|---|---|---|
| The GEO Group, Inc. | POLICY AND PROCEDURE MANUAL | NUMBER:  12.1.4 - AUR |

method will be utilized. 2 mops will be utilized, one containing fresh water/disinfectant. The second bucket will be utilized to rinse and discard the dirty water.

**Public Lobby**

The public lobby will be swept, mopped, and waxed as needed by detainee workers. All glass will be cleaned on an as-needed basis. Additionally, the lobby will be monitored for cleanliness throughout the day by assigned staff. Any hazards or unclean conditions will immediately be corrected by a detainee worker under an officer's supervision.

**Visitation**

All visitation areas will be cleaned as needed by detainee workers after the area is thoroughly searched by staff. All trash will be discarded, carpets vacuumed, and glass cleaned as needed. Carpets will, at a minimum, be cleaned once a quarter. This cleaning will be conducted on 1st Shift.

**Restricted Security Areas**

The control center and the Maintenance Shop will be off limits to detainees at all times (no exceptions). These areas will be cleaned by facility staff members. This cleaning will consist of cleaning counter areas, discarding trash, vacuuming the carpet, as needed, and cleaning all glass, as needed.

**Rear Sally Port Area**

The rear sally port area is a means of egress during emergency situations; therefore, it must be free of debris, parked vehicles, etc. It is the responsibility of the Intake Officer to ensure that this area is clear by the end of each shift.

**Liquid and Solid Waste**

Liquid waste will be disposed of through the waste water system. Mop bucket water will be disposed of by pouring the water down the designated mop bucket cleaning sink. Solid waste and trash will be removed from departments and housing units at least once each day and placed in the trash container.

**Carpet Cleaning**

All carpets will be vacuumed daily. The Facility Janitor in conjunction with 1st shift will be responsible for this cleaning. All carpets will be cleaned as necessary.

**Hazardous Materials**

All caustic, toxic, and flammable materials will be handled in accordance with Policy 13.1.4-AUR.

**Pest/Vermin Control**

The facility uses the service of a qualified professional extermination contractor. This service's purpose is to eliminate pest infestations and provide preventive treatment of future infestations.

CONFIDENTIAL

GEO_MEN 00038636



| GEO The GEO Group, Inc. | HOUSEKEEPING PLAN POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER:   12.1.4 - AUR |
|---|---|---|

The professional contractor will service the facility at least once a month; this schedule may vary from time to time in areas such as the facility kitchen.  If necessary, additional preventive treatments may be scheduled.

**Housekeepers**

Supervising housekeepers is the responsibility of the officers assigned to the dormitory/unit.  Supervision includes assigning duties, training newly assigned detainees on their task, supervising work as it is done and removing detainees who do not perform.

Dormitory/Unit Officers must notify the Captain of any detainee removed from worker status for nonperformance for duties or for vacancies that occur due to a release or transfer.  The Classification Department is responsible for assigning the next eligible detainee in that dormitory/unit to fill the vacancy.

**Housing Units**

On a weekly basis or as needed, all housing units will be subject to a total sanitation project to assure standards are met and maintained.  The responsibility for cleaning will be shared by 2nd and 3rd shifts. 2nd Shift will be responsible for the West side and 3rd shift responsible for the East side.  The following schedule will be followed:

| WEST SIDE | | | | EAST SIDE | | |
|---|---|---|---|---|---|---|
| Monday | A | Dorm | | Monday | L | Dorm |
| Tuesday | B | Dorm | | Tuesday | M | Dorm |
| Wednesday | C | Dorm | | Wednesday | N | Dorm |
| Thursday | D | Dorm | | Thursday | X | Dorm |
| Friday | E | Dorm | | Friday | Y | Dorm |
| Saturday | F | Dorm | | Saturday | Z | Dorm |
| Sunday | G | Dorm | | Sunday | Seg/SMU | |

### FACILITY CLEAN-UP
### DAILY CLEANING SCHEDULE

| AREA | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|
| Floors (Hallways, East and West Cores, Intake, Medical Area and East Recreation) | Dibs Neutral Floor Cleaner | Sweep and damp mop. Strip, seal and wax and spray buff as needed. |
| Windows And Window Sills | Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Stainless Steel (Showers, Sinks) | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Trash Receptacles | Lysol Disinfectant Deodorizing Cleaner | Empty and wipe down daily |

Page 3 of 5



| | | |
|---|---|---|
| **HOUSEKEEPING PLAN** | | **ATTACHMENT TO** |
| The GEO Group, Inc. | **POLICY AND PROCEDURE MANUAL** | **NUMBER:  12.1.4 - AUR** |

| Furniture and Equipment | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
|---|---|---|
| Stainless Steel (Showers, Sinks) | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |

### HOUSING UNIT CLEANING SCHEDULE
### ASSIGNED HOUSEKEEPERS
### AND DORMITORY TRUSTEE

| AREA | SCHEDULED CLEANING | CLEANERS AND DISINFECTANTS USED | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Floors | Once per shift (more often if needed) | Dibs Neutral Floor Cleaner | Sweep and damp mop |
| Divider Walls, Windows And Window Sills | Once per shift (more often if needed) | Glass Cleaner | Clean windows and wipe down surfaces to keep them dust-free |
| Sinks, Commodes and Showers | Once per shift (more often if needed) | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Clean surfaces with cloth, scrubbing pad or brush using the appropriate cleanser. |
| Trash Receptacles | Daily | Lysol Disinfectant Deodorizing Cleaner | Empty and wipe down daily |
| Furniture | Once per shift | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Equipment | Each Shift | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Stainless Steel (Showers, Sinks) | Once per shift) | | Wipe down surfaces with cloth |
| Mattresses | Upon movement of detainees | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth |
| Light Fixtures/Vents/Air Ducts | Once a month | Lysol Disinfectant Deodorizing Cleaner | Wipe down surfaces with cloth.  Use air compressor to clean vents.  (Done by Maintenance Trustee). |

CONFIDENTIAL                                                    GEO_MEN 00038638



| HOUSEKEEPING PLAN POLICY AND PROCEDURE MANUAL | ATTACHMENT TO NUMBER: 12.1.4 - AUR |
|---|---|

## KITCHEN
## CLEANING SCHEDULE

| AREA | SCHEDULED CLEANING | CLEANER & DISINFECTANTS | SPECIAL INSTRUCTIONS |
|---|---|---|---|
| Tables and Sinks, Stainless Steel | After every use | Pro Quat 100 | Polish with High Shine every Wednesday |
| Pots and Pans | After every use | Lemon Pot and Pan Degreaser | Use 3-sink table and sanitize |
| Ovens and Grill | After every use | Pro Kling Foaming Oven and Grill Cleaner | Degrease every Thursday with degreaser |
| Dishwasher | After every use | Descaler | De-lime every Thursday and polish with high shine |
| Chemical Room | Daily | Kitchen degreaser. | Sweep and mop. Restock cabinet weekly |
| Floors | Hourly or as needed | Kitchen degreaser | Monitor constantly, Use "Wet Floor" signs |
| Storeroom | Daily | Kitchen degreaser | Seep and mop. Every Monday move racks from the wall and mop floor. |
| Hoods and filters | Twice daily | Grease cutter High shine | Clean the filters every Monday and polish with high shine. |
| Freezer and refrigerator | Every Tuesday | Freezer clean | Sweep floor and wipe down the racks |
| Kettles | After every use | Lemon Pot and Pan degreaser High shine | Every Tuesday shine the exterior surface with high shine. |
| Bathroom | Once per shift | Liquid Comet ® with Bleach Lysol Disinfectant Deodorizing Cleaner | Check every shift. Sign out chemicals from laundry (supply) during assigned hours. |
| Food warmer and food carts | Daily | High Shine / degreaser | Inside – weekly with degreaser; outside daily with high shine. |

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ENVIRONMENTAL SPECIALIST/FACILITY FIRE SAFETY MANAGER.**

APPROVED: _____   DATE: 7-30-09
ES/FSM

APPROVED: _____   DATE: 7.30.09
Warden T. Hunt

CONFIDENTIAL   GEO_MEN 00038639

| GEO The GEO Group, Inc. | Aurora/ICE Processing Center **POLICY and PROCEDURE MANUAL** **CHAPTER: Sanitation** **TITLE: Sanitation Procedures** **RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07** | <u>**NUMBER**</u>: **12.1.4 - AUR** <u>**REVISED ON**</u>: **3/30/10** <u>**SUPERSEDES**</u>: **7/29/09** |
|---|---|---|

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the department head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other department heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

CONFIDENTIAL

GEO_MEN 00038613



| | Aurora/ICE Processing Center | |
|---|---|---|
| | **POLICY AND PROCEDURE MANUAL** | **NUMBER: 12.1.4 -AUR** |
| | **CHAPTER: Sanitation** | |
| | **TITLE: Sanitation Procedures** | |

**C. Dormitory Sanitation**

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the supply office.

The Dormitory Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D. Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released. This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E. Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility. Detainee workers will conduct the cleaning.

Waxing of corridors and dormitory floors will be done as needed during the week on 1st Shift. All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F. Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR. A record of these inspections will be filed with the Captain.

Page 2 of 3

GEO_MEN 00038614



| | Aurora/ICE Processing Center | |
|---|---|---|
| **The GEO Group, Inc.** | **POLICY AND PROCEDURE MANUAL**<br><br>**CHAPTER:  Sanitation**<br><br>**TITLE:  Sanitation Procedures** | **NUMBER:  12.1.4 -AUR** |

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor.  The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each department head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Manager will keep a record of those inspections.

**G.  Water Supply**

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

**H.  Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

APPROVED:  _Clror/ R Gilkey_
Warden C.R. Gilkey

EFFECTIVE:  _3/30/10_

CONFIDENTIAL

GEO_MEN 00038615

| GEO The GEO Group, Inc. | **Aurora/ICE Processing Center**<br>**POLICY and PROCEDURE MANUAL**<br><br>**CHAPTER:  Sanitation**<br><br>**TITLE:  Sanitation Procedures**<br><br>**RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07** | **NUMBER:**<br>**12.1.4 - AUR**<br><br>**REVISED ON:**<br>**6/14/10**<br><br>**SUPERSEDES:**<br>**3/30/10** |
| --- | --- | --- |

## I.  POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the Department Head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer.  Detention Officers and other Department Heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B.  Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly.  Nothing will be placed over windows, lights, vents, bars or grilles.  Shoes will be neatly lined up under the edge of the bed.  All personal property will be stored in the locker/container provided.  Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee.  The detainee is responsible for the proper use and care of these articles.

Page 1 of 3

CONFIDENTIAL

GEO_MEN 00038625

|  The GEO Group, Inc. | **Aurora/ICE Processing Center**<br>**POLICY AND PROCEDURE MANUAL**<br>**CHAPTER: Sanitation**<br>**TITLE: Sanitation Procedures** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

### C. Dormitory Sanitation

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

### D. Segregation/Special Management Unit Sanitation

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

### E. Common Area Sanitation

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  Detainee workers will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

### F. Inspection Program

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR.  A record of these inspections will be filed with the Captain.

CONFIDENTIAL

GEO_MEN 00038626



| | Aurora/ICE Processing Center<br>**POLICY AND PROCEDURE MANUAL**<br>**CHAPTER: Sanitation**<br>**TITLE: Sanitation Procedures** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor. The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health. The Food Services Administrator will keep a record of those inspections.

**G. Water Supply**

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations. [4-ALDF-1A-07M]

**H. Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

*Gray highlighted areas are the changes made to the current revision.*

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

APPROVED: _____
Warden C.R. Gilkey

EFFECTIVE: _____6/14/10_____

Page 3 of 3

GEO_MEN 00038627



| | Aurora/ICE Processing Center<br>**POLICY and PROCEDURE MANUAL**<br><br>CHAPTER:  Sanitation<br><br>TITLE:  Sanitation Procedures<br><br>RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | **NUMBER**:<br><br>**12.1.4 - AUR**<br><br>**REVISED ON**:<br>**2/22/11**<br><br>**SUPERSEDES**:<br>**6/14/10** |
|---|---|---|

**I.  POLICY**

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

**II.  PROCEDURES**

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

**A.  Housekeeping Plan**

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Captain, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the Department Head responsible for the area, the Shift Supervisor, the ES/FSM, and the Captain.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer.  Detention Officers and other Department Heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

**B.  Detainee Sanitation Responsibilities**

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly.  Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed.  All personal property will be stored in the locker/container provided.  Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee.  The detainee is responsible for the proper use and care of these articles.

Page 1 of 4

|  | **Aurora/ICE Processing Center**<br>**POLICY AND PROCEDURE MANUAL**<br>**CHAPTER:  Sanitation**<br><br>**TITLE:  Sanitation Procedures** | **NUMBER:  12.1.4 -AUR** |
|---|---|---|

**C.  Dormitory Sanitation**

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D.  Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E.  Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  Detainee workers will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F.  Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR.  A record of these inspections will be filed with the Captain.

CONFIDENTIAL



| | Aurora/ICE Processing Center | |
|---|---|---|
| | **POLICY AND PROCEDURE MANUAL** | **NUMBER:  12.1.4 -AUR** |
| | **CHAPTER:  Sanitation** | |
| | **TITLE:  Sanitation Procedures** | |

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor.  The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Administrator will keep a record of those inspections.

**G.  Water Supply**

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

**H.  Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**I.  Blood or other body fluid**

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the "Guidelines for Blood Spill Clean-Up". The reporting staff member will notify the on duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces.  Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a contaminated waste receptacle in the medical unit. Security staff will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an inner degradable bag and outer yellow contaminated linen bag. Staff assigned to deliver the

Page 3 of 4

                                GEO_MEN 00007205

|  | **Aurora/ICE Processing Center**<br>**POLICY AND PROCEDURE MANUAL**<br><br>**CHAPTER: Sanitation**<br><br>**TITLE: Sanitation Procedures** | **NUMBER: 12.1.4 -AUR** |
|---|---|---|

contaminated linen to the laundry will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

APPROVED: _____
  Warden M. Holm

EFFECTIVE: _____

Page 4 of 4

GEO_MEN 00007206



| | Aurora Detention Center<br>POLICY and PROCEDURE MANUAL<br><br>12.1.4-AUR | REVISED ON:<br>9/10/12<br><br>SUPERSEDES:<br>2/22/11<br>APPROVED BY: |
|---|---|---|
| | CHAPTER: Sanitation<br>TITLE: Sanitation Procedures<br>RELATED ACA STANDARDS: 4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | |

## I. POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II. PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A. Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc. These plans will be prepared as directed by the ES/FSM, the Chief of Security, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval. Copies of all approved plans will be distributed and maintained in the offices of the Department Head responsible for the area, the Shift Supervisor, the ES/FSM, and the Chief of Security.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer. Detention Officers and other Department Heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B. Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly. Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed. All personal property will be stored in the locker/container provided. Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee. The detainee is responsible for the proper use and care of these articles.

CONFIDENTIAL



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**12.1.4-AUR**

**CHAPTER:** Sanitation
**TITLE:** Sanitation Procedures



**C.  Dormitory Sanitation**

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D.  Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E.  Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  Detainee workers will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F.  Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR.  A record of these inspections will be filed with the Chief of Security.

CONFIDENTIAL

GEO_MEN 00038650



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**12.1.4-AUR**

CHAPTER: Sanitation
TITLE: Sanitation Procedures



Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor.  The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Administrator will keep a record of those inspections.

## G.  Water Supply

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

## H.  Maintenance Issues

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

## I.   Blood or other body fluid

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the "Guidelines for Blood Spill Clean-Up". The reporting staff member will notify the on duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces.  Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a contaminated waste receptacle in the medical unit. Security staff will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an inner degradable bag and outer yellow contaminated linen bag. Staff assigned to deliver the

CONFIDENTIAL

GEO_MEN 00038651

|  | **Aurora Detention Center**<br>**POLICY AND PROCEDURE MANUAL**<br><br>**12.1.4-AUR**<br><br>**CHAPTER:  Sanitation**<br>**TITLE:  Sanitation Procedures** |  |
|---|---|---|

contaminated linen to the laundry will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

 **Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

CONFIDENTIAL

GEO_MEN 00038652



| | Aurora Detention Center<br>**POLICY and PROCEDURE MANUAL**<br><br>**12.1.4-AUR**<br><br>**CHAPTER:  Sanitation**<br>**TITLE:  Sanitation Procedures**<br>**RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07** | **REVISED ON:**<br>5/6/13<br>**SUPERSEDES:**<br>9/10/12<br>**APPROVED BY:** |
|---|---|---|

**ICE APPROVAL:**

## I.  POLICY

To provide staff and detainees with a clean sanitary living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Chief of Security, and the head of the department involved.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and specific instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other program areas, walls and windows, toilet and shower facilities, and equipment.

Housekeeping plans for all areas will be forwarded to the ES/FSM for review and approval.  Copies of all approved plans will be distributed and maintained in the offices of the Department Head responsible for the area, the Shift Supervisor, the ES/FSM, and the Chief of Security.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Supply Officer.  Detention Officers and other Department Heads are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B.  Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly.  Nothing will be placed over windows, lights, vents, bars or grilles. Shoes will be neatly lined up under the edge of the bed.  All personal property will be stored in the locker/container provided.  Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Dormitory Officer to each detainee.  The detainee is responsible for the proper use and care of these articles.

Confidential

|  | **Aurora Detention Center**<br>**POLICY AND PROCEDURE MANUAL**<br><br>**12.1.4-AUR**<br><br>**CHAPTER:  Sanitation**<br>**TITLE:  Sanitation Procedures** |  |
|---|---|---|

**C.  Dormitory Sanitation**

At 6:00 a.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Staff will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Lysol bottles will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D.  Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down flat surfaces.

**E.  Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  Detainee workers will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F.  Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility. These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR.  A record of these inspections will be filed with the Chief of Security.

Page 2 of 4



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**12.1.4-AUR**

CHAPTER:  Sanitation
TITLE:  Sanitation Procedures



Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to the immediate supervisor.  The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will issue an incident report.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be logged.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file.

The county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Administrator will keep a record of those inspections.

**G.  Water Supply**

The facility's potable water source and supply, owned and operated by the public water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

**H.  Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, and other equipment in the facility will be the responsibility of the Maintenance Department.

**I.  Blood or other body fluid**

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the "Guidelines for Blood Spill Clean-Up". The reporting staff member will notify the on duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces.  Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a contaminated waste receptacle in the medical unit. Security staff will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an inner degradable bag and outer yellow contaminated linen bag. Staff assigned to deliver the

Confidential

GEO-MEN 00099982



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**12.1.4-AUR**

**CHAPTER:  Sanitation**
**TITLE:  Sanitation Procedures**



contaminated linen to the laundry will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

Confidential

GEO-MEN 00099983



| | Aurora Detention Center<br>**POLICY and PROCEDURE MANUAL**<br><br>**12.1.4-AUR**<br><br>CHAPTER:  Sanitation<br>TITLE:  Sanitation Procedures<br>RELATED ACA STANDARDS:  4-ALDF-1A-01, 1A-02, 1A-04, 1A-07 | <u>REVISED ON:</u><br>08/18/14<br><u>SUPERSEDES:</u><br>5/06/13<br><u>APPROVED BY:</u> |
|---|---|---|

GEO Corrections
ICE APPROVAL:

## I.  POLICY

To provide detainees and staff with a clean living environment consistent with all applicable codes, standards and sound detention practice.

## II.  PROCEDURES

The Environmental Specialist/Fire Safety Manager (ES/FSM) will develop and oversee procedures that ensure the facility's sanitation plan is carried out; however, ensuring high standards of housekeeping and sanitary practices in the various areas of the facility is the responsibility of staff members and each department head.

### A.  Housekeeping Plan

A written housekeeping plan will be developed for each area of the facility, including common areas such as halls, exterior walks, etc.  These plans will be prepared as directed by the ES/FSM, the Chief of Security, and the head of the department involved.  The house keeping plan will be reviewed annually.

Plans will include a cleaning schedule for the area; specific assignments for detainees assigned to sanitary duties; a time schedule for completion; and instructions for cleaning cells, dayrooms, and other common areas, floors and doors, storage areas, other areas, walls and windows, toilet and shower facilities, and equipment.

Waste disposal procedures will be included in the sanitation plan, providing for proper collection, storage, and disposal of all liquid and solid waste accumulations for each area.

Necessary cleaning supplies and equipment will be procured from the Warehouse Officer.  Detention Officers are responsible for the secure, hygienic storage of all cleaning supplies, including the proper storage of mops and other wet items.

### B.  Detainee Sanitation Responsibilities

Each detainee will be responsible for the cleanliness of his or her cell or living area, including walls, floors, sink, toilet, windows, and other property within the cell, room, or living area.

Beds will be made neatly and tightly.  Nothing will be placed over windows, lights, vents, bars or grilles.  Shoes will be neatly lined up under the edge of the bed.  All personal property will be stored in the locker/container provided.  Detainee personal property storage and limits will be enforced in the process of all sanitation inspections.

Cleaning materials and articles for cleaning will be issued by the Housing Unit Officer to each detainee.  The detainee is responsible for the proper use and care of these articles.

### C.  Housing Unit Sanitation

At 6:00 a.m. each day, the following items will be issued:

Page 1 of 4

GEO-MEN 00088208



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**12.1.4-AUR**

CHAPTER:  Sanitation
TITLE:  Sanitation Procedures



- Mops and buckets
- Brooms
- Scrub brushes
- Cleaning rags
- Cleaning Chemicals

Cleaning items will be secured each day by 10:00 p.m.; before and after issue staff will inspect all cleaning equipment for safety, cleanliness and damage.

At 10:00 a.m. and 5:00 p.m. each day, the following items will be issued:

- Mops and buckets
- Brooms
- Cleaning rags

Housing Unit Officers will inspect all cleaning equipment for safety, cleanliness and damage, before and after issue. Cleaning Chemicals will be secured with the above listed items until 10:00pm at which time they will be secured in the housing unit janitor closet.

The Housing Unit Officer and Shift Supervisor are responsible for inspection of all cleaning.

Cleaning implements will be kept in the janitorial closet, so as to provide for proper ventilation and drying.

**D.  Segregation/Special Management Unit Sanitation**

Cells will be cleaned daily and as detainees are transferred or released.  This will include cleaning the toilet/sink areas, mopping the floor, sanitizing mattresses and pillows and wiping down horizontal surfaces.

**E.  Common Area Sanitation**

The 1st Shift is responsible for cleaning corridors and other common areas of the facility.  The Facility Clean-up Crew will conduct the cleaning.

Waxing of corridors and housing unit floors will be done as needed during the week on 1st Shift.  All floors will be kept clean, dry, and free of hazardous substances.

The Shift Supervisor will inspect common areas for compliance with all sanitation standards and oversee the correction of any deficiencies.

**F.  Inspection Program**

Pre-assigned staff members will conduct daily inspections of sanitation levels in all areas of the facility.  These inspections will be in addition to the security inspections conducted under Policy and Procedures 10.2.33 – AUR.  A record of these inspections will be filed with the Chief of Security.

Post orders will reflect the areas of sanitation and inspection responsibility for each staff member.

The Housing Unit Officer will inspect all living areas daily and report any infraction of these regulations to

Confidential



**Aurora Detention Center**
**POLICY AND PROCEDURE MANUAL**

**12.1.4-AUR**

**CHAPTER:  Sanitation**
**TITLE:  Sanitation Procedures**



the Shift Supervisor.  The officer will notify detainees of unsatisfactory conditions, in cases of continued noncompliance, staff will complete a charging packet and/or incident report as is appropriate.

Each Department Head will personally inspect his or her department or area of responsibility at least once a week; that inspection will be documented.

The ES/FSM will conduct weekly and monthly inspections of sanitation levels in all areas of the facility and will keep a record of those inspections on file. All Safety Committee Members will inspect the facility on a quarterly basis.

The Tri-county Health Department will conduct annual inspections to ensure and document compliance with all applicable law and regulations related to sanitation and health.  The Food Services Administrator will keep a record of those inspections.

**G.   Water Supply**

The facility's potable water source and supply, owned and operated by the Aurora Water department, is certified at least annually by an independent, outside source to be in compliance with all jurisdictional laws and regulations.  [4-ALDF-1A-07M]

**H.   Maintenance Issues**

The facility will have an established system for reporting, responding to, and accounting for materials and labor relating to all facility repairs.

Major maintenance of toilets, wash basins, sinks, walls, doors and other equipment in the facility will be the responsibility of the Maintenance Department.

**I.     Blood or other body fluid**

Following any incident where there is spillage of blood or other body fluids the area shall be sanitized immediately by a member of the health service staff pursuant to the Exposure Control Plan. The reporting staff member will notify the on duty Shift Supervisor who will make the determination as to whether there is a need to preserve evidence.

Security staff will ensure the area is secure and that all persons entering the area are donning appropriate Personal Protective Equipment for the situation. At no time will detainees be utilized for cleaning blood spills.

Medical staff will utilize "Clean-Up Kits" to clean up any blood and body fluids as well as decontaminate the area. Either a hospital grade disinfectant or a solution of one part bleach to 10 parts water will be utilized to clean all surfaces.  Once the area has been properly cleaned, the kit and any additional items utilized for the cleaning will be disposed of properly in a Bio-Hazard waste receptacle in the medical unit. Shift Supervisor will make a final walk through of the area to ensure no equipment has been left behind.

Any clothing that has been contaminated with these fluids, including the equipment and clothing of staff involved shall immediately be disinfected or destroyed as appropriate. Disinfecting of clothing will include the use of an water soluble bag and outer yellow contaminated linen bag. Staff assigned to deliver the contaminated linen to the laundry will ensure the bag is delivered directly to the Laundry Officer only after proper protective equipment is donned.

Page 3 of 4

                                                                                           GEO-MEN 00088210

|  | **Aurora Detention Center**<br>**POLICY AND PROCEDURE MANUAL**<br><br>**12.1.4-AUR**<br><br>**CHAPTER: Sanitation**<br>**TITLE: Sanitation Procedures** |  |

Staff should exercise reasonable care when handling or exposed to the above body fluids, just as they do in addressing other types of risks common in their work.

**THIS POLICY WILL BE REVIEWED AT LEAST ANNUALLY AND UPDATED AS NEEDED.**

**Gray highlighted areas are the changes made to the current revision.**

**QUESTIONS/SUGGESTIONS REGARDING THIS POLICY SHALL BE ADDRESSED TO THE ASSISTANT WARDEN OF OPERATIONS.**

Confidential

GEO-MEN 00088211