# Exhibit V

# DETAINEE HANDBOOK

## TABLE OF CONTENTS

Introduction                                           3
Detainee Rights and Responsibilities                   4
Expected Behavior                                      5
How you can communicate in writing                     5

### SECTION 1 – ADMISSIONS

A.    Detainee phone calls - Booking                   5
B.    Booking                                          5
C.    Housing and uniforms                             6
D.    Arrival without your property                    6
E.    Property you may take to dorm                    6
F.    Personal property storage                        7
G.    Money/Property release                           7
H.    Property left upon discharge/transfer            7
I.    Items left for detainees                         7
J.    Return of your money                             8
K.    Money transactions                               8
L.    Orientation video                                8
M.    Pro Bono Immigration law video                   8
N.    Opportunity to work                              8

### SECTION II - ACCESS TO COURT AND LAW LIBRARY

A.    Immigration law library material                 9
B.    Hours of access                                  9
C.    Replacing damaged materials                      10
D.    Supervision                                      10
E.    Updating legal materials                         10
F.    Request for additional legal materials           10
G.    Photocopying of legal documents                  10
H.    Assistance from other detainees                  10
I.    Illiterate and non-English speaking detainees    11
J.    Detainee retention of personal legal materials   11
K.    Law library access for Segregation/Special Management Unit   11
L.    Legal visitation                                 11
M.    Requests to INS or Court                         12
N.    Legal communication                              12
O.    Retaliation prohibited                           12
P.    Notary Public                                    12

### SECTION III - MAIL, VISITATION, TELEPHONES

A.    Mail                                             12
B.    Incoming mail                                    13
C.    Outgoing mail                                    15
D.    Visitation                                       16
E.    Visiting information                             16
F.    Visits between detainees                         16
G.    Visiting restriction                             16

1

| | | |
|---|---|---|
| H. | Detainee telephone calls | 17 |
| I. | Pre-Paid phone cards | 17 |
| J. | Using the Blue Phones | 17 |
| K. | Local legal calls | 18 |
| L. | Incoming calls | 18 |
| M. | Special Access Calls | 18 |

**SECTION IV - DETAINEE SERVICES**

| | | |
|---|---|---|
| A. | Recreation | 19 |
| B. | Television | 19 |
| C. | Smoking policy | 20 |
| D. | Education | 20 |
| E. | Food service | 20 |
| F. | Health care | 21 |
| G. | Haircuts | 22 |
| H. | Laundry service | 22 |
| I. | Religious services and spiritual counseling | 22 |
| J. | Detainee library services | 23 |
| K. | Commissary | 23 |
| L. | Marriage requests | 23 |

**SECTION V - SANITATION**

| | | |
|---|---|---|
| A. | Personal hygiene | 24 |
| B. | Living Area/bunk Space | 24 |
| C. | Dormitory sanitation | 25 |
| D. | Day space | 25 |

**SECTION VI - GRIEVANCE PROCEDURES**

| | |
|---|---|
| Filing a grievance | 26 |

**SECTION VII - DETAINEE AND STAFF'S SECURITY AND SAFETY**

| | | |
|---|---|---|
| A. | Personal safety | 27 |
| B. | Emergency evacuation | 28 |
| C. | Attempted escapes | 28 |
| D. | Commission of a crime | 28 |
| E. | Destruction of property | 28 |
| F. | Counts | 28 |
| G. | Search procedures | 29 |
| H. | Contraband | 29 |
| I. | Authorized items | 30 |

**SECTION VIII - DISCIPLINARY PROCEDURE**

| | | |
|---|---|---|
| A. | Level of offense | 30 |
| B. | Limitations of punishment for infractions | 30 |
| C. | Definitions | 31 |
| D. | Infractions | 32 |
| E. | Informal Disposition of Level 300 offenses | 38 |
| F. | Filing of charges | 38 |
| G. | Hearing officer | 38 |
| H. | Hearing | 38 |
| I. | Suspension of privileges | 39 |
| J. | Appeal procedures | 39 |

2

GEO_MEN 00040732

K.      Administrative Segregation Hearing                              40

3

## INTRODUCTION

This Handbook, with rules and regulations contained herein, is adopted and enacted by the WCC/INS Processing Center Administration pursuant to written guidelines, laws, rules and regulations. Please read it carefully. If you have any questions concerning any aspect of this handbook, please contact a staff member for clarification.

The information contained in this Handbook applies to all detainees and is intended to ensure your safety and the safety of staff, decent living conditions, fair treatment, and the protection of your rights. It is the policy of this facility that no individual be discriminated against because of age, sex, race, color, creed, religion, physical challenges or national origin.

The detention staff is charged with the responsibility of maintaining the safety and security of detainees, to provide an appropriate professional response to detainee needs and to maintain the safe and orderly running of the facility. The staff/detainee relationship is very important to everyone's well being, and each detainee has an important role in maintaining and improving this relationship.

If you have a suggestion for improvement, submit it to the administration through the Detainee Request Form (kite) procedures. This is an effective means of bringing about change in a responsible manner.

### FACILITY ADDRESS, TELEPHONE NUMBER AND DIRECTIONS

**WCC/INS PROCESSING CENTER**
**11901 E. 30TH AVENUE**
**AURORA, COLORADO 80010-1525**
**303-361-6612**

### DIRECTIONS:

THE WCC/INS PROCESSING CENTER IS LOCATED 1.1 MILES SOUTH OF I-70 AND 1.4 MILES NORTH OF COLFAX AVENUE.

EXIT I-70 ONTO PEORIA STREET, <u>SOUTH</u>, GO APPROXIMATELY 1.1 MILES TO EAST 30TH AVENUE, TURN RIGHT (WEST) ON 30TH AVENUE AND PROCEED APPROXIMATELY 1 BLOCK. THE FACILITY WILL BE ON THE RIGHT SIDE OF THE STREET.

IF TRAVELING <u>NORTH</u> ON PEORIA STREET, GO TO EAST 30TH AVENUE, TURN LEFT (WEST), AND GO APPROXIMATELY 1 BLOCK. THE DISTANCE FROM COLFAX AND PEORIA STREETS IS APPROXIMATELY 1.4 MILES. THE FACILITY WILL BE ON YOUR RIGHT.

Reviewed and revised as of February 25, 2002

_____
Warden/Facility Administrator

4

## DETAINEE RIGHTS AND RESPONSIBILITIES

You have the right to be informed of the rules, procedures and schedules of this facility that affect you.

**You have a responsibility to know and abide by the rules, procedures and schedules of this facility.**

You have the right to expect that as a human being all personnel will treat you respectfully, impartially, fairly and humanely.

**You have the responsibility to treat others, both employees and detainees, in the same manner.**

You have the right to freedom of religious affiliation and voluntary religious worship.

**You have the responsibility to recognize and respect the voluntary rights of others in this regard.**

You have the right to health care which includes nutritious meals, proper bedding and clothing, a laundry schedule for clean bedding and clothing, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles, and medical and dental treatment.

**You have the responsibility to not waste food, follow laundry and shower schedules, maintain neat and clean living quarters, keep your area free of contraband, and seek medical and dental care as you may need it.**

You have the right to unrestricted and confidential access to the courts by correspondence.

**You have the responsibility to present honestly and fairly your petitions, questions, and problems to the courts.**

You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States government.

**It is your responsibility to use the services of an attorney honestly and fairly.**

You have the privilege to have family members and friends visit with you in keeping with the facility rules and regulations.

**It is your responsibility to conduct yourself properly during visits, not to accept or pass contraband, and not to violate federal, state or local laws or the policies of WCC/INS Processing Center.**

You have the right to reading material for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from publishers.

**It is your responsibility to seek out and use materials for your benefit, without depriving others of the same benefit.**

You have the right to use the law library reference materials to help you resolve legal problems. You also have the right to receive help when it is available through a legal assistance program.

**It is your responsibility to use these resources according to the prescribed procedures and schedules, and to respect the rights of others to use the material.**

5

GEO_MEN 00040735

You have the right to participate in educational classes, vocational training, and work as far as resources are available and in keeping with your interests, needs, facility needs, custody status, physical and mental health condition and abilities.

**You have the responsibility to take advantage of activities that may help you live a successful and law-abiding life here in this facility as well as when you return to the community. You will be expected to follow the regulations governing these activities.**

## EXPECTED BEHAVIOR

We expect you to comply with our guidelines for behavior while you are at this facility.  In general, our expectations are that you will:

1.   Follow staff directives and requests, both verbal and written.
2.   Respect facility property and the property of detainees.
3.   Maintain your sleeping area and surrounding common areas in a clean, orderly and sanitary fashion.
4.   Maintain daily personal hygiene habits.
5.   Behave in a rational manner with both staff and other detainees.

## HOW YOU CAN COMMUNICATE IN WRITING

You can communicate with WCC staff and INS personnel with a "**kite**." A "**Kite**" is a term used in the detention facility for the **Detainee Request Form**, which is available from your dorm officer.  If you have a problem, or need information, complete a kite and give it to the officer in charge of your dormitory.  Your kite will be handled in a timely manner.  Please make sure you retain your copy of the kite that the officer gives you for your records.

I.     **ADMISSIONS**

   A.     **PHONE CALLS DURING BOOKING**

   You will be allowed to make up to three completed, <u>local</u> or <u>collect</u> long distance calls during the processing stage. If your initial call was not completed prior to being processed, telephones to make your calls are available in the living unit where you will be assigned.

   B.     **BOOKING**

   <u>QUESTIONS ASKED OF YOU</u>

   You are required to answer questions designed to identify individual characteristics and to aid the facility staff in your proper classification into the institution during the booking process. In addition, you will be photographed. Other information pertaining to you may also be gathered during this booking process.

   1.     You will be screened for medical problems.  It is important that you answer all questions truthfully and accurately, as they will be used to determine if immediate medical attention is needed.

   2.     During the screening process, you will be asked to sign a Consent for Medical Treatment Form. You have the right to refuse medical treatment at any time.

6

GEO_MEN 00040736

3.    You will be informed of the procedure to follow in order to obtain subsequent medical attention. If you should have a medical problem and you do not know what the procedure is, ask a detention officer or other staff member.

## C.    **HOUSING AND UNIFORMS**

You will be placed in living quarters based upon your present and past criminal history, escape history, the need to separate you from others if necessary, and to maintain a population balance in the living quarters. **Female detainees** will be detained in a dormitory separate from males.

### 1.    UNIFORMS

Following the booking process, you will be issued clothing consisting of 2 orange uniforms, 3 pair of undergarments, 1 gym shirt, 1 pair of shorts, 1 pair of shower shoes, tennis shoes, two sheets, 1 pillow case, 1 blanket, 1 towel, 1 pillow, 1 toothbrush, toothpaste, soap, hand lotion and a comb.  Female detainees will be provided 3 bras, and necessary feminine hygiene items in addition to the above.  It is your responsibility to wear the uniform as directed by staff, which includes wearing an identification card or wristband.

### 2.    WCC - ID

All detainees will be issued a WCC Identification Card or ID wristband. Your Identification must be worn and visible at all times.  When a staff member asks you for your Identification Card or your Wrist Band Identification, it must be presented or you may incur a disciplinary report. Your Identification Card or Wristband ID provides you access to certain services, e.g., recreation, commissary, library, medical services. *If you lose, damage or destroy your ID, it is your responsibility to contact a dorm officer and notify them that you need a replacement ID.* You may be required to pay for the replacement of your ID card or wristband.

### 3.    PERSONAL PROPERTY

All property taken from you will be listed on a receipt. You will be requested to sign the receipt and you will receive a copy.  Keep your copy.  Your property will be stored in a safe place during your time in this facility.  Your property will be returned to you upon your release from this facility.  Any unauthorized personal property is contraband and will be surrendered to staff for securing and inventorying.

### 4.    MONEY

All of your money will be taken from you upon your arrival and will be deposited in an account listed in your name. A receipt for the deposited money will be issued to you. Keep a copy of your receipt.  There is no limit on the amount of money you may accumulate. United States currency is the only money that will be deposited for you.

## D.    **ARRIVAL WITHOUT YOUR PROPERTY**

If you did not bring your personal property with you when you transferred here from some other facility or jail, a Detainee Request Form (Kite) should be addressed to:  **INS** -explaining the situation concerning the location of your property.

7

GEO_MEN 00040737

**E.      PROPERTY YOU MAY TAKE TO DORM**

1.      You will be able to retain only a limited amount of personal property.  All property taken into the dorm <u>must</u> fit into your assigned locker.

- Legal documents
- Family pictures (not to exceed 10) measuring 5" x 7" or smaller
- 1 pair of Prescription Glasses - <u>regular</u> or <u>contacts</u> (no sunglasses)
- Dentures – upper, lower or both plates
- Personal Address book (paper back) or pages
- Wedding band – plain, no stones
- One (1) religious book (softbound) – Bible, Koran, Talmud
- One small (1) bona fide religious medallion – if cost is less than $50.00.
- Materials authorized in writing by the Director of Security
- AM/FM Radio (without speakers) and listening plugs
- Walkmans are not allowed
- 4 batteries (AA and AAA)

**F.      PERSONAL PROPERTY STORAGE**

To protect the property of all detainees, you are not permitted access to your stored personal property except when your requests have been approved by the Law Librarian to obtain legal paper work. You may have access to pictures, cards, papers, etc. out of your wallet or purse at the time you are processed at admission in the Intake area; however, once you sign surrendering your property to the property section, you lose this option.

No alcoholic beverages, tobacco products or perishable food items will be stored or permitted in this facility. For safety reasons, matches & cigarette lighters and other disposable safety hazards will not be stored in this facility. Such items will be disposed of after you are placed into the facility population.

**G.      MONEY/PROPERTY RELEASE**

You may release all of your property, including your keys and/or money to someone in the community that you designate in writing. To release your property, a Property Release Form must be filled out and signed by you. Upon receipt of the items, the person receiving your property will sign the Property Release Form in the presence of a witnessing staff member. The property officer will keep the signed Property Release Form on file. Once this release is signed and property is released, the facility is no longer responsible for your property. A Property Release Form may be obtained upon request from the detention officer assigned to your housing or Core area.

<u>**The person receiving your property must provide the following information**</u>: *If the person does not have the following information, your property will not be released to them*.  <u>**It is your responsibility to advise the party picking up your property that this information is required.**</u>

- Name
- Address
- Date of Birth
- Official Picture ID or verifiable identification

**H.      PROPERTY LEFT UPON DISCHARGE/TRANSFER**

8

You are required to either take your property with you or make prior arrangements for transfer or disposal of it when you discharge from this facility.

If you leave property, a written notice will be sent certified mail to the last known address you provided, notifying you that your property has been considered abandoned and that you have 30 days to make arrangements to contact INS to claim your property.  If there is no claim, the property will be vested in the U.S. Government and INS shall direct its disposal.

I.      **ITEMS LEFT FOR DETAINEES**

The only items that may be brought to the facility for you are:

- Eyeglasses (prescription)
- Money for detainees will be accepted on Monday through Friday, from 2pm – 3pm.
- One set of release clothes (pre-approved) by the Chief of Security.

Money that is received at this facility will be credited to your account. If someone leaves money for you at the facility, a receipt will be written and a copy given to you. No personal checks will be accepted at the facility.

Deposits on your account must be in the form of U.S. currency, Postal or Western Union money orders, cashier's checks, or checks payable to you from a local, State or Federal agency.

J.      **RETURN OF YOUR MONEY**

Upon discharge or transfer from this facility, all money remaining on your account will be returned to you.

NOTE: If WCC is unable to return your property to you due to loss, theft, or misplacement by WCC, and for which you have a legitimate property receipt, then WCC will reimburse you for the missing personal property, money and/or valuables that are missing.  In the event this situation occurs, you must fill out a Property Claim Form and provide a copy of your receipts with the form.

K.      **MONEY TRANSACTIONS**

There will be no financial transaction between detainees unless approved by the Facility Administrator. You must submit a written request to the Facility Administrator that provides sufficient information (reason for the request and supporting information).

You are not allowed to have any money in your possession while in the facility i.e. cash, coins, checks or money orders.

L.      **ORIENTATION VIDEO**

A WCC facility orientation video will be presented at intake.

M.      **PRO BONO IMMIGRATION LAW VIDEO**

You will also be shown a legal video provided by the American Immigration Lawyers Association. At the time of the showing, you will be offered the opportunity to request information packets referred to in the video.  In addition, you may request these immigration law materials at anytime in the future using a packet request available to you in the dorm or Law Library.

N.      **OPPORTUNITY TO WORK**

9

The center utilizes detainees to perform such functions as painting, food services, laundry services, barbershop and sanitation.

1. All work is done on a voluntary basis. You are not required to work other than that which is customarily required for cleaning your living area. However, if you volunteer for a work detail, you are expected to work the days and hours set for the job you have agreed to work.  You are limited to 8 hours per day, 40 hours per week.

2. The Classification Officer selects and assigns workers to job vacancies with the approval of INS personnel.  Your classification level, criminal and escape history and medical status will be used to determine if you are eligible to work and if eligible, the type of work assignment for which you are eligible.

3. You may be removed from a work detail for any reason, without being taken before a Disciplinary Hearing Committee and without recourse; however, if you are removed from work status without the mandated hearing, no disciplinary action can be taken against you. If you are removed from trusty status, you may appeal your removal through the detainee grievance system.  If you lose trusty status, you cannot re-apply for a trusty (work assignment) position for 60 <u>days</u>.

   Unexcused absences from work or unsatisfactory work performance may result in removal from the work program.  Other reasons for removal from work may include:

   - Disruptive behavior
   - Threats to security
   - Infraction of a facility rule, regulation or policy, leading to removal from a work detail as a sanction imposed by a disciplinary proceeding.
   - Physical inability to perform all functions required by the job, whether because of a lack of strength or a medical condition.  You may be removed from a work detail to prevent future injuries.

4. If you are selected for a paid work position, you will earn compensation at $1.00 per day as long as your performance is satisfactory. Some positions are filled with unpaid volunteers.

5. If selected for a work detail, you must be courteous and willing to perform all of the assigned duties to the best of your abilities.

6. You will receive an orientation to your job assignment by your job supervisor. You will be asked to voluntarily sign a statement that you have received the orientation and that you understand the job requirements.  If you refuse to sign the statement, you will be removed from the job assignment and you will not be able to work on another job assignment for 60 days.

7. If you are injured on your job assignment, you are to immediately report the injury to your detail supervisor.

## II.   ACCESS TO COURT AND LAW LIBRARY

### A.   IMMIGRATION LAW LIBRARY MATERIAL

The Immigration Law Library uses a computer system.  This system, operated by trained staff members, can provide you with up-to-date Immigration Law information and significantly reduce the amount of time necessary to research your case.

10

In addition to the computers, electric typewriters, detainee handbooks, law dictionaries, legal research guides and writing materials are also available.

**B.**   **HOURS OF ACCESS**

The facility law library will be available Monday – Friday from 7:30am – 3:00pm.  This will enable all detainees regardless of housing or classification to utilize the law library on a regular basis.

Each detainee who requests to use the law library will be afforded a minimum of five hours of law library use each week.

A detainee request (Kite) for additional time in the law library will be accommodated, consistent with the orderly and secure operation of the facility, especially if you are facing a court deadline. You will need to provide some evidence that you are, in fact, facing an imminent court deadline. How this additional time is provided is subject to library availability, safety and security issues and must be arranged with the Program Coordinator.

You will not be required to lose your recreation time in order to use the law library.

**C.**   **REPLACING DAMAGED MATERIALS**

A list of law library holdings is posted in the library.  The Law Librarian is responsible for the law library and will inspect the law library documents at least weekly for missing or damaged materials. You are encouraged to report missing or damaged materials.  Damaged or missing materials will be promptly ordered and replaced.

**D.**   **SUPERVISION**

The library staff will monitor your use of legal materials to prevent misuse, damage or destroying of legal materials and/or equipment.  You are not permitted to mutilate or destroy legal materials, equipment or to remove legal material or supplies from the law library.

**E.**   **UPDATING LEGAL MATERIALS**

This facility subscribes to a law library updating service.  Out-of-date materials will be disposed of when replaced by new material.  The INS will add information on significant statutory and regulatory changes regarding detention and deportation of aliens in a timely manner, and will provide initial copies to the facility.

**F.**   **REQUEST FOR ADDITIONAL LEGAL MATERIALS**

If you require additional legal material(s) not available in the facility, you need to make a request in writing to the Program Coordinator.  Arrangements have been made for the use of the Colorado Supreme Court library for obtaining the requested documents.  If the belief that you are making unnecessary requests for material not contained in the law library arises, the Administration will consult with INS staff to determine appropriate action.

**G.**   **PHOTOCOPYING OF LEGAL DOCUMENTS**

You can obtain photocopies of legal materials when such copies are reasonable and necessary for a legal proceeding. You need to request, in writing, the number of copies you need.

The number of copies made of documents to be filed with a particular court, combined by the number required for INS records and at least one copy for your personal use will determine the

11

number of photocopies required. Staff, for the following reasons, will deny requests for photocopies:

1. The document(s) might pose a risk to the security and orderly running of the facility.
2. Copying would constitute a violation of any law or regulation.
3. The request is clearly abusive or excessive.
4. There are other legitimate security reasons.

**H.     ASSISTANCE FROM OTHER DETAINEES**

You are allowed to obtain assistance from other detainees in researching and preparing legal documents. Such a request for assistance shall be submitted in writing to the Program Coordinator for approval. Approval shall be granted on a case-by-case basis. Requests will be denied only where such assistance poses a risk to the safe and orderly running of the facility.

Such detainee assistance is always voluntary. No detainee shall be allowed to charge a fee or accept anything of value for assistance. INS or WCC shall not pay compensation to a detainee for researching and preparing legal documents on behalf of another detainee.

**I.     ILLITERATE AND NON-ENGLISH SPEAKING DETAINEES**

Unrepresented illiterate and non-English speaking detainees who wish to pursue a legal claim related to their immigration proceedings or their detention will be provided with more than access to a set of English language law books. Assistance will be provided as follows:

1. Detainees will be assisted in the use of the law library and the drafting of legal documents from other detainees who have appropriate language and reading/writing abilities.

2. Assistance in contacting *pro bono* legal-assistance organizations from the INS-provided list. *The Pro Bono list is posted by the detainee telephones in all dormitories*.

**J.     DETAINEE RETENTION OF PERSONAL LEGAL MATERIALS**

Detainees are permitted to retain all legal materials in both general population and segregation/SMU provided such material does not create a safety, security or sanitation hazard. Detainees with excess legal material will be required to place such material in personal property storage. If you wish to access the excess legal material, you must provide a request to the Program Coordinator for the specific material you need to access. Access may be permitted during designated hours. Your request will be answered within 48 hours after the request is made.

**K.     LAW LIBRARY ACCESS FOR SEGREGATION/SPECIAL MANAGEMENT UNIT**

Law library access for detainees housed in Seg/SMU is provided as follows:

1. SMU - Detainees housed in Administrative segregation have the same law library access as the general population, consistent with security. Access will be provided upon request. Detainees segregated for protection may be required to use the law library separately from other detainees. The level of law library supervision provided will be based on an individual's behavior, attitude, custody level, separation needs or other security concerns.

2. Disciplinary Segregation - Detainees housed in disciplinary segregation will be afforded the same legal access as the general population, unless security concerns require limitations. Access will be provided upon request. Violent and uncooperative detainees will be temporarily denied access.

12

L.   **LEGAL VISITATION**

Legal and consular visits are authorized at any time with current or prospective legal representatives and their legal assistants. Attorneys and paralegal representatives are permitted private contact visits with detainee clients at any time the visit is desired, subject only to any serious security conditions existing in the facility. On regular business days, the legal visits may proceed through a scheduled meal period. In this case, the detainee will receive a tray or a sack meal after the visit.

Legal assistants may meet with you during legal visitation hours provided that they produce a letter of authorization from the legal representative under whose supervision they are working. The letter must state that the named legal assistant is working on behalf of the supervising legal representative. Interpreters may accompany legal representatives and legal assistants on visits. Interpreters shall undergo the security clearance process prior to being allowed to participate in a legal visit.

Legal materials may be provided to you during a legal visit. Staff will inspect the material for contraband, but will not read the material.

M.   **REQUESTS FOR INFORMATION FROM THE INS OR THE COURT**

If you wish to contact the INS, you will need to submit a completed Detainee Request Form to request a service or information from the INS. Each request form requires your name, ID number, "A" number, the date and your signature. Print clearly and submit one form for each request. Questions about court or for INS are to be placed on a request form addressed to INS, and/or court, whichever is applicable.

N.   **LEGAL COMMUNICATION**

Mail service, attorney visitation and telephone calls are the primary means of access to legal representation and the courts.

O.   **RETALIATION PROHIBITED**

You have the right to present to the court any legal issue regarding your immigration proceedings, basis for your detention or the conditions of your confinement.

You will not be subjected to reprisals or penalties because of a decision to seek judicial relief on any matter, including the legality of your confinement; the legality of conditions or treatment while under detention or an issue relating to your immigration proceedings; or an allegation that the government is denying you rights protected by law.

P.   **NOTARY PUBLIC**

A notary public is on-site for your assistance. If you need a document notarized, submit a Detainee Request Form (kite) to either the Captain of Security or the Program Coordinator. There is no charge for this service.

III.   **MAIL, VISITATION, TELEPHONE**

A.   **MAIL**

13

1. You have the right to send and receive correspondence, publications and other materials by use of the United States Postal Service.  You may not write other detainees without the prior approval of the Facility Administrator.

2. Mail can be sent to you at this address:

   Your Name
   Your ID Number
   WCC/INS Processing Center
   11901 East 30th Avenue
   Aurora, Colorado 80010

3. **SPECIAL CORRESPONDENCE**

   Correspondence sent to or received from private attorneys and legal representatives, government attorneys, judges, courts, embassies and consulates, the President and Vice President of the U.S., members of the U.S. Congress, the U.S. Department of Justice (including the INS and the Office of the Inspector General), the U.S. Public Health Service, administrators of grievance systems, and representatives of the news media.  Correspondence will be treated as special only if the sender-for incoming correspondence or addressee - for outgoing correspondence - and their <u>title</u> and <u>office</u> are <u>CLEARLY</u> identified <u>on the envelope</u> that the correspondence is <u>Special</u>.

4. Packages may not be sent or received without advance arrangement approved by the Facility Administrator or designee.  You must submit a detainee request for approval to the Chief of Security.

5. Postage stamps may be purchased through the commissary.

6. If you need writing implements, paper and/or envelopes submit a Detainee Request Form or ask the officer of your housing unit for the materials.

7. **INDIGENT DETAINEES**

   a. If you are indigent ($1.00 or less in your account), you may receive up to three (3) stamps per week upon request from the Program Coordinator.  If you are not indigent you may purchase stamps though the commissary.

   b. Indigent detainees will be permitted to mail the following:

      1) All correspondence related to a legal matter, including correspondence to a legal representative, potential legal representative, and any court;
      2) A reasonable number of letters (3 per week) for other special correspondence upon request; and,
      3) A reasonable number of letters (3 per week) for general correspondence upon request.)

   c. Indigent postage in all cases is generally limited to letters of one ounce or less, but exceptions may be made for special correspondence and may be made in compelling circumstances for general correspondence and other mail.

B. <u>**INCOMING MAIL**</u>

   1. <u>NON- LEGAL MAIL</u>

14

GEO_MEN 00040744

All incoming mail will be opened, inspected and/or read for contraband in your presence by staff. Non-legal mail will be read when the facility personnel have reason to believe that said mail might present a threat to the facility's secure or orderly operation, endanger the recipient or the public or might facilitate criminal activity, such as containing information related to an escape attempt or other illegal activity. If, for any reason, your correspondence is withheld, you shall be informed in writing of the reason such action has been necessary. Incoming mail will be distributed within 24 hours after it is delivered by the postal service.

2. LEGAL MAIL

Incoming legal mail will be opened and inspected for contraband in your presence by staff unless waived in writing; however, legal mail shall not be read or withheld from you. This is inclusive of letters from the courts, counsel, officials of the confining authority, other government officials, and administrators of grievance systems and members of the Parole Authority. *It is your responsibility to advise the senders, if they are your legal representatives or potential representatives, to clearly mark their mail as "Special or legal" mail on the envelope.*

15

GEO_MEN 00040745

3. BOOKS, MAGAZINES AND PUBLICATIONS

You may receive items such as soft cover books, magazines and other publications by subscription or by receipt directly from the publisher or publication supplier.  All items must be prepaid. No other publications or materials will be allowed in to the facility without approval of the Facility Administrator. Any publications or materials received at this facility in a manner that is inconsistent with this policy will be returned to the original sender, any expense that is incurred will be the responsibility of said original sender. Materials that do not have return addresses will be returned to the post office as undeliverable.

4. MAGAZINE SUBSCRIPTIONS

You may receive a maximum of three (3) subscription magazines. Should you wish to receive a subscription publication, you must notify the Program Coordinator. If you have funds available in your commissary account, a check will be drawn against your account and the subscription will be submitted. You may have your family or friends purchase a subscription for you but the subscription must come directly to you as prescribed in this policy.

5. CHANGE OF ADDRESS

It is your responsibility to notify the postal service and/or publishers of your change of address should you be transferred or released. Any publications or other subscription items received at this facility after you have been released or transferred will become the property of this facility to be disposed of as the Facility Administrator deems appropriate.

6. PUBLICATIONS REVIEW

The Facility Administrator may reject a publication only if it is determined to be detrimental to the security, good order, and discipline of the institution, to protect the public or to deter criminal activity. The Facility Administrator may not reject a publication solely because its content is religious, philosophical, social or sexual, or because its contents are unpopular or repugnant. Publications, which may be rejected, include, but are not limited to publications, which meet one of the following criterions:

    a.  It depicts or describes procedures for construction or use of weapons, ammunition, bombs, or incendiary devices;
    b.  It depicts, encourages or describes methods of escape from correctional facilities, or contains blueprints, drawings or similar descriptions of the WCC/INS Processing Center, jails or correctional institutions;
    c.  It depicts or describes procedures for the brewing of alcoholic beverages or the manufacturing of drugs;
    d.  It is written in code;
    e.  It depicts, describes, or encourages activities that may lead to the use of physical violence or group disruption, e.g., material dealing with the subjects of self-defense or survival, weaponry, armaments, explosives, or incendiary devises;
    f.  It encourages or instructs in the commission of criminal activity;
    g.  It is sexually explicit material that by its nature or content poses a threat to the security, good order, discipline of the institution, or facilitates criminal activity;
    h.  It contains threats, extortion, obscenity or gratuitous profanity; or
    i.  Other contraband. A package received without prior authorization is considered contraband.

16

7.   SEXUALLY EXPLICIT MATERIAL

The Facility Administrator may determine that sexually explicit material of the following types is to be excluded, as potentially detrimental to the security, good order, or discipline of the institution, or facilitates criminal activity.

    a.   Homosexual (of the same sex as the institution population)
    b.   Sado-masochistic
    c.   Bestiality, bondage
    d.   Involving children
    e.   Nude photographs of family members, or significant others that could be viewed by other detainees.

8.   EXCLUDED PUBLICATIONS

The Facility Administrator may not establish an excluded list of publications. This means that the Administrator shall review individual publications prior to rejection of the publication.

9.   NOTIFICATION OF PUBLICATION REJECTION

Where a publication is found unacceptable, the Facility Administrator will promptly advise you in writing of the decision and the reason for it. The Administrator shall permit you an opportunity to review this material for the purpose of filing an appeal with the INS Officials, unless such review will provide the detainee with information for which the publication is rejected.

10.   LIMITATIONS ON POSSESSION OF PUBLICATIONS

You are limited to the following number of publications in your possession at any one time:

    a.   Three (3) books – hard/soft cover
    b.   Five (5) magazines
    c.   One Bible, Koran, or similar religious publications
    d.   One (l) day of newspapers
    e.   Other items approved by the Facility Administrator or his designee.

It is your responsibility to have excess publications or other material placed into your property storage. Excess items, with the exception of legal papers and personal correspondence, will be confiscated as contraband and will be disposed of as the Facility Administrator deems appropriate. Legal papers and personal correspondence will be placed in your locker for safe storage.

11.   PICTURES ON WALLS

Pictures, articles of any kind, or any other items may not be placed on the walls or other fixtures of this facility.  This includes graffiti and other drawing or markings on any surface area, for example, the toilet stall walls, your bed and bed area, bulletin boards, Plexiglas television cages, televisions, etc.

C.   **OUTGOING MAIL**

1.   All outgoing mail must be placed into ENVELOPES, SEALED, with the proper postage affixed, and placed in the designated core mailboxes.  All mail picked up by 9:00 a.m. will be

17

GEO_MEN 00040747

sent out the same day. If for any reason your outgoing mail is not sent, you will be informed and the reason why it was not sent will be provided to you. There is no limit on the number of letters you may send out. No "bill me later" subscription applications will be sent from the center.

2. All outgoing mail must have a return address with your name, your ID number and the complete address of the facility clearly written on the envelope.

**D**.   <u>**VISITATION**</u>

Visitors must have valid and verifiable identification – <u>a photo identification card</u>. A responsible adult must accompany anyone under 18 years of age.

<u>Visiting is as follows</u>:

1. Legal/Religious visits are authorized at any time.

2. Social Visits - According to last name:

      <u>A thru L</u> - <u>Tuesday, Thursday, Saturday.</u>
      <u>M thru Z</u> - <u>Wednesday, Friday, Sunday.</u>

      Social Visit Hours – 9:00am – 11:00am and 7:00pm – 10:00 pm – <u>*no visitors will be admitted after 9:30pm.*</u>

3. Clergy visit: Clergy may visit detainee(s) at any time, but, are encouraged to make prior arrangements with the Program Coordinator.

**E**.   <u>**VISITING INFORMATION**</u>

Articles of any sort will not be given to detainees by attorneys, clergy, or other visitors without prior approval of the Chief of Security, with the exception of legal material which may be checked for contraband by staff but not read.

**F**.   <u>**VISITING BETWEEN DETAINEES**</u>

All visits between persons detained must have prior approval of both the Warden and the INS staff. You must submit a "Kite" to the INS staff, requesting visitation and provide supporting documentation of your relationship with the person for which the visiting has been requested.  INS will confer with the Warden and you will be advised of the INS' decision in a reasonable period of time.

**G**.   <u>**VISITING RESTRICTIONS**</u>

- All social visits are non-contact visits.
- If your visitors are under the influence of alcohol/drugs, visiting will not be allowed.
- A maximum of 2 visitors at a time.  Visits will be held to a maximum of 30 minutes.
- All your visitors are subject to search.
- Your visitors are not allowed to pass or attempt to pass any item to you.
- Children must be under control at all times.
- All of your visitors must be dressed in appropriate clothing. Shorts, mini skirts, tank tops (sleeveless clothing) will not be permitted.
- Visitors are not allowed to chew gum in the facility.
- Visitors are not allowed to carry any items into the visiting area.

18

- If contraband is found on your visitors, such as drugs, alcohol, weapons, they will be subject to prosecution under CRS-18-8-201 and 18-8-204.
- The Chief of Security must approve additional visitation time.

*It is your responsibility to advise your visitors to follow the visiting rules and all posted laws, rules, and regulations when they come to visit you.  It is also your responsibility to follow all of the visiting rules and regulations.*

**H.   DETAINEE TELEPHONE CALLS**

Calls to "800," "877," "888," "900," and any other toll free numbers are not authorized and will not be made.

**Your access to telephones will be suspended at count times, in the event of an emergency, and when it is determined by staff to be necessary to protect the good running order and security of the facility.**

**HEARING IMPAIRED TELEPHONE**

A portable phone for the hearing impaired that complies with the American Disabilities Act is available for use if needed.  Complete a Detainee Request form if you require this service and send it to the Program Coordinator.

**I.   PRE-PAID PHONE CARDS**

"Blue Charge-A-Call Phones" are available in all living areas and Intake.  These phones can be used for personal calls.  You must not interfere with another detainee's telephone privilege.

1. Pre-paid phone cards may be ordered for purchase once a week for use with the dorm "Blue Charge-A-Call" phones.

2. These cards may be used to make national and international long distance calls in addition to being used for all local calls.

3. The cost of the cards will be deducted from your personal account.  Card        costs and international phone call rates are posted in your living area.

4. Phone cards will not be turned in for money.  When you leave the facility you will take your card(s) with you.

5. Detainees are personally responsible for maintaining these cards in their        secured locker.

6. You may purchase as many cards as you have funds available. If you arrived in between the last scheduled sale day and the current sale day, you may purchase cards for that period only. If you arrived without funds, then you will be allowed to buy phone cards when you receive money on your account that week.

7. Do not loan, borrow, take, or in any way have possession of another detainee's phone cards. Possession of another detainee's phone cards may result in disciplinary actions against you.

8. You cannot use personal phone cards – only facility purchased cards may be used.

**J.   USING THE BLUE PHONES**

19

GEO_MEN 00040749

<u>Collect Calls</u>:   You need to dial (1) for English or (2) for Spanish directions followed by a (0), then the area code and phone number of the person you wish to contact.  Once the number has been dialed, a voice prompt will ask for your name.

<u>Pre-Paid Card</u>:  For instructions in English press (1) for instructions in Spanish press (2).  After pushing (1) or (2) follow the voice prompted instructions.

**K.      LOCAL LEGAL CALLS**

If you wish to make a local legal call and do not have the funds to purchase a phone card, complete a Detainee Request Form and give it to your Dormitory Officer. Local legal calls are authorized to attorneys and authorized representatives of your attorney.  You will be permitted to make one local legal phone call per day on a facility phone if you are indigent.  If you have difficulty making a confidential call relating to a legal proceeding, you should contact an officer and the officer will take measures to ensure that the call can be made confidentially.

**L.      INCOMING CALLS**

You are permitted to receive legal, international and emergency incoming telephone calls only. Incoming calls (non-emergency): If an incoming call is received for you, the telephone number and name of calling party will be obtained by staff and you may then return the call on a dorm "Blue Charge-A-Call" phone.

Staff will take and deliver telephone messages to you as promptly as possible. If an emergency call is received for you, the caller's name will be taken and delivered to you as soon as possible.  You will be permitted to return the emergency call as soon as reasonably possible within the constraints of security and safety.  If you are indigent, staff will assist you in returning the call.

*It is your responsibility to handle your telephone calls in a responsible manner*.  If it is determined that you are abusing this privilege, for example, having someone call in false emergency calls/legal calls in order to circumvent regulations and this is discovered by staff, disciplinary action may be taken against you.

**M.      SPECIAL ACCESS CALLS**

The telephone service generally available to detainees at this facility is limited to collect calls; the facility shall provide detainees with the ability to make direct calls in the following circumstances (special access calls):

1.      Calls to consular officials.
2.      Emergency calls and other types of calls where a detainee can demonstrate a compelling need to make a direct call, such as a personal or family emergency.

A call to a legal service provider (including attorney) who represents a detainee is <u>not</u> considered a special access call.

Detainees shall be provided with the ability to make special access calls in one or more of the following ways:

1.      By having the telephone company program special access call numbers, which remain constant:
        a.   Consulado de Mexico Denver
        b.   Pro Bono Denver
        c.   Metro Volunteer Lawyers

20

    d.   Catholic Immigration Services
    e.   Justice Information Center
    f.   A Welcome Place (Utah only)
    g.   Wyoming Legal Services (Wyoming only)

2.     Providing access to a telephone that permits calls at no expense to you.

## IV.   DETAINEE SERVICES

The WCC/INS Processing Center provides various services to the detainees that are designed to take care of basic health, religious and social needs. You will be expected to cooperate with the staff during such times that you take advantage of these services.

### A.   RECREATION

1. You will be afforded one (1) hour of exercise and recreation away from your dormitory living area seven (7) times per week.

2. A schedule of recreation activities shall be arranged to coincide with normal center operations.

3. Rules governing recreation are as follows:

    a. Each dorm will be given at least **five (5) minutes** to prepare for recreation. Your dorm will be called for recreation by staff and if you are not ready on time, you will forfeit recreation for that day.
    b. You will not be taken to the recreation areas if you are improperly dressed or without identification. Tennis shoes must be worn.
    c. You will conduct yourself in an orderly fashion during recreation and while en-route to and from the recreation area.
    d. Outdoor recreation will be offered, weather permitting.

### B.   TELEVISION

Television viewing hours will begin after morning cleanup, if cleanup is satisfactory based on the dormitory officer's sanitation inspection. Televisions will be turned on provided that dormitory sanitation is of an acceptable level. If not, the sanitation must meet the satisfactory level to have the televisions turned on.

Detainees will be allowed to select the television programs they wish to watch. The dormitory officer will supervise this activity to assure that it is fairly operated and not abused. Abusive use will result in the dormitory officer taking action to discontinue TV viewing for a period of time. The volume will be kept to a reasonable level at all times.

1. The television may be turned off by any staff member at any time if the detainees in the dorm are uncooperative with regular operations which must occur in the dorm, i.e., sanitation and maintenance work and if dorm residents become disorderly, violate security, etc., or if staff determine the need to protect the orderly and safe operation of the dormitory/facility. The television will be turned on once cooperation and order is restored.

2. Sunday through Thursday nights the television will be turned off at 1:00 a.m. Friday, Saturday nights and holidays television viewing may be permitted up to 2:00 a.m., at the discretion of the on-duty Watch Commander.

21

3. All activities in the dormitories will cease when the televisions are turned off for the night. Residents will clear the dayrooms and will go to bed. Residents will not be permitted to sit in the dayroom or to walk around in the dayrooms once the televisions are turned off, thus allowing other residents the opportunity to sleep without distractions.

4. Residents are not authorized to manipulate the television controls in any manner not authorized by staff – sticking pencils, pens, or other items into the control box to change channels or the volume of the televisions.

C. **SMOKING**

This is a non-smoking facility. Tobacco products of any kind are prohibited within the facility.

D. **EDUCATION**

If you are interested in educational programs while you are here, contact the Program Coordinator to discuss your interest. You may apply for correspondence courses through the Program Coordinator. You or your community contacts must pay for any and all costs associated with these courses. To receive the courses, you must have the prior approval of the Program Coordinator to have the course(s) mailed to the facility. If you have an interest in a particular educational program, contact the Program Coordinator with your interest to determine if the program may be provided at the facility in the limited period of time that you may be at the institution.

E. **FOOD SERVICE**

The center provides three (3) balanced meals per day. All meals are prepared in a clean and sanitary manner and the kitchen is operated under guidelines set down by the Health Department and is periodically inspected by local health department officials.

1. All menus are screened and approved by a registered dietitian to ensure a balanced diet that provides the proper nutritional value for all meals served.

2. If you require a special diet for medical reasons, it will be implemented upon the written notification from the medical department to the kitchen supervisor.

3. You are not permitted to barter with food handlers for special or additional food.

4. Conduct during meals will be orderly and courteous at all times. There will be no loud talking or disruptive behavior. *Stand back from the food carts to allow food to be served to all detainees without interference. Interference will not be tolerated at any time.*

5. You will not store open containers of food in your locker. Open food containers are not allowed due to safety and sanitary reasons. Food ordered from the Commissary in closed containers may be stored.

6. Refusal or bartering of a special diet (religious/medical) will result in a review of the diet request and possible discontinuation of diet.

7. You will be fully dressed when receiving your meals with your identification properly displayed on your uniform.

8. If you require a religious diet, you must submit a "kite" to the kitchen supervisor requesting the diet. The kitchen supervisor will meet with the facility's religious program coordinator

22

to determine if your request meets the tenants of your faith.  If the diet is approved, you will be advised and the kitchen staff will provide it.

9.  Detainees will not store any items in the ice chests placed in the dormitories to include milk, soft drinks and food products.  Storing anything in the ice is an unsanitary practice and will not be allowed at any time.

23

GEO_MEN 00040753

F.  **HEALTH CARE**

The center maintains qualified medical professionals to attend to health problems.

1.  REQUESTS

If you have a medical problem, you must fill out a Medical Request Form, which may be obtained from a detention officer. The request will be screened and scheduled for assessment by the appropriate health professional. Medical requests shall be placed in boxes labeled "medical requests" that are in the respective core areas.

2.  STAFF ASSISTANCE

If you cannot read or write, a facility staff member may assist you or you may have another detainee help you complete the medical request. Another detainee may not submit a request on your behalf.

3.  HEALTH ASSESSMENT

You will be scheduled for a physical exam within the first 14 days of detention.  A dental screening is conducted on all detainees normally within 14 days after admission.  You will receive a TB screening by PPD at arrival and medical staff will read it within 48 hours.  If you volunteer for a work assignment, you will be required to pass a physical examination provided by the medical department prior to starting work.

4.  MEDICAL REQUESTS FOR MEDICAL OR DENTAL ATTENTION

All requests for routine medical or dental attention must be submitted in writing to the medical department. You must be fully dressed and show your ID number when you talk to the nurse or are going to the medical department for treatment.

5.  PERSONAL MEDICATION

All medications that are brought into the facility are to be surrendered to Medical staff for disposition. The approved medication you arrived with, if approved by the medical staff, will be returned to you when you leave the facility.

6.  FACILITY PRESCRIBED MEDICATION

Medications will be administered as frequently as prescribed by a health professional. *When the nurses come into the dormitories to dispense medications, it is your responsibility to remain at least 3 feet from the medical cart until the nurse calls you to receive your medication.  Crowding the cart, taking medication from the cart, being loud, aggressive, or hindering the nurse in anyway is prohibited and will not be tolerated.*

7.  MEDICAL EMERGENCY

If you have a medical emergency, notify the officer in your housing unit, who will notify the medical personnel immediately.

8.  REFUSING MEDICAL TREATMENT

24

You may refuse routine medical treatment, but will be given treatment in life-threatening situations. Refusal of medical treatment will be documented.

9.      The medical department will not approve the following:

- Non-medical diets
- Extra bedding or mattresses
- Extra or personal clothing
- Hygiene products brought in by family or friends or other visitors
- Protein or herbal supplements
- Any medication not ordered by the Medical Director

10.      COMMUNICABLE DISEASE GUIDELINES

In order to prevent the spread of communicable diseases, you need to follow basic sanitation rules and guidelines.  Do not share eating utensils with other detainees. Do not share razors.

Wash your hands with soap and warm water each time after using the bathroom.  Avoid contact with other detainee's body fluids.  Do not use needles or allow another detainee to tattoo you with anything at any time.  Do not share combs, toothbrushes, or food with other detainees.

G.      **HAIRCUTS**

Haircuts will be provided to all detainees on request in order of date of request. Normally, another detainee provides haircuts.  If you want a haircut, submit a written request (kite) to a detention officer or supervisor.

H.      **LAUNDRY SERVICE**

1.      Sheets, pillowcases, towels and uniforms will be picked up twice per week. These items will be washed, dried and the identical number of items returned to the dorm. Uniforms and towels will be picked up twice weekly, laundered, dried and returned. Undergarments will be laundered in individual tagged mesh bags every other day.

2.      Blankets will be laundered every two (2) weeks, or earlier based upon the number of detainees released.

3.      You are not permitted to wash clothing, bedding, linens, tennis shoes or other items in the living unit and you are not permitted to hang any laundry on walls, beds, or other areas.

4.      You will be held accountable for clothing and bedding supplies issued to you.

5.      You are not authorized to alter, in any manner, the clothing you receive.

I.      **RELIGIOUS SERVICES AND SPIRITUAL COUNSELING**

1.      You have the right to freedom of religious affiliation and you will have the opportunity to practice your religious faith that is deemed essential by the faith's judicatory, consistent with the safety, security and the orderly operation of the facility.  Attendance at all religious activities is voluntary and open to all. You will be expected to recognize and respect the rights of others.

2.      Qualified volunteers offer Catholic and Protestant Services along with non-denominational services on a weekly basis.  These volunteers may also provide counseling services,

25

provided there are available volunteers.  Services may be provided to detainees who are in the SMU/Segregation Unit on an individual basis.

3.      Worship services are conducted on a regular basis. Bibles, religious items and literature are available from the facility library upon request.  If you have a question concerning your religious activities, contact the Program Coordinator.

4.      The observance of religious holy days is respected.  The Program Coordinator, or Chaplain, will work with you to accommodate a proper observance of important religious holy days. You must submit a written request to the Program Coordinator, or Chaplain, if you wish to participate in a religious holy day observance.

5.      You may be allowed to wear or use personal religious items during religious services, ceremonies, or meetings in the multipurpose room, unless the Facility Administrator, through the Program Coordinator, determines that the wearing or use of such items would threaten facility security, safety or good order.

## J.      DETAINEE LIBRARY SERVICES

1.      General library reading materials will be made available Monday through Friday, 7:30am – 3:00pm.

2.      You may have in your possession a maximum of three (3) soft covered books and (5) magazines (other than those issued by Religious/Educational Programs).  When you are leaving the facility, you must return any books and magazines belonging to the library to the dorm officer.

## K.      COMMISSARY

1.      You may order Commissary weekly, maximum order $80.00, not including clothing items and headphones.  Prices are subject to change without notice as the Commissary costs increase. Commissary items must fit in your locker.

1.      You must fill out your Commissary order card in black lead pencil or black ball-point ink only. Anything else will be rejected. Your order card must contain your name, ID number, dorm number, and your signature prior to submitting to the dorm officer. If your card is improperly filled out, it will be rejected.

3.      You must present your ID to receive your order.

## L.      MARRIAGE REQUESTS

The following guidelines will be used if you request permission to marry while in INS custody: The INS will either grant or deny you permission to marry. The Facility Administrator will be advised of your request and of the decision of the INS.

1.      Your request for permission to marry will be granted unless:

        a.   You are not legally eligible to be married.
        b.   You are not mentally competent, as determined by a qualified medical practitioner.
        c.   The intended spouse has not verified, in writing, intent to marry you, a detained alien.
        d.   The marriage would present a threat to the safety, security or orderly operation of the facility.
        e.   There are compelling government interests to deny the request.

26

2.      You must submit a written request for permission to marry to the INS COTR.

3.      The COTR's decision will be in writing and if the request is denied, the reason(s) for the denial will be provided.

4.      If permission is granted, you must make all arrangements for the marriage, which includes taking a blood test, obtaining a marriage license, all costs involved and retaining an official to perform the marriage. WCC or INS will not participate in making marriage arrangements. Staff will accommodate arrangements made consistent with the safe, secure and orderly running of the facility.  The Facility Administrator reserves the right of final approval concerning the day, time, place and manner of all arrangements.

5.      Only those persons necessary to perform the ceremony will be permitted to attend.  Guests will not ordinarily be permitted to attend.  Minors under the age of 17 and under will not be permitted to attend unless directly related – i.e., your immediate family.

## V.   SANITATION

The center will maintain the highest sanitation standards at all times in all locations without exception. There will be an organized, supervised and continuous program of daily cleaning by all detainees to maintain those standards.

### A.   PERSONAL HYGIENE

1.      You are required to keep your body clean and free from offensive odors, lice or other parasites, and you are required to be dressed in a complete uniform during normal working hours when in the dayroom area or outside the dormitory.

   a.      Personal hygiene items are provided at intake, and on a daily basis. Supplementary items are available for purchase from the commissary.

   b.      If you do not have money, you will be issued necessary items for the purpose of personal hygiene, but only the needed items in minimum quantities necessary will be provided.

   c.      You will have the opportunity to take at least one (1) shower daily.

   d.      If you think you may be infested with "crabs" or other parasites, notify a staff person who will take immediate steps for delousing.

   e.      Razors and fingernail clippers are furnished daily.  Both items must be checked out from staff and must be returned to staff in a reasonable time, normally within the hour of receiving the razor or fingernail clippers from staff.

   f.      Flush the toilets after use.  Urinate and defecate in the toilets, not the floors and, urinate in the urinals, not on the floor or wall. **Toilet paper** may be obtained from detention staff.  You must provide an empty toilet paper roll to receive a new roll of paper.

### B.   LIVING AREA/BED/BED ASSIGNMENT AND LOCKER ASSIGNMENT

You are required to keep your personal living area clean and sanitary. This includes your bunk and immediate floor area around and under your bunk, locker, and any personal items.

27

1.      Cleaning supplies will be provided as needed by the detention officer.

2.      Dormitories and all common areas must be kept clean and should be ready for inspection at any time.

3.      You are required to keep all books and personal items in the locker provided.

4.      If you have excessive personal items in your bed area you will be afforded, during shakedowns, the opportunity to place these items in your personal property or to dispose of the items.  The Officers assigned to the dorms along with the Watch Commander will decide what items are excessive. If personal items are confiscated a receipt will be issued to you.

5.      <u>You are required to make your bunk in the manner and at the time directed by staff</u>.  This means that the bottom and sides will be tucked under the mattress.  The sides and ends will not hang down over the edge of the bed.

6.      You may sleep <u>on</u> your bunk after it is made in the mornings, not under the covers/sheets. You may sleep under a second blanket on the top of your made bed, not under the sheets until after the afternoon count has been completed.  When you get up from your nap, you need to neatly fold your blanket and place it on your bed.  Your bed is to be made when you are not occupying it.

        If you are a night worker and sleep during the day, you may sleep under your sheets and blankets.

        Your towel needs to be neatly folded and placed on the end of your bed and you may neatly hang your laundry bags over one end of your bed, as directed by staff.

        You are authorized one mattress and one pillow. Excess pillows and mattresses will be removed from your bed.

        Blankets, sheets or towels are not to be used as rugs, drapes, pillows, or tenting for purposes of concealment at any time.

7.      You are required to make your bed daily, keeping the floor free of debris, and you are not allowed to hang/drape clothing, pictures, keepsakes or other objects from beds, furniture, light fixtures, or walls.

8.      You will be assigned a bed and a locker for the storage of your personal property.  Do not move to another bed unless staff has authorized you to move.  You should also use your locker to store all of your personal property, including your commissary.  Do not allow other detainees to have access to your personal locker combination. If you do, you increase the probability that your personal items may be stolen.  *It is your responsibility to take care of your personal items*.

## C.      <u>DORMITORY SANITATION</u>

Each and every detainee must participate in the facility's sanitation program. A list of detainees is developed each day by staff and is posted for viewing. During a general cleanup all detainees must participate. The assigned Dorm Officer will be responsible for assuring this general cleanup is done on a regular basis.

28

D.      **DAY SPACE**

All detainees in a dorm are required to keep clean and sanitary all commonly accessible areas of the dorm, including walls, floors, windows, windows ledges, showers, sinks, toilets, tables, and chairs.

1.      Cleaning supplies will be provided as needed to maintain the highest sanitation standards.

2.      Detainees will take turns cleaning the area. If a detainee feels that everyone is not doing his fair share, the detainee should inform the detention officer of the problem. Action will be taken to resolve this problem.

3.      The day room area will be kept clean at all times. Should an officer notice that the area is not clean, the officer will make available necessary cleaning supplies. If the detainees in the dorm do not clean the area after being instructed to do so, the television will be turned off or removed, and the detainees will not be permitted to participate in any activities/programs until the dorm is cleaned. Continued refusal to clean the area will result in further disciplinary action.

4.      The tops and stands of the televisions will be kept free of all cups, bowls, papers and other objects.  Walls will be kept free of newspapers, clothing, cups, bowls, and other objects.

5.      Bulletin boards contain information beneficial to you and are not to be defaced in any manner. Posted material is to remain on the boards until staff removes the item(s).

## VI.   **GRIEVANCE PROCEDURES**

A Grievance is a complaint about the substance or application of any written policy, regulation or rule of WCC/INS Processing Center or the lack of application of a policy, regulation or rule, or a complaint about any behavior or action directed toward any detainee by staff or another detainee, or a violation of civil rights. *You have a responsibility to use the program in good faith and in an honest and straightforward manner.*

### **FILING A GRIEVANCE**

If you have a grievance, you should first try to informally resolve it by bringing it to the attention of a detention officer, shift supervisor or staff member in charge of the area with which you have a problem. If, after trying to resolve the alleged problem with the staff involved, and you believe that the issue has not been resolved, then formal procedures can commence.  Each grievance filed must contain only one subject, or a group of closely related issues, under one subject. If your grievance contains more than one subject, or is submitted as a group grievance, the Grievance Coordinator will reject it without review.

A.      You may obtain a Grievance form from a staff member on the Core.  You must fill out the form, sign and date it, and explain as best you can what the problem or complaint is and what relief is sought.  You may obtain assistance of facility staff or another detainee in preparing your grievance. Another detainee may assist you with your grievance if you are illiterate or unable to communicate in English without charge or obligation of any kind. Another detainee cannot submit a grievance for you or any other detainee.

B.      Grievances that are of an UNDERLINED EMERGENCY nature will be responded to on an immediate basis in an effort to prevent problems that may arise due to delay.  You must clearly mark your grievance, "Emergency," and submit it to the Grievance Coordinator.   If the Grievance Coordinator determines that your grievance constitutes an emergency – i.e., your health, safety or welfare is in actual danger - it will be immediately forwarded to the Assistant Warden for review and whatever action is deemed necessary to

29

protect your health, safety and welfare will be taken.  If your emergency is of a medical nature, it will be responded to within 24 hours by the Medical department.

If the Grievance Coordinator or other staff in the emergency review process determines that your "EMERGENCY" grievance is not an emergency, you will be contacted and advised of the non-emergency determination of the complaint and the complaint will be rejected as an emergency.

C.  Detainees shall place completed grievances in the locked "Grievance Drop Box" located on each core.

D.  Each day (excluding weekends and holidays) the Grievance Coordinator will collect all grievances from the grievance drop boxes.

E.  If your grievance is accepted, it will be forwarded to a department head or management level employee by the Grievance Coordinator to provide review and resolution of your grievance.  For example, the Food Service Manager would be assigned to provide review of a grievance in the food service area. This information will be forwarded to the Facility Administrator for final review and approval.  A written response to your grievance will be given to you within 10 working days excluding weekends and holidays by the Grievance Coordinator.  If you are illiterate or non-English speaking, attempts will be made to translate the findings into your language.

F.  If the grievance is medically related it will be automatically forwarded to the Health Services Administrator for review and evaluation.

G.  If you are not satisfied with the response provide to you, you may file an appeal to the Grievance Committee.  This committee is composed of WCC staff and INS personnel as a <u>first level of appeal</u>. This committee will review your complaint, call witnesses if necessary, inspect evidence or otherwise gather facts essential to an impartial decision. You will receive a response from the Committee, in writing, within 5 days of reaching its decision.

H.  If you wish to file a <u>final appeal</u>, you may fill out the back of the grievance form, noted as the appeal section.  This may be forwarded to the Facility Administrator for review.  The Facility Administrator will respond to your appeal within 5 working days for <u>final resolution</u> of your grievance.  If you are not satisfied with the Facility Administrator's response, you may contact the INS COTR, in writing.

I.  If you wish to file a grievance, which alleges INS officer misconduct, then you may file directly with the Department of Justice by writing to the Department of Justice, P.O. Box 27606, Washington, DC 20038-7606 or by calling the Department of Justice directly at 1-800-869-4499.

## VII.  <u>SECURITY AND SAFETY – DETAINEES AND STAFF</u>

### A.  <u>PERSONAL SAFETY</u>

You will be protected from personal abuse, corporal punishment, personal injury, disease, and damage to your property and harassment to the fullest extent possible.

If you have a problem such as conflicts with other detainees, personal problems (family) or questions about this facility operation, ask your dorm officer for assistance.

If you feel that you should be moved from your current housing unit for your safety, notify an officer immediately.

ID will be worn at all times. Removal, loss, or damage of your ID may result in the loss of privileges. If you lose your ID, submit a Detainee Request form.  You will be charged a replacement cost.

30

Do not block exit doors with beds, chairs, lockers or other material or items that could interfere with emergency exit routes.

When you are called for release you will come out of your living area with all of your clothing, ID, bedding, library books and all of your personal belongings.

When leaving your housing unit for court, you are only allowed to take your comb, legal papers, and one (1) religious medallion.

The detention staff will make announcements for meals, outside recreation, visitation, clothing exchange and indoor recreation access. Be ready to leave dorm when the doors are opened.

You are responsible for your own behavior at all times and are to be courteous and respectful toward the facility staff.

You are expected to treat staff, community volunteers and other detainees with respect at all times. Harassing, rude or demanding behavior and profanity toward staff or others will not be tolerated. You shall address all staff members by either their rank, title, or as "Mister," "Miss," or "Officer."

"Horseplay" or other such activities is prohibited at all times.

Depending on the activities, you will be moved to various areas of the facility for court, recreation, medical appointments, visits and other functions.  You are expected walk in a quiet and orderly manner.  Running inside the facility is prohibited, unless on the recreation yard. You are subject to a search of your person and your property.  Normally you will not be allowed to take anything with you during your movement to and from most activities.  You will be allowed to take necessary legal material with you when escorted to legal visits and court.

If you are housed in the SMU/Segregation Unit for any reason, you will normally be moved to the law library and other areas of the facility with your hands handcuffed behind you.

**B.**      **EMERGENCY EVACUATION**

The center has developed a plan to quickly and safely evacuate you from the building in case of an emergency. If an emergency should arise, you will be given instructions by the staff. For your safety, full cooperation is essential. Evacuation diagrams are on the wall of each dorm. You should make yourself familiar with the diagram in the dorm you are being housed.

Fire or other drills may be conducted periodically and you are to follow directions given by staff.

**C.**      **ATTEMPTED ESCAPES**

Any attempt to escape from this facility will result in serious disciplinary consequences. Attempted escape may significantly affect your legal standing and status and you may be subject to criminal prosecution.

**D.**      **COMMISSION OF A CRIME**

Crimes committed by a detainee that violate local, State or Federal law, will be investigated and referred to the proper legal authority for action.

**E.**      **DESTRUCTION OF PROPERTY**

31

Detainees found guilty of intentionally destroying facility property will be charged for both replacing the item damaged or destroyed and the cost of reinstallation.

**F.**   <u>**COUNTS**</u>

There will be counts performed by staff at various times throughout the day. You are required to be on your bunk and remain stationary whenever a count procedure is taking place. <u>You are prohibited from interfering with the officer making the count.</u>  During count, all televisions, radios, and telephones will be turned off. All foot traffic will cease – detainees will not use the showers, toilets, urinals, or sinks, while count is in progress.

It is your responsibility to abide by the rules concerning counts.  *Disrespect of the count will not be tolerated and you may be charged with a disciplinary action if an officer believes that you have interfered with a count.*

**G.**   <u>**SEARCH PROCEDURES**</u>

You are subject to personal search at any time during your confinement here.

Your living quarters and personal belongings in the living area are subject to random searches at any time during your confinement.  *It is your responsibility to keep your area free of hard and soft contraband at all times. Any contraband taken during a search will be stored for return to the proper owner upon release (with exception to illegal drugs or weapons).*

The objectives of such searches are to maintain the safe, secure, orderly running of the facility. Our goal is to keep you safe from injury involving the use of weapons or the results of drug use and to protect against property loss.

**H.**   <u>**CONTRABAND**</u>

Contraband is any item or material that is not approved by the facility for possession, not sold in the commissary or not issued by staff. Some examples of contraband are:

1.   Unauthorized drugs

2.   Medication distributed by the medical staff not authorized for retention or prescribed for another detainee.

3.   Chemical intoxicants

4.   Alcoholic beverages or any other products containing alcohol in any form.

5.   Obscene picture (s) and literature

6.   Extra food items which are not from the Commissary or authorized by the medical staff.

7.   Money, checks, or money orders

8.   Weapons or items that could be considered a weapon.

9.   Any tobacco product or matches/lighters

10.   Ammunition or explosive

11.   Combustible or flammable liquids

32

12.     Hazardous or poisonous chemicals or gases

13.     Tools of any type that could aid in escape

NOTE 1:     Except under direct supervision, you shall not have in your possession any tool or implement that you are not authorized by staff to possess.

NOTE 2:     You shall not accumulate cleaning supplies, toilet paper, soap, razors, or any item that is provided by the facility.

33

GEO_MEN 00040763

I.        **AUTHORIZED ITEMS**

You are allowed to have in your possession the following items:

1.        Property that staff authorizes you to take to your living area.

2.        Item(s) pre-approved by the Chief of Security that are left for you.

3.        Facility items issued to you.

4.        Items purchased through the Commissary.

5.        Medication and materials authorized by the medical staff (when medication is authorized for retention).

VIII.   **DISCIPLINARY PROCEDURE**

SPECIAL NOTE: It is a policy of this facility to recommend prosecution of anyone who is involved in an assault on a detention officer. It is also the facility policy to hold individuals financially accountable for destruction of WCC/INS Center property. All disciplinary action against a detainee will be administered in accordance with the following policy and no disciplinary action can take place unless these procedures are followed.

A.       **LEVEL OF OFFENSE**

There are three (3) levels of offense seriousness, i.e., "100", "200", "300". The level "100" offenses being the most serious and the "300" level offenses being the least serious.

1.        "100" level offenses are serious violations of state law and/or rules of this facility and may result in prosecution of the detainee in the appropriate court, in addition to whatever internal disciplinary action is taken.

2.        "200" level offenses are less serious violations of state law and/or rules of this facility and may result in prosecution of the detainee in the appropriate court, depending on circumstances of the offense, in addition to whatever internal disciplinary action is taken.

3.        "300" level offenses are violations of the general rules and regulations of the Center, and will be handled internally by disciplinary procedure.

B.       **LIMITATIONS OF PUNISHMENT FOR INFRACTIONS**

1.        If a detainee violates a "100" level infraction he/she may receive up to fifteen (15) days lockdown and up to fifteen (15) days loss of privileges may be assigned to punishment by hearing officer for each offense.

2.        If a detainee violates a "200" level infraction, he/she may receive up to ten (10) day lockdown and/or up to ten (10) days loss of privileges by the hearing officer for each offense.

3.        If a detainee violates a "300" level infraction, he/she may receive up to five (5) days lockdown and/or five (5) days loss of privileges by the disciplinary board for each offense.

34

4.    The maximum penalty for rule violations arising out of one (1) incident is not more than fifteen (15) days.

    a.    No detainee or group of detainees shall be given authority to administer punishment to any other detainee or group of detainee.

    b.    Deviation from normal feeding procedures shall not be used as a disciplinary action.

    c.    Deprivation of clothing, bed, bedding, or normal hygienic implements shall not be used for the purpose of punishment.

    d.    Corporal punishment and physical restraint (handcuffs, leather restraints, straight jackets, etc.) shall not be used as punishment. Reasonable physical restraint may be used to control a violent detainee or to deter self harm.

    e.    Administrative Segregation should be imposed only when necessary for a detainee's protection from his own self-destructive acts or where his conduct is so disrupting or non-cooperative that his presence among other detainees threatens the maintenance of order, safety or security in this facility. Except in emergencies, this punishment should be imposed only after a hearing or upon a waiver of the hearing. Conditions of solitary confinement or segregation should meet the following standards:

        1)    The segregation or isolation cell is at least 70 square feet in accordance with existing standards and is clean, sanitary, and provided with a toilet, bedding and drinking water. The necessities may be removed temporarily but only to prevent suicide, self-destructive acts, damage to the cell or its equipment.

        2)    Under no circumstances should a detainee confined in segregation be deprived of clothing except for the detainee's own protection. If such deprivation is temporarily necessary, the detainee should be provided with sufficient clothing and bedding adequate to protect his/her own health.

        3)    All penalties imposed will be reviewed and approved by the Facility Administrator.

## C.    DEFINITIONS

1.    Possess:

To knowingly exercise physical control over an object. Knowledge shall be conclusively presumed when an object is found on a detainee's person or in a detainee's bed, footlocker or cell area or in a location where it is likely that only the detainee could have placed the item(s). The presumption may be challenged by evidence that the detainee was not responsible for item(s) presence.

2.    Reckless:

A detainee's conduct is reckless if he/she does an act or intentionally fails to do an act which it is his/her duty to do, knowing or having reason to know facts which would lead a reasonable person to realize not only that his/her conduct creates an unreasonable risk of physical harm to another, but also that such risk is substantially greater than that which is necessary to make his conduct negligent.

3.    Intentionally:

A detainee acts deliberately with respect to a result or to conduct described by this code, when his conscious object is to cause that result or engage in that conduct.

35

4.      Contraband:

Anything not authorized in writing by the Facility Administrator, or anything not issued by this facility.

5.      Serious Physical Injury:

Any physical injury that creates substantial risk of death or which causes death, substantial pain, loss or impairment of any major bodily function.

6.      Dangerous Drugs:

Alcohol, amphetamines, coca leaves or derivatives of such, opiates, including opium, morphine, Demerol, dilaudid, codeine, peyote, lysergic acid diethlamide (LSD), psilocybin, dimethyltrptamine (DMT), tetrahydrocannabinol (THC) and cannabis (also known as marijuana) and any or parts of the plant cannabis sativa L, and/or any controlled substance prohibited by federal or state law.

7.      Drug paraphernalia:

Any implement capable of injecting a substance under the skin of any individual, or any article, equipment or apparatus capable of administering a dangerous drug or narcotic.

**D.      INFRACTIONS**

**One Hundred (100) level** - Maximum Punishment: Fifteen (15) days lockdown with loss of all privileges

101 - Murder

A detainee commits this infraction when he/she intentionally causes the death of another person.

102 - Escape

A detainee commits this infraction when he/she with or without the use of force, or threat of force, and without proper authority removes him/herself from the confines of the facility or from official custody while beyond the confines of this facility.

103 - Arson

A detainee commits this infraction when he/she intentionally sets fire to, burns, causes to be burned, or by the use of any explosive or combustible device, damages or destroys or causes to be damaged or destroyed, any structure or property, within the facility.

104 - Engaging in Sexual Act with Others (Consensual)

A detainee commits this infraction when he/she has sexual intercourse, i.e. contact between his/her genitals and hand (s), mouth or anus of another person.

36

105 - (a) Sexual Assault

Same as above definition, but consent is not present, instead, the detainee compels or induces the other person to submit by any mix-representation, an act of violence or threat of violence or the other person is unconscious or otherwise physically incapable of resisting and has not consented to the intercourse.

105 - (b) Physical Assault

A detainee commits the infraction of physical assault when he/she intentionally causes or threatens to cause injury to another person or applies any physical force or offensive substance (such as feces, urine or mucous) or any other item against any person regardless of whether or not injury occurs.

Self defense shall be a defense to a charge of assault.

107 - Manufacturing or Selling of any Dangerous Drugs/Intoxicants

A detainee commits this infraction when he manufactures sells or gives away any quantity of any item defined as dangerous drugs

108 – Extortion

A detainee commits the infraction of extortion when he/she demands or forces another to turn for physical protection against others.

109 - Inciting to Riot

A detainee or detainees commit the infraction of inciting to riot when he/she urges or organizes two or more detainees to imminently engage in conduct that reacts grave danger of damage or injury to property or persons and substantially obstructs the performance of facility functions, and such incitement is likely to produce a riot, or once a riot begins, he/she assumes a position of command or instruction in furtherance the riot.

**Two Hundred (200) Level** - Maximum Punishment: Up to ten (10) Days Lockdown, and/or up to ten (10) Days Loss of Privileges.

201 - (a) Attempted Sexual Assault

A detainee commits this infraction when he/she attempts to engage in sexual intercourse, i.e. contact between his/her genitals, hand (s) mouth or anus of another person and compels or induces the other person to submit by any misrepresentation, an act of violence or threat of violence or the other person is unconscious or otherwise physically incapable of resisting and has not consented to the intercourse.

201- (b) Attempted Physical Assault:

A detainee commits this Infraction when he/she attempts to intentionally cause or threatens to cause injury to another person or attempts to apply physical force or offensive substance (such as feces, urine, or mucous) or any other item against any persons regardless of whether or not injury occurs.

202 - Attempted Escape

37

A detainee commits attempted escape when he/she with or without the use of force, or with or without threatened use of force, and without proper authority attempts to remove him/herself from the confines of the facility or from official custody while beyond the confines of the facility.

38

203 – Fighting

A detainee commits this infraction when he/she engages in a physical altercation leading to the exchange of blows, shoves, kicks, or offensive physical conduct without authorization from the Facility Administrator or his designee.  Self-defense shall be a defense to a charge of fighting.

204 – Threats

A detainee commits this infraction when he/she communicates a present determination or intent to injure another person or to commit a crime of violence or an unlawful act dangerous to human life, presently or in the imminent future, and the probable consequences of such threat or threats (whether or not such consequences, in fact occur) is:

    (a)  To place another person in fear of bodily injury
    (b)  To cause damage to property

205 - Participating in Riots, Strikes, or Disturbances

A detainee commits this infraction when he/she with two or more persons, participates in conduct that creates
danger of damage or injury to property or persons and substantially obstructs the performance of facility functions.

206 - Attempting to Incite a Riot, Strike, or Disturbance

A detainee commits this infraction when he/she attempts to urge or organize two or more detainees to imminently engage in conduct that creates grave danger of damage or injury to property or person and attempts to substantially obstruct the performance of facility functions, an attempt at such incitement is likely to produce a riot, or once a riot begins, he/she attempts to assume a position of command or instruction in furtherance of the riot.

207 - Possession or Introduction of an Explosive Device, Poison, Ammunition, Firearm, Weapon, Sharpened Instrument, Knife or any Unauthorized Tools

A detainee commits this infraction when he/she possesses, attempts to possess, introduces or attempts to introduce into the facility any type of explosive device, ammunition, firearm, weapon, sharpened instrument, knife or any unauthorized tool.

208 - Unauthorized Possession or Introduction of Escape Paraphernalia

A detainee commits this infraction when he/she has in his/her possession, in his/her cubicle, in his/her immediate sleeping area, locker, or immediate place of work or other program assignment, or receives from or gives to another detainee, or fashions or manufactures, or introduces or arranges to introduce into the facility any contraband which
could facilitate an escape, to include but not limited to: Lock, lock picks, trip wires, locking devices, chain, rope, ladder, tool (s), or other items which could be used to effect an escape, such as mask, wig or disguise or other means of altering normal physical appearance which could make ready identification of a detainee difficult.

39

GEO_MEN 00040769

209 - Possession or Introduction of Dangerous Drugs, Narcotic, Drugs, Stimulants, Intoxicating Drugs, and/or Drug Paraphernalia not Prescribed by Medical Staff

A detainee commits this infraction when he/she possesses, introduces, or attempts to possess or introduce dangerous drugs/narcotics as defined as dangerous drugs, intoxicants, and controlled substance prohibited be federal or state statute, and/or drug related paraphernalia. Exception: Legal medications prescribed by facility staff.

210 - Authorized Medication

A detainee commits this infraction when he/she, in any way stores, saves, or removes from medical area any prescription medication without authorization from medical personnel, the Facility Administrator or his designee.

211 - Theft or Possession of Property Belong to Another –

A detainee commits this infraction when he/she knowingly obtains or exercises control over property (no specific value required), without authorization, intending to deprive the rightful owner of the use or benefit of the property.212 - Destroying, Defacing, or Altering Facility Property or the Property of Another

212 – Destroying, Defacing, or Altering Facility Property or Property Belonging to Another

A detainee commits this infraction when he/she intentionally destroys, defaces or alters any property (regardless of value) belonging to the facility or of another.

213 - Tampering with or Blocking Locking Devices

A detainee commits this infraction when he/she without authorization locks, unlocks, or alters in any way any lock, locking system or security item within the facility and/or uses any unauthorized lock or security item.

214 - Indecent Exposure

A detainee commits this infraction when he/she intentionally reveals their own intimate body parts, to include but not limited to the genitals and anus, to another person.

215 - Gambling or Possession of Gambling Paraphernalia

A detainee commits this infraction when he/she plays for money or other things of value at any game including, but not limited to, those played with cards or dice, or bets on the sides or hand of those playing, or bets anything of value on the outcome of any observable event or organizes any game of chance, lottery, betting pool, or other similar device.

216 - Unauthorized Absence from Assigned Area

A detainee commits this infraction when he/she without proper authority departs from his/her appointed place of duty or assignment or any place where he/she was directed to remain by an order of a WCC staff member.

CONFIDENTIAL

GEO_MEN 00040770

217 - Being in an Unauthorized Area

A detainee commits this infraction when he/she without proper authority is in a specific area without having first obtained verbal or written authorization from WCC staff personnel.

218 - Failure to Comply with Count

A detainee commits this infraction when he/she intentionally causes or participates in any interference, delay, disruption or deception with regard to the process of counting part or all of the inmate population, including, but not limited to, hanging, fastening, or attaching any sheet, blanket, curtain, drapery or other material whether transparent or not on any part or all of the front or door of a cell or around a dormitory bed or other immediate sleeping area without appropriate authorization.

219 - Bribery or Attempted Bribery

A detainee commits this infraction when he/she offers to give, attempts to give, agrees or attempts to give anything of value upon any employee of WCC or other detainee with the intent to influence that person's or detainee's exercise of discretion of other action in any official capacity.

220 - Conspiring with Others to Violate a Rule or Law

The charge of conspiracy may be used in conjunction with any appropriate Level 100, 200 or 300 infractions, and the same penalty may be prescribed for the substantive infraction.

A detainee commits this infraction when he/she agrees with two or more others to violate facility rule or state or federal law and an overt act in furtherance of said violation is carried out.

It is an affirmative defense to the charge of conspiracy that the detainee prior to commission of the overt act, voluntarily withdrew from active participation in the act.

221 - Mail Violation, Including Receiving or Sending Mail or Other Written Material
Through Unauthorized Means

A detainee commits this infraction when he/she receives or sends mail or any written material in violation of WCC P&P.

222 - Falsifying Records

A detainee commits this infraction when he/she intentionally alters, changes, modifies or otherwise creates erroneous records for whatever purpose.

223 - Tattooing or Self-Mutilation
        A detainee commits this infraction when he/she personally or allows another to mark or color his/her skin with marks, tattoos, pictures and/or radically alters one's body and/or cuts off or permanently destroys a limb or essential body part.

224 - Unauthorized Use of Telephone

A detainee commits this infraction when he/she without authorization utilizes a facility telephone and/or pay phone.

**Three Hundred (300) Level** - Maximum Punishment:   Five (5) days lockdown and/or up to Five (5) days loss of privileges

41

GEO_MEN 00040771

301 - Possession of Contraband

A detainee commits this infraction when he/she possesses anything not authorized by the WCC P&P and Detainee Handbook, or authorized items but in excessive amounts in violation of the WCC P&P and Detainee Handbook.

302 - Refusing to Obey an Order of any Staff Member

A detainee commits this infraction when he/she refuses to obey a verbal or written order given by a WCC staff employee which is reasonable in nature and which gives reasonable notice of conduct expected.

303 - Lying or Providing a False Statement

A detainee commits this infraction when he/she intentionally makes a false statement and knows or should have known such statement to be false, and/or verbally makes a false statement knowing or should have known such statement to be false.

304 - Smoking in an Unauthorized Area

A detainee commits this infraction when he/she intentionally smokes in this facility which is a "No smoking" facility.

305 - Bartering with Others

A detainee commits this infraction when he/she barters, loans, sells, or buys things of value without prior permission of an employee of WCC.

306 - Failure to Maintain Acceptable Appearance of Housing Living Area

A detainee commits this infraction when he/she: urinates or defecates in other than the facilities provided for such functions, or fails to keep his/her cell, sleeping area, dormitory, day area clean, odor-free, sanitary, free of trash and debris and available to the visual observation of WCC staff..

307 - Failure to Maintain Personal Hygiene

A detainee commits this infraction when he/she refuses to shower at least once a week, or willfully fails to keep his body, hair and clothes in a clean, sanitary, neat and odor-free condition as possible under the circumstances of his particular custody.

308 - Disorderly Conduct

A detainee commits this infraction when he/she intentionally engages in behavior/conduct which advocates disruption of operations of any segment of the facility, or engages in behavior/conduct against public order and decency of the facility.

309 - Passing of Items of Contraband to Another Detainee

A detainee commits this infraction when he/she passes or attempts to pass any item not authorized by the Facility Administrator, or his designee, to another detainee, or item (s) which has been identified as "contraband" pursuant to Detainee Handbook.

310 -Covering, or Obstructing the Lights, Air Vents, Doorways or Hanging Items on Cell

CONFIDENTIAL

GEO_MEN 00040772

Doors, Showers or Vestibules such that they obstruct the View of Detention Staff; Drawing, Marking or Hanging Pictures on Walls of any Housing Unit.

A detainee commits this infraction when he/she intentionally engages in behavior as outlined in the infraction itself.

E.   **INFORMAL DISPOSITION OF LEVEL 300 OFFENSES**

Detainees that are charged with a 300 level offense will normally have an informal hearing immediately by the Watch Commander.

The maximum sanction that can be imposed by the informal hearing is limited to five (5) days loss of privileges.

The maximum number of 300 level offenses that can be heard informally is limited to three (3). After the detainee has had three (3) 300 level offenses heard informally, he/she can be charged as a habitual offender, a level 200 offense.

At any time the detainee may elect to have the level 300 heard formally.

All Documents that are generated from the infraction will become a permanent part of the detainee's file.

F.   **FILING OF CHARGES**

An Inmate Disciplinary Report (IDR) must be filed against the offender within 48 hours of an alleged rule violation and a copy is to be given to the detainee.

1.   The IDR must include the detainee's name, the offense committed, time and date of the offense and reporting officer's statement of facts.

2.   No disciplinary action may be taken against the detainee until such time as a hearing is held to determine guilt or innocence.

3.   If the supervisor determines that the security and general order of the facility requires that an accused detainee be separated from population the detainee may be placed on Administrative Lockdown status until a hearing is conducted and a disposition reached, or a waiver of hearing is signed by the detainee. No privileges may be taken until a hearing is conducted or a waiver of hearing is signed by the detainee.

4.   A hearing may take place until twenty four (24) hours after the detainee has received notice of the charges pending against him/her; however, the detainee may consent, in writing, to a hearing within less than twenty four (24) hours.

G.   **HEARING OFFICERS**

The assigned Hearing Officers will not have been involved in the reporting or investigation of the matter.

1.   The hearing officers shall have investigative powers in all cases involving violations of the rules and regulations of this facility purpose of determining facts related to the case.

2.   The hearing officers will have sole authority in recommending disciplinary sanctions.

H.   **HEARING**

43

An Inmate Disciplinary Report will be completed on all rule violations that requires formal resolution. This report will be forwarded to the shift supervisor, inspected for accuracy and further investigation. The hearing officers will conduct a hearing in all cases that an Inmate Disciplinary Report has been filed except when a waiver of hearing is accepted and signed.

The detainee has the right to be present at the hearing, except during decisional deliberations or unless they waive that right in writing or through their behavior.

1. The detainee has the right to appear on his own behalf or to have another detainee represent him if he is unable to understand the proceedings. Detainees will receive staff assistance to represent them at a disciplinary hearing upon request.

2. The detainee has the right to call witnesses, including other detainees and correctional staff. Facility officials may refuse to permit certain witnesses from appearing, when doing so would be unduly hazardous to institutional security. When witnesses are refused, the hearing officer shall state in the record the reason (s) for the refusal.

3. The detainee may be excluded from his/her hearing during the testimony of any witness whose testimony must be given in confidence but, reason (s) for the detainee's absence or exclusion must be documented.

4. The detainee may not be required to testify against him/herself. If the detainee chooses not to appear or to remain silent, the hearing officer may use it against the detainee when choosing guilt over innocence.

6. The detainee will be allowed to read the completed IDR and will be given a copy. Detainees will have the opportunity to make statements and present documentary evidence on his/her behalf during the disciplinary hearing. Detainees may also present witnesses before the hearing official who have relevant and not unduly cumulative information, except when doing so may severely jeopardize the life, safety of persons, or the security and order of the facility; such denials must be documented and a copy filed with the IDR stating the reasons (s).

**I.**     **SUSPENSION OF PRIVILEGES**

The type and duration of punishment imposed will be limited according to the severity of the offense committed. In all cases where privileges are suspended, privileges shall mean:

1. Contact Visitation (except from attorneys)

2. Commissary – except for stamps, commissary purchases will not be allowed.

3. Television – television is not allowed

4. Telephone (except for calls to attorneys)

**J.**     **APPEAL PROCEDURE**

A detainee who has been found guilty of a violation of the rules and regulations of this facility shall have the right to appeal his or her case to the Facility Administrator. Detainees are advised of their right to appeal decisions of the disciplinary hearing officer at the time they are provided the decision.

44

1.  If a detainee wishes to appeal his/her case, he/she must so indicate by signing the Appeal Form in the appropriate space and submit written reason (s) for his/her appeal.

2.  The sanctions imposed by the hearing officer will remain in effect pending the outcome of the appeal.

3.  The Facility Administrator will review the final appeal as soon as possible, but no later than five (5) days, including weekends and holidays, after the final appeal has been received. The Facility Administrator will notify the detainee in writing of his decision.

**K.**   **ADMINISTRATIVE SEGREGATION HEARING**

Some detainees, for their own safety, or for the security and good running order of the facility, must be segregated from the general population.  The detainee so segregated, upon his request, shall receive the same hearing process by an impartial panel and review by the Facility Administrator, as the detainee segregated for disciplinary reasons.

You will be furnished an Administrative Segregation notification form that gives you the option as to whether or not you would like to request a hearing.

45