# Exhibit X

# DETAINEE ORIENTATION VIDEO

The GEO Group, Inc.

Aurora Detention Center

1

# Safety and Dorm Sanitation

- You will be protected from personal abuse, corporal punishment, personal injury, disease, and damage to your property and harassment to the fullest extent possible.
- Each and every detainee must participate in the sanitation program. A list of detainee's is developed each day and is posted for viewing. During a general clean-up all detainees must participate.
- To help and stop the spread of disease and sickness, please cover your mouth when you cough and wash your hands thoroughly with soap and water for twenty seconds.

2

# Volunteer Work Program

- For those detainees who are physically capable and desire to work while staying here, GEO manages several work projects under a program called . . . **VOLUNTEER WORK PROGRAM**
- Any detainee can request inclusion in this program by completing an application and submitting it to Classification for coordination.  The Medical Services department will determine if you are physically able to perform the work and provide the final authorization.
- Once approved, you will be placed on a roster so that GEO officers and staff can identify you when projects are open. All compensation for the work will be applied to your personal trust fund managed by the GEO Finance department.

3

# Disciplinary Process

- Refer to your local supplement for more detailed information about the rules infractions that you must avoid and the established disciplinary actions that will be taken.
- There are four categories of actions:
- **<u>Greatest</u>** – and a few examples are . . .

    Assault, possession of gun or weapon or sharpened instrument, escape, setting a fire, assault of staff, riot or inciting to riot, conduct that disrupts or interferes with security or orderly operation of facility

4

# Disciplinary

- **High** – and a few examples are . . .

  Fighting, wrestling and boxing that causes or could cause harm or injury, possession of unauthorized tool, loss damage or misplacement of restricted tool, threatening another with bodily harm, extortion, blackmail or protection, engaging in sexual acts, making sexual proposals, tampering with a locking mechanism, adulteration of food, encouraging others to participate in a work stoppage, giving or offering a staff member a bribe

5

# Disciplinary

- **High Moderate** – and a few examples are . . .

    Indecent exposure, stealing, refusing to obey a staff member, insolence to staff member, lying or providing false statement to staff, being in an unauthorized area, not standing for count, interfering with count, gambling, destroying altering or damaging property

6

# Disciplinary

- **Low Moderate** – and a few examples are . . .

    Possessing another's clothing, possessing unauthorized clothing, using abusive or obscene language, tattooing, piercing or body mutilation, unauthorized use of mail or telephone, possession of money or currency, failure to follow safety or sanitation rules

7