# Exhibit Z



# Shift Supervisor Daily Log/Post Assignments
## AURORA DETENTION CENTER

| Date: Wednesday June 17, 2015 | Shift: 1st 2245-0715 | Lt. Evans | |
|---|---|---|---|
| Facility Count Beginning: 493 | Facility Count End: 493 | ICE: 421 | USMS: 72 |

| | | | | | |
|---|---|---|---|---|---|
| Master Control | Hill | Visitation | N/A | USMS | |
| Master Control | N/A | Library Officer (5 day) | N/A | Housing Unit C1 | N/A |
| Housing Unit A1 | N/A | Utility Rover Officer | Schmitt | Housing Unit C2 | Fryer |
| Housing Unit A2 | Broussard -PT | Utility Rover Officer | Meany | Housing Unit C3 | N/A |
| Housing Unit A3 | N/A | Warehouse/Sallyport | N/A | Housing Unit C4 | Simmons |
| Housing Unit A4 | Fleming/Huerta | Lobby Officer | N/A | Escort Officer | N/A |
| Housing Unit B1 | N/A | Armory Officer | N/A | Visitation Officer | N/A |
| Housing Unit B2 | Blatnik/Hoskins | Perimeter Officer | McCray | | |
| Housing Unit B3 | Lynch | Perimeter Officer | Johnson | | |
| Housing Unit B4 | Gerstein | Intake Officer | Romero | | |
| Housing Unit D | Weese | Intake Officer | N/A | | |
| Medical Officer | Schumacher-PT | Lead Class. Officer | N/A | | |
| Segregation E1 | Perry | Classification Officer | N/A | | |
| Segregation E2 | Lamb | Court Officer | N/A | | |
| Laundry Officer | N/A | Court Officer | N/A | | |
| Recreation | N/A | Court Officer | N/A | | |
| Recreation | N/A | Court Officer | N/A | | |
| Transport | Garcia/Fillippov | | | | |

| | |
|---|---|
| Other Posts, i.e. Suicide Watch, Janitorial | Good=Wax Crew/Key Count/Short=Ramadan@0300 |
| First Responders | Schmitt/Meany/Blatnik/Gerstein/Broussard/Huerta |
| Camera Operators | Romero/Weese |
| Call-Offs | Harris/Beauman/Funk/Dejager/Pagan |
| Training | Fire arms = Reed, |

Sick Call Completed:                     __X__ YES     _____ NO

Shake-down Search(es) completed:         __X__ YES     _____ NO

All Post Logs reviewed and Signed:       __X__ YES     _____ NO

Institution Cleanliness:  Satisfactory.

Number of Incidents: On 6/17/15, at approximately 23:00 hours, a code blue was called in A-4, by D/O Fleming. Upon the arrival of the medical staff and 1st responders. A detainee later identified as [Redacted - PII] was complaining of chest pains. He was attended to by medical and a standown of the code blue was called by me. Detainee [Redacted - PII] was taken to medical and examined. At approximately 00:30 6/18/15, detainee [Redacted - PII] was placed back in his dorm without incident.

On 6/18/15. At approximately,06:00 detainee, [Redacted - PII] B-4-205-4,was placed in Seg/Smu pending an investigation rules violation #306, refusing to clean assigned living area.

Comments: Ramadan ,was held from 03:15-0500 in B-1/A/1dorms

_____
Shift Supervisor Signature and Date

11/14

CONFIDENTIAL                                                                                                                        GEO_MEN 00057697

1

## THE GEO GROUP, INC.
AURORA/I.C.E. PROCESSING CENTER

### SUPERVISOR SUPPLEMENTAL REPORT          CASE NUMBER

| Supervisor's Name : (Print) | Time | Date | Duty Assignment |
|---|---|---|---|
| James Gerstein | 0700 | 08/31/2014 | Lieutenant |

Supervisor's Action(s) and Summary:

On 8/31/2014 at 0700 hours, Detainees [Redacted - PII], [Redacted - PII], [Redacted - PII], [Redacted - PII], and [Redacted - PII], [Redacted - PII] were placed into segregation due to refusing an order to clean housing unit A-1 on assigned day. Detainees have completed a pre-segregation evaluation by medical staff, and were placed into the Special Housing Unit.

Recommendation(s):

Force Used:
☐ YES     ☒ NO          Explain:

Restraints Used:
☒ YES     ☐ NO          Type Used: Mechanical     Time Applied: 0705     Time Removed: 0715

Justification: Being escorted from A-1 housing unit to Segregation Housing Unit after being cleared by Medical.

Signature: [signed]                                                Date: 8/31/14

CONFIDENTIAL                                                                                      GEO_MEN 00047810

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Redacted - PII    A-Number: Redacted - PII

ID#: 107-8    Nationality: Mexico

Date & Time of Incident: August 31, 2014 0100    Housing Assignment: A1

Incident Location: A1 107    Work Assignment: N/A

Classification Level: H

PROHIBITED ACTS:

1. Refusal to clean assigned living area    Code: 306
2. Refusal to obey officer order    Code: 307
3. ___    Code: ___
4. ___    Code: ___

Description of Incident: Redacted - PII was on the cleanup list and refused to clean, detainee was then given a direct verbal order to assist in his cleaning duties and still refused.

Staff Witnesses? Y  N    Evidence Attached? Y  N  N/A

Supporting Reports: Y  N  N/A

Good, Bryan
Name of Reporting Officer    August 31, 2014 0100
Date and Time    Signature

Reviewed for accuracy prior to investigation by: LT. Knight
Supervisor
8/31/14 @ 0745
Date and Time

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 11/13

CONFIDENTIAL

GEO_MEN 00047812

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: **Redacted - PII**  A-Number: **Redacted - PII**

ID#: 107-6  Nationality: Mexico

Date & Time of Incident: August 31, 2014 0600  Housing Assignment: A1

Incident Location: A1 107  Work Assignment: N/A

Classification Level: M.H.

PROHIBITED ACTS:

1. Refusal to clean assigned living area  Code: 306
2. Refusal to obey officer order  Code: 307
3. ___  Code: ___
4. ___  Code: ___

Description of Incident: **Redacted - PII** was on the clean up list and refused to clean, detainee was then given a direct verbal order to assist in his cleaning duties and still refused

Staff Witnesses? (Y) N    Evidence Attached? Y (N) N/A

Supporting Reports: Y (N) N/A

Good, Bryan    August 31, 2014 0700    [Signature]
Name of Reporting Officer    Date and Time    Signature

Reviewed for accuracy prior to investigation by: LT. Hughs
Supervisor
8/31/14 @ 0745
Date and Time

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 11/13

CONFIDENTIAL

GEO_MEN 00047813

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Redacted - PII   A-Number: Redacted - PII

ID#: 107-5   Nationality: El Salvador

Date & Time of Incident: August 31, 2014 0600   Housing Assignment: A1

Incident Location: A1 107   Work Assignment: N/A

Classification Level: M.H.

### PROHIBITED ACTS:

1. Refusal to clean assigned living area   Code: 306
2. Refusal to obey officer order   Code: 307
3. _____   Code: _____
4. _____   Code: _____

Description of Incident: Redacted - PII was on the cleanup list and refused to clean, detainee was then given a direct verbal order to assist in his cleaning duties and still refused

Staff Witnesses? Y  N   Evidence Attached? Y  N  N/A

Supporting Reports: Y  N  N/A

Name of Reporting Officer: Good, bryan   Date and Time: August 31, 2014 0600   Signature: [signed]

Reviewed for accuracy prior to investigation by: [signed] G. Knight
Supervisor
Date and Time: 8/31/14 @ 0745

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 11/13

GEO_MEN 00047814

CONFIDENTIAL

14

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Redacted - PII    A-Number: Redacted - PII

ID#: 107-4    Nationality: Mexico

Date & Time of Incident: August 31, 2014 0600    Housing Assignment: A1

Incident Location: A1-107    Work Assignment: N/A

Classification Level: MH

**PROHIBITED ACTS:**

1. Refusal to clean assigned dining area    Code: 306
2. Refusal to obey officers order    Code: 307
3. _____    Code: _____
4. _____    Code: _____

Description of Incident: Redacted - PII was on the clean up list and refused to clean. Detainee was then given a direct verbal order to assist in his cleaning duties and still refused.

Staff Witnesses? (Y) N    Evidence Attached? Y (N) N/A

Supporting Reports: Y (N) N/A

Good, Bryan    August 31, 2014 0600    [signature]
Name of Reporting Officer    Date and Time    Signature

Reviewed for accuracy prior to investigation by: Lt. Knight
Supervisor
8/31/14 @ 0745
Date and Time

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 11/13

GEO_MEN 00047815

CONFIDENTIAL

# INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Redacted - PII  A-Number: Redacted - PII

ID#: 107-3  Nationality: Guatemala

Date & Time of Incident: August 31, 2014 0600  Housing Assignment: A1

Incident Location: A1-107  Work Assignment: N/A

Classification Level: H

## PROHIBITED ACTS:

1. Refusal to clean assigned living area  Code: 306
2. Refusal to obey officer orders  Code: 307
3. _____  Code: _____
4. _____  Code: _____

Description of Incident: Redacted - PII was on the clean up list and refused to clean, detainee was then given a direct verbal order to assist in his cleaning duties and still refused.

Staff Witnesses? (Y) N  Evidence Attached? Y (N) N/A

Supporting Reports: Y (N) N/A

Name of Reporting Officer: Good, Bryan  Date and Time: August 31, 2014 0700  Signature: [signed]

Reviewed for accuracy prior to investigation by: Lt. Knight
Supervisor
8/31/14 @ 0745
Date and Time

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 11/13

CONFIDENTIAL

GEO_MEN 00047816

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Redacted - PII  A-Number: Redacted - PII

ID#: 107-2  Nationality: Mexico

Date & Time of Incident: August 31, 2014 0600  Housing Assignment: A1

Incident Location: A1-107  Work Assignment: N/A

Classification Level: M.H.

**PROHIBITED ACTS:**

1. Refusal to clean assigned living area  Code: 306
2. Refusal to obey officer order  Code: 307
3. _____ Code: _____
4. _____ Code: _____

Description of Incident: Redacted - PII was on the clean up list and refused to clean, detainee was then given a direct verbal order to assist in his cleaning duties and still refused

Staff Witnesses? Y  N  Evidence Attached? Y  N  N/A

Supporting Reports: Y  N  N/A

Good, Bryan  August 31, 2014 0700  [Signature]
Name of Reporting Officer  Date and Time  Signature

Reviewed for accuracy prior to investigation by: CTL Knight
Supervisor
08/31/14 @ 0745
Date and Time

Classification Level Change? Y  N

Level change from _____ to _____

Rev. 11/13

CONFIDENTIAL

GEO_MEN 00047817

## INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Musoev, Umar        A-Number: 97830357

ID#: M2574        Nationality: Taji

Date & Time of Incident: 7/21/09 0645    Housing Assignment: 2

Incident Location: Dormitory 2        Work Assignment: Sweep Floors

Classification Level: _____

## PROHIBITED ACTS:

1. Refusal to clean assigned living area.        Code: 306
2. Refusing to obey staff member/officers        Code: 307
3. order        Code: ___
4. _____        Code: ___

Description of Incident: On Tuesday, 7/21/09 at approximately 0645 hours 2 Dorm Trustee informed me The common area floor was still dirty. I checked the floor and saw food particles under the tables. I informed Detainee Musoev of my findings and requested him to sweep the floor. Detainee Musoev refused. I requested Lt. Libatto to intervene. Detainee Musoev again refused. I requested Detainee to be removed. Lt. Libatto ordered Detainee to be relocated to segregation.

Staff Witnesses? (Y) N        Evidence Attached? Y N N/A

Supporting Reports: Y N N/A

Lehman        7/21/09 0725        [signature]
Name of Reporting Officer    Date and Time        Signature

Reviewed for accuracy prior to investigation by: S.M. Bartlett
                                                    Supervisor
07-21-09  0645
Date and Time

Classification Level Change? Y N

Level change from _____ to _____

Rev. 1/04

Confidential

GEO-MEN 00065434

to the detainee on _____.
(Date)

IV.  Findings:

___ a. The Act was Committed as Charged
✓ b. The Following Act was Committed: 308 + 413
___ c. No Prohibited Act was Committed

(307 + 223 dropped)

V.  Specific Evidence Relied on to Support Findings:
detainee's own admission to kicking the storage bin + failure to keep his living space clean, tidy, & sanitary - det. handbook pg. 21 discusses "excessive legal paperwork"

VI.  Sanctions or Action Taken: Offense Severity:
3 days disciplinary segregation - detainee Cohen has opted to stay housed in Admin Seg. (PC) after his three days disciplinary seg. time is up.

VII.  Reason for Sanction or Action Taken:
Third write-up this month for failure to keep his living space clean, tidy, & sanitary.

_____        3/30/09
Hearing Board Chairperson          Date

_____        3-30-09
Hearing Board Member              Date

N/A
Hearing Board Member              Date

VIII.  Review and Concur:
A. Concur with findings: _____
B. Proceedings terminated: _____
C. Discipline Imposed: _____

Facility Administrator's Signature: _____ Date/Time: 3.30.09
Copy delivered to detainee by: _____ on 3/31/09
(Signature and Title)                          (Date)

Confidential

GEO-MEN 00065393

# INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Adame-Villalobos, D.    A-Number: 206528359

ID# L.N/A    Nationality: Mexico

Date & Time of Incident: 08/03/14@1125    Housing Assignment: A3-105

Incident Location: Dayroom A3    Work Assignment: N/A

Classification Level: Medium High

PROHIBITED ACTS:

1. Insolance towards staff                                         Code: 308
2. Failure to clean assigned living area                           Code: 306
3. _____                         Code: ___
4. _____                         Code: ___

**Description of Incident:**
On the above date and time Detainee Adame-Villalobos, Diego was assigned to spray off the tables, windows and telephones for the day. Detainee Adame told me, "Fuck you guys you can't make me clean". Detainee Adame did not clean his assigned living unit as instructed. Lt. Knight arrived and had Detainee Adame taken to the segregation unit via medical.

Staff Witnesses Y  N          Evidence Attached? Y  N  N/A

Supporting Reports? Y  N  N/A

DO O'Donnell              080314@1125
Name of Reporting Officer    Date and Time    Signature    9-3-14

Reviewed for accuracy prior to investigation by:  LT. M. Knight
                                                   Supervisor
                                                   8/3/14 @ 1327
                                                   Date and Time

Classification Level Change?  Y   N

Level change from _____ to _____

Rev. 11/13

Confidential                                                    GEO-MEN 00065211

# INCIDENT OF PROHIBITED ACTS AND NOTICE OF CHARGES

Detainee Name: Madrid Ulloa Jose     A-Number: 200582618

ID#: 200582618     Nationality: Nica

Date & Time of Incident: 9-16-11  2230hrs     Housing Assignment: B-3-204

Incident Location: B-3     Work Assignment: N/A

Classification Level: _____
**PROHIBITED ACTS:**

1. Refusing to obey a officer's order     Code: 307
2. _____     Code: _____
3. _____     Code: _____
4. _____     Code: _____

Description of Incident:
ON Friday 9-16-11 at 2230hrs D/O Barahona ask detainee Madrid Ulloa Jose 200582618 to help to clean dorm "mop", detainee stated fuck no I didn't come here to clean. This writer then gave Madrid a direct order to help mop dorm, Madrid then stated I am not cleaning take to the hole I don't care. Due to this incident watch commader was notified and authorized the writing of this report.

Staff Witnesses: (Y)  N         Evidence Attached: Y  N  (N/A)

Supporting Reports: (Y)  N  N/A

Barahona                    9-16-11 2230hrs    / Barahona
Name of Reporting Officer   Date & Time        Signature

Reviewed for accuracy prior to investigation by: _____
                                                  Supervisor
                                                  9/16/11
                                                  Date and Time

Classification Level Change: Y  (N)    Level change from  /  to  3

9/20/2011

Confidential                                    GEO-MEN 00065032

**THE GEO GROUP, INC.**
AURORA/I.C.E. PROCESSING CENTER

## SUPERVISOR SUPPLEMENTAL REPORT

CASE NUMBER
Safety

| Supervisor's Name: (Print) | Time | Date | Duty Assignment |
|---|---|---|---|
| Chester Evans | 22:33 | 7/16/11 | Watch Commander |

Supervisor's Action(s) and Summary:

On the above date and approximate time, I called to B-3 by Dorm Officer Barahona. Upon my arrival, D/O Barahona was standing with a detainee later identified as (200582618( Madird-Ulloa, Jose. D/O Barahona stated he asked (200582618) to clean bu he refused, and said to him "fuck you" Iam not cleaning, so take me to the hole. I asked (200582618) why he did't want to clea. He said that he didn't really want to clean. At this time (200582618) was handcuffed (hands behind his back) and escorted to medical by D/O Cosados. He was examined by medical and placed in Seg/Smu pending and investigation for rule violation. EOR.

Recommendation(s):

Investigation

Force Used:
☐ YES   ☒ NO   Explain:

Restraints Used:
☒ YES   ☐ NO   Type Used: Handcuffs   Time Applied: 22:33   Time Removed: 23;15

Justification: Safety/Security

Signature: [signature]   Date: 9/14/11

Confidential

GEO-MEN 00065033