# Exhibit AA

## Detainee Work Detail Application
## The GEO Group, Inc/Aurora/ICE Processing Center

| Detainee Name | Detainee Number | Dorm | Date | Arrival Date |

This Facility has a work member detail program for the following areas. If you would like to participate please indicate by checking the box following the position.

| POSITION | | POSITION | |
|---|---|---|---|
| Food Service (Kitchen) | | Barbershop | |
| Laundry | | Maintenance | |
| Dorm Cleaning | | Library | |
| Housekeeping (Days) | | Exterior | |
| Housekeeping (Nights) | | Intake | |
| Recreation | | Medical Detail | |
| Recreation Tec. Assistant | | Seg/SMU Clean-up | |
| Floor Crew | | Special Detail | |
| **(For GEO USE ONLY)** Area(s) Approved: | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis? **YES____ NO _____**

Please list all previous experience in the specific areas that you are interested in working:
_____
_____

### Work Detail Orientation

1. Work detail members will wear complete and clean uniforms.
2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.
3. Work detail members will take extra care to follow all facility rules and job assignment requirements.
4. Work detail members will not aid anyone in passing notes or any other items form one detainee to another.
5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.
6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.
7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for the day.
8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice of justification.

### Detainee Voluntary Work Program Agreement

Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work related training. Unexcused absence from work or unsatisfactory work performance could result on removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated within the work assignment.

I, _____, #_____have read, understand and agree to comply with the above. I have received and
  (Detainee Name)
Understand  relevant training regarding my work assignment.


_____     _____  _____      _____
Work Assignment                 Detainee ID#            Detainee Signature                 Date

CONFIDENTIAL                                                                              GEO_MEN 00057594