**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## STIPULATED MOTION FOR EXTENSION OF DEADLINES

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant The GEO Group, Inc. ("GEO"), together with Plaintiffs, by and through respective undersigned counsel, move this Court for an extension of the deadlines set forth below.

    1.  The Court issued an order on March 18, 2020 setting a May 20, 2020 deadline for the Parties to file dispositive motions and complete discovery. ECF 250.

    2.  The Parties request an extension of the aforementioned deadlines to and through July 31, 2020.

1

53128914;1

3. Under Fed. R. Civ. P. 6(b), the Court may extend time upon a showing of good cause, provided the motion is made before the original time expires.

4. This motion is timely. None of the aforementioned deadlines have expired.

5. Good cause exists to extend these deadlines.

6. As the parties' trial preparations continue, both parties have identified potential trial witnesses, and are undertaking efforts to make such witnesses available for deposition. Due to circumstances stemming from the COVID-19 pandemic, scheduling has become more difficult and the Parties intend to conduct some or all of those depositions remotely to the extent possible.

7. The number of remaining depositions to be completed require additional time beyond the current deadline.

WHEREFORE, the Parties respectfully request that the Court extend the deadlines to complete discovery, file dispositive motions, and respond to Plaintiffs' Motion for Partial Summary Judgment to and through July 31, 2020.

Respectfully submitted this 14th day of May, 2020.

| **OUTTEN & GOLDEN, LLP** | **AKERMAN LLP** |
|---|---|
| S/ *Michael J. Scimone* | S/ *Colin L. Barnacle* |
| Michael J. Scimone | Colin L. Barnacle |
| Ossai Miazad | Christopher J. Eby |
| 685 Third St., 25th Fl. | Ashley E. Calhoun |
| New York, NY 10017 | Melissa L. Cizmorris |
| Telephone: (212) 245-1000 | Adrienne Scheffey |
| Email: mscimone@outtengolden.com | 1900 Sixteenth Street, Suite 1700 |
| Email: om@outtengolden.com | Denver, CO 80202 |
| *Class Counsel* | Phone: (303) 260-7712 |
| | Fax: (303) 260-7714 |
| | Email: colin.barnacle@akerman.com |
| | Email: christopher.eby@akerman.com |
| | Email: ashley.calhoun@akerman.com |
| | Email: melissa.cizmorris@akerman.com |
| | Email: adrienne.scheffey@akerman.com |

**BURNS, FIGA & WILL, P.C.**

Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone: (303) 796-2626
Fax: (303) 796-2777
Email: deismeier@bfwlaw.com
Email: mley@bfwlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

3

53128914;1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2020, a true and correct copy of the **STIPULATED MOTION FOR EXTENSION OF DEADLINES** was filed via the Court's CM/ECF e-filing system, which will send electronic notice to all counsel of record.

*s/ Nick Mangels*
Nick Mangels

53128914;1