IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**JOINT MOTION TO CORRECT STIPULATION**

---

The Parties, through their respective undersigned counsel, hereby respectfully submit the following Motion to Correct Stipulation, and state:

1. On May 14, 2020, the Parties filed a Stipulated Motion for Extension of Deadlines (the "Stipulation"). ECF No. 263.

2. The Stipulation includes language establishing a deadline for Defendant to respond to Plaintiff's pending Motion for Partial Summary Judgment, ECF No. 260. That language was included in error.

3. The Parties respectfully request that the Court disregard the Stipulation, and hereby submit the attached Revised Stipulation in its place.

Respectfully submitted this 15th day of May, 2020.

| **OUTTEN & GOLDEN, LLP** | **AKERMAN LLP** |
|---|---|
| S/ *Michael J. Scimone* | S/ *Colin L. Barnacle* |
| Michael J. Scimone | Colin L. Barnacle |
| 685 Third St., 25th Fl. | Christopher J. Eby |
| New York, NY 10017 | Ashley E. Calhoun |
| Telephone: (212) 245-1000 | Melissa L. Cizmorris |
| Email: mscimone@outtengolden.com | Adrienne Scheffey |
| | 1900 Sixteenth Street, Suite 1700 |
| Rachel Dempsey | Denver, CO 80202 |
| Adam Koshkin | Phone: (303) 260-7712 |
| **OUTTEN & GOLDEN LLP** | Fax: (303) 260-7714 |
| One California Street, 12th Floor | Email: colin.barnacle@akerman.com |
| San Francisco, CA 94111 | Email: christopher.eby@akerman.com |
| Telephone: (415) 638-8800 | Email: ashley.calhoun@akerman.com |
| Facsimile: (415) 638-8810 | Email: melissa.cizmorris@akerman.com |
| E-Mail: rdempsey@outtengolden.com | Email: adrienne.scheffey@akerman.com |
| E-Mail: akoshkin@outtengolden.com | |
| | **BURNS, FIGA & WILL, P.C.** |
| Alexander Hood | |
| David Seligman | Dana L. Eismeier |
| Juno Turner | Michael Y. Ley |
| **TOWARDS JUSTICE** | 6400 S. Fiddlers Green Circle, Suite 1000 |
| 1410 High St., Suite 300 | Greenwood Village, CO 80111 |
| Denver, CO 80218 | Phone: (303) 796-2626 |
| (720) 441-2236 | Fax: (303) 796-2777 |
| alex@towardsjustice.org | Email: deismeier@bfwlaw.com |
| david@towardsjustice.org | mley@bfwlaw.com |
| juno@towardsjustice.org | |
| | *Attorneys for Defendant The GEO Group, Inc.* |
| R. Andrew Free | |
| **LAW OFFICE OF R. ANDREW FREE** | |
| P.O. Box 90568 | |
| Nashville, TN 37209 | |
| T: (844) 321-3221 | |
| Andrew@ImmigrantCivilRights.com | |

2

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2020, a true and correct copy of the foregoing **Joint Motion to Correct Stipulation** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Michael J. Scimone*
Michael J. Scimone
