**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

   Plaintiffs,

v.

THE GEO GROUP, INC.,

   Defendant.

**CORRECTED STIPULATED MOTION FOR EXTENSION OF DEADLINES**

  Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant The GEO Group, Inc. ("GEO"), together with Plaintiffs, by and through respective undersigned counsel, move this Court for an extension of the deadlines set forth below.

  1. The Court issued an order on March 18, 2020 setting a May 20, 2020 deadline for the Parties to file dispositive motions and complete discovery. ECF 250.

  2. The Parties request an extension of the aforementioned deadlines to and through July 31, 2020.

3. Under Fed. R. Civ. P. 6(b), the Court may extend time upon a showing of good cause, provided the motion is made before the original time expires.

4. This motion is timely. None of the aforementioned deadlines have expired.

5. Good cause exists to extend these deadlines.

6. As the parties' trial preparations continue, both parties have identified potential trial witnesses, and are undertaking efforts to make such witnesses available for deposition. Due to circumstances stemming from the COVID-19 pandemic, scheduling has become more difficult and the Parties intend to conduct some or all of those depositions remotely to the extent possible.

7. The number of remaining depositions to be completed require additional time beyond the current deadline.

8. Additionally, Plaintiffs anticipate serving supplemental interrogatory responses on May 29, 2020. GEO intends to use those supplemental interrogatory responses in responding to Plaintiffs' Motion for Partial Summary Judgment. While Plaintiffs do not concede that the supplemental interrogatory responses are necessary for GEO to respond to the Motion for Partial Summary Judgment, Plaintiffs stipulate to extensions of the deadlines for the response and reply briefs.

WHEREFORE, the Parties respectfully request that the Court extend the deadlines to complete discovery, including expert depositions, and file dispositive motions to and through July 31, 2020; and

WHEREFORE, the Parties also respectfully request that the Court set a deadline of June 5, 2020 for GEO to respond to Plaintiffs' Motion for Partial Summary Judgment, ECF No. 260, and enter a deadline of June 26, 2020 for Plaintiffs to file their Reply in support of that motion.

Respectfully submitted this 15th day of May, 2020.

| | |
|---|---|
| **OUTTEN & GOLDEN, LLP** | **AKERMAN LLP** |
| /s/ *Michael J. Scimone* | /s/ *Colin L. Barnacle* |
| Michael J. Scimone | Colin L. Barnacle |
| Ossai Miazad | Christopher J. Eby |
| 685 Third St., 25th Fl. | Ashley E. Calhoun |
| New York, NY 10017 | Melissa L. Cizmorris |
| Telephone: (212) 245-1000 | Adrienne Scheffey |
| Email: mscimone@outtengolden.com | 1900 Sixteenth Street, Suite 1700 |
| Email: om@outtengolden.com | Denver, CO 80202 |
| *Class Counsel* | Phone: (303) 260-7712 |
| | Fax: (303) 260-7714 |
| | Email: colin.barnacle@akerman.com |
| | Email: christopher.eby@akerman.com |
| | Email: ashley.calhoun@akerman.com |
| | Email: melissa.cizmorris@akerman.com |
| | Email: adrienne.scheffey@akerman.com |
| | |
| | **BURNS, FIGA & WILL, P.C.** |
| | |
| | Dana L. Eismeier |
| | Michael Y. Ley |
| | 6400 S. Fiddlers Green Circle, Suite 1000 |
| | Greenwood Village, CO 80111 |
| | Phone: (303) 796-2626 |
| | Fax: (303) 796-2777 |
| | Email: deismeier@bfwlaw.com |
| |         mley@bfwlaw.com |
| | |
| | *Attorneys for Defendant The GEO Group, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a true and correct copy of the **STIPULATED MOTION FOR EXTENSION OF DEADLINES** was served via email to all counsel of record.

/s/ *Michael J. Scimone*
Michael J. Scimone

2