IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEO GROUP, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 18, 2020**.

For good cause shown, the parties' Corrected Stipulated Motion for Extension of Deadlines[1] [filed May 15, 2020; ECF 265] is **granted**. The governing Amended Stipulated Scheduling and Discovery Order (ECF 198) is modified as follows:

Fact/expert discovery cutoff:    July 31, 2020
Dispositive motions deadline:    July 31, 2020

In addition, Defendant shall file a response to Plaintiffs' pending motion for summary judgment on or before June 5, 2020, and Plaintiffs may file a reply in support of the motion on or before June 26, 2020.

In light of this order, the original Stipulated Motion for Extension of Deadlines [filed May 14, 2020; ECF 263] is **denied as moot**.

---

[1] The document actually filed at ECF 265 is a motion to correct the previously filed motion, but finding the request unnecessary, the Court construes this motion as the "corrected" motion, which is attached at ECF 265-1.