IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

   Plaintiffs,

v.

THE GEO GROUP, INC.,

   Defendant.

## MOTION FOR WITHDRAWAL OF ATTORNEY ASHLEY E. CALHOUN

Defendant The GEO Group, Inc. ("Defendant") hereby moves this Court to withdraw attorney Ashley E. Calhoun as counsel of record, and in support thereof states as follows:

1. The undersigned entered her appearance in this matter as counsel for Defendant.

2. Under Local Rule 5(b) good cause exists for withdrawal. The undersigned is no longer employed by or associated with Akerman LLP. Colin L. Barnacle, Christopher J. Eby, Melissa L. Cizmorris and Adrienne Scheffey of Akerman LLP have each entered an appearance as counsel on behalf of Defendant.

1

53050413;1

3.  No party will be prejudiced by the withdrawal, because Mr. Barnacle, Mr. Eby, Ms. Calhoun, Ms. Cizmorris and Ms. Scheffey will continue to represent Defendant.

WHEREFORE, Defendant respectfully requests this Court withdraw Ashley E. Calhoun from representation of Defendant in this matter and permit Mr. Barnacle, Mr. Eby, Ms. Cizmorris and Ms. Scheffey to remain as counsel of record.

Respectfully submitted, this the 28th day of May, 2020.

        **AKERMAN LLP**

        *s/ Ashley E. Calhoun*
        Colin L. Barnacle
        Christopher J. Eby
        Ashley E. Calhoun
        Melissa L. Cizmorris
        Adrienne Scheffey
        1900 Sixteenth Street, Suite 1700
        Denver, Colorado 80202
        Telephone:(303) 260-7712
        Facsimile:  (303) 260-7714
        Email: colin.barnacle@akerman.com
        Email: christopher.eby@akerman.com
        Email: ashley.calhoun@akerman.com
        Email: melissa.cizmorris@akerman.com
        Email: adrienne.scheffey@akerman.com

        *Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of May, 2020, a true and correct copy of the foregoing

**MOTION FOR WITHDRAWAL OF ATTORNEY ASHLEY E. CALHOUN** was filed and

served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

| | | |
|---|---|---|
| Alexander N. Hood<br>David H. Seligman<br>Juno E. Turner<br>Andrew Schmidt<br>Towards Justice<br>1410 High St., Ste. 300<br>Denver, CO 80218<br>alex@towardsjustice.org<br>david@towardsjustice.org<br>juno@towardsjustice.org<br>andy@towardsjustice.org<br><br>Andrew H. Turner<br>Kelman Buescher Firm<br>600 Grant St., Ste. 825<br>Denver, CO 80203<br>aturner@laborlawdenver.com<br><br>Hans C. Meyer<br>Meyer Law Office, P.C.<br>P.O. Box 40394<br>Denver, CO 80204<br>hans@themeyerlawoffice.com | P. David Lopez<br>Outten & Golden, LLP<br>601 Massachusetts Ave. NW<br>2nd Floor West Suite<br>Washington, DC 20001<br>pdl@outtengolden.com<br><br>Adam L. Koshkin<br>Rachel W. Dempsey<br>Outten & Golden, LLP<br>One California St., 12th Fl.<br>San Francisco, CA 94111<br>akoshkin@outtengolden.com<br>rdempsey@outtengolden.com<br><br>Michael J. Scimone<br>Ossai Miazad<br>Outten & Golden, LLP<br>685 Third St., 25th Fl.<br>New York, NY 10017<br>mscimone@outtengolden.com<br>om@outtengolden.com | R. Andrew Free<br>Law Office of R. Andrew Free<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br><br>R. Andrew Free<br>Law Office of R. Andrew Free<br>2004 8th Ave. South<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br><br>Brandt P. Milstein<br>Milstein Law Office<br>1123 Spruce St.<br>Boulder, CO 80302<br>brandt@milsteinlawoffice.com |

*s/ Nick Mangels*
Nick Mangels

3

53050413;1