# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING MOTION FOR WITHDRAWAL OF
## ATTORNEY ASHLEY E. CALHOUN

The Court, having reviewed Defendant The GEO Group, Inc.'s ("Defendant") Motion for Withdrawal of Attorney Ashley E. Calhoun (ECF No. 268) and being fully advised in the premises, hereby GRANTS Defendant's Motion. Ashley E. Calhoun shall be removed as counsel of record for Defendant. The Defendant will continue to be represented by Colin L. Barnacle, Christopher J. Eby, Melissa L. Cizmorris, and Adrienne Scheffey of Akerman LLP.

Dated this 28th day of May, 2020.

                                                                                                */s/ John L. Kane*
                                                                          JOHN L. KANE
                                                                          SENIOR U.S. DISTRICT JUDGE