IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

## DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE

      I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

      1.     I am an attorney for defendant The GEO Group, Inc. ("<u>Defendant</u>" or "<u>GEO</u>") in the above-captioned matter. I am over the age of eighteen (18), and I am competent to testify in this matter. I have personal knowledge of the facts set forth below.

      2.     I submit this Declaration in support of GEO's response in opposition to Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense.

1

3. Attached is an index of attached exhibits as required by this Court's practice standards. The exhibits are also outlined below.

4. Attached as **Exhibit A** to GEOs response is a true and correct copy of GEO's responses to Plaintiffs' Separate Statement of Undisputed Facts.

5. Attached as **Exhibit B** is a true and correct copy of the Declaration of Tae D. Johnson in Support of Preliminary and Permanent Injunction filed February 5, 2020 in the case styled *United States of America v. Gavin Newsom, et al.*, United States District Court, Southern District of California, case number 3:20-cv-00154-JLS-WVG.

6. Attached as **Exhibit C** is a true and correct copy of the Amendment of Solicitation/Modification of Contract, effective April 28, 2010.

7. Attached as **Exhibit D** is a true and correct copy of the Amendment of Solicitation/Modification of Contract, effective May 23, 2013.

8. Attached as **Exhibit E** is a true and correct copy of the 2005 Detainee Handbook, filed with this Court as Level 1 Restricted.

9. Attached as **Exhibit F** is a true and correct copy of 2007 Detainee Handbook filed with this Court as Level 1 Restricted.

10. Attached as **Exhibit G** is a true and correct copy of 2008 Detainee Handbook filed with this Court as Level 1 Restricted.

11. Attached as **Exhibit H** is a true and correct copy of 2010 Detainee Handbook filed with this Court as Level 1 Restricted.

12. Attached as **Exhibit I** is a true and correct copy of 2011 Detainee Handbook filed with this Court as Level 1 Restricted.

13. Attached as **Exhibit J** are true and correct copies of excerpts of J. Kevin Martin's deposition transcript dated November 19, 2019, relevant to, and cited in GEO's response in opposition to Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense.

14. Attached as **Exhibit K** are true and correct copies of excerpts of Amber Martin's deposition transcript dated October 9, 2019, relevant to, and cited in GEO's response in opposition to Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense.

15. Attached as **Exhibit L** are true and correct copies of excerpts from GEO's yearly audits, filed with this Court as Level 1 Restricted.

16. Attached as **Exhibit M** are true and correct copies of excerpts of Demetrio Valerga's deposition transcript dated October 27, 2017.

17. Attached as **Exhibit N** are a true and correct copy of excerpts from Plaintiffs' Responses to GEO's Sixth Set of Interrogatories and First Set of Requests for Admission.

18. Attached as **Exhibit O** are true and correct copies of excerpts from Plaintiffs' Responses to GEO's Second Set of Interrogatories, Plaintiff Alejandro Menocal's Supplemental Responses to GEO's Sixth Set of Interrogatories verified May 25, 2020, Plaintiff Grisel Xahuentitla's Supplemental Responses to GEO's Sixth Set of Interrogatories verified May 29, 2020, and Plaintiff Lourdes Argueta's Supplemental Responses to GEO's Sixth Set of Interrogatories verified May 25, 2020.

19. Attached as **Exhibit P** are true and correct copies of excerpts of PBNDS 2011, Section 2.13 regarding staff-detainee communication.

3

20. Attached as **Exhibit Q** are true and correct copies of excerpts of Daniel Ragsdale's deposition transcript dated February 27, 2020, relevant to, and cited in GEO's response in opposition to Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense.

21. Attached as **Exhibit R** are true and correct copies of excerpts of Grisel Xahuentitla's deposition transcript dated October 26, 2017, relevant to, and cited in GEO's response in opposition to Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense.

Executed this 5th day of June, 2020, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

4

**CERTIFICATE OF SERVICE**

I hereby certify on this 5th day of June, 2020, a true and correct copy of the foregoing **DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE** was filed and served electronically via the Court's CM/ECF system on the following:

**Counsel for Plaintiffs:**

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
Towards Justice
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Kelman Buescher Firm
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com

Hans C. Meyer
Meyer Law Office, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
Outten & Golden, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
Outten & Golden, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
Outten & Golden, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

R. Andrew Free
Law Office of R. Andrew Free
2004 8th Ave. South
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
Milstein Law Office
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**INDEX OF EXHIBITS TO DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE**

| Exhibit | Description |
|---|---|
| A | GEO's Responses to Plaintiffs' Separate Statement of Undisputed Facts |
| B | Declaration of Tae D. Johnson in *United States of America v. Gavin Newsom, et al.*, United States District Court, Southern District of California, case number 3:20-cv-00154-JLS-WVG |
| C | Amendment of Solicitation/Modification of Contract effective April 28, 2010 |
| D | Amendment of Solicitation/Modification of Contract effective May 23, 2013 |

53365553;1

| Exhibit | Description |
|---|---|
| E | 2005 Detainee Handbook - **Filed with this Court as Level 1 Restricted** |
| F | 2007 Detainee Handbook - **Filed with this Court as Level 1 Restricted** |
| G | 2008 Detainee Handbook - **Filed with this Court as Level 1 Restricted** |
| H | 2010 Detainee Handbook - **Filed with this Court as Level 1 Restricted** |
| I | 2011 Detainee Handbook - **Filed with this Court as Level 1 Restricted** |
| J | Excerpts of J. Kevin Martin's Deposition Transcript dated November 19, 2019 |
| K | Excerpts of Amber Martin's Deposition Transcript dated October 9, 2019 |
| L | GEO's Yearly Audits - **Filed with this Court as Level 1 Restricted** |
| M | Excerpts of Demetrio Valerga's Deposition Transcript dated October 27, 2017 |
| N | Excerpts from Plaintiffs' Responses to GEO's Sixth Set of Interrogatories and First Set of Requests for Admission |
| O | Excerpts from Plaintiffs' Responses and Supplemental Responses to GEO's Second Set of Interrogatories |
| P | Excerpts of PBNDS 2011, Section 2.13 |
| Q | Excerpts of Daniel Ragsdale's Deposition Transcript dated February 27, 2020 |
| R | Excerpts of Grisel Xahuentitla's Deposition Transcript dated October 26, 2017 |