# EXHIBIT C

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 1 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) | |
| P00018 | See Block 16C | | PRO-10-L067 | | | |
| 6. ISSUED BY               CODE | ICE/DM/DC-LAGUNA | | 7. ADMINISTERED BY (If other than Item 6)       CODE | | ICE/DM/DC-LAGUNA | |

| 6. ISSUED BY | 7. ADMINISTERED BY (If other than Item 6) |
|---|---|
| ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Attn: Al Kidd (949) 425-7025<br>Laguna Niguel CA 92677 | ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Attn: Al Kidd (949) 425-7025<br>Laguna Niguel CA 92677 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| THE GEO GROUP INC<br>621 NW 53RD ST STE 700<br>BOCA RATON FL 334878242 | | |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSCEOP-06-D-00010 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE        6127064650000 | FACILITY CODE | 09/29/2006 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted, or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | Mutual Agreement Between The Parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

DUNS Number:   612706465

FINANCE POC: Amelia Sanchez (720) 875-2040

Program POC:   John Jameson 303-361-0723 Ext. 125

The purpose of this modification is to incorporate effective immediately the new ICE National Performance Based Detention Standards. These can be found in full form on the Internet at http://www.ice.gov/partners/dro/pbnds/index.htm

All other terms and conditions remain the same.
Period of Performance: 10/01/2006 to 05/31/2011

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>AMBER D. MARTIN<br>Vice President, Contracts Administration | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Raymond M. Nepsa |
|---|---|
| 15B. CONTRACTOR/OFFEROR The GEO Group, Inc.       15C. DATE SIGNED<br>(Signature of person authorized to sign)       4-27-10 | 16B. UNITED STATES OF AMERICA       16C. DATE SIGNED<br>(Signature of Contracting Officer)       4/28/10 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA<br>FAR (48 CFR) 53.243 |