# EXHIBIT D

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1 CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2 AMENDMENT/MODIFICATION NO | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5. PROJECT NO (if applicable) |
|---|---|---|---|
| P00005 | See Block 16C | | |

| 6 ISSUED BY | CODE | ICE/DM/DC-LAGUNA | 7 ADMINISTERED BY (if other than Item 6) | CODE | ICE/DM/DC-LAGUNA |
|---|---|---|---|---|---|

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Laguna Niguel CA 92677

ICE/Detent Mngt/Detent Contract-LAG
Immigration and Customs Enforcement
Office of Acquisition Management
24000 Avila Road, Room 3104
Attn: Ken Martin, 949-360-3190
Laguna Niguel CA 92677

| 8 NAME AND ADDRESS OF CONTRACTOR (No street county, State and ZIP Code) | (x) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|

GEO GROUP INC THE
621 NW 53RD ST STE 700
BOCA RATON FL 334878242

9B DATED (SEE ITEM 11)

| | x | 10A MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | HSCEDM-11-D-00003 |

| CODE | 6127064650000 | FACILITY CODE | 10B DATED (SEE ITEM 13) |
|---|---|---|---|
| | | | 09/15/2011 |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ___ is extended. ___ is not extended
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted such change may be made by telegram or letter provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

| 12 ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|
| See Schedule |

### 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF Mutual Agreement of Both Parties | |
| | D. OTHER (Specify type of modification and authority) | |

| E. IMPORTANT: | Contractor ___ is not. ___ x is required to sign this document and return _____ 1 _____ copies to the issuing office |
|---|---|

### 14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings including solicitation/contract subject matter where feasible)

DUNS Number: 612706465
FINANCE POC and Program COR: Amelia Sanchez, amelia.sanchez@dhs.gov, 720-875-2040
.

The purpose of this modification is to incorporate all of the ICE Performance Based National Detention Standards (PBNDS) 2011 Minimal Standards, several Optimal Standards, and the attached Quality Assurance Surveillance Plan (QASP) (Attachment B). The PBNDS 2011 Standards may be viewed in their entirety at the following link:

www.ice.gov/detention-standards/2011/

Please see Attachment A of this modification regarding the implementation of the PBNDS 2011 Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A as heretofore changed, remains unchanged and in full force and effect

| 15A NAME AND TITLE OF SIGNER (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| AMBER D. MARTIN Vice President, Contracts Administration The GEO Group, Inc. | Roberta J. Halls |

| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | 5/23/2013 | (Signature of Contracting Officer) | 5-29-13 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA FAR (48 CFR) 53 243 |

Confidential

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-11-D-00003/P00005 | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
GEO GROUP INC THE

| ITEM NO<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Optimal Standards. | | | | |
| | It is agreed that the aforementioned minimum and optimal standards are, herein, incorporated into the contract at no additional cost. | | | | |
| | Within 30 days of execution of this modification the facility shall be compliant with all PBNDS 2011 Standards stated herein. | | | | |
| | Should there be a conflict between the PBNDS 2011 Standards and/or any other term and/or condition of the agreement identified in Block 10A of this modification, please contact the Contracting Officer for clarification. | | | | |
| | All other terms and conditions remain unchanged.<br>Exempt Action: Y | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53 110

Confidential

GEO-MEN 00136084

**COMPLIANCE WITH PBNDS 2011 OPTIMAL PROVISIONS:**
*AURORA DETENTION CENTER*

Aurora Detention Center will comply with the following optimal requirements under the ICE 2011
Performance Based National Detention Standards (PBNDS 2011), at no additional cost to the agency:

**Standard 2.1:  Admission and Release**
- "Whenever possible, medical personnel shall be present to observe the strip search of a
  transgender detainee." *(Section V.B.4.c)*

**Standard 2.12:  Special Management Units**
- "Detainees must be evaluated by a medical professional prior to being placed in an SMU."
  *(Section V.D)*

**Standard 4.3:  Medical Care**
- "Medical facilities within the detention facility shall achieve and maintain current accreditation
  with the standards of the National Commission on Correctional Health Care (NCCHC), and shall
  maintain compliance with those standards." *(Section II.1)*
- "Adequate space and staffing for the use of services of the ICE Tele-Health Systems, inclusive of
  tele-radiology (ITSP) and tele-medicine, shall be provided." *(Section II.28)*
- "The facility, when equipped with appropriate technology and adequate space, shall provide for
  the use of services of the ICE Tele-Health Systems, inclusive of tele-radiology (ITSP), tele-
  psychiatry and tele-medicine." *(Section V.DD)*

**Standard 4.4:  Medical Care (Women)**
- "The facility's provision of gynecological and obstetrical health care shall be in compliance with
  standards set by the National Commission on Correctional Health Care (NCCHC)." *(Section II.1)*

**Standard 4.6:  Significant Self-Harm and Suicide Prevention and Intervention**
- "The facility shall be in compliance with standards set by the National Commission on
  Correctional Health Care (NCCHC) in its provision of preventive supervision, treatment, and
  therapeutic follow-up for clinically suicidal detainees or detainees at risk for significant self-
  harm." *(Section II.3)*

**Standard 4.7:  Terminal Illness, Advance Directives, and Death**
- "The facility shall be in compliance with standards set by the National Commission on
  Correctional Health Care (NCCHC) in its provision of medical care to terminally ill detainees."
  *(Section II.2)*

**Standard 5.4:  Recreation**
- Administrative Segregation:  "Facilities operating at the optimal level will offer detainees at least
  two hours of recreation or exercise per day, seven days a week." *(Section V.E)*
- Disciplinary Segregation:  "Facilities operating at the optimal level will offer detainees at least
  one hour of recreation or exercise per day, seven days a week." *(Section V.E)*
- "Detainees shall have at least four hours a day access, seven days a week, to outdoor recreation,
  weather and scheduling permitted." *(Section II.2)*
- "Detainees in the general population shall have access at least four hours a day, seven days a
  week to outdoor recreation, weather and scheduling permitted.  Daily indoor recreation shall also

Attachment A

Confidential

be available.  During inclement weather, detainees shall have access to indoor recreational opportunities with access to natural light."  *(Section V.B)*

- "Facilities operating at the optimal level shall offer access to reading materials, through libraries with regular hours, book carts or other means.  Reading materials in English, Spanish and, if practicable, other languages, should be made available."  *(Section V.F)*

- "Facilities shall offer other programmatic activities, such as:
    1. educational classes or speakers;
    2. sobriety programs such as alcoholics anonymous; and
    3. other organized activities or recreational programs."  *(Section V.F)*

## Standard 6.3:  Law Libraries and Legal Material

- "When requested and where resources permit, facilities shall provide detainees meaningful access to law libraries, legal materials, and related materials on a regular schedule and no less than 15 hours per week."  *(Section II.3)*

Attachment A

Confidential

GEO-MEN 00136086

# QUALITY ASSURANCE SURVEILLANCE PLAN

## 1. INTRODUCTION

ICE's Quality Assurance Surveillance Plan (QASP) is based on the premise that the Service Provider, and not the Government, is responsible for the day-to-day operation of the Facility and all the management and quality control actions required to meet the terms of the Agreement. The role of the Government in quality assurance is to ensure performance standards are achieved and maintained. The Service Provider shall develop a comprehensive program of inspections and monitoring actions and document its approach in a Quality Control Plan (QCP). The Service Provider's QCP, upon approval by the Government, will be made a part of the resultant Agreement.

This QASP is designed to provide an effective surveillance method to monitor the Service Provider's performance relative to the requirements listed in the Agreement. The QASP illustrates the systematic method the Government (or its designated representative) will use to evaluate the services the Service Provider is required to furnish.

This QASP is based on the premise the Government will validate that the Service Provider is complying with ERO-mandated quality standards in operating and maintaining detention facilities. Performance standards address all facets of detainee handling, including safety, health, legal rights, facility and records management, etc. Good management by the Service Provider and use of an approved QCP will ensure that the Facility is operating within acceptable quality levels.

## 2. DEFINITIONS

**Performance Requirements Summary (Attachment A):** The Performance Requirements Summary (PRS) communicates what the Government intends to qualitatively inspect. The PRS is based on the American Correctional Association (ACA) Standards for Adult Local Detention Facilities (ALDF) and ICE 2011 Performance Based National Detention Standards (PBNDS). The PRS identifies performance standards grouped into nine functional areas, and quality levels essential for successful performance of each requirement. The PRS is used by ICE when conducting quality assurance surveillance to guide them through the inspection and review processes.

**Functional Area:** A logical grouping of performance standards.

**Contracting Officer's Technical Representative (COTR):** The COTR interacts with the Service Provider to inspect and accept services/work performed in accordance with the technical standards prescribed in the Agreement. The Contracting Officer issues a written memorandum that appoints the COTR. Other individuals may be designated to assist in the inspection and quality assurance surveillance activities.

**Performance Standards:** The performance standards are established in the ERO ICE 2011 PBNDS at http://www.ice.gov/detention-standards/2011 as well as the ACA standards for ALDF. Other standards may also be defined in the Agreement.

1

Attachment B

GEO-MEN 00136087

**Measures:** The method for evaluating compliance with the standards.

**Acceptable Quality Level:** The minimum level of quality that will be accepted by ICE to meet the performance standard.

**Withholding:** Amount of monthly invoice payment withheld pending correction of a deficiency. See Attachment A for information on the percentages of an invoice amount that may be withheld for each functional area. Funds withheld from payment are recoverable (See Sections 7 and 8) if the COTR and Contracting Officer confirm resolution or correction, and should be included in the next month's invoice.

**Deduction:** Funds may be deducted from a monthly invoice for an egregious act or event, or if the same deficiency continues to occur. The Service Provider will be notified immediately if such a situation arises. The Contracting Officer in consultation with the ERO will determine the amount of the deduction. Amounts deducted are not recoverable.

## 4. QUALITY CONTROL PLAN

The Service Provider shall develop, implement, and maintain a Quality Control Plan (QCP) that illustrates the methods it will use to review its performance to ensure it conforms to the performance requirements. (See Attachment A for a summary list of performance requirements.) Such reviews shall be performed by the Service Provider to validate its operations, and assure ICE that the services meet the performance standards.

The Service Provider's QCP shall include monitoring methods that ensure and demonstrate its compliance with the performance standards. This includes inspection methods and schedules that are consistent with the regular reviews conducted by ERO. The reports and other results generated by the Service Provider's QCP activities should be provided to the COTR as requested.

The frequency and type of the Service Provider's reviews should be consistent with what is necessary in order to ensure compliance with the performance standards.

The Service Provider is encouraged not to limit its inspection to only the processes outlined in the 2011 PBNDS; however, certain key documents shall be produced by the Service Provider to ensure that the services meet the performance standards. Some of the documentation that shall be generated and made available to the COTR for inspection is listed below. The list is intended as illustrative and is not all-inclusive. The Service Provider shall develop and implement a program that addresses the specific requirement of each standard and the means it will use to document compliance.

  • Written policies and procedures to implement and assess operational requirements of the standard
  • Documentation and record keeping to ensure ongoing operational compliance with the standards (e.g.; inventories, logbooks, register of receipts, reports, etc.)
  • Staff training records
  • Contract discrepancy reports (CDRs)
  • Investigative reports

Attachment B

Confidential                                                                 GEO-MEN 00136088

- Medical records
- Records of investigative actions taken
- Equipment inspections
- System tests and evaluation

## 5. METHODS OF SURVEILLANCE

ICE will monitor the Service Provider's compliance with the Performance Standards using a variety of methods. All facilities will be subject to a full annual inspection, which will include a review of the Service Provider's QCP activities. In addition, ICE may conduct additional routine, follow-up, or unscheduled ad hoc inspections as necessary (for instance, as a result of unusual incidents or data reflected in routine monitoring). ICE may also maintain an on-site presence in some facilities in order to conduct more regular or frequent monitoring. Inspections and monitoring may involve direct observation of facility conditions and operations, review of documentation (including QCP reports), and/or interviews of facility personnel and detainees.

**5.1 Documentation Requirements**: The Service Provider shall develop and maintain all documentation as prescribed in the PBNDS (e.g., post logs, policies, and records of corrective actions). In addition to the documentation prescribed by the standards, the Service Provider shall also develop and maintain documentation that demonstrates the results of its own inspections as prescribed in its QCP. The Government may review 100% of the documents, or a representative sample, at any point during the period of performance.

## 6. FUNCTIONAL PERFORMANCE AREAS AND STANDARDS

To facilitate the performance review process, the required performance standards are organized into nine functional areas. Each functional area represents a proportionate share (i.e., weight) of the monthly invoice amount payable to the Service Provider based on meeting the performance standards. Payment withholdings and deductions will be based on these percentages and weights applied to the overall monthly invoice.

ICE may, consistent with the scope the Agreement, unilaterally change the functional areas and associated standards affiliated with a specific functional area. The Contracting Officer will notify the Service Provider at least 30 calendar days in advance of implementation of the new standard(s). If the Service Provider is not provided with the notification, adjustment to the new standard shall be made within 30 calendar days after notification. If any change affects pricing, the Service Provider may submit a request for equitable price adjustment in accordance with the "Changes" clause. ICE reserves the right to develop and implement new inspection techniques and instructions at any time during performance without notice to the Service Provider, so long as the standards are not more stringent than those being replaced.

## 7. FAILURE TO MEET PERFORMANCE STANDARDS

Performance of services in conformance with the PRS standards is essential for the Service Provider to receive full payment as identified in the Agreement. The Contracting Officer may take withholdings or deductions against the monthly invoices for unsatisfactory performance documented through surveillance of the Service Provider's activities gained through site inspections, reviews of documentation (including monthly QCP reports), interviews and other

3

Attachment B

GEO-MEN 00136089

feedback.  As a result of its surveillance, the Service Provider will be assigned the following
rating relative to each performance standard:

| Rating | Description |
|--------|-------------|
| Acceptable | Based on the measures, the performance standard is demonstrated. |
| Deficient | Based on the measures, compliance with most of the attributes of the performance standard is demonstrated or observed with some area(s) needing improvement.  There are no critical areas of unacceptable performance |
| At-Risk | Based on the performance measures, the majority of a performance standard's attributes are not met. |

Using the above standards as a guide, the Contracting Officer will implement adjustments to the
Service Provider's monthly invoice as prescribed in Attachment A.

Rather than withholding funds until a deficiency is corrected, there may be times when an event
or a deficiency is so egregious that the Government *deducts* (vs. "withholds") amounts from the
Service Provider's monthly invoice.  This may happen when a significant event occurs, when a
particular deficiency is noted multiple times without correction, or when the Service Provider has
failed to take timely action on a deficiency about which he was properly and timely notified.
The amount deducted will be consistent with the relative weight of the functional performance
area where the deficiency was noted.  The deduction may be a one-time event, or may continue
until the Service Provider has either corrected the deficiency, or made substantial progress in the
correction.

Further, a deficiency found in one functional area may tie into another.  If a detainee escaped, for
example, a deficiency would be noted in "Security," but may also relate to a deficiency in the
area of "Administration and Management."  In no event will the withhold or deduction exceed
100% of the invoice amount.

## 8. NOTIFICATIONS

(a)  Based on the inspection of the Service Provider's performance, the COTR will document
     instances of deficient or at-risk performance (e.g., noncompliance with the standard) using
     the CDR located at Attachment B.  To the extent practicable, issues should be resolved
     informally, with the COTR and Service Provider working together.  When documentation of
     an issue or deficiency is required, the procedures set forth in this section will be followed.

(b)  When a CDR is required to document performance issues, it will be submitted to the Service
     Provider with a date when a response is due.  Upon receipt of a CDR, the Service Provider
     shall immediately assess the situation and either correct the deficiency as quickly as possible
     or prepare a corrective action plan.  In either event, the Service Provider shall return the CDR
     with the action planned or taken noted.  After the COTR reviews the Service Provider's
     response to the CDR including its planned remedy or corrective action taken, the COTR will
     either accept the plan or correction or reject the correction or plan for revision and provide an

4

Confidential                                                                    GEO-MEN 00136090

explanation.  This process should take no more than one week.  The CDR shall not be used as a substitute for quality control by the Service Provider.

(c) The COTR, in addition to any other designated ICE official, shall be notified immediately in the event of all emergencies.  Emergencies include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work-place violence, civil disturbances, or protests); staff use of force including use of lethal and less-lethal force (includes detainees in restraints more than eight hours); assaults on staff or detainees resulting in injuries requiring medical attention (does not include routine medical evaluation after the incident); fights resulting in injuries requiring medical attention; fires; full or partial lock down of the Facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather (e.g., hurricanes, floods, ice or snow storms, heat waves, tornadoes); fence damage; power outages; bomb threats; significant environmental problems that impact the Facility operations; transportation accidents resulting in injuries, death or property damage; and sexual assaults.  Note that in an emergency situation, a CDR may not be issued until an investigation has been completed.

(d) If the COTR concludes that the deficient or at-risk performance warrants a withholding or deduction, the COTR will include the CDR in its monthly report, with a copy to the Contracting Officer.  The CDR will be accompanied by the COTR's investigation report and written recommendation for any withholding.  The Contracting Officer will consider the COTR's recommendation and forward the CDR along with any relevant supporting information to the Service Provider in order to confirm or further discuss the prospective cure, including the Government's proposed course of action.  As described in section 7 above, portions of the monthly invoice amount may be withheld until such time as the corrective action is completed, *or* a deduction may be taken.

(e) Following receipt of the Service Provider's notification that the correction has been made, the COTR may re-inspect the Facility.  Based upon the COTR's findings, he or she will recommend that the Contracting Officer continue to withhold a proportionate share of the payment until the correction is made, or accept the correction as final and release the full amount withheld for that issue.

(f) If funds have been withheld and either the Government or the Service Provider terminates the Agreement, those funds will not be released.  The Service Provider may only receive withheld payments upon successful correction of an instance of non-compliance.  Further, the Service Provider is not relieved of full performance of the required services hereunder; the Agreement may be terminated upon adequate notice from the Government based upon any one instance, or failure to remedy deficient performance, even if a deduction was previously taken for any inadequate performance.

(g) The COTR will maintain a record of all open and resolved CDRs.

5

Attachment B

GEO-MEN 00136091

**9. DETAINEE OR MEMBER OF THE PUBLIC COMPLAINTS**

The detainee and the public are the ultimate recipients of the services identified in this Agreement.  Any complaints made known to the COTR will be logged and forwarded to the Service Provider for remedy.  Upon notification, the Service Provider shall be given a pre-specified number of hours after verbal notification from the COTR to address the issue.  The Service Provider shall submit documentation to the COTR regarding the actions taken to remedy the situation.  If the complaint is found to be invalid, the Service Provider shall document its findings and notify the COTR.

**10. ATTACHMENTS**

    A.      Performance Requirements Summary

    B.      Contract Discrepancy Report

6

Attachment B

Confidential                                                                                          GEO-MEN 00136092

Attachment A – Performance Requirements Summary

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (PBNDS 2011) | WITHHOLDING CRITERIA |
|---|---|---|
| **Safety (20%)** Addresses a safe work environment for staff, volunteers, contractors and detainees | **PBNDS References: Part 1 - SAFETY** 1.1 Emergency Plans; 1.2 Environmental Health and Safety; 1.3 Transportation (by Land). | A Contract Discrepancy Report that cites violations of cited PBNDS and PWS (contract) sections that provide a safe work environment for staff, volunteers, contractors and detainees, permits the Contract Officer to withhold or deduct up to **20%** of a month invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Security (20%)** Addresses protection of the community, staff, contractors, volunteers and detainees from harm | **PBNDS References: Part 2 - SECURITY** 2.1 Admission and Release; 2.2 Classification System; 2.3 Contraband; 2.4 Facility Security and Control; 2.5 Funds and Personal Property; 2.6 Hold Rooms in Detention Facilities; 2.7 Key and Lock Control; 2.8 Population Counts; 2.9 Post Orders; 2.10 Searches of Detainees; 2.11 Sexual Abuse and Assault Prevention and Intervention; 2.12 Special Management Units; 2.13 Staff-Detainee Communication; 2.14 Tool Control; 2.15 Use of Force and Restraints. | A Contract Discrepancy Report that cites violations of PBNDS and PWS (contract) sections that protect the community, staff, contractors, volunteers, and detainees from harm, permits the Contract Officer to withhold or deduct up to **20%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Order (10%)** Addresses contractor responsibility to maintain an orderly environment with clear expectations of behavior and systems of accountability | **PBNDS Reference: Part 3 - ORDER** 3.1 Disciplinary System. | A Contract Discrepancy Report that cites violations of PBNDS and PWS (contract) sections that maintain an orderly environment with clear expectations of behavior and systems of accountability permits the Contract Officer to withhold or deduct up to **10%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard of section. |
| **Care (20%)** Addresses contractor responsibility to provide for the basic needs and personal care of detainees | **PBNDS References: Part 4 - CARE** 4.1 Food Service; 4.2 Hunger Strikes; 4.3 Medical Care; 4.4 Personal Hygiene; 4.5 Suicide Prevention and Intervention; 4.6 Terminal Illness, Advanced Directives, and Death. | A Contract Discrepancy Report that cites violations of PBNDS and PWS (contract) sections that provide for the basic needs and personal care of detainees, permits the Contract Officer to withhold or deduct up to **20%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Activities (10%)** Addresses contractor responsibilities to reduce the negative effects of confinement | **PBNDS References: Part 5 - ACTIVITIES** 5.1 Correspondence and Other Mail; 5.2 Escorted Trips for Non-Medical Emergencies; 5.3 Marriage Requests; 5.4 Recreation; 5.5 Religious Practices; 5.6 Telephone Access; 5.7 Visitation; 5.8 Voluntary Work Program. | A Contract Discrepancy Report that cites violations of PBNDS and PWS (contract) sections that reduce the negative effects of confinement permits the Contract Officer to withhold or deduct up to **10%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Justice (10%)** Addresses contractor responsibilities to treat detainees fairly and respect their legal rights | **PBNDS References: Part 6 - JUSTICE** 6.1 Detainee Handbook; 6.2 Grievance System; 6.3 Law Libraries and Legal Materials; 6.4 Legal Rights Group Presentations. | A Contract Discrepancy Report that cites violations of PBNDS and PWS (contract) sections that treat detainees fairly and respect their legal rights, permits the Contract Officer to withhold or deduct up to **10%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

A-1

Attachment B

GEO-MEN 00136093

Attachment A – Performance Requirements Summary

| FUNCTIONAL AREA/ WEIGHT | PERFORMANCE STANDARD (PBNDS 2011) | WITHHOLDING CRITERIA |
|---|---|---|
| **Administration and Management (10%)** Addresses contractor responsibilities to administer and manage the facility in a professional and responsible manner consistent with legal requirements | **PBNDS References: Part 7 - -ADMIN & MANAGEMENT** 7.1 Detention Files; 7.2 News Media Interviews and Tours; 7.3 Staff Training; 7.4 Transfer of Detainees; **Accommodations for the Disabled, 4-ALDF-6B-04, 4-ALDF-6B-07** | A Contract Discrepancy Report that cites violations of PBNDS and PWS (contract) sections that require the Contractor's administration and management of the facility in a professional and responsible manner consistent with legal requirements, permits the Contract Officer to withhold or deduct up to **10%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Workforce Integrity (10%)** Addresses the adequacy of the detention/correctional officer hiring process, staff training and licensing/certification and adequacy of systems | **Staff Background and Reference Checks (Contract) 4-ALDF-7B-03** **Staff Misconduct 4-ALDF-7B-01** **Staffing Pattern Compliance within 10% of required (Contract) 4-ALDF-2A-14** **Staff Training, Licensing, and Credentialing (Contract) 4-ALDF-4D-05, 4-ALDF-7B-05, 4-ALDF-7B-08** | A Contract Discrepancy Report that cites violations of the ALDF Standards associated with Workforce Integrity and PWS (contract) sections permits the Contract Officer to withhold or deduct up to **10%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |
| **Detainee Discrimination (10%)** Addresses the adequacy of policies and procedures to prevent discrimination against detainees based on their gender, race, religion, national origin, or disability | **Discrimination Prevention 4-ALDF-6B-02-03** | A Contract Discrepancy Report that cites violations of the ALDF Standards associated with Detainee Discrimination and PWS (contract) sections permits the Contract Officer to withhold or deduct up to **10%** of a monthly invoice until the Contract Officer determines there is full compliance with the standard or section. |

A-2

Attachment B

GEO-MEN 00136094

Attachment B – Contract Discrepancy Report

| CONTRACT DISCREPANCY REPORT | 1. CONTRACT NUMBER |
|---|---|
| **Report Number:** | **Date:** |

| 2. TO: (Contractor and Manager Name) | 3. FROM: (Name of COTR) |
|---|---|
| | |

**DATES**

| CONTRACTOR NOTIFICATION | CONTRACTOR RESPONSE DUE BY | RETURNED BY CONTRACTOR | ACTION COMPLETE |
|---|---|---|---|
| | | | |

4. DISCREPANCY OR PROBLEM *(Describe in Detail: Include reference in PWS / Directive: Attach continuation sheet if necessary.)*

5. SIGNATURE OF CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR)

| 6. TO: *(COTR)* | 7. FROM: *(Contractor)* |
|---|---|
| | |

8. CONTRACTOR RESPONSE AS TO CAUSE, CORRECTIVE ACTION AND ACTIONS TO PREVENT RECURRENCE. ATTACH CONTINUATION SHEET IF NECESSARY. *(Cite applicable Q.A. program procedures or new A.W. procedures.)*

| 9. SIGNATURE OF CONTRACTOR REPRESENTATIVE | 10. DATE |
|---|---|
| | |

11. GOVERNMENT EVALUATION OF CONTRACTOR RESPONSE/RESOLUTION PLAN: *(Acceptable response/plan, partial acceptance of response/plan, rejection: attach continuation sheet if necessary)*

12. GOVERNMENT ACTIONS *(Payment withholding, cure notice, show cause, other.)*

**CLOSE OUT**

| | NAME AND TITLE | SIGNATURE | DATE |
|---|---|---|---|
| CONTRACTOR NOTIFIED | | | |
| COTR | | | |
| CONTRACTING OFFICER | | | |

B-1

Confidential