# EXHIBIT K

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF COLORADO
 2
                   CASE NO. 1:14-cv-02887-JLK
 3

 4   ALEJANDRO MENOCAL, et al.,

 5              Plaintiffs,

 6   -vs-

 7   THE GEO GROUP, INC.,

 8              Defendant.
     _____/
 9

10

11

12

13            DEPOSITION OF AMBER MARTIN
                 Pages 1 Through 209
14

15

16

17          Wednesday, October 9, 2019
              8:58 a.m. - 3:21 p.m.
18
                 951 Yamato Road
19                  Suite 285
             Boca Raton, Florida 33431
20

21

22

23

24       Stenographically Reported By:
              Nancy Cannizzaro, RMR
25          Registered Merit Reporter
```

```
 1                          APPEARANCES

 2

 3   On Behalf of the Plaintiffs:
         OUTTEN & GOLDEN, LLP
 4       685 Third Avenue
         25th Floor
 5       New York, New York 10017
         212.245.1000
 6       mscimone@outtengolden.com
         BY:  MICHAEL J. SCIMONE, ESQUIRE
 7

 8   On Behalf of the Defendant:
         AKERMAN, LLP
 9       1900 Sixteenth Street
         Suite 1700
10       Denver, Colorado 80202
         303.260.7712
11       colin.barnacle@akerman.com
         BY:  COLIN L. BARNACLE, ESQUIRE
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        INDEX OF PROCEEDINGS

 2    WITNESS                                                PAGE
      AMBER MARTIN
 3        DIRECT EXAMINATION BY MR. SCIMONE                     6
          CROSS-EXAMINATION BY MR. BARNACLE                   205
 4
      CERTIFICATE OF OATH                                     208
 5    CERTIFICATE OF REPORTER                                 209

 6

 7

 8

 9                        PLAINTIFF EXHIBITS

10    EXHIBIT              DESCRIPTION                       PAGE

11    No. 1     Preliminary Statements                         21

12    No. 2     E-mail chain, with attachment -                26
                Bates No. GEO-MEN 000797976 through
13              GEO-MEN 00079805
                         CONFIDENTIAL
14
      No. 3     E-mail chain, with attachment -                40
15              Bates Stamp GEO-MEN 00071642
                through GEO-MEN 00071701
16                       CONFIDENTIAL

17    No. 4     E-mal chain, with attachment -                 44
                Bates No. GEO_MEN 00037752 through
18              GEO_MEN 00037759
                         CONFIDENTIAL
19
      No. 5     HSCEOP-06-R-00013 Amendment 02 -               62
20              Bates No. GEO_MEN 00030577 through
                GEO_MEN 00030583
21                       CONFIDENTIAL

22    No. 6     WCC Technical Proposal - Technical             66
                and Management Plans - Sanitation
23              and Hygienic Living Conditions -
                Bates No. GEO_MEN 00042206 through
24              GEO_MEN 00042209
                         CONFIDENTIAL
25
```

| | | | |
|---|---|---|---|
| 1 | No. 7 | The GEO Group, Inc. Technical Proposal & Past Experience - Part 1: Demonstrated Technical/Management Capability - Bates No. GEO_MEN 00040665 through GEO_MEN 00040670 | 72 |
| | | CONFIDENTIAL | |
| 5 | No. 8 | Award/Contract - Bates No. GEO-MEN 00059635 through GEO-MEN 00059743 | 78 |
| | | CONFIDENTIAL | |
| 7 | No. 9 | Award/Contract - Bates stamp Nos. GEO_MEN 00019613 through GEO_MEN 00020037 | 90 |
| | | CONFIDENTIAL | |
| | No. 10 | Summary of Major Changes Between the 2008 and 2011 Performance-Based National Detention Standards - Bates stamp Nos. GEO-MEN 00105553 through GEO-MEN 00105592 | 95 |
| | | CONFIDENTIAL | |
| 13 | No. 11 | Detainee Handbook - LaSalle Processing Center, Jena, LA - Bates stamp Nos. 2018-ICLI-0052 2141 through 2018-ICLI-0052 2169 | 108 |
| | No. 12 | 06/16/2014 E-mail from James D. Adams to Amber Martin, Subject: Volunteer work program - Bates stamp No. GEO_MEN 00007300 | 120 |
| | | CONFIDENTIAL | |
| | No. 13 | The GEO Group, Inc Aurora ICE Processing Center, Aurora, Colorado - 400-Bed Staffing Plan - Bates stamp Nos. GEO_MEN 00038920 through GEO_MEN 00038925 | 124 |
| | | CONFIDENTIAL | |

| | | |
|---|---|---|
| No. 14 | The GEO Group, Inc. Aurora/ICE Processing Center Policy and Procedure Manual - Chapter: Sanitation - Bates stamp Nos. GEO_MEN 00001419 through GEO_MEN 00001421, GEO_MEN 00001505 through GEO_MEN 00001509, and GEO_MEN 00001510 through GEO_MEN 00001513   CONFIDENTIAL | 130 |
| No. 15 | Performance-Based National Detention Standards 2011, excerpt - Bates stamp Nos. GEO_MEN 00064018 through GEN_MEN 00064020, GEN_MEN 00064209 through GEN_MEN 00064222, and GEO_MEN 00064344 through GEO_MEN 00064348 | 134 |
| No. 16 | 04/17/2014 E-mail chain, Subject: Re: Urgent HQ Tasking: Voluntary Work Programs at ICE Detention Facilities, with attachment   CONFIDENTIAL | 167 |
| No. 17 | Performance-Based National Detention Standards 2011, complete manual - Bates stamp Nos. GEO-MEN 00064018 through GEO-MEN 00064414 | 182 |
| No. 18 | The GEO Group, Inc./Aurora Detention Center - Aurora, Colorado - Standards Compliance Checklist - Bates stamp Nos. GEO_MEN 00014702 through GEO_MEN 00014717   CONFIDENTIAL | 201 |

CERTIFIED QUESTION

| | | |
|---|---|---|
| Page 10, Line 16 | How many documents did you review? | 10 |

```
 1    Deposition taken before Nancy Cannizzaro, Registered
 2  Merit Reporter and Notary Public in and for the State of
 3  Florida at Large, in the above cause, at 8:58 a.m.
 4                      - - - - - - -
 5            THE COURT REPORTER:  Ma'am, I'll have you
 6       raise your right hand for me so that I can swear
 7       you in.
 8            Do you swear or affirm testimony you're
 9       about to give shall be the truth, the whole truth,
10       and nothing but the truth?
11            THE WITNESS:  Yes, I do.
12  Thereupon,
13                      AMBER MARTIN,
14  A WITNESS CALLED by the Plaintiffs, being first duly
15  sworn or affirmed, testified as follows:
16                    DIRECT EXAMINATION
17  BY MR. SCIMONE:
18       Q.   Good morning, Ms. Martin.
19       A.   Good morning.
20       Q.   My name is Michael Scimone.  I'm an
21  attorney representing the plaintiffs in this case.
22            Have you ever been deposed before?
23       A.   Yes.
24       Q.   So I'm going to go over just a couple of
25  ground rules, which I'm sure you've heard before.
```

```
 1                MR. BARNACLE:  Object to the form.
 2       A.    I don't know if there's been discipline,
 3  but as far as taking anything away from them or anything
 4  like that, I mean, there's not much we can do, is what
 5  I'm saying.
 6                (Plaintiff Exhibit No. 15 was marked for
 7          identification.)
 8  BY MR. SCIMONE:
 9       Q.    Before I go into this exhibit, how do you
10  know that?
11       A.    Well, I know what the performance-based
12  standards say, and that we can give them solitary
13  confinement.  What I'm saying is that's never occurred.
14  We don't give solitary confinement for refusing to clean
15  up their area.
16       Q.    And how do you know that that's --
17       A.    It's always been an informal policy that we
18  made sure -- it was a formal policy that there was
19  clarity on that.
20       Q.    When did that become a formal policy?
21       A.    Well, a few years -- a couple years ago.
22  But it's also been an informal policy.  We've never given
23  a detainee solitary confinement for refusing to clean
24  their areas.
25       Q.    How do you know that that's never been
```

1  done?
2       A.   Like I said, it's been an informal policy.
3  We've never allowed that to happen.  If somebody did that
4  on their own without letting somebody know, then I
5  wouldn't know something like that.  But it's never --
6  it's never been a policy of GEO to put somebody in
7  solitary confinement, a detainee, for not cleaning their
8  area.
9       Q.   And if that did happen, notwithstanding
10 that policy, is that something that would likely come to
11 your attention?
12      A.   Definitely.
13      Q.   How would that come to your attention?
14      A.   I think that there would have been an
15 incident report filed or an internal -- what do we
16 call it? -- SIS if somebody was disciplined in that
17 manner.  Not necessarily to my attention, but at least to
18 the attention of, you know, somebody in the regional
19 office or that nature.
20      Q.   And how are those typically reported up the
21 chain of command?
22      A.   We give number -- well, during different
23 phases and different periods of this time period, I mean,
24 there was reports about how many people have been
25 disciplined, and there were monthly reports, those type

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )

      I, Nancy Cannizzaro, Registered Merit Reporter, certify that I was authorized to and did stenographically report the foregoing deposition of AMBER MARTIN, pages 1 through 207; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

      I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

      DATED this 23rd day of October, 2019.


_____
Nancy Cannizzaro, RMR