# EXHIBIT M

Case No. 1:14-cv-02887-JLK-CYC   Document 271-7   filed 06/05/20   USDC Colorado
pg 1 of 19

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

**Deposition**

# *DEMETRIO VALERGA*

*10/27/2017*

_____

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

_____

VIDEO DEPOSITION OF DEMETRIO VALERGA
October 27, 2017

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By David Seligman, Esq.
           1535 High Street, Suite 300
           Denver, Colorado  80218
           and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado  80203
              Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2       NORTON ROSE FULBRIGHT US, LLP
            By Charles A. Deacon, Esq.
 3             300 Convent Street, Suite 2100
               San Antonio, Texas  78205
 4                and
         BURNS, FIGA & WILL, P.C.
 5          By Dana L. Eismeier, Esq.
               6400 S. Fiddlers Green Circle
 6             Suite 1000
               Greenwood Village, Colorado  80111
 7                Appearing on behalf of Defendant

 8   Also Present: Monika Cary, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | Pursuant to Notice and the Federal |
| 2 | Rules of Civil Procedure, the video deposition of |
| 3 | DEMETRIO VALERGA, called by Defendant, was taken |
| 4 | on Friday, October 27, 2017, commencing at |
| 5 | 9:08 a.m., at 1225 - 17th Street, Suite 3050, |
| 6 | Denver, Colorado, before Tracy L. Harris, |
| 7 | Certified Realtime Reporter, Registered Merit |
| 8 | Reporter, and Notary Public within and for the |
| 9 | State of Colorado. |
| 10 | |
| 11 | |
| 12 | I N D E X |
| 13 | VIDEO DEPOSITION OF DEMETRIO VALERGA |
| 14 | EXAMINATION BY:                                              PAGE |
| 15 |    Mr. Seligman                                                -- |
| 16 |    Mr. Turner                                                 166 |
| 17 |    Mr. Deacon                                               8, 169 |
| 18 |    Mr. Eismeier                                               -- |
| 19 | |
| 20 | EXHIBITS                                         INITIAL REFERENCE |
| 21 | Exhibit 11  Defendant's Notice of Oral and          90 |
| 22 |             Videotaped Deposition with |
| 23 |             Subpoena Duces Tecum for Demetrio Valerga |
| 24 | Exhibit 12  U.S. Department of Homeland              92 |
| 25 |             Security Record of Deportable/ Inadmissible Alien regarding Demetrio Antonio Valerga |

```
 1                     I N D E X (Continued)

 2   EXHIBITS                                INITIAL REFERENCE

 3   Exhibit 13  U.S. Department of Homeland             95
                 Security Memorandum of
 4               Investigation regarding Demetrio
                 Valerga
 5
     Exhibit 14  Disciplinary Segregation Review         96
 6               regarding D. Valerga

 7   Exhibit 15  Administrative Segregation Review       97
                 regarding D. Valerga
 8
     Exhibit 16  Aurora Detention Center                 99
 9               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 10-2-13
10
     Exhibit 17  Aurora Detention Center                100
11               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 10-8-13
12
     Exhibit 18  Aurora Detention Center                101
13               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 10-8-13
14
     Exhibit 19  Aurora Detention Center                102
15               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 6-3-14
16
     Exhibit 20  Aurora Detention Center                103
17               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 4-21-14
18
     Exhibit 21  Aurora Detention Center                104
19               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 5-5-14
20
     Exhibit 22  Aurora Detention Center                106
21               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 5-2-14
22
     Exhibit 23  Aurora Detention Center                110
23               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 5-24-14
24

25
```

```
 1                    I N D E X (Continued)

 2   EXHIBITS                              INITIAL REFERENCE

 3   Exhibit 24  Aurora Detention Center                111
                 (Request Form - Kite) regarding
 4               Demetrio A. Valerga, 12-30-13

 5   Exhibit 25  Aurora Detention Center                113
                 (Request Form - Kite) regarding
 6               Demetrio A. Valerga, 5-18-14

 7   Exhibit 26  Aurora Detention Center                114
                 (Request Form - Kite) regarding
 8               Demetrio A. Valerga, 2-18-14

 9   Exhibit 27  Aurora Detention Center                115
                 (Request Form - Kite) regarding
10               Demetrio A. Valerga, 2-23-14

11   Exhibit 28  Aurora Detention Center                116
                 (Request Form - Kite) regarding
12               Demetrio A. Valerga, 12-17-13

13   Exhibit 29  Aurora Detention Center                117
                 (Request Form - Kite) regarding
14               Demetrio A. Valerga, 2-20-14

15   Exhibit 30  Aurora Detention Center                118
                 (Request Form - Kite) regarding
16               Demetrio A. Valerga, 1-6-14

17   Exhibit 31  Aurora Detention Center                119
                 (Request Form - Kite) regarding
18               Demetrio A. Valerga, 2-8-14

19   Exhibit 32  Disciplinary Reports/GI's              120

20   Exhibit 33  Detainee Work Detail Application       127
                 for Demetrio Valerga,
21               Date of Request 10-10-13

22   Exhibit 34  Detainee Work Detail Application       129
                 for Demetrio A. Valerga,
23               Date of Request 10-16-13

24

25
```

```
 1                    I N D E X (Continued)

 2   EXHIBITS                              INITIAL REFERENCE

 3   Exhibit 35  Service Processing Center/Contract    130
                 Detention Facility The Geo Group,
 4               Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
 5               Agreement

 6   Exhibit 36  Emergency Notification and            132
                 Property Disposition Form for
 7               Demetrio A. Valerga

 8   Exhibit 37  Declaration of Demetrio A. Valerga    134

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S
 2            (Exhibits 11 through 37 marked.)
 3            THE VIDEOGRAPHER:  We're on the record
 4   at 9:08 a.m.  Today is October 27, 2017.  This
 5   begins the videotape deposition of Demetrio
 6   Valerga in the matter of Menocal, et al. vs.
 7   The Geo Group.
 8            Will counsel please introduce
 9   themselves and the parties they represent,
10   beginning with plaintiffs' counsel first.
11            MR. TURNER:  Good morning.  Andrew
12   Turner, the Kelman Beuscher Firm, representing the
13   plaintiffs.
14            MR. SELIGMAN:  David Seligman from
15   Towards Justice for the plaintiffs.
16            MR. DEACON:  Charlie Deacon,
17   representing the defendant, The Geo Group.
18            MR. EISMEIER:  Dana Eismeier,
19   representing Geo Group.
20            THE VIDEOGRAPHER:  Will the court
21   reporter please swear in the witness.
22                  DEMETRIO VALERGA,
23   being first duly sworn in the above cause, was
24   examined and testified as follows:
25
```

```
 1                    EXAMINATION
 2   BY MR DEACON:
 3       Q    Do you want me to address you as
 4   Demetrio or as Mr. Valerga?
 5       A    It doesn't matter with me.  It's fine.
 6       Q    Okay.
 7       A    Valerga, Mr. Valerga, Demetrio.  It's
 8   not an issue.
 9       Q    Okay.  Have you ever given a dep- --
10   deposition before?
11       A    No, I haven't.
12       Q    You understand you're sworn under oath
13   to tell the truth?
14       A    Yes.
15       Q    And if I ask a question you don't
16   understand, would you ask me to repeat?
17       A    Say again.  I'm sorry.
18       Q    If I ask you --  Perfect example.  If I
19   ask you --
20       A    I got you there.  No, I understand.
21       Q    Yeah, exactly.  All right.  All right.
22   Now, you actually spent time in administrative
23   segregation, correct?
24       A    Three weeks.
25       Q    Three weeks?
```

1       Q       And it was August 27, 2015?

2       A       Yes.

3       Q       Where did you sign this?

4       A       That, I don't remember.  But I remember
5   signing it.

6       Q       Do you --  Did somebody come to you
7   with this --

8       A       I --

9       Q       -- or did you go somewhere?

10      A       I think I met Brandt somewhere to sign
11  this.

12      Q       Okay.  So it was with Brandt --

13      A       Yes.

14      Q       -- Milstein?

15              All right.  Did any guard ever threaten
16  to put you in the hole or in solitary -- not
17  solitary -- in administrative segregation or
18  disciplinary segregation for not cleaning your
19  area?

20      A       Yes.

21      Q       Who?

22      A       I don't remember his name, but he was a
23  black guard.

24      Q       Do you remember how tall he was?

25      A       5 - 7, 5 - 8, maybe.  A little shorter

1  than me.  Real heavyset.  I just don't remember

2  his name.

3       Q    He was heavy?

4       A    He was a heavy guy.

5       Q    Do you know how old he was,

6  approximately?

7       A    I would have to say he was in his mid

8  to late 40s.

9       Q    Okay.  But you don't know his name?

10      A    I don't remember his name, no.

11      Q    Do you remember what rank he had or --

12      A    He was just a guard.

13      Q    Just a --

14      A    That's it.

15      Q    -- guard?

16           And what exactly did he tell you?

17      A    I'm trying to recall.  I had gotten out

18  of the hole.  I was sleeping.  I didn't even get

19  up for breakfast.  He came and woke me up, and I

20  was, like, "I'm not cleaning, dude.  Leave me

21  alone."

22      Q    Okay.  So you were already in solitary

23  confinement?

24      A    No.  I was in the unit.

25      Q    Okay.  When --  Was it close to the

1   time when you had already been in disciplinary --

2       A      It was after.

3       Q      How much after?

4       A      A couple days or something like that.

5       Q      Okay.  So this is after you'd just got

6   out of disciplinary segregation?

7       A      Yes.

8       Q      And you refused to clean --

9       A      Yes.

10      Q      -- your area?

11             And what happened to you?

12      A      He told me if I don't clean, he's going

13  to take me to the hole.  I was, like, "Well, go

14  ahead."

15      Q      And were you taken back the

16  disciplinary --

17      A      No.

18      Q      Okay.  So he didn't act upon it?

19      A      No.

20      Q      All right.  Who cleaned the area, then?

21      A      I don't know.

22      Q      Okay.  You didn't?

23      A      No.

24      Q      All right.  Is that the only time you

25  refused to clean your area?

1    A    Yes.

2    Q    And --  And you did not go to either

3 administrative segregation or disciplinary

4 segregation when you refused, correct?

5    A    No, I did not.

6    Q    All right.  Was any action taken

7 against you at all?

8    A    Yes.

9    Q    What action?

10   A    I was awoken up and was pulled out of

11 the unit and was talked to by ICE; ICE talked to

12 me.

13   Q    ICE spoke to you?

14   A    Yes.

15   Q    Okay.  So ICE is the one who took the

16 action, then?

17   A    Yes.

18   Q    And what did they tell you?

19   A    They told me if I don't clean, that

20 they can take me to the hole -- that Geo can take

21 me to the hole for refusing to clean.

22   Q    Did they use the word "hole"?

23   A    Segregation.

24   Q    Okay.  So that's the word you used

25 earlier, "segregation."  Is that what you refer

1  to --

2     A    I know it as segregation.  That's all I
3  know it as --

4     Q    Okay.

5     A    -- or the hole.

6     Q    Yeah.  And so did ICE tell you that if
7  you didn't do this, you'd -- that -- that you
8  could be taken --

9     A    The conversation --

10         MR. TURNER:  Objection.

11         You can answer.

12    A    The  question --  The way the
13 conversation went was, "You know if you don't
14 clean, this man can take you to the hole."

15    Q    (By Mr. Deacon)  And what did you say?

16    A    I was like --

17         MR. TURNER:  Objection.

18         You can answer.

19    A    -- "Yeah, I'm aware of that."

20    Q    (By Mr. Deacon)  And --  And you were
21 willing to go back to segregation?

22    A    I wasn't going to clean.

23    Q    Okay.  And so nothing happened to you?

24    A    No.

25    Q    All right.  Was that the only time you

```
 1   refused to clean?
 2        A    No.  There was times after that that I
 3   refused to clean every time.
 4        Q    You refused to clean every time
 5   after --
 6        A    Yeah.
 7        Q    -- that?
 8             And not once were you ever put in
 9   segregation?
10        A    They threatened me they were going to
11   take me to the hole.
12        Q    But they never did?
13        A    No.
14        Q    All right.  And you knew that they
15   never did?
16        A    Because, at that point, I didn't care.
17        Q    How many times do you think this
18   happened?
19        A    After --  After that incident, I think
20   it happened, like four more times.  And then I
21   walked out.
22        Q    When you walked out, you mean you were
23   released?
24        A    I was released, yes.
25        Q    Okay.  Was that the --  Which time at
```

1  Aurora did this occur?

2      A    Right at the end of when I was getting
3  close to being released.

4      Q    Okay.  Because you were released a
5  couple of times, so --

6      A    I was released in 2014.  That's the
7  time.

8      Q    Okay.  So that was your second time
9  at --

10     A    That was my --

11     Q    -- Aurora?

12     A    -- second time, yes.

13     Q    All right.  Did you ever refuse to
14 clean your area the third time you were at Aurora?

15     A    I was never asked to clean.

16     Q    Ever?

17     A    Never.

18     Q    Were other people asked to clean?

19     A    I would believe so.  I saw other people
20 doing stuff, but . . .

21     Q    Okay.  You saw people doing stuff, but
22 you were never assigned that?

23     A    No.

24     Q    Do you know of anybody who was ever
25 sent to segregation, whether it's administrative

1   or disciplinary, for not cleaning?

2        A   Not that I know of.

3        Q   Did anybody ever tell you that they

4   were sent to segregation for not cleaning?

5        A   Like I stated, I was kind of a loner,

6   so I really don't --  I don't know.

7        Q   Did anyone from ICE visit you when you

8   were in either administrative or disciplinary

9   segregation in Aurora?

10       A   No.

11       Q   This Chris Fraley, did he ever --

12       A   Fraley, no.

13       Q   Did you ever request that anybody come

14  see you?

15       A   I sent them kites, and they never came

16  and saw me.

17       Q   Okay.  So you were able to send kites

18  while you were in the segregation?

19       A   Yes.

20       Q   Did you utilize the medical --  You did

21  use it for your medications.  Other than your

22  medications, did you utilize the medical offices

23  or the health clinic at Aurora other than that --

24  that one time?

25       A   Like, what do you mean?  Like . . .

```
 1   STATE OF COLORADO)
 2                   )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4           I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10           I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15           I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19           In witness whereof, I have affixed my
20   signature this 7th day of November, 2017.
21           My commission expires July 30, 2021.
22
23
                          _____
24                        Tracy L. Harris, CRR, RMR, RPR
                          216 - 16th Street, Suite 600
25                        Denver, Colorado  80202
```