# EXHIBIT R

# MENOCAL

# VS.

# THE GEO GROUP

Deposition

# GRISEL XAHUENTITLA

*10/26/2017*

---

# AB Court Reporting & Video
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

_____

VIDEO DEPOSITION OF GRISEL XAHUENTITLA
October 26, 2017

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By Alexander N. Hood, Esq.
           1535 High Street, Suite 300
           Denver, Colorado  80218
           and
    THE MEYER LAW OFFICE, P.C.
        By Hans C. Meyer, Esq.
           1029 Santa Fe
           Denver, Colorado  80204
           and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado  80203
               Appearing on behalf of Plaintiffs

```
 1    APPEARANCES (Continued):

 2         NORTON ROSE FULBRIGHT US, LLP
                By Charles A. Deacon, Esq.
 3                  300 Convent Street, Suite 2100
                    San Antonio, Texas  78205
 4                  and
           BURNS, FIGA & WILL, P.C.
 5              By Dana L. Eismeier, Esq.
                    6400 S. Fiddlers Green Circle
 6                  Suite 1000
                    Greenwood Village, Colorado  80111
 7                  Appearing on behalf of Defendant

 8    Also Present: Monika Cary, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*AB Court Reporting & Video*

 1          Pursuant to Notice and the Federal
 2  Rules of Civil Procedure, the video deposition of
 3  GRISEL XAHUENTITLA, called by Defendant, was taken
 4  on Thursday, October 26, 2017, commencing at
 5  10:30 a.m., at 1225 - 17th Street, Suite 3050,
 6  Denver, Colorado, before Tracy L. Harris,
 7  Certified Realtime Reporter, Registered Merit
 8  Reporter, and Notary Public within and for the
 9  State of Colorado.
10
11
12                    I N D E X
13  VIDEO DEPOSITION OF GRISEL XAHUENTITLA
14  EXAMINATION BY:                              PAGE
15     Mr. Hood                                   163
16     Mr. Meyer                                   --
17     Mr. Turner                                  --
18     Mr. Deacon                              6, 173
19     Mr. Eismeier                                --
20
21  EXHIBITS                          INITIAL REFERENCE
22  Exhibit 1  Defendant's Amended Notice of       21
               Intention to take Oral and
23             Videotaped Deposition of
               Grisel Xahuentitla
24  Exhibit 2  U.S. Department of Homeland         25
               Security Record of Deportable/
25             Inadmissible Alien

```
 1                   I N D E X (Continued)

 2   EXHIBITS                                     INITIAL REFERENCE

 3     Exhibit 3  Detainee Grievance Form                    50
                  Case# 14-114, Grisel
 4                Xahuentitla-Flores

 5     Exhibit 4  Detainee Work Detail Application           52
                  for Grisel Xahuentitla-Flores
 6

       Exhibit 5  Service Processing Center/Contract         60
 7                Detention Facility The Geo Group,
                  Inc./Aurora Ice Processing Center
 8                Detainee Voluntary Work Program
                  Agreement
 9
       Exhibit 6  Order to Detain or Release Alien           65
10
       Exhibit 7  U.S. Immigration and Customs               65
11                Enforcement, Enforcement and
                  Removal Operations National
12                Detainee Handbook Detention
                  Management Division
13
       Exhibit 8  Emergency Notification and                117
14                Property Disposition Form for
                  Grisel Xahuentitla-Flores
15
       Exhibit 9  Declaration of Grisel                     118
16                Xahuentitla-Flores

17     Exhibit 10 Ex-detainees: Detention center's          141
                  practices border on slavery by
18                Colleen Slevin, June 22, 2017

19

20

21

22

23

24

25
```

```
                       P R O C E E D I N G S
              (Exhibits 1 through 10 marked.)
              THE VIDEOGRAPHER:  We're on the record
at 10:30 a.m.  Today is October 26, 2017.  This
begins the videotape deposition of Grisel
Xahuentitla, taken by the defendant in the matter
of Menocal, et al. vs. The Geo Group.
              We are located at 1225 - 17th Street,
Suite 3050, Denver, Colorado.  The court reporter
is Tracy Harris.  The videographer is Monika Cary.
Counsel will introduce themselves and the parties
they represent beginning with plaintiff's counsel
first.
              MR. HOOD:  Alexander Hood for the
plaintiff from Towards Justice.
              MR. MEYER:  Hans Meyer with the Meyer
Law Office
              MR. TURNER:  Andrew Turner, the Kelman
Buescher Firm.
              MR. DEACON:  This is Charlie Deacon
with Norton Rose Fulbright, representing The
Geo Group.
              MR. EISMEIER:  And Dana Eismeier, Burns
Figa & Will, also for Geo Group.
              THE VIDEOGRAPHER:  Will the court
```

1    reporter please swear in the witness.

2                    GRISEL XAHUENTITLA,

3    being first duly sworn in the above cause, was

4    examined and testified as follows:

5                         EXAMINATION

6    BY MR DEACON:

7        Q    Ms. Grisel (sic), we met just briefly

8    before your deposition.  Could you identify

9    yourself for the record.

10       A    My name is Grisel Xahuentitla-Flores.

11            MR. HOOD:  Mr. Deacon, before -- before

12   we get started, could we just put a few things on

13   the record?

14            MR. DEACON:  Absolutely.

15            MR. HOOD:  First, I'd just like to pass

16   my witness a glass of water.

17            MR. DEACON:  Good idea.

18            MR. HOOD:  And prior to going on the

19   record, we discussed a stipulation that simply

20   saying the word "Objection" would be sufficient to

21   preserve any deposition-appropriate objections

22   and -- with no further language; is that correct?

23            MR. DEACON:  It is.  Why don't we just

24   keep that the same for all depos.

25            Fair?

1           MR. HOOD:  Objection.
2     A     Okay.
3     Q     (By Mr. Deacon)  All right.  Do you --
4  Did you --  Did you understand that was ICE that
5  made that determination?
6           MR. HOOD:  Objection.
7     A     I do understand that.
8     Q     (By Mr. Deacon)  You did understand
9  that, okay?
10    A     I do now.
11    Q     Okay.  All right.  Let me ask you, were
12 you --  Were you ever disciplined while you were
13 at Aurora?
14    A     Disciplined?
15    Q     Yeah.  Did you ever do anything that
16 got you in trouble?
17    A     No.
18    Q     All right.  Were you ever placed in
19 administrative segregation?
20          MR. HOOD:  Objection.
21    A     What's --  What's that?
22    Q     (By Mr. Deacon)  Okay.  Well, that's
23 probably a good answer, because if you don't know,
24 you probably didn't.
25          Do you recall ever getting the

```
 1        Q     When you say "tall" --  You said you're
 2   5 foot 2 and that the lieutenant was about 5 foot
 3   5.  How much taller was this lady --
 4              MR. HOOD:  Objection.
 5        Q     (By Mr. Deacon)  -- to your -- to the
 6   best of your estimate.
 7        A     Tall.
 8        Q     Okay.
 9        A     She was tall for a girl.
10        Q     And is this the one that had, like,
11   light -- or lighter reddish hair?
12        A     Yes.
13        Q     Okay.  Did she use the word hole,
14   h-o-l-e?
15        A     Yes.
16        Q     Did anybody ever describe to you what
17   was in the hole or where the hole was -- or what
18   was inside the alleged hole?
19        A     No.
20              MR. HOOD:  Objection.
21        A     Nobody knew what -- what it was in
22   there.
23        Q     (By Mr. Deacon)  Okay.  Because you
24   didn't know anybody that went there, right?
25        A     No.
```

1     Q     Correct?
2     A     Yes, sir.
3     Q     Okay.
4     A     Oh, I meant yes, I didn't know anyone.
5     Q     I know.  It's confusing --
6     A     Okay.
7     Q     -- so that's why I corrected it.
8     A     Okay.
9     Q     Okay.  So you personally didn't know
10    anybody that was ever sent to solitary confinement
11    or administrative segregation --
12    A     Exactly.
13    Q     -- or disciplinary segregation,
14    correct?
15    A     Yes.
16    Q     Okay.  Paragraph 4, which is on the
17    next page, it talks about the time you worked in
18    the voluntary work program, and it has the word,
19    quote, trustee in my pod where you were paid $1 a
20    day.  When you testified earlier about when you
21    were cleaning as a trustee, was that part of the
22    voluntary work program?
23    A     Was it the $1 a day program?
24    Q     Yes.
25    A     Yes.

```
1    STATE OF COLORADO)

2                    )ss.   REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10        I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15        I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19        In witness whereof, I have affixed my

20   signature this 6th day of November, 2017.

21         My commission expires July 30, 2021.

22

23
                     _____
24                   Tracy L. Harris, CRR, RMR, RPR
                     216 - 16th Street, Suite 600
25                   Denver, Colorado  80202
```