**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:14-cv-2887-JLK-MEH**

ALEJANDRO MENOCAL

    Plaintiffs,

v.

THE GEO GROUP, Inc.,

    Defendants.

---

**[PROPOSED]
ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF HUGO HERNANDEZ CEREN FOR LIVE TESTIMONY PRIOR TO REMOVAL**

---

John. L. Kane, District Judge

Upon consideration of Plaintiff's Emergency Motion for Writ of Habeas Corpus Ad Testificandum to Produce Plaintiff Hugo Hernandez Ceren for Live Testimony Prior to Removal, Doc. No. __, the Court FINDS:

1. Plaintiff Hugo Hernandez Ceren, Alien Registration Number 073-956-722, is a necessary and material witness in this action.

2. Mr. Hernandez is currently confined at the Etowah County Detention Center, in the custody of Acting Director of Immigration and Customs Enforcement Matthew Albence and ICE Louisiana Field Office Director Diane Witte.

3. In order to secure Hernandez's deposition testimony for use by the Certified Class at trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Hernandez's custodian to produce him for videotaped deposition prior to removing him from the United States.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding Matthew Albence and Diane Witte, and U.S. Immigration and Customs Enforcement to produce detainee Hugo Hernandez Ceren, A 073-956-722 for live deposition testimony by videotape prior to effectuating his removal to El Salvador.

2. Acting Director Albence, Field Office Director Witte, or their designees, are further ordered to notify the Court of any change in the custody of Hernandez, and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   United States Immigration and Customs Enforcement
      Matthew Albence, Acting Director of Immigration and Customs Enforcement
      Diane Witte, New Orleans Field Office Director, Enforcement & Removal Operations, U.S. Immigration and Customs Enforcement

YOU ARE COMMANDED to produce detainee Hugo Hernandez Ceren, A-073-956-722 for live, videotaped deposition testimony prior to effectuating his removal from the United States to El Salvador.

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Hernandez and to provide the new custodian with a copy of this writ.

June __ , 2020

_____
Hon. John L. Kane
United States District Court Judge

2