**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF HUGO HERNANDEZ CEREN FOR LIVE TESTIMONY PRIOR TO REMOVAL**

Kane, J.

Upon consideration of Plaintiffs' Emergency Motion for Writ of Habeas Corpus Ad Testificandum to Produce Plaintiff Hugo Hernandez Ceren for Live Testimony Prior to Removal (ECF No. 274) the Court FINDS:

1. Plaintiff Hugo Hernandez Ceren, Alien Registration Number 073-956-722, is a necessary and material witness in this action.

2. Mr. Hernandez is currently confined at the Etowah County Detention Center, in the custody of the Director of U.S. Immigration and Customs Enforcement (ICE) Matthew Albence and ICE Louisiana Field Office Director Diane Witte.

3. In order to secure Mr. Hernandez's deposition testimony for use at trial by the Certified Class in this case, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Hernandez's custodian to produce him for videotaped deposition prior to removing him from the United States.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum shall issue, under the seal of this Court, commanding ICE, Acting Director Albence, Field Office Director Witte, and any other custodian of detainee Hugo Hernandez Ceren, A 073-956-722, to produce him for live, remote deposition testimony by videotape prior to effectuating his removal to El Salvador.

2. Acting Director Albence, Field Office Director Witte, or their designees, are further directed to notify the Court of any change in the custody of Mr. Hernandez and to provide any new custodian with a copy of the Writ that issues.

DATED this 11th day of June, 2020.

*[signature: John L. Kane]*
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE