**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

TO UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); MATTHEW ALBENCE, ACTING DIRECTOR OF ICE; DIANE WITTE, ICE LOUISIANA FIELD OFFICE DIRECTOR; AND ANY OTHER CUSTODIAN OF THE WITNESS:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you produce the material witness, detainee Hugo Hernandez Ceren, A-073-956-722, for live, videotaped deposition testimony prior to effectuating his removal from the United States to El Salvador.

ORDERED this 11th day of June, 2020.



BY THE COURT:  s/E. Van Alphen, Deputy Clerk

1