# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## AMENDED NOTICE OF F.R.C.P. 30(b)(1) DEPOSITION OF HUGO HERNANDEZ

TO:    Plaintiff HUGO HERNANDEZ

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(1), counsel for Defendant THE GEO GROUP, INC. will take the oral deposition of Hugo Hernandez on June 24, 2020, at 10:00 a.m. CST/ 9:00 a.m. MST by remote video conferencing technology that will be provided by U.S. Legal. The deposition will be taken upon oral examination by stenographic means before an officer authorized by law to administer oaths and will continue from day to day until completed. Additionally, GEO intends to record the video deposition testimony, which will also be completed remotely.

**Exhibit 1**

Dated: June 22, 2020

                **AKERMAN LLP**

                *s/Adrienne Scheffey*
                Colin L. Barnacle
                Adrienne Scheffey
                Christopher J. Eby
                Melissa L. Cizmorris
                1900 Sixteenth Street, Suite 1700
                Denver, Colorado 80202
                Telephone: (303) 260-7712
                Facsimile: (303) 260-7714
                Email: colin.barnacle@akerman.com
                Email: christopher.eby@akerman.com
                Email: melissa.cizmorris@akerman.com
                Email: adrienne.scheffey@akerman.com

                **BURNS, FIGA & WILL, P.C.**
                Dana L. Eismeier
                Michael Y. Ley
                6400 S. Fiddlers Green Circle, Suite 1000
                Greenwood Village, CO 80111
                Telephone: (303) 796-2626
                Facsimile: (303) 796-2777
                Email: deismeier@bfwlaw.com
                Email: mley@bfwlaw.com
                *Attorneys for Defendant The GEO Group, Inc.*

TO:   Alexander N. Hood
        David H. Seligman
        Juno E. Turner
        Andrew Schmidt
        TOWARDS JUSTICE
        1410 High St., Ste. 300
        Denver, CO 80218
        alex@towardsjustice.org
        david@towardsjustice.org
        juno@towardsjustice.org
        andy@towardsjustice.org

Andrew H. Turner
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
Elizabeth V. Stork
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com
estork@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

50369597;1

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

50369597;1

# CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of June, 2020, a true and correct copy of the foregoing **AMENDED NOTICE OF F.R.C.P. 30(b)(1) DEPOSITION OF HUGO HERNANDEZ** was electronically served via e-mail on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
Elizabeth V. Stork
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com
estork@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
2004 8th Ave. South
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

50369597;1