## Andrew Turner

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Monday, June 22, 2020 8:05 PM |
| **To:** | Andrew Turner; Andrew Free; Adrienne Scheffey |
| **Cc:** | GeoPlaintiffsCounsel; Michael Ley; Dana Eismeier; colin.barnacle@akerman.com |
| **Subject:** | RE: Menocal v. The GEO Group, Inc. - Hernandez Deposition Logistics     Follow-Up |

Andrew:

Thanks for the notice.  I have to confer with ICE regarding its position.

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0104
Email:    timothy.jafek@usdoj.gov

**From:** Andrew Turner <aturner@laborlawdenver.com>
**Sent:** Monday, June 22, 2020 4:48 PM
**To:** Jafek, Timothy (USACO) <TJafek@usa.doj.gov>; Andrew Free <andrew@immigrantcivilrights.com>; Adrienne Scheffey <adrienne.scheffey@akerman.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Michael Ley <mley@bfwlaw.com>; Dana Eismeier <deismeier@bfwlaw.com>; colin.barnacle@akerman.com
**Subject:** RE: Menocal v. The GEO Group, Inc. - Hernandez Deposition Logistics Follow-Up

Thanks for your message, Tim.  This evening Plaintiffs will file an emergency motion asking that Judge Kane modify his writ to permit the deponent to wear a shirt and tie for his Wednesday video deposition.  I write to confer.  Please let me know the government's position.  Counsel, please let me know GEO's position as well.  Thanks.

_____

Andrew H. Turner
Shareholder

## THE KELMAN BUESCHER FIRM

PROTECTING ROCKY MOUNTAIN WORKERS
& THEIR UNIONS SINCE 1967

600 Grant Street, Suite 825

1

Exhibit 2

Denver, CO  80203
Phone:  303-333-7751
FAX:  303-333-7758
aturner@laborlawdenver.com
www.laborlawdenver.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is CONFIDENTIAL, and may be ATTORNEY-CLIENT PRIVILEGED and/or ATTORNEY WORK PRODUCT and exempt from disclosure under applicable law, and is intended only for the use of the addressee. If you believe you have received this e-mail in error, please notify us immediately and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

---

**From:** Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>
**Sent:** Monday, June 22, 2020 3:26 PM
**To:** Andrew Free <andrew@immigrantcivilrights.com>; Adrienne Scheffey <adrienne.scheffey@akerman.com>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>
**Subject:** RE: Menocal v. The GEO Group, Inc. - Hernandez Deposition Logistics Follow-Up

Andrew:

ICE has considered your request that Mr. Hernandez be permitted to change into a shirt and tie for his deposition.  Mr. Hernandez is required to stay in his uniform at all times.  This applies even to those detainees appearing in immigration court.  So ICE does not approve your request.

Thanks,

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0104
Email:   timothy.jafek@usdoj.gov

**From:** Andrew Free <andrew@immigrantcivilrights.com>
**Sent:** Saturday, June 20, 2020 8:15 PM
**To:** Adrienne Scheffey <adrienne.scheffey@akerman.com>; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>
**Subject:** Menocal v. The GEO Group, Inc. - Hernandez Deposition Logistics Follow-Up

Adrienne and Tim:

Thank you very much for facilitating the video visitations with Mr. Hernandez. We encountered about 10 minutes of technical difficulties in our final hour of today's Skype call, but GEO's guards were kind enough to let us make that up on the back end of the call by running a few minutes over.