**Andrew Turner**

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Friday, June 19, 2020 4:00 PM |
| **To:** | Dana Eismeier; GeoPlaintiffsCounsel@outtengolden.com; Scimone, Michael; Andrew Free; adrienne.scheffey@akerman.com |
| **Subject:** | RE: Menocal V. GEO |

I can be called at ▮▮▮▮▮▮▮.

Tim

**From:** Kristina James <kristina_james@cod.uscourts.gov> **On Behalf Of** Hegarty Chambers
**Sent:** Friday, June 19, 2020 3:56 PM
**To:** Dana Eismeier <deismeier@bfwlaw.com>; GeoPlaintiffsCounsel@outtengolden.com; Scimone, Michael <mscimone@outtengolden.com>; Andrew Free <andrew@immigrantcivilrights.com>; adrienne.scheffey@akerman.com; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Subject:** RE: Menocal V. GEO

Thank you for your message.  Please teleconference together first and call Chambers at 303-844-4507 at or before 4:10 p.m.

Kristina James, Law Clerk
Chambers of U.S. Magistrate Judge Michael E. Hegarty
United States District Court for the District of Colorado
901 19th Street, Room A542
Denver, Colorado 80294
303-844-4507


**From:** Dana Eismeier <deismeier@bfwlaw.com>
**Sent:** Friday, June 19, 2020 3:33 PM
**To:** GeoPlaintiffsCounsel@outtengolden.com; Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>; Scimone, Michael <mscimone@outtengolden.com>; Andrew Free <andrew@immigrantcivilrights.com>; adrienne.scheffey@akerman.com; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>
**Subject:** Menocal V. GEO

Dear Judge Hegarty,

As you know Judge Kane has, at plaintiffs request, ordered that plaintiffs class representative Hugo Hernandez be made available for deposition prior to possible deportation.  Yesterday, there was agreement to hold such deposition this coming Monday June 22.  This date was specifically cleared with Tim Jafek at USACO, and ICE has committed to produce Mr. Hernandez on June 22 and indicated this to both plaintiffs and defendants.

GEO has requested the deposition of Mr. Hernandez for over two years.  We were finally scheduled to proceed on June 15, 2020.  We have now moved the date and set up the deposition for this Monday June 22.  After great effort, plans for a remote deposition of Mr. Hernandez have been made with court reporter and the GEO facility in La Salle Louisiana for Monday, June 22.  We ask that the deposition go forward Monday.

1

**Exhibit 1**

GEO requests a short telephone conference with this Court today to address this issue.

**Dana Eismeier**  T 303.796.2626
E deismeier@bfwlaw.com



**bfwlaw.com**

6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, Colorado 80111

CONFIDENTIALITY NOTICE: This message, the attachments, and any metadata contained in this email may be confidential and privileged.