**Andrew Turner**

| | |
|---|---|
| **From:** | Andrew Turner |
| **Sent:** | Tuesday, June 23, 2020 1:35 AM |
| **To:** | 'Jafek, Timothy (USACO)' |
| **Cc:** | GeoPlaintiffsCounsel |
| **Subject:** | Menocal v. The GEO Group - Pl Emergency Motion to Amend Writ |
| **Attachments:** | Doc. 279 Emergency Mot to Amend Writ.pdf; Doc. 279-1 Ex 1 Amd Notice of Deposition.pdf; Doc. 279-2 Ex 2 - Jafek Email.pdf |
| **TimeMattersID:** | MB9A3ABFE28E3400 |
| **TM Contact:** | Menocal, Alejandro |
| **TM Contact No:** | 2997 |
| **TM Matter No:** | 2997-001 |
| **TM Matter Reference:** | GEO Group |

Tim – I wasn't certain CM/ECF would serve you.  Please find the motion attached.  Thanks.

_____

Andrew H. Turner
Shareholder

**THE KELMAN BUESCHER FIRM**

PROTECTING ROCKY MOUNTAIN WORKERS
& THEIR UNIONS SINCE 1967

600 Grant Street, Suite 825
Denver, CO  80203
Phone:  303-333-7751
FAX:  303-333-7758
aturner@laborlawdenver.com
www.laborlawdenver.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail is CONFIDENTIAL, and may be ATTORNEY-CLIENT PRIVILEGED and/or ATTORNEY WORK PRODUCT and exempt from disclosure under applicable law, and is intended only for the use of the addressee. If you believe you have received this e-mail in error, please notify us immediately and permanently dispose of this transmission and any copies thereof. Thank you for your cooperation.

1

**Exhibit 2**