# EXHIBIT A

**Stuart Grassian, M.D.**
401 Beacon Street
Chestnut Hill, MA 02467
(617) 244-3315; fax (617) 244-2792
stgrassian@gmail.com

In re:   *Menocal et al. v. The GEO Group, Inc.*
         US Dist Ct., Colorado. Civ. No. 1:14-cv-02887-JLK

**Psychiatric Report of Stuart Grassian, M.D.**

I am a Board-certified psychiatrist, licensed to practice medicine in the Commonwealth of Massachusetts.  In December 2018, attorneys for the Plaintiffs in the above-captioned matter contacted me.  They asked me to provide an expert opinion regarding individuals in immigration detention in Aurora, Colorado who allege that they had been forced to clean the housing area in the facility under the threat that they would otherwise be punished by being "sent to the hole" – that is, placed in solitary confinement.  I was retained to provide an expert opinion as to the psychiatric effects of this form of threatened punishment, and to evaluate the psychiatric impact on these detainees as they experienced this threat, including their experience and perception of the threat as they encountered other detainees who returned to their housing unit after being confined in solitary.

The sources of information I reviewed for this purpose are typical of the types of information that form the basis of such psychiatric evaluations.  They include a number of documents, a list of which is attached, and also interviews of the following individuals who had been confined at the Aurora facility: Alejandro Menocal; Jesus Gaytan; Grisel Xahuentitla; Olga Alexakhina; Hugo Hernandez; and Alejandro Hernandez Torres.  These interviews provided both

1

more recent medical literature studying the effects of solitary confinement. These observations from such disparate sources all comport with the findings regarding the effects of solitary confinement among political prisoners and prisoners of war.[5]

### 2.3. The Psychiatric Effects of Solitary Confinement.

Solitary confinement imposes a devastating triad of emotional and neuropsychiatric deprivations: social isolation, a barren perceptual environment, and deprivation of meaningful mental activity. The effect of these deprivations will be heightened if the individual subjected to them perceives his conditions of confinement as the product of the exertion of arbitrary power. Such perception deprives the individual of any sense of order, of justice, of rules that might protect him. Thus, such perception will inevitably magnify the individual's experience of fear and humiliation. Although it is clear that longer exposure to solitary will increase the severity of psychological harm, I have observed such harm in the course of my psychiatric work regarding the effects of solitary confinement– including overt delirium and suicidality – occurring within hours of such confinement.

### 2.3.1. Affective Disturbances: Anxiety, Depression and Self-Harm.

Individuals in solitary confinement often become seriously depressed. There is overwhelming empirical evidence that solitary confinement causes many people – even those with no prior history of mental illness – to become suicidal and/or self-destructive, especially in the first days of such confinement.[6]

---

[5] *See* Appendix D of my Washington University article.

[6] Statistical studies have shown that suicide among those in solitary confinement is seven times as common as it is among those in general population. One major study (Kaba, F., et al., *Solitary Confinement and Risk of Self-Harm Among Jail Inmates*, Am. J. Public Health, 104(3):442-447 (2014)) analyzed medical records of 244,699 incarcerations in New York City jails and found that of 2,182 acts of self-harm, approximately 50% occurred among the 7% of inmates housed in

10