# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, <br> MARCOS BRAMBILA, <br> GRISEL XAHUENTITLA, <br> HUGO HERNANDEZ, <br> LOURDES ARGUETA, <br> JESUS GAYTAN, <br> OLGA ALEXAKLINA, <br> DAGOBERTO VIZGUERRA, and <br> DEMETRIO VALERGA <br> on their own behalf and on behalf of all others similarly situated, <br>                   Plaintiffs, <br><br> v. <br><br> THE GEO GROUP, INC., <br>                   Defendant. | Civil No. 1:14-cv-02887-JLK |

## DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S AFFIRMATIVE DEFENSE

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a Partner with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

4. Plaintiffs have sought discovery from ICE by way of a subpoena. ICE produced approximately 5,000 pages of documents in response to that subpoena on June 5, 2020. The documents ICE produced are so heavily redacted that it is unclear whether or not this letter is among the documents produced. Plaintiffs intend to challenge ICE's redactions and seek the unredacted production of this letter.

5. Attached hereto as **Reply Exhibit 1** is a true and correct copy the 2011 Contract, bates stamped GEO_MEN 00019613-20037. This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

6. Attached hereto as **Reply Exhibit 2** is a true and correct copy of excerpts from the June 10, 2020 deposition of Brian Evans.

7. Attached hereto as **Reply Exhibit 3** is a true and correct copy of correspondence from GEO to ICE dated February 14, 2018, labeled 2018-ICLI-00052 2751-2755.

8. Attached hereto as **Reply Exhibit 4** is a true and correct copy of correspondence from ICE to GEO dated June 21, 2018, labeled 2018-ICLI-00052 6054-55.

9. Attached hereto as **Reply Exhibit 5** is a true and correct copy of excerpts from the March 29, 2016 Rule 30(b)(6) deposition of Dawn Ceja.

10. Attached hereto as **Reply Exhibit 6** is a true and correct copy of excerpts from the October 9, 2019 deposition of Amber Martin.

11. Attached hereto as **Reply Exhibit 7** is a true and correct copy of excerpts from the November 11, 2019 deposition of Kevin Martin.

12. Attached hereto as **Reply Exhibit 8** is a true and correct copy of the ICE Fiscal Year 2017 Report to Congress entitled Progress in Implementing 2011 PBNDS Standards and DHS PREA Requirements at Detention Facilities, available at https://www.dhs.gov/sites/default/files/publications/ICE%20-%20Progress%20in%20Implementing%202011%20PBNDS%20Standards%20and%20DHS%20PREA%20Requirements_0.pdf (last visited June 25, 2020).

13. Attached hereto as **Reply Exhibit 9** is a true and correct copy of excerpts from the February 28, 2020 Rule 30(b)(6) deposition of Amber Martin.

14. Attached hereto as **Reply Exhibit 10** is a true and correct copy of excerpts from the October 26, 2017 deposition of Plaintiff Grisel Xahuentitla-Flores.

15. Attached hereto as **Reply Exhibit 11** is a true and correct copy of excerpts from the June 24, 2020 of Plaintiff Hugo Hernandez-Ceren.

16. Attached hereto as **Reply Exhibit 12** is a true and correct copy of excerpts from the February 27, 2020 Rule 30(b)(6) deposition of Daniel Ragsdale.

17. Attached hereto as **Reply Exhibit 13** is a true and correct copy of the Declaration of Jamal N. Whitehead in Support of Respondents' Answer in Opposition to Petition for Permission to Appeal Class Certification and its exhibits, dated September 13, 2018 and filed as ECF No. 5-2 in *Nwauzor et al. v. The Geo Group, Inc.*, No. 18-80095 (9th Cir.).

18. Attached hereto as **Reply Exhibit 14** is a true and correct copy of Plaintiff

Alejandro Menocal Lepe's Objections and Responses to Defendant the GEO Group, Inc.'s Second Set of Written Discovery Requests, dated January 19, 2018.

19. Attached hereto as **Reply Exhibit 15** is a true and correct copy of Plaintiff Grisel Xahuentitla-Flores' Objections and Responses to Defendant the GEO Group, Inc.'s Second Set of Written Discovery Requests, dated January 22, 2018.

20. Attached hereto as **Reply Exhibit 16** is a true and correct copy of Plaintiff Lourdes Argueta's Objections and Responses to Defendant the GEO Group, Inc.'s Second Set of Written Discovery Requests, dated March 6, 2018.

21. Attached hereto as **Reply Exhibit 17** is a true and correct copy of the Department of Homeland Security Office of Inspector General Report entitled Management Alert on Issues Requiring Immediate Action at the Theo Lacy Facility in Orange, California, dated March 6, 2017 and available at http://www.endisolation.org/blog/wp-content/uploads/2017/05/Management-Alert-on-Issues-Requiring-Immediate.pdf (last visited June 26, 2020).

Dated: New York, NY
June 26, 2020

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

*Class Counsel*