# Exhibit 2

```
 1         IN THE UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF COLORADO
 2
             CIVIL ACTION NO.:  1:14-CV-02887-JLK
 3

 4   ALEJANDRO MENOCAL, et al.,

 5                Plaintiffs,

 6   -vs-

 7   THE GEO GROUP, INC.,

 8                Defendant.
     _____/
 9

10

11
                      DEPOSITION OF BRIAN EVANS
12

13
                    Thursday, June 10, 2020
14                  11:04 a.m. - 2:56 p.m.

15

16           ALL PARTIES APPEARED REMOTELY

17

18
                 Stenographically Reported By:
19                    JULIE BRUENS, FPR
                 Florida Professional Reporter
20

21

22

23

24

25
```

```
 1                         APPEARANCES

 2

 3   On behalf of the Plaintiffs:
                    OUTTEN & GOLDEN, LLP
 4                  685 Third Avenue
                    New York, New York 10017
 5                  212-245-1000
                    mscimone@outtengolden.com
 6                  BY: MICHAEL J. SCIMONE, ESQUIRE

 7                  OUTTEN & GOLDEN, LLP
                    One California Street, 12th Floor
 8                  San Francisco, California 94111
                    415-638-8800
 9                  akoshkin@outtengolden.com
                    BY: ADAM KOSHKIN, ESQUIRE
10
     On behalf of the Defendant:
11                  AKERMAN
                    1900 Sixteenth Street, Suite 1700
12                  Denver, Colorado 80202
                    303-260-7712
13                  adrienne.scheffey@akerman.com
                    BY: ADRIENNE SCHEFFEY, ESQUIRE
14
                    THE GEO GROUP, INC.
15                  4955 Technology Way
                    Boca Raton, Florida 33431
16                  561-443-1786
                    cwilke@geogroup.com
17                  BY: CHERYL WILKE, ESQUIRE

18   ALSO PRESENT:

19        MICKEY LEY

20                         -   -   -

21

22

23

24

25
```

```
1      A.   Why --
2           MS. SCHEFFEY:  Objection to form.
3           THE WITNESS:  You know, I don't have specific
4      expertise on all of those reasons.  I just know
5      that that was the case.  And if -- I think another
6      sort of intangible factor is if you think about the
7      Aurora facility or any of our other detention
8      facilities, a significant amount of ICE operations
9      is housed there.
10          So their staff worked there, they carry out
11     their functions as it relates to the immigration
12     operations.  The courts operate out of those
13     facilities, so we have oftentimes virtual and
14     actual courtrooms that re in the locations, and the
15     jails didn't have those or didn't have the
16     capacity.  The recreational requirements were often
17     different, the square footage requirements for
18     personnel space.  They may have had different
19     nutritional requirements that a jail wasn't
20     necessarily going to meet.
21          So there's just a lot of different reasons.
22     There were significant differences in the
23     requirements around health care, so there's expend
24     ed health care facilities as well as health care
25     staffing.  So just a lot of different reasons.
```

```
 1   BY MR. KOSHKIN:
 2       Q.   So why then is GEO -- so if ICE isn't running
 3   facilities per your testimony, and it was really local
 4   jails and sheriff's departments and stuff that were
 5   housing detainees, why is GEO comparing its price, its
 6   per diem price to the per diem price of an ICE run
 7   facility?
 8            MS. SCHEFFEY:  Object to form.
 9            THE WITNESS:  As I said generally -- go ahead.
10       I'm sorry.
11            MS. SCHEFFEY:  Just object to form.  You may
12       answer.
13            THE WITNESS:  So as I said, generally, ICE
14       does not operate their own facilities, but they
15       have a couple that they operate.  But even those
16       now -- I don't know back at this time.  I'm not
17       familiar at this time.
18            But even those facilities that ICE owns and
19       technically operates, they outsource most of the
20       security and the institutional operation of the
21       facilities.
22            For instance, like the Chrome Detention
23       Facility here in South Florida is one of the more
24       well-known ICE facilities in the country.  I think
25       a lot of people have heard of Chrome.  And that's a
```

1        government-owned facility, but they outsource the
2        operations to -- another company does the, you
3        know, day to day security operations in the
4        facility, the same kind of stuff we do in our
5        facilities, the food service and all that sort of
6        stuff.
7   BY MR. KOSHKIN:
8        Q.   So --
9        A.   I really don't know in this case what the
10  letter was specifically referring to.  I don't -- I'm
11  not familiar with the analysis that they used to
12  calculate that amount.
13       Q.   Okay.  But it's fair to say that this analysis
14  is showing that GEO can offer the service at a lower
15  cost than ICE could offer the service; correct?
16       A.   That's the --
17            MS. SCHEFFEY:  Objection to form.
18            THE WITNESS:  That's the intent.
19  BY MR. KOSHKIN:
20       Q.   Can you say a little bit about why GEO is able
21  to provide this service for less than the government
22  can?
23       A.   Not without knowing exactly what was on the
24  other side of the government cost, but typically, a
25  newer facility like what we're proposing here is going

```
 1   to be much more efficiently designed, so it's going to
 2   be much more efficient from a staffing perspective.  You
 3   have better lines of sight in the facility.
 4           So that's going to effect the amount of staff
 5   that you need to run the facility.  Depending on where
 6   our facility is located, in this case, this facility in
 7   Colorado versus the average for their facilities, the
 8   cost of labor could be less.
 9           So just, you know, those types of things.  I
10   think that generally speaking, a privately run facility
11   is going to be more efficiently operated, and it's
12   newer.  So like I said, there's efficiencies because of
13   that.
14      Q.   And then earlier this morning, you said that
15   GEO theoretically competes with the government.  When
16   you said that, were you -- what government entities were
17   you referring to?
18      A.   Just in general.  You know, our business is
19   based on the fact that we can deliver as good or better
20   quality services at the same price or lower cost than
21   the government can, especially in the state side of our
22   business.
23           Many of the states have requirements that our
24   contract, our per diem, if you will, be less than what
25   their average per diem is, or they may target a specific
```

```
 1  action down to the regional level business teams?
 2      A.   I would say it was more the reverse.  If we
 3  felt that a facility was -- had some issue that needed
 4  to be addressed, we would ask them to provide a
 5  corrective action plan or a plan for improvement, and we
 6  would eval -- you know, we would review that memo or
 7  whatever to see if it seemed sufficient and if they were
 8  on the right track to correct an issue if there was one
 9  that was more enduring in nature.
10      Q.   Okay.  If you could turn to page four of the
11  PDF, which is bates labeled GEO MEN 00044629.  You may
12  need to rotate the --
13      A.   Yeah.  I'm doing that.
14      Q.   So these are sort of the totals that you were
15  describing before.  That's what this page shows?
16      A.   Yes.
17      Q.   Okay.  And so you said that you would review
18  these totals to look at the variance and to see if you
19  needed to further review the facility's performance.
20  What's the variance?
21      A.   It's a column that's labeled variance.
22      Q.   But what does that mean?
23      A.   That's the difference between the column
24  that's labeled pretax profits actual versus the budget,
25  so the difference between your actual results and your
```

1   projected or estimated results, what they would be.
2       Q.   Okay.  And then on the column on the left --
3   so the column -- sorry, the set of columns on the right
4   that you were describing, that's the difference --
5   variance in the difference between the pretax profits
6   actual and the pretax profits assumed, the columns on
7   the left, the it variance is -- what's the variance for
8   the columns on the left?
9            MS. SCHEFFEY:  Objection.
10           THE WITNESS:  That the variance between -- I'm
11       sorry.
12           MS. SCHEFFEY:  You're fine.  Object to form.
13       You may answer.
14           THE WITNESS:  That's the variance in the
15       revenue, so just the top line revenue, actual
16       revenue versus, again, the budget, what we
17       projected or expected the revenue might be.
18  BY MR. KOSHKIN:
19      Q.   Okay.  And in this chart that we're looking
20  at, this specific one, shows that the Aurora facility
21  for the month of -- for March 2014 turned a 20.21
22  percent profit.  Am I reading that correctly?
23           MS. SCHEFFEY:  Object to form.
24           THE WITNESS:  Percentage margin.
25  BY MR. KOSHKIN:

1    Q.   Can you describe what that means?
2    A.   So the margin is going to be what -- as we
3  talked about, the pricing of the contracts, it's going
4  to be the revenue less all the direct operating costs
5  and less the depreciation.  But it doesn't include any
6  of the indirect operating costs or any allocation of the
7  cost to capital to build the facility.
8    Q.   Okay.  Let's turn to page 45 of the PDF, which
9  is labeled GEO MEN 00044670.  It's pretty small type.
10 One advantage of these remote depositions is you can
11 zoom in on the documents.  When we used these in person
12 before, the type was very small.
13   A.   Page 45?
14   Q.   Yes.  It should be the page before that, the
15 Aurora facility's specific page.
16   A.   Yes.
17   Q.   And so when you were saying earlier when you
18 had a question about a specific -- about a specific
19 facility's performance, this is the part of the
20 document that -- so say you had a question about
21 Aurora's performance, this is where you would look to
22 gather more information; correct?
23   A.   Yes.
24   Q.   Okay.  And so I just want to -- I just want to
25 ask you a couple questions to help understand what I'm

1   looking at. And so the row halfway down the page, it
2   says total labor and related taxes. That's
3   describing -- what is that describing?
4       A.   That's the -- all of the labor costs to
5   operate the facility that was incurred at the facility
6   for the month of March.
7       Q.   Okay.
8       A.   Our employees' labor costs.
9       Q.   Okay. And this is showing that for this
10  month, GEO spent less on labor than it was budgeted for?
11      A.   Yes.
12      Q.   Okay. But it's -- and on the top, it says
13  earned revenue. What is that column showing?
14      A.   That's showing our revenue for the month at
15  the facility.
16      Q.   Okay. And that's -- okay. And then the row
17  that says op margin?
18          MS. SCHEFFEY: Object to form.
19          THE WITNESS: Op margin. Yes. What about op
20      margin?
21  BY MR. KOSHKIN:
22      Q.   What is that row showing?
23      A.   That's showing what I described before.
24  That's the same number that ties to the pretax profit.
25  It's also referred to as the pretax profit up in the

```
 1                    CERTIFICATE OF REPORTER

 2

 3   THE STATE OF FLORIDA,

 4   COUNTY OF PALM BEACH.

 5

 6              I, Julie Bruens, Florida Professional

 7   Reporter, certify that I was authorized to and did

 8   stenographically report the deposition of BRIAN EVANS;

 9   pages 1 through 109; that a review of the transcript was

10   requested; and that the transcript is a true record of

11   my stenographic notes.

12              I further certify that I am not a

13   relative, employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorneys or counsel connected with the action,

16   nor am I financially interested in the action.

17

18              Dated this 18th day of June, 2020.

19

20

21

22              _____
                Julie Bruens, FPR
23              Florida Professional Reporter

24

25
```

WITNESS NOTIFICATION LETTER

June 18th, 2020

BRIAN EVANS
C/O
CHERYL WILKE, ESQUIRE
THE GEO GROUP, INC.
4955 Technology Way
Boca Raton, Florida 33431
561-443-1786
cwilke@geogroup.com

IN RE: ALEJANDRO MENOCAL, et al. Vs. THE GEO GROUP, INC.
Deposition, taken on June 10, 2020
U.S. Legal Support Job No. 2181235

The transcript of the above proceeding is now available for your review.

Please call to schedule an appointment between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday, at a U.S. Legal Support office located nearest you.

We respectfully request that the witness complete their review within a reasonable time, and return the errata sheet to our
office. You need not return the entire transcript.

Sincerely,

_____
Julie Bruens, FPR
U.S. Legal Support, Inc.
444 West Railroad Avenue, Suite 300
West Palm Beach, Florida  33401
561.835.0220