# Exhibit 4



*Office of Acquisition Management*
**U.S. Department of Homeland Security**
801 I Street NW 9th Floor
Washington, DC 20536

U.S. Immigration
and Customs
Enforcement

June 21, 2018

The GEO Group, Inc.
(b)(6);(b)(7)(C), Executive VP, Contract Admin
One Park Place, Suite 700
621 Northwest 53rd Street
Boca Raton, Florida  33487

    Subject: **Denial of Request for Equitable Adjustment for Contract No. HSCEDM-11-D-00003 Aurora Contract Detention Facility, CO dated April 18, 2018**

Dear (b)(6);(b)(7)(C)

(b)(5)



Based on the above, GEO's REA is denied in its entirety. As a threshold matter, GEO has failed to show its entitlement to such a modification under the contract terms or applicable laws and regulations. Additionally, GEO has failed to address the reasonableness or provide adequate supporting data for the quantum sought. While the government denies this REA in its entirety, please note that disputes under this contract are governed by the FAR 52.233-1 - Disputes and the Contract Disputes Act (41 U.S.C. §§ 7101-7109).

If you have any questions regarding this matter, please contact me at (202) 732-(b)(6);(b)(7)(C) or by email at (b)(6);(b)(7)(C)

Very Respectfully,

(b)(6);(b)(7)(C)

Contracting Officer

www.ice.gov