# Exhibit 5

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____

RULE 30(b)(6) DEPOSITION OF:
DAWN CEJA - March 29, 2016
The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____

PURSUANT TO NOTICE, the Rule 30(b)(6) deposition of DAWN CEJA, THE GEO GROUP, INC., was taken on behalf of the Plaintiffs at 600 Grant Street, Suite 450, Denver, Colorado 80203, on March 29, 2016, at 9:34 a.m., before Darcy Curtis, Registered Professional Reporter and Notary Public within Colorado.

A P P E A R A N C E S

For the Plaintiffs:

    ANDREW FREE, ESQ.
    Law Office of R. Andrew Free
    1212 7th Avenue North
    Nashville, Tennessee 37208

    ALEXANDER HOOD, ESQ.
    Towards Justice
    1535 High Street
    Suite 300
    Denver, Colorado 80218

    ANDREW H. TURNER, ESQ.
    Buescher, Kelman, Perera & Turner, P.C.
    600 Grant Street
    Suite 450
    Denver, Colorado 80203

    BRANDT P. MILSTEIN, ESQ.
    Milstein Law Office
    595 Canyon Boulevard
    Boulder, Colorado 80302

For the Defendant:

    SHELBY A. FELTON, ESQ.
    Vaughan & DeMuro
    720 South Colorado Boulevard
    Penthouse, North Tower
    Denver, Colorado 80246

1		A.	My warden.

2		Q.	That's it?

3		A.	Yes.

4		Q.	All right.  What employment documents, if

5	any, have you signed with Immigration and Customs

6	Enforcement?

7		A.	None.

8		Q.	Okay.  Now, during your time in all of

9	these positions, have you had direct participation in

10	the execution of the housing unit sanitation policy at

11	the Aurora Detention Facility?

12		A.	I'm not sure what you mean by direct

13	execution.

14		Q.	Have you been responsible for ensuring

15	that the policy was followed?

16		A.	Yes.

17		Q.	Have you ensured the detainees were

18	abiding by the policy?

19		A.	Yes.

20		Q.	Have you played any role in the

21	formulation of the policies as the years went on?

22		A.	At times.

23		Q.	What was that role?

24		A.	Policy review.

25		Q.	Okay.  Anything else?

Case No. 1:14-cv-02887-JLK-CYC    Document 287-5    filed 06/26/20    USDC Colorado
                                        pg 5 of 10
Menocal v. The Geo Group, Inc.                   DAWN CEJA                          3/29/2016

Page 24

```
 1       A.   No.
 2       Q.   What does policy review entail?
 3       A.   Going over the policy and ensuring all
 4   aspects are covered.
 5       Q.   So the next set of questions is going to
 6   be all about topic 2, the housing unit sanitation
 7   policy.  So if you would like to have that in front of
 8   you, it's at page 2 of Exhibit 1.  First of all, can
 9   you briefly describe what work GEO requires detainees
10   to perform under its housing unit sanitation policy,
11   please.
12       A.   The policy discusses ensuring that
13   detainees keep their living areas clean.
14       Q.   What's a living area?
15       A.   The place where they're staying while
16   they are being detained.  So I would consider that the
17   housing unit, the cell, the common area.
18       Q.   Anything else?
19       A.   Not in the housing unit.
20       Q.   And by keeping their living area clean,
21   what tasks do you understand that to entail?
22       A.   Ensuring their beds are made, there's no
23   extra food laying around, their clothes are folded
24   neatly or kept in their assigned locker, no pictures
25   hanging on the walls.
```

Case No. 1:14-cv-02887-JLK-CYC   Document 287-5   filed 06/26/20   USDC Colorado
pg 6 of 10
Menocal v. The Geo Group, Inc.                      DAWN CEJA                         3/29/2016

Page 25

```
 1            Q.    Anything else?
 2            A.    No.
 3            Q.    So by keeping their living area clean,
 4    you're discussing making their beds, avoiding any food
 5    from laying around, making sure their clothes are
 6    folded neatly in their lockers, perhaps, and then not
 7    hanging any pictures on the walls.  You can't think of
 8    anything else that cleaning up their living area
 9    entails under the housing unit sanitation policy?
10            A.    Any personal items should be kept in
11    their foot locker, no trash or debris should be laying
12    around.
13            Q.    Anything else?
14            A.    No.
15            Q.    How many different living areas are there
16    at the Aurora Detention Facility?
17            A.    Do you mean how many like housing --
18    separate housing units?
19            Q.    I guess I don't know what you mean by
20    living area, so I'm just trying to understand what you
21    mean when you say keeping your living area clean.  It
22    sounds like you're discussing the bed and your
23    personal items around your bed.  So maybe we're
24    talking about beds, but maybe you mean something else.
25    I'm just trying to understand.
```

Case No. 1:14-cv-02887-JLK-CYC   Document 287-5   filed 06/26/20   USDC Colorado
pg 7 of 10
Menocal v. The Geo Group, Inc.                    DAWN CEJA                              3/29/2016

Page 78

```
 1         A.    In the cell or outside in recreation.
 2   They still get recreation time.
 3         Q.    How much time of recreation do you get?
 4         A.    Up to two hours.
 5         Q.    Is that overlapping with social time, or
 6   is that separate from it?
 7         A.    Separate.
 8         Q.    Out of a 24-hour day, you're talking
 9   about 20 hours in the cell; is that right?
10         A.    Correct.
11         Q.    And you're physically restrained in the
12   cell?
13               MS. FELTON:  Object to form.
14         Q.    (BY MR. FREE)  Let me rephrase.  Is the
15   door shut?
16         A.    Yes.
17         Q.    Is the cell door locked?
18         A.    Yes.
19         Q.    You're physically not able to get out of
20   the cell for that 20 hours?
21         A.    Correct.
22         Q.    Do the detainees understand you're going
23   to be physically restrained in the cell when you go to
24   administrative segregation?  Is that something that's
25   explained to them?
```

```
 1              MS. FELTON:  Object to form.
 2         A.   They're not physically restrained inside
 3   the cell, but the door is closed, yes.
 4         Q.   (BY MR. FREE)  The door physically
 5   prevents them from going out of the cell like they
 6   would in their pod; is that right?
 7         A.   Correct.
 8         Q.   And is that part of the explanation that
 9   you're giving to detainees about the consequences of
10   violating the disciplinary rules?
11              MS. FELTON:  Object to form.
12         A.   I don't understand.
13         Q.   (BY MR. FREE)  Do the detainees know what
14   administrative segregation is or seg, whatever you're
15   calling it, solitary, is this something that is
16   explained to a detainee when he or she enters the
17   facility?
18         A.   Yes.
19         Q.   Okay.  It's fair to say that when looking
20   at all of these policies, including the housing unit
21   sanitation policy, the detainee is on notice that if
22   he or she doesn't comply, he or she could be taken to
23   administrative segregation; is that right?
24         A.   Correct.  And that's clearly set forth in
25   the detainee handbook.
```

```
 1         Q.    Nobody is springing this on them at the
 2   last minute as a surprise?
 3         A.    Correct.
 4               MS. FELTON:  Object to form.
 5         Q.    (BY MR. FREE)  And they know they're
 6   going to be limited in their movement in
 7   administrative segregation?
 8         A.    Yes.
 9               MS. FELTON:  Object to form.
10         A.    Yes.
11         Q.    (BY MR. FREE)  Okay.  At least that is
12   the information that you're providing to detainees so
13   they can comply with the policies; is that right?
14         A.    Yes.
15         Q.    Okay.  By that, I mean, that their
16   movement is going to be limited and they're going to
17   be limited in their amount of social time, rec time;
18   is that right?
19         A.    Yes.
20         Q.    Okay.  Now, the detainee handbook puts
21   detainees on notice that they could actually be put in
22   disciplinary segregation for up to 72 hours if they
23   violate the requirement that they clean up; is that
24   right?
25         A.    Yes.
```

REPORTER'S CERTIFICATE

STATE OF COLORADO　　　　　　)
　　　　　　　　　　　　　　　) ss.
CITY AND COUNTY OF DENVER　　)

        I, Darcy Curtis, Registered Professional Reporter and Notary Public ID 20064016972, State of Colorado, do hereby certify that previous to the commencement of the examination, the said DAWN CEJA was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

        I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

        IN WITNESS WHEREOF, I have affixed my signature this 12th day of April, 2016.

        My commission expires May 2, 2018.


___X_ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.