# Exhibit 6

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF COLORADO
 2
                    CASE NO. 1:14-cv-02887-JLK
 3

 4   ALEJANDRO MENOCAL, et al.,

 5              Plaintiffs,

 6   -vs-

 7   THE GEO GROUP, INC.,

 8              Defendant.
     _____/
 9

10

11

12

13                 DEPOSITION OF AMBER MARTIN
                       Pages 1 Through 209
14

15

16

17              Wednesday, October 9, 2019
                  8:58 a.m. - 3:21 p.m.
18
                     951 Yamato Road
19                      Suite 285
                 Boca Raton, Florida 33431
20

21

22

23

24            Stenographically Reported By:
                 Nancy Cannizzaro, RMR
25              Registered Merit Reporter
```

U.S. LEGAL SUPPORT
(877) 479-2484

```
 1                      APPEARANCES

 2


 3   On Behalf of the Plaintiffs:
         OUTTEN & GOLDEN, LLP
 4       685 Third Avenue
         25th Floor
 5       New York, New York 10017
         212.245.1000
 6       mscimone@outtengolden.com
         BY:  MICHAEL J. SCIMONE, ESQUIRE
 7


 8   On Behalf of the Defendant:
         AKERMAN, LLP
 9       1900 Sixteenth Street
         Suite 1700
10       Denver, Colorado 80202
         303.260.7712
11       colin.barnacle@akerman.com
         BY:  COLIN L. BARNACLE, ESQUIRE
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   done.  I know the policies are signed off by ICE or they
2   could have been e-mailed.  I'm not sure what the...
3           Q.    In your communications with the contracting
4   officer, are those typically by e-mail?
5           A.    By e-mail or by formal letter usually.
6           Q.    And so those formal letters, do they get
7   stored anywhere or saved as a record?
8           A.    Yes.
9           Q.    Okay.
10          A.    Anything that is a communication about
11  modifications or anything like that is in the contract
12  database.
13          Q.    Okay.  So it gets stored in the contract
14  database?
15          A.    Uh-huh.
16          Q.    That's really what I was just trying to --
17          A.    Anything having to do with contracts.
18          Q.    Understood.
19                Okay.  And you said that database Determine
20  has been in use since 2011; is that right?
21          A.    A form of it.  It's now expanded
22  considerably.  And it wasn't Determine back then.  It was
23  kind of our own database-type thing.  So we've expanded
24  to where it is now.
25          Q.    Was it a different database prior to 2011

```
 1  that was used?
 2          A.   Just internal files.  I mean, just -- not
 3  really.
 4          Q.   Okay.
 5          A.   It was -- you know, we were trying to get
 6  up to gear.
 7          Q.   So were those files saved on just a hard
 8  drive or a share drive or something like that?
 9          A.   They wouldn't have been shared on a share
10  drive.  Most of it would have been paper at that time.
11          Q.   Okay.  Is that the case going back to 2004?
12          A.   Oh, definitely.
13          Q.   If you'll look back at the declaration --
14  and I'm turning to your statement on the last page, in
15  the back.
16               So you write here that the policies and
17  procedures were reviewed.  Who was conducting that
18  review?
19          A.   We had a policy and procedure committee.  I
20  was the head of the committee.  And then there were
21  representatives from each of the departments, such as
22  operations, legal, human resources.
23          Q.   Any other departments?
24          A.   Back in 2013, I believe we had -- not sure
25  what company we had.  Maybe -- it would have been health
```

1   services also.  I'm sure there may have been more, but
2   that's all I can recollect back then.
3           Q.   You referred to a company --
4           A.   Well, any time we acquire a company, we
5   would have representatives from that company.
6           Q.   I see.  And so that was in 2013?
7           A.   Yes.
8           Q.   Has the general composition of that --
9   well, withdrawn.
10              Has there been a policy and procedure
11  committee in existence throughout the 2004 to 2014 time
12  frame?
13          A.   Yes.
14          Q.   And has the composition of that committee
15  been approximately the same as what you just described?
16          A.   I would say approximately.  Maybe even less
17  than that.  It's grown, like I said.
18          Q.   Approximately how many people in total are
19  on that committee?
20          A.   In 2013?
21          Q.   Yes.
22          A.   Probably -- what did I give you there?
23          Q.   Yourself and you mentioned three
24  departments: legal, HR, and health services.
25          A.   I would say probably six people, because

```
1          A.   Yes.
2          Q.   "CO" refers to contracting officer?
3          A.   Yes.
4          Q.   What does "NTP" refer to?
5          A.   Notice to proceed.
6          Q.   Okay.  Is that an accurate statement about
7    how plans, policies and procedures are developed for the
8    Aurora facility?
9          A.   For new contract, yes.
10         Q.   And what about a renewed contract?
11         A.   They're all new contracts.
12         Q.   Okay.  So new in the sense of this being a
13   new document?
14         A.   Uh-huh.
15         Q.   Even though it's a continuation of the
16   prior contract?
17         A.   It's not a continuation.  It's a brand new
18   contract.
19         Q.   Continuation of services provided?
20              It's okay.  We don't need to go down that.
21              On the following page -- well, before we go
22   on to the next page, I guess the continuation that I sort
23   of have in mind and the reason I do think it's a little
24   bit relevant is we talked about how, when there's a
25   facility where, there's a new contract, but it's one
```

1  that's been previously operated by Aurora, some of those

2  policies are carried over and modified in certain

3  respects.

4       A.   However, those policies, just like this

5  says, would be also given to the contracting officer for

6  review as a brand new contract, whether they went -- what

7  I'm saying is, they would probably not be rewritten all

8  the way through because we were already doing it, these

9  are the policies in place.  We've changed the policies in

10 accordance with RFP.  But they would still be considered

11 part of a new contract, so they still have to be reviewed

12 by ICE.

13      Q.   So that's the relevant point you're making,

14 is that ICE has -- at the time of contract, initiation in

15 2006 here, that's when ICE has a review process?

16      A.   Yes.

17      Q.   Or there is a review process at that time?

18      A.   Yes.

19      Q.   Okay.  Fair enough.

20      A.   And throughout.  If anything has changed

21 policy-wise, they have a review process also.

22      Q.   Does ICE have a review process outside of

23 changes?

24      A.   As far as?

25      Q.   Yeah.  So you say they -- well, they review

1  it at the time that the contract is signed and then they

2  would review again, you said, if there's a modification.

3  I'm wondering if there's any sort of periodic review by

4  ICE of the policies that happens just in the normal

5  course of business or oversight?

6        A.    Definitely.

7        Q.    Definitely?

8        A.    Definitely.

9        Q.    How is that -- who conducts that oversight?

10       A.    Most -- most of the time, the COTR.

11       Q.    That's the person at the facility level?

12       A.    Yes.  The contracting officer technical

13  representative.

14       Q.    And is -- so is that a review of the

15  policies themselves or the implementation of the

16  policies?

17       A.    It could be either-or.

18       Q.    Okay.

19       A.    It could be not one policy, two policies.

20  They have full access.  And it happens quite a bit.

21       Q.    Okay.  On the next page, 644, I'm looking

22  at the, I guess, fourth paragraph up from the bottom.  It

23  says:  "The contractor is responsible for a

24  quality-control program."  Do you see that?

25       A.    Yes.

1       Q.   All right.  What does that quality-control
2  program consist of or what does it refer to?
3       A.   It's -- we have to establish a
4  quality-control program that oversees all aspects of the
5  facility, the policies and procedures, to make sure we're
6  in compliance with the contract.  Like I said, there's a
7  quality -- a compliance division that oversees that
8  program for every facility, and there's -- it includes
9  self-audits at the facility level and includes regional
10 audits and it includes corporate audits and follow-ups.
11      Q.   Okay.  Are audits the primary mechanism for
12 ensuring contract compliance?
13      A.   Yes.
14      Q.   Are there other mechanisms?
15      A.   Well, reviews or -- that would be the
16 primary source.  You wouldn't know unless you weren't
17 audited.  Unless there's an outside audit as well.  Then,
18 you know, that would be another source.
19      Q.   Okay.  Who deals with outside audits?  In
20 other words, who at GEO Group is the point of contact for
21 outside auditors?
22      A.   We're not appointed contact for outside
23 auditors.
24      Q.   Okay.  So GEO doesn't receive the results
25 of those audits?

CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )

        I, the undersigned authority, certify that AMBER MARTIN personally appeared before me and was duly sworn on the 9th day of October, 2019.

        Signed this 23rd day of October, 2019.

_____
Nancy Cannizzaro, RMR
Notary Public - State of Florida
My Commission No. FF988509
My Commission Expires: May 16, 2020

CERTIFICATE OF REPORTER


THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )


       I, Nancy Cannizzaro, Registered Merit Reporter, certify that I was authorized to and did stenographically report the foregoing deposition of AMBER MARTIN, pages 1 through 207; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

       I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.


       DATED this 23rd day of October, 2019.


_____
Nancy Cannizzaro, RMR