# Exhibit 7

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLORADO

_____


     ALEJANDRO MENOCAL, et al.,              )
                                             )
                                             )
              Plaintiffs,                    ) Case No.
                                             )
         vs.                                 ) 1:14-cv-
                                             ) 02887-JLK
     THE GEO GROUP, INC.,                    )
                                             )
                                             )
              Defendant.                     )
                                             )



_____



         VIDEOTAPED DEPOSITION OF KEVIN MARTIN

                  November 19, 2019

                      9:31 a.m.

                 205 North First Street

                 La Conner, Washington
```

Reported by:
Connie Recob, CCR, RMR, CRR
CCR No. 2631
Job No. 854755 - NE 288153

```
 1      APPEARANCES:

 2


 3      For the Plaintiffs:

 4          ELIZABETH STORK
            MICHAEL J. SCIMONE
 5          OUTTEN & GOLDEN LLP
            685 Third Avenue, 25th Floor
 6          New York, New York 10017
            (212) 245-1000
 7          estork@outtengolden.com
            mscimone@outtengolden.com
 8


 9      For the Defendant:

10          ALLISON ANGEL
            AKERMAN LLP
11          1900 Sixteenth Street, Suite 1700
            Denver, Colorado 80202
12          (303) 640-2511
            allison.angel@akerman.com
13


14      Also Present:

15              Danielle Greene - Videographer

16

17

18

19

20

21

22

23

24

25
```

```
 1        A.  So they -- basically, they would take their
 2   trays, put them back on a cart.  They would wipe off
 3   the tables, sweep the day area, mop and be done with
 4   it, and that would be -- that would be it.
 5        Q.  And do you recall whether all the detainees
 6   who were eating at the time would participate or
 7   whether it was a -- a group of detainees assigned?
 8        A.  There was a group that was assigned, but
 9   there were a lot of other detainees that just
10   volunteered to do it because, again, the quicker it
11   was done, the quicker they could start watching TV.
12        Q.  And how was the group who was -- who were
13   designated to clean assigned?
14        A.  A list was generated based off of the
15   detainees that were housed in that unit.  If they
16   were -- if they were trustees, they weren't placed on
17   the list because they were -- they might have been
18   already working somewhere else.  So it was, I want to
19   say a change from the old building to the new
20   building, the -- the number of detainees, because the
21   old building, we had smaller housing units.  So I want
22   to say there was three people assigned; in the new
23   building, there was five people assigned.
24            And they would post this list on the front of
25   the officer station, and the detainees all knew
```

```
 1    basically who -- who was going to be that day or even
 2    the next day unless somebody got out and it might
 3    shift by one or two people.  But basically those --
 4    those five people, or three depending on which unit it
 5    was in, would be -- would clean up.
 6              Now, in the old -- in the new facility in
 7    2010, there were also two paid dorm trustees that also
 8    cleaned the whole area, the -- in addition to -- their
 9    responsibility was cleaning the entire day area --
10    excuse me, day area, but -- and they would also help
11    after meal service.
12         Q.   And when you say "trustees," you're referring
13    to detainees who participated in the Voluntary Work
14    Program, correct?
15         A.   Correct.
16         Q.   And the people who -- but the group that was
17    assigned to clean, apart from the two dorm trustees
18    you mentioned in the new building, the group assigned
19    to clean after meal service were not -- they were not
20    enlisted in the Voluntary Work Program, correct?
21         A.   Correct, unless they just happened to
22    volunteer, I mean, because there was people -- other
23    than the five people, there were other guys, like I
24    said, that they just, Get it over with, bam, so we can
25    watch TV.  But those five people that were on the list
```

1   were not on the Voluntary Work Program.
2        Q.   Right.  And they -- they had to clean?
3        A.   Correct.
4             MS. ANGEL:  Objection.
5             THE WITNESS:  Yeah.
6   BY MS. STORK:
7        Q.   What is -- at 0- -- well, actually, I'm not
8   sure what time is signified here:  0001 at the very
9   top of the schedule?
10       A.   Facility cleanup?
11       Q.   Yes.  What is that referring to?
12       A.   What that refers to is we had a group of
13  detainees who were in the volun- -- trustees that
14  would go around and clean medical unit, empty trash.
15  They would sweep hallways.  They would clean common
16  areas.  They would go to intake, clean hold cells.
17  Even though that was done after large releases and
18  stuff, they would do deeper cleanings, sometimes
19  buffing floors in the middle of the night just -- you
20  know, when there's no traffic around the facility.
21       Q.   So the 0001, is that like...
22       A.   Midnight.
23       Q.   Oh, midnight, okay.  I see.  I see.
24            So starting at midnight, certain trustees
25  would do a deeper clean of the facility?

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I, CONNIE A. RECOB, the undersigned Certified

 4     Court Reporter, pursuant to RCW 5.28.010 authorized to

 5     administer oaths and affirmations in and for the State

 6     of Washington, do hereby certify that the sworn

 7     testimony and/or proceedings, a transcript of which is

 8     attached, was given before me at the time and place

 9     stated therein; that any and/or all witness(es) were

10     duly sworn to testify to the truth; that the sworn

11     testimony and/or proceedings were by me

12     stenographically recorded and transcribed under my

13     supervision, to the best of my ability; that the

14     foregoing transcript contains a full, true, and

15     accurate record of all the sworn testimony and/or

16     proceedings given and occurring at the time and place

17     stated in the transcript; that a review of which was

18     requested; that I am in no way related to any party to

19     the matter, nor to any counsel, nor do I have any

20     financial interest in the event of the cause.

21          WITNESS MY HAND and SIGNATURE this 3rd day of

22     December, 2019.

23     _____

24     CONNIE A. RECOB, RMR, CRR
       Washington Certified Court Reporter, CCR 2631
25     c.recob@gmail.com
```