# Exhibit 10

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

### *GRISEL XAHUENTITLA*

*10/26/2017*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF GRISEL XAHUENTITLA
October 26, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By Alexander N. Hood, Esq.
           1535 High Street, Suite 300
           Denver, Colorado  80218
            and
    THE MEYER LAW OFFICE, P.C.
        By Hans C. Meyer, Esq.
           1029 Santa Fe
           Denver, Colorado  80204
            and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado  80203
               Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
               By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  78205
 4                   and
          BURNS, FIGA & WILL, P.C.
 5             By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                   Appearing on behalf of Defendant

 8   Also Present: Monika Cary, videographer
```

```
 1   you ever know anybody who was placed in the hole?
 2        A    No.
 3        Q    Okay.  So you don't have any --  I
 4   can't ask you any information about what it
 5   consisted of or what was inside there --
 6        A    What it looked like, no.
 7        Q    All right.  What guard pointed out the
 8   hole to you?
 9        A    I don't remember the names of the
10   guards.
11        Q    Okay.  Was it male?  Was it female?
12        A    We always got females.
13        Q    Okay.  So you only had female guards?
14        A    Yes, sir.
15        Q    Okay.  And do you recall any guard ever
16   threatening to put somebody in the hole?
17        A    About three times.
18        Q    And who was --  When was that?
19        A    One time this lady was sick -- well, a
20   girl, not a lady -- this girl was sick, and her
21   name was on the board to clean -- to clean the --
22   I --  I --  I don't remember if it was sweeping or
23   mopping.  And so she had a really bad abdominal
24   pain, and -- and so another girl and I volunteered
25   to do the work for her.  And the guard said -- she
```

1  said "No."  She said that we had to go back to our

2  beds and she had to do the job, because her name

3  was on the board.  She was in real bad pain.

4              And so that's when -- that's when the

5  guard said that if she didn't do the work, she was

6  going to be sent to the hole.  And so she was

7  pointing at it like (indicating) -- like it was

8  right next to our dorm.  And --  And she said that

9  it wasn't going to be any pleasant.

10             That's all I know.

11     Q    Do you know if there's any -- where the

12  medical facilities are at Aurora?

13     A    Who is the what?

14     Q    Medical --  Where you receive medical

15  care, do you know where that's located at Aurora?

16     A    In the same --  In the same Geo

17  detention.

18     Q    Yes.  But in terms of where the guard

19  was pointing, do you know where the medical center

20  is in relationship to what you called the hole?

21     A    Oh, yes.  So you get out of the dorms,

22  and you walked to your -- to your left, and then

23  you walked to your right, and then I think you

24  again walked to the right, and then you wait for

25  the medical.

1    Q    Okay.

2    A    And she was pointing just at the right,
3  that there was a -- like a single dorm.

4    Q    Okay.  Well, a dorm that you never saw?

5    A    No.

6    Q    All right.  Who --  Who was the
7  detainee that had this stomachache that you were
8  describing?

9    A    I don't know her name.  She was either
10 from Honduras or El Salvador.

11   Q    How do you know that?

12   A    Because I --  I don't really remember
13 her name right now, but she -- she, in fact, ended
14 having a stone in her kidney.

15   Q    A kidney stone?

16   A    Yes, sir.

17   Q    How do you know she had a kidney stone?

18   A    Because she -- she got extremely sick
19 the next day.

20   Q    Okay.

21   A    And she --  So she was --  They took
22 her to the hospital.

23   Q    Outside of Aurora?

24   A    Yes, sir.

25   Q    Okay.  Do you remember if that was at

```
 1   the beginning of your stay, toward the end of your
 2   stay, in the middle of your stay, or do you
 3   recall?
 4        A    No.
 5        Q    Okay.  Describe for me the guard that
 6   allegedly said that if she didn't work, she'd be
 7   sent to the hole?
 8             MR. HOOD:  Objection.
 9        A    She was tall.  She only spoke English.
10   Short hair.  And she had --  She was, like, your
11   skin color.
12        Q    Do you know what approximate age she
13   would be?
14        A    Between her 20s and 30s, like late 20s.
15        Q    Late 20s or early 30s?
16        A    Yes.
17        Q    Do you know what color her hair was?
18        A    She called it red.
19        Q    So it was --  It was colored red?
20        A    Barely.
21        Q    A lighter --
22        A    Kind of --
23        Q    A lighter --
24        A    Kind of brownish-red.
25        Q    Brownish-red, okay.  And was she a
```

1    Q    Okay.  Let's talk about the second
2  time.  Describe for me the second time that
3  somebody mentioned that you could be sent to
4  administrative segregation or disciplinary
5  segregation?
6         MR. HOOD:  Objection.
7    A    Just simply --  The guards simply
8  telling us, like, we had to follow the rules.  We
9  had to clean the pod.  There were three different
10 names on the board daily to -- without including
11 the $1 say day pay -- that you had to clean the
12 dorms.  You either cleaned the tables, swept or
13 mopped the floors.
14        And so she was kind of being clear on
15 what the rules were.  "You have to do" --  "You
16 have to do the work" -- "the part of the work that
17 it says on the board no matter" -- "no matter
18 what.  And if you don't do it, you're going to be
19 sent to the hole."
20   Q    (By Mr. Deacon)  And do you remember
21 the name of this person?
22   A    No, sir.
23   Q    And I apologize. Did you remember the
24 name of the lieutenant that you described for me?
25   A    No.

```
 1       Q    And when I say "name," even if -- the
 2  first name, nickname; anything like that?
 3       A    No.  She had a Spanish last name.
 4       Q    The lieutenant?
 5       A    The lieutenant.  They mostly went by
 6  their -- by their last names.
 7       Q    And going to the second incident, this
 8  person -- this guard, do you remember what she
 9  looked like?
10       A    I don't remember.
11       Q    Okay.  You don't remember if she's
12  tall, short, medium?  You don't remember the color
13  of her hair?
14       A    I just remember she was speaking
15  English.
16       Q    Okay.  Do you know if she was able to
17  speak Spanish?
18       A    I do remember that she did not spoke
19  (sic) Spanish.
20       Q    Was she one of the regular guards
21  there, to your knowledge?
22       A    Yes, sir.
23       Q    Okay.  And she referred to a list of
24  what -- what needed to be done to clean the pods
25  and told you that you had to do those -- that list
```

1   that was posted on the board, correct?
2           MR. HOOD:  Objection.
3       Q   (By Mr. Deacon)  Is that --
4       A   Can you repeat that again?
5       Q   I thought I was repeating what you
6   said.  You said she referred to a list that was
7   posted on the board and said that you need to do
8   all of those things that are listed on the board;
9   is that correct?
10      A   Yes.  She called everybody in the pod.
11      Q   She called it the what?
12      A   Everybody in the dorm.
13      Q   Is required to do that?
14      A   Yes.
15      Q   Okay.  And that was to clean up your
16  living area, correct?
17          MR. HOOD:  Objection.
18      A   Yes.
19      Q   (By Mr. Deacon)  Okay.  And do you know
20  if that was required by Immigration, customs
21  enforcement, ICE?
22          MR. HOOD:  Objection
23      A   We were kind of going through
24  earlier --
25      Q   (By Mr. Deacon)  Yes.

```
 1           I, GRISEL XAHUENTITLA, do hereby certify
 2   that I have read the foregoing transcript
 3   and that the same and accompanying amendment
 4   sheets, if any, constitute a true and complete
 5   record of my testimony.
 6
 7                          _____
 8                          Signature of Deponent
 9
10                          (   ) No amendments
11                          (   ) Amendments attached
12
13           Subscribed and sworn to before me
14   this _____ day of _____, 2017.
15
16        My commission expires _____
17        Seal:
18
19
20
21
22
23   TLH
24
25
```

```
1   STATE OF COLORADO)
2                    )ss.    REPORTER'S CERTIFICATE
3   COUNTY OF DENVER )
```

4    I, Tracy L. Harris, do hereby certify that I
5    am a Certified Realtime Reporter, Registered Merit
6    Reporter, and Notary Public within the State of
7    Colorado; that previous to the commencement of the
8    examination, the deponent was duly sworn to
9    testify to the truth.

10    I further certify that this deposition was
11    taken in shorthand by me at the time and place
12    herein set forth, that it was thereafter reduced
13    to typewritten form, and that the foregoing
14    constitutes a true and correct transcript.

15    I further certify that I am not related to,
16    employed by, nor of counsel for any of the parties
17    or attorneys herein, nor otherwise interested in
18    the result of the within action.

19    In witness whereof, I have affixed my
20    signature this 6th day of November, 2017.

21    My commission expires July 30, 2021.

22

23

24                    _____
                      Tracy L. Harris, CRR, RMR, RPR
                      216 - 16th Street, Suite 600
25                    Denver, Colorado  80202

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303

 4   November 6, 2017

 5   Juno Turner, Esq.
     OUTTEN & GOLDEN, LLP
 6   685 Third Avenue, 25th Floor
     New York, New York  10017
 7
     Re:  Video Deposition of GRISEL XAHUENTITLA
 8        Menocal vs. The Geo Group, Inc.
          Civil Action No. 14-CV-02887-JLK
 9
     The aforementioned deposition is ready for
10   reading and signing.  Please attend to this
     matter by following BOTH of the items indicated
11   below:

12   _____ Call 303-296-0017 and arrange with us
           to read and sign the deposition in our
13         office

14   _XXX_ Have the deponent read your copy and sign
           the signature page and amendment sheets, if
15         applicable; the signature page is attached

16   _____ Read the enclosed copy of the deposition
           and sign the signature page and amendment
17         sheets, if applicable; the signature page
           is attached
18
     _XXX_ WITHIN 30 DAYS OF THE DATE OF THIS LETTER
19
     _____ By _____ due to a trial date of _____
20
     Please be sure the original signature page and
21   amendment sheets, if any, are SIGNED BEFORE A
     NOTARY PUBLIC and returned to Agren Blando for
22   filing with the original deposition.  A copy of
     these changes should also be forwarded to counsel
23   of record.  Thank you.

24   AGREN BLANDO COURT REPORTING & VIDEO, INC.

25   cc:  All Counsel
```

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303

 4

 5                    GRISEL XAHUENTITLA
                      October 26, 2017
 6             Menocal vs. The Geo Group, Inc.
              Civil Action No. 14-CV-02887-JLK
 7

 8
     The original video deposition was filed with
 9
     Charles A. Deacon, Esq., on
10
     approximately the 6th day of November, 2017.
11
     _____ Signature waived
12
     _____ Unsigned; signed signature page and
13         amendment sheets, if any, to be filed at
           trial
14
     _____ Reading and signing not requested pursuant
15         to C.R.C.P. Rule 30(e)

16   _XXX_ Unsigned; original amendment sheets and/or
           signature pages should be forwarded to
17         Agren Blando to be filed in the envelope
           attached to the sealed original.
18

19
     Thank you.
20
     AGREN BLANDO COURT REPORTING & VIDEO, INC.
21
     cc:  All Counsel
22

23

24

25
```