# Exhibit 11

```
 1                UNCERTIFIED ROUGH DRAFT TRANSCRIPT

 2

 3     DEPOSITION OF:  HUGO ALEXANDER HERNANDEZ-CEREN

 4     DATE:  June 24, 2020

 5

 6     DISCLAIMER:  This uncertified rough draft transcript
       is unedited and uncertified and may contain
 7     untranslated words, a note made by the reporter, a
       misspelled proper name, and/or word combinations that
 8     do not make sense.  All such entries will be corrected
       on the final certified transcript which we will
 9     deliver to you in accordance with your requested
       delivery arrangements.
10              Due to the need to correct entries prior
       to certification, this rough draft transcript can be
11     used only for the purposes of annotating counsel's
       notes and cannot be used or cited in any court
12     proceedings or to distribute to other parties to the
       case who have not purchased a transcript copy.
13
       CONSENT:  By opting for this realtime rough draft
14     transcript, you have agreed: (1) To purchase the final
       transcript at the agreed-upon rate; (2) Not to furnish
15     this rough draft transcript, either in whole or in
       part, on disk or hard copy, via modem or computer, or
16     by any other means, to any party or counsel to the
       case.
17

18

19

20

21

22

23

24

25
```

1          Q.   That's fine.

2          A.   That's fine.

3          Q.   Yep.

4          A.   Yes.

5          Q.   Okay.  So is this your signature?

6          A.   Yes.

7          Q.   And have you seen this document before?

8          A.   Yes.

9          Q.   Okay.  And your understanding -- what is

10   your understanding of your signature on this

11   verification?

12         A.   That I agree.

13         Q.   Okay.  And are the representations in

14   this document accurate to the best of your knowledge?

15         A.   Yes.

16         Q.   Okay.  I want to go to a specific one.

17   So I'm going to go to Interrogatory No. 27, which you

18   should be able to see on your screen this.

19   Interrogatory asks you to describe with as much

20   specificity as possible each circumstance in which a

21   GEO employee threatened you with did administrative or

22   disciplinary segregation for failing to clean any area

23   of the Aurora detention facility.  Did I read that

24   correctly?

25         A.   Yes.

1         Q.   You responded, plaintiff does not recall
2    specific dates but recalls one instance in which a GEO
3    flow threatened plaintiff with solitary confinement
4    for failure to clean.  Did I read that correctly?
5         A.   Yes.
6         Q.   Can you describe that one instance?
7         A.   One detainee refused to clean, and told
8    the GEO guard that he was going to not clean because
9    he was no janitor, and that he was not being paid for
10   that type of job, and that they had to hire someone to
11   do that, and the GEO guard took out a bag, a trash
12   bag, and shown it to him and wrote rolled it out the
13   roll and stretched it out and said, well, let's make
14   it easier.  Here's your bags.  Try to give it to him,
15   said pack your stuff because you're going to go to the
16   hole.  Because this is on the handbook.  This is on
17   the handbook.  So it's not and that you can fight for.
18   Just here's your bag and go to the hole.
19              And --
20        Q.   What was the name of the detainee?
21             MR. FREE:  Counsel, I don't think he was
22   finished with his answer.
23             MS. SCHEFFEY:  Okay.  I'm sorry.
24        A.   And there was actually a second time
25   where --

```
 1          Q.   (BY MS. SCHEFFEY)  Can you -- can we
 2   table the second time so we can just go through the
 3   first one and then we'll go to the second one?
 4          A.   Okay.
 5          Q.   Because I want to just talk about this
 6   one instance here where it says there's one instance.
 7   So what was the name of the detainee at that one
 8   instance?
 9          A.   I don't remember.
10          Q.   Was it Mr. Valerga?
11          A.   No.
12          Q.   Was it Mr. Menocal?
13          A.   No.
14          Q.   Was it Mr. Brambila?
15          A.   No.
16          Q.   Okay.  And do you know the name of the
17   guard or officer?
18          A.   Yeah.  The name of the guard is Officer
19   Sanchez.
20          Q.   Okay.  Is that the same Mr. Sanchez you
21   mentioned earlier?
22          A.   Yes.
23          Q.   Do you know his first name?
24          A.   No.  They only carry their last names.
25   We don't know their first names.
```

1       Q.   Could you describe him to me?

2       A.   He's Mexican.  He's like about

3  five four, light-skinned, kind of chunky.

4       Q.   Okay.

5       A.   Yeah.

6       Q.   Were there any other Officer Sanchezes

7  that you remember?

8       A.   No.

9       Q.   I asked just because that's a, you know,

10  maybe a common last name.

11       A.   Yeah.

12       Q.   So it was Mr. Sanchez.  Was the detainee

13  sent to segregation?

14       A.   No, because he started cleaning right

15  away.

16       Q.   Okay.  And did Mr. Sanchez threaten to

17  turn off the TV before or any other threatened

18  punishment before threatening segregation?

19       A.   Yes.  I mean, the TVs don't go on if the

20  detainee doesn't start cleaning or doesn't -- they

21  refuse to clean, the TVs and the phones don't go on.

22       Q.   Okay.  So after everyone finishes

23  cleaning, then they turn on the TVs and you can watch?

24       A.   Yes, correct.

25       Q.   Were there certain shows that you liked

1  to watch?

2              MR. FREE:  Objection, relevance.

3        A.   No, just any random thing on TV.

4        Q.   (BY MS. SCHEFFEY)  Okay.  So was there a

5  rush to get, you know, I don't know, Judge Judy on at

6  9:00 and everyone wants to get in.  No?

7        A.   No, not like that, no.  But --

8        Q.   Okay.  Would other detainees volunteer

9  to clean if somebody reviewed in order to get the TVs

10 turned on?

11             MR. FREE:  Objection, form.

12       A.   To the best of my knowledge, yeah,

13 sometimes there will -- somebody will jump in just so

14 we can get the TVs on and phones and, you know,

15 take -- take care of it.

16       Q.   (BY MS. SCHEFFEY)  Okay.  So then I know

17 you wanted to tell me about a second instance.  Can

18 you tell me what happened on that instance and if

19 possible, tell me the name of the detainee, if you

20 remember, and the name of any officers.

21       A.   Well, there was this other incident with

22 this detainee where he was refusing, and then everyone

23 got involved, and it was like, well, well, nobody

24 really wants to clean, and the GEO guard felt like

25 he -- he didn't know what to do, so he called a

1   sergeant, and this is a GEO sergeant, and the sergeant
2   came in and called a meeting for everyone and got
3   everybody together, and stated that, okay, if you
4   refuse to clean, you will be sent to the hole.  If you
5   refuse to listen to the guard, you will be sent to the
6   hole.  And that's not a place where you want to be at
7   because it's cold in there, you're going to lose your
8   privileges.  No commissary, no visitation, no rec
9   yard, you're not going to get enough showers in there,
10  you're going to be lonely.  It's pretty cold.  But the
11  most important thing about is that I'm going to make
12  sure GEO sends their documents to the court and you're
13  fighting your cases, so you do not to want look bad.
14  Already you look bad with the red uniform on.  And now
15  you're going to look even worse because you're coming
16  from the hole.  And we're going to make sure that
17  those documents get there to the judge and the judge
18  is going to see if she wants to leave you here in the
19  country so you can go back to your family or they can
20  remove you.  But you're not going to look good when
21  this gets to the judge.
22        Q.  And I don't want to cut you off.  Is
23  that it?  I have a few follow-ups.
24        A.  Yeah, that's it.
25        Q.  What was the name of the officer in that

1  instance, do you recall?

2     A.  That's a -- that's a sergeant.  I don't

3  remember --

4     Q.  Well, you described an officer first who

5  called the sergeant.  Do you remember that name?

6     A.  Yeah, that was Sanchez.

7     Q.  Okay.  So that was Sanchez again?

8     A.  Yeah.

9     Q.  And do you know the name of the sergeant

10 who was called?

11    A.  No, I don't remember his name.

12    Q.  And do you know the name of any of the

13 detainees who were refusing to clean?

14    A.  Well, it was mostly everyone, everyone

15 just felt that they didn't want to clean.

16    Q.  Was Mr. Menocal refusing to clean?

17    A.  Yes.

18    Q.  Was Mr. Brambila refusing to clean?

19    A.  Yes.

20    Q.  Was Mr. Valerga refusing to clean?

21    A.  Yes.

22    Q.  Were you refusing to clean?

23    A.  Yes.

24    Q.  Okay.  And that was a time when you guys

25 were all housed together in the A Pod; is that

1  entire floor, and then -- then you've got to mop it,

2  and then since it's dry and that type of floor doesn't

3  dry that fast, because it's full of wax so it won't

4  dry fast so then you have to squeegee the water to one

5  of the drains, and then let it -- let it dry.

6          Q.   You also mentioned cleaning the showers.

7  Can you describe what that process was like?

8          A.   The showers, the showers have curtains.

9  You have to spray the showers to disinfect the

10 curtains, and you have to spray the showerheads, the

11 buttons, the little space where you put your soap, and

12 then you've got to -- you've also got to sweep it,

13 pick up all the empty shampoo bottles, tooth brushes,

14 stuff like that.

15         Q.   Were these all messes that you made?

16              MS. SCHEFFEY:   Object to form.

17         A.   No.

18         Q.   (BY MR. KOSHKIN)  Were they messes that

19 other detainees in the dorm made?

20         A.   Yes.

21         Q.   How long did all this cleaning take?

22         A.   About an hour, about an hour to an hour

23 30 minutes sometimes.

24         Q.   Were you able to use the common area if

25 you weren't cleaning, during the cleanup time?

```
 1          A.   No.
 2          Q.   And how often did you participate in the
 3   cleanup?
 4          A.   About twice a week, depending on the --
 5   on the -- on the size of the dorm.  If it was full,
 6   maybe once.  If it's not full, twice.
 7          Q.   Why did you do this cleaning?
 8          A.   Because I was afraid about my
 9   immigration case.  I was afraid about my immigration
10   case so I wouldn't -- you know, I believe that I had
11   to because of my immigration case.
12          Q.   What was the connection between your
13   immigration case and the cleaning?
14          A.   Well, like the sergeant said, if you go
15   to the hole, that's going to follow you to the
16   immigration judge, so I was avoiding going to the hole
17   or getting new write-ups or, you know, getting in
18   trouble.
19          Q.   Were you ever sent to the hole?
20          A.   No, no.
21          Q.   Were you aware of what the hole was?
22          A.   No.
23          Q.   You weren't aware of what the hole was?
24   Is that what you said?
25               MS. SCHEFFEY:  Object to form, and asked
```

1   and answered.

2          A.   What was the question?

3          Q.   (BY MR. KOSHKIN)  Were you aware of what
4   the hole was?

5          A.   Yes.

6          Q.   How did you know what the hole was?

7          A.   By other detainees and GEO guards.

8          Q.   What did the guards tell you about the
9   hole?

10         A.   They would tell you how you don't want
11  to be in there because it's cold.  You're going to be
12  lonely.  You're going to lose commissary.  You're
13  going to lose rec yard.  You were going to lose
14  visitations, and you were not going to be able to
15  sleep.  You were not going to be able to talk to
16  others, sort of thing, yeah.  And that it was a
17  terrible place to go to.

18         Q.   What was your reaction to the guards
19  telling you this?

20         A.   It was -- it was a place where I'm -- I
21  wasn't going to try to go to, you know.

22         Q.   Why not?

23         A.   Well, because it was going to damage my
24  immigration case if -- if I went to the hole, it was
25  just going to damage my immigration case and that's