# Exhibit 13

No. 18-80095

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UGOCHUKWU GOODLUCK NWAUZOR and FERNANDO
AGUIRRE URBINA,
individually and on behalf of all those similarly situated,

*Plaintiffs-Respondents,*

v.

THE GEO GROUP, INC.,

*Defendant-Petitioner.*

On Petition for Permission to Appeal from the U.S. District Court for the
Western District of Washington, Civil Action No. 3:17 –cv-05769-RJB,
Judge Robert J. Bryan, Presiding

DECLARATION OF JAMAL N. WHITEHEAD IN SUPPORT OF
RESPONDENTS' ANSWER IN OPPOSITION TO PETITION FOR
PERMISSION TO APPEAL CLASS CERTIFICATION

| | |
|---|---|
| Adam J. Berger, WSBA #20714<br>Lindsay L. Halm, WSBA #37141<br>Jamal N. Whitehead, WSBA #39818<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104 | R. Andrew Free<br>THE LAW OFFICE OF R. ANDREW FREE<br>P.O. Box 90568<br>Nashville, TN 37209 |
| Devin T. Theriot-Orr, WSBA # 33995<br>SUNBIRD LAW, PLLC<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154-1003 | Meena Menter, WSBA # 31870<br>MENTER IMMIGRATION LAW, PLLC<br>8201 164th Ave NE, Suite 200<br>Redmond, WA 98052 |

*Attorneys for Plaintiffs-Respondents*

I, JAMAL N. WHITEHEAD, declare as follows:

1. I am one of the attorneys of record for Plaintiffs-Respondents Ugochukwu Goodluck Nwauzor and Fernando Aguirre-Urbina in the above-captioned matter. I am over the age of eighteen, competent to testify in this matter, and do so based on personal knowledge.

2. Attached to my declaration as **Exhibit 1** are true and correct copies of excerpts from ICE's Performance-Based National Detention Standards 2011, as produced by GEO in this case [previously filed in the underlying litigation under Dkt. #87-3]. The complete document is available at https://www.ice.gov/doclib/detention-standards/2011/pbnds2011r2016.pdf (last visited Jun. 21, 2018).

3. Attached to my declaration as **Exhibit 2** is a true and correct copy of GEO's Second Supplemental Response to Plaintiffs' Request for Admission No. 2 in *Menocal v. The GEO Group, Inc.*, No. 1:14-cv-02887-JLK (D. Colo.), provided by GEO on July 21, 2017 [previously filed in the underlying litigation under Dkt. #101-1].

4. Attached to my declaration as **Exhibit 3** are true and correct copies of agency records provided by U.S. Immigration and Customs Enforcement in response to a Freedom of Information Act request, assigned tracking number ICDE 2013FOIA32547, which were disclosed during litigation in *Stevens v. U.S. Dep't of*

1

*Homeland Security*, No. 1:14-cv-3305 (N.D. Ill., filed May 6, 2014) [previously filed in the underlying litigation under Dkt. #101-2].

5. Attached to my declaration as **Exhibit 4** is a true and correct copy of the Detainee Handbook that Defendant GEO provided to detained immigrants at its LaSalle Detention Facility in Jena, Louisiana in 2014 or 2015 [previously filed in the underlying litigation under Dkt. #101-3].

6. Attached to my declaration as **Exhibit 5** is a true and correct copy of GEO's responses to Plaintiff's First Interrogatories and Requests for Production of Documents in this case [previously filed in the underlying litigation under Dkt. #87-4].

7. Attached to my declaration as **Exhibit 6** is a true and correct copy of an excel spreadsheet transmitted by ICE to Mr. Free on June 27, 2016, per the cover letter attached to this declaration as Exhibit 1 [previously filed in the underlying litigation under Dkt. #87-5]. The spreadsheet is titled "ICE SPC/CDF Volunteer Detainee Wage Payments for Contract Years (CYs) 2009-2014."

8. Attached to my declaration as **Exhibit 7** is a true and correct copy of Fed. R. Civ. P. 26(a)(1) Initial Disclosures, dated December 20, 2017 [previously filed in the underlying litigation under Dkt. #87-6].

9. Exhibit 6 reveals that GEO received reimbursement for over 127,000 detainee shifts—nearly 350 per day—in the 2013 and 2014 contract years alone.

2

According to GEO's Initial Disclosures, Exhibit 7, ICE's reimbursement to GEO increased to $157,913.00 in FY 2016, representing an average of 432 detainee VWP shifts each day.

10.   Attached to my declaration as Exhibit 8 is a true and correct copy of the Order Denying Motion to Dismiss [from the underlying litigation under Dkt. #113], *Nwauzor et al. v. GEO Grp., Inc.*, 3:17-CV-05769-RJB (W.D. Wash. Aug. 6, 2018).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and based on my personal knowledge.

DATED at Seattle, Washington this 13th day of September, 2018.

*s/ Jamal N. Whitehead*
Jamal N. Whitehead

3

# EXHIBIT 3

Case No. 1:14-cv-02887-JLK-CYC   Document 287-13   filed 06/26/20   USDC Colorado
                                  pg 7 of 13
Case: 18-80095, 09/13/2018, ID: 11011018, DktEntry: 5-2, Page 41 of 92
Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 2 of 8
From: 8303349192    Page: 1/2   Date: 8/10/2009 7:16:47 PM

GE☉
The GEO Group, Inc.

August 10, 2009
Invoice # 213090703
Client # 26906

DHS/ICE/BFC
SEP 14 2009

DHS ICE
Burlington Finance Center
P.O. Box 1620
Williston, VT 05495-1620
Attn: ICE DRO FOD San Antonio Invoice

South Texas Detention Complex
566 Veterans Drive
Pearsall, Texas 78061

MAIN TEL: 830(B)(4), (b)(7)(c)
FAX: 830 334 9192
www.thegeogroupinc.com

Contract # ACD-4-C-0001
HSCEDM-09-F-00001

Detainee Work: July 1, 2009 – July 31, 2009

| Item Code | Amount Due |
|---|---|
| CLIN 4021 | $6,722.00 |
| **Total Amount Due** | **$6,722.00** |

I certify that services/supplies have been rendered.

(b)(6), (b)(7)(c)    8-10-09
                      Date

(b)(6), (b)(7)(c) COTR        Date

Payment Terms: Net (b)(4)
Tax ID: 65-0043078

Send Payment to:
South Texas Detention Complex
566 Veterans Drive
Attn: Detainee Trust Fund Account
Pearsall, Texas 78061

ICE 2013FOIA32547.005599

Case No. 1:14-cv-02887-JLK-CYC   Document 287-13   filed 06/26/20   USDC Colorado
pg 8 of 13
Case: 18-80095, 09/13/2018, ID: 11011018, DktEntry: 5-2, Page 42 of 92

Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 3 of 8

September 4, 2009
Invoice # 213090803
Client # 26906

**DHS/ICE/BFC**

SEP 14 2009



**The GEO Group, Inc.**

South Texas Detention Complex
566 Veterans Drive
Pearsall, Texas 78061

DHS ICE
Burlington Finance Center
P.O. Box 1620
Williston, VT 05495-1620
Attn: ICE DRO FOD San Antonio Invoice

MAIN TEL: 830(b)(6), (b)(7)(c)
FAX: 830.334.9192
www.thegeogroupinc.com

Contract # ACD-4-C-0001
HSCEDM-09-F-00001

Detainee Work: August 1, 2009 – August 31, 2009

| Item Code | Amount Due |
|---|---|
| CLIN 4021 | $6,488.00 |
| **Total Amount Due** | **$6,488.00** |

I certify that services/supplies have been rendered.

(b)(6), (b)(7)(c)

9-4-09
Date

(b)(6), (b)(7)(c) COTR                Date

Payment Terms: Net (b)(4)
Tax ID: 65-0043078

Send Payment to:
South Texas Detention Complex
566 Veterans Drive
Attn: Detainee Trust Fund Account
Pearsall, Texas 78061

ICE 2013FOIA32547.005602

Case No. 1:14-cv-02887-JLK-CYC   Document 287-13   filed 06/26/20   USDC Colorado
pg 9 of 13
Case: 18-80095, 09/13/2018, ID: 11011018, DktEntry: 5-2, Page 43 of 92

Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 4 of 8

# SOUTH TEXAS DETENTION COMPLEX
## AUGUST DETAINEE PAY REPORT
### Dates Worked: 08/01/09 to 08/31/09

| | |
|---|---|
| ICE BILLABLE COST: | $6,488.00 |
| GEO BILLABLE COST: | $7,619.00 |
| TOTAL: | $14,107.00 |

Case No. 1:14-cv-02887-JLK-CYC   Document 287-13   filed 06/26/20   USDC Colorado
pg 10 of 13
Case: 18-80095, 09/13/2018, ID: 11011018, DktEntry: 5-2, Page 44 of 92

Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 5 of 8

## SOUTH TEXAS DETENTION COMPLEX
## JUNE DETAINEE PAY REPORT
### Dates Worked: 06/01/09 to 06/30/09

| | |
|---|---|
| ICE BILLABLE COST: | $6,121.00 |
| GEO BILLABLE COST: | $7,258.00 |
| TOTAL: | $13,379.00 |

Case No. 1:14-cv-02887-JLK-CYC   Document 287-13   filed 06/26/20   USDC Colorado
pg 11 of 13
Case: 18-80095, 09/13/2018, ID: 11011018, DktEntry: 5-2, Page 45 of 92

Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 6 of 8

GEO SOUTH TEXAS DETENTION COMPLEX
DETAINEE PAY FOR JUNE
WORK DATES: 6/1/09~6/30/09

| Detainee Name | Date Worked | Entry Date | Receipt # | ICE Pay | GEO Pay | Total |
|---|---|---|---|---|---|---|
| (b)(6), (b)(7)(c) | 6/11/2009 | 06/12/2009 | (b)(6), (b)(7)(c) | $1.00 | $0.00 | $1.00 |
| | 6/18/2009 | 06/19/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/19/2009 | 06/20/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/20/2009 | 06/21/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/22/2009 | 06/23/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/24/2009 | 06/25/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/25/2009 | 06/26/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/26/2009 | 06/27/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/28/2009 | 06/29/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/29/2009 | 06/30/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/30/2009 | 07/01/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/9/2009 | 06/10/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/10/2009 | 06/11/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/11/2009 | 06/12/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/12/2009 | 06/13/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/13/2009 | 06/14/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/15/2009 | 06/16/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/23/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/26/2009 | 06/27/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/23/2009 | 06/24/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/24/2009 | 06/24/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/25/2009 | 06/26/2009 | | $1.00 | $0.00 | $1.00 |
| | 06/27/2009 | 06/28/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/29/2009 | 06/29/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/5/2009 | 06/08/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/6/2009 | 06/07/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/7/2009 | 06/08/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/8/2009 | 06/09/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/4/2009 | 06/05/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/8/2009 | 06/09/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/9/2009 | 06/10/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/10/2009 | 06/11/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/12/2009 | 06/13/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/16/2009 | 06/17/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/17/2009 | 06/18/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/23/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/24/2009 | 06/25/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/25/2009 | 06/26/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/26/2009 | 06/27/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/29/2009 | 06/30/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/17/2009 | 06/18/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/18/2009 | 06/19/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/19/2009 | 06/20/2009 | | $1.00 | $0.00 | $1.00 |

Page 1 of 143

Case No. 1:14-cv-02887-JLK-CYC   Document 287-13   filed 06/26/20   USDC Colorado
pg 12 of 13
Case: 18-80095, 09/13/2018, ID: 11011018, DktEntry: 5-2, Page 46 of 92

Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 7 of 8

GEO SOUTH TEXAS DETENTION COMPLEX
DETAINEE PAY FOR JUNE
WORK DATES: 6/1/09–6/30/09

| Detainee Name | Date Worked | Entry Date | Receipt # | ICE Pay | GEO Pay | Total |
|---|---|---|---|---|---|---|
| (b)(6), (b)(7)(c) | 6/14/2009 | 06/15/2009 | (b)(6), (b)(7)c | $1.00 | $2.00 | $3.00 |
| | 6/15/2009 | 06/16/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/23/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/24/2009 | 06/25/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/25/2009 | 06/26/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/27/2009 | 06/28/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/28/2009 | 06/29/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/29/2009 | 06/30/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/30/2009 | 07/01/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/23/2009 | 06/24/2009 | | $1.00 | $0.00 | $1.00 |
| | 6/5/2009 | 06/07/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/07/2009 | 06/11/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/11/2009 | 06/12/2009 | | $1.00 | $2.00 | $3.00 |
| | 6/15/2009 | 06/24/2009 | | $1.00 | $2.00 | $3.00 |
| | 06/16/2009 | 06/17/2009 | | $1.00 | $2.00 | $3.00 |
| | | | | $6,121.00 | $7,258.00 | $13,379.00 |
| | | | | ICE TOTAL | GEO TOTAL | TOTAL PAY |

Page 143 of 143

Case 3:17-cv-05769-RJB   Document 101-2   Filed 07/16/18   Page 8 of 8

## GEO SOUTH TEXAS DETENTION COMPLEX
### DETAINEE PAY FOR JULY
### WORK DATES: 7/1/09~7/31/09

| | | | | | | |
|---|---|---|---|---|---|---|
| (b)(6), (b)(7)(c) | 7/18/2009 | 07/19/2009 | (b)(6), (b)(7)c | $0.00 | $1.00 | $1.00 |
| | 7/19/2009 | 07/20/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/20/2009 | 07/21/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/21/2009 | 07/22/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/22/2009 | 07/23/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/23/2009 | 07/24/2009 | | $1.00 | $0.00 | $1.00 |
| | 07/24/2009 | 07/25/2009 | | $1.00 | $0.00 | $1.00 |
| | 07/25/2009 | 07/26/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/26/2009 | 07/27/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/27/2009 | 07/28/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/28/2009 | 07/29/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/29/2009 | 07/30/2009 | | $1.00 | $0.00 | $1.00 |
| | 7/30/2009 | 07/31/2009 | | $1.00 | $0.00 | $1.00 |
| | 07/31/2009 | 08/01/2009 | | $1.00 | $0.00 | $1.00 |
| | | | | **ICE TOTAL** | **GEO TOTAL** | **TOTAL PAY** |
| | | | | $6,722.00 | $8,007.00 | $14,729.00 |

From: 8303349192   Page: 2/2   Date: 8/10/2009 7:16:48 PM