**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**NOTICE REGARDING DECLARTION [ECF No. 281-1]**

Nonparty ICE files this notice to correct two statements in the declaration submitted in support of its motion/response. In Mr. Reaves's declaration, he stated that Mr. Hernandez wears a red uniform. ECF No. 281-1 at ¶ 7. In fact, Mr. Hernandez wears a yellow uniform (which might appear orange on video). Mr. Reaves also stated that the only place for Mr. Hernandez to change his clothes with privacy was in the dormitories or showers. *Id*. at 10. Plaintiffs pointed out that Mr. Hernandez could also change his clothes in a restroom near the deposition room. Plaintiffs are correct that this bathroom also exists as a possible place to change clothes.

1

Plaintiffs informed the Court of these inaccuracies in their response to the motion to reconsider.  ECF No. 282 n.2.  ICE was preparing to include notice of these errors in its reply in support of its motion to reconsider.  However, the Court ruled on that motion before ICE completed its reply.

Dated June 29, 2020

Respectfully Submitted,

JASON R. DUNN
United States Attorney

*s/ Timothy Bart Jafek*
**Timothy Bart Jafek**
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0104
Fax: (303) 454-0407
timothy.jafek@usdoj.gov

Attorney for United States Immigration and Customs Enforcement

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

andrew@immigrantcivilrights.com
Alex@towardsjustice.Org
Aturner@laborlawdenver.Com
Hans@themeyerlawoffice.Com
Pdl@outtengolden.Com
Akoshkin@outtengolden.Com
Brianne@towardsjustice.Org
David@towardsjustice.Org
Juno@towardsjustice.Org
Mscimone@outtengolden.Com
Om@outtengolden.Com
Rdempsey@outtengolden.Com
Brandt@milsteinlawoffice.Com

Adrienne.Scheffey@akerman.Com
Christopher.Eby@akerman.Com
Colin.Barnacle@akerman.Com
Deismeier@bfwlaw.Com
Melissa.Cizmorris@akerman.Com
Mley@bfwlaw.Com

and I hereby certify that I will mail to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

*s/ Timothy Bart Jafek*
TIMOTHY BART JAFEK

3