# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

 v.

THE GEO GROUP, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

 I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs.

 DATED at Denver, Colorado this 1st day of July, 2020.

    Respectfully Submitted,

    */s/ Matthew Fritz-Mauer*
    Matthew Fritz-Mauer
    Atty. Reg. # 54334
    THE KELMAN BUESCHER FIRM
    600 Grant Street, Ste. 825
    Denver, CO 80203
    Tel: 303-333-7751
    Fax: 303-333-7758
    mfritzmauer@laborlawdenver.com

    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2020, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties in this matter.
.

This 1st day of July, 2020

         */s/ Antoinette Vega*
         Antoinette Vega