# EXHIBIT A

From: (b)(6);(b)(7)(C)
Sent: 20 Feb 2018 10:32:37 -0500
To: (b)(6);(b)(7)(C)
Subject: FW: Great talking to you -- Menocal v. GEO Items

Prior conversation between (b)(6);(b) and (b)(6);(b)(7)(C) in Denver...


(b)(6);(b)(7)(C) | Associate Legal Advisor
Office of the Principal Legal Advisor | DCLD
202-732-(b)(6);( (desk) | 202-875-(b)(6); (cell)


U.S. Immigration and Customs Enforcement

**Attorney/Client Privilege \*\*\*Attorney Work Product**
This document contains confidential and/or sensitive attorney/client privileged information or attorney work product and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please notify the sender if this email has been misdirected and immediately destroy all originals and copies. Any disclosure of this document must be approved by the Office of the Principal Legal Advisor, U.S. Immigration & Customs Enforcement. This document is for INTERNAL GOVERNMENT USE ONLY. FOIA exempt under 5 U.S.C. § 552(b)(5).

---

From: (b)(6);(b)(7)(C)
Sent: Thursday, April 13, 2017 5:05 PM
To: (b)(6);(b)(7)(C)
Subject: RE: Great talking to you -- Menocal v. GEO Items

Hi (b)(6);(b)(7)(C)

I just spoke with (b)(6);(b)(7)(C) in Denver, and she confirmed that she signed off on the GEO housekeeping policy. She does this every year as the policies are renewed. She said that her practice is

(b)(5)

Thanks!

(b)(6);(b)(7)(C)