# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

## STIPULATED MOTION FOR EXTENSION OF DEADLINES

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant The GEO Group, Inc. ("GEO"), together with Plaintiffs, by and through respective undersigned counsel, move this Court for an extension of the deadlines set forth below.

    1.    The Court issued an order on May 18, 2020 setting a July 31, 2020 deadline for the Parties to file dispositive motions and complete discovery.  ECF No. 267.

    2.    The Parties request an extension of the summary judgment deadline to and through August 17, 2020.

    3.    The Parties also request an extension of the discovery deadline to and through August 14, 2020.

4. The Parties agree that either side may continue to seek production of and disclose documents received from ICE in response to various requests after August 14, 2020.

5. The Parties request a briefing schedule for GEO's Cross-Motion for Summary Judgment, ECF No. 284, as follows:

   a. Extending Plaintiffs' deadline to respond to GEO's Cross-Motion to, and including, July 31, 2020.

   b. Extending GEO's deadline to file a reply in support of its motion to, and including, August 21, 2020.

6. The Parties also seek a deadline of September 28, 2020 to file decertification motions.

7. Under Fed. R. Civ. P. 6(b), the Court may extend time upon a showing of good cause, provided the motion is made before the original time expires.

8. This motion is timely. None of the aforementioned deadlines have expired.

9. Good cause exists to extend these deadlines.

10. The parties have exchanged lists of potential trial witnesses, including expert witnesses, and are undertaking efforts to conduct their depositions. Between May 15, 2020, when the parties last requested a discovery extension, and the date of this extension, the parties have conducted five depositions, and briefed cross-motions for summary judgment. *See* ECF Nos. 260, 270, 286, 284. As of this date, nine witnesses remain to be deposed, and briefing remains open on Defendant's motion for summary judgment.

11. The dispositive motion practice and the number of remaining depositions to be completed require additional time beyond the current deadline.

12. In addition, the parties have discussed deadlines to complete briefing on the pending motions, as well as deadlines to file *Daubert/Kumho Tire* motions and motions for decertification.

WHEREFORE, the Parties respectfully request that the Court extend the deadlines to complete discovery to and through August 14, 2020, however, the parties request that the Court permit either party to file discovery-related motions regarding third-party discovery from ICE;

WHEREFORE, the Parties respectfully request that the Court extend the deadlines to file dispositive motions to and through August 17, 2020;

WHEREFORE, the Parties also respectfully request that the Court set a deadline of July 31, 2020 for Plaintiffs to respond to GEO's Cross Motion for Summary Judgment, ECF No. 284, and enter a deadline of August 21, 2020 for GEO to file its Reply in support of that motion;

WHEREFORE, the Parties also respectfully request that the Court enter a deadline of September 28, 2020 for Defendant to file decertification motions;

WHEREFORE, in keeping with Judge Kane's practices, the Parties respectfully request that the Court enter a deadline to file *Daubert/Kumho Tire* motions within 30 days of the Pretrial Conference in this matter.

Respectfully submitted this 13th day of July, 2020.

| **OUTTEN & GOLDEN, LLP** | **AKERMAN LLP** |
|---|---|
| /s/ *Michael J. Scimone* | /s/ *Adrienne Scheffey* |
| Michael J. Scimone | Adrienne Scheffey |
| 685 Third St., 25th Fl. | Colin L. Barnacle |
| New York, NY 10017 | 1900 Sixteenth Street, Suite 1700 |
| Telephone: (212) 245-1000 | Denver, CO 80202 |
| Email: mscimone@outtengolden.com | Phone: (303) 260-7712 |
| | Fax: (303) 260-7714 |
| *Class Counsel* | Email: adrienne.scheffey@akerman.com |

Email: colin.barnacle@akerman.com

**BURNS, FIGA & WILL, P.C.**

Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone: (303) 796-2626
Fax: (303) 796-2777
Email: deismeier@bfwlaw.com
       mley@bfwlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com

5