# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA on their own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE GEO GROUP, INC.,<br><br>　　　　　　　　　　Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

　　　　I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

　　　　1.　　I am a Partner with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

　　　　2.　　I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

　　　　3.　　I make the statements in this Declaration based on my personal knowledge

and would so testify if called as a witness at trial.

4. GEO's Notice of Supplemental Authority, ECF No. 291, proffers an email in support of GEO's argument that the declaration of Shannon Ely, ECF No. 261-7, is untrustworthy. This email was part of a FOIA production by U.S. Immigration and Customs Enforcement ("ICE") that Plaintiffs have previously produced in discovery, bates-stamped P00000454-55, and disclosed in their Rule 26 disclosures served on GEO on June 20, 2019 and (as amended) on June 25, 2020.

5. Because parts of the email in question are redacted, Plaintiffs sought to meet and confer with ICE to identify the individual named in the email, who is identified as "A.S.," and to seek additional information that would shed light on GEO's arguments. ICE confirmed the identity of the employee, whom it identifies as the Contracting Officer's Representative ("COR"). In response to follow-up correspondence, ICE represented that the COR is "interchangeable" with the Contracting Officer's Technical Representative ("COTR"), an ICE official whose role has been the subject of discovery in this case. Importantly, ICE clarified that the individual in question is *not* the "Contracting Officer," a different position, as GEO initially stated in its Notice.

6. On July 9, Plaintiffs' counsel alerted GEO to their belief that it had misidentified the ICE employee referenced in the email as the "Contracting Officer," and that documents produced in discovery identified her as the COTR. Plaintiffs forwarded to GEO **Exhibit A**, which is a true and correct copy of a memorandum from GEO to the

employee in question, bates stamped GEO-MEN 00089660-89661.[1]  Plaintiffs' counsel invited GEO to correct the record.

7.    On July 24, 2020, GEO informed Plaintiffs' counsel that it intends to issue a correction of this inaccuracy.

| | |
|---|---|
| Dated: New York, NY<br>July 24, 2020 | Respectfully submitted,<br><br>By: */s/ Michael J. Scimone*<br>Michael J. Scimone<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>mscimone@outtengolden.com<br><br>*Class Counsel* |

---

[1]    This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.