# EXHIBIT A

## Scheffey, Adrienne (Assoc-Den)

| | |
|---|---|
| **From:** | ▇▇▇▇▇▇@ice.dhs.gov> |
| **Sent:** | Friday, July 24, 2020 7:31 AM |
| **To:** | Scimone, Michael; Scheffey, Adrienne (Assoc-Den); ▇▇▇▇▇▇ ▇▇▇▇▇▇ Timothy.Jafek@usdoj.gov |
| **Cc:** | GeoPlaintiffsCounsel; Barnacle, Colin (Ptnr-Den); mley@bfwlaw.com; deismeier@bfwlaw.com |
| **Subject:** | RE: Menocal v. GEO Group - Subpoenas served on ICE |

Good morning,

Sorry for the delay in responding to the parties. There is too much work and not enough hours in the day. To answer your questions, A▇▇▇ S▇▇▇▇ was the COR prior to 2014. The terms COR and COTR are interchangeable.

Thanks.