# EXHIBIT B



Office of Acquisition Management
U.S. Department of Homeland Security
801 I Street, NW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

November 12, 2013

## Contracting Officer's Representative (COR) Appointment Letter

**Subject:** Appointment as a Contracting Officer's Representative (COR)

**From:** (b)(6), (b)(7)(C)
**To:** (b)(6), (b)(7)(C)

You are hereby appointed as the Contracting Officer's Representative (COR) under Contract No. HSCEDM-11-D-00003 with the GEO Group, Inc for Contract Detainee Services for the Aurora Metropolitan Area in Colorado. As the COR, your primary duty is to monitor The GEO Group's performance to ensure that all of the technical requirements under the contract are met by the delivery date or within the period of performance, and at the price or within the estimated cost stipulated in the contract. The duties or authorities in this letter are not delegable; therefore, you must advise the Contracting Officer (CO), Virginia Collie or the Contract Administrator/Specialist (b)(6), (b)(7)(C) immediately when you are unable to perform these duties.

### COR Responsibilities and Duties
Your duties, as applicable to the contract, are as follows:

I. **Performing surveillance/inspection and acceptance.**
   A) Perform on-site surveillance in accordance with the surveillance plan. Document surveillance activities and provide a copy of documentation to the CO. Review technical proficiency and compliance against the technical provisions of the contract, and verify the performance of work by the contractor.
   B) Perform surveillance of the performance under the contract and conduct inspections necessary to assure performance and compliance with the terms and conditions of the contract.
   C) Assure prompt review of draft reports and approval of final reports to the contractor to assist with meeting the specified completion date of the contract, and assure prompt inspection and acceptance, or rejection of deliverable.
   D) Notify the Contractor of deficiencies observed during surveillance. Record and report to the CO all incidents of faulty or nonconforming work, delays, or problems, which may disrupt or hinder future performance.
   E) Immediately bring to the Contractor's attention, any potentially hazardous conditions. The Contractor is always required to comply with Federal Occupational Safety and Health Administration (OSHA) guidelines, applicable labor and environmental laws, as well as any state or local requirements for workplace safety, whether in Federal facility or other location. In addition, ensure that the Contractor adheres to any specific clauses and/or the safety plan in the business agreement.

II. **Monitoring activities and cost, providing input to contractor performance evaluations and notifications to the CO.**
   A) For T&M and labor-hour contracts, the COR duties for monitoring contract performance should include, at a minimum, verifying: **(OPTIONAL, See HSAM-2013-08, Appendix S)**
      1) If the work performed is consistent and conforms with the Statement of Work (SOW), Statement of Objectives (SOO), or Performance Work Statement (PWS);
      2) The appropriateness of the categories of labor used;
      3) The reasonableness of the number of hours worked, including any approved overtime;
      4) The reasonableness of materials used; and
      5) The hours worked against the hours billed for the invoice period.
   B) *For contracts* awarded after August 2011, with a dollar value over $500,000.00 for supplies and $1,000,000 for services, enter the contractor performance evaluation information into the Contractor Performance Assessment Reporting System (CPARS).
   C) COR shall Notify the CO on the following:
      1) Any requests for changes from a contractor.
      2) Potential labor disputes or workforce problems.
      3) Lack of performance, which may jeopardize the cost or required schedule.
      4) Monitoring financial management controls with respect to the allocation of appropriated dollars under the designated contract.
      5) Possible changes in Contractor management and/or key personnel.
      6) Disagreements with the Contractor regarding performance of statement of work/objectives (SOW/SOO) requirements or other potential disputes with the Contractor about technical or other business matters.
      7) Any possible Contractor deficiencies or questionable practices so that corrections can be made before the problems become significant.
      8) Procurement fraud, waste, abuse, bribery, conflict of interest, or other improper conduct to the CO and agency office, such as the OIG.
      9) All problems, potential disagreements, or controversy, both oral and in writing, regarding the status of the contract and performance of its requirements.

III. **Making recommendations for invoices and payments.**
   A) Report any discrepancies in payment vouchers to the Contracting Officer. Provide documentation to support the representation.
   B) Evaluate progress payment requests based on costs incurred and actual work accomplished.
   C) Certify invoices in FileOnQ – WebView. For WebView training, please visit OFM website at [(b)(7)(E)]
   D) Review contractor invoices/vouchers for accuracy of work completed in accordance with contract requirements and certify acceptance or rejection.
   E) Review the Contractor's invoices/vouchers for reasonableness and applicability to the contract and recommend to the Contracting Officer approval, conditional approval, or disapproval for payment. The review must be completed within five days after receipt of the invoice or voucher. If you cannot meet the required review time, advise the Contracting Officer or Contract Specialist so that action can be taken to ensure Government compliance with the Prompt Payment Act, thereby avoiding the payment of interest penalties to the Contractor.

PL0000109

2014-ICFO-07516.000453

 F) Review the contractors invoices/vouchers to ensure that they accurately reflect the work completed in accordance with the requirements of the contract, and certify acceptance of the delivered items. Submit certified invoices/vouchers to the Burlington Finance Center and copies to the Contracting Officer in a timely manner.

### IV. Managing Government Furnished Property.

|  | YES | NO |
|---|---|---|
| Government Furnished Property (GFP) | ___ | _X_ |
| Government Furnished Equipment (GFE) | ___ | _X_ |

 A) You are not authorized to provide any Government-owned (or leased) equipment or supplies or use of Government space to the Contractor, other than those specifically identified in the contract and authorized by the Contracting Officer.
 B) If applicable, ensure Government Furnished Property and/or Equipment is made available in a timely manner.
 C) Request the Contracting Officer authorize Government furnished property/equipment, and when requested by the Contracting Officer, provide disposition advice on Government-furnished property/equipment or contractor-acquired property.
 D) Alert the CO to any potential or existing Government asset issues.

### V. Managing Contractor Employee Exit Checklist when contractor(s) leave a contract, move to a new contract, or is/are terminated (see Attachment A).

COR serves as a federal sponsor for the contractor by assisting with the agency Security process, to include handling, as appropriate, the Contractor Suitability worksheet for contractor requiring a DHS PIVcard, notification of results of the contractor access submissions, ensuring the return of the DHS PIV card, and communication of contractor and employee's change in status.

### VI. Training:

As a COR, you shall adhere to DHS Annual Skills Currency to maintain COR certification and any other special instructions for obtaining training, to include ethics or other relevant training.

### Non-Delegable Functions and Exclusions

As COR you shall not:
 A) Make or give the appearance of being able to make commitments, modifications, or other actions, which would commit the Government to a change in price, performance, quality, quantity, or delivery.
 B) Provide guidance to the contractor, either orally or in writing, which might be interpreted as a change in the scope or terms of the contract.
 C) Change or modify any of the terms and conditions, or statement of work of a contract, business agreements, or transaction.
 D) Approve items of cost not specifically authorized or increase dollar limits for the contract or business agreement.
 E) Take any action with respect to termination, except to notify the Contracting Officer that action may be necessary and to assist with the process as requested.
 F) Engage in conduct prejudicial to the Government.
 G) Sign contracts or contract modifications.

PL0000110

2014-ICFO-07516.000454

# EXHIBIT B

H) Direct a contractor (oral or written) to begin work prior to contract award date or notice to proceed, or to stop work.
I) Participate in negotiations with a contractor outside the presence of a Contracting Officer.
J) Render a decision on any dispute or question of fact under the Disputes clause of the contract.
K) Interfere with the contractor's management by supervising contractor employees or otherwise directing their work efforts.
L) May not in any way direct the contractor or its subcontractors to operate in conflict with the contract terms and conditions.
M) Make any agreement with the Contractor relating to the expenditure of Government funds.
N) Make unauthorized commitments; COR may be personally liable for the ratification of unauthorized commitments.
O) Specifying how the Contractor will accomplish performance.
P) Imposing or placing a demand upon the Contractor to perform any task or permitting any substitution not specifically provided for in the contract and/or the business agreement.
Q) Delegating your authority.

**FAR and DHS Authorities/Directives, Government Ethics, and Training:**
Adherence to applicable requirements for ethics (annual training), procurement integrity, no conflict of interest, and proper standards of conduct, including the identification of regulations (e.g., FAR Part 3, Improper Business Practices and Personal Conflicts of Interests), statutes, or agency directives governing these topics (e.g., 5 CFR Part 2635 Standards of Conduct and Management Directive 0480.1, Ethics/Standards of Conduct (or any successor directive)).

Complete and file with the ICE Ethics Office an OGE-450 (Confidential Financial Disclosure Report) within 30 days following COR appointment and annually thereafter until the termination of the COR appointment. Forward your completed OGE-450 to: ICE Ethics Office (OPLA), Potomac Center North (PCN) 500, 12th Street, SW, Washington, DC 20024. In addition, you are required to complete annual ethics training as stipulated by the ICE Ethics Official.

In order to obtain access into the Contractor Performance Assessment Reporting System (CPARS) you are required by ICE/OAQ to take the following courses that are available through the CPARS website: http://www.cpars.gov/allapps/cpartrng/webtrain/webtrain_all.htm

CPARS Overview (2 hours): View Schedule – This training will give the student an overview of the policies and regulations governing CPARS, the CPARS Workflow, and CPARS Application functionality. Taking the CPARS Overview is a prerequisite to Quality and Narrative Writing and Focal Point Functions.

Quality and Narrative Writing (1.25 hours): View Schedule – This training will give the student an understanding of the need for quality and accuracy in narrative writing, examples of narratives and resources to aid in creating quality Past Performance Evaluations, and examples of strategies for making the CPARS-FAPIIS process more effective. Taking the CPARS Overview is a prerequisite to taking this class.

There is also a DHS requirement to take: FAC044 – Contractor Performance Assessment Report System, which is available through FAITAS.

PL0000111

2014-ICFO-07516.000455

# EXHIBIT B

**Federal Acquisition Certification Requirements**
Based on the technical and administrative characteristics of this contract, I have determined that the COR must possess a Federal Acquisition Certification (FAC) for CORs Level 2. Your appointment as COR is based on the training, experience, certification, and other qualifications cited in your nomination letter. It is your responsibility to maintain your certification and/or qualifications for COR on this contract, including completing continuous learning points. If you fail to maintain your FAC COR certification at this level, DHS is prohibited by law from paying you for performing COR functions.

OAQ/ACM – POC [(b)(6), (b)(7)(C)] (202) 732-[(b)(6), (b)(7)(C)] Contracting Officer's Representative (COR) Certifications for the performance of critical contract management functions.

As COR you shall be aware of the following:
***Federal Acquisition Regulation 52.232-18, Availability of Funds*** (Subject to the Availability of Funds) Clause: "SAF" means Subject to Availability of Funds. Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives written notice of such availability from the Contracting Officer.

"…No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives written notice of such availability from the Contracting Officer."

## *UDO (UNOBLIGATED) CLINS/LINES OF ACCOUNTING*
If a Program Office confirms that a particular contract-based obligation or obligation line should be closed, Burlington Financial Reporting and Compliance staff must:

- Send a request to the Program Office POC to complete a zero-dollar requisition (G-514)
- Submit the requisition to OAQ for processing.
- FinOps – Dallas will perform the de-obligation of funds in FFMS (Federal Financial Management System) once all de-obligation documentation has been received from OAQ.

**Contract file's content and maintenance:**
COR shall maintain a contract-working file to include a copy of the contract and all modifications, correspondence, invoices/vouchers, financial tracking, reviews, and past performance information. All COR files will be turned in to the CO upon completion of the contract. The COR Contract Checklist shall contain the following:
   A) **Do I have a signed copy of this contract and/or most recent modification for the contract?**
      - Review the terms and conditions of the contract
      - Identify the type of contract (fixed price, time and materials, labor per hour, etc.)
      - Ensure that all modifications are stored with the base contract
   B) **Have the goods and/or services been received?**
      - Perform receiving and acceptance (or rejection) in FFMS within seven days of receipt of goods and/or services
      - Identify any goods received and/or services provided, and/or any goods/services invoiced that were NOT in the contract
      - If goods and/or services are rejected, document the rejection:

PL0000112

# EXHIBIT B

- o Notify the vendor and Contracting Officer
- o Note the rejection in WebView

C) **Is there a date stamp on the invoice received?**
- Ensure that the invoice has been date stamped by the Finance Center

D) **Does the invoice contain all necessary information?**
- Ensure the invoice contains proper information, such as:
  - o Invoice number
  - o Invoice date
  - o Contract number/task order
  - o Amount
  - o Vendor name
  - o Period of performance
- Determine whether the invoice information matches the contract information
  - o If there are any invoice discrepancies, identify the reasons
  - o If valid reasons for the discrepancies exist (e.g., "doing business as" name changes), work with the CO to ensure a modification is in place and notate WebView for future reference

E) **Are the charges in accordance with the contract?**
- Compare invoice details against the summary
- Reconcile invoice charges against the contract
- Work with the vendor to review any charges that are unclear
- Reject the invoice if charges are not in accordance with the contract:
  - o Notify the vendor and Contracting Officer of the rejection
  - o Note the rejection in WebView

F) **Have I reviewed my burn rate report?**
- The COR should maintain a burn rate report for all contracts
- Review the invoice to ensure it is not a duplicate
  - o If it is a duplicate invoice, ensure that there was only one receiving ticket entered into FFMS and reject the invoice
  - o many duplicate payments can be prevented by a COR performing a thorough review of the invoice against the contract terms and conditions

NOTE: The responsibilities and exclusions set forth in this document are not intended to be all encompassing. As a COR, you are required to consult with the Contracting Officer when there are questions on your authority. You are NOT authorized to re-delegate your authority. Violation or misuse of your authority could result in abuse of DHS policy and resources at a minimum or monetary loss to the COR or firm involved, disciplinary actions, and other measures, depending on the extent of the offense.

PL0000113

2014-ICFO-07516.000457

# EXHIBIT B

If you have any questions or problems, please contact the Contract Specialist, (b)(6), (b)(7)(C) at (949) 360-(b)(6), (b)(7)(C).

**Appointment Effective and Termination Dates:**
Your appointment as the COR under the above numbered contract is effective the date this letter is signed by from the appointing Contracting Officer, the Contracting Officer's successor, or a higher level of authority.

| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 11/12/13 |
|---|---|---|
| Name of Contracting Officer | Signature of Contracting Officer | Date |

Your appointment as the COR under the above numbered contract is terminated upon receipt of a written notice of termination from the appointing Contracting Officer, the Contracting Officer's successor, or a higher level of authority.

| | | |
|---|---|---|
| Name of Contracting Officer | Signature of Contracting Officer | Date |

**Acknowledgement Receipt and Acceptance of Appointment:**
Please acknowledge receipt and acceptance of this appointment by signing and returning the attached acknowledgement section to the Contracting Officer or Contract Specialist.

I understand and accept my assignment as the COR under Contract No. HSCEDM-11-D-00003 as outlined in your letter to me dated November 12, 2013.

| (b)(6), (b)(7)(C) | (b)(6), (b)(7)(C) | 11-20-13 |
|---|---|---|
| Name of COR | | Date |

*Attachments:*
OGE 450, Confidential Financial Disclosure Report (if applicable)

*Copy to:*
Payment Office
Contractor

# EXHIBIT B



*Office of Acquisition Management*
**U.S. Department of Homeland Security**
801 I Street, NW
Washington, DC 20536

# U.S. Immigration and Customs Enforcement

November 12, 2013

## COR Supervisor Notification Letter

**Subject:** Supervisors Notification of Appointment of Amelia Sanchez as Contracting Officer's Representative (COR)

**From:** (b)(6), (b)(7)(C)

**To:**

This is to advise you that (b)(6), (b)(7)(C) is being appointed as COR under Contract No. HSCEDM-11-D-00003 with the GEO Group, Inc for Contract Detainee Services for the Aurora Metropolitan Area in Colorado. As the COR (b)(6), (b)(7)(C) primary duties include monitoring the contractor's performance to ensure that all of the technical requirements under the contract are met by the delivery date or within the period of performance, and at the price or within the estimated cost stipulated in the contract. Another very important duty is to provide, on a timely basis, input into the contractor performance evaluation for this contract, as specified in Homeland Security Acquisition Manual (HSAM) Subchapter 3042.15. The full delegation to (b)(6), (b)(7)(C) is in the COR appointment letter, attached.

DHS leadership considers the role of COR to be vital to the effectiveness of acquisition programs and ultimately, to the ability of DHS to successfully accomplish its mission. Recognizing this, HSAM 3042.270-1 requires that each COR's annual performance appraisal include an evaluation of how well the COR's functions are performed. Please ensure that the COR's annual performance appraisal specifically addresses the five core COR Responsibilities described in HSAM 3042.270-2(b)(i).

As the COR's supervisor, you are requested to ensure that the COR has adequate resources, including time, to perform the COR's duties. You are also requested to monitor the COR's performance with regard to their responsibilities under Contract No. HSCEDM-11-D-00003 and to ensure that the COR's annual performance appraisal accurately reflects the extent to which the COR met those responsibilities.

Please feel free to contact me if you have any questions regarding this letter.

(b)(6), (b)(7)(C)

(b)(6), (b)(7)(C)  (949) 360 (b)(6), (b)(7)(C)
Contracting Officer

**Attachment:**
COR Appointment letter to (b)(6), (b)(7)(C)

**Copy to:**
(b)(6), (b)(7)(C)

PL0000115

8

2014-ICFO-07516.000459