IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA on their own behalf and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>    v.<br><br>THE GEO GROUP, INC.,<br><br>                        Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a Partner with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge

and would so testify if called as a witness at trial.

4. Attached hereto as **Plaintiffs' Opposition Exhibit 1** is a true and correct copy of excerpts from the July 21, 2020 deposition of David Venturella.

5. Attached hereto as **Plaintiffs' Opposition Exhibit 2** is a true and correct copy of excerpts from the June 24, 2020 deposition of Hugo A. Hernandez-Ceren.

6. Attached hereto as **Plaintiffs' Opposition Exhibit 3** is a true and correct copy of excerpts from the July 16, 2020 deposition of Alejandro Hernandez Torres.

7. Attached hereto as **Plaintiffs' Opposition Exhibit 4** is a true and correct copy of correspondence from ICE to GEO dated June 21, 2018, labeled GEO-MEN 00186865-66. This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

8. Attached hereto as **Plaintiffs' Opposition Exhibit 5** is a true and correct copy of excerpts from the July 8, 2020 deposition of Luis Pagan.

Dated:  New York, NY
        July 31, 2020

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

*Class Counsel*