# Exhibit 2

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
       Civil Action No. 1:14-cv-02887-JLK-MEH
 3     _____

 4                     VIDEOTAPE DEPOSITION OF:
            HUGO A. HERNANDEZ-CEREN - June 24, 2020
 5                       Via RemoteDepoTM
                 (NONCONFIDENTIAL ONLY TRANSCRIPT)
 6     _____

 7     ALEJANDRO MENOCAL, MARCOS BRAMBILA,
       GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
 8     JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
       and DEMETRIO VALERGA, on their own and on behalf of
 9     all others similarly situated,

10     Plaintiffs,

11     v.

12     THE GEO GROUP, INC.,

13     Defendant.
       _____
14
                     PURSUANT TO NOTICE, the videotape
15     deposition of HUGO A. HERNANDEZ-CEREN was taken on
       behalf of the Defendant in La Salle Parish, Louisiana,
16     on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT,
       before Tracy C. Masuga, Registered Professional
17     Reporter, Certified Realtime Reporter, and Notary
       Public within Colorado appearing remotely from
18     Arapahoe County, Colorado.

19

20

21

22

23

24

25
```

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 24
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1   detained.
 2            Q.   (BY MS. SCHEFFEY)  Are you still
 3   reviewing the document, Mr. Hernandez?
 4            A.   Yes.
 5            Q.   Okay.
 6            A.   Just it's a lot.
 7            Q.   No, no, that's fine.  There's no rush.
 8            A.   Okay.  I'm done.
 9            Q.   Okay.  So do you know about when you
10   were at the Aurora facility?
11            A.   I believe it was 2014.
12            Q.   Okay.  2014.  Would it have been the
13   dates that are reflected in your commissary account?
14            A.   Yes.
15            Q.   So I was seeing March 2014 to
16   approximately April 2015.  Do you have any reason to
17   believe that would not be correct?
18            A.   That's correct.
19            Q.   All right.  And so then you -- you had
20   mentioned that you had been detained somewhere else
21   before that.  Where was that?
22            A.   I was transferred.  Like I say, I went
23   to Joe Corley, Conroe; Harlingen; La Villa, Texas;
24   Pearsall; Las Vegas; and finally Aurora.
25            Q.   Okay.  And when you lived in Aurora, did
```

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 4 of 20

Hugo Hernandez-Ceren 06/24/2020 Non-Confidential Page 25
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1 you live in a dorm with other people?
2      A.   Yes.
3      Q.   Can you describe the layout for me?
4      A.   It's the -- do you want me to describe
5  the dorm, you mean?
6      Q.   Yeah, or the pod, whatever you would
7  like to describe or whatever you remember.
8      A.   Okay.  Well, once you enter the dorm,
9  there's a GEO guard, his desk, a microwave, phones, a
10 couple of tables, a shower.  There's a -- the bottom
11 tier and the top tier, four cells.  There's a rec
12 yard, and there's cells that are for four detainees,
13 and there are cells that can hold eight detainees.
14     Q.   Okay.  And did you live in a cell with
15 four detainees or with eight detainees?
16     A.   I lived with four.  It was a total of
17 four.
18     Q.   And who did you live with?
19     A.   My friend Sanchez and two other
20 detainees.
21     Q.   And were your roommates the same
22 throughout the entire stay at Aurora?
23     A.   No.
24     Q.   Who -- who else did you live with other
25 than Mr. Sanchez?

Case 1:14-cv-02887-JLK-MEH   Document 299-2   Filed 07/31/20   USDC Colorado   Page 5 of 20

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 26
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1    A.   Nica -- well, we usually don't go by
2    names.  We go by nicknames.
3    Q.   Okay.
4    A.   So there's a -- Nica was one of them,
5    Sanchez was one of them.  There's Nica and Sanchez.
6    And then my bunkee Guerrero, he -- he was my bunkee.
7    So it was Nica, Sanchez, and Guerrero.
8    Q.   Okay.  Tell me about Mr. Sanchez.
9    A.   I don't understand.  What -- what do you
10   want me to tell you about him?
11   Q.   How did you two become friends?
12   A.   Through our cell living.
13   Q.   Okay.  Did you two participate in any
14   activities together?
15   A.   Do our workout together sometimes.
16   Mostly we'll sit down at the table and eat and
17   conversate, watch TV.
18   Q.   Okay.  And was that table that you're
19   talking about in your living area?
20   A.   No.  That was in the common area
21   outside.
22   Q.   Okay.  And so that was -- how often do
23   you spend in that area with the table?
24   A.   About maybe -- let me see.  Almost half
25   a day we'll be in that table.

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 6 of 20

Hugo Hernandez-Ceren 06/24/2020 Non-Confidential Page 72
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1    will be paid each day?
2         A.   Yes.
3         Q.   And what is that amount?
4         A.   One dollar.
5         Q.   And did you know that at the time you
6    signed this document?
7         A.   Yes.
8         Q.   Okay.  Thank you.
9              I'm going to open up another exhibit.
10   This should be 8.
11             (Deposition Exhibit 8 was remotely
12   introduced.)
13             MS. SCHEFFEY:  And, Andrew, I'll go
14   through this one and then we can take a break after
15   this document, okay?
16             MR. FREE:  Good deal.  Thanks.
17        Q.   (BY MS. SCHEFFEY)  Okay.  Mr. Hernandez,
18   can you see the document on your screen?
19        A.   Yes.
20        Q.   All right.  And I'm going to give you
21   the remote control and you can scroll through.  Let me
22   know when you're done reviewing.
23             MR. FREE:  Adrienne, just given the
24   time, do you have a question you want him to be
25   thinking about while he's scrolling?

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 7 of 20

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 73
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1              MS. SCHEFFEY:  Yeah.

2         Q.   (BY MS. SCHEFFEY)  I want to know if you

3    can confirm your signatures at the bottom, that it's

4    your signature, and that you've seen these documents

5    before.

6              MR. FREE:  Okay.  Thanks.

7              MS. SCHEFFEY:  And then everything else

8    will be pretty quick.  And thank you to everyone for

9    being patient with the technology.

10        Q.   (BY MS. SCHEFFEY)  And, Mr. Hernandez, I

11   can point you to the parts I want to talk to you about

12   if you want to scroll through and just see if you

13   recognize it and if it's your signature on the bottom.

14        A.   I just want to make sure that I'm

15   understanding --

16        Q.   That's fine.

17        A.   -- if that's fine.

18        Q.   Yep.

19        A.   Yes.

20        Q.   Okay.  So is this your signature?

21        A.   Yes.

22        Q.   And have you seen this document before?

23        A.   Yes.

24        Q.   Okay.  And your understanding -- what is

25   your understanding of your signature on this

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 8 of 20

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential  Page 74
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1  verification?

2      A.  That I agree.

3      Q.  Okay.  And are the representations in
4  this document accurate, to the best of your knowledge?

5      A.  Yes.

6      Q.  Okay.  I want to go to a specific one.
7  So I'm going to go to Interrogatory No. 27, which you
8  should be able to see on your screen.  This
9  interrogatory asks you to describe with as much
10 specificity as possible each circumstance in which a
11 GEO employee threatened you with administrative or
12 disciplinary segregation for failing to clean any area
13 of the Aurora Detention Facility.  Did I read that
14 correctly?

15     A.  Yes.

16     Q.  You responded, "Plaintiff does not
17 recall specific dates, but recalls one instance in
18 which a GEO employee threatened Plaintiff with
19 solitary confinement for failure to clean . . . ."
20 Did I read that correctly?

21     A.  Yes.

22     Q.  Can you describe that one instance?

23     A.  One detainee refused to clean and told
24 the GEO guard that he was going to not clean because
25 he was no janitor and that he was not being paid for

Case 1:14-cv-02887-JLK-MEH   Document 299-2   Filed 07/31/20   USDC Colorado   Page 9 of 20

Hugo Hernandez-Ceren   06/24/2020         Non-Confidential Page 75
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1  that type of job and that they had to hire someone to
2  do that.
3              And the GEO guard took out a bag, a
4  trash bag, and shown it to him and rolled it out the
5  roll, and stretched it out, and said, "Well, let's
6  make it easier.  Here's your bags," trying to give it
7  to him.  And he said, "Just pack your stuff because
8  you're going to go to the hole.  Because this is on
9  the handbook.  This is on the handbook, so it's not
10 something that you can fight for.  Just here's your
11 bag and go to the hole."  And --
12       Q.   What was the name of the detainee?
13            MR. FREE:  Counsel, I don't think he was
14 finished with his answer.
15            MS. SCHEFFEY:  Okay.  I'm sorry.
16       A.   And there was actually a second time
17 where --
18       Q.   (BY MS. SCHEFFEY)  Can you -- can we
19 table the second time so we can just go through the
20 first one and then we'll go to the second one?
21       A.   Okay.
22       Q.   Because I want to just talk about this
23 one instance here where it says there's one instance.
24 So what was the name of the detainee at that one
25 instance?

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 10 of 20

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 76
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1         A.    I don't remember.
2         Q.    Was it Mr. Valerga?
3         A.    No.
4         Q.    Was it Mr. Menocal?
5         A.    No.
6         Q.    Was it Mr. Brambila?
7         A.    No.
8         Q.    Okay.  And do you know the name of the
9    guard or officer?
10        A.    Yeah.  The name of the guard is Officer
11   Sanchez.
12        Q.    Okay.  Is that the same Mr. Sanchez you
13   mentioned earlier?
14        A.    Yes.
15        Q.    Do you know his first name?
16        A.    No.  They only carry their last names.
17   We don't know their first names.
18        Q.    Could you describe him to me?
19        A.    He's Mexican.  He's like about
20   five-four, light-skinned, kind of chunky.
21        Q.    Okay.
22        A.    Yeah.
23        Q.    Were there any other Officer Sanchezes
24   that you remember?
25        A.    No.

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 77
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

 1      Q.   I asked just because that's a, you know,
 2   maybe a common last name.
 3      A.   Yeah.
 4      Q.   So it was Mr. Sanchez.  Was the detainee
 5   sent to segregation?
 6      A.   No, because he started cleaning right
 7   away.
 8      Q.   Okay.  And did Mr. Sanchez threaten to
 9   turn off the TV before or any other threatened
10   punishment before threatening segregation?
11      A.   Yes.  I mean, the TVs don't go on.  If
12   the detainee doesn't start cleaning or doesn't -- they
13   refuse to clean, the TVs and the phones don't go on.
14      Q.   Okay.  So after everyone finishes
15   cleaning, then they turn on the TVs and you can watch?
16      A.   Yes, correct.
17      Q.   Were there certain shows that you liked
18   to watch?
19           MR. FREE:  Objection, relevance.
20      A.   No, just any random thing on TV.
21      Q.   (BY MS. SCHEFFEY)  Okay.  So was there a
22   rush to get, you know -- I don't know, Judge Judy is
23   on at 9:00, and everyone wants to get in.
24      A.   No.
25      Q.   No?

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 12 of 20

Hugo Hernandez-Ceren 06/24/2020 Non-Confidential Page 78
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1     A.  No.  Not like that, no.  But --

2     **Q.  Okay.  Would other detainees volunteer**

3  **to clean, if someone refused, in order to get the TVs**

4  **turned on?**

5        MR. FREE:  Objection, form.

6     A.  To the best of my knowledge, yeah,

7  sometimes they will -- somebody will jump in just so

8  we can get the TVs on and phones and, you know,

9  take -- take care of it.

10    **Q.  (BY MS. SCHEFFEY)  Okay.  So then I know**

11 **you wanted to tell me about a second instance.  Can**

12 **you tell me what happened on that instance, and if**

13 **possible, tell me the name of the detainee, if you**

14 **remember, and the name of any officers.**

15    A.  Well, there was this other incident with

16 this detainee where he was refusing, and then everyone

17 got involved, and it was like, oh, well, nobody really

18 wants to clean, and the GEO guard felt like he -- he

19 didn't know what to do, so he called a sergeant.  And

20 this is a GEO sergeant.

21        And the sergeant came in and called a

22 meeting for everyone and got everybody together, and

23 stated that, "Okay.  If you refuse to clean, you will

24 be sent to the hole.  If you refuse to listen to the

25 guard, you will be sent to the hole.  And that's not a

Case 1:14-cv-02887-JLK-MEH   Document 299-2   Filed 07/31/20   USDC Colorado   Page 13 of 20

Hugo Hernandez-Ceren   06/24/2020   Non-ConfidentialPage 79
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1  place where you want to be at because it's cold in
2  there.  You're going to lose your privileges.  No
3  commissary, no visitation, no rec yard.  You're not
4  going to get enough showers in there.  You're going to
5  be lonely.  It's pretty cold.
6           "But the most important thing about this
7  is that I'm going to make sure that GEO sends their
8  documents to the court, and you're fighting your
9  cases, so you do not want to look bad.  Already you
10 look bad with the red uniform on, and now you're going
11 to look even worse because you're coming from the
12 hole.
13          "And we're going to make sure that those
14 documents get there to the judge, and the judge is
15 going to see if she wants to leave you here in the
16 country, so you can go back to your family, or they
17 can remove you.  But you're not going to look good
18 when this gets to the judge."
19      **Q.   And I don't want to cut you off.  Is**
20 **that it?  I have a few follow-ups.**
21      A.   Yeah, yeah, that's it.
22      **Q.   What was the name of the officer in that**
23 **instance, do you recall?**
24      A.   That's a -- that's a sergeant.  I don't
25 remember --

Case 1:14-cv-02887-JLK-MEH   Document 299-2   Filed 07/31/20   USDC Colorado   Page 14 of 20

Hugo Hernandez-Ceren   06/24/2020        Non-ConfidentialPage 161
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

 1   ahead.  Just do it.  Do it," and, you know, fall in

 2   and start cleaning.  Eventually you'll start cleaning

 3   because, I mean, now you have not only that, that the

 4   GEO guard is telling you, but now you have everybody

 5   else on you, telling you that you have to clean it and

 6   just go forward.

 7           **Q.   When the GEO guard showed you the trash**

 8   **bag, what was he implying?  What was your**

 9   **understanding of what the guard was implying?**

10           MS. SCHEFFEY:  Object to form.

11           A.   The bag simply means, "Pack your stuff.

12   You're going to the hole."  That's what that means.

13           **Q.   (BY MR. KOSHKIN)  Was the time you just**

14   **described with the detainee that didn't want to be --**

15   **that he wasn't a janitor, was that the only time you**

16   **ever saw the guard bring out the trash bag?**

17           A.   I saw it multiple times with different

18   guards where they -- where they show the bag or they

19   at least will show you the roll.

20           **Q.  Well, what did they say?  Can you**

21   **describe another incident?  What did the guard say?**

22           A.   Another guard said, "Okay.  Well, here,"

23   and just put the entire roll on top of the -- his

24   desk.  He said, "Hey, if you don't -- if you don't

25   want to do it, well, let's just start counting," and

Hugo Hernandez-Ceren   06/24/2020         Non-Confidential  Page 162
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1   put the -- put the roll right on top.  And, you know,
 2   the roll means the garbage bag and the garbage bag
 3   means the hole.  So we all knew what was that roll
 4   about or the garbage bag.
 5         Q.   And was there any other way that you
 6   knew that the cleaning was mandatory?
 7              MS. SCHEFFEY:  Object to form.
 8         A.   Just by the GEO guard and the handbooks
 9   and --
10         Q.   (BY MR. KOSHKIN)  You mentioned earlier
11   today a story where a sergeant came and spoke to your
12   pod.  Did the sergeant tell you that -- in that story
13   you mentioned, the sergeant told you that if you
14   didn't clean, you would go to the hole.  From that,
15   did you understand that you had to clean or otherwise
16   go to the hole?
17         A.   Yes.
18              MS. SCHEFFEY:  Object to form, leading,
19   and misstates prior testimony.
20         A.   Yeah, that will be -- that will tell you
21   completely that it was mandatory, because now it's --
22   it's a sergeant telling you, and that -- that will
23   definitely show you that it's really mandatory.
24         Q.   (BY MR. KOSHKIN)  When you had to clean
25   due to this mandatory cleaning, what did you clean?
```

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 16 of 20

Hugo Hernandez-Ceren 06/24/2020 Non-Confidential Page 163
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1                MS. SCHEFFEY:  Object to form.
 2           A.   You have to grab anything.  Either you
 3   wipe the tables, you mop, you sweep, you squeegee, you
 4   clean the rec yard, wipe the -- the phones, clean the
 5   microwave, change the garbage bag, clean the showers,
 6   disinfect the showers, pick up all the trash, like the
 7   toothpaste, the shampoo -- the shampoo bottles.  And
 8   that's -- that's about it.  That's all the things.
 9   That's about it.
10           Q.   (BY MR. KOSHKIN)  When you say you
11   cleaned the rec yard, for example, what did -- what
12   did that entail?
13           A.   The rec yard, you have to sweep it, just
14   pick up any -- any trash, mostly sweep it.
15           Q.   Was it a large space?
16           A.   Not that much.  It was -- it was a small
17   space, just similar to this, just way bigger.  You can
18   probably fit probably maybe 10, 15 people in there,
19   but it's -- it's a small, little box.
20           Q.   What material is the floor that you were
21   sweeping?
22           A.   Concrete.
23           Q.   Was there usually a lot of trash?
24                MS. SCHEFFEY:  Object to form.
25           A.   Sometimes.
```

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 17 of 20

Hugo Hernandez-Ceren  06/24/2020    Non-Confidential Page 164
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1          Q.    (BY MR. KOSHKIN)  What about cleaning
 2   the phones:  What did you have to do to clean the
 3   phones?
 4          A.    You have to disinfect the phones and
 5   wipe the phones and wipe the stalls too.  Like the
 6   dividers, you have to wipe those too.
 7          Q.    What did you use to wipe those?
 8          A.    Usually, you'll get the -- the -- the
 9   window cleaner, and that will be -- that same cleaner
10   will be for tables, microwave, everything.  That
11   window cleaner was for everything.
12          Q.    And you mentioned the microwave again.
13   What did you -- what did cleaning the microwave
14   require?
15                MS. SCHEFFEY:  Object to form.
16          A.    You have to disinfect the microwave,
17   spray the inside and wipe it and then close it and
18   then spray the outside and wipe it.
19          Q.    (BY MR. KOSHKIN)  You also mentioned
20   sweeping, mopping, and squeegeeing the floor.  Can you
21   describe what those terms mean?
22          A.    Well, first you've got to sweep the
23   entire floor, and then -- then you've got to mop it,
24   and then since it's dry and that type of floor doesn't
25   dry that fast, because it's full of wax, so it won't
```

Case 1:14-cv-02887-JLK-MEH Document 299-2 Filed 07/31/20 USDC Colorado Page 18 of 20

Hugo Hernandez-Ceren  06/24/2020    Non-ConfidentialPage 165
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1   dry fast, so then you have to squeegee the water to

 2   one of the drains and then let it -- let it dry.

 3          Q.   You also mentioned cleaning the showers.

 4   Can you describe what that process was like?

 5          A.   The showers -- the showers have

 6   curtains.  You have to spray the showers to disinfect

 7   the curtains, and you have to spray the showerheads,

 8   the buttons, the little space where you put your soap,

 9   and then you've got to -- you've also got to sweep it,

10   pick up all the empty shampoo bottles, toothbrushes,

11   stuff like that.

12          Q.   Were these all messes that you made?

13               MS. SCHEFFEY:  Object to form.

14          A.   No.

15          Q.   (BY MR. KOSHKIN)  Were they messes that

16   other detainees in the dorm made?

17          A.   Yes.

18          Q.   How long did all this cleaning take?

19          A.   About an hour -- about an hour to an

20   hour 30 minutes sometimes.

21          Q.   Were you able to use the common area if

22   you weren't cleaning, during the cleanup time?

23          A.   No.

24          Q.   And how often did you participate in the

25   cleanup?
```

Case 1:14-cv-02887-JLK-MEH   Document 299-2   Filed 07/31/20   USDC Colorado   Page 19 of 20

Hugo Hernandez-Ceren   06/24/2020        Non-Confidential Page 213
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1          I, HUGO A. HERNANDEZ-CEREN, do hereby

2    certify that I have read the above and foregoing

3    deposition and that the same is a true and accurate

4    transcription of my testimony, except for attached

5    amendments, if any.

6          Amendments attached   ( ) Yes   ( ) No

7

8

9                              _____
                               HUGO A. HERNANDEZ-CEREN
10

11

12         The signature above of HUGO A.

13   HERNANDEZ-CEREN was subscribed and sworn or affirmed

14   to before me in the county of _____,

15   state of _____, this _____ day

16   of _____, 2020.

17

18

19                             _____
                               Notary Public
20                             My Commission expires:

21

22

23

24

25   Alejandro Menocal, 6/24/20 (tcm)

Case 1:14-cv-02887-JLK-MEH   Document 299-2   Filed 07/31/20   USDC Colorado   Page 20 of 20

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 214
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1                    REPORTER'S CERTIFICATE

2    STATE OF COLORADO          )
                                )  ss.
3    ARAPAHOE COUNTY            )

4

              I, TRACY C. MASUGA, Registered
5    Professional Reporter, Certified Realtime Reporter,
     and Notary Public 19924005553, State of Colorado, do
6    hereby certify that previous to the commencement of
     the examination, the said HUGO A. HERNANDEZ-CEREN
7    declared his testimony in this matter is under penalty
     of perjury; that the said examination was taken in
8    machine shorthand by me remotely and was thereafter
     reduced to typewritten form; that the foregoing is a
9    true transcript of the questions asked, testimony
     given, and proceedings had.
10
              I further certify that I am not employed
11   by, related to, nor of counsel for any of the parties
     herein, nor otherwise interested in the outcome of
12   this litigation.

13            IN WITNESS WHEREOF, I have affixed my
     signature this 30th day of June, 2020.
14
              My commission expires April 24, 2024.
15

16   __X__ Reading and Signing was requested.

17   _____ Reading and Signing was waived.

18   _____ Reading and Signing is not required.

19

20

21                            _____
                                    Tracy C. Masuga
22

23

24

25


                        U.S. LEGAL SUPPORT, INC.
                             303-832-5966