# Exhibit 3

```
 1               IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3   Civil Case No. 1:14-cv-02887-JLK-MEH
     _____
 4
     ALEJANDRO MENOCAL,
 5   MARCOS BRAMBILA,
     GRISEL XAHUENTITLA,
 6   HUGO HERNANDEZ,
     LOURDES ARGUETA,
 7   JESUS GAYTAN,
     OLGA ALEXAKLINA,
 8   DAGOBERTO VIZGUERRA, and
     DEMETRIO VALERGIA,
 9   on their own and on behalf of all others similarly
     situated,
10
     Plaintiffs,
11
     v.
12
     THE GEO GROUP, INC.,
13
     Defendant.
14   _____

15

16          VIDEOTAPED REMOTEDEPO™ DEPOSITION OF

17                ALEJANDRO HERNANDEZ TORRES

18                  APPEARING REMOTELY FROM

19                       TOLUCA, MEXICO

20                 July 16, 2020 - 9:00 a.m.

21

22   REPORTED BY:

23   Teresa Lynne Cardenas, RPR, CRR

24   APPEARING REMOTELY FROM DENVER, COLORADO

25
```

```
 1                A P P E A R A N C E S

 2   For the Plaintiffs:

 3            BRANDT P. MILSTEIN, ESQ.
              Milstein Law Office
 4            1123 Spruce Street
              Boulder, Colorado 80302
 5            brandt@milsteinlawoffice.com

 6            ADAM L. KOSHKIN, ESQ.
              Outten & Golden, LLP
 7            One California Street, 12th Floor
              San Francisco, California 94111
 8            akoshkin@outtengolden.com

 9   For the Defendant The GEO Group, Inc.:

10            ADRIENNE SCHEFFEY, ESQ.
              Akerman, LLP
11            1900 16th Street, Suite 1700
              Denver, Colorado 80202
12            adrienne.scheffey@akerman.com

13            MICHAEL Y. LEY, ESQ.
              DANA L. EISMEIER, ESQ.
14            Burns, Figa & Will, P.C.
              Greenwood Village, Colorado 80111
15            mley@bfwlaw.com
              deismeier@bfwlaw.com
16

17   Also Present:

18            Daniel Whitten, Videographer
              Bety Zinan, Interpreter
19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 12:19:31 | 1 | And that is way out of line, Adrienne. |
| 12:19:35 | 2 | MS. SCHEFFEY: What question is he not |
| 12:19:36 | 3 | answering? I'm -- I'm trying to get a sentence out to |
| 12:19:38 | 4 | him which you won't let me say which is the question |
| 12:19:41 | 5 | is about this document. That's all I wanted to say, |
| 12:19:44 | 6 | and you won't let me say that. |
| 12:19:47 | 7 | MR. MILSTEIN: You have cut him off, and |
| 12:19:48 | 8 | you have disrupted his testimony. And it is |
| 12:19:50 | 9 | objectionable, and it's a problem. And we'll be going |
| 12:19:53 | 10 | to the judge on this. |
| 12:19:56 | 11 | MS. SCHEFFEY: Okay. |
| 12:19:57 | **12** | **Q. (BY MS. SCHEFFEY) Mr. Hernandez, what I** |
| 12:19:58 | **13** | **was trying to say is I want to hear your story, but I** |
| 12:20:02 | **14** | **also want to make sure we're talking about this** |
| 12:20:02 | **15** | **document in front of you, okay?** |
| 12:20:04 | 16 | MR. MILSTEIN: He testified that this |
| 12:20:06 | 17 | document instructed him to do some activities in the |
| 12:20:08 | 18 | dorm. And then he described those activities and what |
| 12:20:10 | 19 | the guard told him he had to do. And you didn't like |
| 12:20:13 | 20 | the sound of that, and you stopped his testimony, and |
| 12:20:15 | 21 | you have interrupted him and -- |
| 12:20:16 | 22 | MS. SCHEFFEY: No, I want to ask him if |
| 12:20:18 | 23 | what the guard him told him to do is stated in here. |
| 12:20:21 | 24 | That's what I want to know. |
| 12:20:23 | 25 | MR. MILSTEIN: You can ask him that after |

| | | |
|---|---|---|
| 12:20:25 | 1 | he finishes answering your prior question. |
| 12:20:28 | 2 | MS. SCHEFFEY:  Okay.  You may finish, |
| 12:20:30 | 3 | Mr. Hernandez. |
| 12:20:34 | 4 | THE INTERPRETER:  I need definition |
| 12:20:39 | 5 | interpreting, I believe.  This is the interpreter |
| 12:20:40 | 6 | speaking. |
| 12:20:41 | 7 | MS. SCHEFFEY:  Okay. |
| 12:20:41 | 8 | A.   So I said, No, why should I clean all of |
| 12:20:45 | 9 | the tables if I -- I did not use all of the table?  So |
| 12:20:59 | 10 | he said, Are you not going to clean?  I said, No, I'm |
| 12:21:01 | 11 | not going to clean.  I'm going to clean the area where |
| 12:21:06 | 12 | I ate, but not everything.  He turned me by my |
| 12:21:25 | 13 | shoulder, put the handcuffs on me and took me to |
| 12:21:29 | 14 | segregation. |
| 12:21:31 | 15 | In there, it also state time -- the visit |
| 12:21:59 | 16 | schedule, calls schedule, a commissary schedule.  So |
| 12:22:31 | 17 | the paper had religion, sometimes whether there would |
| 12:22:35 | 18 | be a congregation, sometimes there was a priest, |
| 12:22:38 | 19 | sometimes there was a pastor.  And I would attend |
| 12:22:41 | 20 | both.  For me, what was important is to be near God |
| 12:22:53 | 21 | and to give me strength to stay at that place. |
| 12:23:14 | 22 | I remember it said something else.  It |
| 12:23:17 | 23 | also says something about attorney -- attorneys visit. |
| 12:23:33 | 24 | And it said something else in the letters, but I think |
| 12:23:39 | 25 | I don't remember quite clearly |

| | | |
|---|---|---|
| 12:23:41 | 1 | Q. (BY MS. SCHEFFEY) Is that it? |
| 12:23:42 | 2 | A. Yes. |
| 12:23:44 | 3 | MS. SCHEFFEY: Teresa, could you read |
| 12:23:45 | 4 | back the question, the original question? |
| 12:24:21 | 5 | THE COURT REPORTER: Sure. I'm looking |
| 12:24:21 | 6 | for the question. Hold on. |
| 12:24:22 | 7 | (The last question was read back as |
| 12:24:22 | 8 | follows: "Do you remember this document being |
| 12:24:22 | 9 | threatening in any way?") |
| 12:24:27 | 10 | A. No. No, that document didn't say |
| 12:24:38 | 11 | anything like that, just everything I told you. And |
| 12:24:42 | 12 | also that you had to obey the orders that the guards |
| 12:24:50 | 13 | gave you. |
| 12:24:51 | **14** | **Q. (BY MS. SCHEFFEY) Thank you.** |
| 12:24:54 | 15 | MS. SCHEFFEY: I'm also going to -- as |
| 12:24:56 | 16 | we've now reread the question and gotten the answer, |
| 12:24:58 | 17 | I'm going to move to strike the entire portion as |
| 12:25:02 | 18 | nonresponsive. That will be for the record. As |
| 12:25:05 | 19 | Mr. Milstein said that he is going to bring it before |
| 12:25:07 | 20 | the judge, now we have a clear record. |
| 12:25:31 | **21** | **Q. (BY MS. SCHEFFEY) The handbook that you** |
| 12:25:33 | **22** | **described earlier, what you called earlier the housing** |
| 12:25:36 | **23** | **unit sanitation program --** |
| 12:25:45 | 24 | MR. MILSTEIN: Object to form. Misstates |
| 12:25:46 | 25 | prior testimony. |

```
 1

 2                     REPORTER'S CERTIFICATE

 3    STATE OF COLORADO            )
                                   ) ss.
 4    CITY AND COUNTY OF DENVER    )

 5              I, TERESA LYNNE CARDENAS, Registered
      Professional Reporter, Certified Realtime Reporter,
 6    and Notary Public ID 19994013288, State of Colorado,
      do hereby certify that previous to the commencement of
 7    the examination, the said ALEJANDRO HERNANDEZ TORRES
      was duly sworn or affirmed by me to testify to the
 8    truth in relation to the matters in controversy
      between the parties hereto; that the said deposition
 9    was taken in machine shorthand by me remotely and was
      thereafter reduced to typewritten form; that the
10    foregoing is a true transcript of the questions asked,
      testimony given, and proceedings had.
11
                I further certify that I am not employed by,
12    related to, nor counsel for any of the parties herein,
      nor otherwise interested in the outcome of this
13    litigation.

14              IN WITNESS WHEREOF, I have affixed my
      signature this 20th day of July,
15    2020.

16              My commission expires May 24, 2023.

17


18


19    ___X_ Reading and Signing was requested.

20    _____ Reading and Signing was waived.

21    _____ Reading and Signing was not required.

22                    [signature: Teresa Lynne Cardenas]

23                    _____
                      TERESA LYNNE CARDENAS
24                    Registered Professional Reporter
                      Certified Realtime Reporter
25
```