IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE GEO GROUP, INC.,<br>　　　　　　　　　　Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF RACHEL DEMPSEY IN SUPPORT OF PLAINTIFFS'
<u>MOTION FOR JURY VIEW</u>**

　　　　I, Rachel Dempsey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

　　　　1.　　I am an attorney with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

　　　　2.　　I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

　　　　3.　　I make the statements in this Declaration based on my personal knowledge

and would so testify if called as a witness at trial.

4. I was one of the attorneys who participated in Plaintiffs' tour of the Aurora Facility tour on February 13, 2020.

5. In order to participate in the Facility tour, Plaintiffs' Counsel was subject to a basic security check that involved providing identification, passing through a metal detector, and passing personal belongings through an x-ray machine. This security check was substantially similar to the security measures at a federal courthouse. In addition, Counsel surrendered their electronic devices, including cell phones, and were required to pass a background check prior to entering the Facility, for which dates of birth were provided to ICE.

6. Despite encountering detainees throughout the tour, Counsel were not required to don any specialized safety gear and were not escorted through the Facility by armed guards.

7. Men's and women's dorms were among the areas that Class Counsel viewed on the tour, and the different types of dorms had different layouts.

8. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the July 23, 2020 deposition of Dr. Stuart Grassian.

|  |  |
|---|---|
| Dated: San Francisco, CA<br>August 7, 2020 | Respectfully submitted,<br><br>By: */s/ Rachel Dempsey*<br>Rachel Dempsey<br>**OUTTEN & GOLDEN LLP**<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (646) 509-2060<br>rdempsey@outtengolden.com<br><br>*Class Counsel* |

3