**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT**

---

I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am an attorney for defendant The GEO Group, Inc. ("Defendant" or "GEO") in the above-captioned matter. I have personal knowledge of the facts set forth below.

2.    I submit this Declaration in support of GEO's Motion for Summary Judgment.

3.    Attached is an index of attached exhibits as required by this Court's practice standards. The exhibits are also outlined below.

1

4. Attached as **Exhibit A** are true and correct copies of the Named Plaintiffs', Alejandro Menocal, Marcos Brambila, Grisel Xahuentitla, Hugo Hernandez, Lourdes Argueta, Jesus Gaytan, Olga Alexaklina, Dagoberto Vizguerra, And Demetrio Valerga, Supplemental Responses to GEO's Sixth Set of Interrogatories.

5. Attached as **Exhibit B** is a true and correct copy of an ICE National Detainee Handbook that was used during the class period. Filed with this court as Level 1 Restricted.

6. Attached as **Exhibit C** are true and correct copies of excerpts of Named Plaintiffs', Alejandro Menocal, Marcos Brambila, Grisel Xahuentitla, Hugo Hernandez, Lourdes Argueta, Jesus Gaytan, Olga Alexaklina, Dagoberto Vizguerra, And Demetrio Valerga, Voluntary Work Program Applications.

7. Attached as **Exhibit D** are true and correct copies of excerpts of Dawn Ceja's first 30(b)(6) deposition, taken by Plaintiffs on March 29, 2016.

8. Attached as **Exhibit E** are true and correct copies of excerpts of Alejandro Menocal's deposition, taken by GEO on July 22, 2020.

9. Attached as **Exhibit F** are true and correct copies of excerpts of Hugo Hernandez Ceren's deposition, taken by GEO on June 24, 2020.

10. Attached as **Exhibit G** are true and correct copies of excerpts from Demetrio Valerga's deposition, taken by GEO on October 27, 2017.

11. Attached as **Exhibit H** are true and correct copies of excerpts from the Named Plaintiffs', Alejandro Menocal, Grisel Xahuentitla, Hugo Hernandez, Lourdes Argueta, Jesus

Gaytan, Olga Alexaklina, Dagoberto Vizguerra, And Demetrio Valerga, Objections and Responses to GEO's Second Set of Written Discovery Requests.[1]

12. Attached as **Exhibit I** are true and correct copies of excerpts from Dagoberto Vizguerra's deposition, taken by GEO on February 21, 2018.

13. Attached as **Exhibit J** are true and correct copies of excerpts of Grisel Xahuentitla's deposition transcript taken by GEO on October 26, 2017.

14. Attached as **Exhibit K** are true and correct copies of excerpts of the deposition of Dr. Stuart Grassian, Plaintiffs' expert witness, whose deposition was taken by GEO on July 23, 2020. Filed with this court as Level 1 Restricted.

15. Attached as **Exhibit L** are true and correct copies of excerpts of Jesus Yepez Gaytan's deposition, taken by GEO on November 16, 2017.

16. Attached as **Exhibit M** are true and correct copies of excerpts of Joyce Quezada's deposition, taken by Plaintiffs on July 28, 2020.

17. Attached as **Exhibit N** are true and correct copies of declarations submitted in support of this action from GEO's employees: Sergio Gallegos, Louis Pagan, Joyce Quezada, and Dawn Ceja.

18. Attached as **Exhibit O** are true and correct copies of excerpts of Dawn Ceja's second 30(b)(6) deposition, taken by Plaintiffs on August 5, 2020.

19. Attached as **Exhibit P** are true and correct copies of excerpts of Dan Ragsdale's 30(b)(6) deposition, taken by Plaintiffs February 27, 2020.

---

[1] Marcos Brambila never provided responses to GEO's Second Set of Interrogatories. At trial, GEO will seek an adverse inference.

20. Attached as **Exhibit Q** are true and correct copies of excerpts of Brian Evans deposition, taken by Plaintiffs on June 10, 2020.

Executed this 17th day of August, 2020, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

**CERTIFICATE OF SERVICE**

I hereby certify on this 17th day of August, 2020, a true and correct copy of the foregoing **DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT** was filed and served electronically via the Court's CM/ECF system on the following:

**Counsel for Plaintiffs:**

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

54252381;1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**INDEX OF EXHIBITS TO DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| **A** | Named Plaintiffs' Supplemental Responses to GEO's Sixth Set of Interrogatories |
| **B** | ICE National Detainee Handbook – **Filed with this Court as Level 1 Restricted** |
| **C** | Excerpts of Named Plaintiffs' Voluntary Work Program Applications |
| **D** | Excerpts of Dawn Ceja's first 30(b)(6) Deposition Transcript dated March 29, 2016 |
| **E** | Excerpts of Alejandro Menocal's Deposition Transcript dated July 22, 2020 |
| **F** | Excerpts of Hugo Hernandez Ceren's Deposition Transcript dated June 24, 2020 |

| Exhibit | Description |
|---|---|
| **G** | Excerpts from Demetrio Valerga's Deposition Transcript October 27, 2017 |
| **H** | Named Plaintiffs' Objections and Responses to GEO's Second Set of Written Discovery Requests |
| **I** | Excerpts from Dagoberto Vizguerra's Deposition Transcript dated February 21, 2018 |
| **J** | Excerpts of Grisel Xahuentitla's Deposition Transcript dated October 26, 2017 |
| **K** | Excerpts of the deposition of Dr. Stuart Grassian Deposition Transcript dated July 23, 2020 – **Filed with this Court as Level 1 Restricted** |
| **L** | Excerpts of Jesus Yepez Gaytan's Deposition Transcript dated November 16, 2017 |
| **M** | Excerpts of Joyce Quezada's Deposition Transcript dated July 28, 2020 |
| **N** | Declarations of Sergio Gallegos, Louis Pagan, Joyce Quezada, and Dawn Ceja |
| **O** | Excerpts of Dawn Ceja's second 30(b)(6) Deposition Transcript dated August 5, 2020 |
| **P** | Excerpts of Dan Ragsdale's 30(b)(6) Deposition Transcript dated February 27, 2020 |
| **Q** | Excerpts of Brian Evans Deposition Transcript dated June 10, 2020 |