# EXHIBIT C

# DETAINEE WORK DETAIL APPLICATION

*Brambila Watkins*

*Marcos Brambila*

**Detainee Name**

*17931635*

**Detainee ID#**

*A2-100*

**Dorm**

**Date of Arrival**

*6-14-14*

**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

(mtt)

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | ✓ | | *Denied - Guilty 299/308* |
| Laundry | | | *on 6/8/14 may* |
| Dorm Cleaning | | | *reapply @ 8/08/14* |
| Housekeeping (Days) | | | *Matthews* |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?   YES  ✓    NO _____

Please list all previous experience in the specific areas that you are interested in working:

*Work in Kitchen*

*Thank you*

**Detainee Signature**

*6-14-14*

**Date/Time**

GEO_MEN 00000130

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER**

<u>**DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT**</u>

Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Marcos Brumbila_ , A# _1793(635_ , have read, understand, and
    (Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Kitchen work_           _# Same_
Work Assignment                  Detainee ID #

_[signature]_                  _6-14-14_
Detainee Signature                  Date

<u>**WORK DETAIL ORIENTATION**</u>

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN 00000131

## DETAINEE WORK DETAIL APPLICATION

*Marcos Brankita*
_____
Detainee Name

*1793165*
_____
Detainee ID#

*A-2-100*
_____
Dorm

_____
Date of Arrival

*6-14-14*
_____
Date of Request

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | X | Denied Guilty 808/799 May reapply 8/8/14 Mathais |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?   YES _____   NO _____

Please list all previous experience in the specific areas that you are interested in working:

*Was on Crew before would like to go back on wax crew, Thank you*

*thrr an opening*

_____
Detainee Signature

*6-14-14*
_____
Date/Time

GEO_MEN 00000132

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Marcos Brambila_ , A# _17931635_ , have read, understand, and
(Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Wax Crew_
Work Assignment

_Same_
Detainee ID #

_[signature]_
Detainee Signature

_6-14-14_
Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

## Detainee Work Detail Application

Brambla-Watkins                    17931635

Marcos Brambila

**Detainee Name**                                    17931635

**Detainee ID#**

ASA-2-100    been Here    5-21-2014

**Dorm**    6 months    **Date of Request**

**Date of Arrival**

This facility has a work member detail program for the following areas. If you would
like to participate please indicate by checking yes or no:

| POSITION | YES | NO | BICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | ✓ | | Denied |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| Seg/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are
filled, would you be interested in working on a voluntary basis? YES_____ NO_____

Please list all previous experience in the specific areas that you are interested in working:

Cooked in Kitchen work in Casinos
in Las Vegas Nevada
and also did pantry work

Marcos Brambila                    2 5-21-14

**Detainee Signature**    **Date/Time**

GEO_MEN 00000134

Detainee Voluntary Work Program Agreement
Service Processing Center/Contract Detention Facility
The GEO Group, Inc./Aurora I.C.E. Processing Center

## Detainee Voluntary Work Program Agreement

Detainees that participate in the volunteer work program will not be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Marcos_ , A# _17931635_ , have read, understand and
   (Detainee Name)
agree to comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Kitchen_
Work Assignment

_17931635_
Detainee ID#

_Marcus Brinkle_
Detainee Signature

_5-21-14_
Date

### WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

GEO_MEN 00000135

# TRUSTEE SAFETY TRAINING

Name: Brambila Watkins,    ID# 179.31635    Position: Floors A-2

## ALL POSITIONS

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Chemicals/HazCom./Eyewash Station | 6|2|14 | MBW | |
| Proper Lifting Techniques | 6|2|14 | | |
| PPE (Personal Protective Equipment,( i.e. gloves, rubber boots  goggles, splash aprons') | 6|2|14 | | |
| Wet Floor Signs/Hazards | 6|2|14 | MBW | |
| Fire Safety | 6|2|14 | MBW | |
| First Aid/Eye Wash station | 6|2|14 | MBW | |
| Use of Safety Devices for Equipment in Dept. | 6|2|14 | MBW | |
| Use & Storage of Hazardous Material | 6|2|14 | MBW | |
| Familiarization  of Fire Extinguisher | 6|2|14 | MBW | |
| Accident Prevention | 6|2|14 | MBW | |

## KITCHEN

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Hand Washing/Hygiene | | | |
| Fire Safety | | | |
| Proper Storage for Food Service | | | |
| Slicer/Mixer | | | |
| Utensil Control | | | |
| Hot Surfaces | | | |

## LAUNDRY

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Washers | | | |
| Dryers | | | |

## FACILITY CLEAN-UP

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Buffers | | MBW | m |

The above detainee has received all required safety training for the assigned position and is authorized to start working.

_____
Detention Officer Completing Training

_____
Supervisor Approval/Date

## FACILITY CLEAN-UP WORKER
*floors*

The detainee must be cleared by ICE to work as a Facility Clean-up Worker.

### Major Duties/Responsibilities

- Sanitize and clean the bathrooms located in the ICE and GEO lobby areas by mopping floor, washing and cleaning sinks, toilets, empty and replace trash bags, and re-stock paper towels and toilet paper.
- Strip, wax and buff floors as directed.
- Dust desks, fixtures, shelves, window and baseboard on a regular basis to keep free of dust.
- Remove scuff marks from walls as needed.
- Use all chemicals (Comet Cleaner with Bleach, Lysol, and Detergent Disinfectant) for floors as directed by staff.
- Return all cleaning supplies and equipment to your supervisor after completion.

### Safety and Sanitation

- Do not climb on chairs to clean other areas.
- Do not wear radio headphones while working.
- Use gloves and other protective gear provided by staff to do assigned work.
- Put up wet floor signs when mopping or waxing floors and keep up until floor is dry.
- Wear shoes when mopping and waxing floors.
- If lifting heavy objects such as a trash can, use your legs to lift, not your back.
- If you injure yourself, immediately report the injury to your work supervisor.
- Do not clean up any hazardous spills.

### Jobs Controls

- Be prepared to work when your supervisor comes to escort you out to work.
- Be fully clothed when you report to work; wear the assigned uniform and ID card.
- Follow the directions of your work supervisor at all times.
- Do not quit work until authorized by your supervisor.
- Do not bring anything to work with you other than your ID card.
- Do not read material on desks or in wastebaskets.
- Do not remove anything from any area unless you are authorized to do so by your supervisor.
- Must be able to follow directions in a mature manner.
- If you are unsure about your job, ask your supervisor.

I have read (or have had it read to me) the Intake Job Description and I understand my assigned duties.

| | | |
|---|---|---|
| _____ Detainee signature | 179.31635 ID number | 6/2/14 Date |
| _____ Staff signature | | 6/2/14 Date |

REV 7/03/08

GEO_MEN 00000137

# DETAINEE WORK DETAIL APPLICATION

Brambila Watkins

Marcos Brambila Watkins
**Detainee Name**

1793 1635
**Detainee ID#**

A-2-105 -4ᵗ
**Dorm**

12/24/13
**Date of Arrival**

2/19/14
**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

med/high

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | X | | denied 2/20/14 |
| Dorm Cleaning | X | | denied 2/20/14 |
| Housekeeping (Days) | X X | X | Approved |
| Housekeeping (Nights) | X | | 2/20/14 |
| Recreation | X | | denied 2/20/14 |
| Barbershop | X | | Approved 2/20 |
| Maintenance | X | | Approved 2/20 |
| Library | X | | denied 2/20/14 |
| Exterior | | | |
| Intake | X | | denied 2/20/14 |
| Medical Detail | | | Approved 2/20/14 |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis? YES ✓   NO ___

Please list all previous experience in the specific areas that you are interested in working:

I Know the Jobe and am willing to do it.

Marcos Brambila
**Detainee Signature**

2-19-14
**Date/Time**

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Marcos Bramibila_, A# _17931635_, have read, understand, and
    (Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Dorm Worker_
Work Assignment

_17931635_
Detainee ID #

_Marcos Bra____
Detainee Signature

_2-19-14_
Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN 00000139

# DETAINEE WORK DETAIL APPLICATION

Brambila Watkins                                    A931635

**Detainee Name** Marcos Brambila Watkins

**Detainee ID#** 17931635

A8

**Dorm** A-2 105-4

**Date of Arrival**

**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | ✓ | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | ✓ | | Approved |
| Housekeeping (Nights) | | | |
| Recreation | ✓ | | |
| Barbershop | | | |
| Maintenance | ✓ | | Approved |
| Library | | | |
| Exterior | ✓ | | |
| Intake | | | |
| Medical Detail | ✓ | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?    YES ✓    NO _____

Please list all previous experience in the specific areas that you are interested in working:

Im experience in all trades
I'm a handyman that works for himself
on the outside - carpinter  maintenanceman
cook Inform Las Vegas, Work In housekeeping also

**Detainee Signature** _____

**Date/Time** _____

GEO_MEN 00000140

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC./AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Marcos Brambila_, A#_2-105-H_, have read, understand, and
(Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Any_
Work Assignment

Detainee ID # _17-93-1635_

_Marcos_
Detainee Signature

Date _1-16-0214_

### WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN 00000141

## DETAINEE WORK DETAIL APPLICATION

Yepez-Gaytan

Yepez-Gaytan Jesus

**Detainee Name**

206133628

206133628

**Detainee ID#**

A3

A3 A-08

**Dorm**

3-24-14

**Date of Arrival**

3-30-14

**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | ✓ | | approved |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?     YES  ✓      NO _____

Please list all previous experience in the specific areas that you are interested in working:

I work on Shirt-Hanger work and yust to clean my family clothes all the time

**Detainee Signature**

4-30-14     1000 hrs

**Date/Time**

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC./AURORA ICE PROCESSING CENTER**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Yopez - Bautim Jesus_, A# _206133628_, have read, understand, and
(Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Laundry_
Work Assignment

_A 206133628_
Detainee ID #

_[signature]_
Detainee Signature

_4-30-14_
Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

CONFIDENTIAL

GEO_MEN 00021943

## DETAINEE WORK DETAIL APPLICATION

_Yepez-Gaytan_                                    _200133678_

_Yepez-Gaytan, Jesus_                             _206133628_

**Detainee Name**                                **Detainee ID#**

_A3-A-08_              _4-23-14_                   _4-24-14_

**Dorm**               **Date of Arrival**        **Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | ✓ | | Denied |
| Laundry | ✓ | | Denied/Approved |
| Dorm Cleaning | | | Approved |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | ✓ | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | Denied |
| Library | | | Approved |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?    YES _✓_    NO _____

Please list all previous experience in the specific areas that you are interested in working:

_Food service I've work with food_
_previous jobs_

_____

_Jesus Y._                                        _4-24-14    11:35 AM_

**Detainee Signature**                            **Date/Time**

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Jesus Vazpez_ , A# _20613528_, have read, understand, and
(Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Food Service_                                _20613528_
Work Assignment                              Detainee ID #

_[signature]_                                _4/24/14_
Detainee Signature                           Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

CONFIDENTIAL                                                    GEO_MEN 00021945

# TRUSTEE SAFETY TRAINING

Name: Yahuentitla    ID# _____ Position: _____ Dorm D1
Flaer Griel

## ALL POSITIONS

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Chemicals/HazCom./Eyewash Station | 6 10 14 | GX | MV |
| Proper Lifting Techniques | | GX | MV |
| PPE (Personal Protective Equipment,( i.e. gloves, rubber boots goggles, splash aprons') | | GX | MV |
| Wet Floor Signs/Hazards | | GX | MV |
| Fire Safety | | GX | MV |
| First Aid | | GX | MV |
| Use of Safety Devices for Equipment in Dept. | | GX | MV |
| Use & Storage of Hazardous Material | | GX | MV |
| Familiarization of Fire Extinguisher | 6 10 14 | GX | MV |
| Accident Prevention | | GX | MV |

## KITCHEN

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Hand Washing/Hygiene | | | |
| Fire Safety | | | |
| Proper Storage for Food Service | | | |
| Slicer/Mixer | | | |
| Utensil Control | | | |
| Hot Surfaces | | | |

## LAUNDRY

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Washers | | | |
| Dryers | | | |

## FACILITY CLEAN-UP

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Buffers | | | |

The above detainee has received all required safety training for the assigned position and is authorized to start working.

_____    _____
Detention Officer Completing Training    Supervisor Approval/Date

GEO_MEN 00000087

## DORMITORY SANITATION WORKER

The detainee must be cleared by ICE to work as a Dormitory Sanitation Worker.

### Major Duties/Responsibilities

- Sweep/mop common areas of the Cores; strip, wax and buff floors as directed.
- Scrub and mop showers with clean water and a clean mop.
- Wipe down shower walls, remove soap scum from the fixtures and walls.
- Pick up any soap left on shower floor, ledges and sinks.
- Clean toilets, urinals inside/outside, using cleaner, brush and gloves supplied by staff.
- Clean and dry soap dishes, mirrors and the sink countertop.
- Dust locker tops, televisions, windowsills, table tops and chairs.
- Wipe down spills (dry or wet) on walls in common areas and on tables/chairs.
- Return all cleaning supplies to the Dorm officer after completion of duties.
- Keep the assigned areas in a clean throughout assigned duty hours.
- Clean inside dorm windows when assigned to do so by the Dorm Officer.
- Empty trash and replace trash bags.
- Sweep the sleeping area, under beds, put trash in the trash can.
- Clean officer stations when directed by staff.

### Safety and Sanitation

- Do not climb on chairs to clean other areas, use a ladder provided by staff.
- Do not wear radio headphones while working.
- Use gloves and other protective gear provided by staff to do assigned work.
- Put up wet floor signs when mopping or waxing floors and keep up until floor is dry.
- Wear shoes when mopping /waxing floors.
- Be careful on how brooms, mops are used and carried to insure no injuries.
- Use all chemicals (Comet Cleaner with Bleach, Lysol, and Detergent Disinfectant) for floors as directed by staff.
- If lifting heavy objects such as a trash can, use your legs to lift, not your back.
- If you injure yourself, immediately report the injury to your work supervisor.
- Do not clean up any hazardous spills.

### Jobs Controls

- Report to the Dorm officer at the appointed time to start work.
- Be fully clothed when you report to work; wear the assigned uniform and ID card.
- Follow the directions of your work supervisor at all times.
- Must be able to follow directions in a mature manner.
- If you are unsure about your job, ask your supervisor.

I have read (or have had it read to me) the Dormitory Sanitation Worker Job Description and I understand my assigned duties.

| | | |
|---|---|---|
| Detainee signature | ID number  87079850 | Date 6/10/14 |
| Staff signature | | Date 6/10/14 |

REV 7/03/08

GEO_MEN 00000088

*SECOND REQUEST* SHE HAS BEEN MELTING
VOLUNTARILY IN THE DORM, AS WE HAVE ONLY
ONE DORM TRUSTEE. C Knizefee

## DETAINEE WORK DETAIL APPLICATION

Xahuentitla-Flores                87679850

XAHUENTITLA-FLORES, GRISEL          8767 9850
_____          _____
Detainee Name                       Detainee ID#

D1

D1                    5-15-14              6-10-14
_____     _____   _____
Dorm                  Date of Arrival     Date of Request

This facility has work member detail program for the following areas. If you would like to
participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | X | | approved Wang 6/10/14 |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | X | | approved Wang 6/13/14 |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled,
would you be interested in working on a voluntary basis?   YES  X       NO _____

Please list all previous experience in the specific areas that you are interested in working:

I worked at a hospital on housekeeping for over 2 years,
and I also like to keep everything clean, I have had
volunteered for almost 2 weeks.

_____          6/10/14
Detainee Signature                        Date/Time

GEO_MEN 00000089

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, GRISEL XAHUENTITLA-FLORES A# 87679850 , have read, understand, and
(Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

Housekeeping
Work Assignment

87679850
Detainee ID #

Detainee Signature

Date 6/10/14

## WORK DETAIL ORIENTATION

1.  Work detail members will wear complete and clean uniforms.

2.  Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3.  Work detail members will take extra care to follow all facility rules and job assignment requirements.

4.  Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5.  Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6.  Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7.  Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8.  All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN 00000090

## DETAINEE WORK DETAIL APPLICATION

Xahuentitla - Flores

Grisel Xahuentitla - Flores

Detainee Name

87679850

Detainee ID#

D-1

Dorm

5/15/14

Date of Arrival

5/26/14

Date of Request

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | ✓ | | Approved |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | ✓ | | approved  Denied by Medra |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?   YES ✓   NO _____

Please list all previous experience in the specific areas that you are interested in working:

I used to to work on housekeeping at a hospital, cleaning in all areas for over 2 years.
I also went to school and I know how to cut hair men and women, and if you provide all the supplies I'll be glad to help.

Detainee Signature

5/26/14   6:55

Date/Time

GEO_MEN 00000091

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Grisel Xahuentitla - Flores_ , A# _87679850_ , have read, understand, and
(Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Dorm cleaning or Barbershop_                      _87679850_
Work Assignment                                   Detainee ID #

_[signature]_                                      _5/26/14_
Detainee Signature                                Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN 00000092



## FOOD SERVICES/BARBER SHOP/WORK ASSIGNMENT CLEARANCE

Aurora Detention Center

Date: 6, 5, 14

**Inmate Name:**

A87679850
XAHUENTITLA-FLORES, GRISEL
DOB: 6/5/1986    Nation:    MEXICO
Arrival Date:    5/15/2014 22:10    ber:

☐ Cleared                    ☒ Not Cleared

1. TB test and/or chest x-ray is up to date?
   If positive and treatment was provided, inmate is asymptomatic    ☐ Yes  ☒ No
                                                                     ☐ Yes  ☐ No

2. History & Physical is current (last twelve months)?    ☒ Yes  ☐ No

3. Limitations, if any, are noted on the Health Summary for
   classification.    ☒ Yes  ☐ No

4. Visual assessment fails to reveal open sores, boils,
   infected wounds, and/or lesions on the exposed extremities and
   arms.    ☒ Yes  ☐ No

5. This inmate has been found to be free of infectious disease
   and/or ectoparasitic infection.    ☒ Yes  ☐ No

6. Inmate has no signs of an acute respiratory infection.    ☒ Yes  ☐ No

**\*\*Yes must be answered to all of the above questions prior to clearing inmate for kitchen or barbershop duty.**

Alicia Rademaker, RN

Nurse's Signature, Title                    Date  10-5-14

GEO_MEN 00000093

# TRUSTEE SAFETY TRAINING

Name: _Hernandez-Lopez_ ID# _73956722_ Position: _Law Library_
Hugo

## ALL POSITIONS

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Chemicals/HazCom./Eyewash Station | 6/24/14 | HHC | mv |
| Proper Lifting Techniques | | HHC | mv |
| PPE (Personal Protective Equipment,( i.e. gloves, rubber boots  goggles, splash aprons') | | HHC | mv |
| Wet Floor Signs/Hazards | | HHC | mv |
| Fire Safety | | HHC | mv |
| First Aid/Eye Wash station | | HHC | mv |
| Use of Safety Devices for Equipment in Dept. | | HHC | mv |
| Use & Storage of Hazardous Material | | HHC | mv |
| Familiarization  of Fire Extinguisher | | HHC | mv |
| Accident Prevention | 6/24/14 | HHC | mv |

## KITCHEN

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Hand Washing/Hygiene | | | |
| Fire Safety | | | |
| Proper Storage for Food Service | | | |
| Slicer/Mixer | | | |
| Utensil Control | | | |
| Hot Surfaces | | | |

## LAUNDRY

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Washers | | | |
| Dryers | | | |

## FACILITY CLEAN-UP

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Buffers | | | |

The above detainee has received all required safety training for the assigned position and is authorized to start working.

_____     _____
Detention Officer Completing Training     Supervisor Approval/Date

## LIBRARY SANITATION WORKER

The detainee must be cleared by ICE to work as a Library Sanitation Worker.

**Major Duties/Responsibilities**

- Sweep the common area.
- Clean all equipment ever day after every use.
- Specific training on various equipment.
- Must have knowledge of the library equipment.
- Fully dressed, uniform shirt, pants, tennis shoes, and badge.
- Empty the trash/replace the trash bag.
- Perform all duties assigned by the dorm officer.

**Safety and Sanitation**

- Do not climb on chairs to clean other areas.
- Do not wear radio headphones while working.
- Use gloves and other protective gear provided by staff to do assigned work.

**Job Controls**

- Be prepared to work when your supervisor comes to escort out to work.
- Be fully clothed when you report to work-wear the assigned uniform and ID card.
- Follow the directions of your work supervisor at all times.
- Working days hours-normally Monday-Friday, 8:00 start time-supervisor will select times with you.
- Do not quit work until authorized by your supervisor.
- Do not bring anything to work with you other than your ID card.
- Do not read material on desks or in wastebaskets.
- Do not remove anything from any area unless you are authorized to do so by your supervisor.
- Resent a neat personal appearance on the job at all times.
- Be polite and respectful on the job.
- Must be able to follow direction in a mature manner.

I have read, or had read to me, the Library Job Description and I understand my assigned duties.

_____    73956033    6/24/14
Detainee signature          ID number      Date

_____                 6/24/14
Staff signature                            Date

Rev 7/03/08

CONFIDENTIAL                              GEO_MEN 00004621

# DETAINEE WORK DETAIL APPLICATION

Hernandez — Ceren                                          MH

CEREN, HUGO                          73 956 722
Detainee Name                        Detainee ID#

A8 A2 108-4          Feb 10/14          6/20/14
Dorm                 Date of Arrival    Date of Request

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library  Law | ⊘ | | approved Valley |
| Exterior | | | 6/20/14 |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?   YES _____   NO  ✗

Please list all previous experience in the specific areas that you are interested in working:

- I study law and paralegal profession
- I also know much about computers

_____                    6/20/14
Detainee Signature                           Date/Time

CONFIDENTIAL                                    GEO_MEN 00004623

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _____ *Hernandez-Ceren, Hugo* _____, A# 73 956 722, have read, understand, and
        (Detainee Name)

agree to m comply with the above. I have received and understand relevant safety training regarding my work assignment.

Work Assignment _____ *N/A* _____

Detainee ID # _____ 73 956 722 _____

Detainee Signature

Date _____ 6/20/14 _____

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

## DETAINEE WORK DETAIL APPLICATION

Lourdes Argueta
**Detainee Name**

74362409
**Detainee ID#**

D1 #12
**Dorm**

05/08/14
**Date of Arrival**

09/29/14
**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | ✓ | Denied by Mathews 10/1/14 | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | Denied 10/1 | ✓ | Approved 10/1/14 by Mathews |
| SEG/SHU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?    YES ✓    NO _____

Please list all previous experience in the specific areas that you are interested in working:

I worked in the medical trustee for three months already. So I do have experience. Thankyou. And be waiting.

Detainee Signature

09/30/14
**Date/Time**

GEO_MEN 00000117

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY**
**THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Lourdes Arqueta_ , A# _74362409_ , have read, understand, and
(Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_medical trustee_
Work Assignment

_74362409_
Detainee ID #

_[signature]_
Detainee Signature

_09/30/14_
Date

### WORK DETAIL ORIENTATION

1.  Work detail members will wear complete and clean uniforms.

2.  Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3.  Work detail members will take extra care to follow all facility rules and job assignment requirements.

4.  Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5.  Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6.  Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7.  Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8.  All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

### DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, MENOCAL LEPE- ALEJANDRO, A#0925 39 106, have read, understand, and
(Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

Work Assignment

Detainee Signature

Detainee ID # 925 39 106

Date 7/15/12

### WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, MENOCAL LEPE - ALEJANDRA #092539106 , have read, understand, and
(Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_____
Work Assignment

_____
Detainee Signature

92539106
_____
Detainee ID #

7/15/12
_____
Date

## WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

## DORMITORY SANITATION WORKER

The detainee must be cleared by ICE to work as a Dormitory Sanitation Worker.

### Major Duties/Responsibilities

- Sweep/mop common areas of the Cores; strip, wax and buff floors as directed.
- Scrub and mop showers with clean water and a clean mop.
- Wipe down shower walls, remove soap scum from the fixtures and walls.
- Pick up any soap left on shower floor, ledges and sinks.
- Clean toilets, urinals inside/outside, using cleaner, brush and gloves supplied by staff.
- Clean and dry soap dishes, mirrors and the sink countertop.
- Dust locker tops, televisions, windowsills, table tops and chairs.
- Wipe down spills (dry or wet) on walls in common areas and on tables/chairs.
- Return all cleaning supplies to the Dorm officer after completion of duties.
- Keep the assigned areas in a clean throughout assigned duty hours.
- Clean inside dorm windows when assigned to do so by the Dorm Officer.
- Empty trash and replace trash bags.
- Sweep the sleeping area, under beds, put trash in the trash can.
- Clean officer stations when directed by staff.

### Safety and Sanitation
- Do not climb on chairs to clean other areas, use a ladder provided by staff.
- Do not wear radio headphones while working.
- Use gloves and other protective gear provided by staff to do assigned work.
- Put up wet floor signs when mopping or waxing floors and keep up until floor is dry.
- Wear shoes when mopping /waxing floors.
- Be careful on how brooms, mops are used and carried to insure no injuries.
- Use all chemicals (Comet Cleaner with Bleach, Lysol, and Detergent Disinfectant) for floors as directed by staff.
- If lifting heavy objects such as a trash can, use your legs to lift, not your back.
- If you injure yourself, immediately report the injury to your work supervisor.
- Do not clean up any hazardous spills.

### Jobs Controls
- Report to the Dorm officer at the appointed time to start work.
- Be fully clothed when you report to work; wear the assigned uniform and ID card.
- Follow the directions of your work supervisor at all times.
- Must be able to follow directions in a mature manner.
- If you are unsure about your job, ask your supervisor.

I have read (or have had it read to me) the Dormitory Sanitation Worker Job Description and I understand my assigned duties.

_____     ~~735910~~     _____
Detainee signature                ID number              Date

_____                        _____
Staff signature                                          Date

REV 7/03/08

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Olga Alexandria_ , A# _71597493_ , have read, understand, and
(Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

Work Assignment _____     Detainee ID # _____

Detainee Signature _____     Date _____ *08, 20 - 14* _____

## WORK DETAIL ORIENTATION

1.  Work detail members will wear complete and clean uniforms.

2.  Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3.  Work detail members will take extra care to follow all facility rules and job assignment requirements.

4.  Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5.  Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6.  Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7.  Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8.  All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN_00000157

# DETAINEE WORK DETAIL APPLICATION

Alexakhina

Oleg Alexakhina

**Detainee Name**

71597493

**Detainee ID#**

D-1

**Dorm**

08.13.14

**Date of Arrival**

09.11.14

**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | ✓ | | Approved 9/11/14 |
| SEG/SMU Clean-Up | | | |

medical Trustee

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?   YES  X   NO _____

Please list all previous experience in the specific areas that you are interested in working:

Use to work as a medical Trustee for 14 months.

**Detainee Signature**

09.11.14

**Date/Time**

GEO_MEN_00000158

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

### DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Olga Alexasking_ , A# _7159 7493_ , have read, understand, and
    (Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

| | |
|---|---|
| _____ | _7159 7493_ |
| Work Assignment | Detainee ID # |
| _____ | _____ |
| Detainee Signature | Date |

### WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN_00000159

## DETAINEE WORK DETAIL APPLICATION

Valerga

Valerga, Demetrio
Detainee Name

90673961

90-672-961
Detainee ID#

A1-207
Dorm

9-11-2013
Date of Arrival

10-10-13
Date of Request

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | BICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | ✓ | | Approved |
| Laundry | | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?    YES ___✓___    NO _____

Please list all previous experience in the specific areas that you are interested in working:

I have pior experience in Cooking I cooked in D.O.C.

Detainee Signature

10-10-13 - 6:30 p.m
Date/Time

                                                                    GEO-MEN 00164966

### SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
### THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

**Detainees that participate in the volunteer work program will <u>not</u> be permitted to work in excess of eight (8) hours daily or 40 hours weekly.**

**Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.**

I, _Demetrio Valerga_ , A# _90-672-961_ , have read, understand, and
(Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Kitchen_                                      _90-672-961_
Work Assignment                              Detainee ID #

_[signature]_                                  _10-10-13_
Detainee Signature                           Date

## WORK DETAIL ORIENTATION

1.  **Work detail members will wear complete and clean uniforms.**

2.  **Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.**

3.  **Work detail members will take extra care to follow all facility rules and job assignment requirements.**

4.  **Work detail members will not aid anyone in passing notes or any other items from one detainee to another.**

5.  **Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.**

6.  **Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.**

7.  **Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.**

8.  **All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.**

**Rev. 9/12**

Confidential

GEO-MEN 00164967

_Attn. Mrs Vazquez._

_Classification_

# DETAINEE WORK DETAIL APPLICATION

_Valerga_

_Demetrio A Valerga_ 

**Detainee Name**

_90-672-961_

**Detainee ID#**

_A1-203_

**Dorm**

_9-11-2013_

**Date of Arrival**

_10-16-2013_

**Date of Request**

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | BICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | ✓ | | Approved |
| Laundry | ✓ | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | ✓ | | |
| Housekeeping (Nights) | ✓ | | |
| Recreation | ✓ | | |
| Barbershop | | | |
| Maintenance | ✓ | | |
| Library | | | |
| Exterior | | | |
| Intake | ✓ | | |
| Medical Detail | ✓ | | |
| SEG/SMU Clean-Up | ✓ | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?     YES __x__     NO _____

Please list all previous experience in the specific areas that you are interested in working:

_I have my OSHA, I have my certificate in floors, I use to be a Cook._

**Detainee Signature**

_90-16 2013._

**Date/Time**

Confidential

**SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY**
**THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER**

## DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Demetrio A Valezga_ , A# _90-672-961_ , have read, understand, and
        (Detainee Name)
agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Any Postion / Avichale_                          _90-672-961_
Work Assignment                                    Detainee ID #

_[signature]_                                       _10-16-2018_
Detainee Signature                                 Date

## WORK DETAIL ORIENTATION

1.  Work detail members will wear complete and clean uniforms.

2.  Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3.  Work detail members will take extra care to follow all facility rules and job assignment requirements.

4.  Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5.  Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6.  Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7.  Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8.  All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

**Rev. 9/12**

*42*

## TRUSTEE SAFETY TRAINING

Name: _Valerga, Demetrio_   ID# _906729161_   Position: _Floors_

### ALL POSITIONS

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Chemicals/HazCom./Eyewash Station | 3/3/14 | DV | |
| Proper Lifting Techniques | 3/3/14 | DV | |
| PPE (Personal Protective Equipment,( i.e. gloves, rubber boots goggles, splash aprons') | 3/3/14 | DV | |
| Wet Floor Signs/Hazards | 3/3/14 | DV | |
| Fire Safety | 3/3/14 | DV | |
| First Aid | 3/3/14 | DV | |
| Use of Safety Devices for Equipment in Dept. | 3/3/14 | DV | |
| Use & Storage of Hazardous Material | 3/3/14 | DV | |
| Familiarization of Fire Extinguisher | 3/3/14 | DV | |
| Accident Prevention | 3/3/14 | DV | |

### KITCHEN

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Hand Washing/Hygiene | | | |
| Fire Safety | | | |
| Proper Storage for Food Service | | | |
| Slicer/Mixer | | | |
| Utensil Control | | | |
| Hot Surfaces | | | |

### LAUNDRY

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Washers | | | |
| Dryers | | | |

### FACILITY CLEAN-UP

| | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Buffers | 3/3/ | DV | |

The above detainee has received all required safety training for the assigned position and is authorized to start working.

_Matthews_
Detention Officer Completing Training     Supervisor Approval/Date

Confidential

Confidential

GEO-MEN 00164971

## FACILITY CLEAN-UP WORKER

The detainee must be cleared by ICE to work as a Facility Clean-up Worker.

### Major Duties/Responsibilities

- Sanitize and clean the bathrooms located in the ICE and GEO lobby areas by mopping floor, washing and cleaning sinks, toilets, empty and replace trash bags, and re-stock paper towels and toilet paper.
- Strip, wax and buff floors as directed.
- Dust desks, fixtures, shelves, window and baseboard on a regular basis to keep free of dust.
- Remove scuff marks from walls as needed.
- Use all chemicals (Comet Cleaner with Bleach, Lysol, and Detergent Disinfectant) for floors as directed by staff.
- Return all cleaning supplies and equipment to your supervisor after completion.

### Safety and Sanitation

- Do not climb on chairs to clean other areas.
- Do not wear radio headphones while working.
- Use gloves and other protective gear provided by staff to do assigned work.
- Put up wet floor signs when mopping or waxing floors and keep up until floor is dry.
- Wear shoes when mopping and waxing floors.
- If lifting heavy objects such as a trash can, use your legs to lift, not your back.
- If you injure yourself, immediately report the injury to your work supervisor.
- Do not clean up any hazardous spills.

### Jobs Controls

- Be prepared to work when your supervisor comes to escort you out to work.
- Be fully clothed when you report to work; wear the assigned uniform and ID card.
- Follow the directions of your work supervisor at all times.
- Do not quit work until authorized by your supervisor.
- Do not bring anything to work with you other than your ID card.
- Do not read material on desks or in wastebaskets.
- Do not remove anything from any area unless you are authorized to do so by your supervisor.
- Must be able to follow directions in a mature manner.
- If you are unsure about your job, ask your supervisor.

I have read (or have had it read to me) the Intake Job Description and I understand my assigned duties.

| | 90672961 | 3-3-2014 |
|---|---|---|
| Detainee signature | ID number | Date |

| | | 3/3/14 |
|---|---|---|
| Staff signature | | Date |

REV 7/03/08

Confidential                    GEO-MEN 00164972

## DETAINEE WORK DETAIL APPLICATION

Vizguerra

Dagoberto Vizguerra
Detainee Name

(206133626)
Detainee ID#

A3
Dorm

4/23/14
Date of Arrival

5/5/14
Date of Request

This facility has work member detail program for the following areas. If you would like to participate please indicate by checking yes or no:

| POSITION | YES | NO | ICE APPROVAL |
|---|---|---|---|
| Food Service (Kitchen) | | | |
| Laundry | ✓ | | |
| Dorm Cleaning | | | |
| Housekeeping (Days) | | | |
| Housekeeping (Nights) | | | |
| Recreation | | | |
| Barbershop | | | |
| Maintenance | | | |
| Library | | | |
| Exterior | | | |
| Intake | | | |
| Medical Detail | | | |
| SEG/SMU Clean-Up | | | |

There are 40 paid positions in the work member detail program. If all paid positions are filled, would you be interested in working on a voluntary basis?    YES _____    NO _____

Please list all previous experience in the specific areas that you are interested in working:

I was a trusty at Adams County for two and a half months

Dagoberto Vizguerra
Detainee Signature

5/5/14
Date/Time

GEO_MEN 00000067

SERVICE PROCESSING CENTER/CONTRACT DETENTION FACILITY
THE GEO GROUP, INC. /AURORA ICE PROCESSING CENTER

### DETAINEE VOLUNTARY WORK PROGRAM AGREEMENT

Detainees that participate in the volunteer work program will **not** be permitted to work in excess of eight (8) hours daily or 40 hours weekly.

Detainees that participate in the volunteer work program are required to work according to an assigned work schedule and to participate in all work-related training. Unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program. Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment. Compensation shall be $1.00 per day.

I, _Dagoberto  Vizgurrra_ , A# _A3-106-4_ , have read, understand, and
(Detainee Name)

agree tom comply with the above. I have received and understand relevant safety training regarding my work assignment.

_Laundry_
Work Assignment

_206133626_
Detainee ID #

_Dagoberto Vizguezra_
Detainee Signature

_5/5/14_
Date

### WORK DETAIL ORIENTATION

1. Work detail members will wear complete and clean uniforms.

2. Work detail members will report directly to their job assignment on time. Work detail members will also remain on their job assignment (except as excused and escorted to the dorms or other location) until their work assignment is completed.

3. Work detail members will take extra care to follow all facility rules and job assignment requirements.

4. Work detail members will not aid anyone in passing notes or any other items from one detainee to another.

5. Work detail members charged with a rule violation will be suspended pending the outcome of a disciplinary hearing. You will be required to wait 60 days to reapply for a job assignment.

6. Work detail members who fail to perform to the job's expectation will be terminated from their job assignment.

7. Work detail members will receive $1.00 per work day. The maximum paid out will be $1.00 per day. You must sign the detainee pay sheet on the day the work is performed. Failure to sign the sheet may result in not getting paid for that day.

8. All work detail members serve at the pleasure of the facility and may be removed from their work status without prior notice or justification.

Rev. 9/12

GEO_MEN 00000068

# TRUSTEE SAFETY TRAINING

Name: Vizguerra, Dapaea AG    ID# 20033066    Position: Laundry

## ALL POSITIONS

|  | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Chemicals/HazCom./Eyewash Station | 08-26-14 | DV | R |
| Proper Lifting Techniques |  | DV | R |
| PPE (Personal Protective Equipment,( i.e. gloves, rubber boots  goggles, splash aprons') |  | DV | P |
| Wet Floor Signs/Hazards |  | DV | R |
| Fire Safety |  | DV | R |
| First Aid |  | DV | R |
| Use of Safety Devices for Equipment in Dept. |  | DV | R |
| Use & Storage of Hazardous Material |  | DV | R |
| Familiarization   of Fire Extinguisher |  | DV | R |
| Accident Prevention | 05 26 14 | DV | R |

## KITCHEN

|  | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Hand Washing/Hygiene |  |  |  |
| Fire Safety |  |  |  |
| Proper Storage for Food Service |  |  |  |
| Slicer/Mixer |  |  |  |
| Utensil Control |  |  |  |
| Hot Surfaces |  |  |  |

## LAUNDRY

|  | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Washers | 05 26 14 | DV |  |
| Dryers | 05 26 14 | DV |  |

## FACILITY CLEAN-UP

|  | Date | Detainee Initials | Trainer's Initials |
|---|---|---|---|
| Buffers |  |  |  |

The above detainee has received all required safety training for the assigned position and is authorized to start working.

_____    _____
Detention Officer Completing Training    Supervisor Approval/Date

GEO_MEN 00000069

## LAUNDRY SANITATION WORKER

The detainee must be cleared by ICE to work as a Laundry Sanitation Worker.

### Major duties/Responsibilities

- Sweep the laundry area; mop the floor area with clean, clear water.
- Clean walls, windows and dryers as assigned. Keep dryers free of lint, area behind washer/dryers free of lint and other debris at all times.
- Sort, wash, dry and fold all laundry (uniforms, towels, sheets, pillow cases, socks, underwear, etc).
- Wash, fold and prepare cleaning rags for distribution.
- Empty trash and replace trash bags.
- Prepare the trustee's uniforms for washing and bagging.
- Perform all duties assigned by the laundry officer.
- Use proper water temperatures for washing and proper dryer temperature for drying.
- Use detergents as directed by your supervisor.
- Wash and dry mop heads and prepare for distribution.

### Safety and Sanitation

- Do not climb on chairs to reach high areas, use a ladder provided by staff.
- Use wet floor signs when floor is wet or slippery.
- Use your legs to lift heavy objects, not your back.
- Use all chemicals (Comet Cleaner with Bleach, Lysol, and Detergent Disinfectant) for floors as directed by staff.
- Do not wear radio headphones while working.
- Wear gloves, masks and other protective gear provided by staff to do assigned work.
- Carry and use all equipment in a safe manner so that no one is injured.
- Report defective equipment immediately to your supervisor.
- Follow all safety instructions of your supervisor.
- Immediately report any injury to your supervisor.
- Do not clean up any hazardous spills.

### Job Controls

- The Laundry Supervisor will escort you to work at the appointed time.
- Be prepared to work when you report for work.
- Be fully clothed when you report to work and bring your ID badge.
- Do not bring anything to work with you other then your ID card.
- Do not remove anything from any area unless you are authorized to do so by your supervisor.
- Wear shoes when working; slider shoes are not allowed on the job.
- If you are not sure what to do, ask your supervisor.
- Do not quit working until authorized by your supervisor.
- Must be able to follow directions in a polite and respectful manner.

I have read, or had read to me, the Laundry Job Description and I understand my assigned duties.

_____    _6133626_    _5 30 1 4_
Detainee signature    ID number    Date

_____    _05-30-14_
Staff signature    Date

REV 7/03/08

GEO_MEN 00000070