# EXHIBIT D

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-02887-JLK
 3    _____

 4               RULE 30(b)(6) DEPOSITION OF:
                  DAWN CEJA - March 29, 2016
 5                    The GEO Group, Inc.
      _____
 6
      ALEJANDRO MENOCAL, et al.,
 7
      Plaintiffs,
 8
      v.
 9
      THE GEO GROUP, INC.,
10
      Defendant.
11    _____

12              PURSUANT TO NOTICE, the Rule 30(b)(6)
      deposition of DAWN CEJA, THE GEO GROUP, INC., was
13    taken on behalf of the Plaintiffs at 600 Grant Street,
      Suite 450, Denver, Colorado 80203, on March 29, 2016,
14    at 9:34 a.m., before Darcy Curtis, Registered
      Professional Reporter and Notary Public within
15    Colorado.

16

17

18

19

20

21

22

23

24

25
```

H+G

Hunter+Geist, Inc.

303.832.5966   1900 Grant Street, Suite 1025   ■ www.huntergeist.com
800.525.8490   Denver, CO 80203                ■ scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

## 1

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____
           RULE 30(b)(6) DEPOSITION OF:
            DAWN CEJA - March 29, 2016
               The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____
          PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of DAWN CEJA, THE GEO GROUP, INC., was
taken on behalf of the Plaintiffs at 600 Grant Street,
Suite 450, Denver, Colorado 80203, on March 29, 2016,
at 9:34 a.m., before Darcy Curtis, Registered
Professional Reporter and Notary Public within
Colorado.
```

## 2

```
                A P P E A R A N C E S
For the Plaintiffs:
     ANDREW FREE, ESQ.
     Law Office of R. Andrew Free
     1212 7th Avenue North
     Nashville, Tennessee 37208

     ALEXANDER HOOD, ESQ.
     Towards Justice
     1535 High Street
     Suite 300
     Denver, Colorado 80218

     ANDREW H. TURNER, ESQ.
     Buescher, Kelman, Perera & Turner, P.C.
     600 Grant Street
     Suite 450
     Denver, Colorado 80203

     BRANDT P. MILSTEIN, ESQ.
     Milstein Law Office
     595 Canyon Boulevard
     Boulder, Colorado 80302

For the Defendant:

     SHELBY A. FELTON, ESQ.
     Vaughan & DeMuro
     720 South Colorado Boulevard
     Penthouse, North Tower
     Denver, Colorado 80246
```

## 3

```
                        I N D E X
EXAMINATION OF DAWN CEJA:                            PAGE
March 29, 2016

By Mr. Free                                            5

*   REQUEST BY MR. FREE
    Pages 73, line 22 through 76, line 25
                                                  INITIAL
DEPOSITION EXHIBITS:                            REFERENCE

Exhibit 1   Amended Notice of FRCP 30(b)(6)          5
            Deposition of Defendant The GEO
            Group, Inc.

Exhibit 2   Defendant's Initial 26(a)(1)            32
            Disclosures, with attachments
Exhibit 3   Aurora/ICE Processing Center,           41
            Policy and Procedure Manual,
            Sanitation, 12.1.4-AUR
Exhibit 4   Clean-Up Lists                          82
Exhibit 5   Detainee Handbook, PL000051             87
            through PL000055

Exhibit 6   Memorandum to Special                  104
            Management Unit from IDP
            (Hearing Panel), 10/24/14,
            with attachments
Exhibit 7   Attachment #6-ICE voluntary            155
            work program form

Exhibit 8   Aurora Detention Center,               158
            Policy and Procedure Manual,
            Detainee Work Program,
            8.1.8-AUR, with attachment
Exhibit 9   (CONFIDENTIAL) Letter to Sanchez       177
            from Choate, 12/10/12, with
            attachments
```

## 4

1  WHEREUPON, the following proceedings
2  were taken pursuant to the Federal Rules of Civil
3  Procedure.
4       *   *   *   *   *
5       DAWN CEJA,
6  having been first duly sworn to state the whole truth,
7  testified as follows:
8       MR. FREE:  Okay.  Good morning, Ms. Ceja.
9  My name is Andrew Free.  I am one of the plaintiffs'
10 counsel in this case.  And before we go any further, I
11 think the local rules would like us to identify all of
12 the parties.  Can you do that, Court Reporter?
13      (Discussion off the record.)
14      THE COURT REPORTER:  Good morning.  This
15 is Darcy Curtis, the court reporter.  The date is
16 March 29, 2016, at 9:36 a.m.  I am with Hunter +
17 Geist, 1900 Grant Street, Suite 1025, Denver,
18 Colorado.  Present in the room is the deponent, Dawn
19 Ceja, as well as counsel.
20      MR. FREE:  My name is Andrew Free, one of
21 the counsel for Mr. Menocal and the plaintiffs in this
22 case.
23      MR. HOOD:  I'm Alexander Hood from
24 Towards Justice, and I'm counsel for the plaintiffs as
25 well.

1  MR. TURNER: Andrew Turner, counsel for
2 plaintiffs.
3  MR. MILSTEIN: Brandt Milstein, counsel
4 for plaintiffs.
5  MS. FELTON: Shelby Felton, counsel for
6 defendant.
7  EXAMINATION
8 BY MR. FREE:
9  Q. And just to be clear, we're here on a
10 deposition under Federal Rules of Civil Procedure
11 30(b)(6). So this was a deposition that was noticed
12 for The GEO Group, which is the defendant in this
13 case. I'll just ask you to open your binder to Tab 1
14 and there you will find the deposition notice, which
15 we will enter as Exhibit 1 to this deposition.
16  (Deposition Exhibit 1 was marked.)
17  Q. Ms. Ceja, The GEO Group has designated
18 you as a witness who is knowledgeable on certain
19 aspects of our 30(b)(6) deposition notice. Is that
20 your understanding?
21  A. Yes.
22  Q. And you're prepared to testify here today
23 on those subjects that GEO has noticed you for; is
24 that right?
25  A. Yes.



55

1  A. They are all single cell units.
2  Q. **What about in disciplinary segregation?**
3  **Is anybody else in the cell with a person who is**
4  **detained in disciplinary segregation?**
5  A. No. It's one unit. So one side is
6  disciplinary, one is administrative.
7  Q. **What's the purpose of administrative**
8  **segregation?**
9  A. That can vary also. So there's
10 protective custody. A detainee can request to be
11 placed on protective custody. We could say, hey, you
12 need to be put on protective custody, based on threats
13 that are being made, for that person's safety. ICE
14 can request somebody be placed in administrative seg
15 for protective custody purposes. A lot of people just
16 like to go back there for the peace and quiet. We
17 only average about four people back there, so it's
18 very quiet. They get to watch TV. Some people really
19 enjoy it back there.
20 Q. **I don't understand. You just told me**
21 **that a lot of people like to go to administrative**
22 **segregation for the peace and quiet. And I think I**
23 **understood you to testify that there are only four**
24 **people back there during a given day?**
25 A. On average.

## 163

1  mixes.  It's just extra stuff.
2       Q.  Why do you do that?
3       A.  Because we do.  We give them Xboxes.  We
4  give them a lot of things that we don't have to do.
5       Q.  When they are in the voluntary work
6  program?
7       A.  Yes.
8       Q.  Huh.
9       A.  Well, the whole population gets the
10 Xboxes and some of the other stuff, but the workers,
11 we do.
12      Q.  What do the workers get, other than the
13 goody bags, that the other people don't get?
14      A.  Sometimes they do get them.  We actually
15 give ice cream and cookies and stuff once a week on
16 those that have the cleanest units.
17      Q.  I'm just talking about the voluntary work
18 program participants versus the detainees who are not
19 participants in the voluntary work program.
20      A.  But some of those that do clean, like the
21 housing unit people, they are included with that, so
22 like they would get the ice cream and stuff too.
23      Q.  What housing unit people?
24      A.  The trustees under the voluntary work
25 program.

## 162

1  Details."  Okay.  That doesn't -- when you say,
2  "Detainees may volunteer for temporary work details
3  that occasionally arise.  The work, which generally
4  lasts from several hours to several days may involve
5  labor-intensive work," what you're saying is that this
6  policy tracks with this part of the PBNDS?
7       A.  I'm not sure I understand.
8       Q.  8.1.8, the language in 8.1.8.
9       A.  Under D.
10      Q.  Yes.
11      A.  Yes.
12      Q.  It tracks part E of the PBNDS?
13      A.  Yes.
14      Q.  Great.  Okay.  And that's at 48.  Are
15 people paid for the special details?
16      A.  Yes.  We also give them goody bags.
17      Q.  Like what?
18      A.  We give all trustees goody bags.
19      Q.  And by "trustees," you mean someone who
20 has applied for and been accepted to the PBNDS or a
21 person who is doing a special detail or what do you
22 mean?
23      A.  Yes.
24      Q.  Yes. Okay.  What's in a goody bag?
25      A.  They get bags of chips, candy bars, drink

REPORTER'S CERTIFICATE

STATE OF COLORADO         )
                          ) ss.
CITY AND COUNTY OF DENVER )

       I, Darcy Curtis, Registered Professional Reporter and Notary Public ID 20064016972, State of Colorado, do hereby certify that previous to the commencement of the examination, the said DAWN CEJA was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

       I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

       IN WITNESS WHEREOF, I have affixed my signature this 12th day of April, 2016.

My commission expires May 2, 2018.

___X_ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.

_____
Darcy Curtis
Registered Professional Reporter
Certified Shorthand Reporter