# EXHIBIT E

Alejandro Menocal  07/22/2020
ALEJANDRO MENOCAL vs GEO GROUP

```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 1:14-cv-02887-JLK-MEH
 3   _____

 4                  VIDEOTAPE DEPOSITION OF:
              ALEJANDRO MENOCAL - July 22, 2020
 5                     Via RemoteDepoTM
     _____
 6
     ALEJANDRO MENOCAL, MARCOS BRAMBILA,
 7   GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
     JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
 8   and DEMETRIO VALERGA, on their own and on behalf of
     all others similarly situated,
 9
     Plaintiffs,
10
     v.
11
     THE GEO GROUP, INC.,
12
     Defendant.
13   _____

14              PURSUANT TO NOTICE, the videotape
     deposition of ALEJANDRO MENOCAL was taken on behalf of
15   the Defendant in Denver County, Colorado, on July 22,
     2020, at 3:32 p.m. GMT, 9:32 a.m. MDT, before Tracy C.
16   Masuga, Registered Professional Reporter, Certified
     Realtime Reporter, and Notary Public within Colorado
17   appearing remotely from Arapahoe County, Colorado.

18

19

20

21

22

23

24

25
```

U.S. LEGAL SUPPORT, INC
303-832-5966

Alejandro Menocal  07/22/2020                                    Page 2
ALEJANDRO MENOCAL vs GEO GROUP

```
 1                  REMOTE APPEARANCES

 2    For the Plaintiffs:

 3              BRANDT P. MILSTEIN, ESQ.
                Milstein Law Offices
 4              1123 Spruce Street
                Boulder, Colorado 80302
 5              brandt@milsteinlawoffice.com

 6              ANDREW H. TURNER, ESQ.
                The Kelman Buescher Firm
 7              600 Grant Street
                Suite 825
 8              Denver, Colorado 80203
                aturner@laborlawdenver.com
 9

10    For the Defendant:

11              DANA L. EISMEIER, ESQ.
                MICHAEL Y. LEY, ESQ.
12              Burns, Figa & Will, P.C.
                6400 South Fiddlers Green Circle
13              Suite 1000
                Greenwood Village, Colorado 80111
14              deismeier@bfwlaw.com
                mley@bfwlaw.com
15
                ADRIENNE SCHEFFEY, ESQ.
16              Akerman LLP
                1900 16th Street
17              Suite 1700
                Denver, Colorado 80202
18              adrienne.scheffey@akerman.com

19
      Also Present:
20
                John Jensen, Videographer
21

22

23

24

25
```

U.S. LEGAL SUPPORT, INC
303-832-5966

```
 1                         I N D E X

 2   EXAMINATION OF ALEJANDRO MENOCAL:                      PAGE
     July 22, 2020
 3
     By Mr. Eismeier                                          7
 4
                                                         INITIAL
 5   DEPOSITION EXHIBITS:                                REFERENCE

 6   (Exhibits provided electronically to the reporter.)

 7   Exhibit 1    Plaintiff Alejandro Menocal Lepe's       26
                  Response to Defendant The GEO
 8                Group, Inc.'s First Request for
                  Production to Plaintiffs and First
 9                Set of Interrogatories to
                  Plaintiffs, 9/30/15
10
     Exhibit 2    Audio Recording, 6/18/14, No. 122        49
11
     Exhibit 3    Audio Recording, 7/16/14, No. 122        58
12
     Exhibit 4    Audio Recording, 7/21/14, No. 84         61
13
     Exhibit 5    Audio Recording, 7/16/14, No. 125        69
14
     Exhibit 6    Audio Recording, 7/23/14, No. 70         71
15
     Exhibit 7    Audio Recording, 6/14/14                 81
16
     Exhibit 8    Service Processing Center/Contract       85
17                Detention Facility The GEO Group,
                  Inc./Aurora ICE Processing Center
18                Detainee Voluntary Work Program
                  Agreement for Menocal Lepe, 7/15/14
19
     Exhibit 9    Audio Recording, 7/27/14, No. 30         88
20
     Exhibit 10   Audio Recording, 7/28/14, No. 25         90
21
     Exhibit 11   Audio Recording, 7/28/14, No. 24         92
22
     Exhibit 13   Enforcement and Removal Operations       97
23                National Detainee Handbook,
                  Detention Management Division
24

25
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 15 | The GEO Group, Inc., Aurora ICE Processing Center Detainee Handbook, Local Supplement, Revised 10/2013 | 117 |
| | Exhibit 16 | Audio Recording, 7/31/14, No. 1 | 125 |
| | Exhibit 17 | Audio Recording, 9/6/14 | 139 |
| | Exhibit 18 | Plaintiff Alejandro Menocal Lepe's Objections and Responses to Defendant The GEO Group, Inc.'s Second Set of Written Discovery Requests to Plaintiffs, 1/19/18 | 145 |
| | Exhibit 21 | Audio Recording, 6/17/14, No. 125 | 163 |
| | Exhibit 22 | Audio Recording, 6/23/14, No. 70 | 165 |

Alejandro Menocal  07/22/2020                                         Page 5
ALEJANDRO MENOCAL vs GEO GROUP

```
 1                  WHEREUPON, the following proceedings
 2   were taken pursuant to the Federal Rules of Civil
 3   Procedure.
 4            *       *       *       *       *
 5                  THE VIDEOGRAPHER:  We are now on the
 6   record.  Participants should be aware that this
 7   proceeding is being recorded, and as such, all
 8   conversations held will be recorded unless there is a
 9   request and agreement to go off the record.  Private
10   conversations and/or attorney-client interactions
11   should be held outside the presence of the remote
12   interface.
13                  A link to the recording will be
14   available to all parties to the case for up to 90 days
15   from today's date provided the requesting party has
16   purchased a certified copy of the transcript.
17                  This is the remote video-recorded
18   deposition of Alejandro Menocal being taken by counsel
19   for the defendant.  Today is July 22, 2020, and the
20   time now is 3:32 p.m. Greenwich Mean Time, 9:32 a.m.
21   Mountain Time.  We are here in the matter of Alejandro
22   Menocal, et al. v. The GEO Group, Inc.
23                  My name is John Jensen, remote video
24   technician on behalf of U.S. Legal Support, located at
25   1900 Grant Street, Suite 1025, Denver, Colorado.  I am
```

 1   not related to any party in this action nor am I
 2   financially interested in the outcome.
 3                At this time, will the reporter, Tracy
 4   Masuga, on behalf of U.S. Legal Support, please enter
 5   the statement for remote proceedings into the record.
 6                THE REPORTER:  The attorneys
 7   participating in this deposition acknowledge that I am
 8   not physically present in the deposition room and that
 9   I will be reporting this deposition remotely.  They
10   further acknowledge that in lieu of an oath
11   administered in person, the witness will verbally
12   declare his testimony in this matter is under penalty
13   of perjury.
14                The parties and their counsel consent to
15   this arrangement and waive any objections to this
16   manner of reporting.
17                Counsel, please indicate your agreement
18   by stating your name and your agreement on the record.
19                MR. EISMEIER:  Dana Eismeier for GEO
20   Group.  We agree.
21                MR. MILSTEIN:  Brandt Milstein, class
22   counsel for the plaintiff class, and we also agree.
23                THE REPORTER:  Mr. Menocal, do you
24   solemnly state that the testimony you are about to
25   give in the cause now pending will be the truth, the

```
 1    whole truth, and nothing but the truth?

 2               THE DEPONENT:  I do.

 3                    ALEJANDRO MENOCAL,

 4    having sworn to state the whole truth, testified as

 5    follows:

 6                        EXAMINATION

 7    BY MR. EISMEIER:

 8         Q.   Perfect.  Good morning, Mr. Menocal.

 9         A.   Good morning.

10         Q.   To get this started, could I ask you to

11    give us your full name and address, please.

12         A.   Yes.  It's Alejandro Menocal Lepe.  My

13    address is 1340 C Street in Golden, Colorado 80401.

14         Q.   Thanks, Mr. Menocal.  Have you had your

15    deposition taken previously?

16         A.   No, I have not.

17         Q.   Have you ever given trial testimony

18    under oath before?

19         A.   No, sir.

20         Q.   Okay.  I'm going to go over a few sort

21    of ground rules for depositions in terms of how they

22    work, okay?

23         A.   Yes, sir.

24         Q.   The court reporter just swore you in

25    remotely, and so you understand you're under oath,
```

 1   listen to a segment from one -- 1:54, approximately,
 2   to 2:29.
 3              (At this time an audiotape was played.)
 4              MR. MENOCAL:  Since it's federal funded
 5   here, you know, Homeland Security, they've got pretty
 6   good grub, considering it's, you know, a detention
 7   center.  And we got three televisions, a bunch of
 8   tables, a bunch of people, and we all get along.
 9   Pretty nice.  I mean, it's -- for being incarcerated,
10   it's not bad at all, not compared to -- not compared
11   to Denver County or the other one where I was at.
12   This is like Camp Snoopy.  It's pretty easy.  But,
13   yeah, I just wanted to let you know there's an article
14   with Kevin (inaudible).
15              (At this time the audiotape was
16   concluded.)
17        Q.   (BY MR. EISMEIER)  Okay.  Mr. Menocal,
18   that was you and Mr. Warren talking, right?
19        A.   Yes, sir.
20        Q.   And in the context of this recording,
21   would you agree that you told him that being at the
22   detention center was better than being at Denver Jail
23   or some of the others?  Is that right?
24        A.   That's what I told him, yes, sir.
25        Q.   Now, I was -- I was asking before the

1        A.   I don't recall talking to them, no, sir.
2        Q.   Do you know if you could file a formal
3   complaint with ICE while you were in the pod?
4        A.   Okay.
5        Q.   Well, do you know if you could?
6             MR. MILSTEIN:  Form.
7        A.   Yeah, sure.
8        Q.   (BY MR. EISMEIER)  How would you file a
9   complaint with ICE?
10       A.   By writing a kite, a complaint letter.
11       Q.   Okay.  You mentioned a kite?
12       A.   Yes, sir.  That is a piece of paper that
13  goes to whoever you are, you know, sending it to.
14       Q.   But you can send it to ICE, right?
15       A.   I believe so, yes, sir.
16       Q.   Do you think you ever sent a kite to
17  ICE?
18       A.   I'm not sure if it was to ICE who I sent
19  it to or GEO personnel, but, yes, sir, I sent several
20  kites.
21       Q.   Okay.  All right.  I want to go back to
22  the break, just a few minutes ago.  You were talking
23  on a phone to someone.  Do you remember who you were
24  talking to?
25       A.   To Ly Warren, you mean?

```
 1          Q.   (BY MR. EISMEIER)  And some of them had
 2   legal U.S. residency status, as you did, and some
 3   didn't?
 4               MR. MILSTEIN:  Form and foundation.
 5          A.   Yes.
 6          Q.   (BY MR. EISMEIER)  Do you think you
 7   usually clean up after yourself just as a matter of
 8   personal habit?
 9          A.   I do, myself, personally, yes.  I like
10   to live and hang out in a clean environment.
11          Q.   And some of the detainees there may not
12   have been as -- as neat as you; is that fair?
13          A.   Sure.
14               MR. MILSTEIN:  Object to foundation.
15          A.   That's fair to say.
16          Q.   (BY MR. EISMEIER)  So that's another
17   difference in -- between the detainees; is that fair?
18          A.   Yes.
19               (Deposition Exhibit 7 was remotely
20   introduced.)
21          Q.   I'm going to -- Mr. Menocal, I've added
22   to the chat room Exhibit 7, which is dated June 14,
23   2014.  I'm just going to play it and make sure that I
24   understand who is speaking here, okay?
25               (At this time an audiotape was played.)
```

```
 1   Tell me if you can -- hopefully you can see it.
 2        A.   I see a document now, yes.
 3        Q.   Okay.  Thank you.  All right.  You see
 4   this says "Detainee Voluntary Work Program Agreement."
 5   Do you see that?
 6        A.   Yes, sir.
 7        Q.   All right.  Have you ever seen this
 8   document before?
 9        A.   Yes, sir.
10        Q.   Where did you see it?
11        A.   Probably when I was detained at GEO.
12        Q.   All right.  Did you sign a document like
13   this to join the Voluntary Work Program?
14        A.   Probably, yes, sir.
15        Q.   All right.  When you signed up for the
16   Voluntary Work Program, I believe you signed up in the
17   middle of July.  Does that sound right?
18        A.   Yeah.
19        Q.   And so you had been there for, what, a
20   month and ten days or something at that point?
21        A.   Probably, yes.
22        Q.   All right.  And when you signed up for
23   it, you -- why did you sign up for it?
24        A.   First, I just asked if I could clean the
25   recreation area, and I didn't sign any kind of paper.
```

 1   They asked me why.  I said because I spend a lot of
 2   time there, and I want to exercise, walk around, jog,
 3   and clean the area, so they allowed me to, you know,
 4   wipe down bars, wipe down doorknobs, sweep, et cetera,
 5   so I could hang out in a clean environment.
 6          Q.   Okay.  And then eventually you got a job
 7   at the Voluntary Work Program as a trustee; is that
 8   right?
 9          A.   Yes.  I believe somebody got released,
10   went somewhere else, and they asked me, since I was
11   already volunteering to clean the recreation yard, if
12   I was interested in serving food or -- or, I believe,
13   either clean up for the detainees after they ate or
14   set up, and I said -- I accepted.
15          Q.   Okay.  And you were -- is it fair to say
16   you were pleased to get -- to get that job?
17          A.   I don't know about pleased, but, you
18   know, it made time in there go quicker.  And, yeah, I
19   was doing my everyday regular routine.  I would do
20   something different, like serve food or whatever I was
21   assigned to do.
22          Q.   And when you signed up, did you
23   understand that you would get paid a dollar a day?
24          A.   Yes, sir.  And that's not why I did it.
25   I mean, I had money on my books.  I didn't do it for

```
 1   any of that, no.
 2           Q.   (BY MR. EISMEIER)  Okay.  Just a second.
 3                Is there anything in this particular
 4   handbook that you saw that was threatening to you,
 5   Mr. Menocal?
 6           A.   Can you repeat that, please?
 7           Q.   Sure.  Was there anything in this
 8   handbook that was threatening to you?
 9                MR. MILSTEIN:  Objection.  He hasn't had
10   a chance to look through the whole handbook today.
11           A.   Yeah, I don't recall exactly what it
12   said, and I don't recall what I thought about it at
13   the time, to be honest with you.  It's been a long
14   time.  And I know I read it, but I don't recall if I
15   agreed with whatever they wrote in there or not.
16           Q.   (BY MR. EISMEIER)  Okay.  Were you
17   personally ever disciplined for failing to clean in
18   the day living area?
19           A.   Not personally, no.
20           Q.   Okay.  Were you aware of anyone who was
21   disciplined for failing to clean in the day living
22   area?
23           A.   Yes.  I actually witnessed a group of
24   people that did not follow the procedure, the rules,
25   and they were taken away, and they were put in
```

```
 1   what -- when you got up, what you did when you got up,
 2   just sort of walk me through it.  And if I interrupt
 3   to ask a question, please -- please bear with me,
 4   okay.
 5             A.   Sure.  Like I said, I wake up, get
 6   dressed, do my bed, wait for breakfast, eat breakfast,
 7   clean up, maybe exercise, walk around, read a book,
 8   draw.  It depends.  Again, wait for lunch to eat,
 9   clean up, maybe shower, maybe do some sports, maybe
10   talk on the phone with someone, maybe write a letter,
11   walk around, exercise, wait for dinner.  Same thing,
12   eat dinner, relax a while, maybe watch TV, read a
13   book, draw, and, you know, wait for bedtime.
14             Q.   Okay.  What type of books did you read?
15             A.   All sorts of different kinds of books.
16   A lot of Westerns, a lot of -- mostly Westerns and --
17   Westerns, most typically Westerns, yeah, a lot of
18   Westerns.
19             Q.   Okay.  Were those books that were
20   brought to you from the GEO library?
21             A.   Some were, yes, sir.
22             Q.   Okay.  So what's the process by which
23   you would ask for a book?
24             A.   From what I recall, they would come in
25   with a cart with books, and you got to pick from the
```

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF COLORADO          )
                                 )  ss.
 3    ARAPAHOE COUNTY            )

 4
                I, TRACY C. MASUGA, Registered
 5    Professional Reporter, Certified Realtime Reporter,
      and Notary Public 19924005553, State of Colorado, do
 6    hereby certify that previous to the commencement of
      the examination, the said ALEJANDRO MENOCAL declared
 7    his testimony in this matter is under penalty of
      perjury; that the said examination was taken in
 8    machine shorthand by me remotely and was thereafter
      reduced to typewritten form; that the foregoing is a
 9    true transcript of the questions asked, testimony
      given, and proceedings had.
10
                I further certify that I am not employed
11    by, related to, nor of counsel for any of the parties
      herein, nor otherwise interested in the outcome of
12    this litigation.

13              IN WITNESS WHEREOF, I have affixed my
      signature this 27th day of July, 2020.
14
                My commission expires April 24, 2024.
15

16    __X__ Reading and Signing was requested.

17    _____ Reading and Signing was waived.

18    _____ Reading and Signing is not required.

19
                                    [signature: Tracy C. Masuga]
20

21                                  _____
                                    Tracy C. Masuga
22                                  Registered Professional Reporter
                                    Certified Realtime Reporter
23

24

25
```