# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-02887-JLK-MEH
 3    _____

 4                  VIDEOTAPE DEPOSITION OF:
           HUGO A. HERNANDEZ-CEREN - June 24, 2020
 5                     Via RemoteDepoTM
               (NONCONFIDENTIAL ONLY TRANSCRIPT)
 6    _____

 7    ALEJANDRO MENOCAL, MARCOS BRAMBILA,
      GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
 8    JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
      and DEMETRIO VALERGA, on their own and on behalf of
 9    all others similarly situated,

10    Plaintiffs,

11    v.

12    THE GEO GROUP, INC.,

13    Defendant.
      _____
14
                     PURSUANT TO NOTICE, the videotape
15    deposition of HUGO A. HERNANDEZ-CEREN was taken on
      behalf of the Defendant in La Salle Parish, Louisiana,
16    on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT,
      before Tracy C. Masuga, Registered Professional
17    Reporter, Certified Realtime Reporter, and Notary
      Public within Colorado appearing remotely from
18    Arapahoe County, Colorado.

19

20

21

22

23

24

25


                      U.S. LEGAL SUPPORT, INC.
                           303-832-5966
```

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 3 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 1:14-cv-02887-JLK-MEH
 3   _____

 4             VIDEOTAPE DEPOSITION OF:
        HUGO A. HERNANDEZ-CEREN - June 24, 2020
 5                 Via RemoteDepoTM
            (NONCONFIDENTIAL ONLY TRANSCRIPT)
 6   _____

 7   ALEJANDRO MENOCAL, MARCOS BRAMBILA,
     GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
 8   JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
     and DEMETRIO VALERGA, on their own and on behalf of
 9   all others similarly situated,

10   Plaintiffs,

11   v.

12   THE GEO GROUP, INC.,

13   Defendant.
     _____
14
                 PURSUANT TO NOTICE, the videotape
15   deposition of HUGO A. HERNANDEZ-CEREN was taken on
     behalf of the Defendant in La Salle Parish, Louisiana,
16   on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT,
     before Tracy C. Masuga, Registered Professional
17   Reporter, Certified Realtime Reporter, and Notary
     Public within Colorado appearing remotely from
18   Arapahoe County, Colorado.

19

20

21

22

23

24

25
```

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 4 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 2
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1                  REMOTE APPEARANCES

 2    For the Plaintiffs:

 3              ADAM L. KOSHKIN, ESQ.
                Outten & Golden, LLP
 4              One California Street
                12th Floor
 5              San Francisco, California 94111
                akoshkin@outtengolden.com
 6
                R. ANDREW FREE, ESQ.
 7              Law Office of R. Andrew Free
                2004 8th Avenue South
 8              Nashville, Tennessee 37204
                andrew@immigrantcivilrights.com
 9

10    For the Defendant:

11              ADRIENNE SCHEFFEY, ESQ.
                Akerman LLP
12              1900 16th Street
                Suite 1700
13              Denver, Colorado 80202
                adrienne.scheffey@akerman.com
14
                DANA L. EISMEIER, ESQ.
15              MICHAEL Y. LEY, ESQ.
                Burns, Figa & Will, PC
16              6400 South Fiddlers Green Circle
                Suite 1000
17              Greenwood Village, Colorado 80111
                deismeier@bfwlaw.com
18              mley@bfwlaw.com

19
      Also Present:
20
                Daniel Whitten, Videographer
21

22

23

24

25
```

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 5 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 3
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1                       I N D E X

 2    EXAMINATION OF HUGO A. HERNANDEZ-CEREN:          PAGE
      June 24, 2020
 3
      By Ms. Scheffey                           7, 173, 209
 4
      By Mr. Koshkin                                   137
 5
      By Mr. Free                                      209
 6

 7    *     CONFIDENTIAL EXCERPT
            Page 103
 8
                                                    INITIAL
 9    DEPOSITION EXHIBITS:                         REFERENCE

10    (Exhibits provided electronically to the reporter.)

11    Exhibit 1   The GEO Group, Inc., Resident        22
                  Account Summary, 7/15/15
12
      Exhibit 2   Excerpt from the Deposition of       32
13                Demetrio Valerga, 10/27/17

14    Exhibit 3   Plaintiff Hernandez Ceren's          42
                  Response to Defendant The GEO
15                Group, Inc.'s First Request for
                  Production to Plaintiffs and First
16                Set of Interrogatories to
                  Plaintiffs, 9/30/15
17
      Exhibit 4   Plaintiffs' Initial Disclosures      54
18
      Exhibit 5   The GEO Group, Inc., Aurora ICE      57
19                Processing Center Detainee
                  Handbook, Local Supplement, Revised
20                10/2013

21    Exhibit 6   GEO Corrections ICE Approval Aurora  64
                  Detention Center Policy and
22                Procedure Manual, Policy
                  12.1.4-AUR, Sanitation Policies and
23                Procedures, Revised 5/6/13

24    Exhibit 7   Trustee Safety Training document     69
                  for Hernandez-Ceren, 6/24/14, with
25                attachments
```

Case No. 1:14-cv-02887-JLK-CYC    Document 306-5    filed 08/17/20    USDC Colorado
pg 6 of 19

Hugo Hernandez-Ceren   06/24/2020       Non-Confidential Page 4
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

| | | | |
|---|---|---|---|
| 1 | Exhibit 8 | Plaintiff Hugo Hernandez Ceren's Objections and Responses to Defendant The GEO Group, Inc.'s Second Set of Written Discovery Requests to Plaintiffs, 2/5/18 | 72 |
| 4 | Exhibit 9 | Plaintiff Hugo Hernandez's Supplemental Responses to Defendant The GEO Group, Inc.'s Sixth Set of Interrogatories, 6/22/20 | 85 |
| | Exhibit 10 | Declaration of Alejandro Hernandez Torres, 4/11/16 | 87 |
| 8 | Exhibit 11 | PowerPoint of Detainee Orientation Video, The GEO Group, Inc., Aurora Detention Center | 90 |
| 10 | Exhibit 12 | Confidential Document | 101 |
| 11 | Exhibit 13 | Memorandum to File from Power and Dempsey, 3/5/20, Re: Observations regarding facility conditions of Aurora segregation unit | 116 |
| | Exhibit 14 | Aurora Detention Center Historical Segregation Report, 6/3/14 | 171 |
| 15 | Exhibit 15 | Excerpt from the Deposition of Demetrio Valerga, 10/27/17 | 181 |

\*    Pursuant to protective order, confidential material is filed under separate cover.

```
 1                WHEREUPON, the following proceedings
 2   were taken pursuant to the Federal Rules of Civil
 3   Procedure.
 4              *       *       *       *       *
 5                THE VIDEOGRAPHER:  We are now on the
 6   record.  Participants should be aware that this
 7   proceeding is being recorded, and as such, all
 8   conversations held will be recorded unless there is a
 9   request and agreement to go off the record.  Private
10   conversations and/or attorney-client interactions
11   should be held outside the presence of the remote
12   interface.
13                A link to the recording will be
14   available to all parties to the case for up to 90 days
15   from today's date providing the requesting party has
16   purchased a certified copy of the transcript.
17                This is the remote video-recorded
18   deposition of Hugo Hernandez-Ceren.  Today is
19   Wednesday, June 24, 2020.  The time is now 3:11 p.m.
20   in the Greenwich Mean Time Zone.  We are here in the
21   matter of Alejandro Menocal, et al. v. The GEO Group,
22   Incorporated.
23                My name is Daniel Whitten, remote video
24   technician on behalf of U.S. Legal Support, located at
25   1900 Grant Street, Suite 1025, in Denver, Colorado.
```

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 8 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 6
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1   I'm not related to any party in this action, nor am I
 2   financially interested in the outcome.
 3              At this time, will the reporter, Tracy
 4   Masuga, on behalf of U.S. Legal Support, please enter
 5   the statement for remote proceedings into the record.
 6              THE REPORTER:  The attorneys
 7   participating in this deposition acknowledge that I am
 8   not physically present in the deposition room and that
 9   I will be reporting this deposition remotely.  They
10   further acknowledge that in lieu of an oath
11   administered in person, the witness will verbally
12   declare his testimony in this matter is under penalty
13   of perjury.
14              The parties and their counsel consent to
15   this arrangement and waive any objections to this
16   manner of reporting.
17              Counsel, please indicate your agreement
18   by stating your name and your agreement on the record.
19              MS. SCHEFFEY:  Adrienne Scheffey, and I
20   agree.
21              MR. KOSHKIN:  Adam Koshkin, and I agree.
22              MR. FREE:  Andrew Free, and I agree.
23              THE REPORTER:  Mr. Hernandez, do you
24   solemnly state that the testimony you are about to
25   give in the cause now pending will be the truth, the
```

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 9 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 7
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1  whole truth, and nothing but the truth?

2           THE DEPONENT:  I do.

3             HUGO A. HERNANDEZ-CEREN,

4  having first duly sworn to state the whole truth,

5  testified as follows:

6                    EXAMINATION

7  BY MS. SCHEFFEY:

8      Q.   Hi, Mr. Hernandez.  My name is Adrienne

9  Scheffey, and I represent GEO.

10          Before we get started, I know you have a

11 few surnames, both Hernandez and Ceren.  Which one do

12 you prefer I call you for today?

13     A.   Whichever is best for you.  I really

14 don't mind.

15     Q.   So if I refer to you as "Mr. Hernandez,"

16 that's okay?

17     A.   That's okay.

18     Q.   Okay.  I'm going to be asking you a

19 series of questions today about your lawsuit against

20 GEO.  My questions and your answers are going to be

21 written down by the court reporter, Ms. Tracy, who's

22 in the video that you can see.

23          The purpose of this deposition is to

24 record your responses to these questions for use at

25 trial and other purposes in this case.  It's important

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 8
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1    that you answer truthfully.  Do you understand that?

2           A.   Yes.

3           Q.   I also note that you are under oath.

4    Even though you're in LaSalle and we are all remote,

5    this proceeding has the same oath as if we were in the

6    court of law.  Do you understand that you have sworn

7    to tell the truth?

8           A.   Yes.

9           Q.   Okay.  The court reporter is going to

10   take down everything we say and she's going to prepare

11   a document that's called a transcript.  You're going

12   to have an opportunity to review that to see if she

13   mistypes anything and then sign it.  You understand

14   that that's your right?

15          A.   Yes.

16          Q.   Okay.  Because of our -- because

17   Ms. Masuga is taking down your testimony today, your

18   answers have to be clear and verbal.  She can't record

19   your head nod.  She can't record sounds that are not

20   clear or understandable, like "uh-huh" or "uh-uh."

21   She may also interrupt you if she can't hear anything

22   because we're all working with technology today.  It's

23   not usual, but if she can't hear you, I would ask that

24   you try and repeat yourself and help her out.

25                I'm going to do my best to let you

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 11 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 49
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

 1      Q.   (BY MS. SCHEFFEY)  Mr. Hernandez, you
 2   can respond.
 3      A.   Can you repeat the question, please?
 4      Q.   Yeah.  Was the Lancaster, California,
 5   facility similar or different to the Aurora facility?
 6           MR. KOSHKIN:  Same objection.
 7      A.   Different.
 8      Q.   (BY MS. SCHEFFEY)  And how was it
 9   different?
10      A.   Well, on the layout only.
11      Q.   What was different about the layout?
12      A.   The beds are right in front of the
13   common area.  Everything is all in one -- in one room,
14   all together, without being separated.
15      Q.   Is it similar to the San Antonio
16   facility?
17      A.   Yes.
18      Q.   Okay.  And do you have any lawsuit
19   pending against that facility?
20      A.   No.
21      Q.   Were you asked to clean up after
22   yourself in Lancaster?
23      A.   I mean, we just do it on our own.
24      Q.   Okay.  You liked to keep your area clean
25   or --

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 12 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 50
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1          A.   Yes.
 2          Q.   And you would do it on your own?
 3               MR. KOSHKIN:  Objection.
 4          Q.   (BY MS. SCHEFFEY)  What was the reason
 5   you would clean up on your own?
 6          A.   Well --
 7               MR. KOSHKIN:  Objection.
 8          A.   Well, because, I mean, why wouldn't you
 9   clean right after you -- you just finish eating there?
10   We used it.  We -- we cleaned -- we cleaned our own
11   because we just used it, our own table.
12          Q.   (BY MS. SCHEFFEY)  Okay.  And did you
13   expect other detainees in the pod to do the same?
14          A.   Not really.  Everyone is different.
15          Q.   Okay.  And when you say "everyone is
16   different," what do you mean by that?
17          A.   I don't know.  Some like to clean after
18   themselves; some don't.
19          Q.   Okay.  And if those are the two
20   categories, some like to clean up and some don't,
21   which one do you fall into?
22               MR. KOSHKIN:  Objection.
23          A.   I -- I clean.
24          Q.   (BY MS. SCHEFFEY)  Okay.  So the Orange
25   County, California, facility, what was that like?  Was
```

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado pg 13 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 58
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1    Q.   So I'm going to give you the remote
2    control.  Can you show me where in the handbook the
3    Housing Unit Sanitation Policy is?
4              MR. KOSHKIN:  Objection.  The document
5    speaks for itself.
6         Q.   (BY MS. SCHEFFEY)  Can you tell me what
7    page it is on?
8         A.   Let me check.  On page 17.
9         Q.   Okay.  Do you mind if I scroll to that
10   page so we can all see it?  Is this easier to read if
11   we do it this way?
12             So this is the Housing Unit Sanitation
13   Policy right here; is that correct?
14        A.   Correct.
15        Q.   And so do you consider this policy to be
16   threatening?  Mr. Hernandez, did you hear the
17   question?
18        A.   No.
19        Q.   Did you consider this policy to be
20   threatening?
21             MR. KOSHKIN:  Same objection.
22        A.   No.
23        Q.   (BY MS. SCHEFFEY)  No?
24        A.   No.
25        Q.   And so I'm going to read you a portion

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 14 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-ConfidentialPage 78
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1        A.   No.  Not like that, no.  But --

2        **Q.   Okay.  Would other detainees volunteer**

3   **to clean, if someone refused, in order to get the TVs**

4   **turned on?**

5             MR. FREE:  Objection, form.

6        A.   To the best of my knowledge, yeah,

7   sometimes they will -- somebody will jump in just so

8   we can get the TVs on and phones and, you know,

9   take -- take care of it.

10       **Q.   (BY MS. SCHEFFEY)  Okay.  So then I know**

11  **you wanted to tell me about a second instance.  Can**

12  **you tell me what happened on that instance, and if**

13  **possible, tell me the name of the detainee, if you**

14  **remember, and the name of any officers.**

15       A.   Well, there was this other incident with

16  this detainee where he was refusing, and then everyone

17  got involved, and it was like, oh, well, nobody really

18  wants to clean, and the GEO guard felt like he -- he

19  didn't know what to do, so he called a sergeant.  And

20  this is a GEO sergeant.

21            And the sergeant came in and called a

22  meeting for everyone and got everybody together, and

23  stated that, "Okay.  If you refuse to clean, you will

24  be sent to the hole.  If you refuse to listen to the

25  guard, you will be sent to the hole.  And that's not a

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 15 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 97
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1      A.   Yes.
2      Q.   And on that occasion, you refused to
3   clean?
4      A.   Yes.
5      Q.   And were you placed in solitary
6   confinement or segregation?
7           MR. KOSHKIN:  Objection, asked and
8   answered.
9      A.   No.
10     Q.   (BY MS. SCHEFFEY)  Okay.  And I think we
11  can be done with this document for now, then.
12          So I'm going to just talk to you for a
13  minute and get away from documents because I'm sure
14  you've had enough of seeing them for a bit.
15          While you were detained, was there a way
16  that you could file a grievance or bring an issue to
17  the attention of the facility?
18     A.   Yes.
19     Q.   And is that called a kite?
20     A.   Yes.
21     Q.   Did you ever file any kites?
22     A.   Yes.
23     Q.   Why did you file kites?
24     A.   Kites is when you're requesting like
25  paper, batteries, you want postage to be placed on

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 16 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-ConfidentialPage 107
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

 1  do until you go to sleep?

 2         A.   Sure.  I would wake up for breakfast at

 3  5:00 in the morning.  I will walk out, store my food,

 4  bring it back to the cell, and go to sleep only if it

 5  was not my time to clean.  But if I was assigned to

 6  clean, I have to stay outside and clean.  I couldn't

 7  go back to sleep.

 8              So I will store my food.  I will wake up

 9  when I wake up, and brush my teeth, do my coffee, and

10  make sure that all my cellies get the coffee because

11  that's my one main thing.

12              Then we will all sit at the table.  I

13  will do my legal work, go through my documents, and

14  see what else I need to put in or something, watch a

15  little bit of TV.

16              I can go to the phone a little bit.

17  If -- if I will get someone to answer, I will go to

18  the phone.  Wait for count time, wait for lunch.

19              After lunch, I will do a cleanup again,

20  which is cleanup time, and wait to see who's assigned

21  for the cleanup, and if I'm not assigned, then I just

22  go to my cell or I go against the wall just like

23  everybody else.

24              And once everything gets reopened, go

25  back into the table again and do some workout while

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 17 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 108
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1   waiting -- doing my workout.  I wait for chow again
2   and wait for the cleanup, and, of course, shower.
3   Yeah, after the workout, shower, get back.
4              Wait for chow, clean up, and then
5   eventually wait for the GEO guard, Officer Blacknick,
6   to come and pick me up so we can go to the law library
7   and collect all detainees who wanted to go to the
8   library.
9              We'll go to the law library, get a
10  pat-down, go inside the law library.  And in there, I
11  will help detainees with their documents, printouts,
12  making sure they understood what the immigration judge
13  was asking them to bring back, translations, looking
14  for any specific application they were looking for.
15             And then once we were done, like an hour
16  later or an hour and a half later, I get another
17  pat-down, get taken back to the cell, and wait for
18  count time.
19             And after count time, the last count
20  time, you have to be inside your cell and the doors
21  got to be locked in already.  And then it's another
22  day.
23        **Q.   And can you still talk to the other**
24  **detainees in your cell after count?**
25        A.   Yes.  Inside the cell, yes.

Case No. 1:14-cv-02887-JLK-CYC   Document 306-5   filed 08/17/20   USDC Colorado
pg 18 of 19

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 181
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1    Q.   Were you punished in any other way for
2    failing to clean?
3         MR. KOSHKIN:  Objection, misstates the
4    testimony.
5    A.   No.  Just the TVs wouldn't go on and the
6    phones wouldn't go on, the common area wouldn't be
7    able to be accessed.
8    Q.   (BY MS. SCHEFFEY)  Did you witness
9    anyone else refuse to clean who did not get sent to
10   segregation?
11        MR. KOSHKIN:  Objection.
12   A.   Yes.  The one I -- the one I already
13   said, that he refused to clean, and, I mean, once they
14   showed him the bag, he started cleaning again.
15   Q.   (BY MS. SCHEFFEY)  Did you witness
16   Mr. Valerga refuse to clean?
17        MR. KOSHKIN:  Objection.
18   A.   I don't remember.
19   Q.   (BY MS. SCHEFFEY)  Okay.  I believe this
20   makes Exhibit 13 because I think Adam did 12.
21        MR. KOSHKIN:  I think it's 15.
22        MS. SCHEFFEY:  Oh, 15.  I'm sorry.
23        MR. KOSHKIN:  Ms. Masuga, do you --
24        THE REPORTER:  Yes, that's correct.
25        (Deposition Exhibit 15 was remotely

1        REPORTER'S CERTIFICATE

2   STATE OF COLORADO         )
                              ) ss.
3   ARAPAHOE COUNTY           )

4

             I, TRACY C. MASUGA, Registered
5   Professional Reporter, Certified Realtime Reporter,
    and Notary Public 19924005553, State of Colorado, do
6   hereby certify that previous to the commencement of
    the examination, the said HUGO A. HERNANDEZ-CEREN
7   declared his testimony in this matter is under penalty
    of perjury; that the said examination was taken in
8   machine shorthand by me remotely and was thereafter
    reduced to typewritten form; that the foregoing is a
9   true transcript of the questions asked, testimony
    given, and proceedings had.
10
             I further certify that I am not employed
11  by, related to, nor of counsel for any of the parties
    herein, nor otherwise interested in the outcome of
12  this litigation.

13           IN WITNESS WHEREOF, I have affixed my
    signature this 30th day of June, 2020.
14
             My commission expires April 24, 2024.
15

16  __X__ Reading and Signing was requested.

17  _____ Reading and Signing was waived.

18  _____ Reading and Signing is not required.

19

20

21                        _____
                          Tracy C. Masuga
22

23

24

25


U.S. LEGAL SUPPORT, INC.
303-832-5966