# EXHIBIT G

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

**Deposition**

# *DEMETRIO VALERGA*

*10/27/2017*

_____

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF DEMETRIO VALERGA
October 27, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____

APPEARANCES:

   TOWARDS JUSTICE-DENVER
      By David Seligman, Esq.
         1535 High Street, Suite 300
         Denver, Colorado  80218
            and
   THE KELMAN BUESCHER FIRM
      By Andrew H. Turner, Esq.
         600 Grant Street, Suite 450
         Denver, Colorado  80203
            Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
              By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  78205
 4                  and
          BURNS, FIGA & WILL, P.C.
 5            By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                  Appearing on behalf of Defendant

 8   Also Present: Monika Cary, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | Pursuant to Notice and the Federal |
| 2 | Rules of Civil Procedure, the video deposition of |
| 3 | DEMETRIO VALERGA, called by Defendant, was taken |
| 4 | on Friday, October 27, 2017, commencing at |
| 5 | 9:08 a.m., at 1225 - 17th Street, Suite 3050, |
| 6 | Denver, Colorado, before Tracy L. Harris, |
| 7 | Certified Realtime Reporter, Registered Merit |
| 8 | Reporter, and Notary Public within and for the |
| 9 | State of Colorado. |
| 10 | |
| 11 | |
| 12 | I N D E X |
| 13 | VIDEO DEPOSITION OF DEMETRIO VALERGA |
| 14 | EXAMINATION BY:                                            PAGE |
| 15 |    Mr. Seligman                                             -- |
| 16 |    Mr. Turner                                              166 |
| 17 |    Mr. Deacon                                         8, 169 |
| 18 |    Mr. Eismeier                                             -- |
| 19 | |
| 20 | EXHIBITS                                        INITIAL REFERENCE |
| 21 | Exhibit 11  Defendant's Notice of Oral and            90 |
| 22 |             Videotaped Deposition with Subpoena Duces Tecum for Demetrio |
| 23 |             Valerga |
| 24 | Exhibit 12  U.S. Department of Homeland               92 |
| 25 |             Security Record of Deportable/ Inadmissible Alien regarding Demetrio Antonio Valerga |

1                     I N D E X (Continued)

2    EXHIBITS                                    INITIAL REFERENCE

3    Exhibit 13   U.S. Department of Homeland              95
                  Security Memorandum of
4                 Investigation regarding Demetrio
                  Valerga
5
     Exhibit 14   Disciplinary Segregation Review          96
6                 regarding D. Valerga

7    Exhibit 15   Administrative Segregation Review        97
                  regarding D. Valerga
8
     Exhibit 16   Aurora Detention Center                  99
9                 (Request Form - Kite) regarding
                  Demetrio A. Valerga, 10-2-13
10
     Exhibit 17   Aurora Detention Center                  100
11                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 10-8-13
12
     Exhibit 18   Aurora Detention Center                  101
13                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 10-8-13
14
     Exhibit 19   Aurora Detention Center                  102
15                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 6-3-14
16
     Exhibit 20   Aurora Detention Center                  103
17                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 4-21-14
18
     Exhibit 21   Aurora Detention Center                  104
19                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 5-5-14
20
     Exhibit 22   Aurora Detention Center                  106
21                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 5-2-14
22
     Exhibit 23   Aurora Detention Center                  110
23                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 5-24-14
24

25

```
 1                   I N D E X (Continued)

 2    EXHIBITS                              INITIAL REFERENCE

 3    Exhibit 24  Aurora Detention Center                111
                  (Request Form - Kite) regarding
 4                Demetrio A. Valerga, 12-30-13

 5    Exhibit 25  Aurora Detention Center                113
                  (Request Form - Kite) regarding
 6                Demetrio A. Valerga, 5-18-14

 7    Exhibit 26  Aurora Detention Center                114
                  (Request Form - Kite) regarding
 8                Demetrio A. Valerga, 2-18-14

 9    Exhibit 27  Aurora Detention Center                115
                  (Request Form - Kite) regarding
10                Demetrio A. Valerga, 2-23-14

11    Exhibit 28  Aurora Detention Center                116
                  (Request Form - Kite) regarding
12                Demetrio A. Valerga, 12-17-13

13    Exhibit 29  Aurora Detention Center                117
                  (Request Form - Kite) regarding
14                Demetrio A. Valerga, 2-20-14

15    Exhibit 30  Aurora Detention Center                118
                  (Request Form - Kite) regarding
16                Demetrio A. Valerga, 1-6-14

17    Exhibit 31  Aurora Detention Center                119
                  (Request Form - Kite) regarding
18                Demetrio A. Valerga, 2-8-14

19    Exhibit 32  Disciplinary Reports/GI's              120

20    Exhibit 33  Detainee Work Detail Application       127
                  for Demetrio Valerga,
21                Date of Request 10-10-13

22    Exhibit 34  Detainee Work Detail Application       129
                  for Demetrio A. Valerga,
23                Date of Request 10-16-13

24

25
```

1                    I N D E X (Continued)

2    EXHIBITS                                    INITIAL REFERENCE

3    Exhibit 35   Service Processing Center/Contract    130
                  Detention Facility The Geo Group,
4                 Inc./Aurora Ice Processing Center
                  Detainee Voluntary Work Program
5                 Agreement

6    Exhibit 36   Emergency Notification and            132
                  Property Disposition Form for
7                 Demetrio A. Valerga

8    Exhibit 37   Declaration of Demetrio A. Valerga    134

1  than me.  Real heavyset.  I just don't remember

2  his name.

3       Q     He was heavy?

4       A     He was a heavy guy.

5       Q     Do you know how old he was,

6  approximately?

7       A     I would have to say he was in his mid

8  to late 40s.

9       Q     Okay.  But you don't know his name?

10      A     I don't remember his name, no.

11      Q     Do you remember what rank he had or --

12      A     He was just a guard.

13      Q     Just a --

14      A     That's it.

15      Q     -- guard?

16            And what exactly did he tell you?

17      A     I'm trying to recall.  I had gotten out

18 of the hole.  I was sleeping.  I didn't even get

19 up for breakfast.  He came and woke me up, and I

20 was, like, "I'm not cleaning, dude.  Leave me

21 alone."

22      Q     Okay.  So you were already in solitary

23 confinement?

24      A     No.  I was in the unit.

25      Q     Okay.  When --  Was it close to the

```
 1   time when you had already been in disciplinary --
 2       A     It was after.
 3       Q     How much after?
 4       A     A couple days or something like that.
 5       Q     Okay.  So this is after you'd just got
 6   out of disciplinary segregation?
 7       A     Yes.
 8       Q     And you refused to clean --
 9       A     Yes.
10       Q     -- your area?
11             And what happened to you?
12       A     He told me if I don't clean, he's going
13   to take me to the hole.  I was, like, "Well, go
14   ahead."
15       Q     And were you taken back the
16   disciplinary --
17       A     No.
18       Q     Okay.  So he didn't act upon it?
19       A     No.
20       Q     All right.  Who cleaned the area, then?
21       A     I don't know.
22       Q     Okay.  You didn't?
23       A     No.
24       Q     All right.  Is that the only time you
25   refused to clean your area?
```

1   refused to clean?

2        A     No.  There was times after that that I

3   refused to clean every time.

4        Q     You refused to clean every time

5   after --

6        A     Yeah.

7        Q     -- that?

8              And not once were you ever put in

9   segregation?

10       A     They threatened me they were going to

11  take me to the hole.

12       Q     But they never did?

13       A     No.

14       Q     All right.  And you knew that they

15  never did?

16       A     Because, at that point, I didn't care.

17       Q     How many times do you think this

18  happened?

19       A     After --  After that incident, I think

20  it happened, like four more times.  And then I

21  walked out.

22       Q     When you walked out, you mean you were

23  released?

24       A     I was released, yes.

25       Q     Okay.  Was that the -- Which time at

```
 1   Aurora did this occur?
 2       A     Right at the end of when I was getting
 3   close to being released.
 4       Q     Okay.  Because you were released a
 5   couple of times, so --
 6       A     I was released in 2014.  That's the
 7   time.
 8       Q     Okay.  So that was your second time
 9   at --
10       A     That was my --
11       Q     -- Aurora?
12       A     -- second time, yes.
13       Q     All right.  Did you ever refuse to
14   clean your area the third time you were at Aurora?
15       A     I was never asked to clean.
16       Q     Ever?
17       A     Never.
18       Q     Were other people asked to clean?
19       A     I would believe so.  I saw other people
20   doing stuff, but . . .
21       Q     Okay.  You saw people doing stuff, but
22   you were never assigned that?
23       A     No.
24       Q     Do you know of anybody who was ever
25   sent to segregation, whether it's administrative
```

1   or disciplinary, for not cleaning?

2        A    Not that I know of.

3        Q    Did anybody ever tell you that they
4   were sent to segregation for not cleaning?

5        A    Like I stated, I was kind of a loner,
6   so I really don't --  I don't know.

7        Q    Did anyone from ICE visit you when you
8   were in either administrative or disciplinary
9   segregation in Aurora?

10       A    No.

11       Q    This Chris Fraley, did he ever --

12       A    Fraley, no.

13       Q    Did you ever request that anybody come
14  see you?

15       A    I sent them kites, and they never came
16  and saw me.

17       Q    Okay.  So you were able to send kites
18  while you were in the segregation?

19       A    Yes.

20       Q    Did you utilize the medical --  You did
21  use it for your medications.  Other than your
22  medications, did you utilize the medical offices
23  or the health clinic at Aurora other than that --
24  that one time?

25       A    Like, what do you mean?  Like . . .

```
 1   STATE OF COLORADO)
 2                   )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4           I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10           I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15           I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19           In witness whereof, I have affixed my
20   signature this 7th day of November, 2017.
21           My commission expires July 30, 2021.
22
23
                          _____
24                        Tracy L. Harris, CRR, RMR, RPR
                          216 - 16th Street, Suite 600
25                        Denver, Colorado  80202
```