# EXHIBIT I

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLORADO

3

4    ALEJANDRO MENOCAL, MARCOS
     BRAMBILA, GRISEL XAHUENTITLA,
5    HUGO HERNANDEZ, LOURDES
     ARGUETA, JESUS GAYTAN, OLGA
6    ALEXAKLINA, DAGOBERTO          No. 14-CV-02887-JLK
     VIZGUERRA, and DEMETRIO
7    VALERGA, on their own behalf
     and on behalf of all others
8    similarly situated,

9                   Plaintiffs,

10          vs.

11   THE GEO GROUP, INC.,

12                  Defendant.
     _____/
13

14

15

16            DEPOSITION OF DAGOBERTO VIZGUERRA

17                  Mexico City, Mexico

18             Wednesday, February 21, 2018

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 110

## Page 2

```
 1          IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLORADO
 3
   ALEJANDRO MENOCAL, MARCOS
 4 BRAMBILA, GRISEL XAHUENTITLA,
   HUGO HERNANDEZ, LOURDES
 5 ARGUETA, JESUS GAYTAN, OLGA
   ALEXAKLINA, DAGOBERTO       No. 14-CV-02887-JLK
 6 VIZGUERRA, and DEMETRIO
   VALERGA, on their own behalf
 7 and on behalf of all others
   similarly situated,
 8
              Plaintiffs,
 9
        vs.
10
   THE GEO GROUP, INC.,
11
              Defendant.
12 _____/
13
14
15     Deposition of DAGOBERTO VIZGUERRA, taken on behalf
16 of the Defendant, at the offices of Norton Rose
17 Fulbright, Paseo de los Tamarindos No. 400-B, Piso 22,
18 Col. Bosques de las Lomas, Mexico City, Mexico, beginning
19 at 9:29 A.M. and ending at 11:52 A.M., on Wednesday,
20 February 21, 2018, before Leslie Rockwood Rosas, RPR, CSR
21 No. 3462.
22
23
24
25
```

## Page 3

```
 1 APPEARANCES:
 2
 3 FOR THE PLAINTIFFS:
 4     LAW OFFICE OF R. ANDREW FREE
 5     BY: R. ANDREW FREE, ESQ.
 6     2004 8th Avenue South
 7     Nashville, Tennessee 37204
 8     (844) 321-3221
 9     andrew@immigrantcivilrights.com
10
11     OUTTEN & GOLDEN LLP
12     BY: DAVID LOPEZ, ESQ.
13     601 Massachusetts Avenue NW
14     Second Floor West Suite
15     Washington, DC 20001
16     (202) 847-4400
17     pdl@outtengolden.com
18
19
20
21
22
23
24
25
```

## Page 4

```
 1 APPEARANCES (Continued):
 2
 3 FOR THE DEFENDANT THE GEO GROUP:
 4     NORTON ROSE FULBRIGHT US LLP
 5     BY: CHARLES A. DEACON, ESQ.
 6     300 Convent Street, Suite 2100
 7     San Antonio, Texas 79205-3792
 8     (210) 270-7133
 9     charles.deacon@nortonrosefulbright.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 5

```
 1                 I N D E X
 2
 3
 4 WEDNESDAY, FEBRUARY 21, 2018
 5
 6 WITNESS                              EXAMINATION
 7 DAGOBERTO VIZGUERRA
 8
 9     BY MR. DEACON                      10, 108
10     BY MR. FREE                           105
11
12 QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
13              (NONE)
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 6

```
 1              DEPOSITION EXHIBITS
 2              DAGOBERTO VIZGUERRA
 3 NUMBER      DESCRIPTION                IDENTIFIED
 4 Exhibit 50  Defendant's Notice of              9
 5             Intention to Take Oral and
 6             Videotaped Deposition of
 7             Dagoberto Vizguerra, 1.23.18
 8 Exhibit 51  Record of                          9
 9             Deportable/Inadmissible
10             Alien, GEO_MEN 0021648 - 1651
11 Exhibit 52  Detainee Work Detail               9
12             Application, GEO_MEN 00021641
13 Exhibit 53  Detainee Voluntary Work            9
14             Program Agreement, GEO_MEN
15             00021642
16 Exhibit 54  Order to Detain or Release         9
17             Alien, GEO_MEN 00021623,
18             21608 - 9
19 Exhibit 55  Aurora Detention Center            9
20             (Request Form - KITE),
21             GEO_MEN 21667, 21669
22 Exhibit 56  Emergency Notification And        10
23             Property Disposition Form,
24             GEO_MEN 21662
25
```

## Page 7

```
 1 Exhibit 57  Immigration Detainer - Notice     10
 2             of Action, GEO_MEN 21614,
 3             21610
 4 Exhibit 58  People of the State of            10
 5             Colorado vs. Vizguerra,
 6             Dagoberto, GEO_MEN 59616
 7 Exhibit 59  People of the State of            10
 8             Colorado vs. Vizguerra,
 9             Dagoberto, GEO_MEN 50608
10 Exhibit 60  Vizguerra, Brenda Roxann vs.      10
11             Vizguerra, Dagoberto, GEO_MEN
12             59456 - 511
13 Exhibit 61  Vizguerra, Brenda Roxann vs.      10
14             Vizguerra, Dagoberto, GEO_MEN
15             59454 - 55
16 Exhibit 62  Intake Screening, GEO_MEN         10
17             59404
18 Exhibit 63  Aurora ICE Processing Center      90
19             Detainee Handbook Local
20             Supplement, PL000029 - 55
21
22
23
24
25
```

## Page 8

```
 1       PREVIOUSLY MARKED EXHIBITS REFERENCED:
 2
 3 EXHIBIT NUMBER                            PAGE
 4 Exhibit 7                                   35
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 9

```
 1 Mexico City, Mexico; Wednesday, February 21, 2018
 2                  9:29 A.M.
 3
 4              PROCEEDINGS
 5
 6          DAGOBERTO VIZGUERRA,
 7     called as a witness, having been duly sworn,
 8     was examined and testified as follows:
 9
10     (Exhibit 50, Defendant's Notice of Intention to
11     Take Oral and Videotaped Deposition of Dagoberto
12     Vizguerra, 1.23.18, marked for identification.)
13     (Exhibit 51, Record of Deportable/Inadmissible
14     Alien, GEO_MEN 0021648 - 1651, marked for
15     identification.)
16     (Exhibit 52, Detainee Work Detail Application,
17     GEO_MEN 00021641, marked for identification.)
18     (Exhibit 53, Detainee Voluntary Work Program
19     Agreement, GEO_MEN 00021642, marked for
20     identification.)
21     (Exhibit 54, Order to Detain or Release Alien,
22     GEO_MEN 00021623, 21608 - 9, marked for
23     identification.)
24     (Exhibit 55, Aurora Detention Center (Request
25     Form - KITE), GEO_MEN 21667, 21669, marked for
```

Page 10

```
 1        identification.)
 2        (Exhibit 56, Emergency Notification And Property
 3        Disposition Form, GEO_MEN 21662, marked for
 4        identification.)
 5        (Exhibit 57, Immigration Detainer - Notice of
 6        Action, GEO_MEN 21614, 21610, marked for
 7        identification.)
 8        (Exhibit 58, People of the State of Colorado vs.
 9        Vizguerra, Dagoberto, GEO_MEN 59616, marked for
10        identification.)
11        (Exhibit 59, People of the State of Colorado vs.
12        Vizguerra, Dagoberto, GEO_MEN 50608, marked for
13        identification.)
14        (Exhibit 60, Vizguerra, Brenda Roxann vs.
15        Vizguerra, Dagoberto, GEO_MEN 59456 - 511,
16        marked for identification.)
17        (Exhibit 61, Vizguerra, Brenda Roxann vs.
18        Vizguerra, Dagoberto, GEO_MEN 59454 - 55, marked
19        for identification.)
20        (Exhibit 62, Intake Screening, GEO_MEN 59404,
21        marked for identification.)
22
23                    EXAMINATION
24 BY MR. DEACON:
25     Q.  Mr. Vizguerra, do you want me to call you
```

Page 11

```
 1 Dagoberto or Vizguerra?
 2     A.  Dago.
 3     Q.  Dago?  It's even easier for me.
 4     A.  Yes.
 5     Q.  Okay.  Dago.
 6         Please -- can you please state your name for the
 7 record.
 8     A.  Dagoberto Vizguerra Hernandez.
 9     Q.  Okay.  Dago, where do you live?
10     A.  In Guanajuato.
11     Q.  Here in Mexico?
12     A.  Yes.
13     Q.  How far is that from where we're taking your
14 deposition in Mexico City?
15     A.  Five hours.
16     Q.  Five hours.
17         Okay.  What do you do for a living?
18     A.  I work at a -- like, a metal delivery company.
19     Q.  Okay.  You deliver metal?
20     A.  Yes.
21     Q.  Okay.  And I know you've lived in Mexico, and I
22 know you've lived in Colorado.  Is there any other places
23 you have lived?
24     A.  Washington.
25     Q.  State of Washington?
```

1 following types of segregation to house detainees who

2 require more intensive supervision." And it identifies

3 administrative segregation and then disciplinary

4 segregation.

5        Were you placed in -- ever placed in either

6 administrative segregation or disciplinary segregation?

7    A.  No.

8    Q.  Okay.  Do you even know where they are?

9    A.  Yes.

10   Q.  Okay.  Where are they?

11   A.  In a separate room.

12   Q.  Okay.  Do you remember what part of the Aurora

13 detention -- ICE Aurora Detention Center they were?

14   A.  I don't remember.

15   Q.  Okay.  But you never went there?

16   A.  No.

17   Q.  Do you know anybody that did?

18   A.  Yes.

19   Q.  Who?

20   A.  I don't remember his name, but...

21   Q.  What did he go there for?

22   A.  For not wanting to clean.

23   Q.  For what?

24   A.  Not wanting to clean.

25   Q.  Not wanting to what?

1        MR. FREE:  Yeah, exactly.

2        MR. DEACON:  Okay.  All right.

3    Q.  Well, if Chaparral's in New Mexico, you were

4 correct.

5        MR. DEACON:  Oh, you know what, I didn't mark

6 this one.  Can we go off the record?

7        (Recess.)

8        (Exhibit 63, Aurora Ice Processing Center

9        Detainee Handbook Local Supplement, PL000029 -

10       55, marked for identification.)

11    Q.  BY MR. DEACON:  Dago, I have another document

12 that's been marked as Exhibit 63, and we previously went

13 through, as Exhibit Number 7, the ICE National Detainee

14 Handbook.  Do you remember that?  Do you remember the

15 first document I went through with you?

16    A.  Yes.

17    Q.  Okay.  And do you remember that was the one that

18 was issued by ICE?

19    A.  Yes.

20    Q.  Okay.  And it's -- in that handbook, you

21 remember it says that the -- there would be a local

22 supplement detainee handbook?  Do you remember that?

23    A.  Yes.

24    Q.  Okay.  So Exhibit Number 63, does it say that

25 this is the ICE -- I mean, the Aurora ICE Processing

1 Center Detainee Handbook Local Supplement?

2    A.  Yes.

3    Q.  Do you remember getting this?

4    A.  I don't remember.

5    Q.  You don't remember?  Okay.

6        Okay.  If you turn to what is marked as page 2.

7        MR. DEACON:  Or Bates labeled 32, Andrew.

8    Q.  Do you see it?

9    A.  Uh-huh.

10    Q.  Do you see under the introduction it says, "The

11 Aurora Detention Center is a private detention facility

12 operating under a contract with the United States

13 Immigration and Custom Enforcement," which is ICE?

14        Did you understand that this was being operated

15 on behalf of ICE?

16    A.  Yes.

17    Q.  Okay.  Do you recall that the -- all detainees

18 were required to acknowledge by signature receipt of this

19 supplement?  Do you remember signing for this book?

20    A.  No.

21    Q.  You don't remember signing?

22    A.  No.

23    Q.  If you turn the page, it has "Rights and

24 Responsibilities."  I think I covered a lot of this,

25 actually.  I apologize.  Replowing the same ground.

Page 110

```
 1 STATE OF CALIFORNIA    ) ss:
 2 COUNTY OF MARIN        )
 3
 4        I, LESLIE ROCKWOOD ROSAS, CSR NO. 3452, do
 5 hereby certify:
 6        That the foregoing deposition testimony was
 7 taken before me at the time and place therein set forth
 8 and at which time the witness was administered the oath;
 9        That testimony of the witness and all objections
10 made by counsel at the time of the examination were
11 recorded stenographically by me, and were thereafter
12 transcribed under my direction and supervision, and that
13 the foregoing pages contain a full, true and accurate
14 record of all proceedings and testimony to the best of my
15 skill and ability.
16        I further certify that I am neither counsel for
17 any party to said action, nor am I related to any party
18 to said action, nor am I in any way interested in the
19 outcome thereof.
20        IN WITNESS WHEREOF, I have subscribed my name
21 this 1st day of March, 2018.
22
23
24        _____
25        LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```