# EXHIBIT J

*MENOCAL*

*VS.*

*THE GEO GROUP*

**Deposition**

*GRISEL XAHUENTITLA*

*10/26/2017*

---

## AB Court Reporting & Video

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF GRISEL XAHUENTITLA
October 26, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____


APPEARANCES:

        TOWARDS JUSTICE-DENVER
               By Alexander N. Hood, Esq.
                  1535 High Street, Suite 300
                  Denver, Colorado  80218
                     and
        THE MEYER LAW OFFICE, P.C.
               By Hans C. Meyer, Esq.
                  1029 Santa Fe
                  Denver, Colorado  80204
                     and
        THE KELMAN BUESCHER FIRM
               By Andrew H. Turner, Esq.
                  600 Grant Street, Suite 450
                  Denver, Colorado  80203
                     Appearing on behalf of Plaintiffs

1    APPEARANCES (Continued):

2          NORTON ROSE FULBRIGHT US, LLP
                 By Charles A. Deacon, Esq.
3                   300 Convent Street, Suite 2100
                    San Antonio, Texas  78205
4                      and
           BURNS, FIGA & WILL, P.C.
5                 By Dana L. Eismeier, Esq.
                    6400 S. Fiddlers Green Circle
6                   Suite 1000
                    Greenwood Village, Colorado  80111
7                      Appearing on behalf of Defendant

8    Also Present: Monika Cary, videographer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AB Court Reporting & Video**

1           Pursuant to Notice and the Federal

2    Rules of Civil Procedure, the video deposition of

3    GRISEL XAHUENTITLA, called by Defendant, was taken

4    on Thursday, October 26, 2017, commencing at

5    10:30 a.m., at 1225 - 17th Street, Suite 3050,

6    Denver, Colorado, before Tracy L. Harris,

7    Certified Realtime Reporter, Registered Merit

8    Reporter, and Notary Public within and for the

9    State of Colorado.

10

11

12               I N D E X

13    VIDEO DEPOSITION OF GRISEL XAHUENTITLA

14    EXAMINATION BY:                    PAGE

15        Mr. Hood                  163

16        Mr. Meyer                 --

17        Mr. Turner                --

18        Mr. Deacon            6, 173

19        Mr. Eismeier             --

20

    EXHIBITS                    INITIAL REFERENCE

21

    ==Exhibit 1== Defendant's Amended Notice of    21

22            Intention to take Oral and

            Videotaped Deposition of

23            Grisel Xahuentitla

24    ==Exhibit 2== U.S. Department of Homeland    25

            Security Record of Deportable/

25            Inadmissible Alien

1                   I N D E X (Continued)

2    EXHIBITS                              INITIAL REFERENCE

3     Exhibit 3   Detainee Grievance Form              50
                  Case# 14-114, Grisel
4                 Xahuentitla-Flores

5     Exhibit 4   Detainee Work Detail Application     52
                  for Grisel Xahuentitla-Flores
6
7     Exhibit 5   Service Processing Center/Contract   60
                  Detention Facility The Geo Group,
                  Inc./Aurora Ice Processing Center
8                 Detainee Voluntary Work Program
                  Agreement
9
10    Exhibit 6   Order to Detain or Release Alien     65

11    Exhibit 7   U.S. Immigration and Customs         65
                  Enforcement, Enforcement and
                  Removal Operations National
12                Detainee Handbook Detention
                  Management Division
13
14    Exhibit 8   Emergency Notification and          117
                  Property Disposition Form for
                  Grisel Xahuentitla-Flores
15
16    Exhibit 9   Declaration of Grisel              118
                  Xahuentitla-Flores
17
      Exhibit 10  Ex-detainees: Detention center's   141
18                practices border on slavery by
                  Colleen Slevin, June 22, 2017

19

20

21

22

23

24

25

1           P R O C E E D I N G S

2           (Exhibits 1 through 10 marked.)

3           THE VIDEOGRAPHER:  We're on the record

4    at 10:30 a.m.  Today is October 26, 2017.  This

5    begins the videotape deposition of Grisel

6    Xahuentitla, taken by the defendant in the matter

7    of Menocal, et al. vs. The Geo Group.

8           We are located at 1225 - 17th Street,

9    Suite 3050, Denver, Colorado.  The court reporter

10   is Tracy Harris.  The videographer is Monika Cary.

11   Counsel will introduce themselves and the parties

12   they represent beginning with plaintiff's counsel

13   first.

14           MR. HOOD:  Alexander Hood for the

15   plaintiff from Towards Justice.

16           MR. MEYER:  Hans Meyer with the Meyer

17   Law Office

18           MR. TURNER:  Andrew Turner, the Kelman

19   Buescher Firm.

20           MR. DEACON:  This is Charlie Deacon

21   with Norton Rose Fulbright, representing The

22   Geo Group.

23           MR. EISMEIER:  And Dana Eismeier, Burns

24   Figa & Will, also for Geo Group.

25           THE VIDEOGRAPHER:  Will the court

*AB Court Reporting & Video*

1    reporter please swear in the witness.

2                    GRISEL XAHUENTITLA,

3    being first duly sworn in the above cause, was

4    examined and testified as follows:

5                    EXAMINATION

6    BY MR DEACON:

7        Q    Ms. Grisel (sic), we met just briefly

8    before your deposition.  Could you identify

9    yourself for the record.

10       A    My name is Grisel Xahuentitla-Flores.

11            MR. HOOD:  Mr. Deacon, before -- before

12   we get started, could we just put a few things on

13   the record?

14            MR. DEACON:  Absolutely.

15            MR. HOOD:  First, I'd just like to pass

16   my witness a glass of water.

17            MR. DEACON:  Good idea.

18            MR. HOOD:  And prior to going on the

19   record, we discussed a stipulation that simply

20   saying the word "Objection" would be sufficient to

21   preserve any deposition-appropriate objections

22   and -- with no further language; is that correct?

23            MR. DEACON:  It is.  Why don't we just

24   keep that the same for all depos.

25                    Fair?

1           MR. HOOD:  Objection.

2      A     Okay.

3      Q     (By Mr. Deacon)  All right.  Do you --

4  Did you --  Did you understand that was ICE that

5  made that determination?

6           MR. HOOD:  Objection.

7      A     I do understand that.

8      Q     (By Mr. Deacon)  You did understand

9  that, okay?

10     A     I do now.

11     Q     Okay.  All right.  Let me ask you, were

12 you --  Were you ever disciplined while you were

13 at Aurora?

14     A     Disciplined?

15     Q     Yeah.  Did you ever do anything that

16 got you in trouble?

17     A     No.

18     Q     All right.  Were you ever placed in

19 administrative segregation?

20          MR. HOOD:  Objection.

21     A     What's --  What's that?

22     Q     (By Mr. Deacon)  Okay.  Well, that's

23 probably a good answer, because if you don't know,

24 you probably didn't.

25          Do you recall ever getting the

1    STATE OF COLORADO)

2                    )ss.    REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10        I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15        I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19        In witness whereof, I have affixed my

20   signature this 6th day of November, 2017.

21        My commission expires July 30, 2021.

22

23

24                    _____
                      Tracy L. Harris, CRR, RMR, RPR
                      216 - 16th Street, Suite 600
25                    Denver, Colorado  80202