# EXHIBIT L

# MENOCAL

# VS.

# THE GEO GROUP

<u>Deposition</u>

# JESUS YEPEZ GAYTAN

*11/16/2017*

---

# AB Court Reporting & Video
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

AB Court Reporting & Video

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

_____

VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
November 16, 2017

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____

APPEARANCES:

    OUTTEN & GOLDEN, LLP
        By Juno Turner, Esq.
           685 Third Avenue, 25th Floor
           New York, New York  10017
           and
    R. ANDREW FREE LAW OFFICE
        By R. Andrew Free, Esq.
           414 Union Street, Suite 900
           Nashville, Tennessee  37209
              Appearing on behalf of Plaintiffs

```
 1    APPEARANCES (Continued):

 2         NORTON ROSE FULBRIGHT US, LLP
               By Charles A. Deacon, Esq.
 3                 300 Convent Street, Suite 2100
                   San Antonio, Texas  79205
 4                   and
           BURNS, FIGA & WILL, P.C.
 5             By Dana L. Eismeier, Esq.
                   6400 S. Fiddlers Green Circle
 6                 Suite 1000
                   Greenwood Village, Colorado  80111
 7                   Appearing on behalf of Defendant

 8    Also Present: Paula Wolff, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Pursuant to Notice and the Federal
2    Rules of Civil Procedure, the video deposition of
3    JESUS YEPEZ GAYTAN, called by Defendant, was taken
4    on Thursday, November 16, 2017, commencing at
5    11:33 a.m., at 1225 - 17th Street, Suite 3050,
6    Denver, Colorado, before Tracy L. Harris,
7    Certified Realtime Reporter, Registered Merit
8    Reporter, and Notary Public within and for the
9    State of Colorado.
10
11
12                    I N D E X
13   VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
14   EXAMINATION BY:                                    PAGE
15       Ms. Turner                                 139, 153
16       Mr. Free                                         --
17       Mr. Deacon                                   6, 146
18       Mr. Eismeier                                     --
19
20   EXHIBITS                                INITIAL REFERENCE
21   Exhibit 38  Defendant's Notice to Take Oral        --
                 and Videotaped Deposition of
22               Jesus Gaytan
23   Exhibit 39  U.S. Department of Homeland            82
                 Security Record of Deportable/
24               Inadmissible Alien regarding
                 Jesus Emmanuel Yepez-Gaytan
25

```
 1                    I N D E X (Continued)

 2   EXHIBITS                                INITIAL REFERENCE

 3   Exhibit 40  Detainee Work Detail Application        87
                 for Jesus Yepez-Gaytan, Date of
 4               Request 3-30-14

 5   Exhibit 41  Detainee Work Detail Application        90
                 for Jesus Yepez-Gaytan, Date of
 6               Request 4-24-14

 7   Exhibit 42  Service Processing Center/Contract      91
                 Detention Facility The Geo Group,
 8               Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
 9               Agreement 4-24-14

10   Exhibit 43  Service Processing Center/Contract      92
                 Detention Facility The Geo Group,
11               Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
12               Agreement 4-30-14

13   Exhibit 44  Emergency Notification and              93
                 Property Disposition Form for
14               Jesus Yepez-Gaytan 4-23-14

15   Exhibit 45  Emergency Notification and              93
                 Property Disposition Form for
16               Jesus Yepez-Gaytan 7-18-14

17   Exhibit 46  Case No. 14M00840 People of the         96
                 State of Colorado v. Jesus
18               Emmanuel Yepez-Gaytan Petition
                 and Order for Writ of Habeas Corpus
19               and Prosequendum

20   Exhibit 47  Aurora Detention Center                 98
                 (Request Form - Kite) regarding
21               Jesus Yepez-Gaytan, 6-10-14

22   Exhibit 48  Detainee Grievance Form                102
                 Case No. 14-104 for Jesus
23               Yepez-Gaytan

24   Exhibit 49  Declaration of Jesus Gaytan            104

25
```

1                    P R O C E E D I N G S

2              (Exhibits 38 through 49 marked.)

3              VIDEOGRAPHER:  We're on the record at

4    11:33 a.m.  Today is November 16, 2017.  This

5    begins the video deposition of Jesus Yepez Gaytan,

6    taken by the defendant in the matter of Menocal,

7    et al. vs. The Geo Group.

8              We are located at Norton Rose Fulbright

9    U.S., LLP, 1225 - 17th Street, Suite 3050, Denver,

10   Colorado 80202.  The court reporter is Tracy

11   Harris.  I am the videographer; my name is Paula

12   Wolff.

13             Counsel will now introduce themselves,

14   starting with plaintiffs' counsel first.

15             MS. TURNER:  Juno Turner, Outten &

16   Golden for the plaintiffs.

17             MR. FREE:  Andrew Free, The Law Office

18   of Andrew Free, for the plaintiffs.

19             MR. DEACON:  Charlie Deacon for The

20   Geo Group, Inc.

21             MR. EISMEIER:  And Dana Eismeier for

22   Geo Group.

23             THE VIDEOGRAPHER:  Will the court

24   reporter please swear in the witness.

25                   JESUS YEPEZ GAYTAN,

1  being first duly sworn in the above cause, was
2  examined and testified as follows:
3                      EXAMINATION
4  BY MR DEACON:
5      Q    You're done.  You can put your hand
6  down.
7           Mr. Yepez, why are you suing my client,
8  The Geo Group?
9      A    I'm suing your client because of the
10 sanitation situation and the $1 -- the $1
11 situation that I want to get compense -- compense
12 (sic) for it.  Yeah.
13     Q    Whose idea was it to bring this
14 lawsuit?
15     A    Us --  The employee- --  The
16 employees -- employers (sic).
17     Q    Who --  Who brought it to --  Who first
18 approached you about being a party to this case?
19     A    It was one of my -- the workers that
20 worked there.
21     Q    Who was that?
22     A    Diego Vizguerra.  Diego Vizguerra.
23     Q    Okay.  And how did you know Dagoberto?
24     A    He was --
25          MS. TURNER:  He said Diego, I think.

```
 1   commissary or anything like that?
 2        A    No.
 3        Q    Were you ever provided Xboxes when you
 4   were at Aurora?
 5        A    Yeah.
 6        Q    Okay.  And was that to kind of reward
 7   you for keeping the -- your area clean?
 8        A    Yeah.
 9        Q    All right.  Were you also given movies
10   to watch as part of an incentive to keep your area
11   clean?
12        A    Yeah.
13        Q    Were you also given ice cream and other
14   treats in order to incentivize you to keep your
15   area clean?
16        A    Sometimes.
17        Q    Yeah.  Did you ever receive any extra
18   incentives for working in the laundry other than
19   the $1 a day?
20        A    Like . . .
21        Q    Like extra food or -- or --
22        A    Sometimes.
23        Q    -- movie passes?
24             Sometimes you would be?
25        A    (Deponent nodded head.)
```

```
 1   STATE OF COLORADO)
 2                   )ss.   REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4          I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10          I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15          I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19          In witness whereof, I have affixed my
20   signature this 29th day of November, 2017.
21          My commission expires July 30, 2021.
22
23
                        _____
24                      Tracy L. Harris, CRR, RMR, RPR
                        216 - 16th Street, Suite 600
25                      Denver, Colorado  80202
```