# EXHIBIT M

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No.: 1:14-cv-02887-JLK
 3   _____

 4                      DEPOSITION OF
                JOYCE QUEZADA - July 28, 2020
 5                     via RemoteDepo
     _____
 6
     ALEJANDRO MENOCAL, ET AL.,
 7
     Plaintiffs,
 8
     v.
 9
     THE GEO GROUP, INC.,
10
     Defendant.
11   _____

12
                  PURSUANT TO NOTICE, the deposition of
13   JOYCE QUEZADA was taken on behalf of the Plaintiffs by
     remote means, on July 28, 2020, at 9:32 a.m., before
14   Shannon Clementi, Registered Professional Reporter,
     Colorado Realtime Certified Reporter and Notary Public,
15   appearing remotely from Arapahoe County, Colorado.

16

17

18

19

20

21

22

23

24

25
```

```
 1                    REMOTE APPEARANCES

 2   For the Plaintiffs and Class:

 3           ANDREW TURNER, ESQ.
             The Kelman Buescher Firm
 4           600 Grant Street, Suite 450
             Denver, Colorado 80203
 5           aturner@laborlawdenver.com


 6
     For the Defendant:
 7
             ADRIENNE SCHEFFEY, ESQ.
 8           Akerman, LLP
             1900 Sixteenth Street, Suite 1700
 9           Denver, Colorado 80202
             adrienne.scheffey@akerman.com
10
             DANA EISMEIER, ESQ.
11           Burns, Figa & Will
             6400 South Fiddlers Green Circle
12           Suite 1000
             Greenwood Village, Colorado 80111
13           deismeier@bfwlaw.com

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      I N D E X

 2   EXAMINATION OF JOYCE QUEZADA:                    PAGE
     July 28, 2020
 3
     By Mr. Turner                                  5, 151
 4
     By Ms. Scheffey                              148, 153
 5


 6                                                  INITIAL
     DEPOSITION EXHIBITS:                         REFERENCE
 7   (Exhibits provided electronically to the reporter.)

 8   Exhibit 1   Application for Employment for Joyce   13
                 Quezada dated 12/20/00
 9
     Exhibit 2   Transfer records for Joyce Quezada     22
10
     Exhibit 3   Email exchange                         70
11
     Exhibit 4   Officer of the Year Award letter from  73
12               Johnny Choate to Joyce Quezada dated
                 5/1/15
13
     Exhibit 5   Applications Cover Letter Aurora/ICE   75
14               Processing Center dated 10/24/05

15   Exhibit 6   (Not marked)                           81

16   Exhibit 7   Aurora ICE Processing Center Detainee  81
                 Handbook, Local Supplement, Revised
17               10/13

18   Exhibit 8   Shift Supervisor Daily Log/Post       106
                 Assignments
19
     Exhibit 9   Excerpt entitled "Suicide Management  137
20               Policy Intervention Procedures"

21

22

23

24

25
```

```
 1                WHEREUPON, the following proceedings
 2   were taken pursuant to the Colorado Rules of Civil
 3   Procedure.
 4                 *       *       *       *       *
 5                THE REPORTER:  The attorneys participating
 6   in this deposition acknowledge that I am not physically
 7   present in the deposition room and that I will be
 8   reporting this deposition remotely.  They further
 9   acknowledge that in lieu of an oath administered in
10   person, the witness will verbally declare her testimony
11   in this matter is under penalty of perjury.  The
12   parties and their counsel consent to this arrangement
13   and waive any objections to this manner of reporting.
14                Please indicate your agreement by stating
15   your name and agreement on the record.
16                MS. SCHEFFEY:  Adrienne Scheffey on behalf
17   of the GEO Group.  I agree.
18                MR. TURNER:  Andrew Turner on behalf of
19   the plaintiff class, and we agree.
20                         JOYCE QUEZADA,
21   having been first duly sworn to state the whole truth,
22   testified as follows:
23                (Deponent's reply to oath:  Yes, I swear.)
24
25
```

Royce Quezada
July 28, 2020                                                          64

```
 1                MS. SCHEFFEY:  Object to form.
 2         A.    Possibly.
 3         Q.    (BY MR. TURNER)  I'm sorry?  What was the
 4   answer?
 5         A.    Yes.
 6         Q.    Okay.  You weren't always assigned to
 7   female dorms?
 8         A.    No.
 9         Q.    What do the dorm trustees do?
10         A.    We would have dorm trustees, and then we'd
11   have the cleanup crew, six of them, and they would help
12   me serve the trays.
13               And then after the trays were served, we
14   would get the cleanup crew, the six that -- two to
15   clean tables, two to mop and two to sweep.  And the
16   trustees would just help them.
17               I would help them also.  I'd get the spray
18   bottle and spray the tables for them, and they would
19   wipe.
20         Q.    Okay.
21         A.    And I'd have their buckets ready for them,
22   and they would just clean up.
23         Q.    And you're talking about general cleanup
24   of the common area, right?
25         A.    Yes, the day area.
```

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF COLORADO        )
                              )  ss.
 3   CITY AND COUNTY OF DENVER )

 4              I, Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
 5   Reporter and Notary Public ID 20004025632, State of
     Colorado, do hereby certify that previous to the
 6   commencement of the examination, the said JOYCE QUEZADA
     verbally declared his/her testimony in this matter is
 7   under penalty of perjury; that the said deposition was
     taken in machine shorthand by me at the time and place
 8   aforesaid and was thereafter reduced to typewritten
     form; that the foregoing is a true transcript of the
 9   questions asked, testimony given, and proceedings had.

10              I further certify that I am not employed
     by, related to, nor of counsel for any of the parties
11   herein, nor otherwise interested in the outcome of this
     litigation.
12
                IN WITNESS WHEREOF, I have affixed my
13   signature this 12th day of August, 2020.

14              My commission expires June 3, 2021.

15
     __X__ Reading and Signing was requested.
16
     _____ Reading and Signing was waived.
17
     _____ Reading and Signing is not required.
18
                                 _____
19                               Shannon Clementi
                                 Registered Professional Reporter
20                               Colorado Realtime Certified Reporter

21

22

23

24

25
```