# EXHIBIT P

1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
2

3            CIVIL ACTION NO.: 1:14-cv-02887-JLK

4

ALEJANDRO MENOCAL, et al.,
5

6            Plaintiffs,

7    -vs-

8

THE GEO GROUP, INC.,
9

10            Defendant.
     _____/
11

12

                DEPOSITION OF DANIEL RAGSDALE
13

14

                 Thursday, February 27, 2020
15                 9:20 a.m. - 3:14 p.m.

16

                 Shavitz Law Group, P.A.
17                951 Yamato Road, #285
                 Boca Raton, Florida 33431
18

19

20            Stenographically Reported By:
                JOYCE L. BLUTEAU, RPR, FPR
21           Registered Professional Reporter
                Florida Professional Reporter
22

23

24

25

```
 1   APPEARANCES:


 2

     On behalf of the Plaintiffs:
 3

 4        TOWARDS JUSTICE
          1410 High Street
 5        Suite 300
          Denver, Colorado 80218
 6        720.441.2236
          juno@towardsjustice.org
 7        BY: JUNO TURNER, ESQUIRE


 8

 9        OUTTEN & GOLDEN, LLP
          685 Third Avenue
10        25th Floor
          New York, New York 10017
11        212.245.1000
          akoshkin@outtengolden.com
12        BY: ADAM L. KOSHKIN, ESQUIRE


13

14   On behalf of the Defendant:
          AKERMAN, LLP
15        1900 Sixteenth Street
          Suite 1700
16        Denver, Colorado 80202
          303.260.7712
17        colin.barnacle@akerman.com
          adrienne.scheffey@akerman.com
18        BY: COLIN L. BARNACLE, ESQUIRE and
              ADRIENNE SCHEFFEY, ESQUIRE
19

20
          THE GEO GROUP, INC.
21        4955 Technology Way
          Boca Raton, Florida 33431
22        561.443.1786
          cwilke@geogroup.com
23        BY:  CHERYL L. WILKE, ESQUIRE, VP CORPORATE COUNSEL

24
                         -  -  -
25
```

```
 1                        INDEX OF PROCEEDINGS

 2


 3   DEPOSITION OF DANIEL RAGSDALE                      PAGE


 4
     DIRECT EXAMINATION BY MS. TURNER:                    5
 5


 6   CERTIFICATE OF OATH                                184
     CERTIFICATE OF REPORTER                            185
 7   WITNESS NOTIFICATION LETTER                        186
     ERRATA SHEET                                       187
 8


 9
                        PLAINTIFF'S EXHIBITS
10
             (Exhibits were retained by Ms. Turner.)
11


12   Number              Description                   Page


13
```

| Number | Description | Page |
|---|---|---|
| 1 | Notice of F.R.C.P. 30(b)(6) Deposition of Defendant The GEO Group, Inc. | 8 |
| 2 | 5/27/03 Contract with the Department of Homeland Security and Wackenhut Corrections Corporation | 18 |
| 3 | 9/29/06 Contract between ICE and The GEO Group | 23 |
| 4 | Aurora ICE Processing Center Policy and Procedure Manual | 28 |
| 5 | E-mail with Attached 2011 Contract for operation of the Aurora Facility | 39 |
| 6 | Staffing Plan for a 400-Bed Facility and a 432-Bed Facility | 46 |
| 7 | Answers to Interrogatories | 53 |
| 8 | Aurora Detention Center Policy and Procedure Manual Section 12.1.4 Housekeeping | 55 |
| 9 | Aurora Policy and Procedure Manual Section 8.1.8, Beginning with GEO_MEN 38548 | 62 |
| 10 | 2011 Performance-based National Detention Standards | 69 |
| 11 | ALDF Standard | 71 |

```
 1                   PLAINTIFF'S EXHIBITS (cont...)

 2
                     (Exhibits were retained by Ms. Turner.)
 3

 4   Number    Description                                    Page

 5
        12     E-mail with Attached Ice Contracted             82
 6             Audit, Bates GEO_MEN 44299 to 44377
        13     E-mail with attachments, Bates 15154 to         88
 7             15186
        14     E-Mail with Attachments, Bates                  94
 8             Nos. 79073 to 79119
        15     U.S. Marshal Standards                         101
 9      16     Enforcement and Removal Operations             105
               National Detainee Handbook Custody
10             Management, April 2016
        17     5/20/13 ICE Detainee Handbook                  112
11      18     Detainee Handbook.  Bates Nos. 00064443        118
               to 00064463
12      19     ACA Standard                                   120
        20     Letter Addressed to Acting Director of         136
13             ICE
        21     Aurora's Disciplinary Procedures and           138
14             Hearing Board's Policy
        22     10/15/14 Detainee Payroll Excel                150
15             Spreadsheet
        23     Aurora Policy and Procedure Manual             151
16             Relating to the Detainee Work Program
        24     Housekeeping and Maintenance Plan from         152
17             the Aurora Facility Signed by Johnny
               Choate
18      25     4/17/14 E-mail Chain from Dawn Ceja            158
               with Attachments
19      26     List of GEO Detention Facilities with          164
               Amounts Paid in Voluntary Work Program
20      27     Staffing Plan for the Aurora Facility          172

21

22

23

24

25
```

```
 1              Deposition taken before Joyce L. Bluteau,

 2    Registered Professional Reporter, Florida Professional

 3    Reporter, and Notary Public in and for the State of

 4    Florida at Large in the above cause.

 5                            -  -  -

 6              THE COURT REPORTER:  Do you swear the testimony

 7         you are about to give will be the truth, the whole

 8         truth, and nothing but the truth?

 9              THE WITNESS:  I do.

10    Thereupon,

11                       DANIEL RAGSDALE,

12    having been first duly sworn, was examined and testified

13    as follows:

14                       DIRECT EXAMINATION

15    BY MS. TURNER:

16         Q.   Good morning, Mr. Ragsdale.

17         A.   Good morning.

18         Q.   We met briefly before we got started.  My name

19    is Juno Turner.  I'm one of the attorneys for the

20    plaintiffs in this case.

21              Could you just, for purposes of the record,

22    state your full name and your business address?

23         A.   It's Daniel Ragsdale and 1915 Technology Way,

24    Boca Raton, Florida 33431.

25         Q.   Thanks.
```

1   thing.  I mean, ICE would have to be consulted with.  And

2   so, I mean, to the extent it is similar in kind to what's

3   already getting done and it's only a question of

4   quantity, I think that's something that sort of could be

5   done in the ordinary course of business.

6           If it's something that is, you know, materially

7   different than sort of what's contemplated by the list in

8   the VWP standard, that I think it obviously would require

9   a discussion with ICE.

10          And the other thing I would say it's also

11  important to note is a discussion with ICE between the

12  facility administrator and the AFOD or OIC is not, you

13  know, a binding discussion where it changes the contract,

14  the scope of work, the performance work, any of those

15  things.  Can't change a standard so, you know, that is

16  where, you know, if there's something that's, you know,

17  again, a material new start change, that requires going

18  to the COTR, COTR getting the CO involved, the

19  contractor, et cetera.

20      Q.   I mean, is it fair to say that in a situation

21  like what we're talking about it is less costly for GEO

22  to use VWP workers as opposed to an outside contractor?

23      A.   It is absolutely not less costly for GEO to use

24  voluntary worker folks.

25      Q.   How is that?

 1        A.    Well, as we talked about before, and the math

 2   is pretty straightforward.  It's a dollar a day when it's

 3   a dollar a day, and that's sort of passed through to GEO.

 4   But to the extent GEO has to pay anything more than a

 5   dollar a day and it is not reimbursed for it is a cost to

 6   GEO.

 7              As you can imagine, and any government

 8   contractor that is involved in forced augmentation --

 9        Q.    Sorry, that is involved in...

10        A.    Forced augmentation, meaning hands, you know,

11   so if we -- so every federal agency probably has some

12   amount of support service contracts, whether they're

13   accountants, whether they're folks that enter things in

14   databases.  They could be telephone operators where the

15   government has decided it's not inherently government

16   work that has to get done -- let's put this it way:  The

17   Federal Protective Service is a good example.  The

18   Federal Protective Service only has maybe, say, 2,000

19   employees but there may be 11,000 contract guards that

20   guard federal buildings that are contract guards working

21   for the Federal Protective Service, but they're not

22   federal employees, right.

23        Q.    Um-hmm.

24        A.    So anybody that supplies those contract guards

25   has a margin on each one of those guards.  So if you have

1  a hundred guards, you make X.  If you have 110 guards,

2  you make that additional margin on that 10 percent.  GEO

3  is no different.

4          So, in other words, if we had our folks,

5  meaning GEO employees who are on our staffing plan which

6  we charge ICE for and make money on that in a reasonable

7  way --

8      Q.    Um-hmm.

9      A.    -- we would make more, not less because we're

10  charged at the actual rate.

11      Q.    Um-hmm.

12      A.    So there's no incentive financially for GEO to

13  use any voluntary work person to do anything,

14  particularly when you have to, again, incentivize them,

15  as we talked before, beyond a dollar a day.  It's sort of

16  cost neutral at a dollar a day but it gets -- it becomes

17  a cost to us if it goes beyond that.

18      Q.    And what about, though, as opposed to using not

19  GEO employees but an outside contractor, so if you were

20  able to use dollar-a-day workers for, you know, work,

21  maintenance work in the yards as opposed to paying, you

22  know, a yard guy to come and clean it up?

23      A.    We use vendors all the time for things so, in

24  other words, there's, you know -- that's not the business

25  model.  I don't -- you know, there's, as you can imagine

```
 1                    CERTIFICATE OF REPORTER

 2

     THE STATE OF FLORIDA,          )

 3

     COUNTY OF PALM BEACH.          )

 4

 5

             I, Joyce L. Bluteau, Registered Professional

 6   Reporter, Florida Professional Reporter, certify that I
     was authorized to and did stenographically report the

 7   deposition of DANIEL RAGSDALE; pages 1 through 183; that
     a review of the transcript was requested; and that the

 8   transcript is a true record of my stenographic notes.

 9

             I further certify that I am not a relative,

10   employee, attorney, or counsel of any of the parties, nor
     am I a relative or employee of any of the parties'

11   attorneys or counsel connected with the action, nor am I
     financially interested in the action.

12

13           DATED this 3rd day of March, 2020.

14

15

16

17

18

19

20   _____
     Joyce L. Bluteau,

21   Registered Professional Reporter
     Florida Professional Reporter

22

23

24

25
```