# EXHIBIT Q

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF COLORADO
 2
            CIVIL ACTION NO.:  1:14-CV-02887-JLK
 3

 4   ALEJANDRO MENOCAL, et al.,

 5                Plaintiffs,

 6   -vs-

 7   THE GEO GROUP, INC.,

 8                Defendant.
     _____/
 9

10

11
                     DEPOSITION OF BRIAN EVANS
12

13
                     Thursday, June 10, 2020
14                   11:04 a.m. - 2:56 p.m.

15

16           ALL PARTIES APPEARED REMOTELY

17

18
                 Stenographically Reported By:
19                     JULIE BRUENS, FPR
                 Florida Professional Reporter
20

21

22

23

24

25
```

Brian Evans
June 10, 2020                                                                 2

```
 1                         APPEARANCES

 2

 3   On behalf of the Plaintiffs:
                  OUTTEN & GOLDEN, LLP
 4                685 Third Avenue
                  New York, New York 10017
 5                212-245-1000
                  mscimone@outtengolden.com
 6                BY: MICHAEL J. SCIMONE, ESQUIRE

 7                OUTTEN & GOLDEN, LLP
                  One California Street, 12th Floor
 8                San Francisco, California 94111
                  415-638-8800
 9                akoshkin@outtengolden.com
                  BY: ADAM KOSHKIN, ESQUIRE
10
     On behalf of the Defendant:
11                AKERMAN
                  1900 Sixteenth Street, Suite 1700
12                Denver, Colorado 80202
                  303-260-7712
13                adrienne.scheffey@akerman.com
                  BY: ADRIENNE SCHEFFEY, ESQUIRE
14
                  THE GEO GROUP, INC.
15                4955 Technology Way
                  Boca Raton, Florida 33431
16                561-443-1786
                  cwilke@geogroup.com
17                BY: CHERYL WILKE, ESQUIRE

18   ALSO PRESENT:

19        MICKEY LEY

20                        -  -  -

21

22

23

24

25
```

```
 1
                              INDEX
 2
     DIRECT EXAMINATION BY MR. KOSHKIN......................5
 3   CROSS-EXAMINATION BY MS. SCHEFFEY....................105
     REDIRECT EXAMINATION BY MR. KOSHKIN..................108
 4   CERTIFICATE OF REPORTER..............................110
     READ LETTER..........................................111
 5   ERRATA SHEET.........................................112

 6
                           EXHIBIT INDEX
 7
     PLAINTIFF'S           DESCRIPTION                 PAGE
 8
         1                 RESPONSE TO RFP              26
 9       2                 E-MAIL                       36
         3                 SPREADSHEET                  56
10       4                 E-MAIL                       65
         5                 2014 GEO 10K                 88
11       6                 2013 GEO 10K                 91
         7                 2012 GEO 10K                 91
12       8                 2011 GEO 10K                 91
         9                 FINANCIAL PERFORMANCE        92
13      10                 GEO MEN 44408                95
        11                 GEO MEN 44517                95
14      12                 GEO MEN 44735                95
        13                 GEO MEN 44844                95
15      14                 GEO MEN 44950                95
        15                 GEO MEN 45058                95
16      16                 GEO MEN 45166                95

        17                 GEO MEN 45278                95
17
                (EXHIBITS RETAINED BY THE COURT REPORTER.)
18

19

20

21

22

23

24

25
```

```
 1            Deposition taken before Julie Bruens,
 2   Florida Professional Reporter, and Notary Public in and
 3   for the State of Florida at Large in the above cause.
 4                              *****
 5            THE COURT REPORTER:  The attorneys
 6      participating in this proceeding acknowledge that I
 7      am not physically present in the proceeding room
 8      and that I will be reporting this proceeding
 9      remotely.
10            They further acknowledge that, in lieu of an
11      oath administered in person, the witness will
12      verbally declare his/her testimony in this matter
13      is under penalty of perjury.  The parties and their
14      counsel consent to this arrangement and waive any
15      objections to this manner of reporting.
16            Please indicate your agreement by stating your
17      name and your agreement on the record.
18            MR. KOSHKIN:  Adam Koshkin, counsel for
19      plaintiffs, and I agree.
20            MR. SCIMONE:  Michael Scimone, counsel for
21      plaintiffs, I agree.
22            MS. SCHEFFEY:  This is Adrienne Scheffey, and
23      defendants have no objection to the remote swearing
24      in procedure stated.
25            THE COURT REPORTER:  Will the witness please
```

```
 1        say and spell your first and last name for the

 2        record.

 3              THE WITNESS:  Brian, B-R-I-A-N, Evans,

 4        E-V-A-N-S.

 5              THE COURT REPORTER:  Will the witness now

 6        please repeat the following declaration for the

 7        record:

 8              I declare my testimony in this matter --

 9              THE WITNESS:  I declare my testimony in this

10        matter --

11              THE COURT REPORTER:  -- is under penalty of

12        perjury.

13              THE WITNESS:  -- is under penalty of perjury.

14              THE COURT REPORTER:  The witness having

15        declared that his/her testimony in this matter is

16        under the penalty of perjury and the parties have

17        stated their agreement for the record.  You may

18        proceed.

19                      DIRECT EXAMINATION

20   BY MR. KOSHKIN:

21      Q.   All right.  Good morning, Mr. Evans.  I'm

22   counsel for the class in this case, Menocal versus the

23   GEO Group.  And for the record -- I guess you just

24   stated your full name for the record.  Have you ever

25   been deposed before?
```

1              And just a statement that it reflects our best
2         estimates, our estimates and use of actual cost to
3         develop the pricing.
4    BY MR. KOSHKIN:
5         Q.   Okay.  And what's your role in preparing this
6    document?
7         A.   I signed it.
8         Q.   So you did not prepare it?
9         A.   No.
10        Q.   Okay.  Did you review it before you signed it?
11        A.   I would imagine so.  It's certainly the things
12   that are highlighted here.  The costs and the fee, those
13   are part of -- at least part of documents that I would
14   have been part of the review process of.
15        Q.   Okay.  Do you know who prepared this document?
16        A.   Someone in -- most likely someone in the
17   proposal development group.  So you see Ron Maddox
18   mentioned here, so someone that worked for him most
19   likely.
20        Q.   Okay.  And it was produced at the time that
21   the contract was -- at the time that GEO was making the
22   proposal for the contract?
23             MS. SCHEFFEY:  Object to form.
24             THE WITNESS:  Yes.  I mean, it would be -- as
25        it says, it's part of our final pricing proposal

1   developed it, but I certainly use it as a guide as we do

2   our -- as we make capital investment decisions.

3       Q.   And just -- sorry, for clarity, the 13 to

4   15 -- excuse me.  The 13 to 15 percent ROI target that

5   you just described is a company-wide target for all

6   projects?

7              MS. SCHEFFEY:  Object to form, you may answer.

8              THE WITNESS:  It's a company-wide target for

9       projects where we make an investment, where we make

10      a capital investment.

11  BY MR. KOSHKIN:

12      Q.   Meaning owning the facility or building the

13  facility?

14             MS. SCHEFFEY:  Object to form.

15             THE WITNESS:  Owning or building the facility,

16      yes.

17  BY MR. KOSHKIN:

18      Q.   Are there other types of capital investments?

19      A.   There are some facilities that we do not own,

20  or I should say we don't have complete ownership, but we

21  have a long-term lease, and so we've made a capital

22  investment in a long-term lease project.

23      Q.   And what does that capital investment look

24  like?

25      A.   It's for the same type of stuff.  It's

1  improvements to the -- so there are a few facilities

2  that are older facilities that we've leased from a

3  county government or whatever, and then we've gone in

4  and made significant improvements to upgrade the quality

5  of the facility and make it usable and functional for

6  whoever the specific client is, and so in those cases,

7  we're still looking for the same type of return we would

8  get on an owned facility.

9       Q.   And what does GEO do to try to meet this ROI

10  target at the facility level?

11           MS. SCHEFFEY:  Object to form.

12           THE WITNESS:  Sorry, you broke up there on the

13      last part.  What does it do to meet its ROI targets

14      on a what?

15  BY MR. KOSHKIN:

16      Q.   So on a facility level, what steps does GEO

17  take?

18      A.   Well, as I described, we build up all of our

19  cost, and then we look at what the costs are and what

20  the investment needs to be that we're making and we

21  calculate the total profit that we need and we'll set

22  that on top of the total cost.  As long as we can

23  support that 13 to 15 percent ROI, then it's a viable

24  project.  If it can't support a 13 to 15 percent ROI,

25  then it's not going to be a viable project.

1   service provider and then pay them that fee percentage

2   above the cost.  That's not the type of contract that we

3   have though.

4       Q.  Okay.  And so you said the type of contract

5   that you have is an IDIQ contract?

6       A.  I believe that's the term.

7       Q.  Do you know what that stands for?

8       A.  Indefinite delivery, indefinite quantity.

9       Q.  Okay.  So the per diem amount, looking back to

10  Exhibit 1 and the CLIN sheet as you described it, that's

11  page five of the PDF?

12      A.  Yes.

13      Q.  So this lists the per diem rate on -- like the

14  first year, the per diem is -- it appears to be $135.50,

15  and then the next year, the per diem is $139.71, etc.;

16  correct?

17      A.  Yes.  Well, let me check that next line.

18      Q.  Okay.

19      A.  Yes.  Yes.

20      Q.  So in June, cost to run the facility is built

21  into that number as you've explained; right?

22      A.  Right.

23      Q.  And so is the fee amount; right?

24      A.  Yes.

25      Q.  And the number won't necessarily deviate from

| | |
|---|---|
| 1 | CERTIFICATE OF REPORTER |
| 2 | |
| 3 | THE STATE OF FLORIDA, |
| 4 | COUNTY OF PALM BEACH. |
| 5 | |
| 6 |     I, Julie Bruens, Florida Professional |
| 7 | Reporter, certify that I was authorized to and did |
| 8 | stenographically report the deposition of BRIAN EVANS; |
| 9 | pages 1 through 109; that a review of the transcript was |
| 10 | requested; and that the transcript is a true record of |
| 11 | my stenographic notes. |
| 12 |     I further certify that I am not a |
| 13 | relative, employee, attorney, or counsel of any of the |
| 14 | parties, nor am I a relative or employee of any of the |
| 15 | parties' attorneys or counsel connected with the action, |
| 16 | nor am I financially interested in the action. |
| 17 | |
| 18 |     Dated this 18th day of June, 2020. |
| 19 | |
| 20 | |
| 21 | |
| 22 | _____ |
| | Julie Bruens, FPR |
| 23 | Florida Professional Reporter |
| 24 | |
| 25 | |