# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

## DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS FOR FAILURE TO JOIN REQUIRED PARTY

I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am an attorney for defendant The GEO Group, Inc. ("<u>Defendant</u>" or "<u>GEO</u>") in the above-captioned matter. I have personal knowledge of the facts set forth below.

2.    I submit this Declaration in support of GEO's Motion to Dismiss for Failure to Join Required Party.

1

3.     Attached is an index of attached exhibits as required by this Court's practice standards. The exhibits are also outlined below.

4.     Attached as **Exhibit A** is a true and correct copy of the AIPC Contract with ICE dated September 15, 2011. This document has been filed with this court as Level 1 Restricted.

5.     Attached as **Exhibit B** is a true and correct copy of an ICE National Detainee Handbook that was used during the class period. Filed with this court as Level 1 Restricted.

6.     Attached as **Exhibit C** is a true and correct copy of the declaration submitted in support of this action from GEO's employee, Dawn Ceja.

7.     Attached as **Exhibit D** are true and correct copies of excerpts from Amber Martin's deposition, taken by Plaintiffs on October 9, 2019.

8.     Attached as **Exhibit E** are true and correct copies of excerpts of ICE's various audit findings at the AIPC during the class period. This document has been filed with this court as Level 1 Restricted.

9.     Attached as **Exhibit F** are true and correct copies of excerpts from Demetrio Valerga's deposition, taken by GEO on October 27, 2017.

10.    Attached as **Exhibit G** is a true and correct copy of a website capture from ICE's website on human trafficking dated May 30, 2018.

11.    Attached as **Exhibit H** is a true and correct copy of a press release related to this action dated February 28, 2017.

12.    Attached as **Exhibit I** is a true and correct copy of the United States' amicus brief filed in *Ahmed, et al. v. CoreCivic, Inc.*, U.S. Court of Appeals for the Eleventh Circuit, Case No. 18-15081.

Executed this 17th day of August, 2020, in Denver, Colorado.

<i>s/ Adrienne Scheffey</i><br>
Adrienne Scheffey

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of August, 2020, a true and correct copy of the foregoing **DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS FOR FAILURE TO JOIN REQUIRED PARTY** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

 

*s/ Nick Mangels*
Nick Mangels

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**INDEX OF EXHIBITS TO DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS FOR FAILURE TO JOIN REQUIRED PARTY**

| Exhibit | Description |
|---|---|
| **A** | AIPC Contract with ICE dated September 15, 2011 – **Filed with this Court as Level 1 Restricted** |
| **B** | ICE National Detainee Handbook – **Filed with this Court as Level 1 Restricted** |
| **C** | Declaration of Dawn Ceja |
| **D** | Excerpts of Amber Martin's Deposition Transcript dated October 9, 2019 |
| **E** | ICE Audit Findings – **Filed with this Court as Level 1 Restricted** |

| Exhibit | Description |
| --- | --- |
| **F** | Excerpts from Demetrio Valerga's Deposition Transcript October 27, 2017 |
| **G** | Human Trafficking Website Capture dated May 30, 2018 |
| **H** | Press Release dated February 28, 2017 |
| **I** | U.S. Amicus Brief filed in *Ahmed, et al. v. CoreCivic, Inc.*, U.S. Court of Appeals for the Eleventh Circuit, Case No. 18-15081 |