# EXHIBIT F

*MENOCAL*

*VS.*

*THE GEO GROUP*

**Deposition**

*DEMETRIO VALERGA*

*10/27/2017*

---

*AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

VIDEO DEPOSITION OF DEMETRIO VALERGA
October 27, 2017

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

APPEARANCES:

TOWARDS JUSTICE-DENVER
By David Seligman, Esq.
1535 High Street, Suite 300
Denver, Colorado 80218
and
THE KELMAN BUESCHER FIRM
By Andrew H. Turner, Esq.
600 Grant Street, Suite 450
Denver, Colorado 80203
Appearing on behalf of Plaintiffs

1    Pursuant to Notice and the Federal
2  Rules of Civil Procedure, the video deposition of
3  DEMETRIO VALERGA, called by Defendant, was taken
4  on Friday, October 27, 2017, commencing at
5  9:08 a.m., at 1225 - 17th Street, Suite 3050,
6  Denver, Colorado, before Tracy L. Harris,
7  Certified Realtime Reporter, Registered Merit
8  Reporter, and Notary Public within and for the
9  State of Colorado.
10
11
12            I N D E X
13  VIDEO DEPOSITION OF DEMETRIO VALERGA
14  EXAMINATION BY:                    PAGE
15    Mr. Seligman                      --
16    Mr. Turner                       166
17    Mr. Deacon                     8, 169
18    Mr. Eismeier                      --
19
20  EXHIBITS            INITIAL REFERENCE
21  Exhibit 11 Defendant's Notice of Oral and      90
22         Videotaped Deposition with
        Subpoena Duces Tecum for Demetrio
23         Valerga
24  Exhibit 12 U.S. Department of Homeland         92
        Security Record of Deportable/
25         Inadmissible Alien regarding
        Demetrio Antonio Valerga

Page 2

1  APPEARANCES (Continued):
2    NORTON ROSE FULBRIGHT US, LLP
3    By Charles A. Deacon, Esq.
     300 Convent Street, Suite 2100
4    San Antonio, Texas 78205
       and
5    BURNS, FIGA & WILL, P.C.
     By Dana L. Eismeier, Esq.
6    6400 S. Fiddlers Green Circle
     Suite 1000
7    Greenwood Village, Colorado 80111
       Appearing on behalf of Defendant
8  Also Present: Monika Cary, videographer
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1    I N D E X (Continued)
2  EXHIBITS            INITIAL REFERENCE
3  Exhibit 13 U.S. Department of Homeland         95
        Security Memorandum of
4         Investigation regarding Demetrio
        Valerga
5  Exhibit 14 Disciplinary Segregation Review     96
6         regarding D. Valerga
7  Exhibit 15 Administrative Segregation Review   97
        regarding D. Valerga
8  Exhibit 16 Aurora Detention Center             99
9         (Request Form - Kite) regarding
        Demetrio A. Valerga, 10-2-13
10 Exhibit 17 Aurora Detention Center            100
11        (Request Form - Kite) regarding
        Demetrio A. Valerga, 10-8-13
12 Exhibit 18 Aurora Detention Center            101
13        (Request Form - Kite) regarding
        Demetrio A. Valerga, 10-8-13
14 Exhibit 19 Aurora Detention Center            102
15        (Request Form - Kite) regarding
        Demetrio A. Valerga, 6-3-14
16 Exhibit 20 Aurora Detention Center            103
17        (Request Form - Kite) regarding
        Demetrio A. Valerga, 4-21-14
18 Exhibit 21 Aurora Detention Center            104
19        (Request Form - Kite) regarding
        Demetrio A. Valerga, 5-5-14
20 Exhibit 22 Aurora Detention Center            106
21        (Request Form - Kite) regarding
        Demetrio A. Valerga, 5-2-14
22
23 Exhibit 23 Aurora Detention Center            110
        (Request Form - Kite) regarding
        Demetrio A. Valerga, 5-24-14
24
25

## Page 5

1    I N D E X (Continued)

2    EXHIBITS                 INITIAL REFERENCE

3    Exhibit 24 Aurora Detention Center         111
4        (Request Form – Kite) regarding
         Demetrio A. Valerga, 12-30-13

5    Exhibit 25 Aurora Detention Center         113
6        (Request Form – Kite) regarding
         Demetrio A. Valerga, 5-18-14

7    Exhibit 26 Aurora Detention Center         114
8        (Request Form – Kite) regarding
         Demetrio A. Valerga, 2-18-14

9    Exhibit 27 Aurora Detention Center         115
10       (Request Form – Kite) regarding
         Demetrio A. Valerga, 2-23-14

11   Exhibit 28 Aurora Detention Center         116
12       (Request Form – Kite) regarding
         Demetrio A. Valerga, 12-17-13

13   Exhibit 29 Aurora Detention Center         117
14       (Request Form – Kite) regarding
         Demetrio A. Valerga, 2-20-14

15   Exhibit 30 Aurora Detention Center         118
16       (Request Form – Kite) regarding
         Demetrio A. Valerga, 1-6-14

17   Exhibit 31 Aurora Detention Center         119
18       (Request Form – Kite) regarding
         Demetrio A. Valerga, 2-8-14

19   Exhibit 32 Disciplinary Reports/GI's       120

20   Exhibit 33 Detainee Work Detail Application  127
21       for Demetrio Valerga,
         Date of Request 10-10-13

22   Exhibit 34 Detainee Work Detail Application  129
23       for Demetrio A. Valerga,
         Date of Request 10-16-13

24

25

## Page 6

1    I N D E X (Continued)

2    EXHIBITS                 INITIAL REFERENCE

3    Exhibit 35 Service Processing Center/Contract  130
4        Detention Facility The Geo Group,
         Inc./Aurora Ice Processing Center
5        Detainee Voluntary Work Program
         Agreement

6    Exhibit 36 Emergency Notification and         132
7        Property Disposition Form for
         Demetrio A. Valerga

8    Exhibit 37 Declaration of Demetrio A. Valerga  134

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## Page 7

1    P R O C E E D I N G S

2        (Exhibits 11 through 37 marked.)

3        THE VIDEOGRAPHER:  We're on the record

4    at 9:08 a.m.  Today is October 27, 2017.  This

5    begins the videotape deposition of Demetrio

6    Valerga in the matter of Menocal, et al. vs.

7    The Geo Group.

8        Will counsel please introduce

9    themselves and the parties they represent,

10   beginning with plaintiffs' counsel first.

11       MR. TURNER:  Good morning.  Andrew

12   Turner, the Kelman Beuscher Firm, representing the

13   plaintiffs.

14       MR. SELIGMAN:  David Seligman from

15   Towards Justice for the plaintiffs.

16       MR. DEACON:  Charlie Deacon,

17   representing the defendant, The Geo Group.

18       MR. EISMEIER:  Dana Eismeier,

19   representing Geo Group.

20       THE VIDEOGRAPHER:  Will the court

21   reporter please swear in the witness.

22       DEMETRIO VALERGA,

23   being first duly sworn in the above cause, was

24   examined and testified as follows:

25

## Page 8

1        EXAMINATION

2    BY MR DEACON:

3    Q    Do you want me to address you as

4    Demetrio or as Mr. Valerga?

5    A    It doesn't matter with me.  It's fine.

6    Q    Okay.

7    A    Valerga, Mr. Valerga, Demetrio.  It's

8    not an issue.

9    Q    Okay.  Have you ever given a dep- --

10   deposition before?

11   A    No, I haven't.

12   Q    You understand you're sworn under oath

13   to tell the truth?

14   A    Yes.

15   Q    And if I ask a question you don't

16   understand, would you ask me to repeat?

17   A    Say again.  I'm sorry.

18   Q    If I ask you -- Perfect example.  If I

19   ask you --

20   A    I got you there.  No, I understand.

21   Q    Yeah, exactly.  All right.  All right.

22   Now, you actually spent time in administrative

23   segregation, correct?

24   A    Three weeks.

25   Q    Three weeks?

**AB Court Reporting & Video**

1   Q    And it was August 27, 2015?

2   A    Yes.

3   Q    **Where did you sign this?**

4   A    That, I don't remember. But I remember

5 signing it.

6   Q    **Do you -- Did somebody come to you**

7 **with this --**

8   A    I --

9   Q    **-- or did you go somewhere?**

10   A    I think I met Brandt somewhere to sign

11 this.

12   Q    **Okay. So it was with Brandt --**

13   A    Yes.

14   Q    **-- Milstein?**

15       **All right. Did any guard ever threaten**

16 **to put you in the hole or in solitary -- not**

17 **solitary -- in administrative segregation or**

18 **disciplinary segregation for not cleaning your**

19 **area?**

20   A    Yes.

21   Q    **Who?**

22   A    I don't remember his name, but he was a

23 black guard.

24   Q    **Do you remember how tall he was?**

25   A    5 - 7, 5 - 8, maybe. A little shorter

1 than me. Real heavyset. I just don't remember

2 his name.

3   Q    **He was heavy?**

4   A    He was a heavy guy.

5   Q    **Do you know how old he was,**

6 **approximately?**

7   A    I would have to say he was in his mid

8 to late 40s.

9   Q    **Okay. But you don't know his name?**

10   A    I don't remember his name, no.

11   Q    **Do you remember what rank he had or --**

12   A    He was just a guard.

13   Q    **Just a --**

14   A    That's it.

15   Q    **-- guard?**

16       **And what exactly did he tell you?**

17   A    I'm trying to recall. I had gotten out

18 of the hole. I was sleeping. I didn't even get

19 up for breakfast. He came and woke me up, and I

20 was, like, "I'm not cleaning, dude. Leave me

21 alone."

22   Q    **Okay. So you were already in solitary**

23 **confinement?**

24   A    No. I was in the unit.

25   Q    **Okay. When -- Was it close to the**

**AB Court Reporting & Video**

1  to --
2     A    I know it as segregation.  That's all I
3  know it as --
4     **Q    Okay.**
5     A    -- or the hole.
6     **Q    Yeah.  And so did ICE tell you that if**
7  **you didn't do this, you'd -- that -- that you**
8  **could be taken --**
9     A    The conversation --
10        MR. TURNER:  Objection.
11        You can answer.
12    A    The  question --  The way the
13  conversation went was, "You know if you don't
14  clean, this man can take you to the hole."
15    **Q    (By Mr. Deacon)  And what did you say?**
16    A    I was like --
17        MR. TURNER:  Objection.
18        You can answer.
19    A    -- "Yeah, I'm aware of that."
20    **Q    (By Mr. Deacon)  And --  And you were**
21  **willing to go back to segregation?**
22    A    I wasn't going to clean.
23    **Q    Okay.  And so nothing happened to you?**
24    A    No.
25    **Q    All right.  Was that the only time you**

1  refused to clean?
2     A    No.  There was times after that that I
3  refused to clean every time.
4     **Q    You refused to clean every time**
5  **after --**
6     A    Yeah.
7     **Q    -- that?**
8        **And not once were you ever put in**
9  **segregation?**
10    A    They threatened me they were going to
11  take me to the hole.
12    **Q    But they never did?**
13    A    No.
14    **Q    All right.  And you knew that they**
15  **never did?**
16    A    Because, at that point, I didn't care.
17    **Q    How many times do you think this**
18  **happened?**
19    A    After --  After that incident, I think
20  it happened, like four more times.  And then I
21  walked out.
22    **Q    When you walked out, you mean you were**
23  **released?**
24    A    I was released, yes.
25    **Q    Okay.  Was that the --  Which time at**

STATE OF COLORADO)
)ss. REPORTER'S CERTIFICATE
COUNTY OF DENVER )

I, Tracy L. Harris, do hereby certify that I am a Certified Realtime Reporter, Registered Merit Reporter, and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

In witness whereof, I have affixed my signature this 7th day of November, 2017.

My commission expires July 30, 2021.

Tracy L. Harris, CRR, RMR, RPR
216 - 16th Street, Suite 600
Denver, Colorado 80202

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 - 16th Street, Suite 600
Denver, Colorado 80202
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303

November 7, 2017

Juno Turner, Esq.
OUTTEN & GOLDEN, LLP
685 Third Avenue, 25th Floor
New York, New York 10017

Re: Video Deposition of DEMETRIO VALERGA
Menocal vs. The Geo Group, Inc.
Civil Action No. 14-CV-02887-JLK

The aforementioned deposition is ready for reading and signing. Please attend to this matter by following BOTH of the items indicated below:

_____ Call 303-296-0017 and arrange with us to read and sign the deposition in our office

_XXX_ Have the deponent read your copy and sign the signature page and amendment sheets, if applicable; the signature page is attached

_____ Read the enclosed copy of the deposition and sign the signature page and amendment sheets, if applicable; the signature page is attached

_XXX_ WITHIN 30 DAYS OF THE DATE OF THIS LETTER

_____ By _______ due to a trial date of _______

Please be sure the original signature page and amendment sheets, if any, are SIGNED BEFORE A NOTARY PUBLIC and returned to Agren Blando for filing with the original deposition. A copy of these changes should also be forwarded to counsel of record. Thank you.

AGREN BLANDO COURT REPORTING & VIDEO, INC.

cc: All Counsel

AGREN BLANDO COURT REPORTING & VIDEO, INC.
216 - 16th Street, Suite 600
Denver, Colorado 80202
4450 Arapahoe Avenue, Suite 100
Boulder, Colorado 80303

DEMETRIO VALERGA
October 27, 2017
Menocal vs. The Geo Group, Inc.
Civil Action No. 14-CV-02887-JLK

The original video deposition was filed with Charles A. Deacon, Esq., on approximately the 7th day of November, 2017.

_____ Signature waived

_____ Unsigned; signed signature page and amendment sheets, if any, to be filed at trial

_____ Reading and signing not requested pursuant to C.R.C.P. Rule 30(e)

_XXX_ Unsigned; original amendment sheets and/or signature pages should be forwarded to Agren Blando to be filed in the envelope attached to the sealed original.

Thank you.

AGREN BLANDO COURT REPORTING & VIDEO, INC.

cc: All Counsel

- AMENDMENT SHEET -

Video Deposition of DEMETRIO VALERGA
October 27, 2017
Menocal vs. The Geo Group, Inc.
Civil Action No. 14-CV-02887-JLK

The deponent wishes to make the following changes in the testimony as originally given:

| Page | Line | Should Read | Reason |
| --- | --- | --- | --- |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |
| ____ | ____ | ____________ | ________ |

Signature of Deponent: ______________________

Acknowledged before me this ____ day of _________, 20___.

(Seal) Notary's signature ________________

My Commission expires ______________