**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

---

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE
GEO GROUP, INC.'S MOTION FOR DECERTIFICATION OF CLASS**

---

       I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as

follows:

       1.      I am an attorney for defendant The GEO Group, Inc. ("Defendant" or "GEO") in

the above-captioned matter.

       2.      I submit this Declaration in support of GEO's Motion for Decertification of Class.

       3.      Attached is an index of attached exhibits as required by this Court's practice

standards. The exhibits are also outlined below.

1

4.      Attached as **Exhibit A** are true and correct copies of excerpts of Kevin Martin's deposition transcript dated November 19, 2019.

5.      Attached as **Exhibit B** are true and correct copies of excerpts of Amber Martin's 30(b)(6) deposition transcript dated February 28, 2020 and true and correct copies of excerpts of Amber Martin's deposition transcript dated October 9, 2019.

6.      Attached as **Exhibit C** are true and correct copies of excerpts of Alejandro Menocal's deposition transcript dated July 22, 2020.

7.      Attached as **Exhibit D** are true and correct copies of excerpts of Hugo Hernandez Ceren's deposition transcript dated June 24, 2020.

8.      Attached as **Exhibit E** are true and correct copies of excerpts of Demetrio Valerga's deposition transcript dated October 27, 2017.

9.      Attached as **Exhibit F** are true and correct copies of excerpts of Dawn Ceja's deposition transcript dated August 5, 2020.

10.     Attached as **Exhibit G** are true and correct copies of excerpts of Jesus Yepez Gaytan's deposition transcript dated November 16, 2017.

11.     Attached as **Exhibit H** are true and correct copies of excerpts of Dagoberto Vizguerra's deposition transcript dated February 21, 2018.

12.     Attached as **Exhibit I** are true and correct copies of excerpts of Grisel Xahuentitla's deposition transcript dated October 26, 2017.

13.     Attached as **Exhibit J** are true and correct copies of excerpts of Sergio Gallegos' deposition transcript dated June 30, 2020.

14.     Attached as **Exhibit K** are true and correct copies of excerpts of Joyce Quezada's deposition transcript dated July 28, 2020.

15.     Attached as **Exhibit L** are true and correct copies of excerpts of Martha Vasquez's deposition transcript dated June 29, 2020.

16.     Attached as **Exhibit M** are true and correct copies of excerpts of Luis Pagan's deposition transcript dated July 8, 2020.

17.     Attached as **Exhibit N** is a true and correct copy of Page 1 of Exhibit 6 to the deposition transcript of Alejandro Hernandez-Torres taken July 16, 2020.

18.     Attached as **Exhibit O** are true and correct copies of excerpts of Alejandro Hernandez Torres' deposition transcript dated July 16, 2020.

19.     Attached as **Exhibit P** is a true and correct copy of the declaration of Dawn Ceja dated August 18, 2020.

20.     Attached as **Exhibit Q** is a true and correct copy of Exhibit 17 to the deposition transcript of Martha Vasquez taken June 29, 2020.

21.     Attached as **Exhibit R** is a true and correct copy of detainee Vanks' disciplinary report dated December 9, 2012.

22.     Attached as **Exhibit S** is a true and correct copy of the rebuttal expert report of Jeffrey Kropf, Ph.D. dated June 2020.

23.     Attached as **Exhibit T** is a true and correct copy of Exhibit E to the expert report of Dr. Stuart Grassian.

24.     Attached as **Exhibit U** are true and correct copies of excerpts of Dr. Stuart Grassian's deposition transcript dated July 23, 2020, relevant to, and cited in GEO's Motion for Decertification of Class.

25.     Attached as **Exhibit V** are excerpts from a prior report of Plaintiffs' expert, Dr. Grassian, submitted in *In re: Marquez, Personal Representative to the Estate of Michael Mattis v. The GEO Group, et. al.*; State of New Mexico, County of Santa Fe, First Judicial District Court, No. D-101-CV-2016-02244. This document is filed as Level 1 Restricted.

26.     Attached as **Exhibit W** is a true and correct copy of the rebuttal expert report of Dr. Anthony Hayter dated June 17, 2020.

27.     Attached as **Exhibit X** are excerpts from a prior report of Plaintiffs' expert, Dr. Grassian, submitted in *Reddock v. Attorney General of Canada*.

Executed this 19th day of August, 2020, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of August, 2020, a true and correct copy of the foregoing

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR DECERTIFICATION OF CLASS** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

_s/ Nick Mangels_
Nick Mangels

54215121;1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**INDEX OF EXHIBITS TO DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT
OF DEFENDANT THE GEO GROUP, INC.'S MOTION FOR DECERTIFICATION OF
CLASS**

| Exhibit | Description |
|:---:|:---|
| **A** | Excerpts of Kevin Martin's Deposition Transcript dated November 19, 2019 |
| **B** | Excerpts of Amber Martin's 30(b)(6) Deposition Transcript dated February 29, 2020 and Excerpts of Amber Martin's Deposition Transcript dated October 9, 2019 |
| **C** | Excerpts of Alejandro Menocal's Deposition Transcript dated July 22, 2020 |
| **D** | Excerpts of Hugo Hernandez Ceren's Deposition Transcript dated June 24, 2020 |
| **E** | Excerpts of Demetrio Valerga's Deposition Transcript dated October 27, 2017 |

54215121;1

| Exhibit | Description |
|---------|-------------|
| **F** | Excerpts of Dawn Ceja's Deposition Transcript dated August 5, 2020 |
| **G** | Excerpts of Jesus Yepez Gaytan's Deposition Transcript dated November 16, 2017 |
| **H** | Excerpts of Dagoberto Vizguerra's Deposition Transcript dated February 21, 2018 |
| **I** | Excerpts of Grisel Xahuentitla's Deposition Transcript dated October 26, 2017 |
| **J** | Excerpts of Sergio Gallegos' Deposition Transcript dated June 30, 2020 |
| **K** | Excerpts of Joyce Quezada's Deposition Transcript dated July 28, 2020 |
| **L** | Excerpts of Martha Vasquez's Deposition Transcript dated June 29, 2020 |
| **M** | Excerpts of Luis Pagan's Deposition Transcript dated July 8, 2020 |
| **N** | Page 1 of Exhibit 6 to the Deposition Transcript of Alejandro Hernandez-Torres taken July 16, 2020 |
| **O** | Excerpts of Alejandro Hernandez-Torres' Deposition Transcript dated July 16, 2020 |
| **P** | Declaration of Dawn Ceja dated August 18, 2020 |
| **Q** | Exhibit 17 to the Deposition Transcript of Martha Vasquez taken June 29, 2020 |
| **R** | Detainee Vanks' Disciplinary Report dated December 9, 2012 |
| **S** | Rebuttal Expert Report of Jeffrey Kropf, Ph.D. |
| **T** | Exhibit E to the Expert Report of Dr. Stuart Grassian |
| **U** | Excerpts of Dr. Stuart Grassian's Deposition Transcript dated July 23, 2020 |
| **V** | Excerpts of Dr. Stuart Grassian's Expert Report in *In re: Marquez, Personal Representative to the Estate of Michael Mattis v. The GEO Group, et. al.*; State of New Mexico, County of Santa Fe, First Judicial District Court, No. D-101-CV-2016-02244 – **Filed with this Court as Level 1 Restricted** |
| **W** | Rebuttal Expert Report of Dr. Anthony Hayter |
| **X** | Excerpts of Dr. Stuart Grassian's Expert Report in *Reddock v. Attorney General of Canada* |