# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

CIVIL ACTION NO.:  1:14-CV-02887-JLK


ALEJANDRO MENOCAL, et al.,

          Plaintiffs,

-vs-

THE GEO GROUP, INC.,

          Defendant.
_____/




DEPOSITION OF AMBER MARTIN



Friday, February 28, 2020
  9:23 a.m. - 11:40 a.m.



SHAVITZ LAW GROUP, PA
951 Yamato Road, Suite 285
Boca Raton, Florida




Stenographically Reported By:
JULIE BRUENS, FPR
Florida Professional Reporter

```
 1                        APPEARANCES

 2

 3   On behalf of the Plaintiffs:
          TOWARDS JUSTICE
 4        1410 High Street, Suite 300
          Denver, Colorado 80218
 5        720-441-2236
          juno@towardsjustice.org
 6        BY: JUNO TURNER, ESQUIRE

 7        OUTTEN & GOLDEN, LLP
          One California Street, 12th Floor
 8        San Francisco, California 94111
          415-638-8800
 9        akoshkin@outtengolden.com
          BY: ADAM KOSHKIN, ESQUIRE
10
     On behalf of the Defendant:
11        AKERMAN
          1900 Sixteenth Street, Suite 1700
12        Denver, Colorado 80202
          303-260-7712
13        colin.barnacle@akerman.com
          adrienne.scheffey@akerman.com
14        BY: COLIN BARNACLE, ESQUIRE
              ADRIENNE SCHEFFEY, ESQUIRE
15
          THE GEO GROUP, INC.
16        4955 Technology Way
          Boca Raton, Florida 33431
17        561-443-1786
          cwilke@geogroup.com
18        BY: CHERYL WILKE, ESQUIRE

19
                              -   -   -
20

21

22

23

24

25
```

1                          INDEX

2   DIRECT EXAMINATION BY MS. TURNER.......................3
    CERTIFICATE OF OATH..................................78
3   CERTIFICATE OF REPORTER.............................79
    READ LETTER.........................................80
4   ERRATA SHEET........................................81

5

6                       EXHIBIT INDEX

    PLAINTIFF'S              DESCRIPTION              PAGE
7
        1               NOTICE OF DEPOSITION        7
8       2               2008 PBNDS                  13
        3               ACA STANDARDS               15
9       4               2011 PBNDS                  24
        5               INTERROGATORY RESPONSES     28
10      6               ICE DETAINEE HANDBOOK       34
        7               ICE DETAINEE HANDBOOK       37
11      8               ICE DETAINEE HANDBOOK       39
        9               E-MAIL                      44
12      10              E-MAIL                      50
        11              E-MAILS                     53
13      12              CONTRACT                    63
        13              E-MAIL                      69
14      14              HOUSEKEEPING PLAN           74

15          (EXHIBITS RETAINED BY MS. TURNER.)

16

17

18

19

20

21

22

23

24

25

1          Deposition taken before Julie Bruens, Florida

2     Professional Reporter, and Notary Public in and for the

3     State of Florida at Large in the above cause.

4                         *****

5          THE COURT REPORTER:  Do you swear or affirm the

6          testimony you are about to give will be the truth,

7          the whole truth, and nothing but the truth?

8          THE WITNESS:  I do.

9     Thereupon,

10                    AMBER MARTIN,

11    having been first duly sworn or affirmed, was examined and

12    testified as follows:

13                    DIRECT EXAMINATION

14    BY MS. TURNER:

15        Q.   Good morning, Ms. Martin.

16        A.   Good morning.

17        Q.   My name is Juno Turner.  We met briefly before

18    we got started.  I'm one of the attorneys for the

19    plaintiffs in this lawsuit.  Could you just for the

20    record state your name and business address please?

21        A.   Amber Martin, and the business address -- we

22    just moved.

23             MS. WILKE:  It's 4955.

24             THE WITNESS:  Thank you.  4955 Technical --

25             MS. WILKE:  Technology Way.

 1     A.    No.  I'm just saying it's under general

 2   sanitation that the facility is going to be maintained,

 3   and under housekeeping, both staff and detainees are

 4   responsible for that.

 5     Q.    Okay.  And there is a program called the

 6   Voluntary Work Program at the Aurora facility; correct?

 7     A.    Yes.

 8     Q.    And as part of the Voluntary Work Program,

 9   there are some detainees that perform cleaning and

10   sanitation in the facility; correct?

11     A.    Correct.

12     Q.    Just a housekeeping note, if you're reading

13   out loud from a document, I ask that you read somewhat

14   slowly so the court reporter can capture everything that

15   you're saying.  I don't want to make her job extra

16   difficult.

17          Okay.  Anything else on the ACA standards that

18   you wanted to point out?

19     A.    No, but there's other standards obviously that

20   are part of the PBNDS, such as the detainee handbook and

21   ACA.

22     Q.    Sure.  So we will discuss the detainee

23   handbook a little bit later, and we did review a number

24   of standards with Mr. Ragsdale yesterday.  What I'm

25   trying to find out currently is which portions of the

 1      A.    Yes.

 2      Q.    Okay.  And so this doesn't specify whether

 3   this total sanitation mission will be performed by

 4   workers in the VWP program or workers who are just

 5   performing that cleaning pursuant to the Housing Unit

 6   Sanitation Policy; correct?

 7      A.    No, it doesn't.

 8      Q.    Okay.

 9      A.    I just would refer back to the standards and

10   references.

11      Q.    The PBNDS?

12      A.    Yes.

13      Q.    Okay.  Any other portions of this document

14   that you believe refer to the Housing Unit Sanitation

15   Policy?

16      A.    1508, housing cleaning schedule, assigned

17   housekeepers.

18      Q.    It says assigned housekeepers and housing unit

19   trustee; correct?

20      A.    Yes.

21      Q.    Okay.  What does assigned housekeepers refer

22   to?

23      A.    I'm not absolutely sure.

24      Q.    Okay.  And do you know what housing unit

25   trustee refers to?

1                    CERTIFICATE OF OATH

2

3

4    THE STATE OF FLORIDA,

5    COUNTY OF PALM BEACH.

6

7

8

9              I, Julie Bruens, Florida Professional

10   Reporter, Notary Public, State of Florida, certify that

11   AMBER MARTIN personally appeared before me on the

12   28th of February, 2020 and was duly sworn.

13

14              Signed this 4th day of March, 2020.

15

16

17

18

19   _____
                Julie Bruens, FPR
20              Notary Public, State of Florida
                Commission No.:  #GG186376
21              Commission Expires:  April 13, 2022

22

23

24

25

```
 1                   CERTIFICATE OF REPORTER

 2

 3    THE STATE OF FLORIDA,

 4    COUNTY OF PALM BEACH.

 5

 6             I, Julie Bruens, Florida Professional

 7    Reporter, certify that I was authorized to and did

 8    stenographically report the deposition of AMBER MARTIN;

 9    pages 1 through 77; that a review of the transcript was

10    requested; and that the transcript is a true record of

11    my stenographic notes.

12             I further certify that I am not a

13    relative, employee, attorney, or counsel of any of the

14    parties, nor am I a relative or employee of any of the

15    parties' attorneys or counsel connected with the action,

16    nor am I financially interested in the action.

17

18             Dated this 4th day of March, 2020.

19

20

21

22    _____

23    Julie Bruens, FPR
      Florida Professional Reporter

24

25
```

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF COLORADO
 2
                     CASE NO. 1:14-cv-02887-JLK
 3


 4    ALEJANDRO MENOCAL, et al.,

 5                    Plaintiffs,

 6    -vs-

 7    THE GEO GROUP, INC.,

 8                    Defendant.
      _____/
 9


10


11


12


13                DEPOSITION OF AMBER MARTIN
                     Pages 1 Through 209
14


15


16


17               Wednesday, October 9, 2019
                  8:58 a.m. - 3:21 p.m.
18
                     951 Yamato Road
19                     Suite 285
                  Boca Raton, Florida 33431
20


21


22


23


24            Stenographically Reported By:
                 Nancy Cannizzaro, RMR
25             Registered Merit Reporter
```

```
 1                        APPEARANCES

 2

 3   On Behalf of the Plaintiffs:
          OUTTEN & GOLDEN, LLP
 4        685 Third Avenue
          25th Floor
 5        New York, New York 10017
          212.245.1000
 6        mscimone@outtengolden.com
          BY:  MICHAEL J. SCIMONE, ESQUIRE
 7

 8   On Behalf of the Defendant:
          AKERMAN, LLP
 9        1900 Sixteenth Street
          Suite 1700
10        Denver, Colorado 80202
          303.260.7712
11        colin.barnacle@akerman.com
          BY:  COLIN L. BARNACLE, ESQUIRE
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       INDEX OF PROCEEDINGS

 2    WITNESS                                        PAGE
      AMBER MARTIN
 3        DIRECT EXAMINATION BY MR. SCIMONE             6
          CROSS-EXAMINATION BY MR. BARNACLE          205
 4
      CERTIFICATE OF OATH                            208
 5    CERTIFICATE OF REPORTER                        209

 6

 7

 8

 9                       PLAINTIFF EXHIBITS

10    EXHIBIT                 DESCRIPTION          PAGE

11    No. 1      Preliminary Statements              21

12    No. 2      E-mail chain, with attachment -     26
                 Bates No. GEO-MEN 000797976 through
13               GEO-MEN 00079805
                        CONFIDENTIAL
14
      No. 3      E-mail chain, with attachment -     40
15               Bates Stamp GEO-MEN 00071642
                 through GEO-MEN 00071701
16                      CONFIDENTIAL

17    No. 4      E-mal chain, with attachment -      44
                 Bates No. GEO_MEN 00037752 through
18               GEO_MEN 00037759
                        CONFIDENTIAL
19
      No. 5      HSCEOP-06-R-00013 Amendment 02 -    62
20               Bates No. GEO_MEN 00030577 through
                 GEO_MEN 00030583
21                      CONFIDENTIAL

22    No. 6      WCC Technical Proposal - Technical  66
                 and Management Plans - Sanitation
23               and Hygienic Living Conditions -
                 Bates No. GEO_MEN 00042206 through
24               GEO_MEN 00042209
                        CONFIDENTIAL
25
```

1   No. 7      The GEO Group, Inc. Technical          72
                Proposal & Past Experience - Part
2                1:  Demonstrated
                Technical/Management Capability -
3               Bates No. GEO_MEN 00040665 through
                GEO_MEN 00040670
4                        CONFIDENTIAL

5   No. 8      Award/Contract - Bates No. GEO-MEN     78
                00059635 through GEO-MEN 00059743
6                        CONFIDENTIAL

7   No. 9      Award/Contract - Bates stamp Nos.      90
                GEO_MEN 00019613 through GEO_MEN
8                00020037
                         CONFIDENTIAL
9
    No. 10     Summary of Major Changes Between       95
10              the 2008 and 2011 Performance-Based
                National Detention Standards -
11              Bates stamp Nos. GEO-MEN 00105553
                through GEO-MEN 00105592
12                       CONFIDENTIAL

13  No. 11     Detainee Handbook - LaSalle           108
                Processing Center, Jena, LA - Bates
14              stamp Nos. 2018-ICLI-0052 2141
                through 2018-ICLI-0052 2169
15
    No. 12     06/16/2014 E-mail from James D.       120
16              Adams to Amber Martin, Subject:
                Volunteer work program - Bates
17              stamp No. GEO_MEN 00007300
                         CONFIDENTIAL
18
    No. 13     The GEO Group, Inc Aurora ICE         124
19              Processing Center, Aurora, Colorado
                - 400-Bed Staffing Plan - Bates
20              stamp Nos. GEO_MEN 00038920 through
                GEO_MEN 00038925
21                       CONFIDENTIAL

22

23

24

25

Amber Martin
October 09, 2019                                                            5

```
 1   No. 14      The GEO Group, Inc. Aurora/ICE      130
                 Processing Center Policy and
 2               Procedure Manual - Chapter:
                 Sanitation - Bates stamp Nos.
 3               GEO_MEN 00001419 through GEO_MEN
                 00001421, GEO_MEN 00001505 through
 4               GEO_MEN 00001509, and GEO_MEN
                 00001510 through GEO_MEN 00001513
 5                        CONFIDENTIAL

 6   No. 15      Performance-Based National          134
                 Detention Standards 2011, excerpt -
 7               Bates stamp Nos. GEO_MEN 00064018
                 through GEN_MEN 00064020, GEN_MEN
 8               00064209 through GEN_MEN 00064222,
                 and GEO_MEN 00064344
 9               through GEO_MEN 00064348

10   No. 16      04/17/2014 E-mail chain, Subject:   167
                 Re: Urgent HQ Tasking: Voluntary
11               Work Programs at ICE Detention
                 Facilities, with attachment
12                        CONFIDENTIAL

13   No. 17      Performance-Based National          182
                 Detention Standards 2011, complete
14               manual - Bates stamp Nos. GEO-MEN
                 00064018 through GEO-MEN 00064414
15
     No. 18      The GEO Group, Inc./Aurora          201
16               Detention Center - Aurora, Colorado
                 - Standards Compliance Checklist -
17               Bates stamp Nos. GEO_MEN 00014702
                 through GEO_MEN 00014717
18                        CONFIDENTIAL

19

20                    CERTIFIED QUESTION

21   Page 10,    How many documents did you review?    10
     Line 16
22

23

24

25
```

```
 1     Deposition taken before Nancy Cannizzaro, Registered

 2   Merit Reporter and Notary Public in and for the State of

 3   Florida at Large, in the above cause, at 8:58 a.m.

 4                     - - - - - - -

 5              THE COURT REPORTER:  Ma'am, I'll have you

 6         raise your right hand for me so that I can swear

 7         you in.

 8              Do you swear or affirm testimony you're

 9         about to give shall be the truth, the whole truth,

10         and nothing but the truth?

11              THE WITNESS:  Yes, I do.

12   Thereupon,

13                     AMBER MARTIN,

14   A WITNESS CALLED by the Plaintiffs, being first duly

15   sworn or affirmed, testified as follows:

16                   DIRECT EXAMINATION

17   BY MR. SCIMONE:

18         Q.    Good morning, Ms. Martin.

19         A.    Good morning.

20         Q.    My name is Michael Scimone.  I'm an

21   attorney representing the plaintiffs in this case.

22              Have you ever been deposed before?

23         A.    Yes.

24         Q.    So I'm going to go over just a couple of

25   ground rules, which I'm sure you've heard before.
```

Anibal Martin
October 09, 2019                                              141

1          A.    And then the institution disciplinary panel

2    is the one that either accepts the recommendation or

3    doesn't.

4          Q.    Okay.  And they make a final decision --

5          A.    Yes.

6          Q.    -- in certain cases?

7          A.    Uh-huh.

8          Q.    Okay.  And so when you said that there's

9    policy of not placing detainees in solitary confinement,

10   you were referring to this disciplinary process here?

11         A.    I'm saying that the level of not cleaning

12   your room would not go to the level of putting a detainee

13   in disciplinary confinement.

14         Q.    Okay.  What's the smaller contract, the

15   2006?  8, I think?

16         A.    Exhibit 8.

17         Q.    I'm sorry.  Not that one.  Exhibit 9.

18         A.    9.

19         Q.    Yeah.

20         A.    Okay.

21         Q.    Okay.  If you'll turn to 632.

22         A.    Yes.

23         Q.    Okay.  So in Section 6 it says:  "Detainee

24   will be placed in Disciplinary Segregation only after a

25   finding by a Disciplinary Hearing Panel..."

```
 1    policies in the policy manual?

 2         A.    Like I said, I'm not sure if it was a

 3    directive, if it came through the detainee handbook, or

 4    if it was a policy at the facility level.  I'm not sure.

 5         Q.    Were you involved in memorializing that

 6    policy?

 7         A.    No.

 8         Q.    Who was responsible for that?

 9         A.    I think it was at the operation level.

10    Probably Dave Donohue overall responsible.

11         Q.    Did you have any communications with ICE

12    about that policy change?

13         A.    I didn't, no.

14         Q.    Do you know whether Dave Donohue did?

15         A.    I don't know.

16         Q.    That would have had to be approved by ICE,

17    correct?

18         A.    What?

19         Q.    That change to the policy.

20         A.    Not necessarily, because these are -- these

21    are layers of what we can -- what we can do, and we have

22    opted not to put anybody in segregation for not cleaning

23    their room.  As you will see in the PBNDS, they have a

24    lot of things that go under high to moderate level.  One

25    of the things is not cleaning your room.  Then they have
```

                    CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )




            I, the undersigned authority, certify that

AMBER MARTIN personally appeared before me and was duly

sworn on the 9th day of October, 2019.

            Signed this 23rd day of October, 2019.




_____
Nancy Cannizzaro, RMR
Notary Public - State of Florida
My Commission No. FF988509
My Commission Expires: May 16, 2020

                    CERTIFICATE OF REPORTER


THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )


          I, Nancy Cannizzaro, Registered Merit

Reporter, certify that I was authorized to and did

stenographically report the foregoing deposition of AMBER

MARTIN, pages 1 through 207; that a review of the

transcript was requested; and that the transcript is

a true and complete record of my stenographic notes.

          I further certify that I am not a relative,

employee, attorney, or counsel of any of the parties, nor

am I a relative or employee of any of the parties'

attorneys or counsel connected with the action, nor am I

financially interested in the action.


          DATED this 23rd day of October, 2019.



          _____
          Nancy Cannizzaro, RMR

1    I have read the foregoing transcript of

2   my deposition given on October 9, 2019, and

3   it is true, correct and complete, to the best

4   of my knowledge, recollection and belief,

5   except for the corrections noted hereon

6   and/or list of corrections, if any, attached

7   on a separate sheet herewith.

8

9

10

11

12                    _____

13                    AMBER MARTIN

14

15

16

17            Subscribed and sworn to

18            before me this __5__ day

19            of _November_, 2019.

20

21

22            _____

23            Notary Public

24

25

E R R A T A   S H E E T

I, AMBER MARTIN, do hereby certify that I
have read the foregoing transcript of my testimony, and
further certify that it is a true and accurate record
of my testimony (with the exception of the corrections
listed below).

PAGE    LINE    CORRECTION
——      ——      *NONE* _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____
——      ——      _____

11/5/2019                        _____
Date                             AMBER MARTIN