# EXHIBIT E

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

**Deposition**

# *DEMETRIO VALERGA*

*10/27/2017*

_____

*AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
```

Civil Action No. 14-CV-02887-JLK

_____

VIDEO DEPOSITION OF DEMETRIO VALERGA
October 27, 2017

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By David Seligman, Esq.
           1535 High Street, Suite 300
           Denver, Colorado  80218
           and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado  80203
               Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
              By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  78205
 4                and
          BURNS, FIGA & WILL, P.C.
 5            By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                Appearing on behalf of Defendant

 8   Also Present: Monika Cary, videographer
```

1    Pursuant to Notice and the Federal
2    Rules of Civil Procedure, the video deposition of
3    DEMETRIO VALERGA, called by Defendant, was taken
4    on Friday, October 27, 2017, commencing at
5    9:08 a.m., at 1225 - 17th Street, Suite 3050,
6    Denver, Colorado, before Tracy L. Harris,
7    Certified Realtime Reporter, Registered Merit
8    Reporter, and Notary Public within and for the
9    State of Colorado.
10
11
12                    I N D E X
13   VIDEO DEPOSITION OF DEMETRIO VALERGA
14   EXAMINATION BY:                                PAGE
15       Mr. Seligman                                 --
16       Mr. Turner                                  166
17       Mr. Deacon                               8, 169
18       Mr. Eismeier                                 --
19
20   EXHIBITS                            INITIAL REFERENCE
21   Exhibit 11  Defendant's Notice of Oral and       90
                 Videotaped Deposition with
22               Subpoena Duces Tecum for Demetrio
                 Valerga
23
     Exhibit 12  U.S. Department of Homeland          92
24               Security Record of Deportable/
                 Inadmissible Alien regarding
25               Demetrio Antonio Valerga

```
 1                      I N D E X (Continued)

 2   EXHIBITS                                           INITIAL REFERENCE

 3   Exhibit 13  U.S. Department of Homeland                    95
                 Security Memorandum of
 4               Investigation regarding Demetrio
                 Valerga
 5
     Exhibit 14  Disciplinary Segregation Review                96
 6               regarding D. Valerga

 7   Exhibit 15  Administrative Segregation Review              97
                 regarding D. Valerga
 8
     Exhibit 16  Aurora Detention Center                        99
 9               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 10-2-13
10
     Exhibit 17  Aurora Detention Center                       100
11               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 10-8-13
12
     Exhibit 18  Aurora Detention Center                       101
13               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 10-8-13
14
     Exhibit 19  Aurora Detention Center                       102
15               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 6-3-14
16
     Exhibit 20  Aurora Detention Center                       103
17               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 4-21-14
18
     Exhibit 21  Aurora Detention Center                       104
19               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 5-5-14
20
     Exhibit 22  Aurora Detention Center                       106
21               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 5-2-14
22
     Exhibit 23  Aurora Detention Center                       110
23               (Request Form - Kite) regarding
                 Demetrio A. Valerga, 5-24-14
24

25
```

```
 1                    I N D E X (Continued)

 2   EXHIBITS                                    INITIAL REFERENCE

 3   Exhibit 24  Aurora Detention Center                  111
                 (Request Form - Kite) regarding
 4               Demetrio A. Valerga, 12-30-13

 5   Exhibit 25  Aurora Detention Center                  113
                 (Request Form - Kite) regarding
 6               Demetrio A. Valerga, 5-18-14

 7   Exhibit 26  Aurora Detention Center                  114
                 (Request Form - Kite) regarding
 8               Demetrio A. Valerga, 2-18-14

 9   Exhibit 27  Aurora Detention Center                  115
                 (Request Form - Kite) regarding
10               Demetrio A. Valerga, 2-23-14

11   Exhibit 28  Aurora Detention Center                  116
                 (Request Form - Kite) regarding
12               Demetrio A. Valerga, 12-17-13

13   Exhibit 29  Aurora Detention Center                  117
                 (Request Form - Kite) regarding
14               Demetrio A. Valerga, 2-20-14

15   Exhibit 30  Aurora Detention Center                  118
                 (Request Form - Kite) regarding
16               Demetrio A. Valerga, 1-6-14

17   Exhibit 31  Aurora Detention Center                  119
                 (Request Form - Kite) regarding
18               Demetrio A. Valerga, 2-8-14

19   Exhibit 32  Disciplinary Reports/GI's                120

20   Exhibit 33  Detainee Work Detail Application         127
                 for Demetrio Valerga,
21               Date of Request 10-10-13

22   Exhibit 34  Detainee Work Detail Application         129
                 for Demetrio A. Valerga,
23               Date of Request 10-16-13

24

25
```

1                    I N D E X (Continued)

2    EXHIBITS                               INITIAL REFERENCE

3    Exhibit 35  Service Processing Center/Contract    130
                 Detention Facility The Geo Group,
4                Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
5                Agreement

6    Exhibit 36  Emergency Notification and            132
                 Property Disposition Form for
7                Demetrio A. Valerga

8    Exhibit 37  Declaration of Demetrio A. Valerga    134

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                P R O C E E D I N G S

2               (Exhibits 11 through 37 marked.)

3               THE VIDEOGRAPHER:  We're on the record

4    at 9:08 a.m.  Today is October 27, 2017.  This

5    begins the videotape deposition of Demetrio

6    Valerga in the matter of Menocal, et al. vs.

7    The Geo Group.

8               Will counsel please introduce

9    themselves and the parties they represent,

10   beginning with plaintiffs' counsel first.

11              MR. TURNER:  Good morning.  Andrew

12   Turner, the Kelman Beuscher Firm, representing the

13   plaintiffs.

14              MR. SELIGMAN:  David Seligman from

15   Towards Justice for the plaintiffs.

16              MR. DEACON:  Charlie Deacon,

17   representing the defendant, The Geo Group.

18              MR. EISMEIER:  Dana Eismeier,

19   representing Geo Group.

20              THE VIDEOGRAPHER:  Will the court

21   reporter please swear in the witness.

22              DEMETRIO VALERGA,

23   being first duly sworn in the above cause, was

24   examined and testified as follows:

25

1  than me.  Real heavyset.  I just don't remember

2  his name.

3      Q      He was heavy?

4      A      He was a heavy guy.

5      Q      Do you know how old he was,

6  approximately?

7      A      I would have to say he was in his mid

8  to late 40s.

9      Q      Okay.  But you don't know his name?

10     A      I don't remember his name, no.

11     Q      Do you remember what rank he had or --

12     A      He was just a guard.

13     Q      Just a --

14     A      That's it.

15     Q      -- guard?

16            And what exactly did he tell you?

17     A      I'm trying to recall.  I had gotten out

18 of the hole.  I was sleeping.  I didn't even get

19 up for breakfast.  He came and woke me up, and I

20 was, like, "I'm not cleaning, dude.  Leave me

21 alone."

22     Q      Okay.  So you were already in solitary

23 confinement?

24     A      No.  I was in the unit.

25     Q      Okay.  When --  Was it close to the

1  time when you had already been in disciplinary --
2      A     It was after.
3      Q     How much after?
4      A     A couple days or something like that.
5      Q     Okay.  So this is after you'd just got
6  out of disciplinary segregation?
7      A     Yes.
8      Q     And you refused to clean --
9      A     Yes.
10     Q     -- your area?
11           And what happened to you?
12     A     He told me if I don't clean, he's going
13 to take me to the hole.  I was, like, "Well, go
14 ahead."
15     Q     And were you taken back the
16 disciplinary --
17     A     No.
18     Q     Okay.  So he didn't act upon it?
19     A     No.
20     Q     All right.  Who cleaned the area, then?
21     A     I don't know.
22     Q     Okay.  You didn't?
23     A     No.
24     Q     All right.  Is that the only time you
25 refused to clean your area?

```
1       A     Yes.
2       Q     And --  And you did not go to either
3   administrative segregation or disciplinary
4   segregation when you refused, correct?
5       A     No, I did not.
6       Q     All right.  Was any action taken
7   against you at all?
8       A     Yes.
9       Q     What action?
10      A     I was awoken up and was pulled out of
11  the unit and was talked to by ICE; ICE talked to
12  me.
13      Q     ICE spoke to you?
14      A     Yes.
15      Q     Okay.  So ICE is the one who took the
16  action, then?
17      A     Yes.
18      Q     And what did they tell you?
19      A     They told me if I don't clean, that
20  they can take me to the hole -- that Geo can take
21  me to the hole for refusing to clean.
22      Q     Did they use the word "hole"?
23      A     Segregation.
24      Q     Okay.  So that's the word you used
25  earlier, "segregation."  Is that what you refer
```

1  refused to clean?

2     A     No.  There was times after that that I
3  refused to clean every time.

4     Q     You refused to clean every time
5  after --

6     A     Yeah.

7     Q     -- that?

8           And not once were you ever put in
9  segregation?

10    A     They threatened me they were going to
11 take me to the hole.

12    Q     But they never did?

13    A     No.

14    Q     All right.  And you knew that they
15 never did?

16    A     Because, at that point, I didn't care.

17    Q     How many times do you think this
18 happened?

19    A     After --  After that incident, I think
20 it happened, like four more times.  And then I
21 walked out.

22    Q     When you walked out, you mean you were
23 released?

24    A     I was released, yes.

25    Q     Okay.  Was that the --  Which time at

1   Aurora did this occur?

2        A    Right at the end of when I was getting

3   close to being released.

4        Q    Okay.  Because you were released a

5   couple of times, so --

6        A    I was released in 2014.  That's the

7   time.

8        Q    Okay.  So that was your second time

9   at --

10       A    That was my --

11       Q    -- Aurora?

12       A    -- second time, yes.

13       Q    All right.  Did you ever refuse to

14  clean your area the third time you were at Aurora?

15       A    I was never asked to clean.

16       Q    Ever?

17       A    Never.

18       Q    Were other people asked to clean?

19       A    I would believe so.  I saw other people

20  doing stuff, but . . .

21       Q    Okay.  You saw people doing stuff, but

22  you were never assigned that?

23       A    No.

24       Q    Do you know of anybody who was ever

25  sent to segregation, whether it's administrative

1  or disciplinary, for not cleaning?
2       A    Not that I know of.
3       Q    Did anybody ever tell you that they
4  were sent to segregation for not cleaning?
5       A    Like I stated, I was kind of a loner,
6  so I really don't --  I don't know.
7       Q    Did anyone from ICE visit you when you
8  were in either administrative or disciplinary
9  segregation in Aurora?
10      A    No.
11      Q    This Chris Fraley, did he ever --
12      A    Fraley, no.
13      Q    Did you ever request that anybody come
14 see you?
15      A    I sent them kites, and they never came
16 and saw me.
17      Q    Okay.  So you were able to send kites
18 while you were in the segregation?
19      A    Yes.
20      Q    Did you utilize the medical --  You did
21 use it for your medications.  Other than your
22 medications, did you utilize the medical offices
23 or the health clinic at Aurora other than that --
24 that one time?
25      A    Like, what do you mean?  Like . . .

1  Q    Okay.

2  A    And I told Geo the same thing.  "I'm

3  not cleaning after another grown-ass man."

4  Q    But --  But ICE told you you had to?

5  A    And I told them I wasn't doing it.

6  Q    Okay.  But you would agree ICE told you

7  that?

8  A    Both --  They both told me.

9  Q    Right.

10 A    Because Geo was there and ICE was

11 there.  And I told the guard as well.

12 Q    You --  You knew some of the folks at

13 ICE by name.  Can you --  Can you name any of the

14 people at The Geo Group?

15 A    As in --  Like who?

16 Q    I don't know.  Do you remember the

17 names of anybody who worked for Geo?

18 A    Quite a few.

19 Q    What?  Who?

20 A    As in staff-wise?

21 Q    Yes.

22 A    Ms. Vasquez.

23 Q    Okay.

24 A    Mr. Graybel, Ms. Jackson, Ms. Ceja,

25 Choate, Marquez, Moreno, Isaacson and Hill.

```
 1  STATE OF COLORADO)
 2                   )ss.   REPORTER'S CERTIFICATE
 3  COUNTY OF DENVER )
 4         I, Tracy L. Harris, do hereby certify that I
 5  am a Certified Realtime Reporter, Registered Merit
 6  Reporter, and Notary Public within the State of
 7  Colorado; that previous to the commencement of the
 8  examination, the deponent was duly sworn to
 9  testify to the truth.
10         I further certify that this deposition was
11  taken in shorthand by me at the time and place
12  herein set forth, that it was thereafter reduced
13  to typewritten form, and that the foregoing
14  constitutes a true and correct transcript.
15         I further certify that I am not related to,
16  employed by, nor of counsel for any of the parties
17  or attorneys herein, nor otherwise interested in
18  the result of the within action.
19         In witness whereof, I have affixed my
20  signature this 7th day of November, 2017.
21         My commission expires July 30, 2021.
22
23
                       _____
24                     Tracy L. Harris, CRR, RMR, RPR
                       216 - 16th Street, Suite 600
25                     Denver, Colorado  80202
```