# EXHIBIT G

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

## *JESUS YEPEZ GAYTAN*

*11/16/2017*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

_____

VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
November 16, 2017

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____

APPEARANCES:

    OUTTEN & GOLDEN, LLP
        By Juno Turner, Esq.
           685 Third Avenue, 25th Floor
           New York, New York  10017
             and
    R. ANDREW FREE LAW OFFICE
        By R. Andrew Free, Esq.
           414 Union Street, Suite 900
           Nashville, Tennessee  37209
             Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
             By Charles A. Deacon, Esq.
 3               300 Convent Street, Suite 2100
                 San Antonio, Texas  79205
 4                 and
          BURNS, FIGA & WILL, P.C.
 5           By Dana L. Eismeier, Esq.
                 6400 S. Fiddlers Green Circle
 6               Suite 1000
                 Greenwood Village, Colorado  80111
 7                 Appearing on behalf of Defendant

 8   Also Present: Paula Wolff, videographer
```

```
 1           Pursuant to Notice and the Federal
 2   Rules of Civil Procedure, the video deposition of
 3   JESUS YEPEZ GAYTAN, called by Defendant, was taken
 4   on Thursday, November 16, 2017, commencing at
 5   11:33 a.m., at 1225 - 17th Street, Suite 3050,
 6   Denver, Colorado, before Tracy L. Harris,
 7   Certified Realtime Reporter, Registered Merit
 8   Reporter, and Notary Public within and for the
 9   State of Colorado.
10
11
12                      I N D E X
13   VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
14   EXAMINATION BY:                              PAGE
15       Ms. Turner                           139, 153
16       Mr. Free                                   --
17       Mr. Deacon                             6, 146
18       Mr. Eismeier                               --
19
20   EXHIBITS                           INITIAL REFERENCE
21   Exhibit 38  Defendant's Notice to Take Oral    --
                 and Videotaped Deposition of
22               Jesus Gaytan
23   Exhibit 39  U.S. Department of Homeland        82
                 Security Record of Deportable/
24               Inadmissible Alien regarding
                 Jesus Emmanuel Yepez-Gaytan
25
```

```
 1                      I N D E X (Continued)

 2   EXHIBITS                                        INITIAL REFERENCE

 3   Exhibit 40  Detainee Work Detail Application         87
                 for Jesus Yepez-Gaytan, Date of
 4               Request 3-30-14

 5   Exhibit 41  Detainee Work Detail Application         90
                 for Jesus Yepez-Gaytan, Date of
 6               Request 4-24-14

 7   Exhibit 42  Service Processing Center/Contract       91
                 Detention Facility The Geo Group,
 8               Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
 9               Agreement 4-24-14

10   Exhibit 43  Service Processing Center/Contract       92
                 Detention Facility The Geo Group,
11               Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
12               Agreement 4-30-14

13   Exhibit 44  Emergency Notification and               93
                 Property Disposition Form for
14               Jesus Yepez-Gaytan 4-23-14

15   Exhibit 45  Emergency Notification and               93
                 Property Disposition Form for
16               Jesus Yepez-Gaytan 7-18-14

17   Exhibit 46  Case No. 14M00840 People of the          96
                 State of Colorado v. Jesus
18               Emmanuel Yepez-Gaytan Petition
                 and Order for Writ of Habeas Corpus
19               and Prosequendum

20   Exhibit 47  Aurora Detention Center                  98
                 (Request Form - Kite) regarding
21               Jesus Yepez-Gaytan, 6-10-14

22   Exhibit 48  Detainee Grievance Form                 102
                 Case No. 14-104 for Jesus
23               Yepez-Gaytan

24   Exhibit 49  Declaration of Jesus Gaytan             104

25
```

```
 1                P R O C E E D I N G S
 2              (Exhibits 38 through 49 marked.)
 3              VIDEOGRAPHER:  We're on the record at
 4   11:33 a.m.  Today is November 16, 2017.  This
 5   begins the video deposition of Jesus Yepez Gaytan,
 6   taken by the defendant in the matter of Menocal,
 7   et al. vs. The Geo Group.
 8              We are located at Norton Rose Fulbright
 9   U.S., LLP, 1225 - 17th Street, Suite 3050, Denver,
10   Colorado 80202.  The court reporter is Tracy
11   Harris.  I am the videographer; my name is Paula
12   Wolff.
13              Counsel will now introduce themselves,
14   starting with plaintiffs' counsel first.
15              MS. TURNER:  Juno Turner, Outten &
16   Golden for the plaintiffs.
17              MR. FREE:  Andrew Free, The Law Office
18   of Andrew Free, for the plaintiffs.
19              MR. DEACON:  Charlie Deacon for The
20   Geo Group, Inc.
21              MR. EISMEIER:  And Dana Eismeier for
22   Geo Group.
23              THE VIDEOGRAPHER:  Will the court
24   reporter please swear in the witness.
25                   JESUS YEPEZ GAYTAN,
```

```
 1   being first duly sworn in the above cause, was

 2   examined and testified as follows:

 3                          EXAMINATION

 4   BY MR DEACON:

 5        Q     You're done.  You can put your hand

 6   down.

 7             Mr. Yepez, why are you suing my client,

 8   The Geo Group?

 9        A     I'm suing your client because of the

10   sanitation situation and the $1 -- the $1

11   situation that I want to get compense -- compense

12   (sic) for it.  Yeah.

13        Q     Whose idea was it to bring this

14   lawsuit?

15        A     Us --  The employee- --  The

16   employees -- employers (sic).

17        Q     Who --  Who brought it to --  Who first

18   approached you about being a party to this case?

19        A     It was one of my -- the workers that

20   worked there.

21        Q     Who was that?

22        A     Diego Vizguerra.  Diego Vizguerra.

23        Q     Okay.  And how did you know Dagoberto?

24        A     He was --

25             MS. TURNER:  He said Diego, I think.
```

1    they approved it.  I don't know.

2         Q    Well, but you weren't there in March,

3    right?  You were still in school?

4         A    I don't recall that.

5         Q    Okay.  But you would have still been in

6    school in March of --

7         A    Yeah.  I didn't --

8         Q    -- 2014?

9         A    I didn't see that --

10        Q    Yeah.

11        A    -- that date.

12        Q    Okay.  Now, if you flip to the next

13   exhibit, which is No. 41.  This is another

14   application that looks like you filled out,

15   correct?

16        A    Yes, sir.

17        Q    And this time, you checked off

18   additional areas that you were interested in

19   working, including the kitchen, dorm cleaning,

20   housekeeping nights, maintenance and library,

21   correct?

22        A    Yeah.

23        Q    Okay.  What --  And I can't read your

24   writing again at the bottom.  It says, "Please

25   list all previous experience in the specific areas

¹ Q Do you know if ICE reviewed and
² approved any of the policies that Geo had at -- at
³ Aurora?
⁴ A No.
⁵ Q Do you have any reason to believe that
⁶ Geo did not follow the policies of ICE at Aurora?
⁷ A Can you explain -- Can you ask that --
⁸ Can you ask me that question again?
⁹ Q Okay. Do you have any evidence that
¹⁰ ICE did -- that Geo did not follow the ICE
¹¹ policies at Aurora?
¹² A Do I have evidence? No.
¹³ Q Okay. Do you know whether or not ICE
¹⁴ was aware of the voluntary work program at Aurora?
¹⁵ A No.
¹⁶ Q All right. But you do know that the
¹⁷ manual that you were provided by ICE addressed the
¹⁸ voluntary work program and said you would be paid
¹⁹ $1 a day, correct?
²⁰ A Yeah.
²¹ Q Okay. Did you receive any type of
²² discipline at all when you were at Aurora?
²³ A Discipline, no.
²⁴ Q Okay. Were you -- Did you ever lose
²⁵ privileges to go to the library or to go to the

1   commissary or anything like that?

2        A    No.

3        Q    Were you ever provided Xboxes when you

4   were at Aurora?

5        A    Yeah.

6        Q    Okay.  And was that to kind of reward

7   you for keeping the -- your area clean?

8        A    Yeah.

9        Q    All right.  Were you also given movies

10  to watch as part of an incentive to keep your area

11  clean?

12       A    Yeah.

13       Q    Were you also given ice cream and other

14  treats in order to incentivize you to keep your

15  area clean?

16       A    Sometimes.

17       Q    Yeah.  Did you ever receive any extra

18  incentives for working in the laundry other than

19  the $1 a day?

20       A    Like . . .

21       Q    Like extra food or -- or --

22       A    Sometimes.

23       Q    -- movie passes?

24            Sometimes you would be?

25       A    (Deponent nodded head.)

```
 1   STATE OF COLORADO)
                     )ss.   REPORTER'S CERTIFICATE
 2   COUNTY OF DENVER )
```

 I, Tracy L. Harris, do hereby certify that I am a Certified Realtime Reporter, Registered Merit Reporter, and Notary Public within the State of Colorado; that previous to the commencement of the examination, the deponent was duly sworn to testify to the truth.

 I further certify that this deposition was taken in shorthand by me at the time and place herein set forth, that it was thereafter reduced to typewritten form, and that the foregoing constitutes a true and correct transcript.

 I further certify that I am not related to, employed by, nor of counsel for any of the parties or attorneys herein, nor otherwise interested in the result of the within action.

 In witness whereof, I have affixed my signature this 29th day of November, 2017.

 My commission expires July 30, 2021.

```
                        _____
                        Tracy L. Harris, CRR, RMR, RPR
                        216 - 16th Street, Suite 600
                        Denver, Colorado  80202
```