# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

______________________________/

No. 14-CV-02887-JLK

DEPOSITION OF DAGOBERTO VIZGUERRA

Mexico City, Mexico

Wednesday, February 21, 2018

REPORTED BY:

LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

Pages 1 - 110

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA, on their own behalf and on behalf of all others similarly situated,

No. 14-CV-02887-JLK

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____________________________/

Deposition of DAGOBERTO VIZGUERRA, taken on behalf of the Defendant, at the offices of Norton Rose Fulbright, Paseo de los Tamarindos No. 400-B, Piso 22, Col. Bosques de las Lomas, Mexico City, Mexico, beginning at 9:29 A.M. and ending at 11:52 A.M., on Wednesday, February 21, 2018, before Leslie Rockwood Rosas, RPR, CSR No. 3462.

APPEARANCES:

FOR THE PLAINTIFFS:

LAW OFFICE OF R. ANDREW FREE
BY: R. ANDREW FREE, ESQ.
2004 8th Avenue South
Nashville, Tennessee 37204
(844) 321-3221
andrew@immigrantcivilrights.com

OUTTEN & GOLDEN LLP
BY: DAVID LOPEZ, ESQ.
601 Massachusetts Avenue NW
Second Floor West Suite
Washington, DC 20001
(202) 847-4400
pdl@outtengolden.com

APPEARANCES (Continued):

FOR THE DEFENDANT THE GEO GROUP:

NORTON ROSE FULBRIGHT US LLP
BY: CHARLES A. DEACON, ESQ.
300 Convent Street, Suite 2100
San Antonio, Texas 79205-3792
(210) 270-7133
charles.deacon@nortonrosefulbright.com

I N D E X

WEDNESDAY, FEBRUARY 21, 2018

| WITNESS | EXAMINATION |
| --- | --- |
| DAGOBERTO VIZGUERRA | |
| BY MR. DEACON | 10, 108 |
| BY MR. FREE | 105 |

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
(NONE)

DEPOSITION EXHIBITS
DAGOBERTO VIZGUERRA

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| Exhibit 50 | Defendant's Notice of Intention to Take Oral and Videotaped Deposition of Dagoberto Vizguerra, 1.23.18 | 9 |
| Exhibit 51 | Record of Deportable/Inadmissible Alien, GEO_MEN 0021648 - 1651 | 9 |
| Exhibit 52 | Detainee Work Detail Application, GEO_MEN 00021641 | 9 |
| Exhibit 53 | Detainee Voluntary Work Program Agreement, GEO_MEN 00021642 | 9 |
| Exhibit 54 | Order to Detain or Release Alien, GEO_MEN 00021623, 21608 - 9 | 9 |
| Exhibit 55 | Aurora Detention Center (Request Form - KITE), GEO_MEN 21667, 21669 | 9 |
| Exhibit 56 | Emergency Notification And Property Disposition Form, GEO_MEN 21662 | 10 |

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| Exhibit 57 | Immigration Detainer - Notice of Action, GEO_MEN 21614, 21610 | 10 |
| Exhibit 58 | People of the State of Colorado vs. Vizguerra, Dagoberto, GEO_MEN 59616 | 10 |
| Exhibit 59 | People of the State of Colorado vs. Vizguerra, Dagoberto, GEO_MEN 50608 | 10 |
| Exhibit 60 | Vizguerra, Brenda Roxann vs. Vizguerra, Dagoberto, GEO_MEN 59456 - 511 | 10 |
| Exhibit 61 | Vizguerra, Brenda Roxann vs. Vizguerra, Dagoberto, GEO_MEN 59454 - 55 | 10 |
| Exhibit 62 | Intake Screening, GEO_MEN 59404 | 10 |
| Exhibit 63 | Aurora ICE Processing Center Detainee Handbook Local Supplement, PL000029 - 55 | 90 |

PREVIOUSLY MARKED EXHIBITS REFERENCED:

| EXHIBIT NUMBER | PAGE |
|---|---|
| Exhibit 7 | 35 |

Mexico City, Mexico; Wednesday, February 21, 2018
9:29 A.M.

PROCEEDINGS

DAGOBERTO VIZGUERRA,
called as a witness, having been duly sworn, was examined and testified as follows:

(Exhibit 50, Defendant's Notice of Intention to Take Oral and Videotaped Deposition of Dagoberto Vizguerra, 1.23.18, marked for identification.)
(Exhibit 51, Record of Deportable/Inadmissible Alien, GEO_MEN 0021648 - 1651, marked for identification.)
(Exhibit 52, Detainee Work Detail Application, GEO_MEN 00021641, marked for identification.)
(Exhibit 53, Detainee Voluntary Work Program Agreement, GEO_MEN 00021642, marked for identification.)
(Exhibit 54, Order to Detain or Release Alien, GEO_MEN 00021623, 21608 - 9, marked for identification.)
(Exhibit 55, Aurora Detention Center (Request Form - KITE), GEO_MEN 21667, 21669, marked for

identification.)

(Exhibit 56, Emergency Notification And Property Disposition Form, GEO_MEN 21662, marked for identification.)

(Exhibit 57, Immigration Detainer - Notice of Action, GEO_MEN 21614, 21610, marked for identification.)

(Exhibit 58, People of the State of Colorado vs. Vizguerra, Dagoberto, GEO_MEN 59616, marked for identification.)

(Exhibit 59, People of the State of Colorado vs. Vizguerra, Dagoberto, GEO_MEN 50608, marked for identification.)

(Exhibit 60, Vizguerra, Brenda Roxann vs. Vizguerra, Dagoberto, GEO_MEN 59456 - 511, marked for identification.)

(Exhibit 61, Vizguerra, Brenda Roxann vs. Vizguerra, Dagoberto, GEO_MEN 59454 - 55, marked for identification.)

(Exhibit 62, Intake Screening, GEO_MEN 59404, marked for identification.)

EXAMINATION

BY MR. DEACON:

**Q. Mr. Vizguerra, do you want me to call you**

**Dagoberto or Vizguerra?**

A. Dago.

**Q. Dago? It's even easier for me.**

A. Yes.

**Q. Okay. Dago.**

**Please -- can you please state your name for the record.**

A. Dagoberto Vizguerra Hernandez.

**Q. Okay. Dago, where do you live?**

A. In Guanajuato.

**Q. Here in Mexico?**

A. Yes.

**Q. How far is that from where we're taking your deposition in Mexico City?**

A. Five hours.

**Q. Five hours.**

**Okay. What do you do for a living?**

A. I work at a -- like, a metal delivery company.

**Q. Okay. You deliver metal?**

A. Yes.

**Q. Okay. And I know you've lived in Mexico, and I know you've lived in Colorado. Is there any other places you have lived?**

A. Washington.

**Q. State of Washington?**

following types of segregation to house detainees who require more intensive supervision." And it identifies administrative segregation and then disciplinary segregation.

Were you placed in -- ever placed in either administrative segregation or disciplinary segregation?

A. No.

Q. Okay. Do you even know where they are?

A. Yes.

Q. Okay. Where are they?

A. In a separate room.

Q. Okay. Do you remember what part of the Aurora detention -- ICE Aurora Detention Center they were?

A. I don't remember.

Q. Okay. But you never went there?

A. No.

Q. Do you know anybody that did?

A. Yes.

Q. Who?

A. I don't remember his name, but...

Q. What did he go there for?

A. For not wanting to clean.

Q. For what?

A. Not wanting to clean.

Q. Not wanting to what?

MR. FREE: Yeah, exactly.
MR. DEACON: Okay. All right.
**Q. Well, if Chaparral's in New Mexico, you were correct.**
MR. DEACON: Oh, you know what, I didn't mark this one. Can we go off the record?
(Recess.)
(Exhibit 63, Aurora Ice Processing Center Detainee Handbook Local Supplement, PL000029 - 55, marked for identification.)
**Q. BY MR. DEACON: Dago, I have another document that's been marked as Exhibit 63, and we previously went through, as Exhibit Number 7, the ICE National Detainee Handbook. Do you remember that? Do you remember the first document I went through with you?**
A. Yes.
**Q. Okay. And do you remember that was the one that was issued by ICE?**
A. Yes.
**Q. Okay. And it's -- in that handbook, you remember it says that the -- there would be a local supplement detainee handbook? Do you remember that?**
A. Yes.
**Q. Okay. So Exhibit Number 63, does it say that this is the ICE -- I mean, the Aurora ICE Processing Center Detainee Handbook Local Supplement?**

A. Yes.
**Q. Do you remember getting this?**
A. I don't remember.
**Q. You don't remember? Okay.**
**Okay. If you turn to what is marked as page 2.**
MR. DEACON: Or Bates labeled 32, Andrew.
**Q. Do you see it?**
A. Uh-huh.
**Q. Do you see under the introduction it says, "The Aurora Detention Center is a private detention facility operating under a contract with the United States Immigration and Custom Enforcement," which is ICE?**
**Did you understand that this was being operated on behalf of ICE?**
A. Yes.
**Q. Okay. Do you recall that the -- all detainees were required to acknowledge by signature receipt of this supplement? Do you remember signing for this book?**
A. No.
**Q. You don't remember signing?**
A. No.
**Q. If you turn the page, it has "Rights and Responsibilities." I think I covered a lot of this, actually. I apologize. Replowing the same ground.**

**Okay. If you turn to page 6, which is Bates labeled 36, it talks about that an orientation video, when you came there, would -- you were provided or shown an orientation video. Do you remember doing that?**
A. I don't remember.
**Q. Do you remember being provided a pro bono immigration law video?**
A. No.
**Q. You don't remember that either?**
A. Huh-uh.
**Q. Okay. And then on the top of that page on the right it says, "Detainee work program voluntary." Second paragraph says, "All work is done on a voluntary basis, except that work which is customarily required to cleaning your living area."**
**Did you -- do you see that?**
A. Yes.
**Q. And when you worked at -- in the laundry, you volunteered to do that; right?**
A. Yes.
**Q. Okay. If you go to page 12, which is Bates labeled 42, this detainee handbook supplement -- local supplement actually identifies specific groups in the Denver area that provided free legal services. Do you -- did you ever reach out to pro bono Denver?**

Do you remember the televisions ever being turned off because you guys didn't clean up your area?
A. No, I don't remember.
Q. You don't remember that ever happening?
A. No.
Q. That's because you guys cleaned up?
A. Yes.
Q. Okay. We're done with that document, Dago.
I may have asked you this before, and I apologize. Do you recall a sign-up near -- did you ever use the phones at Aurora?
A. Yes.
Q. Okay. Do you recall a poster up there about toll free numbers you could make if you had any complaints or anything like that?
A. No.
Q. Do you recall a poster being up for Department of Homeland Security, Immigration and Custom Enforcement, where you could call if you had a complaint?
A. No.
Q. Okay. And I think I asked you this, but do you remember where you could fill out -- do you know what a KITE form is?
A. No.
Q. Do you remember those requests that you filled

STATE OF CALIFORNIA ) ss:
COUNTY OF MARIN )

I, LESLIE ROCKWOOD ROSAS, CSR NO. 3452, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 1st day of March, 2018.

________________________________________

LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462