# EXHIBIT L

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLORADO
 2
     Civil Action No.: 1:14-cv-02887-JLK
 3   _____

 4                      DEPOSITION OF
                MARTHA VASQUEZ - June 29, 2020
 5                      via RemoteDepo
     _____
 6
     ALEJANDRO MENOCAL, et al.,
 7
     Plaintiffs,
 8
     v.
 9
     THE GEO GROUP, INC.,
10
     Defendant.
11   _____

12
                 PURSUANT TO NOTICE, the deposition of
13   MARTHA VASQUEZ was taken on behalf of the Plaintiffs
     and Class by remote means, on June 29, 2020, at
14   9:59 a.m., before Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
15   Reporter and Notary Public, appearing remotely from
     Arapahoe County, Colorado.
16

17

18

19

20

21

22

23

24

25
```

```
 1                       REMOTE APPEARANCES

 2   For the Plaintiffs and Class:

 3           MICHAEL J. SCIMONE, ESQ.
             Outten & Golden LLP
 4           685 Third Avenue, 25th Floor
             New York, New York 10017
 5           mscimone@outtengolden.com

 6           ANDREW TURNER, ESQ.
             The Kelman Buescher Firm
 7           600 Grant Street, Suite 450
             Denver, Colorado 80203
 8           aturner@laborlawdenver.com

 9
     For the Defendant:
10
             ADRIENNE SCHEFFEY, ESQ.
11           Akerman, LLP
             1900 Sixteenth Street, Suite 1700
12           Denver, Colorado 80202
             adrienne.scheffey@akerman.com
13
             MICHAEL LEY, ESQ.
14           Burns, Figa & Will
             6400 South Fiddlers Green Circle
15           Suite 1000
             Greenwood Village, Colorado 80111
16           mley@bfwlaw.com

17

18

19

20

21

22

23

24

25
```

```
 1                         I N D E X

 2   EXAMINATION OF MARTHA VASQUEZ:                    PAGE
     June 30, 2020
 3
     By Mr. Scimone                                    6, 111
 4
     By Ms. Scheffey                                   110
 5

 6
                                                       INITIAL
 7   DEPOSITION EXHIBITS:                              REFERENCE
     (Exhibits provided electronically to the reporter.)
 8
     Exhibit 1    Offer of employment letter from Jerry    11
 9                Alexander to Martha Vasquez dated
                  1/2/01
10
     Exhibit 2    Personnel Action Form dated 12/19/06    13
11
     Exhibit 3    Detainee Classification System -         17
12                Secondary Assessment Form for
                  Alejandro Hernandez-Torres dated
13                5/6/13

14   Exhibit 4    Personnel Action Form - Rate Changes,   25
                  Transfers or Terminations
15
     Exhibit 5    Performance Evaluation Detainee         27
16                Officer

17   Exhibit 6    Shift Supervisor Daily Log/Post         31
                  Assignments dated 8/21/14
18
     Exhibit 7    Aurora Detention Facility 2014          35
19                Pre-Service Training Schedule

20   Exhibit 8    Detainee Work Detail Application for    41
                  Alejandro Vasquez-Torres
21
     Exhibit 9    Email from Martha Vasquez to Vince      50
22                Cacciato dated 12/14/11

23   Exhibit 10   Aurora Detention Center Man-Days        50
                  Billing Report Status Detail Alpha
24
     Exhibit 11   Inmate Transactions by Date and Event   54
25
```

```
 1   Exhibit 12   Email exchange                              55

 2   Exhibit 13   Email from Cheryl Curtis to Martha          59
                  Vasquez dated 7/29/11
 3
     Exhibit 14   Email exchange                              64
 4
     Exhibit 15   Email exchange                              67
 5
     Exhibit 16   Aurora ICE Processing Center Detainee       72
 6                Handbook, Local Supplement, revised
                  October 2013
 7
     Exhibit 17   Incident of Prohibited Acts and             87
 8                Notice of Charges for Germain Vanks

 9   Exhibit 18   Investigation Report for Germain            88
                  Vanks dated 12/10/12
10
     Exhibit 19   Email exchange                              92
11
     Exhibit 20   E-Unit (SEG/SMU) Activity Sheet dated       92
12                12/10/12

13   Exhibit 21   Aurora Detention Center Historical          96
                  Segregation Report dated 6/3/14
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              WHEREUPON, the following proceedings
 2   were taken pursuant to the Colorado Rules of Civil
 3   Procedure.
 4              *     *     *     *     *
 5              THE REPORTER:  The attorneys participating
 6   in this deposition acknowledge that I am not physically
 7   present in the deposition room and that I will be
 8   reporting this deposition remotely.  They further
 9   acknowledge that in lieu of an oath administered in
10   person, the witness will verbally declare her testimony
11   in this matter is under penalty of perjury.  The
12   parties and their counsel consent to this arrangement
13   and waive any objections to this manner of reporting.
14              Please indicate your agreement by stating
15   your name and agreement on the record.
16              MR. SCIMONE:  Mike Scimone.  We agree for
17   the plaintiffs.
18              MS. SCHEFFEY:  Adrienne Scheffey.  We
19   agree on behalf of the defendant.
20                    MARTHA VASQUEZ,
21   having been first duly sworn to state the whole truth,
22   testified as follows:
23              (Deponent's reply to oath:  Yes.)
24
25
```

```
 1  Exhibit 1, which is Bates-stamped GEO-MEN 171364.
 2              (Exhibit 1 was remotely introduced and
 3              provided electronically to the court
 4              reporter.)
 5       Q.   Does this look familiar?
 6       A.   Yes.
 7       Q.   Okay.  What do you recognize this document
 8  to be?
 9       A.   Just my offer to start employment.
10       Q.   And so this is dated January 2nd, 2001,
11  correct?
12       A.   Correct.
13       Q.   All right.  And at that time, was the GEO
14  Group known as Wackenhut Corporation?
15       A.   Yes.
16       Q.   Okay.  And so this is an offer letter you
17  received in January 2001?
18            MS. SCHEFFEY:  Object to form.
19       A.   Correct.
20       Q.   (BY MR. SCIMONE)  I'm sorry.  You said
21  "Correct"?  What did you say?
22       A.   "Correct."
23       Q.   Okay.  Thank you.
24            And at that time where -- where did you
25  begin working?  What location?
```

1              Q.   Okay.  So on the left-hand side, there's a
2     section titled "Housing Unit Sanitation."  Do you see
3     that?
4              A.   Yes.
5              Q.   And it's a short section.  It says:
6                   "Each and every detainee must
7                   participate in the facility's sanitation
8                   program.  A list of detainees is developed
9                   each day by staff and is posting daily for
10                  viewing.  During a general cleanup all
11                  detainees must participate.  The assigned
12                  Housing Unit Officer will be responsible
13                  for assuring this general cleanup is done
14                  on a regular basis."
15                  I know generally you said you're a
16    classification officer, but you said earlier at times
17    you have also worked in a housing unit post, correct?
18             A.   Yes.
19             Q.   And at those times have you seen this
20    housing unit sanitation policy being carried out?
21                  MS. SCHEFFEY:  Object to form.
22             A.   Yes.
23             Q.   (BY MR. SCIMONE)  And have you been
24    involved in implementing this policy?
25             A.   Yes.

```
 1         Q.   So can you tell me how that works.
 2         A.   It's just a list of cleanup pretty much
 3   after every meal.  And it's a list of detainees that
 4   would have to clean certain areas.
 5         Q.   And how many detainees are on that list
 6   each day?
 7         A.   About six.
 8         Q.   Would that change at times throughout the
 9   last -- well, from 2004 to 2014, has that number
10   changed?
11         A.   I don't think so.
12         Q.   So it's six people, to your recollection?
13         A.   I didn't hear you on the last.
14              MS. SCHEFFEY:  I didn't here that.  Sorry.
15         Q.   (BY MR. SCIMONE)  Your best memory is it
16   was always six people per day?
17         A.   Yes.
18         Q.   And that list of people rotates among the
19   people in the housing unit?
20         A.   Yes.
21         Q.   And what do the people on that list do?
22   What are the tasks that they have to complete?
23         A.   Two would sweep, two would mop, two would
24   wipe down the table.
25         Q.   Anything else?
```

```
 1        A.   That's it.  Two, two and two.
 2        Q.   And this is -- and that work is mandatory
 3   for the people on the list, correct?
 4        A.   It's not mandatory.
 5             MS. SCHEFFEY:  Object to form.
 6        Q.   (BY MR. SCIMONE)  Okay.  It says here in
 7   this paragraph:
 8                "Each and every detainee must
 9                participate in the facility's sanitation
10                program."
11             You saw that, right?
12        A.   Yes.
13             MS. SCHEFFEY:  Object to form.
14        Q.   (BY MR. SCIMONE)  Okay.  So you're saying
15   that's not true?
16        A.   I'm just saying that, you know, they don't
17   have to do it.
18        Q.   So people are allowed to opt out of that?
19        A.   Yes.
20        Q.   How often does that happen that people
21   choose not to clean when their name is on the list?
22        A.   On my situation, I normally don't have
23   any.
24        Q.   Have you ever seen it happen?
25        A.   Maybe once since I've been here.
```

```
 1        Q.   And what happened when that happened at
 2   that time that you remember?
 3        A.   So in my situation, that particular person
 4   said that he didn't want to clean.  I went and talked
 5   to him and asked him what was the reason, and he said
 6   he wasn't feeling good.  So pretty much I just skipped
 7   to the next person.
 8        Q.   When you say "the next person," what do
 9   you mean?
10        A.   So the next bed.  Normally we would go by
11   the bed.
12        Q.   So there's a list that's posted, right?
13        A.   Yes.
14        Q.   And this person's name was on the list?
15        A.   Yes.
16        Q.   And how -- how is that list chosen?  Is
17   that everyone who shares a cell?
18             MS. SCHEFFEY:  Object to form.
19        A.   So yes.
20        Q.   (BY MR. SCIMONE)  And then -- so your
21   testimony is that people can choose not to do that, and
22   then you just go to the next bed?
23        A.   That's what I did.
24        Q.   So what happens to the other people who
25   are on that list at that time?
```

```
 1          A.   Yes.
 2          Q.   Okay.  So are there differences between
 3   people in these different statuses with respect to what
 4   privileges they're allowed to have when they're in the
 5   segregation unit?
 6          A.   Yes.
 7          Q.   So, generally speaking, what is protective
 8   custody?
 9          A.   They requested to be placed in there for
10   whatever reason.
11          Q.   For example, if they feel unsafe in the
12   general population?  Is that an example?
13               MS. SCHEFFEY:  Form.
14          A.   Yes.
15          Q.   (BY MR. SCIMONE)  And the status here
16   "Pending Hearing" refers to someone who's been charged
17   with some sort of offense, correct?
18          A.   Yes.
19          Q.   And there are differences between the
20   privileges that people are allowed to have between
21   those two statuses?
22               MS. SCHEFFEY:  Object to form.
23          A.   It would say on the paperwork.
24          Q.   (BY MR. SCIMONE)  But you know that there
25   are differences between them?
```

```
 1         Q.   So other than that example, you've never
 2   dealt with someone who didn't want to do that cleaning?
 3         A.   Correct.
 4              MS. SCHEFFEY:  Object to form.
 5         Q.   (BY MR. SCIMONE)  Okay.  And you've never
 6   witnessed that happen other than that example?
 7              MS. SCHEFFEY:  Object to form.
 8         A.   No.
 9         Q.   (BY MR. SCIMONE)  So you haven't?
10         A.   No.
11         Q.   Okay.  And you said before that the
12   cleaning is not mandatory.  How do you know that?
13         A.   We just refer to the ICE policies.
14         Q.   What ICE policy says that it's not
15   mandatory?
16         A.   So I mean, like I said, you would call --
17   it would be more of a -- how can I say it?  A judgment,
18   I guess.  Does that make sense?  A judgment call.  No?
19         Q.   So it's --
20         A.   I'm sorry.
21         Q.   Don't be sorry.  Let me ask --
22         A.   Um-hum.
23         Q.   -- are you saying that it's your judgment
24   call that it's not mandatory?
25         A.   That's exactly what I did in that
```

1                  REPORTER'S CERTIFICATE

2  STATE OF COLORADO          )
                              )  ss.
3  CITY AND COUNTY OF DENVER  )

4              I, Shannon Clementi, Registered
   Professional Reporter, Colorado Realtime Certified
5  Reporter and Notary Public ID 20004025632, State of
   Colorado, do hereby certify that previous to the
6  commencement of the examination, the said
   MARTHA VASQUEZ verbally declared his/her testimony in
7  this matter is under penalty of perjury; that the said
   deposition was taken in machine shorthand by me at the
8  time and place aforesaid and was thereafter reduced to
   typewritten form; that the foregoing is a true
9  transcript of the questions asked, testimony given, and
   proceedings had.
10
               I further certify that I am not employed
11 by, related to, nor of counsel for any of the parties
   herein, nor otherwise interested in the outcome of this
12 litigation.

13             IN WITNESS WHEREOF, I have affixed my
   signature this 7th day of July, 2020.
14

15             My commission expires June 3, 2021.

16
   __X__ Reading and Signing was requested.
17
   _____ Reading and Signing was waived.
18
   _____ Reading and Signing is not required
19
                          _____
20                        Shannon Clementi
                          Registered Professional Reporter
21                        Colorado Realtime Certified Reporter

22

23

24

25