# EXHIBIT M

1           IN THE UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF COLORADO

2

3    Civil Action No.: 1:14-cv-02887-JLK
     _____

4
              VIDEOCONFERENCE DEPOSITION OF: LUIS PAGAN
5                          July 8, 2020
     _____

6
     ALEJANDRO MENOCAL, et al.,
7
          Plaintiffs,
8
     vs.
9
     THE GEO GROUP, INC.,
10
          Defendants.
11

12   _____

13

14               PURSUANT TO NOTICE, the videoconference
     deposition of LUIS PAGAN was taken on behalf of the
     Plaintiff remotely, on July 8, 2020 at 10:05 a.m.,
15   before Leeann L. Stellor, Registered Merit Reporter
     and Notary Public within Colorado.

16

17

18

19

20

21

22

23

24

25

1                    A P P E A R A N C E S

2


3       For the Plaintiffs by videoconference:

4              ANDREW TURNER, ESQ.
               MATTHEW FRITZ-MAUER, ESQ.
5              The Kelman Buescher Firm
               600 Grant Street, Suite 450
6              Denver, Colorado  80203
               aturner@laborlawdenver.com
7              mfritz.mauer@laborlawdenver.com

8

        For the Defendants by videoconference:
9


10             ADRIENNE SCHEFFEY, ESQ.
               Akerman, L.L.P.
11             1900 16th Street, Suite 1700
               Denver, Colorado  80202
12             adrienne.scheffey@akerman.com

13             DANA EISMEIER, ESQ.
               MICHAEL LEY, ESQ.
14             Burns, Figa & Will, P.C.
               1700 Broadway, Suite 2100
15             Denver, Colorado  80290
               deismeier@bfwlaw.com
16             mley@bfwlaw.com

17

18

19

20

21

22

23

24

25

1                          I   N   D   E   X

2

   EXAMINATION OF LUIS PAGAN                                    PAGE
3  July 8, 2020

4  By Mr. Turner                                              5, 173

5  By Ms. Scheffey                                        168, 175

6

7  DEPOSITION EXHIBITS                                    REFERENCE

8  Exhibit 1     Prospective Detention Officer             12
                 Interview Questionnaire
9                GEO-MEN00170800 - 170792

10 Exhibit 2     Detention Officer Job Description          24
                 GEO_MEN 00019940 - 19941
11

12 Exhibit 3     September 29, 2014 Shift Supervisor        34
                 Daily Log/Post Assignments
13               GEO_MEN 00030666

   Exhibit 4     Detainee Handbook                          98
14

   Exhibit 5     August 3, 2014 Shift Supervisor           119
15               Daily Log/Post Assignments
                 GEO_MEN 00049870
16

   Exhibit 6     June 17, 2015 Shift Supervisor Daily      126
17               Log/Post Assignments
                 GEO_MEN 00048862
18

   Exhibit 7     Excerpt from Policy and Procedure         135
19               Manual - Detainee Work Program
                 GEO_MEN 00041155
20

   Exhibit 8     Performance-Based National Detention      168
21               Standards 2011

22

23

24

25

 1        WHEREUPON, the following proceedings were taken

 2    pursuant to the Colorado Rules of Civil Procedure.

 3                    *    *    *    *    *

 4                MS. COURT REPORTER:  All parties to

 5    this deposition are appearing remotely and have

 6    agreed to the witness being sworn in remotely.  Due

 7    to the nature of remote reporting, please pause

 8    briefly before speaking to ensure all parties are

 9    heard completely.

10                    Counsel, will you please state

11    your appearances for the record.

12                MR. TURNER:  Good morning.  Andrew

13    Turner on behalf of the plaintiff class, Kelman

14    Buescher Firm.

15                MS. SCHEFFEY:  Good morning, Adrienne

16    Scheffey on behalf of Geo Group, and with me is Dana

17    Eismeier.

18                    And, Dana, is Mickey going to be

19    on?

20                MR. EISMEIER:  He will be listening

21    intermittently.

22                    Mickey, are you on?

23                MR. LEY:  Yeah.

24                MS. SCHEFFEY:  And Michael Ley will

25    be on intermittently.

 1          Q.    Okay.  And then the third page we see a

 2     letter date September 15th, 2006; is that right?

 3          A.    Yes.

 4          Q.    Do you recognize that letter?

 5          A.    Yes.  That's when I got hired, I believe.

 6          Q.    Okay.  So that's your offer of employment

 7     letter?

 8          A.    Yes.

 9          Q.    So you were applying for the job in July

10     of '06 and got the job in September of '06.  Does

11     that seem right, in your recollection?

12          A.    September 18th is when my starting date

13     was, yes.

14          Q.    Okay.  So three days later.

15                     What were you doing before you

16     made that application?

17          A.    I was working for a security company.

18          Q.    In Colorado?

19          A.    Yes.

20          Q.    Had you ever worked in corrections

21     before?

22          A.    I worked in detention before.

23          Q.    So you're talking about civil detention,

24     INS, at the time; is that right?

25                     MS. SCHEFFEY:  Object to form.

Lois Pagan
July 08, 2020                                        26

1          A.    Yes.

2          Q.    Is that the job description for your job?

3          A.    Yes.

4          Q.    Have you seen that document before?

5          A.    Yes.

6          Q.    So let's look at the first paragraph

7    that's labeled "Summary."  Do you see where it says,

8    "This position oversees and maintains custody, care,

9    and control of inmates or detainees of a facility,

10   while enforcing the rules, regulations, policies,

11   and procedures of the company and contracting

12   agency."

13                    Do you see that?

14         A.    Yes, sir.

15         Q.    Now, when your job description says the

16   company and the contracting agency there, what do

17   you take that to mean?

18         A.    What does it mean?

19         Q.    Yeah.  Who is the company and who is the

20   contracting agency there?

21         A.    Geo --

22              MS. SCHEFFEY:  Object to --

23         A.    Geo is the company, and the contracting

24   is -- well, the company's ICE, I believe.

25         Q.    The agency is ICE?

Luis Pagan
July 08, 2020                                        75

```
 1        will be given back to them or just discarded.

 2              Q.    The next bullet point on Exhibit 2 states

 3        that the detention officer, "Initiates disciplinary

 4        reports on inmates or detainees."

 5                         Is that a thing you've had to do

 6        at times?

 7              A.    Yes.

 8              Q.    Okay.  Tell me about that.  What does

 9        that involve?

10              A.    It depends what they do.  Like, you have

11        to make out a GI, a discipline -- a report as far as

12        them breaking policy or standards or whatever.

13              Q.    I'm sorry, did you call that a DI?

14              A.    A GI.

15              Q.    GI.  What does that mean?

16              A.    General incident report.

17              Q.    How frequently have you done one of

18        those?

19              A.    Hardly ever.  I have done -- I can go

20        weeks without doing one.

21              Q.    So every couple of weeks you'll probably

22        have one?

23              A.    Not even that.

24              Q.    Maybe monthly?

25              A.    Maybe.
```

1   investigations and things.

2        Q.   Is it the disciplinary officer that

3   decides the punishment applicable to an offense?

4        A.   I believe that might be their title, yes.

5             MS. SCHEFFEY:  Hey, guys, I want to

6   note I just got kicked off for about a minute.

7             MR. TURNER:  I was just checking to

8   see.  Do we want to pause and let the reporter read

9   you back questions and answers?  Does that make

10  sense?

11            MS. SCHEFFEY:  That would be great,

12  if you could.

13            MR. TURNER:  I just saw your video

14  blink.  Let's stop a moment and let the reporter

15  catch you up.

16                 (Record read.)

17       Q.   Officer Pagan, I believe you testified

18  that you, as a disciplinary officer, don't determine

19  the penalty applicable to an offense; is that right?

20       A.   I wasn't a disciplinary officer.

21       Q.   I'm sorry, did I say disciplinary

22  officer?  Let me try that again.

23                 I believe you testified that you,

24  as a detention officer, do not determine what

25  penalty is applicable to an offense; is that right?

```
 1          A.    That's correct.

 2          Q.    Okay.  You -- you might submit a GI, and

 3    the disciplinary officer would make that

 4    determination; is that right?

 5          A.    Yes.

 6          Q.    Okay.  You said that you might do a GI

 7    perhaps monthly.  What infractions do you recall

 8    having done that for?

 9          A.    Maybe disobeying an order.

10          Q.    Anything else?

11          A.    Maybe a code yellow.  Once in a while we

12    have a code yellow, so I have to write a GI.

13          Q.    And by a code yellow, you mean a fight;

14    is that right?

15                MS. SCHEFFEY:  Object to form.

16    Foundation.

17          A.    Any type of incident that might occur, I

18    have to write a GI; whether it's a fight, a code

19    blue, or anything that's not normal.

20          Q.    I see.  So a GI is not just a

21    disciplinary infraction.  It's broader than that?

22          A.    It's just an incident.

23          Q.    Okay.  If we're talking about writing up

24    a detainee in a way that might result in discipline,

25    is the GI the form you use?
```

Luis Pagan
July 08, 2020                                               80

```
 1          A.     No.

 2          Q.     What is?

 3          A.     The charge package.

 4          Q.     Okay.  So where the Job Description says,

 5     "Initiates disciplinary reports on inmates or

 6     detainees," we're not just talking about a GI.

 7     We're talking about a charge package, right?

 8          A.     Yes.

 9                 MS. SCHEFFEY:  Object to form.

10          Q.     Okay.  Have you done a charge package

11     before?

12          A.     I have.

13          Q.     When you do a charge package, how does

14     that work?

15          A.     Well, you have to fill out all the

16     information on what occurred and you write down the

17     code, which will indicate what charge you're

18     charging them with, whether it was a fight or

19     disrespecting an officer, subordination, or an

20     assault.  Anything that's against policy there, we

21     write a charge package.

22          Q.     So anything that's against policy there,

23     you have to write up a charge package?

24          A.     Yes.

25          Q.     And you said that you have to note the
```

Zaid Pagan
July 08, 2020                                              81

```
 1    code?

 2         A.    Yeah.  Each offense has a code next to

 3    it.

 4         Q.    Is that a numeric code?

 5         A.    Well, it's a number.

 6         Q.    Okay.  You're just talking about like a

 7    200-level offense, a 300-level?

 8         A.    Yes.

 9         Q.    Okay.  Got you.

10               So those codes are noted in a

11    book, right?

12         A.    In the charge package.

13         Q.    The one that you select gets noted in the

14    charge package?

15         A.    Right.

16         Q.    Your choices as to what code might

17    constitute an offense are listed in another book,

18    right?

19         A.    It's in the same book.  It's all in one

20    package, along with an explanation of the incident.

21         Q.    There's a master list of charges and

22    numbers that you work from, right?

23         A.    Yes.

24         Q.    And that appears in another handbook,

25    right?
```

Scull-Pagan
July 08, 2020                                    82

```
 1                    MS. SCHEFFEY:  Object to form.

 2          Q.    Does that appear in the Detainee

 3    Handbook?

 4          A.    I believe so.

 5          Q.    Okay.  And those are the things that

 6    constitute offenses, right?

 7          A.    Yes.

 8          Q.    Like, if you're going to write somebody

 9    up, it has to be for a numeric offense, right?

10          A.    Yes.

11          Q.    And that's the list of rules that you

12    work from, is in the Detainee Handbook, right?

13          A.    Pretty much, yes.

14          Q.    When you say pretty much, are there other

15    offenses that you can use that are not in the

16    Detainee Handbook?

17          A.    There may be stuff like, you know, common

18    sense where, you know, it might not be listed, but

19    just behavior.

20          Q.    So you think you can write up a detainee

21    for misbehavior that's not in the handbook?

22          A.    That would be --

23                    MS. SCHEFFEY:  Object to form.

24          A.    That would be like a general incident

25    report maybe, explaining what went on.  It may not
```

```
 1      be in a charge, but...

 2           Q.    What code would you use for that?

 3           A.    There's not a code.

 4           Q.    Okay.  So have you ever submitted a

 5      disciplinary --

 6           A.    It's just a report of what went on, more

 7      or less.

 8           Q.    So there you're talking about a GI,

 9      right?  But I'm asking about a disciplinary packet.

10      Would you have ever done one of those with no code

11      number?

12           A.    No.

13           Q.    Right.  The disciplinary package requires

14      that there be an offense that's got a number code,

15      right?

16           A.    Yes.

17           Q.    That's what you can actually discipline

18      people for, are the coded offenses, right?

19           A.    Yes.

20           Q.    Okay.  What infractions do you recall

21      having done a discipline package for?

22           A.    For fighting, really.  I might have wrote

23      them up for destroying Geo property.

24           Q.    You mean vandalism kind of?

25           A.    Yes.
```

 1        Q.    You mentioned disobeying orders before.

 2   That's a coded violation, isn't it?

 3        A.    I believe it's in there, yes.  Cursing at

 4   an officer or disrespect to a female officer.  Just

 5   verbal language, I believe, might be in there as a

 6   code.

 7        Q.    Have you ever put a disciplinary on

 8   someone just for cursing?

 9        A.    No.

10        Q.    But you've heard cursing in the dorms,

11   right?

12        A.    Yes.  You hear it all the time.

13        Q.    I'd like to refer you to the next bullet

14   point in Exhibit 2, which states as a portion of

15   your job description that the detention officer,

16   "Prepares reports and maintains daily logs as

17   required."

18                    Have you done that?

19        A.    Yes.

20        Q.    So we spoke about logs in the context of

21   the housing unit, right?

22        A.    Yes.

23        Q.    And you told me that that was logging

24   people in and out of the unit with times and

25   identities, right?

 1          A.     Yes.

 2                    MS. SCHEFFEY:  Object to form.

 3     Misstates prior testimony.

 4          Q.     Is there any other daily log that you're

 5     aware of?

 6          A.     Yes.

 7          Q.     What is that?

 8          A.     Shakedowns logbooks.

 9          Q.     I'm sorry, after shakedowns you said

10     what?

11          A.     There are shakedowns logbooks.

12          Q.     What does that record?

13          A.     I'm sorry?

14          Q.     What does the shakedown logbook record?

15          A.     It's just you indicate in there what cell

16     or area you did a shakedown, and if you found any

17     contraband you would log it in there.

18          Q.     Okay.

19          A.     The time and date.

20          Q.     This bullet point also says the detention

21     officer prepares reports.  Is that a thing you need

22     to do?

23          A.     If a report's necessary to be made, yes.

24     Uh-huh.

25          Q.     What kind of reports do you prepare?

 1          A.      Incident reports, basically, if needed.

 2          Q.      Is that what you had referred to before

 3     as a GI?

 4          A.      Yes.

 5          Q.      Okay.  Any other kind of report come to

 6     mind as a thing you do?

 7          A.      No.

 8          Q.      The next bullet point of Exhibit 2, do

 9     you see where it says the detention officer,

10     "Ensures prompt and appropriate assistance to

11     inmates or detainees in the event of injury,

12     illness, or trauma."

13          A.      Yes.

14          Q.      Is that a thing you've had to do?

15          A.      Yes.  Yes, I have.

16          Q.      What is your role as a detention officer

17     in ensuring medical assistance?

18          A.      You call a code blue, call the lieutenant

19     on duty to let them know what's going on.  You call

20     control.  You -- if they ask what the situation is,

21     you have to indicate what's going on, otherwise

22     medical and first responders will come, along with

23     the watch commander or lieutenant.  Everybody comes

24     at the same time.

25          Q.      The next bullet point states that the

1      detention officer, "Promotes facility cleanliness

2      and reports need for maintenance or repairs."

3                       Does that sound accurate?

4           A.    Oh, yes.  That's another report we do.

5      That would be work orders, where anything that needs

6      to be fixed might be, or a security issue.

7           Q.    Do you have the authority to make an

8      acquisition yourself for a work order, or is that

9      someone else's job?

10          A.    No, we do.

11          Q.    So you can put in a requisition for

12     materials or something and purchase them?

13          A.    Yes.  We can request it and turn it over

14     to the supervisor, and it goes from there.

15          Q.    Okay.  So the supervisor signs off on

16     things you request?

17          A.    Yes.

18          Q.    The next bullet point says that the

19     detention officer, "Serves as a member of special

20     teams to respond to emergencies as required."

21                       Is that a thing that you've done?

22          A.    Yes.  Are you talking about the CERT

23     team, the one that's trained for special encounters

24     and stuff like that, or just --

25          Q.    I'm asking what the term "special teams"

Jesus Pagan
July 08, 2020                                           88

 1     means to you?

 2           A.    That would be a CERT team, I believe.

 3           Q.    Okay.  Have you done that at times?

 4           A.    No.

 5           Q.    The sentence says "responding to

 6     emergencies."  Have you had to do that?

 7           A.    Yes, sir.

 8           Q.    And I've seen you designated as a first

 9     responder.  Is that what this references?

10           A.    Yes.

11           Q.    And what does a CERT team do?  What were

12     you talking about?

13           A.    The CERT team will come in if a

14     detainee's beyond control, maybe locked them self up

15     in a cell, broke a sprinkler head, just going --

16     just going crazy or something, and we may have to

17     call the CERT team to come in and detract them out

18     of the cell, keep them from hurting themselves.

19     They try to gain control.

20           Q.    That's not a role you've filled, right?

21           A.    No.  If it gets to that point, that's

22     when we let the CERT team handle it.

23           Q.    You've called them in at times?

24           A.    The supervisor does that.

25           Q.    But you've responded to emergencies as a

Luis Pagan
July 08, 2020                                        89

```
 1    first responder?

 2         A.    Yes.

 3         Q.    Medical emergencies, or what sort?

 4         A.    Medical, code blues, fights, maybe

 5    attempted suicide or something.

 6         Q.    Okay.  The next bullet point of Exhibit 2

 7    states that the detention officer, "Completes

 8    training courses as required by facility training

 9    standards."

10                     Is that a thing that you've had to

11    do?

12         A.    Yes.

13         Q.    And we've talked earlier about in-service

14    training; is that right?

15         A.    Yes.

16         Q.    How often do you do that?

17         A.    Once a year.

18         Q.    Okay.  And you mentioned being trained in

19    communication with detainees.  What else do you get

20    trained in?

21         A.    Basically the running of the facility.

22         Q.    Like, what sorts of topics?

23         A.    Any changes, just any changes of the new

24    facility, like emergency situations, what to do,

25    what's changed.  As far as any kind of use of force,
```

 1      that changes too.  Medical, like CPR.  We get a

 2      refresher course on CPR, first aid.  We get that

 3      every year.

 4          Q.    You mentioned use of force.  You get

 5      trained in pressure point control tactics?

 6          A.    Yes.

 7          Q.    Every year?

 8          A.    Yes.  We run through it every year.

 9          Q.    Do you get trained in application of

10      restraints every year?

11          A.    Yes.

12                  MS. SCHEFFEY:  Object to form.

13      Foundation.

14                          You can answer.

15          Q.    You can answer.

16          A.    Yes.

17          Q.    The next bullet point on Exhibit 2 states

18      that the detention officer, "Performs correctional

19      duties for any shift as defined by management."

20                      Does that sounds accurate?

21          A.    Yes.

22          Q.    You've been on all the different shifts?

23          A.    Yes.

24          Q.    And the last bullet point is kind of a

25      catchall.  It says, "Performs other duties as

1      assigned."

2                      What other duties have you been

3      assigned?

4           A.    Maybe a hospital post.

5           Q.    Are you talking there about an outside

6      hospital or an interior hospital at Geo?

7           A.    Outside hospital.

8           Q.    Okay.  So that would be, like, a random

9      thing you've been assigned to, would be to staff

10     detainees getting medical attention outside?

11          A.    Yes.

12                MS. SCHEFFEY:  Object to form and

13     foundation.

14          A.    If they have to go to a hospital for any

15     reason, stay at the hospital, we have to be with

16     them 24/7.

17          Q.    Okay.  That's the full list of duties and

18     responsibilities for the detention officer on your

19     Job Description.  Is there anything else you can

20     think of that isn't accounted for here that you do

21     as a detention officer?

22          A.    We pretty much covered everything.

23     Suicide watch.

24          Q.    I'm sorry, what did you say?

25          A.    Suicide watch, I don't know if we covered

Luis Pagan
July 08, 2020                                                    92

1    that.

2         Q.    Suicide watch.  You mentioned you might

3    get assigned to that sometimes?

4         A.    Yeah.

5         Q.    Where does that happen?

6         A.    Medical.

7         Q.    Does that happen in the segregation unit?

8         A.    They have a 15-minute watch unit here.

9         Q.    What does that mean?

10        A.    Well, a detainee may be in suicide watch.

11   And then once he gets released from there, he may go

12   to a restricted housing unit, placed in a cell in

13   there, and maybe they monitor him every 15 minutes.

14   They just go around, make their rounds and check on

15   him just for another precaution before he gets

16   released to the general population.

17        Q.    So while you're in segregation, you would

18   get checked for suicidal activity every 15 minutes?

19        A.    Yes.

20        Q.    When you get released back to general

21   population, that's not necessary anymore?

22        A.    Correct.

23             MS. SCHEFFEY:  Object to form.

24        Q.    But detainees in segregation are going to

25   get checked every 15 minutes?

Aldo Pagan                                    July 08, 2020                                    93

```
 1          A.     If he's put there for that reason.

 2          Q.     I see.

 3                 Is it your testimony then that not

 4    everybody in segregation gets checked for suicide?

 5          A.     Correct.

 6          Q.     Okay.  How do you know which ones to

 7    check?

 8                 MS. SCHEFFEY:  Object to form.

 9          A.     There's a -- there's a memo.  There's a

10    segregation order that is put in there for that

11    reason.

12          Q.     And you've been in charge of making the

13    checks?

14          A.     Yes.

15                 MS. SCHEFFEY:  Object to form.

16          A.     If I'm the housing -- if I'm the

17    segregation officer for that shift, that's my job

18    duty, to check them every 15 minutes.  Log it, log

19    in time that I check them.

20          Q.     What do you do to check them?

21          A.     Just go up to the -- go up to the cell

22    door, you look inside, you tap on the window.  "How

23    are you doing?  Are you okay?  Do you need

24    anything?"  And make sure that he's -- he's good.

25          Q.     Do you have to do that around the clock?
```

Luis Pagan
July 08, 2020                                                94

```
 1            A.    24/7 if he's in there for that reason.

 2            Q.    So every 15 minutes?

 3            A.    Yes.

 4            Q.    And you said you have to look in there.

 5   Does that mean the lights stay on?

 6            A.    There is an -- if it's nighttime, there

 7   is a night light where you can still see them.  If

 8   it's during the day, there's the daylight, sun,

 9   where there's more light in there.

10            Q.    You said you check the cell door?

11            A.    Yes.  We come up to the door and look

12   inside.  The door is locked, and we look inside.

13   There's a window where you can see them.

14            Q.    And you say you communicate with them

15   verbally?

16            A.    Yes.

17            Q.    And you do that every time?

18            A.    Yes.

19            Q.    Do you need to touch the door?

20            A.    We normally tap on the door, get his

21   attention if he's sleeping.

22            Q.    Okay.

23            A.    If his head is under the covers or

24   something, make sure he's --

25            Q.    The door's locked, right?
```

Luis Pagan
July 08, 2020                                                95

```
 1          A.    I'm sorry?

 2          Q.    The door's locked?

 3          A.    Yes.

 4          Q.    Okay.  So we covered the Job Description.

 5    You said that, you know, suicide watch might be a

 6    thing that hasn't been mentioned there that you do

 7    as a detention officer.

 8                      Is there anything else you can

 9    think of that you, as a detention officer, are given

10    the power and authority to do at ADC, other than

11    what's listed here?

12          A.    No.  I think we covered everything.

13          Q.    Nothing else?

14          A.    Not at the top of my head, no.

15          Q.    We spoke earlier about the rules that

16    applied to detainees.  You get trained in the

17    detainee rules in your training, right?

18          A.    There's a handbook that we -- we look at

19    and see what the rules and regulations are, and we

20    try to make sure that that's what they're doing,

21    they're following them.

22          Q.    You don't write that handbook as DOs,

23    right, as detention officers?

24          A.    No.  I believe it comes from ICE, ICE

25    standards.  It's through them.
```

Luis Pagan
July 08, 2020                                          96

```
 1            Q.    Do you look at that handbook regularly?

 2            A.    No.

 3            Q.    Would you recognize it if you saw it?

 4            A.    Yes.

 5            Q.    Do you keep a copy for reference

 6      somewhere?

 7            A.    No.  Well, they -- in the podiums in the

 8      dorms, they do have a copy there.  But not

 9      personally on me, no.

10            Q.    And the podiums of the dorms, are you

11      talking about kind of like a guard station?

12            A.    Yeah, where an officer keeps --

13                  MS. SCHEFFEY:  Objection.

14            A.    -- logbooks, and while he's putting it in

15      there.

16            Q.    I see.  So that's apart from the detainee

17      rooms, right?  You're talking about a different

18      space?

19            A.    Yes.

20            Q.    Kind of in the common area?

21                  MS. SCHEFFEY:  Object to form.

22      Foundation.

23            A.    Yes, that's...

24            Q.    How would you describe where that podium

25      is?
```

Guslsz Pagan
July 08, 2020                                    97

```
 1          A.    Just as you walk in, it's right there.

 2          Q.    And then when you say as you walk in, you

 3    mean the doorway out of the pod?

 4          A.    Yes.

 5                MS. SCHEFFEY:  Object to form.

 6          Q.    Okay.  And you said that you keep a copy

 7    of the handbook up there?

 8          A.    There may be one in there.

 9          Q.    And logbook?

10          A.    The logbook.

11          Q.    Okay.  We were talking about that

12    handbook as a place that has the detainee rules.

13    You don't have the power to change those rules,

14    right?

15          A.    That's correct.

16          Q.    It's your job to enforce those rules that

17    you're given equally and without discrimination,

18    right?

19          A.    Yes, we're supposed to enforce them.

20          Q.    If we look back at the document we've

21    marked as Exhibit 1.

22          A.    Where am I at?  Okay.

23          Q.    That goes way back to your first job

24    interview questionnaire with Geo, right?

25          A.    Yes.
```

Gudiel Pagan
July 08, 2020                                    98

```
 1        Q.    And there it's stated, it asked you, "Are

 2    you willing to follow all policy, procedures,

 3    contract obligations, and rules of the company and

 4    facility at all times."  Right?

 5        A.    Yes.

 6        Q.    That was all policies at all times,

 7    right?

 8        A.    Yes.

 9        Q.    Not some policies sometimes, right?

10        A.    Right, all policies.

11        Q.    So you don't have the authority to make

12    exceptions or play favorites with the rules, right?

13        A.    No.

14        Q.    You just have to apply the rules as

15    they're written, right?

16        A.    Yes.

17        Q.    I'd like to show you what we'll mark as

18    Exhibit 4.

19                    (Exhibit No. 4 was marked.)

20        Q.    Take your time to review that document.

21        A.    I might need help on this.  I don't know

22    where I'm at.  Down here?

23        Q.    I can share it with you on the screen.

24    That might help you out.

25                    MR. EISMEIER:  Hold on a second.
```

Oscar Pagan
July 08, 2020                                           99

```
 1        I'll come and help you open it up.  It's a fairly

 2        long document.

 3                    MR. TURNER:  Do you guys want to go

 4        off for a second?

 5                    THE WITNESS:  Yeah.  It's opened up

 6        on the other screen.

 7                    MR. EISMEIER:  Do you want me to come

 8        in?

 9                    THE WITNESS:  Yes.

10                    MR. EISMEIER:  I'll be right back.

11        Okay.

12                    MR. TURNER:  We'll go off a second.

13        Thank you.

14                        (Break from 12:23 p.m. to

15                          12:24 p.m.)

16        BY MR. TURNER:

17            Q.    Officer Pagan, do you recognize the

18        document we've marked as Exhibit 4 here?

19            A.    The Detainee Handbook.

20            Q.    Is that the handbook you were discussing

21        before?

22            A.    Yes.

23            Q.    Okay.  And that's the one you said that

24        contains the detainee rules, right?

25                    MS. SCHEFFEY:  Object to form.
```

```
 1          Q.   Okay.  So there you're talking about

 2     trustees, right?

 3               MS. SCHEFFEY:  Object to form.

 4          Q.   Am I right that you're talking about

 5     trustees there?

 6          A.   They're called dorm trustees.

 7          Q.   Okay.  So you have some dorm trustees who

 8     do get paid for the work they do in the housing unit

 9     sanitation?

10          A.   Correct.

11          Q.   How many dorm trustees do you have?

12          A.   Two.

13          Q.   Two at a time.  How many are in the pod?

14          A.   It varies.  It can be a full house.  It

15     can be half.

16          Q.   What's a full house?

17          A.   80.

18          Q.   So when you say it could be half, you

19     mean 40, right?

20          A.   Yes.

21          Q.   So we're talking 40 to 80 people.  Two of

22     them would be trustees?

23          A.   Yes.

24          Q.   Do you always keep two trustees?

25          A.   We try.
```

```
 1                    MS. SCHEFFEY:  Object to form.

 2         Q.    I'm sorry, what did you say?

 3         A.    We try to keep at least two.

 4         Q.    How many have you seen maximum?

 5         A.    Two.

 6         Q.    So you try to keep at least two?

 7         A.    Yes.  Sometimes they get deported so we

 8    have one, so...

 9         Q.    Sure.  And then you hire them through the

10    Voluntary Work Program to add to the dorm trustee?

11                    MS. SCHEFFEY:  Object to form.

12         Q.    Is that right?

13         A.    Yes.

14         Q.    Do you, as the housing unit officer,

15    decide who that's going to be?

16         A.    No.

17         Q.    Do you know who does?

18         A.    Classification.

19         Q.    Okay.  But everybody has to participate

20    in housing unit sanitation, right?

21                    MS. SCHEFFEY:  Object to form.

22         A.    We try to get everybody to help out and

23    clean.

24         Q.    It says here each and every detainee must

25    participate, right?
```

```
 1          A.    Yes.

 2                MS. SCHEFFEY:  Object to form.

 3          Q.    Was that a yes?

 4          A.    Yes.

 5          Q.    That's the rule, right?

 6          A.    Well --

 7                MS. SCHEFFEY:  Object to form.

 8          A.    We indicate that they need to help clean,

 9     yes.  It's not really enforced, but we ask them to

10     clean.

11          Q.    Didn't you tell me earlier that it's your

12     job to enforce all rules at all times, right?

13                MS. SCHEFFEY:  Object to form.

14          A.    Yes.

15          Q.    I'd like to show you --

16                MS. SCHEFFEY:  And, Andrew, while

17     you're shifting gears, I wanted to say at some point

18     we should discuss lunch.  I see it's 12:37, just so

19     you know.

20                MR. TURNER:  Okay.  Maybe now would

21     be a good time to take lunch.  Do you guys want to

22     take an hour?

23                MS. SCHEFFEY:  I think that's fine.

24                Dana, do you have food ordered?

25                MR. EISMEIER:  Yes, I've got it
```

Huesca Pagan
July 08, 2020                                          125

```
 1     right?

 2           A.    I believe so.

 3           Q.    That's within their powers, right?

 4           A.    Right.

 5                 MR. TURNER:  Did we just lose

 6     Adrienne?

 7                 MR. EISMEIER:  I think we might have.

 8                        Adrienne, are you on?

 9                        Hang on for a second.

10                 MR. TURNER:  Pause right there, but

11     we're going to stay on the record.

12                 THE WITNESS:  Okay.

13                 MR. EISMEIER:  Adrienne, are you

14     back?

15                 MS. SCHEFFEY:  Looks like I'm back

16     now.  Getting video now.

17                 MR. EISMEIER:  We noticed you were

18     going, and we held up when you were gone.

19                 MR. TURNER:  We can have some

20     questions read back for you.  How long do you think

21     you were gone?

22                 MS. SCHEFFEY:  About five, ten

23     seconds, I don't know.  I was disconnected from our

24     VPM, which seems to be part of the problem.  Maybe

25     the last two questions would be good to have read
```

Luis Pagan
July 08, 2020                                   134

```
 1          Q.    I'm sure, right?  I mean, it's a long --
 2     long document.
 3               MS. SCHEFFEY:  Object to form.
 4          Q.    But you can just explain to them the rule
 5     and explain to them the consequences, right, and not
 6     actually write it up?
 7          A.    Yes.  Uh-huh.  I mean, it's happened, you
 8     know.  I mean, I'm not that quick to put pen to
 9     paper.  I try to work with them, reason with them.
10          Q.    Right.  If you actually wrote up every
11     time anybody kind of fusses, you'd have an
12     unworkable system, right?  You've got to communicate
13     with people?
14          A.    Segregation would be full.
15               MS. SCHEFFEY:  Object to form.  If
16     that's a question, object to the question.
17          A.    Yes, sir.
18          Q.    So if a -- if a DO told a detainee, you
19     know, "Look, you can go to the hole if you don't do
20     the cleaning work," they'd be telling the truth,
21     right?  They'd be telling the truth about the rules,
22     right?
23               MS. SCHEFFEY:  Object to form.
24          A.    Well, I mean, it's what is written in the
25     rules, the Detainee Handbook, you know.  It's a
```

Luis Pagan
July 08, 2020                                          135

```
 1    possibility that -- we try not to enforce that.

 2    Even though it's on there, we work with them.  We

 3    try to get them to clean and talk to them and let

 4    them know the reason they should clean, it can cause

 5    problems.  Sometimes they go on and they do it.

 6         Q.   Most people aren't going to dig in and

 7    not do it if you talk to them, right?

 8                   MS. SCHEFFEY:  Object to form.

 9         A.   No, they -- they -- most of them do clean

10    after you have a word with them.  Once in a while

11    you get somebody that just won't do it.  They get

12    stubborn.  You may just write them up, write an

13    incident report on it.

14         Q.   But more common than actually writing

15    somebody up would just be to talk to them about it

16    and the rule and the consequence, right?

17         A.   Yes.  That's what we're there for.  We're

18    there to monitor them, make sure they're doing good,

19    health and welfare, and we've got to get them to

20    follow the rules.

21         Q.   I'd like to show you what we will mark as

22    Exhibit 7.

23                   (Exhibit No. 7 was marked.)

24         Q.   Take a minute to look at Exhibit 7,

25    please.  It's a one-page document, but it has a lot
```

 1      you supervised the general cleanup of the living

 2      area; is that correct?

 3           A.    Yes.

 4           Q.    If someone didn't want to clean on a day,

 5      did you ever threaten any detainee with segregation

 6      for failing to clean?

 7           A.    No.

 8           Q.    Okay.  Did you ever send a detainee to

 9      segregation for failing to clean?

10           A.    No.

11                 MS. SCHEFFEY:  Okay.  That's it for

12      me.

13                 MR. TURNER:  I want to take two

14      minutes to organize myself here.  Just a moment.

15                 MS. SCHEFFEY:  Yeah.

16                     FURTHER EXAMINATION

17      BY MR. TURNER:

18           Q.    Officer Pagan, you just testified that

19      you never threatened to send a detainee to

20      segregation for violating the cleaning rule, right?

21           A.    I never have.

22           Q.    But you would explain the cleaning rule

23      to them, right?

24           A.    I have.

25           Q.    It's different than threatening, right?

Luis Pagan
July 08, 2020                                                          179

```
 1                    REPORTER'S CERTIFICATE

 2              I, LEEANN L. STELLOR, Registered Merit

 3     Reporter and Certified Realtime Reporter within

 4     Colorado, ID 200401669, appointed to take the remote

 5     deposition of LUIS PAGAN, do hereby certify that

 6     before the deposition he was duly sworn by me to

 7     testify to the truth; that the deposition was taken by

 8     me then reduced to typewritten form herein; that the

 9     foregoing is a true transcript of the questions asked,

10     testimony given and proceedings had.

11

12              I further certify that I am not related to

13     any party herein or their Counsel, and have no

14     interest in the result of this litigation.

15

16              In witness hereof I have hereunto set my

17     hand this 14th day of July, 2020.

18

19              _____
                Leeann L. Stellor
20              Registered Merit Reporter
                Certified Realtime Reporter
21              and Notary Public

22

23     My commission expires June 8, 2024

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484