# EXHIBIT N

# MEMORANDUM



Date: 4/4/13

To: Special Management Unit

From: IDP (Hearing Panel)

cc:

The GEO Group, Inc

Aurora/I.C.E.
Processing Center
11910 E. 30th Avenue
Aurora, Colorado 80010
303-361-6612 Phone

RE: DISCIPLINARY SEGREGATION

Detainee Name: Hernandez-Torres, Alejandro     ID#: 876795608

An Institutional Disciplinary Panel Hearing was conducted on 4/2/13.
The above named detainee was found to have committed the specified prohibited act(s) listed below.

PROHIBITED ACT(S): Fighting     CODE: 201
CODE:
CODE:
CODE:

DAYS IMPOSED: 21 days

BELOW IS A BRIEF OUTLINE OF SPECIAL INSTRUCTIONS AND/OR INFORMATION:

21 days disciplinary segregation

Admitted (Date): 3/31/13     Time: 0835
Released (Date): 4/10/13     Time: 1600
Released by: Classification Florez
(Officer Name and Title)

7/16/20 - (TC)
**TORRES EXHIBIT 6**