# EXHIBIT P

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL, et al.

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## DECLARATION OF DAWN CEJA

I, Dawn Ceja, declare as follows:

1. I am the Assistant Facility Administrator at the Aurora ICE Processing Center ("AIPC" or "GEO"). I am over the age of eighteen (18), and I am competent to testify in this matter. My statement is based upon my personal knowledge, and my education, training, and experience.

2. My employment at the AIPC covers the entire Forced Labor Class Period in the above-captioned matter, which I understand to be between October 22, 2004 and October 22, 2014 ("Class Period").

3. As part of my preparation for my role as the 30(b)(6) deponent for Defendant The GEO Group, Inc., I reviewed a number of policies and procedures and spoke with individuals at the facility who had knowledge of the noticed topics. .

54239318;1

4. One such topic involved an incident in August 2014 where a number of detainees were sanctioned for refusing to clean and refusing to obey an officer's order.

5. Because this type of event would have been very rare, I investigated the circumstances that led to the five detainees being sanctioned.

6. In investigating this event, I learned that the officer who handled the situation on August 31, 2014 was a relatively new detention officer and was working in the A-Pod. He informed me that the detainees in a pod that held six individuals refused to help with the meal-clean up. Before he could go to the next cell to ask those detainees if they wanted to clean. The detainees in the six-person pod started to yell and cause a disturbance. The disturbance escalated and the officer was concerned a riot would start. He recalled other detainees shutting their doors in fear and called in backup.

7. The detainees who were causing the disturbance were written-up for refusing to clean and refusing to obey an officer's order.

8. I have reviewed the files of the detainees who were involved in the incident. Of the five detainees who were removed from the dorm, four received a sanction of a warning by the disciplinary panel and one was sent to segregation.

I declare under the penalty of perjury under the laws of the United States and State of Colorado that the foregoing is true and correct.

Executed on this _18th_ day of August, 2020, at _1030_.

_____
Dawn Ceja

2

54239318;1