# EXHIBIT Q



SC
Martha Vasquez
06/29/20
**17**


The GEO Group, Inc.

# Incident of Prohibited Acts and Notice of Charges
### Aurora/I.C.E. Processing Center

| | |
|---|---|
| Detainee Name: Vanks, ▇ | A-Number: ▇ |
| ID#: | Nationality: Colo |
| Date & Time of Incident: 12/09/2012   17:10 hrs | Housing Assignment: ▇ |
| Incident Location: ▇ | Work Assignment: None |
| Classification Level: One | |

**Prohibited Acts:**
1. Refusal to clean assigned living area — code: 306
2. Conduct that disrupts or interferes with the security or orderly operation of — code: 399
3. Failure to follow safety or sanitaion regulations — code: 410
4. Being unsanitary or untidy, failing to keep self and living area in accordance with — code: 413

**Description of Incident:**
*Please Print – who, what, when, where, how, & why.  You must state facts (absolutely no editorializing).*

On this date and time I observed D/O Vanks ▇ throw his push broom onto the day area floor. I also observed and heard this detainee refuse to clean or cooperate with fellow detainees in the communal clean-up of B2 Day Area which following evening dinner. He kept insisting that he is not Mexican and will not have anthing to do with them. He went to his cell; " stating you can't make me". ▇ has asked him repeatedly to clean-up his cell, but has refused.

Evidence Attached: ☐ Yes  No ☐   N/A   Supporting Reports? ☒ Yes ☐ No ☐ N/A

Staff Witnesses: ☒ Yes ☐ No

Reporting Officer: ▇   Date & Time: 12/09/202 20:00

Reviewed for accuracy prior to investigation by: ▇

Classification Level Change?: ☒ Yes ☐ No   Level change from level: One to Three



*Received Copy of PDC 12/11/12*

Page 1 of 1