# EXHIBIT R



# Incident of Prohibited Acts
# and Notice of Charges
### Aurora/I.C.E. Processing Center

Detainee Name: Vanks, ███  
ID#:  
Date & Time of Incident: 12/09/2012    17:10 hrs  
Incident Location: ███  
Classification Level: One  

A-Number: ███  
Nationality: Colo  
Housing Assignment: ███  
Work Assignment: None  

**Prohibited Acts:**
1. Refusal to clean assigned living area — code: 306
2. Conduct that disrupts or interferes with the security or orderly operation of — code: 399
3. Failure to follow safety or sanitaion regulations — code: 410
4. Being unsanitary or untidy, failing to keep self and living area in accordance with — code: 413

**Description of Incident:**
*Please Print – who, what, when, where, how, & why.  You must state facts (absolutely no editorializing).*

On this date and time I observed D/O Vanks ███ throw his push broom onto the day area floor. I also observed and heard this detainee refuse to clean or cooperate with fellow detainees in the communal clean-up of B2 Day Area which following evening dinner. He kept insisting that he is not Mexican and will not have anthing to do with them. He went to his cell; " stating you can't make me". ███ has asked him repeatedly to clean-up his cell, but has refused.

Evidence Attached:  ☐ Yes  No ☐   N/A   Supporting Reports?   ☒ Yes  ☐ No  ☐ N/A

Staff Witnesses:   ☒ Yes  ☐ No

Reporting Officer: ███     Date & Time: 12/09/202  20:00 h███

Reviewed for accuracy prior to investigation by: ███

Classification Level Change?:  ☒ Yes  ☐ No   Level change from level: One to Three



Received Copy of ADC
12/11/12

Page 1 of 1

# INVESTIGATION REPORT

Detainee Name: __Vanks,_____ A#: _____

Date & Time of Incident: __12/9/12  1710hrs__ Place of Incident: __B-2 day Room__

Housing Assignment: __B205__ Date of Investigation: __12/10/12__ Code(s): __306, 399, 410, 413__

Name of Investigating Officer: __LT. _____

_____ advised
(Detainee A#) that he/she has the right to remain silent at stages of the disciplinary process, but, that silence may be used to draw an adverse inference against him/her at any stage of the disciplinary process. However, silence alone may not be used to support a finding that he/she committed a prohibited act:

Detainee Statement and Attitude during the Interview: Detainee Attitude good. Detainee VANKS explained his reasoning for his out burst as "unexceptable." He stated that he was tired and worried about his case. He also stated that he understands how thing will run here and will follow clean up procedures and anything else until he departs.

Other Facts About the Incident (i.e. witness statements, disposition of evidence, etc.): _____

Investigator's Comments and Conclusions: This is detainee's first write up and first time being in a Detention area. He is very apologetic and understands about following rules. Recommend time served placed in different dorm. No staff witness reports attached.

Date and Time Investigation Began: __12/10/12  1510__
Date and Time Investigation Ended: __12/10/12  1525__

_____        _____
Signature of Investigating Officer              Reviewed for Accuracy by Supervisor

Rev. 01/10

# UNIT DISCIPLINARY COMMITTEE REPORT OF FINDINGS AND ACTIONS

Detainee Name: <u>Vanks,</u> ▓▓▓   A-Number: ▓▓▓

Date of Incident: <u>12/09/2012</u>

Incident Location: ▓▓▓   Prohibited Code(s): <u>306, 399</u>

Committee Action: Comments to Committee from Detainee regarding the above Incident: Interviewed Detainee Vanks ▓▓▓ stated under his own admittance that he was disrupted argumentive in the housing unit.
It is the Finding of the Unit Disciplinary Committee that:

1. You committed the Prohibited Act as Charged: Code(s): <u>306, 399</u>
2. You committed the following Prohibited Act: Code(s): <u>306, 399</u>
3. You did not commit a Prohibited Act as charged: <u>410, 413</u>

Committee Findings are based on the Following Information (witnesses, confidential information, etc. NOT officer's reports): Detainee was found guilty of code 306 and 399.

**Committee Action:**

[ ] Refer to IDP            Date & Time: <u>December 11, 2012 / 1200</u>
[ ] Loss of Privileges      [ ] Loss of Job        **[X] Housing Changes**
[ ] Restrict to Dorm        [ ] Remove from Program   [ ] Reprimand
**[X] Warning**             [ ] Confiscate Contraband  [ ] Impound Personal Property

Comments: Detainee was found guilty of 306 and 399 and move to another housing unit

| UDC Chairperson's Signature: ▓▓▓ | Date/Time: <u>12/11/2012/1230</u> |
|---|---|
| UDC Member's Signature: <u>   N/A   </u> | Date/Time: <u>N/A</u> |
| Copy delivered to detainee by: ▓▓▓ W. Cassel, Programs Manager (Signature and Title) | on   12/11/2012   (Date) |

Rev. 3/05