# EXHIBIT W

**Alejandro Menocal, et al.**

**versus**

**The GEO Group, Inc.,**

In the United States District Court
for the District of Colorado

Civil Action No. 14-CV-02887-JLK-MEH

June 17th
2020

**Expert Report of Dr. Anthony Hayter**

HayterStatistics.com

2

### Caveat

The opinions set forth in this report are based on an assessment of information currently available to its author.  If, when, and to the extent that additional data and information are made available and can be properly evaluated, it is possible that the opinions set forth in this report will need to be supplemented and/or modified.  The author reserves the right to do so if data and information later made available suggest any such supplementation and/or modification is appropriate.

3

## Table of Contents

**Section I:  Statement of my Opinions.**                          Page 4

Overview.                                                          Page 4

1. Dr. Grassian and the Plaintiffs' Sampling and Proposed          Page 5
   Extrapolation.

2. The Theory of Statistical Sampling and Extrapolation.           Page 6

3. Dr. Grassian and the Plaintiffs' Scientifically Invalid         Page 10
   Extrapolation.


**Section II:  Materials Relied Upon.**                           Page 20


**Section III:  The Qualifications of Dr. Anthony Hayter.**       Page 22

      Resume of Dr. Anthony Hayter.                                Page 24


**Section IV:  Compensation.**                                    Page 56


**Section V:  Previous Expert Witness Testimonies within          Page 57
      the Past 4 Years.**


**Signature Page.**                                               Page 62

**4**



# Section I:  Statement of my Opinions.

## ☐ Overview.

I have been retained by the law firm Burns, Figa, & Will, on behalf of The GEO Group, Inc., in the case Alejandro Menocal, et al. versus The GEO Group, Inc., in the United States District Court for the District of Colorado, Civil Action No. 14-CV-02887-JLK-MEH.

I have been asked to provide expert consultation in connection with the above-described case from a mathematical and statistical basis.  This work encompasses the discussion and examination of relevant information, the preparation of this report, with the possible preparation of additional future reports.

In particular, I have been asked to respond to the report of Dr. Grassian, May 1st, 2020, and any extrapolations that may be performed by the Plaintiffs.  This report contains my opinions as of this date, together with the bases and reasons for my opinions.

5

### 1. Dr. Grassian and the Plaintiffs' Sampling and Proposed Extrapolation.

In his report, Dr. Grassian indicated that he conducted interviews of six individuals who had been detained at the Aurora ICE Processing Center, owned and operated by The GEO Group, Inc[1]:

> " ... and also interviews of the following individuals who had been confined at the Aurora facility: Alejandro Menocal; Jesus Gaytan; Grisel Xahuentitla; Olga Alexakhina; Hugo Hernandez; and Alejandro Hernandez Torres."

The first five individuals in this list are class representative Plaintiffs. I understand that Mr. Alejandro Hernandez-Torres is a class member, but not a named Plaintiff.

Dr. Grassian's report indicated that these interviews provided him information from his six interviewees relating to issues such as: (i) reasons for participating in the cleaning of their unit, (ii) feelings about their participation in the voluntary work program, and (iii) feelings and experiences concerning solitary confinement. It is also my understanding that the remaining four named Plaintiffs may provide similar information at trial.

Furthermore, it is my understanding that the overall population of former detainees of interest, who this matter concerns, which is detainees

---

[1] Report of Dr. Grassian, May 1st, 2020, page 1.

 Dr. Anthony Hayter | Expert Report

6

housed at the Aurora ICE Processing Center during the time period from October 22nd, 2004, to October 22nd, 2014, consists of the order of about 40,000 - 60,000 former detainees.

It is my understanding that the Plaintiffs intend to extrapolate the information obtained from Dr. Grassian's report and from their own experiences to the population of about 40,000 - 60,000 former detainees. Specifically, it is my understanding that the Plaintiffs intend to claim that the opinions, feelings, and experiences of the 40,000 - 60,000 former detainees are adequately represented by the opinions, feelings, and experiences described by Dr. Grassian for the six former detainees who he interviewed, and the opinions, feelings, and experiences of the other four named Plaintiffs who may testify at trial.

7

### 2. The Theory of Statistical Sampling and Extrapolation.

The theory of statistical sampling and extrapolation is applicable in the correct circumstances, and it can provide a basis for scientifically valid extrapolations. However, it cannot be applied when the necessary conditions for its implementation have not been met, and in such cases extrapolations will not be scientifically valid.

In general terms, a **sample** is a subset obtained from a larger **population** of items. For example, the Glossary of Terms in the Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, provides the following definitions:

- "Population. Also, universe. All the units of interest to the researcher."[2]

- "Sample. A set of units collected for study."[3]

It can be noted that this Glossary of Terms also provides the definition:

---

[2] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 292.
[3] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 296.



Dr. Anthony Hayter | Expert Report

**8**

- "Convenience Sample.  A nonrandom sample of units, also called a grab sample. Such samples are easy to take but may suffer from serious bias. Typically, small samples are convenience samples."[4]

This is a warning that nonrandom samples can suffer from serious bias. Additional potential problems with samples noted in the Glossary of Terms are:

- "Selection Bias. Systematic error due to nonrandom selection of subjects for study."[5]

- "Nonresponse Bias. Systematic error created by differences between respondents and nonrespondents. If the nonresponse rate is high, this bias may be severe."[6]

The textbook "Sampling", Third Edition, by Steven K. Thompson (Wiley, 2012), provides the following information about sampling and sampling designs:

- "Sampling consists of selecting some part of a population to observe so that one may estimate something about the whole population."[7]

---

[4] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 285.
[5] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 296.
[6] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 290.
[7] "Sampling", Third Edition, Steven K. Thompson, 2012, page 1.



Dr. Anthony Hayter | Expert Report

- "The procedure by which the sample of units is selected from the population is called the sampling design."[8]

This sampling design requires a sampling protocol which indicates how the sampling should be performed. Typically, randomization is used as the basis for selecting a sample that can provide a scientifically valid extrapolation to the population, as discussed further in the textbook:

- " ... the random or probability selection of samples removes recognized and unrecognized human sources of bias, such as conscious or unconscious tendencies to select units with larger (or smaller) than average values of the variable of interest."[9]

In summary, a sampling protocol provides directions on how to select and obtain an appropriate sample, such as with randomization. The theory of statistical inference can then be applied to this sample in order to produce a scientifically valid extrapolation. Such an extrapolation cannot describe the population exactly, but tools of statistical inference such as estimates, margins of error, and confidence intervals can be used to provide extrapolated information about the population.

---

[8] "Sampling", Third Edition, Steven K. Thompson, 2012, page 2.
[9] "Sampling", Third Edition, Steven K. Thompson, 2012, page 3.

### 3. Dr. Grassian and the Plaintiffs' Scientifically Invalid Extrapolation.

Dr. Grassian and the Plaintiffs have attempted to conduct a sample survey of the former detainees of the Aurora ICE Processing Center. The Reference Manual on Scientific Evidence provides the following discussion of a sample survey[10]:

> *"A census tries to measure some characteristic of every unit in a population. This is often impractical. Then investigators use sample surveys, which measure characteristics for only part of a population. The accuracy of the information collected in a census or survey depends on how the units are selected for study and how the measurements are made."*

Thus, "*the accuracy of the information*" obtained from a sample survey depends, in particular, "*on how the units are selected for study*". However, no information has been provided by Dr. Grassian concerning how his sample of six former detainees was selected for interviewing.

Clearly, Dr. Grassian's sample of six former detainees are a subset of the nine named Plaintiffs, together with the additional former detainee Mr. Alejandro Hernandez-Torres. However, more generally, no information has been provided by the Plaintiffs concerning how this overall sample of ten

---

[10] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 223.

former detainees was selected.  Without any explanation for how the sample of former detainees was selected, there is no justification for the sample to be used as the basis for a scientifically valid extrapolation to the population of about 40,000 - 60,000 former detainees.

In particular, it should be noted that there is no indication that this sample of ten former detainees was selected randomly.  If the sample of ten former detainees assembled by the Plaintiffs, or assembled by the Plaintiffs' attorneys, was based upon those detainees holding certain opinions, or those detainees' desire or willingness to participate in the lawsuit, then it has not been obtained in a random manner.  It is possible that the sample has been either "cherry picked" to represent certain types of opinions, or that it suffers from selection bias or non-response bias.

In discussing convenience samples, selection bias, and non-response bias[11], the Glossary of Terms in the Reference Manual on Scientific Evidence, indicates that[12]:

> "Such convenience samples may be biased by the interviewer's discretion in deciding whom to approach—a form of selection bias—and the refusal of some of those approached to participate—nonresponse bias (infra Section II.B.2). Selection bias is acute when constituents write their

---

[11] See the definitions from the Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, in Section 2 of this report.
[12] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, pages 224-5.

*representatives, listeners call into radio talk shows, interest groups collect*

*information from their members, or attorneys choose cases for trial."*

No information is available on the selection of the sample of ten former detainees to establish that it is not a flawed convenience sample that suffers from the problems of selection bias and non-response bias.

In addition, the Reference Manual on Scientific Evidence describes different sampling and survey methodologies (such as simple random sampling and stratified sampling[13]) that the statistical community has developed for obtaining data that can be extrapolated in a proper scientific manner.  The reason why the statistical community has developed these methodologies is because if they are not followed, the resulting data collection can easily be flawed so that it cannot be used for scientifically valid extrapolations.

Further important topics discussed in the Reference Manual on Scientific Evidence include such questions as[14]:

- Was participation in the survey appropriately controlled to ensure the objectivity of the survey?

---

[13] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 380, for example.

[14] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, pages 359-360, for example.



**Dr. Anthony Hayter | Expert Report**

- Are the individuals who designed, conducted, and analyzed the survey appropriately skilled and trained?

- Was an appropriate universe or population identified?

- Did the sampling frame approximate the population?

- Does the sample approximate the relevant characteristics of the population?

- What is the evidence that nonresponse did not bias the results of the survey?

- What procedures were used to reduce the likelihood of a biased sample?

- Were questions in the survey framed to be clear and unbiased?

However, Dr. Grassian's report does not address or answer any of these points.

This missing information in Dr. Grassian's report means that it has not been established that the information obtained by Dr. Grassian's interviews can be extrapolated to the population of about 40,000 - 60,000 former detainees. As the Reference Manual on Scientific Evidence indicates[15]:

---

[15] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 362.

> *"To make it possible for the court and the opposing party to closely scrutinize the survey so that its relevance, objectivity, and representativeness can be evaluated, the party proposing to offer the survey as evidence should also describe in detail the design, execution, and analysis of the survey."*

In addition, it is indicated that[16]:

> *"The questions listed in this reference guide are intended to assist judges in identifying, narrowing, and addressing issues bearing on the adequacy of surveys either offered as evidence or proposed as a method for developing information."*

Dr. Grassian's opinions are based in part upon his survey of six former detainees, but he has provided no basis for a scientifically valid extrapolation from that subset to the population of about 40,000 - 60,000 former detainees. Consequently, Dr. Grassian's interviews (and his assessments and opinions based on those interviews), and the potential trial testimony of the additional four named Plaintiffs, only provide information about the feelings, concerns, and experiences of these ten specific former detainees, and they do not necessarily provide information about other former detainees who have not been interviewed.

---

[16] Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011, page 362.

15

In addition, I was provided the following chart by counsel for GEO which indicates that the confinement dates of the named Plaintiffs are certainly not representative of the entire time period from October 22nd, 2004, to October 22nd, 2014.

**Confinement Dates of the Nine Plaintiffs.**

| Plaintiff | Start of confinement | End of confinement |
|---|---|---|
| Olga Alexaklina | January 2013 | September 2014 |
| Lourdes Argueta | May 2014 | February 2015 |
| Marcos Brambila | December 2013 | November 2014 |
| Jesus Gaytan | July 2014 | December 2014 |
| Hugo Hernandez | March 2014 | April 2015 |
| Alejandro Menocal | June 2014 | September 2014 |
| Demetrio Valerga (first detention) | May 2011 | June 2011 |
| Demetrio Valerga (second detention) | September 2013 | July 2014 |
| Dagoberto Vizguerra | April 2014 | November 2014 |
| Grisel Xahuentitla | May 2014 | September 2014 |

.

It should also be noted that three out of the nine Plaintiffs are female. On the other hand, records[17] from The GEO Group for the Aurora ICE Processing Center indicate that females only accounted for about 7% of the total detainees between 2011 and 2014.  Thus, the group of Plaintiffs substantially overrepresents the proportion of female detainees.

Moreover, to the extent that the sample of ten former detainees discussed their experiences among themselves prior to the filing of the lawsuit, or prior to six of them being interviewed by Dr. Grassian, then their responses may suffer from a form of "groupthink", rather than being actual individual responses and experiences.

With respect to solitary confinement, I have reviewed one of Dr. Grassian's prior expert reports where he asserts that[18]:

> *There are substantial differences in the effects of solitary confinement upon different individuals."*

In this report of April 2019, Dr. Grassian also indicates that these differences can be particularly dependent upon whether of not an individual suffers from mental illness.  This is important because it indicates that it would not be plausible to consider the population of about 40,000 - 60,000 former detainees of the Aurora ICE Processing Center as being homogenous with

---

[17] Aurora/I.C.E. Processing Facility, Average Daily Populations Counts, February 26th, 2020.
[18] "Psychiatric Report Concerning Michael Mattis", Dr. Stuart Grassian, April, 2019, page 10.

respect to their reaction to solitary confinement, as either an actual or as a threatened sanction.

In fact, it is known that some detainees actually requested solitary confinement for the purpose (as documented in the facility's records[19]) of obtaining "peace and quiet". Also, Dr. Grassian's interview notes of Grisel Xahuentitla appear to indicate that she requested solitary confinement[20]:

*"after six months I asked to be put separately"*

Clearly, these views demonstrate that the former detainees can have a range of views concerning solitary confinement.

These points highlight and confirm the importance of obtaining a proper representative sample of former detainees if scientifically valid extrapolations are to be made to the overall population of about 40,000 - 60,000 former detainees.

In addition to the issue of how the sample of former detainees was selected, a further issue relating to the validity of the extrapolation concerns the accuracy of the "information" obtained in the interviews. Dr. Grassian states that[21]:

---

[19] See, for example, E1-Unit Activity Sheet, October 21st, 2013.

[20] Dr. Grassian's interview notes of Grisel Xahuentitla, pdf file "P00004030".

[21] Report of Dr. Grassian, pages 1-2.


Dr. Anthony Hayter | Expert Report

*"These interviews provided both factual information and also the opportunity to clinically appreciate their psychiatric experience of the coercive threat of solitary confinement."*

However, Dr. Grassian provides no discussion in his report of any attempts he made to establish the accuracy of the claimed *"factual information"*.  It is not unreasonable to suppose the possibility that the former detainees who were interviewed may exaggerate (or inaccurately recount) their feelings, opinions, and experiences due to their dissatisfaction with having been detained, or perhaps due simply to confusion.

In fact, Dr. Grassian's interview notes of Mr. Alejandro Hernandez-Torres describe four incidents of solitary confinement, and Dr. Grassian states in his report that[22]:

*"During our interview, he stated that he was confined in solitary four times while detained at the Aurora facility."*

However, The GEO Group's records[23] only indicate a single case of solitary confinement of Mr. Alejandro Hernandez-Torres, which was as a result of fighting rather than as a disciplinary action related to cleaning.

Of course, if the data obtained from the sample is inaccurate, then this will obviously produce an inaccurate extrapolation.

---

[22] Report of Dr. Grassian, page 27.
[23] Mr. Alejandro Hernandez-Torres, GEOtrack, May 26th, 2020.

Dr. Anthony Hayter | Expert Report

**19**

Finally, even if a sample of six to ten former detainees were to be obtained in manner that allows a scientifically valid extrapolation, then the extrapolation does not provide exact information about the overall population of about 40,000 - 60,000 former detainees.  Standard statistical inference techniques indicate (with 95% confidence) that if all six former detainees out of a sample of six former detainees express an identical opinion, then it is possible that only 61% of the overall population of former detainees share the same opinion.

This proportion increases slightly above 61% with each additional detainee who expresses the same opinion, as long as that detainee's opinion was obtained in a manner that allows a scientifically valid extrapolation. Nevertheless, since there is no indication that, and it has not been established that, the nine Plaintiffs and Mr. Alejandro Hernandez-Torres were selected and surveyed based on a scientifically valid methodology, there can be no scientifically valid extrapolation of their experiences.  Instead, the information on their feelings, concerns, and experiences obtained from their interviews only provides information about the feelings, concerns, and experiences of these ten specific former detainees.

**20**



# Section II:  Materials Relied Upon.

The following data and information have been relied upon for the preparation of this report.

(1)  Complaint, October 22nd, 2014.

(2)  The GEO Group's response to the Complaint, July 20th, 2015.

(3)  Amended Stipulated Scheduling and Discovery Order, October 3rd, 2018.

(4)  Report of Dr. Grassian, "Psychiatric Report of Stuart Grassian, M.D.", May 1st, 2020, together with interview notes.

(5)  Memorandum entitled "Observations regarding conditions of Aurora segregation unit" by Brianne Power and Rachel Dempsey, March 5th, 2020.

(6)  Report of Dr. Jeffrey Kropf, June 17th, 2020.

(7)  E1-Unit Activity Sheet, October 21st, 2013.

(8)  Mr. Alejandro Hernandez-Torres, GEOtrack, May 26th, 2020.

(9)  Report of Dr. Grassian, "Psychiatric Report Concerning Michael Mattis", April, 2019.

(10)  Aurora/I.C.E. Processing Facility, Average Daily Populations Counts, February 26th, 2020.



**21**

(11)  Reference Manual on Scientific Evidence, Third Edition, Federal Judicial Center, 2011.

(12)  "Sampling", Third Edition, Steven K. Thompson, Wiley, 2012.



# Section III:  The Qualifications of Dr. Anthony Hayter.

I am currently a Full Professor in the Department of Business Information and Analytics at the University of Denver.  Between 2006 and 2010, I was the Chair of the Department of Statistics and Operations Technology at the University of Denver, holding the rank of Full Professor.

I have an M.A. in mathematics from Cambridge University, England, scoring a first class in each of my three years there.  I obtained my Ph.D. in Statistics from Cornell University at the age of 23.  I have spent almost my entire career in an academic environment, and for about thirty years I have held university positions with responsibilities for teaching and researching statistics, probability, and data analysis.

I have established a collaborative research program which has so far resulted in 96 refereed journal publications, and I have delivered many conference presentations.  I have taught a wide range of courses related to statistics, probability, and data analysis at both undergraduate and graduate levels, and I have delivered several keynote addresses at meetings and conferences.

23

I am the author of the textbook "*Probability and Statistics for Engineers and Scientists*," the 4th edition of which was published in 2012, and which has been adopted at over sixty universities around the world.  I have personally advised eight doctoral students.  In addition, I have served as an associate editor of three research journals, and I have presented 99 invited research seminars worldwide.

I have global interests and I have spent considerable time in Japan where I have taught statistics, probability, and data analysis in some Japanese MBA programs.  I have received various grants to visit Japanese research institutions and I have also been funded as a visiting researcher in England, Thailand, Singapore, and Hong Kong.

I was awarded a Fulbright Foreign Scholarship Award in 2011-2012 and a Fulbright Specialist Grant in 2014 to assist the government, universities, and businesses in Thailand with surveys, data analysis, curriculum development and research projects.  My full resume is provided in the following pages, and it provides information on my publications.  Further information is available at my website HayterStatistics.com.

24

# Anthony Hayter, Ph.D.

Full Professor
Department of Business Information and Analytics
Daniels College of Business
University of Denver
Anthony.Hayter@du.edu
**HayterStatistics.com**

## Degrees

Ph.D., 1985, Cornell University, Statistics.
M.Sc., 1984, Cornell University, Statistics.
M.A., 1986, Cambridge University, Mathematics.
B.A., 1982, Cambridge University, Mathematics (triple first class).

## Employment

Full Professor, Department of Business Information and Analytics,
     Daniels College of Business, University of Denver, 2010-present.
Department Chair and Full Professor, Department of Statistics and Operations Technology,
     Daniels College of Business, University of Denver, 2006-2010.
Associate Professor, School of Industrial and Systems Engineering,
     Georgia Institute of Technology, 1991-2006.
Visiting Assistant Professor, Department of Statistics,
     Ohio State University, 1991.
Lecturer, Department of Mathematical Sciences,
     University of Bath, United Kingdom, 1987-1990.

Visiting Professor and Visiting Researcher positions at:
- Center for the Study of Finance and Insurance, Osaka University, Japan.
- Chulalongkorn University, Thailand.
- Graduate School of Business Sciences, University of Tsukuba, Japan.
- Nagoya University of Commerce and Business, Japan.
- Department of Statistics, Chinese University of Hong Kong.
- Department of Economics, Singapore Management University.
- Institute of Statistical Mathematics, Tokyo, Japan.
- University of Southampton and London School of Economics, United Kingdom.
- National Institute for Agro-Environmental Sciences, Tsukuba, Japan.


Dr. Anthony Hayter | Expert Report

## Keynote Speaker

Keynote Speaker at the Annual Meeting of the Thailand Operations Research Society, Thailand, 2010.  "Business Analytics in the Global Arena."

Keynote Speaker at the Osaka Meeting of the Japanese Society for Quality Control on Quality Management and Global Competition, Japan, 2009.  "The Importance of Quality Management and Quantitative Skills in Global Business."

Keynote Speaker at the International Conference on Recent Advances in Statistics, Institute of Mathematical Statistics, Tokyo, Japan, 2000.  "A Probability Analysis of the Playoff System in Sumo Tournaments."

Keynote Speaker at the German Biometric Society Meeting, 1998.  "Advances in Simultaneous Inference Techniques."

## Panelist

Panelist at Symposium on Business Information and Business Analytics for Logistics Professionals, Council of Supply Chain Management Professionals, Bangkok, Thailand, 2011.

Panelist on "How to Attain Quality Excellence by Statistical and Related Methodologies," 7th Asian Network for Quality Congress, Tokyo, Japan, 2009.

Panelist at Corporate Counsel Conference on Employment Litigation Issues, Las Vegas, 2007.

## International Activities

Visiting Professor, Center for the Study of Finance and Insurance, Osaka University, Japan, 2015-2017.  Delivered courses on Data Science and Case Studies.

Fulbright Specialist Grant, 2014.  To assist Chulalongkorn University in Thailand with curriculum development, student mentoring, and research projects.

Visiting Professor, Chulalongkorn University, Thailand, 2012-2015.



Dr. Anthony Hayter | Expert Report

Session Chair and Organizer, International Symposium on Business and Industrial Statistics, Thailand, 2012.

Fulbright Foreign Scholarship Award, 2011-2012.  To assist government and businesses with surveys and data analysis in Thailand.  Hosted by the School of Business, Chulalongkorn University.

Visiting Professor, Graduate School of Business Sciences, University of Tsukuba, Japan, 2008-2016.  Delivered courses on Business Analytics in the Global Arena to International MBA students.

External Examiner for the MBA program, Universiti Tunku Abdul Rahman, Malaysia, 2011-present.

Visiting Professor, Nagoya University of Commerce and Business, Japan, 2010-2012. Delivered MBA course on Quality Control.

Visiting Researcher, Chinese University of Hong Kong, Department of Statistics, 2011-2014.

Visiting Researcher, Singapore Management University, Department of Economics, 2011.

International Planning Committee Member, Kent State International Symposium on Green and Sustainable Supply Chains, 2011.

Visiting Researcher, Institute of Statistical Mathematics, Tokyo, Japan, 1996, 1999-2000, 2008 and 2010.  Supported by grants from the Japanese Ministry of Education.

Goodwill Ambassador, City of Okayama, Japan, 2009-present.

Accompanied EMBA students on a study trip to Dubai, 2009.

Program Committee Member of the First Indian Institute of Management Ahmedabad International Conference on Advanced Data Analysis, Business Analytics, and Intelligence, India, 2009.

Organizing Committee Chair for the First International Symposium of Case Studies Involving Statistics and Operation Research for Decision Making: Solving Human Problems in Business, Society and Scientific Areas, Tokyo, Japan, 2009.

Invited Session Organizer, 4th World Conference of the International Association for Statistical Computing, Yokohama, 2008.



Organizing Committee Member for the 5th International Multiple Comparisons Conference, Vienna, Austria, 2007.

Visiting Researcher, University of Southampton and London School of Economics, UK, 2004. Supported by a grant from the British Engineering and Physical Sciences Research Council.

Visiting Researcher, National Institute for Agro-Environmental Sciences, Tsukuba, Japan, 1998. Supported by a grant from the Japanese Ministry of Education.

## <u>Research and Teaching Interests</u>

Quantitative skills, business intelligence and analytics, statistics, probability, data analysis, survey sampling, quality control, experimental design, management science, operations management.

## Courses Taught – Undergraduate Level

- Business Statistics
- Statistics and Applications
- Probability Theory and Applications
- Introduction to Statistical Methods
- Design of Experiments
- Quality Control
- Stochastic Processes
- Mathematical Theory of Statistics

## Courses Taught – Graduate Level  (Masters, MBA, PMBA, EMBA, Ph.D. level)

- Quantitative Analytical Skills
- Business Statistics
- Ethics and Leadership
- Statistical Multiplicity and High-Dimensional Computation
- Statistical Modeling and the Design of Experiments
- Probability and Statistics
- Nonparametric Data Analysis
- Linear Regression Analysis
- Categorical Data Analysis
- Topics in Nonlinear Regression



Dr. Anthony Hayter | Expert Report

28

- Advanced Experimental Design
- Mathematical Theory of Statistics
- Advanced Linear Models
- Survival Analysis and Reliability Theory

## **Other Teaching Activities**

Workshop on "Design of Experiments: Examples and Research Topics", Department of Statistics, Chulalongkorn University, Thailand, 2017.

Presentation on "Statistical Process Control" to the Kroger Company, 2007.

Invited contributor to the Video Library, Institute of Statistical Mathematics, Tokyo, "Multiple Comparisons and Nonlinear Dose Response Analysis," 2000.

Invited contributor to the Video Library, Radiation Effects Research Foundation, Hiroshima, Japan, "An Overview of Simultaneous Inference Procedures," 1999.

Invited contributor to the Video Library, Institute of Statistical Mathematics, Tokyo, "Topics in Directional Inference," 1998.

## **Published Textbook**

"*Probability and Statistics for Engineers and Scientists*"
1st edition, PWS, 1996,
2nd edition, Duxbury, 2002,
3rd edition, Brooks-Cole, 2006.
4th edition, Brooks-Cole, 2012.
4th edition, Korean version, Brooks-Cole, 2014.

## **Refereed Publications**

(96) Peng, J., Liu, W., Bretz, F., and Hayter, A. J., "Counting by weighing: construction of two-sided confidence intervals," *Journal of Applied Statistics*, 46, 2, 262-271, 2019.



Dr. Anthony Hayter | Expert Report

(95) Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., and Hayter, A. J., "Normal probability plots with confidence for the residuals in linear regression," *Communications in Statistics, Simulation and Computation,* 47:2, 367-379, 2018.

(94) Kiatsupaibul, S., Hayter, A. J. and Wei, L., "Rank constrained distribution and moment computations," *Computational Statistics and Data Analysis,* 105, 229-242, 2017.

(93) Kiatsupaibul, S., Hayter, A. J., and Somsong, S. "Confidence sets and confidence bands for a beta distribution with applications to credit risk management," *Insurance: Mathematics and Economics*, 75, 98-104, 2017.

(92) Hayter, A. J., Yang, P., and Kiatsupaibul, S., "Win-probabilities for comparing two Weibull distributions," *Quality Technology and Quantitative Management*, 14:1, 1-18, 2017.

(91) Wiwatwattana, N., Hayter, A. J., and Kiatsupaibul, S., "Win-probabilities for comparing two binary outcomes," *Communications in Statistics, Simulation and Computation,* 46 (1), 204-214, 2017.

(90) Liu, W., Han, Y., Wan, F., Bretz, F. and Hayter, A. J., "Simultaneous confidence tubes in multivariate linear regression," *Scandinavian Journal of Statistics,* 43, 879-885, 2016.

(89) Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., and Hayter, A. J., "Q-Q plots with confidence for testing Weibull and exponential distributions," *Hacettepe Journal of Mathematics and Statistics,* 45 (3), 887-904, 2016.

(88) Kwong, K. S., Cheung, S. H., and Hayter, A. J., "Step-up procedures for non-inferiority tests with multiple experimental treatments," *Statistical Methods in Medical Research*, 25 (4), 1290-1302, 2016.

(87) Hayter, A. J., "Win probabilities for comparing two Poisson variables," *Communications in Statistics, Theory and Methods*, 45 (20), 5966-5976, 2016.

(86) Hayter, A. J., Kiatsupaibul, S., Napalai, P. and Liu, W., "Simultaneous inferences on the cumulative distribution function of a normal distribution," *Communications in Statistics, Theory and Methods*, 44, 24, 5136-5145, 2015.

(85) Hayter, A. J., "Confidence bounds on the coefficient of variation of a normal distribution with applications to win-probabilities," *Journal of Statistical Computation and Simulation*, 85, 18, 3778-3791, 2015

(84) Balakrishnan, N., Hayter, A. J., Liu, W. and Kiatsupaibul, S., "Confidence intervals for quantiles of a two-parameter exponential distribution under progressive type-II censoring," *Communications in Statistics, Theory and Methods*, 44, 14, 3001-3010, 2015

(83)  Lin, Y., Hayter, A. J., and Liu, W., "Establishing practical equivalence between three treatments," *Journal of Statistical Theory and Practice*, 9, 3, 600-607, 2015.

(82)  Srimaneekarn, N., Kiatsupaibul, S., Hayter, A. J. and Liu, W., "Estimating drug shelf-life with unknown lot-to-lot variability," *Communications in Statistics, Simulation and Computation,* 44, 8, 2195-2207, 2015.

(81)  Kiatsupaibul, S. and Hayter, A. J., "Recursive confidence band construction for an unknown distribution function," *Biometrical Journal*, 57, 1, 39-51, 2015.

(80)  Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., Hayter, A. J. and Wan, F., "Normal probability plots with confidence," *Biometrical Journal,* 57, 1, 52-63, 2015.

(79)  Liu, W., Hsu, J.C., Bretz, F., Hayter, A. J. and Han, Y., "Shelf-life and its estimation in drug stability studies," *Journal of Applied Statistics*, 41, 9, 1989-2000, 2014.

(78)  Hayter, A. J., "Recursive formulas for multinomial probabilities with applications," *Computational Statistics*, 29, 5, 1207-1219, 2014.

(77)  Hayter, A. J. and Kim, J., "Small-sample tests for the equality of two normal cumulative probabilities, coefficients of variations and Sharpe ratios," *Journal of Statistical Theory and Practice*, 9, 23-36, 2015.

(76)  Hayter, A. J. and Kiatsupaibul, S., "Exact inferences for a gamma distribution," *Journal of Quality Technology*, 46, 2, 140-149, 2014.

(75)  Hayter, A. J., "Inferences on linear combinations of normal means with unknown and unequal variances," *Sankhya A*, 76, 2, 257-279, 2014.

(74)  Hayter, A. J., "Simultaneous confidence intervals for several quantiles of an unknown distribution," *The American Statistician*, 68:1, 56-62, 2014.

(73)  Hayter, A. J., "Identifying common normal distributions," *Test*, 23, 1, 135-152, 2014.

(72)  Hayter, A. J., "A new procedure for the Behrens-Fisher problem that guarantees confidence levels," *Journal of Statistical Theory and Practice*, 7, 3, 515-536, 2013.

(71)  Liu, W., Bretz, F., Hayter, A. J. & Glimm, E. "Simultaneous inference for several quantiles of a normal population with applications," *Biometrical Journal*, 55, 360-369, 2013.

(70)  Hayter, A. J. and Lin, Y., "The evaluation of trivariate normal probabilities defined by linear inequalities," *Journal of Statistical Computation and Simulation*, 83, 4, 666-674, 2013.

(69) Hayter, A. J. and Kiatsupaibul, S., "Exact inferences for a Weibull model," *Quality Engineering*, 25, 2, 175-180, 2013.

(68) Hayter, A. J., "Inferences on the difference between future observations for comparing two treatments," *Journal of Applied Statistics*, 40, 4, 887–900, 2013.

(67) Liu, W., Ah-Kine, P., Bretz, F. and Hayter, A. J., "Exact simultaneous confidence intervals for a finite set of contrasts of three, four or five generally correlated normal means," *Computational Statistics and Data Analysis*, 57, 141–148, 2013.

(66) Kuriki, S., Miwa, T. and Hayter, A. J., "Abstract tubes associated with perturbed polyhedrons with applications to multidimensional normal probability computations," Harmony of Grobner Bases and the Modern Industrial Society, World Scientific Publishing Company, 169–183, 2012.

(65) Kwong, K. S., Cheung, S. H., Hayter, A. J. and Wen, M., "Extension of three-arm non-inferiority studies to trials with multiple new treatments," *Statistics in Medicine*, 31, 2833–2843, 2012.

(64) Hayter, A. J., "Win-probabilities for regression models," *Statistical Methodology*, 9, 5, 520–527, 2012.

(63) Kiatsupaibul, S. and Hayter, A. J., "Dimensional reduction for latent scores modeling using recursive integration," *Journal of Statistical Theory and Practice*, 6, 501–509, 2012.

(62) Hayter, A. J., "Confidence bands for the reliability function of a two parameter exponential model," *Journal of Quality Technology*, 44, 2, 155–160, 2012.

(61) Hayter, A. J. and Lin, Y., "The evaluation of two-sided orthant probabilities for a quadrivariate normal distribution," *Computational Statistics*, 27, 3, 459–471, 2012.

(60) Hayter, A. J., Kiatsupaibul, S., Liu, W., and Wynn, H., "An independence point method of confidence band construction for multiple linear regression models," *Communications in Statistics, Theory and Methods*, 41, 4132–4141, 2012.

(59) Hayter, A. J., "Recursive integration methodologies with applications to the evaluation of multivariate normal probabilities," *Journal of Statistical Theory and Practice*, 5, 4, 563-589, 2011.

(58) Tamhane, A. C. and Hayter, A. J., "Selecting the normal population with the smallest coefficient of variation," *American Journal of Mathematical and Management Sciences*, 29, 1 & 2, 31-50, 2009.

(57) Liu, W., Bretz, F., Hayter, A. J. and Wynn, H. P., "Assessing non-superiority, non-inferiority or equivalence when comparing two regression models over a restricted covariate region," *Biometrics*, 65, 4, 1279-1287, 2009.

(56) Hayter, A. J., Liu, W. and Ah-Kine, P. "A ray method of confidence band construction for multiple linear regression models," *Journal of Statistical Planning and Inference*, 139, 2, 329-334, 2009.

(55) Liu, W., Hayter, A. J., Piegorsch, W. W. and Ah-Kine, P., "Comparison of hyperbolic and constant width simultaneous confidence bands in multiple linear regression under MVCS criterion," *Journal of Multivariate Analysis*, 100, 1432-1439, 2009.

(54) Hayter, A. J., Kim, J. and Liu, W., "Critical point computations for one-sided and two-sided pairwise comparisons of three treatment means," *Computational Statistics and Data Analysis*, 53, 463-470, 2008.

(53) Lin, C. and Hayter, A. J., "A stepdown procedure with feedback for identifying inferiority among three treatments," *Biometrical Journal*, 50, 5, 884-896, 2008.

(52) Kim, J. and Hayter, A. J., "Testing the equality of the non-centrality parameters of two non-central t-distributions with identical degrees of freedom," *Communications in Statistics, Simulation and Computation*, 37 (9): 1709-1717, 2008.

(51) Liu, W., Hayter, A. J. and Wynn, H., "Statistical inferences for linear regression models when the covariates have functional relationships: polynomial regression," *Journal of Statistical Computation and Simulation*, 78, 4, 315-324, 2008.

(50) Kim, J. and Hayter, A. J., "Efficient confidence interval methodologies for the non-centrality parameter of a non-central t-distribution," *Communication in Statistics, Simulation and Computation*, 37 (4), 660-678, 2008.

(49) Liu, W. and Hayter, A. J., "Minimum area confidence set optimality for confidence bands in simple linear regression," *Journal of the American Statistical Association*, 102, 477, 181-190, 2007.

(48) Liu, W., Hayter, A. J. and Wynn, H., "Operability region equivalence: simultaneous confidence bands for the equivalence of two regression models over restricted regions," *Biometrical Journal*, 49, 1, 144-150, 2007.

(47) Hayter, A. J., "A combination multiple comparisons and subset selection procedure to identify treatments strictly inferior to the best," *Journal of Statistical Planning and Inference*, 137, 7, 2115-2126, 2007.

(46)  Hayter, A. J., Liu, W. and Wynn, H., "Easy-to-construct confidence bands for comparing two simple linear regression lines," *Journal of Statistical Planning and Inference*, 137, 1213-1225, 2007.

(45)  Ganesh, S., Hayter, A.J., Kim, J., Sanford, J., Sprigle, S. and Hoenig, H., "Wheelchair use by veterans newly prescribed a manual wheelchair," *Archives of Physical Medicine and Rehabilitation*, 88, 4, 434-439, 2007.

(44)  Hayter, A. J., Wynn, H. and Liu, W., "Slope modified confidence bands for a simple linear regression model," *Statistical Methodology*, 3, 186-192, 2006.

(43)  Bath, S. K., Hayter, A. J., Cairns, D. A. and Anderson, C., "Characterization of home range using point peeling algorithms," *Journal of Wildlife Management*, 70(2), 422-434, 2006.

(42)  Hayter, A. J., "Recursive integration methodologies with applications," *Journal of Statistical Planning and Inference*, 136, 2284-2296, 2006.

(41)  Tamhane, A. C. and Hayter, A. J., "Comparing variances of several measurement methods using a randomized block design with repeat measurements: a case study," Advances in Ranking and Selection, Multiple Comparisons and Reliability, Birkhauser, 165-178, 2005.

(40)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of general non-centered orthant probabilities," *Journal of the Royal Statistical Society, Series B*, 65, 223-234, 2003.

(39)  Hayter, A. J., "A probability analysis of the playoff system in sumo tournaments," Recent Advances in Statistical Research and Data Analysis, Springer-Verlag, 2002.

(38)  Kuriki, S., Shimodaira, H. and Hayter, A. J., "On the isotonic range statistic for testing against an ordered alternative," *Journal of Statistical Planning and Inference*, 105(2), 347-362, 2002.

(37)  Koyama, N. and Hayter, A. J., "One-stage and two-stage designs for clinical trials using an indifference zone approach," *Communications in Statistics, Simulation and Computation*, 32, 1, 2002.

(36)  Bretz, F., Hayter, A. J. and Genz, A., "Critical point and power calculations for the studentised range test for generally correlated means," *Journal of Statistical Computation and Simulation*, 71, 85-97, 2001.

(35)  Hayter, A. J., Miwa, T., and Liu, W., "Efficient directional inference methodologies for the comparisons of three ordered treatment effects," *Journal of the Japanese Statistical Society*, 31, 2, 153-174, 2001.

34

(34)  Sommerville, P., Miwa, T., Liu, W. and Hayter, A. J., "Combining one-sided and two-sided confidence interval procedures for successive comparisons of ordered treatment effects," *Biometrical Journal*, 43, 5, 533-542, 2001.

(33)  Liu, W. and Hayter, A. J., "Selecting and sharpening inferences in simultaneous inference via a Bayesian approach," *Communications in Statistics, Theory and Methods*, 30, 135-145, 2001.

(32)  Liu, W., Miwa, T. and Hayter, A. J., "Simultaneous confidence interval estimation for successive comparisons of ordered treatment effects," *Journal of Statistical Planning and Inference*, vol. 88, 1, 75-86, 2000.

(31)  Hayter, A. J., Miwa, T. and Liu, W., "Combining the advantages of one-sided and two-sided test procedures for comparing several treatments with a control," *Journal of Statistical Planning and Inference*, vol. 86, 1, 81-99, 2000.

(30)  Miwa, T., Hayter, A. J. and Liu, W., "Calculation of level probabilities for normal random variables with unequal variances with applications to Bartholomew's test in unbalanced one-way models," *Computational Statistics and Data Analysis*, vol. 34, 1, 17-32, 2000.

(29)  Hayter, A. J., "Multivariate quality control procedures," Statistical Process Monitoring and Optimization, Marcel Dekker, Inc., 209-222, 1999.

(28)  Miwa, T. and Hayter, A. J., "Combining the advantages of one-sided and two-sided test procedures for comparing several treatment effects," *Journal of the American Statistical Association*, vol. 94, 445, 302-307, 1999.

(27)  Hayter, A. J. and Liu, W., "A test for testing against an umbrella alternative and the associated simultaneous confidence intervals," *Computational Statistics and Data Analysis*, vol. 30, 393-401, 1999.

(26)  Goldsman, D., Hayter, A. J. and Kastner, T., "Multinomial selection procedures with elimination," Advances in Statistical Decision Theory and Applications, 265-274, 1997.

(25)  Hayter, A. J. and Liu, W., "A note on the calculation of some order probabilities," *The American Statistician*, vol. 50, 4, 1996.

(24)  Hayter, A. J. and Chen, V. C. P., "Sensitivity analysis of upper confidence bounds on the range of treatment effects," *Journal of Computational Statistics and Data Analysis*, vol. 23, 257-262, 1996.

(23)  Hayter, A. J. and Liu, W., "Exact calculations for the one-sided studentized range test for testing against a simple ordered alternative," *Journal of Computational Statistics and Data Analysis*, vol. 22, 17-25, 1996.

(22)  Hayter, A. J. and Tsui, K., "Identification and quantification in multivariate quality control problems," *Journal of Quality Technology*, vol. 26, no. 3, 197-208, 1994.

(21)  Hayter, A. J., "On the selection probabilities of two-stage decision procedures," *Journal of Statistical Planning and Inference*, vol. 38, 223-236, 1994.

(20)  Hayter, A. J. and Hsu, J. C., "On the relationship between stepwise decision procedures and confidence sets," *Journal of the American Statistical Association*, vol. 89, 425, 128-136, 1994.

(19)  Hayter, A. J. and Dowling, M., "Experimental designs and emission rate modeling for chamber experiments," *Atmospheric Environment*, vol. 27A, no. 14, 2225-2234, 1993.

(18)  Bofinger, E., Hayter, A. J. and Liu, W., "The construction of upper confidence bounds on the range of several location parameters," *Journal of the American Statistical Association*, vol. 88, no. 423, 906-911, 1993.

(17)  Hirotsu, C., Kuriki, S., and Hayter, A. J., "The multiple comparison procedure based on the maximal component of the cumulative chi-squared statistic," *Biometrika*, vol. 79, 381-392, 1992.

(16)  Hayter, A. J. and Hurn, M., "Power comparisons for tests of the equality of several normal means," *Journal of Statistical Computation and Simulation,* vol. 42, no. 3-4, 173-185, 1992.

(15)  Hayter, A. J. and Liu, W., "A method of power assessment for tests comparing several treatments with a control," *Communications in Statistics, Theory and Methods*, vol. 21, no. 7, 1871-1889, 1992.

(14)  Hayter, A. J. and Liu, W., "Some minimax test procedures for comparing several normal means," Multiple Comparisons in Biostatistics: Current Research in the Topics of C.W. Dunnett, Marcel Dekker, Inc., 137-148, 1992.

(13)  Santner, T. J. and Hayter, A. J., "The least favorable configuration of a two-stage procedure for selecting the largest normal mean," Multiple Comparisons in Biostatistics: Current Research in the Topics of C.W. Dunnett, Marcel Dekker, Inc., 247-265, 1992.

(12)  Hayter, A. J., "Multiple comparisons of three ordered normal means for unbalanced models," *Journal of Computational Statistics and Data Analysis*, vol.13, 153-162, 1992.

(11) Hayter, A. J. and Stone, G., "Distribution free multiple comparisons for monotonically ordered treatment effects," *Australian Journal of Statistics*, vol. 33, no. 3, 345-346, 1991.

(10) Bechhofer, R. E., Hayter, A. J. and Tamhane, A. C., "Optimal sample size allocation for selecting the best of several normal populations with known unequal variances," *Journal of Statistical Planning and Inference*, vol. 28, 271-289, 1991.

(9) Hayter, A. J. and Tamhane, A. C., "Sample size determination for step-down multiple comparison procedures: orthogonal contrasts and comparisons with a control," *Journal of Statistical Planning and Inference*, vol. 27, 271-290, 1991.

(8) Hayter, A. J., "A one-sided studentized range test for testing against ordered alternatives," *Journal of the American Statistical Association*, vol. 85, 778-785, 1990.

(7) Hayter, A. J. and Liu, W., "Power assessment for tests of the equality of several proportions," *Communications in Statistics, Theory and Methods*, vol. 19, no. 1, 19-30, 1990.

(6) Hayter, A. J. and Liu, W., "The power function of the Studentized range test," *The Annals of Statistics*, vol. 18, no. 1, 465-468, 1990.

(5) Hirotsu, C., Kuriki, S., and Hayter, A. J., "The multiple comparison procedure based on the maximal component of the cumulative chi-squared statistic-calculation of significance probability and its application to dose levels," *Japanese Journal of Applied Statistics*, 18, 129-142, 1989.

(4) Hayter, A. J., "Selecting the largest mean when the variances are unequal," *Communications in Statistics, Theory and Methods*, vol. 18, no. 4, 1455-1468, 1989.

(3) Hayter, A. J., "Pairwise comparisons of generally correlated means," *Journal of the American Statistical Association*, vol. 85, 208-213, 1989.

(2) Hayter, A. J., "The maximum familywise error rate of Fisher's least significant difference test," *Journal of the American Statistical Association*, vol. 81, 1000-1004, 1986.

(1) Hayter, A. J., "A proof of the conjecture that the Tukey-Kramer multiple comparisons procedure is conservative," *The Annals of Statistics*, vol. 12, 61-75, 1984.

## **Book Review**

Hayter, A. J., "Book review of Constrained Statistical Inference: Inequality, Order, and Shape Restrictions," by M. J. Silvapulle and P. K. Sen," *Biometrics*, 2005.


Dr. Anthony Hayter | Expert Report

# Other Publications

(38)  Hayter, A. J., "Recursive integration methodologies with statistical applications," Proceedings of the Conference on Computational Algebraic Statistics, Theories and Applications, Kyoto, Japan, 2008.

(37)  Lin, C. and Hayter, A. J., "A stepdown procedure with feedback for identifying inferiority among three treatments," Proceedings of the Conference on Probability and Statistics, Kyushuu University, Japan, 2008.

(36)  Hayter, A. J., Lin, C. and Kim, P., "Recent advances in identifying inferior treatments in clinical trials and inferences on non-central t-distributions," Proceedings of the Conference on Several Problems on Statistical Inference, Hokkaido, Japan, 2007.

(35)  Hayter, A. J., Wynn, H. and Liu, W., "Slope modified confidence bands for a simple linear regression model," Proceedings of the Conference on Statistical Theory, Kagoshima, Japan, 2005.

(34)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of singular orthant probabilities," Proceedings of the Joint Meeting of the Japanese Statistical Societies, Hiroshima, Japan, 2005.

(33)  Miwa, T., Hayter, A. J. and Kuriki, S., "The dissection of polyhedral cones and its application to the evaluation of multi-normal probabilities," Proceedings of the 54th Session of the International Statistical Institute, 2003.

(32)  Hayter, A. J. "Evaluating high dimensional probability expressions using recursive integration," Proceedings of the Yokohama University Statistics Colloquium, 2003.

(31)  Hayter, A. J. "The evaluation of multivariate normal probabilities," Proceedings of the Chiba University Workshop on Computational Statistics, 2002.

(30)  Miwa, T., Hayter, A. J. and Kuriki, S., "The efficient calculation of non-centered orthant probabilities," Proceedings of the 69th Annual Meeting of the Japan Statistical Society, 2001.

(29) Miwa, T., and Hayter, A. J., "Combining the advantages of one-sided and two sided procedures for environmental risk assessment." Proceedings of the International Conference on Statistical Challenges in Environmental Health Problems, 2001.

(28)  Miwa, T., Hayter, A. J. and Kuriki, S., "The calculation of non-centered orthant probabilities," Proceeding of the 53rd Session of the International Statistics Institute, Korea, 2001.



Dr. Anthony Hayter | Expert Report

(27)  Miwa, T., Hayter, A. J. and Kuriki, S., "Efficient computation of high dimensional integral expressions," Proceedings of the 15th Annual Meeting of the Japanese Society of Computational Statistics, Okayama, 2001.

(26)  Miwa, T., Hayter, A. J. and Kuriki, S., "Simultaneous inference, recursive integration and the evaluation of multivariate normal probabilities," Proceedings of the 3rd Hakata Symposium on Statistics, Fukuoka, 2000.

(25)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of multivariate normal probabilities," Proceedings of the Annual Conference of the Japan Society of Applied Statistics, Kobe, 2000.

(24)  Miwa, T., Hayter, A. J. and Kuriki, S., "Recursive integration techniques and cone dissections," Proceedings of the Symposium on New Developments in Multivariate Analysis and Asymptotic Theory, Hiroshima, 2000.

(23)  Hayter, A. J., "Some probability calculation concerning the playoff system in sumo tournaments," Proceedings of the Institute of Statistical Mathematics Symposium, Tokyo, 2000.

(22)  Hayter, A. J. and Miwa, T., "Multiple comparisons for non-linear dose response models," Proceedings of the Annual Meeting of the Japanese Statistical Society, Sapporo, Japan, 2000.

(21)  Miwa, T. and Hayter, A. J., "The general procedure for combining one-sided and two-sided confidence intervals of the means of correlated normal random variables," Proceedings of the Institute of Statistical Mathematics Symposium, Tokyo, 2000.

(20)  Miwa, T. and Hayter, A. J., "The null distribution of Bartholomew's test in unbalanced models," Proceedings of the 7th Japan-China Symposium on Statistics, Tokyo, 2000.

(19)  Miwa, T., Hayter, A. J. and Liu, W., "Calculation of Bartholomew's tests for ordered alternatives in unbalanced one-way models," Proceedings of the 20th International Biometric Conference, San Francisco, 2000.

(18)  Hayter, A. J., Miwa, T. and Liu, W., "Combining the advantages of one-sided and two-sided multiple comparison procedures," Proceedings of the 2nd International Conference on Multiple Comparisons, Berlin, Germany, 2000.

(17)  Miwa, T., Hayter, A. J. and Liu, W., "Exact calculations of the level probabilities in the unbalanced one-way models with applications to Bartholomew's test," Proceedings of the 2nd International Conference on Multiple Comparisons, Berlin, Germany, 2000.

(16)  Hayter, A. J. and Miwa, T., "General procedure for combining the advantages of one-sided and two-sided confidence intervals in comparisons between ordered treatments," Proceedings of the East Asia Statistics Meeting, Tokyo, 2000.

(15)  Miwa, T. and Hayter, A. J., "Analysis of non-linear dose response models," Proceedings of the Conference on Non-Linear Modeling, Matsuyama, Japan, 2000.

(14)  Hayter, A. J., Miwa, T. and Liu, W., "Combining one-sided and two-sided simultaneous confidence intervals for comparisons against a control," Proceedings of the International Statistics Institute Bi-annual Meeting, Helsinki, Finland, 1999.

(13)  Hayter, A. J., Miwa, T. and Liu, W., "Combining one-sided and two-sided inference procedures," Proceedings of the Annual Conference of the Japanese Applied Statistics and Biometric Society, Tokyo, 1999.

(12)  Miwa, T., Hayter, A. J. and Liu, W., "Calculation of level probabilities for normal random variables with unequal variances," Proceedings of the 13th Annual Meeting of the Japanese Computational Statistics Society, Hyogo, Japan, 1999.

(11)  Miwa, T. and Hayter, A. J., "Combining one-sided and two-sided confidence intervals for ordered treatments," Proceedings of the XIXth International Biometric Conference, Cape Town, South Africa, 1998.

(10)  Miwa, T. and Hayter, A. J., "Combining directional inference procedures for all pairwise comparisons of treatment effects," Proceedings of the Annual Conference of the Japanese Applied Statistics and Biometric Society, Tokyo, 1998.

(9)  Hayter, A. J., Miwa, T. and Liu, W., "One-sided and two-sided combinations for comparisons with a control," Proceedings of the Conference on Statistical Testing, Kumamoto, Japan, 1998.

(8) Kuriki, S., Shimodaira, H. and Hayter, A. J., "The isotonic range statistic," Proceedings of the Conference on Statistical Modeling, Osaka, Japan, 1998.

(7)  Miwa, T. and Hayter, A. J., "Bartholomew's test in unbalanced settings," Proceedings of the Annual Conference of the Japanese Statistical Society, 1998.

(6)  Miwa, T. and Hayter, A. J., "Combining one-sided and two-sided effects for pairwise comparisons of means," Proceedings of the Annual Conference of the Japanese Statistical Society, 1998.

(5)  Hayter, A. J., "On the pairwise comparisons of means," Proceedings of the Conference on Statistical Inference, Tokyo, 1997.

(4)  Hayter, A. J., "Recent Advances in Multivariate Quality Control Procedures," International Conference on Quality, Yokohama, 1996, 1017-1020.

(3)  Hayter, A. J. and Bush, H. M., "Nonparametric multivariate quality control procedures," International Conference on Statistical Methods and Statistical Computing for Quality and Productivity Improvement, Seoul, 1995, 225-235.

(2)  Hayter, A. J. and Chen, V. C. P., "Upper confidence bounds on the range of treatment effects," Statistics in Industry, Science & Technology, Tokyo, 1994, 340-345.

(1)  Hayter, A. J. and Turnbull, B. W., "A forward stochastic approximation procedure for scheduling sacrifices in tumorigenicity studies," Proceedings of the Biopharmaceutical Section, Annual meeting of the American Statistical Association, 126-131, 1985.

## Other Conference Presentations

(36)  Chantarangsi, W., Liu, W., Bretz, F., Kiatsupaibul, S., and Hayter, A. J., "Normal Probability Plots with Confidence for the Residuals in Linear Regression," The International Conference on Applied Statistics, Phuket, Thailand, 2016.

(35)  Hayter, A. J. "Simultaneous confidence intervals for several quantiles of an unknown distribution," 4th Institute of Mathematical Statistics Asia Pacific Rim Meeting, Chinese University of Hong Kong, Hong Kong, 2016.

(34)  Hayter, A. J., "Recursive integration methodologies with applications to multiple comparisons," 9th International Chinese Statistical Association International Conference: Challenges of Statistical Methods for Interdisciplinary Research and Big Data, Hong Kong, 2013.

(33)  Liu, W., Chantarangsi, W., Bretz, F., Kiatsupaibul, S. and Hayter, A. J., "Normal probability plots with confidence," 8th International Conference on Multiple Comparison Procedures, University of Southampton, UK, 2013.

(32)  Hayter, A. J., "Recursive integration methodologies with applications to multiple comparisons," 8th International Conference on Multiple Comparison Procedures, University of Southampton, UK, 2013.

(31)  Kiatsupaibul, S. and Hayter, A. J., "Dimensional Reduction for Latent Scores Modeling using Recursive Integration and Applications to Credit Risk Rating Models," International Symposium on Business and Industrial Statistics, Thailand, 2012.

41

(30) Hayter, A. J., "Credit Risk Rating Evaluations in Thailand," Conference on Building Partnerships in South East Asia: Opportunities and Challenges for the U.S., Vietnam, 2012.

(29) Liu, W., Bretz, F., Hayter, A. J., and Glimm, E., "Simultaneous inference for several quantiles of a normal population with applications," Multiple Comparisons Procedures Conference, Washington D.C., 2011.

(28) Hayter, A.J., "Using data to make good management decisions," XVII International Symposium on Mathematical Methods Applied to the Sciences, San Jose, Costa Rica, 2010.

(27) Hayter, A. J., "Choosing the right statistical methodology," Makarere University Business School 14th Annual International Management Conference, Kampala, Uganda, 2009.

(26) Hayter, A. J., "Using data to make good management decisions," International Conference on Advanced Data Analysis, Business Analytics, and Intelligence, Ahmedabad, India, 2009.

(25) Liu, W., Bretz, F., Hayter, A. J., Jamshidian, M., Wynn, H. P. and Zhang, Y. "Simultaneous confidence bands for regression analysis," International Conference on Multiple Comparisons Procedures, Japan, 2009.

(24) Liu, W., Bretz, F., Hayter, A.J., Jamshidian, M., Wynn, H.P. and Zhang, Y. "Simultaneous confidence bands for regression analysis," Novartis, Switzerland, 2008.

(23) Lin, C. and Hayter, A. J., "A stepdown procedure with feedback for identifying inferiority among three treatments," 4th World Conference of the International Association for Statistical Computing, Yokohama, 2008.

(22) Hayter, A. J. and Lin, C., "Recent advances in identifying inferior treatments in clinical trials," East Asia Regional Biometric Conference, Tokyo, 2007.

(21) Liu, W. and Hayter, A. J., "Minimum area confidence set optimality for confidence bands in simple linear regression," 5th International Conference on Multiple Comparisons, 2007.

(20) Ganesh, S., Hayter, A. J., Kim, J., Sanford, J., Sprigle, S. and Hoenig, H., "Manual wheelchair use by community dwelling and institutionalized veterans," Conference of the American Geriatrics Society, 2006.

(19) Ganesh, S., Hayter, A. J., Kim, J., Sanford, J., Sprigle, S. and Hoenig, H., "Manual wheelchair use by community dwelling and institutionalized veterans," Conference of the American Academy of Physical Medicine and Rehabilitation, 2005.

42

(18)  Liu, W., Hayter, A. J. and Wynn, H., "Recent advances in confidence band construction and inferences," Multiple Comparisons Procedures Conference, Shanghai, 2005.

(17)  Miwa, T., Hayter, A. J. and Kuriki, S., "The evaluation of normal orthant probabilities with singular correlation matrices," Multiple Comparisons Procedures Conference, Shanghai, 2005.

(16)  Miwa, T., Hayter, A. J. and Kuriki, S., "The efficient evaluation of multi-dimensional normal distribution functions," Annual Meeting of the American Statistical Association, 2002.

(15)  Miwa, T., Hayter, A. J. and Kuriki, S., "The efficient evaluation of multi-dimensional normal distribution functions," Multiple Comparisons Meeting, 2002.

(14)  Hayter, A. J., Miwa, T. and Liu, W., "Combining the advantages of one-sided and two-sided procedures for comparing treatments with a control," Statistical Conference, Ohio State University, 1999.

(13)  Hayter, A. J., "Recent advances in combining directional inferences," German Biometric Society Annual Meeting, 1998.

(12)  Hayter, A. J., "On the pairwise comparisons of treatment effects," Keynote Lecture, German Biometric Society Annual Meeting, 1998.

(11)  Hayter, A. J., "Power functions of permutation invariant test procedures," International Conference on Combinatorics and Statistical Sciences, Tokyo, 1998.

(10)  Hayter, A. J., "On the pairwise comparisons of means," Conference on Statistical Inference, Tokyo, 1997.

(9)  Hayter, A. J., "Recent advances in multivariate quality control," International Conference on Multivariate Data, Hiroshima, 1997.

(8)  Hayter, A. J. and Dowling, M., "Experimental designs and emission rate modeling for chamber experiments," 6th International Environmetrics Conference, Kuala Lumpur, 1995.

(7)  Hayter, A. J. and Liu, W., "Exact calculations for the one-sided studentized range test for testing against a simple ordered alternative," American Statistical Association Annual Meeting, Orlando, 1995.

(6)  Hayter, A. J., "On the selection probabilities of two-stage decision procedures," Conference on Multiple Decision Theory and Related Topics, Purdue University, 1995.

(5)  Hayter, A. J. and Chen, V.C.P., "Assessing the Equivalence of Several Treatment Means," Research Conference on Statistics in Industry and Technology, Institute of Mathematical Statistics, Chapel Hill, 1994.

(4)  Hayter, A. J. and Tsui, K., "Identification and quantification in multivariate quality control problems," 11th Annual Quality and Productivity Research Conference, Rochester, 1994.

(3)  Hayter, A. J., "Identification and quantification in quality control," American Statistical Association Winter Meeting, Atlanta, 1994.

(2)  Hayter, A. J., "The construction of upper confidence bounds on the range of several location parameters," American Statistical Association Annual Meeting, San Francisco, 1993.

(1)  Hayter, A. J., "The conservative nature of the studentized range multiple comparisons procedure," Aarhus University, Denmark, 1989.


## Professional and Corporate Relations

Site Review Team Member at the National Institutes of Health.  Review of scientific procedures and management of the Division of Epidemiology, Statistics and Prevention Research at the National Institute of Child Health and Human Development, 2008.

Workshop for business leaders on "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today - how they can help you if you have them, or hurt you if you don't have them."
Module 1 – Using Data Effectively
Module 2 – The Data Analyst's Toolbox – Extracting Information from Data
Module 3 – Building Models for Understanding and Prediction
Module 4 – What can Probability Theory do for You?
Module 5 – Ethical Considerations in Probability and Statistics.

Five week Executive MBA class on "Quantitative Analytical Skills."


## Editorial and Review Work for Journals

Associate Editor of the "Annals of the Institute of Statistical Mathematics," 2002-2015.

Associate Editor of the "Journal of the Japanese Statistical Society," 2001-2008.



Dr. Anthony Hayter | Expert Report

44

Associate Editor of the "Journal of Statistical Computation and Simulation," 1997-2001.

**Referee work for the following journals:**
Annals of Statistics, Biometrical Journal, Biometrics, Biometrika, BMC Medical Research Methodology, British Journal of Mathematical and Statistical Psychology, Canadian Journal of Statistics, Communications in Statistics - Simulation and Computation, Communications in Statistics – Theory and Methods, Complexity, Discrete Dynamics in Nature and Society, IIE Transactions, Computational Statistics and Data Analysis, Entropy, International Journal of Production Research, Iranian Journal of Science and Technology, Journal of Applied Mathematics and Decision Sciences, Journal of Applied Statistics, Journal of Business & Economic Statistics, Journal of Computational and Graphical Statistics, Journal of Nonparametric Statistics, Journal of Quality Technology, Journal of Risk and Financial Management, Journal of Statistical Computation and Simulation, Journal of Statistical Planning and Inference, Journal of Statistical Theory and Practice, Journal of the American Statistical Association, Journal of the Royal Statistical Society, Mathematical Population Studies, Mathematical Problems in Engineering, Metrika, Metron, Multidiscipline Modeling in Materials and Structures, Psychometrics, Risks, Scandinavian Journal of Statistics, Statistical Methodology, Statistical Papers, Statistics, Statistics and Decisions, Statistics and Probability Letters, Statistics in Medicine, Symmetry, Technometrics, TEST, The American Statistician, Transactions on Neural Systems & Rehabilitation Engineering.

## Invited Seminars and Presentations

(99) University of Queensland, Australia, "Statistical Inferences for High Dimensional Problems and Win-Probabilities," 2019.

(98) Canberra University, Australia, "Recursive Computational Methodologies and Win-Probabilities," 2019.

(97) University of Sydney, Australia, "Recent Advances in Statistical Inference and Computational Methodologies," 2019.

(96) Chulalongkorn University, Thailand, "Business Applications of Data Science," 2019.

(95) Tohoku University, Japan, "Recent Advances in Statistical Inference and Computational Methodologies," 2019.

(94) Mahidol University, Thailand, "Introduction to Biostatistics," 2019.

(93) University of Manchester, England, "Recent Advances in Statistical Inference and Computational Methodologies," 2018.


Dr. Anthony Hayter | Expert Report

(92) King Monkut Institute of Technology, Thailand, "Case Studies in Statistical Analysis," 2018.

(91)  National University of Singapore, "Recent Advances in Statistical Inference and Computational Methodologies," 2018.

(90)  Titu Maiorescu University, Romania, "The Importance of Data Skills in the Business World Today," 2018.

(89)  Lancaster University, England, "Recent Advances in Statistical Inference and Computational Methodologies," 2017.

(88)  Universiti Tunku Abdul Rahman, Malaysia, "Business Analytics for Today's Global Business Environment," 2016.

(87)  Mahidol University International College, Thailand, "Conducting and Publishing Quantitative Research," 2015.

(86)  Chulalongkorn University, Thailand, "Data Analysis Strategies for Business Success," 2015.

(85)  Chulalongkorn University Business School 75th Year Anniversary Special Lecture, Thailand, "Business Analytics," 2014.

(84)  Yonsei University, Korea, "Recent Advances in Statistical Inference and Computational Methodologies," 2014.

(83)  Kyung Hee University, Korea, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2014.

(82)  Khon Kaen University, Thailand, "Regression Analysis and Financial Modeling," 2013.

(81)  Kyushu University, Japan, "Recent Advances in Statistical Inference and Computational Methodologies," 2013.

(80)  Acadia University, Canada, "Win-Probabilities for Regression Models, Modeling Financial Credit Ratings, and Efficient Computational Methodologies," 2012.

(79)  Dalhousie University, Canada, "Recent Advances in Statistical Inference and Computational Methodologies," 2012.

(78)  National Institute of Development Administration, Thailand, "The Importance of Business Analytics for Management Today," 2012.



Dr. Anthony Hayter | Expert Report

(77)  Khon Kaen University, Thailand, "Selecting Statistical Methodologies for Business Research," 2012.

(76)  Sasin Graduate Institute of Business Administration, Thailand, "Modelling Financial Credit Scores," 2012.

(75)  Mahidol University International College, Thailand, "Data Analytics and Business Information in the Global Arena," 2012.

(74)  Yuan Ze University, Taiwan, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2011.

(73)  Universiti Tunku Abdul Rahman, Malaysia, "Examples of Quantitative Analyses in Business Decision Making," 2011.

(72)  Singapore Management University, "Topics in Statistical Inference: Confidence bands for regression models and recursive integration methodologies," 2011.

(71)  Institute of Statistical Mathematics, Tokyo, "The Application of Data Oriented Approaches for Business," Workshop on Data-centric Human and Social Informatics, Tokyo, Japan, 2011.

(70)  Chulalongkorn University, Thailand, "Recent Advances in Confidence Band Construction for Regression Lines," 2010.

(69)  Ritsumeikan Asia Pacific University, Oita, Japan, "The Importance of Quantitative Skills in Business Decision Making," 2010.

(68)  Chulalongkorn University, Thailand, "The Importance of Quantitative Skills in Business Decision Making," 2009.

(67)  Thammasat University, Thailand, "How to use Data from CMMI to make Better Decisions," 2009.

(66)  Sophia University, Japan, "The Importance of Quantitative Skills in Business Decision Making," 2009.

(65)  India Institute of Technology, Mumbai, "Topics in Inferential Statistics," 2009.

(64)  Santa Clara University, "The Challenges Facing Business Schools," 2009.

(63)  Adelphi University, "The Challenges Facing Business Schools," 2008.

(62)  Osaka Institute of Technology, "Using Data for Better Decision Making," 2008.



Dr. Anthony Hayter | Expert Report

(61) Moffitt Cancer Center & Research Institute, University of South Florida, "Recent Advances in Inferior Treatments in Clinical Trials," 2008.

(60) National Statistics Center of Japan, "Comparisons of Statistical Use Around the World," 2007.

(59) Tsukuba University Business School, Japan, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2007.

(58) Sophia University, Japan, "Statistical analysis of rolling mills in the steel industry, recursive integration methodologies, and detecting inferior drugs," 2007.

(57) United States Air Force Academy, "The Importance of Statistical and Quantitative Analytical Skills in Business and Management Today," 2007.

(56) Colorado State University, "Statistical Analysis of Rolling Mills in the Steel Industry, Recursive Integration Methodologies, Inferences on the Non-Centrality Parameter of a Non-Central t-Distribution, and Detecting Inferior Drugs," 2007.

(55) University of New Mexico, "Applications and Misapplications of Probability and Statistics," 2007.

(54) Los Alamos National Laboratory, "Applications and Misapplications of Probability and Statistics," 2007.

(53) University of Denver, "Applications and Misapplications of Probability and Statistics," 2005.

(52) Macalester University, "Applications and Misapplications of Probability and Statistics," 2005.

(51) Bentley College, "Applications and Misapplications of Probability and Statistics," 2005.

(50) Kennesaw State University, Sigma Xi Chapter, "Applications and Misapplications of Probability and Statistics," 2005.

(49) Washington State University, "The Evaluation of Multivariate Normal Orthant Probabilities," 2002.

(48) Institute of Statistical Mathematics, Japan, "Introduction to Multiple Comparisons and Simultaneous Inference," 2000.



Dr. Anthony Hayter | Expert Report

(47)  Atomic Radiation Research Laboratory, Hiroshima Medical University, "Multiple Comparisons and Simultaneous Inference," 2000.

(46)  Okayama University, Japan, "Introduction to Multiple Comparisons and Recent Research Results," 2000.

(45)  Institute of Statistical Mathematics, Japan, "Non-linear Dose Response Analysis," 2000.

(44)  Radiation Effects Research Foundation, Japan, "An Overview of Simultaneous Inference Procedures," 1999.

(43)  Institute of Statistical Mathematics, Japan, "Decision Theoretic Approaches to Binary Response Data in Reliability Studies," 1998.

(42)  Institute of Statistical Mathematics, Japan, "Combining One-sided and Two-sided Inference Procedures," 1998.

(41)  Seoul National Polytechnic University, "Current Trends in Industrial Engineering," 1998.

(40)  Seoul National University, "Recent Advances in Multivariate Quality Control," 1998.

(39)  Institute of Statistical Mathematics, Japan, "On the Pairwise Comparisons of Means," 1997.

(38)  Tsukuba University, Japan, "Combining the Advantages of One-sided and Two-sided Inference Methods," 1997.

(37)  Hiroshima University, Japan, "Recent Advances in Multivariate Quality Control," 1997.

(36)  Tsukuba University, Japan, "On the Selection Probabilities of Two-Stage Procedures," 1997.

(35)  National Institute of Environmental Agriculture, Japan, "Multiple Comparison Procedures," 1997.

(34)  University of Tokyo, "On the Selection Probabilities of Two-stage Decision Procedures," 1997.

(33)  United States Military Academy, West Point, N.Y., "Applications of Probability and Statistics," 1997.



(32) Institute of Statistical Mathematics, Japan, "On the Selection Probabilities of Two-Stage Decision Procedures," 1997.

(31) Institute of Statistical Mathematics, Japan, "Customized Confidence Set Construction," 1996.

(30) University of South Alabama, "Customized Confidence Set Construction," 1996.

(29) Clemson University, "Customized Confidence Set Construction," 1996.

(28) University of Alabama-Huntsville, "Recent Advances in Multivariate Quality Control," 1996.

(27) University of North Carolina-Charlotte, "Recent Advances in Multivariate Quality Control," 1996.

(26) University of Central Florida, "Customized Confidence Set Construction," 1996.

(25) University of Singapore, "Confidence Set Construction for Stepwise Decision Procedures," 1995.

(24) University of Georgia, "Confidence Set Construction for Stepwise Decision Procedures," 1992.

(23) University of South Carolina, "Confidence Set Construction for Stepwise Decision Procedures," 1992.

(22) Northwestern University, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1991.

(21) Georgia Institute of Technology, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1991.

(20) McMaster University, Canada, "Minimax Test Procedures for Comparing Several Location Parameters," 1991.

(19) University of Georgia, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1991.

(18) Ohio State University, "A One-Sided Studentized Range Test for Comparing Several Ordered Location parameters," 1991.

(17) Rice University, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1990.



(16)  Trier University, Germany, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1990.

(15)  City University, England, "A One-Sided Studentized Range Test for Comparing Several Ordered Location Parameters," 1990.

(14)  Cambridge University, England, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1989.

(13)  National Central University, Taiwan, "Minimax Test Procedures for Comparing Several Location Parameters," 1988.

(12)  Tsing-hua University, Taiwan, "Power Assessment of Tests Comparing Several Treatments with a Control," 1988.

(11)  Hiroshima University, Japan, "Minimax Test Procedures for Comparing Several Location Parameters," 1988.

(10)  Keio University, Japan, "Power Assessment of Tests Comparing Several Treatments with a Control," 1988.

(9)  Osaka University, Japan, "Minimax Test Procedures for Comparing Several Location Parameters," 1988.

(8)  Tokyo University, Japan, "Power Assessment of Tests Comparing Several Treatments with a Control," 1988.

(7)  Tokyo University, Japan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1988.

(6)  Bath University, England, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1987.

(5)  National Central University, Taiwan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1986.

(4)  Cheng-Kung University, Taiwan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1986.

(3)  Tsing-hua University, Taiwan, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1986.

(2)  Imperial College, England, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1984.

51

(1)  Cornell University, "The Conservative Nature of the Studentized Range Multiple Comparisons Procedure," 1983.


## **External Examiner**

Examiner for the Thailand-Unites States Educational Foundation (Fulbright) Open Competition Scholarship Program, 2014.

External Examiner for the MBA program, *Universiti Tunku Abdul Rahman*, Malaysia, 2011-2018.

Examiner for the doctoral dissertation of Zamir Hussain, "Flood Frequency Analysis of River Systems of Pakistan, Using L-Moments," *Bahauddin Zakariya University*, Pakistan, 2012.

Examiner for the doctoral dissertation of Alia Sajjad, "Optimality in Sparse Block Designs," *Quaid-I-Azam University*, Pakistan, 2010.

External faculty evaluator, *Bahauddin Zakariya University*, Pakistan, 2010.

Panel of expert member for the purpose of evaluation of candidates for faculty positions, *Quaid-i-Azam University*, Pakistan, 2010.

Examiner for the doctoral dissertation of Muhammad Zakaria, "Stochastic Models for the Population of Pakistan," *Allama Iqbal Open University*, Pakistan, 2010.

Examiner for the doctoral dissertation of Saima Altaf, "Statistical Analysis of Paired Comparison Models Through Bayesian Approach," *Quaid-i-Azam University*, Pakistan, 2009.

Examiner for the doctoral dissertation of Muhammed Saleem, "Bayesian Analysis of Mixture Distributions," *Quaid-i-Azam University*, Pakistan, 2009.

Examiner for the doctoral dissertation of N. Koyama, "Experimental Designs for Clinical Trials," *Institute of Statistical Mathematics*, Tokyo, Japan, 2000.

Examiner for the doctoral dissertation of Chandra Kumar Biswas, "Design of Multivariate Statistical Process Control Charts with Statistical and Economic Approaches," *Indian Institute of Technology*, India, 1998.



## **Selected Recent College Activities**

Scholarship of Research Award, Daniels College of Business, 2012 and 2015.

Development and teaching of new MBA, PMBA and EMBA quantitative courses.

Teaching and organization of pre-course workshops for the MBA quantitative course.

Developed and marketed a new Masters Degree in Business Intelligence in collaboration with the Information Technology and Marketing departments.

Committee member for High Quality Scholarship.  Finding ways to develop and encourage the College's research activities.

Presentation on "Teaching Effectiveness" at the New Faculty Orientation.

## **Ph.D. Students Supervised**

Chen-ju Lin, 2007, "New methods for eliminating inferior treatments in clinical trials."

Jongphil Kim, 2007, "Efficient confidence interval methodologies for the non-centrality parameters of non-central t-distributions."

Generazio Hoa, 2000, "Disaggregation from Constructive to Virtual Combat Simulations."

Tom Kastner, 1997, "Multinomial Selection with Elimination."

Philip DeCamp, 1997, "Efficiency of Nonparametric Confidence Intervals."

Helen Bush, 1996, "Nonparametric Multivariate Quality Control."

Jennifer Robinson, 1996, "The Construction of Joint Confidence Sets for the Comparison of Two Exponential Distributions."

Wei Liu, 1990, "Power Analysis of Multiple Comparisons Procedures."

 Dr. Anthony Hayter | Expert Report

## Master Thesis Students Supervised

Andy Napoli, 1996, "An Assessment of Current Statistical Analysis in Published Engineering Research."

Merilee Hurn, 1989, "A Study of the Power Functions of some Optimal Simultaneous Inference Procedures by Exact Evaluation and Simulation Techniques."

## Ph.D. Student Committee Member

Rebecca Yew Ming Yian, 2019, "Governance as a Critical Element for Driving Excellence in Charity Sector in Malaysia." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Faryal Younis, 2018, "Use of Adaptive Cluster Sampling under Different Sampling Designs." Department of Statistics, Quaid-i-Azam University, Islamabad, Pakistan.

Sudhashini A/P Senggaravellu, 2018, "Push and Pull Factors and the Relationship between Lecturer's Job Satisfaction and Turnover Intention." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Low Mei Peng, 2016, "Linking Entrepreneurial Orientation and Internal Corporate Social Responsibility to Turnover Intention in Small Medium Sized Enterprises." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Cham Tat Huei, 2016, "An Integrated Framework for Brand Image, Healthcare Service Quality, Patient Trust, Perceived Value, Patient Satisfaction and Behavioral Intention: Evidence from Medical Tourism of Malaysia." Institute of Postgraduate Studies & Research, Universiti Tunku Abdul Rahman, Malaysia.

Zachary Loftus, 2012, "Additive Manufacturing Process for Titanium Components in Space Applications," *School of Mechanical Engineering.*

Seung Oh Lee, 2006, "Modeling of Local Scour Around Bridge Piers," *Environmental Fluid Mechanics and Water Resource Group, School of Civil and Environmental Engineering.*

Ilya Lavrik, 2005, "Novel Wavelet-based Statistical Methods with Applications in Classification, Shrinkage, and Nano-scale Image Analysis."

Seungmook Chae, 2004, "Effect of Follower Forces on Aeroelastic Stability of Flexible Structures." *School of Aerospace Engineering.*



Dr. Anthony Hayter | Expert Report

Gwen Malone, 2004, "Bernoulli and Multinomial Ranking and Selection Procedures."

Hyoungtae Kim, 2004, "Load Sharing and Decisions under Uncertainties in Logistics Operations."

Jennifer Muncy, 2003, "Predictive Failure Model of Flip Chip On Board Component Level Assemblies." *School of Mechanical Engineering*.

Glenn Miller, 2003, "Predictive Inference Methods."

Debora Daberkow, 2002, "A Formulation of Metamodel Implementation Processes for Complex Systems Design." *School of Aerospace Engineering*.

Evelyn Wu, 2000, "Analysis of Traffic Crash Data." *School of Civil and Environmental Engineering*.

Chien-ho Hung, 1999, "Development of Leading Models of Metallic Contaminants Solidified by Cement Using Time Series Analysis." *School of Civil and Environmental Engineering*.

Chris Fowler, 1997, "Heuristic Solution Performance for the Uncapacitated Facility Location Problem with Uncertain Data."

Carolina Barcenas, 1996, "Geometric Tolerance Verification - a Quality Oriented Approach."

Karen Emmanual, 1996, "Multivariate Control Charts for Autocorrelated data."

Saliu Ur Rehman, 1995, "Semiparametric Modeling of Cross-semivariograms."


## M.S. Students Committee Member

Chutimon Sindhuprama, 2017, "Statistical Inference based on Imperfect Ranking from Concomitant Variables and its Application in Portfolio Selection."  Department of Statistics, Chulalongkorn University, Thailand.

Sawanya Poongoen, 2015, "A Comparison of Variable Screening Methods for Hierarchical Testing of High-Dimensional Regression Coefficients."  Department of Statistics, Chulalongkorn University, Thailand.


Dr. Anthony Hayter | Expert Report

Chaiyanun Tharasuke, 2012, "A Computational Method for Ordinal Probit Regression based on Polar Metropolis". Department of Statistics, Chulalongkorn University, Thailand.

Natchalee Srimaneekarn, 2012, "A Development of Drug Expiration Prediction Model". Department of Statistics, Chulalongkorn University, Thailand.

Rebekah Kovarik, 2010, "An Experimental Study of Optical Adhesive Bonds Subjected to Thermal Cycling Environments." *School of Mechanical Engineering.*

Tadashi Watanabe, 2009, "Japan's Preventive Strategy: The National Defense Program Guidelines in and after FY 2010." *School of International Studies.*

Jim Gigrich, 1997, "Comparison of Silver-Meal and Wagner-Whiten Procedures for Material Requirements Planning Under Varying Demand."

Dennis Day, 1997, "Minimization of Cost and Target Escapes in Combat Models Using the Multivariate Polya Distribution."

Chris Combs, 1996, "Non-Newtonian Conversion of Type II Emulsion Liquid Membranes." *School of Chemical Engineering.*

Bernd F. Schliemann, 1996, "Analysis and Modeling of the Initiative Tenet of Current Army Operations Doctrine."

Tasha Williams, 1995, "A Comparison of Selection Procedures for the Best Mean from a Set of Normal Populations."

Eric Wiedemann, 1995, "Reducing Variance between two Systems by Inducing Correlation."

John Picciuto, 1994, "Using Lp-norm Standardized Time Series Variance Estimators for Output Analysis of Simulations."

Tim Petit, 1994, "A Robustness Study of Gupta's Subset Selection Procedure."

Susan Robertson, 1993, "Usability and Viability of the Dynamic Help Toolkit."

## **Post-Doctoral Student Supervision**

Supervisor of post-doctoral student Youngshin Park, support by a grant from the Korea Science and Engineering Foundation, 2001.



Dr. Anthony Hayter | Expert Report

**56**



## <u>Section IV:  Compensation.</u>

My hourly rate for this work is $475.  My hourly rate for deposition and trial testimony is $575.  No part of my compensation is contingent upon the outcome of this matter.

Dr. Anthony Hayter | Expert Report

57



## <u>Section V:  Previous Expert Witness Testimonies within the Past 4 Years.</u>

(1)  Melosh, et al. versus Western Pacific Housing, Inc.

Judicial Arbitration and Mediation Services, Santa Clara, Northern California.

Case No. 1100091610.

Deposition: March 9th, 2020.

(2)  SH 130 Concession Company, LLC, versus Central Texas Highway

Constructors, LLC, et al.

International Chamber of Commerce, International Court of Arbitration.

ICC Matter No. 23164/MK.

Deposition: February 17th, 2020.

(3)  Gilreath versus Fiat Chrysler Automobiles US LLC, et al.

Court of Common Pleas, Butler County, Ohio.

Case No. CV 2018 07 1583.

Deposition: October 18th, 2019.

58

(4)  Maldonado, et al. versus Apple, Inc., et al.

United States District Court, Northern District of California.

Case No. 3:16-cv-04067-WHO.

Deposition: April 19th, 2019.


(5)  Armstrong Townhomes Association versus Armstrong Townhomes.

Judicial Arbitration and Mediation Services, San Francisco, California.

Case No. 1100085853.

Deposition: April 9th, 2019.


(6)  Catherine Lee versus City of Beverly Hills, et. al.

Superior Court of the State of California, County of Los Angeles, West District.

Case No. BC553839.

Deposition: August 30th, 2018.


(7)  Evangelical Retirement Homes of Greater Chicago versus Bovis Lend Lease, Inc.

American Arbitration Association.

No. 01-15-0002-5934.

Deposition: August 28th, 2018.

(8)  Kim et al. versus Crocs, Inc et al.

United States District Court for the District of Hawaii.

Civil No. 1:16-cv-00460 JMS-KJM.

Deposition: May 25th, 2018.


(9)  City of Pomona versus SQM North America Corporation.

United States District Court for the Central District of California.

Case No. 2:11-cv-00167-RGK-JEM.

Deposition: April 20th, 2018.

Trial testimony: May 15th, 2018.


(10)  Arbor Real Homeowners Association versus Western Pacific Housing.

Judicial Arbitration and Mediation Services, San Francisco, Northern California.

Case No. 1100085234.

Deposition: April 13th, 2018.

Arbitration testimony: May 11th, 2018.


(11)  Mary "Molly" Digman versus Dr. Patti M. Nemeth and St. Luke's Hospital.

Circuit Court of St. Louis County, State of Missouri.

Case No. 15SL-CC02801.

Deposition: March 12th, 2018.

Trial testimony: March 26th, 2018.

**60**

(12)  Jose Cruz Ramos versus El Paso-Los Angeles Limo Express Inc., et al.

Superior Court of the State of California for the County of Los Angeles.

Case No. BC549973.

Deposition: March 6th, 2018.


(13)  Banc of California, Inc. versus Farmers & Merchants Bank of Long Beach.

United States District Court for the Central District of California.

Case No. 16-cv-01601-CJC-AFM.

Deposition: August 22nd, 2017.


(14)  Ruth Sherman versus Secretary of Health and Human Services.

United States District Court, District of Connecticut.

Case No. 3:15-cv-01468 (JAM).

Deposition: June 30th, 2017.


(15)  Thorpe Design, Inc. and Fire Sprinkler Systems, Inc. versus The Viking Corporation, et al.

United States District Court, Northern District of California.

Case No. 3:15-cv-03324-EDL.

Deposition: June 22nd, 2017.

(16)  Hee Suk Shin versus Auto Club Insurance Association, State of Michigan.

Oakland County Circuit Court.

Case No. 2016-154516-NF.

Deposition: May 19th, 2017.

(17)  Kendall Brasch et al. versus K. Hovnanian Enterprises, Inc., et al.

Superior Court of California, County of Orange.

Case No. 30-2013-00649417-CU-CD-CXC.

Deposition: April 21st, 2017.

(18)  Allen/Cascio/Johnson versus The City of Beverly Hills et al.

Superior Court of the State of California for the County of Los Angeles, West District.

Case No. BC553839.

Deposition: November 18th, 2016.

(19)  Instamart IP, LLC, versus Maplebear, Inc.

American Arbitration Association.

Case No. 01-16-0001-0340.

Testimony at Arbitration Hearing, August 31st, 2016.

**62**

# <u>Signature Page</u>

I hereby certify that the above report was written by me.

Signed:

Dr. Anthony Hayter

June 17th, 2020.