**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am an attorney for defendant The GEO Group, Inc. ("<u>Defendant</u>" or "<u>GEO</u>") in the above-captioned matter.

2.     I submit this Declaration in support of GEO's Reply in Support of its Cross-Motion for Summary Judgment.

1

3. Attached is an index of attached exhibits as required by this Court's practice standards. The exhibits are also outlined below.

4. Attached as **Exhibit A** is a chart setting forth Plaintiffs' responses and replies to GEO's Separate Statement of Undisputed Facts and GEO's responses to Plaintiffs' Additional Facts for the Court's ease of review. The undersigned has created this chart in an effort to streamline review of the disputed and undisputed facts and in compliance with Section III.E.2 of this Court's practice standards.

5. Attached as **Exhibit B** are true and correct copies of excerpts of Dawn Ceja's deposition transcript dated August 5, 2020.

6. Attached as **Exhibit C** are true and correct copies of some of ICE's Contract Assessment Reports which evaluate ICE's contract performance. This exhibit has been filed as Level 1 Restricted.

7. Attached as **Exhibit D** is a true and correct copy of an email that was sent to the undersigned from a member of ICE's legal team regarding the documents referred to as the "HUSP" in the Shannon Ely Declaration that has been filed at 261-7.

8. Attached as **Exhibit E** is a true and correct copy of a letter dated March 7, 2018, from Steve King to ICE regarding the Voluntary Work Program.

9. Attached as **Exhibit F** is a true and correct copy of a letter dated December 15, 2017, from Kamala Harris to the appropriations committee regarding the PBNDS.

10. Attached as **Exhibit G** are true and correct copies of excerpts of Amber Martin's 30(b)(6) deposition transcript dated February 28, 2020.

11. Attached as **Exhibit H** are true and correct copies of excerpts of Daniel Ragsdale's 30(b)(6) deposition transcript dated February 27, 2020.

12. Attached as **Exhibit I** are true and correct copies of excerpts of Sergio Gallegos' deposition transcript dated June 30, 2020.

13. Attached as **Exhibit J** are true and correct copies of excerpts of Joyce Quezada's deposition transcript dated July 28, 2020.

14. Attached as **Exhibit K** is a true and correct copy of a report from ICE to the Congressional Appropriations Subcommittee on Homeland Security dated January 17, 2017.

Executed this 21st day of August, 2020, in Denver, Colorado.

<em>s/ Adrienne Scheffey</em><br>Adrienne Scheffey

## CERTIFICATE OF SERVICE

I hereby certify on this 21st day of August, 2020, a true and correct copy of the foregoing **DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

4

54298037;1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**INDEX OF EXHIBITS TO DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| **A** | Chart of Plaintiffs' Responses and Replies to GEO's Separate Statement of Undisputed Facts and GEO's Responses to Plaintiffs' Additional Facts |
| **B** | Excerpts of Dawn Ceja's Deposition Transcript dated August 5, 2020 |
| **C** | ICE Contract Assessment Reports – **Filed with this Court as Level 1 Restricted** |
| **D** | "HUSP" E-mail from ICE |
| **E** | Letter from Steve King to ICE re VWP dated March 7, 2018 |

5

54298037;1

| Exhibit | Description |
|---|---|
| **F** | Letter from Kamala Harris to the Appropriations Committee re PBNDS dated December 15, 2017 |
| **G** | Excerpts of Amber Martin's Deposition Transcript dated February 28, 2020 |
| **H** | Excerpts of Daniel Ragsdale's 30(b)(6) Deposition Transcript dated February 27, 2020 |
| **I** | Excerpts of Sergio Gallegos' Deposition Transcript dated June 30, 2020 |
| **J** | Excerpts of Joyce Quezada's Deposition Transcript dated July 28, 2020 |
| **K** | Report from ICE to Congressional Appropriations Subcommittee on Homeland Security dated January 17, 2017 |