# EXHIBIT D

## Scheffey, Adrienne (Assoc-Den)

| | |
|---|---|
| **From:** | ███████████@ice.dhs.gov> |
| **Sent:** | Friday, July 24, 2020 2:15 PM |
| **To:** | Scheffey, Adrienne (Assoc-Den); ███████████; ███████████ |
| **Cc:** | Barnacle, Colin (Ptnr-Den); mley@bfwlaw.com; deismeier@bfwlaw.com |
| **Subject:** | RE: Menocal v. GEO Group - Subpoenas served on ICE |

Hi Adrienne,

Ms. Ely did not review the detainee handbook to prepare her declaration. With regard to the sanitation procedures, she looked at it only to the extent it was necessary to do so in order to prepare the declaration.

Thanks.

**From:** adrienne.scheffey@akerman.com <adrienne.scheffey@akerman.com>
**Sent:** Friday, July 24, 2020 12:00 PM
**To:** ███████████@ice.dhs.gov>; ███████████@ice.dhs.gov>; Si███████████@ice.dhs.gov>; ███████████@ice.dhs.gov>; ███████████
**Cc:** colin.barnacle@akerman.com; mley@bfwlaw.com; deismeier@bfwlaw.com
**Subject:** RE: Menocal v. GEO Group - Subpoenas served on ICE

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

███

Following up on this as it is relevant to the same filings that Plaintiffs referenced in their emails about Ms. Sanchez.

Best,

**Adrienne Scheffey**
Akerman LLP | 1900 Sixteenth Street, Suite 1700 | Denver, CO 80202
D: 303 640 2512 | T: 303 260 7712
adrienne.scheffey@akerman.com

**From:** Scheffey, Adrienne (Assoc-Den)
**Sent:** Friday, July 17, 2020 12:22 PM
**To:** R███████████@ice.dhs.gov>; ███████████@ice.dhs.gov>; ███████████@ice.dhs.gov>; ███████████@ice.dhs.gov>; ███████████
**Cc:** Barnacle, Colin (Ptnr-Den) <colin.barnacle@akerman.com>; mley@bfwlaw.com; deismeier@bfwlaw.com
**Subject:** RE: Menocal v. GEO Group - Subpoenas served on ICE

███

Thank you. I want to make sure that I am not misunderstanding your email below. My understanding is that in drafting the declaration, Ms. Ely reviewed only Contract Nos. ACD-3-C-0008, HSCEOP-06-D-00010, and HSCEDM-11-D-00003 and **not** the Detainee Handbook or the Sanitation Procedures. Is that correct?

Best,

1