# EXHIBIT H

Daniel Ragsdale
February 27, 2020                                                          1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2

 3          CIVIL ACTION NO.: 1:14-cv-02887-JLK

 4
     ALEJANDRO MENOCAL, et al.,
 5

 6          Plaintiffs,

 7   -vs-

 8
     THE GEO GROUP, INC.,
 9

10          Defendant.
     _____/
11

12
                  DEPOSITION OF DANIEL RAGSDALE
13

14
                Thursday, February 27, 2020
15                 9:20 a.m. - 3:14 p.m.

16
                  Shavitz Law Group, P.A.
17                 951 Yamato Road, #285
                 Boca Raton, Florida 33431
18

19

20          Stenographically Reported By:
              JOYCE L. BLUTEAU, RPR, FPR
21         Registered Professional Reporter
             Florida Professional Reporter
22

23

24

25
```

```
 1    APPEARANCES:

 2
      On behalf of the Plaintiffs:
 3

 4        TOWARDS JUSTICE
          1410 High Street
 5        Suite 300
          Denver, Colorado 80218
 6        720.441.2236
          juno@towardsjustice.org
 7        BY: JUNO TURNER, ESQUIRE

 8

 9        OUTTEN & GOLDEN, LLP
          685 Third Avenue
10        25th Floor
          New York, New York 10017
11        212.245.1000
          akoshkin@outtengolden.com
12        BY: ADAM L. KOSHKIN, ESQUIRE

13

14    On behalf of the Defendant:
          AKERMAN, LLP
15        1900 Sixteenth Street
          Suite 1700
16        Denver, Colorado 80202
          303.260.7712
17        colin.barnacle@akerman.com
          adrienne.scheffey@akerman.com
18        BY: COLIN L. BARNACLE, ESQUIRE and
              ADRIENNE SCHEFFEY, ESQUIRE
19

20
          THE GEO GROUP, INC.
21        4955 Technology Way
          Boca Raton, Florida 33431
22        561.443.1786
          cwilke@geogroup.com
23        BY:  CHERYL L. WILKE, ESQUIRE, VP CORPORATE COUNSEL

24
                              -  -  -
25
```

Daniel Ragsdale
February 27, 2020                                                            3

```
 1                         INDEX OF PROCEEDINGS

 2


 3    DEPOSITION OF DANIEL RAGSDALE                              PAGE


 4
      DIRECT EXAMINATION BY MS. TURNER:                            5
 5


 6    CERTIFICATE OF OATH                                        184
      CERTIFICATE OF REPORTER                                    185
 7    WITNESS NOTIFICATION LETTER                                186
      ERRATA SHEET                                               187
 8


 9
                           PLAINTIFF'S EXHIBITS
10
              (Exhibits were retained by Ms. Turner.)
11


12      Number              Description                         Page


13
        1       Notice of F.R.C.P. 30(b)(6) Deposition            8
14              of Defendant The GEO Group, Inc.
        2       5/27/03 Contract with the Department of          18
15              Homeland Security and Wackenhut
                Corrections Corporation
16      3       9/29/06 Contract between ICE and The             23
                GEO Group
17      4        Aurora ICE Processing Center Policy             28
                and Procedure Manual
18      5       E-mail with Attached 2011 Contract for           39
                operation of the Aurora Facility
19      6       Staffing Plan for a 400-Bed Facility             46
                and a 432-Bed Facility
20      7       Answers to Interrogatories                       53
        8       Aurora Detention Center Policy and               55
21              Procedure Manual Section 12.1.4
                Housekeeping
22      9       Aurora Policy and Procedure Manual               62
                Section 8.1.8, Beginning with GEO_MEN
23              38548
        10      2011 Performance-based National                  69
24              Detention Standards
        11      ALDF Standard                                    71
25
```

```
 1              PLAINTIFF'S EXHIBITS (cont...)

 2
                (Exhibits were retained by Ms. Turner.)
 3

 4   Number     Description                                    Page

 5
     12        E-mail with Attached Ice Contracted              82
 6             Audit, Bates GEO_MEN 44299 to 44377
     13        E-mail with attachments, Bates 15154 to          88
 7             15186
     14        E-Mail with Attachments, Bates                   94
 8             Nos. 79073 to 79119
     15        U.S. Marshal Standards                          101
 9   16        Enforcement and Removal Operations              105
               National Detainee Handbook Custody
10             Management, April 2016
     17        5/20/13 ICE Detainee Handbook                   112
11   18        Detainee Handbook.  Bates Nos. 00064443         118
               to 00064463
12   19        ACA Standard                                    120
     20        Letter Addressed to Acting Director of          136
13             ICE
     21        Aurora's Disciplinary Procedures and            138
14             Hearing Board's Policy
     22        10/15/14 Detainee Payroll Excel                 150
15             Spreadsheet
     23        Aurora Policy and Procedure Manual              151
16             Relating to the Detainee Work Program
     24        Housekeeping and Maintenance Plan from          152
17             the Aurora Facility Signed by Johnny
               Choate
18   25        4/17/14 E-mail Chain from Dawn Ceja             158
               with Attachments
19   26        List of GEO Detention Facilities with           164
               Amounts Paid in Voluntary Work Program
20   27        Staffing Plan for the Aurora Facility           172

21

22

23

24

25
```

1           Deposition taken before Joyce L. Bluteau,

2    Registered Professional Reporter, Florida Professional

3    Reporter, and Notary Public in and for the State of

4    Florida at Large in the above cause.

5                          - - -

6           THE COURT REPORTER:  Do you swear the testimony

7       you are about to give will be the truth, the whole

8       truth, and nothing but the truth?

9           THE WITNESS:  I do.

10   Thereupon,

11                      DANIEL RAGSDALE,

12   having been first duly sworn, was examined and testified

13   as follows:

14                     DIRECT EXAMINATION

15   BY MS. TURNER:

16      Q.   Good morning, Mr. Ragsdale.

17      A.   Good morning.

18      Q.   We met briefly before we got started.  My name

19   is Juno Turner.  I'm one of the attorneys for the

20   plaintiffs in this case.

21           Could you just, for purposes of the record,

22   state your full name and your business address?

23      A.   It's Daniel Ragsdale and 1915 Technology Way,

24   Boca Raton, Florida 33431.

25      Q.   Thanks.

1   E on page 1511, that this is part of the Voluntary Work
2   Program?
3       A.   I know it because of my understanding of what
4   the Housing Unit Sanitation Policy is and sort of what
5   the requirements are, and what the Voluntary Work
6   Program, which I think we looked at a document that sort
7   of lists -- I think it was the first contract, Exhibit 2
8   that you showed me that sort of laid out what some of
9   those other possible tasks could be.
10      Q.   So, in your understanding, what cleaning is
11  required of detainees as part of their responsibility to
12  keep their personal living area clean?
13      A.   My understanding is their immediate living
14  area, meaning their bed, their personal property, that
15  area, and then shared elements in their housing units.
16      Q.   And the shared elements in their housing units,
17  I know you don't understand the specific details, but
18  those are cleaned pursuant to some sort of rotation; is
19  that correct?
20      A.   Yes.
21      Q.   So I go back to Exhibit 3, the contract, if you
22  can take a look at page 59666.
23      A.   Yes.
24      Q.   So at the top of this page it says,
25  "Performance Requirements Summary."

```
 1                    CERTIFICATE OF REPORTER

 2
     THE STATE OF FLORIDA,        )
 3
     COUNTY OF PALM BEACH.        )
 4

 5
              I, Joyce L. Bluteau, Registered Professional
 6   Reporter, Florida Professional Reporter, certify that I
     was authorized to and did stenographically report the
 7   deposition of DANIEL RAGSDALE; pages 1 through 183; that
     a review of the transcript was requested; and that the
 8   transcript is a true record of my stenographic notes.

 9
              I further certify that I am not a relative,
10   employee, attorney, or counsel of any of the parties, nor
     am I a relative or employee of any of the parties'
11   attorneys or counsel connected with the action, nor am I
     financially interested in the action.
12

13            DATED this 3rd day of March, 2020.

14

15

16

17

18

19                  [signature: Joyce L. Bluteau]

20   _____
         Joyce L. Bluteau,
21       Registered Professional Reporter
         Florida Professional Reporter
22

23

24

25
```