# EXHIBIT I

Case No. 1:14-cv-02887-JLK-CYC   Document 317-8   filed 08/21/20   USDC Colorado   pg 1 of 11

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLORADO
 2
     Civil Action No.: 1:14-cv-02887-JLK
 3   _____

 4            RULE 30(b)(6) DEPOSITION OF
                     SERGIO GALLEGOS
 5                THE GEO GROUP, INC.
                     June 30, 2020
 6                  via RemoteDepo
     _____
 7
     ALEJANDRO MENOCAL, ET AL.,
 8
     Plaintiffs,
 9
     v.
10
     THE GEO GROUP, INC.,
11
     Defendant.
12   _____

13
             PURSUANT TO NOTICE, the Rule 30(b)(6)
14   deposition of SERGIO GALLEGOS was taken on behalf of
     the Plaintiffs by remote means, on June 30, 2020, at
15   10:03 a.m., before Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
16   Reporter and Notary Public, appearing remotely from
     Arapahoe County, Colorado.
17

18

19

20

21

22

23

24

25
```

```
 1                    REMOTE APPEARANCES

 2   For the Plaintiffs and Class:

 3           ALEXANDER HOOD, ESQ.
             BRIANNE POWER, ESQ.
 4           Towards Justice
             1410 High Street, Suite 300
 5           Denver, Colorado 80218
             alex@towardsjustice.org
 6           brianne@towardsjustice.org

 7
     For the Defendant:
 8
             ADRIENNE SCHEFFEY, ESQ.
 9           Akerman, LLP
             1900 Sixteenth Street, Suite 1700
10           Denver, Colorado 80202
             adrienne.scheffey@akerman.com
11
             DANA EISMEIR, ESQ.
12           MICHAEL LEY, ESQ.
             Burns, Figa & Will
13           6400 South Fiddlers Green Circle
             Suite 1000
14           Greenwood Village, Colorado 80111
             deismeier@bfwlaw.com
15           mley@bfwlaw.com

16
     Also Present:
17
             Natasha Viteri
18           Daniel Perkins

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2  EXAMINATION OF SERGIO GALLEGOS:                    PAGE
    June 30, 2020
 3
    By Mr. Hood                                          5
 4
    By Mr. Eismeier                                    213
 5

 6                                                  INITIAL
    DEPOSITION EXHIBITS:                          REFERENCE
 7  (Exhibits provided electronically to the reporter.)

 8  Exhibit 1    Letter from Max Holm to Sergio         57
                 Gallegos dated 9/12/11
 9
    Exhibit 2    Resume of Sergio Gallegos             103
10
    Exhibit 3    Excerpt from Policy and Procedure     106
11               Manual, "Standards of Employee
                 Conduct," dated 9/12/11
12
    Exhibit 4    Excerpt from Policy and Procedure     111
13               Manual entitled "Standards of
                 Employee Conduct," revised 2/23/09
14
    Exhibit 5    Detainee Handbook Receipt dated       139
15               9/12/11

16  Exhibit 6    Detainee Handbook Local Supplement    141
                 revised October 2013
17
    Exhibit 7    New Hire Personnel Checklist updated  169
18               7/13/11

19  Exhibit 8    Investigation report dated 12/10/12   169

20  Exhibit 9    Incident of Prohibited Acts and       170
                 Notice of Charges for Anthony
21               Perez-Montoya

22  Exhibit 10   Incident of Prohibited Acts and       188
                 Notice of Charges for Juan Nava-Ruiz
23
    Exhibit 11   Incident of Prohibited Acts and       187
24               Notice of Charges for Jeovany
                 Gonzalez-Donato
25
```

```
 1  Exhibit 12   Incident of Prohibited Acts and        197
                 Notice of Charges for Wifried Kaka
 2
     Exhibit 13   Incident of Prohibited Acts and       203
 3                Notice of Charges for Lowe Kolong

 4  Exhibit 14   Investigation Report                   --

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              WHEREUPON, the following proceedings

2    were taken pursuant to the Colorado Rules of Civil

3    Procedure.

4              *     *     *     *     *

5              THE REPORTER:  The attorneys participating

6    in this deposition acknowledge that I am not physically

7    present in the deposition room and that I will be

8    reporting this deposition remotely.  They further

9    acknowledge that in lieu of an oath administered in

10   person, the witness will verbally declare his testimony

11   in this matter is under penalty of perjury.  The

12   parties and their counsel consent to this arrangement

13   and waive any objections to this manner of reporting.

14             Please indicate your agreement by stating

15   your name and agreement on the record.

16             THE WITNESS:  Sergio Gallegos.

17                      EXAMINATION

18   BY MR. HOOD:

19         Q.   All right.  Could you one more time just

20   state your full name on the record, sir.

21         A.   Sergio Gallegos.

22         Q.   Thank you.

23             And, actually, you know what, moving a

24   little closer to the computer would help with audio.

25   That might help.

```
 1          A.   The trustees.
 2          Q.   Okay.  All right.  And meaning -- and I'll
 3   just ask this a different way.
 4               Are the detainees that clean the showers
 5   in the pods with cells -- are they paid to clean the
 6   showers?
 7          A.   Yes.
 8          Q.   Do you know how much they're paid?
 9          A.   I believe it's one dollar a day.  I think
10   so.
11          Q.   Okay.  And then, again, in the pods with
12   cells, who cleans the common space that we talked about
13   earlier?
14          A.   All the detainees and the trustees, too.
15          Q.   Okay.  So are the detainees that clean the
16   common space in the pods with cells -- are they paid or
17   not paid for that cleaning?
18          A.   I don't believe they're paid.
19          Q.   Okay.
20          A.   They only clean after they eat.
21          Q.   Okay.  How many times a day do they eat?
22          A.   Three times:  Breakfast, lunch and dinner.
23          Q.   Approximately how much time do they spend
24   cleaning after eating?
25          A.   Five, ten minutes.  Everybody watch the
```

```
 1  TVs, so . . . they clean pretty fast.
 2       Q.   Okay.  And do they all clean together?
 3       A.   No.  Usually six detainees and the two
 4  trustees.
 5       Q.   So some detainees are paid for cleaning
 6  after -- after a meal?
 7       A.   The trustees only.
 8       Q.   So what are the detainees doing during
 9  this post-meal cleaning in the common area?
10       A.   Everybody goes to the top tier to watch
11  TV, or they go close their door.  That way they let
12  everybody -- let the other guys sweep and wipe the
13  tables and mop, and everybody goes to sit back down to
14  do what they were doing.
15       Q.   Okay.  And it's both trustees who are paid
16  and detainees who aren't paid who are providing this
17  work?
18       A.   Yes.
19       Q.   How many trustees are there that provide
20  this common space cleaning after a meal?
21       A.   Two.
22       Q.   How many unpaid detainees are there that
23  provide this cleaning service after a meal?
24       A.   There's six.
25       Q.   So let's talk about the two trustees.  Are
```

```
 1   their job duties the same as the unpaid detainees or

 2   different?

 3          A.    Different.

 4          Q.    What do they do?

 5          A.    The trustees?

 6          Q.    Yes.

 7          A.    They -- the trustees maintain the showers.

 8   They throw out trash.

 9          Q.    I'm sorry.  I didn't mean in general; I

10   mean during this cleanup time after a meal.

11                You said there were two trustees who

12   helped with the cleaning, and then you said they do

13   different work than the unpaid detainees.  So I'm just

14   wondering what the difference is between the work

15   provided by the trustees after clean -- or during that

16   cleaning and detainees during that cleaning.

17          A.    The detainees, that they're not trustees?

18   Two at the tables, two sweep and two mop.

19          Q.    Okay.  Maybe I misunderstood you earlier,

20   and that's probably the source of this.

21                Do the detainees help with the cleaning

22   after a meal?

23          A.    Yes.

24          Q.    What do they do?

25                I said "detainees," didn't I?  Now I'm
```

```
 1  adding to the confusion.
 2           Do the trustees help with the cleaning
 3  after a meal in the pods with cells?
 4       A.  Yes.
 5       Q.  Okay.  What do the trustees do during that
 6  cleaning?
 7       A.  They wipe the phones.  They clean the
 8  microwaves.  They clean the table where the micro sink
 9  [sic] -- the sink.
10       Q.  Okay.
11       A.  They go change the water.  They get the
12  water -- clean water for the mops.
13       Q.  Okay.  And then what do the detainees do
14  during this cleaning after a meal in the common spaces
15  of cells with -- or pods with cells?
16       A.  Ask that again?
17       Q.  Yeah.  So we talked about what the
18  trustees do during that cleaning time.  Now I want to
19  know what the detainees do during that cleaning after
20  meals in pods with cells.
21       A.  Wipe the tables, sweep the floors, mop the
22  floors.
23       Q.  Okay.  And you said six --
24       A.  Usually, yes.
25       Q.  And I'm sorry.  You predicted my question,
```

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF COLORADO        )
                              ) ss.
 3   CITY AND COUNTY OF DENVER )

 4              I, Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
 5   Reporter and Notary Public ID 20004025632, State of
     Colorado, do hereby certify that previous to the
 6   commencement of the examination, the said
     SERGIO GALLEGOS verbally declared his/her testimony in
 7   this matter is under penalty of perjury; that the said
     deposition was taken in machine shorthand by me at the
 8   time and place aforesaid and was thereafter reduced to
     typewritten form; that the foregoing is a true
 9   transcript of the questions asked, testimony given, and
     proceedings had.
10
                I further certify that I am not employed
11   by, related to, nor of counsel for any of the parties
     herein, nor otherwise interested in the outcome of this
12   litigation.

13              IN WITNESS WHEREOF, I have affixed my
     signature this _____ day of _____, 2020.
14

15              My commission expires June 3, 2021.

16
     __X__ Reading and Signing was requested.
17
     _____ Reading and Signing was waived.
18
     _____ Reading and Signing is not required.
19
                              _____
20                            Shannon Clementi
                              Registered Professional Reporter
21                            Colorado Realtime Certified Reporter

22

23

24

25
```