# EXHIBIT J

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
     Civil Action No.: 1:14-cv-02887-JLK
 3   _____

 4                       DEPOSITION OF
                 JOYCE QUEZADA - July 28, 2020
 5                      via RemoteDepo
     _____
 6
     ALEJANDRO MENOCAL, ET AL.,
 7
     Plaintiffs,
 8
     v.
 9
     THE GEO GROUP, INC.,
10
     Defendant.
11   _____

12
                 PURSUANT TO NOTICE, the deposition of
13   JOYCE QUEZADA was taken on behalf of the Plaintiffs by
     remote means, on July 28, 2020, at 9:32 a.m., before
14   Shannon Clementi, Registered Professional Reporter,
     Colorado Realtime Certified Reporter and Notary Public,
15   appearing remotely from Arapahoe County, Colorado.

16

17

18

19

20

21

22

23

24

25
```

```
 1                      REMOTE APPEARANCES

 2   For the Plaintiffs and Class:

 3            ANDREW TURNER, ESQ.
              The Kelman Buescher Firm
 4            600 Grant Street, Suite 450
              Denver, Colorado 80203
 5            aturner@laborlawdenver.com

 6
     For the Defendant:
 7
              ADRIENNE SCHEFFEY, ESQ.
 8            Akerman, LLP
              1900 Sixteenth Street, Suite 1700
 9            Denver, Colorado 80202
              adrienne.scheffey@akerman.com
10
              DANA EISMEIER, ESQ.
11            Burns, Figa & Will
              6400 South Fiddlers Green Circle
12            Suite 1000
              Greenwood Village, Colorado 80111
13            deismeier@bfwlaw.com

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        I N D E X

 2   EXAMINATION OF JOYCE QUEZADA:                      PAGE
     July 28, 2020
 3
     By Mr. Turner                                      5, 151
 4
     By Ms. Scheffey                                    148, 153
 5

 6                                                      INITIAL
     DEPOSITION EXHIBITS:                               REFERENCE
 7   (Exhibits provided electronically to the reporter.)

 8   Exhibit 1    Application for Employment for Joyce   13
                  Quezada dated 12/20/00
 9
     Exhibit 2    Transfer records for Joyce Quezada     22
10
     Exhibit 3    Email exchange                         70
11
     Exhibit 4    Officer of the Year Award letter from  73
12                Johnny Choate to Joyce Quezada dated
                  5/1/15
13
     Exhibit 5    Applications Cover Letter Aurora/ICE   75
14                Processing Center dated 10/24/05

15   Exhibit 6    (Not marked)                           81

16   Exhibit 7    Aurora ICE Processing Center Detainee  81
                  Handbook, Local Supplement, Revised
17                10/13

18   Exhibit 8    Shift Supervisor Daily Log/Post        106
                  Assignments
19
     Exhibit 9    Excerpt entitled "Suicide Management   137
20                Policy Intervention Procedures"

21

22

23

24

25
```

```
 1              WHEREUPON, the following proceedings

 2   were taken pursuant to the Colorado Rules of Civil

 3   Procedure.

 4              *       *       *       *       *

 5              THE REPORTER:  The attorneys participating

 6   in this deposition acknowledge that I am not physically

 7   present in the deposition room and that I will be

 8   reporting this deposition remotely.  They further

 9   acknowledge that in lieu of an oath administered in

10   person, the witness will verbally declare her testimony

11   in this matter is under penalty of perjury.  The

12   parties and their counsel consent to this arrangement

13   and waive any objections to this manner of reporting.

14              Please indicate your agreement by stating

15   your name and agreement on the record.

16              MS. SCHEFFEY:  Adrienne Scheffey on behalf

17   of the GEO Group.  I agree.

18              MR. TURNER:  Andrew Turner on behalf of

19   the plaintiff class, and we agree.

20                      JOYCE QUEZADA,

21   having been first duly sworn to state the whole truth,

22   testified as follows:

23              (Deponent's reply to oath:  Yes, I swear.)

24

25
```

```
 1                    EXAMINATION
 2   BY MR. TURNER:
 3        Q.   Good morning.  Could you please state your
 4   full name for the record.
 5        A.   Joyce Quezada.
 6        Q.   And can you provide a spelling for the
 7   court reporter, please.
 8        A.   Joyce, J-o-y-c-e; Quezada, Q-u-e-z-a-d-a.
 9        Q.   Thank you.
10             Good morning, Officer Quezada.  I'm Andrew
11   Turner.  I'm an attorney with the Kelman Buescher Firm
12   in Denver, and I'm counsel for the detainee workers in
13   this case.
14             I'd like to make a record of everyone in
15   attendance for this deposition.  Who's with you this
16   morning, Ms. Quezada?
17        A.   With me, no one.
18        Q.   You're alone in that room?
19        A.   Yes.
20        Q.   And where are you today?
21        A.   At the Tech Center on 6400.
22        Q.   So you're in the offices of GEO's
23   attorneys?
24        A.   I'm in the office.
25        Q.   Thank you.
```

```
 1                 MS. SCHEFFEY:  Object to form.
 2          A.    Possibly.
 3          Q.    (BY MR. TURNER)  I'm sorry?  What was the
 4   answer?
 5          A.    Yes.
 6          Q.    Okay.  You weren't always assigned to
 7   female dorms?
 8          A.    No.
 9          Q.    What do the dorm trustees do?
10          A.    We would have dorm trustees, and then we'd
11   have the cleanup crew, six of them, and they would help
12   me serve the trays.
13                And then after the trays were served, we
14   would get the cleanup crew, the six that -- two to
15   clean tables, two to mop and two to sweep.  And the
16   trustees would just help them.
17                I would help them also.  I'd get the spray
18   bottle and spray the tables for them, and they would
19   wipe.
20          Q.    Okay.
21          A.    And I'd have their buckets ready for them,
22   and they would just clean up.
23          Q.    And you're talking about general cleanup
24   of the common area, right?
25          A.    Yes, the day area.
```

```
 1          Q.   Okay.  Bathrooms as well?

 2          A.   In the dorms?

 3          Q.   Yeah.

 4          A.   No.

 5          Q.   Is that because they're contained in the

 6   cell?

 7          A.   Yes.

 8          Q.   So everybody cleans their own cell?

 9               MS. SCHEFFEY:  Object to form.

10          A.   Yes.

11          Q.   (BY MR. TURNER)  Now, you just called the

12   group of six the "cleanup crew," right?

13          A.   Yes.

14          Q.   You referenced earlier a cleanup crew that

15   applied for the job, right?

16          A.   No.  Those would be voluntary.

17          Q.   So as you understand it, these people

18   applied for the job?

19               MS. SCHEFFEY:  Object to form.

20          A.   Just the dorm trustees, and these ones

21   would be voluntary to help clean up after the meal

22   service.

23          Q.   (BY MR. TURNER)  Do you understand whether

24   that cleanup crew was paid for their work?

25          A.   No.
```

```
 1          Q.   You don't know, or you think they were
 2   not?
 3          A.   No, they weren't.  But it was voluntary.
 4   If they didn't want to work, they didn't have to.  If
 5   they wanted to help, they could.  But they would all
 6   take turns.
 7          Q.   I see.
 8               Let's talk about the trustees.  How many
 9   were there in your dorm?
10          A.   Two.
11          Q.   They would do meal service and meal
12   cleanup; is that right?
13               MS. SCHEFFEY:  Object to form.
14          A.   I would be the one, as the officer,
15   serving the trays, and they would just stand there
16   while I served the trays.  And then after the trays
17   were served, they ate lunch.  They put their trays back
18   on the cart, and they would -- I would -- they would
19   just empty the trash.
20               And the volunteer six guys that would
21   help, they would be the ones cleaning up.  And they
22   help take the trays out of the dorm.  And they
23   supervise the six to clean.
24          Q.   (BY MR. TURNER)  You supervised the six
25   who were cleaning, right?
```

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF COLORADO          )
                                )  ss.
 3   CITY AND COUNTY OF DENVER  )

 4            I, Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
 5   Reporter and Notary Public ID 20004025632, State of
     Colorado, do hereby certify that previous to the
 6   commencement of the examination, the said JOYCE QUEZADA
     verbally declared his/her testimony in this matter is
 7   under penalty of perjury; that the said deposition was
     taken in machine shorthand by me at the time and place
 8   aforesaid and was thereafter reduced to typewritten
     form; that the foregoing is a true transcript of the
 9   questions asked, testimony given, and proceedings had.

10            I further certify that I am not employed
     by, related to, nor of counsel for any of the parties
11   herein, nor otherwise interested in the outcome of this
     litigation.
12
              IN WITNESS WHEREOF, I have affixed my
13   signature this 12th day of August, 2020.

14            My commission expires June 3, 2021.

15
     __X__  Reading and Signing was requested.
16
     _____  Reading and Signing was waived.
17
     _____  Reading and Signing is not required.
18
                         _____
19                       Shannon Clementi
                         Registered Professional Reporter
20                       Colorado Realtime Certified Reporter

21

22

23

24

25
```