**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**MOTION TO RESTRICT**

Defendant The GEO Group, Inc. ("Defendant" or "GEO") hereby moves this Court to restrict access to the following exhibits filed in support of its Reply in Support of its Cross-Motion for Summary Judgment, ECF 316. According to D.C.COLO.LCivR 7.2, a motion to restrict public access shall be open to public inspection and shall:

    (1) identify the document or the proceeding for which restriction is sought;

    (2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated

1

54313358;1

protective orders with regard to discovery, alone, are insufficient to justify restriction);

(3) identify a clearly defined and serious injury that would result if access is not restricted;

(4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits); and

(5) identify the level of restriction sought.

### Documents GEO Seeks to Restrict and Level of Restriction Sought

GEO seeks to restrict the following documents filed as exhibits to its Motion for Decertification of Class:

1. **Exhibit C**: Several of ICE's Contract Assessment Reports which evaluate ICE's contract performance.

GEO seeks Level 1 restriction of these documents as the Parties and the Court will rely upon the contents therein to resolve Defendant's motion.

### Interests to Be Protected and Corresponding Injury

Here, the Parties have marked the assessment reports as confidential because they contain information that is law enforcement sensitive, that reveals the operating procedures of an ICE detention facility and how many individuals are housed therein. Local Rule 7.2 permits a party to restrict access to documents on this basis. *See Ayyad v. Holder*, No. 05-CV-02342-WYD-MJW, 2012 WL 1414310, at *3 (D. Colo. Apr. 24, 2012). ICE has marked the assessment reports as confidential based upon the information provided that may impact ICE's operations and because

54313358;1

it contains the names of ICE's employees. GEO cannot address the security concerns through redaction or other means because the information that it would be required to redact is pertinent and relevant to the Court's resolution of GEO's motion.

WHEREFORE, Defendant respectfully requests a Level 1 restriction which would make the exhibits viewable only to the Court and the Parties to this action.

Respectfully submitted, this the 21st day of August, 2020.

        **AKERMAN LLP**

        *s/ Adrienne Scheffey*
        Colin L. Barnacle
        Adrienne Scheffey
        Christopher J. Eby
        Melissa L. Cizmorris
        1900 Sixteenth Street, Suite 1700
        Denver, Colorado 80202
        Telephone: (303) 260-7712
        Facsimile:  (303) 260-7714
        Email: colin.barnacle@akerman.com
        Email: christopher.eby@akerman.com
        Email: melissa.cizmorris@akerman.com
        Email: adrienne.scheffey@akerman.com

        **BURNS, FIGA & WILL, P.C.**
        Dana L. Eismeier
        Michael Y. Ley
        6400 S. Fiddlers Green Circle, Suite 1000
        Greenwood Village, CO 80111
        Telephone: (303) 796-2626
        Facsimile:  (303) 796-2777
        Email: deismeier@bfwlaw.com
        Email: mley@bfwlaw.com

        *Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 21st day of August, 2020, a true and correct copy of the foregoing **MOTION TO RESTRICT** was filed and served electronically via the Court's CM/ECF system on the following:

**Counsel for Plaintiffs:**

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
1410 High St., Ste. 300
Denver, CO 80218
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

4

54313358;1