IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

## ORDER re: MOTIONS TO RESTRICT (ECF NOS. 309, 315 & 318)

THIS MATTER, coming before the Court upon Defendant's Motions to Restrict (ECF No. 309, 315 & 318), and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motions to Restrict are GRANTED. The Clerk is directed to place Exhibits B and K (ECF Nos. 310-1 and 310-2); Exhibits A, B and E (ECF Nos. 311-1, 311-2, 311-3); Exhibit V (ECF No. 314-1); and Exhibit C (ECF No. 319-1) under Restriction Level 1 pursuant to D.C.COLO.LCivR 7.2, limiting access thereto to the Parties and the Court.

No further motions, including motions to restrict, will be entertained without the certification required under D.C.Colo.LCivR 7.1(a). A proposed order shall also be filed with

any future motion to restrict, and an editable copy of that proposed order shall be emailed to kane_chambers@cod.uscourts.gov.

The docket in this case is becoming cluttered. So I take this opportunity to clarify my preferred procedure for submitting filings with exhibits. Each filing with an exhibit should contain a list of the exhibit(s) that accompany it as the final page of the filing (i.e., after the Certificate of Service). Then, each exhibit should be attached to the actual filing in CM/ECF. This includes any declaration in support of the filing, even if the declaration has its own attachments. In the case of such declarations, the declaration should be a single exhibit to the filing in CM/ECF and each of the attachments to the declaration should be their own exhibits to the filing. For example, the Exhibit List on the last page of the filing would state:

    Ex. 1: Decl. of _____, dated ___

    Ex. 2: Att. 1 to Decl. of _____, Email from ___ to ___, dated ___

    Ex. 3: Att. 2 to Decl. of _____, . . . .

Restricted exhibits may necessarily be filed as separate entries in CM/ECF. If an exhibit has already been filed in the docket, the previous entry should be cited and the exhibit should not be re-filed unless there is a legitimate reason to do so.

DATED this 28th day of August, 2020

                                                                                     _____
                                                                                     JOHN L. KANE
                                                                                     SENIOR U.S. DISTRICT JUDGE