**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-CV-02887-JLK

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

_____

**MOTION FOR EXTENSION OF DEADLINES ON MOTION FOR SUMMARY
JUDGMENT [ECF NO. 305], MOTION TO DISMISS FOR FAILURE TO JOIN
REQUIRED PARTY [ECF NO. 307], AND MOTION TO DECERTIFY CLASS [ECF NO.
312]**

_____

        Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Plaintiffs, on behalf of themselves and all others

similarly situated, by and through respective undersigned counsel, move this Court for an

extension of the deadlines set forth below.

        1.      On August 17, 2020, Defendant The GEO Group ("GEO") filed a Motion for

Summary Judgment on the merits, ECF No. 305, and a Motion to Dismiss For Failure to Join a

Required Party, ECF No. 307.

        2.      On August 19, 2020, GEO filed a motion to decertify the Class.  ECF No. 312.

3.       Under this Court's Standing Order and D. Colo. L. Civ. Rules 7.1(d) and 56.1(a), Plaintiffs' oppositions to the Motion for Summary Judgment and Motion to Dismiss are due 21 days from the date of filing, which is September 7, 2020.  Because September 7, 2020 is a federal holiday, the due date is September 8, 2020.

4.       Under this Court's Standing Order and D. Colo. L. Civ. Rule 7.1(d), Plaintiffs' opposition to the motion to decertify the Class is due 21 days from the date of filing, which is September 9, 2020.

5.       Under Fed. R. Civ. P. 6(b), the Court may extend time upon a showing of good cause, provided the motion is made before the original time expires.

6.       This motion is timely.  None of the aforementioned deadlines have expired.

7.       Good cause exists to extend these deadlines.

8.       Plaintiffs' counsel are working diligently to draft oppositions to the Motion for Summary Judgment, Motion to Dismiss, and Motion for Decertification.  However, due to the complex nature of the issues presented, the sheer volume of briefing (Defendants' motions total over 120 pages, not counting exhibits or supporting documents), preexisting vacation schedules, and preexisting deadlines in unrelated litigation, Plaintiffs seek an additional 22 days to oppose the Motion for Summary Judgment and Motion to Dismiss, and an additional 34 days to oppose the Motion for Decertification.

9.       In addition, although nearly all discovery closed on the August 17, 2020 deadline, the parties agreed to schedule the continuing deposition of one of GEO's 30(b)(6) witnesses after the discovery deadline to accommodate that witness's schedule.  That deposition, which Plaintiffs believe is relevant to the pending motions, is tentatively scheduled for September 16, 2020, which is after the current deadline for Plaintiffs' opposition to the pending motions.

10.    Plaintiffs' proposed briefing schedule is as follows:

| Current Deadline | Proposed Deadline |
| --- | --- |
| **Motion for Summary Judgment:**<br><br>    Opposition: September 8, 2020<br><br>    Reply: September 22, 2020 | **Motion for Summary Judgment:**<br><br>    Opposition: September 30, 2020<br><br>    Reply: October 21, 2020 |
| **Motion to Dismiss:**<br><br>    Opposition: September 8, 2020<br><br>    Reply: September 22, 2020 | **Motion to Dismiss:**<br><br>    Opposition: September 30, 2020<br><br>    Reply: October 21, 2020 |
| **Motion for Decertification:**<br><br>    Opposition: September 9, 2020<br><br>    Reply: September 23, 2020 | **Motion for Decertification:**<br><br>    Opposition: October 12, 2020<br><br>    Reply: November 2, 2020 |

11.    This brief extension will not prejudice GEO.  First, as GEO itself noted in the

Motion for Summary Judgment, ECF No. 305 at 1, there are currently cross-motions for

summary judgment on one of GEO's affirmative defenses pending before this Court that have

the potential to impact the outcome of or moot the Motion for Summary Judgment, Motion to

Dismiss, and Motion for Decertification.  These cross-motions have not yet been set for hearing

and are unlikely to be decided before briefing is completed under Plaintiffs' proposed schedule.

Second, the schedule Plaintiffs propose provides GEO with additional time to prepare a reply to

each motion.  In response to Defense Counsel's concerns, Plaintiffs agreed to give GEO an

additional week to reply in support of its Motion for Decertification by filing their opposition to

the Motion for Decertification a week sooner than originally proposed.  Third, Plaintiffs'

proposed schedule maintains the final deadline for the completion of decertification briefing that

the parties stipulated to and the Court approved in ECF No. 293, which provides September 28,

2020 as the deadline for GEO to file any motion for decertification.  Therefore, any delay will be

minimal and will not extend briefing beyond the parties' negotiated-for motion practice

deadlines.  Fourth, a trial date in this action has not yet been set.

     12.    **D. Colo. L. Civ. R. 7.1(a) statement**: Counsel for Plaintiff conferred with

Counsel for Defendant via email on Thursday, August 20, 2020, via telephone on Tuesday,

August 25, 2020, and again via email on Wednesday, August 26, 2020, Thursday, August 27,

2020, and Friday, August 28, 2020.  Counsel for Defendant proposed a one-week extension of

the deadlines for both parties for the motion for summary judgment; a six-day extension for

Plaintiffs' opposition and one-week extension for Defendant's reply for the Motion for

Decertification; and a two-week extension for Plaintiffs' opposition and one-week extension for

Defendant's reply on the Motion to Dismiss.  This briefing schedule is inadequate for the reasons

explained herein.  Counsel for Defendant confirmed on Friday, August 28, 2020 that they do not

consent to this motion.

     Accordingly, good cause exists to support Plaintiffs' request that the Court extend the

deadlines as set forth in this Motion and the corresponding Proposed Order.

Dated: August 28, 2020

Respectfully submitted,

By: */s/ Rachel Williams Dempsey*

Rachel Williams Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800

Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com

Alexander Hood
David Seligman
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**

5

P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Rachel Williams Dempsey*
Rachel Williams Dempsey
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com