# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.
_____

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF DEADLINES ON MOTION FOR SUMMARY JUDGMENT [ECF NO. 305], MOTION TO DISMISS FOR FAILURE TO JOIN REQUIRED PARTY [ECF NO. 307], AND MOTION TO DECERTIFY CLASS [ECF NO. 312]**
_____

    THIS MATTER comes before the Court on the Motion for Extension of Deadlines on Motion for Summary Judgment, Motion to Dismiss for Failure to Join Required Party, and Motion to Decertify Class.

    Having reviewed this motion and for good cause shown, the Court hereby GRANTS the Motion. The updated briefing schedule is as follows:

- **Motion for Summary Judgment** [ECF No. 305]:

    o Opposition due: September 30, 2020

    o Reply due: October 21, 2020

- **Motion to Dismiss** [ECF No. 307]:

    o Opposition due: September 30, 2020

    o Reply due: October 21, 2020

- **Motion for Decertification** [ECF No. 312]:

    o Opposition: October 12, 2020

    o Reply: November 2, 2020

Dated this _____ day of August, 2020.

                                                                                         The Honorable John L. Kane
                                                                                         U.S. District Judge