# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINES ON SUMMARY JUDGMENT [ECF NO. 305], MOTION TO DISMISS FOR FAILURE TO JOIN REQUIRED PARTY [ECF NO. 307], AND MOTION TO DECERTIFY CLASS [ECF NO. 312]**

I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am an attorney for Defendant The GEO Group, Inc. ("Defendant" or "GEO") in the above-captioned case and have personal knowledge of the matters herein.

2.     I submit this Declaration in support of GEO's Response in Opposition To Plaintiffs' Plaintiffs' Motion for Extension of Deadlines on Summary Judgment [ECF No. 305], Motion to

1

Dismiss for Failure to Join Required Party [ECF No. 307], and Motion to Decertify Class [ECF No. 312].

3.  Between June 24, 2020 and August 14, 2020, the Parties conducted 12 depositions in this case in addition to extensive written discovery and conferrals with ICE.

4.  The undersigned attended all of the depositions, all of which were either taken or defended by three of GEO's counsel.

5.  In order to accommodate the number of depositions, counsel for GEO planned their schedules in other cases based upon the deadlines stipulated to by the Parties in their most recent filing, ECF 293.

6.  These same depositions were spread out among seven of Plaintiffs' counsel, including: Andrew Free (Hugo Hernandez); Brandt Milstein (Alejandro Menocal and Alejandro Hernandez Torres); Rachel Dempsey (Stuart Grassian, Jeffery Edelstein, and Jeffrey Kropf); Andrew Turner (Matthew Alexander, Joyce Quezada, and Louis Pagan), Michael Scimone (Martha Vasquez); Alexander Hood (Sergio Gallegos); and Juno Turner (Dawn Ceja 30(b)(6)).

7.  In order to accommodate all of the above depositions, on July 1, 2020, Mr. Scimone requested that the parties agree to an extension of the discovery deadlines.

8.  In connection with this request, the Parties agreed to extend the deadline to file dispositive motions to August 17, 2020.

9.  At the time the last stipulation was entered into, there was no discussion of pre-planned vacations or scheduling concerns about counsel's unavailability. Had counsel's unavailability for pre-planned vacations or other matters been raised at that time, GEO would have suggested extending all deadlines so as to conform to the typical briefing schedules for this District.

2

10. Plaintiffs have deposed Ms. Ceja as a 30(b)(6) witness on two separate occasions in addition to GEO's corporate officers in Florida: Dan Ragsdale and Amber Martin. These depositions have totaled approximately 20 hours of 30(b)(6) deposition testimony taken by Plaintiffs.

11. Prior to Ms. Ceja's deposition, counsel for Plaintiffs indicated that they intended to depose her for 8.5 hours in one day. GEO objected to a deposition of more than 7 hours on the record (per the Federal Rules) in a single day and stated that any such deposition would need to span two days.

12. Counsel for Plaintiffs agreed to "limit our questioning to 7 hours on the record on Wednesday and we can reconvene at a later date if more time is necessary."

13. Ms. Ceja's deposition took place on August 5, 2020, well before the discovery cutoff and motions deadline. Plaintiffs did not follow-up about scheduling an additional hour and a half of Ms. Ceja's 30(b)(6) deposition testimony until August 20, 2020. Counsel for GEO provided Ms. Ceja's availability on August 24, 2020, including availability on September 9, 2020.

Executed this 28th day of August, 2020, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey