# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE
GEO GROUP, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR
JURY VIEW**

---

I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as

follows:

1.      I am an attorney for defendant The GEO Group, Inc. ("<u>Defendant</u>" or "<u>GEO</u>") in

the above-captioned matter.

2.      I submit this Declaration in support of GEO's Response in Opposition to Plaintiffs'

Motion For Jury View.

1

54406932;1

3.      Attached as **Attachment A** are true and correct copies of excerpts of Dawn Ceja's deposition transcript dated August 5, 2020. Per the Court's order, ECF 320, this document is filed as **Exhibit 2** to GEO's Motion.

4.      Attached as **Attachment B** is a true and correct copy of a letter from ICE to the Parties in the above-captioned case that was sent on March 27, 2020. Per the Court's order, ECF 320, this document is filed as **Exhibit 3** to GEO's Motion.

5.      Attached as **Attachment C** is a true and correct copy of emails between Anne Rose and the Parties regarding a jury view. Impertinent information has been redacted. Per the Court's order, ECF 320, this document is filed as **Exhibit 4** to GEO's Motion.

6.      On August 5, 2020, the deposition of Ms. Ceja took place and the undersigned defended her deposition. That deposition was taken by one of Mr. Scimone's co-counsel, Juno Turner.

7.      On August 4, 2020, the undersigned was preparing Ms. Ceja for her deposition in this case.

Executed this 28th day of August, 2020, in Denver, Colorado.

_s/ Adrienne Scheffey_
Adrienne Scheffey

2