# EXHIBIT 2
# (Attachment A to Declaration of Adrienne Scheffey)

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 1:14-cv-02887-JLK-MEH
     _____
 4
                  RULE 30(b)(6) DEPOSITION OF:
 5           DAWN CEJA, VOLUME I - August 5, 2020
                     The GEO Group, Inc.
 6                    (Via RemoteDepo)
     _____
 7
     ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL
 8   XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
     JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO
 9   VIZGUERRA, and DEMETRIO VALERGA, on their own and
     on behalf of all others similarly situated,
10
     Plaintiffs,
11
     v.
12
     THE GEO GROUP, INC.,
13
     Defendant.
14
     _____
15
                PURSUANT TO NOTICE, the Rule 30(b)(6)
16   deposition of DAWN CEJA, THE GEO GROUP, INC., Volume
     I, was taken on behalf of the Plaintiffs by remote
17   means in Arapahoe County, Colorado, on August 5, 2020,
     at 9:04 a.m. MDT, before Sherry Wallin, Certified
18   Realtime Reporter, Registered Merit Reporter and
     Notary Public within Colorado, appearing remotely from
19   Adams County, Colorado.

20

21

22

23

24

25
```

```
 1                    REMOTE APPEARANCES

 2

     For the Plaintiffs:
 3
              JUNO E. TURNER, ESQ.
 4            BRIANNE POWER, ESQ.
              Towards Justice
 5            1410 High Street
              Suite 300
 6            Denver, Colorado 80218
              juno@towardsjustice.com
 7            brianne@towardsjustice.com


 8
     For the Defendant:
 9
              ADRIENNE SCHEFFEY, ESQ.
10            Akerman LLP
              1900 Sixteenth Street
11            Suite 1700
              Denver, Colorado 80202
12            adrienne.scheffey@akerman.com

13            DANA L. EISMEIER, ESQ.
              MICHAEL "MICKEY" Y. LEY, ESQ.
14            Burns, Figa & Will, P.C.
              6400 South Fiddlers Green Circle
15            Suite 1000
              Greenwood Village, Colorado 80111
16            deismeier@bfwlaw.com
              mley@bfwlaw.com
17

18

19

20

21

22

23

24

25
```

```
 1                           I N D E X

 2   EXAMINATION OF DAWN CEJA:                          PAGE
     August 5, 2020 - Volume I
 3
     By Ms. Turner                                         7
 4
                                                     INITIAL
 5   DEPOSITION EXHIBITS:                          REFERENCE

 6   (Exhibits provided electronically to the reporter.)

 7   Exhibit 1    Notice of FRCP 30(b)(6)              10
                  Deposition of Defendant The
 8                GEO Group, Inc.

 9   Exhibit 2    PowerPoint presentation -            26
                  Housing Unit Sanitation
10
     Exhibit 3    Aurora Detention Center              32
11                Housing Unit Officer Post
                  Order AUR-2
12
     Exhibit 4    Aurora/ICE Processing Center         44
13                Policy and Procedure Manual,
                  Chapter: Sanitation, Revised
14                on 3/3/10, and attached
                  Housekeeping/Maintenance Plan
15
     Exhibit 5    Video orientation statement,         88
16                beginning with Warden's
                  opening statement
17
     Exhibit 6    PowerPoint document: Detainee       101
18                Orientation Video

19   Exhibit 7    Detainee Handbook, GEO_MEN          115
                  00056937 through 56961
20
     Exhibit 8    Detainee Handbook, GEO_MEN          131
21                00065783 through 00065808

22   Exhibit 9    Aurora Detention Center             134
                  Policy and Procedure Manual,
23                11.2.1-AUR, Chapter: Detainee
                  Issues, Effective 8/18/14
24

25
```

| | | | |
|---|---|---|---|
| 1 | Exhibit 10 | Email chain. Top email to Bowen from Ceja, 7/27/11, and attached emails and attachments | 141 |
| 2 | Exhibit 11 | Memorandum to Hunt from Andrews, 2/19/08, RE: Administrative Officer of the Day | 160 |
| 3 | Exhibit 12 | PowerPoint presentation: Detainee Orientation Video | 167 |
| 4 | Exhibit 13 | ICE Detention Policy and Procedure Manual, Chapter: Detainee Issues, Effective 07/01/2019 | 170 |
| 5 | Exhibit 14 | General Incident Report, 6/19/09 | 176 |
| 6 | Exhibit 15 | Aurora/ICE Processing Center Policy and Procedure Manual, Chapter: Post Orders, Revised on 2/22/10 | 177 |
| 7 | Exhibit 16 | Aurora Detention Center Policy and Procedure Manual, 10.2.11-AUR, Chapter: Security | 188 |
| 8 | Exhibit 17 | Email chain. Top email to Cassel from Ceja, 12/22/09, Subject: FW: Segregation review | 197 |
| 9 | Exhibit 18 | 2015 Annual Training Plan - Western Region | 201 |
| 10 | Exhibit 19 | Tables entitled "Staff Training" | 207 |
| 11 | Exhibit 20 | The GEO Group, Inc., Aurora ICE Processing Center, Detainee Handbook Local Supplement, Revised June 2011 | 214 |

|    |              |                                                                                                                              |     |
|----|--------------|------------------------------------------------------------------------------------------------------------------------------|-----|
| 1  | Exhibit 21   | Email chain.  Top email to Rowden from Andrews, 10/26/07, Subject: RE: Lesson Plans, with attachments                        | 215 |
| 3  | Exhibit 22   | 2013 Annual Training Plan - Western Region, The GEO Group, Inc., Aurora Detention Facility                                   | 239 |
| 6  | Exhibit 23   | Aurora Detention Center Policy and Procedure Manual, 8.1.8-AUR, Chapter: Detainee Work Program, Effective 5/6/13             | 241 |
| 9  | Exhibit 24   | Email chain.  Top email to Ceja from Martin, 3/11/15, Subject: Re: Detainee Job Descriptions please, with attachments        | 254 |
| 12 | Exhibit 25   | Aurora Detention Center Policy and Procedure Manual, 8.1.8-AUR, Chapter: Detainee Work Program, Effective 5/6/13             | 263 |

INFORMATION REQUESTED:

Page 93, Line 17
Page 175, Line 5

```
 1                WHEREUPON, the following proceedings

 2     were taken pursuant to the Federal Rules of Civil

 3     Procedure.

 4             *       *       *       *       *

 5                THE REPORTER:  The attorneys

 6     participating in this deposition acknowledge that I am

 7     not physically present in the deposition room and that

 8     I will be reporting this deposition remotely.

 9                They further acknowledge that in lieu of

10     an oath administered in person the witness will

11     verbally declare her testimony in this matter is under

12     penalty of perjury.

13                The parties and their counsel consent to

14     this arrangement and waive any objections to this

15     manner of reporting.

16                Please indicate your agreement by

17     stating your name and your agreement on the record.

18                MS. SCHEFFEY:  Adrienne Scheffey,

19     counsel on behalf of defendant GEO, and we agree.

20                Sorry, Juno.

21                MS. TURNER:  Juno Turner, class counsel

22     for plaintiffs.  We agree as well.

23                THE REPORTER:  And Ms. Dawn Ceja, do you

24     solemnly state that the testimony you are about to

25     give in the cause now pending will be the truth, the
```

1  whole truth, and nothing but the truth?
2              THE DEPONENT:  Yes.
3                   DAWN CEJA,
4  having sworn to state the whole truth, testified as
5  follows:
6              THE REPORTER:  Thank you.  Please
7  proceed.
8                   EXAMINATION
9  BY MS. TURNER:
10       Q.   Thank you.  Good morning, Ms. Ceja.  We
11  met briefly before we got on the record again.  My
12  name is Juno Turner, and I am one of the attorneys
13  who's been appointed as class counsel for the
14  plaintiff class in this matter.
15            Could you just please state your full
16  name and business address for the record?
17       A.   Dawn Ceja.  Business address 3130 North
18  Oakland Street, Aurora, Colorado 80010.
19       Q.   Thank you.  And is that the Aurora
20  detention facility operated by The GEO Group?
21       A.   Yes.  The Aurora ICE Processing Center.
22       Q.   Great.  Thank you.  And do you
23  understand that although, given the circumstance of
24  the deposition, the court reporter wasn't able to
25  administer an oath to you in person, you've agreed to

```
 1          Q.   And I'm sorry, I just want to go back,
 2    actually, before we talk about this document.
 3               When we were talking about housing
 4    units, you made mention of the new building.  When did
 5    the facility begin occupying the new building?
 6          A.   July of 2010.
 7          Q.   And is there an old building that's
 8    still in use?
 9          A.   There is an old building that just
10    recently was started being used.
11          Q.   So it was unused for some period of
12    time?
13          A.   For about seven or eight years.
14          Q.   And when did that building stop being
15    used to house detainees?
16          A.   It stopped being used in July of 2010.
17          Q.   Okay.  And it recently began being used
18    to house detainees again?
19          A.   Yes.
20          Q.   Approximately when was that, do you
21    recall?
22          A.   Within the last three years.
23          Q.   And in the old building, was the
24    configuration of housing units the same or different?
25          A.   Different.
```

1           Q.   Okay.  Can you describe how the housing
2    units were configured in the old building?
3           A.   The housing units were all dormitory
4    style.
5           Q.   Okay.  And did those dormitory-style
6    housing units have a common area?
7           A.   Yes.
8           Q.   Okay.  And did it contain, generally,
9    the same types of things as the common areas in the
10   new building?
11          A.   Yes.  In essence, yes, without the
12   commissary kiosks.
13          Q.   So back to Exhibit 2, this appears to me
14   to be aimed at GEO staff.  Do you agree with that?
15          A.   That's what it appears, yes.
16          Q.   Okay.  And if you look at the second
17   page of the PowerPoint, it lists some equipment to
18   provide to detainees.  Do you see that?
19          A.   Yes.
20          Q.   And there is additional equipment listed
21   on the third slide as well, correct?
22          A.   Yes.
23          Q.   Okay.  And then if you go through to
24   page 13 of the PowerPoint --
25          A.   Okay.

```
 1                      REPORTER'S CERTIFICATE

 2    STATE OF COLORADO        )
                               )  ss.
 3    CITY AND COUNTY OF DENVER )

 4
              I, SHERRY WALLIN, Certified Realtime
 5    Reporter, Registered Merit Reporter and Notary Public
      ID 19874212873, State of Colorado, do hereby certify
 6    that previous to the commencement of the examination,
      the said DAWN CEJA verbally declared her testimony in
 7    this matter is under penalty of perjury; that the said
      deposition was taken in machine shorthand by me at the
 8    time and place aforesaid and was thereafter reduced to
      typewritten form; that the foregoing is a true
 9    transcript of the questions asked, testimony given,
      and proceedings had.
10
              I further certify that I am not employed
11    by, related to, nor of counsel for any of the parties
      herein, nor otherwise interested in the outcome of
12    this litigation.

13            IN WITNESS WHEREOF, I have affixed my
      signature this 10th day of August, 2020.
14
              My commission expires May 14, 2023.
15

16    __X__  Reading and Signing was requested.

17    _____  Reading and Signing was waived.

18    _____  Reading and Signing is not required.

19
                           [signature: Sherry A. Wallin]
20
                           _____
21                         Sherry Wallin
                           Certified Realtime Reporter
22                         Registered Merit Reporter

23

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484