# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

### GRISEL XAHUENTITLA

*10/26/2017*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

_____

VIDEO DEPOSITION OF GRISEL XAHUENTITLA
October 26, 2017

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By Alexander N. Hood, Esq.
           1535 High Street, Suite 300
           Denver, Colorado  80218
            and
    THE MEYER LAW OFFICE, P.C.
        By Hans C. Meyer, Esq.
           1029 Santa Fe
           Denver, Colorado  80204
            and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado  80203
              Appearing on behalf of Plaintiffs

```
 1    APPEARANCES (Continued):

 2         NORTON ROSE FULBRIGHT US, LLP
              By Charles A. Deacon, Esq.
 3               300 Convent Street, Suite 2100
                 San Antonio, Texas  78205
 4                 and
           BURNS, FIGA & WILL, P.C.
 5              By Dana L. Eismeier, Esq.
                 6400 S. Fiddlers Green Circle
 6               Suite 1000
                 Greenwood Village, Colorado  80111
 7                 Appearing on behalf of Defendant

 8    Also Present: Monika Cary, videographer
```

1   different from what you had in your own pod at
2   Aurora?
3        A    It was a single cell.  So, of course,
4   it's for punishment, because you're going to
5   get there --
6        Q    How do you know?
7             MR. HOOD:  Objection.
8        A    It's called a solitary confinement or
9   the hole as well --
10       Q    (By Mr. Deacon)  You're --
11       A    -- either one.  They call it --
12       Q    Who told you it was one cell, solitary
13  confinement?
14       A    One of the guards.
15       Q    No.  You said she called it "the hole,"
16  right?
17       A    No.  I mean --  You mean in La Plata
18  County Jail, right?
19       Q    No.  I'm talking about Aurora.
20       A    You got me a little --
21       Q    Sorry.  Did I confuse you?
22       A    -- confused.
23       Q    I apologize.
24       A    Sorry.
25       Q    No.  No.  No.  No.  No.  I'm on to --

1   I know you saw the one at La Plata County Jail.

2        A     Yes.

3        Q     And I know you didn't see the one at

4   Aurora, okay, so I'm on to Aurora now.  So do you

5   know if the Aurora administrative segregation area

6   is any different from the area where you were in

7   your pod?

8              MR. HOOD:  Objection.

9        A     I never saw it open.  You just know

10  that -- that it's going to be a solitary

11  confinement.  You're going to be there by

12  yourself.

13       Q     (By Mr. Deacon)  How do you know that?

14       A     That's --  The lieutenant was more

15  specific.  She said --

16       Q     I understand that, but --

17       A     -- she said, "I will send you to the

18  hole.  It's not going to be pleasant.  You're

19  going to be there by yourself.  You're not going

20  to take a shower at least for three days," so you

21  do know that there's no shower in there.  So

22  probably just your bed, toilet and a sink,

23  probably.  I don't know.

24       Q     You don't know?

25       A     I'm saying "probably," because --

¹ Probably just because she said, "You might not be

² able to take a shower in three days."

³     Q    Okay.  But you never knew anybody that

⁴ was actually in what you are describing as the

⁵ hole --

⁶     A    No, sir.

⁷     Q    -- at Aurora?

⁸          But you did know of people that were in

⁹ solitary confinement at La Plata County Jail?

¹⁰    A    I did, because I saw it open.

¹¹    Q    Okay.  You understand that my client

¹² wasn't the -- didn't decide on whether or not you

¹³ were to be at Aurora?

¹⁴         MR. HOOD:  Objection.

¹⁵    A    They --  They did not.  I don't know.

¹⁶    Q    (By Mr. Deacon)  That was Immigration

¹⁷ and Customs Enforcement that --

¹⁸    A    Exactly.  I don't know how --

¹⁹    Q    How that work?

²⁰    A    -- how Immigration works.

²¹    Q    Okay.  You --  I did walk you through,

²² I believe, the detainee handbook from the

²³ Department of Homeland Security, Immigration and

²⁴ Customs Enforcement, and it did describe the

²⁵ sanitation policy about keeping your area clean

```
 1            I, GRISEL XAHUENTITLA, do hereby certify
 2   that I have read the foregoing transcript
 3   and that the same and accompanying amendment
 4   sheets, if any, constitute a true and complete
 5   record of my testimony.
 6
 7                            _____
 8                            Signature of Deponent
 9
10                            (  ) No amendments
11                            (  ) Amendments attached
12
13            Subscribed and sworn to before me
14   this _____ day of _____, 2017.
15
16        My commission expires _____
17        Seal:
18
19
20
21
22
23   TLH
24
25
```

```
 1   STATE OF COLORADO)
 2                   )ss.   REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
```

4        I, Tracy L. Harris, do hereby certify that I
5   am a Certified Realtime Reporter, Registered Merit
6   Reporter, and Notary Public within the State of
7   Colorado; that previous to the commencement of the
8   examination, the deponent was duly sworn to
9   testify to the truth.

10       I further certify that this deposition was
11  taken in shorthand by me at the time and place
12  herein set forth, that it was thereafter reduced
13  to typewritten form, and that the foregoing
14  constitutes a true and correct transcript.

15       I further certify that I am not related to,
16  employed by, nor of counsel for any of the parties
17  or attorneys herein, nor otherwise interested in
18  the result of the within action.

19       In witness whereof, I have affixed my
20  signature this 6th day of November, 2017.

21       My commission expires July 30, 2021.

22

23

                    _____
24                  Tracy L. Harris, CRR, RMR, RPR
                    216 - 16th Street, Suite 600
25                  Denver, Colorado  80202

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303


 4   November 6, 2017


 5   Juno Turner, Esq.
     OUTTEN & GOLDEN, LLP
 6   685 Third Avenue, 25th Floor
     New York, New York  10017
 7
     Re:  Video Deposition of GRISEL XAHUENTITLA
 8        Menocal vs. The Geo Group, Inc.
          Civil Action No. 14-CV-02887-JLK
 9
     The aforementioned deposition is ready for
10   reading and signing.  Please attend to this
     matter by following BOTH of the items indicated
11   below:

12   _____  Call 303-296-0017 and arrange with us
            to read and sign the deposition in our
13          office

14   _XXX_  Have the deponent read your copy and sign
            the signature page and amendment sheets, if
15          applicable; the signature page is attached

16   _____  Read the enclosed copy of the deposition
            and sign the signature page and amendment
17          sheets, if applicable; the signature page
            is attached
18
     _XXX_  WITHIN 30 DAYS OF THE DATE OF THIS LETTER
19
     _____  By _____ due to a trial date of _____
20
     Please be sure the original signature page and
21   amendment sheets, if any, are SIGNED BEFORE A
     NOTARY PUBLIC and returned to Agren Blando for
22   filing with the original deposition.  A copy of
     these changes should also be forwarded to counsel
23   of record.  Thank you.

24   AGREN BLANDO COURT REPORTING & VIDEO, INC.

25   cc:  All Counsel
```

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303

 4

 5                   GRISEL XAHUENTITLA
                      October 26, 2017
 6             Menocal vs. The Geo Group, Inc.
               Civil Action No. 14-CV-02887-JLK
 7

 8
     The original video deposition was filed with
 9
     Charles A. Deacon, Esq., on
10
     approximately the 6th day of November, 2017.
11
     _____  Signature waived
12
            Unsigned; signed signature page and
13   _____  amendment sheets, if any, to be filed at
            trial
14
            Reading and signing not requested pursuant
15   _____  to C.R.C.P. Rule 30(e)

16   _XXX_  Unsigned; original amendment sheets and/or
            signature pages should be forwarded to
17          Agren Blando to be filed in the envelope
            attached to the sealed original.
18

19
     Thank you.
20
     AGREN BLANDO COURT REPORTING & VIDEO, INC.
21
     cc:  All Counsel
22

23

24

25
```