# MENOCAL

# VS.

# THE GEO GROUP

### Deposition

## JESUS YEPEZ GAYTAN

*11/16/2017*

---

**AB Court Reporting & Video**
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

AB Court Reporting & Video

```
IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
November 16, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

THE GEO GROUP, INC.,

    Defendant.
_____


APPEARANCES:

    OUTTEN & GOLDEN, LLP
        By Juno Turner, Esq.
            685 Third Avenue, 25th Floor
            New York, New York  10017
            and
    R. ANDREW FREE LAW OFFICE
        By R. Andrew Free, Esq.
            414 Union Street, Suite 900
            Nashville, Tennessee  37209
                Appearing on behalf of Plaintiffs
```

*AB Court Reporting & Video*

```
 1   APPEARANCES (Continued):

 2       NORTON ROSE FULBRIGHT US, LLP
              By Charles A. Deacon, Esq.
 3               300 Convent Street, Suite 2100
                 San Antonio, Texas  79205
 4                 and
         BURNS, FIGA & WILL, P.C.
 5            By Dana L. Eismeier, Esq.
                 6400 S. Fiddlers Green Circle
 6               Suite 1000
                 Greenwood Village, Colorado  80111
 7                 Appearing on behalf of Defendant

 8   Also Present: Paula Wolff, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1     A     Yeah.
2     Q     Who?
3     A     The --  Someone that was in my pod.
4  Somebody that was in my pod.  Like I told you, I
5  don't know him.  He was just --  When he came
6  back, he just said he was in the hole.
7     Q     What was he in segregation --
8     A     He didn't --
9     Q     -- for?
10    A     -- tell me what for.
11    Q     You don't know why he was --
12    A     No.
13          MS. TURNER:  Let him finish his
14 question.
15    Q     (By Mr. Deacon)  All right.  Do you
16 know anybody that was ever placed in segregation
17 for not cleaning the pod?
18    A     One time.
19    Q     Who?
20    A     I don't know their names, but he came
21 back from -- from the hole, and he was telling us
22 about it, that he came from the hole.
23    Q     But did he say it was because he didn't
24 clean?
25    A     Clean, yeah.
```

```
 1      Q      But you don't remember his name?
 2      A      No.
 3      Q      Do you know what he looked like?
 4      A      Yeah, just --  He was Mexican.
 5      Q      Okay.  Do you --  You don't know his --
 6      A      Huh-uh.
 7      Q      Have you spoken to him since you left
 8  Aurora?
 9      A      No.
10      Q      Is he any of the named parties here?
11      A      No.
12      Q      All right.  And he said that he was
13  placed there for not cleaning the pod?
14      A      Yeah.
15      Q      All right.  Did he tell you if it was
16  administrative segregation or disciplinary
17  segregation?
18      A      He didn't tell me.
19      Q      Have you ever seen segregation?
20      A      Can you recall (sic) that again?
21      Q      The location where segregation is.
22      A      I seen it before when we used to take
23  the laundry to the pods, yeah.
24      Q      Okay.
25      A      I just seen the -- the outside of it.
```

```
 1      Q      Just the outside?
 2      A      Yeah.
 3      Q      And how does it differ from what the
 4   pods look like?
 5      A      Dark.
 6      Q      Dark?
 7      A      Yeah, you can't see nothing.
 8      Q      Well, were the lights turned off?
 9      A      Yeah.
10      Q      Okay.  So nobody was in there?
11      A      There was people in there.  Just you
12   couldn't see.
13      Q      What time of day was this?
14      A      Daytime.  You can't see nothing from
15   the windows.  Just if the officer opens the door.
16      Q      So when you take your laundry, did you
17   actually go inside the pod?
18      A      No.
19      Q      All right.
20      A      Just to the doors.
21      Q      Just to the doors?
22      A      (Deponent nodded head.)
23      Q      Okay.  So you don't know if there's
24   tables in there like your pod.  You don't know if
25   there's a rec center -- or a rec room in there
```

```
 1   just like your pod.
 2              You don't know that?
 3        A     No.
 4        Q     All right.  Were you aware --  If you
 5   turn to Page -81 -- Bates-labeled -81 -- that's
 6   this number over here (indicating) on that page --
 7   did you read the section that ICE put in there on
 8   segregation?
 9              MS. TURNER:  Are you referring to
10   Section 10?
11              MR. DEACON:  Yes, Section 10.
12        A     What was --
13        Q     (By Mr. Deacon)  Did you read that --
14        A     No.
15        Q     -- when you had your book --
16        A     No.
17        Q     -- for those five months?
18        A     No.
19        Q     Did you see where they have a
20   difference between administrative segregation and
21   disciplinary segregation?
22        A     I didn't see that.
23        Q     But you do now?
24        A     Yeah.
25        Q     Did you see, on Page -84, the hotline
```

1   I, JESUS YEPEZ GAYTAN, do hereby certify
2   that I have read the foregoing transcript
3   and that the same and accompanying amendment
4   sheets, if any, constitute a true and complete
5   record of my testimony.
6
7                                    _____
8                                    Signature of Deponent
9
10                          ( ) No amendments
11                          ( ) Amendments attached
12
13          Subscribed and sworn to before me
14  this _____ day of _____, 2017.
15
16          My commission expires _____
17          Seal:
18
19
20
21
22
23  TLH
24
25

```
 1   STATE OF COLORADO)
 2                   )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4         I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10         I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15         I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19         In witness whereof, I have affixed my
20   signature this 29th day of November, 2017.
21         My commission expires July 30, 2021.
22
23
                                 _____
24                               Tracy L. Harris, CRR, RMR, RPR
                                 216 - 16th Street, Suite 600
25                               Denver, Colorado  80202
```

**AB Court Reporting & Video**

```
1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
    216 - 16th Street, Suite 600
2   Denver, Colorado  80202
    4450 Arapahoe Avenue, Suite 100
3   Boulder, Colorado  80303

4   November 29, 2017

5   Juno Turner, Esq.
    OUTTEN & GOLDEN, LLP
6   685 Third Avenue, 25th Floor
    New York, New York  10017
7
    Re:  Video Deposition of JESUS YEPEZ GAYTAN
8        Menocal vs. The Geo Group, Inc.
         Case No. 14-CV-02887-JLK
9
    The aforementioned deposition is ready for
10  reading and signing.  Please attend to this
    matter by following BOTH of the items indicated
11  below:

12  _____  Call 303-296-0017 and arrange with us
            to read and sign the deposition in our
13          office

14  _XXX_   Have the deponent read your copy and sign
            the signature page and amendment sheets, if
15          applicable; the signature page is attached

16  _____  Read the enclosed copy of the deposition
            and sign the signature page and amendment
17          sheets, if applicable; the signature page
            is attached
18
    _XXX_   WITHIN 30 DAYS OF THE DATE OF THIS LETTER
19
    _____  By _____ due to a trial date of _____
20
    Please be sure the original signature page and
21  amendment sheets, if any, are SIGNED BEFORE A
    NOTARY PUBLIC and returned to Agren Blando for
22  filing with the original deposition.  A copy of
    these changes should also be forwarded to counsel
23  of record.  Thank you.

24  AGREN BLANDO COURT REPORTING & VIDEO, INC.

25  cc:  All Counsel
```

JESUS YEPEZ GAYTAN 11/16/2017                                157

AB Court Reporting & Video

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303

 4

 5                  JESUS YEPEZ GAYTAN
                    November 16, 2017
 6            Menocal vs. The Geo Group, Inc.
                Case No. 14-CV-02887-JLK
 7

 8
     The original video deposition was filed with
 9
     Charles A. Deacon, Esq., on
10
     approximately the 29th day of November, 2017.
11
     _____   Signature waived
12
             Unsigned; signed signature page and
13   _____   amendment sheets, if any, to be filed at
             trial
14
             Reading and signing not requested pursuant
15   _____   to C.R.C.P. Rule 30(e)

16   _XXX_   Unsigned; original amendment sheets and/or
             signature pages should be forwarded to
17           Agren Blando to be filed in the envelope
             attached to the sealed original.
18

19
     Thank you.
20
     AGREN BLANDO COURT REPORTING & VIDEO, INC.
21
     cc:  All Counsel
22

23

24

25
```