IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK

---

VIDEO DEPOSITION OF DEMETRIO VALERGA
October 27, 2017

---

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.

---

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By David Seligman, Esq.
          1535 High Street, Suite 300
          Denver, Colorado  80218
          and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
          600 Grant Street, Suite 450
          Denver, Colorado  80203
            Appearing on behalf of Plaintiffs

*AB Court Reporting & Video*

```
 1    APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
               By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  78205
 4                   and
          BURNS, FIGA & WILL, P.C.
 5            By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                   Appearing on behalf of Defendant

 8    Also Present: Monika Cary, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1      A      Well, in the pod you were living with
 2   three other people.  It's four --  There's
 3   four-men rooms and there's eight-men rooms, so
 4   you're living with three other people in one room.
 5   And you're out all of the -- from when they let
 6   you come out at 5:30, 6 o'clock, whatever time
 7   they let you come out for breakfast, and then
 8   you're out.  Then you go in for count, come back
 9   out, and you're out all day long.
10             The administrative, they put you in a
11   cell by yourself.  You have your radio, your
12   canteen, and they bring you the phone whenever you
13   want when you're in the administrative side of --
14   but you have -- you're not out.  You're in that
15   room all day long.
16      Q      Is there just one room?
17      A      It's just --  Well, there's multiple
18   rooms.
19      Q      Okay.  Multiple rooms --
20      A      Yes.
21      Q      -- in administrative segregation?
22      A      Yes.
23      Q      Okay.  But it's the same physical
24   layout that the pod is in --
25      A      No, it's not.
```

**AB Court Reporting & Video**

```
 1      Q      Your --  Your room is not the same?
 2      A      No, it's not.  It's for one individual.
 3      Q      Okay.  One --
 4      A      Just one person, one bed, one desk,
 5  one bath- -- one toilet.  And over there in the
 6  pod, it's four beds, one toilet, one desk.  Here,
 7  it's just you're by yourself.
 8      Q      Okay.  And --  All right.  So the
 9  difference is you're by yourself?
10      A      Correct.
11      Q      Okay.  And now tell me about --  How
12  does that contrast with disciplinary segregation?
13      A      From --  If you're convicted of their
14  write-up or whatever they want to call it, their
15  disciplinary action, they take your canteen, they
16  take your radio, and you have limited access to go
17  out to the yard, to the --  They'll --  They'll
18  escort you to the yard, but you have only one hour
19  of recreation on the other side.
20             When you're sitting on the other side
21  waiting to be -- your disposition or whatever
22  they're doing, you can go to the yard twice, three
23  times a day over there.  And over there, it's
24  different.  You can only go one time.
25      Q      Okay.
```

1    A    They take the canteen. They take the
2  radio. You can't see the TV. That's what they
3  were doing on the administrative side -- or the
4  disciplinary side. Excuse me.
5    Q    Okay. So on the administrative side,
6  you --
7    A    You could see the TV -- You could see
8  the TV. You could stand there and watch. They'll
9  bring you the phone. I mean, they still give you
10 the phone on the disciplinary side, so . . .
11   Q    Okay. And what's the canteen? I'm
12 sorry.
13   A    Canteen is commissary.
14   Q    Okay.
15   A    Just soups, just coffee, stuff like
16 that, you know what I mean? Stuff that you can
17 still get on that administrative side. When you
18 go on disciplinary, you can't have coffee, you
19 can't have soups. The three meals a day that they
20 bring you is -- that's what you have. The radio
21 that they supply, they take that from you. So
22 that's what you don't have on the other side.
23   Q    Okay. And the showers are in both?
24   A    Oh, showers -- You can have showers --
25 You know, if you want to shower, they will not --

```
 1   you know, you can go to the shower.  "Hey, I need
 2   to go to the shower."
 3            "Okay.  Turn around, cuff up.  We'll
 4   take you to the shower."
 5       Q    Okay.  And in administrative
 6   segregation, you're -- you're allowed to go out in
 7   the --
 8       A    No.
 9       Q    -- the yard three times.
10       A    You -- You can go -- They have to
11   escort you.
12       Q    Yes.
13       A    There's a little -- It's a -- It's a
14   dog kennel.
15       Q    Uh-huh.
16       A    So they put you in a dog kennel.  So
17   what it is, it's just a fenced out dog kennel.
18   There's two -- That's what it really looks like.
19   It's a really big dog kennel.  So they escort
20   you handcuffed.  And they make you turn around,
21   they take the handcuffs and they just close the
22   little door like that.  They had you handcuffed
23   up, so . . .
24       Q    So you got inside?
25       A    They -- They -- They -- The guard
```

1   I, DEMETRIO VALERGA, do hereby certify
2   that I have read the foregoing transcript
3   and that the same and accompanying amendment
4   sheets, if any, constitute a true and complete
5   record of my testimony.
6
7                                    _____
8                                    Signature of Deponent
9
10                           (   ) No amendments
11                           (   ) Amendments attached
12
13           Subscribed and sworn to before me
14   this _____ day of _____, 2017.
15
16        My commission expires _____
17        Seal:
18
19
20
21
22
23   TLH
24
25

```
 1   STATE OF COLORADO)
 2                    )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4         I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10         I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15         I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19         In witness whereof, I have affixed my
20   signature this 7th day of November, 2017.
21         My commission expires July 30, 2021.
22
23
24                        _____
                          Tracy L. Harris, CRR, RMR, RPR
                          216 - 16th Street, Suite 600
25                        Denver, Colorado  80202
```

**AB Court Reporting & Video**

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303

 4   November 7, 2017

 5   Juno Turner, Esq.
     OUTTEN & GOLDEN, LLP
 6   685 Third Avenue, 25th Floor
     New York, New York  10017
 7
     Re:  Video Deposition of DEMETRIO VALERGA
 8        Menocal vs. The Geo Group, Inc.
          Civil Action No. 14-CV-02887-JLK
 9
     The aforementioned deposition is ready for
10   reading and signing.  Please attend to this
     matter by following BOTH of the items indicated
11   below:

12   _____   Call 303-296-0017 and arrange with us
              to read and sign the deposition in our
13            office

14   _XXX_    Have the deponent read your copy and sign
              the signature page and amendment sheets, if
15            applicable; the signature page is attached

16   _____   Read the enclosed copy of the deposition
              and sign the signature page and amendment
17            sheets, if applicable; the signature page
              is attached
18
     _XXX_    WITHIN 30 DAYS OF THE DATE OF THIS LETTER
19
     _____   By _____ due to a trial date of _____
20
     Please be sure the original signature page and
21   amendment sheets, if any, are SIGNED BEFORE A
     NOTARY PUBLIC and returned to Agren Blando for
22   filing with the original deposition.  A copy of
     these changes should also be forwarded to counsel
23   of record.  Thank you.

24   AGREN BLANDO COURT REPORTING & VIDEO, INC.

25   cc:  All Counsel
```

AB Court Reporting & Video

```
 1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
     216 - 16th Street, Suite 600
 2   Denver, Colorado  80202
     4450 Arapahoe Avenue, Suite 100
 3   Boulder, Colorado  80303

 4

 5                  DEMETRIO VALERGA
                    October 27, 2017
 6           Menocal vs. The Geo Group, Inc.
            Civil Action No. 14-CV-02887-JLK
 7

 8
     The original video deposition was filed with
 9
     Charles A. Deacon, Esq., on
10
     approximately the 7th day of November, 2017.
11
     _____   Signature waived
12
             Unsigned; signed signature page and
13   _____   amendment sheets, if any, to be filed at
             trial
14
             Reading and signing not requested pursuant
15   _____   to C.R.C.P. Rule 30(e)

16   _XXX_   Unsigned; original amendment sheets and/or
             signature pages should be forwarded to
17           Agren Blando to be filed in the envelope
             attached to the sealed original.
18

19
     Thank you.
20
     AGREN BLANDO COURT REPORTING & VIDEO, INC.
21
     cc:  All Counsel
22

23

24

25
```