Alejandro Torres 07/16/2020
ALEJANDRO MENOCAL vs GEO GROUP

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3      Civil Case No. 1:14-cv-02887-JLK-MEH
        _____
 4
        ALEJANDRO MENOCAL,
 5      MARCOS BRAMBILA,
        GRISEL XAHUENTITLA,
 6      HUGO HERNANDEZ,
        LOURDES ARGUETA,
 7      JESUS GAYTAN,
        OLGA ALEXAKLINA,
 8      DAGOBERTO VIZGUERRA, and
        DEMETRIO VALERGIA,
 9      on their own and on behalf of all others similarly
        situated,
10
        Plaintiffs,
11
        v.
12
        THE GEO GROUP, INC.,
13
        Defendant.
14      _____

15

16          VIDEOTAPED REMOTEDEPO™ DEPOSITION OF

17                ALEJANDRO HERNANDEZ TORRES

18                 APPEARING REMOTELY FROM

19                     TOLUCA, MEXICO

20               July 16, 2020 - 9:00 a.m.

21

22      REPORTED BY:

23      Teresa Lynne Cardenas, RPR, CRR

24      APPEARING REMOTELY FROM DENVER, COLORADO

25
```

U.S. LEGAL SUPPORT, INC
303-832-5966

```
 1              A P P E A R A N C E S

 2   For the Plaintiffs:

 3           BRANDT P. MILSTEIN, ESQ.
             Milstein Law Office
 4           1123 Spruce Street
             Boulder, Colorado 80302
 5           brandt@milsteinlawoffice.com

 6           ADAM L. KOSHKIN, ESQ.
             Outten & Golden, LLP
 7           One California Street, 12th Floor
             San Francisco, California 94111
 8           akoshkin@outtengolden.com

 9   For the Defendant The GEO Group, Inc.:

10           ADRIENNE SCHEFFEY, ESQ.
             Akerman, LLP
11           1900 16th Street, Suite 1700
             Denver, Colorado 80202
12           adrienne.scheffey@akerman.com

13           MICHAEL Y. LEY, ESQ.
             DANA L. EISMEIER, ESQ.
14           Burns, Figa & Will, P.C.
             Greenwood Village, Colorado 80111
15           mley@bfwlaw.com
             deismeier@bfwlaw.com
16

17   Also Present:

18           Daniel Whitten, Videographer
             Bety Zinan, Interpreter
19

20

21

22

23

24

25
```

Alejandro Torres 07/16/2020                                    Page 140
ALEJANDRO MENOCAL vs GEO GROUP

| | | | |
|---|---|---|---|
| 05:04:59 | 1 | | And there was a person who helped me, and I worked in |
| 05:05:02 | 2 | | yard keeping. And that same person asked me if I knew |
| 05:05:13 | 3 | | how to drive a rig. And that's the way I was driving |
| 05:05:25 | 4 | | the rig, the trailer. Those the two jobs I had. |
| 05:05:31 | 5 | Q. | **Do you have family in the United States?** |
| 05:05:38 | 6 | A. | My wife and two daughters. |
| 05:05:41 | 7 | Q. | **Were you deported from the United States?** |
| 05:05:47 | 8 | A. | Yes. |
| 05:05:48 | 9 | Q. | **And your family, did they go with you?** |
| 05:06:00 | 10 | A. | No, I'm on my own here in Mexico, and my |
| 05:06:03 | 11 | | wife and daughters are in Denver. |
| 05:06:05 | 12 | Q. | **Do you get to see them ever?** |
| 05:06:15 | 13 | A. | My daughter Nelly has come down three |
| 05:06:20 | 14 | | times. She's a U.S. citizen. |
| 05:06:22 | 15 | | (The court reporter interrupted for |
| 05:06:22 | 16 | | clarification of the record.) |
| 05:06:22 | 17 | A. | My daughter Nelly has come -- has been |
| 05:06:34 | 18 | | here for three times. She is a U.S. citizen. And my |
| 05:06:42 | 19 | | other daughter is ten years old. |
| 05:06:55 | 20 | | THE INTERPRETER: I need correction for |
| 05:06:56 | 21 | | the record. Counsel, it is not clear to the |
| 05:07:04 | 22 | | interpreter who is a citizen who has come down three |
| 05:07:08 | 23 | | times. |
| 05:07:09 | 24 | Q. | **(BY MR. MILSTEIN) Tell us your two** |
| 05:07:11 | 25 | | **daughters' names and their ages and which one, if** |

| Time | Line | Text |
|---|---|---|
| 05:07:14 | 1 | either, is a citizen. |
| 05:07:16 | 2 | MS. SCHEFFEY: Object to form. |
| 05:07:28 | 3 | A. My daughter Nelly, she is ten years old. |
| 05:07:34 | 4 | Excuse me. She's going to turn ten in October. She |
| 05:07:40 | 5 | is a citizen. And my daughter Diana is going to turn |
| 05:07:50 | 6 | 21 tomorrow. And Diana has come once to see me, and |
| 05:08:04 | 7 | Nelly has come three times. My wife has come once to |
| 05:08:12 | 8 | see me. |
| 05:08:15 | 9 | Q. Were you detained at the GEO detention |
| 05:08:18 | 10 | center in Aurora? |
| 05:08:24 | 11 | A. Yes. |
| 05:08:27 | 12 | Q. Were you ever sent to solitary |
| 05:08:29 | 13 | confinement during your time there? |
| 05:08:39 | 14 | A. Yes, four times. |
| 05:08:48 | 15 | Q. You've told us before that one of those |
| 05:08:50 | 16 | times you were sent because you refused to do the work |
| 05:08:53 | 17 | without pay, right? |
| 05:09:05 | 18 | MS. SCHEFFEY: Object to form. |
| 05:09:06 | 19 | A. Yes. |
| 05:09:09 | 20 | Q. (BY MR. MILSTEIN) Mr. Hernandez Torres, |
| 05:09:11 | 21 | tell us about segregation at GEO in Aurora. |
| 05:09:36 | 22 | A. It is a room -- it is a meter -- 10 or 8 |
| 05:09:39 | 23 | meters wide by 3 1/2 meters. And there is a bed. |
| 05:09:55 | 24 | It's made of steel. A toilet and a wash basin. Above |
| 05:10:10 | 25 | the wash basin, there is a square -- there is a square |

| | | |
|---|---|---|
| 05:10:25 | 1 | opening and -- I need look for the word.  There is |
| 05:10:33 | 2 | square -- it's like -- there is a square bar that -- |
| 05:10:40 | 3 | where the air conditioning is coming through -- a |
| 05:10:44 | 4 | vent, a square vent where the air-conditioning is |
| 05:10:47 | 5 | coming through, and it's always very cold.  The door |
| 05:10:55 | 6 | is made of steel.  And it has glass for about half a |
| 05:11:11 | 7 | meter and with 3 or 4 inches where all the guards have |
| 05:11:25 | 8 | a bell.  So every 15 or 20 minutes, they will drag |
| 05:11:44 | 9 | this device through the door until it rings.  There's |
| 05:11:47 | 10 | no way you can go to sleep because the light is always |
| 05:11:55 | 11 | on.  That's segregation. |
| 05:12:02 | 12 |         Q.   **How many hours per day do you spend in** |
| 05:12:04 | 13 | **that cell when you're in segregation?** |
| 05:12:12 | 14 |         A.   All the time. |
| 05:12:17 | 15 |         Q.   **How did you stay warm if the AC was on** |
| 05:12:21 | 16 | **all of the time?** |
| 05:12:55 | 17 |         A.   So, you know, when you -- when they think |
| 05:12:59 | 18 | that they give you a -- some linen, one.  And they |
| 05:13:03 | 19 | give you like a vinyl pillow.  So when you cannot |
| 05:13:09 | 20 | withstand the cold anymore, I would wrap myself with |
| 05:13:12 | 21 | the sheet, and then I would kind of curl myself up so |
| 05:13:26 | 22 | that I could warm up my body with my own breathing. |
| 05:13:40 | 23 | On one occasion, I was in that position.  And the |
| 05:13:53 | 24 | guard, when he saw I was covered up, opened the door |
| 05:14:01 | 25 | up, took the sheet from me, and left me there with |

| | | |
|---|---|---|
| 05:14:07 | 1 | nothing. |
| 05:14:10 | 2 | Q.  Were you able to take showers when you |
| 05:14:13 | 3 | were in segregation? |
| 05:14:32 | 4 | A.  Depends on the guard.  He can say, Do you |
| 05:14:35 | 5 | want to shower?  And it can be every day, every other |
| 05:14:38 | 6 | day.  Going to take a shower, you would take off all |
| 05:15:00 | 7 | of your clothes, be nude, being female or male. |
| 05:15:20 | 8 | So when you were washing yourself with |
| 05:15:24 | 9 | one hand, and then they have -- take off the handcuff |
| 05:15:28 | 10 | because you are standing there with one hand cuffed |
| 05:15:30 | 11 | while your other hand -- and on your foot.  I'm sorry. |
| 05:15:41 | 12 | My right hand and my right foot, so I would scrub |
| 05:15:48 | 13 | myself with one hand.  And so when I would be done |
| 05:15:56 | 14 | with that side of my body, I would call him for him to |
| 05:16:01 | 15 | switch sides with the -- with the -- to switch sides |
| 05:16:06 | 16 | so I could -- with the cuff so I could wash the other |
| 05:16:08 | 17 | side of my body.  That was very uncomfortable.  I felt |
| 05:16:28 | 18 | I was being abused, humiliated. |
| 05:16:33 | 19 | Q.  Where were the guards when you were |
| 05:16:35 | 20 | getting undressed for your shower? |
| 05:16:49 | 21 | A.  They would stand near you, and sometimes |
| 05:16:55 | 22 | they would go back to the desk.  When they would go -- |
| 05:17:03 | 23 | went back to the desk with the cuffs, they took their |
| 05:17:23 | 24 | time, and it was cold. |
| 05:17:26 | 25 | Q.  What gender were the guards who changed |

```
 1            I, ALEJANDRO HERNANDEZ TORRES, do hereby
 2   certify that I have read the above and foregoing
 3   deposition and that the same is a true and accurate
 4   transcription of my testimony, except for attached
 5   amendments, if any.
 6            Amendments attached   ( ) Yes   ( ) No
 7
 8
 9            _____
              ALEJANDRO HERNANDEZ TORRES
10
11
12
13            The signature above of ALEJANDRO
14   HERNANDEZ TORRES was subscribed and sworn to or
15   affirmed before me in the county of _____,
16   state of _____ , this _____ day of
17   _____, 2020.
18
19
20            _____
              Notary Public
21            My commission expires
22
23
24
25   ALEJANDRO HERNANDEZ TORRES 7/16/20 (tc)
```

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

## *DEMETRIO VALERGA*

*10/27/2017*

___

**AB Court Reporting & Video**
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*