IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## DECLARATION OF MARTIN M. ROSENBLUTH, ESQ.

1. My name is Martin M. Rosenbluth, Esq.. I have achieved the age of majority. I have personal knowledge of the facts set forth in this declaration.

2. I am an attorney employed by Polanco Law, P.C. in Durham, North Carolina. I am the lead attorney in my firm's Lumpkin, Georgia office.

3. For the past six months, Mr. Rodney Montoya has been employed in our office. His duties include regularly assisting and interviewing individuals in the Stewart Immigration Court, located within the Stewart Detention Center located in Lumpkin, Georgia. The individuals he represents are most often detained in the Stewart Detention Center – a secure ICE/DHS detention center. He regularly meets with my clients inside the Detention Center via Skype, which requires he be cleared by Core Civic employees and by ICE.

4. Further, he recently was lead counsel in an asylum hearing that was conducted in the Stewart Immigration Court. This required security clearance and approval of ICE, CoreCivic and the Executive Office of Immigration Review.

5. Mr. Montoya also enters the Stewart Immigration Court on almost a weekly basis to deliver documents to the court on behalf of the firm, which also requires that he be cleared by CoreCivic and the Executive Office of Immigration Review.

6. Our firm represented Mr. Montoya in his immigration case prior to him coming to work for our firm. Due to his fact that ICE maintained that he was convicted of an aggravated felony, he was not eligible to apply for asylum but we obtained Deferral of Removal in his case.

7. ICE, CoreCivic and the Executive Office of Immigration Review, are all aware of Mr. Montoya's criminal and immigration history but have allowed Mr. Montoya to enter the Stewart Detention Center and the Stewart Immigration Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2020.

_____
Martin M. Rosenbluth., Esq.