IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA,
DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

GEO GROUP, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2020**.

    At the parties' request, the Court will hold a Discovery Conference in this case on Thursday, **October 1, 2020 at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    The litigants (counsel and parties) and the public may appear at the conference either in person or by telephone. Anyone appearing in person must comply with General Order 2020-10 (as modified in some respects by General Order 2020-16) governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number:     888-278-0296
Access code:   8212991#

Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.

    In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and send the statements by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted no later than **noon on September 30, 2020**.