IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 14-cv-2887-JLK-MEH | Date:   October 1, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A 1002 |

| *Parties:* | *Counsel:* |
|---|---|
| ALEJANDRO MENOCAL, et al., | Rachel Dempsey |
| | Michael Scimone |
| | Adam Koshkin |
| Plaintiff, | |
| v. | |
| GEO GROUP, INC., THE, | Adrienne Scheffey |
| | Dana Eismeier |
| | Michael Ley (by phone) |
| Defendant. | |

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**   2:07 p.m.

Court calls case. Appearances of counsel. The parties meet and discuss discovery disputes with the Court's rulings made on the record. Timothy Jafek of the United States Attorney's Office appears on behalf of the United States.

Discussion held regarding discovery disputes related to Plaintiffs untimely responses to Defendant's discovery requests and whether the document in question, a letter from GEO to ICE, is discoverable pertaining to Plaintiff's interrogatory 40.

**ORDERED:**   The document in question is discoverable and the Court will not enter a ruling at this time as to the supplemental discovery issue, as stated on the record.

**Court in recess:**   **3:02 p.m.**   Hearing concluded.
Total in-court time:   00:55

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.