# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL *ET AL.,*

    Plaintiffs,

v.

THE GEO GROUP, INC.,
    Defendant.

## NOTICE OF ADDRESS CHANGE

**TO THE COURT AND ALL PARTIES:**

    PLEASE TAKE NOTICE that effective October 16, 2020, the new address for Towards Justice is PO Box 371680, PMB 44465, Denver, Colorado 80237-5680. The telephone number, e-mail addresses and attorneys of record remain the same.

DATED October 16, 2020          Respectfully Submitted,

                                             *s/Juno Turner*
                                             Juno Turner
                                             Towards Justice
                                             PO Box 371680
                                             PMB 44465
                                             Denver, Colorado 80237 -5680
                                             Ph: 720-248-8426
                                             Email: juno@towardsjustice.org

**Certificate of Service**

      I hereby certify that on October 16, 2020, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

                                                                               *s/*Deborah Schaffer
                                                                               Deborah Schaffer