**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

### [PROPOSED] ORDER GRANTING MOTION TO RESTRICT

The Court, having reviewed Defendant The GEO Group, Inc.'s ("Defendant") Motion to Restrict (the "Motion") and being fully advised in the premises, hereby GRANTS the Motion. This Court shall impose Level 1 restriction on ECF Nos. 262-2, 262-3, 262-4, 262-5, 262-6, 261-9, 262-8, 262-9, 261-11, 261-12 and 288. The Court also GRANTS Level 1 restriction for ECF Nos. 296-1, 304, and 300-1 to the extent they have not already been restricted.

**IT IS SO ORDERED**, this ___ day of _____, 2020.

                                                                                    _____
                                                                                     The Honorable John L. Kane

55059764;1