## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## ORDER GRANTING MOTION TO RESTRICT

---

    The Court, having reviewed Defendant The GEO Group, Inc.'s ("Defendant") Motion to Restrict (ECF No. 333) and being fully advised in the premises, hereby GRANTS the Motion. The Clerk is directed to impose Level 1 restriction on ECF Nos. 262-2, 262-3, 262-4, 262-5, 262-6, 261-9, 262-8, 262-9, 261-11, 261-12 and 288. The Court also GRANTS Level 1 restriction for ECF Nos. 296-1, 304, and 300-1 to the extent they have not already been restricted.

    The parties are reminded to review D.C. Colo.LCivR 72(e). Public Access to Documents and Proceedings. Filing Restricted Documents. A document subject to a motion to restrict shall be filed as a restricted document and shall be subject to restriction until the motion is determined by

the court. If a document is filed as a restricted document without an accompanying motion to restrict, it shall retain the restriction selected by the filer for 14 days. **If no motion to restrict is filed within such time period, the restriction shall expire and the document shall be open to public inspection.**

**IT IS SO ORDERED**, this 19th day of October, 2020.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE