# EXHIBIT A



U.S. Department of Homeland Security
500 12th St. SW; STOP 5009
Washington, DC 20536-5009

October 23, 2020

Lydia A. Wright
Burns Charest LLP
365 Canal Street, Suite 1170
New Orleans, LA  70130

Adrienne Scheffey
Akerman LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202

Re:   Novoa et al. v. The Geo Group, Inc., 5:17-cv-02514 (C.D. Cal.)

Dear Ms. Wright and Ms. Scheffey:

Enclosed are ICE declarations of Ms. Natashya Nguyen, Contracting Officer within the Office of Acquisition Management and Ms. Jay Brooks, Supervisory Detention and Deportation Officer within the Custody Management Division.  The declarations are being provided at the request of Plaintiffs in lieu of providing ICE's Rule 30(b)(6) deposition(s) and producing documents pursuant to your subpoenas dated August 3, 2020 to ICE.  These declarations were prepared to address the seven proposed attestations of fact provided by Plaintiffs' counsel, Mr. Andrew Free, during conferrals with ICE counsel and memorialized in an attachment to an email (also enclosed) from Mr. Free dated September 2, 2020.  ICE reserves any and all objections and assertions made in its initial Rule 45 and *Touhy* response letter dated August 18, 2020.[1]

As ICE does not have a mechanism in place to authenticate the signatures under seal, it is our understanding that Plaintiffs' will stipulate to the authenticity of the signatures on the declarations, and we have conferred with GEO regarding the same and await their confirmation.

I can be reached by email at angela.m.fiorentino-rios@ice.dhs.gov with any questions or concerns you may have.

---

[1] ICE's April 18, 2020 correspondence objected to the appearance of an ICE witness and productions of documents , based on Plaintiffs' noncompliance with the *Touhy* regulation, as well as several other objections under Rule 45, including, but not limited to, the relevance of the information sought; the overbreadth of the information sought; the burdensome effort to produce the information sought; the vague nature of the requests; the fact that some of the information sought was publicly available/or in the possession of GEO, and the fact that the request sought privileged information.

Lydia Wright
Adrienne Scheffey
Page **2** of **2**

                                      Sincerely,

                                      /s/ Angela M. Fiorentino-Rios
                                    Angela M. Fiorentino-Rios
                                    Associate Legal Advisor
                                    Government Information Law Division
                                    Office of the Principal Legal Advisor
                                    U.S. Immigration and Customs Enforcement

Cc:    Alarice Medrano
        Joanne Osinoff
        Daniel Charest
        Andrew Free