## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL, <br> MARCOS BRAMBILA, <br> GRISEL XAHUENTITLA, <br> HUGO HERNANDEZ, <br> LOURDES ARGUETA, <br> JESUS GAYTAN, <br> OLGA ALEXAKLINA, <br> DAGOBERTO VIZGUERRA, and <br> DEMETRIO VALERGA <br> on their own behalf and on behalf of all others <br> similarly situated, <br><br>             Plaintiffs, <br><br>    v. <br><br> THE GEO GROUP, INC., <br><br>             Defendant. | Civil No. 1:14-cv-02887-JLK |

### DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am a Partner with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

2.      I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3.      I make the statements in this Declaration based on my personal knowledge

and would so testify if called as a witness at trial.

**Depositions of Class Plaintiffs**

4.        In the course of discovery in this case, GEO requested depositions of the Named Plaintiffs in early 2020, and the parties have been working together to schedule those depositions since in or about February 2020.

5.        The Plaintiffs in this case were all subject to immigration proceedings during their detention at GEO's Aurora facility.  As a result of those proceedings, several of the Named Plaintiffs have been deported from the United States and currently reside abroad.  These Named Plaintiffs include Olga Alexakhina, who now resides in Russia.

6.        As Plaintiffs have informed GEO, the Russian Federation imposes strict limitations on the depositions of non-United States citizens located within their borders for use in a U.S. legal proceeding.  Voluntary depositions of willing witnesses for use in civil and commercial matters are not permitted under any circumstances.[1]

7.        To facilitate the deposition of Ms. Alexakhina, Plaintiffs sought to have her paroled into the United States for that purpose.

8.        Counsel for GEO initially informed Plaintiffs that they would prefer to wait on the outcome of Ms. Alexakhina's parole application before considering other options for taking her deposition abroad.  To date, Plaintiffs' efforts to secure parole for Ms. Alexakhina have been unsuccessful.

---

[1]        *See* Russian Federation, U.S. Department of State – Bureau of Consular Affairs, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/RussianFederation.html (last visited Oct. 24, 2020).

9.      On March 4, 2020, counsel for GEO e-mailed counsel for Plaintiffs requesting the availability of several witnesses for deposition, including Ms. Alexakhina. On March 5, 2020, counsel for Plaintiff replied, reminding GEO of the legal impediments to her deposition and suggesting alternative arrangements to allow a deposition of Ms. Alexakhina outside of the Russian Federation.

10.     One option proposed by Plaintiffs was for Ms. Alexakhina to travel to Finland or another country in which depositions of non-U.S. citizens for use in U.S. courts are permitted.  Plaintiffs' counsel was in the process of making the necessary arrangements for this travel, including securing Ms. Alexakhina a visa and passports, when the COVID-19 pandemic caused nearly all of Europe to close its borders to both Russian and United States citizens, making international travel virtually impossible.

11.     To date, GEO's Counsel have not suggested an alternative arrangement for deposing Ms. Alexakhina.

12.     Plaintiffs remain ready to present Ms. Alexakhina for deposition if and when doing so becomes possible and safe.

**Exhibits**

13.     Attached hereto as **Plaintiffs' Opposition Exhibit 1** is a true and correct copy of excerpts from the July 22, 2020 deposition of Alejandro Menocal.

14.     Attached hereto as **Plaintiffs' Opposition Exhibit 2** is a true and correct copy of excerpts from the July 23, 2020 deposition of Stuart Grassian.

15.     Attached hereto as **Plaintiffs' Opposition Exhibit 3** is a true and correct copy of excerpts from the June 24, 2020 deposition of Hugo A. Hernandez Ceren.

16.     Attached hereto as **Plaintiffs' Opposition Exhibit 4** is a true and correct

copy of excerpts from the June 30, 2020 deposition of Sergio Gallegos.

17.     Attached hereto as **Plaintiffs' Opposition Exhibit 5** is a true and correct

copy of a Segregation Unit Activity Sheet, Bates labeled GEO-MEN 00070692.

18.     Attached hereto as **Plaintiffs' Opposition Exhibit 6** is a true and correct

copy of excerpts from the October 27, 2017 deposition of Demetrio Valerga.

19.     Attached hereto as **Plaintiffs' Opposition Exhibit 7** is a true and correct

copy of excerpts from the February 21, 2018 deposition of Dagoberto Vizguerra.

20.     Attached hereto as **Plaintiffs' Opposition Exhibit 8** is a true and correct

copy of excerpts from the March 29, 2016 30(b)(6) deposition of Dawn Ceja.

21.     Attached hereto as **Plaintiffs' Opposition Exhibit 9** is a true and correct

copy of excerpts from the November 16, 2017 deposition of Jesus Yepez Gaytan.

22.     Attached hereto as **Plaintiffs' Opposition Exhibit 10** is a true and correct

copy of excerpts from the July 8, 2020 deposition of Luis Pagan.

23.     Attached hereto as **Plaintiffs' Opposition Exhibit 11** is a true and correct

copy of excerpts from the June 29, 2020 deposition of Martha Vasquez.

24.     Attached hereto as **Plaintiffs' Opposition Exhibit 12** is a true and correct

copy of excerpts from the July 16, 2020 deposition of Alejandro Hernandez Torres.

25.     Attached hereto as **Plaintiffs' Opposition Exhibit 13** is a true and correct

copy of excerpts from the October 26, 2017 deposition of Grisel Xahuentitla.

26.     Attached hereto as **Plaintiffs' Opposition Exhibit 14** is a true and correct

copy of excerpts from the August 5, 2020 30(b)(6) deposition of Dawn Ceja.

27.     Attached hereto as **Plaintiffs' Opposition Exhibit 15** is a true and correct copy of excerpts from the July 28, 2020 deposition of Joyce Quezada.

28.     Attached hereto as **Plaintiffs' Opposition Exhibit 16** is a true and correct copy of a May 30, 2018 letter from GEO to ICE, Bates labeled GEO-MEN 00187770. This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

29.     Attached hereto as **Plaintiffs' Opposition Exhibit 17** is a true and correct copy of excerpts from the July 21, 2020 deposition of David Venturella.

30.     Attached hereto as **Plaintiffs' Opposition Exhibit 18** is a true and correct copy of excerpts from the October 9, 2019 deposition of Amber Martin.

31.     Attached hereto as **Plaintiffs' Opposition Exhibit 19** is a true and correct copy of excerpts from the February 27, 2020 30(b)(6) deposition of Daniel Ragsdale.

32.     Attached hereto as **Plaintiffs' Opposition Exhibit 20** is a true and correct copy of excerpts from the February 28, 2020 30(b)(6) deposition of Amber Martin.

33.     Attached hereto as **Plaintiffs' Opposition Exhibit 21** is a true and correct copy of the Psychiatric Report of Plaintiffs' expert Dr. Stuart Grassian, M.D.

34.     Attached hereto as **Plaintiffs' Opposition Exhibit 22** is a true and correct copy of Fatos Kaba, "Solitary Confinement and Risk of Self-Harm Among Jail Inmates," 104 Am. J. Pub. Health 442 (2014).

35.     Attached hereto as **Plaintiffs' Opposition Exhibit 23** is a true and correct copy of Paul Gendreau, "Changes in EEG Alpha Frequency and Evoked Response Latency During Solitary Confinement," 79 J. Abnormal Psych. 54 (1972).

36.     Attached hereto as **Plaintiffs' Opposition Exhibit 24** are true and correct copies of photographs of the Aurora ICE Processing Center, Bates labeled ICE 0000102, 105, 116, 123, 128, 139, 142, 145, 152.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

37.     Attached hereto as **Plaintiffs' Opposition Exhibit 25** is a true and correct copy of the Detainee Orientation Video Script 042705, Bates labeled GEO_MEN 00056575-81.  This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

38.     Attached hereto as **Plaintiffs' Opposition Exhibit 26** is a true and correct copy of the Detainee Orientation Video Script 082507, Bates labeled GEO-MEN 00075173-83. This exhibit has been filed as a restricted document in accordance with D. Colo. L. Civ. R. 7.2.

39.     Attached hereto as **Plaintiffs' Opposition Exhibit 27** is a true and correct copy of excerpts from the June 10, 2020 deposition of Brian Evans.

Dated: New York, NY
      October 26, 2020

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

*Class Counsel*