# Exhibit 3

1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
2
    Civil Action No. 1:14-cv-02887-JLK-MEH
3    _____

4                 VIDEOTAPE DEPOSITION OF:
         HUGO A. HERNANDEZ-CEREN - June 24, 2020
5                   Via RemoteDepoTM
            (NONCONFIDENTIAL ONLY TRANSCRIPT)
6    _____

7    ALEJANDRO MENOCAL, MARCOS BRAMBILA,
    GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
8    JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
    and DEMETRIO VALERGA, on their own and on behalf of
9    all others similarly situated,

10   Plaintiffs,

11   v.

12   THE GEO GROUP, INC.,

13   Defendant.
    _____

14
            PURSUANT TO NOTICE, the videotape
15   deposition of HUGO A. HERNANDEZ-CEREN was taken on
    behalf of the Defendant in La Salle Parish, Louisiana,
16   on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT,
    before Tracy C. Masuga, Registered Professional
17   Reporter, Certified Realtime Reporter, and Notary
    Public within Colorado appearing remotely from
18   Arapahoe County, Colorado.

19

20

21

22

23

24

25


                    U.S. LEGAL SUPPORT, INC.
                       303-832-5966

1    detainee who were to testify that they did clean the

2    dorm as a trustee, is it possible that you could be

3    mistaken or you might not have known that that was

4    their job?

5            A.    I know that there were no trustees.

6            Q.    Okay.  Did you ever clean outside of

7    your pod?

8            A.    I'm sorry?

9            Q.    As part of this policy that we have up

10    on the screen, did you ever clean outside of your pod?

11            A.    Yes.  Outside of my -- no.  Outside of

12    my pod, my dorm?

13            Q.    Yeah.  Outside your dorm --

14                  Let's describe it one by one.  Did you

15    ever clean your cell as part of the policy?

16            A.    Yes.

17                  MR. FREE:  Object to the form.  I'm

18    sorry.

19            Q.    (BY MS. SCHEFFEY)  And then did you ever

20    clean the tables in the area you describe as the

21    common area?

22            A.    Yes.

23            Q.    Okay.  And then did you ever clean any

24    other dorms or any area outside of your dorm where you

25    lived?

1          A.   No.

2          Q.   Okay.  And so about how many times did

3     you remember participating in this housing unit

4     sanitation program?

5          A.   Every time I was -- I was assigned to by

6     the GEO guard.

7          Q.   Was that every day?

8          A.   That was maybe twice a week.

9          Q.   Okay.  And when you were assigned to

10    clean the areas in the housing unit sanitation, not in

11    any other areas that you might have done as part of

12    the Voluntary Work Program, why did you clean?

13         A.   I cleaned because of a fear.

14         Q.   Okay.  So were you afraid that the TVs

15    would be turned off, as you described earlier?

16         A.   That would be one part, but a fear

17    because if you refused, you were going to be sent to

18    the hole.

19         Q.   Okay.  And did you have the same fear at

20    all other facilities?

21         A.   No.

22         Q.   Okay.  And so the areas you were asked

23    to clean, those were areas you used frequently,

24    correct?

25         A.   Correct.

```
 1           Q.   Did you expect someone else to clean up

 2      after you?

 3           A.   No.

 4           Q.   Okay.  I'm going to go to the next

 5      document.  I'm going to close this one.  I'm going to

 6      send it to be marked here.  Tell me when you're able

 7      to see the screen share.

 8                (Deposition Exhibit 6 was remotely

 9      introduced.)

10                MR. KOSHKIN:  Is this 6?  Is that right?

11                MS. SCHEFFEY:  I have 6.  Is that

12      correct?

13                THE REPORTER:  Yes.

14                MS. SCHEFFEY:  Thank you.

15           Q.   (BY MS. SCHEFFEY)  Okay.  Can you see

16      the document, Mr. Hernandez?

17           A.   Yes.

18           Q.   And just looking at this portion, have

19      you ever seen this document before?

20           A.   Can I read it?

21           Q.   Yeah, of course.  I don't -- let me make

22      sure you have the remote control.  Try now.

23                And as you review this, I can tell you

24      that it will be similar because it's the similar

25      document for a different year.
```

1             MS. SCHEFFEY:  Yeah.

2             Q.   (BY MS. SCHEFFEY)  I want to know if you

3     can confirm your signatures at the bottom, that it's

4     your signature, and that you've seen these documents

5     before.

6             MR. FREE:  Okay.  Thanks.

7             MS. SCHEFFEY:  And then everything else

8     will be pretty quick.  And thank you to everyone for

9     being patient with the technology.

10            Q.   (BY MS. SCHEFFEY)  And, Mr. Hernandez, I

11    can point you to the parts I want to talk to you about

12    if you want to scroll through and just see if you

13    recognize it and if it's your signature on the bottom.

14            A.   I just want to make sure that I'm

15    understanding --

16            Q.   That's fine.

17            A.   -- if that's fine.

18            Q.   Yep.

19            A.   Yes.

20            Q.   Okay.  So is this your signature?

21            A.   Yes.

22            Q.   And have you seen this document before?

23            A.   Yes.

24            Q.   Okay.  And your understanding -- what is

25    your understanding of your signature on this

1   verification?

2          A.   That I agree.

3          Q.   Okay.  And are the representations in

4   this document accurate, to the best of your knowledge?

5          A.   Yes.

6          Q.   Okay.  I want to go to a specific one.

7   So I'm going to go to Interrogatory No. 27, which you

8   should be able to see on your screen.  This

9   interrogatory asks you to describe with as much

10  specificity as possible each circumstance in which a

11  GEO employee threatened you with administrative or

12  disciplinary segregation for failing to clean any area

13  of the Aurora Detention Facility.  Did I read that

14  correctly?

15         A.   Yes.

16         Q.   You responded, "Plaintiff does not

17  recall specific dates, but recalls one instance in

18  which a GEO employee threatened Plaintiff with

19  solitary confinement for failure to clean . . . ."

20  Did I read that correctly?

21         A.   Yes.

22         Q.   Can you describe that one instance?

23         A.   One detainee refused to clean and told

24  the GEO guard that he was going to not clean because

25  he was no janitor and that he was not being paid for

1  that type of job and that they had to hire someone to

2  do that.

3            And the GEO guard took out a bag, a

4  trash bag, and shown it to him and rolled it out the

5  roll, and stretched it out, and said, "Well, let's

6  make it easier.  Here's your bags," trying to give it

7  to him.  And he said, "Just pack your stuff because

8  you're going to go to the hole.  Because this is on

9  the handbook.  This is on the handbook, so it's not

10 something that you can fight for.  Just here's your

11 bag and go to the hole."  And --

12            Q.    What was the name of the detainee?

13            MR. FREE:  Counsel, I don't think he was

14 finished with his answer.

15            MS. SCHEFFEY:  Okay.  I'm sorry.

16            A.    And there was actually a second time

17 where --

18            Q.    (BY MS. SCHEFFEY)  Can you -- can we

19 table the second time so we can just go through the

20 first one and then we'll go to the second one?

21            A.    Okay.

22            Q.    Because I want to just talk about this

23 one instance here where it says there's one instance.

24 So what was the name of the detainee at that one

25 instance?

 1          A.    I don't remember.

 2          Q.    **Was it Mr. Valerga?**

 3          A.    No.

 4          Q.    **Was it Mr. Menocal?**

 5          A.    No.

 6          Q.    **Was it Mr. Brambila?**

 7          A.    No.

 8          Q.    **Okay.  And do you know the name of the**

 9  **guard or officer?**

10          A.    Yeah.  The name of the guard is Officer

11  Sanchez.

12          Q.    **Okay.  Is that the same Mr. Sanchez you**

13  **mentioned earlier?**

14          A.    Yes.

15          Q.    **Do you know his first name?**

16          A.    No.  They only carry their last names.

17  We don't know their first names.

18          Q.    **Could you describe him to me?**

19          A.    He's Mexican.  He's like about

20  five-four, light-skinned, kind of chunky.

21          Q.    **Okay.**

22          A.    Yeah.

23          Q.    **Were there any other Officer Sanchezes**

24  **that you remember?**

25          A.    No.

Case No. 1:14-cv-02887-JLK-CYC    Document 336-4    filed 10/26/20    USDC Colorado
pg 10 of 41

Hugo Hernandez-Ceren   06/24/2020      Non-ConfidentialPage 77
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1      Q.   I asked just because that's a, you know,

2    maybe a common last name.

3      A.   Yeah.

4      Q.   So it was Mr. Sanchez.  Was the detainee

5    sent to segregation?

6      A.   No, because he started cleaning right

7    away.

8      Q.   Okay.  And did Mr. Sanchez threaten to

9    turn off the TV before or any other threatened

10   punishment before threatening segregation?

11     A.   Yes.  I mean, the TVs don't go on.  If

12   the detainee doesn't start cleaning or doesn't -- they

13   refuse to clean, the TVs and the phones don't go on.

14     Q.   Okay.  So after everyone finishes

15   cleaning, then they turn on the TVs and you can watch?

16     A.   Yes, correct.

17     Q.   Were there certain shows that you liked

18   to watch?

19          MR. FREE:  Objection, relevance.

20     A.   No, just any random thing on TV.

21     Q.   (BY MS. SCHEFFEY)  Okay.  So was there a

22   rush to get, you know -- I don't know, Judge Judy is

23   on at 9:00, and everyone wants to get in.

24     A.   No.

25     Q.   No?

1        A.   No.  Not like that, no.  But --

2        Q.   Okay.  Would other detainees volunteer

3    to clean, if someone refused, in order to get the TVs

4    turned on?

5             MR. FREE:  Objection, form.

6        A.   To the best of my knowledge, yeah,

7    sometimes they will -- somebody will jump in just so

8    we can get the TVs on and phones and, you know,

9    take -- take care of it.

10       Q.   (BY MS. SCHEFFEY)  Okay.  So then I know

11   you wanted to tell me about a second instance.  Can

12   you tell me what happened on that instance, and if

13   possible, tell me the name of the detainee, if you

14   remember, and the name of any officers.

15       A.   Well, there was this other incident with

16   this detainee where he was refusing, and then everyone

17   got involved, and it was like, oh, well, nobody really

18   wants to clean, and the GEO guard felt like he -- he

19   didn't know what to do, so he called a sergeant.  And

20   this is a GEO sergeant.

21            And the sergeant came in and called a

22   meeting for everyone and got everybody together, and

23   stated that, "Okay.  If you refuse to clean, you will

24   be sent to the hole.  If you refuse to listen to the

25   guard, you will be sent to the hole.  And that's not a

1   place where you want to be at because it's cold in

2   there.  You're going to lose your privileges.  No

3   commissary, no visitation, no rec yard.  You're not

4   going to get enough showers in there.  You're going to

5   be lonely.  It's pretty cold.

6              "But the most important thing about this

7   is that I'm going to make sure that GEO sends their

8   documents to the court, and you're fighting your

9   cases, so you do not want to look bad.  Already you

10  look bad with the red uniform on, and now you're going

11  to look even worse because you're coming from the

12  hole.

13             "And we're going to make sure that those

14  documents get there to the judge, and the judge is

15  going to see if she wants to leave you here in the

16  country, so you can go back to your family, or they

17  can remove you.  But you're not going to look good

18  when this gets to the judge."

19       Q.   And I don't want to cut you off.  Is

20  that it?  I have a few follow-ups.

21       A.   Yeah, yeah, that's it.

22       Q.   What was the name of the officer in that

23  instance, do you recall?

24       A.   That's a -- that's a sergeant.  I don't

25  remember --

1        Q.    Well, you described an officer first who

2     called the sergeant.  Do you remember that name?

3        A.    Yeah, that was Sanchez.

4        Q.    Okay.  So that was Sanchez again?

5        A.    Yeah.

6        Q.    And do you know the name of the sergeant

7     who was called?

8        A.    No, I don't remember his name.

9        Q.    And do you know the name of any of the

10    detainees who were refusing to clean?

11       A.    Well, it was mostly everyone.  Everyone

12    just felt that they didn't want to clean.

13       Q.    Was Mr. Menocal refusing to clean?

14       A.    Yes.

15       Q.    Was Mr. Brambila refusing to clean?

16       A.    Yes.

17       Q.    Was Mr. Valerga refusing to clean?

18       A.    Yes.

19       Q.    Were you refusing to clean?

20       A.    Yes.

21       Q.    Okay.  And that was a time when you guys

22    all were housed together in the A Pod; is that

23    correct?

24       A.    Yes.

25       Q.    So we went over a little bit here that

1    you had agreed to, you know, provide full and accurate

2    answers in these interrogatories.  Can you tell me why

3    you didn't put that description in response to

4    Interrogatory No. 27 here?

5              MR. FREE:  Objection, misstates

6    testimony.  Also, for the record, these interrogatory

7    responses have been supplemented.

8              You can answer without revealing

9    attorney-client communications.

10             MS. SCHEFFEY:  Yeah.  And, Andrew, can

11   you also put on the record the date they were

12   supplemented so that I know what you're referring to?

13             MR. FREE:  I believe we served his

14   signed rogs on Monday pursuant to the parties'

15   stipulation.

16             MS. SCHEFFEY:  Yeah, those are for a

17   different set of interrogatories.

18        Q.   (BY MS. SCHEFFEY)  You can answer why --

19   why you did not put that description in here in

20   response to Interrogatory No. 27.

21        A.   The reason why is because, I mean, I

22   wasn't remembering everything.  You know, at that --

23   at that moment, I didn't remember everything.

24        Q.   Okay.  Then I'm going to ask you about

25   one more question before we take a break, one more

 1          A.    No.

 2          Q.    Okay.  So then No. 43, there's another

 3    description here of a meeting with a sergeant.  Is

 4    that the same meeting you described earlier?

 5          A.    Yes.

 6          Q.    So this meeting, to your knowledge, only

 7    happened on one occasion?

 8          A.    Yes.

 9          Q.    And was there a reason that everyone was

10    refusing to clean at that point?

11          A.    I don't remember the reason why.  They

12    just -- they were just refusing.  I believe they were

13    new detainees that had come in brand-new, and most of

14    them didn't want to clean, and then everybody just

15    joined in, and just everybody didn't want to clean.

16          Q.    And do you know if that was before or

17    after this lawsuit was filed?

18          A.    To the best of my recollection, it was

19    before.

20          Q.    Okay.  And approximately what month do

21    you think this happened?

22          A.    Maybe a month or two when I got there.

23          Q.    Okay.  So about a month or two after you

24    got there, there was a meeting where you were told of

25    this consequence?

1          A.    Yes.

2          Q.    And on that occasion, you refused to

3    clean?

4          A.    Yes.

5          Q.    And were you placed in solitary

6    confinement or segregation?

7                MR. KOSHKIN:   Objection, asked and

8    answered.

9          A.    No.

10         Q.    (BY MS. SCHEFFEY)   Okay.   And I think we

11   can be done with this document for now, then.

12               So I'm going to just talk to you for a

13   minute and get away from documents because I'm sure

14   you've had enough of seeing them for a bit.

15               While you were detained, was there a way

16   that you could file a grievance or bring an issue to

17   the attention of the facility?

18         A.    Yes.

19         Q.    And is that called a kite?

20         A.    Yes.

21         Q.    Did you ever file any kites?

22         A.    Yes.

23         Q.    Why did you file kites?

24         A.    Kites is when you're requesting like

25   paper, batteries, you want postage to be placed on

1    your mail, or when you're asking for information.

2         Q.    When you say "asking for information,"

3    what -- what would that entail?  What kind of

4    information would you be asking for?

5         A.    Let's say when you needed, like, an

6    address, and you -- like you need an address or for a

7    court or something, and they will write you back with

8    an address on it.

9         Q.    Okay.  Did you ever file a kite to

10   complain about being required to clean up after

11   yourself?

12        A.    No.

13        Q.    Did you ever file a kite to complain

14   about having to clean up after meals?

15        A.    No.

16        Q.    Did you ever file a kite about the

17   amount you were paying -- being paid in the Voluntary

18   Work Program?

19        A.    No.

20        Q.    Okay.  And what about medical care:  Did

21   you receive medical care while you were detained?

22        A.    Yes.

23        Q.    Okay.  What kind of medical care did you

24   get?

25        A.    I have asthma, so I will get my inhaler;

 1   you know that you -- you're going to be here for a

 2   minute, right?  This is going to take a minute."

 3              And when you ask them, "What's a

 4   minute?" they're already telling you it's going to be

 5   at least a year, because red suits automatically do a

 6   year because they don't have no, like, easy, when you

 7   go to the judge, you see the judge.  With this type of

 8   uniform, it makes it harder for you to get, like, a

 9   bond.

10        Q.   Was your immigration case pending at the

11   time that you were in the Aurora facility?

12        A.   Yes.

13        Q.   Were you fighting it like the guard

14   suggested?

15        A.   Yes.

16        Q.   Did you know that if you lost your case,

17   you could be deported from the United States?

18        A.   Yes.

19             MS. SCHEFFEY:  Object to form and

20   leading.

21        A.   Yes.

22        Q.   (BY MR. KOSHKIN)  Did you know whether

23   you would be deported?

24        A.   No.

25        Q.   Did you think about your immigration

  1    proceedings while you were in Aurora?

  2         A.   Yes.

  3         Q.   How often?

  4         A.   Every day.  Every day.

  5         Q.   You described the layout of your cell

  6    earlier today, and you mentioned that there were three

  7    other detainees in the cell with you as well as a

  8    toilet, beds.  Was there any privacy in the cell?

  9              MS. SCHEFFEY:  Object to form.

 10         A.   No.

 11         Q.   (BY MR. KOSHKIN)  Was there any privacy

 12    when you used the restroom?

 13         A.   No.

 14         Q.   Did you -- do you know the other

 15    detainees that were in the cell with you before you

 16    came to Aurora?

 17         A.   No.

 18         Q.   Earlier today you also described a

 19    common area.  Where was the common area relative to

 20    the cell where you slept?

 21              MS. SCHEFFEY:  Object to form.  You may

 22    answer.

 23         A.   The common area is right outside the

 24    cell.  That's where you have the tables, TVs, phones,

 25    microwave, the kiosk for commissary, your shower, and

1   your rec -- your rec yard.

2          Q.   (BY MR. KOSHKIN)  What was in the -- oh,

3   I'm sorry.  Go ahead.

4          A.   No, I was done.

5          Q.   Okay.  What was in the rec yard?  What

6   did -- what did it look like?

7          A.   The rec yard is a white box just like

8   this where I'm at right now.  It is all concrete.  It

9   only has one basketball court.  On the top you can get

10  air because it's open.  It has bars and squares, so

11  you can get air, but it's just extremely cold, so you

12  don't want to be there neither.  It only has one

13  pullup bar, one basketball court, and that's about it.

14         Q.   How often -- how often could you access

15  the common area?

16         A.   As long as your door was open, when

17  there was no count, you can go to the common area.

18         Q.   How often was your door open?

19         A.   The door opens -- usually opens up for

20  breakfast between 5:00 and 5:30, I believe.

21         Q.   And when does it close?

22         A.   I believe it's during the last count,

23  which is 9:00 to 10:00, and then it closes.

24         Q.   What is count?

25         A.   Count is when you have to be inside, and

1   the officer -- the GEO guard passes by and counts each

2   detainee door by door.

3          Q.   And did you have to be in your cell

4   during that time?

5          A.   Correct.

6          Q.   Could you leave your cell during that

7   time?

8          A.   I'm sorry, I didn't --

9          Q.   Could you leave your cell during the

10  count time?

11         A.   No.

12         Q.   How did you use the common area?

13         A.   I'll use a table to watch TV, do my

14  legal paperwork, sometimes use the phone.  I will go

15  ahead and check for updates on commissary, see if they

16  added a new -- like a new product.  So I used a

17  microwave for my coffee, and again, used the -- used

18  the table to conversate with other detainees.

19         Q.   You mentioned checking to see if there

20  were new items in commissary.  What is commissary?

21              MS. SCHEFFEY:  Object to form.

22         A.   Commissary is -- it's a kiosk where you

23  can buy like Hot Cheetos, pork rinds, honey buns,

24  candy, coffee, creamer, sugar, tortillas, hot sauce,

25  hot pickles.  Sometimes you can buy shorts, a shirt,

1    money but weren't able to purchase commissary?

2         A.   Yes, because GEO uses money orders, and

3    money orders usually take a long time.  Sometimes they

4    don't make it in time through the mail, so you're --

5    you skip the commissary because they don't get there

6    in time.

7         Q.   Now, where did you get the money to

8    purchase goods from commissary?

9         A.   Through family, friends, and working at

10   the library.

11        Q.   So earlier when you were talking with

12   Ms. Scheffey, you -- you went through sort of what a

13   typical -- a typical day looked like.  I just wanted

14   to ask you about a couple parts of your day.

15             So you mentioned that you would start

16   your day at 5:00 a.m. with breakfast.  What time did

17   you usually eat breakfast?

18        A.   Between 5:00, 5:30.

19        Q.   Would you ever eat breakfast later?

20             MS. SCHEFFEY:  Object to form.

21        A.   Well, I usually store my food, but -- I

22   will store my food for later.

23        Q.   (BY MR. KOSHKIN)  Why would you store it

24   for later?

25        A.   Because it was just way too early to eat

```
 1   at that time, 5:30 in the morning, so I just stored it

 2   for later.

 3          Q.   What time was lunch?

 4          A.   I believe it was around 12:00.

 5          Q.   And what about dinner, what time was

 6   dinner?

 7          A.   Dinner, I believe it was like around

 8   5:00.  Sometimes it varies because it wasn't normally

 9   at times that it was supposed to be.  Sometimes we

10   would get it 5:00, 5:30, sometimes 6:00.  Sometimes it

11   will take more than that.

12          Q.   Do you know why it varied so much?

13          A.   Because sometimes the kitchen will be

14   off or sometimes the count messed it up or they had to

15   do recount, so it messed everything up for everybody

16   else.  It kept messing it up.

17          Q.   How did the variability of the timing of

18   dinner impact you?

19          A.   Well, typically -- it made a difference

20   because, I mean, I would wait for my law library time,

21   but at that time, I wouldn't go exactly at the time

22   because sometimes we have to go at 7:00, so it kind

23   of -- it did throw it off.

24          Q.   When -- for these meals, how much food

25   were you allowed to take?
```

 1                    MS. SCHEFFEY:  Object to form.

 2          A.    Only one tray.

 3          Q.    (BY MR. KOSHKIN)  Was the amount on the

 4    tray enough to fill you up?

 5                    MS. SCHEFFEY:  Object to form.

 6          A.    Not really.

 7          Q.    (BY MR. KOSHKIN)  Could you take more if

 8    you were still hungry?

 9          A.    No.

10          Q.    What would you do if you were still

11    hungry?

12          A.    Go see if you -- if you had any

13    commissary, then you would go cook something from your

14    commissary box.

15          Q.    What kind of food did they serve you?

16          A.    Sometimes burgers, hot dogs, meatballs,

17    spaghetti, beans, potato, sometimes cake.  You always

18    get a milk, fruit.  Normally you get a milk and, I

19    believe, a banana and some overcooked veggies.

20          Q.    Did you like the food?

21          A.    Sometimes, not always.

22          Q.    You also -- when you talked about, you

23    know, a typical day, you mentioned that there were --

24    there was a guard in your -- in your dorm; is that

25    right?

1          A.   Yes.

2          Q.   How many guards were stationed in your

3    dorm?

4          A.   Just one.

5          Q.   Was it the same guard every day?

6          A.   No.

7          Q.   How many different guards supervised the

8    dorm while you were in Aurora?

9               MS. SCHEFFEY:  Object to form.

10         A.   Usually it's one, but sometimes they

11   would cover them for breaks or restroom breaks, and

12   then you would get another one to come in, but it

13   changes every day.

14         Q.   (BY MR. KOSHKIN)  And so because it

15   changed every day, were there many different guards

16   that supervised your dorm?

17         A.   Yes.

18         Q.   And do you remember every single one of

19   those guards?

20         A.   No.

21         Q.   How often did you interact with the

22   guard supervising your dorm?

23         A.   Maybe once or twice.

24         Q.   Per day, per week?

25         A.   Per day, when they were on shift.

```
 1   a Marine, and he's a veteran from Vietnam.  And when I

 2   told him I wanted to be a Marine, and he started

 3   explaining to me about the military and, you know,

 4   that it's good that I want to be in the military and

 5   fight for the country.  And we became real close

 6   because of the military, you know.  And he would tell

 7   me most of the time good luck with my case and

 8   hopefully I get out and -- and, you know, become

 9   military, you know.

10        Q.   (BY MR. KOSHKIN)  Why did you want to

11   join the military?

12        A.   The reason why I wanted to join the

13   military is because to -- to me, I mean, I've been

14   here since I was a baby, and to me, this is my

15   country, and all I want is to serve my country and

16   be -- be part of my country because I believe this is

17   my country, you know.

18        Q.   So when you were -- why did you take the

19   job in the library?

20        A.   Give me a second, please.

21        Q.   Take your time.

22             MS. SCHEFFEY:  I'm also going to object

23   that this is asked and answered.

24        A.   Can you repeat the question, please?

25        Q.   (BY MR. KOSHKIN)  Why did you take the
```

1    job working in the library?

2        A.    Because I was afraid of getting

3    deported, and I needed access to legal materials.

4        Q.    How did it make you feel that you were

5    only paid a dollar a day for your work there?

6            MS. SCHEFFEY:  Object to form.

7        A.    It made me feel angry because I know

8    that paralegals and any librarian out there is not

9    getting paid a dollar a day for what they're doing.

10        Q.    (BY MR. KOSHKIN)  Did you ever complain

11    about the wage?

12            MS. SCHEFFEY:  Object to form and asked

13    and answered.

14        A.    No, because the one dollar is not

15    negotiable.

16        Q.    (BY MR. KOSHKIN)  You also talked

17    throughout the day today, and you mentioned in your --

18    when you explained a typical day at the facility, how

19    you spent some time cleaning up the common area; is

20    that right?

21        A.    Correct.

22            MS. SCHEFFEY:  Object to form.

23        Q.    (BY MR. KOSHKIN)  How did you know that

24    you had to clean the common area?

25        A.    Because the GEO guard will tell you by

1  choosing the cells, and that's how you know that you

2  had to go and clean the common area.

3       Q.   Did you say -- when the GEO guard told

4  you you had to clean, did you say no?

5       A.   No.

6            MS. SCHEFFEY:  Object to form.

7       A.   No, because it was mandatory.

8       Q.   (BY MR. KOSHKIN)  How did you know that

9  it was mandatory?

10       A.   Because the GEO guard would tell you

11  that it's in the handbook, and if you refuse, you were

12  going to be sent to the hole.  And the first thing to

13  that is he's going to show you that two bags or give

14  you a bag so you can pack your stuff and go to the

15  hole.  So it's mandatory.

16       Q.   Did you ever see a guard bring out the

17  trash bag like you just described?

18       A.   Yes.

19            MS. SCHEFFEY:  Object to form.

20       A.   Yes.

21       Q.   (BY MR. KOSHKIN)  What did the guard say

22  when he did that?

23       A.   Well, when one of the detainees said,

24  "No, I'm not a janitor.  I'm not doing this because

25  I'm not a janitor," well, one of the GEO guards said,

```
 1    "Okay.  Well, let's not argue anymore.  Let's make it

 2    easy.  And here, here you go," and just stretched out

 3    two bags, the big garbage bags, and said, "Here."

 4    Ripped them off and then said, "Here.  Then let's make

 5    it easier.  I mean, you don't want to do it, you can

 6    just go to the hole.  It's -- it's simple."  And the

 7    detainee eventually started just cleaning.

 8            Q.    What was the guard's tone like when he

 9    told the detainee?

10            MS. SCHEFFEY:  Object to form.

11            A.    He was like -- like sort of angry, but

12    more like -- like when someone is, like, being

13    sarcastic and, like, "Here," aggressive.

14            Q.    (BY MS. SCHEFFEY)  Was the guard -- was

15    the guard looking at the detainee when he said that?

16            A.    Yes, yes.

17            Q.    How was he looking at him?

18            A.    Well, he will point him out, like

19    saying, "Okay.  Well, here -- here's your bag, and

20    pack it up," and like, "We're not going to argue

21    anymore.  We're not going to argue.  Let's just make

22    it easy.  Either you start or the common area will not

23    open until it's done."

24            So -- and then other detainees will

25    start complaining and start telling you, "Just go
```

ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1    ahead.  Just do it.  Do it," and, you know, fall in

2    and start cleaning.  Eventually you'll start cleaning

3    because, I mean, now you have not only that, that the

4    GEO guard is telling you, but now you have everybody

5    else on you, telling you that you have to clean it and

6    just go forward.

7          **Q.   When the GEO guard showed you the trash**

8    **bag, what was he implying?  What was your**

9    **understanding of what the guard was implying?**

10               MS. SCHEFFEY:  Object to form.

11         A.   The bag simply means, "Pack your stuff.

12   You're going to the hole."  That's what that means.

13         **Q.   (BY MR. KOSHKIN)  Was the time you just**

14   **described with the detainee that didn't want to be --**

15   **that he wasn't a janitor, was that the only time you**

16   **ever saw the guard bring out the trash bag?**

17         A.   I saw it multiple times with different

18   guards where they -- where they show the bag or they

19   at least will show you the roll.

20         **Q.   Well, what did they say?  Can you**

21   **describe another incident?  What did the guard say?**

22         A.   Another guard said, "Okay.  Well, here,"

23   and just put the entire roll on top of the -- his

24   desk.  He said, "Hey, if you don't -- if you don't

25   want to do it, well, let's just start counting," and

 1   put the -- put the roll right on top.  And, you know,

 2   the roll means the garbage bag and the garbage bag

 3   means the hole.  So we all knew what was that roll

 4   about or the garbage bag.

 5        Q.   And was there any other way that you

 6   knew that the cleaning was mandatory?

 7             MS. SCHEFFEY:  Object to form.

 8        A.   Just by the GEO guard and the handbooks

 9   and --

10        Q.   (BY MR. KOSHKIN)  You mentioned earlier

11   today a story where a sergeant came and spoke to your

12   pod.  Did the sergeant tell you that -- in that story

13   you mentioned, the sergeant told you that if you

14   didn't clean, you would go to the hole.  From that,

15   did you understand that you had to clean or otherwise

16   go to the hole?

17        A.   Yes.

18             MS. SCHEFFEY:  Object to form, leading,

19   and misstates prior testimony.

20        A.   Yeah, that will be -- that will tell you

21   completely that it was mandatory, because now it's --

22   it's a sergeant telling you, and that -- that will

23   definitely show you that it's really mandatory.

24        Q.   (BY MR. KOSHKIN)  When you had to clean

25   due to this mandatory cleaning, what did you clean?

1        MS. SCHEFFEY:  Object to form.

2        A.    You have to grab anything.  Either you

3   wipe the tables, you mop, you sweep, you squeegee, you

4   clean the rec yard, wipe the -- the phones, clean the

5   microwave, change the garbage bag, clean the showers,

6   disinfect the showers, pick up all the trash, like the

7   toothpaste, the shampoo -- the shampoo bottles.  And

8   that's -- that's about it.  That's all the things.

9   That's about it.

10       **Q.    (BY MR. KOSHKIN)  When you say you**

11  **cleaned the rec yard, for example, what did -- what**

12  **did that entail?**

13       A.    The rec yard, you have to sweep it, just

14  pick up any -- any trash, mostly sweep it.

15       **Q.    Was it a large space?**

16       A.    Not that much.  It was -- it was a small

17  space, just similar to this, just way bigger.  You can

18  probably fit probably maybe 10, 15 people in there,

19  but it's -- it's a small, little box.

20       **Q.    What material is the floor that you were**

21  **sweeping?**

22       A.    Concrete.

23       **Q.    Was there usually a lot of trash?**

24       MS. SCHEFFEY:  Object to form.

25       A.    Sometimes.

1     Q.    (BY MR. KOSHKIN)  What about cleaning

2     the phones:  What did you have to do to clean the

3     phones?

4          A.    You have to disinfect the phones and

5     wipe the phones and wipe the stalls too.  Like the

6     dividers, you have to wipe those too.

7          Q.    What did you use to wipe those?

8          A.    Usually, you'll get the -- the -- the

9     window cleaner, and that will be -- that same cleaner

10     will be for tables, microwave, everything.  That

11     window cleaner was for everything.

12          Q.    And you mentioned the microwave again.

13     What did you -- what did cleaning the microwave

14     require?

15          MS. SCHEFFEY:  Object to form.

16          A.    You have to disinfect the microwave,

17     spray the inside and wipe it and then close it and

18     then spray the outside and wipe it.

19          Q.    (BY MR. KOSHKIN)  You also mentioned

20     sweeping, mopping, and squeegeeing the floor.  Can you

21     describe what those terms mean?

22          A.    Well, first you've got to sweep the

23     entire floor, and then -- then you've got to mop it,

24     and then since it's dry and that type of floor doesn't

25     dry that fast, because it's full of wax, so it won't

 1    dry fast, so then you have to squeegee the water to

 2    one of the drains and then let it -- let it dry.

 3            Q.    You also mentioned cleaning the showers.

 4    Can you describe what that process was like?

 5            A.    The showers -- the showers have

 6    curtains.  You have to spray the showers to disinfect

 7    the curtains, and you have to spray the showerheads,

 8    the buttons, the little space where you put your soap,

 9    and then you've got to -- you've also got to sweep it,

10    pick up all the empty shampoo bottles, toothbrushes,

11    stuff like that.

12            Q.    Were these all messes that you made?

13            MS. SCHEFFEY:  Object to form.

14            A.    No.

15            Q.    (BY MR. KOSHKIN)  Were they messes that

16    other detainees in the dorm made?

17            A.    Yes.

18            Q.    How long did all this cleaning take?

19            A.    About an hour -- about an hour to an

20    hour 30 minutes sometimes.

21            Q.    Were you able to use the common area if

22    you weren't cleaning, during the cleanup time?

23            A.    No.

24            Q.    And how often did you participate in the

25    cleanup?

```
1            A.   About twice a week, depending on the --

2    on the -- on the size of the dorm.  If it was full,

3    maybe once.  If it's not full, twice.

4            Q.   Why did you do this cleaning?

5            A.   Because I was afraid about my

6    immigration case.  I was afraid about my immigration

7    case, so I wouldn't -- you know, I believe that I had

8    to because of my immigration case.

9            Q.   What was the connection between your

10   immigration case and the cleaning?

11           A.   Well, like the sergeant said, if you go

12   to the hole, that's going to follow you to the

13   immigration judge, so I was avoiding going to the hole

14   or getting any new write-ups or, you know, getting in

15   trouble.

16           Q.   Were you ever sent to the hole in

17   Aurora?

18           A.   No, no.

19           Q.   Were you aware of what the hole was?

20           A.   No.

21           Q.   You weren't aware of what the hole was?

22   Is that what you said?

23           MS. SCHEFFEY:  Object to form, and asked

24   and answered.

25           A.   What was the question?
```

ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1        Q.    (BY MR. KOSHKIN)  Were you aware of what

2   the hole was?

3        A.    Yes.

4        Q.    How did you know what the hole was?

5        A.    By other detainees and GEO guards.

6        Q.    What did the guards tell you about the

7   hole?

8        A.    They would tell you how you don't want

9   to be in there because it's cold; you're going to be

10  lonely; you're going to lose commissary; you're going

11  to lose rec yard; you were going to lose visitations;

12  and you were not going to be able to sleep; you were

13  not going to be able to talk to others, sort of thing,

14  yeah; and that it was a terrible place to go to.

15       Q.    What was your reaction to the guards

16  telling you this?

17       A.    It was -- it was a place where I'm -- I

18  wasn't going to try to go to, you know.

19       Q.    Why not?

20       A.    Well, because it was going to damage my

21  immigration case.  If -- if I went to the hole, it was

22  just going to damage my immigration case, and that's

23  something that I don't want.  I mean, I do want to

24  fight my case and be released to my family.  That's

25  not something I want to do where I want to get in

1    trouble.

2            Q.    We talked earlier about a couple people

3    that you knew who went to the hole for fighting.  And

4    did you interact with those people regularly in the

5    dorms?

6            A.    Yes.  We talked.

7            Q.    Did you know that they were -- when they

8    were sent to the hole?

9            A.    Yes.

10           Q.    Did they return back to the dorm after

11   they were sent to the hole?

12           A.    Yes.

13           Q.    Did you interact with them after they

14   returned from the hole?

15           A.    Yes.

16           Q.    Did you discuss their experience in the

17   hole with them?

18           A.    Yes.

19           Q.    What did they tell you about the hole?

20           A.    They said it was a lonely place.  They

21   were scared of being there.  That you were going to be

22   starving; that you didn't have no commissary; you

23   didn't get no visits; and you feel like you're losing

24   your mind because you're -- you can't go out from your

25   cell.  So you've got to be locked in in your cell, so

1    it's -- that they were losing their mind in there.

2    And that you were not going to sleep because the light

3    was, like, bright, so you can't sleep in there, and

4    it's cold.

5           Q.    How did hearing about that experience

6    make you feel about the hole?

7           MS. SCHEFFEY:  Object to form and object

8    that it calls for hearsay.

9           A.    Same.  I mean, it's -- it's a place

10   where I don't want to go to.

11          Q.   (BY MR. KOSHKIN)  Did you -- you said

12   earlier that you -- you interacted with them after

13   they returned from the hole.  Did you observe any

14   changes in their behavior?

15          MS. SCHEFFEY:  Object to form.

16          A.    Yes.

17          Q.   (BY MR. KOSHKIN)  What sort of changes?

18          A.    I seen it how they were really skinny;

19   they had lost a lot of weight.  They wouldn't talk to

20   other people anymore.  They seemed afraid.  They --

21   they became antisocial.  They were -- they were not

22   trying to be violent anymore or trying to cause any --

23   any fights.  They were just trying to go by the rules

24   now.

25          Q.    How did seeing these behavioral changes

1    make you feel?

2         A.   It's -- it's enough for me not to want

3    to go to the hole.

4         Q.   Yeah, what -- and so what was your kind

5    of overall impression of the hole itself as a place

6    based on, you know, what you heard from these guards,

7    from these other detainees, and what you observed?

8              MS. SCHEFFEY:  Object to form, asked and

9    answered, and specifically calls for hearsay.

10        A.   I was afraid and, of course, it was a

11   place where I was trying to avoid.  I mean, that --

12   that was -- that was going to destroy my immigration

13   case if I went there.

14             MR. KOSHKIN:  All right.  I think that's

15   everything that I have.  Could we just take a quick

16   break so that I can confer with Andrew for a second to

17   see if there's anything else?

18             MS. SCHEFFEY:  Yeah.  And then

19   afterwards, I'm going to want to recross.

20             THE VIDEOGRAPHER:  The time is 8:36 p.m.

21   GMT, and we are off the record.

22             (Recess taken, 8:36 p.m. to 8:46 p.m.

23   GMT; 2:36 p.m. to 2:46 p.m. MDT.)

24             THE VIDEOGRAPHER:  The time is 8:46 p.m.

25   GMT, and we are back on the record.

ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1          Q.    (BY MR. KOSHKIN)   All right.

2    Mr. Hernandez, I just have one more -- a couple quick

3    more questions for you.

4               I'm going to start by introducing an

5    exhibit.  I'm going to upload it to the chat, and then

6    bear with me while I do the screen share piece as I

7    don't think I practiced this as much as Adrienne may

8    have.

9               MS. SCHEFFEY:  If I can help, let me

10   know.

11              MR. KOSHKIN:  No, I'm good.  I think

12   I -- you guys see it in the chat?

13              MS. SCHEFFEY:  No, not yet.  Oh, it's a

14   screen share?  Oh, in the chat first.

15              MR. KOSHKIN:  Just for you guys, it's in

16   the chat now.

17              MS. SCHEFFEY:  Hang on.  Let me --

18              (Deposition Exhibit 14 was remotely

19   introduced.)

20              MR. KOSHKIN:  And you can see I'm, like,

21   scrolling the document.  This is working correctly?

22              MS. SCHEFFEY:  Correct.

23              THE DEPONENT:  Yes.

24         Q.    (BY MR. KOSHKIN)  Okay.  So I'm

25   introducing a document which is Exhibit -- I don't

Case No. 1:14-cv-02887-JLK-CYC    Document 336-4    filed 10/26/20    USDC Colorado
pg 41 of 41

Hugo Hernandez-Ceren    06/24/2020    Non-ConfidentialPage 214
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1                  REPORTER'S CERTIFICATE

2  STATE OF COLORADO            )
                                )  ss.
3  ARAPAHOE COUNTY              )

4
             I, TRACY C. MASUGA, Registered
5  Professional Reporter, Certified Realtime Reporter,
   and Notary Public 19924005553, State of Colorado, do
6  hereby certify that previous to the commencement of
   the examination, the said HUGO A. HERNANDEZ-CEREN
7  declared his testimony in this matter is under penalty
   of perjury; that the said examination was taken in
8  machine shorthand by me remotely and was thereafter
   reduced to typewritten form; that the foregoing is a
9  true transcript of the questions asked, testimony
   given, and proceedings had.

10
             I further certify that I am not employed
11 by, related to, nor of counsel for any of the parties
   herein, nor otherwise interested in the outcome of
12 this litigation.

13           IN WITNESS WHEREOF, I have affixed my
   signature this 30th day of June, 2020.

14
             My commission expires April 24, 2024.

15

16  __X__ Reading and Signing was requested.

17  _____ Reading and Signing was waived.

18  _____ Reading and Signing is not required.

19

20

21           Tracy C. Masuga

22

23

24

25