# Exhibit 5

## E1-UNIT (SEG/SMU) ACTIVITY SHEET
### DATE: October 21, 2013

| CELL | ID# / NAME | DATE IN | # DAYS | STATUS | RELEASE DATE |
|---|---|---|---|---|---|
| 101-HC | | | | | |
| 102 | ▮▮▮▮▮▮ | 9/11/2013 | 37 | PROTECTIVE CUSTODY (Effective 9/13/2013) "peace & quiet" | PENDING |
| 103 | ▮▮▮▮▮▮▮ | 10/20/2013 | 1 | PENDING INVESTIGATION "insolence toward staff" | PENDING |
| 104 | | | | | |
| 105 | | | | | |
| 106 | ▮▮▮▮▮▮▮▮ | 09/15/2013 | 36 | PROTECTIVE CUSTODY "peace & quiet" | PENDING |
| 107 | ▮▮▮▮▮ | 3/2/2013 | 232 | PROTECTIVE CUSTODY "peace & quiet" | PENDING |
| 108 | | | | | |
| 109 | | | | | |
| 110 | | | | | |
| 111 | | | | | |
| 112 | | | | | |
| 113 | | | | | |
| 114 | ▮▮▮▮▮▮ | 6/20/2013 | 122 | PROTECTIVE CUSTODY "peace & quiet" | PENDING |
| 115 | | | | | |
| 116 | | | | | |
| 117 | | | | | |
| 118 | | | | | |
| 119 | | | | | |
| 120 | | | | | |
| 121 | | | | | |
| 122 | | | | | |
| 201 | | | | | |
| 202 | | | | | |
| 203 | | | | | |
| 204 | | | | | |
| 205 | | | | | |
| 206 | | | | | |
| 207 | | | | | |
| 208 | | | | | |
| 209 | | | | | |
| 210 | | | | | |
| 211 | | | | | |
| 212 | | | | | |
| 213 | | | | | |
| 214 | | | | | |
| 215 | | | | | |
| 216 | | | | | |
| 217 | | | | | |
| 218 | | | | | |
| 219 | | | | | |
| 220 | | | | | |
| 221 | | | | | |
| 222 | | | | | |
| 224(1) | | | | | |
| 224(2) | | | | | |
| 225(1) | | | | | |
| 225(2) | | | | | |

### FEMALES IN D2

| CELL | ID# / NAME | DATE IN | # DAYS | STATUS | RELEASE DATE |
|---|---|---|---|---|---|
| 101 | | | | | |
| 102 | | | | | |

GEO-MEN 00070692