# Exhibit 6

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

## *DEMETRIO VALERGA*

*10/27/2017*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1                P R O C E E D I N G S

2              (Exhibits 11 through 37 marked.)

3              THE VIDEOGRAPHER:  We're on the record

4    at 9:08 a.m.  Today is October 27, 2017.  This

5    begins the videotape deposition of Demetrio

6    Valerga in the matter of Menocal, et al. vs.

7    The Geo Group.

8              Will counsel please introduce

9    themselves and the parties they represent,

10   beginning with plaintiffs' counsel first.

11             MR. TURNER:  Good morning.  Andrew

12   Turner, the Kelman Beuscher Firm, representing the

13   plaintiffs.

14             MR. SELIGMAN:  David Seligman from

15   Towards Justice for the plaintiffs.

16             MR. DEACON:  Charlie Deacon,

17   representing the defendant, The Geo Group.

18             MR. EISMEIER:  Dana Eismeier,

19   representing Geo Group.

20             THE VIDEOGRAPHER:  Will the court

21   reporter please swear in the witness.

22                  DEMETRIO VALERGA,

23   being first duly sworn in the above cause, was

24   examined and testified as follows:

25

```
 1                      EXAMINATION
 2   BY MR DEACON:
 3       Q    Do you want me to address you as
 4   Demetrio or as Mr. Valerga?
 5       A    It doesn't matter with me.  It's fine.
 6       Q    Okay.
 7       A    Valerga, Mr. Valerga, Demetrio.  It's
 8   not an issue.
 9       Q    Okay.  Have you ever given a dep- --
10   deposition before?
11       A    No, I haven't.
12       Q    You understand you're sworn under oath
13   to tell the truth?
14       A    Yes.
15       Q    And if I ask a question you don't
16   understand, would you ask me to repeat?
17       A    Say again.  I'm sorry.
18       Q    If I ask you --  Perfect example.  If I
19   ask you --
20       A    I got you there.  No, I understand.
21       Q    Yeah, exactly.  All right.  All right.
22   Now, you actually spent time in administrative
23   segregation, correct?
24       A    Three weeks.
25       Q    Three weeks?
```

1    A    Yes.

2    Q    And you also spent time in disciplinary

3 segregation, correct?

4    A    Well, hold on a second.  Let's -- Let

5 me go back on that.  So administrative

6 segregation, I was there for a couple days, and

7 then they put me over to disciplinary segregation,

8 so . . .

9    Q    Okay.  Was that all one time?

10   A    That was all one time, yes.

11   Q    Okay.  So two days in administrative

12 segregation, correct?

13   A    Correct.

14   Q    Where is administrative segregation?

15   A    It's, like -- Do you want to know

16 exactly where in the building it is?

17   Q    Yes.

18   A    It's down, like their -- one of their

19 back hallways, and it's in the middle of the hall.

20 And then they have one segregation on the left and

21 one on the right.  I was on the -- the one on the

22 left.

23   Q    Okay.  Describe for me what it is like

24 or what it looks like compared to where you would

25 be in the pod.

1    A    Well, in the pod you were living with
2  three other people.  It's four --  There's
3  four-men rooms and there's eight-men rooms, so
4  you're living with three other people in one room.
5  And you're out all of the -- from when they let
6  you come out at 5:30, 6 o'clock, whatever time
7  they let you come out for breakfast, and then
8  you're out.  Then you go in for count, come back
9  out, and you're out all day long.
10            The administrative, they put you in a
11 cell by yourself.  You have your radio, your
12 canteen, and they bring you the phone whenever you
13 want when you're in the administrative side of --
14 but you have -- you're not out.  You're in that
15 room all day long.
16   Q    Is there just one room?
17   A    It's just --  Well, there's multiple
18 rooms.
19   Q    Okay.  Multiple rooms --
20   A    Yes.
21   Q    -- in administrative segregation?
22   A    Yes.
23   Q    Okay.  But it's the same physical
24 layout that the pod is in --
25   A    No, it's not.

1  were following the policies of ICE?

2      A    As far as I knew, I thought it was
3  their policy.

4      Q    Okay.  If it was ICE policy, do you
5  still think you should be suing The Geo Group?

6      A    Yes.

7      Q    Why?

8      A    Because they were threatening us -- to
9  take us to segregation.

10     Q    But you said you didn't care.

11     A    At that point, towards the end, I
12 didn't care.  At the beginning, I did care about
13 going to segregation.

14     Q    But I thought you had already been in
15 segregation for the altercation with the other
16 detainee?

17     A    But the altercation has nothing to do
18 with me cleaning.  That was something that we --
19 me and somebody had an argument about, and we
20 started spitting on each other.  So one thing has
21 nothing to do with the other.

22     Q    I understand, but I thought the time
23 that you told me about --  The only time that
24 someone --  And you described it as a black guard,
25 heavyset, about 5 - 7, 5 - 8, told you that he

1   would send you to segregation if you didn't clean
2   your area, right?
3        A    Correct.
4        Q    And then ICE came in and talked to you
5   and said, "Yeah, that's right.  You could, if you
6   didn't get" --  And you said "I don't care."
7        A    I didn't care at that point.
8        Q    Okay.  And that was after you were
9   already in segregation for the altercation,
10  correct?
11       A    Correct.
12       Q    All right.  And that was the only time
13  that that was ever said to you, right?
14       A    Yes.
15       Q    And that was --  Whatever the guard
16  told you was backed up by ICE, correct?
17       A    Yes.
18       Q    And at no time, though, were you ever
19  placed in segregation for not cleaning your area?
20       A    They put me in handcuffs and were ready
21  to take me.
22       Q    But they didn't?
23       A    No.
24       Q    All right. And you still refused to
25  clean?

1    A    Yes.

2    Q    And you -- in fact, you refused to
3  clean on multiple occasions?

4    A    Towards the end when I was getting
5  ready to walk out.

6    Q    How did you know you were getting ready
7  to walk out?

8    A    Because my habeas was in the federal
9  court; that's why.

10   Q    Who told you that if your habeas was in
11 federal court, you'd be able to walk out?

12   A    When I talked to my appeals attorney,
13 after he researched the -- my habeas, he said,
14 "You're most likely going to walk" -- "you're
15 walking out."

16   Q    Did anybody tell you that was the
17 reason why you walked out?

18   A    No. Nobody told me anything. They
19 just -- They couldn't get their -- They couldn't
20 get their documents, and they had to let me go.

21   Q    Who couldn't get their documents?

22   A    ICE.

23   Q    What documents are you --

24   A    From the consulate.

25   Q    From . . .

1   A      The Argentine consulate.

2   Q      Okay.  What documents were they waiting
3   for?

4   A      My travel documents, my passport.

5   Q      Oh, okay.  So that's why you didn't get
6   sent back to Argentina.  You never got your
7   passport or travel documents?

8   A      Correct.

9   Q      Okay.  Going back to you suing
10  Geo Group, do you know whether or not ICE requires
11  detainees to clean at -- and not get paid for it
12  at their other centers?

13  A      Not that I'm aware of.  I don't know.

14  Q      You don't know one way or the other?

15  A      No.

16  Q      All right.  Is there anything unique
17  about Aurora processing center that you believe
18  that sets it apart from any other ICE detention or
19  processing center?

20  A      I've never been to any other processing
21  centers, so I really don't know.

22  Q      Has anybody ever told you that there's
23  something different at Aurora than any other ICE
24  manual -- ICE facility?

25  A      No.

```
 1   questions now on redirect.  You're aware of

 2   asserting two different claims in this lawsuit; is

 3   that correct?

 4        A    Yes.

 5        Q    And what are you asserting for.  What

 6   are the two things you're talking about?

 7        A    The two claims we're suing is for the

 8   pay and for the -- being threatened to go to

 9   segregation.

10        Q    When you say "the pay," what do you

11   mean?

12        A    What we were being paid by Geo.

13        Q    And when you're talking about "being

14   paid by Geo," you're not talking about the

15   cleaning work, right?

16        A    No.

17        Q    What are you talking about?

18        A    About the $1.

19        Q    The $1 a day work program?

20        A    Yes.

21        Q    You just testified that you didn't

22   remember suing for that, right?

23        A    Yes.

24        Q    Why?

25        A    I was a little upset.
```

1    Q    What --  What upset you?

2    A    About Mr. Hill -- Officer Hill.

3    Q    So recounting your relationship with

4  Officer Hill kind of upset you?

5    A    Yes, it did.

6    Q    And you forgot?

7    A    To be honest with you, yes.

8    Q    Okay.  Before that, you had given

9  testimony about, shortly before you left the Geo

10 facility, refusing to clean.

11       Do you remember that?

12   A    Yes.

13   Q    Okay.  And when you refused to clean,

14 you were threatened with being sent to the hole

15 but not sent at that point; is that right?

16   A    Yes, that's correct.

17   Q    You said they cuffed you and got you

18 ready, but you didn't get sent?

19   A    They didn't send me, no.

20   Q    Before that, did you clean common

21 areas?

22   A    Yes.

23   Q    Why?

24   A    Because my cellie told me if we didn't

25 clean, we'd go to the hole.  That's when I

1    first -- first got there.

2         Q    So that's what your cellmates told you?

3         A    My cellmate told me.

4         Q    So that's how you first became aware of
5    the hole?

6         A    Yes.

7         Q    You've been in segregation?

8         A    Yes.

9         Q    Is -- Is it bad to be there?

10        A    It sucks.

11        Q    So it's something you want to avoid?

12        A    Yes.

13             MR. TURNER:  I don't think I have
14   anything further.  Thank you.

15                      EXAMINATION

16   BY MR. DEACON:

17        Q    So it was your cellmate or the cellie
18   that told you if you did not clean, then you would
19   go to segregation?

20        A    Yes.  Correct.

21        Q    Did he ever go to segregation?

22        A    No.

23        Q    And this -- When I asked you about
24   what you were suing for, and I specifically asked
25   you about the voluntary work program and being

1   paid $1 a day, you said you weren't suing for
2   that.
3           Do you recall that?
4       A   I recall that, but I was upset in the
5   same token, so . . .
6       Q   But then we took a break, and you got
7   to meet with your attorney, correct?
8       A   Correct.
9       Q   And then you came in, and now you're
10  saying you're suing over the pay?
11      A   Yes.
12      Q   But you knew when you signed up for
13  that that you were only going to be paid $1 a day,
14  correct?
15      A   Correct.
16      Q   And you signed up for that, and you
17  didn't have to do it if you didn't want to, right?
18      A   Correct.
19      Q   And if you decided you didn't want --
20  you did it for a week and you decided, "You know
21  what?  I'm not going to do this anymore," you
22  didn't have to, did you?
23      A   No.
24      Q   All right.  And you were told that the
25  maximum you'd get was $1 a day, correct?

```
 1   STATE OF COLORADO)
 2                   )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4         I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10         I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15         I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19         In witness whereof, I have affixed my
20   signature this 7th day of November, 2017.
21          My commission expires July 30, 2021.
22
23
                       _____
24                     Tracy L. Harris, CRR, RMR, RPR
                       216 - 16th Street, Suite 600
25                     Denver, Colorado  80202
```