# Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4  ALEJANDRO MENOCAL, MARCOS
    BRAMBILA, GRISEL XAHUENTITLA,
 5  HUGO HERNANDEZ, LOURDES
    ARGUETA, JESUS GAYTAN, OLGA
 6  ALEXAKLINA, DAGOBERTO              No. 14-CV-02887-JLK
    VIZGUERRA, and DEMETRIO
 7  VALERGA, on their own behalf
    and on behalf of all others
 8  similarly situated,

 9              Plaintiffs,

10        vs.

11  THE GEO GROUP, INC.,

12              Defendant.
    _____/
13

14

15
            DEPOSITION OF DAGOBERTO VIZGUERRA
16
                   Mexico City, Mexico
17
              Wednesday, February 21, 2018
18

19

20

21

22

23  REPORTED BY:

24  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25  Pages 1 - 110
```

```
 1       Q.  Do you recall if anybody else was there with you
 2  when Alejandro was talking about this lawsuit -- or
 3  bringing the lawsuit?
 4           MR. FREE:  Object to form.
 5           THE WITNESS:  Because --                              10:06:55
 6       Q.  BY MR. DEACON:  Who?
 7       A.  I don't know.
 8       Q.  You don't know.
 9       A.  Can you rephrase the question?  I didn't --
10       Q.  Yeah.  Who was there -- when Alejandro Menocal       10:07:04
11  was talking about bringing this lawsuit for more money,
12  for the voluntary work program, getting paid $1 a day,
13  who else was with you -- who else was he telling this do?
14           MR. FREE:  Object to form.
15           THE WITNESS:  I don't remember.                       10:07:20
16       Q.  BY MR. DEACON:  Was it more than just you?
17       A.  Yes.
18       Q.  Did you ever know Marcos Brambila?
19       A.  No, I don't remember.
20       Q.  How about Grisel -- I won't even try to              10:07:30
21  pronounce her last name.  Do you know a Grisel?
22       A.  No.
23       Q.  Did we decide it was "Z"?  How do you pronounce
24  it?  You're not going to help me.
25           How about Hugo Hernandez?                             10:07:44
```

```
 1        A.   I don't know.
 2        Q.   Okay.  Did you know Lourdes?
 3        A.   No.
 4        Q.   And you know Jesus.  How about Olga?  Did you         10:07:59
 5   know Olga Alexaklina?
 6        A.   No.
 7        Q.   And you don't know Demetrio?
 8        A.   I don't remember.
 9        Q.   Now, you mentioned that you -- you recall
10   somebody being placed in administrative segregation for        10:08:19
11   not cleaning.
12        A.   Yes.
13        Q.   But you don't remember their name?
14        A.   No.
15        Q.   When did this happen?                                 10:08:28
16        A.   It was, like, the second or the third day I was
17   in there.
18        Q.   The second or third day you were there?
19        A.   Yes.
20        Q.   Okay.  So -- all right.  Do you know how long        10:08:40
21   they stayed there?
22        A.   For a month.
23        Q.   A month?
24             Do you remember the guard that told them they
25   had to go to segregation?                                       10:08:57
```

```
 1       A.   There was different ones.
 2       Q.   You don't remember which one it was?
 3       A.   No.
 4       Q.   Other than that one individual that you said was          10:09:11
 5  placed in segregation two days after you got there, that
 6  you don't remember the name of, or the guard that you
 7  don't know, anybody else placed in segregation?
 8            MR. FREE:  Object to form.
 9            THE WITNESS:  Not that I know.
10       Q.   BY MR. DEACON:  Okay.  Under the next section,            10:09:28
11  Number 11 says, "Disciplinary Process."  Second paragraph
12  says, "If you are facing possible disciplinary action
13  involving a violation of the administrative rule, you
14  have a right to due process, including the right to have
15  any disciplinary matter resolved promptly."                         10:09:42
16            Did you understand that if you were placed in
17  segregation you had a right to an appeal?
18       A.   No.
19       Q.   All right.  You don't remember going through the
20  process, if you had any --                                          10:09:55
21       A.   No.
22       Q.   -- beef with anybody?
23       A.   No.
24       Q.   Do you know if this individual even exercised
25  his due process rights?                                             10:10:04
```

```
 1       A.  I don't know.
 2       Q.  Did you ever talk to this individual after he
 3  went to the segregation?
 4       A.  No.
 5       Q.  Did he ever return to your pod?                     10:10:12
 6       A.  Once.
 7       Q.  Okay.  But you never spoke to him?
 8       A.  No.
 9       Q.  If you turn to 83 -- turn a couple pages.  It's
10  Bates labeled 83.  It says, "Communication with Staff,"      10:10:39
11  Number 13.
12           Do you see that?
13       A.  Uh-huh.
14       Q.  It says, "You are encouraged to speak informally
15  with staff about everyday concerns and for information       10:10:49
16  about facility, policies and procedures."
17           Did you ever speak to the staff informally about
18  any of that?
19           MR. FREE:  Object to form.
20           THE WITNESS:  No.                                   10:11:00
21       Q.  BY MR. DEACON:  "Once each week ICE/ERO staff
22  will visit the facility and talk with detainees."
23           Did you ever speak to any ICE staff while you
24  were there?
25       A.  No.                                                 10:11:14
```

```
 1      Q.  Okay.  Did any of the requests you had for
 2  dental needs, were they taken care of at Aurora?
 3      A.  No.  It was in Adams County.
 4      Q.  Pardon me?
 5      A.  I think it was in Adams County where I had my                11:30:05
 6  tooth pulled out.
 7      Q.  I showed you one where you actually had it done
 8  in Aurora.  Do you remember that?
 9      A.  No.
10          MR. FREE:  Object to form.                                   11:30:19
11      Q.  BY MR. DEACON:  Okay.  Did you ever have reason
12  to sit down with a mental health professional, like a
13  counselor or anything like that?
14      A.  No.
15      Q.  Who were some of the detainees that shared a                 11:30:57
16  room with you at Aurora?
17      A.  Jesus and some other ones.
18      Q.  Who?
19      A.  Jesus.
20      Q.  Jesus?                                                       11:31:05
21      A.  Yes.
22      Q.  Anybody else you can remember?
23      A.  No.  I don't remember their names.
24      Q.  Do you remember the names of any of the officers
25  at Aurora, other than Officer Anderson?                              11:31:28
```

```
 1        A.   No, I don't remember.
 2        Q.   Pardon me?
 3        A.   No.
 4        Q.   Have you been in communication with any of the
 5   people that worked at Aurora since you left?                    11:31:48
 6        A.   No.  No.
 7        Q.   Okay.  What was -- what was it that you told me
 8   about Officer Anderson?  What did he do, or what did you
 9   give him?
10             MR. FREE:  Object to the form.                        11:32:02
11        Q.   BY MR. DEACON:  Do you remember?
12             MR. FREE:  Same question -- or same objection.
13             THE WITNESS:  I don't know.  I didn't understand
14   what you said.
15        Q.   BY MR. DEACON:  Bad question.  Thank you for          11:32:10
16   asking me to repeat it.
17             What do you remember about Officer Anderson?
18        A.   He was the laundry supervisor.
19        Q.   Laundry supervisor.  Thank you.  Okay.
20             Do you remember any of the officers that were in      11:32:32
21   your pod area?
22        A.   One, but I don't -- I don't remember his name.
23        Q.   Okay.  It was a male?
24        A.   Yes.
25        Q.   But you don't remember his name?                      11:32:46
```

```
 1        A.   No.
 2        Q.   Is there anything about that officer that is
 3   relevant to the claims you're making in this case.
 4             MR. FREE:  Object to the form.
 5             THE WITNESS:  They were sometimes screaming          11:33:00
 6   about going to segregation.
 7        Q.   BY MR. DEACON:  To who?
 8        A.   To all of us.
 9        Q.   For what?
10        A.   For not cleaning.                                    11:33:07
11        Q.   But to your knowledge, only one person ever --
12        A.   Yes.
13        Q.   -- went?
14             And that was the second day you were there?
15        A.   Yes.                                                 11:33:18
16        Q.   And at no time do you remember them ever turning
17   off the TV because people failed to clean; correct?
18        A.   I don't remember.
19        Q.   Okay.  But you don't remember this guard's name?
20        A.   No.                                                  11:33:33
21        Q.   Do you remember what he looked like?
22        A.   Yes.
23        Q.   What did he look like?
24        A.   He always wore a hat, and he was a tall white
25   dude?                                                          11:33:42
```

```
 1      Q.  Tall white dude?
 2      A.  Yes.
 3      Q.  When you say "tall," are you talking about over
 4  six feet?
 5      A.  A little bit shorter.                              11:33:47
 6      Q.  Pardon me?
 7      A.  A little bit shorter.
 8      Q.  Okay.  How tall are you?
 9      A.  5'4''.
10      Q.  5'4''.  Okay.                                     11:33:54
11          So he was something under six feet.  Do you
12  remember his age, approximate age?
13      A.  No.
14      Q.  Did -- do you remember the color of his hair?
15      A.  No.  He always wore a hat.                        11:34:05
16      Q.  A baseball cap?
17      A.  Yes.
18      Q.  Do you remember his size, build?  Was he heavy?
19  Was he skinny?  Was he medium build?
20      A.  Medium build.                                     11:34:16
21      Q.  Do you remember any of the other officers?
22      A.  No.
23      Q.  Do you remember any of the people that were
24  above the officers?
25          MR. FREE:  Object to the form.                    11:34:37
```

```
 1  STATE OF CALIFORNIA    ) ss:
 2  COUNTY OF MARIN        )
 3
 4          I, LESLIE ROCKWOOD ROSAS, CSR NO. 3452, do
 5  hereby certify:
 6          That the foregoing deposition testimony was
 7  taken before me at the time and place therein set forth
 8  and at which time the witness was administered the oath;
 9          That testimony of the witness and all objections
10  made by counsel at the time of the examination were
11  recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16          I further certify that I am neither counsel for
17  any party to said action, nor am I related to any party
18  to said action, nor am I in any way interested in the
19  outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21  this 1st day of March, 2018.
22
23
24                  _____
25                  LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```