# Exhibit 9

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### **Deposition**

## *JESUS YEPEZ GAYTAN*

*11/16/2017*

---

## *AB Court Reporting & Video*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1    A    The money didn't have -- it didn't show

2  up in the computers when it was supposed to.

3    Q    You got paid the next day --

4    A    No.

5    Q    -- $1.

6    A    No.  And it wasn't the next day that

7  you get paid.  It was each Friday.

8    Q    Each Friday you got paid?

9    A    Yeah.

10    Q    Okay.  And you're saying --  Is there

11  any time you didn't get paid when you were

12  supposed to be paid?

13    A    Yeah.

14    Q    When was that?

15    A    Three --  Three times.  I don't recall

16  the dates, but it was three times.

17    Q    Three times you didn't get your $1 a

18  day that -- when you were supposed to.

19         Is that what you're saying?

20    A    Uh-huh.

21    Q    Yes?

22    A    Yeah.

23    Q    Okay.  But you didn't have to work if

24  you didn't want to, right?

25    A    No.

*AB Court Reporting & Video*

1    Q     Right?

2    A     I didn't have to work?

3    Q     Right.

4    A     No.

5    Q     You're agreeing with me, right?

6    A     That I didn't have to work?

7    Q     Yeah.

8    A     I had to --  I had to work for --

9    for -- at --  I have to get some money to feed

10   myself in there.

11   Q     Well, you got -- you got meals each --

12   You got three meals a day, correct?

13   A     Not enough for the whole day.

14   Q     But you could get extra if you wanted

15   it.  You asked for it.

16   A     No, you can't.

17   Q     You can't ask for it?

18   A     For it, no.

19   Q     Was the food good?

20   A     Not really.

21   Q     What would you buy with the $1 a day?

22   A     Nutrients, soups to eat -- you know, to

23   eat.

24   Q     Soups?

25   A     Yeah, to eat, to feed myself.

1    Q    Anything else?

2    A    Indigents (sic) and stuff like that.

3         THE REPORTER:  I'm sorry.  I didn't

4    hear you.

5    A    Indigents, like shampoos and stuff that

6    I have to get clean.  Sometimes we didn't have

7    supplies there, so I had to buy it by myself.  And

8    I had to -- had to work somehow for it, so I

9    joined the laundry, thinking that they were going

10   to pay me and I wasn't going to get treated good,

11   treated right and everything.

12   Q    (By Mr. Deacon)  But they --  But when

13   you signed up, it said you would be paid $1 a day.

14   A    But if it said there, how come they

15   didn't pay the $1?

16   Q    Well, they did.  You said there were

17   three times you didn't get it when you were

18   supposed to get it, but you were paid for it,

19   right?

20   A    Huh-uh.

21   Q    You never got the money?

22   A    Huh-uh.  They said that we were going

23   to get chips and stuff like that, sodas.  It never

24   came.  So, yeah, it was always an excuse.

25   Q    Okay.  So there were three times where

1    you didn't get paid at all --

2    A    Uh-huh.

3    Q    You have to say yes or no --

4    A    Uh-huh.

5    Q    -- for --

6         MS. TURNER:  You have to give a verbal

7    answer for the court reporter.

8    Q    (By Mr. Deacon)  Yeah.  I'm --  I'm

9    sorry, Mr. Yepez.  You need to give a verbal

10   answer to everything I ask you, because this young

11   lady can only take --

12   A    Okay.

13   Q    -- down my questions and your answers,

14   okay?

15   A    Okay.

16   Q    All right.  So it's your sworn

17   testimony there were three times when you were

18   working under the voluntary work program where you

19   did not get paid $1 a day?

20   A    Uh-huh.

21   Q    You have to say yes or no.

22   A    Yes.

23   Q    Okay.  And is it your sworn testimony

24   you never got paid for that?

25   A    Yeah.

1    Q      Did you ever fill out any grievance or

2  anything saying that?

3    A      No, I never did, because I was afraid

4  of getting in trouble -- more in trouble than I

5  was already in in there.  I was afraid that it was

6  going to be against my case for doing something

7  against Geo.  That's why I never say nothing.

8    Q      You never said anything?

9    A      Until people came -- people --  Well,

10  yeah.  I started doing -- started seeing -- I

11  started the same thing that was happening to me,

12  so --  Yeah, that's why I --  Well, yeah, that's

13  why I did the lawsuit with Geo.

14    Q      What do you mean you started seeing

15  stuff that was happening to you?

16    A      The same thing that was happening to

17  me, the no $1 compensation, how -- how they said

18  that it was going to be, like, for the work that

19  we did and they were going to reward us with it.

20  They never came.  And, yeah, that's why.

21    Q      What do you mean, "reward" you it with?

22    A      Like, they always said --  Like, when

23  they said they were not going to pay us with

24  dollars, they were going to pay us with chips or,

25  like -- like $1 -- like $2 worth of things --

1    right? -- but they never did.

2        Q      Who didn't?

3        A      The people from the laundry.

4        Q      From the laundry?  Who in the laundry?

5        A       The -- The owner --  Well, the

6    owner --  The officer there was with us.

7        Q      Who?

8        A      Ander- -- Anderson.  Anderson.

9    Anderson.

10       Q      Anderson?

11       A      I think that's his name --

12       Q      In the --

13       A      -- last name.

14       Q      -- laundry?

15       A      Yeah.

16       Q      Do you remember --  It is a male or a

17   female?

18       A      A male.

19       Q      A male?

20       A      Yeah.

21       Q      Do you remember his first name?

22       A      No, I don't recall that.

23       Q      How long did you work in the laundry?

24       A      I worked there from May to October

25   27th -- October 27th, I think.

1    Q    How many days a week?

2    A    From Monday through Saturday.

3    Q    Monday to Saturday?

4    A    Yeah.

5    Q    Six days a week, or . . .

6    A    Six days a week.

7    Q    Six days a week.  How many hours each

8 day?

9    A    Eight.

10   Q    Eight?

11   A    Yeah.

12   Q    You worked more than 40 hours?

13   A    Yeah.  Well, yeah.  If you add it up,

14 yeah, it was kind of eight -- 40 hours or more.

15   Q    Did you have to fill out little sheets

16 when you got there --

17   A    No.

18   Q    -- and when you left?

19        Was --  What was Mr. Anderson's

20 position?  Do you know?

21   A    Just he supervises -- supervises doing

22 our work.

23   Q    How many employees --  How many people

24 from The Geo Group were in the laundry?

25   A    There was seven.

1    have that much money to be using the phone.

2       Q      Did you ever call your family?

3       A      Yeah.  Two, three times, like not --

4    When I was there, like three or four times.

5       Q      Total?

6       A      Yeah.

7       Q      In all that time you were there?

8       A      Yeah.  My lawyer --  My lawyer was the

9    one communicating for them.

10      Q      Okay.  But your lawyer, was he calling

11   you on the phone or you calling the lawyer?

12      A      The --  He was using the --  They have

13   a personal phone for lawyers --

14      Q      Okay.

15      A      -- when they call.

16      Q      How did you get in touch with your

17   lawyer when you wanted to get in touch with him?

18      A      He'll call me or he'll come and visit

19   me.

20      Q      Okay.  He'll call you where?

21      A      In the phone -- the phone -- the lawyer

22   phone.  They have a phone for lawyers.

23      Q      But how did you know to go get that

24   phone call?

25      A      The officer had --  They send the

1  officer supervising us, and he's the one that has

2  that phone there.

3      Q     Okay.  But you know there's phones in

4  your pod --

5      A     Yeah.

6      Q     -- right?

7            All right.  And right next to those

8  phones is a big old bulletin board, right?

9      A     I don't --  I don't know.

10     Q     You don't remember that?

11     A     I'm a kid --  I'm a person that stays

12  for -- like, to himself.  So I don't --  I

13  wasn't --  I was younger than the people that were

14  there, so I was more in my room.  I was --  Yeah,

15  it was intense in there, you know.  I just . . .

16     Q     So you stayed in your room?  You didn't

17  go out and have your meal?

18     A     No.

19     Q     Where did you have your meal?

20     A     Well, yeah, I had my meal.  I'd go and

21  get my meal, but I'd go back to my room.  That

22  place wasn't suited for me.  And it was scary to

23  be in there, you know.  People be --  Like, people

24  that are in there --  It's kind of intimidating to

25  be in there, and -- and for a first-time arrest,

1    yeah, it is intimidating to be, like, with a bunch

2    of people that you don't even know there, yeah.

3             So I wasn't --  For your answer, I

4    wasn't looking around for signs of -- or for

5    anything to call or whatever.

6        Q    But you were there from May to October?

7        A    Yeah.

8        Q    And you don't recall seeing the big old

9    bulletin board with all those things up --

10       A    No.

11       Q    -- on there?

12            MS. TURNER:  Objection, asked and

13   answered.

14            THE REPORTER:  And can I just -- Can

15   you wait for him to finish before you start

16   speaking?  Or if our attorney's objecting, just

17   let her object and then answer, please.

18            THE DEPONENT:  Okay.

19            THE REPORTER:  Thank you.

20       Q    (By Mr. Deacon)  Did you ever have to

21   clean that area outside your -- your room?

22       A    Yeah.

23       Q    Okay.  How often?

24       A    Every day.

25       Q    You had to clean it every day?

1    A    Not every day, but, like, every day

2    that I had to clean it -- I had to clean it.  It

3    was two turns each week.  They had --  They had

4    brooms, and each room had to do it one day at a

5    time.  And we had to do it twice a week.  It was

6    twice a week that we had to clean the whole pod.

7    Q    Okay.  "We" --  I'm asking about you.

8    A    Yeah, I cleaned --

9    Q    How many times did you actually clean

10    the pod?

11    A    All the time that I was there, twice a

12    week.

13    Q    Twice a week?

14    A    Yeah.  Twice, three -- three times a

15    week.  It was --  It was --  It was my role -- the

16    role of the room.

17    Q    Right.  And so how many people were in

18    your pod?

19    A    Four --  I mean, four --  I mean, in

20    the room is four, and there was, like, more than

21    70, 80 --

22    Q    And how --

23    A    -- people.

24    Q    -- many people were selected each day

25    to clean the pod?

1    person.

2         Q      But you're saying that yours never came

3    to you?

4         A      No.  Because I -- I wouldn't ask that

5    much --  Like, I wouldn't ask questions.  I

6    wouldn't ask for -- like, to get -- like, to

7    talk --  You know, like, I wouldn't ask people to

8    talk to-you, know.  I would just stay to myself,

9    because my lawyer would tell me just --

10               MS. TURNER:  I don't want you to say --

11        Q      (By Mr. Deacon)  Yeah.

12               MS. TURNER:  -- what your lawyer told

13   you.

14        Q      (By Mr. Deacon)  That's right.  I don't

15   want to hear what your lawyer said, okay?

16        A      Okay.  So, yeah.

17        Q      Okay.  Let's go back to grievances.

18   You said you didn't want to tell anybody about any

19   complaints you had, but there was a box for you to

20   fill out a form and put it in for grievances,

21   correct?

22        A      Yeah.

23        Q      Did you ever do that?

24        A      No.

25        Q      Never?

1    A      I did for -- because -- just for the --

2    There was a problem in the pod for the -- just a

3    ball.

4    Q      The ball?

5    A      Yeah.  But the other stuff for the

6    cleaning or for -- like, for something that I was

7    mad about, I wouldn't -- I wouldn't put a kite in

8    or nothing, because I would be afraid that they

9    will use that against me or something.

10   Q      Okay.

11   A      So I never say nothing about it.

12   Q      You --  You could communicate directly

13   with Immigration and Customs Enforcement right

14   there.  They had their own mailbox, right?  You

15   could just slide it in there, and it's called a

16   kite form.

17          Did you ever do that?

18   A      No.

19   Q      You never filled out a kite form?

20   A      A kite form for medical.

21   Q      Medical?

22   A      Yeah.

23   Q      What was that for?

24   A      Just for a cut that I -- that happened

25   in the bathroom.  That was it.

1    Q    How did you cut yourself in the

2  bathroom?

3    A    There was a slit -- like, a little --

4  I fell --  Like, I kind of fell, and I slid, and

5  there was a little mark.  So I just went and

6  made -- take a look at it -- for it.  And they

7  just gave me cream for infection and stuff like

8  that.

9    Q    Where did you fall?

10   A    In the bathroom.

11   Q    In the bathroom, okay.

12   A    Yeah.

13   Q    And where did you cut yourself?

14   A    On the leg by -- by the side -- by the

15  leg.  Like, by the side of my leg.

16   Q    Okay.  What were you doing when you

17  fell?

18   A    Well, taking a shower.

19   Q    A shower?

20   A    Yeah.

21   Q    Okay.  And you went to go to medical --

22   A    Yeah.

23   Q    -- for that?

24        All right.  Did you ever fill out a

25  kite form directed to Immigration and Customs

1      A      The --  I use tractors for my

2  construction company.  I have all that for

3  driving -- driving tractors and all that.

4      Q      Okay.  You actually have a

5  certificate --

6      A      Yeah.

7      Q      -- that says you're qualified --

8      A      Yeah.

9      Q      -- to drive a tractor?

10     A      Yeah, but --

11            THE REPORTER:  I'm sorry, but you're

12  going to have to start your --  I didn't get the

13  end of your question.

14            MR. DEACON:  Okay.  Sorry.

15     Q      (By Mr. Deacon)  Do you have a

16  certificate that -- that says you're -- you're --

17  you're qualified to operate this --

18     A      Yeah.

19     Q      -- equipment?

20     A      Yeah.

21            MS. TURNER:  Let him finish.

22            THE DEPONENT:  Excuse me.  I'm sorry.

23     Q      (By Mr. Deacon)  Do you have any other

24  certificates?

25     A      No.

1      Q      You have a driver's license, right?

2      A      I'm working on that right now.

3      Q      Oh, you don't have a driver's license?

4      A      Yeah.  That's why I'm -- I'm fixing my

5  problems --  With ICE --  Now that I'm done with

6  ICE, I'm fixing all that from my -- I got working

7  for my work permit and my license -- getting my

8  license back.  I'm getting my -- getting my whole

9  life back together.

10     Q      Okay.  So you had a license to drive at

11 one time.  And why did it --  Do you know --

12     A      My -- I was --  I was getting DACA --

13 I was going to get on DACA, but when I got

14 arrested the first time, that's -- it destroyed my

15 whole -- it stopped me -- it stopped me from

16 getting all my -- all my things, my permit and all

17 that.

18            So I've been working, fighting for,

19 like, to get my -- all my stuff back.

20     Q      Okay.  How old were you when you were

21 arrested?

22     A      I was 18.  I was going to be 19 at the

23 time.

24     Q      Okay.  When you got arrested, where

25 were you?

1    A    I was going to school.

2    Q    So you were still in high school?

3    A    Yeah.

4    Q    Okay.  So you got arrested at high

5    school?

6    A    It was on --  It was the end of -- end

7    of, like --  It was the end of the year.  It was

8    on May -- like, when --  It was the last day of

9    school, saying goodbyes and stuff like that.  And

10   that's when it happened.

11   Q    Okay.  Did you actually graduate, then?

12   A    Yeah, from --  Yeah.

13   Q    You did?

14   A    Yeah.  But, like I said, I got arrested

15   after -- after and stuff.  The --  The --  How do

16   you --  It was for two weeks after.

17   Q    Two weeks after?

18   A    Yeah.

19   Q    After you graduated?

20   A    Yeah, that I got arrested.

21   Q    Okay.  So it wasn't the last day of

22   school?

23   A    No.  It was --  You know how they do

24   the ceremony, you know, and stuff, and you go back

25   to school, say your goodbyes to your teachers, get

1    your stuff and everything.  Yeah, that's what

2    happened.

3         Q    But you were already finished?

4         A    Uh-huh.

5         Q    You have to say yes or no.

6         A    Yeah.

7         Q    Okay.  Did --  Did you keep any notes

8    or diaries while you were at the Aurora ICE

9    Processing Center?

10        A    I did.

11        Q    You did?

12        A    Yeah.

13        Q    And where are those?

14        A    We don't have them.  There were

15   letters, but we don't have them any- . . .

16        Q    Pardon me?

17        A    There were letters.

18        Q    Yes.

19        A    I sent them to my girlfriend and stuff,

20   but I can't find them.

21        Q    You can't find them?

22        A    No.

23        Q    Okay.  So these were letters that you

24   sent to your girlfriend?

25        A    Yeah.

AB Court Reporting & Video

1    Q    And did your girlfriend keep them?

2    A    Yeah, but she can't find them.

3    Q    Okay.  Did she ever write to you?

4    A    She did.

5    Q    Did you keep those?

6    A    Yeah.

7    Q    Okay.  Is there anything about your

8    experiences at the Aurora ICE Processing Center in

9    any of those letters?

10   A    Not the ones with my girlfriend.

11   Q    Not with your girlfriend?

12   A    No.

13   Q    Okay.  Did you write any letters or

14   write any notes to anyone regarding your

15   experience at the Aurora ICE Processing Center?

16   A    I did, but the letters --

17   Q    You what?

18   A    I did, but we can't find the letters

19   somewhere.

20   Q    Okay.  And who were those to?

21   A    My mom.

22   Q    Okay.  But your mother can't find them?

23   A    No.

24   Q    All right.  When did you look for them?

25   A    Like --  Well, because I -- I take care

Case No. 1:14-cv-02887-JLK-CYC    Document 336-10    filed 10/26/20    USDC Colorado
AB Court Reporting    page 22 of 31
Reporting & Video

1    MS. TURNER:  And during that time, they

2    would choose those individuals.

3    MR. DEACON:  And --

4    MS. TURNER:  This paragraph is not

5    speaking about the time after, when he began to

6    work in the voluntary work program.

7    MR. DEACON:  Well, but it says --

8    You're ignoring the next sentence.  It says,

9    "Every day, the guards would call on six of the

10    detainees who didn't have a job in the voluntary

11    work program."

12    MS. TURNER:  Right.  During this period

13    in the initial part of his detention.  So it

14    doesn't speak to the part after he started working

15    there.

16    MR. DEACON:  Oh, come on.  That's

17    not --  That's not a fair reading.

18    MS. TURNER:  I think --  I mean,

19    that's my reading --

20    MR. DEACON:  That is --  No.

21    MS. TURNER:  -- of this document.

22    MR. DEACON:  The problem is this is

23    consistent with all the other ones, the same ones,

24    the same language, and that would make no sense.

25    Q    (By Mr. Deacon)  Well, let's ask you

1    this:  Who told you that you would have to go to

2    solitary confinement if you didn't do the

3    cleaning?

4          A      The officers.

5          Q      Who?

6          A      The officer that was --

7          Q      Name one.

8          A      I don't remember.

9          Q      You don't remember?

10         A      No.

11         Q      What'd they look like?

12         A      Just officers.  I'm not --

13         Q      Were they short?  Tall?

14         A      I don't know.

15         Q      You don't know?

16         A      (Deponent shook head.)

17         Q      You can't tell me what --  You can't

18   describe one of them that told you you'd have to

19   do that?

20         A      There was different officers all the

21   time when detained.

22         Q      And I don't want to know about the

23   different officers.  I want to know about the one

24   who told you that you would have to go to solitary

25   confinement if you didn't do the cleaning.

1    A      Well, there was --  They would say

2  every -- every day -- every --  There was new

3  people there every day, and they would tell us the

4  same thing.

5    Q      So every day that someone was selected

6  to clean the pod, they would be told if you don't

7  clean the pod, you'd have to go to solitary

8  confinement?

9    A      Yeah.

10   Q      That's your sworn testimony?

11   A      Because some --  Yeah, somebody would

12 be --  People would get there new --  There

13 would --  They would be people new, and people

14 could get mad because -- they would get mad for

15 cleaning.  So the people --  There would be an

16 argument, and that's when the officer would tell

17 us what would happen.

18   Q      But --  And make sure you -- you

19 understand my question.  Are you telling me that

20 every time the officers came in and named those

21 six people, they were told that if they didn't do

22 it, they'd have to go to solitary confinement?

23   A      It was four people.

24   Q      Four people.  So when it said they

25 called up six people, that's not correct.

1       A       That's the six people for the laundry.

2   They'd call the six people to take them to the

3   laundry.  Those six peoples are the ones that take

4   them to the laundry at 7:00 in the morning.

5       Q       No.  No.  It says, "Every day, the

6   guards would call on six of the detainees who" did

7   not "have a job in the voluntary work program.

8   Those six individuals had to clean."

9       A       You are talking about the -- the --

10  when we had to clean the whole pod, and that was

11  only four -- in our pod -- in our room, there was

12  only four people.

13      Q       Mr. Yepez, I can only go on what your

14  declaration says, all right.  Now, your -- your

15  testimony here today says that only four would

16  clean the pod, correct?

17      A       Yeah.

18      Q       Okay.  But this, that was filled out

19  November 2, 2015, said that they would come in and

20  pick six people.

21      A       They would --  They would choose --

22  Because there was not enough people.  In our room,

23  there was only four people --

24      Q       Well --

25      A       -- and those --  They would pick people

1    When I got pulled over --  When I got pulled over,

2    there was drugs in the car.  And I stayed there --

3    I stayed there four months fighting it.  I beat

4    the case, but the judge --  And, yeah, that's --

5    They let me go.

6         Q    Okay.  So you said there were drugs in

7    the car.  Were they yours?

8         A    No.

9         Q    So you were --  Were you driving the

10   car?

11        A    No.

12        Q    You were traveling in someone else's

13   car?

14        A    Yeah.

15        Q    And --  And someone else in the car was

16   in possession of drugs?

17        A    Yes.

18        Q    Okay.  And you said that you fought the

19   case?

20        A    I fought the case.

21        Q    Okay.  Did you plead guilty?

22        A    No.

23        Q    You pled not guilty?

24        A    Not guilty.

25        Q    Okay.  And you said that you beat the

1    case.  What happened that resulted in you beating

2    the case?

3         A    The statement of the cop wasn't --  It

4    was in --  Well, it was in the paper, but it

5    wasn't with the thing he was saying in trial.

6         Q    So the police officer made an

7    inconsistent statement in his written report and

8    in his live testimony --

9         A    Yes.

10        Q    -- is that correct?

11             Okay.  And was there a trial before a

12   jury, or was it a hearing before the judge?

13        A    A hearing before a judge.

14        Q    Okay.  And is it your understanding

15   that after that hearing, the charges against you

16   were dismissed?

17        A    He --  The judge told me that they were

18   dropped, that I got nothing against me, yeah.

19        Q    Okay.  And during the time that that

20   case was pending, that's when you were in

21   Jefferson County Jail?

22        A    Yes.

23        Q    Okay.  Earlier you testified that you

24   heard the guards at Geo tell detainees that they

25   would be sent to what you referred to as "the

1   hole" if they didn't clean the pod.

2          Do you remember that testimony?

3   A      Yes.

4   Q      Okay.  And you --  When --  Like, under

5   what circumstances would the guards tell the

6   detainees that?

7   A      When --  It was a situation of anger.

8   Everybody was screaming and stuff, and that's when

9   he said -- that's when he said that if they don't

10  follow the procedures, this is what's going to

11  happen.

12  Q      And did that occur --  I --  I think

13  earlier you testified that typically it was new

14  detainees who arrived in the pod who would be

15  angry; is that correct?

16  A      Yes.

17  Q      And can you explain sort of how that

18  would happen?

19  A      So each Wednesday --  Each --  Well,

20  each two days -- or one day, there would be a lot

21  of people come, detainees.  They wouldn't --  They

22  wouldn't know the rules, so they would get asked

23  to do stuff and they would get mad.

24          So that's how everything would start.

25  And that's how the officer --  The procedure was

1   if you don't follow them, you go to the hole.

2        Q     Okay.  And I know you said that you

3   don't know the names of any of the officers.  Can

4   you describe any of them physically?

5        A     There's four.  One was Salva- --

6   Salvadoran.

7             THE REPORTER:  I'm sorry.  I didn't

8   understand --

9             MS. TURNER:  Salvadoran.

10            THE REPORTER:  Thank you.

11       A     One was white.  They were white.  One

12   was black -- yeah, black.  Tall --  The black guy

13   was taller.  The Salvadoran was -- he had hair

14   combed back -- hair combed back.  He was built --

15   Like, he was built.

16            There was girls, but we can't ask -- we

17   can't talk to the girl officers, but there were

18   girls there, too.  There was two girls.  One was

19   blonde and the other one was brunette, so, yeah.

20       Q     (By Ms. Turner)  Two --  So two female

21   guards?

22       A     Yeah.

23       Q     And were --  What was the race of the

24   female guards?

25       A     One looked like she was Asian -- Asian,

1   and the other one was white.

2        Q    Okay.  And you mentioned that the

3   Salvadoran guy was built.  Do you mean, like, he

4   was strong looking?

5        A    Yeah, he was -- he was tall, built.

6   Yeah, he --  You guys would notice him in jail,

7   so . . .

8             MR. DEACON:  I'm sorry.  I didn't hear

9   your last part.

10             THE DEPONENT:  Like, you guys would

11   notice who -- who's the Salvadoran.  Right away

12   you can spot him.

13        Q    (By Ms. Turner)  And why -- why could

14   you spot him right away?

15        A    Because of his greasy hair.

16        Q    And you had mentioned earlier that you

17   and the other guys who worked in the laundry

18   called each other by nicknames.  Do you

19   remember what any of the nicknames were?

20        A    Wedo, Chapin --  Well, Diego.  And the

21   other one was Pelon, because he was bald.  That

22   was all the names.

23        Q    What about you?  Did you have a

24   nickname?

25        A    Chewy.

1    STATE OF COLORADO)

2                      )ss.    REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10        I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15        I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19        In witness whereof, I have affixed my

20   signature this 29th day of November, 2017.

21        My commission expires July 30, 2021.

22

23

24                      _____
                        Tracy L. Harris, CRR, RMR, RPR
                        216 - 16th Street, Suite 600
25                      Denver, Colorado  80202