# Exhibit 11

Case No. 1:14-cv-02887-JLK-CYC    Document 336-12    filed 10/26/20    USDC Colorado    pg 1 of 15

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLORADO
 2
    Civil Action No.: 1:14-cv-02887-JLK
 3  _____

 4                       DEPOSITION OF
                MARTHA VASQUEZ - June 29, 2020
 5                      via RemoteDepo
    _____
 6
    ALEJANDRO MENOCAL, et al.,
 7
    Plaintiffs,
 8
    v.
 9
    THE GEO GROUP, INC.,
10
    Defendant.
11  _____

12
                PURSUANT TO NOTICE, the deposition of
13  MARTHA VASQUEZ was taken on behalf of the Plaintiffs
    and Class by remote means, on June 29, 2020, at
14  9:59 a.m., before Shannon Clementi, Registered
    Professional Reporter, Colorado Realtime Certified
15  Reporter and Notary Public, appearing remotely from
    Arapahoe County, Colorado.
16

17

18

19

20

21

22

23

24

25
```

```
 1          Q.   So these were paid VWP positions, correct?
 2          A.   Yes.
 3               MS. SCHEFFEY:  Object to form.
 4               MR. SCIMONE:  All right.  We've been going
 5   about an hour and a half.  Would you like to take a
 6   short break?
 7               THE WITNESS:  Yes.
 8               MR. SCIMONE:  Why don't we take a break,
 9   and then we can come back at -- I guess it will be
10   11:45 Mountain Time.  Does that work?
11               MS. SCHEFFEY:  That works for me.  Does
12   that give you enough time to get around the facility
13   and get to the bathroom?
14               MR. SCIMONE:  We're going off the record.
15   See you back in a few.
16               (Recess taken, 11:35 a.m. to 11:53 a.m.)
17               (Exhibit 16 was remotely introduced and
18               provided electronically to the court
19               reporter.)
20          Q.   (BY MR. SCIMONE)  Back record.
21               Okay.  Ms. Vasquez, Exhibit 16 should be
22   coming up in the chat window.
23          A.   Okay.
24          Q.   This is a document Bates-stamped PL 29
25   through 55.  And this is a long document, and so I
```

 1  don't expect you to read the whole thing.  I'll point

 2  you to the parts I want to ask about.

 3              But if you'd look at the first few pages,

 4  and let me know when you've familiarized yourself with

 5  it.

 6        A.    Okay.

 7        Q.    Okay.  Do you recognize this document?

 8        A.    Yes.

 9        Q.    Okay.  What is it?

10        A.    It's a detainee handbook.

11        Q.    Where have you seen this before?

12        A.    They're given to the detainees as a new

13  book-in.

14        Q.    Do you ever refer to this handbook, or to

15  a version of it, in your work as a detention officer?

16        A.    Yes.

17        Q.    And what do you use it for?  What do you

18  refer to it for?

19        A.    Everything, honestly.  From rules to

20  everything.

21        Q.    So let me draw your attention to -- all

22  right.  I'm going to draw your attention to -- it's

23  page 17.  The Bates stamp is PL000047.  Let me know

24  when you're there.

25        A.    I'm there.

```
 1            Q.   Okay.  So on the left-hand side, there's a
 2   section titled "Housing Unit Sanitation."  Do you see
 3   that?
 4            A.   Yes.
 5            Q.   And it's a short section.  It says:
 6                 "Each and every detainee must
 7                 participate in the facility's sanitation
 8                 program.  A list of detainees is developed
 9                 each day by staff and is posting daily for
10                 viewing.  During a general cleanup all
11                 detainees must participate.  The assigned
12                 Housing Unit Officer will be responsible
13                 for assuring this general cleanup is done
14                 on a regular basis."
15                 I know generally you said you're a
16   classification officer, but you said earlier at times
17   you have also worked in a housing unit post, correct?
18            A.   Yes.
19            Q.   And at those times have you seen this
20   housing unit sanitation policy being carried out?
21                 MS. SCHEFFEY:  Object to form.
22            A.   Yes.
23            Q.   (BY MR. SCIMONE)  And have you been
24   involved in implementing this policy?
25            A.   Yes.
```

```
 1         Q.   So can you tell me how that works.
 2         A.   It's just a list of cleanup pretty much
 3   after every meal.  And it's a list of detainees that
 4   would have to clean certain areas.
 5         Q.   And how many detainees are on that list
 6   each day?
 7         A.   About six.
 8         Q.   Would that change at times throughout the
 9   last -- well, from 2004 to 2014, has that number
10   changed?
11         A.   I don't think so.
12         Q.   So it's six people, to your recollection?
13         A.   I didn't hear you on the last.
14              MS. SCHEFFEY:  I didn't here that.  Sorry.
15         Q.   (BY MR. SCIMONE)  Your best memory is it
16   was always six people per day?
17         A.   Yes.
18         Q.   And that list of people rotates among the
19   people in the housing unit?
20         A.   Yes.
21         Q.   And what do the people on that list do?
22   What are the tasks that they have to complete?
23         A.   Two would sweep, two would mop, two would
24   wipe down the table.
25         Q.   Anything else?
```

```
 1           A.   That's it.  Two, two and two.
 2           Q.   And this is -- and that work is mandatory
 3   for the people on the list, correct?
 4           A.   It's not mandatory.
 5                MS. SCHEFFEY:  Object to form.
 6           Q.   (BY MR. SCIMONE)  Okay.  It says here in
 7   this paragraph:
 8                    "Each and every detainee must
 9                participate in the facility's sanitation
10                program."
11                You saw that, right?
12           A.   Yes.
13                MS. SCHEFFEY:  Object to form.
14           Q.   (BY MR. SCIMONE)  Okay.  So you're saying
15   that's not true?
16           A.   I'm just saying that, you know, they don't
17   have to do it.
18           Q.   So people are allowed to opt out of that?
19           A.   Yes.
20           Q.   How often does that happen that people
21   choose not to clean when their name is on the list?
22           A.   On my situation, I normally don't have
23   any.
24           Q.   Have you ever seen it happen?
25           A.   Maybe once since I've been here.
```

```
 1                MS. SCHEFFEY:  Object to form.
 2        A.    Trained?  No.
 3        Q.    (BY MR. SCIMONE)  Okay.  And no one has
 4  ever told you, "Okay.  If this happens, here's how you
 5  should handle it"?
 6                MS. SCHEFFEY:  Object to form.
 7        A.    If something like that was to happen, the
 8  best method would be to call a supervisor and let that
 9  person handle it.
10        Q.    (BY MR. SCIMONE)  Is that what you were
11  told to do, to call a supervisor if someone refuses to
12  clean?
13        A.    If you have any issues.
14        Q.    About any issues, not specific to that
15  situation?
16        A.    Any issues, it would be the best -- it
17  would be the best to do.
18        Q.    All right.  So you haven't received any
19  training or any guidance on how you should handle that
20  specific situation?
21        A.    I have not.
22        Q.    Did you ever receive any training or
23  guidance about how to handle it before 2014?
24        A.    I don't remember.
25        Q.    Okay.  You're not aware of any policy
```

```
 1  before 2014 instructing dorm officers what to do in
 2  those situations?
 3              MS. SCHEFFEY:  Object to form.
 4        A.    I don't remember a policy.
 5        Q.    (BY MR. SCIMONE)  Okay.  So you said
 6  before --
 7        A.    Um-hum.
 8        Q.    -- with the handbook, that you would refer
 9  to this for some rules, correct?
10        A.    Yes.
11        Q.    Okay.  Have you ever used this when you
12  were serving on a post in the dorm unit to figure out
13  how to handle a particular situation that came up?
14        A.    What type of situation?
15        Q.    I'm asking you.
16              So you said you refer to this for rules,
17  and I'm just wondering if there are any rules in the
18  housing unit that you've used this to look up or to --
19        A.    Yeah, um-hum.
20        Q.    Okay.  Can you give an example.
21        A.    Well, I mean, if they don't do anything,
22  they could get a -- I don't know.  Like I mean, it
23  tells you all the rules in there.  I don't know.
24              I'm kind of confused.  I'm sorry.
25        Q.    Okay.  I'm just asking you if you can give
```

```
 1  an example of a rule that you've looked up in this
 2  handbook.
 3          A.   Um-hum.
 4          Q.   If you can't think of an example now, I
 5  will direct you to a different page.  But if you have
 6  one, go ahead.
 7               MS. SCHEFFEY:  Object to form.
 8          A.   I don't have an example.
 9               (BY MR. SCIMONE)  Okay.  Turn to page 23.
10  It's PL 53, is the Bates stamp.
11          A.   You said page 23?
12          Q.   Yes.
13          A.   Okay.
14          Q.   So this says -- the Bates stamp is
15  PL000053.  Let me know when you're there.
16          A.   I'm there.
17          Q.   So this has a list here of something
18  called "Disciplinary Severity Scale and Prohibited
19  Acts."  Do you see that?
20          A.   Yes.
21          Q.   And this is a list of things -- of rules
22  that detainees are not allowed to break.  Is that fair
23  to say?
24          A.   Just different offenses.
25          Q.   And that continues onto the next couple of
```

1  situation. I didn't feel I had to contact the
2  supervisor with something I could handle myself. Like
3  I said, I would just skip to the next person.
4       Q.   So then does that mean there isn't a
5  policy saying that it's not mandatory?
6       A.   I don't know if there's a policy or not.
7  I just know that, like I said, at that time I made my
8  own judgment.
9       Q.   Okay. So in that situation where, you
10 know, you had someone who was sick and you used your
11 judgment to say that you would let that person off, as
12 a general matter, are people required to do the
13 housekeeping?
14           MS. SCHEFFEY:  Object to form.
15      A.   I don't know if that's just a general
16 matter or like if that's just what happened in my
17 situation. I don't know if it has happened to somebody
18 else.
19      Q.   (BY MR. SCIMONE)  As a general matter,
20 there is a post that -- a list that gets posted every
21 day of people who clean up, right?
22      A.   Correct.
23      Q.   And generally, people are required to do
24 that, right, the people on that list?
25           MS. SCHEFFEY:  Form.

```
 1        A.   Okay.  Sorry?
 2        Q.   (BY MR. SCIMONE)  You got the question?
 3        A.   Yeah.
 4        Q.   Can you answer it?
 5        A.   Well, I'm sorry.  I thought you were going
 6   to repeat it.  I apologize.
 7             MR. SCIMONE:  Can you read back the
 8   question, Shannon.
 9             (The question was read back as follows:
10             "Question:  And generally, people are
11             required to do that, right, the people on
12             that list?")
13             MR. SCIMONE:  Can you answer that
14   question?
15             MS. SCHEFFEY:  Same objection.
16        A.   So like is it normally they'll do a list,
17   and then, you know, it would just go through whoever is
18   on that list.  And I guess . . .
19        Q.   (BY MR. SCIMONE)  And generally people who
20   are on that list are required to do the cleaning that
21   day?
22             MS. SCHEFFEY:  Object to form.
23        A.   Yes.
24        Q.   (BY MR. SCIMONE)  Okay.  And it's the
25   responsibility of the officers in charge of the dorm
```

```
 1  that day to make sure that that cleaning gets done,
 2  correct?
 3             MS. SCHEFFEY:  Form.
 4        A.   Correct.
 5        Q.   (BY MR. SCIMONE)  Was that true prior to
 6  2014?
 7        A.   I think so, yes.
 8        Q.   Okay.  I know I asked this question
 9  earlier in the day, at the start, but I'll ask it now.
10             Other than the documents we've looked at
11  today, did you review any documents to prepare for this
12  deposition?
13        A.   No.
14        Q.   Okay.  And what's your understanding of
15  what this case is about?
16        A.   My understanding would be that I guess the
17  trustees that were at one period of time wanted minimum
18  wage.  That's all I know.
19        Q.   When you say "trustees" -- I know I asked
20  this question before -- you're referring to people in
21  the voluntary work program?
22        A.   Yes.
23             MS. SCHEFFEY:  Object to form.
24        Q.   (BY MR. SCIMONE)  And people who have been
25  given a job in the voluntary work program?
```

1        A.   Yes.

2        Q.   So they've been cleared to work, for

3   example?

4        A.   Yes.

5             MS. SCHEFFEY:   Object to form.

6        Q.   (BY MR. SCIMONE)   How did you find out

7   about this case?

8        A.   I actually saw it on TV.

9        Q.   And how did you find out that you were

10  going to be called as a witness in this case?

11       A.   The lawyers asked me if I wanted to

12  testify, I guess.

13       Q.   Did anyone that you report to, like a

14  supervisor or anyone in the management of the facility,

15  tell you that you needed to talk to the lawyers?

16            MS. SCHEFFEY:   Object to form.

17       A.   Yes.

18       Q.   (BY MR. SCIMONE)   Who directed you to talk

19  to the lawyers?

20       A.   The assistant warden, Ceja.

21       Q.   Did she say why?

22       A.   No.  Actually, no.

23       Q.   And when you spoke to the lawyers, did you

24  volunteer to be a witness, or was it something that

25  they asked you to do?

```
 1                    REPORTER'S CERTIFICATE

 2   STATE OF COLORADO        )
                              ) ss.
 3   CITY AND COUNTY OF DENVER )

 4              I, Shannon Clementi, Registered
     Professional Reporter, Colorado Realtime Certified
 5   Reporter and Notary Public ID 20004025632, State of
     Colorado, do hereby certify that previous to the
 6   commencement of the examination, the said
     MARTHA VASQUEZ verbally declared his/her testimony in
 7   this matter is under penalty of perjury; that the said
     deposition was taken in machine shorthand by me at the
 8   time and place aforesaid and was thereafter reduced to
     typewritten form; that the foregoing is a true
 9   transcript of the questions asked, testimony given, and
     proceedings had.
10
                I further certify that I am not employed
11   by, related to, nor of counsel for any of the parties
     herein, nor otherwise interested in the outcome of this
12   litigation.

13              IN WITNESS WHEREOF, I have affixed my
     signature this 7th day of July, 2020.
14

15              My commission expires June 3, 2021.

16
     __X__ Reading and Signing was requested.
17
     _____ Reading and Signing was waived.
18
     _____ Reading and Signing is not required
19
                              _____
20                            Shannon Clementi
                              Registered Professional Reporter
21                            Colorado Realtime Certified Reporter

22

23

24

25
```