# Exhibit 12

Alejandro Torres  07/16/2020
ALEJANDRO MENOCAL vs GEO GROUP

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3     Civil Case No. 1:14-cv-02887-JLK-MEH

4     _____

      ALEJANDRO MENOCAL,
5     MARCOS BRAMBILA,
      GRISEL XAHUENTITLA,
6     HUGO HERNANDEZ,
      LOURDES ARGUETA,
7     JESUS GAYTAN,
      OLGA ALEXAKLINA,
8     DAGOBERTO VIZGUERRA, and
      DEMETRIO VALERGIA,
9     on their own and on behalf of all others similarly
      situated,
10
      Plaintiffs,
11
      v.
12
      THE GEO GROUP, INC.,
13
      Defendant.
14    _____

15

16          VIDEOTAPED REMOTEDEPO™ DEPOSITION OF

17              ALEJANDRO HERNANDEZ TORRES

18              APPEARING REMOTELY FROM

19                  TOLUCA, MEXICO

20          July 16, 2020 - 9:00 a.m.

21

22    REPORTED BY:

23    Teresa Lynne Cardenas, RPR, CRR

24    APPEARING REMOTELY FROM DENVER, COLORADO

25

U.S. LEGAL SUPPORT, INC
303-832-5966

| | | | |
|---|---|---|---|
| 09:59:52 | 1 | A. | No. |
| 09:59:54 | **2** | **Q.** | **Okay.  Do you have any social medial** |
| 09:59:57 | **3** | **accounts?** | |
| 10:00:04 | 4 | A. | I have Facebook, and that's all. |
| 10:00:08 | **5** | **Q.** | **What is your Facebook name?** |
| 10:00:14 | 6 | A. | Alejandro Hernandez. |
| 10:00:18 | **7** | **Q.** | **Have you posted anything about this** |
| 10:00:20 | **8** | **litigation on your Facebook?** | |
| 10:00:29 | 9 | A. | No. |
| 10:00:32 | **10** | **Q.** | **Have you posted anything about your time** |
| 10:00:34 | **11** | **at the Aurora facility on your Facebook?** | |
| 10:00:46 | 12 | A. | No, because it's a very bad memory for |
| 10:00:50 | 13 | me. | |
| 10:00:51 | **14** | **Q.** | **Have you used Facebook to communicate** |
| 10:00:53 | **15** | **with anyone who you lived with at the Aurora facility?** | |
| 10:01:09 | 16 | A. | No, I have no communication with anyone. |
| 10:01:14 | 17 | I know nothing about them.  No one. | |
| 10:01:20 | **18** | **Q.** | **Are you married?** |
| 10:01:23 | 19 | A. | I am. |
| 10:01:24 | **20** | **Q.** | **What's your spouse's name?** |
| 10:01:26 | 21 | A. | Maria de Los Angeles Romero Camacho. |
| 10:01:43 | **22** | **Q.** | **And when were you married?** |
| 10:01:52 | 23 | A. | I don't recall the date, but we've been |
| 10:01:55 | 24 | married for about 30 years. | |
| 10:01:58 | **25** | **Q.** | **And did you have any conversations with** |

Alejandro Torres  07/16/2020                                   Page 15
ALEJANDRO MENOCAL vs GEO GROUP

10:01:59    1    **your wife about this case?**

10:02:07    2                MR. MILSTEIN:  I'll instruct him not to

10:02:09    3    answer any questions about the content of his

10:02:11    4    communications with his wife.

10:02:24    5                THE DEPONENT:  Okay.

10:02:25    6          Q.   (BY MS. SCHEFFEY)  You can still answer

10:02:26    7    **whether you spoke with her, though.**

10:02:41    8          A.   Yes, I did talk to her about my court;

10:02:44    9    but I did not go into details.

10:02:48    10         Q.   **Do you have any other family members?**

10:02:59    11         A.   Excuse me?  I did not quite understand.

10:03:02    12         Q.   **Do you have any children?**

10:03:17    13         A.   Yes, I have two girls.  One is 21, and

10:03:22    14   she's going to be 17 -- excuse me -- she's going to --

10:03:27    15   her birthday is on the 17th, she's going to be 21.

10:03:31    16   And I have another girl.  She is ten years old.

10:03:36    17         Q.   **Did you talk to either of them about this**

10:03:38    18   **lawsuit?**

10:03:42    19         A.   No.

10:03:44    20         Q.   **Did you talk to your daughters while you**

10:03:46    21   **were detained?**

10:04:03    22         A.   They used to come visit every eight days,

10:04:06    23   but it was -- there was a lot of suffering.

10:04:12    24         Q.   **When they visited, did you talk to them**

10:04:14    25   **about this lawsuit?**

Alejandro Torres  07/16/2020                                    Page 16
ALEJANDRO MENOCAL vs GEO GROUP

10:04:20    1          A.    No.

10:04:22    2          Q.    **Who else did you speak with while you**

10:04:23    3    **were detained?**

10:04:38    4          A.    I would talk to the people there in the

10:04:41    5    yard, but nothing about the lawsuit.

10:04:47    6          Q.    **And do you remember the names of the**

10:04:48    7    **people there in the yard?**

10:05:05    8          A.    I am going to say this again.  Those are

10:05:09    9    very difficult memories, and I really don't want to --

10:05:12   10    wish I didn't have to remember.

10:05:17   11          Q.    **I understand.  I -- I think, as we**

10:05:21   12    **discussed earlier today, if there were any reasons you**

10:05:23   13    **couldn't give me your full testimony today.  Is this**

10:05:27   14    **feeling of sadness going to affect your ability to**

10:05:29   15    **remember today?**

10:05:49   16                MR. MILSTEIN:  Object to form.

10:05:56   17                THE INTERPRETER:  Was there an objection?

10:05:57   18    This is the interpreter.

10:05:59   19                MR. MILSTEIN:  Object to form.

10:06:01   20                THE INTERPRETER:  Was there an objection?

10:06:01   21    This is the interpreter.

10:06:03   22                MR. MILSTEIN:  Object to form.

10:06:04   23                THE INTERPRETER:  Can we -- how would you

10:06:05   24    guys like to handle the objections?  Would you like

10:06:09   25    first to counsel finish answering the question and the

Alejandro Torres  07/16/2020                              Page 28
ALEJANDRO MENOCAL vs GEO GROUP

10:34:00   1   **Can you tell me about the programs that you**

10:34:02   2   **participated in in jail?**

10:34:12   3                MR. MILSTEIN:  Object to form.

10:34:30   4        A.   Okay.  In GEO -- GEO didn't have any

10:34:33   5   programs with which will help you to be released

10:34:37   6   earlier.  All you could do is work in the kitchen and

10:34:40   7   clean the floors.

10:34:41   8        **Q.   (BY MS. SCHEFFEY)  Okay.  I understand**

10:34:42   9   **that that is GEO, and we'll get to that later.  But**

10:34:46   10  **I'm talking about in jail, you said you participated**

10:34:50   11  **in programs.  I'm trying to figure out what programs**

10:34:53   12  **those were.**

10:35:01   13               MR. MILSTEIN:  Object to form.

10:35:53   14               MS. SCHEFFEY:  Can you translate that

10:35:56   15  part now, and we'll get the --

10:35:58   16       A.   Well, I took courses on anger management.

10:36:00   17  I got a GED.  I started to work.  I work in the

10:36:04   18  kitchen.  I cleaned the library and take

10:36:07   19  self-improvement -- a course of self-improvement and a

10:36:10   20  course about what were your goals once you've been

10:36:16   21  released.  I also participated in -- I also included

10:36:34   22  in a group called Faith Path.  We studied the Bible,

10:36:38   23  and I would also lecture.

10:36:40   24       **Q.   (BY MS. SCHEFFEY)  Okay.  And that's your**

10:36:43   25  **full answer?  I don't want to interrupt you.**

U.S. LEGAL SUPPORT, INC
303-832-5966

| 10:37:09 | 1 | A. So I learned paper crafts. I used to do |
|---|---|---|

10:37:09   1          A.   So I learned paper crafts.  I used to do

10:37:12   2   scenes out of toothpaste boxes.  And so I take -- so I

10:37:53   3   made great efforts to be busy most of the time staying

10:37:57   4   away from problems for people who had conflict in my

10:38:04   5   wish and hope to be released.  I had the hope to see

10:38:07   6   my family and my daughters.

10:38:11   7          Q.   I understand.  So you mentioned you

10:38:13   8   worked in the kitchen.  How much were you paid for

10:38:15   9   working in the kitchen?

10:38:56   10         A.   So at the DOC, I don't recall how much

10:38:59   11   they paid; but I had no one to help me so I could get

10:39:04   12   food.  I would support myself with the paper crafts.

10:39:10   13   Sometimes I would clean the other inmates' rooms or I

10:39:16   14   would help people so I would have something to eat.

10:39:21   15         Q.   Were you paid to clean the other inmates'

10:39:24   16   rooms?

10:39:29   17         A.   Soup.

10:39:32   18         Q.   Like a Ramen noodle?

10:39:36   19         A.   Yes.  It's cold.  Marucha in Spanish.

10:39:45   20         Q.   And did you clean -- were you paid to

10:39:46   21   clean the library?

10:40:09   22         A.   They did pay me, but I don't recall how

10:40:11   23   much.  But mainly I would do it to make time go by and

10:40:17   24   stay away from all the problems.

10:40:26   25         Q.   Do you like cleaning?

| | | |
|---|---|---|
| 10:40:32 | 1 | A.   I clean -- I am used to it because I |
| 10:40:36 | 2 | clean my house daily. |
| 10:40:40 | **3** | **Q.   Cleaning -- was cleaning a good way to** |
| 10:40:43 | **4** | **take your mind off your problems?** |
| 10:40:45 | 5 | MR. MILSTEIN:  Object to form. |
| 10:40:46 | 6 | A.   Well, I wanted to stay away from all the |
| 10:41:24 | 7 | problems.  Life at DOC, it's very difficult, and you |
| 10:41:28 | 8 | learn things, and you see things that honestly I don't |
| 10:41:32 | 9 | wish that on anybody. |
| 10:41:36 | **10** | **Q.   (BY MS. SCHEFFEY)  Okay.  And I'm not** |
| 10:41:37 | **11** | **asking you about that here, so I appreciate you** |
| 10:41:40 | **12** | **sharing that with me.  Do you have any lawsuit pending** |
| 10:41:43 | **13** | **against the DOC?** |
| 10:41:54 | 14 | MR. MILSTEIN:  Object to the form of the |
| 10:41:56 | 15 | prior commentary. |
| 10:42:02 | 16 | A.   No, none. |
| 10:42:06 | **17** | **Q.   (BY MS. SCHEFFEY)  Okay.  All right.  I'm** |
| 10:42:08 | **18** | **going to shift gears a little bit and start talking** |
| 10:42:10 | **19** | **about Aurora now.** |
| 10:42:16 | 20 | A.   Very well. |
| 10:42:18 | **21** | **Q.   I understand it was a long time ago, but** |
| 10:42:20 | **22** | **do you remember the dorms where you lived at the** |
| 10:42:24 | **23** | **Aurora facility?** |
| 10:42:43 | 24 | A.   So obviously when I was released from |
| 10:42:47 | 25 | DOC, I believed -- I thought my suffering was over. |

| 10:43:10 | 1 | But honestly, it was a very, very hard time.  And I do |
| 10:43:15 | 2 | believe I am one of the people who lasted the longest |
| 10:43:18 | 3 | in Aurora. |
| 10:43:20 | **4** | **Q.    While you were in Aurora, did you live in** |
| 10:43:22 | **5** | **the A dorm?** |
| 10:43:30 | 6 | A.    Yes. |
| 10:43:32 | **7** | **Q.    Did you live in the B dorm?** |
| 10:43:41 | 8 | THE INTERPRETER:  Repetition, please. |
| 10:43:42 | **9** | **Q.    (BY MS. SCHEFFEY)  Did you live in the B** |
| 10:43:44 | **10** | **dorm?** |
| 10:44:03 | 11 | A.    Well, like I stated before, it's hard to |
| 10:44:06 | 12 | remember the small details; but they would change. |
| 10:44:12 | 13 | Like when they would take me to another county.  When |
| 10:44:16 | 14 | I would come back, they would put me in a different |
| 10:44:18 | 15 | dorm. |
| 10:44:19 | **16** | **Q.    Okay.  Let's introduce Exhibit 2.  I will** |
| 10:44:28 | **17** | **also share it on my screen.  Okay.  Let's see if I --** |
| 10:44:53 | **18** | **I understand that you have an eye problem, so I will** |
| 10:44:56 | **19** | **try to read this to you.  If your attorneys think I am** |
| 10:45:02 | **20** | **misreading it, they can say something as well.** |
| 10:45:04 | 21 | (Deposition Exhibit 2, remotely produced |
| 10:45:04 | 22 | and provided electronically to the reporter.) |
| 10:45:11 | 23 | MR. MILSTEIN:  Adrienne, does this have a |
| 10:45:13 | 24 | Bates stamp on it? |
| 10:45:14 | 25 | MS. SCHEFFEY:  I don't believe so, but I |

| | | |
|---|---|---|
| 11:45:51 | 1 | slept. |
| 11:45:53 | 2 | **Q.   I just want to make sure.  Are we still** |
| 11:45:56 | 3 | **talking --** |
| 11:45:57 | 4 | MR. MILSTEIN:  He's not testifying. |
| 11:45:58 | 5 | MS. SCHEFFEY:  I know.  I just want to |
| 11:45:59 | 6 | make sure he's still talking about the housing unit |
| 11:46:01 | 7 | sanitation -- |
| 11:46:03 | 8 | MR. MILSTEIN:  Let him speak, please. |
| 11:46:05 | 9 | THE INTERPRETER:  May I interpret? |
| 11:46:08 | 10 | MS. SCHEFFEY:  Yes. |
| 11:46:24 | 11 | A.   I understand that we needed to clean the |
| 11:46:27 | 12 | area where we slept.  So inside the cell, there is a |
| 11:46:44 | 13 | table and then there is a toilet.  And it is made of |
| 11:46:55 | 14 | steel. |
| 11:47:19 | 15 | So I personally wanted to make sure that |
| 11:47:22 | 16 | both the table and the toilet were perfectly clean. |
| 11:47:26 | 17 | And on occasion, I would place rags at the entrance |
| 11:47:30 | 18 | because I would tell people it needs to be clean. |
| 11:47:59 | 19 | So, you know, so I spent most of time |
| 11:48:03 | 20 | inside staying away from all of the problems, and |
| 11:48:06 | 21 | that's why I had to clean and maintain, clean the |
| 11:48:11 | 22 | table or my bed or the floor where I would do |
| 11:48:16 | 23 | exercise.  That's all. |
| 11:48:22 | 24 | **Q.   So you were cleaning for yourself?** |
| 11:48:28 | 25 | MR. MILSTEIN:  Object to form. |

| | | |
|---|---|---|
| 11:48:29 | 1 | A.   So I would clean the area where I would |
| 11:49:02 | 2 | sleep.  And I would take care of my health because I |
| 11:49:09 | 3 | had been there I would clean my bed in my room.  And |
| 11:49:13 | 4 | also -- thinking of my health because I had been there |
| 11:49:18 | 5 | for quite a while already, and it's very difficult to |
| 11:49:20 | 6 | be -- to live in a place where so many people with so |
| 11:49:25 | 7 | many different moods live together. |
| 11:49:29 | **8** | **Q.   (BY MS. SCHEFFEY)  Can you tell me about** |
| 11:49:33 | **9** | **-- what about living with so many people is -- is** |
| 11:49:37 | **10** | **hard?** |
| 11:50:19 | 11 | A.   So it's difficult to live with so many |
| 11:50:21 | 12 | people because, like I said before, there was only one |
| 11:50:25 | 13 | microwave for so many people.  There are only four |
| 11:50:28 | 14 | phones.  Then the library is a very small room, like 3 |
| 11:50:36 | 15 | by 1 1/2 meters.  People would get -- you would want |
| 11:50:39 | 16 | to be there to stay tranquil.  People would get there |
| 11:50:43 | 17 | and start screaming or start hitting the glass.  Some |
| 11:50:47 | 18 | were screaming, some were crying, or they were |
| 11:50:49 | 19 | fighting with their family. |
| 11:51:07 | 20 | So, you know, there are people who don't |
| 11:51:09 | 21 | care about anything.  Like, for instance, you are |
| 11:51:11 | 22 | eating at a table or you are watching TV, and then |
| 11:51:14 | 23 | they -- they expel a gas.  There are people who prefer |
| 11:51:41 | 24 | their food in the microwave, and they throw their |
| 11:51:45 | 25 | food, they don't clean after them, many people who |

Alejandro Torres  07/16/2020                                    Page 50
ALEJANDRO MENOCAL vs GEO GROUP

11:51:50    1    spit on the floor.

11:51:55    2            Some people spit in their phone headset.

11:52:23    3    There is all the time you hear all of these problems.

11:52:25    4    And then you have your own pressures, the pressure

11:52:28    5    with a court hearings, the pressure with the welfare

11:52:33    6    of your family.  It's very difficult.

11:52:36    7            THE INTERPRETER:  Correction for the

11:52:37    8    record.  "They spit on their handset in the phone."

11:53:12    9            A.  So, you know, it's very difficult to live

11:53:14    10   with so many people.  I recall when there were, like,

11:53:17    11   40 people, it was quiet, it was better.  There are no

11:53:21    12   people screaming all the time.

11:53:27    13           MS. SCHEFFEY:  Wasn't there something

11:53:29    14   about gritos, I heard?

11:53:33    15           THE INTERPRETER:  Are you addressing the

11:53:34    16   interpreter, Counsel?

11:53:36    17           MS. SCHEFFEY:  Yes.

11:53:38    18           THE INTERPRETER:  He said that people

11:53:39    19   were screaming all the time.

11:53:42    20           MS. SCHEFFEY:  Okay.  You can keep going.

11:54:06    21           A.  When you go out into the recreation area,

11:54:10    22   there is only one exercise bar, and it's just for two

11:54:14    23   people.  And the basketball basket, there is a wall,

11:54:32    24   and we used to play handball there.  When we were

11:54:49    25   still playing -- when we still were playing handball,

| | | |
|---|---|---|
| 11:54:54 | 1 | someone else would come back with a basketball, and he |
| 11:54:59 | 2 | would start playing. |
| 11:55:34 | 3 | So, you know, for instance, if one was |
| 11:55:36 | 4 | exercising at the exercise bar, someone would come |
| 11:55:40 | 5 | over -- someone would take a basketball ball and throw |
| 11:55:44 | 6 | it below the bar so -- because we all came out at the |
| 11:55:48 | 7 | same time, there would be over 40 people, and the |
| 11:55:52 | 8 | space is very limited. |
| 11:56:15 | 9 | So, you know, in the afternoons, that's |
| 11:56:19 | 10 | when it was quiet.  But when I felt overstressed and |
| 11:56:23 | 11 | would start hitting the handball because -- until I |
| 11:56:30 | 12 | started to cry because I couldn't take it anymore. |
| 11:56:42 | 13 | For me, that was very difficult.  And you're asking |
| 11:56:46 | 14 | how come it's so hard to live with so many people. |
| 11:56:53 | **15** | **Q.   And I'm sorry, I'll give you a moment to** |
| 11:56:56 | **16** | **take a breath.  Yeah, I understand it was difficult.** |
| 11:57:18 | **17** | **I'm going to ask a few more questions.  I'm sorry for** |
| 11:57:22 | **18** | **that.** |
| 11:57:30 | 19 | A.   Don't worry.  You can ask me anything you |
| 11:57:32 | 20 | want. |
| 11:57:35 | **21** | **Q.   So it sounds like some of the problems** |
| 11:57:37 | **22** | **you had is that people didn't have respect for one** |
| 11:57:39 | **23** | **another; is that correct?** |
| 11:57:48 | 24 | MR. MILSTEIN:  Objection. |
| 11:57:49 | 25 | A.   So, you know, I don't know if it's a |

Alejandro Torres  07/16/2020                              Page 52
ALEJANDRO MENOCAL vs GEO GROUP

11:58:29   1    matter of respect.  I think that they would put us all

11:58:32   2    together like animals, like shit.  I don't know if the

11:58:38   3    right word is animals.  It's like they would put us

11:58:42   4    all together in a room and they say, Well, now you do

11:58:45   5    what I want.  And on top of it, you have to put up

11:58:48   6    with the messiness of the guards.  And the rest is the

11:58:57   7    foul language against you.

11:59:31   8              So, for instance, when we were in the

11:59:32   9    recreation area or we were watching TV -- because they

11:59:37   10   have three TVs, one is in English, one is for soap

11:59:41   11   operas or shows and movies.  And I like to watch

11:59:47   12   movies in English.  So while I was sitting totally

12:00:30   13   calm watching TV, I would look up towards my room, and

12:00:34   14   I would see the guard undoing my bed, throwing my food

12:00:40   15   everywhere, moving around the pictures of my wife and

12:00:47   16   children, and he would throw my mattress down.  All of

12:00:58   17   that is very difficult.  And many of the things I

12:01:18   18   lived through like the first time I was in jail marked

12:01:24   19   me for life, and I don't believe that's something I'll

12:01:29   20   ever forget.

12:01:30   **21          Q.   (BY MS. SCHEFFEY)  Did you have the same**

12:01:31   **22   problems when you were in the Department of**

12:01:33   **23   Corrections?**

12:01:38   24          A.   No, never.  So at DOC, I would take care

12:02:29   25   of my bed, I would clean my toilet.  I was very busy

| | | |
|---|---|---|
| 12:02:35 | 1 | exercising, taking my courses.  And at the DOC, there |
| 12:02:40 | 2 | are also many gangs.  It's very violent.  So best |
| 12:02:44 | 3 | thing is to stay away from all of that. |
| 12:03:26 | 4 | So, you see, at DOC, I would try to talk |
| 12:03:30 | 5 | to people who had been there for a long time.  I |
| 12:03:33 | 6 | wanted to learn from them in order to stay away from |
| 12:03:38 | 7 | problems.  And even though I didn't understand a lot |
| 12:03:41 | 8 | because of English, I tried to talk to them and have |
| 12:03:47 | 9 | conversations with them.  At GEO, it's not -- that's |
| 12:03:53 | 10 | not possible.  It's unbearable. |
| 12:03:57 | **11** | **Q.   So you didn't have any conversations with** |
| 12:03:59 | **12** | **any of the other people who were detained with you** |
| 12:04:02 | **13** | **while at GEO?** |
| 12:04:33 | 14 | A.   So, you know, at GEO, I tried to talk to |
| 12:04:37 | 15 | some -- to some people.  You know, it's very difficult |
| 12:04:42 | 16 | to live with so many people.  So many people come from |
| 12:04:48 | 17 | many different places with different characteristics, |
| 12:04:52 | 18 | different frames of mind.  Some of them are very rude, |
| 12:04:57 | 19 | some of them are very tyrant -- they are very despots. |
| 12:05:02 | 20 | It's very difficult to live with them.  They are all |
| 12:05:11 | 21 | waiting for the court, the court's decision. |
| 12:05:53 | 22 | So, you know -- and even the fact that |
| 12:05:57 | 23 | you need to see your family through the glass, you |
| 12:06:02 | 24 | cannot see your kids, see your spouse, you cannot |
| 12:06:05 | 25 | touch them, you cannot feel them, you cannot feel |

| | | |
|---|---|---|
| 12:19:31 | 1 | And that is way out of line, Adrienne. |
| 12:19:35 | 2 | MS. SCHEFFEY:  What question is he not |
| 12:19:36 | 3 | answering?  I'm -- I'm trying to get a sentence out to |
| 12:19:38 | 4 | him which you won't let me say which is the question |
| 12:19:41 | 5 | is about this document.  That's all I wanted to say, |
| 12:19:44 | 6 | and you won't let me say that. |
| 12:19:47 | 7 | MR. MILSTEIN:  You have cut him off, and |
| 12:19:48 | 8 | you have disrupted his testimony.  And it is |
| 12:19:50 | 9 | objectionable, and it's a problem.  And we'll be going |
| 12:19:53 | 10 | to the judge on this. |
| 12:19:56 | 11 | MS. SCHEFFEY:  Okay. |
| 12:19:57 | **12** | **Q.   (BY MS. SCHEFFEY)  Mr. Hernandez, what I** |
| 12:19:58 | **13** | **was trying to say is I want to hear your story, but I** |
| 12:20:02 | **14** | **also want to make sure we're talking about this** |
| 12:20:02 | **15** | **document in front of you, okay?** |
| 12:20:04 | 16 | MR. MILSTEIN:  He testified that this |
| 12:20:06 | 17 | document instructed him to do some activities in the |
| 12:20:08 | 18 | dorm.  And then he described those activities and what |
| 12:20:10 | 19 | the guard told him he had to do.  And you didn't like |
| 12:20:13 | 20 | the sound of that, and you stopped his testimony, and |
| 12:20:15 | 21 | you have interrupted him and -- |
| 12:20:16 | 22 | MS. SCHEFFEY:  No, I want to ask him if |
| 12:20:18 | 23 | what the guard him told him to do is stated in here. |
| 12:20:21 | 24 | That's what I want to know. |
| 12:20:23 | 25 | MR. MILSTEIN:  You can ask him that after |

| | | |
|---|---|---|
| 12:20:25 | 1 | he finishes answering your prior question. |
| 12:20:28 | 2 | MS. SCHEFFEY:  Okay.  You may finish, |
| 12:20:30 | 3 | Mr. Hernandez. |
| 12:20:34 | 4 | THE INTERPRETER:  I need definition |
| 12:20:39 | 5 | interpreting, I believe.  This is the interpreter |
| 12:20:40 | 6 | speaking. |
| 12:20:41 | 7 | MS. SCHEFFEY:  Okay. |
| 12:20:41 | 8 | A.  So I said, No, why should I clean all of |
| 12:20:45 | 9 | the tables if I -- I did not use all of the table?  So |
| 12:20:59 | 10 | he said, Are you not going to clean?  I said, No, I'm |
| 12:21:01 | 11 | not going to clean.  I'm going to clean the area where |
| 12:21:06 | 12 | I ate, but not everything.  He turned me by my |
| 12:21:25 | 13 | shoulder, put the handcuffs on me and took me to |
| 12:21:29 | 14 | segregation. |
| 12:21:31 | 15 | In there, it also state time -- the visit |
| 12:21:59 | 16 | schedule, calls schedule, a commissary schedule.  So |
| 12:22:31 | 17 | the paper had religion, sometimes whether there would |
| 12:22:35 | 18 | be a congregation, sometimes there was a priest, |
| 12:22:38 | 19 | sometimes there was a pastor.  And I would attend |
| 12:22:41 | 20 | both.  For me, what was important is to be near God |
| 12:22:53 | 21 | and to give me strength to stay at that place. |
| 12:23:14 | 22 | I remember it said something else.  It |
| 12:23:17 | 23 | also says something about attorney -- attorneys visit. |
| 12:23:33 | 24 | And it said something else in the letters, but I think |
| 12:23:39 | 25 | I don't remember quite clearly |

| | | |
|---|---|---|
| 12:23:41 | 1 | Q.   (BY MS. SCHEFFEY)  Is that it? |
| 12:23:42 | 2 | A.   Yes. |
| 12:23:44 | 3 | MS. SCHEFFEY:  Teresa, could you read |
| 12:23:45 | 4 | back the question, the original question? |
| 12:24:21 | 5 | THE COURT REPORTER:  Sure.  I'm looking |
| 12:24:21 | 6 | for the question.  Hold on. |
| 12:24:22 | 7 | (The last question was read back as |
| 12:24:22 | 8 | follows:  "Do you remember this document being |
| 12:24:22 | 9 | threatening in any way?") |
| 12:24:27 | 10 | A.   No.  No, that document didn't say |
| 12:24:38 | 11 | anything like that, just everything I told you.  And |
| 12:24:42 | 12 | also that you had to obey the orders that the guards |
| 12:24:50 | 13 | gave you. |
| 12:24:51 | 14 | Q.   (BY MS. SCHEFFEY)  Thank you. |
| 12:24:54 | 15 | MS. SCHEFFEY:  I'm also going to -- as |
| 12:24:56 | 16 | we've now reread the question and gotten the answer, |
| 12:24:58 | 17 | I'm going to move to strike the entire portion as |
| 12:25:02 | 18 | nonresponsive.  That will be for the record.  As |
| 12:25:05 | 19 | Mr. Milstein said that he is going to bring it before |
| 12:25:07 | 20 | the judge, now we have a clear record. |
| 12:25:31 | 21 | Q.   (BY MS. SCHEFFEY)  The handbook that you |
| 12:25:33 | 22 | described earlier, what you called earlier the housing |
| 12:25:36 | 23 | unit sanitation program -- |
| 12:25:45 | 24 | MR. MILSTEIN:  Object to form.  Misstates |
| 12:25:46 | 25 | prior testimony. |

| | | |
|---|---|---|
| 01:34:38 | 1 | A.   The job when I was paid for $1 a day, my |
| 01:34:46 | 2 | job consisted on polishing and cleaning and waxing all |
| 01:34:49 | 3 | of the floors in the dorms and the hallway.  I never |
| 01:34:55 | 4 | cleaned the bathrooms. |
| 01:34:59 | **5** | **Q.   Okay.  And when you signed this document,** |
| 01:35:01 | **6** | **you understood that the work you did under this** |
| 01:35:03 | **7** | **program would be paid at $1 a day; is that correct?** |
| 01:35:18 | 8 | A.   Yes, it was $1 a day. |
| 01:35:21 | **9** | **Q.   Okay.  And was there a position you could** |
| 01:35:23 | **10** | **apply for to clean only in the pod, to your knowledge?** |
| 01:35:45 | 11 | A.   Ma'am, with all due respect, you are |
| 01:35:48 | 12 | confused.  When the application says cleaning the |
| 01:36:02 | 13 | dorm -- I will not say this again -- for the officers, |
| 01:36:12 | 14 | the dorm means every single one of the dorms.  It |
| 01:36:23 | 15 | never specified the dorm where I lived, where I spend |
| 01:36:28 | 16 | my time when I was detained.  Because for them, the |
| 01:36:44 | 17 | dorms mean where people dressed in blue are, the |
| 01:36:50 | 18 | marshals, and the women.  That's all. |
| 01:36:56 | **19** | **Q.   Okay.  So I appreciate you explaining to** |
| 01:36:58 | **20** | **me what you believed to be GEO's position, but I'm** |
| 01:37:02 | **21** | **going to go through this document, okay?  And I want** |
| 01:37:04 | **22** | **your understanding.** |
| 01:37:25 | 23 | A.   On the document, it states cleaning the |
| 01:37:33 | 24 | dorm.  But when I realized, and it was already too |
| 01:37:42 | 25 | late, that for the officers the dorm meant all of the |

Alejandro Torres  07/16/2020                              Page 77
ALEJANDRO MENOCAL vs GEO GROUP

01:37:46    1    other dorms -- because when I say I wanted to clean

01:38:01    2    the dorm, I believed it was the dorm where I was

01:38:04    3    detained.

01:38:05    **4**         Q.   I understand.  Can I ask my question now,

01:38:07    **5**    Mr. Hernandez?

01:38:10    6         MR. MILSTEIN:  Let me just note for the

01:38:11    7    record that that's yet another time that counsel has

01:38:14    8    interrupted the client mid answer.

01:38:19    **9**         Q.   (BY MS. SCHEFFEY)  May I ask my question

01:38:20    **10**   please, Mr. Hernandez?

01:38:26    11        A.   Yes, tell me.

01:38:28    **12**        Q.   When you wrote housekeeping, what job

01:38:31    **13**   were you applying for?

01:38:51    14        A.   To clean the dorm -- when I said to clean

01:39:06    15    the dorm, I understood it to be mopping and sweeping,

01:39:13    16    not to clean the tables, the windows, the mirrors, and

01:39:16    17    the bathrooms.

01:39:19    **18**        Q.   Okay.  So when you volunteered here, you

01:39:21    **19**   were volunteering to mop and sweep the dorm; is that

01:39:24    **20**   correct?

01:39:25    21        A.   So -- but I never got to mop or sweep.  I

01:39:51    22    only cleaned the bathrooms.  And that only happens

01:39:54    23    because the officer assigned me to clean the bathrooms

01:39:58    24    when he realized they were dirty.

01:40:01    **25**        Q.   Okay.  Who did you think should clean up

Alejandro Torres  07/16/2020                              Page 78
ALEJANDRO MENOCAL vs GEO GROUP

01:40:05    1    the bathrooms?

01:40:21    2              A.    I did not realize that they were dirty to

01:40:24    3    such an extent.  And being that I had been through

01:40:34    4    segregation, I didn't want to go through the same.

01:40:46    5    When I realized that I found gloves that had semen on

01:40:52    6    them and plastic packs with semen, with pubic -- pubic

01:41:03    7    hair -- and so I was disgusted.  And so the guard was

01:41:32    8    looking at me with his eyes looking up, and he was

01:41:36    9    mocking me.  And so I finished in the bathrooms, and I

01:42:03    10   cleaned one of them extremely well because I felt

01:42:09    11   filthy, I felt I had been humiliated in the worst

01:42:23    12   possible way that a human being can be humiliated.

01:42:26    13   It's just not fair.

01:42:30    **14              Q.    I understand.  I'm going to ask you about**

01:42:32    **15   the timing of that incident, okay?  The time you just**

01:42:41    **16   discussed when you cleaned the showers, do you**

01:42:44    **17   remember the date?**

01:42:52    18              A.    No, I do not remember.

01:42:55    **19              Q.    Do you remember how soon after you**

01:42:56    **20   arrived at the facility that it occurred?**

01:43:29    21              A.    You know, there is one thing I can tell

01:43:31    22   you.  Good memories, I do not have.  And the bad

01:43:36    23   memories -- the bad memories -- correction for the

01:43:38    24   record -- I remember them vividly, and they are

01:43:41    25   harmful.

Alejandro Torres  07/16/2020                                      Page 79
ALEJANDRO MENOCAL vs GEO GROUP

01:44:00    1           So I arrived to GEO, I had some paper.

01:44:04    2     And I would ask the guard to give me some paper

01:44:08    3     because I was writing down everything that was

01:44:11    4     happening, everything that I was doing every single

01:44:15    5     day.  And my intention was either to put a book

01:44:32    6     together during my life of the suffering I went

01:44:35    7     through.

01:44:43    8           And a guard that checked me down, he

01:44:50    9     spoke Spanish, everything I had with my daughters'

01:45:00   10     pictures, he tore all of the papers as well as a

01:45:11   11     picture of my daughter.  It was -- for him, there was

01:45:19   12     contraband.

01:45:24   **13        Q.   Okay.  And I understand that's hard.**

01:45:25   14           MS. SCHEFFEY:  Can the court reporter

01:45:26   15     please read back the question.

01:45:39   16           (The last question was read back as

01:45:39   17     follows:  "Do you remember how soon after you arrived

01:45:39   18     at the facility that it occurred?")

01:45:41   19           MS. SCHEFFEY:  And I'm going to object to

01:45:43   20     the rest as nonresponsive.  The questions are --

01:45:45   21     sorry.

01:45:54   22        A.   I don't remember.  Those are memories,

01:46:06   23     but that happened after I was taken to segregation.

01:46:09   **24        Q.   (BY MS. SCHEFFEY)  Okay.  How many times**

01:46:12   **25     were you taken to segregation?**

U.S. LEGAL SUPPORT, INC
303-832-5966

| | | | |
|---|---|---|---|
| 01:46:16 | 1 | A. | Four times. |
| 01:46:21 | 2 | Q. | When was the first time? |
| 01:46:26 | 3 | A. | The time I did not clean. |
| 01:46:30 | 4 | Q. | How soon after you arrived at the |
| 01:46:32 | 5 | | facility was that? |
| 01:46:41 | 6 | A. | About three days. |
| 01:46:43 | 7 | Q. | Three days after you arrived at the |
| 01:46:46 | 8 | | facility? |
| 01:46:47 | 9 | A. | Yes. |
| 01:46:50 | 10 | Q. | Was that in 2009 or in 2012? |
| 01:46:59 | 11 | A. | 2012. |
| 01:47:02 | 12 | Q. | Were you sent to segregation any of the |
| 01:47:06 | 13 | | times during your stay in 2009? |
| 01:47:17 | 14 | A. | No, I was there for a very short period |
| 01:47:32 | 15 | | of time until it was under construction.  Apparently I |
| 01:47:37 | 16 | | arrived to the old one. |
| 01:47:40 | 17 | Q. | So the answer is, no, you were not sent |
| 01:47:42 | 18 | | to segregation in 2009? |
| 01:47:48 | 19 | A. | In 2009. |
| 01:47:50 | 20 | Q. | And for how long were you in segregation |
| 01:47:53 | 21 | | the first time you went? |
| 01:47:59 | 22 | A. | 15 days. |
| 01:48:03 | 23 | Q. | And did you have medical issues that |
| 01:48:05 | 24 | | required you to go to the hospital at that point? |
| 01:48:17 | 25 | A. | No, I had another problem later on. |

Alejandro Torres  07/16/2020                              Page 81
ALEJANDRO MENOCAL vs GEO GROUP

01:48:21    1        Q.   We'll get to that.

01:48:31    2        A.   No, I was -- I had a problem later on

01:48:36    3   that required them taking me to the hospital because

01:48:39    4   in 2007 or '8, I had a heart attack.

01:48:44    5        Q.   Okay.  So when was the second time you

01:48:47    6   went to segregation?

01:48:47    7             (The court reporter interrupted for the

01:48:47    8   clarity of the record.)

01:49:03    9        A.   Another time when I was tired, and I did

01:49:06   10   not want to clean the floor.

01:49:11   11             THE COURT REPORTER:  Thank you.

01:49:11   12        Q.   (BY MS. SCHEFFEY)  So both times were

01:49:12   13   when you did not want to clean the floors?

01:49:20   14             MR. MILSTEIN:  Objection, misstates the

01:49:22   15   testimony.

01:49:49   16        A.   There was two times when I didn't want to

01:49:52   17   clean the floors.  One time where they accused me of a

01:49:56   18   fight where I did not participate.  And the first time

01:50:00   19   because I didn't want to clean the tables.

01:50:03   20        Q.   (BY MS. SCHEFFEY)  Okay.  So I just want

01:50:06   21   to make sure it's clear for me so I can ask you good

01:50:10   22   questions.  So I'm talking about the first time.  And

01:50:16   23   that was about three days after you arrived, and you

01:50:18   24   said you were sent for 15 days; is that correct?

01:50:33   25        A.   No, they left me there for 15 days.

01:50:37   1          Q.   And what was the infraction that you

01:50:40   2   committed?

01:50:45   3          A.   For not cleaning the tables.

01:50:47   4          Q.   Okay.  And then the next time, how

01:50:54   5   quickly after was that -- did that occur?

01:51:01   6          A.   The second time -- the next time was when

01:51:13   7   I was already polishing the floors, and we had worked

01:51:21   8   all night two nights in a row.  They would take us out

01:51:31   9   of our dorms around 7:30 in the evening until 7:30 in

01:51:36   10  the morning.  I hadn't slept.  And during the daytime,

01:51:48   11  I couldn't sleep because of all of the noise and all

01:51:50   12  of the yelling.

01:51:59   13         So when they told me to go clean the

01:52:02   14  floors, I told the guard I wasn't going to go.  I was

01:52:06   15  tired.  And he said to me, There is an inspection.  I

01:52:15   16  don't care.  Let's go.  I did not want to, so he went

01:52:27   17  down the stairs.  And a little time later, I don't

01:52:41   18  know how much time lapsed, because I was doing my

01:52:46   19  paper craft to tire out so I could sleep despite the

01:52:54   20  noise.

01:53:02   21         He arrived, called me to the door,

01:53:04   22  handcuffed me, and took me to segregation.  That was

01:53:12   23  the second time.

01:53:14   24         Q.   And I believe the question was how soon

01:53:17   25  after you arrived did that happen?

Alejandro Torres  07/16/2020                                    Page 83
ALEJANDRO MENOCAL vs GEO GROUP

01:53:32  1          A.   I don't recall.  Honestly, I don't

01:53:34  2   recall.

01:53:35  **3          Q.   And was that for not cleaning as part of**

01:53:37  **4   the $1-a-day program?**

01:53:47  5          A.   Yes.  I had worked for two nights in a

01:53:59  6   row.

01:54:00  **7          Q.   And those two occasions, the 2012**

01:54:02  **8   occasion where you didn't clean the table and the**

01:54:04  **9   other occasion where you didn't clean the floors, were**

01:54:07  **10   those before or after the shower incident?**

01:54:29  11          A.   The thing with the shower happened

01:54:32  12   before.

01:54:38  **13          Q.   So the thing with the shower happened in**

01:54:40  **14   the first three days you were at Aurora?**

01:54:57  15          A.   Can't be, because the very first time I

01:55:00  16   was taken for 15 days.  I want to clear something up.

01:55:15  17               (The court reporter interrupted for the

01:55:15  18   clarity of the record.)

01:55:15  19          A.   When you're taken to segregation, the

01:55:30  20   time is a really hard time.

01:55:33  **21          Q.   I understand.  And we're going to get to**

01:55:35  **22   that; but right now, I'm just trying to get a**

01:55:37  **23   timeline, okay?**

01:55:56  24          A.   But I want you to understand that I

01:55:58  25   cannot tell you the time period when it happened

U.S. LEGAL SUPPORT, INC
303-832-5966

| | | |
|---|---|---|
| 05:04:59 | 1 | And there was a person who helped me, and I worked in |
| 05:05:02 | 2 | yard keeping.  And that same person asked me if I knew |
| 05:05:13 | 3 | how to drive a rig.  And that's the way I was driving |
| 05:05:25 | 4 | the rig, the trailer.  Those the two jobs I had. |
| 05:05:31 | **5** | **Q.   Do you have family in the United States?** |
| 05:05:38 | 6 | A.   My wife and two daughters. |
| 05:05:41 | **7** | **Q.   Were you deported from the United States?** |
| 05:05:47 | 8 | A.   Yes. |
| 05:05:48 | **9** | **Q.   And your family, did they go with you?** |
| 05:06:00 | 10 | A.   No, I'm on my own here in Mexico, and my |
| 05:06:03 | 11 | wife and daughters are in Denver. |
| 05:06:05 | **12** | **Q.   Do you get to see them ever?** |
| 05:06:15 | 13 | A.   My daughter Nelly has come down three |
| 05:06:20 | 14 | times.  She's a U.S. citizen. |
| 05:06:22 | 15 | (The court reporter interrupted for |
| 05:06:22 | 16 | clarification of the record.) |
| 05:06:22 | 17 | A.   My daughter Nelly has come -- has been |
| 05:06:34 | 18 | here for three times.  She is a U.S. citizen.  And my |
| 05:06:42 | 19 | other daughter is ten years old. |
| 05:06:55 | 20 | THE INTERPRETER:  I need correction for |
| 05:06:56 | 21 | the record.  Counsel, it is not clear to the |
| 05:07:04 | 22 | interpreter who is a citizen who has come down three |
| 05:07:08 | 23 | times. |
| 05:07:09 | **24** | **Q.   (BY MR. MILSTEIN)  Tell us your two** |
| 05:07:11 | **25** | **daughters' names and their ages and which one, if** |

05:07:14    1    either, is a citizen.

05:07:16    2              MS. SCHEFFEY:  Object to form.

05:07:28    3         A.   My daughter Nelly, she is ten years old.

05:07:34    4    Excuse me.  She's going to turn ten in October.  She

05:07:40    5    is a citizen.  And my daughter Diana is going to turn

05:07:50    6    21 tomorrow.  And Diana has come once to see me, and

05:08:04    7    Nelly has come three times.  My wife has come once to

05:08:12    8    see me.

05:08:15    9         Q.   Were you detained at the GEO detention

05:08:18   10    center in Aurora?

05:08:24   11         A.   Yes.

05:08:27   12         Q.   Were you ever sent to solitary

05:08:29   13    confinement during your time there?

05:08:39   14         A.   Yes, four times.

05:08:48   15         Q.   You've told us before that one of those

05:08:50   16    times you were sent because you refused to do the work

05:08:53   17    without pay, right?

05:09:05   18              MS. SCHEFFEY:  Object to form.

05:09:06   19         A.   Yes.

05:09:09   20         Q.   (BY MR. MILSTEIN)  Mr. Hernandez Torres,

05:09:11   21    tell us about segregation at GEO in Aurora.

05:09:36   22         A.   It is a room -- it is a meter -- 10 or 8

05:09:39   23    meters wide by 3 1/2 meters.  And there is a bed.

05:09:55   24    It's made of steel.  A toilet and a wash basin.  Above

05:10:10   25    the wash basin, there is a square -- there is a square

Alejandro Torres  07/16/2020                                    Page 142
ALEJANDRO MENOCAL vs GEO GROUP

05:10:25  1   opening and -- I need look for the word.  There is

05:10:33  2   square -- it's like -- there is a square bar that --

05:10:40  3   where the air conditioning is coming through -- a

05:10:44  4   vent, a square vent where the air-conditioning is

05:10:47  5   coming through, and it's always very cold.  The door

05:10:55  6   is made of steel.  And it has glass for about half a

05:11:11  7   meter and with 3 or 4 inches where all the guards have

05:11:25  8   a bell.  So every 15 or 20 minutes, they will drag

05:11:44  9   this device through the door until it rings.  There's

05:11:47  10  no way you can go to sleep because the light is always

05:11:55  11  on.  That's segregation.

05:12:02  **12**       Q.   **How many hours per day do you spend in**

05:12:04  **13  that cell when you're in segregation?**

05:12:12  14       A.   All the time.

05:12:17  **15**       Q.   **How did you stay warm if the AC was on**

05:12:21  **16  all of the time?**

05:12:55  17       A.   So, you know, when you -- when they think

05:12:59  18  that they give you a -- some linen, one.  And they

05:13:03  19  give you like a vinyl pillow.  So when you cannot

05:13:09  20  withstand the cold anymore, I would wrap myself with

05:13:12  21  the sheet, and then I would kind of curl myself up so

05:13:26  22  that I could warm up my body with my own breathing.

05:13:40  23  On one occasion, I was in that position.  And the

05:13:53  24  guard, when he saw I was covered up, opened the door

05:14:01  25  up, took the sheet from me, and left me there with

```
 1

 2                    REPORTER'S CERTIFICATE

 3   STATE OF COLORADO          )
                                ) ss.
 4   CITY AND COUNTY OF DENVER  )

 5             I, TERESA LYNNE CARDENAS, Registered
     Professional Reporter, Certified Realtime Reporter,
 6   and Notary Public ID 19994013288, State of Colorado,
     do hereby certify that previous to the commencement of
 7   the examination, the said ALEJANDRO HERNANDEZ TORRES
     was duly sworn or affirmed by me to testify to the
 8   truth in relation to the matters in controversy
     between the parties hereto; that the said deposition
 9   was taken in machine shorthand by me remotely and was
     thereafter reduced to typewritten form; that the
10   foregoing is a true transcript of the questions asked,
     testimony given, and proceedings had.
11
               I further certify that I am not employed by,
12   related to, nor counsel for any of the parties herein,
     nor otherwise interested in the outcome of this
13   litigation.

14             IN WITNESS WHEREOF, I have affixed my
     signature this 20th day of July,
15   2020.

16             My commission expires May 24, 2023.

17


18


19   ___X_ Reading and Signing was requested.

20   _____ Reading and Signing was waived.

21   _____ Reading and Signing was not required.

22                 Teresa Lynne Cardenas

23             _____
                 TERESA LYNNE CARDENAS
24               Registered Professional Reporter
                 Certified Realtime Reporter
25
```