# Exhibit 13

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

## *GRISEL XAHUENTITLA*

*10/26/2017*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

1   disciplinary segregation?

2            MR. HOOD:  Objection.

3       A    Not while I was detained.

4       Q    (By Mr. Deacon)  Okay.

5       A    Not that I know of.

6       Q    All right.  Nobody you knew of while
7   you were at Aurora was placed in either
8   administrative segregation or disciplinary
9   segregation, correct?

10      A    You mean at the hole, right?

11      Q    Pardon me?  Yeah.

12      A    When you say --  All that means the
13  hole?

14      Q    I don't know.  What is the hole?

15      A    El hoyo.

16      Q    Huh?  Have you ever seen the hole?

17      A    No.  They just used to point at it.

18      Q    Okay.  Who used to point at it?

19      A    The guards.

20      Q    Okay.  Did you ever go in the hole?

21      A    No.

22      Q    Were you ever assigned to the hole?

23      A    No.

24           MR. HOOD:  Objection.

25      Q    (By Mr. Deacon)  Did you ever --  Did

1   you ever know anybody who was placed in the hole?
2       A    No.
3       Q    Okay.  So you don't have any --  I
4   can't ask you any information about what it
5   consisted of or what was inside there --
6       A    What it looked like, no.
7       Q    All right.  What guard pointed out the
8   hole to you?
9       A    I don't remember the names of the
10  guards.
11      Q    Okay.  Was it male?  Was it female?
12      A    We always got females.
13      Q    Okay.  So you only had female guards?
14      A    Yes, sir.
15      Q    Okay.  And do you recall any guard ever
16  threatening to put somebody in the hole?
17      A    About three times.
18      Q    And who was --  When was that?
19      A    One time this lady was sick -- well, a
20  girl, not a lady -- this girl was sick, and her
21  name was on the board to clean -- to clean the --
22  I --  I --  I don't remember if it was sweeping or
23  mopping.  And so she had a really bad abdominal
24  pain, and -- and so another girl and I volunteered
25  to do the work for her.  And the guard said -- she

*GRISEL XAHUENTITLA 10/26/2017*                    73

1   said "No."  She said that we had to go back to our

2   beds and she had to do the job, because her name

3   was on the board.  She was in real bad pain.

4               And so that's when -- that's when the

5   guard said that if she didn't do the work, she was

6   going to be sent to the hole.  And so she was

7   pointing at it like (indicating) -- like it was

8   right next to our dorm.  And --  And she said that

9   it wasn't going to be any pleasant.

10              That's all I know.

11       Q    Do you know if there's any -- where the

12   medical facilities are at Aurora?

13       A    Who is the what?

14       Q    Medical --  Where you receive medical

15   care, do you know where that's located at Aurora?

16       A    In the same --  In the same Geo

17   detention.

18       Q    Yes.  But in terms of where the guard

19   was pointing, do you know where the medical center

20   is in relationship to what you called the hole?

21       A    Oh, yes.  So you get out of the dorms,

22   and you walked to your -- to your left, and then

23   you walked to your right, and then I think you

24   again walked to the right, and then you wait for

25   the medical.

1  Q   Okay.
2  A   And she was pointing just at the right,
3  that there was a -- like a single dorm.
4  Q   Okay.  Well, a dorm that you never saw?
5  A   No.
6  Q   All right.  Who --  Who was the
7  detainee that had this stomachache that you were
8  describing?
9  A   I don't know her name.  She was either
10 from Honduras or El Salvador.
11 Q   How do you know that?
12 A   Because I --  I don't really remember
13 her name right now, but she -- she, in fact, ended
14 having a stone in her kidney.
15 Q   A kidney stone?
16 A   Yes, sir.
17 Q   How do you know she had a kidney stone?
18 A   Because she -- she got extremely sick
19 the next day.
20 Q   Okay.
21 A   And she --  So she was --  They took
22 her to the hospital.
23 Q   Outside of Aurora?
24 A   Yes, sir.
25 Q   Okay.  Do you remember if that was at

¹ the beginning of your stay, toward the end of your

² stay, in the middle of your stay, or do you

³ recall?

⁴     A    No.

⁵     Q    Okay.  Describe for me the guard that

⁶ allegedly said that if she didn't work, she'd be

⁷ sent to the hole?

⁸         MR. HOOD:  Objection.

⁹     A    She was tall.  She only spoke English.

¹⁰ Short hair.  And she had --  She was, like, your

¹¹ skin color.

¹²     Q    Do you know what approximate age she

¹³ would be?

¹⁴     A    Between her 20s and 30s, like late 20s.

¹⁵     Q    Late 20s or early 30s?

¹⁶     A    Yes.

¹⁷     Q    Do you know what color her hair was?

¹⁸     A    She called it red.

¹⁹     Q    So it was --  It was colored red?

²⁰     A    Barely.

²¹     Q    A lighter --

²²     A    Kind of --

²³     Q    A lighter --

²⁴     A    Kind of brownish-red.

²⁵     Q    Brownish-red, okay.  And was she a

1   probably don't know this, but do you know what

2   they were looking for, why they had the shakedown?

3       A    Once in a while, you had the shakedown.

4       Q    But do you know what prompts a

5   shakedown?

6            MR. HOOD:  Objection.

7       A    No.  We just --  They clearly said that

8   we were not allowed to keep food, like lunch food

9   or something.  There's salt in big bowls in

10  commissary, so you think that you can save some

11  food from lunch for later, and they will throw

12  away everything; like, you're not allowed to have

13  that, or a -- the little -- your little milk.

14           Or like I repeat again, simply sugar or

15  anything like that.  That's all they were looking

16  for.  That's --  That's what I believe they were

17  all looking for

18      Q    (By Mr. Deacon)  Did anyone get in

19  trouble as a result of that shakedown?

20      A    No.

21      Q    Was anybody sent to administrative

22  segregation or disciplinary segregation?

23      A    You mean sent to the hole?

24      Q    Yeah.  Anybody sent there?

25      A    No, sir.

1  Q    Okay.  Let's talk about the second

2  time.  Describe for me the second time that

3  somebody mentioned that you could be sent to

4  administrative segregation or disciplinary

5  segregation?

6         MR. HOOD:  Objection.

7  A    Just simply --  The guards simply

8  telling us, like, we had to follow the rules.  We

9  had to clean the pod.  There were three different

10 names on the board daily to -- without including

11 the $1 say day pay -- that you had to clean the

12 dorms.  You either cleaned the tables, swept or

13 mopped the floors.

14         And so she was kind of being clear on

15 what the rules were.  "You have to do" --  "You

16 have to do the work" -- "the part of the work that

17 it says on the board no matter" -- "no matter

18 what.  And if you don't do it, you're going to be

19 sent to the hole."

20 Q    (By Mr. Deacon)  And do you remember

21 the name of this person?

22 A    No, sir.

23 Q    And I apologize. Did you remember the

24 name of the lieutenant that you described for me?

25 A    No.

```
 1      Q    And when I say "name," even if -- the
 2 first name, nickname; anything like that?
 3      A    No.  She had a Spanish last name.
 4      Q    The lieutenant?
 5      A    The lieutenant.  They mostly went by
 6 their -- by their last names.
 7      Q    And going to the second incident, this
 8 person -- this guard, do you remember what she
 9 looked like?
10      A    I don't remember.
11      Q    Okay.  You don't remember if she's
12 tall, short, medium?  You don't remember the color
13 of her hair?
14      A    I just remember she was speaking
15 English.
16      Q    Okay.  Do you know if she was able to
17 speak Spanish?
18      A    I do remember that she did not spoke
19 (sic) Spanish.
20      Q    Was she one of the regular guards
21 there, to your knowledge?
22      A    Yes, sir.
23      Q    Okay.  And she referred to a list of
24 what -- what needed to be done to clean the pods
25 and told you that you had to do those -- that list
```

1        A      Where?

2        Q      Right here on Page 2.  If you go down

3   to the third paragraph.

4        A      It does say that, uh-huh.  Yes.

5        Q      And does Page 6 outline the

6   disciplinary process at Item No. 11 on Page 6?

7               MR. HOOD:  Objection.

8        A      Page 6, 11?

9        Q      (By Mr. Deacon)  Yeah.  Do you see

10  where it says 11?  Does that start where it

11  discusses the disciplinary process?

12       A      Yes, sir.  I'm reading it.

13       Q      And if you turn the page, you'll see on

14  the right-hand side it lists seven items that you

15  have a right to.  And does it outline all the

16  different steps that can be taken if you disagree

17  with the actions being taken?

18              MR. HOOD:  Objection.

19       A      I am reading it, too.

20       Q      (By Mr. Deacon)  There are steps that

21  are -- you're supposed to know about that you take

22  if you disagree with actions being taken, correct?

23              MR. HOOD:  Objection.

24       A      Correct.  There are quite a few steps.

25       Q      (By Mr. Deacon)  If my client is

1 following the guidelines and requirements of the
2 federal government, why are you suing them?
3          MR. HOOD:  Objection.
4     A    When you are inside, you -- you have --
5 you feel this pressure, you feel this emotionally
6 depressed, besides me suffering from depression.
7 Besides that, you feel very depressed for the
8 situation where you're in at the moment.  And --
9 And they tell you, "This is what you have to do."
10 And they're not -- they're, of course, not --
11 They're not whispering you to your ear.  They're
12 loud, and so they -- so you feel a little
13 intimidated.
14          Of course, it is their job, and so you
15 feel like you don't have rights in there.  You --
16 Like I said, you feel intimidated.  And if they
17 tell you "clean, because you're going to the
18 hole," first, I'm going to clean.  I don't want to
19 go to the hole.
20     Q    Do you know, if you do not clean your
21 room, if there's a host of other actions that can
22 be taken in discipline as opposed to sending you
23 to administrative segregation?
24          MR. HOOD:  Objection.
25     A    Can you repeat that again?

¹    Q    (By Mr. Deacon)  Yeah.  Probably a bad
² question.  In your employee -- detainee handbook,
³ it outlines certain things that can be taken
⁴ against you for a particular offense, and one of
⁵ them might be if you don't clean up, you -- you
⁶ lose your right to use the commissary or go to --
⁷ your movie pass.
⁸         Why would you assume that you're
⁹ immediately going to the hole for not cleaning
¹⁰ your bedroom?
¹¹   A    Well, like I said, the two different
¹² guards told us that --  One of them said, "If you
¹³ refuse to do your work" --  "If you refuse to do
¹⁴ the part that you're supposed to do, we're going
¹⁵ to send you to the hole" (indicating).
¹⁶         The second time, we are at the
¹⁷ basketball court, and we're all intimidated
¹⁸ because she's really loud and she's -- she's
¹⁹ telling us that if she finds anything illegal,
²⁰ such and such, she's going to send us to the hole,
²¹ so . . .
²²   Q    Do you know if --  Go ahead.  I
²³ apologize.
²⁴   A    Sorry.  So, of course, I'm not
²⁵ expecting to get -- to get the -- to get -- to get

```
 1  STATE OF COLORADO)
 2                   )ss.   REPORTER'S CERTIFICATE
 3  COUNTY OF DENVER )
 4         I, Tracy L. Harris, do hereby certify that I
 5  am a Certified Realtime Reporter, Registered Merit
 6  Reporter, and Notary Public within the State of
 7  Colorado; that previous to the commencement of the
 8  examination, the deponent was duly sworn to
 9  testify to the truth.
10         I further certify that this deposition was
11  taken in shorthand by me at the time and place
12  herein set forth, that it was thereafter reduced
13  to typewritten form, and that the foregoing
14  constitutes a true and correct transcript.
15         I further certify that I am not related to,
16  employed by, nor of counsel for any of the parties
17  or attorneys herein, nor otherwise interested in
18  the result of the within action.
19         In witness whereof, I have affixed my
20  signature this 6th day of November, 2017.
21          My commission expires July 30, 2021.
22
23
                     _____
24                   Tracy L. Harris, CRR, RMR, RPR
                     216 - 16th Street, Suite 600
25                   Denver, Colorado  80202
```