# Exhibit 20

```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF COLORADO

            CIVIL ACTION NO.:  1:14-CV-02887-JLK


ALEJANDRO MENOCAL, et al.,

        Plaintiffs,

-vs-

THE GEO GROUP, INC.,

        Defendant.
_____/




                  DEPOSITION OF AMBER MARTIN



                  Friday, February 28, 2020
                    9:23 a.m. - 11:40 a.m.



                    SHAVITZ LAW GROUP, PA
                   951 Yamato Road, Suite 285
                      Boca Raton, Florida




               Stenographically Reported By:
                     JULIE BRUENS, FPR
                Florida Professional Reporter
```

1  housekeeping required under GEO's Housing Unit

2  Sanitation Policy?

3       A.   No, just -- again, just by reference.

4       Q.   So other documents that are incorporated by

5  reference, I believe you mentioned the ACA standards and

6  the ICE detainee handbook; correct?

7       A.   Yes.

8       Q.   Okay.  You can put that binder aside.  The

9  next exhibit, Colin, you will have to use your binder,

10  your PBNDS binder from yesterday.

11           Okay.  I've handed you a document that has

12  been marked as Exhibit 4.  And this I believe is the

13  2011 version of the PBNDS; correct?

14           (Thereupon, the document was marked as

15  Plaintiff's Exhibit 4 for identification.)

16       A.   Correct.

17       Q.   Okay.  So the good news is I think this one

18  actually has a table of contents, so it's a little

19  easier to navigate.

20           And so again, I just want to ask you the same

21  questions.  Which portions of the 2011 PBNDS does GEO

22  believe make reference to the housekeeping required

23  under the Housing Unit Sanitation Policy?  And there is

24  a table of contents on page 64020.

25       A.   Just give me a moment to look through it.

```
 1         Q.   Sure.
 2         A.   64041, section A, environmental health and
 3   safety.  Again, the general environmental health,
 4   environmental health conditions shall be maintained at a
 5   level that meets recognized standards of hygiene,
 6   including those from the American Correctional
 7   Association, Occupational Safety and Health
 8   Administration, Environmental Protection Agency, etc.,
 9   and it again references the American Correctional
10   Association.
11         Q.   And those are the same standards that we
12   reviewed a moment ago?
13         A.   Yes.
14         Q.   Okay.  And again, this section of the 2011
15   PBNDS on page 64041 doesn't reference specifically who
16   is going to be performing the sanitation
17   responsibilities outlined; correct?
18         A.   No, just by reference.
19         Q.   By reference to other documents?
20         A.   Yes.
21         Q.   Okay.  And when you say by reference, are you
22   talking about the list of A through F under A1 or
23   something else?
24         A.   The list A through F under A1.
25         Q.   Okay.  What other sections of the 2011 PBNDS
```

1   does GEO believe reference the Housing Unit Sanitation
2   Policy?
3       A.   Page 325.  I'm sorry, 64345.
4       Q.   Yeah.  This is the section of the 2011 PBNDS
5   dealing with the Voluntary Work Program?
6       A.   Yes, section C, personal housekeeping
7   required.
8       Q.   Okay.  And I believe this language is very
9   similar to the language in the 2008 PBNDS; correct?
10      A.   Correct.
11      Q.   And it says all detainees are responsible for
12  personal housekeeping; right?
13      A.   Correct.
14      Q.   It doesn't specify what that housekeeping is?
15      A.   No.
16      Q.   But it does say detainees are required to
17  maintain their immediate living area in a neat and
18  orderly manner by, and then there are four specific
19  bullet points there; right?
20      A.   Correct.
21      Q.   Okay.  And other than those four specific
22  bullet points, it doesn't say anything about what
23  housekeeping detainees are responsible for; correct?
24      A.   No.  Just again, by reference.
25      Q.   And by reference, what are you referring to?

 1        A.   References within the PBNDS such as the ACA

 2   and the detainee handbook.

 3        Q.   Okay.  And so again, here in this document on

 4   page 64345, it doesn't mention cleaning common areas;

 5   correct?

 6        A.   No.  Section 12.

 7        Q.   Are there other sections of this 2011 PBNDS

 8   that reference the Housing Unit Sanitation Policy?

 9        A.   064042, under staff and detainee safety,

10   paragraph two, detainee living area safety shall be

11   emphasized to staff and detainees to include providing

12   as noted in the standards a housekeeping plan.

13             Section three, general housekeeping, the

14   facility administrators shall ensure that staff and

15   detainees maintain a high standard of facility

16   sanitation and general cleanliness.  When possible, use

17   of nontoxic cleaning supplied is recommended, and then

18   it outlines everything that is under the general

19   housekeeping area.

20        Q.   Okay.  And again, here, it doesn't specify who

21   is to be performing that work or whether it's going to

22   be performed by detainees pursuant to the Voluntary Work

23   Program; correct?

24        A.   No, it doesn't, but it does identify you'll

25   have a housekeeping plan.

```
 1                CERTIFICATE OF REPORTER

 2

 3   THE STATE OF FLORIDA,

 4   COUNTY OF PALM BEACH.

 5

 6             I, Julie Bruens, Florida Professional

 7   Reporter, certify that I was authorized to and did

 8   stenographically report the deposition of AMBER MARTIN;

 9   pages 1 through 77; that a review of the transcript was

10   requested; and that the transcript is a true record of

11   my stenographic notes.

12             I further certify that I am not a

13   relative, employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorneys or counsel connected with the action,

16   nor am I financially interested in the action.

17

18             Dated this 4th day of March, 2020.

19

20                    [signature]

21

22             _____
               Julie Bruens, FPR
23             Florida Professional Reporter

24

25
```