# Exhibit 27

```
 1          IN THE UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF COLORADO
 2
            CIVIL ACTION NO.:  1:14-CV-02887-JLK
 3

 4  ALEJANDRO MENOCAL, et al.,

 5                 Plaintiffs,

 6  -vs-

 7  THE GEO GROUP, INC.,

 8                 Defendant.
    _____/
 9

10

11
                 DEPOSITION OF BRIAN EVANS
12

13
                  Thursday, June 10, 2020
14                11:04 a.m. - 2:56 p.m.

15

16             ALL PARTIES APPEARED REMOTELY

17

18
                 Stenographically Reported By:
19                    JULIE BRUENS, FPR
                 Florida Professional Reporter
20

21

22

23

24

25
```

 1   operations people go build up the staffing plans as they

 2   relate to operations, the health care folks look at the

 3   health care requirements, all that comes together to put

 4   together both a technical response, which is sort of the

 5   written response as to how you're meeting the

 6   qualifications of the RFP or how you're going to deliver

 7   the services, you know, if you're going to make

 8   modifications to the facility, provide drawings, what

 9   those are going to look like, all that type of stuff.

10            And then there's also the pricing side, which

11   is the -- you know, the financial buildup that you're

12   going to charge the government, and then it really

13   depends, you know, is it a sole source process, or is it

14   like a competitive procurement as to what level of

15   detail you provide the government from a pricing

16   perspective.

17            But then you submit your price, you submit

18   your technical response, and the government goes through

19   the process of evaluating the responses, and there will

20   usually be questions back and forth.  There's questions

21   before your responses are submitted, there's answers for

22   clarifying, answers provided by the government.

23            After you submit your proposal, the government

24   will ask us questions at times, assumably ask the other

25   participants questions relative to technical, relative

 1   to pricing, so it's an iterative process, you go through

 2   that, and then ultimately, if you're successful, you'll

 3   enter into a contract -- an award and a contract.

 4        Q.    That was a very thorough answer.  Thank you.

 5   I want to unpack that a little bit.  So you mentioned --

 6   first, you mentioned sole source versus competitive.

 7   Can you -- under what circumstances would an RFP or an

 8   RFI go out for a sole source bid?  Actually, strike

 9   that.

10             Can you define the term sole source bid first?

11        A.    Sole source is a type of bid that the

12   government issues, which I don't know that we've really

13   had any recent sole source bids, but a sole source bid,

14   they would be -- they would tell you that this is a sole

15   source procurement.

16             In other words, you're the only source and

17   we're just going to negotiate with you directly.

18   Oftentimes, what happens is they issue the procurement

19   and the parameters of the procurement are such that

20   there's likely no other respondent except, you know,

21   whoever is responding to that RFP based on the

22   parameters.

23             So in the cases of our facilities -- this

24   happens with our competitor as well, but in the case of

25   our facilities, if the -- if it's not for new beds, but

 1    it's sort of a rebid of an existing location like an

 2    Aurora facility, oftentimes, there will be parameters

 3    that there can be no new construction, the facility must

 4    already be in existence, it must be located within a

 5    certain geographic area, and those parameters

 6    essentially turn it into a process where there's just

 7    one bidder.

 8            And then the government is negotiating

 9    directly with you and going through -- you know, in that

10    process, they go through a much more in-depth review

11    process of your pricing and your bid.  They are allowed

12    or have access to all of your cost detail, your staffing

13    detail, and your whole buildup really of the pricing.

14    You're required to provide that to them.

15            In a sole source, they just come out and say

16    it in the front of the bid and require that you provide

17    that information, but it ends up being the same

18    generally either way.

19       Q.   And then just to -- just for clarity of the

20    record, a competitive bid is -- can you describe what a

21    competitive bid is?

22            MS. SCHEFFEY:  Objection to form.

23            THE WITNESS:  A competitive bid is there's

24       likely competition for the bids.  There's more open

25       or there's known to be other competitors in the

```
 1        bid.
 2   BY MR. KOSHKIN:
 3        Q.   And so you mentioned in there that -- so that
 4   -- the Aurora contract is typically a sole source
 5   bidding process; correct?
 6             MS. SCHEFFEY:  Objection to form.
 7             THE WITNESS:  I would say it's more of a
 8        direct negotiation process that I described where
 9        they are going through -- it's still a bid, and you
10        have to provide the full comprehensive response,
11        and then they go through everything in detail.
12             They go through the staffing patterns, you
13        pricing detail, so they see -- you know, they want
14        to see the cost buildup and they want to see what
15        you're charging the government for profit and the
16        covering of your indirect overheads and things like
17        that.
18   BY MR. KOSHKIN:
19        Q.   Okay.  Mr. Evans, I'll note please pause
20   quickly before answering the question so your attorney
21   can interpose her objections.  I heard Adrienne trying
22   to get a couple in there for the record.
23        A.   Sorry.
24        Q.   So is it fair to say in these sort of sole
25   source bid processes, GEO's main competitor then is the
```

Brian Evans
June 10, 2020                                                                25

```
 1   government?

 2        A.   No, the government is not really a competitor

 3   in those bid processes.  The government is the other

 4   party to the bid, and they are -- you know, the

 5   contracting officers reviewing your bid is in the

 6   negotiation process, but they are not a competitor.

 7   They are not -- they are not looking to bid against us

 8   or take over the services or anything like that.

 9        Q.   Let me rephrase the question.  Is it fair to

10   say in a competitive bidding process, GEO's goal would

11   be to come in with a price lower than its competitors;

12   right?

13             MS. SCHEFFEY:  Objection to form.

14             THE WITNESS:  No.  Oftentimes, I think we --

15        not oftentimes, but I think there are times when

16        we've been a higher bid.  So you can win a bid, and

17        the way the RFPs are structured, you'll recall I

18        talked about technical and pricing.

19             So a lot of times with the Federal bid, they

20        will have weightings for different aspects of the

21        bid, so there will be a technical component of the

22        bid, there will be a price evaluation, and

23        oftentimes, especially at the Federal level,

24        there's a prior experience or past performance

25        component, and so they will weight each of those.
```

Brian Evans
June 10, 2020                                    35

```
 1   day to day function.

 2              They are contracting officers, and one of

 3   their primary responsibilities is negotiating the

 4   contracts for government and ensuring that the service

 5   provider is providing the service that their operations

 6   folks are requiring, and that the price is fair and

 7   reasonable to the government.

 8      Q.   So these are essentially measures that are in

 9   place to ensure that GEO doesn't overstate or inflate

10   its costs; is that right?

11              MS. SCHEFFEY:  Object to form.

12              THE WITNESS:  These are laws that are in place

13        that control what service providers in general are

14        allowed to charge the government, so I don't know

15        how to interpret the reason for them, but that's

16        what exists.

17   BY MR. KOSHKIN:

18      Q.   Okay.  But regardless of the reason, the

19   function of this is to make sure that GEO doesn't

20   overstate or inflate its costs; correct?

21              MS. SCHEFFEY:  Asked and answered and object

22        to form.

23              THE WITNESS:  Do I answer?

24              MS. SCHEFFEY:  You may answer if there's

25        anything else to add.
```

Brian Evans
June 10, 2020                                                    36

```
 1            THE WITNESS:  No, I don't think I have
 2       anything else to add.
 3  BY MR. KOSHKIN:
 4       Q.   Okay.  Does GEO strive to provide a fair price
 5  to the government?
 6       A.   Yes.
 7       Q.   All right.  I would like to introduce another
 8  document.  So once again, bear with me.  These are
 9  different documents with the same numbers, but the
10  numbers are transposed.  Let me know when you've got the
11  document open and available.
12            (Thereupon, the document was marked as Exhibit
13  2 for identification.)
14       A.   Okay.  I have it open.  It looks like an
15  e-mail to start.
16       Q.   Yes.  The first page is an e-mail from Melissa
17  Hess to Diane Kaplan.
18            MR. KOSHKIN:  Ms. Scheffey, do you have the
19       document available.
20            MS. SCHEFFEY:  Mine is still opening.  Sorry.
21            MR. KOSHKIN:  No worries.
22            MS. SCHEFFEY:  3.21 megabytes.  Okay.  I now
23       have it open.  Thank you.
24  BY MR. KOSHKIN:
25       Q.   Okay.  So we'll have this marked as Exhibit 2.
```

```
 1   Just for the record, I'm introducing this document where

 2   the first page is bates labeled GEO MEN 00142516.

 3          Mr. Evans, I would like to direct your

 4   attention below the e-mail to the attached document

 5   dated April 7th, 2009 and bates labeled GEO MEN

 6   00142518.  It appears to be a letter to the office of

 7   acquisition management at the Immigration and Customs

 8   Enforcement.

 9          Mr. Evans, take a minute to review --

10          MS. SCHEFFEY:  Just one moment.  Sorry.

11          Brian, do you know what page you're supposed

12      to be -- do you need to clarify just so we're on

13      the same page?

14          THE WITNESS:  I'm on the letter page, which is

15      page three.

16          MR. KOSHKIN:  Yes.

17          MS. SCHEFFEY:  That's where I am.

18   BY MR. KOSHKIN:

19      Q.   So just take a second to familiarize yourself

20   with the letter.  This PDF has a bunch of stuff in it,

21   but I'm only going to ask you about the letter, so take

22   a second.

23      A.   Okay.

24      Q.   Okay.  Do you recognize this document?

25      A.   Not really, no.
```

Ian Evans
June 10, 2020                                    49

```
 1        government-owned facility, but they outsource the

 2        operations to -- another company does the, you

 3        know, day to day security operations in the

 4        facility, the same kind of stuff we do in our

 5        facilities, the food service and all that sort of

 6        stuff.

 7   BY MR. KOSHKIN:

 8        Q.   So --

 9        A.   I really don't know in this case what the

10   letter was specifically referring to.  I don't -- I'm

11   not familiar with the analysis that they used to

12   calculate that amount.

13        Q.   Okay.  But it's fair to say that this analysis

14   is showing that GEO can offer the service at a lower

15   cost than ICE could offer the service; correct?

16        A.   That's the --

17             MS. SCHEFFEY:  Objection to form.

18             THE WITNESS:  That's the intent.

19   BY MR. KOSHKIN:

20        Q.   Can you say a little bit about why GEO is able

21   to provide this service for less than the government

22   can?

23        A.   Not without knowing exactly what was on the

24   other side of the government cost, but typically, a

25   newer facility like what we're proposing here is going
```

Evans
June 10, 2020                                    50

1   to be much more efficiently designed, so it's going to

2   be much more efficient from a staffing perspective.  You

3   have better lines of sight in the facility.

4           So that's going to effect the amount of staff

5   that you need to run the facility.  Depending on where

6   our facility is located, in this case, this facility in

7   Colorado versus the average for their facilities, the

8   cost of labor could be less.

9           So just, you know, those types of things.  I

10  think that generally speaking, a privately run facility

11  is going to be more efficiently operated, and it's

12  newer.  So like I said, there's efficiencies because of

13  that.

14      Q.   And then earlier this morning, you said that

15  GEO theoretically competes with the government.  When

16  you said that, were you -- what government entities were

17  you referring to?

18      A.   Just in general.  You know, our business is

19  based on the fact that we can deliver as good or better

20  quality services at the same price or lower cost than

21  the government can, especially in the state side of our

22  business.

23          Many of the states have requirements that our

24  contract, our per diem, if you will, be less than what

25  their average per diem is, or they may target a specific

```
 1    facility and say this is a like facility.  If we were

 2    operating it, this is what it would cost us, you need to

 3    be less than that.

 4          So we're -- the competition is if we don't do

 5    it as well and for less than the government, then

 6    typically, the government can just do it themselves.

 7    Q.   So we've been on the record for a little over

 8    an hour.  How is everybody feeling timing break-wise?

 9    A.   I mean, I'm ready to eat lunch at any time, so

10    if you want to do it now and come back in 30 minutes, or

11    we can go for another 15 minutes on to something else.

12    Whatever makes sense for your process and where you are.

13          MR. KOSHKIN:  Ms. Scheffey, do you have a

14       preference?

15          MS. SCHEFFEY:  I have no preference.  Whatever

16       is best for Brian.

17          MR. KOSHKIN:  All right.  Let's take a break

18       now.  We can come back in 30 minutes at 12:45

19       Eastern.  Does that sound good for everybody?

20          MS. SCHEFFEY:  Yes.

21          (Thereupon, a break was had from 12:15 p.m. to

22       12:48 p.m.)

23    BY MR. KOSHKIN:

24    Q.   All right.  We're back on the record at 9:48

25    a.m., 12:48 Eastern.
```

Dan Evans
June 10, 2020                                              62

1   developed it, but I certainly use it as a guide as we do

2   our -- as we make capital investment decisions.

3        Q.    And just -- sorry, for clarity, the 13 to

4   15 -- excuse me.  The 13 to 15 percent ROI target that

5   you just described is a company-wide target for all

6   projects?

7             MS. SCHEFFEY:  Object to form, you may answer.

8             THE WITNESS:  It's a company-wide target for

9        projects where we make an investment, where we make

10       a capital investment.

11  BY MR. KOSHKIN:

12       Q.    Meaning owning the facility or building the

13  facility?

14            MS. SCHEFFEY:  Object to form.

15            THE WITNESS:  Owning or building the facility,

16       yes.

17  BY MR. KOSHKIN:

18       Q.    Are there other types of capital investments?

19       A.    There are some facilities that we do not own,

20  or I should say we don't have complete ownership, but we

21  have a long-term lease, and so we've made a capital

22  investment in a long-term lease project.

23       Q.    And what does that capital investment look

24  like?

25       A.    It's for the same type of stuff.  It's

```
 1   improvements to the -- so there are a few facilities

 2   that are older facilities that we've leased from a

 3   county government or whatever, and then we've gone in

 4   and made significant improvements to upgrade the quality

 5   of the facility and make it usable and functional for

 6   whoever the specific client is, and so in those cases,

 7   we're still looking for the same type of return we would

 8   get on an owned facility.

 9        Q.   And what does GEO do to try to meet this ROI

10   target at the facility level?

11             MS. SCHEFFEY:  Object to form.

12             THE WITNESS:  Sorry, you broke up there on the

13        last part.  What does it do to meet its ROI targets

14        on a what?

15   BY MR. KOSHKIN:

16        Q.   So on a facility level, what steps does GEO

17   take?

18        A.   Well, as I described, we build up all of our

19   cost, and then we look at what the costs are and what

20   the investment needs to be that we're making and we

21   calculate the total profit that we need and we'll set

22   that on top of the total cost.  As long as we can

23   support that 13 to 15 percent ROI, then it's a viable

24   project.  If it can't support a 13 to 15 percent ROI,

25   then it's not going to be a viable project.
```

```
 1              MS. SCHEFFEY:  And I'm just going to note for
 2         the record that any response Mr. Evans gives is in
 3         his capacity.  He's not here on behalf of GEO as an
 4         entity here today.
 5              MR. KOSHKIN:  Thank you.
 6    BY MR. KOSHKIN:
 7         Q.   So can -- is it fair to say that controlling
 8    costs can help GEO make its ROI target?
 9              MS. SCHEFFEY:  Object to form.
10              THE WITNESS:  Well, that's not really how it
11         operates.  We estimate all the costs in advance and
12         then build the price based on the estimate of those
13         costs.  So when we do the contract up front, we're
14         building in the amount of margin or profit that we
15         need.
16    BY MR. KOSHKIN:
17         Q.   And just so that I'm -- just so that I'm clear
18    on the testimony, you said that the ROI percent is the
19    cash flow divided by the investment, and the cash flow,
20    does that already include the profit?
21              MS. SCHEFFEY:  Object to form.
22              THE WITNESS:  The cash flow is -- we're
23         getting into technical accounting stuff here, but
24         if we look just at the schedule that you have here
25         in front of you, profit or profit margin would
```

1    have Mr. Zoley personally set the fee percentage?

2        A.    The fee percentage is set in the pricing --

3    final pricing discussions.  I'll be part of that and

4    he'll be part of that, but he had final sign-off.  He

5    asks for input from myself and a few other folks,

6    primarily me, and then agrees or whatever and signs off.

7        Q.    What's the process for setting that

8    percentage?  What do you guys discuss when he asks for

9    input from you?

10           MS. SCHEFFEY:  Object to form.

11           THE WITNESS:  You know, it really ties back to

12       the things that we talked about before, the

13       percentage, the profit percentage that's allowable

14       under FAR, which is up to 15 percent, and the

15       return on investment that we're looking at for

16       making the investment in the project, which

17       coincidentally, is also 13 to 15 percent, but it's

18       two different calculations.

19           But those I think -- those are our guides as

20       to what we will set the fee at, and then you know,

21       we set the fee at, and we set the fee and look at

22       the total cost of government, and do we think that

23       that's going to be reasonable.  If it seems too

24       high, we might lower the fee a little bit, etc.

25       But that's kind of the process.

Brian Evans
June 10, 2020                                              72

```
 1    BY MR. KOSHKIN:

 2        Q.    How do you evaluate whether the fee percentage

 3    might be too high in needing of lowering?

 4        A.    Well, it's not really whether or not the fee

 5    percentage is too high, it's more we're just looking at

 6    the total cost to government, do we think that that's

 7    going to be reasonable or not, and I would say that

 8    that's really a subjective evaluation.

 9            It's a -- you know, years of experience in

10    dealing with the government and having a general sense

11    of what they are paying us on other projects and paying

12    other service providers, etc.

13        Q.    And the goal in that evaluation is to ensure

14    that you're setting the total cost to government at the

15    amount that the government is willing to pay; correct?

16        A.    That's one of the goals.

17        Q.    What are the other goals?

18        A.    Well, as I said, to try to ensure that we're

19    obtaining the appropriate level of return on the project

20    for the amount of money that we're investing in the

21    project to offset the capital investment, to offset the

22    risk, etc.

23        Q.    And so is the fee percentage communicated to

24    the government separately from the -- let me back up for

25    a second.
```

 1           Let's return to Exhibit 1, which was the final

 2   proposal revision document.

 3       A.   Okay.

 4       Q.   And so just to clarify, GEO expresses the fee

 5   to the government as a -- they break out the fee when

 6   they are communicating the total per diem price to the

 7   government; correct?

 8           MS. SCHEFFEY:  Object to form, misstates prior

 9       testimony.  You may answer.

10           THE WITNESS:  In this document here, we've

11       presented the fee it looks like in a per diem basis

12       and a dollar amount for different line items.

13   BY MR. KOSHKIN:

14       Q.   Okay.  So GEO communicated the fee to the

15   government.  In your experience, does the government

16   ever negotiate with GEO over the amount of the fee?

17       A.   When we go through the negotiation process,

18   they negotiate a number of things in that process,

19   sometimes relative to cost, sometimes relative to the

20   fee.

21       Q.   Okay.

22       A.   So yes.

23       Q.   At what point in the pricing and bidding

24   process does GEO typically set the fee?

25       A.   Well, when we submit our initial bid, there's

Dan Evans
June 10, 2020                                          74

1   a fee embedded in that, and then as we go through the

2   negotiation process, that fee value changes based on

3   whatever the changes are in the negotiation process,

4   including if the government determines that, you know,

5   they push back on the fee percentage.

6        Q.   And the fee, once set, once the government

7   accepts the cost that GEO proposes and the fee is set,

8   the fee doesn't change throughout the life of the

9   contract; correct?

10       A.   Well, these are -- I believe the term is IDIQ

11  contracts, or they are fixed price contracts, which is

12  not to be confused with the fact that there's a per

13  diem, and the amount the government pays us could

14  fluctuate up and down.

15            But there's generally a maximum price that the

16  government is going to pay us based on the per diem and

17  the quantity.  And so that type of contract shifts cost

18  risk to the service provider.  So our fee could

19  fluctuate up and down in actuality as compared to what

20  we proposed because we take that risk in the proposal

21  process.  It's not a cost plus contract.

22            So in a cost plus contract -- in a cost plus

23  contract, which is the form of government contract, the

24  government -- once it agrees to the fee and the cost,

25  the government will receive the cost data from the

1    service provider and then pay them that fee percentage

2    above the cost.  That's not the type of contract that we

3    have though.

4        Q.   Okay.  And so you said the type of contract

5    that you have is an IDIQ contract?

6        A.   I believe that's the term.

7        Q.   Do you know what that stands for?

8        A.   Indefinite delivery, indefinite quantity.

9        Q.   Okay.  So the per diem amount, looking back to

10   Exhibit 1 and the CLIN sheet as you described it, that's

11   page five of the PDF?

12       A.   Yes.

13       Q.   So this lists the per diem rate on -- like the

14   first year, the per diem is -- it appears to be $135.50,

15   and then the next year, the per diem is $139.71, etc.;

16   correct?

17       A.   Yes.  Well, let me check that next line.

18       Q.   Okay.

19       A.   Yes.  Yes.

20       Q.   So in June, cost to run the facility is built

21   into that number as you've explained; right?

22       A.   Right.

23       Q.   And so is the fee amount; right?

24       A.   Yes.

25       Q.   And the number won't necessarily deviate from

 1  what's in this CLIN sheet; right?  GEO is guaranteed in

 2  the first year to get $135.50 for the first 255,850

 3  detainees; correct?

 4            MS. SCHEFFEY:  Object to form.

 5            THE WITNESS:  So we're guaranteed in the first

 6       year $34,667,675, which is we're guaranteed 255,850

 7       detainee days because it's, you know, 365 days a

 8       year times 350 beds per day.  That's where the

 9       255,850 comes from.

10  BY MR. KOSHKIN:

11       Q.   Okay.  And you mentioned before when you were

12  talking about IDIQ contracts shifting the costs onto the

13  contractor, is the cost risk in the -- in meeting your

14  projection, your cost projection in the per diem rate?

15       A.   So the risk that I'm talking about is this is

16  a future price, and we're negotiating -- we're

17  estimating what our costs are going to be.  If those

18  costs are higher than we expect, if utility costs are

19  higher, or food costs are higher, or we have to pay

20  certain employees more, whatever, we bear that cost.

21  The government's price doesn't change once they set the

22  price.

23       Q.   Okay.  So for GEO to make the profit then that

24  it anticipates on this contract, if -- GEO is taking the

25  risk that it will be able to maintain the cost at what

Brian Evans
June 10, 2020                                      77

 1   it projected them to be?

 2        A.   It will be able to manage the contract, manage

 3   the cost, yes.

 4        Q.   Okay.

 5        A.   In line with its projections.

 6        Q.   Okay.  Let's see.  Let's go back to the

 7   spreadsheet, which is Exhibit 4.  Exhibit 3.  Sorry.

 8   Would you take a look at the staffing-salaries tab of

 9   the spreadsheet?

10        A.   The tab that says staffing-salaries?

11        Q.   That's the one, yes.

12        A.   Yes.

13        Q.   Take a second to review that.

14        A.   Okay.

15        Q.   Okay.  Are you familiar with this tab of the

16   spreadsheet?

17        A.   Yes.

18        Q.   What is this tab?

19        A.   So this is where -- this is the component

20   where we build up the labor cost for the facility, so

21   taking into account what the RFP requirements are, what

22   the design of the facility is going to be, what the

23   scope of services are required, we build a staffing

24   plan, the government reviews that staffing plan.

25             You know, as part of the negotiation process

Carl Evans
June 10, 2020                                    78

1    that I described earlier, they may make requests to add

2    or, you know, delete positions or add more security

3    staff in certain housing units or whatever, and then

4    ultimately, we get a final staffing pattern, and that

5    creates the labor cost for the contract.

6         Q.   Okay.  And so in coming up with that staffing

7    pattern, before you go to the government with the

8    staffing pattern, how does GEO determine the amount of

9    staff that it needs to run a facility?

10        A.   Well, I think it's a combination of our

11   historical experience at other projects, a combination

12   -- experience on the existing project, and then it's a

13   function also what the RFP requirements are with regards

14   to what kind of services and programs have to be

15   provided.

16             So, you know, the size of the facility is

17   going to tell you how many maintenance staff you're

18   going to need, etc., things like that.

19        Q.   Are there industry standards for setting the

20   ratios of staff to detainees?

21             MS. SCHEFFEY:  Object to form.  You may

22        answer.

23             THE WITNESS:  There are -- there's ACA

24        standards and there's going to be requirements

25        within the RFP typically that are going to direct

1                    CERTIFICATE OF REPORTER

2

3    THE STATE OF FLORIDA,

4    COUNTY OF PALM BEACH.

5

6              I, Julie Bruens, Florida Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the deposition of BRIAN EVANS;

9    pages 1 through 109; that a review of the transcript was

10   requested; and that the transcript is a true record of

11   my stenographic notes.

12             I further certify that I am not a

13   relative, employee, attorney, or counsel of any of the

14   parties, nor am I a relative or employee of any of the

15   parties' attorneys or counsel connected with the action,

16   nor am I financially interested in the action.

17

18             Dated this 18th day of June, 2020.

19

20

21

22   _____
     Julie Bruens, FPR
23   Florida Professional Reporter

24

25