**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ALEJANDRO MENOCAL, <br> MARCOS BRAMBILA, <br> GRISEL XAHUENTITLA, <br> HUGO HERNANDEZ, <br> LOURDES ARGUETA, <br> JESUS GAYTAN, <br> OLGA ALEXAKLINA, <br> DAGOBERTO VIZGUERRA, and <br> DEMETRIO VALERGA <br> on their own behalf and on behalf of all others similarly situated, <br>       Plaintiffs, <br><br>  v. <br><br> THE GEO GROUP, INC., <br><br>       Defendant. | Civil No. 1:14-cv-02887-JLK |

**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO
<u>JOIN REQUIRED PARTY</u>**

  I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

  1. I am a Partner with the law firm Outten & Golden LLP, which, together with Towards Justice, the Law Office of R. Andrew Free, Milstein Law Office, The Kelman Buescher Firm, P.C., and Meyer Law Office, P.C., are Class Counsel in this action. I am an attorney in good standing admitted to practice before this Court.

  2. I have been one of the lawyers primarily responsible for the prosecution of Plaintiffs' and the Class's claims in this case.

3. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**Discovery and ICE Subpoenas**

4. The Class in this case was certified on February 27, 2017, and the Tenth Circuit affirmed class certification in February 2018. GEO moved for rehearing *en banc*, which was denied on March 5, 2018, and petitioned the U.S. Supreme Court for a writ of certiorari, which was denied on October 1, 2018. Classwide discovery followed throughout 2018, 2019 and most of 2020, with both parties exchanging document requests and interrogatories, and taking depositions of 30(b)(6) and fact witnesses. The final cutoff for fact and expert discovery was August 14, 2020.

5. In addition to seeking discovery from GEO, Plaintiffs served several subpoenas on ICE for information relating to this case, including a subpoena for Fed. R. Civ. P. 30(b)(6) testimony and a subpoena for documents served on March 22, 2019.

6. These subpoenas sought information about, *inter alia*, (1) documents and communications relating to ICE standards or requirements for the operation of the Aurora Facility relating to detainee labor, (2) documents and communications related to this litigation, (3) documents and communications relating to ICE's contract with GEO as it pertains to detainee labor at the Aurora detention facility, and (4) documents and communications relating to ICE's oversight of GEO's performance of the Aurora Facility contract.

7. Pursuant to Plaintiffs' subpoenas, as well as other discovery issues that implicated documents and information within ICE's custody, the parties have met and

conferred with ICE, both by telephone and through regular correspondence, throughout the last year and a half.

8. In response to Plaintiffs' subpoenas, ICE has to date produced nearly 13,000 pages of documents as well as declarations by ICE witnesses in lieu of ICE testimony, and has facilitated an in-person inspection of the Aurora detention facility as well as produced several hundred photographs taken during that inspection.

**Exhibits**

9. Attached hereto as **Plaintiffs' Opposition Exhibit 1** is Plaintiffs' Response to GEO's Statement of Facts.

10. Attached hereto as **Plaintiffs' Opposition Exhibit 2** is a true and correct copy of excerpts from the March 29, 2016 30(b)(6) deposition of Dawn Ceja.

11. Attached hereto as **Plaintiffs' Opposition Exhibit 3** is a true and correct copy of a March 7, 2018 letter to Attorney General Jefferson B. Sessions, Secretary of Labor Alexander Acosta, and Acting Director of ICE Thomas D. Homan from Representative Steve King of Iowa and 17 other signatories, titled "Recent Lawsuits Seeking Substantial Payments to Alien Detainees for Voluntary Institutional Work Performed while in Immigration Detention at Contract Detention Facilities."

12. Attached hereto as **Plaintiffs' Opposition Exhibit 4** is a true and correct copy of excerpts from the July 21, 2020 deposition of David Venturella.

13. Attached hereto as **Plaintiffs' Opposition Exhibit 5** is a true and correct copy of the Order on Defendant the GEO Group, Inc's Motion to Dismiss Class Action Complaint for Damages, ECF No. 28 in *Chao Chen v. GEO Group, Inc.*, No. 17 Civ.

5769 (W.D. Wash. Dec. 6, 2017).

14. Attached hereto as **Plaintiffs' Opposition Exhibit 6** is a true and correct copy of the Order Denying Defendant's Motion to Dismiss, ECF No. 61 in *Novoa v. GEO Group, Inc.*, No. 17 Civ. 2514 (C.D. Cal. Aug. 22, 2018).

15. Attached hereto as **Plaintiffs' Opposition Exhibit 7** is a true and correct copy of a February 14, 2018 letter to Acting Director of ICE Thomas D. Homan from GEO's Senior Vice President for Business Development, titled "Request for Equitable Adjustment in the Amount of $2,057,000 and Legal Assistance from ICE/DOJ."

16. Attached hereto as **Plaintiffs' Opposition Exhibit 8** is a true and correct copy of the transcript from the October 18, 2019 discovery hearing in *Menocal v. GEO Grp., Inc.*, No. 14 Civ. 2887 (D. Colo.).

17. Attached hereto as **Plaintiffs' Opposition Exhibit 9** is a true and correct copy of an October 11, 2019 letter from Anne M. Rose to Michael J. Scimone titled *Re: Menocal et al. v. The Geo Group, Inc.*, 14-cv-02297 (D.Colo.).

18. Attached hereto as **Plaintiffs' Opposition Exhibit 10** is a true and correct copy of the Statement of Interest of the United States, ECF No. 185 in *Washington v. GEO Grp., Inc.*, No. 17 Civ. 5769 (W.D. Wash. Aug. 22, 2019).

19. Attached hereto as **Plaintiffs' Opposition Exhibit 11** is a true and correct copy of the Brief for the United States as Amicus Curiae in Support of Neither Party, *Ahmed v. CoreCivic, Inc.*, No. 18-15081 (11th Cir. Apr. 1, 2019).

20. Attached hereto as **Plaintiffs' Opposition Exhibit 12** is a true and correct copy of excerpts from the October 9, 2019 deposition of Amber Martin.

Dated: New York, NY
October 26, 2020

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com

*Class Counsel*