# Exhibit 2

Page 1

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK
_____

                 RULE 30(b)(6) DEPOSITION OF:
                  DAWN CEJA - March 29, 2016
                     The GEO Group, Inc.
_____

ALEJANDRO MENOCAL, et al.,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.
_____

           PURSUANT TO NOTICE, the Rule 30(b)(6)
deposition of DAWN CEJA, THE GEO GROUP, INC., was
taken on behalf of the Plaintiffs at 600 Grant Street,
Suite 450, Denver, Colorado 80203, on March 29, 2016,
at 9:34 a.m., before Darcy Curtis, Registered
Professional Reporter and Notary Public within
Colorado.
```

Case No. 1:14-cv-02887-JLK-CYC   Document 338-3   filed 10/26/20   USDC Colorado
pg 3 of 11
Menocal v. The Geo Group, Inc.                    DAWN CEJA                              3/29/2016

Page 120

 1      Q.   There's some specific parts of that.  But
 2   before we get started, has there always been a
 3   voluntary work program at the Aurora facility?
 4      A.   Yes.
 5      Q.   How many people approximately participate
 6   in it per day?
 7           MS. FELTON:  Object to form.
 8      A.   It varies each day.  However, I would say
 9   on average there's anywhere from 60 to 70.
10      Q.   (BY MR. FREE)  Okay.
11      A.   Approximately.
12      Q.   And has that number fluctuated at all or
13   has it gone up, down, or is it fairly constant?
14      A.   It fluctuates all of the time, you know,
15   number one, due to turnover.  We have huge turnover.
16   The average length of stay is pretty short.  And in --
17   well, that was the old facility, so that's out of that
18   time frame.  So, yeah, it fluctuates.  It just depends
19   on who puts in applications, where they want to work,
20   and if there's openings.
21      Q.   During this period that we're going to
22   talk about -- I want to make sure we're not going way,
23   way back -- we're just talking about this three-year
24   period before we filed litigation up until now.
25      A.   Yes.

1          Q.   Was it roughly 60 to 70 participants in
2    the voluntary work program per day?
3          A.   Yes.
4          Q.   We looked at this a little bit earlier in
5    Tab 7.  It was the ICE Performance-Based National
6    Detention Standard setting forth the federal
7    government's rules on the voluntary work program.
8    That's at page 46.  Do you see that?
9          A.   Yes.
10         Q.   Okay.  So I think you told me before this
11   is the PBNDS standard from 2011, modified in 2013.
12   You didn't tell me that, but this is the PBNDS
13   standard for the voluntary work program; is that
14   right?
15         A.   Yes.
16         Q.   And GEO is required to follow this
17   standard?
18         A.   Yes.
19         Q.   If you'll turn the page to page 47, under
20   Section C, there's a -- this is within the section
21   entitled "Expected Practices."  I'm looking at
22   Section C.  It does say that personal housekeeping is
23   required.  Do you see that?
24         A.   Yes.
25         Q.   Work assignments are voluntary -- and

Case No. 1:14-cv-02887-JLK-CYC   Document 338-3   filed 10/26/20   USDC Colorado
pg 5 of 11
Menocal v. The Geo Group, Inc.                    DAWN CEJA                        3/29/2016

Page 122

1    those are work assignments within the VWP -- however,

2    the PBNDS provides that all detainees are responsible

3    for personal housekeeping.  Do you see that?

4              A.   Yes.

5              Q.   Okay.  And then the PBNDS goes on to list

6    what -- in explicit terms, four parts of personal

7    housekeeping.  Do you see that?

8              A.   Yes.

9              Q.   Those four parts are preceded by the

10   sentence, "Detainees are required to maintain their

11   immediate living areas in a neat and orderly manner

12   by:  No. 1 making their bunk beds daily; No. 2

13   stacking loose papers; No. 3 keeping the floor free of

14   debris and dividers free of clutter; and No. 4

15   refraining from hanging/draping clothing, pictures,

16   keepsakes, or other objects from beds, overhead

17   lighting fixtures or other furniture."  Do you see

18   that?

19             A.   Yes.

20             Q.   I don't see anywhere in the Performance-

21   Based National Detention Standard where there's

22   anything else under the personal housekeeping

23   requirement that's listed by ICE.  Do you see anything

24   else?

25             A.   I would have to go through it and read it

Case No. 1:14-cv-02887-JLK-CYC   Document 338-3   filed 10/26/20   USDC Colorado
pg 6 of 11
Menocal v. The Geo Group, Inc.                    DAWN CEJA                              3/29/2016

Page 123

1  again.

2        Q.   Take a look.

3        A.   And what were you looking for?

4        Q.   I'm just looking for anything else that

5  was work detainees must perform that is not voluntary.

6  In other words, you have the voluntary work program

7  and you have Section V C in the PBNDS saying, "Work

8  assignments are voluntary"; -- that's on page 47 --

9  "however, all detainees are responsible for personal

10 housekeeping."  And then it lists what that personal

11 housekeeping entails.

12            MS. FELTON:  I'm going to object, because

13 what she's looking at is only Section 5.8 of the

14 PBNDS.  So if your question is whether there's

15 anything anywhere in the PBNDS, she's not looking at

16 the whole thing.

17            MR. FREE:  That's fair.  And I will

18 stipulate that we only have 5.8 of the PBNDS in front

19 of you.

20       Q.   (BY MR. FREE)  So let's take a second and

21 lay some foundation.  Is there any other part of the

22 PBNDS that allows a person responsible for detaining

23 ICE detainees to force them to work?

24            MS. FELTON:  Object to form.

25       A.   I don't understand your question when you

```
 1   say force to work.
 2        Q.   (BY MR. FREE)  I'll rephrase.  Thank you
 3   for clarifying that you didn't understand.  Is there
 4   anything in the Performance-Based National Detention
 5   Standards that expands the scope of work that
 6   detainees may be required to do?
 7        A.   Maybe not in the PBNDS, but I would also
 8   want to check the contract to see if there's anything
 9   specific.
10        Q.   That's a great idea.  Let's look at it.
11   If you turn to page 14 of the same tab, Tab 7, do you
12   see at the top it says, "Section H - Special Contract
13   Requirements"?
14        A.   Yes.
15        Q.   And I will proffer to you that if you go
16   backward, you're going to find that this is part of
17   the GEO contract that has been disclosed to the
18   plaintiffs in heavily redacted form at GEO Menocal
19   Bates 1 all of the way to this page, page 14.  This is
20   all part of their contract.
21        A.   Okay.
22        Q.   Okay.  Does that look right to you, that
23   that's all part of the contract?
24        A.   Yes.
25        Q.   So it says, "The following
```

Case No. 1:14-cv-02887-JLK-CYC    Document 338-3    filed 10/26/20    USDC Colorado
pg 8 of 11
Menocal v. The Geo Group, Inc.                    DAWN CEJA                        3/29/2016

Page 125

1    constraints" -- this is at Section H-5.  The previous

2    several paragraphs are blocked out.  We can't see

3    them.  "The following constraints comprise the

4    statutory, regulatory, policy and operational

5    consideration that will affect the contractor."  It

6    says, "Constraints include, but are not limited to" --

7    if you turn the page and go to page 15, you look at

8    No. 10 --

9         A.   Yes.

10        Q.   -- it says the PBNDS.  In this one, it

11   says 2008, so I'm a little confused about the

12   testimony earlier that 2011 applies.  It's okay.  For

13   our purposes, we're just going to agree that '11 is

14   what applies, right?

15        A.   2011 does apply because there was a

16   contract modification that incorporates all of the

17   2011 standards into the current contract.

18        Q.   So we don't have that, but maybe we'll

19   get it.  Do you know if that contract modification

20   alters in any way the voluntary work program?

21        A.   From what I recall, is that it

22   incorporates the 2011 PBNDS, so everything that's in

23   the PBNDS applies.

24        Q.   Got it.  So if you look at the things

25   that the contractor must follow, the statutory,

 1   regulatory, policy and operational consideration,

 2   No. 10 says the PBNDS.  Does that make sense?

 3           A.   Yes.

 4           Q.   Okay.  So when you say you're going to

 5   have to look at the contract, the contract requires

 6   GEO to follow the PBNDS, right?

 7           A.   Yes.

 8           Q.   Okay.  Now, you seem like you want to say

 9   something else.

10           A.   I just want to make sure that we're on

11   the same page here.

12           Q.   Sure.

13           A.   Because I understand that this

14   incorporates the 2008.  However, there might be a

15   section in the contract that also refers to other

16   sections in the contract that would reflect back on

17   the PBNDS, if that makes sense.

18           Q.   As far as you know, the PBNDS that is in

19   front of you is the one that's in force and the one

20   that GEO follows?

21           A.   Yes.

22           Q.   And as far as you know, there's nothing

23   else in the PBNDS that would permit GEO to require

24   additional work by detainees?

25           A.   Correct.

1        Q.   Thank you.  Now, I want to look back to
2   page 11, Tab 7.
3        A.   Same tab?
4        Q.   Yes, same tab.  Again, this is part of
5   the contract.
6        A.   Yes.
7        Q.   And do you see the section where it says,
8   "Voluntary Work Program"?
9        A.   Yes.
10       Q.   And bullet point No. -- or point No. 2
11  says, "Detainees will be able to volunteer for work
12  assignments but otherwise not be required to work,
13  except to do personal housekeeping."  Do you see that?
14       A.   Yes.  It reiterates No. 2 in the PBNDS.
15       Q.   What do you mean, No. 2?
16       A.   No. 2 in the voluntary work program.
17       Q.   What page are you looking at?  I'm sorry.
18       A.   I'm sorry.  46.
19       Q.   Okay.  So this is essentially a
20  restatement of, on page 46 on the right-hand column,
21  "Expected Outcomes," No. 2, "Detainees shall be able
22  to volunteer for work assignments but otherwise shall
23  not be required to work, except to do personal
24  housekeeping"?
25       A.   Yes.

REPORTER'S CERTIFICATE

STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER )

       I, Darcy Curtis, Registered Professional Reporter and Notary Public ID 20064016972, State of Colorado, do hereby certify that previous to the commencement of the examination, the said DAWN CEJA was duly sworn by me to testify to the truth in relation to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

       I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

       IN WITNESS WHEREOF, I have affixed my signature this 12th day of April, 2016.


       My commission expires May 2, 2018.


___X_ Reading and Signing was requested.

_____ Reading and Signing was waived.

_____ Reading and Signing is not required.