# Exhibit 12

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                        DISTRICT OF COLORADO
 2
                    CASE NO. 1:14-cv-02887-JLK
 3

 4   ALEJANDRO MENOCAL, et al.,

 5              Plaintiffs,

 6   -vs-

 7   THE GEO GROUP, INC.,

 8              Defendant.
     _____/
 9

10

11

12

13              DEPOSITION OF AMBER MARTIN
                    Pages 1 Through 209
14

15

16

17            Wednesday, October 9, 2019
                 8:58 a.m. - 3:21 p.m.
18
                    951 Yamato Road
19                     Suite 285
                Boca Raton, Florida 33431
20

21

22

23

24        Stenographically Reported By:
               Nancy Cannizzaro, RMR
25            Registered Merit Reporter
```

```
 1         Q.   Your testimony is that if they refuse to
 2   clean, there's no repercussion?
 3         A.   No.  I mean, we can file a report or
 4   whatever on them, but there's nothing that we can really
 5   do about it.
 6         Q.   Okay.
 7         A.   I think by ICE policy that we can file a
 8   report, et cetera, and, you know, give them restrictions
 9   or that, but nothing like that's been done.
10         Q.   Nothing like that has been done during what
11   period?
12         A.   During any period.
13         Q.   So there's no report that's been filed
14   about detainees refusing to clean?
15         A.   Well, I'm saying there may be a report, but
16   nothing has necessarily come out of that report.
17         Q.   The detainees ever been disciplined for
18   refusing to clean?
19         A.   As far -- I don't -- as far as taking
20   things away from them or food, no.
21         Q.   Any kind of discipline?
22         A.   No.
23         Q.   Your testimony is that there's never been
24   discipline issued for detainees?
25         A.   I don't know if --
```

```
1                MR. BARNACLE:  Object to the form.
2         A.    I don't know if there's been discipline,
3  but as far as taking anything away from them or anything
4  like that, I mean, there's not much we can do, is what
5  I'm saying.
6                (Plaintiff Exhibit No. 15 was marked for
7         identification.)
8  BY MR. SCIMONE:
9         Q.    Before I go into this exhibit, how do you
10 know that?
11        A.    Well, I know what the performance-based
12 standards say, and that we can give them solitary
13 confinement.  What I'm saying is that's never occurred.
14 We don't give solitary confinement for refusing to clean
15 up their area.
16        Q.    And how do you know that that's --
17        A.    It's always been an informal policy that we
18 made sure -- it was a formal policy that there was
19 clarity on that.
20        Q.    When did that become a formal policy?
21        A.    Well, a few years -- a couple years ago.
22 But it's also been an informal policy.  We've never given
23 a detainee solitary confinement for refusing to clean
24 their areas.
25        Q.    How do you know that that's never been
```

```
 1   done?
 2        A.   Like I said, it's been an informal policy.
 3   We've never allowed that to happen.  If somebody did that
 4   on their own without letting somebody know, then I
 5   wouldn't know something like that.  But it's never --
 6   it's never been a policy of GEO to put somebody in
 7   solitary confinement, a detainee, for not cleaning their
 8   area.
 9        Q.   And if that did happen, notwithstanding
10   that policy, is that something that would likely come to
11   your attention?
12        A.   Definitely.
13        Q.   How would that come to your attention?
14        A.   I think that there would have been an
15   incident report filed or an internal -- what do we
16   call it? -- SIS if somebody was disciplined in that
17   manner.  Not necessarily to my attention, but at least to
18   the attention of, you know, somebody in the regional
19   office or that nature.
20        Q.   And how are those typically reported up the
21   chain of command?
22        A.   We give number -- well, during different
23   phases and different periods of this time period, I mean,
24   there was reports about how many people have been
25   disciplined, and there were monthly reports, those type
```

Amber Martin
October 09, 2019                                                              136

```
 1   of things.  And I think that, when they go in an audit,
 2   they audit disciplinaries, they audit grievances, and I
 3   think something like that would have come up.
 4        Q.   So you've just been handed Exhibit 15, and
 5   that's Bates stamped GEO_MEN 64018 through 64348.  Do you
 6   recognize this?
 7        A.   Yes.
 8        Q.   And what are we looking at here?
 9        A.   The Performance-Based National Detention
10   Standards 2011.
11        Q.   Right.  This is what we've been talking
12   about throughout the day: the PBNDS?
13        A.   Yes, sir.
14        Q.   Okay.  And this a copy of the 2011 version
15   of the PBNDS, correct?
16        A.   Yes.  As far as I -- yes.
17        Q.   As we said earlier, this is incorporated
18   with GEO's contract with ICE?
19        A.   Correct.
20        Q.   If you'll turn to page -- let me direct you
21   to -- okay.  And I should -- sorry.  Let me correct what
22   I said earlier.  We've excerpted this document from a
23   larger document.  It appears smaller than I'm sure you're
24   used to.  The full document is 018 through 4014.  In the
25   interest of reducing paper, I've just printed out a few
```

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA )

COUNTY OF PALM BEACH )

       I, Nancy Cannizzaro, Registered Merit Reporter, certify that I was authorized to and did stenographically report the foregoing deposition of AMBER MARTIN, pages 1 through 207; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

       I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

       DATED this 23rd day of October, 2019.

_____
Nancy Cannizzaro, RMR