# Exhibit 4

```
 1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2

 3          CIVIL ACTION NO.: 1:14-cv-02887-JLK

 4
     ALEJANDRO MENOCAL, et al.,
 5

 6          Plaintiffs,

 7   -vs-

 8
     THE GEO GROUP, INC.,
 9

10          Defendant.
     _____/
11

12
                DEPOSITION OF DANIEL RAGSDALE
13

14
              Thursday, February 27, 2020
15               9:20 a.m. - 3:14 p.m.

16
                 Shavitz Law Group, P.A.
17                951 Yamato Road, #285
                Boca Raton, Florida 33431
18

19

20           Stenographically Reported By:
              JOYCE L. BLUTEAU, RPR, FPR
21         Registered Professional Reporter
             Florida Professional Reporter
22

23

24

25
```

1    Q.  How long were you employed with ICE all
2    together?
3    A.  Twenty-one years.
4    Q.  And prior to working for ICE, where did you
5    work?
6    A.  The Department of Justice, the Immigration and
7    Naturalization Service.
8    Q.  Were you an attorney with them?
9    A.  I was.
10   Q.  What's the highest level of education that
11   you've attained?
12   A.  I have a juris doctorate.
13   Q.  From where?
14   A.  Fordham University.
15   Q.  Me too.
16       What year did you graduate?
17   A.  I don't want to say.  1993.
18   Q.  Okay.  I was class of '06.
19       MR. BARNACLE:  That's why you don't want to
20   say.
21       THE WITNESS:  Exactly.
22       MS. TURNER:  I was still in high school.
23   BY MS. TURNER:
24   Q.  Okay.  Are you aware that there are some
25   housekeeping tasks that all detainees at GEO's Aurora

1  facility are required to perform?

2      A.  Yes.

3      Q.  And are those tasks generally referred to as

4  the Housing Unit Sanitation Policy?

5      A.  I've never heard it referred to.  I had to ask

6  what the HUSP is, so I know there's lots of acronyms that

7  float around.  I know there is a policy to clean the

8  immediate living area in Aurora, yes.

9      Q.  Okay.  And what is your understanding of what

10 that policy is?

11     A.  That folks will clean their immediate living

12 area, meaning making their bed, dealing with their own

13 personal property in their immediate living area.  And

14 they also share sort of a common obligation to clean, you

15 know, where the microwave is, where the, you know, game

16 boards are, video games, to keep things in place in a

17 reasonable cleanliness; the bathroom, you know, the

18 areas, the communal areas is the word I'm looking for.

19     Q.  And that would include the day room area?

20     A.  Correct.

21     Q.  And is it consistent with your understanding

22 that there's a rotation of folks who are assigned to do

23 that?

24     A.  I understand it does rotate.  The precise

25 nature of how they do those rotations, I don't know.

```
 1      Q.   Okay.  For purposes of today's deposition, can
 2   we agree that when we refer to the Housing Unit
 3   Sanitation Policy or HUSP, we're referring to the
 4   requirement for detainees to clean the common areas on a
 5   rotating basis?
 6      A.   Again, I don't know precisely how they rotate.
 7   I know it's shared so --
 8      Q.   Um-hmm.
 9      A.   -- to the extent "rotation" is a term of art,
10   you know, yes, we can agree.  Again, I can't vouch for
11   the specifics at Aurora.
12      Q.   I understand that.
13           Okay.  And then are you aware of a policy at
14   the Aurora facility called the Voluntary Work Program?
15      A.   I am.
16      Q.   And what is your understanding of what that
17   entails?
18      A.   The Voluntary Work Program is an ICE detention
19   standard requirement, so there's a, what essentially is a
20   local policy implementing ICE's detention standard at
21   Aurora.
22      Q.   And what is the detention standard that is
23   being implemented?
24      A.   The Voluntary Work Program.
25      Q.   What does the Voluntary Work Program entail?
```

CERTIFICATE OF OATH

THE STATE OF FLORIDA,    )
COUNTY OF PALM BEACH.    )

I, Joyce L. Bluteau, Registered Professional Reporter, Florida Professional Reporter and Notary Public, State of Florida, certify that DANIEL RAGSDALE personally appeared before me on the 27th day of February, 2020, and was duly sworn.

Signed this 3rd day of March, 2020.

_____
Joyce L. Bluteau, RPR, FPR
Notary Public - State of Florida
Commission No.: FF 947453
Commission Expires: March 26, 2020

1                    CERTIFICATE OF REPORTER

2

     THE STATE OF FLORIDA,       )
3
     COUNTY OF PALM BEACH.       )
4

5

              I, Joyce L. Bluteau, Registered Professional
6    Reporter, Florida Professional Reporter, certify that I
     was authorized to and did stenographically report the
7    deposition of DANIEL RAGSDALE; pages 1 through 183; that
     a review of the transcript was requested; and that the
8    transcript is a true record of my stenographic notes.

9
              I further certify that I am not a relative,
10   employee, attorney, or counsel of any of the parties, nor
     am I a relative or employee of any of the parties'
11   attorneys or counsel connected with the action, nor am I
     financially interested in the action.
12

13            DATED this 3rd day of March, 2020.

14

15

16

17

18

19              *[signature: Joyce L. Bluteau]*

20   _____
         Joyce L. Bluteau,
21       Registered Professional Reporter
         Florida Professional Reporter
22

23

24

25