# Exhibit 5

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3

 4   ALEJANDRO MENOCAL, MARCOS
     BRAMBILA, GRISEL XAHUENTITLA,
 5   HUGO HERNANDEZ, LOURDES
     ARGUETA, JESUS GAYTAN, OLGA
 6   ALEXAKLINA, DAGOBERTO              No. 14-CV-02887-JLK
     VIZGUERRA, and DEMETRIO
 7   VALERGA, on their own behalf
     and on behalf of all others
 8   similarly situated,

 9              Plaintiffs,

10       vs.

11   THE GEO GROUP, INC.,

12              Defendant.
     _____/
13

14

15
                DEPOSITION OF DAGOBERTO VIZGUERRA
16
                       Mexico City, Mexico
17
                  Wednesday, February 21, 2018
18

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 110
```

```
 1      Q.  Do you recall if anybody else was there with you
 2 when Alejandro was talking about this lawsuit -- or
 3 bringing the lawsuit?
 4          MR. FREE:  Object to form.
 5          THE WITNESS:  Because --                              10:06:55
 6      Q.  BY MR. DEACON:  Who?
 7      A.  I don't know.
 8      Q.  You don't know.
 9      A.  Can you rephrase the question?  I didn't --
10      Q.  Yeah.  Who was there -- when Alejandro Menocal        10:07:04
11 was talking about bringing this lawsuit for more money,
12 for the voluntary work program, getting paid $1 a day,
13 who else was with you -- who else was he telling this do?
14          MR. FREE:  Object to form.
15          THE WITNESS:  I don't remember.                       10:07:20
16      Q.  BY MR. DEACON:  Was it more than just you?
17      A.  Yes.
18      Q.  Did you ever know Marcos Brambila?
19      A.  No, I don't remember.
20      Q.  How about Grisel -- I won't even try to               10:07:30
21 pronounce her last name.  Do you know a Grisel?
22      A.  No.
23      Q.  Did we decide it was "Z"?  How do you pronounce
24 it?  You're not going to help me.
25          How about Hugo Hernandez?                             10:07:44
```

|    |    |                                                              |          |
|----|----|--------------------------------------------------------------|----------|
| 1  | A. | I don't know.                                                |          |
| 2  | Q. | Okay.  Did you know Lourdes?                                 |          |
| 3  | A. | No.                                                          |          |
| 4  | Q. | And you know Jesus.  How about Olga?  Did you know Olga Alexaklina? | 10:07:59 |
| 6  | A. | No.                                                          |          |
| 7  | Q. | And you don't know Demetrio?                                 |          |
| 8  | A. | I don't remember.                                            |          |
| 9  | Q. | Now, you mentioned that you -- you recall somebody being placed in administrative segregation for not cleaning. | 10:08:19 |
| 12 | A. | Yes.                                                         |          |
| 13 | Q. | But you don't remember their name?                           |          |
| 14 | A. | No.                                                          |          |
| 15 | Q. | When did this happen?                                        | 10:08:28 |
| 16 | A. | It was, like, the second or the third day I was in there.   |          |
| 18 | Q. | The second or third day you were there?                      |          |
| 19 | A. | Yes.                                                         |          |
| 20 | Q. | Okay.  So -- all right.  Do you know how long they stayed there? | 10:08:40 |
| 22 | A. | For a month.                                                 |          |
| 23 | Q. | A month?                                                     |          |
| 24 |    | Do you remember the guard that told them they had to go to segregation? | 10:08:57 |

```
 1       A.   There was different ones.
 2       Q.   You don't remember which one it was?
 3       A.   No.
 4       Q.   Other than that one individual that you said was       10:09:11
 5  placed in segregation two days after you got there, that
 6  you don't remember the name of, or the guard that you
 7  don't know, anybody else placed in segregation?
 8            MR. FREE:  Object to form.
 9            THE WITNESS:  Not that I know.
10       Q.   BY MR. DEACON:  Okay.  Under the next section,         10:09:28
11  Number 11 says, "Disciplinary Process."  Second paragraph
12  says, "If you are facing possible disciplinary action
13  involving a violation of the administrative rule, you
14  have a right to due process, including the right to have
15  any disciplinary matter resolved promptly."                     10:09:42
16            Did you understand that if you were placed in
17  segregation you had a right to an appeal?
18       A.   No.
19       Q.   All right.  You don't remember going through the
20  process, if you had any --                                      10:09:55
21       A.   No.
22       Q.   -- beef with anybody?
23       A.   No.
24       Q.   Do you know if this individual even exercised
25  his due process rights?                                         10:10:04
```

```
 1      Q.  Okay.  Did any of the requests you had for
 2  dental needs, were they taken care of at Aurora?
 3      A.  No.  It was in Adams County.
 4      Q.  Pardon me?
 5      A.  I think it was in Adams County where I had my      11:30:05
 6  tooth pulled out.
 7      Q.  I showed you one where you actually had it done
 8  in Aurora.  Do you remember that?
 9      A.  No.
10          MR. FREE:  Object to form.                          11:30:19
11      Q.  BY MR. DEACON:  Okay.  Did you ever have reason
12  to sit down with a mental health professional, like a
13  counselor or anything like that?
14      A.  No.
15      Q.  Who were some of the detainees that shared a       11:30:57
16  room with you at Aurora?
17      A.  Jesus and some other ones.
18      Q.  Who?
19      A.  Jesus.
20      Q.  Jesus?                                              11:31:05
21      A.  Yes.
22      Q.  Anybody else you can remember?
23      A.  No.  I don't remember their names.
24      Q.  Do you remember the names of any of the officers
25  at Aurora, other than Officer Anderson?                     11:31:28
```

```
 1         A.   No, I don't remember.
 2         Q.   Pardon me?
 3         A.   No.
 4         Q.   Have you been in communication with any of the
 5   people that worked at Aurora since you left?                    11:31:48
 6         A.   No.  No.
 7         Q.   Okay.  What was -- what was it that you told me
 8   about Officer Anderson?  What did he do, or what did you
 9   give him?
10              MR. FREE:  Object to the form.                       11:32:02
11         Q.   BY MR. DEACON:  Do you remember?
12              MR. FREE:  Same question -- or same objection.
13              THE WITNESS:  I don't know.  I didn't understand
14   what you said.
15         Q.   BY MR. DEACON:  Bad question.  Thank you for         11:32:10
16   asking me to repeat it.
17              What do you remember about Officer Anderson?
18         A.   He was the laundry supervisor.
19         Q.   Laundry supervisor.  Thank you.  Okay.
20              Do you remember any of the officers that were in    11:32:32
21   your pod area?
22         A.   One, but I don't -- I don't remember his name.
23         Q.   Okay.  It was a male?
24         A.   Yes.
25         Q.   But you don't remember his name?                    11:32:46
```

| | | |
|---|---|---|
| 1 | A. No. | |
| 2 | Q. Is there anything about that officer that is | |
| 3 | relevant to the claims you're making in this case. | |
| 4 | MR. FREE: Object to the form. | |
| 5 | THE WITNESS: They were sometimes screaming | 11:33:00 |
| 6 | about going to segregation. | |
| 7 | Q. BY MR. DEACON: To who? | |
| 8 | A. To all of us. | |
| 9 | Q. For what? | |
| 10 | A. For not cleaning. | 11:33:07 |
| 11 | Q. But to your knowledge, only one person ever -- | |
| 12 | A. Yes. | |
| 13 | Q. -- went? | |
| 14 | And that was the second day you were there? | |
| 15 | A. Yes. | 11:33:18 |
| 16 | Q. And at no time do you remember them ever turning | |
| 17 | off the TV because people failed to clean; correct? | |
| 18 | A. I don't remember. | |
| 19 | Q. Okay. But you don't remember this guard's name? | |
| 20 | A. No. | 11:33:33 |
| 21 | Q. Do you remember what he looked like? | |
| 22 | A. Yes. | |
| 23 | Q. What did he look like? | |
| 24 | A. He always wore a hat, and he was a tall white | |
| 25 | dude? | 11:33:42 |

```
 1        Q.   Tall white dude?
 2        A.   Yes.
 3        Q.   When you say "tall," are you talking about over
 4   six feet?
 5        A.   A little bit shorter.                              11:33:47
 6        Q.   Pardon me?
 7        A.   A little bit shorter.
 8        Q.   Okay.  How tall are you?
 9        A.   5'4''.
10        Q.   5'4''.  Okay.                                     11:33:54
11             So he was something under six feet.  Do you
12   remember his age, approximate age?
13        A.   No.
14        Q.   Did -- do you remember the color of his hair?
15        A.   No.  He always wore a hat.                        11:34:05
16        Q.   A baseball cap?
17        A.   Yes.
18        Q.   Do you remember his size, build?  Was he heavy?
19   Was he skinny?  Was he medium build?
20        A.   Medium build.                                     11:34:16
21        Q.   Do you remember any of the other officers?
22        A.   No.
23        Q.   Do you remember any of the people that were
24   above the officers?
25             MR. FREE:  Object to the form.                    11:34:37
```

|     |                                                              |          |
|-----|--------------------------------------------------------------|----------|
| 1   | A.  No.                                                      |          |
| 2   | Q.  Have you been interviewed by any newspaper,              |          |
| 3   | magazine, TV show, radio station --                          |          |
| 4   | A.  No.                                                      |          |
| 5   | Q.  -- media?                                                | 11:38:57 |
| 6   |     Did anyone, other than one of your lawyers,              |          |
| 7   | contact you here in Mexico to participate in this            |          |
| 8   | lawsuit?                                                     |          |
| 9   |     MR. FREE:  Object to form.                               |          |
| 10  |     THE WITNESS:  No.                                        | 11:39:25 |
| 11  | Q.  BY MR. DEACON:  And do -- were you still in the          |          |
| 12  | United States when this lawsuit was filed?  Do you           |          |
| 13  | remember?                                                    |          |
| 14  | A.  Yes.                                                     |          |
| 15  | Q.  Oh, okay.  So you were still -- you were still           | 11:39:32 |
| 16  | in the United States?                                        |          |
| 17  | A.  Yes.                                                     |          |
| 18  | Q.  Were you at Aurora, or were you at Chaparral?            |          |
| 19  | A.  Aurora.                                                  |          |
| 20  | Q.  And when this lawsuit was filed -- actually,             | 11:39:53 |
| 21  | never mind.                                                  |          |
| 22  |     I probably asked you this, Dago, and I                   |          |
| 23  | apologize.  I know you didn't make any complaints to ICE     |          |
| 24  | or the Department of Homeland Security or to the GEO         |          |
| 25  | Group.  Did you make any complaints about anything that      | 11:40:31 |

```
 1  happened at Aurora to any local authority or the State of
 2  Colorado or anyplace like that?
 3       A.  I don't remember.
 4       Q.  Is there anybody that you knew, any employee of
 5  the GEO Group, that you knew that you felt was nice?          11:40:56
 6       A.  I don't know.
 7       Q.  You don't know?  You don't remember?
 8           Other than this lawsuit, have you ever been a
 9  party to another lawsuit?
10       A.  No.                                                  11:41:22
11           MR. DEACON:  Why don't we take a break.  I might
12  be done.
13           MR. LOPEZ:  I want to make sure we get that
14  document signed, too, so that's fine.
15           (Recess.)                                            11:41:59
16       Q.  BY MR. DEACON:  Dago, I have just a few more
17  questions.  I want to go back and focus on cleaning up
18  around your area.  Do you have any evidence that my
19  client, the GEO Group, didn't follow the ICE standards in
20  requiring you to do that?                                     11:48:16
21           MR. FREE:  Object to the form.
22           THE WITNESS:  I don't know.
23       Q.  BY MR. DEACON:  Okay.  Do you know how much time
24  you spent cleaning up in -- around your area?
25       A.  About three hours every other week.                  11:48:32
```

```
 1       Q.   Three hours every other week?
 2       A.   Yes.
 3       Q.   Okay.  When you were working in the laundry,
 4  were you still required to do the sanitation policy?
 5       A.   Yes.                                                  11:48:44
 6       Q.   So you -- three hours every other week is when
 7  you would clean up around your area; correct?
 8       A.   The whole form or the --
 9       Q.   The pod?
10       A.   Yes.                                                  11:48:55
11       Q.   Okay.  Were you ever required to clean outside
12  of your pod?
13       A.   No.
14       Q.   Dago, I appreciate your time today.  Have you
15  understood my questions?                                        11:49:40
16       A.   Yes.
17       Q.   All right.  Have I been fair to you?
18            MR. FREE:  Object to the form.
19            THE WITNESS:  Yes.
20       Q.   BY MR. DEACON:  All right.  Dago, thank you for       11:49:46
21  your time.  I appreciate it.
22            MR. FREE:  Just a couple questions.
23
24                         EXAMINATION
25  BY MR. FREE:                                                    11:49:50
```

```
 1       Q.   You said -- talked a minute ago about the work
 2  that you did in your pod, as opposed to the laundry work.
 3       A.   (Nods head.)
 4       Q.   Did you make your bed every day?
 5       A.   Yes.                                                  11:50:14
 6       Q.   Did you stack loose papers?
 7       A.   Yes.
 8       Q.   Did you keep your floor free of debris and the
 9  dividers in your room free of clutter?
10       A.   Yes.                                                  11:50:27
11       Q.   Did you refrain from hanging or draping clothing
12  or pictures or keepsakes or other things on your beds or
13  your light fixture?
14       A.   No.
15       Q.   Did you ever put anything on the light fixture?       11:50:37
16       A.   No.
17       Q.   Or on the bed?
18       A.   No.
19       Q.   Okay.  Did you -- those were four things that
20  you did.  The three hours a week -- or the three hours          11:50:51
21  that you cleaned up, what did you do during that time?
22       A.   Cleaned the whole pod and the restrooms.
23       Q.   What did you use to do that?
24       A.   The water in the buckets and mops and stuff like
25  that.                                                           11:51:11
```

```
 1      Q.   Where'd you get those?
 2      A.   From the trustees.
 3      Q.   Other detainees or guards?
 4      A.   No, detainees.
 5      Q.   Why didn't they clean them?                      11:51:20
 6      A.   Because they were trustees.
 7      Q.   Okay.  Do you know where the trustees got the
 8 buckets and the --
 9      A.   From a little room, like, the little space --
10      Q.   Okay.
11      A.   -- where they keep them.
12      Q.   Do you know who -- who had access to those
13 rooms?
14      A.   Just the guards.
15      Q.   Were those guards ICE agents or GEO officials?   11:51:39
16      A.   GEO.
17      Q.   All right.  And how long did it take you to
18 clean?
19      A.   Around an hour every -- after every meal.
20      Q.   Okay.  And you did more than making their bunk   11:51:54
21 beds, stacking loose papers, keeping the floor free of
22 clutter and not hanging up things; is that right?
23      A.   Yes.
24           MR. FREE:  All right.  That's it.
25
```

```
 1  STATE OF CALIFORNIA    ) ss:
 2  COUNTY OF MARIN        )
 3
 4           I, LESLIE ROCKWOOD ROSAS, CSR NO. 3452, do
 5  hereby certify:
 6           That the foregoing deposition testimony was
 7  taken before me at the time and place therein set forth
 8  and at which time the witness was administered the oath;
 9           That testimony of the witness and all objections
10  made by counsel at the time of the examination were
11  recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16           I further certify that I am neither counsel for
17  any party to said action, nor am I related to any party
18  to said action, nor am I in any way interested in the
19  outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21  this 1st day of March, 2018.
22
23
24                    _____
25                    LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```