# Exhibit 7

Alejandro Torres 07/16/2020
ALEJANDRO MENOCAL vs GEO GROUP

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLORADO

3    Civil Case No. 1:14-cv-02887-JLK-MEH
     _____
4
     ALEJANDRO MENOCAL,
5    MARCOS BRAMBILA,
     GRISEL XAHUENTITLA,
6    HUGO HERNANDEZ,
     LOURDES ARGUETA,
7    JESUS GAYTAN,
     OLGA ALEXAKLINA,
8    DAGOBERTO VIZGUERRA, and
     DEMETRIO VALERGIA,
9    on their own and on behalf of all others similarly
     situated,
10
     Plaintiffs,
11
     v.
12
     THE GEO GROUP, INC.,
13
     Defendant.
14   _____

15

16           VIDEOTAPED REMOTEDEPO™ DEPOSITION OF

17              ALEJANDRO HERNANDEZ TORRES

18              APPEARING REMOTELY FROM

19                 TOLUCA, MEXICO

20              July 16, 2020 - 9:00 a.m.

21

22   REPORTED BY:

23   Teresa Lynne Cardenas, RPR, CRR

24   APPEARING REMOTELY FROM DENVER, COLORADO

25

U.S. LEGAL SUPPORT, INC
303-832-5966

| | | |
|---|---|---|
| 11:48:29 | 1 | A.    So I would clean the area where I would |
| 11:49:02 | 2 | sleep.  And I would take care of my health because I |
| 11:49:09 | 3 | had been there I would clean my bed in my room.  And |
| 11:49:13 | 4 | also -- thinking of my health because I had been there |
| 11:49:18 | 5 | for quite a while already, and it's very difficult to |
| 11:49:20 | 6 | be -- to live in a place where so many people with so |
| 11:49:25 | 7 | many different moods live together. |
| 11:49:29 | **8** | **Q.    (BY MS. SCHEFFEY)  Can you tell me about** |
| 11:49:33 | **9** | **-- what about living with so many people is -- is** |
| 11:49:37 | **10** | **hard?** |
| 11:50:19 | 11 | A.    So it's difficult to live with so many |
| 11:50:21 | 12 | people because, like I said before, there was only one |
| 11:50:25 | 13 | microwave for so many people.  There are only four |
| 11:50:28 | 14 | phones.  Then the library is a very small room, like 3 |
| 11:50:36 | 15 | by 1 1/2 meters.  People would get -- you would want |
| 11:50:39 | 16 | to be there to stay tranquil.  People would get there |
| 11:50:43 | 17 | and start screaming or start hitting the glass.  Some |
| 11:50:47 | 18 | were screaming, some were crying, or they were |
| 11:50:49 | 19 | fighting with their family. |
| 11:51:07 | 20 | So, you know, there are people who don't |
| 11:51:09 | 21 | care about anything.  Like, for instance, you are |
| 11:51:11 | 22 | eating at a table or you are watching TV, and then |
| 11:51:14 | 23 | they -- they expel a gas.  There are people who prefer |
| 11:51:41 | 24 | their food in the microwave, and they throw their |
| 11:51:45 | 25 | food, they don't clean after them, many people who |

11:51:50    1    spit on the floor.

11:51:55    2              Some people spit in their phone headset.

11:52:23    3    There is all the time you hear all of these problems.

11:52:25    4    And then you have your own pressures, the pressure

11:52:28    5    with a court hearings, the pressure with the welfare

11:52:33    6    of your family.  It's very difficult.

11:52:36    7              THE INTERPRETER:  Correction for the

11:52:37    8    record.  "They spit on their handset in the phone."

11:53:12    9         A.   So, you know, it's very difficult to live

11:53:14   10    with so many people.  I recall when there were, like,

11:53:17   11    40 people, it was quiet, it was better.  There are no

11:53:21   12    people screaming all the time.

11:53:27   13              MS. SCHEFFEY:  Wasn't there something

11:53:29   14    about gritos, I heard?

11:53:33   15              THE INTERPRETER:  Are you addressing the

11:53:34   16    interpreter, Counsel?

11:53:36   17              MS. SCHEFFEY:  Yes.

11:53:38   18              THE INTERPRETER:  He said that people

11:53:39   19    were screaming all the time.

11:53:42   20              MS. SCHEFFEY:  Okay.  You can keep going.

11:54:06   21         A.   When you go out into the recreation area,

11:54:10   22    there is only one exercise bar, and it's just for two

11:54:14   23    people.  And the basketball basket, there is a wall,

11:54:32   24    and we used to play handball there.  When we were

11:54:49   25    still playing -- when we still were playing handball,

11:54:54    1    someone else would come back with a basketball, and he

11:54:59    2    would start playing.

11:55:34    3            So, you know, for instance, if one was

11:55:36    4    exercising at the exercise bar, someone would come

11:55:40    5    over -- someone would take a basketball ball and throw

11:55:44    6    it below the bar so -- because we all came out at the

11:55:48    7    same time, there would be over 40 people, and the

11:55:52    8    space is very limited.

11:56:15    9            So, you know, in the afternoons, that's

11:56:19    10   when it was quiet.  But when I felt overstressed and

11:56:23    11   would start hitting the handball because -- until I

11:56:30    12   started to cry because I couldn't take it anymore.

11:56:42    13   For me, that was very difficult.  And you're asking

11:56:46    14   how come it's so hard to live with so many people.

11:56:53    15       **Q.   And I'm sorry, I'll give you a moment to**

11:56:56    16   **take a breath.  Yeah, I understand it was difficult.**

11:57:18    17   **I'm going to ask a few more questions.  I'm sorry for**

11:57:22    18   **that.**

11:57:30    19       A.   Don't worry.  You can ask me anything you

11:57:32    20   want.

11:57:35    21       **Q.   So it sounds like some of the problems**

11:57:37    22   **you had is that people didn't have respect for one**

11:57:39    23   **another; is that correct?**

11:57:48    24            MR. MILSTEIN:  Objection.

11:57:49    25       A.   So, you know, I don't know if it's a

Alejandro Torres 07/16/2020                                    Page 52
ALEJANDRO MENOCAL vs GEO GROUP

11:58:29   1   matter of respect.  I think that they would put us all

11:58:32   2   together like animals, like shit.  I don't know if the

11:58:38   3   right word is animals.  It's like they would put us

11:58:42   4   all together in a room and they say, Well, now you do

11:58:45   5   what I want.  And on top of it, you have to put up

11:58:48   6   with the messiness of the guards.  And the rest is the

11:58:57   7   foul language against you.

11:59:31   8           So, for instance, when we were in the

11:59:32   9   recreation area or we were watching TV -- because they

11:59:37   10  have three TVs, one is in English, one is for soap

11:59:41   11  operas or shows and movies.  And I like to watch

11:59:47   12  movies in English.  So while I was sitting totally

12:00:30   13  calm watching TV, I would look up towards my room, and

12:00:34   14  I would see the guard undoing my bed, throwing my food

12:00:40   15  everywhere, moving around the pictures of my wife and

12:00:47   16  children, and he would throw my mattress down.  All of

12:00:58   17  that is very difficult.  And many of the things I

12:01:18   18  lived through like the first time I was in jail marked

12:01:24   19  me for life, and I don't believe that's something I'll

12:01:29   20  ever forget.

12:01:30   **21          Q.   (BY MS. SCHEFFEY)  Did you have the same**

12:01:31   **22  problems when you were in the Department of**

12:01:33   **23  Corrections?**

12:01:38   24          A.   No, never.  So at DOC, I would take care

12:02:29   25  of my bed, I would clean my toilet.  I was very busy

Alejandro Torres  07/16/2020                                      Page 56
ALEJANDRO MENOCAL vs GEO GROUP

12:12:42   1   second, I'm going to do 3.  And 3A I'm introducing for

12:12:53   2   the witness in Spanish.  I'm going to produce the

12:12:55   3   English version just so everyone can participate.

12:13:14   **4**       Q.   (BY MS. SCHEFFEY)  Do you need a minute?

12:13:15   **5**   Are you good?

12:13:17   6        A.   I am.

12:13:17   **7**       Q.   Tell me if you need a minute.

12:13:21   8        A.   I will, thank you.

12:13:21   9            (Deposition Exhibit 3 and 3A, remotely

12:13:29   10   produced and provided electronically to the reporter.)

12:13:41   **11**      Q.   Can you see this document on your screen?

12:13:49   12       A.   Yes.

12:13:52   **13**      Q.   Have you seen this before?

12:14:00   14       A.   Yes, it's a booklet that they give you

12:14:04   15   when you come in.  There are many pages.  I don't

12:14:13   16   remember well.

12:14:14   **17**      Q.   Do you remember this document being

12:14:16   **18**   threatening in any -- in any way?

12:14:23   19            MR. MILSTEIN:  Object to form.

12:14:58   20       A.   So it contains several pictures of people

12:15:03   21   doing different activities, like some people are

12:15:06   22   sleeping, some -- it showed the barber shop, it showed

12:15:11   23   the schedule, and conditions at GEO.

12:15:22   24            It also said something about the

12:15:24   25   infirmary.  So you see from my own experience, there

12:15:54    1    were times when I was ill -- ill enough, sick enough

12:16:01    2    that I could not get out of bed.  And I wanted to go

12:16:06    3    give an emergency order for the infirmary.  So I was

12:16:11    4    told that I needed to send a kite and explain how I

12:16:16    5    was feeling, and they would only take me the following

12:16:19    6    day.

12:16:37    7            So I would arrive there, and I would tell

12:16:39    8    the doctor, I feel this way, that way, my head hurts,

12:16:43    9    my body hurts because I would get sick because of the

12:16:46   10    air conditioning.

12:16:48   11            He would give me some pills, and he would

12:16:50   12    say, You're fine.  Don't be a cry-baby.  So I learned

12:17:06   13    to heal myself by washing the peeling of oranges.  I

12:17:11   14    would wash them.  So I would wash the orange peel, and

12:17:34   15    I would boil it with a little honey, would shower.  I

12:17:40   16    would go lay down.  I would start sweating.  And the

12:17:44   17    following day, I would be fine.

12:17:48   18            You don't just say that you have certain

12:18:01   19    activities inside the dorm, but I don't remember if it

12:18:10   20    specified what kind of activities.  So when I got

12:18:30   21    there, the guard told me that it was my turn to clean

12:18:35   22    the area where the tables were.  And I said to him,

12:18:53   23    No, why should I clean all of the tables if I didn't

12:18:57   24    use all of the tables?

           25

Alejandro Torres  07/16/2020                                    Page 58
ALEJANDRO MENOCAL vs GEO GROUP

12:19:00    1              Q.    (BY MS. SCHEFFEY)   Mr. Hernandez, I

12:19:00    2     understand --

12:19:01    3                    MR. MILSTEIN:  No, no, no --

12:19:03    4                    MS. SCHEFFEY:  I will get there.  This is

12:19:03    5     my deposition.

12:19:04    6                    MR. MILSTEIN:  You've got to let him

12:19:05    7     answer.

12:19:06    8                    MS. SCHEFFEY:  I will -- Brandt, Brandt,

12:19:07    9     I will let him answer.  It is my deposition.

12:19:10   10                    MR. MILSTEIN:  No, no, no.  We're going

12:19:11   11     to stop his deposition if you're going to interrupt

12:19:14   12     when you don't like an answer that's coming --

12:19:16   13                    MS. SCHEFFEY:  It's not about not liking

12:19:17   14     it.  I want to -- can you please let me take the

12:19:19   15     deposition.

12:19:20   16                    MR. MILSTEIN:  Let him answer the

12:19:22   17     question.

12:19:23   18                    MS. SCHEFFEY:  What's the question

12:19:24   19     pending, Brandt?  That's why I want him to clarify.

12:19:25   20     He's telling me about things that the guards told him.

12:19:26   21     I want to --

12:19:26   22                    MR. MILSTEIN:  And you're --

12:19:26   23                    MS. SCHEFFEY:  -- talk about --

12:19:27   24                    MR. MILSTEIN:  And you're cutting him off

12:19:30   25     because you don't want him to answer the question.

12:19:31    1    And that is way out of line, Adrienne.

12:19:35    2              MS. SCHEFFEY:  What question is he not

12:19:36    3    answering?  I'm -- I'm trying to get a sentence out to

12:19:38    4    him which you won't let me say which is the question

12:19:41    5    is about this document.  That's all I wanted to say,

12:19:44    6    and you won't let me say that.

12:19:47    7              MR. MILSTEIN:  You have cut him off, and

12:19:48    8    you have disrupted his testimony.  And it is

12:19:50    9    objectionable, and it's a problem.  And we'll be going

12:19:53   10    to the judge on this.

12:19:56   11              MS. SCHEFFEY:  Okay.

12:19:57   **12         Q.   (BY MS. SCHEFFEY)  Mr. Hernandez, what I**

12:19:58   **13    was trying to say is I want to hear your story, but I**

12:20:02   **14    also want to make sure we're talking about this**

12:20:02   **15    document in front of you, okay?**

12:20:04   16              MR. MILSTEIN:  He testified that this

12:20:06   17    document instructed him to do some activities in the

12:20:08   18    dorm.  And then he described those activities and what

12:20:10   19    the guard told him he had to do.  And you didn't like

12:20:13   20    the sound of that, and you stopped his testimony, and

12:20:15   21    you have interrupted him and --

12:20:16   22              MS. SCHEFFEY:  No, I want to ask him if

12:20:18   23    what the guard him told him to do is stated in here.

12:20:21   24    That's what I want to know.

12:20:23   25              MR. MILSTEIN:  You can ask him that after

| | | |
|---|---|---|
| 12:20:25 | 1 | he finishes answering your prior question. |
| 12:20:28 | 2 | MS. SCHEFFEY:  Okay.  You may finish, |
| 12:20:30 | 3 | Mr. Hernandez. |
| 12:20:34 | 4 | THE INTERPRETER:  I need definition |
| 12:20:39 | 5 | interpreting, I believe.  This is the interpreter |
| 12:20:40 | 6 | speaking. |
| 12:20:41 | 7 | MS. SCHEFFEY:  Okay. |
| 12:20:41 | 8 | A.  So I said, No, why should I clean all of |
| 12:20:45 | 9 | the tables if I -- I did not use all of the table?  So |
| 12:20:59 | 10 | he said, Are you not going to clean?  I said, No, I'm |
| 12:21:01 | 11 | not going to clean.  I'm going to clean the area where |
| 12:21:06 | 12 | I ate, but not everything.  He turned me by my |
| 12:21:25 | 13 | shoulder, put the handcuffs on me and took me to |
| 12:21:29 | 14 | segregation. |
| 12:21:31 | 15 | In there, it also state time -- the visit |
| 12:21:59 | 16 | schedule, calls schedule, a commissary schedule.  So |
| 12:22:31 | 17 | the paper had religion, sometimes whether there would |
| 12:22:35 | 18 | be a congregation, sometimes there was a priest, |
| 12:22:38 | 19 | sometimes there was a pastor.  And I would attend |
| 12:22:41 | 20 | both.  For me, what was important is to be near God |
| 12:22:53 | 21 | and to give me strength to stay at that place. |
| 12:23:14 | 22 | I remember it said something else.  It |
| 12:23:17 | 23 | also says something about attorney -- attorneys visit. |
| 12:23:33 | 24 | And it said something else in the letters, but I think |
| 12:23:39 | 25 | I don't remember quite clearly |

Alejandro Torres  07/16/2020                                      Page 61
ALEJANDRO MENOCAL vs GEO GROUP

12:23:41    1            Q.    (BY MS. SCHEFFEY)   Is that it?

12:23:42    2            A.    Yes.

12:23:44    3            MS. SCHEFFEY:  Teresa, could you read

12:23:45    4    back the question, the original question?

12:24:21    5            THE COURT REPORTER:  Sure.  I'm looking

12:24:21    6    for the question.  Hold on.

12:24:22    7            (The last question was read back as

12:24:22    8    follows:  "Do you remember this document being

12:24:22    9    threatening in any way?")

12:24:27   10            A.    No.  No, that document didn't say

12:24:38   11    anything like that, just everything I told you.  And

12:24:42   12    also that you had to obey the orders that the guards

12:24:50   13    gave you.

12:24:51   14            Q.    (BY MS. SCHEFFEY)   Thank you.

12:24:54   15            MS. SCHEFFEY:  I'm also going to -- as

12:24:56   16    we've now reread the question and gotten the answer,

12:24:58   17    I'm going to move to strike the entire portion as

12:25:02   18    nonresponsive.  That will be for the record.  As

12:25:05   19    Mr. Milstein said that he is going to bring it before

12:25:07   20    the judge, now we have a clear record.

12:25:31   21            Q.    (BY MS. SCHEFFEY)   The handbook that you

12:25:33   22    described earlier, what you called earlier the housing

12:25:36   23    unit sanitation program --

12:25:45   24            MR. MILSTEIN:  Object to form.  Misstates

12:25:46   25    prior testimony.

Alejandro Torres  07/16/2020                                    Page 76
ALEJANDRO MENOCAL vs GEO GROUP

01:34:38   1          A.    The job when I was paid for $1 a day, my

01:34:46   2   job consisted on polishing and cleaning and waxing all

01:34:49   3   of the floors in the dorms and the hallway.  I never

01:34:55   4   cleaned the bathrooms.

01:34:59   5          Q.    Okay.  And when you signed this document,

01:35:01   6   you understood that the work you did under this

01:35:03   7   program would be paid at $1 a day; is that correct?

01:35:18   8          A.    Yes, it was $1 a day.

01:35:21   9          Q.    Okay.  And was there a position you could

01:35:23  10   apply for to clean only in the pod, to your knowledge?

01:35:45  11          A.    Ma'am, with all due respect, you are

01:35:48  12   confused.  When the application says cleaning the

01:36:02  13   dorm -- I will not say this again -- for the officers,

01:36:12  14   the dorm means every single one of the dorms.  It

01:36:23  15   never specified the dorm where I lived, where I spend

01:36:28  16   my time when I was detained.  Because for them, the

01:36:44  17   dorms mean where people dressed in blue are, the

01:36:50  18   marshals, and the women.  That's all.

01:36:56  19          Q.    Okay.  So I appreciate you explaining to

01:36:58  20   me what you believed to be GEO's position, but I'm

01:37:02  21   going to go through this document, okay?  And I want

01:37:04  22   your understanding.

01:37:25  23          A.    On the document, it states cleaning the

01:37:33  24   dorm.  But when I realized, and it was already too

01:37:42  25   late, that for the officers the dorm meant all of the

Alejandro Torres  07/16/2020                                      Page 77
ALEJANDRO MENOCAL vs GEO GROUP

01:37:46   1    other dorms -- because when I say I wanted to clean

01:38:01   2    the dorm, I believed it was the dorm where I was

01:38:04   3    detained.

01:38:05   **4**          Q.   I understand.  Can I ask my question now,

01:38:07   **5**    Mr. Hernandez?

01:38:10   6          MR. MILSTEIN:  Let me just note for the

01:38:11   7    record that that's yet another time that counsel has

01:38:14   8    interrupted the client mid answer.

01:38:19   **9**          Q.   (BY MS. SCHEFFEY)  May I ask my question

01:38:20   **10**   please, Mr. Hernandez?

01:38:26   11         A.   Yes, tell me.

01:38:28   **12**         Q.   When you wrote housekeeping, what job

01:38:31   **13**   were you applying for?

01:38:51   14         A.   To clean the dorm -- when I said to clean

01:39:06   15   the dorm, I understood it to be mopping and sweeping,

01:39:13   16   not to clean the tables, the windows, the mirrors, and

01:39:16   17   the bathrooms.

01:39:19   **18**         Q.   Okay.  So when you volunteered here, you

01:39:21   **19**   were volunteering to mop and sweep the dorm; is that

01:39:24   **20**   correct?

01:39:25   21         A.   So -- but I never got to mop or sweep.  I

01:39:51   22   only cleaned the bathrooms.  And that only happens

01:39:54   23   because the officer assigned me to clean the bathrooms

01:39:58   24   when he realized they were dirty.

01:40:01   **25**         Q.   Okay.  Who did you think should clean up

01:40:05   1    the bathrooms?

01:40:21   2         A.   I did not realize that they were dirty to

01:40:24   3    such an extent.  And being that I had been through

01:40:34   4    segregation, I didn't want to go through the same.

01:40:46   5    When I realized that I found gloves that had semen on

01:40:52   6    them and plastic packs with semen, with pubic -- pubic

01:41:03   7    hair -- and so I was disgusted.  And so the guard was

01:41:32   8    looking at me with his eyes looking up, and he was

01:41:36   9    mocking me.  And so I finished in the bathrooms, and I

01:42:03   10   cleaned one of them extremely well because I felt

01:42:09   11   filthy, I felt I had been humiliated in the worst

01:42:23   12   possible way that a human being can be humiliated.

01:42:26   13   It's just not fair.

01:42:30   14        Q.   I understand.  I'm going to ask you about

01:42:32   15   the timing of that incident, okay?  The time you just

01:42:41   16   discussed when you cleaned the showers, do you

01:42:44   17   remember the date?

01:42:52   18        A.   No, I do not remember.

01:42:55   19        Q.   Do you remember how soon after you

01:42:56   20   arrived at the facility that it occurred?

01:43:29   21        A.   You know, there is one thing I can tell

01:43:31   22   you.  Good memories, I do not have.  And the bad

01:43:36   23   memories -- the bad memories -- correction for the

01:43:38   24   record -- I remember them vividly, and they are

01:43:41   25   harmful.

| | | |
|---|---|---|
| 01:44:00 | 1 | So I arrived to GEO, I had some paper. |
| 01:44:04 | 2 | And I would ask the guard to give me some paper |
| 01:44:08 | 3 | because I was writing down everything that was |
| 01:44:11 | 4 | happening, everything that I was doing every single |
| 01:44:15 | 5 | day.  And my intention was either to put a book |
| 01:44:32 | 6 | together during my life of the suffering I went |
| 01:44:35 | 7 | through. |
| 01:44:43 | 8 | And a guard that checked me down, he |
| 01:44:50 | 9 | spoke Spanish, everything I had with my daughters' |
| 01:45:00 | 10 | pictures, he tore all of the papers as well as a |
| 01:45:11 | 11 | picture of my daughter.  It was -- for him, there was |
| 01:45:19 | 12 | contraband. |
| 01:45:24 | **13** | **Q.   Okay.  And I understand that's hard.** |
| 01:45:25 | 14 | MS. SCHEFFEY:  Can the court reporter |
| 01:45:26 | 15 | please read back the question. |
| 01:45:39 | 16 | (The last question was read back as |
| 01:45:39 | 17 | follows:  "Do you remember how soon after you arrived |
| 01:45:39 | 18 | at the facility that it occurred?") |
| 01:45:41 | 19 | MS. SCHEFFEY:  And I'm going to object to |
| 01:45:43 | 20 | the rest as nonresponsive.  The questions are -- |
| 01:45:45 | 21 | sorry. |
| 01:45:54 | 22 | A.   I don't remember.  Those are memories, |
| 01:46:06 | 23 | but that happened after I was taken to segregation. |
| 01:46:09 | **24** | **Q.   (BY MS. SCHEFFEY)   Okay.  How many times** |
| 01:46:12 | **25** | **were you taken to segregation?** |

Alejandro Torres  07/16/2020                                    Page 80
ALEJANDRO MENOCAL vs GEO GROUP

01:46:16    1          A.    Four times.

01:46:21    2          Q.    When was the first time?

01:46:26    3          A.    The time I did not clean.

01:46:30    4          Q.    How soon after you arrived at the

01:46:32    5     facility was that?

01:46:41    6          A.    About three days.

01:46:43    7          Q.    Three days after you arrived at the

01:46:46    8     facility?

01:46:47    9          A.    Yes.

01:46:50    10         Q.    Was that in 2009 or in 2012?

01:46:59    11         A.    2012.

01:47:02    12         Q.    Were you sent to segregation any of the

01:47:06    13    times during your stay in 2009?

01:47:17    14         A.    No, I was there for a very short period

01:47:32    15    of time until it was under construction.  Apparently I

01:47:37    16    arrived to the old one.

01:47:40    17         Q.    So the answer is, no, you were not sent

01:47:42    18    to segregation in 2009?

01:47:48    19         A.    In 2009.

01:47:50    20         Q.    And for how long were you in segregation

01:47:53    21    the first time you went?

01:47:59    22         A.    15 days.

01:48:03    23         Q.    And did you have medical issues that

01:48:05    24    required you to go to the hospital at that point?

01:48:17    25         A.    No, I had another problem later on.

U.S. LEGAL SUPPORT, INC
303-832-5966

Alejandro Torres  07/16/2020                                    Page 81
ALEJANDRO MENOCAL vs GEO GROUP

01:48:21    1         Q.    We'll get to that.

01:48:31    2         A.    No, I was -- I had a problem later on

01:48:36    3    that required them taking me to the hospital because

01:48:39    4    in 2007 or '8, I had a heart attack.

01:48:44    5         Q.    Okay.  So when was the second time you

01:48:47    6    went to segregation?

01:48:47    7               (The court reporter interrupted for the

01:48:47    8    clarity of the record.)

01:49:03    9         A.    Another time when I was tired, and I did

01:49:06    10   not want to clean the floor.

01:49:11    11              THE COURT REPORTER:  Thank you.

01:49:11    12        Q.    (BY MS. SCHEFFEY)  So both times were

01:49:12    13   when you did not want to clean the floors?

01:49:20    14              MR. MILSTEIN:  Objection, misstates the

01:49:22    15   testimony.

01:49:49    16        A.    There was two times when I didn't want to

01:49:52    17   clean the floors.  One time where they accused me of a

01:49:56    18   fight where I did not participate.  And the first time

01:50:00    19   because I didn't want to clean the tables.

01:50:03    20        Q.    (BY MS. SCHEFFEY)  Okay.  So I just want

01:50:06    21   to make sure it's clear for me so I can ask you good

01:50:10    22   questions.  So I'm talking about the first time.  And

01:50:16    23   that was about three days after you arrived, and you

01:50:18    24   said you were sent for 15 days; is that correct?

01:50:33    25        A.    No, they left me there for 15 days.

| | | |
|---|---|---|
| 01:50:37 | 1 | Q.   And what was the infraction that you |
| 01:50:40 | 2 | committed? |
| 01:50:45 | 3 | A.   For not cleaning the tables. |
| 01:50:47 | 4 | Q.   Okay.  And then the next time, how |
| 01:50:54 | 5 | quickly after was that -- did that occur? |
| 01:51:01 | 6 | A.   The second time -- the next time was when |
| 01:51:13 | 7 | I was already polishing the floors, and we had worked |
| 01:51:21 | 8 | all night two nights in a row.  They would take us out |
| 01:51:31 | 9 | of our dorms around 7:30 in the evening until 7:30 in |
| 01:51:36 | 10 | the morning.  I hadn't slept.  And during the daytime, |
| 01:51:48 | 11 | I couldn't sleep because of all of the noise and all |
| 01:51:50 | 12 | of the yelling. |
| 01:51:59 | 13 | So when they told me to go clean the |
| 01:52:02 | 14 | floors, I told the guard I wasn't going to go.  I was |
| 01:52:06 | 15 | tired.  And he said to me, There is an inspection.  I |
| 01:52:15 | 16 | don't care.  Let's go.  I did not want to, so he went |
| 01:52:27 | 17 | down the stairs.  And a little time later, I don't |
| 01:52:41 | 18 | know how much time lapsed, because I was doing my |
| 01:52:46 | 19 | paper craft to tire out so I could sleep despite the |
| 01:52:54 | 20 | noise. |
| 01:53:02 | 21 | He arrived, called me to the door, |
| 01:53:04 | 22 | handcuffed me, and took me to segregation.  That was |
| 01:53:12 | 23 | the second time. |
| 01:53:14 | 24 | Q.   And I believe the question was how soon |
| 01:53:17 | 25 | after you arrived did that happen? |

01:53:32    1        A.    I don't recall.  Honestly, I don't

01:53:34    2    recall.

01:53:35    **3**        **Q.    And was that for not cleaning as part of**

01:53:37    **4    the $1-a-day program?**

01:53:47    5        A.    Yes.  I had worked for two nights in a

01:53:59    6    row.

01:54:00    **7**        **Q.    And those two occasions, the 2012**

01:54:02    **8    occasion where you didn't clean the table and the**

01:54:04    **9    other occasion where you didn't clean the floors, were**

01:54:07    **10    those before or after the shower incident?**

01:54:29    11        A.    The thing with the shower happened

01:54:32    12    before.

01:54:38    **13**        **Q.    So the thing with the shower happened in**

01:54:40    **14    the first three days you were at Aurora?**

01:54:57    15        A.    Can't be, because the very first time I

01:55:00    16    was taken for 15 days.  I want to clear something up.

01:55:15    17            (The court reporter interrupted for the

01:55:15    18    clarity of the record.)

01:55:15    19        A.    When you're taken to segregation, the

01:55:30    20    time is a really hard time.

01:55:33    **21**        **Q.    I understand.  And we're going to get to**

01:55:35    **22    that; but right now, I'm just trying to get a**

01:55:37    **23    timeline, okay?**

01:55:56    24        A.    But I want you to understand that I

01:55:58    25    cannot tell you the time period when it happened

Alejandro Torres  07/16/2020                                    Page 133
ALEJANDRO MENOCAL vs GEO GROUP

04:43:25   1    is forever impacted and marked for life, as it is in

04:43:32   2    my case.

04:43:33   3         Q.   Okay.  If ICE was there at the facility

04:43:41   4    every day, why are you not suing ICE?

04:43:49   5              MR. MILSTEIN:  Objection, foundation.

04:43:54   6    Calls for a legal conclusion.

04:43:58   7         Q.   (BY MS. SCHEFFEY)  Answer.

04:44:23   8         A.   Because immigration doesn't get involved.

04:44:28   9    I did not complain.  I was doing my time.  But there

04:44:32   10   were times with other people who had complained to the

04:44:37   11   immigration officers about the guards, about the food.

04:44:51   12             Then the immigration officials, I

04:44:53   13   understand that's their job; but we are human beings.

04:45:08   14   And that is not the way -- human beings should not be

04:45:13   15   treated that way.  Because you're following the dream,

04:45:25   16   and you want to be fine with your family.  They mark

04:45:31   17   you for your life.

04:45:36   18        Q.   So just to circle back, do you remember

04:45:38   19   we talked about today that you were under oath?

04:45:50   20        A.   Yes.

04:45:52   21        Q.   And you have answered truthfully and

04:45:53   22   fully today?

04:46:02   23        A.   Of course, I have, the whole truth.

04:46:05   24        Q.   And you have understood all of my

04:46:08   25   questions?

Alejandro Torres  07/16/2020                                    Page 134
ALEJANDRO MENOCAL vs GEO GROUP

04:46:11    1          A.    I have.

04:46:13    2          Q.    Did you have anything else to add to

04:46:15    3    anything you said today?

04:46:39    4          A.    No, ma'am.  As an attorney for GEO, if

04:46:43    5    you can contribute with a -- to understand for all

04:46:52    6    those people that are suffering perhaps same way I did

04:47:02    7    or even more, I don't know.  Myself, before eating,

04:47:15    8    let's say I am going to have some shrimp, I ask God --

04:47:25    9    I ask for them.  Correction for the record.  I pray

04:47:37   10    for them because it causes me great harm.  That's all.

04:47:43   11          MS. SCHEFFEY:  That's it for me, Brandt,

04:47:45   12    unless there's recross.

04:47:51   13          MR. MILSTEIN:  Alejandro, I'm going to

04:47:52   14    ask you a few questions now to clean up the record a

04:47:55   15    bit.

04:48:06   16          THE DEPONENT:  Okay.

04:48:07   17                   EXAMINATION

04:48:08   18    BY MR. MILSTEIN:

04:48:08   19          Q.    You testified earlier, Alejandro, that

04:48:10   20    there were two work programs at GEO.  You said one was

04:48:18   21    paid and one was unpaid.  Is that what you said

04:48:20   22    earlier?

04:48:26   23          A.    Yes.

04:48:29   24          Q.    Can you tell us how the program that did

04:48:31   25    not pay worked, please?

| 04:48:52 | 1 | A.   The job with no pay was cleaning the |
|---|---|---|

04:48:52   1        A.   The job with no pay was cleaning the

04:48:55   2    dorm, sweeping, mopping, cleaning the tables and

04:49:05   3    washing the showers three times a day.  And the work

04:49:25   4    that pays $1, it's for the people who work in the

04:49:31   5    kitchen and people like me where we cleaned the floors

04:49:46   6    and we wax them.  There was a person that was paying

04:49:57   7    $1 for being at the library.  Those are the two types

04:50:06   8    of work that you have at GEO.

04:50:10   9        Q.   How many hours per shift did you work

04:50:12   10    generally in the $1-a-day program?

04:50:34   11        A.   Okay.  There were times when I would work

04:50:36   12    starting at 7:30 in the evening all the way to 7:30 in

04:50:41   13    the morning.  And when we didn't work as much, we

04:50:55   14    worked for like from 8 in the evening to 3 or 4 in the

04:50:59   15    morning.  And when there was an inspection, it was

04:51:13   16    three days in a row with no sleep.  It was very

04:51:24   17    interesting having GEO's floor look like a mirror.

04:51:30   18        Q.   How many days a week did you work in the

04:51:32   19    $1-a-day program?

04:51:41   20        A.   We had only two days off and only once.

04:51:48   21        Q.   Do you think it was fair to be paid a

04:51:50   22    dollar a day for that much work?

04:52:07   23        A.   I think it's ridiculous because, at that

04:52:10   24    time, for that work, pay was between 25 and 28 an

04:52:15   25    hour.  And I was paid $1 for eight hours.  Sometimes

04:52:28    1    more and sometimes less.  I feel exploited.  I feel

04:52:38    2    humiliated.  And my American dream just vanished.

04:52:58    3              All of those years, I lost my family, I

04:53:00    4    lost all of the years that I had worked so hard to

04:53:04    5    make my family move forward.  Essentially, I lost

04:53:14    6    everything.  It's very hard to live like this.  To the

04:53:46    7    extent that after I return to Mexico, I don't remember

04:53:50    8    if it was a couple of days or months, I tried to

04:53:59    9    commit suicide.  I was so depressed.  I took a bottle

04:54:10   10    of pills to poison myself.

04:54:15   **11              Q.   Thank you for sharing all of that with**

04:54:17   **12    us, Alejandro.  I'm going to ask -- you testified**

04:54:23   **13    earlier that there wasn't much discipline in GEO.**

04:54:28   **14    When you said that, did you mean there wasn't much**

04:54:31   **15    discipline by the other detainees or by the guards?**

04:54:41   16              MS. SCHEFFEY:  Object to form.

04:55:05   17              A.   There was discipline coming from the

04:55:08   18    guards regarding to what they say.  Whatever they

04:55:21   19    said, you had to do.  And as far as containing or

04:55:48   20    managing such large number of people, I think there

04:55:53   21    was no discipline because it's very difficult to live

04:55:57   22    with so many people with different thinking and

04:56:05   23    different words.  So for them this consisted of, You

04:56:18   24    misbehave, you do something, you're going to

04:56:22   25    segregation.

| | | |
|---|---|---|
| 05:04:59 | 1 | And there was a person who helped me, and I worked in |
| 05:05:02 | 2 | yard keeping.  And that same person asked me if I knew |
| 05:05:13 | 3 | how to drive a rig.  And that's the way I was driving |
| 05:05:25 | 4 | the rig, the trailer.  Those the two jobs I had. |
| 05:05:31 | 5 | Q.   Do you have family in the United States? |
| 05:05:38 | 6 | A.   My wife and two daughters. |
| 05:05:41 | 7 | Q.   Were you deported from the United States? |
| 05:05:47 | 8 | A.   Yes. |
| 05:05:48 | 9 | Q.   And your family, did they go with you? |
| 05:06:00 | 10 | A.   No, I'm on my own here in Mexico, and my |
| 05:06:03 | 11 | wife and daughters are in Denver. |
| 05:06:05 | 12 | Q.   Do you get to see them ever? |
| 05:06:15 | 13 | A.   My daughter Nelly has come down three |
| 05:06:20 | 14 | times.  She's a U.S. citizen. |
| 05:06:22 | 15 | (The court reporter interrupted for |
| 05:06:22 | 16 | clarification of the record.) |
| 05:06:22 | 17 | A.   My daughter Nelly has come -- has been |
| 05:06:34 | 18 | here for three times.  She is a U.S. citizen.  And my |
| 05:06:42 | 19 | other daughter is ten years old. |
| 05:06:55 | 20 | THE INTERPRETER:  I need correction for |
| 05:06:56 | 21 | the record.  Counsel, it is not clear to the |
| 05:07:04 | 22 | interpreter who is a citizen who has come down three |
| 05:07:08 | 23 | times. |
| 05:07:09 | 24 | Q.   (BY MR. MILSTEIN)  Tell us your two |
| 05:07:11 | 25 | daughters' names and their ages and which one, if |

05:07:14    1    either, is a citizen.

05:07:16    2                MS. SCHEFFEY:  Object to form.

05:07:28    3            A.   My daughter Nelly, she is ten years old.

05:07:34    4    Excuse me.  She's going to turn ten in October.  She

05:07:40    5    is a citizen.  And my daughter Diana is going to turn

05:07:50    6    21 tomorrow.  And Diana has come once to see me, and

05:08:04    7    Nelly has come three times.  My wife has come once to

05:08:12    8    see me.

05:08:15    9            Q.   Were you detained at the GEO detention

05:08:18    10   center in Aurora?

05:08:24    11           A.   Yes.

05:08:27    12           Q.   Were you ever sent to solitary

05:08:29    13   confinement during your time there?

05:08:39    14           A.   Yes, four times.

05:08:48    15           Q.   You've told us before that one of those

05:08:50    16   times you were sent because you refused to do the work

05:08:53    17   without pay, right?

05:09:05    18                MS. SCHEFFEY:  Object to form.

05:09:06    19           A.   Yes.

05:09:09    20           Q.   (BY MR. MILSTEIN)  Mr. Hernandez Torres,

05:09:11    21   tell us about segregation at GEO in Aurora.

05:09:36    22           A.   It is a room -- it is a meter -- 10 or 8

05:09:39    23   meters wide by 3 1/2 meters.  And there is a bed.

05:09:55    24   It's made of steel.  A toilet and a wash basin.  Above

05:10:10    25   the wash basin, there is a square -- there is a square

| | | |
|---|---|---|
| 05:10:25 | 1 | opening and -- I need look for the word.  There is |
| 05:10:33 | 2 | square -- it's like -- there is a square bar that -- |
| 05:10:40 | 3 | where the air conditioning is coming through -- a |
| 05:10:44 | 4 | vent, a square vent where the air-conditioning is |
| 05:10:47 | 5 | coming through, and it's always very cold.  The door |
| 05:10:55 | 6 | is made of steel.  And it has glass for about half a |
| 05:11:11 | 7 | meter and with 3 or 4 inches where all the guards have |
| 05:11:25 | 8 | a bell.  So every 15 or 20 minutes, they will drag |
| 05:11:44 | 9 | this device through the door until it rings.  There's |
| 05:11:47 | 10 | no way you can go to sleep because the light is always |
| 05:11:55 | 11 | on.  That's segregation. |
| 05:12:02 | **12** | **Q.   How many hours per day do you spend in** |
| 05:12:04 | **13** | **that cell when you're in segregation?** |
| 05:12:12 | 14 | A.   All the time. |
| 05:12:17 | **15** | **Q.   How did you stay warm if the AC was on** |
| 05:12:21 | **16** | **all of the time?** |
| 05:12:55 | 17 | A.   So, you know, when you -- when they think |
| 05:12:59 | 18 | that they give you a -- some linen, one.  And they |
| 05:13:03 | 19 | give you like a vinyl pillow.  So when you cannot |
| 05:13:09 | 20 | withstand the cold anymore, I would wrap myself with |
| 05:13:12 | 21 | the sheet, and then I would kind of curl myself up so |
| 05:13:26 | 22 | that I could warm up my body with my own breathing. |
| 05:13:40 | 23 | On one occasion, I was in that position.  And the |
| 05:13:53 | 24 | guard, when he saw I was covered up, opened the door |
| 05:14:01 | 25 | up, took the sheet from me, and left me there with |

```
 1

 2                    REPORTER'S CERTIFICATE

 3    STATE OF COLORADO            )
                                   ) ss.
 4    CITY AND COUNTY OF DENVER    )

 5            I, TERESA LYNNE CARDENAS, Registered
      Professional Reporter, Certified Realtime Reporter,
 6    and Notary Public ID 19994013288, State of Colorado,
      do hereby certify that previous to the commencement of
 7    the examination, the said ALEJANDRO HERNANDEZ TORRES
      was duly sworn or affirmed by me to testify to the
 8    truth in relation to the matters in controversy
      between the parties hereto; that the said deposition
 9    was taken in machine shorthand by me remotely and was
      thereafter reduced to typewritten form; that the
10    foregoing is a true transcript of the questions asked,
      testimony given, and proceedings had.

11
              I further certify that I am not employed by,
12    related to, nor counsel for any of the parties herein,
      nor otherwise interested in the outcome of this
13    litigation.

14            IN WITNESS WHEREOF, I have affixed my
      signature this 20th day of July,
15    2020.

16            My commission expires May 24, 2023.

17


18


19    ___X_ Reading and Signing was requested.

20    _____ Reading and Signing was waived.

21    _____ Reading and Signing was not required.

22                  Teresa Lynne Cardenas

23            _____
              TERESA LYNNE CARDENAS
24            Registered Professional Reporter
              Certified Realtime Reporter

25
```

U.S. LEGAL SUPPORT, INC
303-832-5966