# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK-MEH

---

VIDEOTAPE DEPOSITION OF:
HUGO A. HERNANDEZ-CEREN - June 24, 2020
Via RemoteDepoTM
(NONCONFIDENTIAL ONLY TRANSCRIPT)

---

ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA, on their own and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

---

PURSUANT TO NOTICE, the videotape deposition of HUGO A. HERNANDEZ-CEREN was taken on behalf of the Defendant in La Salle Parish, Louisiana, on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT, before Tracy C. Masuga, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public within Colorado appearing remotely from Arapahoe County, Colorado.

**true?**

A. Yes.

**Q. Where was that?**

A. That was in San Fernando Valley.

**Q. Okay. And what was the name of the facility where you stayed?**

A. It was Wayside.

**Q. Wayside?**

MR. KOSHKIN: I just want to object to the relevance of these questions about a non-ICE facility and the extent to which the claims in this case relate to ICE policies.

**Q. (BY MS. SCHEFFEY) Okay. And what was the layout of the Wayside facility?**

A. There was a lot of bunks, two tiers, top, bottom tier, phones, tables, some TVs, showers.

**Q. Was it similar to the Aurora facility?**

A. You can say, yes.

**Q. Is it possible you could confuse experiences at Wayside for experiences at Aurora?**

A. I do not understand. Can you repeat the question?

**Q. Yeah. Because the facilities were similar, as you just testified, is it possible you could mix up which experiences you had at which**

**facility?**

MR. KOSHKIN: Object to the form.

A. No.

**Q. (BY MS. SCHEFFEY) Okay. And so at the Wayside facility, were you expected to clean up after yourself?**

A. As yourself only, like after you use it, you clean.

**Q. Okay. And I think you had testified earlier today that there were about 20 facilities that you stayed at; is that correct?**

A. Correct.

**Q. Did you typically keep your area -- or your cell clean at all 20 of those facilities?**

MR. KOSHKIN: Object to the form.

**Q. (BY MS. SCHEFFEY) You can answer.**

A. Can you repeat the question, please?

**Q. Yeah. Did you typically keep your cell or dorm area clean in those facilities? I know you described different layouts.**

A. Yes. Cell, yes.

**Q. It sounds like you're making a distinction of "cell." You always cleaned up the tables, correct?**

MR. KOSHKIN: Object to the form.

A. After my -- after I used it, yes.

**Q. (BY MS. SCHEFFEY) Okay. And would you typically make your bed?**

A. Yes.

**Q. And were you required to clean up your living area at any of the other facilities?**

MR. KOSHKIN: Object to form.

A. My living area, yes.

**Q. (BY MS. SCHEFFEY) Okay. And as for all of the other facilities we didn't go over in detail, I know you said that there might be 20, do you have any other lawsuits pending against those facilities?**

MR. KOSHKIN: Object to the form.

A. No.

**Q. (BY MS. SCHEFFEY) Okay. I'm going to stop screen sharing for a moment here. Okay. I'm going to show you an exhibit that we're going to mark.**

MS. SCHEFFEY: What -- what number are we on?

THE REPORTER: The next is 4.

MS. SCHEFFEY: 4, okay.

(Deposition Exhibit 4 was remotely introduced.)

**Q. (BY MS. SCHEFFEY) All right. I'm going to send it to the chat and I'm going to share and I'm**

**going to give you the screen again so that you can have a chance to scroll through it.**

**Okay. I'm now turning over the remote to you, Mr. Hernandez. If you could scroll through this document and tell me if you recognize it.**

A. Okay.

**Q. And let me know when you've had a chance to review it.**

MR. KOSHKIN: I just want to note for the record that plaintiffs have amended their Rule 26 disclosures, since this document that has been introduced as Exhibit 4 was served, on June 20, 2019.

MS. SCHEFFEY: That's fine.

A. I don't remember seeing this one.

**Q. (BY MS. SCHEFFEY) All right. Can you say that again? I couldn't hear you.**

A. Can you repeat the question?

**Q. Yeah. Have you seen this document before?**

A. No.

**Q. Okay. Is Mr. Milstein here on the screen one of your attorneys?**

A. Yes.

**Q. Do you have any reason to believe that this document is not accurate after reviewing it?**

**detainee who were to testify that they did clean the dorm as a trustee, is it possible that you could be mistaken or you might not have known that that was their job?**

A. I know that there were no trustees.

**Q. Okay. Did you ever clean outside of your pod?**

A. I'm sorry?

**Q. As part of this policy that we have up on the screen, did you ever clean outside of your pod?**

A. Yes. Outside of my -- no. Outside of my pod, my dorm?

**Q. Yeah. Outside your dorm --**

**Let's describe it one by one. Did you ever clean your cell as part of the policy?**

A. Yes.

MR. FREE: Object to the form. I'm sorry.

**Q. (BY MS. SCHEFFEY) And then did you ever clean the tables in the area you describe as the common area?**

A. Yes.

**Q. Okay. And then did you ever clean any other dorms or any area outside of your dorm where you lived?**

A. No.

**Q. Okay. And so about how many times did you remember participating in this housing unit sanitation program?**

A. Every time I was -- I was assigned to by the GEO guard.

**Q. Was that every day?**

A. That was maybe twice a week.

**Q. Okay. And when you were assigned to clean the areas in the housing unit sanitation, not in any other areas that you might have done as part of the Voluntary Work Program, why did you clean?**

A. I cleaned because of a fear.

**Q. Okay. So were you afraid that the TVs would be turned off, as you described earlier?**

A. That would be one part, but a fear because if you refused, you were going to be sent to the hole.

**Q. Okay. And did you have the same fear at all other facilities?**

A. No.

**Q. Okay. And so the areas you were asked to clean, those were areas you used frequently, correct?**

A. Correct.

**Q. Did you expect someone else to clean up after you?**

A. No.

**Q. Okay. I'm going to go to the next document. I'm going to close this one. I'm going to send it to be marked here. Tell me when you're able to see the screen share.**

(Deposition Exhibit 6 was remotely introduced.)

MR. KOSHKIN: Is this 6? Is that right?

MS. SCHEFFEY: I have 6. Is that correct?

THE REPORTER: Yes.

MS. SCHEFFEY: Thank you.

**Q. (BY MS. SCHEFFEY) Okay. Can you see the document, Mr. Hernandez?**

A. Yes.

**Q. And just looking at this portion, have you ever seen this document before?**

A. Can I read it?

**Q. Yeah, of course. I don't -- let me make sure you have the remote control. Try now.**

**And as you review this, I can tell you that it will be similar because it's the similar document for a different year.**

MS. SCHEFFEY: Yeah.

**Q. (BY MS. SCHEFFEY) I want to know if you can confirm your signatures at the bottom, that it's your signature, and that you've seen these documents before.**

MR. FREE: Okay. Thanks.

MS. SCHEFFEY: And then everything else will be pretty quick. And thank you to everyone for being patient with the technology.

**Q. (BY MS. SCHEFFEY) And, Mr. Hernandez, I can point you to the parts I want to talk to you about if you want to scroll through and just see if you recognize it and if it's your signature on the bottom.**

A. I just want to make sure that I'm understanding --

**Q. That's fine.**

A. -- if that's fine.

**Q. Yep.**

A. Yes.

**Q. Okay. So is this your signature?**

A. Yes.

**Q. And have you seen this document before?**

A. Yes.

**Q. Okay. And your understanding -- what is your understanding of your signature on this**

**verification?**

A. That I agree.

**Q. Okay. And are the representations in this document accurate, to the best of your knowledge?**

A. Yes.

**Q. Okay. I want to go to a specific one. So I'm going to go to Interrogatory No. 27, which you should be able to see on your screen. This interrogatory asks you to describe with as much specificity as possible each circumstance in which a GEO employee threatened you with administrative or disciplinary segregation for failing to clean any area of the Aurora Detention Facility. Did I read that correctly?**

A. Yes.

**Q. You responded, "Plaintiff does not recall specific dates, but recalls one instance in which a GEO employee threatened Plaintiff with solitary confinement for failure to clean . . . ." Did I read that correctly?**

A. Yes.

**Q. Can you describe that one instance?**

A. One detainee refused to clean and told the GEO guard that he was going to not clean because he was no janitor and that he was not being paid for

that type of job and that they had to hire someone to do that.

And the GEO guard took out a bag, a trash bag, and shown it to him and rolled it out the roll, and stretched it out, and said, "Well, let's make it easier. Here's your bags," trying to give it to him. And he said, "Just pack your stuff because you're going to go to the hole. Because this is on the handbook. This is on the handbook, so it's not something that you can fight for. Just here's your bag and go to the hole." And --

**Q. What was the name of the detainee?**

MR. FREE: Counsel, I don't think he was finished with his answer.

MS. SCHEFFEY: Okay. I'm sorry.

A. And there was actually a second time where --

**Q. (BY MS. SCHEFFEY) Can you -- can we table the second time so we can just go through the first one and then we'll go to the second one?**

A. Okay.

**Q. Because I want to just talk about this one instance here where it says there's one instance. So what was the name of the detainee at that one instance?**

A. I don't remember.

**Q. Was it Mr. Valerga?**

A. No.

**Q. Was it Mr. Menocal?**

A. No.

**Q. Was it Mr. Brambila?**

A. No.

**Q. Okay. And do you know the name of the guard or officer?**

A. Yeah. The name of the guard is Officer Sanchez.

**Q. Okay. Is that the same Mr. Sanchez you mentioned earlier?**

A. Yes.

**Q. Do you know his first name?**

A. No. They only carry their last names. We don't know their first names.

**Q. Could you describe him to me?**

A. He's Mexican. He's like about five-four, light-skinned, kind of chunky.

**Q. Okay.**

A. Yeah.

**Q. Were there any other Officer Sanchezes that you remember?**

A. No.

**Q. I asked just because that's a, you know, maybe a common last name.**

A. Yeah.

**Q. So it was Mr. Sanchez. Was the detainee sent to segregation?**

A. No, because he started cleaning right away.

**Q. Okay. And did Mr. Sanchez threaten to turn off the TV before or any other threatened punishment before threatening segregation?**

A. Yes. I mean, the TVs don't go on. If the detainee doesn't start cleaning or doesn't -- they refuse to clean, the TVs and the phones don't go on.

**Q. Okay. So after everyone finishes cleaning, then they turn on the TVs and you can watch?**

A. Yes, correct.

**Q. Were there certain shows that you liked to watch?**

MR. FREE: Objection, relevance.

A. No, just any random thing on TV.

**Q. (BY MS. SCHEFFEY) Okay. So was there a rush to get, you know -- I don't know, Judge Judy is on at 9:00, and everyone wants to get in.**

A. No.

**Q. No?**

A. No. Not like that, no. But --

**Q. Okay. Would other detainees volunteer to clean, if someone refused, in order to get the TVs turned on?**

MR. FREE: Objection, form.

A. To the best of my knowledge, yeah, sometimes they will -- somebody will jump in just so we can get the TVs on and phones and, you know, take -- take care of it.

**Q. (BY MS. SCHEFFEY) Okay. So then I know you wanted to tell me about a second instance. Can you tell me what happened on that instance, and if possible, tell me the name of the detainee, if you remember, and the name of any officers.**

A. Well, there was this other incident with this detainee where he was refusing, and then everyone got involved, and it was like, oh, well, nobody really wants to clean, and the GEO guard felt like he -- he didn't know what to do, so he called a sergeant. And this is a GEO sergeant.

And the sergeant came in and called a meeting for everyone and got everybody together, and stated that, "Okay. If you refuse to clean, you will be sent to the hole. If you refuse to listen to the guard, you will be sent to the hole. And that's not a

place where you want to be at because it's cold in there. You're going to lose your privileges. No commissary, no visitation, no rec yard. You're not going to get enough showers in there. You're going to be lonely. It's pretty cold.

"But the most important thing about this is that I'm going to make sure that GEO sends their documents to the court, and you're fighting your cases, so you do not want to look bad. Already you look bad with the red uniform on, and now you're going to look even worse because you're coming from the hole.

"And we're going to make sure that those documents get there to the judge, and the judge is going to see if she wants to leave you here in the country, so you can go back to your family, or they can remove you. But you're not going to look good when this gets to the judge."

**Q. And I don't want to cut you off. Is that it? I have a few follow-ups.**

A. Yeah, yeah, that's it.

**Q. What was the name of the officer in that instance, do you recall?**

A. That's a -- that's a sergeant. I don't remember --

**Q. Well, you described an officer first who called the sergeant. Do you remember that name?**

A. Yeah, that was Sanchez.

**Q. Okay. So that was Sanchez again?**

A. Yeah.

**Q. And do you know the name of the sergeant who was called?**

A. No, I don't remember his name.

**Q. And do you know the name of any of the detainees who were refusing to clean?**

A. Well, it was mostly everyone. Everyone just felt that they didn't want to clean.

**Q. Was Mr. Menocal refusing to clean?**

A. Yes.

**Q. Was Mr. Brambila refusing to clean?**

A. Yes.

**Q. Was Mr. Valerga refusing to clean?**

A. Yes.

**Q. Were you refusing to clean?**

A. Yes.

**Q. Okay. And that was a time when you guys all were housed together in the A Pod; is that correct?**

A. Yes.

**Q. So we went over a little bit here that**

**you had agreed to, you know, provide full and accurate answers in these interrogatories. Can you tell me why you didn't put that description in response to Interrogatory No. 27 here?**

MR. FREE: Objection, misstates testimony. Also, for the record, these interrogatory responses have been supplemented.

You can answer without revealing attorney-client communications.

MS. SCHEFFEY: Yeah. And, Andrew, can you also put on the record the date they were supplemented so that I know what you're referring to?

MR. FREE: I believe we served his signed rogs on Monday pursuant to the parties' stipulation.

MS. SCHEFFEY: Yeah, those are for a different set of interrogatories.

**Q. (BY MS. SCHEFFEY) You can answer why -- why you did not put that description in here in response to Interrogatory No. 27.**

A. The reason why is because, I mean, I wasn't remembering everything. You know, at that -- at that moment, I didn't remember everything.

**Q. Okay. Then I'm going to ask you about one more question before we take a break, one more**

you know that you -- you're going to be here for a minute, right? This is going to take a minute."

And when you ask them, "What's a minute?" they're already telling you it's going to be at least a year, because red suits automatically do a year because they don't have no, like, easy, when you go to the judge, you see the judge. With this type of uniform, it makes it harder for you to get, like, a bond.

**Q. Was your immigration case pending at the time that you were in the Aurora facility?**

A. Yes.

**Q. Were you fighting it like the guard suggested?**

A. Yes.

**Q. Did you know that if you lost your case, you could be deported from the United States?**

A. Yes.

MS. SCHEFFEY: Object to form and leading.

A. Yes.

**Q. (BY MR. KOSHKIN) Did you know whether you would be deported?**

A. No.

**Q. Did you think about your immigration**

**proceedings while you were in Aurora?**

A. Yes.

**Q. How often?**

A. Every day. Every day.

**Q. You described the layout of your cell earlier today, and you mentioned that there were three other detainees in the cell with you as well as a toilet, beds. Was there any privacy in the cell?**

MS. SCHEFFEY: Object to form.

A. No.

**Q. (BY MR. KOSHKIN) Was there any privacy when you used the restroom?**

A. No.

**Q. Did you -- do you know the other detainees that were in the cell with you before you came to Aurora?**

A. No.

**Q. Earlier today you also described a common area. Where was the common area relative to the cell where you slept?**

MS. SCHEFFEY: Object to form. You may answer.

A. The common area is right outside the cell. That's where you have the tables, TVs, phones, microwave, the kiosk for commissary, your shower, and

your rec -- your rec yard.

**Q. (BY MR. KOSHKIN) What was in the -- oh, I'm sorry. Go ahead.**

A. No, I was done.

**Q. Okay. What was in the rec yard? What did -- what did it look like?**

A. The rec yard is a white box just like this where I'm at right now. It is all concrete. It only has one basketball court. On the top you can get air because it's open. It has bars and squares, so you can get air, but it's just extremely cold, so you don't want to be there neither. It only has one pullup bar, one basketball court, and that's about it.

**Q. How often -- how often could you access the common area?**

A. As long as your door was open, when there was no count, you can go to the common area.

**Q. How often was your door open?**

A. The door opens -- usually opens up for breakfast between 5:00 and 5:30, I believe.

**Q. And when does it close?**

A. I believe it's during the last count, which is 9:00 to 10:00, and then it closes.

**Q. What is count?**

A. Count is when you have to be inside, and

the officer -- the GEO guard passes by and counts each detainee door by door.

**Q. And did you have to be in your cell during that time?**

A. Correct.

**Q. Could you leave your cell during that time?**

A. I'm sorry, I didn't --

**Q. Could you leave your cell during the count time?**

A. No.

**Q. How did you use the common area?**

A. I'll use a table to watch TV, do my legal paperwork, sometimes use the phone. I will go ahead and check for updates on commissary, see if they added a new -- like a new product. So I used a microwave for my coffee, and again, used the -- used the table to conversate with other detainees.

**Q. You mentioned checking to see if there were new items in commissary. What is commissary?**

MS. SCHEFFEY: Object to form.

A. Commissary is -- it's a kiosk where you can buy like Hot Cheetos, pork rinds, honey buns, candy, coffee, creamer, sugar, tortillas, hot sauce, hot pickles. Sometimes you can buy shorts, a shirt,

**job working in the library?**

A. Because I was afraid of getting deported, and I needed access to legal materials.

**Q. How did it make you feel that you were only paid a dollar a day for your work there?**

MS. SCHEFFEY: Object to form.

A. It made me feel angry because I know that paralegals and any librarian out there is not getting paid a dollar a day for what they're doing.

**Q. (BY MR. KOSHKIN) Did you ever complain about the wage?**

MS. SCHEFFEY: Object to form and asked and answered.

A. No, because the one dollar is not negotiable.

**Q. (BY MR. KOSHKIN) You also talked throughout the day today, and you mentioned in your -- when you explained a typical day at the facility, how you spent some time cleaning up the common area; is that right?**

A. Correct.

MS. SCHEFFEY: Object to form.

**Q. (BY MR. KOSHKIN) How did you know that you had to clean the common area?**

A. Because the GEO guard will tell you by

choosing the cells, and that's how you know that you had to go and clean the common area.

**Q. Did you say -- when the GEO guard told you you had to clean, did you say no?**

A. No.

MS. SCHEFFEY: Object to form.

A. No, because it was mandatory.

**Q. (BY MR. KOSHKIN) How did you know that it was mandatory?**

A. Because the GEO guard would tell you that it's in the handbook, and if you refuse, you were going to be sent to the hole. And the first thing to that is he's going to show you that two bags or give you a bag so you can pack your stuff and go to the hole. So it's mandatory.

**Q. Did you ever see a guard bring out the trash bag like you just described?**

A. Yes.

MS. SCHEFFEY: Object to form.

A. Yes.

**Q. (BY MR. KOSHKIN) What did the guard say when he did that?**

A. Well, when one of the detainees said, "No, I'm not a janitor. I'm not doing this because I'm not a janitor," well, one of the GEO guards said,

"Okay. Well, let's not argue anymore. Let's make it easy. And here, here you go," and just stretched out two bags, the big garbage bags, and said, "Here." Ripped them off and then said, "Here. Then let's make it easier. I mean, you don't want to do it, you can just go to the hole. It's -- it's simple." And the detainee eventually started just cleaning.

**Q. What was the guard's tone like when he told the detainee?**

MS. SCHEFFEY: Object to form.

A. He was like -- like sort of angry, but more like -- like when someone is, like, being sarcastic and, like, "Here," aggressive.

**Q. (BY MS. SCHEFFEY) Was the guard -- was the guard looking at the detainee when he said that?**

A. Yes, yes.

**Q. How was he looking at him?**

A. Well, he will point him out, like saying, "Okay. Well, here -- here's your bag, and pack it up," and like, "We're not going to argue anymore. We're not going to argue. Let's just make it easy. Either you start or the common area will not open until it's done."

So -- and then other detainees will start complaining and start telling you, "Just go

ahead. Just do it. Do it," and, you know, fall in and start cleaning. Eventually you'll start cleaning because, I mean, now you have not only that, that the GEO guard is telling you, but now you have everybody else on you, telling you that you have to clean it and just go forward.

**Q. When the GEO guard showed you the trash bag, what was he implying? What was your understanding of what the guard was implying?**

MS. SCHEFFEY: Object to form.

A. The bag simply means, "Pack your stuff. You're going to the hole." That's what that means.

**Q. (BY MR. KOSHKIN) Was the time you just described with the detainee that didn't want to be -- that he wasn't a janitor, was that the only time you ever saw the guard bring out the trash bag?**

A. I saw it multiple times with different guards where they -- where they show the bag or they at least will show you the roll.

**Q. Well, what did they say? Can you describe another incident? What did the guard say?**

A. Another guard said, "Okay. Well, here," and just put the entire roll on top of the -- his desk. He said, "Hey, if you don't -- if you don't want to do it, well, let's just start counting," and

put the -- put the roll right on top. And, you know, the roll means the garbage bag and the garbage bag means the hole. So we all knew what was that roll about or the garbage bag.

**Q. And was there any other way that you knew that the cleaning was mandatory?**

MS. SCHEFFEY: Object to form.

A. Just by the GEO guard and the handbooks and --

**Q. (BY MR. KOSHKIN) You mentioned earlier today a story where a sergeant came and spoke to your pod. Did the sergeant tell you that -- in that story you mentioned, the sergeant told you that if you didn't clean, you would go to the hole. From that, did you understand that you had to clean or otherwise go to the hole?**

A. Yes.

MS. SCHEFFEY: Object to form, leading, and misstates prior testimony.

A. Yeah, that will be -- that will tell you completely that it was mandatory, because now it's -- it's a sergeant telling you, and that -- that will definitely show you that it's really mandatory.

**Q. (BY MR. KOSHKIN) When you had to clean due to this mandatory cleaning, what did you clean?**

MS. SCHEFFEY: Object to form.

A. You have to grab anything. Either you wipe the tables, you mop, you sweep, you squeegee, you clean the rec yard, wipe the -- the phones, clean the microwave, change the garbage bag, clean the showers, disinfect the showers, pick up all the trash, like the toothpaste, the shampoo -- the shampoo bottles. And that's -- that's about it. That's all the things. That's about it.

**Q. (BY MR. KOSHKIN) When you say you cleaned the rec yard, for example, what did -- what did that entail?**

A. The rec yard, you have to sweep it, just pick up any -- any trash, mostly sweep it.

**Q. Was it a large space?**

A. Not that much. It was -- it was a small space, just similar to this, just way bigger. You can probably fit probably maybe 10, 15 people in there, but it's -- it's a small, little box.

**Q. What material is the floor that you were sweeping?**

A. Concrete.

**Q. Was there usually a lot of trash?**

MS. SCHEFFEY: Object to form.

A. Sometimes.

**Q. (BY MR. KOSHKIN) What about cleaning the phones: What did you have to do to clean the phones?**

A. You have to disinfect the phones and wipe the phones and wipe the stalls too. Like the dividers, you have to wipe those too.

**Q. What did you use to wipe those?**

A. Usually, you'll get the -- the -- the window cleaner, and that will be -- that same cleaner will be for tables, microwave, everything. That window cleaner was for everything.

**Q. And you mentioned the microwave again. What did you -- what did cleaning the microwave require?**

MS. SCHEFFEY: Object to form.

A. You have to disinfect the microwave, spray the inside and wipe it and then close it and then spray the outside and wipe it.

**Q. (BY MR. KOSHKIN) You also mentioned sweeping, mopping, and squeegeeing the floor. Can you describe what those terms mean?**

A. Well, first you've got to sweep the entire floor, and then -- then you've got to mop it, and then since it's dry and that type of floor doesn't dry that fast, because it's full of wax, so it won't

dry fast, so then you have to squeegee the water to one of the drains and then let it -- let it dry.

**Q. You also mentioned cleaning the showers. Can you describe what that process was like?**

A. The showers -- the showers have curtains. You have to spray the showers to disinfect the curtains, and you have to spray the showerheads, the buttons, the little space where you put your soap, and then you've got to -- you've also got to sweep it, pick up all the empty shampoo bottles, toothbrushes, stuff like that.

**Q. Were these all messes that you made?**

MS. SCHEFFEY: Object to form.

A. No.

**Q. (BY MR. KOSHKIN) Were they messes that other detainees in the dorm made?**

A. Yes.

**Q. How long did all this cleaning take?**

A. About an hour -- about an hour to an hour 30 minutes sometimes.

**Q. Were you able to use the common area if you weren't cleaning, during the cleanup time?**

A. No.

**Q. And how often did you participate in the cleanup?**

A. About twice a week, depending on the -- on the -- on the size of the dorm. If it was full, maybe once. If it's not full, twice.

**Q. Why did you do this cleaning?**

A. Because I was afraid about my immigration case. I was afraid about my immigration case, so I wouldn't -- you know, I believe that I had to because of my immigration case.

**Q. What was the connection between your immigration case and the cleaning?**

A. Well, like the sergeant said, if you go to the hole, that's going to follow you to the immigration judge, so I was avoiding going to the hole or getting any new write-ups or, you know, getting in trouble.

**Q. Were you ever sent to the hole in Aurora?**

A. No, no.

**Q. Were you aware of what the hole was?**

A. No.

**Q. You weren't aware of what the hole was? Is that what you said?**

MS. SCHEFFEY: Object to form, and asked and answered.

A. What was the question?

I, HUGO A. HERNANDEZ-CEREN, do hereby certify that I have read the above and foregoing deposition and that the same is a true and accurate transcription of my testimony, except for attached amendments, if any.

Amendments attached ( ) Yes ( ) No

___________________________
HUGO A. HERNANDEZ-CEREN

The signature above of HUGO A. HERNANDEZ-CEREN was subscribed and sworn or affirmed to before me in the county of __________________, state of ________________________, this ________ day of _______________________, 2020.

___________________________
Notary Public
My Commission expires:

Alejandro Menocal, 6/24/20 (tcm)

REPORTER'S CERTIFICATE

STATE OF COLORADO )
) ss.
ARAPAHOE COUNTY )

I, TRACY C. MASUGA, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public 19924005553, State of Colorado, do hereby certify that previous to the commencement of the examination, the said HUGO A. HERNANDEZ-CEREN declared his testimony in this matter is under penalty of perjury; that the said examination was taken in machine shorthand by me remotely and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

I further certify that I am not employed by, related to, nor of counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 30th day of June, 2020.

My commission expires April 24, 2024.

__X__ Reading and Signing was requested.

______ Reading and Signing was waived.

______ Reading and Signing is not required.

Tracy C. Masuga