# Exhibit 16

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

### *GRISEL XAHUENTITLA*

*10/26/2017*

_____

## *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF GRISEL XAHUENTITLA
October 26, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By Alexander N. Hood, Esq.
            1535 High Street, Suite 300
            Denver, Colorado  80218
              and
    THE MEYER LAW OFFICE, P.C.
        By Hans C. Meyer, Esq.
            1029 Santa Fe
            Denver, Colorado  80204
              and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
            600 Grant Street, Suite 450
            Denver, Colorado  80203
                Appearing on behalf of Plaintiffs

1  equivalent of a time-out and you would be placed

2  away from other people?

3          MR. HOOD:  Objection.

4     A    No, sir.

5     Q    (By Mr. Deacon)  All right.  So I guess

6  if I asked you to described administrative

7  segregation, you wouldn't know what that was?

8     A    No.

9          MR. HOOD:  Objection.

10    Q    (By Mr. Deacon)  Okay.  All right.  How

11 about disciplinary segregation?  Do you know what

12 that would be?

13    A    No.

14    Q    All right.

15    A    Discipline sounds like Mom, but --  No.

16    Q    Okay.  Well, you know, you don't have

17 to have answers to everything, because I --  You

18 know, I'm only asking you questions in case you

19 know.  If you don't know, just tell me you don't

20 know.

21    A    Thank you.

22    Q    Fair?

23    A    Yes.  Thank you.

24    Q    Okay.  Do you know of anybody who was

25 placed in administrative segregation or in

1  disciplinary segregation?

2         MR. HOOD:  Objection.

3     A    Not while I was detained.

4     Q    (By Mr. Deacon)  Okay.

5     A    Not that I know of.

6     Q    All right.  Nobody you knew of while
7  you were at Aurora was placed in either
8  administrative segregation or disciplinary
9  segregation, correct?

10    A    You mean at the hole, right?

11    Q    Pardon me?  Yeah.

12    A    When you say --  All that means the
13 hole?

14    Q    I don't know.  What is the hole?

15    A    El hoyo.

16    Q    Huh?  Have you ever seen the hole?

17    A    No.  They just used to point at it.

18    Q    Okay.  Who used to point at it?

19    A    The guards.

20    Q    Okay.  Did you ever go in the hole?

21    A    No.

22    Q    Were you ever assigned to the hole?

23    A    No.

24         MR. HOOD:  Objection.

25    Q    (By Mr. Deacon)  Did you ever --  Did

1  you ever know anybody who was placed in the hole?
2       A    No.
3       Q    Okay.  So you don't have any --  I
4  can't ask you any information about what it
5  consisted of or what was inside there --
6       A    What it looked like, no.
7       Q    All right.  What guard pointed out the
8  hole to you?
9       A    I don't remember the names of the
10 guards.
11      Q    Okay.  Was it male?  Was it female?
12      A    We always got females.
13      Q    Okay.  So you only had female guards?
14      A    Yes, sir.
15      Q    Okay.  And do you recall any guard ever
16 threatening to put somebody in the hole?
17      A    About three times.
18      Q    And who was --  When was that?
19      A    One time this lady was sick -- well, a
20 girl, not a lady -- this girl was sick, and her
21 name was on the board to clean -- to clean the --
22 I --  I --  I don't remember if it was sweeping or
23 mopping.  And so she had a really bad abdominal
24 pain, and -- and so another girl and I volunteered
25 to do the work for her.  And the guard said -- she

1   said "No."  She said that we had to go back to our
2   beds and she had to do the job, because her name
3   was on the board.  She was in real bad pain.
4              And so that's when -- that's when the
5   guard said that if she didn't do the work, she was
6   going to be sent to the hole.  And so she was
7   pointing at it like (indicating) -- like it was
8   right next to our dorm.  And --  And she said that
9   it wasn't going to be any pleasant.
10             That's all I know.
11       Q    Do you know if there's any -- where the
12  medical facilities are at Aurora?
13       A    Who is the what?
14       Q    Medical --  Where you receive medical
15  care, do you know where that's located at Aurora?
16       A    In the same --  In the same Geo
17  detention.
18       Q    Yes.  But in terms of where the guard
19  was pointing, do you know where the medical center
20  is in relationship to what you called the hole?
21       A    Oh, yes.  So you get out of the dorms,
22  and you walked to your -- to your left, and then
23  you walked to your right, and then I think you
24  again walked to the right, and then you wait for
25  the medical.

```
 1         Q     Okay.
 2         A     And she was pointing just at the right,
 3   that there was a -- like a single dorm.
 4         Q     Okay.  Well, a dorm that you never saw?
 5         A     No.
 6         Q     All right.  Who --  Who was the
 7   detainee that had this stomachache that you were
 8   describing?
 9         A     I don't know her name.  She was either
10   from Honduras or El Salvador.
11         Q     How do you know that?
12         A     Because I --  I don't really remember
13   her name right now, but she -- she, in fact, ended
14   having a stone in her kidney.
15         Q     A kidney stone?
16         A     Yes, sir.
17         Q     How do you know she had a kidney stone?
18         A     Because she -- she got extremely sick
19   the next day.
20         Q     Okay.
21         A     And she --  So she was --  They took
22   her to the hospital.
23         Q     Outside of Aurora?
24         A     Yes, sir.
25         Q     Okay.  Do you remember if that was at
```

1  the beginning of your stay, toward the end of your
2  stay, in the middle of your stay, or do you
3  recall?
4      A    No.
5      Q    Okay.  Describe for me the guard that
6  allegedly said that if she didn't work, she'd be
7  sent to the hole?
8           MR. HOOD:  Objection.
9      A    She was tall.  She only spoke English.
10 Short hair.  And she had --  She was, like, your
11 skin color.
12     Q    Do you know what approximate age she
13 would be?
14     A    Between her 20s and 30s, like late 20s.
15     Q    Late 20s or early 30s?
16     A    Yes.
17     Q    Do you know what color her hair was?
18     A    She called it red.
19     Q    So it was --  It was colored red?
20     A    Barely.
21     Q    A lighter --
22     A    Kind of --
23     Q    A lighter --
24     A    Kind of brownish-red.
25     Q    Brownish-red, okay.  And was she a

1   center.  And so, no, I didn't -- I didn't know

2   that you can -- you can tell someone else --

3        Q     Did --

4        A     -- that the guard is --

5        Q     Did --  Did --

6        A     -- being like -- being like over- --

7   like, probably taking -- taking advantage of

8   her -- of her job, her authority.

9        Q     The detainee book that the federal

10  government puts out, the U.S. Department of

11  Homeland Security that I think was marked as

12  Exhibit No. 7, did it tell you that it was your

13  responsibility to read and be familiar with the

14  information in this detainee book?

15       A     If --  If a guard tells you that it's

16  your responsibility to read it?

17       Q     Uh-huh.

18             MR. HOOD:  Objection.

19       A     I don't remember that.

20       Q     (By Mr. Deacon)  Under the

21  "Introduction" on Page 2, did it say that they

22  were providing you with this as well as a local

23  detainee handbook, and we request that you become

24  familiar with both the national detainee handbook

25  and the local supplement?  Did it say that?

1    A    Where?

2    Q    Right here on Page 2.  If you go down

3  to the third paragraph.

4    A    It does say that, uh-huh.  Yes.

5    Q    And does Page 6 outline the

6  disciplinary process at Item No. 11 on Page 6?

7         MR. HOOD:  Objection.

8    A    Page 6, 11?

9    Q    (By Mr. Deacon)  Yeah.  Do you see

10 where it says 11?  Does that start where it

11 discusses the disciplinary process?

12   A    Yes, sir.  I'm reading it.

13   Q    And if you turn the page, you'll see on

14 the right-hand side it lists seven items that you

15 have a right to.  And does it outline all the

16 different steps that can be taken if you disagree

17 with the actions being taken?

18        MR. HOOD:  Objection.

19   A    I am reading it, too.

20   Q    (By Mr. Deacon)  There are steps that

21 are -- you're supposed to know about that you take

22 if you disagree with actions being taken, correct?

23        MR. HOOD:  Objection.

24   A    Correct.  There are quite a few steps.

25   Q    (By Mr. Deacon)  If my client is

1  following the guidelines and requirements of the
2  federal government, why are you suing them?
3           MR. HOOD:  Objection.
4       A    When you are inside, you -- you have --
5  you feel this pressure, you feel this emotionally
6  depressed, besides me suffering from depression.
7  Besides that, you feel very depressed for the
8  situation where you're in at the moment.  And --
9  And they tell you, "This is what you have to do."
10 And they're not -- they're, of course, not --
11 They're not whispering you to your ear.  They're
12 loud, and so they -- so you feel a little
13 intimidated.
14           Of course, it is their job, and so you
15 feel like you don't have rights in there.  You --
16 Like I said, you feel intimidated.  And if they
17 tell you "clean, because you're going to the
18 hole," first, I'm going to clean.  I don't want to
19 go to the hole.
20      Q    Do you know, if you do not clean your
21 room, if there's a host of other actions that can
22 be taken in discipline as opposed to sending you
23 to administrative segregation?
24           MR. HOOD:  Objection.
25      A    Can you repeat that again?

```
1     Q      (By Mr. Deacon)  Yeah.  Probably a bad
2  question.  In your employee -- detainee handbook,
3  it outlines certain things that can be taken
4  against you for a particular offense, and one of
5  them might be if you don't clean up, you -- you
6  lose your right to use the commissary or go to --
7  your movie pass.
8            Why would you assume that you're
9  immediately going to the hole for not cleaning
10 your bedroom?
11    A      Well, like I said, the two different
12 guards told us that --  One of them said, "If you
13 refuse to do your work" --  "If you refuse to do
14 the part that you're supposed to do, we're going
15 to send you to the hole" (indicating).
16           The second time, we are at the
17 basketball court, and we're all intimidated
18 because she's really loud and she's -- she's
19 telling us that if she finds anything illegal,
20 such and such, she's going to send us to the hole,
21 so . . .
22    Q      Do you know if --  Go ahead.  I
23 apologize.
24    A      Sorry.  So, of course, I'm not
25 expecting to get -- to get the -- to get -- to get
```

```
 1   STATE OF COLORADO)
 2                    )ss.    REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4         I, Tracy L. Harris, do hereby certify that I
 5   am a Certified Realtime Reporter, Registered Merit
 6   Reporter, and Notary Public within the State of
 7   Colorado; that previous to the commencement of the
 8   examination, the deponent was duly sworn to
 9   testify to the truth.
10         I further certify that this deposition was
11   taken in shorthand by me at the time and place
12   herein set forth, that it was thereafter reduced
13   to typewritten form, and that the foregoing
14   constitutes a true and correct transcript.
15         I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties
17   or attorneys herein, nor otherwise interested in
18   the result of the within action.
19         In witness whereof, I have affixed my
20   signature this 6th day of November, 2017.
21          My commission expires July 30, 2021.
22
23
                            _____
24                          Tracy L. Harris, CRR, RMR, RPR
                            216 - 16th Street, Suite 600
25                          Denver, Colorado  80202
```