# Exhibit 17

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

## *JESUS YEPEZ GAYTAN*

*11/16/2017*

---

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
November 16, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____


APPEARANCES:

        OUTTEN & GOLDEN, LLP
                By Juno Turner, Esq.
                    685 Third Avenue, 25th Floor
                    New York, New York  10017
                        and
        R. ANDREW FREE LAW OFFICE
                By R. Andrew Free, Esq.
                    414 Union Street, Suite 900
                    Nashville, Tennessee  37209
                        Appearing on behalf of Plaintiffs

1    A       I don't know.  They didn't tell me.

2    Q       Well, if we look at the first page, the

3    front of it, that's what it says, right?  It

4    says --

5    A       "National Detainee Handbook."

6    Q       Yeah.  But right here (indicating), it

7    says U.S. Immigration and Customs Enforcement,

8    Department of Homeland Security, correct?

9    A       It says right there, yeah.

10   Q       I need your help on the next document

11   here.  I think it's Exhibit No. 40.

12           MS. TURNER:  40.

13   A       Oh, right here (indicating)?  This one

14   (indicating)?

15   Q       (By Mr. Deacon)  Yes, please.  Was this

16   filled out by you?  And this is a "Detainee Work

17   Detail Application."

18   A       Yeah.

19   Q       All right.  Is that your handwriting at

20   the top?

21   A       Yeah.

22   Q       All right.  And it shows that you

23   applied for the laundry position, correct?

24   A       Yeah.

25   Q       And it states that "There are 40 paid

1    positions in the work member detail program.  If

2    all paid positions are filled, would you be

3    interested in working on a voluntary basis?"  And

4    you checked "Yes," correct?

5         A    Yes.

6         Q    Okay.  Do you know if any of those

7    three times that you were not paid that $1 a day,

8    if that was when you were working on a voluntary

9    basis?

10        A    I never worked on voluntary basis.

11        Q    Well, what happens if the other 40

12   positions are already filled?

13        A    They're already filled.

14        Q    Okay.  How would I go back and check on

15   the three dates that you claimed you were not paid

16   the $1 a day that -- where you worked?

17             MS. TURNER:  Objection.

18        A    How do I go?

19        Q    (By Mr. Deacon)  Where do I go?  What

20   do I need to go check?

21        A    I don't know.

22        Q    Okay.  Well, what information do you

23   have that would allow me to go back and get it?

24        A    I don't know.  The officer.

25        Q    The officer?  Mr. Anderson?

1    A    Yeah.

2    Q    That's it?

3    A    Uh-huh.

4    Q    It says, "Please list all previous

5    experience in the specific areas that you are

6    interested in working."

7         It says --  Could you read that for me?

8    That's where I need your help.

9    A    "I work on shift manager work and just

10   to clean" closing all the time.  Like, I used to

11   work with that.

12   Q    Okay.  What --  Shift manager where?

13   A    Del Taco.

14   Q    Oh, okay.  But that doesn't have

15   anything to do with laundry, right?

16   A    But cleaning and stuff.

17   Q    Oh, cleaning up?

18   A    Yeah.

19   Q    Okay.  And you filled that out on

20   April 30th of 2014?

21   A    Yeah.

22   Q    Okay.  So this date at the top that

23   says March 30th, that's not correct, right?

24   Because you weren't even there yet, were you?

25   A    I think this is the time when they --

1    they approved it.  I don't know.

2        Q      Well, but you weren't there in March,

3    right?  You were still in school?

4        A      I don't recall that.

5        Q      Okay.  But you would have still been in

6    school in March of --

7        A      Yeah.  I didn't --

8        Q      -- 2014?

9        A      I didn't see that --

10       Q      Yeah.

11       A      -- that date.

12       Q      Okay.  Now, if you flip to the next

13   exhibit, which is No. 41.  This is another

14   application that looks like you filled out,

15   correct?

16       A      Yes, sir.

17       Q      And this time, you checked off

18   additional areas that you were interested in

19   working, including the kitchen, dorm cleaning,

20   housekeeping nights, maintenance and library,

21   correct?

22       A      Yeah.

23       Q      Okay.  What --  And I can't read your

24   writing again at the bottom.  It says, "Please

25   list all previous experience in the specific areas

1  that you are interested in working."  What does it

2  say?

3      A      Same thing as last time, work with food

4  previous jobs and stuff.

5      Q      Oh, okay.  Well, that was different

6  from the previous application.

7      A      Yeah.

8      Q      All right.  And it says, again, that

9  you would work for free if there was -- if one of

10  the 40 positions were not available, correct?

11      A      Yeah.

12      Q      Where you checked "Yes."

13          Okay.  If you'll go to the next

14  exhibit, which is 42, this is the "Detainee

15  Voluntary Work Program Agreement" that you signed,

16  correct?

17      A      Yeah.

18      Q      But this was for the food service --

19  right? --

20      A      Uh-huh.

21      Q      -- your assignment?

22          Did you ever work in the kitchen?

23      A      No.

24      Q      Did you apply to work in the kitchen?

25      A      I think this is it -- the application

1       A       Yeah, we do.

2       Q       But this says that you had to do it

3    when you first got there, before you were working

4    in the voluntary work program.  And then it says

5    that guards would only name six detainees who

6    didn't have a job in the voluntary work program.

7       A       But --

8       Q       That's what you're saying here.

9       A       You're saying that I said that I was

10   working in the volunteer program when I was

11   working in the laundry, but you don't have to be

12   working in the volunteer program cleaning.  You

13   have to do it.

14      Q       But this says that if you're working in

15   the voluntary work program, you don't have to

16   clean the pod.

17      A       But you had to.

18              MS. TURNER:  That's not what it says,

19   Charlie.

20              MR. DEACON:  Well --

21              MS. TURNER:  It says --  It says --

22   This paragraph is about when he first arrived at

23   the detention facility, before he worked in the

24   voluntary work program.

25              MR. DEACON:  Right.

1    MS. TURNER:  And during that time, they

2    would choose those individuals.

3        MR. DEACON:  And --

4        MS. TURNER:  This paragraph is not

5    speaking about the time after, when he began to

6    work in the voluntary work program.

7        MR. DEACON:  Well, but it says --

8    You're ignoring the next sentence.  It says,

9    "Every day, the guards would call on six of the

10   detainees who didn't have a job in the voluntary

11   work program."

12       MS. TURNER:  Right.  During this period

13   in the initial part of his detention.  So it

14   doesn't speak to the part after he started working

15   there.

16       MR. DEACON:  Oh, come on.  That's

17   not --  That's not a fair reading.

18       MS. TURNER:  I think --  I mean,

19   that's my reading --

20       MR. DEACON:  That is --  No.

21       MS. TURNER:  -- of this document.

22       MR. DEACON:  The problem is this is

23   consistent with all the other ones, the same ones,

24   the same language, and that would make no sense.

25       Q    (By Mr. Deacon)  Well, let's ask you

1    this:  Who told you that you would have to go to

2    solitary confinement if you didn't do the

3    cleaning?

4        A      The officers.

5        Q      Who?

6        A      The officer that was --

7        Q      Name one.

8        A      I don't remember.

9        Q      You don't remember?

10       A      No.

11       Q      What'd they look like?

12       A      Just officers.  I'm not --

13       Q      Were they short?  Tall?

14       A      I don't know.

15       Q      You don't know?

16       A      (Deponent shook head.)

17       Q      You can't tell me what --  You can't

18   describe one of them that told you you'd have to

19   do that?

20       A      There was different officers all the

21   time when detained.

22       Q      And I don't want to know about the

23   different officers.  I want to know about the one

24   who told you that you would have to go to solitary

25   confinement if you didn't do the cleaning.

1      A      Well, there was --  They would say

2  every -- every day -- every --  There was new

3  people there every day, and they would tell us the

4  same thing.

5      Q      So every day that someone was selected

6  to clean the pod, they would be told if you don't

7  clean the pod, you'd have to go to solitary

8  confinement?

9      A      Yeah.

10      Q      That's your sworn testimony?

11      A      Because some --  Yeah, somebody would

12  be --  People would get there new --  There

13  would --  They would be people new, and people

14  could get mad because -- they would get mad for

15  cleaning.  So the people --  There would be an

16  argument, and that's when the officer would tell

17  us what would happen.

18      Q      But --  And make sure you -- you

19  understand my question.  Are you telling me that

20  every time the officers came in and named those

21  six people, they were told that if they didn't do

22  it, they'd have to go to solitary confinement?

23      A      It was four people.

24      Q      Four people.  So when it said they

25  called up six people, that's not correct.

1    A      That's the six people for the laundry.

2    They'd call the six people to take them to the

3    laundry.   Those six peoples are the ones that take

4    them to the laundry at 7:00 in the morning.

5    Q      No.  No.  It says, "Every day, the

6    guards would call on six of the detainees who" did

7    not "have a job in the voluntary work program.

8    Those six individuals had to clean."

9    A      You are talking about the -- the --

10   when we had to clean the whole pod, and that was

11   only four -- in our pod -- in our room, there was

12   only four people.

13   Q      Mr. Yepez, I can only go on what your

14   declaration says, all right.  Now, your -- your

15   testimony here today says that only four would

16   clean the pod, correct?

17   A      Yeah.

18   Q      Okay.  But this, that was filled out

19   November 2, 2015, said that they would come in and

20   pick six people.

21   A      They would --  They would choose --

22   Because there was not enough people.  In our room,

23   there was only four people --

24   Q      Well --

25   A      -- and those --  They would pick people

1      Q      Do you know if ICE reviewed and

2   approved any of the policies that Geo had at -- at

3   Aurora?

4      A      No.

5      Q      Do you have any reason to believe that

6   Geo did not follow the policies of ICE at Aurora?

7      A      Can you explain --  Can you ask that --

8   Can you ask me that question again?

9      Q      Okay.  Do you have any evidence that

10  ICE did -- that Geo did not follow the ICE

11  policies at Aurora?

12     A      Do I have evidence?  No.

13     Q      Okay.  Do you know whether or not ICE

14  was aware of the voluntary work program at Aurora?

15     A      No.

16     Q      All right.  But you do know that the

17  manual that you were provided by ICE addressed the

18  voluntary work program and said you would be paid

19  $1 a day, correct?

20     A      Yeah.

21     Q      Okay.  Did you receive any type of

22  discipline at all when you were at Aurora?

23     A      Discipline, no.

24     Q      Okay.  Were you --  Did you ever lose

25  privileges to go to the library or to go to the

1    commissary or anything like that?

2        A    No.

3        Q    Were you ever provided Xboxes when you

4    were at Aurora?

5        A    Yeah.

6        Q    Okay.  And was that to kind of reward

7    you for keeping the -- your area clean?

8        A    Yeah.

9        Q    All right.  Were you also given movies

10   to watch as part of an incentive to keep your area

11   clean?

12       A    Yeah.

13       Q    Were you also given ice cream and other

14   treats in order to incentivize you to keep your

15   area clean?

16       A    Sometimes.

17       Q    Yeah.  Did you ever receive any extra

18   incentives for working in the laundry other than

19   the $1 a day?

20       A    Like . . .

21       Q    Like extra food or -- or --

22       A    Sometimes.

23       Q    -- movie passes?

24            Sometimes you would be?

25       A    (Deponent nodded head.)

1    Q    Okay.  How often would that happen?

2    A    Not that often.

3    Q    Was there a certain insent- -- reason

4  for the incentive to give you something extra

5  while you were working in the laundry?

6    A    What is --  What?

7    Q    Yeah, bad question.  I'll try to repeat

8  it.

9    A    Okay.

10    Q    Was there any --  What was the reason

11  for incentivizing you by giving you something

12  extra in the laundry --

13        MS. TURNER:  Objection.

14    Q    (By Mr. Deacon)  -- if you know?

15    A    I don't know.

16    Q    Okay.  What was longest time you spent

17  in a jail?

18    A    Jail?  When I was in -- detained in

19  jail, it was from --  I think five months.  It was

20  from May --  It was from May to -- to October

21  23rd.  That was the longest.

22    Q    Until when?

23    A    Until October 2- -- 26th, I think, when

24  I got out from Aurora, from detention.

25    Q    Okay.  No.  I'm --  Other than being at

1    When I got pulled over --  When I got pulled over,

2    there was drugs in the car.  And I stayed there --

3    I stayed there four months fighting it.  I beat

4    the case, but the judge --  And, yeah, that's --

5    They let me go.

6        Q    Okay.  So you said there were drugs in

7    the car.  Were they yours?

8        A    No.

9        Q    So you were --  Were you driving the

10   car?

11       A    No.

12       Q    You were traveling in someone else's

13   car?

14       A    Yeah.

15       Q    And --  And someone else in the car was

16   in possession of drugs?

17       A    Yes.

18       Q    Okay.  And you said that you fought the

19   case?

20       A    I fought the case.

21       Q    Okay.  Did you plead guilty?

22       A    No.

23       Q    You pled not guilty?

24       A    Not guilty.

25       Q    Okay.  And you said that you beat the

1    case.  What happened that resulted in you beating

2    the case?

3        A    The statement of the cop wasn't --  It

4    was in --  Well, it was in the paper, but it

5    wasn't with the thing he was saying in trial.

6        Q    So the police officer made an

7    inconsistent statement in his written report and

8    in his live testimony --

9        A    Yes.

10        Q    -- is that correct?

11             Okay.  And was there a trial before a

12    jury, or was it a hearing before the judge?

13        A    A hearing before a judge.

14        Q    Okay.  And is it your understanding

15    that after that hearing, the charges against you

16    were dismissed?

17        A    He --  The judge told me that they were

18    dropped, that I got nothing against me, yeah.

19        Q    Okay.  And during the time that that

20    case was pending, that's when you were in

21    Jefferson County Jail?

22        A    Yes.

23        Q    Okay.  Earlier you testified that you

24    heard the guards at Geo tell detainees that they

25    would be sent to what you referred to as "the

1   hole" if they didn't clean the pod.

2          Do you remember that testimony?

3      A    Yes.

4      Q    Okay.  And you --  When --  Like, under

5  what circumstances would the guards tell the

6  detainees that?

7      A    When --  It was a situation of anger.

8  Everybody was screaming and stuff, and that's when

9  he said -- that's when he said that if they don't

10  follow the procedures, this is what's going to

11  happen.

12     Q    And did that occur --  I --  I think

13  earlier you testified that typically it was new

14  detainees who arrived in the pod who would be

15  angry; is that correct?

16     A    Yes.

17     Q    And can you explain sort of how that

18  would happen?

19     A    So each Wednesday --  Each --  Well,

20  each two days -- or one day, there would be a lot

21  of people come, detainees.  They wouldn't --  They

22  wouldn't know the rules, so they would get asked

23  to do stuff and they would get mad.

24          So that's how everything would start.

25  And that's how the officer --  The procedure was

1    if you don't follow them, you go to the hole.

2        Q    Okay.  And I know you said that you

3    don't know the names of any of the officers.  Can

4    you describe any of them physically?

5        A    There's four.  One was Salva- --

6    Salvadoran.

7             THE REPORTER:  I'm sorry.  I didn't

8    understand --

9             MS. TURNER:  Salvadoran.

10            THE REPORTER:  Thank you.

11       A    One was white.  They were white.  One

12   was black -- yeah, black.  Tall --  The black guy

13   was taller.  The Salvadoran was -- he had hair

14   combed back -- hair combed back.  He was built --

15   Like, he was built.

16            There was girls, but we can't ask -- we

17   can't talk to the girl officers, but there were

18   girls there, too.  There was two girls.  One was

19   blonde and the other one was brunette, so, yeah.

20       Q    (By Ms. Turner)  Two --  So two female

21   guards?

22       A    Yeah.

23       Q    And were --  What was the race of the

24   female guards?

25       A    One looked like she was Asian -- Asian,

1    and the other one was white.

2        Q    Okay.  And you mentioned that the

3    Salvadoran guy was built.  Do you mean, like, he

4    was strong looking?

5        A    Yeah, he was -- he was tall, built.

6    Yeah, he --  You guys would notice him in jail,

7    so . . .

8            MR. DEACON:  I'm sorry.  I didn't hear

9    your last part.

10           THE DEPONENT:  Like, you guys would

11   notice who -- who's the Salvadoran.  Right away

12   you can spot him.

13       Q    (By Ms. Turner)  And why -- why could

14   you spot him right away?

15       A    Because of his greasy hair.

16       Q    And you had mentioned earlier that you

17   and the other guys who worked in the laundry

18   called each other by nicknames.  Do you

19   remember what any of the nicknames were?

20       A    Wedo, Chapin --  Well, Diego.  And the

21   other one was Pelon, because he was bald.  That

22   was all the names.

23       Q    What about you?  Did you have a

24   nickname?

25       A    Chewy.

1    STATE OF COLORADO)

2                        )ss.   REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10        I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15        I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19        In witness whereof, I have affixed my

20   signature this 29th day of November, 2017.

21        My commission expires July 30, 2021.

22

23

24                        _____
                          Tracy L. Harris, CRR, RMR, RPR
                          216 - 16th Street, Suite 600
25                        Denver, Colorado  80202