IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## MOTION TO RESTRICT DOCUMENTS FILED AT ECF No. 337-2 PURSUANT TO D. COLO. L. CIV. R. 7.2

    Plaintiffs hereby move the Court to restrict access to Plaintiffs' Opposition Exhibit 24 to the Declaration of Michael J. Scimone in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, ECF No 336-1. This exhibit was filed as Attachment 2, ECF No. 337-2, to the Notice of Restriction filed at ECF No. 337. It contains several photographs that were taken at Plaintiffs' February 13, 2020 tour of the Aurora Facility and subsequently produced by third party the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), in this case.

## STATEMENT OF CONFERRAL

Pursuant to D. Colo. L. Civ. R. 7.1 and this Court's directives at ECF No. 320, Plaintiffs conferred with ICE and GEO prior to filing this motion. ICE has provided a letter setting forth its position on sealing the photographs at ECF No. 337-2, which is attached hereto as **Exhibit A**. It is Plaintiffs' understanding that GEO intends to file its own motion to restrict with respect to the remaining documents filed as restricted exhibits to Plaintiffs' Motion for Summary Judgment Opposition, ECF No. 336, and Plaintiffs' Decertification Opposition, ECF No. 339. Plaintiffs take no position in this motion on the propriety of restricting anything other than the photographs at ECF No. 337-2.

## POSITION REGARDING SEALING

Under D. Colo. L. Civ. R. 7.2, a motion to restrict public access to court filings must be open to the public and shall: (1) identify the documents for which restriction is sought, (2) address the interest to be protected by sealing and why such interest outweighs the presumption of public access, (3) identify a "clearly defined and serious" injury that would result from failing to restrict access, (4) identify why there is no less restrictive alternative, and (5) identify the level of restriction sought.

Michael Anderson, Deputy Field Office Director for ICE's Enforcement and Removal Operations, has identified the concerns that ICE believes justifies sealing the photographs in this case. *See* Ex. A. Specifically, Mr. Anderson states that the photographs are "sensitive law-enforcement information" that could expose details about the physical layout of the Aurora Facility, increase the possibility of criminal activity like the concealment of contraband, or allow viewers to identify security weaknesses. *Id*.

Plaintiffs do not oppose restriction. Courts in this district have granted motions to restrict under similar circumstances. *See, e.g.*, *Ayyad v. Holder*, No. 05 Civ. 02342, 2012 WL 1414310, at *4 (D. Colo. Apr. 24, 2012).

| | |
|---|---|
| Dated: October 28, 2020<br>New York, NY | Respectfully submitted,<br><br>By: */s/ Michael J. Scimone*<br>Michael J. Scimone<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>E-Mail: mscimone@outtengolden.com<br><br>Rachel Dempsey<br>Adam Koshkin<br>**OUTTEN & GOLDEN LLP**<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-Mail: rdempsey@outtengolden.com<br>E-Mail: akoshkin@outtengolden.com<br><br>Alexander Hood<br>David Seligman<br>Andrew Schmidt<br>Juno Turner<br>**TOWARDS JUSTICE**<br>1410 High St., Suite 300<br>Denver, CO 80218<br>(720) 441-2236 |

alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner
**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com

5