# Exhibit A



12445 E. Caley Avenue
Centennial, CO 80111

U.S. Immigration
and Customs
Enforcement

October 26, 2020,

**Via Email**
Scimone, Michael mscimone@outtengolden.com

**RE:** *Menocal, et al. v. The GEO Group*, 1:14-cv-02887

Dear Mr. Scimone,

    Many detainees pass through the Aurora Contract Detention Facility, also known as the Denver Contract Detention Facility (DCDF), including some awaiting removal who are very dangerous because of their criminal behavior, including criminal behavior involving national security. Public filing of the photographs Plaintiffs are proposing to file as exhibits with the court would make sensitive details about the DCDF available to such persons and other detainees essentially in perpetuity. The U.S. Immigration and Customs Enforcement (ICE) therefore believes that those photographs should held under Level 1 restriction, as explained in more detail below.

    It is my understanding that Plaintiffs are requesting to file nine photographs that were taken by an ICE photographer during the February 13, 2020 tour of the facility.[1] It is also my understanding that these photographs were provided to Plaintiffs subject to a confidentiality agreement which requires the photographs be treated as "Highly Confidential" material under the Amended Stipulated Protective Order Concerning Production of Confidential Information issued by the United States District Court for the District of Colorado on November 26, 2018, ECF No. 157. Finally, I understand Plaintiffs propose to file these as restricted documents under D. Colo. Local Rule 7.2, which means that they would be provisionally sealed from public view and Plaintiffs will file a motion to restrict seeking that the photographs be kept under a Level 1 restriction which limits access to the parties and the Court.

    In support of that motion, I would like to raise the following concerns that would arise if the photographs were to be available to the public. The photographs are sensitive law-enforcement information because they constitute details about the physical layout and amenities of DCDF that expose the vulnerabilities of this facility. Public release of such information compromises the facility's operations and exposes the facility to higher risk of criminal activity—such as the concealment of contraband or violent attacks—which in turn threatens the safety of the detainees

---

[1] The photos are bates stamped as follows: ICE 0000102, ICE 0000105, ICE 0000116, ICE 0000123, ICE 0000128, ICE 0000139, ICE 0000142, ICE 0000145, and ICE 0000152.

and personnel of DCDF. Permitting the publication of these particular photographs of the DCDF could essentially provide a blueprint of areas of the facility, including its layout of areas frequented by detainees, the secure control center, and the positioning of staff and staffing level of the various areas of the facility. Public release of these photographs presents a significant risk to operational security, because it would allow viewers to potentially exploit any perceived weaknesses in operational security, including awareness of any "blind spots" or areas where direct supervision by officers may be limited. As recently as last summer, three detainees (including one who is currently a suspect in a rape case) escaped from the DCDF, an event that was widely reported by the media. As stated above, many detainees pass through the DCDF, including some awaiting removal who are very dangerous because of their criminal behavior, including criminal behavior involving national security. Public filing of these photographs would make these sensitive details about the DCDF available to such persons and other detainees essentially in perpetuity.

Given the serious risk of harm to detainees, facility staff, and the general public, ICE believes that any benefit of publication of the facility photography is outweighed by the security concerns outlined above. ICE further believes that, as evidenced by the negotiated protective order in this case, the subsequent possible harm following the release of photographs outweighs the presumption of public access to these photographs at this time.

Thank you in advance for your assistance in this matter. Should you have any questions or concerns regarding the above, please do not hesitate to contact me.

Sincerely,

Michael Anderson
Deputy Field Office Director
Enforcement and Removal Operations
U.S Immigration and Customs Enforcement