IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.
_____

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO RESTRICT DOCUMENTS FILED AT ECF No. 337-2**
_____

THIS MATTER comes before the Court on the Motion for Leave to Restrict Documents Filed at ECF No. 337-2, Plaintiffs' Opposition Exhibit 24 to the Declaration of Michael J. Scimone in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

Having reviewed this motion and for good cause shown, the Court hereby GRANTS the Motion and orders Level 1 Restriction for the documents filed at ECF No.

1

337-2.

Dated this _____ day of _____, 2020.

                                                                                  _____
                                                                                  The Honorable John L. Kane
                                                                                  U.S. District Judge