## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**DEFENDANT THE GEO GROUP, INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLIES**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant The GEO Group, Inc. ("GEO"), by and through undersigned counsel, moves this Court for an extension of the deadline set forth below.

**Conferral Pursuant to D.C.COLO.LCivR 7.2**

Prior to filing this motion, undersigned counsel for GEO conferred with counsel for Plaintiffs. Counsel for Plaintiffs consent to the relief sought herein.

1.      Plaintiffs moved the Court for an order extending the briefing deadlines for GEO's Motion for Summary Judgment (ECF No. 305), Motion to Dismiss for Failure to Join Required

1

Party (ECF No. 307) and Motion for Decertification of Class (ECF No. 312) (collectively, "GEO's Motions"). See ECF No. 321.

2. The Court subsequently granted Plaintiffs' motion and set the deadline for Plaintiffs to file responses to GEO's Motions on or before October 25, 2020 and for GEO to file replies, if any, on or before November 16, 2020.

3. GEO respectfully requests a brief extension of two (2) days to file its replies, up to, through and including November 18, 2020.

4. Under Fed. R. Civ. P. 6(b), the Court may extend time upon a showing of good cause, provided the motion is made before the original time expires.

5. This motion is timely. The deadline for GEO to file its supporting replies has not yet expired.

6. Good cause exists to extend the deadline as Plaintiffs recently submitted a Response to GEO's Notice of Supplemental Authority which bears on the upcoming replies and the undersigned's support staff has been out of the office due to illness.

7. The requested relief will not prejudice Plaintiffs who consent to the extension.

WHEREFORE, GEO respectfully requests that the Court extend its deadline to file replies supporting GEO's Motions by two (2) days, up to, through and including November 18, 2020.

///

///

///

///

///

Respectfully submitted, this 11th day of November, 2020.

**AKERMAN LLP**

*s/ Adrienne Scheffey*
Colin L. Barnacle
Adrienne Scheffey
Christopher J. Eby
Melissa L. Cizmorris
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: christopher.eby@akerman.com
Email: melissa.cizmorris@akerman.com
Email: adrienne.scheffey@akerman.com

**BURNS, FIGA & WILL, P.C.**
Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
Telephone: (303) 796-2626
Facsimile: (303) 796-2777
Email: deismeier@bfwlaw.com
Email: mley@bfwlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of November, 2020, a true and correct copy of the foregoing **DEFENDANT THE GEO GROUP, INC.'S MOTION FOR EXTENSION OF DEADLINE TO FILE REPLIES** was filed and served electronically via the Court's CM/ECF system on the following:

*s/ Nick Mangels*
Nick Mangels

4

55344658;1