**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**[PROPOSED] ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S
UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE REPLIES**

The Court, having reviewed Defendant The GEO Group, Inc.'s Unopposed Motion for Extension of Deadline to File Replies and having considered all arguments raised therein, hereby GRANTS the Motion. GEO shall have through and including November 18, 2020 to file replies supporting its Motion for Summary Judgment (ECF No. 305), Motion to Dismiss for Failure to Join Required Party (ECF No. 307) and Motion for Decertification of Class (ECF No. 312).

**IT IS SO ORDERED**, this ___ day of _____, 2020.

                                                          _____
                                                          The Honorable John L. Kane