IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

### DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney for Defendant The GEO Group, Inc. ("Defendant" or "GEO") in the above-captioned matter.

2. I submit this Declaration in support of GEO's Reply in Support of GEO's Reply in Support of Motion for Summary Judgment.

1

55438336;1

2

3. Attached as **Exhibit R** are true and correct copies of excerpts of Hugo Hernandez Ceren's deposition dated June 24, 2020.

4. Attached as **Exhibit S** are true and correct copies of excerpts Plaintiffs' Responses to GEO's First Set of Written Discovery Requests.

5. Attached as **Exhibit T** is a true and correct copy of Exhibit 12 to Hugo Hernandez Ceren's deposition dated June 24, 2020.

Executed this 18th day of November, 2020, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

2

55438336;1