# EXHIBIT R

```
 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-02887-JLK-MEH
 3    _____

 4                  VIDEOTAPE DEPOSITION OF:
          HUGO A. HERNANDEZ-CEREN - June 24, 2020
 5                    Via RemoteDepoTM
             (NONCONFIDENTIAL ONLY TRANSCRIPT)
 6    _____

 7    ALEJANDRO MENOCAL, MARCOS BRAMBILA,
      GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
 8    JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
      and DEMETRIO VALERGA, on their own and on behalf of
 9    all others similarly situated,

10    Plaintiffs,

11    v.

12    THE GEO GROUP, INC.,

13    Defendant.
      _____
14
                   PURSUANT TO NOTICE, the videotape
15    deposition of HUGO A. HERNANDEZ-CEREN was taken on
      behalf of the Defendant in La Salle Parish, Louisiana,
16    on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT,
      before Tracy C. Masuga, Registered Professional
17    Reporter, Certified Realtime Reporter, and Notary
      Public within Colorado appearing remotely from
18    Arapahoe County, Colorado.

19

20

21

22

23

24

25
```

```
 1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 1:14-cv-02887-JLK-MEH
 3   _____

 4                    VIDEOTAPE DEPOSITION OF:
         HUGO A. HERNANDEZ-CEREN - June 24, 2020
 5                      Via RemoteDepoTM
              (NONCONFIDENTIAL ONLY TRANSCRIPT)
 6   _____

 7   ALEJANDRO MENOCAL, MARCOS BRAMBILA,
     GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA,
 8   JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA,
     and DEMETRIO VALERGA, on their own and on behalf of
 9   all others similarly situated,

10   Plaintiffs,

11   v.

12   THE GEO GROUP, INC.,

13   Defendant.
     _____
14
                   PURSUANT TO NOTICE, the videotape
15   deposition of HUGO A. HERNANDEZ-CEREN was taken on
     behalf of the Defendant in La Salle Parish, Louisiana,
16   on June 24, 2020, at 3:11 p.m. GMT, 9:11 a.m. MDT,
     before Tracy C. Masuga, Registered Professional
17   Reporter, Certified Realtime Reporter, and Notary
     Public within Colorado appearing remotely from
18   Arapahoe County, Colorado.

19

20

21

22

23

24

25
```

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 2
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1                    REMOTE APPEARANCES

 2   For the Plaintiffs:

 3            ADAM L. KOSHKIN, ESQ.
              Outten & Golden, LLP
 4            One California Street
              12th Floor
 5            San Francisco, California 94111
              akoshkin@outtengolden.com
 6
              R. ANDREW FREE, ESQ.
 7            Law Office of R. Andrew Free
              2004 8th Avenue South
 8            Nashville, Tennessee 37204
              andrew@immigrantcivilrights.com
 9

10   For the Defendant:

11            ADRIENNE SCHEFFEY, ESQ.
              Akerman LLP
12            1900 16th Street
              Suite 1700
13            Denver, Colorado 80202
              adrienne.scheffey@akerman.com
14
              DANA L. EISMEIER, ESQ.
15            MICHAEL Y. LEY, ESQ.
              Burns, Figa & Will, PC
16            6400 South Fiddlers Green Circle
              Suite 1000
17            Greenwood Village, Colorado 80111
              deismeier@bfwlaw.com
18            mley@bfwlaw.com

19
     Also Present:
20
              Daniel Whitten, Videographer
21

22

23

24

25
```

Case No. 1:14-cv-02887-JLK-CYC   Document 351-1   filed 11/18/20   USDC Colorado
pg 5 of 14

Hugo Hernandez-Ceren   06/24/2020   Non-ConfidentialPage 3
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1                        I N D E X

 2     EXAMINATION OF HUGO A. HERNANDEZ-CEREN:              PAGE
       June 24, 2020
 3
       By Ms. Scheffey                                7, 173, 209
 4
       By Mr. Koshkin                                         137
 5
       By Mr. Free                                            209
 6

 7     *     CONFIDENTIAL EXCERPT
             Page 103
 8
                                                         INITIAL
 9     DEPOSITION EXHIBITS:                            REFERENCE

10     (Exhibits provided electronically to the reporter.)

11     Exhibit 1    The GEO Group, Inc., Resident            22
                    Account Summary, 7/15/15
12
       Exhibit 2    Excerpt from the Deposition of           32
13                  Demetrio Valerga, 10/27/17

14     Exhibit 3    Plaintiff Hernandez Ceren's              42
                    Response to Defendant The GEO
15                  Group, Inc.'s First Request for
                    Production to Plaintiffs and First
16                  Set of Interrogatories to
                    Plaintiffs, 9/30/15
17
       Exhibit 4    Plaintiffs' Initial Disclosures          54
18
       Exhibit 5    The GEO Group, Inc., Aurora ICE          57
19                  Processing Center Detainee
                    Handbook, Local Supplement, Revised
20                  10/2013

21     Exhibit 6    GEO Corrections ICE Approval Aurora      64
                    Detention Center Policy and
22                  Procedure Manual, Policy
                    12.1.4-AUR, Sanitation Policies and
23                  Procedures, Revised 5/6/13

24     Exhibit 7    Trustee Safety Training document         69
                    for Hernandez-Ceren, 6/24/14, with
25                  attachments
```

Hugo Hernandez-Ceren   06/24/2020      Non-ConfidentialPage 4
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

| | | | |
|---|---|---|---|
| 1 | Exhibit 8 | Plaintiff Hugo Hernandez Ceren's Objections and Responses to Defendant The GEO Group, Inc.'s Second Set of Written Discovery Requests to Plaintiffs, 2/5/18 | 72 |
| 4 | Exhibit 9 | Plaintiff Hugo Hernandez's Supplemental Responses to Defendant The GEO Group, Inc.'s Sixth Set of Interrogatories, 6/22/20 | 85 |
| | Exhibit 10 | Declaration of Alejandro Hernandez Torres, 4/11/16 | 87 |
| 8 | Exhibit 11 | PowerPoint of Detainee Orientation Video, The GEO Group, Inc., Aurora Detention Center | 90 |
| 10 | Exhibit 12 | Confidential Document | 101 |
| 11 | Exhibit 13 | Memorandum to File from Power and Dempsey, 3/5/20, Re: Observations regarding facility conditions of Aurora segregation unit | 116 |
| | Exhibit 14 | Aurora Detention Center Historical Segregation Report, 6/3/14 | 171 |
| 15 | Exhibit 15 | Excerpt from the Deposition of Demetrio Valerga, 10/27/17 | 181 |

\*   Pursuant to protective order, confidential material is filed under separate cover.

Case No. 1:14-cv-02887-JLK-CYC   Document 351-1   filed 11/18/20   USDC Colorado   pg 7 of 14

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 5
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1                WHEREUPON, the following proceedings

2     were taken pursuant to the Federal Rules of Civil

3     Procedure.

4              *       *       *       *       *

5                THE VIDEOGRAPHER:  We are now on the

6     record.  Participants should be aware that this

7     proceeding is being recorded, and as such, all

8     conversations held will be recorded unless there is a

9     request and agreement to go off the record.  Private

10    conversations and/or attorney-client interactions

11    should be held outside the presence of the remote

12    interface.

13                A link to the recording will be

14    available to all parties to the case for up to 90 days

15    from today's date providing the requesting party has

16    purchased a certified copy of the transcript.

17                This is the remote video-recorded

18    deposition of Hugo Hernandez-Ceren.  Today is

19    Wednesday, June 24, 2020.  The time is now 3:11 p.m.

20    in the Greenwich Mean Time Zone.  We are here in the

21    matter of Alejandro Menocal, et al. v. The GEO Group,

22    Incorporated.

23                My name is Daniel Whitten, remote video

24    technician on behalf of U.S. Legal Support, located at

25    1900 Grant Street, Suite 1025, in Denver, Colorado.

Case No. 1:14-cv-02887-JLK-CYC   Document 351-1   filed 11/18/20   USDC Colorado
pg 8 of 14

Hugo Hernandez-Ceren   06/24/2020   Non-ConfidentialPage 6
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

 1   I'm not related to any party in this action, nor am I

 2   financially interested in the outcome.

 3              At this time, will the reporter, Tracy

 4   Masuga, on behalf of U.S. Legal Support, please enter

 5   the statement for remote proceedings into the record.

 6              THE REPORTER:  The attorneys

 7   participating in this deposition acknowledge that I am

 8   not physically present in the deposition room and that

 9   I will be reporting this deposition remotely.  They

10   further acknowledge that in lieu of an oath

11   administered in person, the witness will verbally

12   declare his testimony in this matter is under penalty

13   of perjury.

14              The parties and their counsel consent to

15   this arrangement and waive any objections to this

16   manner of reporting.

17              Counsel, please indicate your agreement

18   by stating your name and your agreement on the record.

19              MS. SCHEFFEY:  Adrienne Scheffey, and I

20   agree.

21              MR. KOSHKIN:  Adam Koshkin, and I agree.

22              MR. FREE:  Andrew Free, and I agree.

23              THE REPORTER:  Mr. Hernandez, do you

24   solemnly state that the testimony you are about to

25   give in the cause now pending will be the truth, the

Case No. 1:14-cv-02887-JLK-CYC   Document 351-1   filed 11/18/20   USDC Colorado pg 9 of 14

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential   Page 7
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

1   whole truth, and nothing but the truth?

2              THE DEPONENT:  I do.

3              HUGO A. HERNANDEZ-CEREN,

4   having first duly sworn to state the whole truth,

5   testified as follows:

6                    EXAMINATION

7   BY MS. SCHEFFEY:

8         Q.   Hi, Mr. Hernandez.  My name is Adrienne

9   Scheffey, and I represent GEO.

10             Before we get started, I know you have a

11  few surnames, both Hernandez and Ceren.  Which one do

12  you prefer I call you for today?

13        A.   Whichever is best for you.  I really

14  don't mind.

15        Q.   So if I refer to you as "Mr. Hernandez,"

16  that's okay?

17        A.   That's okay.

18        Q.   Okay.  I'm going to be asking you a

19  series of questions today about your lawsuit against

20  GEO.  My questions and your answers are going to be

21  written down by the court reporter, Ms. Tracy, who's

22  in the video that you can see.

23             The purpose of this deposition is to

24  record your responses to these questions for use at

25  trial and other purposes in this case.  It's important

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 14
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1         Q.   Okay.  And did you move to California,
 2   then, when you were about one year old?
 3         A.   That's correct.
 4         Q.   Okay.  Did you go to high school in
 5   California?
 6         A.   Yes.
 7         Q.   Okay.  And then how long did you live in
 8   California before moving again?  How old were you when
 9   you moved?
10         A.   About 29, 28, I believe.
11         Q.   Okay.  And where did you move to?
12         A.   Well, I didn't move.  I was removed to
13   El Salvador.
14         Q.   Okay.  When did you leave California to
15   go to Colorado?
16         A.   I believe when I came back from
17   El Salvador, when I reentryed the country.
18         Q.   Okay.  So how about -- it would be
19   helpful for me just to understand the timing.  After
20   high school, did you remain in California?
21         A.   Yes.
22         Q.   Okay.  And then at some point, you
23   encountered a circumstance that led you to Colorado.
24   Can you describe that to me?
25         A.   I reentered the country --
```

Case No. 1:14-cv-02887-JLK-CYC   Document 351-1   filed 11/18/20   USDC Colorado
pg 11 of 14

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 15
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

 1          Q.   Okay.

 2          A.   -- from my first removal --

 3          Q.   Okay.

 4          A.   -- and from there, when I reentered the

 5   country, ICE picked me up and put me in a removal

 6   proceedings and started transferring me around, and

 7   finally I reached Colorado.

 8          Q.   Okay.  So you talk about your first

 9   removal proceedings.  About what year did those

10   proceedings happen?

11          A.   The first removal proceeding was, I

12   believe, 2012.

13          Q.   Okay.  And we can -- I have some

14   documents that might help you remember, so we can go

15   back to that, but I was just going to get the gist.

16               Did you get removed from California, or

17   did you go stay in a different state before being

18   removed?

19          A.   The last state was -- I believe was

20   Phoenix, Arizona.

21          Q.   Okay.

22          A.   And then I was removed.

23          Q.   Okay.  So if I'm hearing you correctly,

24   you went from California to Phoenix to El Salvador,

25   back to the United States, and then to Aurora at some

Hugo Hernandez-Ceren   06/24/2020   Non-ConfidentialPage 16
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1   point?
 2           A.   At some point, yes, correct.
 3           Q.   And then after Aurora, did you go
 4   anywhere else in the United States after being removed
 5   again?
 6           A.   As in transfers?
 7           Q.   Yeah, transfers.  Let's talk about
 8   transfers.
 9           A.   I went to a lot of places.
10           Q.   Okay.  Do you remember those places?
11           A.   Some, yes.
12           Q.   Can you tell me the ones you remember?
13           A.   I was transferred to Joe Corley --
14           Q.   Okay.
15           A.   -- Harlingen; Conroe; La Villa, Texas.
16           Q.   And you're in LaSalle, right?
17           A.   LaSalle.
18           Q.   Were you at LaSalle previously ever?
19           A.   Not before this, no.
20           Q.   Okay.
21           A.   Pearsall, yeah, and eventually Colorado.
22           Q.   If you had to estimate how many
23   detention facilities you've stayed at, how many would
24   you say you've stayed at?
25           A.   Let's see.  Close to 20.
```

Case No. 1:14-cv-02887-JLK-CYC   Document 351-1   filed 11/18/20   USDC Colorado
pg 13 of 14

Hugo Hernandez-Ceren   06/24/2020        Non-ConfidentialPage 147
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1   money but weren't able to purchase commissary?
 2           A.   Yes, because GEO uses money orders, and
 3   money orders usually take a long time.  Sometimes they
 4   don't make it in time through the mail, so you're --
 5   you skip the commissary because they don't get there
 6   in time.
 7           Q.   Now, where did you get the money to
 8   purchase goods from commissary?
 9           A.   Through family, friends, and working at
10   the library.
11           Q.   So earlier when you were talking with
12   Ms. Scheffey, you -- you went through sort of what a
13   typical -- a typical day looked like.  I just wanted
14   to ask you about a couple parts of your day.
15                So you mentioned that you would start
16   your day at 5:00 a.m. with breakfast.  What time did
17   you usually eat breakfast?
18           A.   Between 5:00, 5:30.
19           Q.   Would you ever eat breakfast later?
20           MS. SCHEFFEY:  Object to form.
21           A.   Well, I usually store my food, but -- I
22   will store my food for later.
23           Q.   (BY MR. KOSHKIN)  Why would you store it
24   for later?
25           A.   Because it was just way too early to eat
```

Hugo Hernandez-Ceren   06/24/2020   Non-Confidential Page 214
ALEJANDRO MENOCAL, ET AL. v. THE GEO GROUP, INC.

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF COLORADO          )
                                 )  ss.
 3    ARAPAHOE COUNTY            )

 4
              I, TRACY C. MASUGA, Registered
 5    Professional Reporter, Certified Realtime Reporter,
      and Notary Public 19924005553, State of Colorado, do
 6    hereby certify that previous to the commencement of
      the examination, the said HUGO A. HERNANDEZ-CEREN
 7    declared his testimony in this matter is under penalty
      of perjury; that the said examination was taken in
 8    machine shorthand by me remotely and was thereafter
      reduced to typewritten form; that the foregoing is a
 9    true transcript of the questions asked, testimony
      given, and proceedings had.
10
              I further certify that I am not employed
11    by, related to, nor of counsel for any of the parties
      herein, nor otherwise interested in the outcome of
12    this litigation.

13            IN WITNESS WHEREOF, I have affixed my
      signature this 30th day of June, 2020.
14
              My commission expires April 24, 2024.
15

16    __X__ Reading and Signing was requested.

17    _____ Reading and Signing was waived.

18    _____ Reading and Signing is not required.

19

20
                              _____
21                            Tracy C. Masuga

22

23

24

25
```

U.S. LEGAL SUPPORT, INC.
303-832-5966