# EXHIBIT S

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

---

**PLAINTIFF OLGA ALEXAKHINA'S RESPONSE TO DEFENDANT THE
GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO
PLAINTIFFS AND FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

---

**FIRST SET OF INTERROGATORIES**

**<u>General objections</u>**

1. The Plaintiff objects to these interrogatories because they exceed the number permitted by

 FRCP 33.

2. The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly

 general, and all-inclusive.

**<u>Specific objections and Responses</u>**

1.     Please state YOUR:

        a.     Full name, date and place of birth;

            **Olga Alexakhina
            January 6, 1971
            St. Petersburg, Russia**

b.    Home address(es) for the last five years;

**Last Five Years before deportation: 18625 E. Saratoga Pl., Aurora, CO 80015**

**Current Address: 12 Line Apt. 45, St. Petersburg, Russia**

c.    Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

d.    Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

e.    Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

f.    Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.    If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objections, Plaintiff Alexakhina states as follows:**

**February 1, 1996**

**Neiman Marcus v. Olga Alexakhina (case number not known)**

**Denver County Court**

3.    Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit was filed, the names and addresses of each attorney representing any party in the lawsuit, and the final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.      Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

5.      Have YOU obtained citizenship in the United States by law?  Please specifically identify all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

6.      Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.      Describe (by date, nature, occurrence and accused person initiating) any claims of alleged threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague an ambiguous.**

8.      If YOU are claiming any physical or mental injuries, describe in detail how YOU contend YOU have been physically and/or mentally impaired as a result of the events made the basis of this lawsuit.  Please describe in detail the medical treatment received for YOUR physical or mental injuries, if any.

**The Plaintiff is not claiming physical or mental injuries.**

4

nature of employment and duties performed, name and address of immediate supervisor, the rate
of pay or compensation received, and the reason for termination.

**The Plaintiff objects to this interrogatory because it does not seek relevant
information and is not reasonably calculated to lead to the discovery of admissible
evidence.**

17.    Identify every interview or statement YOU have provided to the news media regarding
any claims in this litigation.

**None**.

18.    Identify each and every other detention center YOU have visited and/or been detained
within the United States.

**Arapahoe County Jail**

19.    Identify each and every arrest for any criminal action by listing the date of arrest, crime
and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff
objects to this interrogatory because it does not seek relevant information and is not
reasonably calculated to lead to the discovery of admissible evidence. Without waiving said
objections, Plaintiff Alexakhina states as follows:**

**February 1, 1996 Arrest in Neiman Marcus case cited in response to Interrogatory
No. 2 above, theft charge.**

20.    State the name, web address, and user name for all blogs, online forums, and social
networking websites that YOU have belonged or had membership to from January 1, 2010 to the
present.

7

**The Plaintiff objects to the request because it calls for legal conclusions and is vague, unduly burdensome, overbroad, overly general, and all-inclusive.**

24.    Copies of all posts and/or blogs YOU have published regarding any alleged action in the Complaint.

**No such documents exist.**

25.    Copies of any documents or records provided to and received from any witness identified in this litigation.

**No such documents exist.**

Dated: 9/30/2015

<div style="margin-left:40%">

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

</div>

**Certificate of Service**

I hereby certify that on 9/30/2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

 s/Alexander Hood
Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## PLAINTIFF LOURDES ARGUETA'S RESPONSE TO DEFENDANT THE GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS AND FIRST SET OF INTERROGATORIES TO PLAINTIFFS

---

### FIRST SET OF INTERROGATORIES

#### General objections

1.  The Plaintiff objects to these interrogatories because they exceed the number permitted by FRCP 33.

2.  The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

#### Specific objections and Responses

1.  Please state YOUR:

      a.    Full name, date and place of birth;

            **Lourdes Erlinda Argueta Avilar
February 11, 1979
Honduras, Central America**

1

b.      Home address(es) for the last five years;

    **1.   2009-2013: 4745 St. Paul St., Denver CO 80216**

    **2.   2013-2014: GEO Aurora Facility**

    **3.   2014-present: 8 Avenida 34 Calle, Barrio El Benque, San**

        **Pedro Sula, Honduras, Centro America.**

c.      Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

d.      Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

e.      Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

f.      Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2

2.      If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude,
state the date of conviction and legal caption or the legal proceeding, the title and docket number
and the court which handled the conviction.

        **To the extent the interrogatory requests information regarding arrests, the Plaintiff
objects to this interrogatory because it does not seek relevant information and is not
reasonably calculated to lead to the discovery of admissible evidence.**

        **To the extent the interrogatory requests information regarding convictions older
than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant
information and is not reasonably calculated to lead to the discovery of admissible
evidence. Without waiving said objections, Plaintiff Argueta responds as follows:**

        **January 15, 2003**

        **State of Colorado v. Lourdes Argueta**

        **Garfield County Court**


        **2001**

        **State of Colorado v. Lourdes Argueta**

        **El Paso County Court**

3.      Please identify each and every lawsuit (civil or criminal), including bankruptcy
proceedings, to which YOU have been a party, including the name and address of the court in
which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit
was filed, the names and addresses of each attorney representing any party in the lawsuit, and the
final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.    Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

5.    Have YOU obtained citizenship in the United States by law?  Please specifically identify all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

6.    Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.    Describe (by date, nature, occurrence and accused person initiating) any claims of alleged threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague and ambiguous.**

8.    If YOU are claiming any physical or mental injuries, describe in detail how YOU contend YOU have been physically and/or mentally impaired as a result of the events made the

4

16.     Provide the name and address of each of YOUR employers, including any self-employment, contract employment, the date of hire and termination, the place of employment, nature of employment and duties performed, name and address of immediate supervisor, the rate of pay or compensation received, and the reason for termination.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

17.     Identify every interview or statement YOU have provided to the news media regarding any claims in this litigation.

**None.**

18.     Identify each and every other detention center YOU have visited and/or been detained within the United States.

    **1.  Eloy Detention Center, Eloy, AZ**.

    **2.  Aurora Detention Facility, Aurora, CO**.

19.     Identify each and every arrest for any criminal action by listing the date of arrest, crime and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objections, Plaintiff Argueta responds as follows:**

- **2003, drug charge, Garfield County Jail**
- **2005, drug charge, El Paso County Jail**

**The Plaintiff objects to this document request because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence and because it vague, unduly burdensome, overbroad, overly general, and all-inclusive.**

22.    Copies of YOUR federal and state income tax returns, including all schedules, worksheets, W-2 forms and 1099's for 2010 to present.

**The Plaintiff objects to this document request because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

23.    All documents supporting YOUR contention that this case should be certified as a class action.

**The Plaintiff objects to the request because it calls for legal conclusions and is vague, unduly burdensome, overbroad, overly general, and all-inclusive.**

24.    Copies of all posts and/or blogs YOU have published regarding any alleged action in the Complaint.

**I have no such documents.**

25.    Copies of any documents or records provided to and received from any witness identified in this litigation.

**I have no such documents.**

Dated: 9/30/2015

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606

Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

## Certificate of Service

I hereby certify that on 9/30/2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

 s/Alexander Hood
Alexander Hood

The Plaintiff objects to this interrogatory because it seeks privileged information and legal conclusions and/or a response to a question of law.

The Plaintiffs in this action currently intend to certify the class(es) defined in the Complaint in this action.

25.    For each witness identified, please provide a brief but fair summary of the information that they process that may be relevant to any issue in this lawsuit.

The Plaintiff objects to this interrogatory because it seeks information that is unreasonably cumulative or duplicative.

The Plaintiff directs the Defendant to Plaintiffs' Initial Disclosures and incorporates them herein.

I verify that the forgoing is true and correct as of the date of this response.

_____          09-24-2015
CLIENT SIG                                        Date (fecha)

## FIRST DOCUMENT REQUEST

### General objections

1.    The Plaintiff objects to these document requests as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

### Specific objections and Responses

1.    Copies of any article, recording, interview or statements YOU provided to any news media or recording from any news media concerning any issue or claim in this litigation.

9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**PLAINTIFF HERNANDEZ CEREN'S RESPONSE TO DEFENDANT THE
GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO
PLAINTIFFS AND FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

---

**FIRST SET OF INTERROGATORIES**

**<u>General objections</u>**

1. The Plaintiff objects to these interrogatories because they exceed the number permitted by

    FRCP 33.

2. The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly

    general, and all-inclusive.

**<u>Specific objections and Responses</u>**

1.     Please state YOUR:

        a.     Full name, date and place of birth;

            **Hugo Alexander Ceren Hernandez**

            **6/13/1985, El Salvador, Central America**

        b.     Home address(es) for the last five years;

1

**2511 Ellendale Pl., Los Angeles, CA 90007**

  c.  Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

  d.  Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

  e.  Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

  f.  Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.  If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

2

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

> **November, 2008**
> **Case Number PA063085**
> **San Fernando Valley Court House**

3.    Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit was filed, the names and addresses of each attorney representing any party in the lawsuit, and the final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.    Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

3

5.      Have YOU obtained citizenship in the United States by law?  Please specifically identify

all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

6.      Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.      Describe (by date, nature, occurrence and accused person initiating) any claims of alleged

threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague an**

**ambiguous.**

8.      If YOU are claiming any physical or mental injuries, describe in detail how YOU

contend YOU have been physically and/or mentally impaired as a result of the events made the

basis of this lawsuit.  Please describe in detail the medical treatment received for YOUR physical

or mental injuries, if any.

**The Plaintiff is not claiming physical or mental injuries.**

9.      Please identify specifically each government, industry, business or other written

standards or regulations that you contend support YOUR cause of action against Defendant or on

which YOU base any claim against Defendant.

**The Plaintiff objects to this interrogatory because it seeks privileged information**

**and legal conclusions and/or a response to a question of law.**

4

17.    Identify every interview or statement YOU have provided to the news media regarding any claims in this litigation.

**None.**

18.    Identify each and every other detention center YOU have visited and/or been detained within the United States.

**Detention centers in: San Antonio, TX, Lancaster, CA, Livingston, TX, and Orange County, CA.**

19.    Identify each and every arrest for any criminal action by listing the date of arrest, crime and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection, Plaintiff states: See Answer to Interrogatory No. 2 above.**

20.    State the name, web address, and user name for all blogs, online forums, and social networking websites that YOU have belonged or had membership to from January 1, 2010 to the present.

**Facebook.**

21.    Identify the user name and email address for any Facebook account used by YOU from January 1, 2010 to the present.

**Hugo Ceren, Intelops2061@yahoo.com**

22.    Identify the user name, registration information, account detail, login information, and any other identifying information for any job board or job search websites for which YOU are

7

Dated: 9/30/2015

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

**Certificate of Service**

I hereby certify that on 9/30/15, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

<u> s/Alexander Hood</u>
Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**PLAINTIFF JESUS DE MANUEL YEPEZ GAYTAN'S RESPONSE TO DEFENDANT, THE GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS AND FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

---

**FIRST SET OF INTERROGATORIES**

**<u>General objections</u>**

1. The Plaintiff objects to these interrogatories because they exceed the number permitted by FRCP 33.

2. The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

**<u>Specific objections and Responses</u>**

1.     Please state YOUR:

        a.     Full name, date and place of birth;

            **Jesus de Manuel Yepez Gaytan
            10/23/1994
            Iruapuato, Guanajuanto, Mexico**

1

b.      Home address(es) for the last five years;

3663 S. Sheridan Blvd Unit D-5 Denver 80235

c.      Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

d.      Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

e.      Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

f.      Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.      If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**Without waiving said objections, Plaintiff Gaytan states as follows: I was convicted of a felony related to possession of cocaine in the State of Colorado during 2014.**

3.      Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit was filed, the names and addresses of each attorney representing any party in the lawsuit, and the final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.      Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

3

5.    Have YOU obtained citizenship in the United States by law?  Please specifically identify
all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant
information and is not reasonably calculated to lead to the discovery of admissible
evidence.**

6.    Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.    Describe (by date, nature, occurrence and accused person initiating) any claims of alleged
threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague an
ambiguous.**

8.    If YOU are claiming any physical or mental injuries, describe in detail how YOU
contend YOU have been physically and/or mentally impaired as a result of the events made the
basis of this lawsuit.  Please describe in detail the medical treatment received for YOUR physical
or mental injuries, if any.

**The Plaintiff is not claiming physical or mental injuries.**

9.    Please identify specifically each government, industry, business or other written
standards or regulations that you contend support YOUR cause of action against Defendant or on
which YOU base any claim against Defendant.

**The Plaintiff objects to this interrogatory because it seeks privileged information
and legal conclusions and/or a response to a question of law.**

4

17.    Identify every interview or statement YOU have provided to the news media regarding
any claims in this litigation.

**None.**

18.    Identify each and every other detention center YOU have visited and/or been detained
within the United States.

**Denver County Jail.**

**Jefferson County Jail.**

19.    Identify each and every arrest for any criminal action by listing the date of arrest, crime
and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff
objects to this interrogatory because it does not seek relevant information and is not
reasonably calculated to lead to the discovery of admissible evidence. Without waiving said
objections, Plaintiff Gaytan states as follows:**

**April 17, 2014**
**Possession of Cocaine**
**Denver and Jefferson County Jails**

20.    State the name, web address, and user name for all blogs, online forums, and social
networking websites that YOU have belonged or had membership to from January 1, 2010 to the
present.

**Facebook.com**

21.    Identify the user name and email address for any Facebook account used by YOU from
January 1, 2010 to the present.

Jesusy12@yahoo.com

The Plaintiff objects to this interrogatory because it seeks information that is unreasonably cumulative or duplicative.

The Plaintiff directs the Defendant to Plaintiffs' Initial Disclosures and incorporates them herein.

I verify that the forgoing is true and correct as of the date of this response.

_____
CLIENT SIG

_____
Date (fecha)

## FIRST DOCUMENT REQUEST

### General objections

1. The Plaintiff objects to these document requests as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

### Specific objections and Responses

1. Copies of any article, recording, interview or statements YOU provided to any news media or recording from any news media concerning any issue or claim in this litigation.

The Plaintiffs object. To the extent any such documents exist, they are equally available to both parties.

2. Copies of any statements or recordings YOU provided concerning any issue in this litigation.

The Plaintiff objects to this interrogatory as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

9

**No such documents exist.**

25.    Copies of any documents or records provided to and received from any witness identified

in this litigation.

**No such documents exist.**

Dated: 11/20/2015

<u>s/Alexander Hood</u>
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

14

**Certificate of Service**

I hereby certify that on 11/20/2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

<div align="center">

s/Alexander Hood
Alexander Hood

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**PLAINTIFF ALEJANDRO MENOCAL LEPE'S RESPONSE TO DEFENDANT THE
GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS AND
FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

---

**FIRST SET OF INTERROGATORIES**

**<u>General objections</u>**

1. The Plaintiff objects to these interrogatories because they exceed the number permitted by

    FRCP 33.

2. The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly

    general, and all-inclusive.

**<u>Specific objections and Responses</u>**

1.     Please state YOUR:

        a.     Full name, date and place of birth;

        **Alejandro Menocal Lepe, Date of Birth 10/29/1961, Born in Mexico**

        **City, Mexico.**

        b.     Home address(es) for the last five years;

**My home address is 1340 C Street, Golden, CO 80401, and I have lived here for the past five years.**

c.      Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

d.      Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

e.      Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

f.      Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.      If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.

| Case # | Date of Arrest and/or Disposition | Charge(s) | Disposition | Sentence | Status |
|---|---|---|---|---|---|
| 10CR565 Jefferson County | Arrest: 3/2/10 Sentenced: 11/1/10 | (1.)C.R.S. § 18-18-405(1),(2)(a)(I)(A) – CS Poss -Sch II -over 1g <br> (2.)C.R.S. § 18-18-405(1), (2.3)(a)(I) – CS Poss -Sch II -1g or less <br> (3.)C.R.S. § 18-18-406(8)(b)(I) – Marijuana Poss w/Intent to Dist <br> (4.)C.R.S. § 42-2-138(1)(a)– Driving Under Restraint <br> (5.)C.R.S. § 42-4-1409(3)–No Proof of Insurance <br> (6.)C.R.S. § 42-4-206(1) – Tail Lamp <br> (7.)C.R.S. § 18-6-401(1),(7)(b)(II) – Child Abuse-negl-no injury <br> (8.)C.R.S. § 18-18- | (1.) Dismissed <br> (2.) Dismissed <br> (3.) Dismissed <br> (4.) Guilty <br> (5.) Dismissed <br> (6.) Dismissed <br> (7.) Dismissed <br> (8.) Guilty (M1) | 1 yr. Prob. - Successfully Completed | Closed. |

| | | 405(1), (2)(a)(IV)(a) – CS Poss. -sch V (Codine) | | | |
|---|---|---|---|---|---|
| 06M3471 Adams County | Arrest: 8/3/06 Closed: 3/26/07 | (1.)C.R.S. § 18-18-428(1) – Drug Paraphernalia- Poss. (2.)C.R.S. § 18-5-107 – Forged Instrument- pos. 2nd. | (1.) Dismissed (2.) Guilty | Fine- paid. | Closed. |
| 98F00409 UNVERIFIED | 2/16/98 | (1.)C.R.S. § 18-3-206– Menacing (2.)C.R.S. § 18-4-505 - Tampering | (1.) Dismissed (2.) Guilty | **Unknown** | Closed |
| 95GS783773 | 9/26/95 | (1). D.M.C. 38-51.5 – Shoplifting | (1.) Guilty (unconfirmed) | Fine – Paid | Closed |

3.      Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit was filed, the names and addresses of each attorney representing any party in the lawsuit, and the final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.      Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

5.      Have YOU obtained citizenship in the United States by law?  Please specifically identify

all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

6.      Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.      Describe (by date, nature, occurrence and accused person initiating) any claims of alleged

threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague an**

**ambiguous.**

**To the best of my present recollection, I was not disciplined for failing to comply**

**with the Defendants' Housing Unit Sanitation Policy.**

8.      If YOU are claiming any physical or mental injuries, describe in detail how YOU

contend YOU have been physically and/or mentally impaired as a result of the events made the

basis of this lawsuit.  Please describe in detail the medical treatment received for YOUR physical

or mental injuries, if any.

**The Plaintiff is not claiming any physical or mental injuries.**

9.      Please identify specifically each government, industry, business or other written

standards or regulations that you contend support YOUR cause of action against Defendant or on

which YOU base any claim against Defendant.

19.     Identify each and every arrest for any criminal action by listing the date of arrest, crime

and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff**

**objects to this interrogatory because it does not seek relevant information and is not**

**reasonably calculated to lead to the discovery of admissible evidence.**

| Case # | Date of Arrest and/or Disposition | Charge(s) | Disposition | Sentence | Status |
|---|---|---|---|---|---|
| 10CR565 Jefferson County | Arrest: 3/2/10 Sentenced: 11/1/10 | (1.) C.R.S. § 18-18-405(1),(2)(a)(I)(A) – CS Poss -Sch II - over 1g<br>(2.) C.R.S. § 18-18-405(1), (2.3)(a)(I) – CS Poss -Sch II -1g or less<br>(3.) C.R.S. § 18-18-406(8)(b)(I) – Marijuana Poss w/Intent to Dist<br>(4.) C.R.S. § 42-2-138(1)(a)– Driving Under Restraint<br>(5.) C.R.S. § 42-4-1409(3)–No Proof of Insurance<br>(6.) C.R.S. § 42-4-206(1) – Tail Lamp<br>(7.) C.R.S. § 18-6-401(1),(7)(b)(II) – Child Abuse-negl-no injury<br>(8.) C.R.S. § 18-18-405(1), (2)(a)(IV)(a) – CS Poss. -sch V (Codine) | (1.) Dismissed<br>(2.) Dismissed<br>(3.) Dismissed<br>(4.) Guilty<br>(5.) Dismissed<br>(6.) Dismissed<br>(7.) Dismissed<br>(8.) Guilty (M1) | 1 yr. Prob. - Successfully Completed | Closed. |

9

| | | | | | |
|---|---|---|---|---|---|
| 06M3471 Adams County | Arrest: 8/3/06 Closed: 3/26/07 | (1.)C.R.S. § 18-18-428(1) – Drug Paraphernalia- Poss. (2.)C.R.S. § 18-5-107 – Forged Instrument-pos. 2nd. | (1.) Dismissed (2.) Guilty | Fine- paid. | Closed. |
| 02CR2832 Adams County | Offense: 8/18/02 Sentenced: 1/7/04 | (1.)18-4-501 – Criminal Mischief $100-$500 | (1.) Guilty (M2) | 1 yr. Prob. – Successfully Completed | Closed |
| 02M1861 Adams County | Arrest: 6/3/02 Sentenced: 1/15/04 | (1.)18-4-501 – Criminal Mischief - $100-$400 (2.)18-9-106(1)(c) – Disorderly Conduct - unreasonable | (1.) Dismissed (2.) Guilty (PO1) | 160 day, Susp. 1 yr Prob. – Successfully Completed | Closed |
| 99T12636 Adams County | Arrest: 10/22/99 Closed: 12/8/99 | (1.) C.R.S. 42-4-1301(1)(b) – Driving While Ability Impaired (2.)C.R.S. § 42-4-1301(1)(a) – DUI (3.)C.R.S. § 42-4-1402 – Careless Driving | (1.) Glty Lesser Charge (2.) Amended (3.) Dismissed | 1 yr Prob., comm serv. Successfully Completed | Closed |
| 98F00409 UNVERIFIED | 2/16/98 | (1.)C.R.S. § 18-3-206– Menacing (2.)C.R.S. § 18-4-505 - Tampering | (1.) Dismissed (2.) Guilty | **Unknown** | Closed |
| 96M386 Jefferson County | Arrest: 2/1/96 Closed 3/12/96 | (1.)C.R.S. § 18-18-406(1) – Marijuana Poss. -1 oz or Less (2.)C.R.S. § 18-18-428(1) – Drug Paraphernalia Poss | (1.) Guilty (PO2) (2.) Guilty (PO2) | Fine - Paid | Closed |
| 95GS783773 | 9/26/95 | (1). D.M.C. 38-51.5 – Shoplifting | (1.) Guilty (unconfirmed) | Fine – Paid | Closed |

20.    State the name, web address, and user name for all blogs, online forums, and social networking websites that YOU have belonged or had membership to from January 1, 2010 to the present.

**I have never belonged to any blogs, online forms, or social networking sites.**

10

22.     Copies of YOUR federal and state income tax returns, including all schedules, worksheets, W-2 forms and 1099's for 2010 to present.

**The Plaintiff objects to this document request because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

23.     All documents supporting YOUR contention that this case should be certified as a class action.

**The Plaintiff objects to the request because it calls for legal conclusions and is vague, unduly burdensome, overbroad, overly general, and all-inclusive.**

24.     Copies of all posts and/or blogs YOU have published regarding any alleged action in the Complaint.

**No such documents exist.**

25.     Copies of any documents or records provided to and received from any witness identified in this litigation.

**No such documents exist.**

Dated: 9/30/2015

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

17

**Certificate of Service**

I hereby certify that on 9/30/2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

 s/Alexander Hood
Alexander Hood

The Plaintiff objects to this interrogatory because it seeks privileged information and legal conclusions and/or a response to a question of law.

The Plaintiffs in this action currently intend to certify the class(es) defined in the Complaint in this action.

25.    For each witness identified, please provide a brief but fair summary of the information that they process that may be relevant to any issue in this lawsuit.

The Plaintiff objects to this interrogatory because it seeks information that is unreasonably cumulative or duplicative.

The Plaintiff directs the Defendant to Plaintiffs' Initial Disclosures and incorporates them herein.

I verify that the forgoing is true and correct as of the date of this response.

_____          9/28/15
CLIENT SIG                        Date (fecha)

## FIRST DOCUMENT REQUEST

### General objections

1. The Plaintiff objects to these document requests as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

### Specific objections and Responses

1.    Copies of any article, recording, interview or statements YOU provided to any news media or recording from any news media concerning any issue or claim in this litigation.

12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## PLAINTIFF VALERGA'S RESPONSE TO DEFENDANT THE GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS AND FIRST SET OF INTERROGATORIES TO PLAINTIFFS

---

### FIRST SET OF INTERROGATORIES

#### <u>General objections</u>

1. The Plaintiff objects to these interrogatories because they exceed the number permitted by FRCP 33.

2. The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly general, and all-inclusive.

#### <u>Specific objections and Responses</u>

1.     Please state YOUR:

        a.     Full name, date and place of birth;

        **Demetrio Valerga**
        **9/4/1978**
        **Buenos Aires, Argentina**

1

    b.      Home address(es) for the last five years;

**2/19/2008-2/11/2011 Colorado Department of Corrections**

**2/11/2011-5/19/2011 Time to Change Community Corrections, 4901**

**Krameria St., Commerce City, CO 80022**

**5/19/2011-5/22/2011 El Paso County Jail**

**5/22/2011-6/8/2011 GEO Aurora Detention Facility**

**6/8/2011-8/28/2013 Colorado Department of Corrections**

**8/28/2013-9/11/2013 El Paso County Jail**

**9/11/2013-7/11/2014 GEO Aurora Detention Facility**

**7/11/2014-present 5111 E. 34th Ave., Denver, CO 80207**

    c.      Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

    d.      Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

    e.      Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2

f.    Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.    If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objections, Plaintiff Valerga states as follows:**

**February 19, 2008**

**State of Colorado v. Demetrio Valerga Case No. 07-cr-3333**

**Adams County District Court**

**March 30, 2008**

**State of Colorado v. Demetrio Valerga Case No. 07-cr-4215**

**Denver County District Court**

**May 20, 2008**

**State of Colorado v. Demetrio Valerga Case No. 08-cr-261**

3

**Adams County District Court**

3.     Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit was filed, the names and addresses of each attorney representing any party in the lawsuit, and the final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.     Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

5.     Have YOU obtained citizenship in the United States by law?  Please specifically identify all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

6.     Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

4

18.    Identify each and every other detention center YOU have visited and/or been detained

within the United States.

**Immigration detention centers: GEO Aurora Facility**

**Jails/Prisons: Staten Island Correctional Detention Center**

**Burgen County Detention Center**

**Adams County Detention Center**

**Weld County Jail**

**Denver County Jail**

**Huerfano County Correctional Facility**

**Buena Vista Correctional Complex**

**Arrowhead Correctional Facility**

**Delta Correctional Facility**

**Community Corrections "Time to Change Halfway House"**

**El Paso County Jail**

**GEO Aurora Facility**

**Crowley County Correctional Facility**

**Trinidad Correctional Facility**

19.    Identify each and every arrest for any criminal action by listing the date of arrest, crime

and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

20.     State the name, web address, and user name for all blogs, online forums, and social networking websites that YOU have belonged or had membership to from January 1, 2010 to the present.

**Facebook.com, Instagram.com, Snapchat.com, LinkedIn.com**

21.     Identify the user name and email address for any Facebook account used by YOU from January 1, 2010 to the present.

**Demetrio Antonio Valerga, dvale1347@gmail.com**

22.     Identify the user name, registration information, account detail, login information, and any other identifying information for any job board or job search websites for which YOU are (or were) a member, including but not limited to: Hot Jobs, Career Building, Monster, job.com, and salesjobhunter.com from January 1, 2010 to the present.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence. Without waiving said objections, Plaintiff Valerga states as follows: None.**

23.     Identify every cell phone, smart phone, desktop computer, laptop computer or tablet YOU used to access blogs, online forums, social networking and job search websites.

Dated: 9/30/2015

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org

Attorney for the Plaintiffs

## Certificate of Service

I hereby certify that on 9/30/2015, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

 s/Alexander Hood
Alexander Hood

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

24.    What is the definition of the class YOU seek to certify in this case, and identify those person that comprise the class and/or the method by which their identities will be ascertained.

**The Plaintiff objects to this interrogatory because it seeks privileged information and legal conclusions and/or a response to a question of law.**

**The Plaintiffs in this action currently intend to certify the class(es) defined in the Complaint in this action.**

25.    For each witness identified, please provide a brief but fair summary of the information that they process that may be relevant to any issue in this lawsuit.

**The Plaintiff objects to this interrogatory because it seeks information that is unreasonably cumulative or duplicative.**

**The Plaintiff directs the Defendant to Plaintiffs' Initial Disclosures and incorporates them herein.**

I verify that the forgoing is true and correct as of the date of this response.

_____         9-18-2015
CLIENT SIG                                                Date (fecha)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**PLAINTIFF DAGOBERTO VIZGUERRA HERNANDEZ'S RESPONSE TO
DEFENDANT THE GEO GROUP, INC.'S FIRST REQUEST FOR
PRODUCTION TO PLAINTIFFS AND FIRST SET OF
INTERROGATORIES TO PLAINTIFFS**

---

**FIRST SET OF INTERROGATORIES**

**General objections**

1.  The Plaintiff objects to these interrogatories because they exceed the number permitted by

    FRCP 33.

2.  The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly

    general, and all-inclusive.

**Specific objections and Responses**

1.  Please state YOUR:

    a.  Full name, date and place of birth;

        **Dagoberto Vizguerra Hernandez,**

1

**Date of Birth: August 30, 1979, Place of Birth: Guanajuato,**

**Guanajuato, Mexico**

b.        Home address(es) for the last five years;

**I now live in Guanajuato, Guanajuato, Mexico, where I have lived**

**since I was deported in November 2014. Before that, I lived at the GEO**

**Detention Center at 3130 North Oakland Street, Aurora, CO 80010 for**

**nearly a year. Before I was detained, I lived at 5555 North Washington,**

**Northglenn, CO, where I lived for approximately a year and half. Before**

**that, I lived at 20th and Marshall in Edgewater, Colorado, for approximately**

**two years.**

c.        Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

d.        Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

e.        Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

      f.      Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.      If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**I was arrested in Westminster, Colorado on November 7, 2013. I was charged with one count of Grand Theft Auto, and I pleaded guilty to a misdemeanor in Adams County on approximately April 14, 2014. I have no other criminal history other than minor traffic infractions.**

3.      Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit

was filed, the names and addresses of each attorney representing any party in the lawsuit, and the

final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

4.      Identify any and all of YOUR children by full name, date of birth, place of birth and

name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

5.      Have YOU obtained citizenship in the United States by law?  Please specifically identify

all documentation that reflects your obtainment of United States citizenship.

**The Plaintiff objects to this interrogatory because it does not seek relevant**

**information and is not reasonably calculated to lead to the discovery of admissible**

**evidence.**

6.      Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.      Describe (by date, nature, occurrence and accused person initiating) any claims of alleged

threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague an**

**ambiguous.**

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

16.    Provide the name and address of each of YOUR employers, including any self-employment, contract employment, the date of hire and termination, the place of employment, nature of employment and duties performed, name and address of immediate supervisor, the rate of pay or compensation received, and the reason for termination.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

17.    Identify every interview or statement YOU have provided to the news media regarding any claims in this litigation.

**I did not speak to the news media regarding this litigation.**

18.    Identify each and every other detention center YOU have visited and/or been detained within the United States.

**After I left Aurora, I was transferred to the Chaparral Detention Center in Arizona.**

19.    Identify each and every arrest for any criminal action by listing the date of arrest, crime and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**I was arrested in Westminster, Colorado on November 7, 2013. I was charged with one count of Grand Theft Auto, and I pleaded guilty to a misdemeanor in Adams County in April 14, 2014. I also was arrested for failing to appear for a child support court appearance in Denver.**

20.    State the name, web address, and user name for all blogs, online forums, and social networking websites that YOU have belonged or had membership to from January 1, 2010 to the present.

**I do not have any social media websites.**

21.    Identify the user name and email address for any Facebook account used by YOU from January 1, 2010 to the present.

**I recently a Facebook account under Dago Vizguerra, but it is not associated with any email account.**

22.    Identify the user name, registration information, account detail, login information, and any other identifying information for any job board or job search websites for which YOU are (or were) a member, including but not limited to: Hot Jobs, Career Building, Monster, job.com, and salesjobhunter.com from January 1, 2010 to the present.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

23.    Identify every cell phone, smart phone, desktop computer, laptop computer or tablet YOU used to access blogs, online forums, social networking and job search websites.

**The Plaintiff objects to the request because it calls for legal conclusions and is vague, unduly burdensome, overbroad, overly general, and all-inclusive.**

24.    Copies of all posts and/or blogs YOU have published regarding any alleged action in the Complaint.

**No such documents exist.**

25.    Copies of any documents or records provided to and received from any witness identified in this litigation.

**No such documents exist.**


Dated: 9/30/2015

<div style="margin-left:40%;">

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org


Attorney for the Plaintiffs

</div>

**Certificate of Service**

I hereby certify that on 9/30/15, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

 s/Alexander Hood
Alexander Hood

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL, *et al.*

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

**PLAINTIFF GRISEL XAHUENTITLA FLORES'  RESPONSE TO DEFENDANT THE
GEO GROUP, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFFS AND
FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

---

**FIRST SET OF INTERROGATORIES**

**<u>General objections</u>**

1. The Plaintiff objects to these interrogatories because they exceed the number permitted by

    FRCP 33.

2. The Plaintiff objects to these interrogatories as vague, unduly burdensome, overbroad, overly

    general, and all-inclusive.

**<u>Specific objections and Responses</u>**

1.     Please state YOUR:

        a.     Full name, date and place of birth;

        **Grisel Xahuentitla Flores, Date of Birth 12/11/1982, Born in**

        **Chiautempan, Tlaxcala, Mexico.**

        b.     Home address(es) for the last five years;

1

**I have lived at the following addresses: 20280 Highway 160, A204, Durango, CO 81303; 1422 East Second Avenue, Durango, CO 81301; 3130 North Oakland Street, Aurora, CO 80010; 742 Turner Drive, Durango, CO 81303; 215 East 14th Street, Durango, CO 81301; 21134 Highway 160 West, Trailer #1, Durango, CO 81301**

c.      Your nationality, citizenship, immigration and residency status;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

d.      Social security number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

e.      Driver's license number;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

f.      Name and last known address of each spouse, if any;

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

2.    If YOU were ever arrested for or convicted of a felony and/or crime of moral turpitude, state the date of conviction and legal caption or the legal proceeding, the title and docket number and the court which handled the conviction.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**To the extent the interrogatory requests information regarding convictions older than 10 years, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

| Case # | Date of Arrest and/or Disposition | Charge(s) | Disposition | Sentence | Status |
|--------|--------|--------|--------|--------|--------|
| 13CR275 La Plata District | Arrest: 07/31/2013<br><br>Sentenced: 05/01/2014 | (1.)C.R.S. 18-3-102(1)(f), Murder 1, Victim Under 12, Position of Trust – Attempt (F2)<br>(2.) C.R.S. 18-3-102(1)(f), Murder 1, Victim Under 12, Position of Trust – Attempt (F2)<br>(3.)C.R.S. 18-6-401(1)(a), (7)(a)(I), Child Abuse, Know/Reckless Cause Death – Attempt (F3)<br>(4.)C.R.S. 18-6-401(1)(a), (7)(a)(I), Child Abuse, | (1.) Dismissed<br><br>(2.) Dismissed<br><br>(3.) Dismissed<br><br>(4.) Dismissed<br><br>(5.) Guilty<br><br>(6.) Guilty | Sentenced to three years probation under auspices of Behavioral Health Court Program for Count 5, and 90 days jail (time served) on Count 6. | Open, compliant with probation. |

| | | | | | |
|---|---|---|---|---|---|
| | | Know/Reckless Cause Death – Attempt (F3) <br> (5.) C.R.S. 18-4-501, Criminal Mischief, $1000-$20,000 (F4) <br> (6.) C.R.S. 18-6-401(1),(7)(a)(1), Child Abuse – Negligence – No Injury – Attempt (M3) | | | |

3.    Please identify each and every lawsuit (civil or criminal), including bankruptcy proceedings, to which YOU have been a party, including the name and address of the court in which each lawsuit was filed, the case name and number of each lawsuit, the date each lawsuit was filed, the names and addresses of each attorney representing any party in the lawsuit, and the final disposition (including date of same) of each lawsuit.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

4.    Identify any and all of YOUR children by full name, date of birth, place of birth and name of mother.

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

5.    Have YOU obtained citizenship in the United States by law?  Please specifically identify all documentation that reflects your obtainment of United States citizenship.

4

**The Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

6.  Identify any other claims of retaliation by YOU outside of the claims in this litigation.

**The Plaintiff objects to this interrogatory as vague and ambiguous.**

**7**.  Describe (by date, nature, occurrence and accused person initiating) any claims of alleged threats or retaliation against YOU at Aurora Detention Facility by anyone.

**The Plaintiff objects to this interrogatory because the term "retaliation" is vague an ambiguous.**

**Notwithstanding this objection, I do not recall receiving any direct threats or retaliation by anyone at the Aurora Detention Facility.**

8.  If YOU are claiming any physical or mental injuries, describe in detail how YOU contend YOU have been physically and/or mentally impaired as a result of the events made the basis of this lawsuit.  Please describe in detail the medical treatment received for YOUR physical or mental injuries, if any.

**The Plaintiff is not claiming any physical or mental injuries.**

9.  Please identify specifically each government, industry, business or other written standards or regulations that you contend support YOUR cause of action against Defendant or on which YOU base any claim against Defendant.

**The Plaintiff objects to this interrogatory because it seeks privileged information and legal conclusions and/or a response to a question of law.**

5

17.    Identify every interview or statement YOU have provided to the news media regarding any claims in this litigation.

**I have not been interviewed by any news media outlets related to this litigation.**

18.    Identify each and every other detention center YOU have visited and/or been detained within the United States.

**I have only been detained in the Aurora detention facility and the Centennial ICE processing facility.**

19.    Identify each and every arrest for any criminal action by listing the date of arrest, crime and location of any detainment in any jail, prison or detention center.

**To the extent the interrogatory requests information regarding arrests, the Plaintiff objects to this interrogatory because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

**I was arrested in La Plata District Case 13CR275 in 2013, and initially detained at the La Plata County Jail. When I was transferred to ICE custody, I was then detained in the El Paso County Jail, and then transferred to the GEO Detention Center in the Aurora Detention Center.**

20.    State the name, web address, and user name for all blogs, online forums, and social networking websites that YOU have belonged or had membership to from January 1, 2010 to the present.

**I have never belonged to any blogs, online forms, or social networking sites other than Facebook.**

22.     Copies of YOUR federal and state income tax returns, including all schedules, worksheets, W-2 forms and 1099's for 2010 to present.

**The Plaintiff objects to this document request because it does not seek relevant information and is not reasonably calculated to lead to the discovery of admissible evidence.**

23.     All documents supporting YOUR contention that this case should be certified as a class action.

**The Plaintiff objects to the request because it calls for legal conclusions and is vague, unduly burdensome, overbroad, overly general, and all-inclusive.**

24.     Copies of all posts and/or blogs YOU have published regarding any alleged action in the Complaint.

**No such documents exist.**

25.     Copies of any documents or records provided to and received from any witness identified in this litigation.

**No such documents exist.**


Dated: 9/30/15

<div style="margin-left:40%">

s/Alexander Hood
Alexander Hood
Towards Justice
1535 High St., Suite 300
Denver, CO 80218
Tel.: 720-239-2606
Fax: 303-957-2289
Email: alex@towardsjustice.org


Attorney for the Plaintiffs

</div>

15

**Certificate of Service**

I hereby certify that on 9/30/15, I served a true and correct copy of the forgoing on the individuals below pursuant to F.R.C.P. 5.

*Attorneys for Defendants*

David R. DeMuro
Charles A. Deacon
Mark Thomas Emery
Shelby Anne Felton

 s/Alexander Hood
Alexander Hood

16

25.    For each witness identified, please provide a brief but fair summary of the information

that they process that may be relevant to any issue in this lawsuit.

**The Plaintiff objects to this interrogatory because it seeks information that is**

**unreasonably cumulative or duplicative.**

**The Plaintiff directs the Defendant to Plaintiffs' Initial Disclosures and incorporates**

**them herein..**


I verify that the forgoing is true and correct as of the date of this response.

_____                              9/29/15
CLIENT SIG                                            Date (fecha)

### FIRST DOCUMENT REQUEST

#### General objections

1.    The Plaintiff objects to these document requests as vague, unduly burdensome, overbroad,

overly general, and all-inclusive.

#### Specific objections and Responses

1.    Copies of any article, recording, interview or statements YOU provided to any news

media or recording from any news media concerning any issue or claim in this litigation.

**The Plaintiffs object. To the extent any such documents exist, they are equally**

**available to both parties.**

2.    Copies of any statements or recordings YOU provided concerning any issue in this

litigation.

10