# EXHIBIT T

# Audio File List

DEPOSITION
EXHIBIT

**12**

6/24/20  HERNANDEZ  TM

| # | Inmate | PIN | Call Time | Duration | Destination | Station |
|---|---|---|---|---|---|---|
| 01 | Hernandez-ceren, Hugo | | 06/30/14 13:11 | 13:17 | | A2-1 |
| 02 | Hernandez-ceren, Hugo | | 06/29/14 15:47 | 18:28 | | A2-1 |
| 03 | Hernandez-ceren, Hugo | | 06/28/14 19:52 | 23:45 | | A2-1 |
| 04 | Hernandez-ceren, Hugo | | 06/27/14 11:47 | 15:49 | | A2-1 |
| 05 | Hernandez-ceren, Hugo | | 06/25/14 17:46 | 00:37 | | A2-1 |
| 06 | Hernandez-ceren, Hugo | | 06/25/14 12:39 | 03:07 | | A2-1 |
| 07 | Hernandez-ceren, Hugo | | 06/24/14 20:19 | 15:22 | | A2-1 |
| 08 | Hernandez-ceren, Hugo | | 06/24/14 14:37 | 12:04 | | A2-1 |
| 09 | Hernandez-ceren, Hugo | | 06/23/14 18:15 | 05:47 | | A2-1 |
| 10 | Hernandez-ceren, Hugo | | 06/21/14 13:35 | 13:31 | | A2-1 |
| 11 | Hernandez-ceren, Hugo | | 06/19/14 20:15 | 03:53 | | A2-1 |
| 12 | Hernandez-ceren, Hugo | | 06/19/14 20:12 | 00:55 | | A2-1 |
| 13 | Hernandez-ceren, Hugo | | 06/18/14 18:01 | 06:47 | | A2-1 |
| 14 | Hernandez-ceren, Hugo | | 06/18/14 17:41 | 18:13 | | A2-1 |
| 15 | Hernandez-ceren, Hugo | | 06/15/14 12:59 | 09:59 | | A2-1 |
| 16 | Hernandez-ceren, Hugo | | 06/12/14 19:18 | 07:18 | | A2-1 |
| 17 | Hernandez-ceren, Hugo | | 06/11/14 18:04 | 08:48 | | A2-1 |
| 18 | Hernandez-ceren, Hugo | | 06/09/14 17:47 | 08:40 | | A2-1 |
| 19 | Hernandez-ceren, Hugo | | 06/08/14 19:12 | 20:28 | | A2-1 |
| 20 | Hernandez-ceren, Hugo | | 06/06/14 20:37 | 04:39 | | A2-1 |
| 21 | Hernandez-ceren, Hugo | | 06/06/14 16:27 | 04:42 | | A2-1 |
| 22 | Hernandez-ceren, Hugo | | 06/05/14 18:31 | 06:52 | | A2-1 |
| 23 | Hernandez-ceren, Hugo | | 06/04/14 19:21 | 14:13 | | A2-1 |
| 24 | Hernandez-ceren, Hugo | | 06/04/14 14:27 | 05:22 | | A2-1 |
| 25 | Hernandez-ceren, Hugo | | 06/02/14 17:44 | 18:34 | | A2-1 |
| 26 | Hernandez-ceren, Hugo | | 05/31/14 18:44 | 27:25 | | A2-1 |
| 27 | Hernandez-ceren, Hugo | | 05/31/14 18:43 | 00:24 | | A2-1 |
| 28 | Hernandez-ceren, Hugo | | 05/30/14 19:45 | 01:14 | | A2-1 |
| 29 | Hernandez-ceren, Hugo | | 05/29/14 11:36 | 17:38 | | A2-1 |
| 30 | Hernandez-ceren, Hugo | | 05/21/14 16:17 | 07:00 | | A2-1 |
| 31 | Hernandez-ceren, Hugo | | 05/19/14 12:22 | 07:41 | | A2-1 |
| 32 | Hernandez-ceren, Hugo | | 05/17/14 18:51 | 01:54 | | A2-2 |
| 33 | Hernandez-ceren, Hugo | | 05/15/14 18:55 | 09:46 | | A2-1 |
| 34 | Hernandez-ceren, Hugo | | 05/14/14 20:45 | 07:00 | | A2 - 5 |
| 35 | Hernandez-ceren, Hugo | | 05/14/14 11:46 | 08:56 | | A2-1 |

| 36 | Hernandez-ceren, Hugo | | 05/14/14 11:29 | 10:08 | | A2-1 |
|---|---|---|---|---|---|---|
| 37 | Hernandez-ceren, Hugo | | 05/13/14 16:33 | 23:06 | | A2-1 |
| 38 | Hernandez-ceren, Hugo | | 05/13/14 11:42 | 09:07 | | A2-1 |
| 39 | Hernandez-ceren, Hugo | | 05/12/14 18:47 | 20:30 | | A2-1 |
| 40 | Hernandez-ceren, Hugo | | 05/12/14 18:17 | 04:08 | | A2 - 5 |
| 41 | Hernandez-ceren, Hugo | | 05/12/14 15:13 | 02:15 | | A2 - 5 |
| 42 | Hernandez-ceren, Hugo | | 05/11/14 15:49 | 30:16 | | A2-1 |
| 43 | Hernandez-ceren, Hugo | | 05/09/14 13:19 | 17:52 | | A2-1 |
| 44 | Hernandez-ceren, Hugo | | 05/08/14 17:29 | 11:42 | | A2-1 |
| 45 | Hernandez-ceren, Hugo | | 05/07/14 17:55 | 10:22 | | A2-1 |
| 46 | Hernandez-ceren, Hugo | | 05/04/14 14:25 | 22:45 | | A2-1 |
| 47 | Hernandez-ceren, Hugo | | 05/02/14 18:33 | 20:45 | | A2-1 |
| 48 | Hernandez-ceren, Hugo | | 04/30/14 12:58 | 13:39 | | A2-1 |
| 49 | Hernandez-ceren, Hugo | | 04/28/14 20:15 | 10:31 | | A2 - 8 |
| 50 | Hernandez-ceren, Hugo | | 04/26/14 19:16 | 19:30 | | A2-1 |
| 51 | Hernandez-ceren, Hugo | | 04/10/14 13:30 | 01:00 | | A2-1 |
| 52 | Hernandez-ceren, Hugo | | 04/07/14 19:07 | 01:55 | | A2-1 |
| 53 | Hernandez-ceren, Hugo | | 04/04/14 18:15 | 15:32 | | A2-1 |
| 54 | Hernandez-ceren, Hugo | | 04/03/14 18:51 | 21:20 | | A2-1 |
| 55 | Hernandez-ceren, Hugo | | 04/01/14 18:53 | 17:30 | | A2-1 |
| 56 | Hernandez-ceren, Hugo | | 03/31/14 14:26 | 08:22 | | A2-1 |
| 57 | Hernandez-ceren, Hugo | | 03/30/14 12:40 | 18:10 | | A2-1 |
| 58 | Hernandez-ceren, Hugo | | 03/27/14 14:41 | 09:27 | | A2-1 |
| 59 | Hernandez-ceren, Hugo | | 03/26/14 20:24 | 15:13 | | A2-1 |
| 60 | Hernandez-ceren, Hugo | | 03/24/14 17:43 | 09:46 | | A2-1 |
| 61 | Hernandez-ceren, Hugo | | 03/24/14 10:35 | 03:26 | | A2 - 8 |
| 62 | Hernandez-ceren, Hugo | | 03/23/14 17:56 | 08:52 | | A2-1 |
| 63 | Hernandez-ceren, Hugo | | 03/22/14 21:15 | 01:33 | | A2 - 8 |
| 64 | Hernandez-ceren, Hugo | | 03/22/14 14:39 | 15:12 | | A2-1 |
| 65 | Hernandez-ceren, Hugo | | 03/21/14 19:36 | 07:08 | | A2-1 |
| 66 | Hernandez-ceren, Hugo | | 03/21/14 17:38 | 03:49 | | A2 - 5 |
| 67 | Hernandez-ceren, Hugo | | 03/21/14 11:15 | 03:22 | | A2-1 |
| 68 | Hernandez-ceren, Hugo | | 03/20/14 20:01 | 15:30 | | A2 - 5 |
| 69 | Hernandez-ceren, Hugo | | 03/20/14 11:52 | 04:35 | | A2 - 5 |
| 70 | Hernandez-ceren, Hugo | | 03/19/14 16:11 | 02:34 | | A2 - 5 |
| 71 | Hernandez-ceren, Hugo | | 03/18/14 17:30 | 00:51 | | A2 - 5 |
| 72 | Hernandez-ceren, Hugo | | 03/18/14 12:40 | 10:14 | | A2-1 |
| 73 | Hernandez-ceren, Hugo | | 03/16/14 16:27 | 07:23 | | A2-1 |

| 74 | Hernandez-ceren, Hugo | | 03/14/14 16:05 | 07:43 | | A2-1 |
|---|---|---|---|---|---|---|
| 75 | Hernandez-ceren, Hugo | | 03/13/14 18:11 | 20:20 | | A2-1 |
| 76 | Hernandez-ceren, Hugo | | 03/12/14 21:11 | 04:25 | | A2-1 |
| 77 | Hernandez-ceren, Hugo | | 03/11/14 13:00 | 13:25 | | A2-2 |
| 78 | Hernandez-ceren, Hugo | | 03/09/14 14:26 | 03:00 | | A2-2 |
| | **Total:** | | | **828:21** | | |