**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**DECLARATION OF ADRIENNE SCHEFFEY IN SUPPORT OF DEFENDANT THE GEO GROUP, INC.'S REPLY IN SUPPORT OF MOTION FOR DECERTIFICATION OF CLASS**

    I, Adrienne Scheffey, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

    1.    I am an attorney for Defendant The GEO Group, Inc. ("Defendant" or "GEO") in the above-captioned matter. I am an attorney in good standing admitted to practice before this Court.

    2.    I submit this Declaration in support of GEO's Reply in Support of GEO's Reply in Support of Motion for Decertification of Class.

1

55438258;1

3. Attached as **Exhibit Y** are true and correct copies of excerpts of Demetrio Valerga's deposition dated October 27, 2017.

4. Attached as **Exhibit Z** are true and correct copies of excerpts of Dagoberto Vizguerra's deposition dated February 21, 2018.

5. Attached as **Exhibit AA** are true and correct copies of excerpts Grisel Xahuentitla's deposition dated October 26, 2017.

6. Attached as **Exhibit BB** are true and correct copies of excerpts Jesus Gaytan's deposition dated November 16, 2017.

Executed this 18th day of November, 2020, in Denver, Colorado.

*s/ Adrienne Scheffey*
Adrienne Scheffey

2

55438258;1