# EXHIBIT Y

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

**Deposition**

# *DEMETRIO VALERGA*

*10/27/2017*

_____

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF DEMETRIO VALERGA
October 27, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By David Seligman, Esq.
           1535 High Street, Suite 300
           Denver, Colorado 80218
            and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado 80203
             Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
               By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  78205
 4                 and
          BURNS, FIGA & WILL, P.C.
 5             By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                  Appearing on behalf of Defendant

 8   Also Present: Monika Cary, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          Pursuant to Notice and the Federal
 2   Rules of Civil Procedure, the video deposition of
 3   DEMETRIO VALERGA, called by Defendant, was taken
 4   on Friday, October 27, 2017, commencing at
 5   9:08 a.m., at 1225 - 17th Street, Suite 3050,
 6   Denver, Colorado, before Tracy L. Harris,
 7   Certified Realtime Reporter, Registered Merit
 8   Reporter, and Notary Public within and for the
 9   State of Colorado.
10
11
12                        I N D E X
13   VIDEO DEPOSITION OF DEMETRIO VALERGA
14   EXAMINATION BY:                              PAGE
15       Mr. Seligman                               --
16       Mr. Turner                                166
17       Mr. Deacon                             8, 169
18       Mr. Eismeier                               --
19
20   EXHIBITS                         INITIAL REFERENCE
21   Exhibit 11  Defendant's Notice of Oral and     90
                 Videotaped Deposition with
22               Subpoena Duces Tecum for Demetrio
                 Valerga
23
     Exhibit 12  U.S. Department of Homeland        92
24               Security Record of Deportable/
                 Inadmissible Alien regarding
25               Demetrio Antonio Valerga
```

```
 1                    I N D E X (Continued)

 2    EXHIBITS                                      INITIAL REFERENCE

 3    Exhibit 13  U.S. Department of Homeland               95
                  Security Memorandum of
 4                Investigation regarding Demetrio
                  Valerga
 5
      Exhibit 14  Disciplinary Segregation Review           96
 6                regarding D. Valerga

 7    Exhibit 15  Administrative Segregation Review         97
                  regarding D. Valerga
 8
      Exhibit 16  Aurora Detention Center                   99
 9                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 10-2-13
10
      Exhibit 17  Aurora Detention Center                  100
11                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 10-8-13
12
      Exhibit 18  Aurora Detention Center                  101
13                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 10-8-13
14
      Exhibit 19  Aurora Detention Center                  102
15                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 6-3-14
16
      Exhibit 20  Aurora Detention Center                  103
17                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 4-21-14
18
      Exhibit 21  Aurora Detention Center                  104
19                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 5-5-14
20
      Exhibit 22  Aurora Detention Center                  106
21                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 5-2-14
22
      Exhibit 23  Aurora Detention Center                  110
23                (Request Form - Kite) regarding
                  Demetrio A. Valerga, 5-24-14
24

25
```

```
 1                      I N D E X (Continued)

 2    EXHIBITS                                    INITIAL REFERENCE

 3    Exhibit 24  Aurora Detention Center                      111
                  (Request Form - Kite) regarding
 4                Demetrio A. Valerga, 12-30-13

 5    Exhibit 25  Aurora Detention Center                      113
                  (Request Form - Kite) regarding
 6                Demetrio A. Valerga, 5-18-14

 7    Exhibit 26  Aurora Detention Center                      114
                  (Request Form - Kite) regarding
 8                Demetrio A. Valerga, 2-18-14

 9    Exhibit 27  Aurora Detention Center                      115
                  (Request Form - Kite) regarding
10                Demetrio A. Valerga, 2-23-14

11    Exhibit 28  Aurora Detention Center                      116
                  (Request Form - Kite) regarding
12                Demetrio A. Valerga, 12-17-13

13    Exhibit 29  Aurora Detention Center                      117
                  (Request Form - Kite) regarding
14                Demetrio A. Valerga, 2-20-14

15    Exhibit 30  Aurora Detention Center                      118
                  (Request Form - Kite) regarding
16                Demetrio A. Valerga, 1-6-14

17    Exhibit 31  Aurora Detention Center                      119
                  (Request Form - Kite) regarding
18                Demetrio A. Valerga, 2-8-14

19    Exhibit 32  Disciplinary Reports/GI's                    120

20    Exhibit 33  Detainee Work Detail Application             127
                  for Demetrio Valerga,
21                Date of Request 10-10-13

22    Exhibit 34  Detainee Work Detail Application             129
                  for Demetrio A. Valerga,
23                Date of Request 10-16-13

24

25
```

```
 1                  I N D E X (Continued)

 2   EXHIBITS                              INITIAL REFERENCE

 3   Exhibit 35  Service Processing Center/Contract   130
                 Detention Facility The Geo Group,
 4               Inc./Aurora Ice Processing Center
                 Detainee Voluntary Work Program
 5               Agreement

 6   Exhibit 36  Emergency Notification and           132
                 Property Disposition Form for
 7               Demetrio A. Valerga

 8   Exhibit 37  Declaration of Demetrio A. Valerga   134

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S
 2             (Exhibits 11 through 37 marked.)
 3             THE VIDEOGRAPHER:  We're on the record
 4   at 9:08 a.m.  Today is October 27, 2017.  This
 5   begins the videotape deposition of Demetrio
 6   Valerga in the matter of Menocal, et al. vs.
 7   The Geo Group.
 8             Will counsel please introduce
 9   themselves and the parties they represent,
10   beginning with plaintiffs' counsel first.
11             MR. TURNER:  Good morning.  Andrew
12   Turner, the Kelman Beuscher Firm, representing the
13   plaintiffs.
14             MR. SELIGMAN:  David Seligman from
15   Towards Justice for the plaintiffs.
16             MR. DEACON:  Charlie Deacon,
17   representing the defendant, The Geo Group.
18             MR. EISMEIER:  Dana Eismeier,
19   representing Geo Group.
20             THE VIDEOGRAPHER:  Will the court
21   reporter please swear in the witness.
22                  DEMETRIO VALERGA,
23   being first duly sworn in the above cause, was
24   examined and testified as follows:
25
```

```
 1                      EXAMINATION
 2   BY MR DEACON:
 3       Q    Do you want me to address you as
 4   Demetrio or as Mr. Valerga?
 5       A    It doesn't matter with me.  It's fine.
 6       Q    Okay.
 7       A    Valerga, Mr. Valerga, Demetrio.  It's
 8   not an issue.
 9       Q    Okay.  Have you ever given a dep- --
10   deposition before?
11       A    No, I haven't.
12       Q    You understand you're sworn under oath
13   to tell the truth?
14       A    Yes.
15       Q    And if I ask a question you don't
16   understand, would you ask me to repeat?
17       A    Say again.  I'm sorry.
18       Q    If I ask you --  Perfect example.  If I
19   ask you --
20       A    I got you there.  No, I understand.
21       Q    Yeah, exactly.  All right.  All right.
22   Now, you actually spent time in administrative
23   segregation, correct?
24       A    Three weeks.
25       Q    Three weeks?
```

1  handbook.
2          Do you recall getting a copy of that?
3     A   Yes.
4     Q   All right.  Did you read that detainee
5  handbook?
6     A   No.
7     Q   Have you ever read that detainee
8  handbook?
9     A   No.
10    Q   And that was provided to you by the
11 Department of Homeland Security, ICE?
12    A   Yes.
13    Q   If you turn to the -- Exhibit No. 14 --
14    A   Uh-huh.
15    Q   -- this talks -- is the -- a note
16 about your disciplinary segregation review.  And
17 it has that you were in disciplinary segregation
18 from June 3, 19- -- 2014 to June 12, 2014.
19         Does that seem accurate to you?
20    A   It looks like it, yes.
21    Q   All right.  And that was for the
22 altercation that you had with another resident?
23    A   Yes.
24    Q   Do you know what happened to the other
25 resident?

```
 1  STATE OF COLORADO)
 2                  )ss.   REPORTER'S CERTIFICATE
 3  COUNTY OF DENVER )
 4          I, Tracy L. Harris, do hereby certify that I
 5  am a Certified Realtime Reporter, Registered Merit
 6  Reporter, and Notary Public within the State of
 7  Colorado; that previous to the commencement of the
 8  examination, the deponent was duly sworn to
 9  testify to the truth.
10          I further certify that this deposition was
11  taken in shorthand by me at the time and place
12  herein set forth, that it was thereafter reduced
13  to typewritten form, and that the foregoing
14  constitutes a true and correct transcript.
15          I further certify that I am not related to,
16  employed by, nor of counsel for any of the parties
17  or attorneys herein, nor otherwise interested in
18  the result of the within action.
19          In witness whereof, I have affixed my
20  signature this 7th day of November, 2017.
21          My commission expires July 30, 2021.
22
23
                       _____
24                     Tracy L. Harris, CRR, RMR, RPR
                       216 - 16th Street, Suite 600
25                     Denver, Colorado  80202
```