# EXHIBIT Z

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLORADO

 3

 4   ALEJANDRO MENOCAL, MARCOS
     BRAMBILA, GRISEL XAHUENTITLA,
 5   HUGO HERNANDEZ, LOURDES
     ARGUETA, JESUS GAYTAN, OLGA
 6   ALEXAKLINA, DAGOBERTO              No. 14-CV-02887-JLK
     VIZGUERRA, and DEMETRIO
 7   VALERGA, on their own behalf
     and on behalf of all others
 8   similarly situated,

 9              Plaintiffs,

10        vs.

11   THE GEO GROUP, INC.,

12              Defendant.
     _____/
13

14

15
              DEPOSITION OF DAGOBERTO VIZGUERRA
16
                    Mexico City, Mexico
17
                Wednesday, February 21, 2018
18

19

20

21

22

23   REPORTED BY:

24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25   Pages 1 - 110
```

```
                                                    Page 2
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3
    ALEJANDRO MENOCAL, MARCOS
 4  BRAMBILA, GRISEL XAHUENTITLA,
    HUGO HERNANDEZ, LOURDES
 5  ARGUETA, JESUS GAYTAN, OLGA
    ALEXAKLINA, DAGOBERTO          No. 14-CV-02887-JLK
 6  VIZGUERRA, and DEMETRIO
    VALERGA, on their own behalf
 7  and on behalf of all others
    similarly situated,
 8
                Plaintiffs,
 9
         vs.
10
    THE GEO GROUP, INC.,
11
                Defendant.
12  _____/
13
14
15     Deposition of DAGOBERTO VIZGUERRA, taken on behalf
16  of the Defendant, at the offices of Norton Rose
17  Fulbright, Paseo de los Tamarindos No. 400-B, Piso 22,
18  Col. Bosques de las Lomas, Mexico City, Mexico, beginning
19  at 9:29 A.M. and ending at 11:52 A.M., on Wednesday,
20  February 21, 2018, before Leslie Rockwood Rosas, RPR, CSR
21  No. 3462.
22
23
24
25
```

```
                                                    Page 3
 1  APPEARANCES:
 2
 3  FOR THE PLAINTIFFS:
 4      LAW OFFICE OF R. ANDREW FREE
 5      BY: R. ANDREW FREE, ESQ.
 6      2004 8th Avenue South
 7      Nashville, Tennessee 37204
 8      (844) 321-3221
 9      andrew@immigrantcivilrights.com
10
11      OUTTEN & GOLDEN LLP
12      BY: DAVID LOPEZ, ESQ.
13      601 Massachusetts Avenue NW
14      Second Floor West Suite
15      Washington, DC 20001
16      (202) 847-4400
17      pdl@outtengolden.com
18
19
20
21
22
23
24
25
```

```
                                                    Page 4
 1  APPEARANCES (Continued):
 2
 3  FOR THE DEFENDANT THE GEO GROUP:
 4      NORTON ROSE FULBRIGHT US LLP
 5      BY: CHARLES A. DEACON, ESQ.
 6      300 Convent Street, Suite 2100
 7      San Antonio, Texas 79205-3792
 8      (210) 270-7133
 9      charles.deacon@nortonrosefulbright.com
10
```

```
                                                    Page 5
 1                    I N D E X
 2
 3
 4  WEDNESDAY, FEBRUARY 21, 2018
 5
 6  WITNESS                                 EXAMINATION
 7  DAGOBERTO VIZGUERRA
 8
 9      BY MR. DEACON                          10, 108
10      BY MR. FREE                                105
11
12  QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
13                      (NONE)
```

Page 6

```
 1                DEPOSITION EXHIBITS
 2                DAGOBERTO VIZGUERRA
 3 NUMBER      DESCRIPTION                  IDENTIFIED
 4 Exhibit 50  Defendant's Notice of                 9
 5             Intention to Take Oral and
 6             Videotaped Deposition of
 7             Dagoberto Vizguerra, 1.23.18
 8 Exhibit 51  Record of                             9
 9             Deportable/Inadmissible
10             Alien, GEO_MEN 0021648 - 1651
11 Exhibit 52  Detainee Work Detail                  9
12             Application, GEO_MEN 00021641
13 Exhibit 53  Detainee Voluntary Work               9
14             Program Agreement, GEO_MEN
15             00021642
16 Exhibit 54  Order to Detain or Release            9
17             Alien, GEO_MEN 00021623,
18             21608 - 9
19 Exhibit 55  Aurora Detention Center               9
20             (Request Form - KITE),
21             GEO_MEN 21667, 21669
22 Exhibit 56  Emergency Notification And           10
23             Property Disposition Form,
24             GEO_MEN 21662
25
```

Page 7

```
 1 Exhibit 57  Immigration Detainer - Notice        10
 2             of Action, GEO_MEN 21614,
 3             21610
 4 Exhibit 58  People of the State of               10
 5             Colorado vs. Vizguerra,
 6             Dagoberto, GEO_MEN 59616
 7 Exhibit 59  People of the State of               10
 8             Colorado vs. Vizguerra,
 9             Dagoberto, GEO_MEN 50608
10 Exhibit 60  Vizguerra, Brenda Roxann vs.         10
11             Vizguerra, Dagoberto, GEO_MEN
12             59456 - 511
13 Exhibit 61  Vizguerra, Brenda Roxann vs.         10
14             Vizguerra, Dagoberto, GEO_MEN
15             59454 - 55
16 Exhibit 62  Intake Screening, GEO_MEN            10
17             59404
18 Exhibit 63  Aurora ICE Processing Center         90
19             Detainee Handbook Local
20             Supplement, PL000029 - 55
21
22
23
24
25
```

Page 8

```
 1       PREVIOUSLY MARKED EXHIBITS REFERENCED:
 2
 3 EXHIBIT NUMBER                             PAGE
 4 Exhibit 7                                    35
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 9

```
 1    Mexico City, Mexico; Wednesday, February 21, 2018
 2                       9:29 A.M.
 3
 4                      PROCEEDINGS
 5
 6              DAGOBERTO VIZGUERRA,
 7       called as a witness, having been duly sworn,
 8       was examined and testified as follows:
 9
10       (Exhibit 50, Defendant's Notice of Intention to
11       Take Oral and Videotaped Deposition of Dagoberto
12       Vizguerra, 1.23.18, marked for identification.)
13       (Exhibit 51, Record of Deportable/Inadmissible
14       Alien, GEO_MEN 0021648 - 1651, marked for
15       identification.)
16       (Exhibit 52, Detainee Work Detail Application,
17       GEO_MEN 00021641, marked for identification.)
18       (Exhibit 53, Detainee Voluntary Work Program
19       Agreement, GEO_MEN 00021642, marked for
20       identification.)
21       (Exhibit 54, Order to Detain or Release Alien,
22       GEO_MEN 00021623, 21608 - 9, marked for
23       identification.)
24       (Exhibit 55, Aurora Detention Center (Request
25       Form - KITE), GEO_MEN 21667, 21669, marked for
```

```
                                                     Page 10                                                       Page 11
 1         identification.)                                    1  Dagoberto or Vizguerra?
 2         (Exhibit 56, Emergency Notification And Property    2      A.  Dago.
 3         Disposition Form, GEO_MEN 21662, marked for         3      Q.  Dago?  It's even easier for me.
 4         identification.)                                    4      A.  Yes.
 5         (Exhibit 57, Immigration Detainer - Notice of       5      Q.  Okay.  Dago.
 6         Action, GEO_MEN 21614, 21610, marked for            6          Please -- can you please state your name for the
 7         identification.)                                    7  record.
 8         (Exhibit 58, People of the State of Colorado vs.    8      A.  Dagoberto Vizguerra Hernandez.
 9         Vizguerra, Dagoberto, GEO_MEN 59616, marked for     9      Q.  Okay.  Dago, where do you live?
10         identification.)                                   10      A.  In Guanajuato.
11         (Exhibit 59, People of the State of Colorado vs.  11      Q.  Here in Mexico?
12         Vizguerra, Dagoberto, GEO_MEN 50608, marked for   12      A.  Yes.
13         identification.)                                  13      Q.  How far is that from where we're taking your
14         (Exhibit 60, Vizguerra, Brenda Roxann vs.         14  deposition in Mexico City?
15         Vizguerra, Dagoberto, GEO_MEN 59456 - 511,        15      A.  Five hours.
16         marked for identification.)                       16      Q.  Five hours.
17         (Exhibit 61, Vizguerra, Brenda Roxann vs.         17          Okay.  What do you do for a living?
18         Vizguerra, Dagoberto, GEO_MEN 59454 - 55, marked  18      A.  I work at a -- like, a metal delivery company.
19         for identification.)                              19      Q.  Okay.  You deliver metal?
20         (Exhibit 62, Intake Screening, GEO_MEN 59404,     20      A.  Yes.
21         marked for identification.)                       21      Q.  Okay.  And I know you've lived in Mexico, and I
22                                                           22  know you've lived in Colorado.  Is there any other places
23                     EXAMINATION                           23  you have lived?
24  BY MR. DEACON:                                           24      A.  Washington.
25      Q.  Mr. Vizguerra, do you want me to call you        25      Q.  State of Washington?
```



Page 37
1         THE WITNESS:  No.
2     Q.  BY MR. DEACON:  You don't remember that?
3     A.  No.
4     Q.  Okay.  Were you assigned an ICE officer to
5 communicate with while you were at Aurora?
6     A.  I don't remember.
7     Q.  You don't remember.  Okay.
8         All right.  The following paragraph says, "The
9 facility where you are being detained will also provide
10 you with a local detainee handbook."
11        Do you remember getting a local detainee
12 handbook?
13    A.  No.
14    Q.  It says, "We request that you become familiar
15 with both the national detainee handbook and the local
16 supplement."
17        Did you go over this handbook?  Did you read
18 this handbook?
19    A.  No.
20    Q.  Did you read the handbook that you're looking at
21 right now?
22    A.  No.
23    Q.  Do you remember seeing an orientation video when
24 you were taken to --
25    A.  I don't remember.

```
                                         Page 110
 1  STATE OF CALIFORNIA   ) ss:
 2  COUNTY OF MARIN       )
 3
 4          I, LESLIE ROCKWOOD ROSAS, CSR NO. 3452, do
 5  hereby certify:
 6          That the foregoing deposition testimony was
 7  taken before me at the time and place therein set forth
 8  and at which time the witness was administered the oath;
 9          That testimony of the witness and all objections
10  made by counsel at the time of the examination were
11  recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of my
15  skill and ability.
16          I further certify that I am neither counsel for
17  any party to said action, nor am I related to any party
18  to said action, nor am I in any way interested in the
19  outcome thereof.
20          IN WITNESS WHEREOF, I have subscribed my name
21  this 1st day of March, 2018.
22
23
24          _____
25          LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```