# EXHIBIT AA

Case No. 1:14-cv-02887-JLK-CYC   Document 353-3   filed 11/18/20   USDC Colorado   pg 1 of 11

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

**Deposition**

# *GRISEL XAHUENTITLA*

*10/26/2017*

_____

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF GRISEL XAHUENTITLA
October 26, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____

APPEARANCES:

    TOWARDS JUSTICE-DENVER
        By Alexander N. Hood, Esq.
           1535 High Street, Suite 300
           Denver, Colorado  80218
           and
    THE MEYER LAW OFFICE, P.C.
        By Hans C. Meyer, Esq.
           1029 Santa Fe
           Denver, Colorado  80204
           and
    THE KELMAN BUESCHER FIRM
        By Andrew H. Turner, Esq.
           600 Grant Street, Suite 450
           Denver, Colorado  80203
             Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
               By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  78205
 4                   and
          BURNS, FIGA & WILL, P.C.
 5             By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                   Appearing on behalf of Defendant

 8   Also Present: Monika Cary, videographer

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            Pursuant to Notice and the Federal

 2   Rules of Civil Procedure, the video deposition of

 3   GRISEL XAHUENTITLA, called by Defendant, was taken

 4   on Thursday, October 26, 2017, commencing at

 5   10:30 a.m., at 1225 - 17th Street, Suite 3050,

 6   Denver, Colorado, before Tracy L. Harris,

 7   Certified Realtime Reporter, Registered Merit

 8   Reporter, and Notary Public within and for the

 9   State of Colorado.

10

11

12                       I N D E X

13   VIDEO DEPOSITION OF GRISEL XAHUENTITLA

14   EXAMINATION BY:                                PAGE

15       Mr. Hood                                    163

16       Mr. Meyer                                    --

17       Mr. Turner                                   --

18       Mr. Deacon                              6, 173

19       Mr. Eismeier                                 --

20
     EXHIBITS                          INITIAL REFERENCE
21
     Exhibit 1  Defendant's Amended Notice of        21
22              Intention to take Oral and
                Videotaped Deposition of
23              Grisel Xahuentitla

24   Exhibit 2  U.S. Department of Homeland          25
                Security Record of Deportable/
25              Inadmissible Alien
```

```
 1                   I N D E X (Continued)

 2    EXHIBITS                                   INITIAL REFERENCE

 3    Exhibit 3  Detainee Grievance Form                    50
                 Case# 14-114, Grisel
 4               Xahuentitla-Flores

 5    Exhibit 4  Detainee Work Detail Application           52
                 for Grisel Xahuentitla-Flores
 6
      Exhibit 5  Service Processing Center/Contract         60
 7               Detention Facility The Geo Group,
                 Inc./Aurora Ice Processing Center
 8               Detainee Voluntary Work Program
                 Agreement
 9
      Exhibit 6  Order to Detain or Release Alien           65
10
      Exhibit 7  U.S. Immigration and Customs               65
11               Enforcement, Enforcement and
                 Removal Operations National
12               Detainee Handbook Detention
                 Management Division
13
      Exhibit 8  Emergency Notification and                117
14               Property Disposition Form for
                 Grisel Xahuentitla-Flores
15
      Exhibit 9  Declaration of Grisel                     118
16               Xahuentitla-Flores

17    Exhibit 10 Ex-detainees: Detention center's          141
                 practices border on slavery by
18               Colleen Slevin, June 22, 2017

19

20

21

22

23

24

25
```

```
 1                P R O C E E D I N G S
 2              (Exhibits 1 through 10 marked.)
 3              THE VIDEOGRAPHER:  We're on the record
 4   at 10:30 a.m.  Today is October 26, 2017.  This
 5   begins the videotape deposition of Grisel
 6   Xahuentitla, taken by the defendant in the matter
 7   of Menocal, et al. vs. The Geo Group.
 8              We are located at 1225 - 17th Street,
 9   Suite 3050, Denver, Colorado.  The court reporter
10   is Tracy Harris.  The videographer is Monika Cary.
11   Counsel will introduce themselves and the parties
12   they represent beginning with plaintiff's counsel
13   first.
14              MR. HOOD:  Alexander Hood for the
15   plaintiff from Towards Justice.
16              MR. MEYER:  Hans Meyer with the Meyer
17   Law Office
18              MR. TURNER:  Andrew Turner, the Kelman
19   Buescher Firm.
20              MR. DEACON:  This is Charlie Deacon
21   with Norton Rose Fulbright, representing The
22   Geo Group.
23              MR. EISMEIER:  And Dana Eismeier, Burns
24   Figa & Will, also for Geo Group.
25              THE VIDEOGRAPHER:  Will the court
```

1    reporter please sweat in the witness.

2                    GRISEL XAHUENTITLA,

3    being first duly sworn in the above cause, was

4    examined and testified as follows:

5                         EXAMINATION

6    BY MR DEACON:

7        Q    Ms. Grisel (sic), we met just briefly

8    before your deposition.  Could you identify

9    yourself for the record.

10       A    My name is Grisel Xahuentitla-Flores.

11            MR. HOOD:  Mr. Deacon, before -- before

12   we get started, could we just put a few things on

13   the record?

14            MR. DEACON:  Absolutely.

15            MR. HOOD:  First, I'd just like to pass

16   my witness a glass of water.

17            MR. DEACON:  Good idea.

18            MR. HOOD:  And prior to going on the

19   record, we discussed a stipulation that simply

20   saying the word "Objection" would be sufficient to

21   preserve any deposition-appropriate objections

22   and -- with no further language; is that correct?

23            MR. DEACON:  It is.  Why don't we just

24   keep that the same for all depos.

25            Fair?

```
1    A    You don't really expect to read it all.
2    Q    (By Mr. Deacon)  But you --  But you've
3  seen this book before, correct?
4    A    Yeah.  They hand you the book when you
5  come to the detention center.
6    Q    And this is issued by U.S. Immigration
7  and Customs Enforcement, correct?
8         MR. HOOD:  Objection.
9    A    That's what it says down here
10 (indicating).
11   Q    (By Mr. Deacon)  Yeah.  And, in fact,
12 if you flip to the next page, there it is right on
13 top, correct?
14   A    Yes.
15   Q    Okay.  And when you went to Aurora, you
16 also sat through an orientation videotape,
17 correct?
18   A    I don't really remember that.
19   Q    You don't remember?
20   A    I don't really remember that.
21   Q    Okay.  Under Page 2, if you flip past
22 the table of contents, it says "Your Rights and
23 Responsibilities."  At the top of the right -- the
24 right-hand side of the page, it does say that
25 you -- you're -- under the "Rights and
```

1  Q   Is there any other medication that
2  you're on right now -- that you're taking right
3  now?
4  A   Right now?  No, sir.
5  Q   Like, today or yesterday or anything
6  like that?
7  A   No.
8  Q   Okay.  Very good.  Now, when I ask you
9  about an orientation video, do you recall seeing
10 that?
11     MR. HOOD:  Objection.
12 Q   (By Mr. Deacon)  When you first got
13 to --
14 A   Like --
15 Q   -- Aurora, do you recall seeing a video
16 when you got this handbook or around that time?
17 A   Like I said, I cannot remember that.
18 Q   Okay.  Well, let me ask you this:  Do
19 you recall ever being shown a pro bono immigration
20 law video?
21     MR. HOOD:  Objection.
22 A   No, because they only let the girls --
23 I don't know.  They only let the girls from the
24 pod if they needed to see a pro bono lawyer or
25 representatives, whatever they call it.  Like,

1  STATE OF COLORADO)

2                   )ss.   REPORTER'S CERTIFICATE

3  COUNTY OF DENVER )

4        I, Tracy L. Harris, do hereby certify that I
5  am a Certified Realtime Reporter, Registered Merit
6  Reporter, and Notary Public within the State of
7  Colorado; that previous to the commencement of the
8  examination, the deponent was duly sworn to
9  testify to the truth.

10       I further certify that this deposition was
11 taken in shorthand by me at the time and place
12 herein set forth, that it was thereafter reduced
13 to typewritten form, and that the foregoing
14 constitutes a true and correct transcript.

15       I further certify that I am not related to,
16 employed by, nor of counsel for any of the parties
17 or attorneys herein, nor otherwise interested in
18 the result of the within action.

19       In witness whereof, I have affixed my
20 signature this 6th day of November, 2017.

21       My commission expires July 30, 2021.

22

23
                         _____
24                       Tracy L. Harris, CRR, RMR, RPR
                         216 - 16th Street, Suite 600
25                       Denver, Colorado  80202