# EXHIBIT BB

# *MENOCAL*

# *VS.*

# *THE GEO GROUP*

### Deposition

# *JESUS YEPEZ GAYTAN*

*11/16/2017*

_____

# *AB Court Reporting & Video*
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK
_____

VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN
November 16, 2017
_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA, on their own behalf and on
behalf of all others similarly situated,

Plaintiffs,

vs.

THE GEO GROUP, INC.,

Defendant.
_____

APPEARANCES:

  OUTTEN & GOLDEN, LLP
    By Juno Turner, Esq.
      685 Third Avenue, 25th Floor
      New York, New York  10017
       and
  R. ANDREW FREE LAW OFFICE
    By R. Andrew Free, Esq.
      414 Union Street, Suite 900
      Nashville, Tennessee  37209
       Appearing on behalf of Plaintiffs

```
 1   APPEARANCES (Continued):

 2        NORTON ROSE FULBRIGHT US, LLP
              By Charles A. Deacon, Esq.
 3                300 Convent Street, Suite 2100
                  San Antonio, Texas  79205
 4                  and
          BURNS, FIGA & WILL, P.C.
 5             By Dana L. Eismeier, Esq.
                  6400 S. Fiddlers Green Circle
 6                Suite 1000
                  Greenwood Village, Colorado  80111
 7                  Appearing on behalf of Defendant

 8   Also Present: Paula Wolff, videographer
```

|     |                                                                    |
| --- | ------------------------------------------------------------------ |
| 1   | Pursuant to Notice and the Federal                                 |
| 2   | Rules of Civil Procedure, the video deposition of                  |
| 3   | JESUS YEPEZ GAYTAN, called by Defendant, was taken                 |
| 4   | on Thursday, November 16, 2017, commencing at                      |
| 5   | 11:33 a.m., at 1225 - 17th Street, Suite 3050,                     |
| 6   | Denver, Colorado, before Tracy L. Harris,                          |
| 7   | Certified Realtime Reporter, Registered Merit                      |
| 8   | Reporter, and Notary Public within and for the                     |
| 9   | State of Colorado.                                                 |
| 10  |                                                                    |
| 11  |                                                                    |
| 12  | I N D E X                                                          |
| 13  | VIDEO DEPOSITION OF JESUS YEPEZ GAYTAN                             |
| 14  | EXAMINATION BY:                                        PAGE        |
| 15  |    Ms. Turner                           139, 153    |
| 16  |    Mr. Free                             --          |
| 17  |    Mr. Deacon                           6, 146      |
| 18  |    Mr. Eismeier                         --          |
| 19  |                                                                    |
| 20  | EXHIBITS                                       INITIAL REFERENCE   |
| 21  | ==Exhibit 38== Defendant's Notice to Take Oral         --          |
| 22  |     and Videotaped Deposition of Jesus Gaytan  |
| 23  | ==Exhibit 39== U.S. Department of Homeland             82          |
| 24  |     Security Record of Deportable/Inadmissible Alien regarding |
| 25  |     Jesus Emmanuel Yepez-Gaytan    |

```
 1                     I N D E X (Continued)

 2    EXHIBITS                                    INITIAL REFERENCE

 3    Exhibit 40   Detainee Work Detail Application        87
                   for Jesus Yepez-Gaytan, Date of
 4                 Request 3-30-14

 5    Exhibit 41   Detainee Work Detail Application        90
                   for Jesus Yepez-Gaytan, Date of
 6                 Request 4-24-14

 7    Exhibit 42   Service Processing Center/Contract      91
                   Detention Facility The Geo Group,
 8                 Inc./Aurora Ice Processing Center
                   Detainee Voluntary Work Program
 9                 Agreement 4-24-14

10    Exhibit 43   Service Processing Center/Contract      92
                   Detention Facility The Geo Group,
11                 Inc./Aurora Ice Processing Center
                   Detainee Voluntary Work Program
12                 Agreement 4-30-14

13    Exhibit 44   Emergency Notification and              93
                   Property Disposition Form for
14                 Jesus Yepez-Gaytan 4-23-14

15    Exhibit 45   Emergency Notification and              93
                   Property Disposition Form for
16                 Jesus Yepez-Gaytan 7-18-14

17    Exhibit 46   Case No. 14M00840 People of the         96
                   State of Colorado v. Jesus
18                 Emmanuel Yepez-Gaytan Petition
                   and Order for Writ of Habeas Corpus
19                 and Prosequendum

20    Exhibit 47   Aurora Detention Center                 98
                   (Request Form - Kite) regarding
21                 Jesus Yepez-Gaytan, 6-10-14

22    Exhibit 48   Detainee Grievance Form                102
                   Case No. 14-104 for Jesus
23                 Yepez-Gaytan

24    Exhibit 49   Declaration of Jesus Gaytan            104

25
```

```
 1                   P R O C E E D I N G S
 2                (Exhibits 38 through 49 marked.)
 3             VIDEOGRAPHER:  We're on the record at
 4   11:33 a.m.  Today is November 16, 2017.  This
 5   begins the video deposition of Jesus Yepez Gaytan,
 6   taken by the defendant in the matter of Menocal,
 7   et al. vs. The Geo Group.
 8             We are located at Norton Rose Fulbright
 9   U.S., LLP, 1225 - 17th Street, Suite 3050, Denver,
10   Colorado 80202.  The court reporter is Tracy
11   Harris.  I am the videographer; my name is Paula
12   Wolff.
13             Counsel will now introduce themselves,
14   starting with plaintiffs' counsel first.
15             MS. TURNER:  Juno Turner, Outten &
16   Golden for the plaintiffs.
17             MR. FREE:  Andrew Free, The Law Office
18   of Andrew Free, for the plaintiffs.
19             MR. DEACON:  Charlie Deacon for The
20   Geo Group, Inc.
21             MR. EISMEIER:  And Dana Eismeier for
22   Geo Group.
23             THE VIDEOGRAPHER:  Will the court
24   reporter please swear in the witness.
25                    JESUS YEPEZ GAYTAN,
```

```
 1   being first duly sworn in the above cause, was

 2   examined and testified as follows:

 3                        EXAMINATION

 4   BY MR DEACON:

 5       Q    You're done.  You can put your hand

 6   down.

 7            Mr. Yepez, why are you suing my client,

 8   The Geo Group?

 9       A    I'm suing your client because of the

10   sanitation situation and the $1 -- the $1

11   situation that I want to get compense -- compense

12   (sic) for it.  Yeah.

13       Q    Whose idea was it to bring this

14   lawsuit?

15       A    Us --  The employee- --  The

16   employees -- employers (sic).

17       Q    Who --  Who brought it to --  Who first

18   approached you about being a party to this case?

19       A    It was one of my -- the workers that

20   worked there.

21       Q    Who was that?

22       A    Diego Vizguerra.  Diego Vizguerra.

23       Q    Okay.  And how did you know Dagoberto?

24       A    He was --

25            MS. TURNER:  He said Diego, I think.
```

1    A    Yeah.

2    Q    Okay.  Do you see in the middle there

3  it says, "I verify that I have received copy

4  number" -- and I can't read what's written in

5  there; it's either 78 or something similar to

6  that -- "of the detainee handbook and have been

7  shown the orientation video" -- "video in intake."

8         Do you remember seeing the --

9         I do not remember.

10   Q    -- the orientation video?

11   A    I do not remember.

12   Q    You do not remember?

13   A    I do not remember.

14   Q    Okay.  But you remember getting this

15 detainee handbook, correct?

16   A    Yeah.

17   Q    And it says, "I understand that I need

18 to return the handbook to staff upon my release

19 from the facility," which you did, right?

20   A    Can you ask that again?  Sorry.

21   Q    Yeah.  It says, "I understand that I

22 need to return the handbook to staff upon my

23 release from the facility," correct?

24   A    Yeah.

25   Q    And that's what you did, right?

```
1   STATE OF COLORADO)
2                    )ss.    REPORTER'S CERTIFICATE
3   COUNTY OF DENVER )
```

4        I, Tracy L. Harris, do hereby certify that I
5   am a Certified Realtime Reporter, Registered Merit
6   Reporter, and Notary Public within the State of
7   Colorado; that previous to the commencement of the
8   examination, the deponent was duly sworn to
9   testify to the truth.

10       I further certify that this deposition was
11  taken in shorthand by me at the time and place
12  herein set forth, that it was thereafter reduced
13  to typewritten form, and that the foregoing
14  constitutes a true and correct transcript.

15       I further certify that I am not related to,
16  employed by, nor of counsel for any of the parties
17  or attorneys herein, nor otherwise interested in
18  the result of the within action.

19       In witness whereof, I have affixed my
20  signature this 29th day of November, 2017.

21       My commission expires July 30, 2021.

22

23
                         _____
24                       Tracy L. Harris, CRR, RMR, RPR
                         216 - 16th Street, Suite 600
25                       Denver, Colorado  80202