IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

## MOTION FOR WITHDRAWAL OF ATTORNEY COLIN L. BARNACLE

Defendant The GEO Group, Inc. ("Defendant") hereby moves this Court to withdraw attorney Colin L. Barnacle as counsel of record, and in support thereof states as follows:

1. The undersigned entered his appearance in this matter as counsel for Defendant.

2. Under Local Rule 5(b) good cause exists for withdrawal. The undersigned is no longer employed by or associated with Akerman LLP.

3. Melissa L. Cizmorris and Adrienne Scheffey of Akerman LLP have each entered an appearance as counsel on behalf of Defendant and will continue to represent Defendant in this matter.

1

4. No party will be prejudiced by the withdrawal, because Ms. Cizmorris and Ms. Scheffey will continue to represent Defendant.

WHEREFORE, Defendant respectfully requests this Court withdraw Colin L. Barnacle from representation of Defendant in this matter and permit Ms. Cizmorris and Ms. Scheffey to remain as counsel of record.

Respectfully submitted, this 2nd day of December, 2020.

**AKERMAN LLP**

*s/ Colin L. Barnacle*
Colin L. Barnacle, #33657
Christopher J. Eby, #43806
Melissa L. Cizmorris, #43790
Adrienne Scheffey, #48668
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone:(303) 260-7712
Facsimile: (303) 260-7714
Email: colin.barnacle@akerman.com
Email: christopher.eby@akerman.com
Email: melissa.cizmorris@akerman.com
Email: adrienne.scheffey@akerman.com

*Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of December, 2020, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY COLIN L. BARNACLE** was filed and served electronically via the Court's CM/ECF system on the following:

**Counsel for Plaintiffs:**

| | | |
|---|---|---|
| Alexander N. Hood<br>David H. Seligman<br>Juno E. Turner<br>Andrew Schmidt<br>TOWARDS JUSTICE<br>PO Box 371680<br>PMB 44465<br>Denver, CO 80237-5680<br>alex@towardsjustice.org<br>david@towardsjustice.org<br>juno@towardsjustice.org<br>andy@towardsjustice.org<br><br>Andrew H. Turner<br>Matthew Fritz-Mauer<br>KELMAN BUESCHER FIRM<br>600 Grant St., Ste. 825<br>Denver, CO 80203<br>aturner@laborlawdenver.com<br>mfritzmauer@laborlawdenver.com<br><br>Hans C. Meyer<br>MEYER LAW OFFICE, P.C.<br>P.O. Box 40394<br>Denver, CO 80204<br>hans@themeyerlawoffice.com | P. David Lopez<br>OUTTEN & GOLDEN, LLP<br>601 Massachusetts Ave. NW<br>2nd Floor West Suite<br>Washington, DC 20001<br>pdl@outtengolden.com<br><br>Adam L. Koshkin<br>Rachel W. Dempsey<br>OUTTEN & GOLDEN, LLP<br>One California St., 12th Fl.<br>San Francisco, CA 94111<br>akoshkin@outtengolden.com<br>rdempsey@outtengolden.com<br><br>Michael J. Scimone<br>Ossai Miazad<br>OUTTEN & GOLDEN, LLP<br>685 Third St., 25th Fl.<br>New York, NY 10017<br>mscimone@outtengolden.com<br>om@outtengolden.com | R. Andrew Free<br>LAW OFFICE OF R. ANDREW FREE<br>P.O. Box 90568<br>Nashville, TN 37209<br>andrew@immigrantcivilrights.com<br><br>Brandt P. Milstein<br>MILSTEIN LAW OFFICE<br>1123 Spruce St.<br>Boulder, CO 80302<br>brandt@milsteinlawoffice.com |

*s/ Nick Mangels*
Nick Mangels

3

55547271;1