IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## MOTION FOR WITHDRAWAL OF ATTORNEY CHRISTOPHER J. EBY

Defendant The GEO Group, Inc. ("Defendant") hereby moves this Court to withdraw attorney Christopher J. Eby as counsel of record, and in support thereof states as follows:

1. The undersigned entered his appearance in this matter as counsel for Defendant.

2. Under Local Rule 5(b) good cause exists for withdrawal. The undersigned is no longer employed by or associated with Akerman LLP.

3. Melissa L. Cizmorris and Adrienne Scheffey of Akerman LLP have each entered an appearance as counsel on behalf of Defendant and will continue to represent Defendant in this matter.

1

4. No party will be prejudiced by the withdrawal, because Ms. Cizmorris and Ms. Scheffey will continue to represent Defendant.

WHEREFORE, Defendant respectfully requests this Court withdraw Christopher J. Eby from representation of Defendant in this matter and permit Ms. Cizmorris and Ms. Scheffey to remain as counsel of record.

Respectfully submitted, this 2nd day of December, 2020.

> **AKERMAN LLP**
>
> *s/ Christopher J. Eby*
> Colin L. Barnacle, #33657
> Christopher J. Eby, #43806
> Melissa L. Cizmorris, #43790
> Adrienne Scheffey, #48668
> 1900 Sixteenth Street, Suite 1700
> Denver, Colorado 80202
> Telephone:(303) 260-7712
> Facsimile: (303) 260-7714
> Email: colin.barnacle@akerman.com
> Email: christopher.eby@akerman.com
> Email: melissa.cizmorris@akerman.com
> Email: adrienne.scheffey@akerman.com
>
> *Attorneys for Defendant The GEO Group, Inc.*

55547303;1

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of December, 2020, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY CHRISTOPHER J. EBY** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

3

55547303;1