**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY
CHRISTOPHER J. EBY**

The Court, having reviewed Defendant The GEO Group, Inc.'s ("Defendant") Motion for Withdrawal of Attorney Christopher J. Eby (the "Motion") and being fully advised in the premises, hereby GRANTS Defendant's Motion. Christopher J. Eby shall be removed as counsel of record for Defendant.

    **IT IS SO ORDERED.**

Dated this ___ day of _____, 2020.

                                                                               _____
                                                                               The Honorable John L. Kane

1