IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

  Plaintiffs,

v.

THE GEO GROUP, INC.,

  Defendant.

## UNOPPOSED MOTION TO RESTRICT

  Defendant The GEO Group, Inc. ("Defendant" or "GEO") hereby moves this Court to restrict access to the following exhibits filed in support of its Reply in Support of Motion to Dismiss for Failure to Join Required Party, ECF Nos. 349 and 349-1. According to D.C.COLO.LCivR 7.2, a motion to restrict public access shall be open to public inspection and shall:

    (1) identify the document or the proceeding for which restriction is sought;

    (2) address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated

1

protective orders with regard to discovery, alone, are insufficient to justify restriction);

(3) identify a clearly defined and serious injury that would result if access is not restricted;

(4) explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits); and

(5) identify the level of restriction sought.

### I.     Conferral Pursuant to D.C.COLO.LCivR 7.2

Counsel for GEO has conferred with counsel for Plaintiffs about the instant motion. Plaintiffs do not oppose the relief sought herein.

### II.    Documents GEO Seeks to Restrict and Level of Restriction Sought

GEO seeks to restrict the following documents filed as exhibits to its Reply in Support of Motion to Dismiss for Failure to Join Required Party:

1. **Exhibit J** (ECF 349-1): A compilation of audit correspondence between GEO and ICE.

GEO seeks Level 1 restriction of these documents as the Parties and the Court will rely upon the contents therein to resolve Defendant's motion.

### III.   Interests to Be Protected and Corresponding Injury

Here, GEO and ICE have marked the audit correspondence as confidential because the documents contain information that is law enforcement sensitive and that reveals the operating procedures of an ICE detention facility. More specifically, the audit correspondence includes the

2

dates of the audits, results of the audits, the names of the individuals involved in resolving the audits, and signatures of audit officials. Additionally, the document contains a disclaimer from ICE that the information should not be disseminated to the public or other personnel who do not have a valid "need-to-know." ECF 349-1 at 2. Local Rule 7.2 permits a party to restrict access to documents on this basis. *See Ayyad v. Holder*, No. 05-CV-02342-WYD-MJW, 2012 WL 1414310, at *3 (D. Colo. Apr. 24, 2012). GEO cannot address the security concerns through redaction or other means because the information that it would be required to redact is pertinent and relevant to the Court's resolution of GEO's motion.

WHEREFORE, Defendant respectfully requests a Level 1 restriction of the documents listed herein which would make the exhibits viewable only by the Court and the Parties to this action.

Respectfully submitted, this 2nd day of December, 2020.

**AKERMAN LLP**

*s/ Adrienne Scheffey*
Adrienne Scheffey
Melissa L. Cizmorris
1900 Sixteenth Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile:  (303) 260-7714
Email: melissa.cizmorris@akerman.com
Email: adrienne.scheffey@akerman.com

**BURNS, FIGA & WILL, P.C.**
Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, CO 80111
Telephone: (303) 796-2626
Facsimile:  (303) 796-2777
Email: deismeier@bfwlaw.com

3

4

Email: mley@bfwlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

4

55456575;1

Case No. 1:14-cv-02887-JLK-CYC   Document 357   filed 12/02/20   USDC Colorado
pg 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of December, 2020, a true and correct copy of the foregoing **UNOPPOSED MOTION TO RESTRICT** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels