**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ORDER GRANTING MOTION FOR WITHDRAWAL OF
ATTORNEY CHRISTOPHER J. EBY (ECF NO. 356)**

---

The Court, having reviewed Defendant The GEO Group, Inc.'s Motion for Withdrawal of Attorney Christopher J. Eby (ECF No. 356) and being fully advised in the premises, hereby GRANTS Defendant's Motion. Accordingly, the Clerk of the Court shall terminate Christopher J. Eby as counsel of record and exclude Mr. Eby from further service in this case. Defendant continues to be represented by Melissa L. Cizmorris and Adrienne Scheffey.

DATED this 3rd day of December, 2020.

                                                       /s/ John L. Kane
                                                       JOHN L. KANE
                                                       SENIOR U.S. DISTRICT JUDGE