# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO RESTRICT (ECF No. 357)

The Court, having reviewed Defendant The GEO Group, Inc.'s Unopposed Motion to Restrict (ECF No. 357) and being fully advised in the premises, hereby GRANTS the Motion. The Clerk of Court is directed to maintain a Level 1 restriction on ECF Nos. 349 and 349-1.

**IT IS SO ORDERED**, this 8th day of December, 2020.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE