**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

 Plaintiff(s),

v.

THE GEO GROUP, INC.,

 Defendant(s).

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for: __**Plaintiffs**__. I was previously entered as counsel for this case but was removed upon failure to timely submit registration fees to this court. Those fees have now been paid and I am once again in good standing with this court.

DATED this 17th day of May, 2021.

 */s/ Hans Meyer*
 Hans Meyer, Esq.
 The Meyer Law Office, PC
 901 W 10th Ave,

2

Denver, CO 80204
Telephone: (303) 831-0817;
Email: hans@themeyerlawoffice.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*s/ Hans Meyer*
The Meyer Law Office, PC
