**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

---

Plaintiffs respectfully provide the following Notice of Supplemental Authority pursuant to D. Colo. Civ. L.R. 7.1(f).

On June 1, 2021, trial began in the consolidated cases of *State of Washington v. The GEO Group, Inc.*, No. 17 Civ. 5806 (W.D. Wash.) and *Nwauzor v. The GEO Group, Inc.*, No. 17 Civ. 5769 (W.D. Wash.). *Washington*, ECF No. 469 (June 1, 2021 minute entry); *Nwauzor*, ECF No. 357 (same). Plaintiffs in these cases alleged that GEO's practice of paying detainee workers $1 per day for work performed under the Voluntary

Work Program ("VWP") at GEO's Northwest Detention Facility violates the Washington Minimum Wage Act.  See *Washington*, ECF No. 492 (jury instructions) at 18; *Nwauzor*, ECF No. 381 (same).

Prior to trial, GEO moved for summary judgment in both *Washington* and *Nwauzor* on the question of whether it was entitled to derivative sovereign immunity.  It lost both motions.  *Washington*, ECF No. 288 (denial of MSJ) at 9; *Nwauzor*, ECF No. 280 (denial of MSJ) at 18-19.

During the *Nwauzor*/*Washington* trial, Daniel Ragsdale, GEO's Vice President of Contract Compliance, admitted that "it is possible" for GEO to pay detainees more than $1/day for work performed in its facilities.  Ex. A (*Nwauzor/Washington* June 14, 2021 Trial Tr.) 25:24-26:4.  He explained that in some circumstances, to "incentiv[ize] participation [in the VWP,] [GEO] pay[s] more than a dollar per day."  *Id.* at 27:1-7.  Ragsdale went on to testify that GEO does, in fact, pay more than $1/day at its Montgomery ICE Processing Center in Conroe, Texas, in order "to make the facility work the way it is supposed to work."  *Id.* at 27:14-28:16.  And he admitted that "[I]t is GEO's decision" to increase the detainee pay in such circumstances.  *Id.* at 28:25-29:9.

After the close of evidence in *Nwauzor*/*Washington*, GEO sought a jury instruction and verdict form on derivative sovereign immunity.  Ex. A at 67:9-19.  The Court declined to provide such an instruction or allow the jury to answer the derivative sovereign immunity question in its verdict, holding, "It is clear from the evidence . . . that the defendant is not entitled to instructions of derivative sovereign immunity."  *Id.* at 67:11-13.

2

GEO's derivative sovereign immunity defense to the minimum wage claims in *Nwauzor* and *Washington* was based on the same set of operative facts that comprise GEO's immunity defense to Plaintiffs' unjust enrichment claims in this case. There, as here, GEO argued that it operated the VWP as it was directed to do so by ICE; that GEO did not exceed its delegated authority in paying $1/day in the VWP; that ICE had valid authority to "provide for" programs that paid wages as low as $1/day due to Congress's authorization in 8 U.S.C. § 1555(d); and that GEO was entitled to immunity notwithstanding its admission that "GEO *could* have had discretion to pay detainees more than a dollar." *Nwauzor*, ECF No. 227 at 24-25. Nevertheless, after a full presentation of GEO's evidence on this defense, the *Nwauzor*/*Washington* court found that derivative sovereign immunity was not triable to the jury. And here, for all of the reasons argued in Plaintiffs' submissions at ECF Nos. 260, 286, and 336, there is likewise no set of disputed facts on which GEO can sustain a derivative sovereign immunity defense as to the $1/day rate.

Plaintiffs submit portions of the trial transcript as Exhibit A to this Notice, and respectfully request that the Court consider this directly relevant authority to the parties' cross-motions for summary judgment on the issue of derivative sovereign immunity, which are currently pending at ECF Nos. 260 and 284.

Dated: New York, NY
      June 28, 2021

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone

**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com

Rachel Dempsey
Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: rdempsey@outtengolden.com
E-Mail: akoshkin@outtengolden.com

Alexander Hood
David Seligman
Juno Turner
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org

R. Andrew Free
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
T: (844) 321-3221
Andrew@ImmigrantCivilRights.com

Brandt Milstein
**MILSTEIN LAW OFFICE**
1123 Spruce Street
Boulder, CO 80302
(303) 440-8780
brandt@milsteinlawoffice.com

Andrew Turner

4

**THE KELMAN BUESCHER FIRM, P.C.**
600 Grant St., Suite 825
Denver, CO 80203
(303) 333-7751
aturner@laborlawdenver.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

5

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2021, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Michael J. Scimone*
                                                Michael J. Scimone
                                                **OUTTEN & GOLDEN LLP**
                                                685 Third Avenue, 25th Floor
                                                New York, NY 10017
                                                Telephone: (212) 245-1000
                                                E-Mail: mscimone@outtengolden.com