**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective September 1, 2021, the mailing address of Akerman LLP's Denver office is as follows:

Adrienne Scheffey
Melissa L. Cizmorris
**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202

1

59242282;1

Respectfully submitted, this 31st day of August, 2021.

        **AKERMAN LLP**

        *s/ Adrienne Scheffey*
        Adrienne Scheffey
        Melissa L. Cizmorris
        1900 Sixteenth Street, Suite 950
        Denver, Colorado 80202
        Telephone: (303) 260-7712
        Facsimile: (303) 260-7714
        Email: melissa.cizmorris@akerman.com
        Email: adrienne.scheffey@akerman.com

        *Attorneys for Defendant The GEO Group, Inc.*

59242282;1

## CERTIFICATE OF SERVICE

I hereby certify on this 31st day of August, 2021, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

*s/ Nick Mangels*
Nick Mangels

3

59242282;1