IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL *ET AL.,*

   Plaintiffs,
v.

THE GEO GROUP, INC.,
   Defendant.

---

NOTICE OF CHANGE OF FIRM AND ADDRESS FOR PLAINTIFFS' ATTORNEY
RACHEL WILLIAMS DEMPSEY

---

**TO THE COURT AND ALL PARTIES:**

  The address for Plaintiffs' attorney Rachel Williams Dempsey is now as follows:

Towards Justice
P.O. Box 371680, PMB 44465
Denver, CO 80237-5680

DATED: November 1, 2021    Respectfully Submitted,

              *s/*Rachel Williams Dempsey_____

              Towards Justice
              P.O. Box 371680, PMB 44465
              Denver, CO 80237-5680
              Ph: 720-441-2236
              Email: rachel@towardsjustice.org

## Certificate of Service

      I hereby certify that on November 1, 2021, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the forgoing using the Court's CM/ECF electronic filing system.

                                                                            *s/*Deborah Schaffer
                                                                            Deborah Schaffer