**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

        Plaintiffs,

v.

THE GEO GROUP, INC.,

        Defendant.

**RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully provide a response to Plaintiffs' Notice of Supplemental Authority and state as follows:

Plaintiffs' Notice of Supplemental Authority is inappropriate and should be disregarded for several reasons. First, the claims in the Colorado and Washington lawsuits are not the same. As Plaintiffs acknowledge, the *State of Washington* case centered on the Washington Minimum Wage Act. (ECF 374, pp. 1-2.) Colorado has a different minimum wage statute, and that statute is not even at issue in this case.

Second, Plaintiffs' lead jury question in *Menocal* is under the federal Trafficking Victims Protection Act ("TVPA"). No TVPA claim was asserted in *State of Washington*.

Third, the class periods in the two cases differ dramatically. The *State of Washington* class period ran from 2005 to the present. In *Menocal*, the TVPA class runs from October 22, 2004 to October 22, 2014. The unjust enrichment class period runs from October 22, 2011 to October 22, 2014. And, as shown in GEO's Response to Plaintiffs' Motion for Summary Judgment on Defendant's Affirmative Defense, during over half of the unjust enrichment class period, the PBNDS specifically *required* GEO to pay only $1.00 a day. (ECF 270, pp. 29-31.) The pertinent language in the PBNDS was changed effective on June 23, 2013. Prior to June 23, 2013, the PBNDS required GEO to pay detainee participants in the VWP exactly $1.00 per day. (*Id.*) The PBNDS's current "at least" language was not effective until after June 23, 2013. (*Id.*) Thus, only after June 23, 2013 is there even a question as to GEO's ability to pay more.

Fourth, Plaintiffs misapply the doctrine of judicial estoppel. Plaintiffs correctly note that judicial estoppel can bar parties from taking inconsistent positions, but omit that judicial estoppel only applies if the party "succeeded in persuading a court to accept that party's former position." *Queen v. TA Operating, LLC*, 734 F.3d 1081, 1087 (10th Cir. 2013) (citation omitted). Plaintiffs' Notice of Supplemental Authority is premised on their argument that the judge and jury in *State of Washington* rejected GEO's position. More importantly, GEO's position in *Menocal* is based on the date that PBNDS amendments were incorporated into GEO's government contract for the Aurora ICE Processing Center, the timing of which is important given the *Menocal* Plaintiffs' unjust enrichment class period.

2

Fifth, and finally, the Notice focuses on a Motion for Judgment as a Matter of Law under Rule 50(a)(1) that GEO filed after the second trial in *State of Washington* which, among other things, raised the derivative sovereign immunity defense. Plaintiffs neglected to point out that a Rule 50(a)(1) can only be made *after* trial. Although the *State of Washington* trial court denied that motion, it specifically noted in its Pre-Trial Order for Second Trial that the court preserved GEO's right to raise a defense of derivative sovereign immunity and that "it is an available affirmative defense, if proven." (Washington ECF No. 579 (Pretrial Order) p. 7). Under no circumstances could this Court rule that post-trial rulings in a case with different claims and different facts could preclude GEO from presenting facts and affirmative defenses to the jury in this case.

Given the dramatically differing circumstances and procedural positions of the two cases, GEO respectfully requests this Court to disregard Plaintiffs' Notice.

Respectfully submitted this 10th day of November, 2021.

 S/ Dana L. Eismeier_____
BURNS, FIGA & WILL, P.C.
Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone:        (303) 796-2626
Facsimile:    (303) 796-2777
Email:        deismeier@bfwlaw.com
              mley@bfwlaw.com


AKERMAN LLP
Adrienne Scheffey
Melissa L. Cizmorris
1900 Sixteenth Street, Suite 950
Denver, CO 80202
Phone:        (303) 260-7712
Facsimile:    (303) 260-7714
Email:        melissa.cizmorris@akerman.com
              Adrienne.scheffey@akerman.com

**Attorneys for Defendant**
**The GEO Group, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2021, I electronically filed the foregoing *Response to Notice of Supplemental Authority* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
(alex@ towardsjustice.org
david@towardsjustice.org
juno@ towardsjustice.org
andy@towardsjustice.org)

R. Andrew Free
LAW OFFICE OF
R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
(andrew@immigrantcivilrights.com)

Adam L. Koshkin
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
(akoshkin@outtengolden.com
rdempsey@outtengolden.com)

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(hans@themeyerlawoffice.com)

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
(pdl@outtengolden.com)

Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
(aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com)

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
(brandt@milsteinlawoffice.com)

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
(mscimone@outtengolden.com
om@outtengolden.com)

 S/ Dana L. Eismeier
BURNS, FIGA & WILL, P.C.
Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:	(303) 796-2626
Facsimile:	(303) 796-2777
Email:	deismeier@bfwlaw.com
	mley@bfwlaw.com

**Attorneys for Defendant**
**The GEO Group, Inc.**