**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**MOTION FOR WITHDRAWAL OF ATTORNEY MELISSA L. CIZMORRIS**

      Defendant The GEO Group, Inc. ("Defendant") hereby moves this Court to withdraw attorney Melissa L. Cizmorris as counsel of record, and in support thereof states as follows:

      1.    The undersigned entered her appearance in this matter as counsel for Defendant and is authorized to state that Defendant does not oppose the requested relief.

      2.    Under D.C.Colo.LAttyR. 5(b) authorizes this Court to grant a motion for an attorney to withdraw on good cause shown after service of the motion on the withdrawing party's client, any unrepresented parties (there are none here), and counsel of record.

1

3. Good cause exists for withdrawal because Dana Eismeier and Michael Ley from Burns, Figa, and Will, P.C. will remain as counsel on behalf of Defendant and will continue to represent Defendant in this matter.

4. Undersigned counsel's withdrawal will not affect the interests of Defendant because it continues to be represented by counsel of its choice. *Meeper, LLC v. Powers*, No. 12-cv-01732-WYD-KMT, 2015 WL 4940972, *2-5 (D. Colo. Aug. 20, 2015) (discussing magistrate judge ruling granting motion to withdraw based on client's decision to retain new, not yet hired, counsel); *Avalanche Equip., LLC v. Williams-S. Co.*, No. 13-cv-02827-NYW-MJW, 2015 WL 3635861, *6 (D. Colo. June 11, 2015) (granting motion to withdraw based on representation by counsel client had terminated counsel); *Ramsey v. Sw. Correctional Med. Grp/*, No. 1:18-cv-01845-WJM-KLM (D. Colo.) (Mot., ECF 203 (Dec. 16, 2019)), Order, ECF 204 (Dec. 17, 2019)) (good cause shown for withdrawal when party hired new counsel, new counsel entered appearance, and moving counsel filed a formal motion under D.C.Colo.LAttyR 5(b)).

5. This Motion is concurrently being served on the withdrawing attorney's client (Defendant) and all counsel of record.

[intentionally left blank]

WHEREFORE, Defendant respectfully requests this Court grant this Motion and allow her to withdraw from representing Defendant in this matter.

Respectfully submitted, this 1st day of February, 2022.

        **AKERMAN LLP**

        *s/ Melissa L. Cizmorris*
        Melissa L. Cizmorris
        1900 Sixteenth Street, Suite 950
        Denver, Colorado 80202
        Telephone:(303) 260-7712
        Facsimile: (303) 260-7714
        Email: melissa.cizmorris@akerman.com

        **BURNS, FIGA & WILL, P.C.**
        Dana L. Eismeier
        Michael Y. Ley
        6400 S. Fiddlers Green Circle, Suite 1000
        Greenwood Village, CO 80111
        Telephone: (303) 796-2626
        Facsimile:  (303) 796-2777
        Email: deismeier@bfwlaw.com
        Email: mley@bfwlaw.com

        *Attorneys for Defendant The GEO Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this 1st day of February, 2022, a true and correct copy of the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY MELISSA L. CIZMORRIS** was filed and served electronically via the Court's CM/ECF system on the following:

### Counsel for Plaintiffs:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
andy@towardsjustice.org

Andrew H. Turner
Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
hans@themeyerlawoffice.com

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
pdl@outtengolden.com

Adam L. Koshkin
Rachel W. Dempsey
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
akoshkin@outtengolden.com
rdempsey@outtengolden.com

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
mscimone@outtengolden.com
om@outtengolden.com

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
andrew@immigrantcivilrights.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
brandt@milsteinlawoffice.com

The GEO Group, Inc.

*s/ Nick Mangels*
Nick Mangels

4

61910908;1