IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## ENTRY OF APPEARANCE

Wayne H. Calabrese, of The GEO Group, Inc., pursuant to D.C.COLO.LAttyR 5(a)(1), hereby enters his appearance in this matter on behalf of Defendant THE GEO GROUP, INC.

Respectfully submitted this 27th day of October, 2022.

*/s/ Wayne H. Calabrese*
Wayne H. Calabrese
The GEO Group, Inc.
4955 Technology Way
Boca Raton, FL 33431
Phone:       561-999-7344
Facsimile:   561-999-7647
Email:  wcalabrese@geogroup.com
Secondary Email: gveniero@geogroup.com

**Attorney for Defendant
THE GEO GROUP, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2022, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Alexander N. Hood<br>David H. Seligman<br>Juno E. Turner<br>Andrew Schmidt<br>TOWARDS JUSTICE<br>PO Box 371680<br>PMB 44465<br>Denver, CO 80237-5680<br>(alex@ towardsjustice.org<br>david@towardsjustice.org<br>juno@ towardsjustice.org<br>andy@towardsjustice.org) | P. David Lopez<br>OUTTEN & GOLDEN, LLP<br>601 Massachusetts Ave. NW<br>2nd Floor  West Suite<br>Washington, DC 20001<br>(pdl@outtengolden.com) |
| R. Andrew Free<br>LAW OFFICE OF R. ANDREW FREE<br>P.O. Box 90568<br>Nashville, TN 37209<br>(andrew@immigrantcivilrights.com) | Matthew  Fritz-Mauer<br>Andrew H. Turner<br>KELMAN BUESCHER FIRM<br>600  Grant St., Ste. 825<br>Denver, CO 80203<br>(aturner@laborlawdenver.com<br>mfritzmauer@laborlawdenver.com |

2

Adam L. Koshkin
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
(akoshkin@outtengolden.com
rdempsey@outtengolden.com)

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(hans@themeyerlawoffice.com)

Dana L. Eismeier
Michael Y. Ley
Adrienne Scheffey
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
(deismeier@bfwlaw.com,
mley@bfwlaw.com,
ascheffey@bfwlaw.com)

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
(brandt@milsteinlawoffice.com)

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
(mscimone@outtengolden.com,
om@outtengolden.com)

/s/ Wayne H. Calabrese
Wayne H. Calabrese
The GEO Group, Inc.
4955 Technology Way
Boca Raton, FL 33431
Phone:      561-999-7344
Facsimile:   561-999-7647
Email:  wcalabrese@geogroup.com
Secondary Email: gveniero@geogroup.com

**Attorney for Defendant
THE GEO GROUP, INC.**