# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated*,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

---

## ENTRY OF APPEARANCE

---

Joseph Negron, Jr., of The GEO Group, Inc., pursuant to D.C.COLO.LAttyR 5(a)(1),

hereby enters his appearance in this matter on behalf of Defendant THE GEO GROUP, INC.

Respectfully submitted this 27th day of October, 2022.

*/s/ Joseph Negron, Jr.*
Joseph Negron, Jr.
The GEO Group, Inc.
4955 Technology Way
Boca Raton, FL 33431
Phone:       561-999-7350
Facsimile:   561-999-7647 (fax)
Email:  jnegron@geogroup.com
Secondary Email: gveniero@geogroup.com

**Attorneys for Defendant
THE GEO GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2022, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
(alex@ towardsjustice.org
david@towardsjustice.org
juno@ towardsjustice.org
andy@towardsjustice.org)

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor  West Suite
Washington, DC 20001
(pdl@outtengolden.com)

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
(andrew@immigrantcivilrights.com)

Matthew  Fritz-Mauer
Andrew H. Turner
KELMAN BUESCHER FIRM
600  Grant St., Ste. 825
Denver, CO 80203
(aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com)

Adam L. Koshkin
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
(akoshkin@outtengolden.com
rdempsey@outtengolden.com)

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(hans@themeyerlawoffice.com)

Dana L. Eismeier
Michael Y. Ley
Adrienne Scheffey
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
(deismeier@bfwlaw.com,
mley@bfwlaw.com,
ascheffey@bfwlaw.com)

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
(brandt@milsteinlawoffice.com)

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
(mscimone@outtengolden.com,
om@outtengolden.com)

/s/ Joseph Negron, Jr.
Joseph Negron, Jr.
The GEO Group, Inc.
4955 Technology Way
Boca Raton, FL 33431
Phone:        561-999-7350
Facsimile:  561-999-7647 (fax)
Email:  jnegron@geogroup.com
Secondary Email: gveniero@geogroup.com

**Attorney for Defendant
THE GEO GROUP, INC.**