**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL, MARCOS BRAMBILA, GRISEL XAHUENTITLA, HUGO HERNANDEZ, LOURDES ARGUETA, JESUS GAYTAN, OLGA ALEXAKLINA, DAGOBERTO VIZGUERRA, and DEMETRIO VALEGRA, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

---

**NOTICE OF APPEAL**

---

Defendant, The Geo Group, Inc., ("GEO") appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Order on the Parties' Cross Motions for Summary Judgment and for Defendant's Motion to Dismiss and for Decertification of Class (ECF No. 380) entered Oct. 18, 2022. In particular, Defendant appeals the grant of Plaintiffs' Motion for Summary Judgment on GEO's Affirmative Defenses (ECF No. 260) and denial of GEO's Cross Motion for Summary Judgment (ECF No. 284).

Date: November 16, 2022

By: */s/* Naomi Beer

David G. Palmer
Naomi Beer
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500
palmerdg@gtlaw.com
beern@gtlaw.com

Scott Schipma
Dominic Draye (Of Counsel)
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
(202) 331-3141
schipmas@gtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November, 2022, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
PMB 44465
Denver, CO 80237-5680
(alex@towardsjustice.org, david@towardsjustice.org juno@towardsjustice.org, andy@towardsjustice.org)

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
(pdl@outtengolden.com)

R. Andrew Free
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
(andrew@immigrantcivilrights.com)

Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
(aturner@laborlawdenver.com mfritzmauer@laborlawdenver.com)

Adam L. Koshkin
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111 (akoshkin@outtengolden.com, rdempsey@outtengolden.com)

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
(brandt@milsteinlawoffice.com)

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(hans@themeyerlawoffice.com)

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
(mscimone@outtengolden.com om@outtengolden.com)

By: */s/* Naomi Beer
Naomi Beer