UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

November 17, 2022

Ms. Naomi Beer
Mr. David G. Palmer
Greenberg Traurig
1144 15th Street, Suite 3300
Denver, CO 80202

Mr. Dominic Draye
Greenberg Traurig
2101 L Street, NW
Suite 1000
Washington, DC 20037

Mr. Dana L. Eismeier
Burns Figa & Will
6400 South Fiddler's Green Circle, Suite 1000
Greenwood Village, CO 80111

RE:  22-1409, Menocal, et al v. The GEO Group, Inc.
     Dist/Ag docket: 1:14-CV-02887-JLK-MEH

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a

set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Robert Andrew Free
      Alexander Hood
      David Lopez
      Hans Meyer
      Brandt Milstein
      Andrew Hess Turner
      Juno Turner

CMW/at