# EXHIBIT A

**Lauren Sitzman**

| | |
|---|---|
| **From:** | Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov> |
| **Sent:** | Friday, November 18, 2022 11:20 AM |
| **To:** | Adrienne Scheffey; Juno Turner; Anne.Rose@ice.dhs.gov |
| **Cc:** | GeoPlaintiffsCounsel; Wayne Calabrese; Joseph Negron; James Bryan |
| **Subject:** | RE: Menocal v. GEO Group |

Juno and Adrienne:

Thank you for reaching out to ICE on these issues. We appreciate you making us aware of issues, such as this one, that ICE may have a position on. ICE responds to you questions as follows:

Juno's questions
1. ICE's position on a potential jury view has not changed since the email attached as ECF No. 323-4.
2. No additional videorecording of the facility is now available. That is, ICE has not created another videorecording.
3. Deputy U.S. Marshalls may accompany the jury during a jury view.

Adrienne's questions
1. ICE's position on an additional videorecording is the same as reflected in the letter attached as ECF No. 323-3.
2. If an additional videorecording were allowed or provided, ICE would expect that it would not viewed by the public during the trial. Furthermore, ICE would expect that it would be sealed in court records.

Please let me know if you have additional questions. And, as I said before, please let me know as soon as practicable if any party will seek to have testimony from an ICE employee during trial.

Thanks,

Tim

**Timothy B. Jafek**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0104
Email:   timothy.jafek@usdoj.gov

1

**From:** Adrienne Scheffey <AScheffey@bfwlaw.com>
**Sent:** Friday, November 4, 2022 12:15 PM
**To:** Juno Turner <juno@towardsjustice.org>; Anne.Rose@ice.dhs.gov; Jafek, Timothy (USACO) <TJafek@usa.doj.gov>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Wayne Calabrese <wcalabrese@geogroup.com>; Joseph Negron <jnegron@geogroup.com>; James Bryan <james.bryan@geogroup.com>
**Subject:** [EXTERNAL] RE: Menocal v. GEO Group

Tim and Anne,

I hope you are well. As noted below, GEO disagrees that ICE provided no opposition to a jury view. Our basis is the attached letter denying a second inspection of the facility. We believe a jury view would be akin to a second inspection. In any event, GEO has significant concerns about the feasibility of a jury view based on the fact there have been many recent demonstrations by groups opposed to the facility and its mission. It is GEO's position that the recent questions from Judge Kane indicate that he is considering the use of video as an alternative. To that end, in addition to the questions posed by Plaintiffs below, it would be helpful to know ICE's position on whether the parties could obtain a video of the facility in lieu of a jury view, and if so, what restrictions ICE would place on that video.

Best,

**Adrienne Scheffey**
Shareholder

**T** 303.796.2626
**E** AScheffey@bfwlaw.com




**bfwlaw.com**

6400 S. Fiddlers Green Circle, Suite 1000
Greenwood Village, Colorado 80111

CONFIDENTIALITY NOTICE: This message, the attachments, and any metadata contained in this email may be confidential and privileged.

**From:** Juno Turner <juno@towardsjustice.org>
**Sent:** Thursday, November 3, 2022 1:38 PM
**To:** Anne.Rose@ice.dhs.gov; Jafek, Timothy (USACO) <Timothy.Jafek@usdoj.gov>
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; Wayne Calabrese <wcalabrese@geogroup.com>; Joseph Negron <jnegron@geogroup.com>; Adrienne Scheffey <AScheffey@bfwlaw.com>; James Bryan <james.bryan@geogroup.com>
**Subject:** Menocal v. GEO Group

Dear Tim and Anne,

As you may have seen, the *Menocal v. GEO Group* matter is currently scheduled for trial at the end of April. Judge Kane recently requested that the parties provide supplemental briefing on Plaintiffs' Motion for a Jury View, which is still pending before the Court. Plaintiffs will be submitting a supplemental brief tomorrow, and Defendant will submit its

brief on November 18th. We write to ask whether ICE's position on the motion for jury view has changed since we filed it in August 2020. ICE's position at the time is set forth in the attached email exchange, which GEO filed on the Court docket as part of its opposition to Plaintiffs' motion. Please let us know whether ICE's position has changed.

Judge Kane also asked the parties to confer whether a videorecording of the facility is now available. Please advise as to ICE's position on that.

Finally, Judge Kane directed the parties to confer as to whether the Court's U.S. Marshals may accompany the jury during the facility visit. Please let us know whether ICE has a position on that and if there would be any restrictions on the same.

Thanks,
Juno

**Juno Turner**
**Litigation Director\***

Direct Line: (303) 589-3054
Main Line: (720) 441-2236
juno@towardsjustice.org
www.towardsjustice.org

**Mailing Address**
PO Box 371680, PMB 44465
Denver, CO 80237-5680

**Office Address**
2840 Fairfax Street, Suite 220
Denver, CO 80207

*Admitted to practice in New York. Not admitted in Colorado.

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.