EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own and on behalf of all others similarly situated,*

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## DECLARATION OF JAMES BLACK

1. I, James Black, pursuant to 28 U.S.C. § 1746 declare under penalty of perjury as follows:

2. I am over the age of eighteen (18) years, and I have personal knowledge of all facts recited in this Declaration. If called as a witness I could testify to all matters contained herein.

3. I am the Senior Vice President and President of Secure Services at the GEO Group, Inc. I have held this position since May of 2021.

1

55048102;1

4.  In the past twelve months, beginning in October 2021, there have been seven civil disturbances outside the Aurora facility. The details of these disturbances are as follows:

a.  On October 1, 2021 at 7:00 p.m., approximately twenty protestors assembled outside of the Aurora facility on the north west corner sidewalk of Oakland Street and East 30th Avenue. They eventually made their way onto the bridge in front of the facility. All of the entry gates were secured, and the protestors departed by 11:00 p.m.

b.  On November 1, 2021, approximately thirty people protested in front of the main north facility from approximately 6:00 p.m. to 7:30 p.m.

c.  On February 7, 2022, a group of approximately twenty-five people gathered to protest on the sidewalks on either side of the bridge into the main parking lot from approximately 5:55 p.m. to 7:33 p.m.

d.  On May 2, 2022, a group of approximately twenty-five people gathered on the street side of the bridge for a vigil from approximately 5:45 p.m. to 8:00 p.m.

e.  On May 25, 2022, seven people protested on the perimeter of the facility from 12:20 p.m. to 2:10 p.m.

f.  On October 18, 2022, approximately ten to twelve people and media crews gathered to protest on the sidewalk across from the front entrance bridge and departed at approximately 6:52 p.m.

g.  On November 2, 2022, approximately thirty-five to forty people and one media crew gathered to protest on the sidewalk across from the south building from approximately 6:00 p.m. to 8:00 p.m.

2

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of November 2022, at Boca Raton, Florida.

_____
James Black

55048102;1