IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

**DECLARATION OF MICHAEL J. SCIMONE IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT OUTTEN & GOLDEN LLP AS CLASS COUNSEL AND TO WITHDRAW R. ANDREW FREE AND MATTHEW FRITZ-MAUER**

I, Michael J. Scimone, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am competent to testify and have personal knowledge about the matters described in this declaration.

2. I, along with co-counsel, am Plaintiffs' Counsel in the above-captioned matter.

3. I am a partner at Outten & Golden LLP ("O&G") and the primary attorney at O&G responsible for this matter. O&G has represented Plaintiffs in this action since June 2017.

4. O&G is a 60+ attorney firm based in New York City, with additional offices in San Francisco and Washington D.C., that represents plaintiffs in all types of employment matters, including a robust complex and class action litigation practice. O&G is widely recognized as one of the top plaintiff-side employment law firms in the country.

5. I am a member of O&G's Class Action Practice Group and I focus my practice on complex and class litigation, typically representing workers challenging their working conditions, and have done so since I joined O&G's New York office in 2009 as an Associate. I graduated from the City University of New York School of Law in 2009, where I participated in workers' rights litigation through the Immigrant and Refugee Rights Clinic and was a member of the New York City Law Review. Prior to law school, I worked as an organizer for UNITE HERE, an international union representing garment, laundry, and industrial workers in North America. I earned my B.A. in 2001 from Vassar College.

6. I have been selected as a Rising Star by Super Lawyers from 2015 through 2020, as a Super Lawyer since 2021, and as a Lawdragon 500 Leading Plaintiff Employment Lawyer since 2020. I am an active member of the Sedona Conference's Working Group 1 and have participated in drafting Sedona Conference publications on electronic discovery and civil procedure. I am also an active member of the National

Employment Lawyers' Association, and a co-chair of its Department of Labor Working Group.

7. I have been appointed class counsel in multiple employment class action cases, including *Strauch v. Computer Sciences Corp.*, No. 14 Civ. 956, 2018 U.S. Dist. LEXIS 162683, at *3 (D. Conn. Sep. 21, 2018), where I was part of the trial team that obtained a jury verdict on behalf of approximately 1,000 computer support workers seeking unpaid overtime. Other representative cases I have litigated include *Perez v. Allstate Ins. Co.*, No. 11 Civ. 1812, 2019 U.S. Dist. LEXIS 59792, at *3 (E.D.N.Y. Mar. 29, 2019) ($3.95 million pre-trial settlement on behalf of no-fault insurance adjusters in overtime misclassification case); *Przytula v. Bed Bath & Beyond, Inc.*, No. 17 Civ. 5124, ECF No. 123 (N.D. Ill. Jan. 29, 2019) ($8.5 million settlement on behalf of assistant managers); *Jacob v. Duane Reade, Inc.*, No. 11 Civ. 160, 2017 U.S. Dist. LEXIS 71663, at *6 (S.D.N.Y. May 5, 2017) ($13.5 million pre-trial settlement on behalf of assistant managers); *Douglin v. Greatbanc Trust Co., Inc.*, No. 14 Civ. 620 (S.D.N.Y. Apr. 24, 2017), ECF No. 103 ($4.75 million settlement in ERISA litigation alleging breach of fiduciary duty); and *Murphy v. LenderLive Network, Inc.*, No. 13 Civ. 3135 (D. Colo. Sept. 2, 2015), ECF No. 169 ($2.4 million pretrial settlement on behalf of mortgage underwriters in overtime misclassification case).

8. Courts have repeatedly recognized O&G as qualified counsel in class and collective actions in the District of Colorado. *Belote v. Rivet Software, Inc.*, No. 12 Civ. 2792, 2013 U.S. Dist. LEXIS 74529, at *11 (D. Colo. May 28, 2013) (appointing O&G as class counsel, finding that "Plaintiff's counsel is qualified and has been actively and

diligently prosecuting this action . . . Moreover, Plaintiff is being represented by attorneys who are highly experienced in class action litigation . . ."); *Murphy v. Lenderlive Network, Inc.*, No. 13 Civ. 3135, 2014 U.S. Dist. LEXIS 150284, at *14 (D. Colo. Oct. 22, 2014) (same); *Creazzo v. LenderLive Network, Inc.*, No. 13 Civ. 3135, 2015 U.S. Dist. LEXIS 71184, at *7 (D. Colo. June 2, 2015) (appointing O&G as class counsel, explaining that "Plaintiffs' Counsel has done substantial work identifying, investigating, prosecuting, and settling Plaintiffs' and Class Members' claims . . . Class Counsel, O&G LLP, is a firm dedicated to representing employees on individual claims and in class actions . . .").

9. Additionally, more broadly, courts around the country have recognized O&G as qualified class counsel. *Times v. Target Corp.*, No. 18CV02993 (DF), 2018 U.S. Dist. LEXIS 111048, at *1 (S.D.N.Y. May 14, 2018) (appointing O&G as class counsel when preliminarily approving settlement class challenging defendants' background check policies and practice under Title VII); *Keels v. Geo Grp., Inc.*, No. 15-CV-6261 (CBA) (SMG), 2017 U.S. Dist. LEXIS 162407, at *1 (E.D.N.Y. Sep. 30, 2017) (appointing O&G as class counsel when preliminarily approving Fair Credit Reporting Act settlement, which was finally approved on Feb. 23, 2018); *Pickett v. SIMOS Insourcing Solutions, Corp.*, No. 17 Civ. 1013, 249 F. Supp. 3d 897, 898 (N.D. Ill. 2017) (appointing O&G as class counsel in Fair Credit Reporting Act settlement); *Gonzalez v. Pritzker*, No. 10-CV-3105 (FM), 2016 U.S. Dist. LEXIS 131277, at *4 (S.D.N.Y. Sep. 20, 2016) (stating that O&G's attorneys are "nationally recognized employment class action litigators" and granting final approval of Title VII class action settlement); *Hall v.*

*L-3 Communications Corp.*, No. 15 Civ. 231, slip. op. at 7 (E.D. Wash. Jan. 25, 2019) (appointing O&G as class counsel when preliminarily approving a USERRA applicant class and noting that the matter was "litigated []expertly" and that counsel had "long experience in class action and labor work"); *Perez v. Allstate Ins. Co.*, No. 11-CV-1812 (JFB)(AKT), 2014 U.S. Dist. LEXIS 130214, at *69 (E.D.N.Y. Sep. 16, 2014) (appointing O&G as class counsel and noting that "O&G has the requisite experience in handling class actions . . . , are well versed in the applicable law, and have the resources necessary to represent the NYLL Class fairly and adequately"); *Easterling v. Connecticut, Dep't of Correction*, No. 08 Civ. 826, slip op. at 2 (July 29, 2013 D. Conn.) (appointing O&G as class counsel in a Title VII case); *Duling v. Gristede's Operating Corp.,* No. 06 Civ. 10197, slip op. at 3 (June 19, 2013 S.D.N.Y.) (appointing O&G as class counsel in a Title VII case); *Amochaev v. Citigroup Global Markets, Inc., d/b/a Smith Barney*, No. 05 Civ. 1298, slip op. at 3-4 (May 1, 2008 N.D. Cal.) (gender discrimination class action brought on behalf of a national class of female financial advisors, resulting in settlement of $33 million and comprehensive injunctive relief); *Jaffe v. Morgan Stanley & Co.*, No. C 06-3903 TEH, 2008 U.S. Dist. LEXIS 12208, at *1 (N.D. Cal. Feb. 7, 2008) 1 (race discrimination class action brought on behalf of African American and Latino financial advisors, resulting in settlement of $16 million and comprehensive injunctive relief); *Wright v. Stern*, 2003 U.S. Dist. LEXIS 11589, at *7 (S.D.N.Y. July 7, 2003) (appointing O&G as class counsel in a Title VII case).

10.     In addition to me, my Associate Adam Koshkin, is actively working on this matter.  Mr. Koshkin is a member of O&G's Class Action Practice Group, where his

practice focuses on class and complex litigation on behalf of workers. Prior to joining the firm in 2018, Mr. Koshkin clerked for the Honorable Judith E. Levy of the U.S. District Court for the Eastern District of Michigan. Mr. Koshkin received his B.A. from Swarthmore College in 2011, and his J.D. from the University of California, Berkeley School of Law in 2017.

11. Mr. Koshkin has been appointed as class counsel in other matters as well. *Lee v. Hertz Corp.*, No. 18 Civ. 07481 (N.D. Cal.); *Baten v. Michigan Logistics, Inc.*, No. 18 Civ. 10229 (C.D. Cal.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2022
New York, NY

Respectfully submitted,

 */s/ Michael J. Scimone*
Michael J. Scimone
OUTTEN & GOLDEN LLP
685 Third Ave., 25th Floor
New York, NY 10017
Tel: (212) 245-1000
Email: mscimone@outtengolden.com

*Attorney for Plaintiffs and the Class*