IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**DECLARATION OF R. ANDREW FREE IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT OUTTEN & GOLDEN LLP AS CLASS COUNSEL AND TO WITHDRAW R. ANDREW FREE AND MATTHEW FRITZ-MAUER**

    I, R. Andrew Free, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

    1.    I am competent to testify and have personal knowledge about the matters described in this declaration.

    2.    On October 23, 2014, I entered an appearance in this matter as a representative for Plaintiffs.

1

3. An attorney who has filed an entry of appearance may seek to withdraw upon a showing of good cause. D. Colo. L. Atty. R. 5(b).

4. Good cause exists for my withdrawal because I am winding down my law practice and leaving the practice of law. On November 2, 2022, I obtained permission from the Tennessee Supreme Court to take inactive-disability status.

5. Plaintiffs are still adequately represented by experienced counsel, who have entered appearances in this matter.

6. My withdrawal will not prejudice Plaintiffs in any way.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2022
Nashville, TN

Respectfully submitted,

 /s/ R. Andrew Free
R. Andrew Free
R. Andrew Free Law Office
P.O. Box 90568
Nashville, TN 37209
Tel.: 844-321-322
Email: andrew@immigrantcivilrights.com