# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

**DECLARATION OF MATTHEW FRITZ-MAUER IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT OUTTEN & GOLDEN LLP AS CLASS COUNSEL AND TO WITHDRAW R. ANDREW FREE AND MATTHEW FRITZ-MAUER**

       I, Matthew Fritz-Mauer, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

       1.    I am competent to testify and have personal knowledge about the matters described in this declaration.

       2.    On July 1, 2020, I entered an appearance in this matter as a representative

1

for Plaintiffs.

3. An attorney who has filed an entry of appearance may seek to withdraw upon a showing of good cause. D. Colo. L. Atty. R. 5(b).

4. Good cause exists for my withdrawal because I have left my employment with The Kelman Buescher Firm, and going forward, will no longer be engaged in the private practice of law.

5. Plaintiffs are still adequately represented by experienced counsel, who have entered appearances in this matter.

6. My withdrawal will not prejudice Plaintiffs in any way.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2022
Denver, CO

Respectfully submitted,

 /s/ Matthew Fritz-Mauer
Matthew Fritz-Mauer, #54334
THE KELMAN BUESCHER FIRM
600 Grant St., Suite 825
Denver, CO 80203
Tel: 303-333-7751
Email: mfritzmauer@laborlawdenver.com