# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK

_____

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

_____

## [PROPOSED] ORDER GRANTING MOTION TO APPOINT OUTTEN & GOLDEN LLP AS CLASS COUNSEL AND TO WITHDRAW R. ANDREW FREE AND MATTHEW FRITZ-MAUER

      THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion to

Appoint Outten & Golden LLP as Class Counsel and to Withdraw R. Andrew Free and

Matthew Fritz-Mauer.

      Having reviewed this motion, the Court finds that Outten & Golden LLP ("O&G")

is an adequate representative for the class who will provide fair representation, and O&G

is hereby appointed as class counsel.  The Court's findings as to O&G's adequacy are

based on O&G's experience and expertise in litigating complex class matters, the

extensive work performed to date in this action, its knowledge of the relevant law, and its

ongoing preparedness to commit significant resources to prosecuting the claims. The

firms Towards Justice; Milstein Turner, PLLC; and The Meyer Law Office, P.C. will

continue to also serve as Class Counsel.

The Court further orders that R. Andrew Free and Matthew Fritz-Mauer are

withdrawn as Class Counsel from this action and are no longer counsel of record.

IT IS SO ORDERED.

Dated _____.


_____
The Honorable John L. Kane
U.S. District Judge