# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

   Plaintiffs,

v.

THE GEO GROUP, INC.,

   Defendant.

## THE GEO GROUP, INC.'S REPLY IN SUPPORT OF GEO'S MOTION TO STAY PROCEEDINGS PENDING APPEAL

Defendant, The GEO Group, Inc. ("GEO"), hereby files its Reply in Support of GEO's Motion to Stay Proceedings Pending Appeal and respectfully requests that the Court grant its motion and enter a stay pending appeal.

On December 2, 2022, Plaintiffs filed their Response to GEO's Motion to Stay (ECF 395). In their Response, Plaintiffs argue that this Court has already been divested of jurisdiction in this action and therefore the Court should act as follows:

> Plaintiffs believe the most prudent course of action is to take the existing trial dates off calendar while the jurisdictional issues are decided. Doing so will conserve resources and prevent the parties from expending time and energy to prepare for trial on a timeline that may turn out to be infeasible. ECF 395 at 4.

Thus, the parties are in agreement on the key issue: the current trial dates should be vacated and a stay should issue.[1] While Plaintiffs disagree with the substantive issues raised in the notice of appeal, Plaintiffs agree that the current dates on the calendar should be vacated and that a brief stay should issue until such time as the Tenth Circuit may rule on the jurisdictional issues that are currently subject to pending motion practice. Furthermore, Plaintiffs do not dispute any of the four stay factors before this Court. Instead, Plaintiffs provide support for at least two of them—noting that the failure to grant a stay would harm both parties by requiring them to comply with an infeasible timeline.

To that end, GEO requests that the Court vacate the current trial date and related pretrial dates. To ensure that the stay remains limited to that which the Plaintiffs have agreed, GEO asks that the Court order the parties to confer within 10 days of any jurisdictional opinion issued by the Tenth Circuit and submit a joint status report within 14 days of the opinion stating whether the stay should remain in place or whether the stay should be vacated and new trial dates set. Respectfully submitted this 6th day of December, 2022.

 s/*Wayne Calabrese*
The GEO Group
Wayne Calabrese
Joseph Negron
4955 Technology Way
Boca Raton, FL 33431
Phone: 561-999-7344
Email: wcalabrese@geogroup.com
          jnegron@geogroup.com

---

[1] Plaintiffs ask the Court to allow Plaintiffs to file a motion to substitute counsel during the pendency of the stay. GEO does not object to the Court ruling on that motion, but would object to any further motion practice during the pendency of the stay.

 s/ *Adrienne Scheffey*
BURNS, FIGA & WILL, P.C.
Adrienne Scheffey
Dana L. Eismeier
Michael Y. Ley
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO 80111
Phone:	(303) 796-2626
Facsimile:	(303) 796-2777
Email:	deismeier@bfwlaw.com
	mley@bfwlaw.com
	ascheffey@bfwlaw.com

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2022, I electronically filed the foregoing **REPLY IN SUPPORT OF GEO'S MOTION TO STAY PENDING APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
Denver, CO 80237-5680
alex@ towardsjustice.org
david@towardsjustice.org
juno@ towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
LAW OFFICE OF
R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
(andrew@immigrantcivilrights.com)

Adam L. Koshkin
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
(akoshkin@outtengolden.com
rdempsey@outtengolden.com)

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(hans@themeyerlawoffice.com)

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
(pdl@outtengolden.com)

Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
(brandt@milsteinlawoffice.com)

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
(mscimone@outtengolden.com
om@outtengolden.com)

*s/* Lauren Sitzman_____