IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

**Civil Action No.: 1:14-cv-02887-JLK-MEH**

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

     Plaintiffs,

v.

THE GEO GROUP, INC.,

     Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE IN-PERSON ATTENDANCE AT THE SETTLEMENT CONFERENCE**

---

The Class Representatives, through undersigned counsel, hereby respectfully submit the following Motion to Excuse Attendance at the Settlement Conference set in this matter, and state:

1. The Court has set a date of December 21, 2022, for a settlement conference with the Parties. ECF No. 394. Judge Hegarty's practice standards require settlement conferences to be attended by individuals with full settlement authority.

2. The Class Representatives represent two classes of individuals currently and formerly detained by Defendant pending civil deportation proceedings. ECF No. 57.

3. The nine Class Representatives live in various places around the world, including Russia, Mexico, Honduras, and Colorado.

4. The logistics of attendance for the Named Plaintiffs, even via the Court's video conferencing system, across multiple time zones, will be unwieldy. Doing so will require an expenditure of time and resources not commensurate with the circumstances.

5. Plaintiffs respectfully submit that the Class Representatives should be excused from attendance at the settlement conference. Attendance of some, but not all, of the Class Representatives could potentially give rise to conflict among the Class Representatives because a minority of the Class Representatives would have greater access to the negotiations than the absent majority. In any event, attendance by fewer than all of the Class Representatives would not give the Court or counsel access to full settlement authority because any agreement approved by the attending Class Representatives would have to later be taken to the absent Class Representatives for approval.

6. Class Counsel believe it to be preferable that they attend the Settlement Conference with the substantial settlement authority already granted them by all of the Class Representatives.

7. Class Counsel conferred with counsel for Defendant regarding the relief sought herein. Defendant does not oppose the motion.

WHEREFORE, Plaintiffs respectfully request leave from the Court excusing the Representative Plaintiffs from attendance at the December 21, 2022, settlement conference.

Dated: New York, NY
December 12, 2022

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com

Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: akoshkin@outtengolden.com

Andrew H. Turner
Brandt P. Milstein
**MILSTEIN TURNER, PLLC**
1490 Lafayette St. #304
Denver, CO 80218
(303) 305-8230
andrew@milsteinturner.com
brandt@milsteinturner.com

Alexander Hood
David Seligman
Andrew Schmidt
Juno Turner
Rachel Dempsey
Brianne Power
**TOWARDS JUSTICE**
PO. Box 371680, PMB 44465

3

Denver, CO 80237
(720) 441-2236
alex@towardsjustice.org
david@towardsjustice.org
andy@towardsjustice.org
juno@towardsjustice.org
rachel@towardsjustice.org
brianne@towardsjustice.org

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2022, a true and correct copy of the foregoing **Plaintiffs' Motion to Excuse In-Person Attendance at the Settlement Conference** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Michael J. Scimone*
Michael J. Scimone