**MINUTE ENTRY FOR SETTLEMENT**

| | |
|---|---|
| TO: | Docketing |
| FROM: | Magistrate Judge Michael E. Hegarty |
| DATE: | January 13, 2023 |
| RE: | ***Menocal, et al. v. The GEO Group, Inc.*, 14-cv-02887-JLK** |

      \_\_\_    Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action, although the Court and parties will continue to pursue settlement.

      \_\_\_    Settlement negotiations were held on this date and a settlement has been reached as to:

            \_\_\_    All claims in this action. The parties shall file a stipulated motion to dismiss on or before April \_\_, 2020.

            \_\_\_    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before April \_\_, 2020.

Settlement negotiation, conference, and preparation time involved: \_\_\_ hours.

   \_\_\_   A record was made         \_\_\_   No record was made

* * * * * * * * * * * * * * * *

   **X**   Supplemental settlement negotiations were held in the above-captioned case, including video, telephone and e-mail discussions, since the initial conference.

Negotiation and preparation time involved: 5 hours.