# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

       Plaintiffs,

v.

THE GEO GROUP, INC.,

       Defendant.

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Defendant, The GEO Group, Inc. ("GEO"), through its undersigned counsel, files this motion to permit Wayne H. Calabrese to withdraw as counsel of record. This request is made in accordance with D.C.COLO.LAttyR 5: Mr. Calabrese is withdrawing from the representation in this matter because he will be focusing on matters other than litigation going forward. Mr. Calabrese's withdrawal will not prejudice the GEO Group as it will remain represented by Joe Negron, its appellate counsel, and other attorneys at the firm of Burns, Figa, and Will.

Respectfully submitted this 22nd day of September, 2023.


 s/Wayne H. Calabrese
THE GEO GROUP
4955 Technology Way
Boca Raton, FL 33431
561-999-7344
Email: wcalabrese@geogroup.com
Secondary Email: gveniero@geogroup.com

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of September, 2023, I electronically filed the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Alexander N. Hood
David H. Seligman
Juno E. Turner
Andrew Schmidt
TOWARDS JUSTICE
PO Box 371680
Denver, CO 80237-5680
alex@ towardsjustice.org
david@towardsjustice.org
juno@ towardsjustice.org
andy@towardsjustice.org

R. Andrew Free
LAW OFFICE OF
R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
(andrew@immigrantcivilrights.com)

Adam L. Koshkin
OUTTEN & GOLDEN, LLP
One California St., 12th Fl.
San Francisco, CA 94111
(akoshkin@outtengolden.com
rdempsey@outtengolden.com)

Hans C. Meyer
MEYER LAW OFFICE, P.C.
P.O. Box 40394
Denver, CO 80204
(hans@themeyerlawoffice.com)

P. David Lopez
OUTTEN & GOLDEN, LLP
601 Massachusetts Ave. NW
2nd Floor West Suite
Washington, DC 20001
(pdl@outtengolden.com)

Matthew Fritz-Mauer
KELMAN BUESCHER FIRM
600 Grant St., Ste. 825
Denver, CO 80203
aturner@laborlawdenver.com
mfritzmauer@laborlawdenver.com

Brandt P. Milstein
MILSTEIN LAW OFFICE
1123 Spruce St.
Boulder, CO 80302
(brandt@milsteinlawoffice.com)

Michael J. Scimone
Ossai Miazad
OUTTEN & GOLDEN, LLP
685 Third St., 25th Fl.
New York, NY 10017
(mscimone@outtengolden.com
om@outtengolden.com)

             *S/* Grace V. Veniero

3