# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

## NOTICE OF CHANGE OF MAILING ADDRESS

Plaintiffs' counsel Towards Justice's mailing address has changed. Towards Justice's current contact information is as follows:

Alexander Hood
David Seligman
Juno Turner
Rachel Dempsey
TOWARDS JUSTICE
1580 N Logan Street
Ste 660 PMB 44465
Denver, CO, 80203-1994
TOWARDS JUSTICE
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org
rachel@towardsjustice.org

Dated: October 17, 2024

Respectfully submitted,

<u>s/Rachel Dempsey</u>
Rachel Dempsey
Alexander Hood
David Seligman
Juno Turner
TOWARDS JUSTICE
1580 N Logan Street
Ste 660 PMB 44465
Denver, CO, 80203-1994
TOWARDS JUSTICE
rachel@towardsjustice.org
alex@towardsjustice.org
david@towardsjustice.org
juno@towardsjustice.org

**Certificate of Service**

I hereby certify that on October 17, 2024, I filed a true and correct copy of the forgoing using this Court's CM/ECF filing system, which served the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

*s/Rachel Dempsey*
Plaintiffs' Counsel

3