IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and DEMETRIO VALERGA<br>on their own behalf and on behalf of all others similarly situated,<br>                                Plaintiffs,<br><br>        v.<br><br>THE GEO GROUP, INC.,<br><br>                                Defendant. | Civil No. 1:14-cv-02887-JLK |

**JOINT STATUS REPORT**

This Court previously granted a stay pending appeal. ECF No. 400. On October 22, 2024, the Tenth Circuit Court of Appeals issued an Order and Judgment, ECF No. 410, dismissing Defendant The GEO Group, Inc.'s ("GEO") appeal of the Court's Order Granting Plaintiffs' Motion for Summary Judgment on GEO's Affirmative Defenses. ECF No. 380. Pursuant to the Court's December 7, 2022 Minute Order, ECF No. 400, the Parties conferred on October 31, 2024 and now submit this Joint Status Report.

**I.      Status of Appeal.**

GEO informed Plaintiffs that it intends to seek a writ of certiorari from the Supreme Court of the United States on the Tenth Circuit's Opinion. GEO's deadline to file the writ is January 20,

2025, and it intends to move for a stay of the Tenth Circuit's mandate under Fed. R. App. P. 41(d). Plaintiffs do not intend to oppose GEO's motion for a stay of the mandate during the pendency of the writ, so long as that motion contemplates keeping the stay in this Court in place under the terms previously ordered by the Court. *See* ECF No. 400.

**II.     The Current Stay.**

After conferral, the parties agree that the stay ordered by the Court at ECF No. 400 should remain in place on the same terms as ordered in ECF No. 400. The Parties propose to submit a further status report once the Supreme Court has ruled on GEO's petition for certiorari, and to set forth their views on the appropriate timing for trial dates therein. The Parties agree that Plaintiffs may refile their Motion for a Jury View and it may be heard during the pendency of the Stay at the Court's discretion. Plaintiffs respectfully request the Court permit them to refile the Motion for a Jury View not later than November 20, 2024 and that responsive briefing proceed according to the local rules. Nothing in GEO's agreement to this position is intended to alter or change the Court's rulings in Docket Numbers 400 and 401.

| | |
|---|---|
| Dated: November 5, 2024 | Respectfully submitted, |
| By: */s/ Adrienne Scheffey*<br>Adrienne Scheffey<br>Dana L. Eismeier<br>Michael Y. Ley<br>**BURNS, FIGA & WILL, P.C.**<br>6400 S. Fiddler's Green Circle, Suite 1000<br>Greenwood Village, CO 80111<br>Phone: (303) 796-2626<br>Facsimile: (303) 796-2777<br>deismeier@bfwlaw.com<br>mley@bfwlaw.com<br>ascheffey@bfwlaw.com | By: */s/ Michael J. Scimone*<br>Michael J. Scimone<br>**OUTTEN & GOLDEN LLP**<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060<br>E-Mail: mscimone@outtengolden.com |
| Joseph Negron<br>Scott Schipma<br>**THE GEO GROUP, INC.**<br>4955 Technology Way<br>Boca Raton, FL 33431<br>Phone: 561-999-7344<br>jnegron@geogroup.com<br>sschipma@geogroup.com | Adam Koshkin<br>**OUTTEN & GOLDEN LLP**<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810<br>E-Mail: akoshkin@outtengolden.com |
| *Attorneys for Defendant The GEO Group, Inc.* | David Seligman<br>Juno Turner<br>Alexander Hood<br>Andrew Schmidt<br>Rachel Dempsey<br>Brianne Power<br>**TOWARDS JUSTICE**<br>1410 High St., Suite 300<br>Denver, CO 80218<br>(720) 441-2236<br>alex@towardsjustice.org<br>david@towardsjustice.org<br>andy@towardsjustice.org<br>juno@towardsjustice.org<br>rachel@towardsjustice.org<br>brianne@towardsjustice.org |
| | Andrew H. Turner<br>Brandt P. Milstein<br>MILSTEIN TURNER, PLLC<br>1490 Lafayette St. #304<br>Denver, CO 80218<br>(303) 305-8230<br>andrew@milsteinturner.com<br>brandt@milsteinturner.com |

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2024, a true and correct copy of the foregoing **Discovery Status Report** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*s/ Michael J. Scimone*
Michael J. Scimone
