UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

November 13, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 22-1409, Menocal, et al v. GEO Group
Dist/Ag docket: 1:14-CV-02887-JLK-MEH

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 22, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Jennifer Bennett
Rachel Dempsey
Dominic Draye
Robert Friedman
Alexander Hood
Adam Koshkin
Hans Meyer
Brandt Milstein

Scott A. Schipma
Michael Scimone
David Hollis Seligman
Andrew Hess Turner
Juno Turner


CMW/lg