# Exhibit 1







