IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02887 JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

**NOTICE OF FILING OF EXHIBIT TO THE DECLARATION OF RACHEL DEMPSEY IN SUPPORT OF PLAINTIFFS' MOTION FOR JURY VIEW (ECF NO. 303) AS RESTRICTED DOCUMENT PURSUANT TO D. COLO. L. CIV. R. 7.2**

TO THE COURT AND ALL PARTIES TO THE ABOVE-CAPTIONED CASE:

Accompanying this notice, the Plaintiffs in the above-captioned action are filing the attached exhibit to the Declaration of Rachel Dempsey In Support of Plaintiffs' Motion for Jury View (ECF No. 303) as a Restricted Document–Level 1 pursuant to D. Colo. L. Civ. R. 7.2. The document filed as restricted is as follows:

- **Exhibit 1:** Excerpts from the July 23, 2020 deposition of Dr. Stuart Grassian.

This filing is contingent on an appropriate motion to restrict under D. Colo. L. Civ. R. 7.2.

Dated: November 20, 2024
       New York, NY

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com

Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: akoshkin@outtengolden.com

David Seligman
Juno Turner
Alexander Hood
Rachel Dempsey
Brianne Power
**TOWARDS JUSTICE**
1580 N Logan Street
Denver, CO 80203
Telephone: (720) 441-2236
E-Mail: alex@towardsjustice.org
E-Mail: david@towardsjustice.org
E-Mail: andy@towardsjustice.org
E-Mail: juno@towardsjustice.org
E-Mail: rachel@towardsjustice.org
E-Mail: brianne@towardsjustice.org

Andrew Turner
Brandt Milstein
**MILSTEIN TURNER, PLLC**
1490 Lafayette St. #304
Denver, CO 80218
Telephone: (303) 305-8230
E-Mail: andrew@milsteinturner.com
E-Mail: brandt@milsteinturner.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael J. Scimone
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com