UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

November 21, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   22-1409, Menocal, et al v. GEO Group
Dist/Ag docket: 1:14-CV-02887-JLK-MEH

Dear Clerk:

Please be advised that a statement of costs for this case issued today. It supplements the previously issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Jennifer Bennett
Rachel Dempsey
Dominic Draye
Robert Friedman
Alexander Hood
Adam Koshkin
Hans Meyer
Brandt Milstein
Michael Scimone
David Hollis Seligman

      Andrew Hess Turner
      Juno Turner

CMW/jm

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

_____

No. 22-1409
Menocal v. GEO Group et al.,
(D.C. No. 1:14-CV-02887-JLK-MEH )

_____

**United States Court of Appeals**
**Tenth Circuit**

**November 21, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of appellees and against Appellant. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

**PRINTING EXPENSE:**

| | |
|---|---|
| Appellees' Response Brief | $141.30 |
| Appellees' Supplemental Appendix | $129.20 |

**TOTAL PRINTING EXPENSE**    $   270.50

**OTHER COSTS:**

$   0.00

**GRAND TOTAL, STATEMENT OF COSTS**    $   270.50

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court