## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

      Plaintiffs,

v.

THE GEO GROUP, INC.,

      Defendant.

_____

## MOTION TO RESTRICT CONFIDENTIAL DOCUMENTS
_____

      Plaintiffs respectfully request, pursuant to District of Colorado Local Civil Rule 7.2(e), that the Court hold the document filed at ECF No. 417 in the above-captioned case under Level 1 restriction. The document at issue is an excerpt of the deposition transcript of Plaintiffs' expert Dr. Stuart Grassian, in which he describes the layout of the Aurora ICE Processing Center (the "Facility").

      Restriction is appropriate because Dr. Grassian's descriptions of the Facility's layout contain information that is law enforcement sensitive. His descriptions of the Facility include confidential information about the Facility's features that bear on GEO's security operations within the Facility, and dissemination of this information to the public could cause harm to GEO

employees and detainees. *See Ayyad v. Holder*, No. 05 Civ. 2342, 2012 U.S. Dist. LEXIS 56986, at *20 (D. Colo. Apr. 24, 2012) (restricting documents containing law enforcement sensitive information).

Because this information pervades the key portions of Dr. Grassian's testimony relevant to Plaintiffs' Motion for a Jury View, redaction or other alternatives to restriction would impede the Court's ability to review and consider the portions of the testimony relevant to the Motion.

For these reasons, Plaintiffs respectfully request the document filed at ECF No. 417 be held as Level 1 restricted.

Dated: New York, NY
          November 22, 2024

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
E-Mail: mscimone@outtengolden.com

Adam Koshkin
**OUTTEN & GOLDEN LLP**
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
E-Mail: akoshkin@outtengolden.com

David Seligman
Juno Turner
Alexander Hood
Rachel Dempsey
Brianne Power
**TOWARDS JUSTICE**
1580 N Logan Street
Denver, CO 80203
Telephone: (720) 441-2236
E-Mail: alex@towardsjustice.org
E-Mail: david@towardsjustice.org

E-Mail: juno@towardsjustice.org
E-Mail: rachel@towardsjustice.org
E-Mail: brianne@towardsjustice.org

Andrew Turner
Brandt Milstein
**MILSTEIN TURNER, PLLC**
1490 Lafayette St. #304
Denver, CO 80218
Telephone: (303) 305-8230
E-Mail: andrew@milsteinturner.com
E-Mail: brandt@milsteinturner.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
hans@themeyerlawoffice.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
E-Mail: mscimone@outtengolden.com