# EXHIBIT A

**Scheffey, Adrienne (Assoc-Den)**

| | |
|---|---|
| **From:** | ███████████@ice.dhs.gov> |
| **Sent:** | Friday, August 7, 2020 9:18 AM |
| **To:** | Scimone, Michael; Scheffey, Adrienne (Assoc-Den); ███████████ ███████████ Barnacle, Colin (Ptnr-Den); mley@bfwlaw.com; deismeier@bfwlaw.com |
| **Subject:** | RE: Menocal v. GEO Group - Subpoenas served on ICE |

Michael,

Here is the information that has been provided by our Enforcement and Removal Operations (ERO) regarding the jury viewing:

ERO would need a valid government issued ID for anyone attending the viewing. If a person is a foreign national a valid immigration document would be required.  ERO runs individuals for criminal history and then makes entry decisions based upon the results.  ERO typically denies entry to individuals with felony convictions and/or arrests or charges, as well as individuals with certain misdemeanor convictions.  For misdemeanors, the convictions cannot have occurred within the last 5 years.  For felonies, the individual can have no convictions, arrests or charges at any time. ERO would need the juror information and the information for anyone accompanying the jurors on the viewing at least 72 hours prior to the viewing.  Electronic devices are not allowed in the facility.

Please let me know if the parties have any further questions.

███████████████████████████████████ I will be going on medical leave as of Monday, for about a week, but will provide an update via email beforehand to update the parties with where that stands.   To the extent that it is not complete before I am out, the updated records and log will likely not be provided until I return the week of August 17th.  While ICE has been working hard to keep up with the parties requests, ICE resources are stretched very thin at the moment.  I will keep you posted.

Thanks.

---

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Friday, July 31, 2020 1:43 PM
**To:** ███████████@ice.dhs.gov>; adrienne.scheffey@akerman.com; ███████████████████████████
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; colin.barnacle@akerman.com; mley@bfwlaw.com; deismeier@bfwlaw.com
**Subject:** RE: Menocal v. GEO Group - Subpoenas served on ICE

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Anne,

1

Just closing the loop on this – was there any more information about background check requirements that you wanted to bring to our attention?

Adrienne,

Sorry if I missed a response on this, but can you let us know GEO's position on our motion for a jury view?  Happy to discuss by phone if you like.


Michael

**From:** ▮▮▮▮@ice.dhs.gov>
**Sent:** Friday, July 17, 2020 12:28 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>; adrienne.scheffey@akerman.com; Le▮▮▮▮
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; colin.barnacle@akerman.com; mley@bfwlaw.com; deismeier@bfwlaw.com
**Subject:** RE: Menocal v. GEO Group - Subpoenas served on ICE

Good afternoon Michael,

Attached please find a copy of the email. 

With regard to the background check on the jurors, the only thing that was initially highlighted was that entry would be denied if a juror was a convicted felon, but then there would likely be larger issues since that individual shouldn't be on the jury in the first place.  I will get back to you however regarding any other disqualifying information once I get that information from ERO.

Thanks.

**From:** Scimone, Michael <mscimone@outtengolden.com>
**Sent:** Tuesday, July 14, 2020 5:16 PM
**To:** Rose, Anne <Anne.Rose@ice.dhs.gov>; adrienne.scheffey@akerman.com; Lesh, Christa <Christa.Lesh@ice.dhs.gov>; Simkins, Frances <Frances.Simkins@ice.dhs.gov>; Panthaky, Shiraz <Shiraz.Panthaky@ice.dhs.gov>; Timothy.Jafek@usdoj.gov
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; colin.barnacle@akerman.com;

2

mley@bfwlaw.com; deismeier@bfwlaw.com
**Subject:** RE: Menocal v. GEO Group - Subpoenas served on ICE

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact ICE SOC SPAM with questions or concerns.

Thank you, Anne. ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

Thank you for the update on the issue of the jury view. We agree not to seek further recordings of Aurora if that motion is granted; we plan on filing it in the near future. We will note in the motion that the jury would need to be escorted, and to pass screening procedures. Can you give us a summary of what the background check process screens for, and whether there are criteria resulting from the background check that would lead to ICE seeking to have any member of the jury barred from entry?

Michael

**From:** ███████████████@ice.dhs.gov>
**Sent:** Tuesday, July 14, 2020 4:33 PM
**To:** Scimone, Michael <mscimone@outtengolden.com>; adrienne.scheffey@akerman.com; ███████
███████████████████████████████████████
**Cc:** GeoPlaintiffsCounsel <GeoPlaintiffsCounsel@outtengolden.com>; colin.barnacle@akerman.com; mley@bfwlaw.com; deismeier@bfwlaw.com
**Subject:** RE: Menocal v. GEO Group - Subpoenas served on ICE

Hi Michael,

Sorry to just be getting back to you. ████████████████████████████████████
███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

I also have an update with regard to the jury viewing. ICE does not oppose the jury viewing the segregation unit and male/female housing units at Aurora, subject to Plaintiffs' agreement not to seek further photo or video of the facility. The jury's admission would be subject to the facility's usual security procedures, which includes providing identification for a background check in advance. The jurors would be escorted through the facility and allowed to view the agreed-upon areas. The parties should let ICE know if this resolves the issue or if there are any additional questions or concerns.

Thanks.