IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ORDER GRANTING EMERGENCY MOTION
TO MODIFY WRIT OF HABEAS CORPUS AD TESTIFICANDUM
FOR TRIAL TESTIMONY (ECF NO. 435)**

---

Kane, J.

    Upon consideration of the Emergency Motion to Modify Writ of Habeas Corpus Ad Testificandum for Trial Testimony (ECF No. 435) filed by Class Representative Hugo Alexander Hernandez Ceren, I find good cause for the relief requested has been shown. Mr. Hernandez Ceren is currently in United States Immigration and Customs Enforcement (ICE) custody and seeks a temporary delay in his removal from this country so that he may testify at trial in support of Plaintiffs' claims in this case. I previously granted a Writ of Habeas Corpus Ad Testificandum, commanding ICE, Acting ICE Director Matthew Albence, ICE Louisiana Field Office Director Diane Witte, and any other custodian of Mr. Hernandez Ceren to produce him

1

for live, remote, deposition testimony by videotape prior to effectuating his removal to El Salvador. Mr. Hernandez Ceren requests that I amend that Writ to permit him to provide testimony at trial as well. I find it is necessary for Mr. Hernandez Ceren to be able to testify at trial in this case but that a new Writ of Habeas Corpus Ad Testificandum covering that instance should be issued.

The nature of the allegations in this case is such that live testimony from Mr. Hernandez Ceren, a key Plaintiff, is necessary to ensure Plaintiffs may fully present their claims to the jury. His live testimony will certainly allow the jury to hear and assess his responses and credibility with greater accuracy and precision.

Accordingly, Mr. Hernandez Ceren's Motion (ECF No. 435) is GRANTED, and IT IS ORDERED:

- A Writ of Habeas Corpus Ad Testificandum shall issue, under the seal of this Court, commanding the Acting Director of ICE, the Acting Enforcement and Removal Operations Director for the Phoenix Field Office, and any other custodian of detainee Hugo Hernandez Ceren, A 073-956-722, not to remove Mr. Hernandez Ceren from the United States until the need for his live trial testimony in this case has resolved, i.e., when the trial in this matter has concluded or, if no trial is held, when the case has been terminated.
- Counsel for Mr. Hernandez Ceren is DIRECTED to file a motion with the Court requesting that the Writ be vacated once either of those circumstances passes—the trial concludes or the case is otherwise terminated, and on that motion, I will vacate the Writ as executed and ICE will be notified.

- Counsel for Mr. Hernandez Ceren will be responsible for seeking any other necessary relief to ensure that Mr. Hernandez Ceren is able to be transported to and present for the trial in this case.

- If ICE has already affected the removal of Mr. Hernandez Ceren, counsel for Mr. Hernandez Ceren is DIRECTED to submit to the Court a status report providing the known details on Mr. Hernandez Ceren's removal, including flight information.

DATED this 8th day of December, 2025.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE