IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02887-JLK-MEH

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALEGRA,
on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,

    Defendant.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); ACTING DIRECTOR OF ICE; ACTING ENFORCEMENT AND REMOVAL OPERATIONS DIRECTOR FOR THE ICE PHOENIX FIELD OFFICE; AND ANY OTHER CUSTODIAN OF THE WITNESS:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you produce the material witness, detainee Hugo Hernandez Ceren, A-073-956-722, and not remove him from the United States until the need for his live trial testimony in this case has resolved, i.e., when the trial in this matter has concluded or, if no

1

trial is held, when the case has been terminated prior to effectuating his removal from the United States to El Salvador.

ORDERED this 8th day of December, 2025.

BY THE COURT:

s/ C. Cuenca, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT