IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Civil Case No.: 1:14-cv-02887-JLK-CYC         Date:  June 3, 2026
Courtroom Deputy:  Robert R. Keech            Court Reporter:  Kevin Carlin

_Parties:_                                    _Counsel:_

ALEJANDRO MENOCAL,                            Michael J. Scimone
MARCOS BRAMBILA,                              Juno Turner
GRISEL XAHUENTITLA,                           Andrew H. Turner
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others
similarly situated,

    Plaintiffs,

v.

THE GEO GROUP, INC.,                          Adrienne Scheffey
                                              Michael Y. Ley
                                              Dominick E. Draye
                                              Nicholas LaFevre
    Defendant.                                Naomi G. Beer

---

**COURTROOM MINUTES**

---

**FINAL PRETRIAL CONFERENCE**

**10:32 a.m.    Court in session.**

Appearances of counsel.

Remarks by Court regarding schedule and preparation for trial on November 2, 2026.

**ORDERED**:  A Daubert Hearing is set for **Thursday, August 27, 2026, at 10:30 a.m.**,
in Courtroom A-802 before Senior Judge John L. Kane.

**ORDERED**:  Parties shall file proposed joint and disputed jury instructions by **Wednesday, September 2, 2026.**

**ORDERED**:  Defendant shall file a motion to clarify by **Wednesday, June 17, 2026.**

**ORDERED:**  Response to motion to clarify shall be filed within **ten (10) days of the filing of the motion.**

[450] Defendant's Motion for Partial Summary Judgment or Judgment on the Pleadings is raised for argument.

Argument by Mr. LeFevre, Mr. Scimone, and Mr. LeFevre.

Discussion regarding proposed Joint Final Pretrial Order.

**ORDERED**:  Parties shall submit revised Proposed Joint Final Pretrial Order by **Wednesday, June 10, 2026.**

**11:15 a.m.    Court in recess.    Hearing concluded.  Total time in court:    00:43**