UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-CYC

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.

Defendant.

---

**DEFENDANT THE GEO GROUP, INC.'S TRIAL WITNESS LIST**

---

Defendant The GEO Group, Inc. ("GEO Group"), through its undersigned counsel, submits the following list of witnesses for trial.

| **WITNESS** | **EST. TIME FOR EXAMINATION** | **DATE(S) TESTIFIED** |
|---|---|---|
| Joyce Quezada, *AIPC Officer* | Direct: 2.0 hours<br>Cross: 30 mins.<br>Total: 2.5 hours | |
| Sergio Gallegos-Chacon, *AIPC Officer* | Direct: 2.5 hours<br>Cross: 30 mins.<br>Total: 3 hours | |

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Kevin Martin, *GEO Officer and Programs Manager* | [Presented by deposition] | |
| Melody Furst, *AIPC Business Mgr.* | Direct: 1.0 hour<br>Cross: 15 mins.<br>Total: 1 hr. 15 mins. | |
| Daniel Ragsdale, *GEO Executive Vice President for Contract Compliance* | Direct: 3.0 hours<br>Cross: 45 mins.<br>Total: 3 hrs 45 ins. | |
| Charles Hill, *GEO Director of Business Management, Western Region* | Direct: 2.0 hours<br>Cross: 45 mins.<br>Total: 2 hrs. 45 mins. | |
| Jeffrey Kropf, *Expert Witness* | Direct: 2.0 hours<br>Cross: 1.0 hour<br>Total: 3 hours | |
| Anthony Hayter, *Expert Witness* | Direct: 2.0 hours<br>Cross: 15 mins.<br>Total: 2 hrs. 15 mins. | |
| Serena Morones, *Expert Witness* | Direct: 2.0 hours<br>Cross: 30 mins.<br>Total: 2.5 hours | |
| Martha Vasquez, *AIPC Officer* | Direct: 2.0 hours<br>Cross: 30 mins.<br>Total: 2.5 hours | |
| Dawn Ceja, *GEO Assistant Administrative Officer* | Direct: 2.5 hours<br>Cross: 1.0 hour<br>Total: 3.5 hours | |

* Note: Defendants also designated deposition testimony by Brian Evans and Amber Martin that will be played during Plaintiffs' case pursuant to the Parties agreement.

Dated: October 20, 2026

Respectfully submitted,

*s/ James N. (Nick) Boeving*

Carolyn J. Fairless
Frederick R. Yarger
James N. (Nick) Boeving
William D. Hauptman
Shiloh A. Rainwater
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: fairless@wtotrial.com
yarger@wtotrial.com
boeving@wtotrial.com
hauptman@wtotrial.com
rainwater@wtotrial.com

Adrienne Scheffey
Dana L. Eismeier
Michael Ley
Jennings Haug Keleher McLeod Waterfall LLP
3300 East 1st Avenue, Suite 590
Denver, CO 80206
Telephone: 720.509.0280
Email: acs@jkwlawyers.com
dle@jkwlawyers.com
myl@jkwlawyers.com

Dominic E. Draye
Nicholas LeFevre
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.445.8425
Facsimile: 602.445.8100
Email: Nicholas.Lefevre@gtlaw.com
drayed@gtlaw.com

David G. Palmer
Naomi G. Beer
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Telephone: 303.572.6500
Facsimile: 303.572.6540
Email: beern@gtlaw.com
palmerdg@gtlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on October 20, 2026, I electronically filed the foregoing **DEFENDANT THE GEO GROUP, INC.'S TRIAL WITNESS LIST** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record registered through the CM/ECF system.

*s/ James N. (Nick) Boeving*