**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

---

**PLAINTIFFS' TRIAL WITNESS LIST**

---

Plaintiffs, through their undersigned counsel, submit the following list of witnesses for trial.

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Hugo Hernandez Ceren, *Former Detainee* | Direct: 1.25 hours<br>Cross: 1 hour<br>Total: 2.25 hours | |
| Alejandro Menocal, *Former Detainee* | Direct: 1 hour<br>Cross: 2 hours<br>Total: 3 hours | |
| Jesus Yepez Gaytan, *Former Detainee* | Direct: 0.75 hours<br>Cross: 1 hour<br>Total: 1.75 hours | |
| Demetrio Valerga, *Former Detainee* | [Presented by video] | |
| Grisel Xahuentitla, *Former Detainee* | Direct: 1.5 hours<br>Cross: 1 hour<br>Total: 2.5 hours | |
| Stuart Grassian, *Expert Witness* | Direct: 1.5 hours<br>Cross: 2 hours<br>Total: 3.5 hours | |
| Luis Pagan, *Detention Officer* | [Presented by deposition] | |
| Dawn Ceja, *Assistant Warden* | Direct: 2 hours<br>Cross: 2.5 hours<br>Total: 4.5 hours | |
| David Venturella, *GEO Senior Vice President, Business Development* | [Presented by deposition] | |
| Brian Evans, *GEO Chief Financial Officer* | [Presented by deposition] | |

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| Melody Furst, *GEO Assistant Business Manager* | Direct: 0.5 hours<br>Cross: 1 hour<br>Total: 1.5 hours | |
| Jeffrey Edelstein, *Expert Witness* | Direct: 0.75 hours<br>Cross: 1 hour<br>Total: 1.75 hours | |
| Matthew Alexander, *Expert Witness* | Direct: 0.75 hours<br>Cross: 1 hour<br>Total: 1.75 hours | |
| Mona Birjandi, *Proponent of FRE 1006 Exhibit* | Direct: 0.5 hours<br>Cross: 2 hours<br>Total: 2.5 hours | |
| Amber Martin, *GEO Executive Vice President, Contract Administration* | [Presented by deposition] | |
| Alejandro Hernandez Torres, *Former Detainee* | [Presented by video] | |

Dated: October 20, 2026

Respectfully submitted,

By: */s/ Michael J. Scimone*

Michael J. Scimone
Aaron Bryce Lee
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone.: (212) 245-1000
Facsimile: (646) 509-2060
Email: mscimone@outtengolden.com
Email: alee@outtengolden.com

Adam Koshkin
**OUTTEN & GOLDEN LLP**
1999 Harrison Street, Suite 1500
Oakland, CA 94612
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: akoshkin@outtengolden.com

David Seligman
Juno Turner
Alexander Hood
Rachel Dempsey
Brianne Power
**TOWARDS JUSTICE**
1580 N Logan Street
Denver, CO 80203
Telephone: (720) 441-2236
Email: alex@towardsjustice.org
Email: david@towardsjustice.org
Email: andy@towardsjustice.org
Email: juno@towardsjustice.org
Email: rachel@towardsjustice.org
Email: brianne@towardsjustice.org

Andrew Turner
Brandt Milstein
**MILSTEIN TURNER, PLLC**
1490 Lafayette St. #304
Denver, CO 80218
Telephone: (303) 305-8230
Email: andrew@milsteinturner.com
Email: brandt@milsteinturner.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
Telephone: (303) 831-0817
Email: hans@themeyerlawoffice.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October 2026, a true and correct copy of the foregoing **PLAINTIFFS' TRIAL WITNESS LIST** was electronically filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification to all counsel of record.

*/s/ Michael J. Scimone*

Michael J. Scimone