**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02887-JLK-CYC

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
*on their own behalf and on behalf of all others similarly situated*,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

---

**Notice of Appeal**

---

Notice is hereby given that Defendant The GEO Group, Inc. ("GEO") appeals this Court's October 20, 2026, Order denying its Motion for Partial Summary Judgment or Judgment on the Pleadings. (Doc. 582).

Respectfully submitted this 23rd day of October, 2026.

**GREENBERG TRAURIG, LLP**

By: */s/ Dominic E. Draye*
Dominic E. Draye
Nicholas LeFevre
2375 East Camelback Road, Suite 800
Phoenix, Arizona 85016

Telephone: (602) 445-8425
Facsimile: (602) 445-8100
Email: drayed@gtlaw.com

David G. Palmer
Naomi G. Beer
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Facsimile: (303) 572-6540
Email: beern@gtlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the filing system.

By: */s/ Dominic E. Draye*
Dominic E. Draye