UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-CYC

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.

Defendant.

---

**DEFENDANT'S SUBMISSION OF**
**REDACTED TRIAL EX. 1008**

---

**Certification Regarding the Use of Generative Artificial Intelligence**

Counsel for Defendant The GEO Group, Inc. (GEO) hereby attests that no generative artificial intelligence was used in connection with the drafting of this paper.

* * *

The Court's Order on Pretrial Motions addresses Trial Exhibit 1008, the Declaration of Jay M. Brooks, stating that the Court will "hear argument on its admissibility at the Final Trial Preparation Conference" and that "confusing and irrelevant information in the Declaration will need to be redacted" if it is to be used at trial. Dkt. 583 at 13–14.

To facilitate that ruling, GEO, through counsel, submits as attachments to this filing (1) the full, unredacted version of the Brooks Declaration, Ex. 1, and (2) a redacted version of the Declaration for use at trial, Ex. 2. GEO maintains that the entire substance of the Declaration, except for portions referring to other litigation not before this Court, is relevant to the issues in this case, and GEO preserves the arguments presented in its prior motions and other filings. GEO submits the redacted version to comply with this Court's rulings, including those set forth in Dkt. 583.

The redacted version of the Declaration:

- Eliminates irrelevant references to other litigation involving GEO.
- Eliminates references to the federal government's review of GEO policies and oversight of GEO's facilities, consistent with this Court's orders (but subject to GEO's prior objections and arguments).
- Eliminates references to the scope of the housekeeping obligation set forth in the Performance Based National Detention Standards and the scope of the term "immediate living area" as used in those standards, consistent with this Court's orders (but subject to GEO's prior objections and arguments).

The redacted version of the Declaration should be admitted at trial. It provides important, relevant context for the claims in this case by describing (1) the nature of the mandatory standards under which the Aurora Facility must be operated, including the housekeeping requirements and the Voluntary Work Program at issue in this case; (2) the purpose of those standards; and (3) the need for the facility, through compliance with those standards, to provide for the safety, security, and care of individuals in federal custody and to ensure orderly facility

operations. These matters are relevant under this Court's rulings. *E.g.*, Dkt. 583 at 13. The Declaration also is directly relevant to Plaintiffs' claim for punitive damages, rebutting Plaintiffs' assertion that housekeeping requirements were implemented with reckless or callous disregard or indifference to detainee rights or safety. To the contrary, housekeeping requirements were implemented for the reasons set forth in the Declaration, including to maintain an orderly and clean facility in a group living environment.

Dated: October 26, 2026

Respectfully submitted,

*s/ Frederick R. Yarger*

Carolyn J. Fairless
Frederick R. Yarger
James N. (Nick) Boeving
William D. Hauptman
Shiloh A. Rainwater
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: fairless@wtotrial.com
yarger@wtotrial.com
boeving@wtotrial.com
hauptman@wtotrial.com
rainwater@wtotrial.com

Dominic E. Draye
Nicholas LeFevre
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.445.8425
Facsimile: 602.445.8100
Email: Nicholas.Lefevre@gtlaw.com
drayed@gtlaw.com

Adrienne Scheffey
Dana L. Eismeier
Michael Ley
Jennings Haug Keleher McLeod Waterfall LLP
3300 East 1st Avenue, Suite 590
Denver, CO 80206
Telephone: 720.509.0280
Email: acs@jkwlawyers.com
dle@jkwlawyers.com
myl@jkwlawyers.com

David G. Palmer
Naomi G. Beer
Greenberg Traurig, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
Telephone: 303.572.6500
Facsimile: 303.572.6540
Email: beern@gtlaw.com
palmerdg@gtlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on October 26, 2026, I electronically filed the foregoing **DEFENDANT'S SUBMISSION OF REDACTED TRIAL EX. 1008** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered through the CM/ECF system.

*s/ Christine Keitlen*
Christine Keitlen