**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02887-JLK

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA, and
DEMETRIO VALERGA,
*on their own behalf and on behalf of all others similarly situated*,

Plaintiffs,

v.

THE GEO GROUP, INC.,

Defendant.

---

**ORDER ON JURY INSTRUCTIONS**

---

Kane, J.

Attached to this Order are my revisions to and rulings on the Jury Instructions for the trial in this case. Exhibit 1 contains a redlined version of the parties' proposed Jury Instructions, and Exhibit 2 contains the clean Jury Instructions. The parties' attempts to inject improper argument into these instructions on the law is completely inappropriate. I have eliminated such argument in full. On Monday, during the first day of the trial, I will address any additional revisions or modifications to the Jury Instructions and Verdict Forms, and counsel will be afforded an opportunity to argue their positions and make their record on objections.

DATED this 30th day of October, 2026.

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE