IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Civil Case No.: 1:14-cv-02887-JLK-CYC
Courtroom Deputy: Meghan Smotts

Date: November 2, 2026
Court Reporter: Kevin Carlin

| *Parties:* | *Counsel:* |
|---|---|
| ALEJANDRO MENOCAL,<br>MARCOS BRAMBILA,<br>GRISEL XAHUENTITLA,<br>HUGO HERNANDEZ,<br>LOURDES ARGUETA,<br>JESUS GAYTAN,<br>OLGA ALEXAKLINA,<br>DAGOBERTO VIZGUERRA, and<br>DEMETRIO VALERGA,<br>on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs, | Michael J. Scimone<br>Andrew H. Turner<br>Hans Meyer<br>Juno Turner<br>Adam Koshkin<br>Rachel Dempsey<br>Aaron Bryce-Lee<br>Toree Lindblad |
| v. | |
| THE GEO GROUP, INC.,<br><br>Defendant. | William Hauptman<br>Carolyn Fairless |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**8:32 a.m. Court in session.**

Appearances of counsel.

The parties have jointly notified the Court that they have reached a settlement.

Discussion held on [437] WRIT OF HABEAS CORPUS AD TESTIFICANDUM issued as to Hugo Hernandez. The writ will remain valid.

**ORDERED**: The Jury Trial set to begin November 2, 2026 is hereby **VACATED**. The parties shall jointly update the Court daily on the status of the settlement agreement.

**8:44 a.m. Court in recess.**

Hearing concluded.
Total time in court: 00:12