UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02887-JLK-CYC

ALEJANDRO MENOCAL,
MARCOS BRAMBILA,
GRISEL XAHUENTITLA,
HUGO HERNANDEZ,
LOURDES ARGUETA,
JESUS GAYTAN,
OLGA ALEXAKLINA,
DAGOBERTO VIZGUERRA and
DEMETRIO VALERGA,
on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

THE GEO GROUP, INC.

Defendant.

---

**JOINT NOTICE OF SETTLEMENT AND**
**PROPOSED DEADLINE FOR FILING**
**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT UNDER RULE 23(e)**

---

The parties respectfully notify the Court that they have reached an agreement to settle this case. The parties understand that the settlement is subject to this Court's approval and will comply with all requirements of Rule 23(e), including publicly filing the motion for preliminary approval and the full proposed settlement agreement, after those documents have been prepared.

Plaintiffs will file their motion for preliminary approval pursuant to Rule 23(e)(1)(A), with the proposed settlement agreement publicly filed as an attachment, on or before December 11, 2026. The motion for preliminary approval will include a proposed notice and distribution plan.

After filing the motion for preliminary approval, the parties will take all necessary steps to obtain the Court's final approval, including notifying the class of the terms of settlement and the distribution of the funds, and requesting a hearing under Rule 23(e)(2) so that the Court may consider final approval of the class settlement.

Dated: November 2, 2026

Respectfully submitted,

By: */s/ Michael J. Scimone*
Michael J. Scimone
Aaron Bryce Lee
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
Email: mscimone@outtengolden.com
Email: alee@outtengolden.com

Adam Koshkin
1999 Harrison Street, Suite 1500
Oakland, CA 94612
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: akoshkin@outtengolden.com

Juno Turner
Rachel Dempsey
**TOWARDS JUSTICE**
1410 High St., Suite 300
Denver, CO 80218
(720) 441-2236
Email: juno@towardsjustice.org
Email: rachel@towardsjustice.org

*Class Counsel*

By: */s/ Frederick R. Yarger*
Carolyn J. Fairless
Frederick R. Yarger
James N. (Nick) Boeving
William D. Hauptman
Shiloh A. Rainwater
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: fairless@wtotrial.com
Email: yarger@wtotrial.com
Email: boeving@wtotrial.com
Email: hauptman@wtotrial.com
Email: rainwater@wtotrial.com

*Attorneys for Defendant The GEO Group, Inc.*

(*Additional counsel listed on following page*)

Andrew H. Turner
Brandt P. Milstein
**MILSTEIN TURNER, PLLC**
1490 Lafayette St. #304
Denver, CO 80218
(303) 305-8230
Email: andrew@milsteinturner.com
Email: brandt@milsteinturner.com

Hans Meyer
**MEYER LAW OFFICE, P.C.**
P.O. Box 40394
Denver, CO 80204
(303) 831-0817
Email: hans@themeyerlawoffice.com

*Class Counsel*

Dominic E. Draye
Nicholas LeFevre
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 445-8425
Facsimile: (602) 445-8100
Email: Nicholas.Lefevre@gtlaw.com
Email: drayed@gtlaw.com

*Attorneys for Defendant The GEO Group, Inc.*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on November 2, 2026, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT AND PROPOSED DEADLINE FOR FILING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT UNDER RULE 23(e)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Christine Keitlen*
Christine Keitlen